# EXHIBIT C

# TIME SUMMARY BY CATEGORY
## (Fourth Interim Application Period)

| Matter | Name | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| **CRIMINAL INVESTIGATION (10006)** | | | | |
| | Reid J. Schar | $1,155 | 127.8 | $ 147,609.00 |
| | E. Glenn Rippie | $895 | 0.4 | $ 358.00 |
| | Matthew S. Hellman | $895 | 134.2 | $ 120,109.00 |
| | Coral A. Negron | $840 | 47.3 | $ 39,732.00 |
| | Matthew E. Price | $840 | 49.2 | $ 41,328.00 |
| | Emily M. Loeb | $830 | 0.4 | $ 332.00 |
| | Johanna R. Thomas | $830 | 3.7 | $ 3,071.00 |
| | Angela M. Allen | $825 | 5.4 | $ 4,455.00 |
| | Wesley M. Griffith | $791 | 13.6 | $ 10,757.60 |
| | Julian J. Ginos | $731 | 0.5 | $ 365.50 |
| | Adrienne Lee Benson | $700 | 6.8 | $ 4,760.00 |
| | Elizabeth B. Deutsch | $660 | 84.5 | $ 55,770.00 |
| | Noah B. Bokat-Lindell | $660 | 141.9 | $ 93,654.00 |
| | Christopher R. Ward | $385 | 3.8 | $ 1,463.00 |
| | Theresa L. Busch | $323 | 6.5 | $ 2,099.50 |
| | **TOTAL** | | **626.0** | **$ 525,863.60** |
| **DOI INVESTIGATION (10014)** | | | | |
| | Thomas J. Perrelli | $1,315 | 0.3 | $ 394.50 |
| | Brian P. Hauck | $920 | 0.3 | $ 276.00 |
| | Matthew L. Haws | $895 | 3.6 | $ 3,222.00 |
| | Emily M. Loeb | $830 | 7.2 | $ 5,976.00 |
| | Carla J. Weiss | $791 | 3.2 | $ 2,531.20 |
| | **TOTAL** | | **14.6** | **$ 12,399.70** |
| **FEDERAL CONTRACTS ADVICE & COUNSEL (10065)** | | | | |
| | Thomas J. Perrelli | $1,315 | 6.1 | $ 8,021.50 |
| | Brian P. Hauck | $920 | 10.7 | $ 9,844.00 |
| | Matthew L. Haws | $895 | 62.5 | $ 55,937.50 |
| | Carla J. Weiss | $791 | 4.8 | $ 3,796.80 |
| | Amy Egerton-Wiley | $540 | 5.5 | $ 2,970.00 |
| | **TOTAL** | | **89.6** | **$ 80,569.80** |
| **FCC REGULATORY ADVICE & COUNSEL (10081)** | | | | |
| | Johanna R. Thomas | $830 | 8.3 | $ 6,889.00 |
| | David M. Didion | $791 | 37.8 | $ 29,899.80 |
| | Tarica Chambliss | $435 | 56.3 | $ 24,490.50 |
| | **TOTAL** | | **102.4** | **$ 61,279.30** |
| **LOCATE & MARK (10111)** | | | | |
| | Reid J. Schar | $1,155 | 0.5 | $ 577.50 |
| | Randall E. Mehrberg | $1,050 | 1.4 | $ 1,470.00 |

|  | | | | |
|---|---|---|---|---|
| | Brian P. Hauck | $920 | 33.2 | $ 30,544.00 |
| | Andrew F. Merrick | $840 | 5.1 | $ 4,284.00 |
| | Wesley M. Griffith | $791 | 4.5 | $ 3,559.50 |
| | Samuel C. Birnbaum | $731 | 11.5 | $ 8,406.50 |
| | Samuel Jahangir | $660 | 36.2 | $ 23,892.00 |
| | **TOTAL** | | **92.4** | **$ 72,733.50** |
| **BANKRUPTCY EMPLOYMENT (10252)** | | | | |
| | Reid J. Schar | $1,155 | 0.8 | $ 924.00 |
| | Randall E. Mehrberg | $1,050 | 4.6 | $ 4,830.00 |
| | Brian P. Hauck | $920 | 22.9 | $ 21,068.00 |
| | Angela M. Allen | $825 | 57.1 | $ 47,107.50 |
| | William A. Williams | $595 | 41.8 | $ 24,871.00 |
| | **TOTAL** | | **127.2** | **$ 98,800.50** |
| **BANKRUPTCY ADMINISTRATION (10261)** | | | | |
| | Angela M. Allen | $825 | 0.9 | $ 742.50 |
| | William A. Williams | $595 | 0.7 | $ 416.50 |
| | **TOTAL** | | **1.6** | **$ 1,159.00** |
| **FERC INTERLOCK ADVICE (10309)** | | | | |
| | Suedeen G. Kelly | $1,025 | 28.4 | $ 29,110.00 |
| | Marjorie R. Kennedy | $660 | 8.5 | $ 5,610.00 |
| | Jason T. Perkins | $595 | 30.2 | $ 17,969.00 |
| | **TOTAL** | | **67.1** | **$ 52,689.00** |
| **BAKERSFIELD LITIGATION (10325)** | | | | |
| | Andrew F. Merrick | $840 | 0.7 | $ 588.00 |
| | **TOTAL** | | **0.7** | **$ 588.00** |
| **PSPS PROCEEDINGS (10341)** | | | | |
| | Reid J. Schar | $1,155 | 4.8 | $ 5,544.00 |
| | Brian P. Hauck | $920 | 318.7 | $ 293,204.00 |
| | E. Glenn Rippie | $895 | 46.9 | $ 41,975.50 |
| | Andrew F. Merrick | $840 | 150.8 | $ 126,672.00 |
| | Michael Guerra | $840 | 18.5 | $ 15,540.00 |
| | Wesley M. Griffith | $791 | 311.2 | $ 246,159.20 |
| | Hanna M. Conger | $731 | 22.7 | $ 16,593.70 |
| | Monika N. Kothari | $660 | 287.5 | $ 189,750.00 |
| | Amir A. Shakoorian Tabrizi | $540 | 230.3 | $ 124,362.00 |
| | Amy Egerton-Wiley | $540 | 35.9 | $ 19,386.00 |
| | Theresa L. Busch | $323 | 193.2 | $ 62,403.60 |
| | Megan Cahillane | $198 | 8.8 | $ 1,742.40 |
| | **TOTAL** | | **1,629.3** | **$ 1,143,332.40** |
| **SECTION 203 FILING RE BANKRUPTCY PLAN (10562)** | | | | |
| | Thomas J. Perrelli | $1,315 | 2.3 | $ 3,024.50 |
| | Suedeen G. Kelly | $1,025 | 123.3 | $ 126,382.50 |
| | E. Glenn Rippie | $895 | 112.1 | $ 100,329.50 |
| | Coral A. Negron | $840 | 0.4 | $ 336.00 |

2

| | | | | |
|---|---|---|---|---|
| | Michael Guerra | $840 | 89.3 | $ 75,012.00 |
| | Johanna R. Thomas | $830 | 25.1 | $ 20,833.00 |
| | David M. Didion | $791 | 40.1 | $ 31,719.10 |
| | Hanna M. Conger | $731 | 115.3 | $ 84,284.30 |
| | Monika N. Kothari | $660 | 5.3 | $ 3,498.00 |
| | Jason T. Perkins | $595 | 118.1 | $ 70,269.50 |
| | Christian Rodriguez | $198 | 1.0 | $ 198.00 |
| | Megan Cahillane | $198 | 7.1 | $ 1,405.80 |
| | **TOTAL** | | **639.4** | **$ 517,292.20** |
| **RESPONSE PLAN INVESTIGATION (10571)** | | | | |
| | Reid J. Schar | $1,155 | 4.0 | $ 4,620.00 |
| | Brian P. Hauck | $920 | 91.5 | $ 84,180.00 |
| | E.K. McWilliams | $731 | 150.7 | $ 110,161.70 |
| | Samuel Jahangir | $660 | 186.8 | $ 123,288.00 |
| | Amir A. Shakoorian Tabrizi | $540 | 151.3 | $ 81,702.00 |
| | Amy Egerton-Wiley | $540 | 85.0 | $ 45,900.00 |
| | Diana V. Chuck | $323 | 40.0 | $ 12,920.00 |
| | **TOTAL** | | **709.3** | **$ 462,771.70** |
| | **HOURLY RATE MATTER TOTAL** | | **4,099.6** | **$ 3,029,478.70** |

| **FLAT RATE MATTERS** | |
|---|---|
| FERC Monitoring (10333) | $9,000.00 |
| U.S. Dept. of Health & Human Services Monitoring (10368) | $13,500.00 |
| California Energy Commission Monitoring (10384) | $3,600.00 |
| California Independent Systems Operator Monitoring (10392) | $5,400.00 |
| NERC/WECC Monitoring (10406) | $5,400.00 |
| Federal Communications Commission Monitoring (10422) | $9,000.00 |
| Environmental Protection Agency Monitoring (10431) | $9,000.00 |
| California Air Resources Board Monitoring (10449) | $9,000.00 |
| California State Water Resources Control Board Monitoring (10457) | $9,000.00 |
| Occupational Safety & Health Administration Monitoring (10465) | $9,000.00 |
| Securities & Exchange Commission Monitoring (10493) | $9,000.00 |
| New York Stock Exchange Monitoring (10503) | $9,000.00 |
| Internal Revenue Service Monitoring (10511) | $9,000.00 |
| Federal Aviation Administration Monitoring (10528) | $9,000.00 |
| Cal. Dept. of Fish and Wildlife Monitoring (10546) | $1,800.00 |
| Cal./OSHA (Division of Occupational Saftey & Health, California Dept of Industrial Relations) Monitoring (10597) | $3,600.00 |
| California Occupational Safety and Health Review Commission & OSHSB Monitoring (10601) | $3,600.00 |
| U.S. Dept. of the Interior Monitoring (10627) | $1,800.00 |
| **FLAT RATE MATTER TOTAL** | **$128,700.00** |

# TIME SUMMARY BY CATEGORY
## (Final Application Period)

| Matter | Name | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| **CRIMINAL INVESTIGATION (10006)** | | | | |
| | Randall E. Mehrberg | $893 | 35.0 | $ 31,255.00 |
| | Reid J. Schar | $1,155 | 127.8 | $ 147,609.00 |
| | | $982 | 259.4 | $ 254,730.80 |
| | Thomas J. Perrelli | $1,118 | 0.8 | $ 894.40 |
| | Ian H. Gershengorn | $982 | 39.3 | $ 38,592.60 |
| | E. Glenn Rippie | $895 | 0.4 | $ 358.00 |
| | Matthew S. Hellman | $895 | 134.2 | $ 120,109.00 |
| | | $761 | 89.1 | $ 67,805.10 |
| | Suedeen G. Kelly | $871 | 0.9 | $ 783.90 |
| | Coral A. Negron | $840 | 47.3 | $ 39,732.00 |
| | | $714 | 105.9 | $ 75,612.60 |
| | Matthew E. Price | $840 | 49.2 | $ 41,328.00 |
| | | $714 | 67.4 | $ 48,123.60 |
| | Emily M. Loeb | $830 | 0.4 | $ 332.00 |
| | | $706 | 47.7 | $ 33,676.20 |
| | Johanna R. Thomas | $830 | 3.7 | $ 3,071.00 |
| | Brian P. Hauck | $782 | 4.5 | $ 3,519.00 |
| | Angela M. Allen | $825 | 5.4 | $ 4,455.00 |
| | Brandon D. Fox | $761 | 3.4 | $ 2,587.40 |
| | Max Minzner | $740 | 0.6 | $ 444.00 |
| | Wesley M. Griffith | $791 | 13.6 | $ 10,757.60 |
| | Julian J. Ginos | $731 | 0.5 | $ 365.50 |
| | | $595 | 92.4 | $ 54,978.00 |
| | Adrienne Lee Benson | $700 | 6.8 | $ 4,760.00 |
| | | $561 | 140.5 | $ 78,820.50 |
| | Elizabeth B. Deutsch | $660 | 84.5 | $ 55,770.00 |
| | Noah B. Bokat-Lindell | $660 | 141.9 | $ 93,654.00 |
| | | $506 | 48.0 | $ 24,288.00 |
| | Andrew C. Noll | $595 | 2.1 | $ 1,249.50 |
| | E.K. McWilliams | $595 | 7.3 | $ 4,343.50 |
| | Katherine B. Johnson | $595 | 3.1 | $ 1,844.50 |
| | Reena Sikdar | $561 | 1.3 | $ 729.30 |
| | Andrew P. Walker | $506 | 0.4 | $ 202.40 |
| | Sarah L. Norman | $459 | 5.2 | $ 2,386.80 |
| | Amir A. Shakoorian Tabrizi | $400 | 6.2 | $ 2,480.00 |
| | Christopher R. Ward | $385 | 3.8 | $ 1,463.00 |
| | Theresa L. Busch | $327 | 14.3 | $ 4,676.10 |
| | | $323 | 6.5 | $ 2,099.50 |
| | Tricia J. Peavler | $302 | 0.7 | $ 211.40 |

| | | | | | |
|---|---|---|---|---|---|
| | Michaela E. Novakovic | $276 | 1.0 | $ | 276.00 |
| | Mary Gulden | $187 | 1.5 | $ | 280.50 |
| | **TOTAL** | | **1604.0** | **$** | **1,260,654.70** |
| **DOI INVESTIGATION (10014)** | | | | | |
| | Thomas J. Perrelli | $1,315 | 0.3 | $ | 394.50 |
| | | $1,118 | 2.8 | $ | 3,130.40 |
| | Reid J. Schar | $982 | 0.2 | $ | 196.40 |
| | Brian P. Hauck | $920 | 0.3 | $ | 276.00 |
| | Matthew L. Haws | $895 | 3.6 | $ | 3,222.00 |
| | | $761 | 0.6 | $ | 456.60 |
| | Emily M. Loeb | $830 | 7.2 | $ | 5,976.00 |
| | | $706 | 13.3 | $ | 9,389.80 |
| | Coral A. Negron | $714 | 3.1 | $ | 2,213.40 |
| | Carla J. Weiss | $791 | 3.2 | $ | 2,531.20 |
| | | $672 | 14.3 | $ | 9,609.60 |
| | **TOTAL** | | **48.9** | **$** | **37,395.90** |
| **FEDERAL CONTRACTS ADVICE & COUNSEL (10065)** | | | | | |
| | Thomas J. Perrelli | $1,315 | 6.1 | $ | 8,021.50 |
| | Brian P. Hauck | $920 | 10.7 | $ | 9,844.00 |
| | Matthew L. Haws | $895 | 62.5 | $ | 55,937.50 |
| | | $761 | 19.9 | $ | 15,143.90 |
| | Carla J. Weiss | $791 | 4.8 | $ | 3,796.80 |
| | Amy Egerton-Wiley | $540 | 5.5 | $ | 2,970.00 |
| | **TOTAL** | | **109.5** | **$** | **95,713.70** |
| **FCC REGULATORY ADVICE & COUNSEL (10081)** | | | | | |
| | Reid J. Schar | $982 | 0.8 | $ | 785.60 |
| | Randall E. Mehrberg | $893 | 0.4 | $ | 357.20 |
| | Johanna R. Thomas | $830 | 8.3 | $ | 6,889.00 |
| | Johanna R. Thomas | $621 | 10.9 | $ | 6,768.90 |
| | David M. Didion | $791 | 37.8 | $ | 29,899.80 |
| | David M. Didion | $621 | 34.1 | $ | 21,176.10 |
| | Coral A. Negron | $714 | 0.5 | $ | 357.00 |
| | Emily M. Loeb | $706 | 1.9 | $ | 1,341.40 |
| | Elliot S. Tarloff | $620 | 3.8 | $ | 2,356.00 |
| | Tarica Chambliss | $435 | 56.3 | $ | 24,490.50 |
| | Tricia J. Peavler | $302 | 0.1 | $ | 30.20 |
| | **TOTAL** | | **154.9** | **$** | **94,451.70** |
| **NORTH BAY FIRES - MONITORSHIP (10090)** | | | | | |
| | Reid J. Schar | $982 | 1.2 | $ | 1,178.40 |
| | **TOTAL** | | **1.2** | **$** | **1,178.40** |
| **LOCATE & MARK (10111)** | | | | | |
| | Randall E. Mehrberg | $1,050 | 1.4 | $ | 1,470.00 |
| | | $893 | 40.2 | $ | 35,898.60 |
| | Reid J. Schar | $1,155 | 0.5 | $ | 577.50 |
| | | $982 | 135.8 | $ | 133,355.60 |

5

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Brian P. Hauck | $920 | 33.2 | $ 30,544.00 |
|  | $782 | 1244.7 | $ 973,355.40 |
| Andrew F. Merrick | $840 | 5.1 | $ 4,284.00 |
|  | $714 | 435.1 | $ 310,661.40 |
| Sam Hirsch | $782 | 173.1 | $ 135,364.20 |
| Brandon D. Fox | $761 | 265.4 | $ 201,969.40 |
| David M. Greenwald | $761 | 1.0 | $ 761.00 |
| John R. Storino | $757 | 4.7 | $ 3,557.90 |
| Emily M. Loeb | $706 | 465.4 | $ 328,572.40 |
| Carla J. Weiss | $672 | 44.1 | $ 29,635.20 |
| Wesley M. Griffith | $791 | 4.5 | $ 3,559.50 |
|  | $663 | 1130.7 | $ 749,654.10 |
| Samuel C. Birnbaum | $731 | 11.5 | $ 8,406.50 |
|  | $595 | 183.4 | $ 109,123.00 |
| Emily A. Bruemmer | $701 | 19.2 | $ 13,459.20 |
| Samuel Jahangir | $660 | 36.2 | $ 23,892.00 |
|  | $506 | 802.0 | $ 405,812.00 |
| Michael E. Stewart | $621 | 1.0 | $ 621.00 |
| Tassity S. Johnson | $621 | 52.6 | $ 32,664.60 |
| Andrew C. Noll | $595 | 615.1 | $ 365,984.50 |
| Julian J. Ginos | $595 | 19.7 | $ 11,721.50 |
| Katherine B. Johnson | $595 | 94.3 | $ 56,108.50 |
| Daixi Xu | $506 | 273.3 | $ 138,289.80 |
| Jennifer J. Yun | $506 | 64.9 | $ 32,839.40 |
| Monika N. Kothari | $506 | 53.4 | $ 27,020.40 |
| Michelle Peleg | $459 | 53.5 | $ 24,556.50 |
| Sarah L. Norman | $459 | 1281.1 | $ 588,024.90 |
| Amir A. Shakoorian Tabrizi | $400 | 1070.7 | $ 428,280.00 |
| Amy Egerton-Wiley | $400 | 53.3 | $ 21,320.00 |
| Anna K. Lyons | $400 | 1108.1 | $ 443,240.00 |
| Effiong K. Dampha | $400 | 51.0 | $ 20,400.00 |
| Theresa L. Busch | $327 | 383.3 | $ 125,339.10 |
| Diana V. Chuck | $302 | 49.3 | $ 14,888.60 |
| Madison L. Amboian | $187 | 44.5 | $ 8,321.50 |
| Mary Gulden | $187 | 1.8 | $ 336.60 |
| **TOTAL** |  | **10308.1** | **$ 5,843,869.80** |
| **TRIENNIEAL MBR FILING (10138)** | | | |
| Max Minzner | $740 | 2.2 | $ 1,628.00 |
| **TOTAL** |  | **2.2** | **$ 1,628.00** |

6

| FPA ADVICE & COUNSEL (10146) | | | | |
|---|---|---|---|---|
| | Randall E. Mehrberg | $893 | 10.8 | $ 9,644.40 |
| | Suedeen G. Kelly | $871 | 36.0 | $ 31,356.00 |
| | E. Glenn Rippie | $840 | 43.9 | $ 36,876.00 |
| | Max Minzner | $740 | 66.4 | $ 49,136.00 |
| | Hanna M. Conger | $663 | 37.9 | $ 25,127.70 |
| | Samuel C. Birnbaum | $595 | 25.4 | $ 15,113.00 |
| | Karthik P. Reddy | $561 | 0.2 | $ 112.20 |
| | Natacha Y. Lam | $561 | 1.3 | $ 729.30 |
| | Jason T. Perkins | $459 | 152.7 | $ 70,089.30 |
| | Stephen S. Mellin | $302 | 1.5 | $ 453.00 |
| | **TOTAL** | | **376.1** | **$ 238,636.90** |
| **BANKRUPTCY EMPLOYMENT (10252)** | | | | |
| | Randall E. Mehrberg | $1,050 | 4.6 | $ 4,830.00 |
| | | $893 | 77.5 | $ 69,207.50 |
| | Reid J. Schar | $1,155 | 0.8 | $ 924.00 |
| | Brian P. Hauck | $920 | 22.9 | $ 21,068.00 |
| | | $782 | 8.1 | $ 6,334.20 |
| | Catherine L. Steege | $918 | 1.0 | $ 918.00 |
| | Angela M. Allen | $825 | 57.1 | $ 47,107.50 |
| | | $701 | 160.2 | $ 112,300.20 |
| | Coral A. Negron | $714 | 1.0 | $ 714.00 |
| | Emily M. Loeb | $706 | 0.1 | $ 70.60 |
| | Johanna R. Thomas | $621 | 0.3 | $ 186.30 |
| | William A. Williams | $595 | 41.8 | $ 24,871.00 |
| | | $506 | 7.0 | $ 3,542.00 |
| | | $459 | 128.1 | $ 58,797.90 |
| | Toi D. Hooker | $327 | 15.4 | $ 5,035.80 |
| | Michaela E. Novakovic | $276 | 0.5 | $ 138.00 |
| | Marc A. Patterson | $196 | 30.6 | $ 5,997.60 |
| | **TOTAL** | | **557.0** | **$ 362,042.60** |
| **BANKRUPTCY ADMINISTRATION (10261)** | | | | |
| | Randall E. Mehrberg | $893 | 6.4 | $ 5,715.20 |
| | Angela M. Allen | $701 | 14.3 | $ 10,024.30 |
| | | $825 | 0.9 | $ 742.50 |
| | Julian J. Ginos | $595 | 0.1 | $ 59.50 |
| | William A. Williams | $459 | 16.5 | $ 7,573.50 |
| | | $595 | 0.7 | $ 416.50 |
| | **TOTAL** | | **38.9** | **$ 24,531.50** |

7

Case: 19-30088    Doc# 8949-3    Filed: 08/31/20    Entered: 08/31/20 17:09:47    Page 7 of 10

| REGULATORY MATTER (10295) | | | | |
|---|---|---|---|---|
| | Randall E. Mehrberg | $893 | 1.3 | $ 1,160.90 |
| | Reid J. Schar | $982 | 25.7 | $ 25,237.40 |
| | Charles D. Riely | $752 | 38.3 | $ 28,801.60 |
| | Coral A. Negron | $714 | 45.8 | $ 32,701.20 |
| | Reena Sikdar | $561 | 50.2 | $ 28,162.20 |
| | Andrew P. Walker | $506 | 24.8 | $ 12,548.80 |
| | Theresa L. Busch | $327 | 3.0 | $ 981.00 |
| | **TOTAL** | | **189.1** | **$ 129,593.10** |
| **FERC INTERLOCK ADVICE (10309)** | | | | |
| | Randall E. Mehrberg | $893 | 0.2 | $ 178.60 |
| | Suedeen G. Kelly | $1,025 | 28.4 | $ 29,110.00 |
| | Max Minzner | $740 | 9.7 | $ 7,178.00 |
| | Marjorie R. Kennedy | $660 | 8.5 | $ 5,610.00 |
| | Jason T. Perkins | $595 | 30.2 | $ 17,969.00 |
| | Karthik P. Reddy | $561 | 8.3 | $ 4,656.30 |
| | Natacha Y. Lam | $561 | 6.7 | $ 3,758.70 |
| | **TOTAL** | | **92.0** | **$ 68,460.60** |
| **METRICS INVESTIGATION (10317)** | | | | |
| | Randall E. Mehrberg | $893 | 0.3 | $ 267.90 |
| | Reid J. Schar | $982 | 6.8 | $ 6,677.60 |
| | Erin R. Schrantz | $803 | 62.5 | $ 50,187.50 |
| | Brian P. Hauck | $782 | 10.5 | $ 8,211.00 |
| | Samuel Jahangir | $506 | 151.9 | $ 76,861.40 |
| | **TOTAL** | | **232.0** | **$ 142,205.40** |
| **BAKERSFIELD LITIGATION (10325)** | | | | |
| | Reid J. Schar | $982 | 0.5 | $ 491.00 |
| | Andrew F. Merrick | $840 | 0.7 | $ 588.00 |
| | | $714 | 29.9 | $ 21,348.60 |
| | Wesley M. Griffith | $672 | 1.3 | $ 873.60 |
| | | $663 | 75.5 | $ 50,056.50 |
| | Sarah L. Norman | $459 | 9.7 | $ 4,452.30 |
| | Anna K. Lyons | $400 | 0.3 | $ 120.00 |
| | Amir A. Shakoorian Tabrizi | $400 | 44.7 | $ 17,880.00 |
| | Theresa L. Busch | $327 | 4.8 | $ 1,569.60 |
| | **TOTAL** | | **167.4** | **$ 97,379.60** |
| **PSPS PROCEEDINGS (10341)** | | | | |
| | Randall E. Mehrberg | $893 | 7.0 | $ 6,251.00 |
| | Reid J. Schar | $1,155 | 4.8 | $ 5,544.00 |
| | | $982 | 4.2 | $ 4,124.40 |
| | Brian P. Hauck | $920 | 318.7 | $ 293,204.00 |
| | | $782 | 247.2 | $ 193,310.40 |
| | E. Glenn Rippie | $895 | 46.9 | $ 41,975.50 |
| | | $840 | 0.5 | $ 420.00 |
| | Suedeen G. Kelly | $871 | 1.8 | $ 1,567.80 |

8

| | | | | |
|---|---|---|---|---|
| | Andrew F. Merrick | $840 | 150.8 | $ 126,672.00 |
| | | $714 | 105.8 | $ 75,541.20 |
| | Michael Guerra | $840 | 18.5 | $ 15,540.00 |
| | Emily M. Loeb | $706 | 0.2 | $ 141.20 |
| | Johanna R. Thomas | $621 | 3.1 | $ 1,925.10 |
| | Wesley M. Griffith | $791 | 311.2 | $ 246,159.20 |
| | | $672 | 136.1 | $ 91,459.20 |
| | | $663 | 47.0 | $ 31,161.00 |
| | Hanna M. Conger | $731 | 22.7 | $ 16,593.70 |
| | Monika N. Kothari | $660 | 287.5 | $ 189,750.00 |
| | | $561 | 119.5 | $ 67,039.50 |
| | | $506 | 81.3 | $ 41,137.80 |
| | Samuel Jahangir | $561 | 16.4 | $ 9,200.40 |
| | Amir A. Shakoorian Tabrizi | $540 | 230.3 | $ 124,362.00 |
| | | $459 | 127.0 | $ 58,293.00 |
| | | $400 | 66.3 | $ 26,520.00 |
| | Amy Egerton-Wiley | $540 | 35.9 | $ 19,386.00 |
| | Theresa L. Busch | $327 | 66.4 | $ 21,712.80 |
| | | $323 | 193.2 | $ 62,403.60 |
| | Wenette Belcher | $327 | 1.5 | $ 490.50 |
| | Megan Cahillane | $198 | 8.8 | $ 1,742.40 |
| | **TOTAL** | | **2660.6** | **$ 1,773,627.70** |
| **LLAGAS BATTERY STORAGE PROJECT (10358)** | | | | |
| | Suedeen G. Kelly | $871 | 16.7 | $ 14,545.70 |
| | E. Glenn Rippie | $840 | 5.5 | $ 4,620.00 |
| | Hanna M. Conger | $663 | 2.3 | $ 1,524.90 |
| | **TOTAL** | | **24.5** | **$ 20,690.60** |
| **SECTION 203 FILING RE BANKRUPTCY PLAN (10562)** | | | | |
| | Thomas J. Perrelli | $1,315 | 2.3 | $ 3,024.50 |
| | Suedeen G. Kelly | $1,025 | 123.3 | $ 126,382.50 |
| | | $871 | 64.1 | $ 55,831.10 |
| | E. Glenn Rippie | $895 | 112.1 | $ 100,329.50 |
| | | $840 | 56.9 | $ 47,796.00 |
| | Coral A. Negron | $840 | 0.4 | $ 336.00 |
| | Michael Guerra | $840 | 89.3 | $ 75,012.00 |
| | | $714 | 10.9 | $ 7,782.60 |
| | Johanna R. Thomas | $830 | 25.1 | $ 20,833.00 |
| | David M. Didion | $791 | 40.1 | $ 31,719.10 |
| | Hanna M. Conger | $731 | 115.3 | $ 84,284.30 |
| | | $663 | 33.1 | $ 21,945.30 |
| | | $621 | 38.5 | $ 23,908.50 |
| | Monika N. Kothari | $660 | 5.3 | $ 3,498.00 |
| | Jason T. Perkins | $595 | 118.1 | $ 70,269.50 |
| | | $506 | 38.8 | $ 19,632.80 |
| | | $459 | 51.4 | $ 23,592.60 |

9

| | | | | |
|---|---|---|---|---|
| | Stephen S. Mellin | $302 | 1.3 | $ 392.60 |
| | Christian Rodriguez | $198 | 1.0 | $ 198.00 |
| | Megan Cahillane | $198 | 7.1 | $ 1,405.80 |
| | | $196 | 4.6 | $ 901.60 |
| | **TOTAL** | | **939.0** | **$ 719,075.30** |
| **RESPONSE PLAN INVESTIGATION (10571)** | | | | |
| | Reid J. Schar | $1,155 | 4.0 | $ 4,620.00 |
| | Brian P. Hauck | $920 | 91.5 | $ 84,180.00 |
| | E.K. McWilliams | $731 | 150.7 | $ 110,161.70 |
| | Samuel Jahangir | $660 | 186.8 | $ 123,288.00 |
| | Amir A. Shakoorian Tabrizi | $540 | 151.3 | $ 81,702.00 |
| | Amy Egerton-Wiley | $540 | 85.0 | $ 45,900.00 |
| | Diana V. Chuck | $323 | 40.0 | $ 12,920.00 |
| | **TOTAL** | | **709.3** | **$ 462,771.70** |
| | **HOURLY RATE MATTER TOTAL** | | **18,214.7** | **$ 11,373,907.20** |

| FLAT RATE MATTERS | |
|---|---|
| FERC Monitoring (10333) | $12,600.00 |
| U.S. Dept. of Health & Human Services Monitoring (10368) | $13,500.00 |
| California Energy Commission Monitoring (10384) | $3,600.00 |
| California Independent Systems Operator Monitoring (10392) | $5,400.00 |
| NERC/WECC Monitoring (10406) | $5,400.00 |
| Federal Communications Commission Monitoring (10422) | $9,000.00 |
| Environmental Protection Agency Monitoring (10431) | $10,800.00 |
| California Air Resources Board Monitoring (10449) | $10,800.00 |
| California State Water Resources Control Board Monitoring (10457) | $10,800.00 |
| Occupational Safety & Health Administration Monitoring (10465) | $10,800.00 |
| Securities & Exchange Commission Monitoring (10493) | $10,800.00 |
| New York Stock Exchange Monitoring (10503) | $10,800.00 |
| Internal Revenue Service Monitoring (10511) | $9,000.00 |
| Federal Aviation Administration Monitoring (10528) | $9,000.00 |
| Cal. Dept. of Fish and Wildlife Monitoring (10546) | $1,800.00 |
| Cal./OSHA (Division of Occupational Saftey & Health, California Dept of Industrial Relations) Monitoring (10597) | $3,600.00 |
| California Occupational Safety and Health Review Commission & OSHSB Monitoring (10601) | $3,600.00 |
| U.S. Dept. of the Interior Monitoring (10627) | $1,800.00 |
| **FLAT RATE MATTER TOTAL** | **$143,100.00** |