# EXHIBIT D

### TIME SUMMARY BY PROFESSIONAL
### FOR THE FOURTH INTERIM APPLICATION PERIOD
### (HOURLY MATTERS ONLY)

| TITLE | NAME OF PROFESSIONAL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|---|---|---|
| Partner | Randall E. Mehrberg | Energy | 1980 | $1,050 | 6.0 | $ 6,300.00 |
| | Thomas J. Perrelli | Litigation | 1991 | $1,315 | 8.7 | $ 11,440.50 |
| | Reid J. Schar | Litigation | 1997 | $1,155 | 137.9 | $ 159,274.50 |
| | Suedeen G. Kelly | Energy | 1976 | $1,025 | 151.7 | $ 155,492.50 |
| | Brian P. Hauck | Litigation | 2001 | $920 | 477.3 | $ 439,116.00 |
| | E. Glenn Rippie | Energy | 1985 | $895 | 159.4 | $ 142,663.00 |
| | Matthew L. Haws | Gov't Contracts | 2002 | $895 | 66.1 | $ 59,159.50 |
| | Matthew S. Hellman | Litigation | 2003 | $895 | 134.2 | $ 120,109.00 |
| | Andrew F. Merrick | Litigation | 2006 | $840 | 156.6 | $ 131,544.00 |
| | Coral A. Negron | Litigation | 2008 | $840 | 47.7 | $ 40,068.00 |
| | Matthew E. Price | Litigation | 2007 | $840 | 49.2 | $ 41,328.00 |
| | Michael Guerra | Energy | 1988 | $840 | 107.8 | $ 90,552.00 |
| | Emily M. Loeb | Litigation | 2010 | $830 | 7.6 | $ 6,308.00 |
| | Johanna R. Thomas | Comm., Intern. & Tech. | 2008 | $830 | 37.1 | $ 30,793.00 |
| | Angela M. Allen | Restr. & Bankr. | 2008 | $825 | 63.4 | $ 52,305.00 |
| Special Counsel | Carla J. Weiss | Gov't Contracts | 2012 | $791 | 8.0 | $ 6,328.00 |
| | David M. Didion | Litigation | 2011 | $791 | 77.9 | $ 61,618.90 |
| **Total Partners & Special Counsel:** | | | | | **1,696.6** | **$ 1,554,399.90** |
| Associates | Wesley M. Griffith | Litigation | 2012 | $791 | 329.3 | $ 260,476.30 |
| | E.K. McWilliams | Litigation | 2014 | $731 | 150.7 | $ 110,161.70 |
| | Hanna M. Conger | Energy | 2012 | $731 | 138.0 | $ 100,878.00 |
| | Julian J. Ginos | Litigation | 2014 | $731 | 0.5 | $ 365.50 |
| | Samuel C. Birnbaum | Litigation | 2015 | $731 | 11.5 | $ 8,406.50 |
| | Adrienne Lee Benson | Litigation | 2019 | $700 | 6.8 | $ 4,760.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Elizabeth B. Deutsch | Litigation | 2016 | $660 | 84.5 | $ 55,770.00 |
| | | Marjorie R. Kennedy | Energy | 2014 | $660 | 8.5 | $ 5,610.00 |
| | | Monika N. Kothari | Litigation | 2016 | $660 | 292.8 | $ 193,248.00 |
| | | Noah B. Bokat-Lindell | Litigation | 2016 | $660 | 141.9 | $ 93,654.00 |
| | | Samuel Jahangir | Litigation | 2016 | $660 | 223.0 | $ 147,180.00 |
| | | Jason T. Perkins | Litigation | 2017 | $595 | 148.3 | $ 88,238.50 |
| | | William A. Williams | Restr. & Bankr. | 2015 | $595 | 42.5 | $ 25,287.50 |
| | | Amir A. Shakoorian Tabrizi | Litigation | 2018 | $540 | 381.6 | $ 206,064.00 |
| | | Amy Egerton-Wiley | Litigation | 2018 | $540 | 126.4 | $ 68,256.00 |
| | Dept. Counsel | Tarica Chambliss | Litigation | 2007 | $435 | 56.3 | $ 24,490.50 |
| | **Total Associates & Dept. Counsel:** | | | | | **2,142.6** | **$ 1,392,846.50** |
| | Sr. Paralegal | Christopher R. Ward | Litigation | N/A | $385 | 3.8 | $ 1,463.00 |
| | Paralegal | Diana V. Chuck | Litigation | N/A | $323 | 40.0 | $ 12,920.00 |
| | | Theresa L. Busch | Litigation | N/A | $323 | 199.7 | $ 64,503.10 |
| | | Megan Cahillane | Litigation | N/A | $198 | 15.9 | $ 3,148.20 |
| | Practice Assist. | Christian Rodriguez | Litigation | N/A | $198 | 1.0 | $ 198.00 |
| | **Total Paraprofessionals and Other Staff:** | | | | | **260.4** | **$ 82,232.30** |
| | **Grand Total (Hourly Matters Only)** | | | | | **4,099.6** | **$ 3,029,478.70** |

**TIME SUMMARY BY PROFESSIONAL**
**FOR THE FINAL APPLICATION PERIOD**
**(HOURLY MATTERS ONLY)**

| TITLE | NAME OF PROFESSIONAL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|---|---|---|
| Partner | Randall E. Mehrberg | Energy | 1980 | $1,050 | 6.0 | $ 6,300.00 |
| | | | | $893 | 179.1 | $ 159,936.30 |
| | Thomas J. Perrelli | Litigation | 1991 | $1,315 | 8.7 | $ 11,440.50 |
| | | | | $1,118 | 3.6 | $ 4,024.80 |
| | Reid J. Schar | Litigation | 1997 | $1,155 | 137.9 | $ 159,274.50 |
| | | | | $982 | 434.6 | $ 426,777.20 |
| | Suedeen G. Kelly | Energy | 1976 | $1,025 | 151.7 | $ 155,492.50 |
| | | | | $871 | 119.5 | $ 104,084.50 |
| | Ian H. Gershengorn | Litigation | 1994 | $982 | 39.3 | $ 38,592.60 |
| | Brian P. Hauck | Litigation | 2001 | $920 | 477.3 | $ 439,116.00 |
| | | | | $782 | 1515.0 | $ 1,184,730.00 |
| | Catherine L. Steege | Restr. & Bankr. | 1982 | $918 | 1.0 | $ 918.00 |
| | E. Glenn Rippie | Energy | 1985 | $895 | 159.4 | $ 142,663.00 |
| | | | | $840 | 106.8 | $ 89,712.00 |
| | Sam Hirsch | Energy | 1997 | $782 | 173.1 | $ 135,364.20 |
| | Brandon D. Fox | Litigation | 2000 | $761 | 268.8 | $ 204,556.80 |
| | David M. Greenwald | Litigation | 1986 | $761 | 1.0 | $ 761.00 |
| | John R. Storino | Litigation | 2000 | $757 | 4.7 | $ 3,557.90 |
| | Max Minzner | Energy | 2000 | $740 | 78.9 | $ 58,386.00 |
| | Matthew L. Haws | Gov't Contracts | 2002 | $895 | 66.1 | $ 59,159.50 |
| | | | | $761 | 20.5 | $ 15,600.50 |
| | Matthew S. Hellman | Litigation | 2003 | $895 | 134.2 | $ 120,109.00 |
| | | | | $761 | 89.1 | $ 67,805.10 |
| | Charles D. Riely | Litigation | 2002 | $752 | 38.3 | $ 28,801.60 |
| | Erin R. Schrantz | Litigation | 2002 | $803 | 62.5 | $ 50,187.50 |
| | Andrew F. Merrick | Litigation | 2006 | $840 | 156.6 | $ 131,544.00 |

3

| | Name | Department | Year Admitted | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | | $714 | 570.8 | $ 407,551.20 |
| | Coral A. Negron | Litigation | 2008 | $840 | 47.7 | $ 40,068.00 |
| | | | | $714 | 156.3 | $ 111,598.20 |
| | Matthew E. Price | Litigation | 2007 | $840 | 49.2 | $ 41,328.00 |
| | | | | $714 | 67.4 | $ 48,123.60 |
| | Michael Guerra | Energy | 1988 | $840 | 107.8 | $ 90,552.00 |
| | | | | $714 | 10.9 | $ 7,782.60 |
| | Emily M. Loeb | Litigation | 2010 | $830 | 7.6 | $ 6,308.00 |
| | | | | $706 | 528.6 | $ 373,191.60 |
| | Johanna R. Thomas | Comm., Intern. & Tech. | 2008 | $830 | 37.1 | $ 30,793.00 |
| | | | | $621 | 14.3 | $ 8,880.30 |
| | Angela M. Allen | Restr. & Bankr. | 2008 | $825 | 63.4 | $ 52,305.00 |
| | | | | $701 | 174.5 | $ 122,324.50 |
| | Elliot S. Tarloff | Litigation | 2013 | $620 | 3.8 | $ 2,356.00 |
| Special Counsel | David M. Didion | Litigation | 2011 | $791 | 77.9 | $ 61,618.90 |
| | | | | $621 | 34.1 | $ 21,176.10 |
| | Carla J. Weiss | Gov't Contracts | 2012 | $791 | 8.0 | $ 6,328.00 |
| | | | | $672 | 58.4 | $ 39,244.80 |
| **Total Partners & Special Counsel** | | | | | **6,451.5** | **$ 5,270,424.80** |
| Associate | Wesley M. Griffith | Litigation | 2012 | $791 | 329.3 | $ 260,476.30 |
| | | | | $672 | 137.4 | $ 92,332.80 |
| | | | | $663 | 1253.2 | $ 830,871.60 |
| | E.K. McWilliams | Litigation | 2014 | $731 | 150.7 | $ 110,161.70 |
| | | | | $595 | 7.3 | $ 4,343.50 |
| | Hanna M. Conger | Energy | 2012 | $731 | 138.0 | $ 100,878.00 |
| | | | | $663 | 73.3 | $ 48,597.90 |
| | | | | $621 | 38.5 | $ 23,908.50 |
| | Julian J. Ginos | Litigation | 2014 | $731 | 0.5 | $ 365.50 |
| | | | | $595 | 112.2 | $ 66,759.00 |
| | Samuel C. Birnbaum | Litigation | 2015 | $731 | 11.5 | $ 8,406.50 |
| | | | | $595 | 208.8 | $ 124,236.00 |

| Name | Department | Year | Rate | Hours | Total |
|---|---|---|---|---|---|
| Emily A. Bruemmer | | 2012 | $701 | 19.2 | $ 13,459.20 |
| Adrienne Lee Benson | Litigation | 2019 | $700 | 6.8 | $ 4,760.00 |
| | | | $561 | 140.5 | $ 78,820.50 |
| Elizabeth B. Deutsch | Litigation | 2016 | $660 | 84.5 | $ 55,770.00 |
| Marjorie R. Kennedy | Energy | 2014 | $660 | 8.5 | $ 5,610.00 |
| Monika N. Kothari | Litigation | 2016 | $660 | 292.8 | $ 193,248.00 |
| | | | $561 | 119.5 | $ 67,039.50 |
| | | | $506 | 134.7 | $ 68,158.20 |
| Noah B. Bokat-Lindell | Litigation | 2016 | $660 | 141.9 | $ 93,654.00 |
| | | | $506 | 48.0 | $ 24,288.00 |
| Samuel Jahangir | Litigation | 2016 | $660 | 223.0 | $ 147,180.00 |
| | | | $506 | 953.9 | $ 482,673.40 |
| | | | $561 | 16.4 | $ 9,200.40 |
| Michael E. Stewart | Litigation | 2014 | $621 | 1.0 | $ 621.00 |
| Tassity S. Johnson | Litigation | 2014 | $621 | 52.6 | $ 32,664.60 |
| Andrew C. Noll | Litigation | 2014 | $595 | 617.2 | $ 367,234.00 |
| Jason T. Perkins | Litigation | 2017 | $595 | 148.3 | $ 88,238.50 |
| | | | $506 | 38.8 | $ 19,632.80 |
| | | | $459 | 204.1 | $ 93,681.90 |
| Katherine B. Johnson | Litigation | 2014 | $595 | 97.4 | $ 57,953.00 |
| William A. Williams | Restr. & Bankr. | 2015 | $595 | 42.5 | $ 25,287.50 |
| | | | $506 | 7.0 | $ 3,542.00 |
| | | | $459 | 144.6 | $ 66,371.40 |
| Karthik P. Reddy | Litigation | 2015 | $561 | 8.5 | $ 4,768.50 |
| Natacha Y. Lam | Litigation | 2014 | $561 | 8.0 | $ 4,488.00 |
| Reena Sikdar | Litigation | 2015 | $561 | 51.5 | $ 28,891.50 |
| Amir A. Shakoorian Tabrizi | Litigation | 2018 | $540 | 381.6 | $ 206,064.00 |
| | | | $459 | 127.0 | $ 58,293.00 |
| | | | $400 | 1187.9 | $ 475,160.00 |
| Amy Egerton-Wiley | Litigation | 2018 | $540 | 126.4 | $ 68,256.00 |
| | | | $400 | 53.3 | $ 21,320.00 |

5

Case: 19-30088    Doc# 8949-4    Filed: 08/31/20    Entered: 08/31/20 17:09:47    Page 5 of 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Andrew P. Walker | Litigation | 2016 | $506 | 25.2 | $ 12,751.20 |
| | | Daixi Xu | Litigation | 2016 | $506 | 273.3 | $ 138,289.80 |
| | | Jennifer J. Yun | Litigation | 2017 | $506 | 64.9 | $ 32,839.40 |
| | | Michelle Peleg | Litigation | 2017 | $459 | 53.5 | $ 24,556.50 |
| | | Sarah L. Norman | Litigation | 2017 | $459 | 1296.0 | $ 594,864.00 |
| | | Anna K. Lyons | Litigation | 2018 | $400 | 1108.4 | $ 443,360.00 |
| | | Effiong K. Dampha | Litigation | 2018 | $400 | 51.0 | $ 20,400.00 |
| | Dept. Counsel | Tarica Chambliss | Litigation | 2007 | $435 | 56.3 | $ 24,490.50 |
| | **Total Associates & Dept. Counsel** | | | | | **10,876.7** | **$ 5,829,217.60** |
| | Paralegal | Christopher R. Ward | Litigation | N/A | $385 | 3.8 | $ 1,463.00 |
| | | Theresa L. Busch | Litigation | N/A | $327 | 471.8 | $ 154,278.60 |
| | | | | | $323 | 199.7 | $ 64,503.10 |
| | | Toi D. Hooker | Bankr. & Restr. | N/A | $327 | 15.4 | $ 5,035.80 |
| | | Wenette Belcher | Litigation | N/A | $327 | 1.5 | $ 490.50 |
| | | Diana V. Chuck | Litigation | N/A | $323 | 40.0 | $ 12,920.00 |
| | | | | | $302 | 49.3 | $ 14,888.60 |
| | | Michaela E. Novakovic | Litigation | N/A | $276 | 1.5 | $ 414.00 |
| | | Megan Cahillane | Energy | N/A | $198 | 15.9 | $ 3,148.20 |
| | | | | | $196 | 4.6 | $ 901.60 |
| | | Madison L. Amboian | Litigation | N/A | $187 | 44.5 | $ 8,321.50 |
| | | Mary Gulden | Litigation | N/A | $187 | 3.3 | $ 617.10 |
| | Library Services | Stephen S. Mellin | Library Services | N/A | $302 | 2.8 | $ 845.60 |
| | | Tricia J. Peavler | Library Services | N/A | $302 | 0.8 | $ 241.60 |
| | Practice Assistant | Christian Rodriguez | Litigation | N/A | $198 | 1.0 | $ 198.00 |
| | Bankr./Litig. Specialist | Marc A. Patterson | Bankr. & Restr. | N/A | $196 | 30.6 | $ 5,997.60 |
| | **Total Paraprofessionals & Other Staff** | | | | | **886.5** | **$ 274,264.80** |
| | **Grand Total (Hourly Matters Only)** | | | | | **18,214.7** | **$ 11,373,907.20** |