**EXHIBIT F**

DISBURSEMENT SUMMARY
FOR THE FOURTH INTERIM APPLICATION PERIOD

| EXPENSES | AMOUNT |
|---|---:|
| Travel | $1,596.15 |
| Court Fees | $410.00 |
| In-City Transportation | $56.48 |
| UPS | $20.13 |
| **TOTAL** | **$2,082.76** |

DISBURSEMENT SUMMARY
FOR THE FINAL APPLICATION PERIOD

| EXPENSES | AMOUNT |
|---|---:|
| Travel | $73,581.84 |
| Outside Printing Service | $2,923.37 |
| Photocopy & Related Expenses | $1,137.38 |
| UPS | $790.84 |
| In-City Transportation | $721.88 |
| Court Fees | $567.50 |
| Messenger Service | $134.40 |
| Hearing & Transcript Fees | $131.90 |
| **TOTAL** | **$79,989.11** |