# EXHIBIT G

## DISBURSEMENT DETAIL

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:     56604
MATTER NUMBER:     10287

PACIFIC GAS AND ELECTRIC COMPANY                    MARCH 27, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP                   INVOICE #  9486291
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                              $ .00
THROUGH FEBRUARY 28, 2019:

DISBURSEMENTS                                              $ 7,898.12

                                      TOTAL INVOICE       $ 7,898.12

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY                                INVOICE #  9486291
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                                           MARCH 27, 2019

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2019:


EXPENSES                                                        MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 2/05/19 | In-City Transportation, BRIAN HAUCK, 02/05/2019 taxi 1/30/19. | 29.50 |
| 2/05/19 | Outside Printing Services; LA BEST COLOR IMAGING; 02/05/2019; Outside B&W Printing with Tabs and GBC Binding. | 46.71 |
| 2/05/19 | Travel, REID J. SCHAR, 02/05/2019, San Francisco CA, 1/25-31/19. | 5,210.87 |
| 2/05/19 | Travel, SARAH L. NORMAN, 02/05/2019, San FranciscoCA, 1/31-31/19, PGE LM. | 1,190.82 |
| 2/05/19 | Travel, SARAH L. NORMAN, 02/05/2019, San FranciscoCA, 1/30-31/19. | 80.78 |
| 2/05/19 | Travel, SARAH L. NORMAN, 02/05/2019 | 113.16 |
| 2/05/19 | Travel, BRANDON FOX, 02/05/2019, San Ramon, CA, 1/30-31/19, client interviews. | 1,226.28 |
| | TOTAL DISBURSEMENTS | $ 7,898.12 |


INVOICE TOTAL                                                   $ 7,898.12

Case: 19-30088    Doc# 8949-7    Filed: 08/31/20    Entered: 08/31/20 17:09:47    Page 3

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:      56604
MATTER NUMBER:      10287

PACIFIC GAS AND ELECTRIC COMPANY                          APRIL 29, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP                   INVOICE #  9486304
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                              $ .00
THROUGH MARCH 31, 2019:

DISBURSEMENTS                                                  $ 186.91

                                      TOTAL INVOICE            $ 186.91

Electronic Invoice

# JENNER & BLOCK LLP

PACIFIC GAS AND ELECTRIC COMPANY                                    INVOICE #  9486304
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                                               APRIL 29, 2019

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2019:

EXPENSES                                                MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 3/04/19 | 03/04/2019 UPS Delivery Service 1Z6134380191131412 | 8.06 |
| 3/06/19 | Court Fees, DAVID M. DIDION, 03/06/2019 | 70.00 |
| 3/07/19 | In-City Transportation, ANDREW NOLL, 03/07/2019 after hours taxi, 2/28/19. | 8.93 |
| 3/07/19 | In-City Transportation, TYLER J. EDWARDS, 03/07/2019, taxi to file at FCC for D. Didion, 2/27/19. | 23.60 |
| 3/11/19 | In-City Transportation, ANDREW NOLL, 03/11/2019 | 8.96 |
| 3/18/19 | In-City Transportation, BRIAN HAUCK, 03/18/2019 taxi from meeting, 3/5/19. | 22.71 |
| 3/19/19 | 03/19/2019 UPS Delivery Service 1Z613438NT92372816 | 14.37 |
| 3/26/19 | In-City Transportation, BRIAN HAUCK, 03/26/2019 taxi from meeting, 3/22/19. | 30.28 |
| | TOTAL DISBURSEMENTS | $ 186.91 |

INVOICE TOTAL                                                       $ 186.91

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:      56604
MATTER NUMBER:      10287

PACIFIC GAS AND ELECTRIC COMPANY                          JUNE 30, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP              INVOICE #  9487066
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                              $ .00
THROUGH APRIL 30, 2019:

DISBURSEMENTS                                                          $ 3,729.52

                                    TOTAL INVOICE          $ 3,729.52

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY                           INVOICE #  9487066
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                                      JUNE 30, 2019

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2019:


EXPENSES                                          MATTER NUMBER - 10287
1907533

## DISBURSEMENTS

| | | |
|---|---|---|
| 4/03/19 | In-City Transportation, SARAH L. NORMAN, 04/03/2019 | 51.88 |
| 4/03/19 | Travel, SARAH L. NORMAN, 04/03/2019 | 952.39 |
| 4/08/19 | 04/08/2019 UPS Delivery Service 1Z6134380198110888 | 7.67 |
| 4/10/19 | Travel, REID J. SCHAR, 04/10/2019, San Francisco, CA, 4/1-2/19, attended federal court for probation hearing. | 1,475.03 |
| 4/17/19 | Outside Printing Services; LA BEST COLOR IMAGING; 04/17/2019 | 503.04 |
| 4/25/19 | In-City Transportation, JULIAN J. GINOS, 04/25/2019 | 11.30 |
| 4/25/19 | In-City Transportation, ANDREW NOLL, 04/15/2019 | 8.53 |
| 4/25/19 | In-City Transportation, ANDREW NOLL, 04/25/2019 | 9.07 |
| 4/25/19 | In-City Transportation, SARAH L. NORMAN, 04/25/2019 | 32.00 |
| 4/25/19 | Travel, SARAH L. NORMAN, 04/25/2019 | 634.80 |
| 4/30/19 | Outside Printing Services; LA BEST COLOR IMAGING; 04/30/2019 | 29.41 |
| 4/30/19 | 04/30/2019 UPS Delivery Service 1Z01X4270197164463 | 14.40 |
| | TOTAL DISBURSEMENTS | $ 3,729.52 |


INVOICE TOTAL                                                $ 3,729.52

LAW OFFICES

# Jenner & Block LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:     56604
MATTER NUMBER:    10287

PACIFIC GAS AND ELECTRIC COMPANY           JULY 23, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP     INVOICE #  9490716
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED            $ .00
THROUGH MAY 31, 2019:

DISBURSEMENTS                        $ 9,622.01

                               TOTAL INVOICE     $ 9,622.01

Electronic Invoice

PACIFIC GAS AND ELECTRIC COMPANY                    INVOICE #  9490716
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                               JULY 23, 2019

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2019:

EXPENSES                                            MATTER NUMBER - 10287
1907533

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 5/01/19 | 05/01/2019 UPS Delivery Service 1Z01X4270196469092 | 31.98 |
| 5/03/19 | In-City Transportation, JULIAN J. GINOS, 05/03/201 9 | 8.49 |
| 5/07/19 | In-City Transportation, JULIAN J. GINOS, 05/07/201 9 | 13.35 |
| 5/09/19 | 05/09/2019 UPS Delivery Service 1Z22124E0199700463 | 24.34 |
| 5/14/19 | In-City Transportation, ANDREW NOLL, 05/08/2019; overtime taxi charge. | 12.41 |
| 5/14/19 | In-City Transportation, ANDREW NOLL, 05/09/2019; overtime taxi charge. | 9.00 |
| 5/15/19 | Travel, REID J. SCHAR, 05/06-07/2019; San Francisco, CA; attended client meeting. | 1,763.39 |
| 5/16/19 | Outside Printing Services; LA BEST COLOR IMAGING; 05/16/2019. 0.5 hours at $95/hour | 327.82 |
| 5/19/19 | Travel, BRANDON FOX, 05/19/2019, Oakland, CA, 3/27-28/19, interviews. | 881.17 |
| 5/19/19 | Travel, BRANDON FOX, 05/19/2019, Oakland, CA, 4/18/19, client meeting. | 653.35 |
| 5/21/19 | In-City Transportation, ANDREW NOLL, 05/15/2019; overtime taxi charges. | 9.09 |
| 5/23/19 | US Messenger Delivery Service 05/04/19 | 38.49 |
| 5/23/19 | Travel, SARAH L. NORMAN, 05/17-19/2019; San Ramon, CA; Witness Interviews. | 650.80 |
| 5/24/19 | 05/24/2019 UPS Delivery Service 1Z01X4270190517853 | 19.96 |
| 5/31/19 | In-City Transportation, BRIAN HAUCK, 05/24/2019; Uber from office to meeting. | 26.33 |
| 5/31/19 | Travel, RANDALL E. MEHRBERG, 04/23/2019; San Francisco, CA; Hearing - cancelled. | 455.65 |
| 5/31/19 | Travel, REID J. SCHAR, 05/22-23/2019; San Francisco, CA; attended meeting and participated in presentation. | 4,696.39 |
| | TOTAL DISBURSEMENTS | $ 9,622.01 |

Case: 19-30088     Doc# 8949-7     Filed: 08/31/20     Entered: 08/31/20 17:09:47     Page 9

INVOICE TOTAL                                            $ 9,622.01

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER: 56604
MATTER NUMBER: 10287

PACIFIC GAS AND ELECTRIC COMPANY                          AUGUST 13, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP                    INVOICE #  9494564
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                              $ .00
THROUGH JUNE 30, 2019:

DISBURSEMENTS                                                              $ 82.20

                                        TOTAL INVOICE              $ 82.20

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

INVOICE # 9494564

CLIENT NUMBER: 56604

AUGUST 13, 2019

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2019:

EXPENSES
1907533

MATTER NUMBER - 10287

**DISBURSEMENTS**

| | | |
|---|---|---|
| 6/04/19 | In-City Transportation, JENNIFER J. YUN, 06/04/2019, taxi, 4/26 & 4/29/19. | 25.57 |
| 6/07/19 | In-City Transportation, Monika Kothari, on 04/30/2019; overtime taxi charges. | 17.82 |
| 6/18/19 | In-City Transportation, BRIAN HAUCK, 06/10/2019; taxi ride back to office following meeting. | 38.81 |
| | TOTAL DISBURSEMENTS | $ 82.20 |

INVOICE TOTAL

$ 82.20

LAW OFFICES

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:    56604
MATTER NUMBER:    10287

PACIFIC GAS AND ELECTRIC COMPANY         OCTOBER 21, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP        INVOICE #  9501601
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED        $ .00
THROUGH JULY 31, 2019:

DISBURSEMENTS        $ 2,093.68

        TOTAL INVOICE    $ 2,093.68

LAW OFFICES

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY                          INVOICE #  9501601
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                                     OCTOBER 21, 2019

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2019:


EXPENSES                                                  MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 4/23/19 | Other Professional Services ; Elan Corp Payment; Docket 4/26/2019; SQ *MARK S. DODSON; Transcript Fee for A. Benson; 4/23/2019 | 59.40 |
| 4/26/19 | Other Professional Services; Elan Corp Card; Simons 05/27/19 Stmt; COURTCALL   appearance by phone for R. Mehrberg; 4/26/2019 | 72.50 |
| 7/03/19 | In-City Transportation, BRIAN HAUCK, 06/28/2019; return cab from meeting at PG&E. | 26.90 |
| 7/22/19 | Outside Printing Services; LA BEST COLOR IMAGING; 07/22/2019 | 419.83 |
| 7/22/19 | 07/22/2019 UPS Delivery Service 1Z01X4270193260080 | 32.02 |
| 7/24/19 | In-City Transportation, ANDREW NOLL, 07/27/2019; overtime taxi charges. | 9.15 |
| 7/29/19 | In-City Transportation, ANDREW NOLL, 07/23/2019; overtime taxi charges. | 9.58 |
| 7/30/19 | Travel, SARAH L. NORMAN, 07/22-24/2019; San Francisco, CA; Witness Interviews. | 1,464.30 |
| | TOTAL DISBURSEMENTS | $ 2,093.68 |


INVOICE TOTAL                                             $ 2,093.68

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:       56604
MATTER NUMBER:       10287

PACIFIC GAS AND ELECTRIC COMPANY                    NOVEMBER 12, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP                   INVOICE #  9505224
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                                  $ .00
THROUGH AUGUST 31, 2019:

DISBURSEMENTS                                              $ 12,668.95

                                    TOTAL INVOICE          $ 12,668.95

## JENNER & BLOCK LLP

PACIFIC GAS AND ELECTRIC COMPANY INVOICE # 9505224
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

CLIENT NUMBER: 56604 NOVEMBER 12, 2019

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2019:

EXPENSES MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 8/01/19 | 08/01/2019 UPS Delivery Service 1Z01X4270192388409 | 9.40 |
| 8/06/19 | In-City Transportation, ANDREW NOLL, 07/30/2019; overtime taxi charges. | 9.39 |
| 8/13/19 | Travel, ANDREW F. MERRICK, 07/22-24/2019; San Francisaco, CA; Interviews. | 2,667.10 |
| 8/19/19 | Photocopy & Related Expenses; LA BEST COLOR IMAGING; 08/19/2019; Printing and Binding. | 304.85 |
| 8/19/19 | Photocopy & Related Expenses; LA BEST COLOR IMAGING; 08/19/2019; Printing and Binding. | 148.37 |
| 8/19/19 | 08/19/2019 UPS Delivery Service 1Z01X4270199173977 | 14.42 |
| 8/20/19 | 08/20/2019 UPS Delivery Service 1Z22124ENP95277315 | 128.01 |
| 8/23/19 | 08/23/2019 UPS Delivery Service 1Z6134380193255231 | 35.23 |
| 8/26/19 | 08/26/2019 UPS Delivery Service 1Z6134381590747411 | 135.70 |
| 8/28/19 | Travel, SARAH L. NORMAN, 08/22-23/2019; San Francisco, CA; for deposition and witness preparation. | 1,444.71 |
| 8/28/19 | Travel; ANDREW NOLL; 08/25-28/2019; San Francisco, CA; for deposition of PG&E employees at the California Plant. | 3,821.89 |
| 8/29/19 | 08/29/2019 UPS Delivery Service 1Z6134388492696245 | 34.61 |
| 8/30/19 | Travel; SARAH L. NORMAN; 08/25-30/2019; San Francisco, CA for PG&E deposition defenses and expert preparation. | 3,915.27 |
| | TOTAL DISBURSEMENTS | $ 12,668.95 |

INVOICE TOTAL $ 12,668.95

Case: 19-30088    Doc# 8949-7    Filed: 08/31/20    Entered: 08/31/20 17:09:47    Page 16
of 32

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:     56604
MATTER NUMBER:     10287

PACIFIC GAS AND ELECTRIC COMPANY                          NOVEMBER 13, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP                        INVOICE #  9508146
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                               $ .00
THROUGH SEPTEMBER 30, 2019:

DISBURSEMENTS                                               $ 13,865.43

                                     TOTAL INVOICE        $ 13,865.43

Electronic Invoice

PACIFIC GAS AND ELECTRIC COMPANY                    INVOICE #  9508146
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                               NOVEMBER 13, 2019

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2019:


EXPENSES                                            MATTER NUMBER - 10287
1907533

## DISBURSEMENTS

| | | |
|---|---|---:|
| 9/04/19 | Travel, REID J. SCHAR, 08/26-29/2019; San Francisco, CA; Preparation, depositions and debriefing. | 3,414.43 |
| 9/18/19 | Photocopy & Related Expenses; LA BEST COLOR IMAGING; 09/18/2019; Printing and Binding. | 651.69 |
| 9/18/19 | 09/18/2019 UPS Delivery Service 1Z01X4270197858982 | 16.91 |
| 9/19/19 | Photocopy & Related Expenses; LA BEST COLOR IMAGING; 09/19/2019; Printing and Binding. | 32.47 |
| 9/27/19 | Travel, REID J. SCHAR, 09/15/2019 - 09/17/2019; Attended court hearing on Monitor letter includingpre-meeting and post-hearing debrief. | 2,503.65 |
| 9/27/19 | Travel, ANNA K. LYONS, 09/04/2019, PG&E Meeting. | 9.95 |
| 9/27/19 | Travel, ANDREW F. MERRICK, 08/25/2019 - 08/30/2019, San Francisco CA, Depositions. | 5,237.85 |
| 9/28/19 | Travel, ANDREW F. MERRICK, 08/22/2019 - 08/23/2019, San Francisco CA, Deposition Preparation. | 1,998.48 |
| | TOTAL DISBURSEMENTS | $ 13,865.43 |


INVOICE TOTAL                                       $ 13,865.43

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:         56604
MATTER NUMBER:         10287

PACIFIC GAS AND ELECTRIC COMPANY                         JANUARY 22, 2020
ATTN: LEGAL FINANCE SUPPORT GROUP                        INVOICE #  9512524
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                                        $ .00
THROUGH OCTOBER 31, 2019:

DISBURSEMENTS                                                      $ 8,536.65

                                    TOTAL INVOICE          $ 8,536.65

# JENNER & BLOCK LLP

PACIFIC GAS AND ELECTRIC COMPANY                    INVOICE #  9512524
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                              JANUARY 22, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2019:


EXPENSES                                           MATTER NUMBER - 10287
1907533

## DISBURSEMENTS

| | | |
|---|---|---|
| 10/07/19 | Travel, SAMUEL JAHANGIR, 08/26-29/2019; San Francisco, CA; Deposition prep and meetings. | 3,571.95 |
| 10/08/19 | Court Fees; Elan Corp Payment; 10/27/2019; Pripusich 10/19 Stmt; COURTCALL *10104374 Hearing 10/08/2019 | 87.50 |
| 10/14/19 | 10/14/2019 UPS Delivery Service 1Z01X4271593873133 | 120.99 |
| 10/16/19 | Travel, REID J. SCHAR, 10/07-08/2019; San Francisco, CA re PGE - multiple meetings. | 1,593.57 |
| 10/21/19 | In-City Transportation, BRIAN HAUCK, 10/15/2019; Taxi from hearing prep meeting. | 27.82 |
| 10/25/19 | In-City Transportation, BRIAN HAUCK, 10/20/2019; taxi re hearing prep session. | 36.27 |
| 10/29/19 | Travel, REID J. SCHAR, 10/20-23/2019; San Francisco, CA; prepared for and attended hearing. | 3,098.55 |
| | TOTAL DISBURSEMENTS | $ 8,536.65 |


INVOICE TOTAL                                      $ 8,536.65

CLIENT NUMBER:     56604
MATTER NUMBER:    10287

PACIFIC GAS AND ELECTRIC COMPANY            MARCH 12, 2020
ATTN: LEGAL FINANCE SUPPORT GROUP      INVOICE #  9523086
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED            $ .00
THROUGH NOVEMBER 30, 2019:

DISBURSEMENTS                        $ 8,353.50

                        TOTAL INVOICE      $ 8,353.50

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY                    INVOICE #  9523086
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                               MARCH 12, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2019:

EXPENSES                                            MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 11/13/19 | 11/13/2019 UPS Delivery Service 1Z01X4270193774687 | 18.71 |
| 11/14/19 | Travel, ANDREW F. MERRICK, 10/14-18/2019; San Francisco, CA; Witness Preparation. | 2,927.21 |
| 11/20/19 | Travel, ANDREW F. MERRICK, 10/20-22/2019; San Francisco, CA; attendance at hearing. | 3,541.43 |
| 11/25/19 | 11/25/2019 UPS Delivery Service 1Z22124E0191920945 | 7.66 |
| 11/27/19 | Travel, REID J. SCHAR, 11/11-12/2019; San Francisco, CA; attendance at court hearing. | 1,858.49 |
| 11/30/19 | Lexis Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| | TOTAL DISBURSEMENTS | $ 8,353.50 |

INVOICE TOTAL                                       $ 8,353.50

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:    56604
MATTER NUMBER:    10287

PACIFIC GAS AND ELECTRIC COMPANY    MARCH 4, 2020
ATTN: LEGAL FINANCE SUPPORT GROUP    INVOICE #  9519350
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED    $ .00
THROUGH DECEMBER 31, 2019:

DISBURSEMENTS    $ 4,461.32

TOTAL INVOICE    $ 4,461.32

PACIFIC GAS AND ELECTRIC COMPANY                                INVOICE #  9519350
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                                           MARCH 4, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2019:

EXPENSES                                                        MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| | | |
|---|---|---|
| 12/04/19 | Travel, ERIN R. SCHRANTZ, 11/16-22/2019; San Ramon, CA; Witness interviews. | 2,262.56 |
| 12/09/19 | In-City Transportation, SUEDEEN G. KELLY, 11/22/2019; meeting. | 14.17 |
| 12/10/19 | Travel, RANDALL E. MEHRBERG, 11/11-12/2019; San Francisco, CA; meetings and court. | 2,025.82 |
| 12/16/19 | Special Messenger Service, US MESSENGER & LOGISTICS, INC., 11/30/2019 | 95.91 |
| 12/20/19 | 12/20/2019 UPS Delivery Service 1Z01X4274499508678 | 28.33 |
| 12/31/19 | Westlaw Research | .00 |
| 12/31/19 | Westlaw Research | .00 |
| 12/31/19 | Westlaw Research | .00 |
| 12/31/19 | 12/31/2019 UPS Delivery Service 1Z01X427NT93399383 | 34.53 |
| | TOTAL DISBURSEMENTS | $ 4,461.32 |

INVOICE TOTAL                                                   $ 4,461.32

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:        56604
MATTER NUMBER:        10287

PACIFIC GAS AND ELECTRIC COMPANY                    MARCH 13, 2020
ATTN: LEGAL FINANCE SUPPORT GROUP                   INVOICE #  9523110
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                              $ .00
THROUGH FEBRUARY 29, 2020:

DISBURSEMENTS                                            $ 6,417.06

                        TOTAL INVOICE          $ 6,417.06

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

INVOICE # 9523110

CLIENT NUMBER: 56604

MARCH 13, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 29, 2020:

EXPENSES
1907533

MATTER NUMBER - 10287

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 1/02/20 | 01/02/2020 UPS Delivery Service 1Z01X4270198789082 | 11.89 |
| 1/07/20 | 01/07/2020 UPS Delivery Service 1Z01X427NT91151483 | 21.52 |
| 1/08/20 | In-City Transportation, MONIKA N. KOTHARI, 12/12/2019; overtime charges. | 13.34 |
| 1/08/20 | In-City Transportation, MONIKA N. KOTHARI, 01/02/2020; overtime charges. | 9.73 |
| 1/10/20 | In-City Transportation, BRIAN HAUCK, 01/08/2020; transportation back from PG&E interviews re the PSPS event. | 27.98 |
| 1/15/20 | Travel, ANDREW F. MERRICK, 01/06-09/2020; San Francisco, CA; witness interviews. | 3,121.01 |
| 1/21/20 | 12/31/19 Quarterly Pacer Charge | .00 |
| 1/23/20 | Outside Printing Services; LA BEST COLOR IMAGING; 12/23/2019 | 1,160.23 |
| 1/24/20 | In-City Transportation, ANDREW F. MERRICK, 12/20/2019; parking | 10.00 |
| 1/24/20 | Travel, ANDREW F. MERRICK, 12/18-21/2019; Bakersfield, CA; attendance at mediation. | 1,522.59 |
| 1/27/20 | Outside Printing Services; LA BEST COLOR IMAGING; 12/27/2019 | 445.33 |
| 1/28/20 | In-City Transportation, MONIKA N. KOTHARI, 01/04-16/2020; overtime | 73.44 |
| 1/29/20 | Soundpath Teleconferencing 01/03/2020 | .00 |
| 1/31/20 | Lexis Research | .00 |
| 1/31/20 | Westlaw Research | .00 |
| 1/31/20 | Westlaw Research | .00 |
| 1/31/20 | Westlaw Research | .00 |
| | TOTAL DISBURSEMENTS | $ 6,417.06 |

INVOICE TOTAL                                                                    $ 6,417.06

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:      56604
MATTER NUMBER:     10287

PACIFIC GAS AND ELECTRIC COMPANY            APRIL 22, 2020
ATTN: LEGAL FINANCE SUPPORT GROUP      INVOICE # 9524195
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED            $ .00
THROUGH FEBRUARY 29, 2020:

DISBURSEMENTS                     $ 1,652.63

                       TOTAL INVOICE     $ 1,652.63

Electronic Invoice

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY                    INVOICE #  9524195
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                               APRIL 22, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 29, 2020:


EXPENSES                                            MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| | | |
|---|---|---|
| 2/19/20 | In-City Transportation, SUEDEEN G. KELLY, 02/13/2020; Uber to/from FERC. | 42.18 |
| 2/21/20 | In-City Transportation, MONIKA N. KOTHARI, 02/05/2020; overtime | 14.30 |
| 2/21/20 | Travel, REID J. SCHAR, 02/17-19/2020; San Francisco, CA; hearing. | 1,596.15 |
| | TOTAL DISBURSEMENTS | $ 1,652.63 |


INVOICE TOTAL                                       $ 1,652.63

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER:     56604
MATTER NUMBER:     10287

PACIFIC GAS AND ELECTRIC COMPANY                          JUNE 22, 2020
ATTN: LEGAL FINANCE SUPPORT GROUP              INVOICE #  9531789
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                          $ .00
THROUGH MAY 31, 2020:

DISBURSEMENTS                                                      $ 70.00

                                             TOTAL INVOICE        $ 70.00

Electronic Invoice

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY                    INVOICE #  9531789
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                                JUNE 22, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2020:


EXPENSES                                        MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| | | |
|---|---|---|
| 5/20/20 | Court Fees, DAVID M. DIDION, 05/20/2020; FCC fee for the PG&E bankruptcy emergence. | 70.00 |
| | TOTAL DISBURSEMENTS | $ 70.00 |


INVOICE TOTAL                                              $ 70.00

CLIENT NUMBER:          56604
MATTER NUMBER:          10287

PACIFIC GAS AND ELECTRIC COMPANY                          JULY 28, 2020
ATTN: LEGAL FINANCE SUPPORT GROUP                  INVOICE #  9535448
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                          $ .00
THROUGH JUNE 30, 2020:

DISBURSEMENTS                                                      $ 360.13

                                        TOTAL INVOICE          $ 360.13

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY                                    INVOICE #  9535448
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604                                               JULY 28, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2020:


EXPENSES                                                    MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| | | |
|---|---|---|
| 6/23/20 | 06/23/2020 UPS Delivery Service 1Z01X4270192828111 | 20.13 |
| 6/25/20 | Court Fees, DAVID M. DIDION, 06/21/2020; FCC Filing Fee. | 340.00 |
| | TOTAL DISBURSEMENTS | $ 360.13 |


INVOICE TOTAL                                                      $ 360.13