# EXHIBIT H

## Jenner & Block Budget Comparison
## For the Fourth Interim & Final Application Periods
### (Hourly Matters Only)

| Matter No. | PROJECT CATEGORY | FOURTH INTERIM APPLICATION PERIOD | | FINAL APPLICATION PERIOD | |
|---|---|---|---|---|---|
| | | BUDGETED | REQUESTED | BUDGETED | REQUESTED |
| 10006 | Criminal Investigation | $ 595,000.00 | $ 525,863.60 | $ 2,075,000.00 | $ 1,260,654.70 |
| 10014 | DOI Investigation | $ 20,000.00 | $ 12,399.70 | $ 120,000.00 | $ 37,395.90 |
| 10065 | Federal Contracts Advice & Counsel | $ 54,000.00 | $ 80,569.80 | $ 86,000.00 | $ 95,713.70 |
| 10081 | FCC Regulatory Advice & Counsel | $ 37,000.00 | $ 61,279.30 | $ 92,000.00 | $ 94,451.70 |
| 10090 | North Bay Fires - Monitorship | $ - | $ - | $ 5,000.00 | $ 1,178.40 |
| 10111 | Locate and Mark | $ 110,000.00 | $ 72,733.50 | $ 6,215,000.00 | $ 5,843,869.80 |
| 10138 | Triennial MBRE Filing | $ - | $ - | $ - | $ 1,628.00 |
| 10146 | CPUC v. FERC (f/k/a FPA Advice & Counsel) | $ 205,000.00 | $ - | $ 497,500.00 | $ 238,636.90 |
| 10252/10261 | Bankr. Empl't/Bankr. Admin. | $ 114,000.00 | $ 99,959.50 | $ 793,500.00 | $ 386,574.10 |
| 10295 | Regulatory Matter | $ - | $ - | $ 108,000.00 | $ 129,593.10 |
| 10309 | FERC Interlock Advice | $ 57,000.00 | $ 52,689.00 | $ 75,500.00 | $ 68,460.60 |
| 10317 | Metrics Investigation | $ - | $ - | $ 42,500.00 | $ 142,205.40 |
| 10325 | Bakersfield Litigation | $ - | $ 588.00 | $ 40,000.00 | $ 97,379.60 |
| 10341 | PSPS Proceedings | $ 1,185,000.00 | $ 1,143,332.40 | $ 1,835,000.00 | $ 1,773,627.70 |
| 10538 | LLAGAS Battery Storage Project | $ - | $ - | $ - | $ 20,690.60 |
| 10562 | Section 203 Filing Re Bankruptcy Plan | $ 125,000.00 | $ 517,292.20 | $ 125,000.00 | $ 719,075.30 |
| 10571 | Response Plan Investigation | $ 265,000.00 | $ 462,771.70 | $ 265,000.00 | $ 462,771.70 |
| | TOTAL | $2,767,000.00 | $ 3,029,478.70 | $ 12,375,000.00 | $ 11,373,907.20 |