# EXHIBIT I

## Jenner & Block Staffing Plan Comparison
## For the Fourth Interim & Final Application Periods

| Staffing Plan | | Rendered Services During Fourth Interim Fee Period? | Rendered Services During Final Fee Period? |
|---|---|---|---|
| Name | Position | | |
| Randall E. Mehrberg | Partner | Yes | Yes |
| Thomas J. Perrelli | Partner | Yes | Yes |
| Ian H. Gershengorn | Partner | | Yes |
| Reid J. Schar | Partner | Yes | Yes |
| Catherine L. Steege | Partner | | Yes |
| Suedeen G. Kelly | Partner | Yes | Yes |
| E. Glenn Rippie | Partner | Yes | Yes |
| Erin R. Schrantz | Partner | | Yes |
| Sam Hirsch | Partner | | Yes |
| Brian P. Hauck | Partner | Yes | Yes |
| David M. Greenwald | Partner | | Yes |
| Matthew S. Hellman | Partner | Yes | Yes |
| Matthew L. Haws | Partner | Yes | Yes |
| Brandon D. Fox | Partner | | Yes |
| John R. Storino | Partner | | Yes |
| Charles Riely | Partner | | Yes |
| Max Minzner | Partner | | Yes |
| Andrew F. Merrick | Partner | Yes | Yes |
| Allison A. Torrence | Partner | | |
| Matthew E. Price | Partner | Yes | Yes |
| Coral A. Negron | Partner | Yes | Yes |
| Michael Guerra | Partner | Yes | Yes |
| Emily M. Loeb | Partner | Yes | Yes |
| Angela Allen | Partner | Yes | Yes |
| Elliot S. Tarloff | Partner | | Yes |
| Johanna R. Thomas | Partner | Yes | Yes |
| David M. Didion | Special Counsel | Yes | Yes |
| Carla J. Weiss | Special Counsel | Yes | Yes |
| Wesley M. Griffith | Associate | Yes | Yes |
| Emily A. Bruemmer | Associate | | Yes |
| Hanna M. Conger | Associate | Yes | Yes |
| Tassity S. Johnson | Associate | | Yes |
| Alexander J. Bandza | Associate | | |
| Michael E. Stewart | Associate | | Yes |

| Name | Role | Col3 | Col4 |
|---|---|---|---|
| Samuel C. Birnbaum | Associate | Yes | Yes |
| E.K. McWilliams | Associate | Yes | Yes |
| Marguerite L. Moeller | Associate | | |
| Andrew C. Noll | Associate | | Yes |
| Katherine B. Johnson | Associate | | Yes |
| Julian J. Ginos | Associate | Yes | Yes |
| Natascha Lam | Associate | | Yes |
| Adrienne Lee Benson | Associate | Yes | Yes |
| Reena Sikdar | Associate | | Yes |
| Karthik P. Reddy | Associate | | Yes |
| Marjorie R. Kennedy | Associate | Yes | Yes |
| Elizabeth B. Deutsch | Associate | Yes | Yes |
| Jennifer Yun | Associate | | Yes |
| Andrew Cherry | Associate | | |
| Daixi Xu | Associate | | Yes |
| Samuel Jahangir | Associate | Yes | Yes |
| Andrew P. Walker | Associate | | Yes |
| Monika N. Kothari | Associate | Yes | Yes |
| William A. Williams | Associate | Yes | Yes |
| Sarah L. Norman | Associate | | Yes |
| Noah B. Bokat-Lindell | Associate | Yes | Yes |
| Michelle Peleg | Associate | | Yes |
| Jason T. Perkins | Associate | Yes | Yes |
| Effiong Dampha | Associate | | Yes |
| Amy Eggerton-Wiley | Associate | Yes | Yes |
| Anna K. Lyons | Associate | | Yes |
| Amir A. Shakoorian Tabrizi | Associate | Yes | Yes |
| Toi D. Hooker | Paralegal | | Yes |
| Christopher R. Ward | Paralegal | Yes | Yes |
| Theresa L. Busch | Paralegal | Yes | Yes |
| Wenette Belcher | Paralegal | | Yes |
| Diana V. Chuck | Paralegal | Yes | Yes |
| Megan Callihane | Paralegal | Yes | Yes |
| Michaela E. Novakovic | Paralegal | | Yes |
| Tricia J. Peavler | Library Services | | Yes |
| Stephen S. Mellin | Library | | Yes |
| Mary Gulden | Paralegal | | Yes |
| Madison Amboian | Paralegal | | Yes |
| Marc A. Patterson | Bankr./Litig. Spec. | | Yes |
| Christian Rodriguez | Practice Assistant | Yes | Yes |
| Matthew T. Par | Applied Tech. | | Yes |