**Exhibit J**
**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate (Hourly Matters Only) | | |
| --- | --- | --- | --- |
| | Worked and Billed March 2019 –February 2020 (Excluding Bankruptcy Matters) | Billed in the Fourth Application Period | Billed in the Final Application Period |
| **Partners & Special Counsel** | $828 | $916 | $816 |
| 20+ years since admission | $875 | $990 | $903 |
| 13-19 years since admission | $809 | $896 | $798 |
| 0-12 years since admission | $746 | $816 | $723 |
| **Associates & Dept. Counsel** | $553 | $650 | $536 |
| 6+ years since admission | $656 | $735 | $659 |
| 4-5 years since admission | $617 | $568 | $557 |
| 0-3 years since admission | $525 | $554 | $447 |
| **Paraprofessionals** | $290 | $316 | $309 |
| **Blended Rate for All Attorneys** | $622 | $768 | $641 |
| **Blended Rate for All Timekeepers** | $598 | $739 | $624 |