1 | **LABATON SUCHAROW LLP**      **LOWENSTEIN SANDLER LLP**

**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Carol C. Villegas
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, New York 10005

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill
Colleen Maker
One Lowenstein Drive
Roseland, New Jersey 07068

*Lead Counsel to Lead Plaintiff and the Proposed Class*

*Special Bankruptcy Counsel to Lead Plaintiff and the Proposed Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Local Bankruptcy Counsel to Lead Plaintiff and the Proposed Class*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

    - and –

PACIFIC GAS AND ELECTRIC COMPANY,

                Debtors.

☒ Affects Both Debtors
☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company

Case No. 19-30088 (DM) (Lead Case)

Chapter 11

(Jointly Administered)

**DECLARATION OF THOMAS A. DUBBS ON BEHALF OF LABATON SUCHAROW LLP IN SUPPORT OF SECURITIES LEAD PLAINTIFF'S MOTION PURSUANT TO BANKRUPTCY CODE SECTIONS 503(B)(3)(D) AND 503(B)(4) FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES**

Date:        TBD
Time:       TBD
Before:     (Telephonic Appearances Only)
           United States Bankruptcy Court
           Courtroom 17, 16th Floor
           San Francisco, California 94102

**Objection Deadline:** September 18, 2020, 4:00 PM (PT)

I, THOMAS A. DUBBS, declare as follows:

1.      I am a partner of the law firm of Labaton Sucharow LLP ("Labaton Sucharow"). I am submitting this declaration in support of the Securities Lead Plaintiff's Motion Pursuant to Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Fees and Expenses, filed herewith (the "Motion") with respect to Labaton Sucharow's attorneys' fees and expenses in connection with services rendered in the above-captioned Chapter 11 Cases (the "Chapter 11 Cases") from January 1, 2019 through July 31, 2020 (the "Time Period").

2.      My firm serves as court-appointed lead counsel in *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (N.D. Cal.) (the "Securities Action") and represents the court-appointed lead plaintiff, Public Employees Retirement Association of New Mexico ("PERA" or "Lead Plaintiff"), as well as the putative class that the Lead Plaintiff represents. In order to ensure that the rights of PERA and the putative class were being protected in both the Securities Action and the Chapter 11 Cases, my firm retained Lowenstein Sandler LLP ("Lowenstein") as special bankruptcy counsel to advise Labaton Sucharow and the Lead Plaintiff in the Chapter 11 Cases, and retained Randy Michelson of the Michelson Law Group ("Michelson") to serve as local bankruptcy counsel. During the course of their retention, Lowenstein and Michelson have provided services that were necessary for my firm to be able to pursue claims, on behalf of Lead Plaintiff and members of the putative class, against the Debtors, defend putative class members' interests, prepare for the Plan Confirmation Hearing, and perform other necessary legal work in connection with the Chapter 11 Cases.

3.      My firm has also been intimately involved in every aspect of the Chapter 11 Cases relating to the interests of the Lead Plaintiff and the putative class, and has worked closely with Lowenstein and Michelson on numerous matters before the Court that impacted both PERA and putative class members. These matters are described in detail in the Motion.

4.      Together, my firm, along with Lowenstein and Michelson, made a substantial contribution in the Chapter 11 Cases on behalf of the Lead Plaintiff and the thousands of putative class members who form a significant constituency in the Chapter 11 Cases.

5.      Accordingly, Labaton Sucharow is seeking (1) payment of Labaton Sucharow's fees and expenses in connection with the Chapter 11 Cases related to the Motion, including the fees and expenses of Michelson, which Labaton Sucharow has paid as an expense on a regular basis; and (2) payment of Lowenstein's fees and expenses in the Chapter 11 Cases related to the Motion, which have been partially paid by Labaton Sucharow as an expense on a regular basis.

6.      The information in this declaration regarding Labaton Sucharow's time and expenses is taken from time and expense records prepared and maintained by the firm in the ordinary course of business.  These records (and backup documentation where necessary) were reviewed by me and/or others at my firm, under my direction, to confirm both the accuracy of the entries as well as the necessity for and reasonableness of the time and expenses on behalf of Lead Plaintiff and the putative class.  The review also confirmed that Labaton Sucharow's guidelines and policies regarding expenses were followed.  As a result of this review, reductions were made to both time and expenses in the exercise of billing judgment.  As a result of this review and the adjustments made, I believe that Labaton Sucharow's fees and expenses reflected in the Motion are reasonable in amount and were necessary for the effective and efficient representation of Lead Plaintiff, which representation inured to the significant benefit of the thousands of putative class members whose interests were enhanced and protected as a result of these efforts.

7.      The schedule attached hereto as **Exhibit A** is a summary indicating the amount of time spent by attorneys and professional support staff members of my firm who were involved in the Chapter 11 Cases, and the fee calculation based on my firm's historic hourly rates.  The schedule was prepared from daily time records regularly prepared and maintained by my firm.  These time records, redacted so as to protect matters covered by the attorney-client privilege or the work product doctrine,[1] are attached hereto as **Exhibit B**.  Time expended preparing the Motion has not been included.

---

[1] Lead Plaintiff can furnish the redacted information to the Court *in camera*, upon the Court's request. To the extent any unredacted information can be construed as work product or attorney-

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 3 of 123

8.      The total number of hours spent on this matter by Labaton Sucharow during the Time Period that are the subject of the Motion is 2,562.20 hours.  The total fee amount related to the Motion for Labaton Sucharow for attorney/professional staff time during the Time Period and based on the firm's hourly rates is $1,762,023.00

9.      The hourly rates for the attorneys and professional support staff of my firm included in Exhibit A are my firm's usual and customary hourly rates, which have been approved by other federal courts, and are commensurate with hourly rates charged by other professionals in the Chapter 11 Cases.  Labaton Sucharow's requested fees are based upon the firm's hourly rates, which do not include charges for expense items.  Expense items are recorded separately and are not duplicated in my firm's hourly rates.

10.      As detailed in **Exhibit C**, my firm has incurred a total of $168,725.70 in expenses in connection with the  Chapter 11 Cases as they related to the Motion.  The expenses are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred.

11.      Detail concerning Lowenstein's time and expense records is separately provided to the Court in the accompanying  Declaration of Michael S. Etkin.

12.      Detail concerning Michelson's  time and expense records is separately provided to the Court in the accompanying Declaration of Randy Michelson.

13.      With respect to the standing of my firm, attached hereto as **Exhibit D** is a brief biography of Labaton Sucharow as well as biographies of the firm's partners and of counsels.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 31st day of August, 2020.

/s/ Thomas A. Dubbs
THOMAS A. DUBBS

client information, this shall not constitute a waiver as to any related material, or any other work product or privileged material.

# EXHIBIT A

1

*In re: PG&E CORP. & PACIFIC GAS AND ELECTRIC CO.*

2

Case No. 19-30088 (DM) (Lead Case)

3

**EXHIBIT A**

4

5

**FEE REPORT**

6

7

FIRM: LABATON SUCHAROW LLP

8

REPORTING PERIOD: INCEPTION THROUGH JULY 31, 2020

9

10

| PROFESSIONAL | STATUS | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|---|
| Dubbs, T. | P | $995.00/$1,100.00 | 358.8 | $388,033.50 |
| Gottlieb, L. | P | $975.00 | 68.0 | $66,300.00 |
| Zeiss, N. | P | $950.00 | 171.7 | $163,115.00 |
| Belfi, E. | P | $950.00 | 93.3 | $88,635.00 |
| Goldsmith, D. | P | $925.00 | 45.7 | $42,272.50 |
| Villegas, C. | P | $895.00 | 157.5 | $140,962.50 |
| Canty, M. | P | $895.00 | 169.10 | $151,344.50 |
| Hoffman, T. | P | $895.00 | 45.4 | $40,633.00 |
| Rhodes, C. | P | $800.00 | 2.9 | $2,320.00 |
| Rosenberg, E. | OC | $775.00 | 8.0 | $6,200.00 |
| Dubbin, J. | OC | $475.00/$625.00[2] | 550.7 | $326,967.50 |
| Cividini, D. | A | $625.00 | 5.7 | $3,562.50 |
| Yamada, R. | A | $550.00 | 60.4 | $33,220.00 |
| Watson, T. | A | $525.00 | 2.3 | $1,207.50 |
| Boghosian, A | A | $425.00/$475.00 | 160.2 | $73,395.00 |
| McGoey, A. | NPTA | $435.00 | 51.2 | $22,272.00 |
| Hayashi, M. | NPTA | $435.00 | 42.70 | $18,574.50 |
| Bissett, V. | NPTA | $435.00 | 20.3 | $8,830.50 |
| Pumo, D. | NPTA | $435.00 | 16.5 | $7,177.50 |
| Gill, C. | NPTA | $410.00 | 32.0 | $13,120.00 |
| Kussin, T. | NPTA | $390.00 | 34.8 | $13,572.00 |

---

[2] Mr. Dubbin was promoted from Associate to Of Counsel.

| PROFESSIONAL | STATUS | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|---|
| Drapkin, A. | NPTA | $380.00 | 38.3 | $14,554.00 |
| Barrett, T. | NPTA | $360.00 | 56.5 | $20,340.00 |
| Patrikios, P. | NPTA | $360.00 | 42.3 | $15,228.00 |
| Haque, N. | NPTA | $335.00 | 40.0 | $13,400.00 |
| Schulman, B. | NPTA | $335.00 | 2.4 | $804.00 |
| Schervish, W. | DMI | $565.00 | 4.4 | $2,486.00 |
| Russo, S. | RA | $415.00 | 13.5 | $5,602.50 |
| Ahn, E. | RA | $340.00 | 109.40 | $37,196.00 |
| Chan, V. | RA | $340.00 | 7.5 | $2,550.00 |
| Rivera, E. | RA | $290.00 | 5.5 | $1,595.00 |
| Convery, R. | RA | $265.00 | 6.0 | $1,590.00 |
| Cheung, S. | RA | $190.00 | 75.40 | $14,326.00 |
| Ginefra, V. | RA | $190.00 | 4.1 | $779.00 |
| Rutherford, C. | I | $375.00 | 1.0 | $375.00 |
| Penrhyn, M. | PL | $325.00/$335.00 | 14.70 | $4,807.50 |
| Schneider, P. | PL | $325.00/$335.00 | 8.5 | $2,782.50 |
| Chan-Lee, E. | PL | $335.00 | 32.5 | $10,887.50 |
| Boria, C. | PL | $135.00 | 3.0 | $1,005.00 |
| **TOTALS** | | | **2,562.20** | **$1,762,023** |

Partner          (P)          Research Analyst     (RA)
Of Counsel    (OC)         Investigator             (I)
Associate     (A)          Paralegal                (PL)
Director of Market Intelligence (DMI)
Non-Partner Track Attorney   (NPTA)

# EXHIBIT B

*In re: PG&E CORP. & PACIFIC GAS AND ELECTRIC CO.*

Case No. 19-30088 (DM) (Lead Case)

**EXHIBIT B**

**<u>TIME RECORDS</u>**

FIRM: LABATON SUCHAROW LLP
REPORTING PERIOD: JUNE 1, 2019 THROUGH JULY 31, 2020

**Labaton Sucharow LLP - PGE Time Records -June 1, 2019 – July 31, 2020**

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1699 | Aram Boghosian | A | 06/12/19 | 2.2 | 050 | Legal research re ownership of insurance proceeds in bankruptcy court. | $ 425.00 | $ 935.00 |
| 1477 | Melonie Penrhyn | PL | 06/12/19 | 0.3 | 140 | Per Aram Boghosian set up alert for Bankruptcy case filings. | $ 325.00 | $ 97.50 |
| 1699 | Aram Boghosian | A | 06/13/19 | 2 | 050 | Legal research re bankruptcy procedure. | $ 425.00 | $ 850.00 |
| 1699 | Aram Boghosian | A | 06/13/19 | 2.3 | 050 | Research re settlement approval in bankruptcy court. | $ 425.00 | $ 977.50 |
| 0483 | Louis Gottlieb | P | 06/13/19 | 0.6 | 140 | phone conference with T. Dubbs and M. Etkin re strategy on opposing motion for injunction of federal case; emails with T.Dubbs and M. Etkin re same | $ 975.00 | $ 585.00 |
| 0563 | Thomas Dubbs | P | 06/13/19 | 2.9 | 130 | Prepare for and participate in call with L. Gottlieb and M. Etkin regarding status and negotiations. | $ 995.00 | $ 2,885.50 |
| 0563 | Thomas Dubbs | P | 06/14/19 | 2.8 | 130 | Call with M. Etkin and R. Michelson regarding motion, PSLRA stay; call to Weil Gotschal re status. | $ 995.00 | $ 2,786.00 |
| 0483 | Louis Gottlieb | P | 06/14/19 | 0.6 | 140 | phone conference with T. Dubbs, M. Etkin, and Randy Michelson re strategy on motion for injunction; email with Aram Boghosian re Litigation Control request for case expenses and re responsibility in drafting opposition to motion for preliminary injunction | $ 975.00 | $ 585.00 |
| 1699 | Aram Boghosian | A | 06/17/19 | 1.1 | 050 | Research re settlement approval in bankruptcy court. | $ 425.00 | $ 467.50 |
| 1699 | Aram Boghosian | A | 06/17/19 | 2 | 050 | Research re insurance contract principles in bankruptcy court. | $ 425.00 | $ 850.00 |
| 1699 | Aram Boghosian | A | 06/19/19 | 0.6 | 130 | Conversation with Lou Gottlieb re bankruptcy procedure research. | $ 425.00 | $ 255.00 |
| 1699 | Aram Boghosian | A | 06/19/19 | 0.9 | 050 | Research re effect of D&O policy on bankruptcy. | $ 425.00 | $ 382.50 |
| 0483 | Louis Gottlieb | P | 06/26/19 | 1.8 | 130 | phone conference with M. Etkin and T. Dubbs re developments in bankruptcy court, including timing for putting in claim and opposition to motion for preliminary injunction; meet with J. Dubbin and Aram Boghosian re same; meet re article on required mediation based on standard court order; review articles on possible plan to exit from bankruptcy | $ 975.00 | $ 1,755.00 |
| 1587 | Jeffrey Dubbin | OC | 06/27/19 | 1.9 | 050 | Reviewed preliminary injunction motion and supporting documents; strategized potential responses | $ 475.00 | $ 902.50 |
| 0563 | Thomas Dubbs | P | 06/28/19 | 1.9 | 130 | Conference with ████████; review memos from M. Etkin. | $ 995.00 | $ 1,890.50 |
| 1587 | Jeffrey Dubbin | OC | 06/28/19 | 1.9 | 050 | Reviewed factual support for preliminary injunction; strategized potential discovery | $ 475.00 | $ 902.50 |
| 0483 | Louis Gottlieb | P | 07/01/19 | 2.5 | 130 | meet with J. Dubbin re potential expedited discovery in PG&E related to motion for preliminary injunction; email with T. Dubbs re same; meet with team re upcoming deadlines; meet with Aram Boghosian re memos on directors and officers insurance and how the proceeds are treated in bankruptcy court. | $ 975.00 | $ 2,437.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | OC | 07/01/19 | 2.9 | 050 | Conducted legal research re: discovery procedure in adversary proceedings; composed email memoranda to Lou Gottlieb summarizing findings | $ 475.00 | $ 1,377.50 |
| 1587 | Jeffrey Dubbin | OC | 07/01/19 | 3 | 030 | Drafted and revised requests for production and interrogatories per instructions from Lou Gottlieb | $ 475.00 | $ 1,425.00 |
| 1587 | Jeffrey Dubbin | OC | 07/01/19 | 0.6 | 030 | Conf. with Lou Gottlieb re: discovery requests in adversary proceedings | $ 475.00 | $ 285.00 |
| 1587 | Jeffrey Dubbin | OC | 07/01/19 | 2.7 | 030 | Continued drafting and revising requests for production and interrogatories per instructions from Lou Gottlieb | $ 475.00 | $ 1,282.50 |
| 1587 | Jeffrey Dubbin | OC | 07/01/19 | 0.4 | 030 | Follow-up conference with Lou Gottlieb re: requests for production and interrogatories | $ 475.00 | $ 190.00 |
| 1587 | Jeffrey Dubbin | OC | 07/01/19 | 0.9 | 030 | Completed draft requests for production and interrogatories; composed email memorandum to Lou Gottlieb highlighting additional outstanding issues | $ 475.00 | $ 427.50 |
| 1587 | Jeffrey Dubbin | OC | 07/02/19 | 0.8 | 030 | Revised discovery requests per instructions from Lou Gottlieb | $ 475.00 | $ 380.00 |
| 1587 | Jeffrey Dubbin | OC | 07/02/19 | 1.7 | 050 | Reviewed draft preliminary injunction opposition brief and cited authorities | $ 475.00 | $ 807.50 |
| 0483 | Louis Gottlieb | P | 07/02/19 | 3.1 | 130 | review draft discovery requests; meet with T. Dubbs re same; phone conference with M. Etkin re same; meet with J. Dubbin and T. Dubbs re same; review memo and article re funding for possible resolution of claims by fire victims; review and analyze bankruptcy court filings, including re purchasing of additional D & O insurance and re possible trial re Tubbs Fire; email with co-counsel re same | $ 975.00 | $ 3,022.50 |
| 0563 | Thomas Dubbs | P | 07/02/19 | 3.1 | 130 | Review draft document request; review draft interrogatory; conference with M. Etkin re discovery; conference with L. Gottlieb and J. Dubbin regarding discovery and drafts. | $ 995.00 | $ 3,084.50 |
| 1587 | Jeffrey Dubbin | OC | 07/02/19 | 0.5 | 030 | Conf. with Tom Dubbs, Lou Gottlieb, and Mickey Etkin re: discovery requests | $ 475.00 | $ 237.50 |
| 1587 | Jeffrey Dubbin | OC | 07/02/19 | 0.7 | 140 | Reviewed bankruptcy case developments, including bar date order; composed email memorandum summarizing important developments | $ 475.00 | $ 332.50 |
| 1587 | Jeffrey Dubbin | OC | 07/02/19 | 1.3 | 050 | Conducted legal research re: bar dates, claim discharge, and insurance coverage | $ 475.00 | $ 617.50 |
| 1587 | Jeffrey Dubbin | OC | 07/03/19 | 2.6 | 050 | Conducted legal research re: Debtors' motion for a preliminary injunction in preparation for opposition brief | $ 475.00 | $ 1,235.00 |
| 0483 | Louis Gottlieb | P | 07/05/19 | 0.6 | 130 | review and analyze filings in bankruptcy court re request for relief from stay | $ 975.00 | $ 585.00 |
| 1699 | Aram Boghosian | A | 07/08/19 | 0.6 | 050 | Analysis of briefing re injunctive relief. | $ 425.00 | $ 255.00 |
| 1699 | Aram Boghosian | A | 07/08/19 | 0.7 | 050 | Analysis of complaint re preliminary injunction issues. | $ 425.00 | $ 297.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1699 | Aram Boghosian | A | 07/08/19 | 0.7 | 050 | Legal research on preliminary injunction issues. | $ 425.00 | $ 297.50 |
| 1699 | Aram Boghosian | A | 07/08/19 | 1.6 | 050 | Legal research re accessing insurance proceeds. | $ 425.00 | $ 680.00 |
| 1699 | Aram Boghosian | A | 07/08/19 | 1.5 | 140 | Call with bankruptcy counsel. | $ 425.00 | $ 637.50 |
| 1699 | Aram Boghosian | A | 07/08/19 | 2 | 050 | Analysis re extending stay to individual defendants. | $ 425.00 | $ 850.00 |
| 1587 | Jeffrey Dubbin | OC | 07/08/19 | 0.9 | 050 | Conducted legal research re: preclusion section for preliminary injunction opposition brief | $ 475.00 | $ 427.50 |
| 1587 | Jeffrey Dubbin | OC | 07/08/19 | 1.5 | 130 | Conf. with Andrew Behlman, Scott Cargill, Lou Gottlieb, and Aram Boghosian re: revisions to bankruptcy adversary proceeding preliminary injunction opposition brief | $ 475.00 | $ 712.50 |
| 1587 | Jeffrey Dubbin | OC | 07/08/19 | 1.7 | 050 | Outlined arguments in response to preliminary injunction motion factual assertions; conf. with Lou Gottlieb re: contrary facts | $ 475.00 | $ 807.50 |
| 1587 | Jeffrey Dubbin | OC | 07/08/19 | 2.3 | 050 | Drafted and revised preclusion section for preliminary injunction opposition brief | $ 475.00 | $ 1,092.50 |
| 0563 | Thomas Dubbs | P | 07/08/19 | 2.5 | 130 | Work on adversary opposition - research cases and law review articles regarding "proceeds." | $ 995.00 | $ 2,487.50 |
| 0563 | Thomas Dubbs | P | 07/08/19 | 2.5 | 130 | Continue work on adversary opposition:  review/consider affidavit in support of injunction. | $ 995.00 | $ 2,487.50 |
| 0563 | Thomas Dubbs | P | 07/08/19 | 2.1 | 130 | Further work on adversary opposition:  review Colliers on D&O policies. | $ 995.00 | $ 2,089.50 |
| 1587 | Jeffrey Dubbin | OC | 07/08/19 | 0.6 | 050 | Revised draft preliminary injunction opposition brief and distributed draft to Lowenstein Sandler | $ 475.00 | $ 285.00 |
| 0483 | Louis Gottlieb | P | 07/09/19 | 4.7 | 050 | review filings in bankruptcy court; review and analyze draft brief sent by Lowenstein Sandler; phone conference with Andrew B and others at Lowenstein re draft brief; meet with T. Dubbs re same; meet with J. Dubbin re research for brief, including priority of payments provisions; review and analyze D & O insurance policy; review and analyze reservation of rights letter sent by PG&E's insurance carrier | $ 975.00 | $ 4,582.50 |
| 1587 | Jeffrey Dubbin | OC | 07/09/19 | 1.9 | 050 | Revised preclusion section for preliminary injunction opposition brief | $ 475.00 | $ 902.50 |
| 1587 | Jeffrey Dubbin | OC | 07/09/19 | 1.8 | 140 | Drafted memorandum to client summarizing recent developments in bankruptcy court and California legislature | $ 475.00 | $ 855.00 |
| 1587 | Jeffrey Dubbin | OC | 07/09/19 | 1.3 | 030 | Reviewed insurance coverage letter; conf. with Lou Gottlieb re: impact on preliminary injunction opposition brief | $ 475.00 | $ 617.50 |
| 1587 | Jeffrey Dubbin | OC | 07/09/19 | 2.4 | 050 | Reviewed revised draft opposition brief; conf. with Lou Gottlieb re: areas for further revision; composed email memorandum summarizing addition revision assignments | $ 475.00 | $ 1,140.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | OC | 07/09/19 | 1.2 | 140 | Conferences with Lou Gottlieb, Aram Boghosian, and Jordan Khorshad re: outstanding legal research for opposition brief, revision strategy, and assignments | $ 475.00 | $ 570.00 |
| 1699 | Aram Boghosian | A | 07/10/19 | 0.8 | 050 | Legal research re opposition to extension of automatic stay. | $ 425.00 | $ 340.00 |
| 1699 | Aram Boghosian | A | 07/10/19 | 1.6 | 050 | Research property rights in insurance policies during bankruptcy process. | $ 425.00 | $ 680.00 |
| 1699 | Aram Boghosian | A | 07/10/19 | 1.4 | 050 | Call with co-counsel and Lou Gottlieb on opposition to motion to extend stay. | $ 425.00 | $ 595.00 |
| 0563 | Thomas Dubbs | P | 07/10/19 | 1.4 | 130 | Confer with L. Gottlieb; conference call with L. Bennet. | $ 995.00 | $ 1,393.00 |
| 1587 | Jeffrey Dubbin | OC | 07/10/19 | 0.4 | 050 | Confs. with Lou Gottlieb re: strategy for preliminary injunction opposition brief | $ 475.00 | $ 190.00 |
| 1699 | Aram Boghosian | A | 07/11/19 | 0.7 | 130 | Conversation with Lou Gottlieb and Jeff Dubbin on opposition to motion to extend stay. | $ 425.00 | $ 297.50 |
| 1699 | Aram Boghosian | A | 07/11/19 | 0.7 | 140 | Call with co-counsel on draft opposition and follow-up call on remaining tasks with Lou Gottlieb and Jeff Dubbin. | $ 425.00 | $ 297.50 |
| 1699 | Aram Boghosian | A | 07/11/19 | 1.4 | 050 | Analysis re argument for not extending automatic stay. | $ 425.00 | $ 595.00 |
| 1587 | Jeffrey Dubbin | OC | 07/11/19 | 0.7 | 140 | Confs with Aram Boghosian and Jordan Khorshad re: bankruptcy legal research project in connection with preliminary injunction opposition brief | $ 475.00 | $ 332.50 |
| 1587 | Jeffrey Dubbin | OC | 07/11/19 | 1.6 | 050 | Conf. with Aram Boghosian re: distinguishing cases cited in preliminary injunction motion; conducted legal research re: the same | $ 475.00 | $ 760.00 |
| 1587 | Jeffrey Dubbin | OC | 07/11/19 | 1.7 | 050 | Drafted inserts for preliminary injunction opposition brief per instructions from Tom Dubbs | $ 475.00 | $ 807.50 |
| 1587 | Jeffrey Dubbin | OC | 07/11/19 | 1.8 | 050 | Revised preliminary injunction opposition brief | $ 475.00 | $ 855.00 |
| 1587 | Jeffrey Dubbin | OC | 07/11/19 | 1.9 | 050 | Continued revising preliminary injunction opposition brief | $ 475.00 | $ 902.50 |
| 1587 | Jeffrey Dubbin | OC | 07/11/19 | 2.0 | 050 | Composed email memorandum re: legal research assignments related to drafting and researching preliminary injunction opposition brief | $ 475.00 | $ 950.00 |
| 1587 | Jeffrey Dubbin | OC | 07/11/19 | 2.1 | 050 | Inputted edits to preliminary injunction opposition brief received from Randy Michelson and Willow Radcliffe | $ 475.00 | $ 997.50 |
| 0483 | Louis Gottlieb | P | 07/11/19 | 7.8 | 050 | review and edit brief in opposition to motion for preliminary injunction; review edits by Robbins Geller and by Randy Michelson; phone conference with T. Dubbs; phone conference with J. Dubbin and A. Boghosian; phone conference with all co-counsel; emails with Lynda B. re insurance coverage issues. | $ 975.00 | $ 7,605.00 |
| 0563 | Thomas Dubbs | P | 07/11/19 | 2 | 050 | Continue review of draft brief. | $ 995.00 | $ 1,990.00 |
| 0563 | Thomas Dubbs | P | 07/11/19 | 2.5 | 050 | Review draft brief | $ 995.00 | $ 2,487.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1699 | Aram Boghosian | A | 07/12/19 | 1.2 | 050 | Analysis of injunctive cases in brief supporting extension of automatic stay. | $ 425.00 | $ 510.00 |
| 1699 | Aram Boghosian | A | 07/12/19 | 3.0 | 050 | Legal research on irreparable injury standard. | $ 425.00 | $ 1,275.00 |
| 1587 | Jeffrey Dubbin | OC | 07/12/19 | 0.4 | 050 | Composed email to Andrew Behlmann and Mickey Etkin re: irreparable injury argument in opposition brief | $ 475.00 | $ 190.00 |
| 1587 | Jeffrey Dubbin | OC | 07/12/19 | 1 | 050 | Read and reviewed emails re: ongoing legal research matters with co-counsel; followed up re: the same | $ 475.00 | $ 475.00 |
| 0483 | Louis Gottlieb | P | 07/12/19 | 3.8 | 050 | review and edit latest draft of brief in opposition to motion for preliminary injunction; call with J.l Dubbin re status of briefing and research; email with Lowenstein Sandler re expert affidavit and additional discovery; email with R. Geller re additional research on bankruptcy cases; phone conferences and emails with R. Michelson re admission pro hac; with Lynda Bennett re insurance issues; with J. Dubbin re assignments on researching and drafting the brief; and with T. Dubbs re use of an expert. | $ 975.00 | $ 3,705.00 |
| 1587 | Jeffrey Dubbin | OC | 07/12/19 | 2 | 050 | Conducted legal research for preliminary injunction opposition brief; conferences with Aram Boghosian and Jordan Khorshad re: the same. | $ 475.00 | $ 950.00 |
| 1587 | Jeffrey Dubbin | OC | 07/13/19 | 0.7 | 050 | Conf. with Lou Gottlieb, Andrew Behlmann, and Scott Cargill re: revisions to preliminary injunction opposition brief | $ 475.00 | $ 332.50 |
| 0483 | Louis Gottlieb | P | 07/13/19 | 4.7 | 050 | review and analyze filings in bankruptcy court; review and edit draft brief in opposition to motion for preliminary injunction; email and phone conference with J. Dubbin re same; review Lowenstein Sandler edits; phone conference with J. Dubbin and Lowenstein Sandler; email with L. Bennett re insurance issues | $ 975.00 | $ 4,582.50 |
| 1587 | Jeffrey Dubbin | OC | 07/13/19 | 2.3 | 050 | Revised preliminary injunction opposition brief per instructions from Lou Gottlieb | $ 475.00 | $ 1,092.50 |
| 1587 | Jeffrey Dubbin | OC | 07/13/19 | 1.4 | 050 | Conducted legal research related to preliminary injunction opposition brief | $ 475.00 | $ 665.00 |
| 1587 | Jeffrey Dubbin | OC | 07/14/19 | 0.4 | 050 | Conf. with Lou Gottlieb, Andrew Behlmann, and Scott Cargill re: preliminary injunction opposition brief revisions | $ 475.00 | $ 190.00 |
| 1587 | Jeffrey Dubbin | OC | 07/14/19 | 2.1 | 050 | Revised preliminary injunction opposition brief per input from Lou Gottlieb and Andrew Behlmann | $ 475.00 | $ 997.50 |
| 0483 | Louis Gottlieb | P | 07/14/19 | 2.5 | 050 | edit draft brief in opposition to motion for a preliminary injunction | $ 975.00 | $ 2,437.50 |
| 1699 | Aram Boghosian | A | 07/15/19 | 1.2 | 050 | Analysis of adversary proceeding opposition. | $ 425.00 | $ 510.00 |
| 1587 | Jeffrey Dubbin | OC | 07/15/19 | 0.6 | 140 | Conf. with Lou Gottlieb re: preliminary injunction opposition brief assignments and revision strategy | $ 475.00 | $ 285.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | OC | 07/15/19 | 1.7 | 140 | Responded to comments re: preliminary injunction opposition brief; prepared drafts for distribution to co-counsel | $ 475.00 | $ 807.50 |
| 1587 | Jeffrey Dubbin | OC | 07/15/19 | 2.9 | 050 | Revised preliminary injunction opposition brief | $ 475.00 | $ 1,377.50 |
| 1699 | Aram Boghosian | A | 07/16/19 | 1.3 | 050 | Extension of stay research. | $ 425.00 | $ 552.50 |
| 1587 | Jeffrey Dubbin | OC | 07/16/19 | 0.7 | 050 | Conf. with Lou Gottlieb re: Tom Dubbs's revisions to the preliminary injunction opposition brief | $ 475.00 | $ 332.50 |
| 0483 | Louis Gottlieb | P | 07/16/19 | 7.5 | | review and revise draft brief and proposed expert affidavit; meet with T. Dubbs re same; phone conference with L. Bennett re same; meet with J. Dubbin re input of Tom Dubbs' revisions to the brief; review research completed by Robbins Geller | $ 975.00 | $ 7,312.50 |
| 0563 | Thomas Dubbs | P | 07/16/19 | 1 | 130 | Call with Linda Bennet. | $ 995.00 | $ 995.00 |
| 0563 | Thomas Dubbs | P | 07/16/19 | 1.2 | 050 | Conferences with L. Gottlieb re brief. | $ 995.00 | $ 1,194.00 |
| 0563 | Thomas Dubbs | P | 07/16/19 | 2.5 | 130 | Review and revise proposed expert affidavit. | $ 995.00 | $ 2,487.50 |
| 0563 | Thomas Dubbs | P | 07/16/19 | 2.8 | 050 | Review and revise redraft of brief. | $ 995.00 | $ 2,786.00 |
| 1587 | Jeffrey Dubbin | OC | 07/16/19 | 3 | 050 | Revised preliminary injunction opposition brief per comments from Tom Dubbs | $ 475.00 | $ 1,425.00 |
| 1587 | Jeffrey Dubbin | OC | 07/16/19 | 2.6 | 050 | Conducted legal research for preliminary injunction opposition brief | $ 475.00 | $ 1,235.00 |
| 1587 | Jeffrey Dubbin | OC | 07/16/19 | 1.8 | 050 | Continued revising preliminary injunction opposition brief per comments from Tom Dubbs | $ 475.00 | $ 855.00 |
| 1587 | Jeffrey Dubbin | OC | 07/16/19 | 0.3 | 050 | Drafted email to Lynda Bennett at Lowenstein re: waiver argument based on D&O Policy per instructions from Lou Gottlieb | $ 475.00 | $ 142.50 |
| 1699 | Aram Boghosian | A | 07/17/19 | 0.7 | 130 | Call with co-counsel re opposition to stay extension. | $ 425.00 | $ 297.50 |
| 1699 | Aram Boghosian | A | 07/17/19 | 2.1 | 050 | Finalizing opposition brief. | $ 425.00 | $ 892.50 |
| 1699 | Aram Boghosian | A | 07/17/19 | 2.4 | 050 | Drafting opposition to motion to extend stay. | $ 425.00 | $ 1,020.00 |
| 1699 | Aram Boghosian | A | 07/17/19 | 2.4 | 050 | Additional research re extension of stay. | $ 425.00 | $ 1,020.00 |
| 1587 | Jeffrey Dubbin | OC | 07/17/19 | 0.5 | 070 | Reviewed draft expert retainer agreement and affidavit for Ty Sagalow | $ 475.00 | $ 237.50 |
| 1587 | Jeffrey Dubbin | OC | 07/17/19 | 1.4 | 050 | Revised case citations per instructions from Tom Dubbs | $ 475.00 | $ 665.00 |
| 1587 | Jeffrey Dubbin | OC | 07/17/19 | 2.9 | 050 | Continued revising preliminary injunction opposition brief | $ 475.00 | $ 1,377.50 |
| 1587 | Jeffrey Dubbin | OC | 07/17/19 | 3.0 | 050 | Revised preliminary injunction opposition brief | $ 475.00 | $ 1,425.00 |
| 0483 | Louis Gottlieb | P | 07/17/19 | 10.5 | 050 | draft and revise retainer agreement for expert; meet with T. Dubbs and M. Canty; revise expert affidavit; email with L. Bennett re same; draft and revise brief' phone conference with counsel from Robbins Geller and Lowenstein Sandler re same; meet with T. Dubbs re edits to brief | $ 975.00 | $ 10,237.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1477 | Melonie Penrhyn | PL | 07/17/19 | 2.4 | 050 | Per Lou Gottlieb continued to fact check, cite check and proof our Memo of Points and Authorities In Opposition To Debtors' Motion For Preliminary Injunction as to the securities case being filed in the Bankruptcy case. | $ 325.00 | $ 780.00 |
| 1477 | Melonie Penrhyn | PL | 07/17/19 | 3.0 | 050 | Per Lou Gottlieb fact check, cite check and proof our Memo of Points and Authorities In Opposition To Debtors' Motion For Preliminary Injunction as to the securities case being filed in the Bankruptcy case. | $ 325.00 | $ 975.00 |
| 0563 | Thomas Dubbs | P | 07/17/19 | 2.2 | 130 | Work on brief; conferences with L. Gottlieb; begin review of Enron papers; conference with L. Gottlieb re conference call with Lowenstein. | $ 995.00 | $ 2,189.00 |
| 1587 | Jeffrey Dubbin | OC | 07/17/19 | 0.9 | 050 | Confs. with Lou Gottlieb re: revising preliminary injunction opposition brief | $ 475.00 | $ 427.50 |
| 1587 | Jeffrey Dubbin | OC | 07/17/19 | 0.7 | 050 | Conf. with Lou Gottlieb, Aram Boghosian, Andrew Behlmann, Scott Cargill, and Willow Radcliffe re: proposed revisions to preliminary injunction opposition brief | $ 475.00 | $ 332.50 |
| 1587 | Jeffrey Dubbin | OC | 07/17/19 | 1.8 | 050 | Reviewed Lowenstein Sandler edits to preliminary injunction opposition brief | $ 475.00 | $ 855.00 |
| 1587 | Jeffrey Dubbin | OC | 07/17/19 | 2.3 | 050 | Conducted legal research in connection with preliminary injunction opposition brief | $ 475.00 | $ 1,092.50 |
| 1699 | Aram Boghosian | A | 07/18/19 | 2.8 | 050 | Analysis re opposition to bankruptcy stay. | $ 425.00 | $ 1,190.00 |
| 1699 | Aram Boghosian | A | 07/18/19 | 3 | 050 | Drafting opposition to stay extension. | $ 425.00 | $ 1,275.00 |
| 1699 | Aram Boghosian | A | 07/18/19 | 3 | 050 | Finalizing brief. | $ 425.00 | $ 1,275.00 |
| 1699 | Aram Boghosian | A | 07/18/19 | 3.0 | 050 | Additional finalizing opposition brief. (2) | $ 425.00 | $ 1,275.00 |
| 1587 | Jeffrey Dubbin | OC | 07/18/19 | 2.7 | 050 | Revised preliminary injunction opposition brief | $ 475.00 | $ 1,282.50 |
| 0483 | Louis Gottlieb | P | 07/18/19 | 11.2 | 050 | finalize brief in opposition to motion for preliminary injunction; calls with T. Dubbs and R. Michelson re possible expert witness affidavit; calls with Lowenstein Sandler re final edits to brief; meet with J. Dubbin re same; meet with Melonie Penrhyn re paralegal edits. | $ 975.00 | $ 10,920.00 |
| 1613 | Peter Schneider | PL | 07/18/19 | 0.5 | 020 | Further proofread and fact check Memorandum of Points and Authorities in Opposition to Preliminary Injunction Motion. | $ 325.00 | $ 162.50 |
| 1613 | Peter Schneider | PL | 07/18/19 | 3 | 020 | Per M..Penrhyn, proofread and fact check Memorandum of Points and Authorities in Opposition to Preliminary Injunction Motion. | $ 325.00 | $ 975.00 |
| 1613 | Peter Schneider | PL | 07/18/19 | 3.0 | 020 | Continue to proofread and fact check Memorandum of Points and Authorities in Opposition to Preliminary Injunction Motion. | $ 325.00 | $ 975.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | INTENTIONALLY OMITTED | | |
| 1477 | Melonie Penrhyn | PL | 07/18/19 | 3 | 050 | Per Lou Gottlieb fact check, cite check and proof our Memo of Points and Authorities In Opposition To Debtors' Motion For Preliminary Injunction as to the securities case being filed in the Bankruptcy case. | $ 325.00 | $ 975.00 |
| 1477 | Melonie Penrhyn | PL | 07/18/19 | 3.0 | 050 | Per Lou Gottlieb fact check, cite check, proof and create table of authorities for our Memo of Points and Authorities In Opposition To Debtors' Motion For Preliminary Injunction as to the securities case being filed in the Bankruptcy case. | $ 325.00 | $ 975.00 |
| 1587 | Jeffrey Dubbin | OC | 07/18/19 | 2.5 | 050 | Continued revising preliminary injunction opposition brief | $ 475.00 | $ 1,187.50 |
| 1587 | Jeffrey Dubbin | OC | 07/18/19 | 3.0 | 050 | Analyzed and inputted revisions to preliminary injunction opposition brief from Lou Gottlieb, Aram Boghosian, and Andrew Behlmann | $ 475.00 | $ 1,425.00 |
| 1587 | Jeffrey Dubbin | OC | 07/18/19 | 2.9 | 050 | Revised and finalized preliminary injunction opposition brief for filing; confs. with Lou Gottlieb, Andrew Behlmann, and Aram Boghosian re: filing | $ 475.00 | $ 1,377.50 |
| 1699 | Aram Boghosian | A | 08/02/19 | 0.9 | 050 | Analysis of reply on motion to extend stay. | $ 425.00 | $ 382.50 |
| 1587 | Jeffrey Dubbin | OC | 08/02/19 | 0.7 | 130 | Conf. with Lou Gottlieb re: strategic considerations for debtors' reply brief in support of a preliminary injunction | $ 475.00 | $ 332.50 |
| 1587 | Jeffrey Dubbin | OC | 08/02/19 | 2.2 | 050 | Reviewed debtors' reply brief in support of a preliminary injunction; analyzed sources and cases cited as support | $ 475.00 | $ 1,045.00 |
| 1587 | Jeffrey Dubbin | OC | 08/02/19 | 1.4 | 130 | Drafted memorandum responding to preclusion arguments in Debtors' reply brief per instructions from Lou Gottlieb | $ 475.00 | $ 665.00 |
| 1587 | Jeffrey Dubbin | OC | 08/02/19 | 1.1 | 130 | Conf. with Lou Gottlieb, Tom Dubbs, Mickey Etkin, Lynda Bennett, and Andrew Behlmann re: preliminary injunction reply brief, evidence, and oral argument strategy; conducted follow-up research re: the same | $ 475.00 | $ 522.50 |
| 0483 | Louis Gottlieb | P | 08/02/19 | 3.5 | 050 | review and analyze reply brief by debtor on motion for preliminary injunction; phone conference with J. Dubbin re same; phone conference with M. Etkin and T. Dubbs re same | $ 975.00 | $ 3,412.50 |
| 1699 | Aram Boghosian | A | 08/06/19 | 1.1 | 130 | Conversation with Jeff Dubbin and Lou Gottlieb on bankruptcy issues. | $ 425.00 | $ 467.50 |
| 0563 | Thomas Dubbs | P | 08/06/19 | 1.5 | 130 | Call with M. Etkind regarding reply brief; conference with L. Gottlieb re same. | $ 995.00 | $ 1,492.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | OC | 08/06/19 | 1.1 | 050 | Conf. with Lou Gottlieb, Aram Boghosian, and Andrew Behlmann re: indemnity and D&O insurance issues related to Simpson Thacher's representation of PG&E directors in preparation for preliminary injunction hearing | $ 475.00 | $ 522.50 |
| 0483 | Louis Gottlieb | P | 08/07/19 | 2.2 | 130 | review and analyze filings in bankruptcy court re competing plans and wildfire estimation process; call with Andrew B. re indemnification issues and interpretatin of D & O policy and additional discovery from Debtors as well as timing of any preliminary injunction; | $ 975.00 | $ 2,145.00 |
| 0563 | Thomas Dubbs | P | 08/07/19 | 3.5 | 130 | Prepare for hearing; review filings and briefs; review draft stipulation re hearing on discovery; conference with L. Gottlieb re same. | $ 995.00 | $ 3,482.50 |
| 1587 | Jeffrey Dubbin | OC | 08/07/19 | 0.8 | 140 | Conf. with Lou Gottlieb and Andrew Behlmann re: adversary proceeding schedule, including discovery conference and proceedings post-hearing on preliminary injunction | $ 475.00 | $ 380.00 |
| 0563 | Thomas Dubbs | P | 08/20/19 | 3.3 | 130 | Prepare for and attend conference call with M. Etkind and CA bankruptcy counsel; team meeting regarding expert affidavit, etc. | $ 995.00 | $ 3,283.50 |
| 1587 | Jeffrey Dubbin | OC | 08/20/19 | 1.3 | 050 | Conf. with Mickey Etkin, Andrew Behlmann, Randy Michelson, Tom Dubbs, Lou Gottlieb, and Aram Boghosian re: bankruptcy developments and preparation for preliminary injunction hearing | $ 475.00 | $ 617.50 |
| 1587 | Jeffrey Dubbin | OC | 08/22/19 | 0.9 | 050 | Conf. with Mickey Etkin, Andrew Behlmann, Lynda Bennett, Randy Michelson, Tom Dubbs, and Lou Gottlieb re: strategy and arguments in preparation for preliminary injunction hearing | $ 475.00 | $ 427.50 |
| 0563 | Thomas Dubbs | P | 08/22/19 | 2.0 | 130 | Conference with M. Etkin regarding argument strategy. | $ 995.00 | $ 1,990.00 |
| 0563 | Thomas Dubbs | P | 08/22/19 | 2.5 | 130 | Conference call to prepare for hearing. | $ 995.00 | $ 2,487.50 |
| 1587 | Jeffrey Dubbin | OC | 08/22/19 | 0.8 | 050 | Emails with team re: preparation for preliminary injunction hearing, including potential documentary evidence | $ 475.00 | $ 380.00 |
| 1587 | Jeffrey Dubbin | OC | 08/26/19 | 1.3 | 050 | Reviewed bankruptcy filings re: estimation procedures in preparation for upcoming bankruptcy court hearing | $ 475.00 | $ 617.50 |
| 0563 | Thomas Dubbs | P | 08/26/19 | 2.5 | 060 | Two conferences with M. Etkind; conferences with L. Gottlieb re hearing preparation. | $ 995.00 | $ 2,487.50 |
| 1587 | Jeffrey Dubbin | OC | 08/26/19 | 0.6 | 050 | Reviewed materials related to preliminary injunction hearing | $ 475.00 | $ 285.00 |
| 1699 | Aram Boghosian | A | 08/27/19 | 1.1 | 050 | Listening to and analysis of bankruptcy proceedings, including motion to extend stay. | $ 425.00 | $ 467.50 |
| 1587 | Jeffrey Dubbin | OC | 08/27/19 | 1.0 | 060 | Attended preliminary injunction bankruptcy court hearing via CourtCall | $ 475.00 | $ 475.00 |

Case: 19-30088   Doc# 8950-2   Filed: 08/31/20   Entered: 08/31/20 17:12:32   Page 18 of 123

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 0563 | Thomas Dubbs | P | 08/27/19 | 4.0 | 060 | Prepare for and attend hearing in Bankruptcy Court; conference with M. Etkind and R. Mickelson to prepare for hearing | $ 995.00 | $ 3,980.00 |
| 1587 | Jeffrey Dubbin | OC | 08/27/19 | 0.3 | 050 | Confs. with Aram Boghosian and Wendy Tsang re: preliminary injunction hearing | $ 475.00 | $ 142.50 |
| 1587 | Jeffrey Dubbin | OC | 08/27/19 | 0.5 | 050 | Reviewed preliminary injunction hearing recording | $ 475.00 | $ 237.50 |
| 1587 | Jeffrey Dubbin | OC | 08/28/19 | 1.6 | 140 | Read and reviewed bankruptcy court's order denying preliminary injunction; prepared email memoranda re: strategic considerations and resulting scheduling issues | $ 475.00 | $ 760.00 |
| 0563 | Thomas Dubbs | Partner | 11/25/19 | 3 | 050 | Work on brief re 7023 Rule. | $ 995.00 | $ 2,985.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 12/03/19 | 1 | 140 | Reviewed bankruptcy docket developments re: Rule 7023 motion; composed email memorandum summarizing developments | $ 475.00 | $ 475.00 |
| 0563 | Thomas Dubbs | Partner | 12/06/19 | 1.1 | 130 | Prepare for and participate in conference call with Lowenstein & Sandler. | $ 995.00 | $ 1,094.50 |
| 0563 | Thomas Dubbs | Partner | 12/08/19 | 0.9 | 140 | Conference with M. Etkin regarding staffing ahead and related issues. | $ 995.00 | $ 895.50 |
| 0563 | Thomas Dubbs | Partner | 12/08/19 | 1.1 | 050 | Team call regarding timing of 7203, etc. | $ 995.00 | $ 1,094.50 |
| 0563 | Thomas Dubbs | Partner | 12/12/19 | 3 | 050 | Detailed conference with Mickey Etkin regarding 7023 issues; attention to 7923 motion. | $ 995.00 | $ 2,985.00 |
| 0483 | Louis Gottlieb | Partner | 12/15/19 | 0.4 | 130 | phone conference with M. Etkin and T. Dubbs re 7023 motion and developments in bankruptcy court | $ 975.00 | $ 390.00 |
| 0563 | Thomas Dubbs | Partner | 12/15/19 | 1.5 | 130 | Conference with Mickey Etkin, Louis Gottlieb and team regarding bankruptcy issues; review bankruptcy plan and prepare for call. | $ 995.00 | $ 1,492.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 01/03/20 | 1.1 | 140 | Conf. with Carol Villegas re: case developments and upcoming deadlines; prepared documents related to the same | $ 625.00 | $ 687.50 |
| 0563 | Thomas Dubbs | Partner | 01/09/20 | 2.5 | 130 | Call Tony Rice; review articles; call with M. Etkin re 7203. | $ 1,100.00 | $ 2,750.00 |
| 0563 | Thomas Dubbs | Partner | 01/10/20 | 3.5 | 130 | Call with ███████████; call with M. Etkin re 7203 motion issues and scheduling. | $ 1,100.00 | $ 3,850.00 |
| 1699 | Aram Boghosian | Associate | 01/15/20 | 1.3 | 050 | Analysis re 7023 motion in bankruptcy court. | $ 475.00 | $ 617.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 01/15/20 | 2.0 | 140 | Read and reviewed objections to Rule 7023 motion | $ 625.00 | $ 1,250.00 |
| 1699 | Aram Boghosian | Associate | 01/21/20 | 1.4 | 050 | Research for 7023 motion. | $ 475.00 | $ 665.00 |
| 1331 | Carol Villegas | Partner | 01/21/20 | 4.0 | 050 | Review bankruptcy briefing and call with bankruptcy counsel | $ 895.00 | $ 3,580.00 |
| 0655 | Nicole Zeiss | Partner | 01/21/20 | 2.5 | 090 | Read reply papers. | $ 950.00 | $ 2,375.00 |
| 0655 | Nicole Zeiss | Partner | 01/21/20 | 5.0 | 090 | Drafted mailing declaration for AB Data; read reply papers. | $ 950.00 | $ 4,750.00 |
| 0563 | Thomas Dubbs | Partner | 01/21/20 | 3 | 050 | ████████████ preparation; 3 calls with Nicole Zeiss re same. | $ 1,100.00 | $ 3,300.00 |
| 0563 | Thomas Dubbs | Partner | 01/21/20 | 3.0 | 050 | Three calls with M. Etkin re brief and affidavit preparation and filing; work on affidavit. | $ 1,100.00 | $ 3,300.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1397 | Thomas Hoffman | Partner | 01/21/20 | 1 | 130 | Participate in telephone conference with Tom Dubbs, Carol Villegas, Nicole Zeiss and Michael Etkin re bankruptcy court filing. | $ 895.00 | $ 895.00 |
| 1699 | Aram Boghosian | Associate | 01/22/20 | 1.3 | 050 | Review and drafting of 7023 motion. | $ 475.00 | $ 617.50 |
| 1699 | Aram Boghosian | Associate | 01/22/20 | 1.4 | 140 | Filing process for 7023 motion. | $ 475.00 | $ 665.00 |
| 1699 | Aram Boghosian | Associate | 01/22/20 | 2.1 | 050 | Finalizing 7023 motion. | $ 475.00 | $ 997.50 |
| 0655 | Nicole Zeiss | Partner | 01/22/20 | 0.5 | 090 | Reviewed Lowenstein changes to Walter declaration. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 01/22/20 | 0.5 | 090 | Call with team. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 01/22/20 | 1 | 090 | Emails and calls with Adam Walter. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 01/22/20 | 2.0 | 090 | Made more changes to Walter declaration. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 01/22/20 | 4.5 | 090 | Made Tom Dubbs changes to Walter declaration. | $ 950.00 | $ 4,275.00 |
| 0563 | Thomas Dubbs | Partner | 01/22/20 | 1.2 | 050 | Calls with Nicole Zeiss (5) re declaration. | $ 1,100.00 | $ 1,320.00 |
| 0563 | Thomas Dubbs | Partner | 01/22/20 | 1.6 | 050 | Conference calls with M. Etkin (3x) re briefing. | $ 1,100.00 | $ 1,760.00 |
| 0563 | Thomas Dubbs | Partner | 01/22/20 | 2.5 | 050 | Compare brief to Debtor's brief. | $ 1,100.00 | $ 2,750.00 |
| 0563 | Thomas Dubbs | Partner | 01/22/20 | 2.6 | 050 | Work on declaration. | $ 1,100.00 | $ 2,860.00 |
| 1699 | Aram Boghosian | Associate | 01/23/20 | 0.8 | 050 | Bankruptcy hearing prep. | $ 475.00 | $ 380.00 |
| 1331 | Carol Villegas | Partner | 01/23/20 | 1.5 | 060 | Discuss hearing with Nicole Zeiss and Bankruptcy counsel. Discuss with Aram Boghosian and Christine Fox. | $ 895.00 | $ 1,342.50 |
| 0655 | Nicole Zeiss | Partner | 01/23/20 | 0.8 | 090 | Dealt with hearing logistics and pro hac. | $ 950.00 | $ 760.00 |
| 1331 | Carol Villegas | Partner | 01/28/20 | 3.2 | 050 | Review materials for bankruptcy proceeding | $ 895.00 | $ 2,864.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 01/28/20 | 1.3 | 140 | Prepared for Rule 7023 hearing | $ 625.00 | $ 812.50 |
| 0655 | Nicole Zeiss | Partner | 01/28/20 | 3.0 | 090 | Review of 7023 motion papers. | $ 950.00 | $ 2,850.00 |
| 1477 | Melonie Penrhyn | Paralegal | 01/28/20 | 3.0 | 050 | Per Carol Villegas and Jeff Dubbin pull documents and information in preparation for bankruptcy hearing, emails regarding same. Save documents to filesite. | $ 335.00 | $ 1,005.00 |
| 1331 | Carol Villegas | Partner | 01/29/20 | 4 | 060 | Prepare for and attend bankruptcy hearing | $ 895.00 | $ 3,580.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 01/29/20 | 2.2 | 140 | Confs. with Randy Michelson, Mickey Etkin, Andrew Behlmann, Carol Villegas, and Nicole Zeiss re: Rule 7023 hearing | $ 625.00 | $ 1,375.00 |
| 0655 | Nicole Zeiss | Partner | 01/29/20 | 2 | 090 | Prep for hearing. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 01/29/20 | 3.5 | 090 | Meetings and attended bankruptcy hearing. | $ 950.00 | $ 3,325.00 |
| 0563 | Thomas Dubbs | Partner | 01/29/20 | 2.2 | 130 | Conferences with team members re bankruptcy and litigation. | $ 1,100.00 | $ 2,420.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 01/29/20 | 0.8 | 140 | Confs. with Carol Villegas, Nicole Zeiss, and Tom Dubbs re: Rule 7023 hearing | $ 625.00 | $ 500.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 01/29/20 | 3.3 | 060 | Attended Rule 7023 hearing and scheduling conference in bankruptcy court | $ 625.00 | $ 2,062.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 01/30/20 | 1.9 | 130 | Conf. with Tom Dubbs re: bankruptcy hearing, follow-up, and additional assignments | $ 625.00 | $ 1,187.50 |
| 0563 | Thomas Dubbs | Partner | 01/30/20 | 0.7 | 130 | Conference with Randy Michelson. | $ 1,100.00 | $ 770.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 01/31/20 | 3.1 | 140 | Drafted letters to clients re: updates on bankruptcy case, including Rule 7023 motion, per instructions from Tom Dubbs | $ 625.00 | $ 1,937.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/03/20 | 0.5 | 140 | Read and reviewed tentative bankruptcy order re: Rule 7023 motion; emails re: the same | $ 625.00 | $ 312.50 |
| 1642 | Michael Canty | Partner | 02/04/20 | 0.4 | 130 | Analysis of order and discussion of same. | $ 895.00 | $ 358.00 |
| 0655 | Nicole Zeiss | Partner | 02/04/20 | 0.5 | 090 | Meeting with Tom Dubbs; emails. | $ 950.00 | $ 475.00 |
| 0563 | Thomas Dubbs | Partner | 02/06/20 | 2.2 | 130 | Memo to M. Etkin re bankruptcy proceeding. | $ 1,100.00 | $ 2,420.00 |
| 1699 | Aram Boghosian | Associate | 02/07/20 | 1.1 | 050 | Analysis of proposed bankruptcy agreement assignment of derivative claims. | $ 475.00 | $ 522.50 |
| 1699 | Aram Boghosian | Associate | 02/07/20 | 1.2 | 050 | Legal research demand futility requirement and bankruptcy court treatment of derivative claims. | $ 475.00 | $ 570.00 |
| 1699 | Aram Boghosian | Associate | 02/07/20 | 1.8 | 050 | Legal research on assignment of derivative claims. | $ 475.00 | $ 855.00 |
| 1699 | Aram Boghosian | Associate | 02/10/20 | 0.9 | 130 | Call with Mark Richardson and follow-up analysis with Dubbin and Hoffman on assignment of derivative claims and other research issues. | $ 475.00 | $ 427.50 |
| 1642 | Michael Canty | Partner | 02/10/20 | 0.9 | 140 | Call with Delaware on bankruptcy issues. | $ 895.00 | $ 805.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/10/20 | 0.9 | 130 | Conf. with Mike Canty, Tom Hoffman, Aram Boghosian, and Mark Richardson re: derivative action assignments and valuation methods | $ 625.00 | $ 562.50 |
| 1699 | Aram Boghosian | Associate | 02/12/20 | 0.3 | 050 | Analysis of 7023 brief. | $ 475.00 | $ 142.50 |
| 1699 | Aram Boghosian | Associate | 02/12/20 | 0.9 | 050 | Legal research notice requirements and due process in bankruptcy. | $ 475.00 | $ 427.50 |
| 0655 | Nicole Zeiss | Partner | 02/12/20 | 0.5 | 090 | Review of supplemental brief. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 02/12/20 | 1.0 | 090 | Meeting with Tom Dubbs and Jeff Dubbin; call with AB Data; email to Tom Dubbs. | $ 950.00 | $ 950.00 |
| 0563 | Thomas Dubbs | Partner | 02/12/20 | 1.0 | 050 | Conferences re 7023 brief with Jeffrey Dubbin and Nicole Zeiss. | $ 1,100.00 | $ 1,100.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/12/20 | 1.0 | 050 | Conf. with Tom Dubbs and Nicole Zeiss re: Supplemental Rule 7023 Brief and revisions | $ 625.00 | $ 625.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/12/20 | 0.5 | 050 | Conf. with Andrew Behlmann re: Supplemental Rule 7023 Brief and revisions | $ 625.00 | $ 312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/12/20 | 3.4 | 050 | Read, reviewed, and revised Supplemental Rule 7023 Brief per instructions from Tom Dubbs | $ 625.00 | $ 2,125.00 |
| 1699 | Aram Boghosian | Associate | 02/13/20 | 0.4 | 050 | Class notice and due process research. | $ 475.00 | $ 190.00 |
| 1699 | Aram Boghosian | Associate | 02/13/20 | 0.5 | 050 | Legal research on related derivative claims. | $ 475.00 | $ 237.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/13/20 | 1.6 | 050 | Reviewed and revised draft supplemental brief re: Rule 7023 motion | $ 625.00 | $ 1,000.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/13/20 | 2.5 | 050 | Incorporated revisions to draft supplemental Rule 7023 brief from bankruptcy counsel; conf. with Andrew Behlmann re: the same | $ 625.00 | $ 1,562.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 02/13/20 | 4.3 | 140 | Continued revising draft supplemental brief re: Rule 7023 motion | $ 625.00 | $ 2,687.50 |
| 1642 | Michael Canty | Partner | 02/13/20 | 0.4 | 050 | Call with Tom Dubbs re: motion. | $ 895.00 | $ 358.00 |
| 1642 | Michael Canty | Partner | 02/13/20 | 1.1 | 050 | Attention to motion papers. | $ 895.00 | $ 984.50 |
| 1699 | Aram Boghosian | Associate | 02/14/20 | 0.3 | 050 | Review of 7023 motion in drafting process. | $ 475.00 | $ 142.50 |
| 1699 | Aram Boghosian | Associate | 02/14/20 | 1.3 | 050 | Finalizing 7023 brief. | $ 475.00 | $ 617.50 |
| 1642 | Michael Canty | Partner | 02/14/20 | 1.0 | 140 | Meeting, discussion review and calls on filing. | $ 895.00 | $ 895.00 |
| 0655 | Nicole Zeiss | Partner | 02/14/20 | 1.0 | 090 | Review of reply briefs; call with team. | $ 950.00 | $ 950.00 |
| 0563 | Thomas Dubbs | Partner | 02/14/20 | 1.0 | 130 | Conference with team re 7023 brief. | $ 1,100.00 | $ 1,100.00 |
| 0563 | Thomas Dubbs | Partner | 02/14/20 | 2.1 | 050 | Work on 7023 brief. | $ 1,100.00 | $ 2,310.00 |
| 0563 | Thomas Dubbs | Partner | 02/14/20 | 4.5 | 130 | Call with Micky Etkin re status and 7023 brief and hearing re same. | $ 1,100.00 | $ 4,950.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/14/20 | 3.0 | 050 | Revised Supplemental brief, incorporating changes from Tom Dubbs and bankruptcy counsel | $ 625.00 | $ 1,875.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/14/20 | 2.5 | 050 | Revised and finalized Supplemental brief | $ 625.00 | $ 1,562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/14/20 | 1.0 | 050 | Confs. with Tom Dubbs, Mike Canty, Nicole Zeiss, Mickey Etkin, and Andrew Behlmann re: revisions to supplemental Rule 7023 brief | $ 625.00 | $ 625.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/17/20 | 1.0 | 050 | Conf. with Tom Hoffman, Mike Canty,and Mark Richardson re: value of derivative claims; conducted follow-up research re: the same | $ 625.00 | $ 625.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/17/20 | 1.3 | 140 | Reviewed draft motion to strike Pullo Declaration; corresp. with Tom Dubbs re: thoughts and revisions | $ 625.00 | $ 812.50 |
| 1699 | Aram Boghosian | Associate | 02/19/20 | 0.4 | 130 | Conversation with Dubbin re 7023 motion. | $ 475.00 | $ 190.00 |
| 1699 | Aram Boghosian | Associate | 02/19/20 | 0.6 | 050 | Analysis of 7023 motion briefs. | $ 475.00 | $ 285.00 |
| 1699 | Aram Boghosian | Associate | 02/19/20 | 0.9 | 050 | Research on claims bar issue. | $ 475.00 | $ 427.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/19/20 | 1.9 | 050 | Prepared for bankruptcy hearing re: Rule 7023 motion | $ 625.00 | $ 1,187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/19/20 | 3.0 | 050 | Drafted email memorandum with responses to Debtors' arguments in preparation for Rule 7023 hearing | $ 625.00 | $ 1,875.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/19/20 | 2.7 | 050 | Continued researching and drafting email memorandum with responses to Debtors' arguments in preparation for Rule 7023 hearing | $ 625.00 | $ 1,687.50 |
| 1699 | Aram Boghosian | Associate | 02/20/20 | 0.6 | 050 | 7023 motion hearing prep. | $ 475.00 | $ 285.00 |
| 1699 | Aram Boghosian | Associate | 02/20/20 | 0.7 | 050 | Research re maintaining class actions in bankruptcy court. | $ 475.00 | $ 332.50 |
| 1699 | Aram Boghosian | Associate | 02/20/20 | 2.0 | 060 | 7023 motion hearing (via phone). | $ 475.00 | $ 950.00 |
| 1331 | Carol Villegas | Partner | 02/20/20 | 2.2 | 060 | bankruptcy hearing/court call and discuss internally | $ 895.00 | $ 1,969.00 |
| 0655 | Nicole Zeiss | Partner | 02/20/20 | 2.0 | 090 | Telephone hearing. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 02/20/20 | 3 | 090 | Prep for hearing. | $ 950.00 | $ 2,850.00 |
| 0563 | Thomas Dubbs | Partner | 02/20/20 | 2.0 | 060 | Calls with court. | $ 1,100.00 | $ 2,200.00 |
| 0563 | Thomas Dubbs | Partner | 02/20/20 | 3.2 | 130 | Prep for calls with Court. | $ 1,100.00 | $ 3,520.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 02/20/20 | 2.0 | 060 | Attended Rule 7023 court hearing | $ 625.00 | $ 1,250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/20/20 | 0.4 | 130 | Conf. with Carol Villegas and Tom Hoffman re: bankruptcy hearing and next steps | $ 625.00 | $ 250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/20/20 | 2.0 | 050 | Prepared for Rule 7023 court hearing | $ 625.00 | $ 1,250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/20/20 | 0.6 | 050 | Conducted research in preparation for Rule 7023 hearing, including estimates of number of damaged shareholders; emails with team re: findings | $ 625.00 | $ 375.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 02/21/20 | 0.8 | 130 | Conf. with Carol Villegas and Mickey Etkin re: potential next steps in bankruptcy court | $ 625.00 | $ 500.00 |
| 0655 | Nicole Zeiss | Partner | 02/27/20 | 1.0 | 090 | Calls with Mickey and Weil regarding claim packet. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 02/27/20 | 2 | 090 | Dealt with revisions to claim packet. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 02/27/20 | 2.0 | 090 | Prep for hearing; telephone hearing. | $ 950.00 | $ 1,900.00 |
| 1699 | Aram Boghosian | Associate | 03/02/20 | 1.4 | 050 | Analysis of TCC motion re standing. | $ 475.00 | $ 665.00 |
| 0655 | Nicole Zeiss | Partner | 03/02/20 | 2.5 | 090 | Research regarding claims process and outreach. | $ 950.00 | $ 2,375.00 |
| 1438 | William Schervish II | Other Professional | 03/02/20 | 0.8 | 010 | Holders analysis for J. Dubbin. | $ 565.00 | $ 452.00 |
| 1115 | Eunice Ahn | Other Professional | 03/02/20 | 1 | 090 | bankruptcy claim filings client research and prep; mtgs/calls/emails with attys and analysts | $ 340.00 | $ 340.00 |
| 1699 | Aram Boghosian | Associate | 03/03/20 | 0.9 | 050 | Research on TCC standing position. | $ 475.00 | $ 427.50 |
| 1115 | Eunice Ahn | Other Professional | 03/03/20 | 1.0 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: client outreach, loss analysis, atty relationships, and custodian banks; research into same | $ 340.00 | $ 340.00 |
| 0655 | Nicole Zeiss | Partner | 03/03/20 | 2 | 090 | Worked on website updates. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 03/03/20 | 2.0 | 090 | Worked on FAQs. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 03/03/20 | 2 | 090 | Worked on client communications. | $ 950.00 | $ 1,900.00 |
| 1692 | Vincent Ginefra | Other Professional | 03/03/20 | 0.8 | 010 | 13f Holders less Hedge Funds and Individual Investors. | $ 190.00 | $ 152.00 |
| 1699 | Aram Boghosian | Associate | 03/04/20 | 1.3 | 050 | Analysis re TCC motions. | $ 475.00 | $ 617.50 |
| 1115 | Eunice Ahn | Other Professional | 03/04/20 | 2 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: client outreach, loss analysis, atty relationships, and custodian banks; research into same | $ 340.00 | $ 680.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/04/20 | 1.7 | 140 | Revised case description for class outreach; confs. with Nicole Zeiss re: the same | $ 625.00 | $ 1,062.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/04/20 | 2.8 | 140 | Reviewed TCC's motion re: standing; outlined arguments in response for objection | $ 625.00 | $ 1,750.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/04/20 | 0.9 | 130 | Conf. with Tom Dubbs re: bankruptcy developments, including notice of appeal issues and TCC's motion re: standing, and strategies dealing with the same | $ 625.00 | $ 562.50 |
| 1699 | Aram Boghosian | Associate | 03/05/20 | 2.7 | 050 | Research on damages and TCC standing. | $ 475.00 | $ 1,282.50 |
| 1331 | Carol Villegas | Partner | 03/05/20 | 2 | 130 | Meeting to discuss strategy | $ 895.00 | $ 1,790.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1115 | Eunice Ahn | Other Professional | 03/05/20 | 1.0 | 140 | mtg w N.Zeiss, marketing, data team re: bankruptcy claims deadline and client outreach | $ 340.00 | $ 340.00 |
| 1115 | Eunice Ahn | Other Professional | 03/05/20 | 1 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: client outreach, loss analysis, atty relationships, and custodian banks; research into same | $ 340.00 | $ 340.00 |
| 0655 | Nicole Zeiss | Partner | 03/05/20 | 1.0 | 090 | Miscellaneous factual research regarding clients with potential losses. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 03/05/20 | 2 | 090 | Worked on client outreach matters. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 03/05/20 | 2.5 | 090 | Worked on Labaton communications and website updates. | $ 950.00 | $ 2,375.00 |
| 1513 | Elizabeth Rosenberg | Of Counsel | 03/05/20 | 8.0 | 090 | research client exposure on bankruptcy docket and prime clerks page | $ 775.00 | $ 6,200.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/05/20 | 2.6 | 140 | Revised notices, communications, and web site disclosures re: bankruptcy notice provisions; confs. and emails with Nicole Zeiss re: the same | $ 625.00 | $ 1,625.00 |
| 1699 | Aram Boghosian | Associate | 03/06/20 | 0.6 | 130 | Call with Ned Weinberger on TCC standing motion & follow-up to call with Tom Hoffman. | $ 475.00 | $ 285.00 |
| 1054 | Cheryl Boria | Paralegal | 03/06/20 | 1.0 | 140 | PG&E Meeting with Nicole Zeiss, Scott Russo, and Eunice Ahn, Janel Laughlin and Matthew Miller to discuss claim form for the bankruptcy case and next steps. | $ 335.00 | $ 335.00 |
| 0571 | David Goldsmith | Partner | 03/06/20 | 4 | 050 | Work on opposition to TCC standing motion in Bankruptcy Court; initial drafting; review materials and e-mails. | $ 925.00 | $ 3,700.00 |
| 1115 | Eunice Ahn | Other Professional | 03/06/20 | 1 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: client outreach, loss analysis, atty relationships, and custodian banks; research into same | $ 340.00 | $ 340.00 |
| 0655 | Nicole Zeiss | Partner | 03/06/20 | 1.0 | 090 | Call with marketing team regarding next steps. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 03/06/20 | 2 | 090 | Miscellaneous calls and emails with marketing; dealt with outreach messaging. | $ 950.00 | $ 1,900.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/06/20 | 0.7 | 130 | Follow-up conf. with Connor Bifferato and Tom Hoffman re: ████████████████ | $ 625.00 | $ 437.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/06/20 | 0.4 | 140 | Managed bankruptcy claims notice issues and responded to interested parties | $ 625.00 | $ 250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/06/20 | 2.0 | 050 | Conducted research re: TCC standing motion and responses on the merits | $ 625.00 | $ 1,250.00 |
| 0571 | David Goldsmith | Partner | 03/07/20 | 2.0 | 050 | Research for opposition to TCC standing motion in bankruptcy court. | $ 925.00 | $ 1,850.00 |
| 1699 | Aram Boghosian | Associate | 03/09/20 | 0.4 | 050 | Additional research on assignment of claims issues. | $ 475.00 | $ 190.00 |
| 1699 | Aram Boghosian | Associate | 03/09/20 | 0.8 | 050 | Research on public policy objections to assignment of claims to trust. | $ 475.00 | $ 380.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 0571 | David Goldsmith | Partner | 03/09/20 | 6.3 | 050 | Factual and legal research re opposition to TCC standing motion in bankruptcy court, e-mail with Thomas Dubbs re: same, review bankruptcy docket filings, work on brief; discussions with Aram Boghosian re: various issues. | $ 925.00 | $ 5,827.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/09/20 | 0.6 | 140 | Conf. with class member ████ re: bankruptcy claim process | $ 625.00 | $ 375.00 |
| 0655 | Nicole Zeiss | Partner | 03/09/20 | 1 | 090 | Worked on claim issues. | $ 950.00 | $ 950.00 |
| 1654 | Stephanie Cheung | Other Professional | 03/09/20 | 0.9 | 010 | Working on claims for settlement clients. | $ 190.00 | $ 171.00 |
| 1699 | Aram Boghosian | Associate | 03/10/20 | 2.3 | 050 | Research on TCC motion. | $ 475.00 | $ 1,092.50 |
| 0571 | David Goldsmith | Partner | 03/10/20 | 5.2 | 050 | Review/analyze new Amended Plan of Reorganization; research/draft opposition to TCC standing motion; discs with J. Dubbin re same and bankruptcy court hearing. | $ 925.00 | $ 4,810.00 |
| 1115 | Eunice Ahn | Other Professional | 03/10/20 | 2 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: client outreach, loss analysis, atty relationships, and custodian banks; draft, finalize and distribute emails to custodians; research and answer questions from same | $ 340.00 | $ 680.00 |
| 0655 | Nicole Zeiss | Partner | 03/10/20 | 2.0 | 090 | Worked on emails with custodians. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 03/10/20 | 2 | 090 | Review of certificate of service regarding nominee mailing. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 03/10/20 | 2.0 | 090 | Worked on email to class member. | $ 950.00 | $ 1,900.00 |
| 0563 | Thomas Dubbs | Partner | 03/10/20 | 1.5 | 130 | Call with Randy Michelson re hearing and review order regarding hearing. | $ 1,100.00 | $ 1,650.00 |
| 1643 | Roger Yamada | Associate | 03/10/20 | 2.5 | 090 | Bankruptcy Claims - correspondence with C Villegas re outreach tracker; organized outreach targets by loss amount and Labaton contact manager and created tracker; call with N Zeiss and T Dubbs | $ 550.00 | $ 1,375.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/10/20 | 3.8 | 060 | Attended Bankruptcy hearings on TCC motion for prepetition discovery and Debtors' disclosure statement and objections | $ 625.00 | $ 2,375.00 |
| 0571 | David Goldsmith | Partner | 03/11/20 | 10.7 | 050 | Research/draft opposition to TCC standing motion; discussions with Jeff Dubbin and Aram Boghosian re same. | $ 925.00 | $ 9,897.50 |
| 1115 | Eunice Ahn | Other Professional | 03/11/20 | 1 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: client outreach, loss analysis, atty relationships, and custodian banks; research and answer questions from custodians | $ 340.00 | $ 340.00 |
| 0655 | Nicole Zeiss | Partner | 03/11/20 | 3.0 | 090 | Call with ████; miscellaneous outreach efforts. | $ 950.00 | $ 2,850.00 |
| 1115 | Eunice Ahn | Other Professional | 03/11/20 | 1.5 | 090 | client loss analysis for bankruptcy filings, emails w/ data team re: same | $ 340.00 | $ 510.00 |
| 0571 | David Goldsmith | Partner | 03/12/20 | 7 | 050 | Research/draft opposition to TCC standing motion. | $ 925.00 | $ 6,475.00 |
| 1115 | Eunice Ahn | Other Professional | 03/12/20 | 1.0 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: client outreach, loss analysis, and custodian banks; research and answer questions from custodians | $ 340.00 | $ 340.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1642 | Michael Canty | Partner | 03/12/20 | 0.4 | 130 | Meeting with Tom Dubbs and analysis of 13F. | $ 895.00 | $ 358.00 |
| 1397 | Thomas Hoffman | Partner | 03/12/20 | 0.3 | 050 | Participate in conference with Thomas Dubbs, Michael Canty, Nichole Zeiss and Jeffrey Dubbin re notice program. | $ 895.00 | $ 268.50 |
| 1115 | Eunice Ahn | Other Professional | 03/12/20 | 1 | 090 | client trading and loss analysis | $ 340.00 | $ 340.00 |
| 1331 | Carol Villegas | Partner | 03/13/20 | 1.0 | 140 | PGE bankruptcy claims process | $ 895.00 | $ 895.00 |
| 0571 | David Goldsmith | Partner | 03/13/20 | 2.5 | 050 | Finish draft opposition to TCC standing motion; circulate. | $ 925.00 | $ 2,312.50 |
| 0023 | Eric Belfi | Partner | 03/13/20 | 1 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 950.00 |
| 1115 | Eunice Ahn | Other Professional | 03/13/20 | 1.0 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: client outreach, loss analysis, and custodian banks; research and answer questions from custodians | $ 340.00 | $ 340.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/13/20 | 0.9 | 130 | Corresp. with Data Team and Tom Hoffman re: client damages and strategy for ██████████ | $ 625.00 | $ 562.50 |
| 0655 | Nicole Zeiss | Partner | 03/13/20 | 0.8 | 090 | Client emails. | $ 950.00 | $ 760.00 |
| 1115 | Eunice Ahn | Other Professional | 03/13/20 | 0.4 | 090 | loss calculation methodologies and estimations, per S.Russo | $ 340.00 | $ 136.00 |
| 0563 | Thomas Dubbs | Partner | 03/13/20 | 0.5 | 010 | Conference with Michael Etkind regarding claim form calculations. | $ 1,100.00 | $ 550.00 |
| 1699 | Aram Boghosian | Associate | 03/16/20 | 0.2 | 050 | Review of opposition to TCC standing motion. | $ 475.00 | $ 95.00 |
| 1331 | Carol Villegas | Partner | 03/16/20 | 2.8 | 140 | PG&E outreach on claims forms in bankruptcy. | $ 895.00 | $ 2,506.00 |
| 1490 | Derick Cividini | Associate | 03/16/20 | 2.5 | 040 | Set up and staffing of project with Nicole Zeiss and settlement team and STA. | $ 625.00 | $ 1,562.50 |
| 0023 | Eric Belfi | Partner | 03/16/20 | 2.8 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 2,660.00 |
| 1115 | Eunice Ahn | Other Professional | 03/16/20 | 0.5 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: client outreach, loss analysis, and custodian banks; research and answer questions from custodians | $ 340.00 | $ 170.00 |
| 1115 | Eunice Ahn | Other Professional | 03/16/20 | 0.7 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas | $ 340.00 | $ 238.00 |
| 0655 | Nicole Zeiss | Partner | 03/16/20 | 2.0 | 090 | Worked on consolidated claim issues and mechanics. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 03/16/20 | 2.5 | 090 | Worked on outreach matters. | $ 950.00 | $ 2,375.00 |
| 1643 | Roger Yamada | Associate | 03/16/20 | 3.1 | 090 | Created 13F tracker; compiled outreach letters with estimated 13F damages for T Dubbs | $ 550.00 | $ 1,705.00 |
| 1699 | Aram Boghosian | Associate | 03/17/20 | 1.2 | 050 | Research on value of TCC claims. | $ 475.00 | $ 570.00 |
| 1331 | Carol Villegas | Partner | 03/17/20 | 5.2 | 140 | PG&E outreach on claims forms in bankruptcy. Draft letter to institutions. Internal meetings and calls to discuss same. | $ 895.00 | $ 4,654.00 |
| 0023 | Eric Belfi | Partner | 03/17/20 | 5.2 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 4,940.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1115 | Eunice Ahn | Other Professional | 03/17/20 | 0.8 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas | $ 340.00 | $ 272.00 |
| 1115 | Eunice Ahn | Other Professional | 03/17/20 | 1 | 090 | client loss analysis and custodian research for outreach; emails/calls w/ data analysts re: same | $ 340.00 | $ 340.00 |
| 1642 | Michael Canty | Partner | 03/17/20 | 0.3 | 140 | Calls with Tom Dubbs and Eric Belfi. | $ 895.00 | $ 268.50 |
| 1642 | Michael Canty | Partner | 03/17/20 | 0.3 | 140 | Attention to 13F | $ 895.00 | $ 268.50 |
| 1642 | Michael Canty | Partner | 03/17/20 | 1.3 | 140 | Attention to bankruptcy outreach to class members. | $ 895.00 | $ 1,163.50 |
| 0655 | Nicole Zeiss | Partner | 03/17/20 | 0.5 | 090 | Call with potential claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 03/17/20 | 0.5 | 090 | Call with potential claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 03/17/20 | 2 | 090 | Internal calls and emails regarding claim mechanics. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 03/17/20 | 2.0 | 090 | Internal call and emails regarding outreach efforts. | $ 950.00 | $ 1,900.00 |
| 1654 | Stephanie Cheung | Other Professional | 03/17/20 | 1.3 | 090 | Looking into claims filing process for PG&E. | $ 190.00 | $ 247.00 |
| 1643 | Roger Yamada | Associate | 03/17/20 | 1.2 | 090 | Call with PG&E Team; email correspondecne with N Zeiss | $ 550.00 | $ 660.00 |
| 1699 | Aram Boghosian | Associate | 03/18/20 | 1.8 | 050 | Legal research on TCC standing motion. | $ 475.00 | $ 855.00 |
| 1331 | Carol Villegas | Partner | 03/18/20 | 3.1 | 090 | PG&E outreach on claims forms in bankruptcy | $ 895.00 | $ 2,774.50 |
| 1054 | Cheryl Boria | Paralegal | 03/18/20 | 0.4 | 140 | Forwarded calls and emails regarding the PG&E bankruptcy to Nicole Zeiss and Liz Rosenberg. | $ 335.00 | $ 134.00 |
| 0023 | Eric Belfi | Partner | 03/18/20 | 3.1 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 2,945.00 |
| 1115 | Eunice Ahn | Other Professional | 03/18/20 | 1.5 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas; client transactions analysis | $ 340.00 | $ 510.00 |
| 1115 | Eunice Ahn | Other Professional | 03/18/20 | 1.5 | 090 | research on custodian and client loss prioritization, emails/calls w/ N.Zeiss and S.Russo re: same | $ 340.00 | $ 510.00 |
| 1642 | Michael Canty | Partner | 03/18/20 | 0.3 | 140 | Call with David Schwartz regarding 13F and outreach. | $ 895.00 | $ 268.50 |
| 1642 | Michael Canty | Partner | 03/18/20 | 0.6 | 140 | Prepare and call with ███ and Eric Belfi. | $ 895.00 | $ 537.00 |
| 1642 | Michael Canty | Partner | 03/18/20 | 0.8 | 140 | Attention to outreach to clients. | $ 895.00 | $ 716.00 |
| 0655 | Nicole Zeiss | Partner | 03/18/20 | 2.0 | 090 | Miscellaneous emails regarding claims; call ███ | $ 950.00 | $ 1,900.00 |
| 1438 | William Schervish II | Other Professional | 03/18/20 | 1 | 010 | Holdings compilation for bankrupcy claims. | $ 565.00 | $ 565.00 |
| 1643 | Roger Yamada | Associate | 03/18/20 | 0.5 | 090 | Bankruptcy Claims - updated outreach targets by Labaton contact manager | $ 550.00 | $ 275.00 |
| 1643 | Roger Yamada | Associate | 03/18/20 | 0.5 | 090 | Call with PG&E Team | $ 550.00 | $ 275.00 |
| 1643 | Roger Yamada | Associate | 03/18/20 | 2.0 | 090 | Drafted outreach emails for M DeMato and L Goldstone; updated tracker | $ 550.00 | $ 1,100.00 |
| 1699 | Aram Boghosian | Associate | 03/19/20 | 0.8 | 050 | Analysis of TCC standing motion and related research. | $ 475.00 | $ 380.00 |
| 1699 | Aram Boghosian | Associate | 03/19/20 | 1.2 | 050 | Research re value of TCC claims. | $ 475.00 | $ 570.00 |
| 1331 | Carol Villegas | Partner | 03/19/20 | 2.5 | 140 | PG&E outreach on claims forms in bankruptcy. | $ 895.00 | $ 2,237.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1490 | Derick Cividini | Associate | 03/19/20 | 0.3 | 030 | Set up claims project with Vivanne Brissett | $ 625.00 | $ 187.50 |
| 0023 | Eric Belfi | Partner | 03/19/20 | 2.5 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 2,375.00 |
| 1115 | Eunice Ahn | Other Professional | 03/19/20 | 0.8 | 090 | mtg/calls w/ n.Zeiss and E.Rosenberg, and data team re: custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas; client transactions analysis | $ 340.00 | $ 272.00 |
| 1115 | Eunice Ahn | Other Professional | 03/19/20 | 1 | 090 | mtg/calls w/ n.Zeiss and data team re: custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas; client transactions analysis | $ 340.00 | $ 340.00 |
| 1115 | Eunice Ahn | Other Professional | 03/19/20 | 1.3 | 090 | client trading and loss analysis for PGE bonds; calls w/ V.ginefra, S.Cheung | $ 340.00 | $ 442.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/19/20 | 3.3 | 140 | Revised draft brief in opposition to TCC motion for standing | $ 625.00 | $ 2,062.50 |
| 1692 | Vincent Ginefra | Other Professional | 03/19/20 | 2.3 | 010 | Bonds Analysis/File preparation | $ 190.00 | $ 437.00 |
| 1643 | Roger Yamada | Associate | 03/19/20 | 0.6 | 090 | Drafted letter to ▮▮▮▮▮▮▮▮▮ | $ 550.00 | $ 330.00 |
| 1643 | Roger Yamada | Associate | 03/19/20 | 1.0 | 090 | Drafted outreach emails for ▮▮▮▮▮▮▮▮▮ updated tracker and discussed with C Villegas | $ 550.00 | $ 550.00 |
| 1643 | Roger Yamada | Associate | 03/19/20 | 1.2 | 090 | ▮▮▮ - call with T Dubbs on PGE outreach; drafted letter per discussion and updated tracker | $ 550.00 | $ 660.00 |
| 1699 | Aram Boghosian | Associate | 03/20/20 | 2.2 | 050 | Analysis and drafting of opposition to TCC motion. | $ 475.00 | $ 1,045.00 |
| 1331 | Carol Villegas | Partner | 03/20/20 | 4.2 | 140 | PG&E outreach on claims forms in bankruptcy. | $ 895.00 | $ 3,759.00 |
| 0571 | David Goldsmith | Partner | 03/20/20 | 0.2 | 080 | Emails with Jeff Dubbin re: status of opposition to TCC standing motion. | $ 925.00 | $ 185.00 |
| 0023 | Eric Belfi | Partner | 03/20/20 | 4.2 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 3,990.00 |
| 1115 | Eunice Ahn | Other Professional | 03/20/20 | 1.0 | 090 | mtg/calls w/ n.Zeiss and data team re: custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas; client transactions analysis | $ 340.00 | $ 340.00 |
| 1115 | Eunice Ahn | Other Professional | 03/20/20 | 1.2 | 090 | continue working on client loss and exposure analysis; ▮▮▮ claim prep; calls/emails w/ S.Cheung and E.Rivera re: same | $ 340.00 | $ 408.00 |
| 1115 | Eunice Ahn | Other Professional | 03/20/20 | 1.5 | 010 | client loss analysis and settlement claims, custodian outreach, emails/calls w/ S.Cheung, N.Zeiss, and S.Russo re: same | $ 340.00 | $ 510.00 |
| 1397 | Thomas Hoffman | Partner | 03/20/20 | 2 | 050 | Review and analyze bankruptcy court's opinion on 7023 class certification motion; participate in telephone conference and draft correspondence with Carol Villegas re institutional investors to receive notice re bankruptcy claims; draft correspondence with Thomas Watson re the same. | $ 895.00 | $ 1,790.00 |
| 1631 | Thomas Watson | Associate | 03/20/20 | 2.3 | 140 | Preparing list of ▮▮▮▮▮▮▮ that were investors in PG&E, per request of T. Hoffman. | $ 525.00 | $ 1,207.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1692 | Vincent Ginefra | Other Professional | 03/20/20 | 1 | 010 | Bonds Analysis/File preparation | $ 190.00 | $ 190.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/20/20 | 2.2 | 050 | Revised draft brief in opposition to TCC motion for standing | $ 625.00 | $ 1,375.00 |
| 1643 | Roger Yamada | Associate | 03/20/20 | 0.5 | 090 | Outreach call re bankruptcy claims | $ 550.00 | $ 275.00 |
| 1699 | Aram Boghosian | Associate | 03/21/20 | 5.8 | 050 | Analysis and drafting of opposition to TCC motion. | $ 475.00 | $ 2,755.00 |
| 1699 | Aram Boghosian | Associate | 03/22/20 | 10.9 | 050 | Analysis and drafting of opposition to TCC standing motion. | $ 475.00 | $ 5,177.50 |
| 1331 | Carol Villegas | Partner | 03/22/20 | 1.5 | 140 | Work on PGE outreach for bankruptcy claims. | $ 895.00 | $ 1,342.50 |
| 0023 | Eric Belfi | Partner | 03/22/20 | 1.5 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,425.00 |
| 1699 | Aram Boghosian | Associate | 03/23/20 | 1.8 | 050 | Drafting opposition to TCC standing motion. | $ 475.00 | $ 855.00 |
| 1331 | Carol Villegas | Partner | 03/23/20 | 3.5 | 140 | PG&E outreach on claims forms in bankruptcy. | $ 895.00 | $ 3,132.50 |
| 0571 | David Goldsmith | Partner | 03/23/20 | 0.5 | 050 | Review draft opp to TCC standing brief; e-mails with team re same. | $ 925.00 | $ 462.50 |
| 0023 | Eric Belfi | Partner | 03/23/20 | 0.9 | 010 | Worked on the bankruptcy claim. | $ 950.00 | $ 855.00 |
| 0023 | Eric Belfi | Partner | 03/23/20 | 2.6 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 2,470.00 |
| 1115 | Eunice Ahn | Other Professional | 03/23/20 | 1.0 | 090 | calls w/ attys and data team re: status of investor outreach, client loss analysis, next steps | $ 340.00 | $ 340.00 |
| | | | | | | INTENTIONALLY OMITTED | | |
| 1115 | Eunice Ahn | Other Professional | 03/23/20 | 1.0 | 090 | mtg/calls w/ n.Zeiss and data team re: custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas; client transactions analysis | $ 340.00 | $ 340.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/23/20 | 0.4 | 140 | Reviewed and incorporated paralegal edits to draft brief in opposition to TCC's motion for standing | $ 625.00 | $ 250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/23/20 | 0.9 | 140 | Continued reviewing and revising draft brief in opposition to TCC's motion for standing | $ 625.00 | $ 562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/23/20 | 2.5 | 140 | Reviewed and revised draft brief in opposition to TCC's motion for standing | $ 625.00 | $ 1,562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/23/20 | 2.9 | 140 | Conf. with Aram Boghosian re: draft brief in opposition to TCC's standing motion; reviewed operative draft | $ 625.00 | $ 1,812.50 |
| 1642 | Michael Canty | Partner | 03/23/20 | 0.6 | 140 | Attention to outreach on creditor filings. | $ 895.00 | $ 537.00 |
| 1642 | Michael Canty | Partner | 03/23/20 | 1.3 | 140 | Prepare and call on outreach for claims. | $ 895.00 | $ 1,163.50 |
| 0655 | Nicole Zeiss | Partner | 03/23/20 | 1.0 | 090 | Miscellaneous emails regarding claim process. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 03/23/20 | 1.5 | 090 | Miscellaneous emails regarding claims process; call with ███ | $ 950.00 | $ 1,425.00 |
| 0655 | Nicole Zeiss | Partner | 03/23/20 | 2.5 | 090 | Miscellaneous calls and emails regarding claims. | $ 950.00 | $ 2,375.00 |
| 1613 | Peter Schneider | Paralegal | 03/23/20 | 2 | 020 | Per E. Chan Lee request, proofread preliminary version of Opposition to TCC Standing | $ 335.00 | $ 670.00 |
| 1397 | Thomas Hoffman | Partner | 03/23/20 | 0.7 | 090 | Review and analyze draft opposition to TCC's standing motion. | $ 895.00 | $ 626.50 |
| 1643 | Roger Yamada | Associate | 03/23/20 | 0.6 | 090 | Outreach call re bankruptcy claims | $ 550.00 | $ 330.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1643 | Roger Yamada | Associate | 03/23/20 | 0.8 | 090 | Drafted resposne to ███ re historic pricing data for the senior notes alleged in the PG&E complaint; discussed with E Ahn | $ 550.00 | $ 440.00 |
| 1643 | Roger Yamada | Associate | 03/23/20 | 2.0 | 090 | Drafted outreach emails to ██████████ ██████████ discussed with C Villegas and updated tracker for circulation | $ 550.00 | $ 1,100.00 |
| 1699 | Aram Boghosian | Associate | 03/24/20 | 0.4 | 050 | Analysis opposition to TCC standing motion. | $ 475.00 | $ 190.00 |
| 1331 | Carol Villegas | Partner | 03/24/20 | 3.2 | 140 | PG&E outreach on claims forms in bankruptcy. | $ 895.00 | $ 2,864.00 |
| 0571 | David Goldsmith | Partner | 03/24/20 | 1.5 | 130 | Telephone conference with Tom Dubbs, Jeff Dubbin, Michael Canty, M. Etkin, A. Behlmann, C. Maker, L. Bennett re strategy on opp to TCC standing motion; review draft redline; e-mail to A. Behlmann and Jeff Dubbin re: same. | $ 925.00 | $ 1,387.50 |
| 0023 | Eric Belfi | Partner | 03/24/20 | 2.7 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 2,565.00 |
| 1115 | Eunice Ahn | Other Professional | 03/24/20 | 0.7 | 090 | mtg/calls w/ data team re: client loss analysis; custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas; client transactions analysis | $ 340.00 | $ 238.00 |
| 1115 | Eunice Ahn | Other Professional | 03/24/20 | 1 | 090 | client loss analysis, emails/calls w/ S. Russo, S.Cheung and E.Rivera re: same | $ 340.00 | $ 340.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/24/20 | 1.2 | 050 | Revised draft Opposition brief to TCC Motion per instructions from Tom Dubbs | $ 625.00 | $ 750.00 |
| 1642 | Michael Canty | Partner | 03/24/20 | 0.3 | 140 | Call with outside counsel regarding outreach. | $ 895.00 | $ 268.50 |
| 1642 | Michael Canty | Partner | 03/24/20 | 0.8 | 140 | Call with bankruptcy attorneys. | $ 895.00 | $ 716.00 |
| 0655 | Nicole Zeiss | Partner | 03/24/20 | 2 | 090 | Calls and emails regarding claims. | $ 950.00 | $ 1,900.00 |
| | | | | | | INTENTIONALLY OMITTED | | |
| 1654 | Stephanie Cheung | Other Professional | 03/24/20 | 3.5 | 010 | Analyzing clients' data in PG&E. | $ 190.00 | $ 665.00 |
| 1397 | Thomas Hoffman | Partner | 03/24/20 | 0.5 | 050 | Draft correspondence with Carol Villegas and Thomas Watson re institutional investors to receive notice of bankruptcy claims. | $ 895.00 | $ 447.50 |
| 1525 | Elaine Chan-Lee | Paralegal | 03/24/20 | 1.5 | 050 | Per Aram Boghosian fact check bankrupty opposition brief. | $ 335.00 | $ 502.50 |
| 1525 | Elaine Chan-Lee | Paralegal | 03/24/20 | 2.6 | 050 | Per Jeff Dubbin continue to edit bankrupty opposition brief. | $ 335.00 | $ 871.00 |
| 1525 | Elaine Chan-Lee | Paralegal | 03/24/20 | 2.9 | 050 | Per Jeff Dubbin resume fact checking bankrupty brief. | $ 335.00 | $ 971.50 |
| 1525 | Elaine Chan-Lee | Paralegal | 03/24/20 | 3.0 | 050 | Per Aram Boghosian continue to fact check bankrupty opposition brief. | $ 335.00 | $ 1,005.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/24/20 | 0.8 | 050 | Conf. with Tom Dubbs, David Goldsmith, Mike Canty and Lowenstein Sandler Team re: TCC Opposition Brief and strategy for response | $ 625.00 | $ 500.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 03/24/20 | 0.6 | 140 | Conf. with team and bankruptcy counsel re: draft brief in opposition to TCC motion for standing, including revision and filing divisions of labor and schedules | $ 625.00 | $ 375.00 |
| 1643 | Roger Yamada | Associate | 03/24/20 | 0.7 | 090 | Call with ▓ | $ 550.00 | $ 385.00 |
| 1643 | Roger Yamada | Associate | 03/24/20 | 0.9 | 090 | Discussed client outreach with ▓; drafted email for him to send to ▓ | $ 550.00 | $ 495.00 |
| 1699 | Aram Boghosian | Associate | 03/25/20 | 0.6 | 050 | Review of TCC standing opposition. | $ 475.00 | $ 285.00 |
| 1699 | Aram Boghosian | Associate | 03/25/20 | 1.9 | 050 | Legal research re opposition to TCC standing. | $ 475.00 | $ 902.50 |
| 1331 | Carol Villegas | Partner | 03/25/20 | 2.2 | 140 | PG&E outreach on claims forms in bankruptcy. | $ 895.00 | $ 1,969.00 |
| 0571 | David Goldsmith | Partner | 03/25/20 | 2 | 050 | Review/mark-up drafts of opposition to TCC standing motion; e-mails with team and Lowenstein re same. | $ 925.00 | $ 1,850.00 |
| 0023 | Eric Belfi | Partner | 03/25/20 | 0.5 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 475.00 |
| 0023 | Eric Belfi | Partner | 03/25/20 | 1.7 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,615.00 |
| 1115 | Eunice Ahn | Other Professional | 03/25/20 | 1 | 090 | calls w/ attys and data team re: status of investor outreach, client loss analysis, next steps | $ 340.00 | $ 340.00 |
| 1115 | Eunice Ahn | Other Professional | 03/25/20 | 1.0 | 090 | mtg/calls w/ data team re: client loss analysis; custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas; client transactions analysis | $ 340.00 | $ 340.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/25/20 | 0.2 | 140 | Emails with bankruptcy counsel and Robbins Geller re: draft brief in Opposition to TCC motion for standing | $ 625.00 | $ 125.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/25/20 | 0.4 | 140 | Finalized draft brief and sent to bankruptcy counsel for filing | $ 625.00 | $ 250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/25/20 | 0.7 | 140 | Confs. with Tom Dubbs re: revisions to brief in opposition to TCC motion and filing | $ 625.00 | $ 437.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/25/20 | 2.8 | 140 | Reviewed revisions to draft brief in opposition to TCC standing motion, incorporating edits and making further revisions | $ 625.00 | $ 1,750.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/25/20 | 3 | 140 | Composed inserts for brief in opposition to TCC standing motion re: Schuster case per instructions from Tom Dubbs and input from Darren Robbins; conducted legal research re: the same | $ 625.00 | $ 1,875.00 |
| 1642 | Michael Canty | Partner | 03/25/20 | 0.4 | 140 | PG&E outreach | $ 895.00 | $ 358.00 |
| | | | | | | INTENTIONALLY OMITTED | | |
| 4208 | Migiwa Hayashi | Non-Partner Track Attorney | 03/25/20 | 0.7 | 040 | Participated in call regarding PG&E claims project. | $ 435.00 | $ 304.50 |
| 0655 | Nicole Zeiss | Partner | 03/25/20 | 1 | 090 | Call with ▓ regarding claims process. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 03/25/20 | 2.5 | 090 | Call with outreach team; call with Mimi. | $ 950.00 | $ 2,375.00 |
| 1706 | Scott Russo | Other Professional | 03/25/20 | 3.0 | 090 | Loss analysis and claims filing approach | $ 415.00 | $ 1,245.00 |
| 1654 | Stephanie Cheung | Other Professional | 03/25/20 | 3.5 | 090 | Analyzing clients' data in PG&E. | $ 190.00 | $ 665.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1654 | Stephanie Cheung | Other Professional | 03/25/20 | 3.5 | 010 | Analyzing clients' data in PG&E. | $ 190.00 | $ 665.00 |
| 0563 | Thomas Dubbs | Partner | 03/25/20 | 1.3 | 130 | Conference with Notice Team re status and who called. | $ 1,100.00 | $ 1,430.00 |
| 1486 | Corban Rhodes | Partner | 03/25/20 | 1.5 | 050 | Outreach to ▮▮▮ and ▮▮ re claim filing. | $ 800.00 | $ 1,200.00 |
| 1331 | Carol Villegas | Partner | 03/26/20 | 2.7 | 140 | PG&E outreach on claims forms in bankruptcy. | $ 895.00 | $ 2,416.50 |
| 0023 | Eric Belfi | Partner | 03/26/20 | 0.9 | 010 | Worked on the bankruptcy claim. | $ 950.00 | $ 855.00 |
| 0023 | Eric Belfi | Partner | 03/26/20 | 1.8 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,710.00 |
| 1115 | Eunice Ahn | Other Professional | 03/26/20 | 0.5 | 090 | mtg/calls w/ data team re: client loss analysis; custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas; client transactions analysis | $ 340.00 | $ 170.00 |
| 1115 | Eunice Ahn | Other Professional | 03/26/20 | 0.6 | 090 | client loss analysis and searches, calls w/ S.Russo and analysts re: same | $ 340.00 | $ 204.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/26/20 | 0.3 | 140 | Conf. with Frank McConville re: client outreach efforts for bar date filing | $ 625.00 | $ 187.50 |
| 1642 | Michael Canty | Partner | 03/26/20 | 0.7 | 140 | Outreach calls and email re: creditor filing. | $ 895.00 | $ 626.50 |
| 0655 | Nicole Zeiss | Partner | 03/26/20 | 0.5 | 090 | Call with ▮▮ | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 03/26/20 | 1 | 090 | Emails regarding claims questions. | $ 950.00 | $ 950.00 |
| 1486 | Corban Rhodes | Partner | 03/26/20 | 0.7 | 130 | Attention to client outreach re claim filing. | $ 800.00 | $ 560.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/26/20 | 0.4 | 140 | Emails re: operative reorganization plan and client outreach issues | $ 625.00 | $ 250.00 |
| 1643 | Roger Yamada | Associate | 03/26/20 | 0.4 | 090 | Update call with C Villegas | $ 550.00 | $ 220.00 |
| 1643 | Roger Yamada | Associate | 03/26/20 | 0.6 | 090 | Call with ▮▮; correspondence with N Zeiss | $ 550.00 | $ 330.00 |
| 1643 | Roger Yamada | Associate | 03/26/20 | 0.7 | 090 | Drafted response to ▮▮ inquiry; discussed with N Zeiss | $ 550.00 | $ 385.00 |
| 1331 | Carol Villegas | Partner | 03/27/20 | 3.6 | 140 | PG&E outreach on claims forms in bankruptcy. | $ 895.00 | $ 3,222.00 |
| 0023 | Eric Belfi | Partner | 03/27/20 | 1.5 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,425.00 |
| 0023 | Eric Belfi | Partner | 03/27/20 | 1.9 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,805.00 |
| 1115 | Eunice Ahn | Other Professional | 03/27/20 | 0.5 | 090 | mtg/calls w/ data team re: client loss analysis; custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas; client transactions analysis | $ 340.00 | $ 170.00 |
| 1115 | Eunice Ahn | Other Professional | 03/27/20 | 2 | 090 | client trading/exposure analysis, draft emails for client outreach; calls w/ S.Cheung and data analysts re: same | $ 340.00 | $ 680.00 |
| 1727 | Connor Rutherford | Investigators | 03/27/20 | 1.0 | 010 | Confirming contact information for various general counsels | $ 375.00 | $ 375.00 |
| 1643 | Roger Yamada | Associate | 03/27/20 | 2.5 | 090 | Drafted outreach emails for ▮▮▮▮▮▮▮▮ discussed with M Maher and updated tracker; compiled GC outreach emails for C Villegas | $ 550.00 | $ 1,375.00 |
| 1643 | Roger Yamada | Associate | 03/29/20 | 1.5 | 090 | Updated outreach tracker | $ 550.00 | $ 825.00 |
| 1331 | Carol Villegas | Partner | 03/30/20 | 3.5 | 140 | PG&E outreach on claims forms in bankruptcy. | $ 895.00 | $ 3,132.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 0023 | Eric Belfi | Partner | 03/30/20 | 0.9 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 855.00 |
| 0023 | Eric Belfi | Partner | 03/30/20 | 2.6 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 2,470.00 |
| 1115 | Eunice Ahn | Other Professional | 03/30/20 | 0.8 | 090 | mtg/calls w/ data team re: client loss analysis; custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas; client transactions analysis | $ 340.00 | $ 272.00 |
| 1115 | Eunice Ahn | Other Professional | 03/30/20 | 1 | 090 | phone conferences with data analysts and attorneys; client loss and exposure analysis | $ 340.00 | $ 340.00 |
| 1642 | Michael Canty | Partner | 03/30/20 | 1.2 | 140 | Attention to client filings and call with Carol Villegas on same. | $ 895.00 | $ 1,074.00 |
| 0655 | Nicole Zeiss | Partner | 03/30/20 | 2.5 | 090 | Miscellaneous calls regarding claims process. | $ 950.00 | $ 2,375.00 |
| 1654 | Stephanie Cheung | Other Professional | 03/30/20 | 0.7 | 010 | Preparing Proof of Claim Form and Certification Letter for ▮. Working on e-Claim | $ 190.00 | $ 133.00 |
| 1654 | Stephanie Cheung | Other Professional | 03/30/20 | 0.7 | 010 | Preparing Proof of Claim Form and Certification Letter for ▮. Working on e-Claim | $ 190.00 | $ 133.00 |
| | | | | | | INTENTIONALLY OMITTED | | |
| 1654 | Stephanie Cheung | Other Professional | 03/30/20 | 0.7 | 010 | Preparing Proof of Claim Form and Certification Letter for ▮. Working on e-Claim | $ 190.00 | $ 133.00 |
| 1654 | Stephanie Cheung | Other Professional | 03/30/20 | 0.7 | 090 | Preparing Proof of Claim Form and Certification Letter for ▮. Working on e-Claim | $ 190.00 | $ 133.00 |
| 1654 | Stephanie Cheung | Other Professional | 03/30/20 | 2.3 | 090 | Working on claims. | $ 190.00 | $ 437.00 |
| 0563 | Thomas Dubbs | Partner | 03/30/20 | 3.5 | 130 | Calls with ▮ call with Mickey Etkin re claims; conference call with ▮; call with Carol Villegas; call with Nicole Zeiss; call re team on class. | $ 1,100.00 | $ 3,850.00 |
| 1643 | Roger Yamada | Associate | 03/30/20 | 0.5 | 090 | Drafted outreach emails for ▮; updated tracker | $ 550.00 | $ 275.00 |
| 1643 | Roger Yamada | Associate | 03/30/20 | 0.5 | 090 | Outreach call with C Villegas | $ 550.00 | $ 275.00 |
| 1643 | Roger Yamada | Associate | 03/30/20 | 0.6 | 090 | Drafted emails re Prime Clerk for D Schwartz and E Belfi | $ 550.00 | $ 330.00 |
| 1331 | Carol Villegas | Partner | 03/31/20 | 2.4 | 130 | PG&E outreach on claims forms in bankruptcy. | $ 895.00 | $ 2,148.00 |
| 0571 | David Goldsmith | Partner | 03/31/20 | 0.8 | 130 | Review TCC standing motion reply brief. | $ 925.00 | $ 740.00 |
| 0023 | Eric Belfi | Partner | 03/31/20 | 0.9 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 855.00 |
| 0023 | Eric Belfi | Partner | 03/31/20 | 1.5 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,425.00 |
| 1115 | Eunice Ahn | Other Professional | 03/31/20 | 0.3 | 090 | mtg/calls w/ data team re: client loss analysis; custodian banks outreach and protocols; research and answer questions from custodians/N.Zeiss/C.Villegas; client transactions analysis | $ 340.00 | $ 102.00 |
| 1115 | Eunice Ahn | Other Professional | 03/31/20 | 1.0 | 090 | calls w/ attys and data team re: status of investor outreach, client loss analysis, next steps | $ 340.00 | $ 340.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/31/20 | 0.7 | 130 | Conf. with Mike Canty and Carol Villegas re: client outreach and bankruptcy issues | $ 625.00 | $ 437.50 |
| 1642 | Michael Canty | Partner | 03/31/20 | 0.5 | 140 | Call with ▮ and additional attention to claim issue. | $ 895.00 | $ 447.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1642 | Michael Canty | Partner | 03/31/20 | 0.6 | 140 | Update with ███ and research on client filings. | $ 895.00 | $ 537.00 |
| 1642 | Michael Canty | Partner | 03/31/20 | 0.6 | 140 | Call with ███ and additional attention to claim issue. | $ 895.00 | $ 537.00 |
| 1642 | Michael Canty | Partner | 03/31/20 | 0.7 | 140 | Call with Jeff Dubbin and Carol Villegas on update and attention to claim issue. | $ 895.00 | $ 626.50 |
| 1642 | Michael Canty | Partner | 03/31/20 | 1.9 | 140 | Attention to claims filings. | $ 895.00 | $ 1,700.50 |
| | | | | | | INTENTIONALLY OMITTED | | |
| 4208 | Migiwa Hayashi | Non-Partner Track Attorney | 03/31/20 | 1.2 | 040 | Prepped for PG&E claims project. | $ 435.00 | $ 522.00 |
| 0655 | Nicole Zeiss | Partner | 03/31/20 | 2.0 | 090 | Calls and responding to emails regarding claims process. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 03/31/20 | 2 | 090 | Calls and emails with Lowenstein. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 03/31/20 | 2.0 | 090 | Factual research regarding claims process. | $ 950.00 | $ 1,900.00 |
| 1706 | Scott Russo | Other Professional | 03/31/20 | 1.5 | 090 | PG&E approach and loss review and claim process design | $ 415.00 | $ 622.50 |
| 1654 | Stephanie Cheung | Other Professional | 03/31/20 | 0.2 | 090 | Working on claims. | $ 190.00 | $ 38.00 |
| 0563 | Thomas Dubbs | Partner | 03/31/20 | 2.9 | 050 | Review TCC briefing. | $ 1,100.00 | $ 3,190.00 |
| 1643 | Roger Yamada | Associate | 03/31/20 | 1 | 090 | Call with E Belfi and ███; drafted outreach email | $ 550.00 | $ 550.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 03/31/20 | 1.3 | 140 | Reviewed TCC Reply brief in support of motion for standing | $ 625.00 | $ 812.50 |
| 1331 | Carol Villegas | Partner | 04/01/20 | 3.0 | 130 | calls on PGE outreach and strategy on claims | $ 895.00 | $ 2,685.00 |
| 0023 | Eric Belfi | Partner | 04/01/20 | 1.1 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,045.00 |
| 0023 | Eric Belfi | Partner | 04/01/20 | 2.0 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,900.00 |
| 1115 | Eunice Ahn | Other Professional | 04/01/20 | 2.4 | 090 | calls w/ attys and data team re: status of investor outreach, client loss analysis, next steps; loss analysis, comparisons, and research; calls w/ ███ re: case | $ 340.00 | $ 816.00 |
| | | | | | | INTENTIONALLY OMITTED | | |
| 4208 | Migiwa Hayashi | Non-Partner Track Attorney | 04/01/20 | 0.5 | 040 | Participated in call re: PG&E claims form project. | $ 435.00 | $ 217.50 |
| 0655 | Nicole Zeiss | Partner | 04/01/20 | 2.0 | 090 | [017355.0002] Calls with claimants. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 04/01/20 | 2 | 090 | [017355.0002]  Calls with Mickey and Weil regarding consolidated claims. | $ 950.00 | $ 1,900.00 |
| 0655 | Nicole Zeiss | Partner | 04/01/20 | 2.0 | 090 | [017355.0002] Calls with outreach team. | $ 950.00 | $ 1,900.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/01/20 | 0.4 | 090 | Looking into claims for ███ | $ 190.00 | $ 76.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/01/20 | 0.4 | 090 | Analyzing clients' data | $ 190.00 | $ 76.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/01/20 | 0.8 | 090 | Working on claims. | $ 190.00 | $ 152.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1654 | Stephanie Cheung | Other Professional | 04/01/20 | 1.1 | 010 | Analyzing ███ data. | $ 190.00 | $ 209.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/01/20 | 1.7 | 010 | Analyzing ███ data. | $ 190.00 | $ 323.00 |
| 1643 | Roger Yamada | Associate | 04/01/20 | 1.8 | 090 | Call with ███████; drafted talking points | $ 550.00 | $ 990.00 |
| 1643 | Roger Yamada | Associate | 04/01/20 | 1.8 | 090 | Outreach follow up with PG&E client outreach team | $ 550.00 | $ 990.00 |
| 1699 | Aram Boghosian | Associate | 04/02/20 | 0.4 | 050 | Review of TCC sur-reply. | $ 475.00 | $ 190.00 |
| 1331 | Carol Villegas | Partner | 04/02/20 | 2.8 | 130 | calls on PGE outreach and strategy on claims | $ 895.00 | $ 2,506.00 |
| 0023 | Eric Belfi | Partner | 04/02/20 | 0.3 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 285.00 |
| 0023 | Eric Belfi | Partner | 04/02/20 | 3.1 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 2,945.00 |
| 1115 | Eunice Ahn | Other Professional | 04/02/20 | 1.0 | 090 | mtg/calls w/ data team and attys re: client loss analysis; research and answer questions; client transactions analysis per M.DeMato | $ 340.00 | $ 340.00 |
| 0655 | Nicole Zeiss | Partner | 04/02/20 | 2.5 | 090 | Dealt with claim form mechanics. | $ 950.00 | $ 2,375.00 |
| 0655 | Nicole Zeiss | Partner | 04/02/20 | 3.0 | 090 | Calls regarding claim process. | $ 950.00 | $ 2,850.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/02/20 | 0.3 | 090 | Informng ███ regarding data issues. | $ 190.00 | $ 57.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/02/20 | 2.5 | 090 | Analyzing clients' data | $ 190.00 | $ 475.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/02/20 | 3.5 | 090 | Analyzing clients' data | $ 190.00 | $ 665.00 |
| 0563 | Thomas Dubbs | Partner | 04/02/20 | 2.5 | 130 | Conference call with Michael Etkin and Nicole Zeiss and Court re forms submissions | $ 1,100.00 | $ 2,750.00 |
| 0563 | Thomas Dubbs | Partner | 04/02/20 | 1.3 | 130 | Call with Michael Etkin and Carol Villegas re meeting re claims. | $ 1,100.00 | $ 1,430.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/02/20 | 1.2 | 050 | Composed email memorandum to Tom Dubbs, Mike Canty, and Carol Villegas re: proposed surreply | $ 625.00 | $ 750.00 |
| 1643 | Roger Yamada | Associate | 04/02/20 | 2 | 090 | Outreach follow up with PG&E client outreach team | $ 550.00 | $ 1,100.00 |
| 1331 | Carol Villegas | Partner | 04/03/20 | 6.5 | 140 | PGE claims process - internal calls with team and client outreach. | $ 895.00 | $ 5,817.50 |
| 0023 | Eric Belfi | Partner | 04/03/20 | 1.5 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,425.00 |
| 0023 | Eric Belfi | Partner | 04/03/20 | 5.0 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 4,750.00 |
| 1115 | Eunice Ahn | Other Professional | 04/03/20 | 2 | 090 | calls/emails w/ data team and attys re: claims process services for potential clients and protocols; client loss analysis | $ 340.00 | $ 680.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/03/20 | 0.4 | 140 | Emails re: bankruptcy claims filing issues and progress | $ 625.00 | $ 250.00 |
| 1642 | Michael Canty | Partner | 04/03/20 | 1.6 | 140 | Prepare and call with claims filers. | $ 895.00 | $ 1,432.00 |
| 0655 | Nicole Zeiss | Partner | 04/03/20 | 3.0 | 090 | Calls with team regarding PrimeClerk. | $ 950.00 | $ 2,850.00 |
| 0655 | Nicole Zeiss | Partner | 04/03/20 | 3 | 090 | Calls with potential class members regarding claims process. | $ 950.00 | $ 2,850.00 |
| 0655 | Nicole Zeiss | Partner | 04/03/20 | 3.0 | 090 | Review of claim process mechanics. | $ 950.00 | $ 2,850.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1654 | Stephanie Cheung | Other Professional | 04/03/20 | 0.3 | 090 | Analyzing ████ data in PG&E, Inc. Settlement to determine client's recognized loss and estimated recovery. Entering client's recognized loss and estimated recovery information into Relationship Intelligence database. | $ 190.00 | $ 57.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/03/20 | 0.7 | 090 | Analyzing clients' data. | $ 190.00 | $ 133.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/03/20 | 0.7 | 090 | Analyzing ████ data in PG&E, Inc. Settlement to determine client's recognized loss and estimated recovery. Entering client's recognized loss and estimated recovery information into Relationship Intelligence database. | $ 190.00 | $ 133.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/03/20 | 1.1 | 010 | Analyzing ███ data in PG&E, Inc. Settlement to determine client's recognized loss and estimated recovery. Entering client's recognized loss and estimated recovery information into Relationship Intelligence database. | $ 190.00 | $ 209.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/03/20 | 3.5 | 010 | Analyzing clients' data. | $ 190.00 | $ 665.00 |
| 0563 | Thomas Dubbs | Partner | 04/03/20 | 0.8 | 130 | Call with ██████ | $ 1,100.00 | $ 880.00 |
| 0563 | Thomas Dubbs | Partner | 04/03/20 | 1.7 | 090 | Call with claims team. | $ 1,100.00 | $ 1,870.00 |
| 4453 | Cynthia Gill | Non-Partner Track Attorney | 04/03/20 | 3.0 | 030 | Reviewed and outlined Plaintiffs' Memo in Opposition to TCC's Motion for Standing in bankruptcy court; drafted attorney work product | $ 410.00 | $ 1,230.00 |
| 1643 | Roger Yamada | Associate | 04/03/20 | 2 | 010 | Call with M Canty, C Villegas, and N Zeiss; updated tracker | $ 550.00 | $ 1,100.00 |
| 1643 | Roger Yamada | Associate | 04/03/20 | 3.0 | 090 | Outreach follow up with PG&E client outreach team; call with N Minerva | $ 550.00 | $ 1,650.00 |
| 1699 | Aram Boghosian | Associate | 04/06/20 | 0.5 | 050 | Various case tasks - research on factual updates, developments on TCC standing motion. | $ 475.00 | $ 237.50 |
| 1331 | Carol Villegas | Partner | 04/06/20 | 3.8 | 140 | PGE claims process - internal calls with team and client outreach. | $ 895.00 | $ 3,401.00 |
| 0571 | David Goldsmith | Partner | 04/06/20 | 3.0 | 050 | Videoconference with Tom Dubbs, Nicole Zeiss, Mike Canty, Carol Villegas, Jeff Dubbin re: case updates and strategy; review/markup surreply on TCC standing motion, incorporate Robbins Geller comments and circulate; telephone conference with Mike Canty re: draft and markup; send final markup to Lowenstein Sandler. | $ 925.00 | $ 2,775.00 |
| 0023 | Eric Belfi | Partner | 04/06/20 | 1.7 | 130 | Client communications on claim forms in bankruptcy.. | $ 950.00 | $ 1,615.00 |
| 0023 | Eric Belfi | Partner | 04/06/20 | 2.1 | 130 | Spoke to multiple clients. | $ 950.00 | $ 1,995.00 |
| 1115 | Eunice Ahn | Other Professional | 04/06/20 | 1.0 | 090 | calls/emails w/ data team and attys re: claims process services for potential clients and protocols; client loss analysis | $ 340.00 | $ 340.00 |
| 1642 | Michael Canty | Partner | 04/06/20 | 0.6 | 140 | Calls regarding claims form. | $ 895.00 | $ 537.00 |
| 1642 | Michael Canty | Partner | 04/06/20 | 0.7 | 140 | Call with outside claims firm. | $ 895.00 | $ 626.50 |

Case: 19-30088   Doc# 8950-2   Filed: 08/31/20   Entered: 08/31/20 17:12:32   Page 36 of 123

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1642 | Michael Canty | Partner | 04/06/20 | 1.5 | 140 | Multiple calls with potential claimants. | $ 895.00 | $ 1,342.50 |
| 1642 | Michael Canty | Partner | 04/06/20 | 1.7 | 050 | Attention to brief - TCC opposition. | $ 895.00 | $ 1,521.50 |
| 4208 | Migiwa Hayashi | Non-Partner Track Attorney | 04/06/20 | 0.5 | 040 | Read internal emails and documents discussing the process for filing PG&E claims, | $ 435.00 | $ 217.50 |
| 0655 | Nicole Zeiss | Partner | 04/06/20 | 1.0 | 090 | Calls with Tom Dubbs; emails regarding PrimeClerk. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 04/06/20 | 1 | 090 | Call with claimant attorney to discuss questions. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 04/06/20 | 1.0 | 090 | Call with third party filer to discuss questions. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 04/06/20 | 1 | 090 | Internal emails regarding claims process. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 04/06/20 | 2.0 | 090 | Reviewed draft claim forms. | $ 950.00 | $ 1,900.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/06/20 | 0.2 | 010 | Preparing Proof of Claim Forms and e-Claim for ███ | $ 190.00 | $ 38.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/06/20 | 0.4 | 090 | Preparing Proof of Claim Form for ███ | $ 190.00 | $ 76.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/06/20 | 0.5 | 090 | Analyzing ███ data. | $ 190.00 | $ 95.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/06/20 | 0.5 | 090 | Update tracking chart. | $ 190.00 | $ 95.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/06/20 | 0.8 | 090 | Preparing Proof of Claim Forms and e-Claim for ███ | $ 190.00 | $ 152.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/06/20 | 1.1 | 090 | Preparing Proof of Claim Forms and e-Claim for ███ | $ 190.00 | $ 209.00 |
| 1643 | Roger Yamada | Associate | 04/06/20 | 0.8 | 090 | Call with E Belfi and ██; updated tracker | $ 550.00 | $ 440.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/06/20 | 0.8 | 130 | Conf. with Tom Dubbs, Mike Canty, Carol Villegas, David Goldsmith, and Nicole Zeiss re: bankruptcy claims filing strategy and updates; follow-up conf. with Tom Dubbs and Mike Canty re: the same. | $ 625.00 | $ 500.00 |
| 1643 | Roger Yamada | Associate | 04/06/20 | 2.0 | 090 | Outreach follow up with PG&E client outreach team | $ 550.00 | $ 1,100.00 |
| 1331 | Carol Villegas | Partner | 04/07/20 | 4.5 | 130 | PGE claims process - internal calls with team and client outreach. | $ 895.00 | $ 4,027.50 |
| 0023 | Eric Belfi | Partner | 04/07/20 | 1.9 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,805.00 |
| 0023 | Eric Belfi | Partner | 04/07/20 | 2.6 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 2,470.00 |
| 1115 | Eunice Ahn | Other Professional | 04/07/20 | 2.5 | 090 | call with attys and ███ re: claims process, loss analysis, paperwork preparations, status of outreach; loss analysis and claim paper prep; emails w/ attys re: settlement clients with exposure; calls w/ S.Cheung and S.Russo re: client loss analysis, status of claims | $ 340.00 | $ 850.00 |
| 1642 | Michael Canty | Partner | 04/07/20 | 0.4 | 140 | Update to ██ | $ 895.00 | $ 358.00 |
| 1642 | Michael Canty | Partner | 04/07/20 | 0.9 | 140 | Claims notice call. | $ 895.00 | $ 805.50 |
| 0655 | Nicole Zeiss | Partner | 04/07/20 | 0.5 | 090 | Call with potential claimant. | $ 950.00 | $ 475.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 0655 | Nicole Zeiss | Partner | 04/07/20 | 0.5 | 090 | Call with potential claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/07/20 | 0.5 | 090 | Call with potential claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/07/20 | 0.5 | 090 | Call with potential claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/07/20 | 0.5 | 090 | Call with potential claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/07/20 | 1.5 | 090 | Calls with team regarding process. | $ 950.00 | $ 1,425.00 |
| 0655 | Nicole Zeiss | Partner | 04/07/20 | 2 | 090 | Revised instructions for clients. | $ 950.00 | $ 1,900.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/07/20 | 1.1 | 090 | Analyzing ▮▮▮ data. | $ 190.00 | $ 209.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/07/20 | 1.6 | 090 | Working on claims, | $ 190.00 | $ 304.00 |
| 0563 | Thomas Dubbs | Partner | 04/07/20 | 2.5 | 090 | Call with Michael Etkin re letters; meeting with Carol Villegas, Mickey Etkin, A. Behlman re claims; call ▮▮▮; memo to | $ 1,100.00 | $ 2,750.00 |
| 1643 | Roger Yamada | Associate | 04/07/20 | 2.5 | 090 | Outreach follow up with PG&E client outreach team | $ 550.00 | $ 1,375.00 |
| 1331 | Carol Villegas | Partner | 04/08/20 | 4.2 | 140 | PGE claims process - internal calls with team and client outreach. | $ 895.00 | $ 3,759.00 |
| 0023 | Eric Belfi | Partner | 04/08/20 | 0.8 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 760.00 |
| 0023 | Eric Belfi | Partner | 04/08/20 | 3.4 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 3,230.00 |
| 1115 | Eunice Ahn | Other Professional | 04/08/20 | 2 | 090 | call with attys and ▮▮▮ re: claims process, loss analysis, paperwork preparations, status of outreach; draft loss calculation procedures for client; calls w/ S.Cheung and S.Russo re: client loss analysis, status of claims | $ 340.00 | $ 680.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/08/20 | 0.6 | 140 | Conf. with ▮▮▮ re: bankruptcy claims filing process | $ 625.00 | $ 375.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/08/20 | 2.0 | 050 | Reviewed TCC brief in opposition to motion to file sur-reply; composed email memorandum to team summarizing the same | $ 625.00 | $ 1,250.00 |
| 1642 | Michael Canty | Partner | 04/08/20 | 1.8 | 050 | Attention to TCC reply brief and research on same. | $ 895.00 | $ 1,611.00 |
| 0655 | Nicole Zeiss | Partner | 04/08/20 | 0.5 | 090 | Review of filed claims. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/08/20 | 0.5 | 090 | Call with claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/08/20 | 0.5 | 090 | Call with claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/08/20 | 2.5 | 090 | Wrote up claims mechanics; reviewed finished POCs. | $ 950.00 | $ 2,375.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/08/20 | 0.6 | 090 | Preparing Proof of Claim Forms for ▮▮▮ Working on e-Claims | $ 190.00 | $ 114.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/08/20 | 2.5 | 010 | Working on claims. | $ 190.00 | $ 475.00 |
| 1643 | Roger Yamada | Associate | 04/08/20 | 2.2 | 090 | Outreach follow up with PG&E client outreach team | $ 550.00 | $ 1,210.00 |
| 1331 | Carol Villegas | Partner | 04/09/20 | 2.8 | 130 | PGE claims process - internal calls with team and client outreach. | $ 895.00 | $ 2,506.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1054 | Cheryl Boria | Paralegal | 04/09/20 | 1 | 140 | Started a PG&E bankruptcy mailing list. Forwarded calls to the attorneys from Claim form questions. | $ 335.00 | $ 335.00 |
| 0023 | Eric Belfi | Partner | 04/09/20 | 0.8 | 130 | Client communications. | $ 950.00 | $ 760.00 |
| 0023 | Eric Belfi | Partner | 04/09/20 | 1.9 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,805.00 |
| 0023 | Eric Belfi | Partner | 04/09/20 | 2.0 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,900.00 |
| 1115 | Eunice Ahn | Other Professional | 04/09/20 | 2.0 | 090 | draft █████ claim, review ████ claim; emails/calls w/ S.Cheung re: same | $ 340.00 | $ 680.00 |
| 1115 | Eunice Ahn | Other Professional | 04/09/20 | 4 | 090 | call with attys and ███████████ re: claims process, loss analysis, paperwork preparations, status of outreach; calls w/ S.Cheung and S.Russo re: client loss analysis, status of claims | $ 340.00 | $ 1,360.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/09/20 | 0.4 | 140 | Conf. with Mark Willis re: client outreach for bankruptcy claim filing | $ 625.00 | $ 250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/09/20 | 0.4 | 140 | Emails with Tom Dubbs and Carol Villegas re: bankruptcy claims issues | $ 625.00 | $ 250.00 |
| 1642 | Michael Canty | Partner | 04/09/20 | 0.5 | 140 | Call with filer and follow up with Eric Belfi. | $ 895.00 | $ 447.50 |
| 1642 | Michael Canty | Partner | 04/09/20 | 0.5 | 140 | Call with filers client. | $ 895.00 | $ 447.50 |
| 1642 | Michael Canty | Partner | 04/09/20 | 0.5 | 140 | Call with filer client and follow up. | $ 895.00 | $ 447.50 |
| 1642 | Michael Canty | Partner | 04/09/20 | 0.9 | 140 | Call with client regarding filing. | $ 895.00 | $ 805.50 |
| 0655 | Nicole Zeiss | Partner | 04/09/20 | 0.5 | 090 | Call with client regarding claims process. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/09/20 | 0.5 | 090 | Call with client regarding claims process. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/09/20 | 0.5 | 090 | Call with client regarding claims process. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/09/20 | 0.5 | 090 | Call with client regarding claims process. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/09/20 | 0.5 | 090 | Calls with potential claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/09/20 | 1 | 090 | Review of claim documents. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 04/09/20 | 1.0 | 090 | Emails regarding claims process. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 04/09/20 | 2 | 090 | Emails to answer claim questions. | $ 950.00 | $ 1,900.00 |
| 1706 | Scott Russo | Other Professional | 04/09/20 | 2 | 010 | review losses and team meetings | $ 415.00 | $ 830.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/09/20 | 1.1 | 010 | Preparing Proof of Claim Forms for █████. Working on e-Claims | $ 190.00 | $ 209.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/09/20 | 1.5 | 010 | Preparing Proof of Claim Forms for █████ and working on e-Claim. | $ 190.00 | $ 285.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/09/20 | 2.8 | 010 | Working on claims. | $ 190.00 | $ 532.00 |
| 1643 | Roger Yamada | Associate | 04/09/20 | 1.6 | 090 | Outreach follow up with PG&E client outreach team | $ 550.00 | $ 880.00 |
| 1331 | Carol Villegas | Partner | 04/10/20 | 3.2 | 130 | PGE claims process - internal calls with team and client outreach. | $ 895.00 | $ 2,864.00 |
| 0023 | Eric Belfi | Partner | 04/10/20 | 3.2 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 3,040.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 04/10/20 | 1.0 | 130 | Conf. with Mike Canty, Carol Villegas, and Tom Dubbs re: strategy for TCC standing motion oral argument | $ 625.00 | $ 625.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/10/20 | 1.4 | 050 | Reviewed Debtors' filing re: TCC standing motion oral argument; strategized impact on hearing preparation | $ 625.00 | $ 875.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/10/20 | 2.5 | 050 | Drafted questions and answers in preparation for TCC standing motion oral argument | $ 625.00 | $ 1,562.50 |
| 1642 | Michael Canty | Partner | 04/10/20 | 1.0 | 140 | Call with Tom Dubbs and Carol Villegas and attention to hearing. | $ 895.00 | $ 895.00 |
| 0655 | Nicole Zeiss | Partner | 04/10/20 | 0.5 | 090 | Review of claim. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/10/20 | 0.5 | 090 | Review of claim. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/10/20 | 1.0 | 090 | Email to client. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 04/10/20 | 2 | 090 | Review of client claims. | $ 950.00 | $ 1,900.00 |
| 1706 | Scott Russo | Other Professional | 04/10/20 | 2 | 010 | claims review and team updates | $ 415.00 | $ 830.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/10/20 | 0.6 | 010 | Analyzing clients' data. | $ 190.00 | $ 114.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/10/20 | 0.7 | 090 | Tracking claims. | $ 190.00 | $ 133.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/10/20 | 1.1 | 010 | Working on claims. | $ 190.00 | $ 209.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/10/20 | 3.5 | 090 | Working on claims. | $ 190.00 | $ 665.00 |
| 0563 | Thomas Dubbs | Partner | 04/10/20 | 0.5 | 130 | Call with Carol Villegas and Michael Canty re claims issues. | $ 1,100.00 | $ 550.00 |
| 1643 | Roger Yamada | Associate | 04/10/20 | 1.9 | 090 | Outreach follow up with PG&E client outreach team | $ 550.00 | $ 1,045.00 |
| 1331 | Carol Villegas | Partner | 04/11/20 | 4.5 | 050 | Review materials for TCC standing motion and discuss with J. Dubbin | $ 895.00 | $ 4,027.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/11/20 | 1.1 | 050 | Conf. with Mike Canty and Carol Villegas re: oral argument strategy in preparation for TCC standing motion hearing | $ 625.00 | $ 687.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/11/20 | 1.3 | 050 | Continued preparing for TCC standing motion oral argument | $ 625.00 | $ 812.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/11/20 | 2.1 | 050 | Outlined questions and answers in preparation for TCC standing motion oral argument | $ 625.00 | $ 1,312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/11/20 | 2.6 | 050 | Prepared for TCC standing motion oral argument | $ 625.00 | $ 1,625.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/11/20 | 2.9 | 050 | Conducted legal research in preparation for TCC standing motion oral argument | $ 625.00 | $ 1,812.50 |
| 1642 | Michael Canty | Partner | 04/11/20 | 1.6 | 140 | Prepare and call with team regarding hearing. | $ 895.00 | $ 1,432.00 |
| 1525 | Elaine Chan-Lee | Paralegal | 04/11/20 | 2.0 | 050 | Per Jeff Dubbin further continue to research case law in preparation for oral argument. | $ 335.00 | $ 670.00 |
| 1525 | Elaine Chan-Lee | Paralegal | 04/11/20 | 2.5 | 050 | Per Jeff Dubbin research case law in preparation for oral argument | $ 335.00 | $ 837.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1525 | Elaine Chan-Lee | Paralegal | 04/11/20 | 2.5 | 050 | Per Jeff Dubbin continue to research case law in preparation for oral argument | $ 335.00 | $ 837.50 |
| 1525 | Elaine Chan-Lee | Paralegal | 04/11/20 | 3 | 050 | Per Jeff Dubbin initiate research case law in preparation for oral argument. | $ 335.00 | $ 1,005.00 |
| 1331 | Carol Villegas | Partner | 04/12/20 | 6 | 050 | Review materials for TCC standing motion and prepare for hearing | $ 895.00 | $ 5,370.00 |
| 1115 | Eunice Ahn | Other Professional | 04/12/20 | 1.0 | 090 | edit/finalize claims for multiple clients | $ 340.00 | $ 340.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/12/20 | 1.9 | 050 | Continued reviewing cases cited in briefing in preparation for TCC standing motion oral argument | $ 625.00 | $ 1,187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/12/20 | 2 | 050 | Continued preparing for TCC standing motion oral argument | $ 625.00 | $ 1,250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/12/20 | 3.0 | 050 | Reviewed cases cited in briefing in preparation for TCC standing motion oral argument | $ 625.00 | $ 1,875.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/12/20 | 3.7 | 050 | Prepared for TCC standing motion oral argument | $ 625.00 | $ 2,312.50 |
| 1642 | Michael Canty | Partner | 04/12/20 | 1.8 | 140 | Review and prepare for hearing. | $ 895.00 | $ 1,611.00 |
| 1525 | Elaine Chan-Lee | Paralegal | 04/12/20 | 1.0 | 050 | Per Jeff Dubbin annotate Debtors' brief case law in preparation for oral argument | $ 335.00 | $ 335.00 |
| 1525 | Elaine Chan-Lee | Paralegal | 04/12/20 | 1.5 | 050 | Per Jeff Dubbin annotate sur-reply brief case law in preparation for oral argument. | $ 335.00 | $ 502.50 |
| 1525 | Elaine Chan-Lee | Paralegal | 04/12/20 | 2 | 050 | Per Jeff Dubbin annotate opposition brief case law in preparation for oral argument. | $ 335.00 | $ 670.00 |
| 1525 | Elaine Chan-Lee | Paralegal | 04/12/20 | 2.5 | 050 | Per Jeff Dubbin further continue to annotate opposition brief case law in preparation for oral argument | $ 335.00 | $ 837.50 |
| 1525 | Elaine Chan-Lee | Paralegal | 04/12/20 | 2.5 | 050 | Per Jeff Dubbin resume annotating opposition brief case law in preparation for oral argument. | $ 335.00 | $ 837.50 |
| 1525 | Elaine Chan-Lee | Paralegal | 04/12/20 | 3.0 | 050 | Per Jeff Dubbin continue to annotate opposition brief case law in preparation for oral argument | $ 335.00 | $ 1,005.00 |
| 1699 | Aram Boghosian | Associate | 04/13/20 | 0.7 | 050 | Review of legal research for opposition to TCC motion. | $ 475.00 | $ 332.50 |
| 1699 | Aram Boghosian | Associate | 04/13/20 | 0.9 | 050 | Research on planned arguments for upcoming TCC standing motion hearing. | $ 475.00 | $ 427.50 |
| 1699 | Aram Boghosian | Associate | 04/13/20 | 1.2 | 050 | Review of TCC standing motion opposition before filing. | $ 475.00 | $ 570.00 |
| 1699 | Aram Boghosian | Associate | 04/13/20 | 2.6 | 130 | Team call on preparation for TCC standing motion hearing and notice issues. | $ 475.00 | $ 1,235.00 |
| 1331 | Carol Villegas | Partner | 04/13/20 | 3.2 | 050 | Prepare for TCC motion on standing | $ 895.00 | $ 2,864.00 |
| 1115 | Eunice Ahn | Other Professional | 04/13/20 | 3 | 090 | calls with various clients, attys, data team re: claims to finalize; client trading analysis; draft/edit claims; | $ 340.00 | $ 1,020.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/13/20 | 0.8 | 050 | Arranged logistics re: CourtCall appearance for TCC standing motion oral argument | $ 625.00 | $ 500.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 04/13/20 | 2.0 | 130 | Attended oral argument strategy conf. with Tom Dubbs, Mike Canty, Carol Villegas, Mickey Etkin, Andrew Behlman,and Randy Michelson; preparation for the same | $ 625.00 | $ 1,250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/13/20 | 2.0 | 050 | Continued preparing for TCC standing motion oral argument | $ 625.00 | $ 1,250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/13/20 | 2.7 | 050 | Prepared for TCC standing motion oral argument | $ 625.00 | $ 1,687.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/13/20 | 2.8 | 050 | Read and reviewed bankruptcy court's tentative ruling re: TCC standing motion; analyzed impact on oral argument | $ 625.00 | $ 1,750.00 |
| 1642 | Michael Canty | Partner | 04/13/20 | 0.7 | 140 | Prepare and call with colleagues regarding claims issues. | $ 895.00 | $ 626.50 |
| 1642 | Michael Canty | Partner | 04/13/20 | 1.5 | 140 | Call with team regarding hearing. | $ 895.00 | $ 1,342.50 |
| 1642 | Michael Canty | Partner | 04/13/20 | 2.1 | 130 | Prepare for hearing and analysis of submissions. | $ 895.00 | $ 1,879.50 |
| 0655 | Nicole Zeiss | Partner | 04/13/20 | 0.5 | 090 | Call with claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/13/20 | 0.5 | 090 | Call with claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/13/20 | 0.5 | 090 | Call with claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/13/20 | 2.5 | 090 | Emails regarding claims and process. | $ 950.00 | $ 2,375.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/13/20 | 0.2 | 090 | Preparing Proof of Claim Form for ▆. Working on e-Claim | $ 190.00 | $ 38.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/13/20 | 0.8 | 090 | Preparing Proof of Claim Forms for ▆▆▆. Working on e-Claim | $ 190.00 | $ 152.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/13/20 | 0.9 | 090 | Working on claims. | $ 190.00 | $ 171.00 |
| 0563 | Thomas Dubbs | Partner | 04/13/20 | 1.9 | 060 | Calls with Michael Etkin re argument and preparation. | $ 1,100.00 | $ 2,090.00 |
| 0563 | Thomas Dubbs | Partner | 04/13/20 | 2.0 | 130 | Conference call with team regarding claims status. | $ 1,100.00 | $ 2,200.00 |
| 0563 | Thomas Dubbs | Partner | 04/13/20 | 2.3 | 060 | Prepare Jeffrey Dubbin for oral argument; conferences with Michael Canty and Carol Villegas. | $ 1,100.00 | $ 2,530.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/13/20 | 1.1 | 060 | Moot court conference in preparation for upcoming bankruptcy court oral argument on TCC's motion for standing. | $ 625.00 | $ 687.50 |
| 1643 | Roger Yamada | Associate | 04/13/20 | 0.8 | 090 | Outreach follow up with PG&E client outreach team | $ 550.00 | $ 440.00 |
| 1699 | Aram Boghosian | Associate | 04/14/20 | 1.8 | 060 | Bankruptcy court hearing on standing, other motions. | $ 475.00 | $ 855.00 |
| 1331 | Carol Villegas | Partner | 04/14/20 | 4.5 | 050 | Prepare for and attend hearing by phone on TCC motion. | $ 895.00 | $ 4,027.50 |
| 0023 | Eric Belfi | Partner | 04/14/20 | 1.5 | 130 | client communications | $ 950.00 | $ 1,425.00 |
| 1115 | Eunice Ahn | Other Professional | 04/14/20 | 4 | 090 | calls with various clients, attys, data team re: claims to finalize; client trading analysis; draft/edit claims; | $ 340.00 | $ 1,360.00 |
| 1642 | Michael Canty | Partner | 04/14/20 | 2.1 | 140 | Court conference call and prepare for same. | $ 895.00 | $ 1,879.50 |
| 0655 | Nicole Zeiss | Partner | 04/14/20 | 0.5 | 090 | Call with claimants. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/14/20 | 0.5 | 090 | Call with claimants. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/14/20 | 0.5 | 090 | Call with claimants. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/14/20 | 0.5 | 090 | Call with claimants. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/14/20 | 0.5 | 090 | Emails with claimants. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/14/20 | 0.5 | 090 | Emails with claimants. | $ 950.00 | $ 475.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 0655 | Nicole Zeiss | Partner | 04/14/20 | 1 | 090 | Review of claim portal emails with data team. | $ 950.00 | $ 950.00 |
| 1706 | Scott Russo | Other Professional | 04/14/20 | 2.0 | 010 | review of losses and claims | $ 415.00 | $ 830.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/14/20 | 2.6 | 090 | Working on claims. | $ 190.00 | $ 494.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/14/20 | 3.5 | 090 | Working on claims. | $ 190.00 | $ 665.00 |
| 1643 | Roger Yamada | Associate | 04/14/20 | 1.1 | 090 | Call with E Belfi and ███████; updated tracker; call with N Zeiss | $ 550.00 | $ 605.00 |
| 0563 | Thomas Dubbs | Partner | 04/14/20 | 0.8 | 060 | Team call regarding hearing. | $ 1,100.00 | $ 880.00 |
| 0563 | Thomas Dubbs | Partner | 04/14/20 | 1.5 | 130 | Memo and conferences regarding ████ and new claims. | $ 1,100.00 | $ 1,650.00 |
| 0563 | Thomas Dubbs | Partner | 04/14/20 | 2.5 | 060 | Attend hearing. | $ 1,100.00 | $ 2,750.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/14/20 | 0.5 | 050 | Conf. with Tom Dubbs, Carol Villegas, and Mike Canty re: TCC motion hearing and potential follow-up | $ 625.00 | $ 312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/14/20 | 0.6 | 140 | Email to team re: ███████████; conducted research re: the same | $ 625.00 | $ 375.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/14/20 | 2.1 | 060 | Attended April 14 oral argument on TCC standing motion and other issues | $ 625.00 | $ 1,312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/14/20 | 3.9 | 050 | Prepared for upcoming oral argument on TCC's motion for standing, including review of briefs and legal research | $ 625.00 | $ 2,437.50 |
| 1643 | Roger Yamada | Associate | 04/14/20 | 0.8 | 090 | Outreach follow up with PG&E client outreach team | $ 550.00 | $ 440.00 |
| 1331 | Carol Villegas | Partner | 04/15/20 | 2.1 | 140 | PGE claims process - internal calls with team and client outreach. | $ 895.00 | $ 1,879.50 |
| 0023 | Eric Belfi | Partner | 04/15/20 | 2.1 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,995.00 |
| 0023 | Eric Belfi | Partner | 04/15/20 | 2.1 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,995.00 |
| 1115 | Eunice Ahn | Other Professional | 04/15/20 | 5.3 | 010 | calls with ████ and various other clients, attys, data team re: claims to finalize; client trading analysis; draft/edit claims; prep ████ claim papers | $ 340.00 | $ 1,802.00 |
| 1642 | Michael Canty | Partner | 04/15/20 | 0.6 | 140 | Prepare and call with fund regarding PG&E creditor filing. | $ 895.00 | $ 537.00 |
| 1642 | Michael Canty | Partner | 04/15/20 | 1.1 | 140 | Prepare and call with fund regarding PG&E creditor filing. | $ 895.00 | $ 984.50 |
| 0655 | Nicole Zeiss | Partner | 04/15/20 | 0.5 | 090 | Call and emails with claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/15/20 | 0.5 | 090 | Call and emails with claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/15/20 | 0.5 | 090 | Call and emails with claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/15/20 | 0.5 | 090 | Call and emails with claimant. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/15/20 | 0.5 | 090 | Emails regarding deadline and review of PrimeClerk website. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/15/20 | 0.5 | 090 | Call and emails with PrimeClerk. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/15/20 | 0.5 | 090 | Call and emails with client. | $ 950.00 | $ 475.00 |
| 1706 | Scott Russo | Other Professional | 04/15/20 | 2.0 | 010 | claims review | $ 415.00 | $ 830.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1654 | Stephanie Cheung | Other Professional | 04/15/20 | 0.2 | 090 | Working on claims. | $ 190.00 | $ 38.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/15/20 | 3.5 | 090 | Working on claims. | $ 190.00 | $ 665.00 |
| 1643 | Roger Yamada | Associate | 04/15/20 | 1 | 090 | Outreach follow up with PG&E client outreach team | $ 550.00 | $ 550.00 |
| 1699 | Aram Boghosian | Associate | 04/16/20 | 0.2 | 050 | Review of TCC standing decision. | $ 475.00 | $ 95.00 |
| 1331 | Carol Villegas | Partner | 04/16/20 | 3.1 | 140 | PGE claims process - internal calls with team and client outreach. | $ 895.00 | $ 2,774.50 |
| 0023 | Eric Belfi | Partner | 04/16/20 | 3.1 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 2,945.00 |
| 1115 | Eunice Ahn | Other Professional | 04/16/20 | 6.0 | 090 | calls with ███ attys, data team re: claims to finalize; client trading analysis; draft/edit claims; finalize and efile claims for ███ | $ 340.00 | $ 2,040.00 |
| 1642 | Michael Canty | Partner | 04/16/20 | 0.5 | 140 | Prepare and call with fund regarding PG&E creditor filing. | $ 895.00 | $ 447.50 |
| 1642 | Michael Canty | Partner | 04/16/20 | 0.6 | 140 | Prepare and call with fund regarding PG&E creditor filing. | $ 895.00 | $ 537.00 |
| 0655 | Nicole Zeiss | Partner | 04/16/20 | 2 | 090 | Emails and calls with potential claimants. | $ 950.00 | $ 1,900.00 |
| 1706 | Scott Russo | Other Professional | 04/16/20 | 1.0 | 010 | final claims review | $ 415.00 | $ 415.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/16/20 | 0.2 | 090 | Working on claims for ███ | $ 190.00 | $ 38.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/16/20 | 1.5 | 090 | Working on claims | $ 190.00 | $ 285.00 |
| 0563 | Thomas Dubbs | Partner | 04/16/20 | 0.5 | 130 | Review declaration from PG&E re claims. | $ 1,100.00 | $ 550.00 |
| 0563 | Thomas Dubbs | Partner | 04/16/20 | 1.2 | 130 | Calls regarding claims submission and review emails from clients regarding same. | $ 1,100.00 | $ 1,320.00 |
| 1642 | Michael Canty | Partner | 04/17/20 | 0.6 | 140 | Attention to due process issue and Primeclerk | $ 895.00 | $ 537.00 |
| 0563 | Thomas Dubbs | Partner | 04/17/20 | 3.2 | 120 | Conference call with Team and Michael Etkin re declarations and possible letter to court; conference with Team re appellate issues. | $ 1,100.00 | $ 3,520.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/17/20 | 1.5 | 030 | Reviewed bankruptcy court briefs and summaries related to PG&E ███ plan proposal. | $ 360.00 | $ 540.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/17/20 | 0.7 | 130 | Conf. with Tom Dubbs, Carol Villegas, Mike Canty, Nicole Zeiss, Mickey Etkin, and Andrew Behlmann re: bankruptcy claims process, progress, and next steps. | $ 625.00 | $ 437.50 |
| 1115 | Eunice Ahn | Other Professional | 04/20/20 | 0.4 | 090 | investor loss analysis, emails/calls w/ S.Russo re: same | $ 340.00 | $ 136.00 |
| 0655 | Nicole Zeiss | Partner | 04/20/20 | 1.0 | 090 | Calls and emails from potential claimants. | $ 950.00 | $ 950.00 |
| 0563 | Thomas Dubbs | Partner | 04/20/20 | 1.5 | 130 | Calls re letter to Judge Montali with Michael Etkin. | $ 1,100.00 | $ 1,650.00 |
| 1331 | Carol Villegas | Partner | 04/21/20 | 0.5 | 140 | call to discuss PGE proofs of claim. | $ 895.00 | $ 447.50 |
| 1115 | Eunice Ahn | Other Professional | 04/21/20 | 1 | 090 | call with attys re: case status and strategy, investor loss calculation request | $ 340.00 | $ 340.00 |

Case: 19-30088   Doc# 8950-2   Filed: 08/31/20   Entered: 08/31/20 17:12:32   Page 44 of 123

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 04/21/20 | 1.2 | 130 | Emails re: total bankruptcy claim filings and strategy for collecting data on the same | $ 625.00 | $ 750.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/21/20 | 0.5 | 140 | Emails re: bankruptcy bar date claims | $ 625.00 | $ 312.50 |
| 1331 | Carol Villegas | Partner | 04/22/20 | 1.0 | 130 | call to discuss strategy on bankruptcy and claims process | $ 895.00 | $ 895.00 |
| 0023 | Eric Belfi | Partner | 04/22/20 | 1 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 950.00 |
| 1115 | Eunice Ahn | Other Professional | 04/22/20 | 0.3 | 090 | emails w/ S.Russo re: investor loss request | $ 340.00 | $ 102.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/22/20 | 0.3 | 140 | Emails with team re: claims administration and analysis projects | $ 625.00 | $ 187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/22/20 | 0.5 | 130 | Conf. with Carol Villegas re: bankruptcy claim procedures and strategy. | $ 625.00 | $ 312.50 |
| 0655 | Nicole Zeiss | Partner | 04/22/20 | 1 | 090 | Calls with claimants. | $ 950.00 | $ 950.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/22/20 | 0.9 | 130 | Conf. with Tom Dubbs, Mike Canty, and Carol Villegas re: case developments, staffing, bankruptcy court process, and case strategy. | $ 625.00 | $ 562.50 |
| 1115 | Eunice Ahn | Other Professional | 04/23/20 | 0.5 | 090 | call w/ ▮▮▮▮ re: loss analysis request | $ 340.00 | $ 170.00 |
| 1642 | Michael Canty | Partner | 04/23/20 | 0.6 | 130 | Attention to claims and damages analysis. | $ 895.00 | $ 537.00 |
| 0655 | Nicole Zeiss | Partner | 04/23/20 | 1 | 090 | Calls with claimants. | $ 950.00 | $ 950.00 |
| 0563 | Thomas Dubbs | Partner | 04/23/20 | 0.5 | 130 | Call with Michael Etkin regarding letters. | $ 1,100.00 | $ 550.00 |
| 0563 | Thomas Dubbs | Partner | 04/23/20 | 0.5 | 130 | Call with Randy Michelson and Michael Etkin regarding bankruptcy claims. | $ 1,100.00 | $ 550.00 |
| 1331 | Carol Villegas | Partner | 04/24/20 | 1.0 | 140 | discussion on PG&E claims project | $ 895.00 | $ 895.00 |
| 1490 | Derick Cividini | Associate | 04/24/20 | 1.1 | 030 | After review of the updated log and discussions with Tim Barrett and the rest of the team, created summary and update of progress through project for Carol Villegas | $ 625.00 | $ 687.50 |
| 1490 | Derick Cividini | Associate | 04/24/20 | 1.8 | 030 | Call with Carol Villegas and Nicole Zeiss regarding all hands meeting to go through claims.  Follow up call with Tim Barrett for task allocation and going over website organization and log creation. | $ 625.00 | $ 1,125.00 |
| 1115 | Eunice Ahn | Other Professional | 04/24/20 | 0.5 | 090 | inquiries by R.Yamada re: settlement claims process; ▮▮▮▮ emails for data files | $ 340.00 | $ 170.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/24/20 | 0.4 | 130 | Conf. with Aram Boghosian, Betsy Schulman, Derick Cividini, Tim Barrett, and Mimi Hayashi re: bankruptcy claims review project | $ 625.00 | $ 250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/24/20 | 0.5 | 140 | Emails with Nicole Zeiss, Eric Belfi, Mike Canty, and Carol Villegas re: client outreach strategy and responses related to bacnkruptcy claims process | $ 625.00 | $ 312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/24/20 | 0.8 | 140 | Reviewed preliminary output from bankruptcy claims review project; emails and confs. with team re: the same | $ 625.00 | $ 500.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 04/24/20 | 3.0 | 130 | Coordinated bankruptcy claims review and analysis project with team | $ 625.00 | $ 1,875.00 |
| 4208 | Migiwa Hayashi | Non-Partner Track Attorney | 04/24/20 | 6.9 | 030 | PG&E Claims Project: participated in conference calls discussing the project; created spreadsheet of first 200 claims and checked Proof of Claim PDF to confirm that info listed on Prime Clerk website was accurate. | $ 435.00 | $ 3,001.50 |
| 0655 | Nicole Zeiss | Partner | 04/24/20 | 1.0 | 090 | Calls with claimants. | $ 950.00 | $ 950.00 |
| 0655 | Nicole Zeiss | Partner | 04/24/20 | 2 | 090 | Calls and emails about mediation and claims to date. | $ 950.00 | $ 1,900.00 |
| 0563 | Thomas Dubbs | Partner | 04/24/20 | 2.5 | 130 | Calls with Carol Villegas regarding claims calls with team regarding research; follow up call with Michael Canty and Jeff Dubbin. | $ 1,100.00 | $ 2,750.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/24/20 | 2.5 | 030 | Phone meeting with Carol Villegas regarding claims filing project. Discussed preparation of project related spreadsheet, claim metrics needed, and an investigation into client filings and use of 13F LIFO valuations. Follow-up included preparation of draft claims spreadsheet listing all 2,200 claims and claim values. | $ 360.00 | $ 900.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/24/20 | 5.7 | 030 | Mid-Morning meeting with Jeff Dubbin, Carol Villegas,and Derick Cividini regarding project related to claims filed against PG&E in bankruptcy court. Prepared claim spreadsheet template and review protocol and hosted video meeting with team to explain review process and distribute claim ranges, coordinating the examination of 2,200 claim pdfs with 10-person team to verify creditor and claim value. Continued answering questions by phone and email related to claims and spreadsheet template. | $ 360.00 | $ 2,052.00 |
| 4089 | Todd Kussin | Non-Partner Track Attorney | 04/24/20 | 6.3 | 020 | Participated in conference call hosted by Team Leader Timothy Barrett to discuss project to analyze claims against PG&E/Pacific Gas & Electric in order to confirm the accuracy of spreadsheets summarizing information in connection therewith including claim values, filing dates, and debtor and creditor information; conducted telephone calls with Mr. Barrett in order to confirm additional information regarding assignment. (.8 hours)<br><br>Analyzed claims against PG&E/Pacific Gas & Electric and confirmed information therein as summarized in spreadsheet. (5.5 hours) | $ 390.00 | $ 2,457.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 4041 | Vivianne Brissett | Non-Partner Track Attorney | 04/24/20 | 7.9 | 040 | Participated in a conference call to discuss task with regards to claims data. Drafted a summary excel of claims data to assist in mediation. Reviewed individual claims applications within Prime Clerk portal to input and verify data including name of claimant, claim amount, debtor and creditor information. | $ 435.00 | $ 3,436.50 |
| 4512 | Adam Drapkin | Non-Partner Track Attorney | 04/24/20 | 8.3 | 030 | Review 200 PGE caused damages claims to verify the accuracy of the claim information represented in the claims database and create spreadsheet verifying pertinent claim data. | $ 380.00 | $ 3,154.00 |
| 4513 | Andrew McGoey | Non-Partner Track Attorney | 04/24/20 | 8.5 | 030 | Review 200 rescission and damage claims and verify and index filing dates, creditors' names, debtors' names, and claim values. | $ 435.00 | $ 3,697.50 |
| 4430 | Betsy Schulman | Non-Partner Track Attorney | 04/24/20 | 0.9 | 140 | Conference call with J. Dubbin, A. Boghosian, C. Villegas, N. Zeiss, D. Cividini, T. Barrett and M. Hayashi to discuss a bankruptcy proof of claim assignment for the review team; read and summarized new bankruptcy court filings | $ 335.00 | $ 301.50 |
| 4453 | Cynthia Gill | Non-Partner Track Attorney | 04/24/20 | 9.0 | 030 | Drafted work product analyzing PG&E damages claims filed March-April 2020 | $ 410.00 | $ 3,690.00 |
| 4499 | Nabeel Haque | Non-Partner Track Attorney | 04/24/20 | 9.6 | 030 | Review claims for claim amount, claim number, date filed, debtor name, and creditor name for input into spreadsheet on assigned range. | $ 335.00 | $ 3,216.00 |
| 4503 | Peter Patrikios | Non-Partner Track Attorney | 04/24/20 | 8.6 | 030 | Examination of Proof of Claim documents in a non-sequential range to verify claimant, debtor, claim amount, and entered onto a spreadsheet. Completed page 5 of search. | $ 360.00 | $ 3,096.00 |
| 1115 | Eunice Ahn | Other Professional | 04/26/20 | 0.8 | 090 | ███████ trading data analysis and preparation for loss calculations; emails w/ S.Russo and V.Chan re: same | $ 340.00 | $ 272.00 |
| 1699 | Aram Boghosian | Associate | 04/27/20 | 1 | 050 | Drafting of letter to bankruptcy court on notice issues. | $ 475.00 | $ 475.00 |
| 1331 | Carol Villegas | Partner | 04/27/20 | 1.0 | 140 | prepare for and participate in call to discuss and structure claims process stats. | $ 895.00 | $ 895.00 |
| 1115 | Eunice Ahn | Other Professional | 04/27/20 | 1 | 090 | ███████ trading data analysis and preparation for loss calculations; emails w/ S.Russo and V.Chan re: same | $ 340.00 | $ 340.00 |
| 4208 | Migiwa Hayashi | Non-Partner Track Attorney | 04/27/20 | 2.5 | 030 | Determined whether rescission/damage claims filed with PG&E are based on common stock, preferred stock or notes by reviewing the Proof of Claims PDFs. | $ 435.00 | $ 1,087.50 |
| 0655 | Nicole Zeiss | Partner | 04/27/20 | 0.5 | 090 | Review of claims stats, call with Carol and Tim. | $ 950.00 | $ 475.00 |
| 0655 | Nicole Zeiss | Partner | 04/27/20 | 1.0 | 090 | Calls with claim. | $ 950.00 | $ 950.00 |

Case: 19-30088   Doc# 8950-2   Filed: 08/31/20   Entered: 08/31/20 17:12:32   Page 47 of 123

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/27/20 | 2.7 | 030 | Preparation of 13F claim valuations as requested including review of aggregated spreadsheet and claim website for investor claim. Phone meeting with Carol Villegas, Jeff Dubbin, and Nicole Zeiss regarding claims project update and review of claims metrics including 13F claim valuations. Further 13F claims analysis as requested following meeting. | $ 360.00 | $ 972.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/27/20 | 3.7 | 030 | Continued coordinating review of claims made in regards to PG&E's Chapter 11 filing for securities indicated by claim. Sorted claim numbers and distributed ranges for review. Perfected review protocol after numerous discussions with team members. | $ 360.00 | $ 1,332.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/27/20 | 5.2 | 030 | Consolidated team work product and provided Carol Villegas with claim filing related metrics including number of claims, total of all claim amounts, number of claims per debtor, and amount of 13F client related claims. Final spreadsheet included analysis of over 4,400 claims. Answered Villegas' questions throughout the day regarding aggregated spreadsheet numbers and client claims. | $ 360.00 | $ 1,872.00 |
| 4089 | Todd Kussin | Non-Partner Track Attorney | 04/27/20 | 5.9 | 020 | Participated in phone call and exchanged emails with Team Leader Timothy Barrett to discuss project to supplement previously-prepared chart analyzing claims against PG&E/Pacific Gas & Electric. specifically by adding a column indicating whether such claims involved debt or equity securities and whether those involving equity securities involved preferred or common stock.  (.3 hours)  Analyzed claims against PG&E/Pacific Gas & Electric identifying the types of securities referenced therein and updated spreadsheet accordingly. (5.6 hours) | $ 390.00 | $ 2,301.00 |
| 4041 | Vivianne Brissett | Non-Partner Track Attorney | 04/27/20 | 3.5 | 040 | Continued to draft and edit summary excel of claims data to assist in mediation. Reviewed individual claims applications within Prime Clerk portal to input and verify data and to include a securities designation as preferred, common or note. | $ 435.00 | $ 1,522.50 |
| 4512 | Adam Drapkin | Non-Partner Track Attorney | 04/27/20 | 10.0 | 030 | Review 200 PGE caused damages claims to verify the accuracy of the claim information represented in the claims database and create spreadsheet verifying pertinent claim data. | $ 380.00 | $ 3,800.00 |
| 4513 | Andrew McGoey | Non-Partner Track Attorney | 04/27/20 | 5.6 | 030 | Review 94 rescission and damage claims and capture and index information concerning the debt and equity securities transactions involved in the claims. | $ 435.00 | $ 2,436.00 |

Case: 19-30088   Doc# 8950-2   Filed: 08/31/20   Entered: 08/31/20 17:12:32   Page 48 of 123

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 4453 | Cynthia Gill | Non-Partner Track Attorney | 04/27/20 | 6.5 | 030 | Drafted work product analyzing PG&E damages claims filed March-April 2020 | $ 410.00 | $ 2,665.00 |
| 4499 | Nabeel Haque | Non-Partner Track Attorney | 04/27/20 | 9.6 | 030 | Reviewed claims for debt, equity, or both designation in conjunction with markings in Annex A and supporting material to identify claim type; create spreadsheet with claim type values for assigned range. | $ 335.00 | $ 3,216.00 |
| 4503 | Peter Patrikios | Non-Partner Track Attorney | 04/27/20 | 8.7 | 030 | Examination of Proof of Claim documents in a non-sequential range to determine type of security and entered onto a spreadsheet. Completed page 5 of search. | $ 360.00 | $ 3,132.00 |
| 1424 | Victor Chan | Other Professional | 04/27/20 | 5.0 | 130 | Received data from ███████ for common stock exposure in PG&E. Created 39 Client Profiles from unique accounts. Break down data set by unique accounts into individual files. Created template to map data to LPAS for import. Format/clean data set. Load files for bulk importing. | $ 340.00 | $ 1,700.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/27/20 | 1.8 | 140 | Reviewed bankruptcy claim form analysis project findings; conf. with Carol Villegas, Nicole Zeiss, and Tim Barrett re: the same. | $ 625.00 | $ 1,125.00 |
| 1054 | Cheryl Boria | Paralegal | 04/28/20 | 0.2 | 140 | Forwarded calls form the claim form question inbox to Nicole Zeiss. | $ 335.00 | $ 67.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/28/20 | 0.5 | 140 | Reviewed revised draft letter to Judge Montali re: extended bar date, notice process, and results | $ 625.00 | $ 312.50 |
| 4208 | Migiwa Hayashi | Non-Partner Track Attorney | 04/28/20 | 7.8 | 030 | Identified securities type for PG&E rescission/damage claims with 0.00 value and claims under $2K and noted in spreadsheet. | $ 435.00 | $ 3,393.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/28/20 | 1.2 | 030 | Discussed upcoming team meeting with Jeff Dubbin, Derick Cividini, and Betsy Schulman. Also discussed claims review protocol considering the non-static nature of the claims website data. | $ 360.00 | $ 432.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/28/20 | 2.5 | 030 | Prepared summary for Carol Villegas of claim metrics including total claim value, claim values by corporation or utility, and number of 13F entities with claims. | $ 360.00 | $ 900.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/28/20 | 3.2 | 030 | Assisted team members throughout the day, including numerous phone calls, with questions regarding claim filings including the locating of securities or notes as the basis of the claim, whether the stocks are preferred or common stock, and evaluation of attached list of PG&E assets. Also discussed review protocol with team and assigned new ranges to examine. | $ 360.00 | $ 1,152.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/28/20 | 3.7 | 030 | Prepared, maintained, and updated consolidated spreadsheet of 4,719 claims filed in PG&E Chapter 11 proceedings, with claim value, creditor, debtor and claim number. Also continued to search new claim entries for 13F investors and updated 13F investor claim summary. | $ 360.00 | $ 1,332.00 |
| 4089 | Todd Kussin | Non-Partner Track Attorney | 04/28/20 | 9.6 | 020 | Analyzed claims against PG&E/Pacific Gas & Electric.from Prime Clerk website in order to determine whether such claims involved debt or equity securities and whether those involving equity securities involved preferred or common stock; completed analysis of pages 14 and 20 of website and prepared spreadsheet summarizing results. | $ 390.00 | $ 3,744.00 |
| 1424 | Victor Chan | Other Professional | 04/28/20 | 1.5 | 130 | Received data from ▮▮▮▮ for common stock exposure in PG&E. Created 39 Client Profiles from unique accounts. Break down data set by unique accounts into individual files. Created template to map data to LPAS for import. Format/clean data set. Load files for bulk importing. | $ 340.00 | $ 510.00 |
| 4041 | Vivianne Brissett | Non-Partner Track Attorney | 04/28/20 | 8.9 | 040 | Continued to edit summary excel of claims data to assist in mediation. Reviewed individual claims applications within Prime Clerk portal to input and verify data and to include a securities designation as preferred, common or note. | $ 435.00 | $ 3,871.50 |
| 1115 | Eunice Ahn | Other Professional | 04/28/20 | 0.5 | 090 | emails/calls w/ V.Chan and S.Russo re: ▮▮▮▮ loss analysis, case strategy; review and prep data for same | $ 340.00 | $ 170.00 |
| 4512 | Adam Drapkin | Non-Partner Track Attorney | 04/28/20 | 10 | 030 | Review 200 PGE caused damages claims to verify the accuracy of the claim information represented in the claims database and create spreadsheet verifying pertinent claim data. | $ 380.00 | $ 3,800.00 |
| 4513 | Andrew McGoey | Non-Partner Track Attorney | 04/28/20 | 9.0 | 030 | Review 107 rescission and damage claims, capture and index information re: debt and equity securities transactions involved in the claims, and resolve conflicting information contained in the claim forms and attachments listing the purchase and sale of stocks and bonds. | $ 435.00 | $ 3,915.00 |
| 4430 | Betsy Schulman | Non-Partner Track Attorney | 04/28/20 | 1.1 | 140 | Read bankruptcy docket alert emails; phone call with T. Barrett to discuss the Proof of Claims assignment and other new assignments for the team | $ 335.00 | $ 368.50 |
| 4453 | Cynthia Gill | Non-Partner Track Attorney | 04/28/20 | 9.0 | 030 | Drafted work product analyzing PG&E damages claims filed March-April 2020 | $ 410.00 | $ 3,690.00 |
| 4505 | David Pumo | Non-Partner Track Attorney | 04/28/20 | 3.5 | 030 | Began examining Proof of Claim documents in non-sequential range to determine type of securities involved, and inputing into spread sheet. Worked on page 17 of document range. | $ 435.00 | $ 1,522.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 4499 | Nabeel Haque | Non-Partner Track Attorney | 04/28/20 | 9.9 | 030 | Reviewed claims for debt, equity, or both designation in conjunction with markings in Annex A and supporting material to identify claim type; create spreadsheet with claim type values for assigned range. | $ 335.00 | $ 3,316.50 |
| 4503 | Peter Patrikios | Non-Partner Track Attorney | 04/28/20 | 8.0 | 030 | Examination of zero value Proofs of Claim documents to determine type of security and entered onto a spreadsheet. Worked on page 15 of search. | $ 360.00 | $ 2,880.00 |
| 4208 | Migiwa Hayashi | Non-Partner Track Attorney | 04/29/20 | 7.8 | 030 | Identified securities type for PG&E rescission/damage claims valued between $1,841.09 and $931.29 and noted in spreadsheet. | $ 435.00 | $ 3,393.00 |
| 1654 | Stephanie Cheung | Other Professional | 04/29/20 | 2.7 | 010 | Analyzing ▮▮▮▮ data. | $ 190.00 | $ 513.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/29/20 | 2 | 030 | Downloaded recent updates to PG&E Chapter 11 claim filings website for use in preparing summary of claim valuations for Carol Villegas. Examined and consolidated team claim audits into master spreadsheet. Analyzed data for number of claims made based on stock and/or bond losses. | $ 360.00 | $ 720.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/29/20 | 2.2 | 030 | Prepared summary for Carol Villegas of claim metrics including total claim value, claim values by corporation or utility, and number of 13F entities with claims. Also prepared summary of review protocol considering the daily increase in claims. | $ 360.00 | $ 792.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/29/20 | 4.0 | 030 | Continued coordination of ascertaining securities cited within the 4,719 filings made by creditors of PG&E Corporation and Company. Discussed review protocol with nine-member review team, reviewed submitted claim audits, and dispersed new claim ranges derived from the public database. | $ 360.00 | $ 1,440.00 |
| 4089 | Todd Kussin | Non-Partner Track Attorney | 04/29/20 | 7.2 | 020 | Analyzed claims against PG&E/Pacific Gas & Electric.from Prime Clerk website in order to determine whether such claims involved debt or equity securities and whether those involving equity securities involved preferred or common stock; completed analysis of pages 23 and 24-25 of website and prepared spreadsheet summarizing results. | $ 390.00 | $ 2,808.00 |
| 1115 | Eunice Ahn | Other Professional | 04/29/20 | 5.0 | 090 | ▮▮▮▮ loss analysis: review, prepare, split files for analyst team; call w/ ▮▮▮▮ on training for same; analyze losses | $ 340.00 | $ 1,700.00 |
| 4512 | Adam Drapkin | Non-Partner Track Attorney | 04/29/20 | 10 | 030 | Review 200 PGE caused damages claims to verify the accuracy of the claim information represented in the claims database and create spreadsheet verifying pertinent claim data. | $ 380.00 | $ 3,800.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 4513 | Andrew McGoey | Non-Partner Track Attorney | 04/29/20 | 10.1 | 030 | Review 110 rescission and damage claims, capture and index information re: debt and equity securities transactions, and record inconsistencies between claims data and data on Annex A to the claims. | $ 435.00 | $ 4,393.50 |
| 4453 | Cynthia Gill | Non-Partner Track Attorney | 04/29/20 | 4.5 | 030 | Drafted work product analyzing PG&E damages claims filed March-April 2020 | $ 410.00 | $ 1,845.00 |
| 4505 | David Pumo | Non-Partner Track Attorney | 04/29/20 | 4.0 | 030 | Continued examining Proof of Claim documents in non-sequential range to determine type of securities involved, and inputing into spread sheet. Finished page 17 of document range. | $ 435.00 | $ 1,740.00 |
| 4505 | David Pumo | Non-Partner Track Attorney | 04/29/20 | 6 | 030 | Continued examining Proof of Claim documents in non-sequential range to determine type of securities involved, and inputing into spread sheet. Began page 24 of document range. | $ 435.00 | $ 2,610.00 |
| 4499 | Nabeel Haque | Non-Partner Track Attorney | 04/29/20 | 9.2 | 030 | Reviewed claims for debt, equity, or both designation in conjunction with markings in Annex A and supporting material to identify claim type; create spreadsheet with claim type values for assigned range. | $ 335.00 | $ 3,082.00 |
| 4503 | Peter Patrikios | Non-Partner Track Attorney | 04/29/20 | 3 | 030 | Examination of zero value Proofs of Claim documents to determine type of security and entered onto a spreadsheet. Worked on page 19 of search. | $ 360.00 | $ 1,080.00 |
| 4503 | Peter Patrikios | Non-Partner Track Attorney | 04/29/20 | 6.0 | 030 | Examination of zero value Proofs of Claim documents to determine type of security and entered onto a spreadsheet. Completed page 15 of search. | $ 360.00 | $ 2,160.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 04/30/20 | 2.2 | 140 | Conf. with Mike Canty re: bankruptcy extended bar date procedure and developments; composed email memoranda to Mike Canty, Carol Villegas, and Tom Dubbs summarizing results | $ 625.00 | $ 1,375.00 |
| 1642 | Michael Canty | Partner | 04/30/20 | 1.8 | 140 | Attention to filings and calls with claimants. | $ 895.00 | $ 1,611.00 |
| 4208 | Migiwa Hayashi | Non-Partner Track Attorney | 04/30/20 | 7.5 | 030 | Reviewed PG&E Proof of Claim PDFs to identify securities type for claims valued between $928.98 and $427.16 and noted in spreadsheet. | $ 435.00 | $ 3,262.50 |
| 1654 | Stephanie Cheung | Other Professional | 04/30/20 | 2.3 | 010 | Analyzing ████ data. | $ 190.00 | $ 437.00 |
| 0563 | Thomas Dubbs | Partner | 04/30/20 | 0.8 | 140 | Call with Michael Canty re staffing on PG&E. | $ 1,100.00 | $ 880.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 04/30/20 | 4.8 | 030 | Prepared summary of the 5,000 PG&E Chapter 11 related claims posted to a public website, audited by team members, as requested by Carol Villegas. Summary metrics included total claim value, claim values by corporation or utility, and number of 13F entities with claims. Also continued preparation of consolidated spreadsheet regarding individual claim filings and the securities cited as the basis of the claim, including the preparation and distribution of claim ranges to team members. | $ 360.00 | $ 1,728.00 |
| 4089 | Todd Kussin | Non-Partner Track Attorney | 04/30/20 | 5.8 | 040 | Performed quality check/secondary review of analysis performed by staff attorneys of claims against PG&E/Pacific Gas & Electric, specifically those claims which did not indicate the types of securities involved therein or did not identify the debtor; analyzed supporting documents to such claims in order to determine such information and prepared chart summarizing results. | $ 390.00 | $ 2,262.00 |
| 1115 | Eunice Ahn | Other Professional | 04/30/20 | 3.3 | 090 | ▇▇▇ loss analysis: analyze losses; resolve data import issues; calls w/ team re: same | $ 340.00 | $ 1,122.00 |
| 4513 | Andrew McGoey | Non-Partner Track Attorney | 04/30/20 | 9.5 | 030 | Review 89 rescission and damage claims, capture and index information re: debt and equity securities transactions, and record inconsistencies between claims data, data on Annex A to the claims, and financial attachments to the claims. | $ 435.00 | $ 4,132.50 |
| 4505 | David Pumo | Non-Partner Track Attorney | 04/30/20 | 3 | 030 | Continued examining Proof of Claim documents in non-sequential range to determine type of securities involved, and in puting into spreadsheet. Finished page 24 of document range. | $ 435.00 | $ 1,305.00 |
| 4499 | Nabeel Haque | Non-Partner Track Attorney | 04/30/20 | 1.7 | 030 | Reviewed claims for debt, equity, or both designation in conjunction with markings in Annex A and supporting material to identify claim type; create spreadsheet with claim type values for assigned range. | $ 335.00 | $ 569.50 |
| 4503 | Peter Patrikios | Non-Partner Track Attorney | 04/30/20 | 8.0 | 030 | Examination of zero value Proofs of Claim documents to determine type of security and entered onto a spreadsheet. Completed page 19 of search. | $ 360.00 | $ 2,880.00 |
| 1424 | Victor Chan | Other Professional | 04/30/20 | 1 | 130 | Resolved data loading issues with data received from ▇▇▇ for common stock exposure in PG&E. Adjusted template mapping and data set fields. Load files for bulk importing. | $ 340.00 | $ 340.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/01/20 | 0.7 | 030 | Conf. with Carol Villegas and Mike Canty re: bankruptcy court document requests | $ 625.00 | $ 437.50 |
| 1642 | Michael Canty | Partner | 05/01/20 | 0.7 | 140 | Call with team and attention to discovery issue. | $ 895.00 | $ 626.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1642 | Michael Canty | Partner | 05/01/20 | 2.9 | 140 | Attention to filings and discussions on discovery. | $ 895.00 | $ 2,595.50 |
| 4208 | Migiwa Hayashi | Non-Partner Track Attorney | 05/01/20 | 7.3 | 030 | Reviewed PG&E Proof of Claim PDFs to identify securities type for claims valued between $420.67 and $13.65 and noted in spreadsheet. | $ 435.00 | $ 3,175.50 |
| 1654 | Stephanie Cheung | Other Professional | 05/01/20 | 1.4 | 010 | Analyzing ███████ data | $ 190.00 | $ 266.00 |
| 0563 | Thomas Dubbs | Partner | 05/01/20 | 1.8 | 130 | Work on document request; call Carol Villegas regarding her comments. | $ 1,100.00 | $ 1,980.00 |
| 0563 | Thomas Dubbs | Partner | 05/01/20 | 2.3 | 130 | Conference call with Lowenstein and team re strategy: confirmations, estimation plans and document requests. | $ 1,100.00 | $ 2,530.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 05/01/20 | 3.6 | 030 | Prepared daily summary for Carol Villegas of claims data audited by team members. Downloaded total claims to date from web site to analyze most recent claims and distributed claim ranges to team members. Combined team claim audits into one master spreadsheet. | $ 360.00 | $ 1,296.00 |
| 1115 | Eunice Ahn | Other Professional | 05/01/20 | 2.2 | 090 | ███████ loss analysis: analyze losses; calls w/ team re: same | $ 340.00 | $ 748.00 |
| 4513 | Andrew McGoey | Non-Partner Track Attorney | 05/01/20 | 8.5 | 030 | Review 72 rescission and damage claims, capture and index information re: debt and equity securities transactions, and record inconsistencies between claims data, data on Annex A to the claims, and financial attachments to the claims. | $ 435.00 | $ 3,697.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/01/20 | 0.4 | 030 | Follow-up conf. with Tom Dubbs and Mike Canty re: bankruptcy court document requests | $ 625.00 | $ 250.00 |
| 5290 | Elaine Rivera | Other Professional | 05/01/20 | 4.5 | 140 | ███████ bonds. | $ 290.00 | $ 1,305.00 |
| 1331 | Carol Villegas | Partner | 05/01/20 | 1 | 030 | PGE calls on discovery requests. review and revise discovery requests. | $ 895.00 | $ 895.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/01/20 | 0.6 | 130 | Conf. with Carol Villegas re: bankruptcy claims process and strategy | $ 625.00 | $ 375.00 |
| 1331 | Carol Villegas | Partner | 05/02/20 | 0.8 | 130 | draft section for claims process for update for client. | $ 895.00 | $ 716.00 |
| 1331 | Carol Villegas | Partner | 05/03/20 | 0.3 | 030 | review and comment on discovery requests. | $ 895.00 | $ 268.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/03/20 | 0.9 | 130 | Emails with team re: bankruptcy court document request stratregy | $ 625.00 | $ 562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/03/20 | 2.7 | 030 | Reviewed and revised bankruptcy court document requests re: confirmation | $ 625.00 | $ 1,687.50 |
| 1115 | Eunice Ahn | Other Professional | 05/03/20 | 3.0 | 090 | ███████ loss analysis: doublecheck loss analysis | $ 340.00 | $ 1,020.00 |
| 5290 | Elaine Rivera | Other Professional | 05/03/20 | 1 | 140 | PG&E bond trading for ███████ | $ 290.00 | $ 290.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1331 | Carol Villegas | Partner | 05/04/20 | 0.8 | 010 | Review summary of claims spreadsheet and analyze data for update to TD. | $ 895.00 | $ 716.00 |
| 1054 | Cheryl Boria | Paralegal | 05/04/20 | 0.4 | 090 | Forwarded calls to Nicole regarding PG&E. | $ 335.00 | $ 134.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/04/20 | 0.8 | 140 | Read and reviewed bankruptcy filings, including TCC's objection re Plan Supplement | $ 625.00 | $ 500.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 05/04/20 | 2.0 | 030 | Prepared daily summary for Carol Villegas of claims data audited by team members. Downloaded total claims to date from PG&E claims data web site to analyze and compare to consolidated master audit metrics. | $ 360.00 | $ 720.00 |
| 1115 | Eunice Ahn | Other Professional | 05/04/20 | 1.5 | 090 | ████ loss analysis: doublecheck loss analysis, emails/calls w/ team re: same, finalize loss chart for client | $ 340.00 | $ 510.00 |
| 1115 | Eunice Ahn | Other Professional | 05/05/20 | 1.0 | 090 | ████ loss calculations, emails/calls w/ client, custodian banks, and attys re: same | $ 340.00 | $ 340.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/05/20 | 0.5 | 140 | Emails to Mike Canty summarizing bankruptcy schedule and claims matters including disclosure, solicitation, voting, and related issues | $ 625.00 | $ 312.50 |
| 1642 | Michael Canty | Partner | 05/05/20 | 0.8 | 140 | Call with ████ re: ████ claim. | $ 895.00 | $ 716.00 |
| 0655 | Nicole Zeiss | Partner | 05/05/20 | 1 | 090 | Miscellaneous calls and emails to claimants. | $ 950.00 | $ 950.00 |
| 1397 | Thomas Hoffman | Partner | 05/05/20 | 3.5 | 130 | Review documents relating to objection to plan of reorganization and ballot in order to prepare to answer questions from clients and other claimants. | $ 895.00 | $ 3,132.50 |
| 1115 | Eunice Ahn | Other Professional | 05/06/20 | 0.7 | 090 | ████ loss calculations; emails/calls with ████ and attys re: bankruptcy plan approval votes and recommendations | $ 340.00 | $ 238.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/06/20 | 0.7 | 140 | Emails and confs. re: answers to client questions about bankruptcy claims process | $ 625.00 | $ 437.50 |
| 0655 | Nicole Zeiss | Partner | 05/06/20 | 1.5 | 090 | Misc emails about late claims, questions about voting. | $ 950.00 | $ 1,425.00 |
| 1397 | Thomas Hoffman | Partner | 05/06/20 | 3.5 | 130 | Prepare for and participate in strategy call re bankruptcy hearing; participate in telephone conference with Michael Canty re notice issues; draft correspondence with Carol Villegas re ████; enroll in CourtCall for bankruptcy proceedings. | $ 895.00 | $ 3,132.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/06/20 | 1.1 | 130 | Conf. with Labaton and Lowenstein teams to prepare for bankruptcy court status conference | $ 625.00 | $ 687.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/06/20 | 0.8 | 060 | Attended bankruptcy court status conference re: claims process, results, and next steps | $ 625.00 | $ 500.00 |
| 1331 | Carol Villegas | Partner | 05/07/20 | 2.2 | 130 | call to discuss bankruptcy outreach on voting.  follow up and review chart on claimants. | $ 895.00 | $ 1,969.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1115 | Eunice Ahn | Other Professional | 05/07/20 | 1.3 | 090 | ▮▮▮ loss calculations; emails/calls with attys re: bankruptcy plan approval votes and recommendations; emails w/ n.Zeiss and custodian banks re: primeclerk outreach process | $ 340.00 | $ 442.00 |
| 1642 | Michael Canty | Partner | 05/07/20 | 0.3 | 140 | Call on claims. | $ 895.00 | $ 268.50 |
| 1642 | Michael Canty | Partner | 05/07/20 | 0.5 | 140 | Client outreach. | $ 895.00 | $ 447.50 |
| 1642 | Michael Canty | Partner | 05/07/20 | 1.1 | 140 | Call with claimants and prepare for same. | $ 895.00 | $ 984.50 |
| 1642 | Michael Canty | Partner | 05/07/20 | 1.4 | 140 | Call with claimant and prepare for same. | $ 895.00 | $ 1,253.00 |
| 1642 | Michael Canty | Partner | 05/07/20 | 1.6 | 140 | Call with team and update on confirmation. | $ 895.00 | $ 1,432.00 |
| 1397 | Thomas Hoffman | Partner | 05/07/20 | 3 | 130 | Participate in strategy call with Thomas Dubbs, Michael Canty, Carol Villegas, Jeffrey Dubbin and Aram Boghosian; draft correspondence re bankruptcy plan voting with Eunice Ahn; participate in telephone conferences with Michael Canty and ▮▮▮ re the same; draft bullet points re reorganization plan voting for class members. | $ 895.00 | $ 2,685.00 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 05/07/20 | 2.5 | 030 | Assisted Carol Villegas with locating bulk claims related to the over 5,000 PG&E bankruptcy filings, including bulk claims related to ▮▮▮ and other large institutional investors that consolidated client claims into one claim filing. | $ 360.00 | $ 900.00 |
| 1115 | Eunice Ahn | Other Professional | 05/08/20 | 1.6 | 090 | ▮▮▮ loss calculations; emails/calls with ▮▮▮ and attys re: bankruptcy plan approval votes and recommendations; ▮▮▮ exposure and loss analysis; emails w/ ▮▮▮ re: notice dissemination | $ 340.00 | $ 544.00 |
| 1642 | Michael Canty | Partner | 05/08/20 | 0.5 | 140 | Call with claims filer and prepare for same. | $ 895.00 | $ 447.50 |
| 1642 | Michael Canty | Partner | 05/08/20 | 0.8 | 140 | Call with client on filing and attention to same. | $ 895.00 | $ 716.00 |
| 1397 | Thomas Hoffman | Partner | 05/08/20 | 0.5 | 130 | Prepare for and participate in telephone conference with Michael Canty, Mark Willis, Eunice Ahn and ▮▮▮ re vote re bankruptcy reorganization. | $ 895.00 | $ 447.50 |
| 1643 | Roger Yamada | Associate | 05/08/20 | 1.2 | 090 | ▮▮▮ call re bankruptcy ballot; discussed with N Zeiss and T Hoffman and drafted response | $ 550.00 | $ 660.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/09/20 | 0.2 | 140 | Conf. with Mike Canty re: bankruptcy process and client update | $ 625.00 | $ 125.00 |
| 1115 | Eunice Ahn | Other Professional | 05/10/20 | 1.0 | 090 | ▮▮▮ loss calculations | $ 340.00 | $ 340.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/10/20 | 1.3 | 140 | Emails with bankruptcy counsel and internally re: schedule and strategy for voting, confirmation, and objections; composed email memorandum summarizing progress and outstanding issues | $ 625.00 | $ 812.50 |
| 1115 | Eunice Ahn | Other Professional | 05/11/20 | 1.5 | 090 | emails/calls w/ attys re: plan approval vote and client outreach; emails w/ vanguard re: loss calculations | $ 340.00 | $ 510.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1642 | Michael Canty | Partner | 05/11/20 | 2 | 140 | Attention to confirmation and implications and calls on same. | $ 895.00 | $ 1,790.00 |
| 1397 | Thomas Hoffman | Partner | 05/11/20 | 3.5 | 130 | Participate in zoom with Eric Belfi, Carol Villegas and Michael Canty re vote on reorganization; conduct research and draft proposed client correspondence re the same. | $ 895.00 | $ 3,132.50 |
| 4001 | Timothy Barrett | Non-Partner Track Attorney | 05/11/20 | 3.5 | 030 | Assisted Carol Villegas with analyzing ceditor claims filed against PG&E including locating email related to claims filings as requested. Updated PG&E claims master spreadsheet with claim filing security types and organized by claim value. | $ 360.00 | $ 1,260.00 |
| 1643 | Roger Yamada | Associate | 05/11/20 | 0.7 | 090 | ██████ call re bankruptcy ballot; drafted notes to file | $ 550.00 | $ 385.00 |
| 0023 | Eric Belfi | Partner | 05/12/20 | 0.8 | 130 | Client communications. | $ 950.00 | $ 760.00 |
| 1115 | Eunice Ahn | Other Professional | 05/12/20 | 0.6 | 090 | emails/calls w/ attys re: plan approval vote and client outreach | $ 340.00 | $ 204.00 |
| 1642 | Michael Canty | Partner | 05/12/20 | 0.8 | 140 | Call regarding claimant filing and prepare for same. | $ 895.00 | $ 716.00 |
| 0655 | Nicole Zeiss | Partner | 05/12/20 | 1.5 | 090 | Responding to miscellaneous email inquiries regarding balloting, call with claimant. | $ 950.00 | $ 1,425.00 |
| 1397 | Thomas Hoffman | Partner | 05/12/20 | 3.5 | 090 | Prepare for and participate in zoom with Eric Belfi, Michael Canty and Carol Villegas re vote on reorganization; participate in telephone conferences and draft correspondence with Jeffrey Dubbin and Roger Yamada re the same; draft correspondence with Mark Willis and Nicole Zeiss re the same. | $ 895.00 | $ 3,132.50 |
| 1643 | Roger Yamada | Associate | 05/12/20 | 0.3 | 090 | Correspondence with T Hoffman re ballot and claims filing | $ 550.00 | $ 165.00 |
| 1643 | Roger Yamada | Associate | 05/12/20 | 0.3 | 090 | Call with J Dubbin re ballot and claims filing; revised outreach email per discussion | $ 550.00 | $ 165.00 |
| 1643 | Roger Yamada | Associate | 05/12/20 | 3.0 | 090 | Call with M Canty, E Belfi, and T Hoffman; drafted ballot outreach emails to clients who filed claims; cross-referenced against claims list | $ 550.00 | $ 1,650.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/12/20 | 0.3 | 140 | Confs. with Tom Hoffman and Roger Yamada re: bankruptcy claims register and client outreach re: voting | $ 625.00 | $ 187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/12/20 | 1.1 | 050 | Researched and reviewed issues related to bankruptcy objections | $ 625.00 | $ 687.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/12/20 | 0.6 | 050 | Reviewed analysis by bankruptcy counsel of potential ranges of values of class claims per bankruptcy plan | $ 625.00 | $ 375.00 |
| 0023 | Eric Belfi | Partner | 05/13/20 | 1.1 | 130 | Client communications. | $ 950.00 | $ 1,045.00 |
| 1115 | Eunice Ahn | Other Professional | 05/13/20 | 1 | 090 | emails/calls w/ attys re: plan approval vote; ██████ exposure, affected securities, and loss analysis inquiries per T.Hoffman | $ 340.00 | $ 340.00 |
| 1642 | Michael Canty | Partner | 05/13/20 | 0.8 | 140 | Call with claimant counsel and prepare for same. | $ 895.00 | $ 716.00 |
| 1642 | Michael Canty | Partner | 05/13/20 | 1.7 | 140 | Call with claimants counsel and prepare for same. | $ 895.00 | $ 1,521.50 |
| 1397 | Thomas Hoffman | Partner | 05/13/20 | 1.5 | 050 | Conduct research re objection to plan of reorganization; participate in telephone conferences with Jeffrey Dubbin and Michael Canty re the same. | $ 895.00 | $ 1,342.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1397 | Thomas Hoffman | Partner | 05/13/20 | 3.5 | 050 | Conduct research re PG&E plan of reorganization; participate in conferences and draft correspondence with Michael Canty, Carol Villegas, Marc Willis, Jeffrey Dubbin and Roger Yamada re the same; participate in telephone conference with Michael Canty and ███████, counsel for ████ re the same. | $ 895.00 | $ 3,132.50 |
| 1486 | Corban Rhodes | Partner | 05/13/20 | 0.7 | 130 | Outreach to ████████ re Bankruptcy | $ 800.00 | $ 560.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/13/20 | 0.2 | 130 | Conf. with Tom Hoffman re: bankruptcy court objections and additional arguments | $ 625.00 | $ 125.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/13/20 | 0.4 | 130 | Conf. with Tom Dubbs re: case assignments and strategy for bankruptcy objections | $ 625.00 | $ 250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/13/20 | 1.6 | 050 | Drafted insert for bankruptcy objection re PSLRA proportionate liability | $ 625.00 | $ 1,000.00 |
| 1643 | Roger Yamada | Associate | 05/13/20 | 1.8 | 090 | Followed up with outreach team on draft ballot outreach emails for clients who filed claims | $ 550.00 | $ 990.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/13/20 | 2.4 | 050 | Revised draft bankruptcy court filing re: Plan objections | $ 625.00 | $ 1,500.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/13/20 | 2.2 | 050 | Continued revising draft bankruptcy court filing re: Plan objections | $ 625.00 | $ 1,375.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/13/20 | 0.5 | 140 | Conf. with Mike Canty, Carol Villegas, and Tom Hoffman re: client outreach efforts and voting considerations | $ 625.00 | $ 312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/13/20 | 0.3 | 130 | Conf. with Willow Radcliffe re: bankruptcy claims and strategic considerations re: voting | $ 625.00 | $ 187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/13/20 | 1.5 | 050 | Revised insert for bankruptcy objection re PSLRA proportionate liability per instructions from Tom Dubbs; conducted legal research re: the same | $ 625.00 | $ 937.50 |
| 1115 | Eunice Ahn | Other Professional | 05/14/20 | 3.0 | 090 | emails/calls w/ clients ████████, and attys re: plan approval vote; draft instructions for vote submission; emails w/ R.Yamada re: client assistance and retention for bankruptcy claims submissions | $ 340.00 | $ 1,020.00 |
| 0563 | Thomas Dubbs | Partner | 05/14/20 | 0.8 | 050 | Call with Jeffrey Dubbin and Thomas Hoffman re objection to confirmation. | $ 1,100.00 | $ 880.00 |
| 0563 | Thomas Dubbs | Partner | 05/14/20 | 2.5 | 050 | Begin review of draft objections. | $ 1,100.00 | $ 2,750.00 |
| 0563 | Thomas Dubbs | Partner | 05/14/20 | 2.7 | 050 | Work on PSLRA isues and objections. | $ 1,100.00 | $ 2,970.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/14/20 | 0.3 | 050 | Conf. with Tom Hoffman re: revisions to bankruptcy confirmation objections per instructions from Tom Dubbs | $ 625.00 | $ 187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/14/20 | 0.8 | 050 | Conf. with Tom Hoffman and Tom Dubbs re: revisions to Plan objections and follow-up | $ 625.00 | $ 500.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/14/20 | 1.8 | 050 | Revised Plan objections with Tom Hoffman per instructions from Tom Dubbs | $ 625.00 | $ 1,125.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/14/20 | 0.6 | 140 | Emails re: bankruptcy claims administration and voting process | $ 625.00 | $ 375.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1331 | Carol Villegas | Partner | 05/15/20 | 1.1 | 130 | review and comment on emails concerning appeals and objections. | $ 895.00 | $ 984.50 |
| 1115 | Eunice Ahn | Other Professional | 05/15/20 | 1.2 | 090 | emails/calls w/ clients and attys re: plan approval vote | $ 340.00 | $ 408.00 |
| 1642 | Michael Canty | Partner | 05/15/20 | 0.8 | 140 | Attention to objection filing and calls on same. | $ 895.00 | $ 716.00 |
| 1642 | Michael Canty | Partner | 05/15/20 | 1.0 | 140 | Attention to objections. | $ 895.00 | $ 895.00 |
| 1642 | Michael Canty | Partner | 05/15/20 | 1.9 | 140 | Attention to claimants inquiries. | $ 895.00 | $ 1,700.50 |
| 1397 | Thomas Hoffman | Partner | 05/15/20 | 1.8 | 050 | Review and analyze objections to reorganization plan; participate in telephone conference and draft correspondence with Jeffrey Dubbin re the same | $ 895.00 | $ 1,611.00 |
| 1397 | Thomas Hoffman | Partner | 05/15/20 | 3 | 130 | Draft correspondence with Marisa DeMato, Mark Willis, Nicole Zeiss and various clients re bankruptcy claims; participate in telephone conferences with Jeffrey Dubbin, Wendy Tsang, and Elaine Chan-Lee re assignments; review and analyze litigation control request form. | $ 895.00 | $ 2,685.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/15/20 | 0.6 | 130 | Emails re: class voting election with regard to bankruptcy plan and ballots | $ 625.00 | $ 375.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/15/20 | 3.0 | 050 | Reviewed and revised draft objections to bankruptcy plan | $ 625.00 | $ 1,875.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/15/20 | 0.3 | 130 | Conf. with Mike Canty re: bankruptcy plan objections and voting strategy | $ 625.00 | $ 187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/15/20 | 0.7 | 130 | Conf. with Mickey Etkin, Mike Canty, Andrew Behlmann, Scott Cargill, and Colleen Maker re: finalizing Plan Objections and voting; emails with Tom Dubbs re: the same | $ 625.00 | $ 437.50 |
| 0563 | Thomas Dubbs | Partner | 05/16/20 | 3.3 | 130 | Begin review of papers and plan submitted by Debtor. | $ 1,100.00 | $ 3,630.00 |
| 1331 | Carol Villegas | Partner | 05/18/20 | 0.7 | 060 | call on confirmation proceedings. | $ 895.00 | $ 626.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/18/20 | 1.1 | 130 | Strategy conf. with Mickey Etkin, Andrew Behlmann, Tom Dubbs, and Carol Villegas re: bankruptcy scheduling hearing issues; follow-up with Andrew Behlmann | $ 625.00 | $ 687.50 |
| 1642 | Michael Canty | Partner | 05/18/20 | 1.5 | 140 | Discussion with colleagues on vote and filings and attention to objections. | $ 895.00 | $ 1,342.50 |
| 0563 | Thomas Dubbs | Partner | 05/18/20 | 2.9 | 130 | Call with Mickey Etikin re hearing issues; call with Michael Canty, call with Carol Villegas re same. | $ 1,100.00 | $ 3,190.00 |
| 0563 | Thomas Dubbs | Partner | 05/18/20 | 3.1 | 110 | Work on damages issues for hearings; prepare for hearing. | $ 1,100.00 | $ 3,410.00 |
| 1643 | Roger Yamada | Associate | 05/18/20 | 0.7 | 090 | Drafted response to ▬ inquiry; discussed with L Goldstone | $ 550.00 | $ 385.00 |
| 1643 | Roger Yamada | Associate | 05/18/20 | 0.7 | 010 | Drafted response to ▬ discussed with J Dubbin | $ 550.00 | $ 385.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/18/20 | 1.4 | 110 | Prepared for confirmation hearing status and scheduling conference appearance | $ 625.00 | $ 875.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 05/18/20 | 0.3 | 110 | Revised exhibits list for bankruptcy confirmation hearing; conf. with Andrew Behlmann re: the same | $ 625.00 | $ 187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/18/20 | 1.8 | 140 | Reviewed bankruptcy court developments, including TCC objection, voting results, and news coverage of the same | $ 625.00 | $ 1,125.00 |
| 1331 | Carol Villegas | Partner | 05/19/20 | 1 | 060 | hearing on bankruptcy proceedings. | $ 895.00 | $ 895.00 |
| 1115 | Eunice Ahn | Other Professional | 05/19/20 | 0.2 | 090 | emails w/ attys re: status of plan approval vote and client inquiries | $ 340.00 | $ 68.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/19/20 | 2.3 | 060 | Attended bankruptcy court scheduling conference for confirmation hearing; preparation for the same | $ 625.00 | $ 1,437.50 |
| 1642 | Michael Canty | Partner | 05/19/20 | 0.6 | 140 | Prepare and call with claimant. | $ 895.00 | $ 537.00 |
| 1642 | Michael Canty | Partner | 05/19/20 | 1.5 | 060 | Prepare for hearing; attention to objections and hearing. | $ 895.00 | $ 1,342.50 |
| 0563 | Thomas Dubbs | Partner | 05/19/20 | 1.7 | 130 | Call with Mickey Etkin re objections. | $ 1,100.00 | $ 1,870.00 |
| 0563 | Thomas Dubbs | Partner | 05/19/20 | 1.9 | 130 | Start rview of objections. | $ 1,100.00 | $ 2,090.00 |
| 1397 | Thomas Hoffman | Partner | 05/19/20 | 3.5 | 090 | Draft correspondence with Michael Canty, Carol Villegas, Nicole Zeiss, Lara Goldstone and Jeffrey Dubbin re communications with clients and other claimants; participate in telephone conferences with Michael Canty and Jeffrey Dubbin re the same; participate in telephone conference with Wendy Tsang re assignments. | $ 895.00 | $ 3,132.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/19/20 | 0.4 | 140 | Emails re: bankruptcy voting questions and outcomes | $ 625.00 | $ 250.00 |
| 1331 | Carol Villegas | Partner | 05/20/20 | 0.7 | 140 | call with ▮▮▮ for update | $ 895.00 | $ 626.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/20/20 | 2 | 140 | Collected and reviewed filings related to bankruptcy confirmation | $ 625.00 | $ 1,250.00 |
| 1642 | Michael Canty | Partner | 05/20/20 | 0.4 | 140 | Update on claims. | $ 895.00 | $ 358.00 |
| 0655 | Nicole Zeiss | Partner | 05/20/20 | 0.8 | 090 | Call with claimant. | $ 950.00 | $ 760.00 |
| 0563 | Thomas Dubbs | Partner | 05/20/20 | 2.1 | 130 | Begin reievw of TCC. | $ 1,100.00 | $ 2,310.00 |
| 0563 | Thomas Dubbs | Partner | 05/20/20 | 4.9 | 110 | Review class objections; call with Mickey Etkin; prepare for hearing. | $ 1,100.00 | $ 5,390.00 |
| 1397 | Thomas Hoffman | Partner | 05/20/20 | 0.5 | 080 | Draft correspondence with Carol Villegas and Nicole Zeiss re status of bankruptcy case. | $ 895.00 | $ 447.50 |
| 1642 | Michael Canty | Partner | 05/21/20 | 0.5 | 140 | Call with Tom Dubbs on hearing and plan. | $ 895.00 | $ 447.50 |
| 1642 | Michael Canty | Partner | 05/21/20 | 0.5 | 140 | Meet and confer. | $ 895.00 | $ 447.50 |
| 0563 | Thomas Dubbs | Partner | 05/21/20 | 0.3 | 130 | Call with Mickey Etkin. | $ 1,100.00 | $ 330.00 |
| 0563 | Thomas Dubbs | Partner | 05/21/20 | 1.3 | 060 | Prepare for and attend meet and confer re hearing. | $ 1,100.00 | $ 1,430.00 |
| 0563 | Thomas Dubbs | Partner | 05/21/20 | 3.9 | 110 | Review TCC objections; prepare for hearing. | $ 1,100.00 | $ 4,290.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/21/20 | 0.9 | 110 | Read and reviewed confirmation hearing practices in preparation for conference with all counsel re: the same | $ 625.00 | $ 562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/21/20 | 0.5 | 140 | Attended conference with Weil Gotshal and other bankruptcy attorneys re: confirmation hearing procedures and mechanics | $ 625.00 | $ 312.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 05/21/20 | 0.6 | 140 | Coordinated with team for upcoming virtual bankruptcy court appearances | $ 625.00 | $ 375.00 |
| 1331 | Carol Villegas | Partner | 05/22/20 | 1 | 060 | attend hearing on bankruptcy proceedings. call regarding same | $ 895.00 | $ 895.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/22/20 | 0.7 | 110 | Reviewed witness lists and order re: the same in preparation for confirmation pre-hearing | $ 625.00 | $ 437.50 |
| 1642 | Michael Canty | Partner | 05/22/20 | 0.8 | 060 | Follow up with team after hearing. | $ 895.00 | $ 716.00 |
| 1642 | Michael Canty | Partner | 05/22/20 | 1.5 | 060 | Court conference. | $ 895.00 | $ 1,342.50 |
| 0563 | Thomas Dubbs | Partner | 05/22/20 | 0.6 | 130 | Call with Randy Michaelson re hearing strategy. | $ 1,100.00 | $ 660.00 |
| 0563 | Thomas Dubbs | Partner | 05/22/20 | 4.5 | 060 | Conference with Mickey Etkins re preparation for hearing on confirmation; attend hearing. | $ 1,100.00 | $ 4,950.00 |
| 1397 | Thomas Hoffman | Partner | 05/22/20 | 0.3 | 130 | Draft correspondence with counsel for ███ re vote on reorganization. | $ 895.00 | $ 268.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/22/20 | 1.9 | 110 | Emails with team re: witness strategy and argument reservations in preparation for confirmation hearing | $ 625.00 | $ 1,187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/22/20 | 1.5 | 060 | Attended hearing re: confirmation protocol and procedures re: witnesses, exhibits, and other evidentiary and scheduling matters related to confirmation | $ 625.00 | $ 937.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/22/20 | 0.8 | 130 | Follow-up strategy conf. with Tom Dubbs, Mike Canty, Carol Villegas, Mickey Etkin, Andrew Behlmann, and Scott Cargill re: evidence and witnesses at confirmation and strategy | $ 625.00 | $ 500.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/22/20 | 3 | 110 | Read and reviewed confirmation documents and amended plan in preparation for confirmation hearing | $ 625.00 | $ 1,875.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/22/20 | 2.7 | 110 | Continued reading and reviewing confirmation documents and amended plan in preparation for confirmation hearing | $ 625.00 | $ 1,687.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/22/20 | 1.1 | 110 | Compiled and prepared confirmation documents and amended plan for Tom Dubbs's review | $ 625.00 | $ 687.50 |
| 0563 | Thomas Dubbs | Partner | 05/23/20 | 0.5 | 130 | Call with Mickey Etkin. | $ 1,100.00 | $ 550.00 |
| 0563 | Thomas Dubbs | Partner | 05/23/20 | 1.5 | 110 | Conferences with Mickey Etkin re preparation for hearing on confirmation. | $ 1,100.00 | $ 1,650.00 |
| 0563 | Thomas Dubbs | Partner | 05/23/20 | 3.3 | 150 | Conference with James Miller ████████; five calls with Jeffrey Dubbin re prep for alternative class calculations. | $ 1,100.00 | $ 3,630.00 |
| 0563 | Thomas Dubbs | Partner | 05/23/20 | 3.5 | 060 | Attend hearing. | $ 1,100.00 | $ 3,850.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/25/20 | 2.0 | 110 | Collected exhibits for bankruptcy confirmation hearing; emails with Carol Villegas, Mickey Etkin, and Colleen Maker re: the same | $ 625.00 | $ 1,250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/25/20 | 1.8 | 110 | Read and reviewed bankruptcy filings in preparation for confirmation hearing | $ 625.00 | $ 1,125.00 |
| 1699 | Aram Boghosian | Associate | 05/26/20 | 2.3 | 050 | Bankruptcy proceedings procedure research. | $ 475.00 | $ 1,092.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 05/26/20 | 0.4 | 130 | Conf. with Tom Dubbs re: calculation of damages in bankruptcy plan and objections to confirmation | $ 625.00 | $ 250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/26/20 | 0.6 | 140 | Reviewed developments in bankruptcy court, including recent filings; emails with team re: the same | $ 625.00 | $ 375.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/26/20 | 1.1 | 110 | Prepared for Day 1 of confirmation hearing in bankruptcy court | $ 625.00 | $ 687.50 |
| 1642 | Michael Canty | Partner | 05/26/20 | 0.4 | 130 | Call with Tom Dubbs on strategy. | $ 895.00 | $ 358.00 |
| 1642 | Michael Canty | Partner | 05/26/20 | 0.4 | 140 | Update call with Tom Dubbs on outstanding tasks. | $ 895.00 | $ 358.00 |
| 1642 | Michael Canty | Partner | 05/26/20 | 0.5 | 050 | Attention to debtors filing. | $ 895.00 | $ 447.50 |
| 1642 | Michael Canty | Partner | 05/26/20 | 1.5 | 120 | Call with bankrupcty counsel | $ 895.00 | $ 1,342.50 |
| 0563 | Thomas Dubbs | Partner | 05/26/20 | 1.5 | 130 | Call with Scott Cargill and Jeffrey Dubbin re hearing evidence. | $ 1,100.00 | $ 1,650.00 |
| 0563 | Thomas Dubbs | Partner | 05/26/20 | 3.3 | 130 | Conference call with Jeffrey Dubbin and Lowenstein firm re confirmation issues, witnesses. | $ 1,100.00 | $ 3,630.00 |
| 1397 | Thomas Hoffman | Partner | 05/26/20 | 1 | 080 | Draft correspondence with counsel for ▮▮▮▮▮▮▮▮ re ▮▮▮▮▮▮▮'s objections to the reorganization plan. | $ 895.00 | $ 895.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/26/20 | 1.5 | 130 | Conf. with Tom Dubbs and Lowenstein team re: outstanding confirmation issues | $ 625.00 | $ 937.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/26/20 | 0.9 | 060 | Attended Bankruptcy pre-confirmation hearing re: cross-examinations and other issues | $ 625.00 | $ 562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/26/20 | 0.2 | 140 | Conf. with Tom Hoffman re: revised plan and assignments | $ 625.00 | $ 125.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/26/20 | 0.6 | 110 | Emails with Labaton team re: confirmation hearing schedule | $ 625.00 | $ 375.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/26/20 | 2.1 | 110 | Reviewed bankruptcy filings for support of objections in preparation for confirmation hearing | $ 625.00 | $ 1,312.50 |
| 1331 | Carol Villegas | Partner | 05/27/20 | 1.0 | 060 | attend bankruptcy confirmation hearing via zoom. | $ 895.00 | $ 895.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/27/20 | 2.3 | 110 | Researched factual record for all PG&E share price metrics in bankruptcy documents | $ 625.00 | $ 1,437.50 |
| 1642 | Michael Canty | Partner | 05/27/20 | 0.8 | 140 | Calls and emails with team regarding gearing. | $ 895.00 | $ 716.00 |
| 1642 | Michael Canty | Partner | 05/27/20 | 1.0 | 060 | Confirmation hearing. | $ 895.00 | $ 895.00 |
| 1642 | Michael Canty | Partner | 05/27/20 | 1.3 | 140 | Attention to cross examination outline. | $ 895.00 | $ 1,163.50 |
| 0563 | Thomas Dubbs | Partner | 05/27/20 | 0.9 | 110 | Continue preparation for Wells cross examination. | $ 1,100.00 | $ 990.00 |
| 0563 | Thomas Dubbs | Partner | 05/27/20 | 2.1 | 110 | Attend hearing with Pullo testimony; prepare for same. | $ 1,100.00 | $ 2,310.00 |
| 0563 | Thomas Dubbs | Partner | 05/27/20 | 2.5 | 130 | Call with James Miller ▮▮▮▮▮▮▮▮▮▮▮▮; review pricing structure of Fire Victims, backstop and other transactions. | $ 1,100.00 | $ 2,750.00 |
| 0563 | Thomas Dubbs | Partner | 05/27/20 | 3.5 | 110 | Prepare for hearing; work on Wells cross examination; review drafts of Wells cross examination; conferences with Jeffrey Dubbin re same. | $ 1,100.00 | $ 3,850.00 |
| 0563 | Thomas Dubbs | Partner | 05/27/20 | 3.5 | 110 | Review draft cross examination from Jeffrey Dubbin; conferences with Jeffrey Dubbin, conference with Mickey Etkin re cross examination. | $ 1,100.00 | $ 3,850.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 05/27/20 | 1.8 | 130 | Composed memorandum summarizing findings re: bankruptcy documents estimating PG&E share price in preparation for confirmation hearing | $ 625.00 | $ 1,125.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/27/20 | 1.7 | 110 | Conf. with Andrew Behlmann re: strategy and outline of questions for cross of CFO Wells at confirmation hearing | $ 625.00 | $ 1,062.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/27/20 | 0.3 | 110 | Conf. with Tom Dubbs re: strategy for cross examining CFO Wells at confirmation hearing | $ 625.00 | $ 187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/27/20 | 2.5 | 110 | Composed outline for confirmation hearing cross examination of CFO Wells | $ 625.00 | $ 1,562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/27/20 | 0.9 | 110 | Emails with Labaton and Lowenstein teams re: cross examination strategy and assignments in preparation for confirmation hearing | $ 625.00 | $ 562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/27/20 | 2.0 | 060 | Attended Day 1 of Confirmation Hearing; preparation for the same | $ 625.00 | $ 1,250.00 |
| 1331 | Carol Villegas | Partner | 05/28/20 | 2 | 060 | attend bankruptcy confirmation hearing via zoom. | $ 895.00 | $ 1,790.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/28/20 | 2.0 | 060 | Attended confirmation hearing day 2, examinations of CFO Wells | $ 625.00 | $ 1,250.00 |
| 1642 | Michael Canty | Partner | 05/28/20 | 0.5 | 060 | Attention to hearing outline. | $ 895.00 | $ 447.50 |
| 1642 | Michael Canty | Partner | 05/28/20 | 0.6 | 140 | Follow up with Tom Dubbs. | $ 895.00 | $ 537.00 |
| 1642 | Michael Canty | Partner | 05/28/20 | 1.5 | 050 | Attention to hearing declaration and call with Tom Dubbs. | $ 895.00 | $ 1,342.50 |
| 1642 | Michael Canty | Partner | 05/28/20 | 2.3 | 060 | Court hearing. | $ 895.00 | $ 2,058.50 |
| 0655 | Nicole Zeiss | Partner | 05/28/20 | 0.3 | 090 | Call with claimant. | $ 950.00 | $ 285.00 |
| 0563 | Thomas Dubbs | Partner | 05/28/20 | 2.3 | 130 | Conference with Mickey Etkin re preparation for next hearing; call with Michael Canty re hearing; conference with James Miller re ███ ████. | $ 1,100.00 | $ 2,530.00 |
| 0563 | Thomas Dubbs | Partner | 05/28/20 | 2.3 | 060 | Attend hearing before Judge Montali. | $ 1,100.00 | $ 2,530.00 |
| 0563 | Thomas Dubbs | Partner | 05/28/20 | 3.5 | 110 | Conferences with Jeffrey Dubbin re cross examination of CFO; conference with Mickey Etkin re hearing. | $ 1,100.00 | $ 3,850.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/28/20 | 2.4 | 110 | Revised outline for CFO Wells cross examination at confirmation hearing | $ 625.00 | $ 1,500.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/28/20 | 2.9 | 110 | Conducted factual research into public filings re: PG&E's equity backstop commitments and potential share price measures related to bankruptcy confirmation objections | $ 625.00 | $ 1,812.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/28/20 | 1.9 | 110 | Composed email memorandum to Tom Dubbs, Carol Villegas, and Mike Canty re: research findings into PG&E's equity backstop commitments and potential share price measures in preparation for bankruptcy confirmation hearing | $ 625.00 | $ 1,187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/28/20 | 0.4 | 110 | Conf. with Tom Dubbs re: revisions to CFO Wells cross examination outline for Bankruptcy confirmation hearing | $ 625.00 | $ 250.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 05/28/20 | 1.8 | 110 | Revised draft cross examination outline of CFO Wells in preparation for Bankruptcy confirmation hearing; conf. with Andrew Behlmann re: the same | $ 625.00 | $ 1,125.00 |
| 1331 | Carol Villegas | Partner | 05/29/20 | 1.9 | 060 | attend bankruptcy confirmation hearing via zoom. | $ 895.00 | $ 1,700.50 |
| 0023 | Eric Belfi | Partner | 05/29/20 | 0.5 | 130 | Discuss strategy with TAD and MC and CV. | $ 950.00 | $ 475.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/29/20 | 0.3 | 140 | Reviewed statement re: oral argument | $ 625.00 | $ 187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/29/20 | 1.1 | 110 | Revised charts re: financial metrics and valuation multiples in preparation for cross examinations and oral argument | $ 625.00 | $ 687.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/29/20 | 1.1 | 070 | Emails with Tom Dubbs and investment banking expert Jim Miller re: ████████████████████ | $ 625.00 | $ 687.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/29/20 | 1.9 | 060 | Attended confirmation hearing day 3: cross examinations of Ms Pullo (recalled) and Mr. Boken | $ 625.00 | $ 1,187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/29/20 | 2.1 | 130 | Reviewed recording of Wells testimony; composed email memorandom to team summarizing key admissions | $ 625.00 | $ 1,312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/29/20 | 3.0 | 110 | Composed charts re: financial metrics and valuation multiples in preparation for cross examinations and oral argument | $ 625.00 | $ 1,875.00 |
| 1642 | Michael Canty | Partner | 05/29/20 | 1.7 | 140 | Discussion on claims. | $ 895.00 | $ 1,521.50 |
| 1642 | Michael Canty | Partner | 05/29/20 | 1.9 | 060 | Court hearing. | $ 895.00 | $ 1,700.50 |
| 0563 | Thomas Dubbs | Partner | 05/29/20 | 2.5 | 110 | Conferences with team and Lowenstein re Bolan hearing. | $ 1,100.00 | $ 2,750.00 |
| 0563 | Thomas Dubbs | Partner | 05/29/20 | 1.9 | 060 | Attend Bolan hearing. | $ 1,100.00 | $ 2,090.00 |
| 1397 | Thomas Hoffman | Partner | 05/29/20 | 0.2 | 140 | Draft correspondence with Jeffrey Dubbin and Aram Boghosian re litigation control request. | $ 895.00 | $ 179.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/30/20 | 1.4 | 130 | Revised chart and footnotes explaining alternative proposals re: objection to Bankruptcy Plan Formula per instructions from Tom Dubbs | $ 625.00 | $ 875.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/30/20 | 2.1 | 110 | Worked with Bill Schervish and Ryan Convery to construct stock chart demonstrative exhibit for confirmation hearing; emails re: the same | $ 625.00 | $ 1,312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/30/20 | 2.2 | 130 | Composed email memorandum consisting of chart and footnotes explaining alternative proposals re: objection to Bankruptcy Plan Formula | $ 625.00 | $ 1,375.00 |
| 1642 | Michael Canty | Partner | 05/30/20 | 0.4 | 050 | Attention to emails and research. | $ 895.00 | $ 358.00 |
| 0563 | Thomas Dubbs | Partner | 05/30/20 | 0.5 | 110 | Conference with Jeffrey Dubbin re formulae for Class 10A-II and claims. | $ 1,100.00 | $ 550.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/30/20 | 0.5 | 130 | Conf. with Tom Dubbs re: strategies for presenting alternative proposals re: objection to Bankruptcy Plan Formula | $ 625.00 | $ 312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/30/20 | 0.7 | 070 | Conf. with investment banking expert Jim Miller re: ████████ | $ 625.00 | $ 437.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1708 | Ryan Convery | Other Professional | 05/30/20 | 4 | 010 | Creating PG&E class period chart | $ 265.00 | $ 1,060.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/31/20 | 0.6 | 110 | Reviewed and revised stock chart demonstrative for confirmation hearing; emails re: the same | $ 625.00 | $ 375.00 |
| 1642 | Michael Canty | Partner | 05/31/20 | 0.6 | 140 | Attention to demonstrative and emails on same. | $ 895.00 | $ 537.00 |
| 0563 | Thomas Dubbs | Partner | 05/31/20 | 1.1 | 110 | Three calls with Jeffrey Dubbin; review demonstrative. | $ 1,100.00 | $ 1,210.00 |
| 0563 | Thomas Dubbs | Partner | 05/31/20 | 1.0 | 110 | Prepare for Ziman hearing; conferences calls with Mickey Etkin; call with James Miller and team. | $ 1,100.00 | $ 1,100.00 |
| 1397 | Thomas Hoffman | Partner | 05/31/20 | 0.5 | 130 | Review litigation control request form; draft correspondence with Aram Boghosian re the same. | $ 895.00 | $ 447.50 |
| 1708 | Ryan Convery | Other Professional | 05/31/20 | 2 | 010 | Creating chart for PG&E | $ 265.00 | $ 530.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/31/20 | 1.1 | 110 | Conf. with Tom Dubbs, Mickey Etkin, Andrew Behlmann, and Jim Miller re: ▇▇▇▇▇▇▇ follow-up conf. with Tom Dubbs | $ 625.00 | $ 687.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 05/31/20 | 1.5 | 110 | Drafted outline for cross examination of Ziman in preparation for confirmation hearing | $ 625.00 | $ 937.50 |
| 1331 | Carol Villegas | Partner | 06/01/20 | 1.6 | 060 | Attend zoom bankruptcy hearing. | $ 895.00 | $ 1,432.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/01/20 | 2.1 | 110 | Prepared for and attended Day 4 of Confirmation Hearing - cross examination of Ziman from Lazard | $ 625.00 | $ 1,312.50 |
| 1642 | Michael Canty | Partner | 06/01/20 | 1.6 | 060 | Attend bankruptcy hearing. | $ 895.00 | $ 1,432.00 |
| 1642 | Michael Canty | Partner | 06/01/20 | 3.3 | 050 | Review of materials, case law research and discussion for prep. | $ 895.00 | $ 2,953.50 |
| 0563 | Thomas Dubbs | Partner | 06/01/20 | 1.3 | 110 | Continue work on slides for presentation at hearing. | $ 1,100.00 | $ 1,430.00 |
| 0563 | Thomas Dubbs | Partner | 06/01/20 | 1.9 | 110 | Review memo from co-counsel; call with Mickey Etkin; review Montali orders. | $ 1,100.00 | $ 2,090.00 |
| 0563 | Thomas Dubbs | Partner | 06/01/20 | 3.0 | 110 | Work on slides for presentation at hearing. | $ 1,100.00 | $ 3,300.00 |
| 0563 | Thomas Dubbs | Partner | 06/01/20 | 1.6 | 060 | Attend court hearing. | $ 1,100.00 | $ 1,760.00 |
| 1438 | William Schervish II | Other Professional | 06/01/20 | 0.8 | 010 | Confirmed stock analyses/charts from R. Convery. | $ 565.00 | $ 452.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/01/20 | 2.9 | 110 | Conf. with Tom Dubbs re: Ziman cross examination and outline; revised outline in preparation for confirmation hearing per instructions from Tom Dubbs | $ 625.00 | $ 1,812.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/01/20 | 1.1 | 110 | Revised demonstrative exhibits in preparation for confirmation hearing per instructions from Tom Dubbs | $ 625.00 | $ 687.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/01/20 | 0.3 | 110 | Emails with Lowenstein team re: confirmation hearing transcripts | $ 625.00 | $ 187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/01/20 | 0.7 | 110 | Composed email memorandum to Tom Dubbs, Carol Villegas, and Mike Canty summarizing Ziman cross examination at confirmation hearing and highlighting key issues | $ 625.00 | $ 437.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 06/01/20 | 0.9 | 110 | Collected documents for Tom Dubbs, Carol Villegas, Tom Hoffman, and Mike Canty in preparation for confirmation hearing oral argument; prepared memorandum summarizing contents. | $ 625.00 | $ 562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/01/20 | 0.5 | 110 | Conf. with Andrew Behlmann re: outline and strategy for Ziman cross examination in confirmation hearing | $ 625.00 | $ 312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/01/20 | 1.6 | 110 | Reviewed arguments and filings in preparation for confirmation hearing oral argument | $ 625.00 | $ 1,000.00 |
| 1331 | Carol Villegas | Partner | 06/02/20 | 2.2 | 130 | call to discuss client outreach on bankruptcy and reach out to several clients to discuss. | $ 895.00 | $ 1,969.00 |
| 1331 | Carol Villegas | Partner | 06/02/20 | 2.5 | 060 | review and revise, and calls to discuss bankruptcy presentation. | $ 895.00 | $ 2,237.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/02/20 | 1.6 | 110 | Confs. with Mike Canty and Carol Villegas re: revisions to slide presentation for Confirmation Hearing oral argument | $ 625.00 | $ 1,000.00 |
| 1642 | Michael Canty | Partner | 06/02/20 | 0.3 | 140 | Call with Tom Dubbs regarding hearing. | $ 895.00 | $ 268.50 |
| 1642 | Michael Canty | Partner | 06/02/20 | 1.1 | 140 | Call with team and prepare for hearing. | $ 895.00 | $ 984.50 |
| 1642 | Michael Canty | Partner | 06/02/20 | 1.3 | 140 | Call with colleagues regarding hearing demonstratives. | $ 895.00 | $ 1,163.50 |
| 1642 | Michael Canty | Partner | 06/02/20 | 1.4 | 140 | Call with team and edits to document. | $ 895.00 | $ 1,253.00 |
| 1642 | Michael Canty | Partner | 06/02/20 | 2.1 | 130 | Analysis and prepare for hearing | $ 895.00 | $ 1,879.50 |
| 0563 | Thomas Dubbs | Partner | 06/02/20 | 0.9 | 110 | Call with Mickey Etkin re slides for presentation at hearing; calls with Jeffrey Dubbin re same; call with Randy Michelson re same. | $ 1,100.00 | $ 990.00 |
| 0563 | Thomas Dubbs | Partner | 06/02/20 | 1.9 | 110 | Review new draft of slides for presentation at bankruptcy hearing. | $ 1,100.00 | $ 2,090.00 |
| 0563 | Thomas Dubbs | Partner | 06/02/20 | 7.5 | 060 | Attend bankruptcy hearing. | $ 1,100.00 | $ 8,250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/02/20 | 1.1 | 110 | Conf. with Mike Cant, Tom Dubbs, Tom Hoffman, and Wendy Tsang re: Confirmation Hearing oral argument, including slide presentation | $ 625.00 | $ 687.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/02/20 | 1.2 | 110 | Reviewed draft slides by Tom Dubbs in preparation for confirmation hearing oral argument | $ 625.00 | $ 750.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/02/20 | 2.6 | 110 | Drafted and revised oral argument slides in preparation for confirmation hearing | $ 625.00 | $ 1,625.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/02/20 | 1.7 | 110 | Revised oral argument slides in preparation for confirmation hearing per revisions and comments from Mike Canty and Carol Villegas | $ 625.00 | $ 1,062.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/02/20 | 0.8 | 110 | Revised charts for confirmation hearing oral argument slides | $ 625.00 | $ 500.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/02/20 | 1.9 | 110 | Reviewed confirmation brief arguments in preparation for oral argument | $ 625.00 | $ 1,187.50 |
| 1699 | Aram Boghosian | Associate | 06/03/20 | 0.2 | 050 | Additional research on damages models for estimation proceeding. | $ 475.00 | $ 95.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1699 | Aram Boghosian | Associate | 06/03/20 | 3 | 050 | Research on damage models for estimation proceeding. | $ 475.00 | $ 1,425.00 |
| 1331 | Carol Villegas | Partner | 06/03/20 | 3 | 060 | Attend bankruptcy court hearing. | $ 895.00 | $ 2,685.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/03/20 | 1.2 | 110 | Revised chart re valuation multiples for Confirmation Hearing Oral Argument slides | $ 625.00 | $ 750.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/03/20 | 2.4 | 110 | Revised slides for Confirmation Hearing Oral Argument | $ 625.00 | $ 1,500.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/03/20 | 2.5 | 110 | Drafted slides for Confirmation Hearing Oral Argument | $ 625.00 | $ 1,562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/03/20 | 4.4 | 060 | Attended Day 5 of bankruptcy confirmation hearing (Day 1 of oral arguments) | $ 625.00 | $ 2,750.00 |
| 1642 | Michael Canty | Partner | 06/03/20 | 0.3 | 060 | Call with Dubbs to discuss hearing matters. | $ 895.00 | $ 268.50 |
| 1642 | Michael Canty | Partner | 06/03/20 | 0.6 | 140 | Calls with colleagues regarding presentation. | $ 895.00 | $ 537.00 |
| 1642 | Michael Canty | Partner | 06/03/20 | 0.9 | 140 | Attention to slides, prepare and call. | $ 895.00 | $ 805.50 |
| 1642 | Michael Canty | Partner | 06/03/20 | 2 | 060 | Court hearing. | $ 895.00 | $ 1,790.00 |
| 0563 | Thomas Dubbs | Partner | 06/03/20 | 1.3 | 130 | Conference with Jeffrey Dubbin and team; continue work on presentation. | $ 1,100.00 | $ 1,430.00 |
| 0563 | Thomas Dubbs | Partner | 06/03/20 | 3.0 | 110 | Work on slides and presentation for bankruptcy court. | $ 1,100.00 | $ 3,300.00 |
| 0563 | Thomas Dubbs | Partner | 06/03/20 | 4.4 | 060 | Attend hearing. | $ 1,100.00 | $ 4,840.00 |
| 1699 | Aram Boghosian | Associate | 06/04/20 | 0.4 | 050 | Case research for bankruptcy proceeding. | $ 475.00 | $ 190.00 |
| 1699 | Aram Boghosian | Associate | 06/04/20 | 1.1 | 050 | Additional research for bankruptcy proceedings slides. | $ 475.00 | $ 522.50 |
| 1699 | Aram Boghosian | Associate | 06/04/20 | 2.9 | 050 | Bankruptcy process research. | $ 475.00 | $ 1,377.50 |
| 1331 | Carol Villegas | Partner | 06/04/20 | 2.0 | 060 | prepare and moot for bankruptcy hearing. | $ 895.00 | $ 1,790.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/04/20 | 4 | 060 | Attended Day 6 of Confirmation Hearing, day 2 of oral argument | $ 625.00 | $ 2,500.00 |
| 1642 | Michael Canty | Partner | 06/04/20 | 2.5 | 140 | Attention to slides and prepare for moot. | $ 895.00 | $ 2,237.50 |
| 1642 | Michael Canty | Partner | 06/04/20 | 2.8 | 130 | Prepare for moot hearing and review of materials. | $ 895.00 | $ 2,506.00 |
| 1642 | Michael Canty | Partner | 06/04/20 | 4.0 | 060 | Court hearing. | $ 895.00 | $ 3,580.00 |
| 0563 | Thomas Dubbs | Partner | 06/04/20 | 2.5 | 110 | Conferences with Jeffrey Dubbin; prepare for moot court; conferences with Mickey Etkin re moot court; attend moot court. | $ 1,100.00 | $ 2,750.00 |
| 0563 | Thomas Dubbs | Partner | 06/04/20 | 3.0 | 110 | Prepare for hearing; work on slides for presentation at hearing. | $ 1,100.00 | $ 3,300.00 |
| 0563 | Thomas Dubbs | Partner | 06/04/20 | 4.0 | 060 | Attend hearing re bankruptcy. | $ 1,100.00 | $ 4,400.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/04/20 | 3.7 | 110 | Conf. with Mickey Etkin, Andrew Behlmann, Colleen Maker, Scott Cargill, Tom Dubbs, Mike Canty, and Carol Villegas re: Confirmation hearing oral argument | $ 625.00 | $ 2,312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/04/20 | 2.8 | 110 | Revised slides and charts in preparation for confirmation hearing oral argument | $ 625.00 | $ 1,750.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/04/20 | 1.4 | 110 | Updated slides and charts for presentation in preparation for confirmation hearing oral argument | $ 625.00 | $ 875.00 |
| 1699 | Aram Boghosian | Associate | 06/05/20 | 4.4 | 060 | Bankruptcy hearing. | $ 475.00 | $ 2,090.00 |
| 1331 | Carol Villegas | Partner | 06/05/20 | 3.8 | 060 | prepare for and attend bankruptcy hearing. | $ 895.00 | $ 3,401.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 06/05/20 | 0.3 | 140 | Conf. with Tom Dubbs re: confirmation hearing, memorandum to client, and next steps | $ 625.00 | $ 187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/05/20 | 0.7 | 130 | Strategy conference with Labaton and Lowenstein teams re: Confirmation hearing oral argument | $ 625.00 | $ 437.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/05/20 | 1.3 | 110 | Reviewed final slides in preparation for confirmation hearing | $ 625.00 | $ 812.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/05/20 | 5 | 060 | Attended Day 7 of Confirmation Hearing, day 3 of oral argument | $ 625.00 | $ 3,125.00 |
| 1642 | Michael Canty | Partner | 06/05/20 | 5.5 | 060 | Hearing and preparation during breaks. | $ 895.00 | $ 4,922.50 |
| 0563 | Thomas Dubbs | Partner | 06/05/20 | 3.0 | 110 | Prepare for bankruptcy hearing before Judge Montali. | $ 1,100.00 | $ 3,300.00 |
| 0563 | Thomas Dubbs | Partner | 06/05/20 | 3 | 060 | Attend bankruptcy hearing before Judge Montali. | $ 1,100.00 | $ 3,300.00 |
| 0563 | Thomas Dubbs | Partner | 06/05/20 | 3.5 | 130 | Conferences with Mickey Etkin and Lowesteing team, Randy Michelson; calls with Jeffrey Dubbin; calls with Carol Villegas. | $ 1,100.00 | $ 3,850.00 |
| 1642 | Michael Canty | Partner | 06/06/20 | 0.9 | 050 | Attention to bankruptcy proceedings re: formula. | $ 895.00 | $ 805.50 |
| 1642 | Michael Canty | Partner | 06/07/20 | 0.5 | 050 | Attention to bankruptcy proceeding re: debt and rescission objections. | $ 895.00 | $ 447.50 |
| 1699 | Aram Boghosian | Associate | 06/08/20 | 2.4 | 050 | Settlement procedures for bankruptcy research. | $ 475.00 | $ 1,140.00 |
| 1699 | Aram Boghosian | Associate | 06/08/20 | 4.7 | 060 | Bankruptcy court remote hearing. | $ 475.00 | $ 2,232.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/08/20 | 0.9 | 140 | Reviewed developments in bankruptcy court re: rights offering | $ 625.00 | $ 562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/08/20 | 2.3 | 050 | Conducted legal research re: 510(b) subordination and cram-down | $ 625.00 | $ 1,437.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/08/20 | 4.7 | 060 | Attended bankruptcy confirmation hearing: closing arguments | $ 625.00 | $ 2,937.50 |
| 1642 | Michael Canty | Partner | 06/08/20 | 0.4 | 050 | Attention to hearing issues and objections. | $ 895.00 | $ 358.00 |
| 1642 | Michael Canty | Partner | 06/08/20 | 0.9 | 140 | Attention to outstanding issues and calls on same. | $ 895.00 | $ 805.50 |
| 1642 | Michael Canty | Partner | 06/08/20 | 0.9 | 050 | Case law and outreach on formula with academics. | $ 895.00 | $ 805.50 |
| 1642 | Michael Canty | Partner | 06/08/20 | 2.5 | 060 | Court Hearing. | $ 895.00 | $ 2,237.50 |
| 0563 | Thomas Dubbs | Partner | 06/08/20 | 4.7 | 060 | Attend hearing. | $ 1,100.00 | $ 5,170.00 |
| 1397 | Thomas Hoffman | Partner | 06/08/20 | 0.5 | 130 | Conduct research and draft proposed correspondence with the GC of ▮▮▮▮▮▮ re reorganization plan; draft correspondence with Jeffrey Dubbin re the same. | $ 895.00 | $ 447.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/08/20 | 0.6 | 130 | Confs. with Tom Dubbs re: confirmation hearing strategy and potential responses | $ 625.00 | $ 375.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/09/20 | 0.7 | 140 | Emails with Tom Hoffman re: responses to questions from claimants | $ 625.00 | $ 437.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/09/20 | 1 | 080 | Conducted research re: shareholder proponents related to mediation per instructions from Tom Dubbs; emails re: the same | $ 625.00 | $ 625.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/09/20 | 1.9 | 080 | Read and reviewed mediation proposal by shareholder proponents; drafted email memorandum summarizing analysis re: the same | $ 625.00 | $ 1,187.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1642 | Michael Canty | Partner | 06/09/20 | 0.6 | 050 | Research to outstanding equation issues and attention to filing. | $ 895.00 | $ 537.00 |
| 1642 | Michael Canty | Partner | 06/09/20 | 0.9 | 050 | Attention to Pari Passu issue, research and outreach. | $ 895.00 | $ 805.50 |
| 1642 | Michael Canty | Partner | 06/09/20 | 2.1 | 050 | Attention to Pari Passu research and calls on same. | $ 895.00 | $ 1,879.50 |
| 0563 | Thomas Dubbs | Partner | 06/09/20 | 0.5 | 130 | Review order from Montali clerk. | $ 1,100.00 | $ 550.00 |
| 0563 | Thomas Dubbs | Partner | 06/09/20 | 3.9 | 060 | Attend hearing. | $ 1,100.00 | $ 4,290.00 |
| 1397 | Thomas Hoffman | Partner | 06/09/20 | 0.3 | 130 | Draft correspondence with the GC of ████████ re reorganization plan. | $ 895.00 | $ 268.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/09/20 | 0.3 | 130 | Conf. with Tom Dubbs re: Shareholder proponents research | $ 625.00 | $ 187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/09/20 | 0.5 | 130 | Conf. with Tom Dubbs re: strategic considerations around additional briefing after close of confirmation hearing | $ 625.00 | $ 312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/09/20 | 1.7 | 080 | Reviewed proposed revisions by shareholder proponents to bankruptcy plan and emails re: the same | $ 625.00 | $ 1,062.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/09/20 | 2.9 | 080 | Composed email memorandum to team summarizing problems with proposed revisions by shareholder proponents to bankruptcy plan | $ 625.00 | $ 1,812.50 |
| 1699 | Aram Boghosian | Associate | 06/10/20 | 0.5 | 050 | Research on hedge fund proposal for bankruptcy. | $ 475.00 | $ 237.50 |
| 1331 | Carol Villegas | Partner | 06/10/20 | 1 | 010 | call with ███ on claim process. | $ 895.00 | $ 895.00 |
| 0023 | Eric Belfi | Partner | 06/10/20 | 1 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 950.00 |
| 0023 | Eric Belfi | Partner | 06/10/20 | 1.3 | 130 | Client communications on claim forms in bankruptcy. | $ 950.00 | $ 1,235.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/10/20 | 1.2 | 080 | Confs. with Tom Dubbs and Mike Canty re: revisions to bankruptcy mediation proposal and strategies re: the same | $ 625.00 | $ 750.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/10/20 | 1.2 | 080 | Emails re: mediation proposal, reactions, and analyses | $ 625.00 | $ 750.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/10/20 | 1.6 | 080 | Worked with Andrew Behlmann on damages modeling and estimates in conjunction with mediation proposals; emails re: the same | $ 625.00 | $ 1,000.00 |
| 1642 | Michael Canty | Partner | 06/10/20 | 2.1 | 050 | Review of counter, calls and research. | $ 895.00 | $ 1,879.50 |
| 1642 | Michael Canty | Partner | 06/10/20 | 3.3 | 140 | Discussion on plan, calls and outreach. | $ 895.00 | $ 2,953.50 |
| 0563 | Thomas Dubbs | Partner | 06/10/20 | 1 | 080 | Conference with Mediator Newsome re position paper and settlement offer. | $ 1,100.00 | $ 1,100.00 |
| 0563 | Thomas Dubbs | Partner | 06/10/20 | 1.1 | 080 | Call with Mediator Newsome re settlement document. | $ 1,100.00 | $ 1,210.00 |
| 0563 | Thomas Dubbs | Partner | 06/10/20 | 2.3 | 130 | Conferences with Michael Canty, Michael Etkin, Jeffrey Dubbin et al re position and settlement offer. | $ 1,100.00 | $ 2,530.00 |
| 0563 | Thomas Dubbs | Partner | 06/10/20 | 2.5 | 080 | Review memo from Mediator Newsome; review settlement response from Debtor. | $ 1,100.00 | $ 2,750.00 |
| 0563 | Thomas Dubbs | Partner | 06/10/20 | 3 | 130 | Work on draft position paper and settlement offer. | $ 1,100.00 | $ 3,300.00 |
| 1438 | William Schervish II | Other Professional | 06/10/20 | 1.8 | 080 | Performed trading volume computations for M. Canty | $ 565.00 | $ 1,017.00 |
| 4430 | Betsy Schulman | Non-Partner Track Attorney | 06/10/20 | 0.4 | 050 | Reviewed the Bankruptcy Court docket and emailed a list of recent additions to the docket to J. Dubbin and A. Boghosian | $ 335.00 | $ 134.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 0563 | Thomas Dubbs | Partner | 06/10/20 | 3.0 | 130 | Conference with team re offer; conferences re work-up of analytics and damages with team. | $ 1,100.00 | $ 3,300.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/10/20 | 1.8 | 080 | Revised and finalized mediation proposal re: bankruptcy plan treatment of Class 10A-II claims | $ 625.00 | $ 1,125.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/10/20 | 1.4 | 080 | Continued confs. and corresp. with Tom Dubbs re: revisions to bankruptcy mediation proposal and strategies re: the same | $ 625.00 | $ 875.00 |
| 1331 | Carol Villegas | Partner | 06/10/20 | 1.6 | 080 | Calls to discuss mediation process on conversion and share rate. Call with W. Schervish on research project. | $ 895.00 | $ 1,432.00 |
| 1331 | Carol Villegas | Partner | 06/10/20 | 0.6 | 010 | review and revise client update on bankruptcy claim | $ 895.00 | $ 537.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/11/20 | 1.2 | 080 | Strategy conf. with Mike Canty and Tom Dubbs re: mediation counterproposal and response; follow-up emails re: the same | $ 625.00 | $ 750.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/11/20 | 1.5 | 080 | Reviewed mediation counter-proposal; emails with team re: the same | $ 625.00 | $ 937.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/11/20 | 1.6 | 080 | Revised recovery estimates and damages modeling with Andrew Behlmann related to mediation proposals | $ 625.00 | $ 1,000.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/11/20 | 2.7 | 080 | Prepared chart with alternative formulations for mediation proposals per instructions from Tom Dubbs | $ 625.00 | $ 1,687.50 |
| 1642 | Michael Canty | Partner | 06/11/20 | 0.3 | 140 | Attention to waiver issue and proposed language. | $ 895.00 | $ 268.50 |
| 1642 | Michael Canty | Partner | 06/11/20 | 0.6 | 080 | Attention to mediation issues and outreach. | $ 895.00 | $ 537.00 |
| 1642 | Michael Canty | Partner | 06/11/20 | 1.6 | 080 | Attention to mediation numbers on equation. | $ 895.00 | $ 1,432.00 |
| 1642 | Michael Canty | Partner | 06/11/20 | 2.1 | 080 | Call on material for mediation. | $ 895.00 | $ 1,879.50 |
| 0563 | Thomas Dubbs | Partner | 06/11/20 | 1.9 | 080 | Calls with Mediator Newsome re calls with Jones Day and settlement status. | $ 1,100.00 | $ 2,090.00 |
| 0563 | Thomas Dubbs | Partner | 06/11/20 | 2.3 | 130 | Conference with team re settlement strategies and prepare for next round. | $ 1,100.00 | $ 2,530.00 |
| 0563 | Thomas Dubbs | Partner | 06/11/20 | 2.5 | 080 | Call with Mediator Newsome re settlement status; memo to Newsome. | $ 1,100.00 | $ 2,750.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/11/20 | 2.9 | 080 | Drafted mediation counterproposal and email summarizing strategy behind the same | $ 625.00 | $ 1,812.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/12/20 | 1.3 | 140 | Conf. with Tom Dubbs and Mike Canty re: update to client; follow-up re: the same | $ 625.00 | $ 812.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/12/20 | 1.4 | 080 | Drafted and revised chart with mediation counterproposal (alternative formulations) | $ 625.00 | $ 875.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/12/20 | 1.7 | 130 | Conf. with Tom Dubbs, Mike Canty, Carol Villegas, and Mickey Etkin re: strategy for presenting unresolved issues to bankruptcy court; follow-up conf. with Mike Canty re: the same | $ 625.00 | $ 1,062.50 |
| 1642 | Michael Canty | Partner | 06/12/20 | 2.1 | 050 | Calls and research on final submission and objection issues. | $ 895.00 | $ 1,879.50 |
| 1642 | Michael Canty | Partner | 06/12/20 | 2.9 | 080 | Attention to mediation issues. | $ 895.00 | $ 2,595.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 0563 | Thomas Dubbs | Partner | 06/12/20 | 1.5 | 080 | Review order from Chambers; two calls with Mediator Newsome. | $ 1,100.00 | $ 1,650.00 |
| 0563 | Thomas Dubbs | Partner | 06/12/20 | 1.5 | 130 | Team meeting re stock. | $ 1,100.00 | $ 1,650.00 |
| 0563 | Thomas Dubbs | Partner | 06/12/20 | 1.9 | 080 | Calls with Michael Canty and Jeffrey Dubbin re proposal papers and negotiations. | $ 1,100.00 | $ 2,090.00 |
| 0563 | Thomas Dubbs | Partner | 06/12/20 | 2.8 | 080 | Work on proposal for mediation; review defense proposal. | $ 1,100.00 | $ 3,080.00 |
| 0563 | Thomas Dubbs | Partner | 06/12/20 | 3 | 080 | Review second proposal; calls with Mediator Newsome re same; work on draft papers re objections. | $ 1,100.00 | $ 3,300.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/13/20 | 0.2 | 050 | Conf. with Mike Canty re: outstanding objections brief strategy | $ 625.00 | $ 125.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/13/20 | 1.5 | 080 | Revised draft mediation proposal per instructions from Tom Dubbs | $ 625.00 | $ 937.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/13/20 | 1.9 | 050 | Conf. with Tom Dubbs about brief re: outstanding objections; revised brief per instructions from Tom Dubbs | $ 625.00 | $ 1,187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/13/20 | 2.2 | 050 | Outlined and drafted notice re: outstanding objections | $ 625.00 | $ 1,375.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/13/20 | 2.6 | 050 | Drafted brief re: outstanding objections - introduction and preliminary statement sections | $ 625.00 | $ 1,625.00 |
| 1642 | Michael Canty | Partner | 06/13/20 | 1.1 | 080 | Attention to mediation and emails on same. | $ 895.00 | $ 984.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/14/20 | 0.9 | 080 | Drafted proposals for Mediator Newsome per instructions from Tom Dubbs | $ 625.00 | $ 562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/14/20 | 1.0 | 050 | Drafted brief re: outstanding objections -- injunction section | $ 625.00 | $ 625.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/14/20 | 1.6 | 050 | Drafted brief re: outstanding objections -- all sections | $ 625.00 | $ 1,000.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/14/20 | 1.7 | 050 | Drafted brief re: outstanding objections -- insurance sections | $ 625.00 | $ 1,062.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/14/20 | 2.4 | 050 | Revised brief re: outstanding objections -- formula sections | $ 625.00 | $ 1,500.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/14/20 | 2.9 | 050 | Drafted brief re: outstanding objections -- factual background section | $ 625.00 | $ 1,812.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/14/20 | 3 | 050 | Drafted brief re: outstanding objections -- formula sections | $ 625.00 | $ 1,875.00 |
| 1642 | Michael Canty | Partner | 06/14/20 | 1.2 | 080 | Attention to mediation issues and emails on same and attention to submission. | $ 895.00 | $ 1,074.00 |
| | | | | | | **INTENTIONALLY OMITTED** | | |
| 1331 | Carol Villegas | Partner | 06/15/20 | 1.2 | 080 | Review multiple communications regarding strategy for mediation. | $ 895.00 | $ 1,074.00 |
| 1331 | Carol Villegas | Partner | 06/15/20 | 1.5 | 050 | Review case management update to court and discuss with team. | $ 895.00 | $ 1,342.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/15/20 | 0.8 | 130 | Conf. with Mike Canty re: revisions to notice re: objections | $ 625.00 | $ 500.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/15/20 | 1.7 | 050 | Continued revising brief re: outstanding objections | $ 625.00 | $ 1,062.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/15/20 | 2.1 | 050 | Conducted legal research in support of brief re: outstanding objections | $ 625.00 | $ 1,312.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 06/15/20 | 2.4 | 050 | Drafted brief re: outstanding objections -- all remaining sections | $ 625.00 | $ 1,500.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/15/20 | 2.8 | 050 | Drafted and revised brief re: outstanding objections -- insurance sections | $ 625.00 | $ 1,750.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/15/20 | 3 | 050 | Revised brief re: outstanding objections -- all sections | $ 625.00 | $ 1,875.00 |
| 1642 | Michael Canty | Partner | 06/15/20 | 0.4 | 080 | Call with Thomas Dubbs and attention to emails re: mediation. | $ 895.00 | $ 358.00 |
| 1642 | Michael Canty | Partner | 06/15/20 | 0.9 | 140 | Call with Dubbin regarding potential submission. | $ 895.00 | $ 805.50 |
| 1642 | Michael Canty | Partner | 06/15/20 | 1.1 | 080 | Attention to draft submission. | $ 895.00 | $ 984.50 |
| 1642 | Michael Canty | Partner | 06/15/20 | 1.1 | 130 | Discussion and analysis of draft submission. | $ 895.00 | $ 984.50 |
| 0563 | Thomas Dubbs | Partner | 06/15/20 | 1.5 | 130 | Conferences with Michael Etkin. | $ 1,100.00 | $ 1,650.00 |
| 0563 | Thomas Dubbs | Partner | 06/15/20 | 3 | 130 | Work on papers for court. | $ 1,100.00 | $ 3,300.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/16/20 | 1.8 | 080 | Read, reviewed, and revised proposed mediation offers regarding bankruptcy plan treatment of securities claims | $ 625.00 | $ 1,125.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/16/20 | 2.9 | 050 | Continued revising bankruptcy court brief re: outstanding objections per instructions from Tom Dubbs | $ 625.00 | $ 1,812.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/16/20 | 3.0 | 050 | Revised bankruptcy court brief re: outstanding objections per instructions from Tom Dubbs | $ 625.00 | $ 1,875.00 |
| 1642 | Michael Canty | Partner | 06/16/20 | 0.3 | 140 | Update and discussion with colleague on outstanding issues. | $ 895.00 | $ 268.50 |
| 1642 | Michael Canty | Partner | 06/16/20 | 0.4 | 080 | Update on bankruptcy mediation and email on same. | $ 895.00 | $ 358.00 |
| 1642 | Michael Canty | Partner | 06/16/20 | 1 | 140 | Discussion with team regarding potential resolution of open bankruptcy issue. | $ 895.00 | $ 895.00 |
| 1642 | Michael Canty | Partner | 06/16/20 | 1.9 | 060 | Hearing and follow up with team. | $ 895.00 | $ 1,700.50 |
| 0563 | Thomas Dubbs | Partner | 06/16/20 | 2.5 | 050 | Review ██████████ and other cases, work on draft of briefing. | $ 1,100.00 | $ 2,750.00 |
| 0563 | Thomas Dubbs | Partner | 06/16/20 | 3.0 | 050 | Work on drafts of briefing re objections. | $ 1,100.00 | $ 3,300.00 |
| 0563 | Thomas Dubbs | Partner | 06/16/20 | 3.1 | 130 | Conference with Michael Etkin; review Jones Day proposal; call Johnston; conference re draft. | $ 1,100.00 | $ 3,410.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/16/20 | 1.6 | 060 | Attended bankruptcy court status conference | $ 625.00 | $ 1,000.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/16/20 | 0.3 | 130 | Confs. with Mike Canty, Carol Villegas, and Andrew Behlmann following up on bankruptcy court status conference | $ 625.00 | $ 187.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/16/20 | 0.6 | 080 | Conf. with Lowenstein and Labaton teams re: bankruptcy mediation proposal and edits | $ 625.00 | $ 375.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/17/20 | 0.5 | 130 | Conf. with Lynda Bennett, Andrew Behlmann, Tom Dubbs, Mike Canty, and Carol Villegas re: insurance offset in bankruptcy plan | $ 625.00 | $ 312.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/17/20 | 2.4 | 050 | Continued drafting bankruptcy court filing re: remaining objection | $ 625.00 | $ 1,500.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/17/20 | 2.5 | 050 | Drafted question presented insert for bankruptcy court objection brief per instructions from Tom Dubbs | $ 625.00 | $ 1,562.50 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1587 | Jeffrey Dubbin | Of Counsel | 06/17/20 | 2.9 | 080 | Read, reviewed, and revised mediation proposal; conf. with Tom Dubbs re: the same | $ 625.00 | $ 1,812.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/17/20 | 3.0 | 050 | Drafted bankruptcy court filing re: remaining objection | $ 625.00 | $ 1,875.00 |
| 1642 | Michael Canty | Partner | 06/17/20 | 0.7 | 140 | Attention to submission on insurance offset. | $ 895.00 | $ 626.50 |
| 1642 | Michael Canty | Partner | 06/17/20 | 0.8 | 140 | Call with bankruptcy counsel. | $ 895.00 | $ 716.00 |
| 1642 | Michael Canty | Partner | 06/17/20 | 1.8 | 140 | Attention to edits. | $ 895.00 | $ 1,611.00 |
| 0563 | Thomas Dubbs | Partner | 06/17/20 | 1.0 | 050 | Multiple calls with Jeffrey Dubbin and team re brief. | $ 1,100.00 | $ 1,100.00 |
| 0563 | Thomas Dubbs | Partner | 06/17/20 | 2.5 | 090 | Prepare for and participate in conference with Jones Day re stipulation. | $ 1,100.00 | $ 2,750.00 |
| 0563 | Thomas Dubbs | Partner | 06/17/20 | 2.7 | 050 | Work on brief. | $ 1,100.00 | $ 2,970.00 |
| 0563 | Thomas Dubbs | Partner | 06/17/20 | 3.0 | 090 | Prepare for and teleconference with Michael Etkin re stipulation objections. | $ 1,100.00 | $ 3,300.00 |
| 1397 | Thomas Hoffman | Partner | 06/17/20 | 1.5 | 130 | Edit objection to claim objection procedures; draft correspondence with Thomas Dubbs, Michael Canty and Jeffrey Dubbin re the same. | $ 895.00 | $ 1,342.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/18/20 | 0.9 | 050 | Conf. and emails with Andrew Behlmann re: filing and additional revisions; reviewed edits and made further revisions; email corresp. re: the same | $ 625.00 | $ 562.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/18/20 | 1 | 050 | Cite checked and proofread brief for filing | $ 625.00 | $ 625.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/18/20 | 2.3 | 050 | Revised brief related to remaining objection to bankruptcy plan per instructions from Tom Dubbs; conf. with Tom Dubbs re: revisions and process for finalizing and filing | $ 625.00 | $ 1,437.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/18/20 | 2.6 | 050 | Revised bankruptcy court brief re: remaining objection to confirmation | $ 625.00 | $ 1,625.00 |
| 1642 | Michael Canty | Partner | 06/18/20 | 1.2 | 140 | Attention to insurance offset submission. | $ 895.00 | $ 1,074.00 |
| 0563 | Thomas Dubbs | Partner | 06/18/20 | 1.3 | 090 | Review Jones Day stipulation as modified; conference with Jones Day re same. | $ 1,100.00 | $ 1,430.00 |
| 0563 | Thomas Dubbs | Partner | 06/18/20 | 1.5 | 080 | Conference calls re negotiations with Michael Etkin (4 calls); Jones Day (3 calls); Judge Newsom (2 calls). | $ 1,100.00 | $ 1,650.00 |
| 0563 | Thomas Dubbs | Partner | 06/18/20 | 1.9 | 130 | Conferences with Jeffrey Dubbin, Michael Etkin, Michael Canty re brief. | $ 1,100.00 | $ 2,090.00 |
| 0563 | Thomas Dubbs | Partner | 06/18/20 | 2 | 050 | Work on injunction language. | $ 1,100.00 | $ 2,200.00 |
| 0563 | Thomas Dubbs | Partner | 06/18/20 | 3 | 050 | Work on brief. | $ 1,100.00 | $ 3,300.00 |
| 1699 | Aram Boghosian | Associate | 06/19/20 | 1.9 | 060 | Bankruptcy hearing. | $ 475.00 | $ 902.50 |
| 1331 | Carol Villegas | Partner | 06/19/20 | 1 | 060 | PGE bankruptcy hearing | $ 895.00 | $ 895.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/19/20 | 1.1 | 140 | Reviewed recent bankruptcy filings per instructions from Tom Dubbs; corresp. re: the same | $ 625.00 | $ 687.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/19/20 | 1.9 | 060 | Attended bankruptcy court hearing re: remaining objections; emails with team in preparation for the same | $ 625.00 | $ 1,187.50 |
| 1642 | Michael Canty | Partner | 06/19/20 | 0.6 | 140 | Attention to submission. | $ 895.00 | $ 537.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1642 | Michael Canty | Partner | 06/19/20 | 2 | 060 | Hearing and attention to same. | $ 895.00 | $ 1,790.00 |
| 0563 | Thomas Dubbs | Partner | 06/19/20 | 1.5 | 130 | Conference with Michael Etkin to prepare for hearing. | $ 1,100.00 | $ 1,650.00 |
| 0563 | Thomas Dubbs | Partner | 06/19/20 | 1.9 | 060 | Attend hearing before Judge Montali. | $ 1,100.00 | $ 2,090.00 |
| 1642 | Michael Canty | Partner | 06/22/20 | 0.3 | 140 | Attention to open bank issues. | $ 895.00 | $ 268.50 |
| 1397 | Thomas Hoffman | Partner | 06/22/20 | 0.3 | 130 | Participate in telephone conference with Thomas Dubbs, Michael Canty, Carol Villegas and Jeffrey Dubbin re fees for bankruptcy proceedings. | $ 895.00 | $ 268.50 |
| 1699 | Aram Boghosian | Associate | 06/24/20 | 2.0 | 060 | Bankruptcy hearing. | $ 475.00 | $ 950.00 |
| 1642 | Michael Canty | Partner | 06/24/20 | 2 | 060 | Attend bankruptcy hearing and attention to same. | $ 895.00 | $ 1,790.00 |
| 0563 | Thomas Dubbs | Partner | 06/24/20 | 2 | 060 | Prep for hearing and review tentative ruling. | $ 1,100.00 | $ 2,200.00 |
| 0563 | Thomas Dubbs | Partner | 06/24/20 | 2.4 | 060 | Prep for and attend hearing. | $ 1,100.00 | $ 2,640.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/24/20 | 1.4 | 060 | Attended bankruptcy court hearing re: claims procedures | $ 625.00 | $ 875.00 |
| 1642 | Michael Canty | Partner | 06/25/20 | 1.5 | 140 | Update and follow up with colleague regarding bankruptcy. | $ 895.00 | $ 1,342.50 |
| 0563 | Thomas Dubbs | Partner | 06/25/20 | 0.9 | 130 | Conference with Michael Etkin re briefing and strategy. | $ 1,100.00 | $ 990.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/25/20 | 1.1 | 130 | Conf. with Eric Belfi, Tom Dubbs, Carol Villegas, and Mike Canty re: summary of bankruptcy developments including claims processes and procedures | $ 625.00 | $ 687.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/26/20 | 2.3 | 140 | Continued drafting and revising memorandum re: developments in bankruptcy related to claims process and client outreach | $ 625.00 | $ 1,437.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/26/20 | 3.0 | 140 | Drafted and revised memorandum re: developments in bankruptcy related to claims process and outreach | $ 625.00 | $ 1,875.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 06/29/20 | 0.7 | 140 | Reviewed filings re: bankruptcy claims process and procedures | $ 625.00 | $ 437.50 |
| 0563 | Thomas Dubbs | Partner | 06/29/20 | 2.3 | 130 | Draft agenda for and chair meeting with PG&E case team and co-counsel re status, strategic choices, appeals, etc. | $ 1,100.00 | $ 2,530.00 |
| 1397 | Thomas Hoffman | Partner | 06/29/20 | 2.5 | 130 | Prepare for and participate in zoom re status of bankruptcy proceedings and litigation strategy. | $ 895.00 | $ 2,237.50 |
| 1699 | Aram Boghosian | Associate | 06/30/20 | 3 | 050 | Research on bankruptcy procedure for resolution of claims. | $ 475.00 | $ 1,425.00 |
| 1331 | Carol Villegas | Partner | 06/30/20 | 4.0 | 140 | client outreach calls on bankruptcy update. | $ 895.00 | $ 3,580.00 |
| 0023 | Eric Belfi | Partner | 06/30/20 | 3.3 | 130 | Spoke to numerous clients giving them an update on the bankruptcy case. | $ 950.00 | $ 3,135.00 |
| 1642 | Michael Canty | Partner | 06/30/20 | 0.5 | 140 | Attention to outreach. | $ 895.00 | $ 447.50 |
| 1642 | Michael Canty | Partner | 06/30/20 | 0.6 | 140 | Attention to calls and outreach. | $ 895.00 | $ 537.00 |
| 1642 | Michael Canty | Partner | 06/30/20 | 0.8 | 140 | Prepare for calls and outreach. | $ 895.00 | $ 716.00 |
| 1642 | Michael Canty | Partner | 06/30/20 | 1.0 | 140 | Prepare and outreach call. | $ 895.00 | $ 895.00 |
| 1642 | Michael Canty | Partner | 06/30/20 | 1.1 | 140 | Update calls and prepare for same. | $ 895.00 | $ 984.50 |
| 1699 | Aram Boghosian | Associate | 07/01/20 | 3 | 050 | Research re class mechanisms post-confirmation. | $ 475.00 | $ 1,425.00 |
| 1699 | Aram Boghosian | Associate | 07/01/20 | 3.0 | 050 | Further research on post-confirmation class mechanisms. | $ 475.00 | $ 1,425.00 |
| 1331 | Carol Villegas | Partner | 07/01/20 | 1 | 130 | Call to discuss bankruptcy updates. | $ 895.00 | $ 895.00 |
| 0023 | Eric Belfi | Partner | 07/01/20 | 1.1 | 130 | PGE – client communications | $ 950.00 | $ 1,045.00 |

| Timekeeper ID | Timekeeper Name | Timekeeper Title Name | Date | Printed Hours | Task Code | Narrative | Historical Rate | Actual Value |
|---|---|---|---|---|---|---|---|---|
| 1642 | Michael Canty | Partner | 07/01/20 | 0.8 | 140 | Call update and prepare for call with filers. | $ 895.00 | $ 716.00 |
| 1642 | Michael Canty | Partner | 07/01/20 | 0.8 | 140 | Call update with clients. | $ 895.00 | $ 716.00 |
| 1642 | Michael Canty | Partner | 07/01/20 | 0.9 | 140 | Updates to relevant parties. | $ 895.00 | $ 805.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 07/01/20 | 2.9 | 140 | Composed letter to client re: bankruptcy proof of claim forms | $ 625.00 | $ 1,812.50 |
| 1699 | Aram Boghosian | Associate | 07/02/20 | 0.7 | 050 | Additional research on discovery limitations in current proceedings. | $ 475.00 | $ 332.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 07/02/20 | 0.4 | 050 | Conf. with Andrew Behlmann re: bankruptcy claims procedure | $ 625.00 | $ 250.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 07/02/20 | 1.0 | 140 | Revised client update re: withdrawal of proof of claim and bankruptcy | $ 625.00 | $ 625.00 |
| 1587 | Jeffrey Dubbin | Of Counsel | 07/02/20 | 1.5 | 050 | Composed email memorandum to Tom Dubbs, Carol Villegas, and Mike Canty re: answers to questions about bankruptcy claims process | $ 625.00 | $ 937.50 |
| 1587 | Jeffrey Dubbin | Of Counsel | 07/02/20 | 2.6 | 140 | Drafted letter to client re: withdrawal of proof of claim and other bankruptcy updates | $ 625.00 | $ 1,625.00 |
| 0563 | Thomas Dubbs | Partner | 07/02/20 | 1.1 | 130 | Call with Michael Canty re Davila letter, call with Weil, and strategy, status. | $ 1,100.00 | $ 1,210.00 |
| 0563 | Thomas Dubbs | Partner | 07/02/20 | 1.9 | 130 | Continue review of treatise on claims and procedure. | $ 1,100.00 | $ 2,090.00 |
| 0563 | Thomas Dubbs | Partner | 07/02/20 | 3.0 | 130 | Review treatise on claims and procedure. | $ 1,100.00 | $ 3,300.00 |
| 1397 | Thomas Hoffman | Partner | 07/02/20 | 2.5 | 130 | Participate in telephone conference and draft correspondence with Michael Canty, Carol Villegas and counsel for ████ re status of bankruptcy proceedings; draft correspondence with ████ re the same; participate in zoom and draft correspondence with J. Dubbin and C. Liu re assignments. | $ 895.00 | $ 2,237.50 |
| 0023 | Eric Belfi | Partner | 07/20/20 | 0.3 | 130 | PGE – client communication - █. | $ 950.00 | $ 285.00 |
| | | | | 2,562.2 | | | | $ 1,762,023.00 |

# EXHIBIT C

*In re: PG&E CORP. & PACIFIC GAS AND ELECTRIC CO.*

Case No. 19-30088 (DM) (Lead Case)

**EXHIBIT C**

**EXPENSE REPORT**

FIRM: LABATON SUCHAROW LLP

REPORTING PERIOD: INCEPTION THROUGH JULY 31, 2020

| CATEGORY | | TOTAL AMOUNT |
|---|---|---|
| Court Conference Calls | | $1,194.10 |
| Court Fees | | $950.00 |
| Court Reporting/Transcription | | $487.20 |
| Expert / Consultant Fees | | $159,170.91 |
| Lowenstein Sandler LLP | $46,630.16 | |
| The Michelson Law Group | $112,540.75 | |
| Work-Related Transportation / Meals / Lodging | | $6,923.49 |
| Work-Related Meals | $787.81 | |
| Work-Related Transportation (incl. airfare) | $4,349.93 | |
| Hotel | $1,785.75 | |
| **TOTAL** | | **$168,725.70** |

# EXHIBIT D



# Securities Litigation Practice Profile

Case: 19-30088   Doc# 8950-2   Filed: 08/31/20   Entered: 08/31/20 17:12:32   Page 79
of 123



# ABOUT THE FIRM

Founded in 1963, Labaton Sucharow LLP has earned a reputation as one of the leading plaintiffs' firms in the United States. For more than half a century, Labaton Sucharow has successfully exposed corporate misconduct and recovered billions of dollars in the United States and around the globe on behalf of investors and consumers.  Our mission is to continue this legacy and to continue to advance market fairness and transparency in the areas of securities, antitrust, corporate governance and shareholder rights, data privacy and cybersecurity, and consumer protection law and whistleblower representation.

The Firm has recovered significant losses for investors and secured corporate governance reforms on behalf of the nation's largest institutional investors, including public pension, Taft-Hartley, and hedge funds, investment banks, and other financial institutions. These recoveries include more than $1 billion in *In re American International Group, Inc. Securities Litigation,* $671 million in *In re HealthSouth Securities Litigation*, $624 million in *In re Countrywide Financial Corporation Securities Litigation*, and $473 million in *In re Schering-Plough/ENHANCE Securities Litigation.*

Along with securing newsworthy recoveries, the Firm has a track record for successfully prosecuting complex cases from discovery to trial to verdict. In court, as *Law360* has noted, our attorneys are known for "fighting defendants tooth and nail." Our appellate experience includes winning appeals that increased settlement values for clients and securing a landmark 2013 US Supreme Court victory benefitting all investors by reducing barriers to the certification of securities class action cases.

Our Firm is equipped to deliver results due to our robust infrastructure of more than 60 full-time attorneys, a dynamic professional staff, and innovative technological resources. Labaton Sucharow attorneys are skilled in every stage of business litigation and have challenged corporations from every sector of the financial market. Our professional staff includes paralegals, financial analysts, e-discovery specialists, a certified public accountant, a certified fraud examiner, and a forensic accountant. We have one of the largest in-house investigative teams in the securities bar.

Outside of the courtroom, the Firm is known for its leadership and participation in investor protection organizations, such as the Council for Institutional Investors, the World Federation of Investors, and the National Association of Shareholder and Consumer Attorneys, as well as serving as a patron of the John L. Weinberg Center for Corporate Governance of the University of Delaware. The Firm shares these groups' commitment to a market that operates with greater transparency, fairness, and accountability.

Labaton Sucharow is consistently ranked as a leading law firm by top industry publications, including *Chambers & Partners USA*, *The Legal 500*, and *Benchmark Litigation*, among others. *The National Law Journal* "Elite Trial Lawyers" named Labaton Sucharow the 2020 "Law Firm of the Year" for Securities Litigation.  The award marks the second consecutive year the Firm has received the prestigious award and the third award overall.  The winner was chosen for their "cutting-edge work on behalf of plaintiffs over the last 15 months" as well as possessing "a solid track record of client wins over the past three to five years."  Additionally, the Firm was recognized as a "Finalist" in the Antitrust and Class Action categories.  The Firm was also

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 80
of 123



recognized for its pro bono efforts being named the 2020 "Law Firm of the Year" in the Immigration category. In addition, Labaton Sucharow partners have been recognized as leaders in their respective practice areas, including such accolades as *Law360* Securities MVP, *Law360* Class Action Rising Star, *NLJ* Plaintiffs' Trailblazer, and *NLJ* Elite Woman in the Plaintiffs' Bar, among others.

Visit **www.labaton.com** for more information about our Firm.



# SECURITIES CLASS ACTION LITIGATION

Labaton Sucharow is a leader in securities litigation and a trusted advisor to more than 300 institutional investors. Since the passage of the Private Securities Litigation Reform Act of 1995 (PSLRA), the Firm has recovered more than $10 billion in the aggregate for injured investors through securities class actions prosecuted throughout the United States and against numerous public corporations and other corporate wrongdoers.

These notable recoveries would not be possible without our exhaustive case evaluation process. The Firm has developed a proprietary system for portfolio monitoring and reporting on domestic and international securities litigation, and currently provides these services to more than 300 institutional investors, which manage collective assets of more than $2 trillion. The Firm's in-house investigators also gather crucial details to support our cases, whereas other firms rely on outside vendors or fail to conduct any confidential investigation at all.

As a result of our thorough case evaluation process, our securities litigators can focus solely on cases with strong merits. The benefits of our selective approach are reflected in the low dismissal rate of the securities cases we pursue, a rate well below the industry average. Over the past decade, we have successfully prosecuted headline-making class actions against AIG, Countrywide, Fannie Mae, and Bear Stearns, among others.

## NOTABLE SUCCESSES

Labaton Sucharow has achieved notable successes in financial and securities class actions on behalf of investors, including the following:

- ▪ ***In re American International Group, Inc. Securities Litigation*, No. 04-cv-8141 (S.D.N.Y.)**

    In one of the most complex and challenging securities cases in history, Labaton Sucharow secured <u>more than $1 billion</u> in recoveries on behalf of lead plaintiff Ohio Public Employees' Retirement System in a case arising from allegations of bid rigging and accounting fraud. To achieve this remarkable recovery, the Firm took over 100 depositions and briefed 22 motions to dismiss. The full settlement entailed a $725 million settlement with American International Group (AIG), $97.5 million settlement with AIG's auditors, $115 million settlement with former AIG officers and related defendants, and an additional $72 million settlement with General Reinsurance Corporation, which was approved by the Second Circuit on September 11, 2013.

- ▪ ***In re Countrywide Financial Corp. Securities Litigation*, No. 07-cv-05295 (C.D. Cal.)**

    Labaton Sucharow, as lead counsel for the New York State Common Retirement Fund and the five New York City public pension funds, sued one of the nation's largest issuers of mortgage loans for credit risk misrepresentations. The Firm's focused investigation and discovery efforts uncovered incriminating evidence that led to a <u>$624 million</u> settlement for investors. On February 25, 2011, the court granted final approval to the

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 82 of 123



settlement, which is one of the top 20 securities class action settlements in the history of the PSLRA.

▪ *In re HealthSouth Corp. Securities Litigation*, No. 03-cv-01500 (N.D. Ala.)

Labaton Sucharow served as co-lead counsel to New Mexico State Investment Council in a case stemming from one of the largest frauds ever perpetrated in the healthcare industry. Recovering $671 million for the class, the settlement is one of the top 15 securities class action settlements of all time. In early 2006, lead plaintiffs negotiated a settlement of $445 million with defendant HealthSouth. On June 12, 2009, the court also granted final approval to a $109 million settlement with defendant Ernst & Young LLP. In addition, on July 26, 2010, the court granted final approval to a $117 million partial settlement with the remaining principal defendants in the case—UBS AG, UBS Warburg LLC, Howard Capek, Benjamin Lorello, and William McGahan.

▪ *In re Schering-Plough/ENHANCE Securities Litigation*, No. 08-cv-00397 (D. N.J.)

As co-lead counsel, Labaton Sucharow obtained a $473 million settlement on behalf of co-lead plaintiff Massachusetts Pension Reserves Investment Management Board. After five years of litigation, and three weeks before trial, the settlement was approved on October 1, 2013. This recovery is one of the largest securities fraud class action settlements against a pharmaceutical company. The Special Masters' Report noted, **"The outstanding result achieved for the class is the direct product of outstanding skill and perseverance by Co-Lead Counsel…no one else…could have produced the result here—no government agency or corporate litigant to lead the charge and the Settlement Fund is the product solely of the efforts of Plaintiffs' Counsel."**

▪ *In re Waste Management, Inc. Securities Litigation*, No. H-99-2183 (S.D. Tex.)

In 2002, the court approved an extraordinary settlement that provided for the recovery of $457 million in cash, plus an array of far-reaching corporate governance measures. Labaton Sucharow represented lead plaintiff Connecticut Retirement Plans and Trust Funds. At that time, this settlement was the largest common fund settlement of a securities action achieved in any court within the Fifth Circuit and the third largest achieved in any federal court in the nation. Judge Harmon noted, among other things, that Labaton Sucharow **"obtained an outstanding result by virtue of the quality of the work and vigorous representation of the class."**

▪ *In re General Motors Corp. Securities Litigation*, No. 06-cv-1749 (E.D. Mich.)

As co-lead counsel in a case against automotive giant General Motors (GM) and its auditor Deloitte & Touche LLP (Deloitte), Labaton Sucharow obtained a settlement of $303 million—one of the largest settlements ever secured in the early stages of a securities fraud case. Lead plaintiff Deka Investment GmbH alleged that GM, its officers, and its outside auditor overstated GM's income by billions of dollars and GM's operating cash flows by tens of billions of dollars, through a series of accounting manipulations. The final settlement, approved on July 21, 2008, consisted of a cash payment of $277 million by GM and $26 million in cash from Deloitte.



- ***Arkansas Teacher Retirement System v. State Street Corp.***, No. 11-cv-10230 (D. Mass.)

  Labaton Sucharow served as lead counsel for the plaintiff Arkansas Teacher Retirement System (ATRS) in a securities class action against Boston-based financial services company, State Street Corporation (State Street). On November 2, 2016, the court granted final approval of the $300 million settlement with State Street. The plaintiffs claimed that State Street, as custodian bank to a number of public pension funds, including ATRS, was responsible for foreign exchange (FX) trading in connection with its clients' global trading. Over a period of many years, State Street systematically overcharged pension fund clients, including Arkansas, for those FX trades.

- ***Wyatt v. El Paso Corp.***, No. H-02-2717 (S.D. Tex.)

  Labaton Sucharow secured a $285 million class action settlement against the El Paso Corporation on behalf of the co-lead plaintiff, an individual. The case involved a securities fraud stemming from the company's inflated earnings statements, which cost shareholders hundreds of millions of dollars during a four-year span. On March 6, 2007, the court approved the settlement and also commended the efficiency with which the case had been prosecuted, particularly in light of the complexity of the allegations and the legal issues.

- ***In re Bear Stearns Cos., Inc. Securities, Derivative & ERISA Litigation***, No. 08-cv-2793 (S.D.N.Y.)

  Labaton Sucharow served as co-lead counsel, representing lead plaintiff State of Michigan Retirement Systems and the class. The action alleged that Bear Stearns and certain officers and directors made misstatements and omissions in connection with Bear Stearns' financial condition, including losses in the value of its mortgage-backed assets and Bear Stearns' risk profile and financial status. The action further claimed that Bear Stearns' outside auditor, Deloitte & Touche LLP, made misstatements and omissions in connection with its audits of Bear Stearns' financial statements for fiscal years 2006 and 2007. Our prosecution of this action required us to develop a detailed understanding of the arcane world of packaging and selling subprime mortgages. Our complaint has been called a "tutorial" for plaintiffs and defendants alike in this fast-evolving area. After surviving motions to dismiss, on November 9, 2012, the court granted final approval to settlements with the defendant Bear Stearns for $275 million and with Deloitte for $19.9 million.

- ***In re Massey Energy Co. Securities Litigation***, No. 10-CV-00689 (S.D. W.Va.)

  As co-lead counsel representing the Commonwealth of Massachusetts Pension Reserves Investment Trust, Labaton Sucharow achieved a $265 million all-cash settlement in a case arising from one of the most notorious mining disasters in US history. On June 4, 2014, the settlement was reached with Alpha Natural Resources, Massey's parent company. Investors alleged that Massey falsely told investors it had embarked on safety improvement initiatives and presented a new corporate image following a deadly fire at one of its coalmines in 2006. After another devastating explosion, which killed 29 miners in 2010, Massey's market capitalization dropped by more than $3 billion. Judge Irene C. Berger noted, **"Class counsel has done an expert job of representing all of the**

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 84 of 123



**class members to reach an excellent resolution and maximize recovery for the class."**

▪ *Eastwood Enterprises, LLC v. Farha (WellCare Securities Litigation)*, **No. 07-cv-1940 (M.D. Fla.)**

On behalf of the New Mexico State Investment Council and the Public Employees Retirement Association of New Mexico, Labaton Sucharow served as co-lead counsel and negotiated a $200 million settlement over allegations that WellCare Health Plans, Inc., a Florida-based healthcare service provider, disguised its profitability by overcharging state Medicaid programs. Further, under the terms of the settlement approved by the court on May 4, 2011, WellCare agreed to pay an additional $25 million in cash if, at any time in the next three years, WellCare was acquired or otherwise experienced a change in control at a share price of $30 or more after adjustments for dilution or stock splits.

▪ *In re Bristol-Myers Squibb Securities Litigation*, **No. 00-cv-1990 (D.N.J.)**

Labaton Sucharow served as lead counsel representing the lead plaintiff, union-owned LongView Collective Investment Fund of the Amalgamated Bank (LongView), against drug company Bristol-Myers Squibb (BMS). LongView claimed that the company's press release touting its new blood pressure medication, Vanlev, left out critical information— that undisclosed results from the clinical trials indicated that Vanlev appeared to have life-threatening side effects. The FDA expressed serious concerns about these side effects, and BMS released a statement that it was withdrawing the drug's FDA application, resulting in the company's stock price falling and losing nearly 30 percent of its value in a single day. After a five-year battle, we won relief on two critical fronts. First, we secured a $185 million recovery for shareholders, and second, we negotiated major reforms to the company's drug development process that will have a significant impact on consumers and medical professionals across the globe. Due to our advocacy, BMS must now disclose the results of clinical studies on all of its drugs marketed in any country.

▪ *In re Fannie Mae 2008 Securities Litigation*, **No. 08-cv-7831 (S.D.N.Y.)**

As co-lead counsel representing co-lead plaintiff Boston Retirement System, Labaton Sucharow secured a $170 million settlement on March 3, 2015, with Fannie Mae. The lead plaintiffs alleged that Fannie Mae and certain of its current and former senior officers violated federal securities laws, by making false and misleading statements concerning the company's internal controls and risk management with respect to Alt-A and subprime mortgages. The lead plaintiffs also alleged that defendants made misstatements with respect to Fannie Mae's core capital, deferred tax assets, other-than-temporary losses, and loss reserves. Labaton Sucharow successfully argued that investors' losses were caused by Fannie Mae's misrepresentations and poor risk management, rather than by the financial crisis. This settlement is a significant feat, particularly following the unfavorable result in a similar case involving investors in Fannie Mae's sibling company, Freddie Mac.

▪ *In re Broadcom Corp. Class Action Litigation*, **No. 06-cv-05036 (C.D. Cal.)**

Labaton Sucharow served as lead counsel on behalf of lead plaintiff New Mexico State Investment Council in a case stemming from Broadcom Corp.'s $2.2 billion restatement of its historic financial statements for 1998-2005. In August 2010, the court granted final approval of a $160.5 million settlement with Broadcom and two individual defendants to

Case: 19-30088   Doc# 8950-2   Filed: 08/31/20   Entered: 08/31/20 17:12:32   Page 85 of 123



resolve this matter. It is the second largest up-front cash settlement ever recovered from a company accused of options backdating. Following a Ninth Circuit ruling confirming that outside auditors are subject to the same pleading standards as all other defendants, the district court denied the motion by Broadcom's auditor, Ernst & Young, to dismiss on the ground of loss causation. This ruling is a major victory for the class and a landmark decision by the court—the first of its kind in a case arising from stock-options backdating. In October 2012, the court approved a <u>$13 million</u> settlement with Ernst & Young.

- ▪ *In re Satyam Computer Services Ltd. Securities Litigation, No. 09-md-2027 (S.D.N.Y.)*

  Satyam Computer Services Ltd. (Satyam), referred to as "India's Enron," engaged in one of the most egregious frauds on record. In a case that rivals the Enron and Bernie Madoff scandals, the Firm represented lead plaintiff UK-based Mineworkers' Pension Scheme, which alleged that Satyam, related entities, Satyam's auditors, and certain directors and officers made materially false and misleading statements to the investing public about the company's earnings and assets, artificially inflating the price of Satyam securities. On September 13, 2011, the court granted final approval to a settlement with Satyam of <u>$125 million</u> and a settlement with the company's auditor, PricewaterhouseCoopers, in the amount of <u>$25.5 million</u>. Judge Barbara S. Jones commended lead counsel during the final approval hearing, noting the **"…quality of representation[,] which I found to be very high."**

- ▪ *In re Mercury Interactive Corp. Securities Litigation, No. 05-cv-3395 (N.D. Cal.)*

  Labaton Sucharow served as co-lead counsel on behalf of co-lead plaintiff Steamship Trade Association/International Longshoremen's Association Pension Fund, which alleged that Mercury Interactive Corp. (Mercury) backdated option grants used to compensate employees and officers of the company. Mercury's former CEO, CFO, and General Counsel actively participated in and benefited from the options backdating scheme, which came at the expense of the company's shareholders and the investing public. On September 25, 2008, the court granted final approval of the <u>$117.5 million</u> settlement.

- ▪ *In re Oppenheimer Champion Fund Securities Fraud Class Actions, No. 09-cv-525 (D. Colo.) and In re Core Bond Fund, No. 09-cv-1186 (D. Colo.)*

  Labaton Sucharow served as lead counsel and represented individuals and the proposed class in two related securities class actions brought against OppenheimerFunds, Inc., among others, and certain officers and trustees of two funds—Oppenheimer Core Bond Fund and Oppenheimer Champion Income Fund. The lawsuits alleged that the investment policies followed by the funds resulted in investor losses when the funds suffered drops in net asset value although they were presented as safe and conservative investments to consumers. In May 2011, the Firm achieved settlements amounting to <u>$100 million</u>: <u>$52.5 million</u> in *In re Oppenheimer Champion Fund Securities Fraud Class Actions* and a <u>$47.5 million</u> settlement in *In re Core Bond Fund*.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 86 of 123



- ***In re Computer Sciences Corporation Securities Litigation**, No. 11-cv-610 (E.D. Va.)*

  As lead counsel representing Ontario Teachers' Pension Plan Board, Labaton Sucharow secured a <u>$97.5 million</u> settlement in this "rocket docket" case involving accounting fraud. The settlement was the third largest all-cash recovery in a securities class action in the Fourth Circuit and the second largest all-cash recovery in such a case in the Eastern District of Virginia. The plaintiffs alleged that IT consulting and outsourcing company, Computer Sciences Corporation (CSC), fraudulently inflated its stock price by misrepresenting and omitting the truth about the state of its most visible contract and the state of its internal controls. In particular, the plaintiffs alleged that CSC assured the market that it was performing on a $5.4 billion contract with the UK National Health Service when CSC internally knew that it could not deliver on the contract, departed from the terms of the contract, and as a result, was not properly accounting for the contract. Judge T.S. Ellis III stated, **"I have no doubt—that the work product I saw was always of the highest quality for both sides."**

## LEAD COUNSEL APPOINTMENTS IN ONGOING LITIGATION

Labaton Sucharow's institutional investor clients are regularly chosen by federal judges to serve as lead plaintiffs in prominent securities litigations brought under the PSLRA. Dozens of public pension funds and union funds have selected Labaton Sucharow to represent them in federal securities class actions and advise them as securities litigation/investigation counsel. Our recent notable lead and co-lead counsel appointments include the following:

- ***In re AT&T/DirecTV Now Securities Litigation**, No. 19-cv-2892 (S.D.N.Y.)*

  Labaton Sucharow represents Steamfitters Local 449 Pension Plan in this securities class action against AT&T and multiple executives and directors of the company alleging wide-ranging fraud, abusive sales tactics, and misleading statements to the market in regards to the streaming service, DirecTV Now.

- ***In re PG&E Corporation Securities Litigation**, No. 18-cv-03509 (N.D. Cal.)*

  Labaton Sucharow represents the Public Employees Retirement Association of New Mexico in a securities class action lawsuit against PG&E related to wildfires that devastated Northern California in 2017.

- ***In re SCANA Corporation Securities Litigation**, No. 17-cv-2616 (D.S.C.)*

  Labaton Sucharow represents the West Virginia Investment Management Board against SCANA Corporation and certain of the company's senior executives in a securities class action alleging false and misleading statements about the construction of two new nuclear power plants.

- ***Murphy v. Precision Castparts Corp.**, No. 16-cv-00521 (D. Or.)*

  Labaton Sucharow represents Oklahoma Firefighters Pension and Retirement System in a securities class action against Precision Castparts Corp., an aviation parts manufacturing conglomerate that produces complex metal parts primarily marketed to industrial and aerospace customers.



- ***In re Goldman Sachs Group, Inc. Securities Litigation***, No. 10-cv-03461 (S.D.N.Y.)

  Labaton Sucharow represents Arkansas Teacher Retirement System in a high-profile litigation based on the scandals involving Goldman Sachs' sales of the Abacus CDO.

## INNOVATIVE LEGAL STRATEGY

Bringing successful litigation against corporate behemoths during a time of financial turmoil presents many challenges, but Labaton Sucharow has kept pace with the evolving financial markets and with corporate wrongdoers' novel approaches to committing fraud.

Our Firm's innovative litigation strategies on behalf of clients include the following:

- ***Mortgage-Related Litigation***

  In *In re Countrywide Financial Corporation Securities Litigation*, No. 07-cv-5295 (C.D. Cal.), our client's claims involved complex and data-intensive arguments relating to the mortgage securitization process and the market for residential mortgage-backed securities (RMBS) in the United States. To prove that defendants made false and misleading statements concerning Countrywide's business as an issuer of residential mortgages, Labaton Sucharow utilized both in-house and external expert analysis. This included state-of-the-art statistical analysis of loan level data associated with the creditworthiness of individual mortgage loans. The Firm recovered <u>$624 million</u> on behalf of investors.

  Building on its experience in this area, the Firm has pursued claims on behalf of individual purchasers of RMBS against a variety of investment banks for misrepresentations in the offering documents associated with individual RMBS deals.

- ***Options Backdating***

  In 2005, Labaton Sucharow took a pioneering role in identifying options-backdating practices as both damaging to investors and susceptible to securities fraud claims, bringing a case, *In re Mercury Interactive Securities Litigation*, No. 05-cv-3395 (N.D. Cal.), that spawned many other plaintiff recoveries.

  Leveraging its experience, the Firm went on to secure other significant options backdating settlements in, for example, *In re Broadcom Corp. Class Action Litigation*, No. 06-cv-5036 (C.D. Cal.) and *In re Take-Two Interactive Securities Litigation*, No. 06-cv-0803 (S.D.N.Y.). Moreover, in *Take-Two*, Labaton Sucharow was able to prompt the SEC to reverse its initial position and agree to distribute a disgorgement fund to investors, including class members. The SEC had originally planned for the fund to be distributed to the US Treasury. As a result, investors received a very significant percentage of their recoverable damages.

- ***Foreign Exchange Transactions Litigation***

  The Firm has pursued and is pursuing claims for state pension funds against BNY Mellon and State Street Bank, the two largest custodian banks in the world. For more than a decade, these banks failed to disclose that they were overcharging their custodial clients for foreign exchange transactions. Given the number of individual transactions this practice affected, the damages caused to our clients and the class were significant.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 88 of 123



Our claims, involving complex statistical analysis, as well as qui tam jurisprudence, were filed ahead of major actions by federal and state authorities related to similar allegations that commenced in 2011. Our team favorably resolved the BNY Mellon matter in 2012. The case against State Street Bank resulted in a $300 million recovery.

## APPELLATE ADVOCACY AND TRIAL EXPERIENCE

When it is in the best interest of our clients, Labaton Sucharow repeatedly has demonstrated our willingness and ability to litigate these complex cases all the way to trial, a skill unmatched by other firms in the plaintiffs' bar.

Labaton Sucharow is one of the few firms in the plaintiffs' securities bar to have prevailed in a case before the US Supreme Court. In *Amgen Inc. v. Connecticut Retirement Plans and Trust Funds*, 568 U.S. 455 (2013), the Firm persuaded the court to reject efforts to thwart the certification of a class of investors seeking monetary damages in a securities class action. This represents a significant victory for all plaintiffs in securities class actions.

In *In re Real Estate Associates Limited Partnership Litigation*, Labaton Sucharow's advocacy significantly increased the settlement value for shareholders. The defendants were unwilling to settle for an amount the Firm and its clients viewed as fair, which led to a six-week trial. The Firm and co-counsel ultimately obtained a landmark $184 million jury verdict. The jury supported the plaintiffs' position that the defendants knowingly violated federal securities laws and that the general partner had breached his fiduciary duties to shareholders. The $184 million award was one of the largest jury verdicts returned in any PSLRA action and one in which the class, consisting of 18,000 investors, recovered 100 percent of their damages.

# OUR CLIENTS

Labaton Sucharow represents and advises the following institutional investor clients, among others:

- Arkansas Teacher Retirement System
- Baltimore County Retirement System
- Boston Retirement System
- California State Teachers' Retirement System
- Chicago Teachers' Pension Fund
- City of New Orleans Employees' Retirement System
- Connecticut Retirement Plans & Trust Funds
- Division of Investment of the New Jersey Department of the Treasury
- Genesee County Employees' Retirement System
- Illinois Municipal Retirement Fund
- Indiana Public Retirement System
- Los Angeles County Employees Retirement Association
- Macomb County Employees Retirement System
- Metropolitan Atlanta Rapid Transit Authority
- Michigan Retirement Systems

- New York State Common Retirement Fund
- Norfolk County Retirement System
- Office of the Ohio Attorney General and several of its Retirement Systems
- Oklahoma Firefighters Pension and Retirement System
- Plymouth County Retirement System
- Office of the New Mexico Attorney General and several of its Retirement Systems
- Public Employees' Retirement System of Mississippi
- Public Employee Retirement System of Idaho
- Rhode Island State Investment Commission
- Santa Barbara County Employees' Retirement System
- State of Oregon Public Employees' Retirement System
- State of Wisconsin Investment Board
- Utah Retirement Systems
- Virginia Retirement System
- West Virginia Investment Management Board

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 90 of 123



# AWARDS AND ACCOLADES

## CONSISTENTLY RANKED AS A LEADING FIRM:



*The National Law Journal* "Elite Trial Lawyers" named Labaton Sucharow the **2020 Law Firm of the Year for Securities Litigation**. This marks the second consecutive year the Firm has received the prestigious award and the third time overall. The winner was chosen for their **"cutting-edge work on behalf of plaintiffs over the last 15 months"** as well as possessing **"a solid track record of client wins over the past three to five years."** Additionally, the Firm was recognized as a finalist in the **Antitrust** and **Class Action** categories. The Firm was also recognized for its pro bono efforts, being named the **2020 Law Firm of the Year in the Immigration Category**.



*Benchmark Litigation US* recognized Labaton Sucharow both nationally and regionally, in Delaware and New York, in its 2020 edition and named nine partners as **Litigation Stars** and **Future Stars** across the U.S. The Firm received top rankings in the **Securities** and **Dispute Resolution** categories. The publication also named the Firm as one of the **"Top 10 Plaintiff's Firms"** in the nation.



Labaton Sucharow is recognized by *Chambers USA 2020* as among the leading plaintiffs' firms in the nation, receiving a total of five practice group rankings and seven individual rankings. *Chambers* notes that the Firm is "**considered one of the greatest plaintiffs' firms," a " very good and very thoughtful group." They "take strong advocacy positions on behalf of their clients."**



In 2019, Labaton Sucharow was a finalist for *Euromoney LMG's* **Women in Business Law Awards** in the North American Best Gender Diversity Initiative category. *Euromoney LMG* recognized the Firm's 2018 event "Institutional Investing in Women and Minority-Owned Investment Firms," which featured two all-female panels of the country's leading asset allocators and fund managers and addressed the importance of diversity investing.



Labaton Sucharow has named *Law360* **Practice Group of the Year** in two categories, Class Action and Securities. The awards recognize the firms behind the wins that "resonated throughout the legal industry in the past year."



Labaton Sucharow has been recognized as one of the nation's best plaintiffs' firms by *The Legal 500*. In 2019, the Firm once again earned a Tier 1 ranking in **Securities Litigation** and, for the first time, was ranked Tier 1 for **M&A Litigation**. The Firm is also ranked for its excellence in the **Antitrust** category, and 12 Labaton Sucharow lawyers were ranked or recommended in the 2019 guide.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 91 of 123



# COMMUNITY INVOLVEMENT

To demonstrate our deep commitment to the community, Labaton Sucharow has devoted significant resources to pro bono legal work and public and community service.

## FIRM COMMITMENTS

### Immigration Justice Campaign

Labaton Sucharow has partnered with the Immigration Justice Campaign to represent immigrants in their asylum proceedings.

### Brooklyn Law School Securities Arbitration Clinic

Labaton Sucharow partnered with Brooklyn Law School to establish a securities arbitration clinic. The program, has run for five years, assisted defrauded individual investors who could not otherwise afford to pay for legal counsel and provided students with real-world experience in securities arbitration and litigation. Former partners Mark S. Arisohn and Joel H. Bernstein led the program as adjunct professors.

### Change for Kids

Labaton Sucharow supports Change for Kids (CFK) as a Strategic Partner of P.S. 182 in East Harlem. One school at a time, CFK rallies communities to provide a broad range of essential educational opportunities to under-resourced public elementary schools. By creating inspiring learning environments at partner schools, CFK enables students to discover their unique strengths and develop the confidence to achieve.

### The Lawyers' Committee for Civil Rights Under Law

The Firm is a long-time supporter of the Lawyers' Committee for Civil Rights Under Law (the Lawyers' Committee), a nonpartisan, nonprofit organization formed in 1963 at the request of President John F. Kennedy. The Lawyers' Committee involves the private bar in providing legal services to address racial discrimination.

Labaton Sucharow attorneys have contributed on the federal level to national voters' rights initiatives and US Supreme Court nominee analyses (analyzing nominees for their views on such topics as ethnic equality, corporate diversity, and gender discrimination).

### Sidney Hillman Foundation

Labaton Sucharow supports the Sidney Hillman Foundation. Created in honor of the first president of the Amalgamated Clothing Workers of America, Sidney Hillman, the foundation supports investigative and progressive journalism by awarding monthly and yearly prizes. Partner Thomas A. Dubbs is frequently invited to present these awards.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 92
of 123



# INDIVIDUAL ATTORNEY COMMITMENTS

Labaton Sucharow attorneys give of themselves in many ways, both by volunteering and by filling leadership positions in charitable organizations. A few of the awards our attorneys have received and organizations they are involved in are as follows:

- Awarded "Champion of Justice" by the Alliance for Justice, a national nonprofit association of over 100 organizations that represent a broad array of groups "committed to progressive values and the creation of an equitable, just, and free society."
- Recipient of a Volunteer and Leadership Award from a tenants' advocacy organization for work defending the rights of city residents and preserving their fundamental sense of public safety and home.
- Board Member of the Ovarian Cancer Research Fund—the largest private funding agency of its kind supporting research into a method of early detection and, ultimately, a cure for ovarian cancer.

Our attorneys have also contributed to or continue to volunteer with the following charitable organizations, among others:

- American Heart Association
- Big Brothers/Big Sisters of New York City
- Boys and Girls Club of America
- Carter Burden Center for the Aging
- City Harvest
- City Meals-on-Wheels
- Coalition for the Homeless
- Cycle for Survival
- Cystic Fibrosis Foundation
- Dana Farber Cancer Institute
- Food Bank for New York City
- Fresh Air Fund
- Habitat for Humanity
- Lawyers Committee for Civil Rights

- Legal Aid Society
- Mentoring USA
- National Lung Cancer Partnership
- National MS Society
- National Parkinson Foundation
- New York Cares
- New York Common Pantry
- Peggy Browning Fund
- Sanctuary for Families
- Sandy Hook School Support Fund
- Save the Children
- Special Olympics
- Toys for Tots
- Williams Syndrome Association

Case: 19-30088   Doc# 8950-2   Filed: 08/31/20   Entered: 08/31/20 17:12:32   Page 93 of 123



# COMMITMENT TO DIVERSITY

Diversity and inclusion are vital to our success as a national law firm, giving us diverse viewpoints from which to address our global clients' most pressing needs and complex legal challenges. At Labaton Sucharow, we are continually committed to developing initiatives that focus on our diversity and inclusion goals—which include recruiting, professional development, and attorney retention and advancement of diverse and minority candidates—while also raising awareness to the legal profession as a whole.

*"There is strength in diversity. At Labaton Sucharow, we strive to improve diversity within the Firm's ranks and the legal profession as a whole. We believe having a variety of viewpoints and backgrounds improves the quality of our work and makes us better lawyers."*

> — *Gregory Asciolla, Partner and Chair of the Diversity & Inclusion Committee*

## OUR MISSION

Over the last 50 years, our Firm has earned global recognition for extraordinary success in securing historic recoveries and reform for investors and consumers. We strive to achieve the same level of success in promoting fairness and equality within our ranks as we do within the industry, and believe that can only be achieved by building a team of professionals who have a broad range of backgrounds, orientations, and interests. The Firm's leadership recognizes the importance of extending leadership positions to diverse lawyers and is committed to investing time and resources to recruit, mentor, promote and sponsor the next generation of diverse attorneys

## WOMEN'S INITIATIVE

### Women's Networking and Mentoring Initiative

Labaton Sucharow became the first—and remains the only—securities litigation firm with a dedicated program that fosters growth, leadership, and success for its female attorneys. Established in 2007, Labaton Sucharow's Women's Initiative has hosted numerous educational seminars and networking events at the Firm. The goal of the Women's Initiative is to promote the advancement and growth of female lawyers and staff in order to groom them into future leaders, as well as to collaborate with industry and thought leaders to promote the advancement of women as a whole. The Women's Initiative does this in part by engaging phenomenal female speakers who can impart wisdom, share professional lessons learned, and serve as an inspiration to the group. The Women's Initiative also hosts numerous workshops throughout the year that focus on enhancing professional development. Past workshops have focused on strengthening negotiation and public speaking skills, the importance of business development, and addressing gender inequality issues for women in the law.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 94 of 123



## Institutional Investing in Women and Minority-Led Investment Firms



In September 2018, Labaton Sucharow's Women's Initiative hosted its inaugural half-day event featuring two all-female panels on institutional investing in women and minority-led investment firms at the Four Seasons Hotel in New York. The event was designed to bring public pension funds, diverse managers, hedge funds, investment consultants, and legal counsel together to address the importance of diversity investing and to hear firsthand from leaders in the space as to how we can advance institutional investing in diverse investment firms. Noteworthy research has shown that diversity in background, gender, and ethnicity leads to smarter, more balanced, and better-informed decision making—which leads to generations of greater returns for all involved. And investing in women and minority-led firms creates a positive social impact, which can address economic imbalances that may be socially driven.

The event allows us to provide a platform for highly accomplished women within the pension and investment community to share their experiences and expertise in this area. One of the primary goals of this event is to foster awareness of diverse asset management opportunities and discuss the benefits of allocations to diverse firms, while highlighting best practices for enabling diverse managers to showcase their unique strengths to institutional investors. While diverse in other aspects, it is notable that the event features all-female panels, an important step to support the recognition and advancement of women and a trend that we hope and believe will continue to gain visibility at national and international conferences each year. In terms of its audience, the event has been targeted to those in the investment community who can continue a dialogue and advance the program's cause. As such, while very well-attended by guests from all over the country, the event is designed to be intimate in nature to allow for a free exchange of thoughts and ideas.

The inaugural event, which was co-chaired by partners Serena P. Hallowell, Carol C. Villegas, and Marisa N. DeMato, was shortlisted for *Euromoney's* Best Gender Diversity Initiative award and for a *Chambers USA* Diversity & Inclusion Award. Our Women's Initiative hosted its second annual event in September 2019 and is planning additional events in 2020.



## MINORITY SCHOLARSHIP AND INTERNSHIPS

Demonstrating our commitment to diversity in law and at Labaton Sucharow, we established the Labaton Sucharow Minority Scholarship and Internship in 2006.

Every year, we present a grant and a summer associate position to a first-year minority student from a metropolitan New York law school who has demonstrated academic excellence, community commitment, and superior personal integrity. Several past scholarship recipients have become full-time attorneys at the Firm.

The Firm also offers two annual summer internships to Hunter College students, who rotate through our various departments, shadowing Firm partners and getting a feel for the inner workings of a law firm.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 95 of 123



# PROFESSIONAL PROFILES

Labaton Sucharow employs 170 individuals, composed of 68 attorneys (including partners, of counsel, and associates), 22 staff attorneys, 37 legal support staff (including law clerks, case development professionals, investigators, data analysts, and paralegals), and 43 other support staff. The attorneys in the Firm's New York office are primarily dedicated to securities class action litigation and antitrust litigation services. The Firm's Case Evaluation Team, which includes attorneys dedicated to case development, in-house securities data analysts, and our internal investigative unit, also is based in the New York office. The Firm's case evaluation process is led by a team of seven attorneys focused on evaluating the merits of filed cases and developing proprietary new matters overlooked by other firms. We have four separate litigation teams dedicated to prosecuting securities class actions, which include several senior female partners. The personnel in Labaton Sucharow's Delaware office focuses on representing institutional investors in shareholder derivative, merger & acquisition, and corporate governance litigation. The focus of our Washington, D.C. office is U.S. and non-U.S. securities litigation and whistleblower representation.

## PROFESSIONAL PROFILES

### Christopher J. Keller
### Chairman

Christopher J. Keller is Chairman of Labaton Sucharow LLP and head of the Firm's Executive Committee. He is based in the Firm's New York office. Chris focuses on complex securities litigation cases and works with institutional investor clients, including some of the world's largest public and private pension funds with tens of billions of dollars under management.

Chris's distinction in the plaintiffs' bar is has earned him recognition from *Lawdragon* as an "Elite Lawyer in the Legal Profession" and "Leading Plaintiff Financial Lawyer," as well as recommendations from *The Legal 500* for excellence in the field of securities litigation.

Described by *The Legal 500* as a "sharp and tenacious advocate" who "has his pulse on the trends," Chris has been instrumental in the Firm's appointments as lead counsel in some of the largest securities matters arising out of the financial crisis, such as actions against Countrywide ($624 million settlement), Bear Stearns ($275 million settlement with Bear Stearns Companies and $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor), and Goldman Sachs.

Chris has been integral in the prosecution of traditional fraud cases such as *In re Schering-Plough Corporation/ENHANCE Securities Litigation*; *In re Massey Energy Co. Securities Litigation*, where the Firm obtained a $265 million all-cash settlement with Alpha Natural Resources, Massey's parent company; as well as *In re Satyam Computer Services, Ltd. Securities Litigation*, where the Firm obtained a settlement of more than $150 million. Chris was also a principal litigator on the trial team of *In re Real Estate Associates Limited Partnership Litigation*. The six-week jury trial resulted in a $185 million plaintiffs' verdict, one of the largest jury verdicts since the passage of the Private Securities Litigation Reform Act.

In addition to his active caseload, Chris holds a variety of leadership positions within the Firm, including serving on the Firm's Executive Committee. In response to the evolving needs of clients, Chris also established, and currently leads, the Case Development Group, which is composed of

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 96 of 123



attorneys, in-house investigators, financial analysts, and forensic accountants. The group is responsible for evaluating clients' financial losses and analyzing their potential legal claims both in and outside of the U.S. and tracking trends that are of potential concern to investors.

Educating institutional investors is a significant element of Chris's advocacy efforts for shareholder rights. He is regularly called upon for presentations on developing trends in the law and new case theories at annual meetings and seminars for institutional investors.

Chris is a member of several professional groups, including the New York State Bar Association and the New York County Lawyers' Association. He is a prior member of the Board of Directors of the City Bar Fund, the nonprofit 501(c)(3) arm of the New York City Bar Association aimed at engaging and supporting the legal profession in advancing social justice.

Chris earned his Juris Doctor from St. John's University School of Law. He received his bachelor's degree from Adelphi University.

## Lawrence A. Sucharow
## Of Counsel and Senior Adviser

Lawrence A. Sucharow is Of Counsel and Senior Adviser in the New York office of Labaton Sucharow LLP. In this role, Larry focuses on counseling the Firm's large institutional clients, developing creative and compelling strategies to advance and protect clients' interests, and prosecuting and resolving many of the Firm's leading cases. With more than four decades of experience, Larry is an internationally recognized trial lawyer and a leader of the class action bar. Under his guidance, the Firm has earned its position as one of the top plaintiffs securities and antitrust class action firms in the world.

In recognition of his career accomplishments and standing in the securities bar, Larry was selected by *Law360* as one the 10 Most Admired Securities Attorneys in the United States and as a Titan of the Plaintiffs Bar. Larry was honored with the *National Law Journal's* Elite Trial Lawyers Lifetime Achievement Award, and he is one of a small handful of plaintiffs' securities lawyers in the United States recognized by *Chambers & Partners USA*, *The Legal 500*, and *Benchmark Litigation* for his successes in securities litigation. Larry has been consistently recognized by *Lawdragon* as one of the country's leading lawyers, and in 2020, Larry was inducted in the Hall of Fame in recognition of his outstanding contributions as a leader and litigator. Referred to as a "legend" by his peers in *Benchmark Litigation*, *Chambers* describes him as an "immensely respected plaintiff advocate" and a "renowned figure in the securities plaintiff world…[that] has handled some of the most high-profile litigation in this field." According to *The Legal 500*, clients characterize Larry as "a strong and passionate advocate with a desire to win." In addition, Brooklyn Law School honored Larry as Alumni of the Year Award in 2012 for his notable achievements in the field.

Over the course of his career, Larry has prosecuted hundreds of cases and the Firm has recovered billions in groundbreaking securities, antitrust, business transaction, product liability, and other class actions. In fact, a landmark case tried in 2002—*In re Real Estate Associates Limited Partnership Litigation*—was the very first securities action successfully tried to a jury verdict following the enactment of the Private Securities Litigation Reform Act (PSLRA). Experience such as this has made Larry uniquely qualified to evaluate and successfully prosecute class actions.

Other representative matters include: *Arkansas Teacher Retirement System v. State Street Corporation* ($300 million settlement); *In re CNL Resorts, Inc. Securities Litigation* ($225 million settlement); *In re Paine Webber Incorporated Limited Partnerships Litigation* ($200 million settlement); *In re Prudential Securities Incorporated Limited Partnerships Litigation* ($110 million partial settlement); *In re Prudential Bache Energy Income Partnerships Securities Litigation* ($91 million settlement); and *Shea v. New York Life Insurance Company* (over $92 million settlement).

Case: 19-30088   Doc# 8950-2   Filed: 08/31/20   Entered: 08/31/20 17:12:32   Page 97 of 123



Larry's consumer protection experience includes leading the national litigation against the tobacco companies in *Castano v. American Tobacco Co.,* as well as litigating *In re Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation*. Currently, he plays a key role in *In re Takata Airbag Products Liability Litigation* and a nationwide consumer class action against Volkswagen Group of America, Inc., arising out of the wide-scale fraud concerning Volkswagen's "Clean Diesel" vehicles. Larry further conceptualized the establishment of two Dutch foundations, or "Stichtingen" to pursue settlement of claims against Volkswagen on behalf of injured car owners and investors in Europe.

In 2018, Larry was appointed to serve on Brooklyn Law School's Board of Trustees. He has served a two-year term as President of the National Association of Shareholder and Consumer Attorneys, a membership organization of approximately 100 law firms that practice complex civil litigation including class actions. A longtime supporter of the Federal Bar Council, Larry serves as a trustee of the Federal Bar Council Foundation. He is a member of the Federal Bar Council's Committee on Second Circuit Courts, and the Federal Courts Committee of the New York County Lawyers' Association. He is also a member of the Securities Law Committee of the New Jersey State Bar Association and was the Founding Chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association, a position he held from 1988-1994. In addition, Larry serves on the Advocacy Committee of the World Federation of Investors Corporation, a worldwide umbrella organization of national shareholder associations. In May 2013, Larry was elected Vice Chair of the International Financial Litigation Network, a network of law firms from 15 countries seeking international solutions to cross-border financial problems.

Larry earned his Juris Doctor, *cum laude*, from Brooklyn Law School. He received his bachelor's degree from Baruch School of the City College of the City University of New York.

## Eric J. Belfi
## Partner

Eric J. Belfi is a Partner in the New York office of Labaton Sucharow LLP and a member of the Firm's Executive Committee. An accomplished litigator with a broad range of experience in commercial matters, Eric represents many of the world's leading pension funds and other institutional investors. Eric actively focuses on domestic and international securities and shareholder litigation, as well as direct actions on behalf of governmental entities. As an integral member of the Firm's Case Development Group, Eric has brought numerous high-profile domestic securities cases that resulted from the credit crisis, including the prosecution against Goldman Sachs. Along with his domestic securities litigation practice, Eric leads the Firm's Non-U.S. Securities Litigation Practice, which is dedicated exclusively to analyzing potential claims in non-U.S. jurisdictions and advising on the risks and benefits of litigation in those forums. Additionally, Eric oversees the Financial Products and Services Litigation Practice, focusing on individual actions against malfeasant investment bankers, including cases against custodial banks that allegedly committed deceptive practices relating to certain foreign currency transactions.

*Lawdragon* has recognized Eric as one of the country's "500 Leading Plaintiff Financial Lawyers" as the result of their research into top verdicts and settlements, and input from "lawyers nationwide about whom they admire and would hire to seek justice for a claim that strikes a loved one."

In his work with the Case Development Group, Eric was actively involved in securing a combined settlement of $18.4 million in *In re Colonial BancGroup, Inc. Securities Litigation*, regarding material misstatements and omissions in SEC filings by Colonial BancGroup and certain underwriters. Eric's experience includes noteworthy M&A and derivative cases such as *In re Medco Health Solutions Inc. Shareholders Litigation* in which he was integrally involved in the negotiation of the settlement that included a significant reduction in the termination fee.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 98
of 123



Under Eric's direction, the Firm's Non-U.S. Securities Litigation Practice—one of the first of its kind—also serves as liaison counsel to institutional investors in such cases, where appropriate. Eric represents nearly 30 institutional investors in over a dozen non-U.S. cases against companies including SNC-Lavalin Group Inc. in Canada, Vivendi Universal, S.A. in France, OZ Minerals Ltd. in Australia, Lloyds Banking Group in the UK, and Olympus Corporation in Japan. Eric's international experience also includes securing settlements on behalf of non-U.S. clients including the U.K.-based Mineworkers' Pension Scheme in *In re Satyam Computer Securities Services Ltd. Securities Litigation*, an action related to one of the largest securities fraud in India, which resulted in $150.5 million in collective settlements. While representing two of Europe's leading pension funds, Deka Investment GmbH and Deka International S.A., Luxembourg, in *In re General Motors Corp. Securities Litigation*, Eric was integral in securing a $303 million settlement in relation to multiple accounting manipulations and overstatements by General Motors.

As head of the Financial Products and Services Litigation Practice, Eric served as lead counsel to Arkansas Teacher Retirement System in a class action against State Street Corporation and certain affiliated entities alleging misleading actions in connection with foreign currency exchange trades, which resulted in a $300 million recovery. He has also represented the Commonwealth of Virginia in its False Claims Act case against Bank of New York Mellon, Inc.

Prior to joining Labaton Sucharow, Eric served as an Assistant Attorney General for the State of New York and as an Assistant District Attorney for the County of Westchester. As a prosecutor, Eric investigated and prosecuted white-collar criminal cases, including many securities law violations. He presented hundreds of cases to the grand jury and obtained numerous felony convictions after jury trials.

Eric is a member of the National Association of Public Pension Attorneys (NAPPA) Securities Litigation Working Group. He has spoken on the topics of shareholder litigation and U.S.-style class actions in European countries and has also discussed socially responsible investments for public pension funds.

Eric earned his Juris Doctor from St. John's University School of Law and received his bachelor's degree from Georgetown University.

## Michael P. Canty
## Partner

Michael P. Canty is a Partner in the New York office of Labaton Sucharow LLP, where he serves as General Counsel and head of the Firm's Consumer Cybersecurity and Data Privacy group. Michael's practice focuses on complex fraud cases on behalf of institutional investors and consumers.

Recommended by *The Legal 500* and *Benchmark Litigation* as an accomplished litigator, Michael has more than a decade of trial experience in matters relating to national security, white collar crime, and cybercrime. Michael has been recognized as a Plaintiffs' Trailblazer and a NY Trailblazer by the *National Law Journal* and the *New York Law Journal*, respectively, for his impact on the practice and business of law. *Lawdragon* has also recognized Mike as one of the 500 Leading Plaintiff Financial Lawyers in America, as the result of their research into the country's top verdicts and settlements.

Michael has successfully prosecuted a number of high-profile securities matters involving technology companies. Most notably, Michael is part of the litigation team that recently achieved a historic $650 million settlement in the *In re Facebook Biometric Information Privacy Litigation* matter—the largest consumer data privacy settlement ever and one of the first cases asserting consumers' biometric privacy rights under Illinois' Biometric Information Privacy Act (BIPA). Michael has also led cases against AMD, a multi-national semiconductor company, and Ubiquiti Networks, Inc., a

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 99
of 123



global software company. In both cases, Michael played a pivotal role in securing favorable settlements for investors.

Prior to joining Labaton Sucharow, Michael served as an Assistant U.S. Attorney in the U.S. Attorney's Office for the Eastern District of New York, where he was the Deputy Chief of the Office's General Crimes Section. During his time as a federal prosecutor, Michael also served in the Office's National Security and Cybercrimes Section. Prior to this, he served as an Assistant District Attorney for the Nassau County District Attorney's Office, where he handled complex state criminal offenses and served in the Office's Homicide Unit.

Michael has extensive trial experience both from his days as a prosecutor in New York City for the U.S. Department of Justice and as a Nassau County Assistant District Attorney. Michael served as trial counsel in more than 35 matters, many of which related to violent crime, white-collar, and terrorism-related offenses. He played a pivotal role in *United States v. Abid Naseer*, where he prosecuted and convicted an al-Qaeda operative who conspired to carry out attacks in the United States and Europe. Michael also led the investigation in *United States v. Marcos Alonso Zea*, a case in which he successfully prosecuted a citizen for attempting to join a terrorist organization in the Arabian Peninsula and for providing material support for planned attacks.

Michael also has extensive experience investigating and prosecuting cases involving the distribution of prescription opioids. In January 2012, Michael was assigned to the U.S. Attorney's Office Prescription Drug Initiative to mount a comprehensive response to what the Centers for Disease Control and Prevention (CDC) has called an epidemic increase in the abuse of so-called opioid analgesics. As a member of the initiative, in *United States v. Conway* and *United States v. Deslouche*, Michael successfully prosecuted medical professionals who were illegally prescribing opioids. In *United States v. Moss et al.*, he was responsible for dismantling one of the largest oxycodone rings operating in the New York metropolitan area at the time. In addition to prosecuting these cases, Michael spoke regularly to the community on the dangers of opioid abuse as part of the Office's community outreach.

Before becoming a prosecutor, Michael worked as a Congressional Staff Member for the U.S. House of Representatives. He primarily served as a liaison between the Majority Leader's Office and the Government Reform and Oversight Committee. During his time with the House of Representatives, Michael managed congressional oversight of the United States Postal Service and reviewed and analyzed counter-narcotics legislation as it related to national security matters.

Michael earned his Juris Doctor, *cum laude*, from St. John's University's School of Law. He received his Bachelor of Arts, *cum laude*, from Mary Washington College.

## Marisa N. DeMato
## Partner

Marisa N. DeMato is a Partner in the New York office of Labaton Sucharow LLP. With more than 15 years of securities litigation experience, Marisa advises leading pension funds and other institutional investors in the United States and Canada on issues related to corporate fraud in U.S. securities markets and provides representation in complex civil actions. Her work focuses on monitoring the well-being of institutional investments and counseling clients on best practices in corporate governance of publicly traded companies. Marisa also advises municipalities and health plans on issues related to U.S. antitrust law and potential violations.

Marisa is known to be "the ultimate professional." *Lawdragon* has named her one of the 500 Leading Plaintiff Financial Lawyers in America, and as a result of her work, the Firm has received a Tier 1 ranking in Plaintiff Securities Litigation from *Legal 500*. According to clients, "It is because of Marisa that Labaton stands out from its competitors."

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page
100 of 123



Marisa has achieved significant settlements on behalf of clients. She represented Seattle City Employees' Retirement System in a $90 million derivative settlement that achieved historic corporate governance reforms from Twenty-First Century Fox, Inc., following allegations of workplace harassment incidents at Fox News. Marisa also represented the Oklahoma Firefighters Pension and Retirement System in an $11 million settlement with Rent-A-Center, Inc. to resolve claims that the company made false and misleading statements regarding its point-of-sale information management system. In *In re Walgreen Co. Derivative Litigation,* she served as legal adviser to the West Palm Beach Police Pension Fund and secured significant corporate governance reforms and extended Drug Enforcement Agency commitments from Walgreens in response to the company's violation of the U.S. Controlled Substances Act.

Marisa is one of the Firm's leading advocates for institutional investing in women and minority-led firms. Since 2018, Marisa serves as co-chair of the Firm's annual Women's Initiative Forum, which has been recognized by *Euromoney* and *Chambers USA* as one of the best gender diversity initiatives. Marisa is instrumental in the development and execution of these events, and the programs have been praised by attendees for offering insightful discussions on how pension funds and other institutional investors can provide opportunities for women and minority-owned firms.

An accomplished speaker, Marisa frequently lectures on topics pertaining to securities fraud litigation, fiduciary responsibility, and corporate governance issues. Marisa has spoken widely on the subprime mortgage crisis and its disastrous effect on the pension fund community in the United States, as well as on the global implications and related fraud to institutional investors in Italy, France, and the U.K. She has also presented on issues arising from the federal regulatory response to the financial crisis, including implications of the Dodd-Frank Act and the national debate on executive compensation and proxy access for shareholders. Marisa has testified before the Texas House of Representatives Pensions Committee on the changing legal landscape for public pensions following the Supreme Court's *Morrison* decision and best practices for non-U.S. investment recovery. Her skillful communication also extends to her interactions with clients. "Marisa stands out as the most effective communicator in regards to our portfolio. She will always keep us informed as to what cases are out there, how solid the merits of the case are, and our potential success as a lead plaintiff."

Prior to joining Labaton Sucharow, Marisa worked for a nationally recognized securities litigation firm and devoted a substantial portion of her time to litigating securities, derivatives, mergers and acquisitions, and consumer fraud. Over the course of those eight years, she represented numerous pension funds, municipalities, and individual investors throughout the U.S. and was an integral member of legal teams that secured multimillion dollar settlements, including *In re Managed Care Litigation* ($135 million recovery); *Cornwell v. Credit Suisse Group* ($70 million recovery); *Michael v. SFBC International, Inc.* ($28.5 million recovery); *Ross v. Career Education Corporation* ($27.5 million recovery); and *Village of Dolton v. Taser International Inc.* ($20 million recovery). Early in her career, Marisa was featured on the sixth season of NBC's "The Apprentice." As a result of her role on "The Apprentice," Marisa has appeared in numerous news media outlets, such as *The Wall Street Journal*, *People*, and various national legal journals.

Marisa is an active member of the National Association of Public Pension Attorneys (NAPPA) and the National Association of Securities Professionals (NASP). She is also a member of the Federal Bar Council, an organization of lawyers dedicated to promoting excellence in federal practice and fellowship among federal practitioners.

Marisa earned her Juris Doctor from the University of Baltimore School of Law. She received her Bachelor of Arts from Florida Atlantic University.



## Thomas A. Dubbs
## Partner

Thomas A. Dubbs is a Partner in the New York office of Labaton Sucharow LLP. Tom focuses on the representation of institutional investors in domestic and multinational securities cases. Tom serves or has served as lead or co-lead counsel in some of the most important federal securities class actions in recent years, including those against American International Group, Goldman Sachs, the Bear Stearns Companies, Facebook, Fannie Mae, Broadcom, and WellCare.

Tom is highly-regarded in his practice. He has been named a top litigator by *Chambers & Partners* for 10 consecutive years and has been consistently ranked as a Leading Lawyer in Securities Litigation by *The Legal 500*. *Law360* named him an MVP of the Year for distinction in class action litigation, and he has been recognized by *The National Law Journal*, *Lawdragon*, and *Benchmark Litigation* for excellence in securities litigation. Tom has also received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory. In addition, *The Legal 500* has inducted Tom into its Hall of Fame—an honor presented to only four plaintiffs securities litigators "who have received constant praise by their clients for continued excellence."

Tom has played an integral role in securing significant settlements in several high-profile cases, including *In re American International Group, Inc. Securities Litigation* (settlements totaling more than $1 billion); *In re Bear Stearns Companies, Inc. Securities Litigation* ($275 million settlement with Bear Stearns Companies plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor); *In re HealthSouth Securities Litigation* ($671 million settlement); *Eastwood Enterprises LLC v. Farha et al.* (WellCare Securities Litigation) (over $200 million settlement); *In re Fannie Mae 2008 Securities Litigation* ($170 million settlement); *In re Broadcom Corp. Securities Litigation* ($160.5 million settlement with Broadcom, plus $13 million settlement with Ernst & Young LLP, Broadcom's outside auditor); *In re St. Paul Travelers Securities Litigation* ($144.5 million settlement); *In re Amgen Inc. Securities Litigation* ($95 million settlement); and *In re Vesta Insurance Group, Inc. Securities Litigation* ($78 million settlement).

Representing an affiliate of the Amalgamated Bank, Tom successfully led a team that litigated a class action against Bristol-Myers Squibb, which resulted in a settlement of $185 million as well as major corporate governance reforms. He has argued before the U.S. Supreme Court and has argued 10 appeals dealing with securities or commodities issues before the U.S. Courts of Appeals.

Due to his reputation in securities law, Tom frequently lectures to institutional investors and other groups, such as the Government Finance Officers Association, the National Conference on Public Employee Retirement Systems, and the Council of Institutional Investors. He is a prolific author of articles related to his field, including "Textualism and Transnational Securities Law: A Reappraisal of Justice Scalia's Analysis in *Morrison v. National Australia Bank*," which he penned for the *Southwestern Journal of International Law*. He has also written several columns in U.K. publications regarding securities class actions and corporate governance.

Prior to joining Labaton Sucharow, Tom was Senior Vice President & Senior Litigation Counsel for Kidder, Peabody & Co. Incorporated, where he represented the company in many class actions, including the *First Executive* and *Orange County* litigation and was first chair in many securities trials. Before joining Kidder, Tom was head of the litigation department at Hall, McNicol, Hamilton & Clark, where he was the principal partner representing Thomson McKinnon Securities Inc. in many matters, including the *Petro Lewis* and *Baldwin-United* class actions.

Tom serves as a FINRA Arbitrator and is an Advisory Board Member for the Institute for Transnational Arbitration. He is a member of the New York State Bar Association and the Association of the Bar of the City of New York, as well as a patron of the American Society of International Law. Tom is an active member of the American Law Institute and is currently an adviser on the proposed Restatement of the Law Third, Conflict of Laws; he was also a member of the Consultative Groups for

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 102 of 123



the Restatement of the Law Fourth, U.S. Foreign Relations Law, and the Principles of Law, Aggregate Litigation.  Tom also serves on the Board of Directors for The Sidney Hillman Foundation.

Tom earned his Juris Doctor and bachelor's degree from the University of Wisconsin-Madison.  He received his master's degree from the Fletcher School of Law and Diplomacy, Tufts University.

## Christine M. Fox
## Partner

Christine M. Fox is a Partner in the New York office of Labaton Sucharow LLP.  With more than 20 years of securities litigation experience, Christine prosecutes complex securities fraud cases on behalf of institutional investors.

Christine is recognized by *Lawdragon* as one of the 500 Leading Plaintiff Financial Lawyers in America.

Christine is actively involved in litigating matters against Molina Healthcare, Hain Celestial, Avon, Adient, AT&T, and Apple.  She has played a pivotal role in securing favorable settlements for investors in class actions against Barrick Gold Corporation, one of the largest gold mining companies in the world ($140 million recovery); CVS Caremark, the nation's largest pharmacy retail chain ($48 million recovery); Nu Skin Enterprises, a multilevel marketing company ($47 million recovery); and Intuitive Surgical, a manufacturer of robotic-assisted technologies for surgery ($42.5 million recovery).

Christine is actively involved in the Firm's pro bono immigration program and recently reunited a father and child separated at the border.  She is currently working on their asylum application.

Prior to joining the Firm, Christine worked at a national litigation firm focusing on securities, antitrust, and consumer litigation in state and federal courts.  She played a significant role in securing class action recoveries in a number of high-profile securities cases, including *In re Merrill Lynch Co., Inc. Research Reports Securities Litigation* ($475 million recovery); *In re Informix Corp. Securities Litigation* ($136.5 million recovery); *In re Alcatel Alsthom Securities Litigation* ($75 million recovery); and *In re Ambac Financial Group, Inc. Securities Litigation* ($33 million recovery).

She is a member of the American Bar Association, New York State Bar Association, and Puerto Rican Bar Association.

Christine earned her Juris Doctor from the University of Michigan Law School and received her bachelor's degree from Cornell University.

Christine is conversant in Spanish.

## Jonathan Gardner
## Partner

Jonathan Gardner is a Partner in the New York office of Labaton Sucharow LLP and serves as Head of Litigation for the Firm.  With more than 28 years of experience, Jonathan oversees all of the Firm's litigation matters, including prosecuting complex securities fraud cases on behalf of institutional investors.

A *Benchmark Litigation* "Star" acknowledged by his peers as "engaged and strategic," Jonathan has also been named an MVP by *Law360* for securing hard-earned successes in high-stakes litigation and complex global matters.  He is recommended by *The Legal 500*, whose sources remarked on Jonathan's ability to "understand the unique nature of complex securities litigation and strive for

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 103 of 123



practical yet results-driven outcomes." Jonathan is also recognized by *Lawdragon* as one of the 500 Leading Plaintiff Financial Lawyers in America.

Jonathan has played an integral role in securing some of the largest class action recoveries against corporate offenders since the global financial crisis. He led the Firm's team in the investigation and prosecution of *In re Barrick Gold Securities Litigation*, which resulted in a $140 million recovery. He has also served as the lead attorney in several cases resulting in significant recoveries for injured class members, including *In re Hewlett-Packard Company Securities Litigation* ($57 million recovery); *Public Employees' Retirement System of Mississippi v. Endo International PLC* ($50 million recovery); *Medoff v. CVS Caremark Corporation* ($48 million recovery); *In re Nu Skin Enterprises, Inc., Securities Litigation*, ($47 million recovery); *In re Intuitive Surgical Securities Litigation* ($42.5 million recovery); *In re Carter's Inc. Securities Litigation* ($23.3 million recovery against Carter's and certain officers, as well as its auditing firm PricewaterhouseCoopers); *In re Aeropostale Inc. Securities Litigation* ($15 million recovery); *In re Lender Processing Services Inc.* ($13.1 million recovery); and *In re K-12, Inc. Securities Litigation* ($6.75 million recovery).

Jonathan has led the Firm's representation of investors in many high-profile cases including *Rubin v. MF Global Ltd.*, which involved allegations of material misstatements and omissions in a Registration Statement and Prospectus issued in connection with MF Global's IPO. The case resulted in a recovery of $90 million for investors. Jonathan also represented lead plaintiff City of Edinburgh Council as Administering Authority of the Lothian Pension Fund in In re *Lehman Brothers Equity/Debt Securities Litigation*, which resulted in settlements exceeding $600 million against Lehman Brothers' former officers and directors, Lehman's former public accounting firm, as well the banks that underwrote Lehman Brothers' offerings. In representing lead plaintiff Massachusetts Bricklayers and Masons Trust Funds in an action against Deutsche Bank, Jonathan secured a $32.5 million recovery for a class of investors injured by the bank's conduct in connection with certain residential mortgage-backed securities.

Jonathan has also been responsible for prosecuting several of the Firm's options backdating cases, including *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million settlement); *In re SafeNet, Inc. Securities Litigation* ($25 million settlement); *In re Semtech Securities Litigation* ($20 million

settlement); and *In re MRV Communications, Inc. Securities Litigation* ($10 million settlement). He also was instrumental in *In re Mercury Interactive Corp. Securities Litigation*, which settled for $117.5 million, one of the largest settlements or judgments in a securities fraud litigation based on options backdating. Jonathan also represented the Successor Liquidating Trustee of Lipper Convertibles, a convertible bond hedge fund, in actions against the fund's former independent auditor and a member of the fund's general partner as well as numerous former limited partners who received excess distributions. He successfully recovered over $5.2 million for the Successor Liquidating Trustee from the limited partners and $29.9 million from the former auditor.

Jonathan is a member of the Federal Bar Council, New York State Bar Association, and the Association of the Bar of the City of New York.

Jonathan earned his Juris Doctor from St. John's University School of Law. He received his bachelor's degree from American University.

## David Goldsmith
### Partner

David J. Goldsmith is a Partner in the New York office of Labaton Sucharow LLP. A principal litigator at the Firm, David is responsible for the Firm's appellate practice and has briefed and argued multiple appeals in the federal Courts of Appeals and state appellate courts. David has extensive experience

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page
104 of 123



representing public and private institutional investors in a variety of securities and class action litigations.

David is recognized by *Lawdragon* as "among the leading plaintiff financial lawyers nationwide" and has been recommended by *The Legal 500* as part of the Firm's top-tier plaintiffs' team in securities class action litigation.

David's significant pending cases include federal appeals of dismissed actions against Molina Healthcare and Skechers U.S.A., and appeals by an intervenor challenging a landmark class action settlement with Endo Pharmaceuticals in state court. In the Supreme Court of the United States, David acted as co-counsel for AARP and AARP Foundation as *amici curiae* in *China Agritech, Inc. v. Resh*, 138 S. Ct. 1800 (2018), and as co-counsel for a group of federal jurisdiction and securities law

scholars as *amici curiae* in *Cyan, Inc. v. Beaver County Employees Retirement Fund*, 138 S. Ct. 1061 (2018).

As a trial lawyer, David was an integral member of the team representing the Arkansas Teacher Retirement System in a significant action alleging unfair and deceptive practices by State Street Bank in connection with foreign currency exchange trades executed for its custodial clients. The resulting $300 million settlement is the largest class action settlement ever reached under the Massachusetts consumer protection statute, and one of the largest class action settlements reached in the First Circuit. David also represented the New York State Common Retirement Fund and New York City pension funds as lead plaintiffs in the landmark In re Countrywide Financial Corp. Securities Litigation, which settled for $624 million. He has successfully represented state and county pension funds in class actions in California state court arising from the IPOs of technology companies, and recovered tens of millions of dollars for a large German bank and a major Irish special-purpose vehicle in individual actions alleging fraud in connection with the sale of residential mortgage-backed securities.

David regularly advises the Genesee County (Michigan) Employees' Retirement Commission with respect to potential securities, shareholder, and antitrust claims, and represented the System in a major action charging a conspiracy by some of the world's largest banks to manipulate the U.S. Dollar ISDAfix benchmark interest rate. This case, which settled for a total of $504.5 million, was featured in *Law360*'s selection of the Firm as a Class Action Group of the Year for 2017.

David is an active member of several professional organizations, including The National Association of Shareholder & Consumer Attorneys (NASCAT), a membership organization of approximately 100 law firms that practice complex civil litigation including class actions, the American Association for Justice, New York State Bar Association, and the Association of the Bar of the City of New York. David is a long-time tenor and board member with AmorArtis, a chamber chorus dedicated to illuminating the relationship between Renaissance, Baroque, and Contemporary music.

David earned his Juris Doctor from Benjamin N. Cardozo School of Law, Yeshiva University. During law school, David was Managing Editor of the *Cardozo Arts & Entertainment Law Journal* and served as a judicial intern to the Honorable Michael B. Mukasey, then a United States District Judge for the Southern District of New York. He received his bachelor's and master's degrees from the University of Pennsylvania.

## Serena P. Hallowell
## Partner

Serena P. Hallowell is a Partner in the New York office of Labaton Sucharow and Head of the Direct Action Litigation Practice. Serena focuses on complex litigation, prosecuting securities fraud cases on behalf of some of the world's largest institutional investors, including pension funds, hedge funds, mutual funds, asset managers, and other large institutional investors. She also regularly advises and

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page
105 of 123



represents institutional investors regarding recovery opportunities in connection with fraud-related conduct. In addition to her active caseload, Serena serves as Co-Chair of the Firm's Women's Networking and Mentoring Initiative and oversees the Firm's summer associate and lateral hiring programs.

Serena is regarded as one of the leading securities lawyers in New York. She was selected to *The National Law Journal's* "Elite Women of the Plaintiffs Bar" for her innate ability to consistently excel in high-stakes matters on behalf of plaintiffs. She has been named a "Securities MVP" by *Law360*; a "Trailblazer" by *The National Law Journal*; and a "Leading Lawyer in America" as well as a "Leading Plaintiffs Financial Lawyer" by *Lawdragon*. Serena has also been recommended in securities litigation by *The Legal 500* and been named a "Future Star" by *Benchmark Litigation* and a "Rising Star" by *Law360*.

Serena is currently prosecuting cases against Valeant Pharmaceuticals and Endo International, among others. Recently, in Endo, the parties have announced an agreement to settle the matter for $50 million. Also, in Valeant, Serena leads a team that won a significant motion in the District of New Jersey, when the court sustained claims arising under the NJ RICO Act in direct actions filed against Valeant.

Serena was part of a highly-skilled team that reached a $140 million settlement against one of the world's largest gold mining companies in *In re Barrick Gold Securities Litigation*. Playing a principal role in prosecuting *In re Computer Sciences Corporation Securities Litigation* in a "rocket docket" jurisdiction, she helped secure a settlement of $97.5 million on behalf of lead plaintiff Ontario Teachers' Pension Plan Board, the third largest all cash settlement in the Fourth Circuit at the time. She was also instrumental in securing a $48 million recovery in *Medoff v. CVS Caremark Corporation*, a $42.5 million settlement in *In re Intuitive Surgical Securities Litigation*, and a $41.5 million settlement in *In re NII Holdings, Inc. Securities Litigation*. Serena also has broad appellate and trial experience.

Serena is a member of the New York City Bar Association, where she serves on the Securities Litigation Committee; the Federal Bar Council; the South Asian Bar Association; the National Association of Public Pension Attorneys; and the National Association of Women Lawyers. Her pro bono work includes representing immigrant detainees in removal proceedings for the American Immigrant Representation Project and devoting time to the Securities Arbitration Clinic at Brooklyn Law School.

Serena earned her Juris Doctor from Boston University School of Law, where she served as the Note Editor for the *Journal of Science Technology Law*. She received her bachelor's degree from Occidental College.

She is conversational in Urdu/Hindi.

## Thomas G. Hoffman, Jr.
## Partner

Thomas G. Hoffman, Jr. is a partner in the New York office of Labaton Sucharow LLP. Thomas focuses on representing institutional investors in complex securities actions. He is currently prosecuting cases against BP and Allstate.

Thomas was instrumental in securing a $1 billion recovery in the eight-year litigation against AIG and related defendants. He also was a key member of the Labaton Sucharow team that recovered $170 million for investors in *In re 2008 Fannie Mae Securities Litigation*.

Thomas earned his Juris Doctor from UCLA School of Law, where he was Editor-in-Chief of the *UCLA Entertainment Law Review* and served as a Moot Court Executive Board Member. In addition, he

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page
106 of 123



served as a judicial extern to the Honorable William J. Rea, United States District Court for the Central District of California. Thomas received his bachelor's degree, with honors, from New York University.

## James W. Johnson
## Partner

James W. Johnson is a Partner in the New York office of Labaton Sucharow LLP. Jim focuses on litigating complex securities fraud cases. In addition to his active caseload, Jim holds a variety of leadership positions within the Firm, including serving on the Firm's Executive Committee. He also serves as the Executive Partner overseeing firm-wide issues.

Jim has been recognized by *Lawdragon* as one of the 500 Leading Lawyers in America and one of the country's top Plaintiff Financial Lawyers. He has also received a rating of AV Preeminent from the publishers of the *Martindale-Hubbell* directory.

In representing investors who have been victimized by securities fraud and breaches of fiduciary responsibility, Jim's advocacy has resulted in record recoveries for wronged investors. Currently, he is prosecuting the high-profile case against financial industry leader Goldman Sachs—*In re Goldman Sachs Group, Inc. Securities Litigation*.

A recognized leader in his field, Jim has successfully litigated a number of complex securities and RICO class actions. These include *In re HealthSouth Corp. Securities Litigation* ($671 million settlement); *Eastwood Enterprises LLC v. Farha et al. (WellCare Securities Litigation)* ($200 million settlement); *In re Amgen Inc. Securities Litigation* ($95 million settlement); *In re Vesta Insurance Group, Inc. Securities Litigation* ($79 million settlement); and *In re SCANA Securities Litigation* ($192.5 million settlement). Other notably successes include *In re National Health Laboratories, Inc. Securities Litigation*, which resulted in a recovery of $80 million in the federal action and a related state court derivative action, and *In re Bristol Myers Squibb Co. Securities Litigation*, in which the court approved a $185 million settlement including significant corporate governance reforms and recognized plaintiff's counsel as "extremely skilled and efficient."

Jim also represented lead plaintiffs in *In re Bear Stearns Companies, Inc. Securities Litigation*, securing a $275 million settlement with Bear Stearns Companies, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor. In *County of Suffolk v. Long Island Lighting Co.*, Jim represented the plaintiff in a RICO class action, securing a jury verdict after a two-month trial that resulted in a $400 million settlement. The Second Circuit quoted the trial judge, the Honorable Jack B. Weinstein, as stating, "Counsel [has] done a superb job [and] tried this case as well as I have ever seen any case tried." On behalf of the Chugach Native Americans, he also assisted in prosecuting environmental damage claims resulting from the Exxon Valdez oil spill.

Jim is a member of the American Bar Association and the Association of the Bar of the City of New York, where he served on the Federal Courts Committee. He is also a Fellow in the Litigation Council of America.

Jim earned his Juris Doctor from New York University School of Law and his bachelor's degree from Fairfield University.

## Edward Labaton
## Partner

Edward Labaton is a Partner in the New York office of Labaton Sucharow LLP. An accomplished trial and appellate lawyer, Ed has devoted his 50 years of practice to representing a full range of clients in class action and complex litigation matters in state and federal court.



Ed's distinguished career has won his recognition from *The National Law Journal* as a "Plaintiffs' Lawyer Trailblazer" and from *Lawdragon* one of the country's "500 Leading Plaintiff Financial Lawyers," as well as recommendations from *The Legal 500* for excellence in the field of securities litigation. Notably, Ed is the recipient of the Alliance for Justice's "Champion of Justice Award," given to outstanding individuals whose life and work exemplifies the principle of equal justice.

Ed has played a leading role as plaintiffs' class counsel in a number of successful, high-profile cases involving companies such as PepsiCo, Dun & Bradstreet, Financial Corporation of America, ZZZZ Best, Revlon, GAF Co., American Brands, Petro Lewis, and Jim Walter, as well as several Big Eight (now Big Four) accounting firms. He has also argued appeals in state and federal courts, achieving results with important precedential value.

Ed's commitment to the bar extends far beyond the courtroom. For more than 30 years, he has lectured on a variety of topics, including federal civil litigation, securities litigation, and corporate governance. Since its founding, Ed has been President of the Institute for Law and Economic Policy, which co-sponsors symposia with major law schools to address issues relating to the civil justice system. In 2010, he was appointed to the newly-formed Advisory Board of George Washington University's Center for Law, Economics, & Finance, a think tank within the Law School, for the study and debate of major issues in economic and financial law confronting the United States and the globe. In addition, Ed has served on the Executive Committee and has been an officer of the Ovarian Cancer Research Fund since its inception.

Ed is an Honorary Lifetime Member of the Lawyers' Committee for Civil Rights under Law, a member of the American Law Institute, and a life member of the ABA Foundation. Ed is a past Chairman of the Federal Courts Committee of the New York County Lawyers Association and was a member of the organization's Board of Directors. He is an active member of the New York City Bar Association, where he was Chair of the Senior Lawyers' Committee and served on its Task Force on the Role of Lawyers in Corporate Governance. He has also served on its Federal Courts, Federal Legislation, Securities Regulation, International Human Rights, and Corporation Law Committees. Ed previously served as Chair of the Legal Referral Service Committee, a joint committee of the New York County Lawyers' Association and the New York City Bar Association. He has been an active member of the American Bar Association, the Federal Bar Council, and the New York State Bar Association, where was a member of the House of Delegates.

Ed earned his Bachelor of Laws from Yale University. He received his Bachelor of Business Administration from City College of New York.

## Francis P. McConville
## Partner

Francis P. McConville is a Partner in the New York office of Labaton Sucharow LLP. Francis focuses on prosecuting complex securities fraud cases on behalf of institutional investor clients. As a lead member of the Firm's Case Development Group, he focuses on the identification, investigation, and development of potential actions to recover investment losses resulting from violations of the federal securities laws and various actions to vindicate shareholder rights in response to corporate and fiduciary misconduct.

Francis has played a key role in filing several matters on behalf of the Firm, including *In re PG&E Corporation Securities Litigation*; *In re SCANA Securities Litigation* ($192.5 million settlement); *Steamfitters Local 449 Pension Plan v. Skechers U.S.A., Inc.*; and *In re Nielsen Holdings PLC Securities Litigation*.

Prior to joining Labaton Sucharow, Francis was a Litigation Associate at a national law firm primarily focused on securities and consumer class action litigation. Francis has represented institutional and individual clients in federal and state court across the country in class action securities litigation and

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page
108 of 123



shareholder disputes, along with a variety of commercial litigation matters. He assisted in the prosecution of several matters, including *Kiken v. Lumber Liquidators Holdings, Inc.* ($42 million recovery); *Hayes v. MagnaChip Semiconductor Corp.*($23.5 million recovery); and *In re Galena Biopharma, Inc. Securities Litigation* ($20 million recovery).

Francis received his Juris Doctor, *magna cum laude*, from New York Law School, where he was named a John Marshall Harlan Scholar, and received a Public Service Certificate. Francis served as Associate Managing Editor of the *New York Law School Law Review* and worked in the Urban Law Clinic. He earned his Bachelor of Arts degree from the University of Notre Dame.

## Domenico (Nico) Minerva
## Partner

Domenico "Nico" Minerva is a Partner in the New York office of Labaton Sucharow LLP. A former financial advisor, his work focuses on securities, antitrust, and consumer class actions and shareholder derivative litigation, representing Taft-Hartley and public pension funds across the country. Nico advises leading pension funds and other institutional investors on issues related to corporate fraud in the U.S. securities markets.

Nico is described by clients as "always there for us" and known to provide "an honest answer and describe all the parameters and/or pitfalls of each and every case." As a result of his work, the Firm has received a Tier 2 ranking in Antitrust Civil Litigation and Class Actions from *Legal 500*.

Nico's extensive securities litigation experience includes the case against global security systems company Tyco and co-defendant PricewaterhouseCoopers (*In re Tyco International Ltd., Securities Litigation*), which resulted in a $3.2 billion settlement—the largest single-defendant settlement in post-PSLRA history. He also has counseled companies and institutional investors on corporate governance reform.

Nico has also done substantial work in antitrust class actions. These include pay-for-delay or "product hopping" cases in which pharmaceutical companies allegedly obstructed generic competitors in order to preserve monopoly profits on patented drugs, such as *Mylan Pharmaceuticals Inc. v. Warner Chilcott Public Limited Co.*, *In re Lidoderm Antitrust Litigation*, *In re Solodyn (MinocyclineHydrochloride) Antitrust Litigation*, *In re Niaspan Antitrust Litigation*, *In re Aggrenox Antitrust Litigation*, and *Sergeants Benevolent Association Health & Welfare Fund et al. v. Actavis PLC et al.* In the anticompetitive matter *The Infirmary LLC vs. National Football League Inc et al.*, Nico played an instrumental part in challenging an exclusivity agreement between the NFL and DirecTV over the service's "NFL Sunday Ticket" package. He also litigated on behalf of indirect purchasers in a case alleging that growers conspired to control and suppress the nation's potato supply, *In re Fresh and Process Potatoes Antitrust Litigation*.

On behalf of consumers, Nico represented a plaintiff in *In Re ConAgra Foods Inc.*, over misleading claims that Wesson-brand vegetable oils are 100% natural.

An accomplished speaker, Nico has given numerous presentations to investors on topics related to corporate fraud, wrongdoing, and waste. He is also an active member of the National Association of Public Pension Plan Attorneys.

Nico earned his Juris Doctor from Tulane University Law School, where he completed a two-year externship with the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana. He received his bachelor's degree from the University of Florida.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 109 of 123



## Corban S. Rhodes
## Partner

Corban S. Rhodes is a Partner in the New York office of Labaton Sucharow LLP. Corban focuses on prosecuting consumer cybersecurity and data privacy litigation, as well as complex securities fraud cases on behalf of institutional investors.

Corban has been recognized as a "Rising Star" in Consumer Protection Law by *Law360*. Corban was also recognized as a New York Metro "Rising Star" by *Super Lawyers*, a Thomson Reuters publication, noting his experience and contribution to the securities litigation field. In 2020, he was selected to B*enchmark Litigation's* "40 & Under Hot List," which includes "the best and brightest law firm partners who stand out in their practices" and are "ready to take the reins."

Corban is actively pursuing a number of matters involving consumer data privacy, including cases of alleged misuse or misappropriation of consumer data. Most notably, Corban is part of the litigation team that recently achieved a historic $650 million settlement in the *In re Facebook Biometric Information Privacy Litigation* matter—the largest consumer data privacy settlement ever, and one of the first cases asserting biometric privacy rights of consumers under Illinois' Biometric Information Privacy Act (BIPA). Corban has also litigated cases of negligence or other malfeasance leading to data breaches, including the largest known data breach in history, *In re Yahoo! Inc. Customer Data Breach Security Litigation*, affecting nearly 3 billion consumers.

Corban maintains an active practice representing shareholders litigating fraud-based claims and has successfully litigated dozens of cases against most of the largest Wall Street banks in connection with their underwriting and securitization of mortgage-backed securities leading up to the financial crisis. Currently, Corban is litigating the massive high frequency trading scandal in *City of Providence, et al. v. BATS Global Markets, et al.*, alleging preferential treatment of trading orders for certain customers of the large securities exchanges. Corban is also actively prosecuting several securities fraud actions against pharmaceutical giant AbbVie Inc., stemming from alleged misrepresentations in connection with their failed $54 billion merger with U.K.-based Shire.

Prior to joining Labaton Sucharow, Corban was an Associate at Sidley Austin LLP where he practiced complex commercial litigation and securities regulation and served as the lead associate on behalf of large financial institutions in several investigations by regulatory and enforcement agencies related to the financial crisis.

Corban has served on the Securities Litigation Committee of the New York City Bar Association and is also a past recipient of the Thurgood Marshall Award for his pro bono representation on a habeas petition of a capital punishment sentence.

Corban received a Juris Doctor, *cum laude*, from Fordham University School of Law, where he received the Lawrence J. McKay Advocacy Award for excellence in oral advocacy and was a board member of the Fordham Moot Court team. He earned his Bachelor of Arts, *magna cum laude*, in History from Boston College.

## Michael H. Rogers,
## Partner

Michael H. Rogers is a Partner in the New York office of Labaton Sucharow LLP. An experienced litigator, Mike focuses on prosecuting complex securities fraud cases on behalf of institutional investors.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page
110 of 123



He is actively involved in prosecuting *In re Goldman Sachs, Inc. Securities Litigation*; *3226701 Canada, Inc. v. Qualcomm, Inc.*; *Murphy v. Precision Castparts Corp.*; and *Vancouver Asset Alumni Holdings, Inc. v. Daimler AG*.

Mike was a member of the lead counsel teams in successful class actions against Countrywide Financial Corp. ($624 million settlement), HealthSouth Corp. ($671 million settlement), State Street ($300 million settlement), Mercury Interactive Corp. ($117.5 million settlement), Computer Sciences Corp. ($97.5 million settlement), and SCANA Corp ($192.5 million settlement).

Prior to joining Labaton Sucharow, Mike was an attorney at Kasowitz, Benson, Torres & Friedman LLP, where he practiced securities and antitrust litigation, representing international banking institutions bringing federal securities and other claims against major banks, auditing firms, ratings agencies and individuals in complex multidistrict litigation. He also represented an international chemical shipping firm in arbitration of antitrust and other claims against conspirator ship owners. Mike began his career as an attorney at Sullivan & Cromwell, where he was part of Microsoft's defense team in the remedies phase of the Department of Justice antitrust action against the company.

Mike earned his Juris Doctor, *magna cum laude*, from the Benjamin N. Cardozo School of Law, Yeshiva University, where he was a member of the *Cardozo Law Review*. He earned his bachelor's degree, *magna cum laude*, from Columbia University.

Mike is proficient in Spanish.

## Ira A. Schochet, Partner

Ira A. Schochet is a partner in the New York office of Labaton Sucharow LLP. A seasoned litigator with three decades of experience, Ira focuses on class actions involving securities fraud. Ira has played a lead role in securing multimillion dollar recoveries in high-profile cases such as those against Countrywide Financial Corporation ($624 million), Weatherford International Ltd ($120 million), Massey Energy Company ($265 million), Caterpillar Inc. ($23 million), Autoliv Inc. ($22.5 million), and Fifth Street Financial Corp. ($14 million).

A highly regarded industry veteran, Ira has been recommended in securities litigation by *The Legal 500*, named a "Leading Plaintiff Financial Lawyer" by *Lawdragon* and been awarded an AV Preeminent rating, the highest distinction, from Martindale-Hubbell.

Ira is a longtime leader in the securities class action bar and represented one of the first institutional investors acting as a lead plaintiff in a post-Private Securities Litigation Reform Act case and ultimately obtained one of the first rulings interpreting the statute's intent provision in a manner favorable to investors in *STI Classic Funds, et al. v. Bollinger Industries, Inc.* His efforts are regularly recognized by the courts, including in *Kamarasy v. Coopers & Lybrand*, where the court remarked on "the superior quality of the representation provided to the class." In approving the settlement he achieved in *In re InterMune Securities Litigation*, the court complimented Ira's ability to secure a significant recovery for the class in a very efficient manner, shielding the class from prolonged litigation and substantial risk.

Ira has also played a key role in groundbreaking cases in the field of merger and derivative litigation. In *In re Freeport-McMoRan Copper & Gold Inc. Derivative Litigation*, he achieved the second largest derivative settlement in the Delaware Court of Chancery history, a $153.75 million settlement with an unprecedented provision of direct payments to stockholders by means of a special dividend. In another first-of-its-kind case, Ira was featured in *The AmLaw Litigation Daily* as Litigator of the Week for his work in *In re El Paso Corporation Shareholder Litigation*. The action alleged breach of fiduciary duties in connection with a merger transaction, including specific reference to wrongdoing

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 111 of 123



by a conflicted financial advisory consultant, and resulted in a $110 million recovery for a class of shareholders and a waiver by the consultant of its fee.

From 2009-2011, Ira served as President of the National Association of Shareholder and Consumer Attorneys (NASCAT), a membership organization of approximately 100 law firms that practice class action and complex civil litigation. During this time, he represented the plaintiffs' securities bar in meetings with members of Congress, the Administration, and the SEC.

From 1996 through 2012, Ira served as Chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association. During his tenure, he has served on the Executive Committee of the Section and authored important papers on issues relating to class action procedure including revisions proposed by both houses of Congress and the Advisory Committee on Civil Procedure of the United States Judicial Conference. Examples include: "Proposed Changes in Federal Class Action Procedure"; "Opting Out On Opting In," and "The Interstate Class Action Jurisdiction Act of 1999."

Ira earned his Juris Doctor from Duke University School of Law and received his bachelor's degree, *summa cum laude*, from State University of New York at Binghamton.

Ira has lectured extensively on securities litigation at seminars throughout the country.

## David J. Schwartz
## Partner

David J. Schwartz is a Partner in the New York office of Labaton Sucharow LLP. David focuses on event driven and special situation litigation using legal strategies to enhance clients' investment return.

David has been named a "Future Star" by *Benchmark Litigation*. He was also selected to *Benchmark Litigation's* "40 & Under Hot List," which recognized him as one the nation's most accomplished partners under 40 years old.

David's extensive experience includes prosecuting, as well as defending against, securities and corporate governance actions for an array of institutional clients including hedge funds, merger arbitrage investors, pension funds, mutual funds, and asset management companies. He played a pivotal role in several securities class action cases, including against real estate service provider Altisource Portfolio Solutions, where he helped achieve a $32 million cash settlement, and investment management firm Virtus Investment Partners, which resulted in a $22 million settlement. David has also done substantial work in mergers and acquisitions appraisal litigation, and direct action/opt-out litigation.

David earned his Juris Doctor from Fordham University School of Law, where he served as an editor of the *Urban Law Journal*. He received his bachelor's degree, with honors, from the University of Chicago.

## Irina Vasilchenko,
## Partner

Irina Vasilchenko is a Partner in the New York office of Labaton Sucharow LLP and head of the Firm's Associate Training Program. Irina focuses on prosecuting complex securities fraud cases on behalf of institutional investors.

Irina is recognized as an up-and-coming litigator whose legal accomplishments transcend her age. Irina has been named to *Benchmark Litigation's* 40 & Under Hot List and has been recognized as

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 112 of 123



a "Rising Star" by *Law360*. Lawdragon has also named her one of the "500 Leading Plaintiff Financial Lawyers in America."

Irina is actively involved in prosecuting *In re Goldman Sachs Group, Inc. Securities Litigation*; *In re Acuity Brands, Inc. Securities Litigation*; and *Vancouver Alumni Asset Holdings, Inc. v. Daimler AG*. Since joining Labaton Sucharow, she has been part of the Firm's teams in *In re Massey Energy Co. Securities Litigation* ($265 million all-cash settlement); *In re Fannie Mae 2008 Securities Litigation* ($170 million settlement); *In re Amgen Inc. Securities Litigation* ($95 million settlement); *In re Hewlett-Packard Company Securities Litigation* ($57 million settlement); and *In re SCANA Corporation Securities Litigation* ($192.5 million settlement).

Irina maintains a commitment to pro bono legal service including, most recently, representing an indigent defendant in a criminal appeal case before the New York First Appellate Division, in association with the Office of the Appellate Defender. As part of this representation, she argued the appeal before the First Department panel.

Prior to joining Labaton Sucharow, Irina was an Associate in the general litigation practice group at Ropes & Gray LLP, where she focused on securities litigation.

Irina is a member of the New York City Bar Association's Women in the Courts Task Force.

Irina received her Juris Doctor, *magna cum laude*, from Boston University School of Law, where she was an editor of the *Boston University Law Review* and was the G. Joseph Tauro Distinguished Scholar, the Paul L. Liacos Distinguished Scholar, and the Edward F. Hennessey Scholar. Irina earned a Bachelor of Arts in Comparative Literature, *summa cum laude* and Phi Beta Kappa, from Yale University.

Irina is fluent in Russian and proficient in Spanish.

## Carol C. Villegas
## Partner

Carol C. Villegas is a Partner in the New York office of Labaton Sucharow LLP. Carol focuses on prosecuting complex securities fraud cases on behalf of institutional investors.

Leading one of the Firm's litigation teams, she is actively overseeing litigation against AT&T, Marriott, Nielsen Holdings, Skechers, World Wrestling Entertainment, and Danske Bank. In addition to her litigation responsibilities, Carol holds a variety of leadership positions within the Firm, including serving on the Firm's Executive Committee, as Co-Chair of the Firm's Women's Networking and Mentoring Initiative, and as the Chief of Compliance.

Carol's development of innovative case theories in complex cases, her skillful handling of discovery work, and her adept ability during oral argument has earned her accolades from *The National Law Journal* as a "Plaintiffs' Trailblazer" and the *New York Law Journal* as a "Top Woman in Law." *The National Law Journal* recognized Carol's superb ability to excel in high-stakes matters on behalf of plaintiffs and selected her to its 2020 class of "Elite Women of the Plaintiffs Bar." She has also been recognized as a "Future Star" by *Benchmark Litigation* and a "Next Generation Lawyer" by *The Legal 500*, where clients praised her for helping them "better understand the process and how to value a case." *Lawdragon* has named her one of the "500 Leading Plaintiff Financial Lawyers in America."

Carol has played a pivotal role in securing favorable settlements for investors, including AMD, a multi-national semiconductor company; Liquidity Services, an online auction marketplace; Aeropostale, a leader in the international retail apparel industry; ViroPharma Inc., a biopharmaceutical company; and Vocera, a healthcare communications provider, among others.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page
113 of 123



Carol has also helped revive a securities class action against LifeLock after arguing an appeal before the Ninth Circuit.

Prior to joining Labaton Sucharow, Carol served as the Assistant District Attorney in the Supreme Court Bureau for the Richmond County District Attorney's office, where she took several cases to trial. She began her career as an Associate at King & Spalding LLP, where she worked as a federal litigator.

Carol is a member of the Executive Council for the New York State Bar Association's Committee on Women in the Law and a Board Member of the City Bar Fund, the nonprofit 501(c)(3) arm of the New York City Bar Association. She is also a member of the National Association of Public Pension Attorneys, the National Association of Women Lawyers, and the Hispanic National Bar Association.

Carol earned her Juris Doctor from New York University School of Law, where she was the recipient of The Irving H. Jurow Achievement Award for the Study of Law and received the Association of the Bar of the City of New York Diversity Fellowship. She received her bachelor's degree, with honors, from New York University.

She is fluent in Spanish.

## Ned Weinberger
## Partner

Ned Weinberger is a Partner in the Delaware office of Labaton Sucharow LLP and is chair of the Firm's Corporate Governance and Shareholder Rights Litigation Practice. An experienced advocate of shareholder rights, Ned focuses on representing investors in corporate governance and transactional matters, including class action and derivative litigation.

Highly regarded in his practice, Ned has been recognized by *Chambers & Partners USA* in the Delaware Court of Chancery and was named "Up and Coming," for the three consecutive years—the by-product of his impressive range of practice areas. Ned has been recognized as a "Future Star" by *Benchmark Litigation* and has been selected to *Benchmark's* "40 & Under Hot List." He has also been named a "Leading Lawyer" by *The Legal 500*, whose sources remarked that he "is one of the best plaintiffs' lawyers in Delaware," who "commands respect and generates productive discussion where it is needed."

Ned is actively prosecuting, among other matters, *In re Straight Path Communications Inc. Consolidated Stockholder Litigation*, which alleges breaches of fiduciary duty by the controlling stockholder of Straight Path Communications, Howard Jonas, in connection with the company's sale to Verizon Communications Inc. He recently led a class and derivative action on behalf of stockholders of Providence Service Corporation—*Haverhill Retirement System v. Kerley*—that challenged an acquisition financing arrangement involving Providence's board chairman and his hedge fund. The case settled for $10 million.

Ned was part of a team that achieved a $12 million recovery on behalf of stockholders of ArthroCare Corporation in a case alleging breaches of fiduciary duty by the ArthroCare board of directors and other defendants in connection with Smith & Nephew, Inc.'s acquisition of ArthroCare. Other recent successes on behalf of stockholders include *In re Vaalco Energy Inc. Consolidated Stockholder Litigation*, which resulted in the invalidation of charter and bylaw provisions that interfered with stockholders' fundamental right to remove directors without cause.

Prior to joining Labaton Sucharow, Ned was a Litigation Associate at Grant & Eisenhofer P.A., where he gained substantial experience in all aspects of investor protection, including representing shareholders in matters relating to securities fraud, mergers and acquisitions, and alternative entities. Representative of Ned's experience in the Delaware Court of Chancery is *In re Barnes & Noble Stockholders Derivative Litigation*, in which Ned assisted in obtaining approximately $29 million in

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 114 of 123



settlements on behalf of Barnes & Noble investors. Ned was also part of the litigation team in *In re Clear Channel Outdoor Holdings, Inc. Shareholder Litigation*, the settlement of which provided numerous benefits for Clear Channel Outdoor Holdings and its shareholders, including, among other things, a $200 million cash dividend to the company's shareholders.

Ned earned his Juris Doctor from the Louis D. Brandeis School of Law at the University of Louisville, where he served on the Journal of Law and Education. He received his bachelor's degree, *cum laude*, from Miami University.

## Mark Willis
## Partner

Mark S. Willis is a Partner in the D.C. office of Labaton Sucharow LLP. With nearly three decades of experience, Mark's practice focuses on domestic and international securities litigation. Mark advises leading pension funds, investment managers, and other institutional investors from around the world on their legal remedies when impacted by securities fraud and corporate governance breaches. Mark represents clients in U.S. litigation and maintains a significant practice advising clients on the pursuit of securities-related claims abroad.

Mark is recommended by *The Legal 500* for excellence in securities litigation and has been named one of *Lawdragon's* "500 Leading Plaintiff Financial Lawyer in America." Under his leadership, the Firm has been awarded *Law360* Practice Group of the Year Awards for Class Actions and Securities.

Mark represents institutions from the United Kingdom, Spain, the Netherlands, Denmark, Germany, Belgium, Canada, Japan, and the United States in a novel lawsuit in Texas against BP plc to salvage claims that were dismissed from the U.S. class action because the claimants' BP shares were purchased abroad (thus running afoul of the Supreme Court's *Morrison* rule that precludes a U.S. legal remedy for such shares). These previously dismissed claims have now been sustained and are being pursued under English law in a Texas federal court.

Mark also represents the Utah Retirement Systems in a shareholder action against the DeVry Education Group, and he represented the Arkansas Public Employees Retirement System in a shareholder action against The Bancorp (which settled for $17.5 million), and Caisse de dépôt et placement du Québec, one of Canada's largest institutional investors, in a U.S. shareholder class action against Liquidity Services (which settled for $17 million).

In the *Converium* class action, Mark represented a Greek institution in a nearly four-year battle that eventually became the first U.S. class action settled on two continents. This trans-Atlantic result saw part of the $145 million recovery approved by a federal court in New York, and the rest by the Amsterdam Court of Appeal. The Dutch portion was resolved using the Netherlands then newly enacted Act on Collective Settlement of Mass Claims. In doing so, the Dutch Court issued a landmark decision that substantially broadened its jurisdictional reach, extending jurisdiction for the first time to a scenario in which the claims were not brought under Dutch law, the alleged wrongdoing took place outside the Netherlands, and none of the potentially liable parties were domiciled in the Netherlands.

In the corporate governance arena, Mark has represented both U.S. and overseas investors. In a shareholder derivative action against Abbott Laboratories' directors, he charged the defendants with mismanagement and fiduciary breaches for causing or allowing the company to engage in a 10-year off-label marketing scheme, which had resulted in a $1.6 billion payment pursuant to a Justice Department investigation—at the time the second largest in history for a pharmaceutical company. In the derivative action, the company agreed to implement sweeping corporate governance reforms, including an extensive compensation clawback provision going beyond the requirements under the Dodd-Frank Act, as well as the restructuring of a board committee and enhancing the role of the Lead Director. In the *Parmalat* case, known as the "Enron of Europe" due to the size and scope of the



fraud, Mark represented a group of European institutions and eventually recovered nearly $100 million and negotiated governance reforms with two large European banks who, as part of the settlement, agreed to endorse their future adherence to key corporate governance principles designed to advance investor protection and to minimize the likelihood of future deceptive transactions. Securing governance reforms from a defendant that was not an issuer was a first at that time in a shareholder fraud class action.

Mark has also represented clients in opt-out actions. In one, brought on behalf of the Utah Retirement Systems, Mark negotiated a settlement that was nearly four times more than what its client would have received had it participated in the class action.

On non-U.S. actions Mark has advised clients, and represented their interests as liaison counsel, in more than 30 cases against companies such as Volkswagen, Olympus, the Royal Bank of Scotland, the Lloyds Banking Group, and Petrobras, and in jurisdictions ranging from the UK to Japan to Australia to Brazil to Germany.

Mark has written on corporate, securities, and investor protection issues—often with an international focus—in industry publications such as *International Law News, Professional Investor, European Lawyer, and Investment & Pensions Europe*. He has also authored several chapters in international law treatises on European corporate law and on the listing and subsequent disclosure obligations for issuers listing on European stock exchanges. He also speaks at conferences and at client forums on investor protection through the U.S. federal securities laws, corporate governance measures, and the impact on shareholders of non-U.S. investor remedies.

Mr. Willis earned his Juris Doctor from the Pepperdine University School of Law and his master's degree from Georgetown University Law Center.

## Nicole M. Zeiss
## Partner

Nicole M. Zeiss is a Partner in the New York office of Labaton Sucharow. A litigator with nearly two decades of experience, Nicole leads the Firm's Settlement Group, analyzing the fairness and adequacy of the procedures used in class action settlements. Her practice focuses on negotiating and documenting complex class action settlements and obtaining the required court approval of the settlements, notice procedures, and payments of attorneys' fees.

Nicole was part of the Labaton Sucharow team that successfully litigated the $185 million settlement in *In re Bristol-Myers Squibb Securities Litigation*. She played a significant role in *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million settlement). Nicole also litigated on behalf of investors who have been damaged by fraud in the telecommunications, hedge fund, and banking industries. Over the past decade, Nicole has been actively involved in finalizing settlements with Massey Energy Company ($265 million), Fannie Mae ($170 million), and Schering-Plough ($473 million), among many others.

Prior to joining Labaton Sucharow, Nicole practiced poverty law at MFY Legal Services. She also worked at Gaynor & Bass practicing general complex civil litigation, particularly representing the rights of freelance writers seeking copyright enforcement.

Nicole maintains a commitment to pro bono legal services by continuing to assist mentally ill clients in a variety of matters-from eviction proceedings to trust administration.

Nicole is a member of the Association of the Bar of the City of New York.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 116 of 123



She received a Juris Doctor from the Benjamin N. Cardozo School of Law, Yeshiva University and earned a Bachelor of Arts in Philosophy from Barnard College.

## Rachel A. Avan
### Of Counsel

Rachel A. Avan is Of Counsel in the New York office of Labaton Sucharow LLP. With more than a decade of experience in securities litigation, she focuses on advising institutional investors regarding fraud-related losses on securities and the investigation and development of U.S. and non-U.S. securities fraud class, group, and individual actions.

Rachel has been consistently recognized as a New York Metro "Rising Star" in securities litigation by Super Lawyers, a Thomson Reuters publication.

Rachel has extensive experience prosecuting complex securities fraud cases on behalf of institutional investors. She was an active member of the team prosecuting the securities fraud class action against Satyam Computer Services, Inc., in *In re Satyam Computer Services Ltd. Securities Litigation*, dubbed "India's Enron." The case achieved a $150.5 million settlement for investors from the company and its auditors. She also had an instrumental part in the pleadings in a number of class actions, including *In re Barrick Gold Securities Litigation* ($140 million settlement); *Freedman v. Nu Skin Enterprises, Inc.* ($47 million recovery); and *Iron Workers District Council of New England Pension Fund v. NII Holdings, Inc.* ($41.5 million recovery).

Rachel also has spearheaded the filing of more than 75 motions for lead plaintiff appointment in U.S. securities class actions, including *In re Facebook, Inc. IPO Securities & Derivative Litigation*; *In re Computer Sciences Corporation Securities Litigation*; *In re Petrobras Securities Litigation*; *In re Spectrum Pharmaceuticals, Inc. Securities Litigation*; *Weston v. RCS Capital Corporation*; and *Cummins v. Virtus Investment Partners Inc.*

In addition to her securities class action litigation experience, Rachel also played a role in prosecuting several of the Firm's derivative matters, including *In re Barnes & Noble Stockholder Derivative Litigation*; *In re Coca-Cola Enterprises Inc. Shareholders Litigation*; and *In re The Student Loan Corporation Litigation*.

This extensive experience has aided Rachel in her work with the Firm's Non-U.S. Securities Litigation Practice, which is dedicated to analyzing the merits, risks, and benefits of potential claims outside the United States. She has played a key role in ensuring that the Firm's clients receive substantial recoveries through non-U.S. securities litigation.

Rachel brings valuable insight into corporate matters, having previously served as an Associate at a corporate law firm, where she counseled domestic and international public companies regarding compliance with federal and state securities laws. Her analysis of corporate securities filings is also informed by her previous work assisting with the preparation of responses to inquiries by the U.S. Securities and Exchange Commission and the Financial Industry Regulatory Authority.

Rachel earned her Juris Doctor from Benjamin N. Cardozo School of Law. She received her master's degree in English and American Literature from Boston University and her bachelor's degree, *cum laude*, in Philosophy and English from Brandeis University.

Rachel is proficient in Hebrew.



## Mark Bogen
## Of Counsel

Mark Bogen is Of Counsel in the New York office of Labaton Sucharow LLP. Mark advises leading pension funds and other institutional investors on issues related to corporate fraud in domestic and international securities markets. His work focuses on securities, antitrust, and consumer class action litigation, representing Taft-Hartley and public pension funds across the country.

Among his many efforts to protect his clients' interests and maximize shareholder value, Mark recently helped bring claims against and secure a settlement with Abbott Laboratories' directors, whereby the company agreed to implement sweeping corporate governance reforms, including an extensive compensation clawback provision going beyond the requirements under the Dodd-Frank Act.

Mark has written weekly legal columns for the Sun-Sentinel, one of the largest daily newspapers circulated in Florida. He has been legal counsel to the American Association of Professional Athletes, an association of over 4,000 retired professional athletes. He has also served as an Assistant State Attorney and as a Special Assistant to the State Attorney's Office in the State of Florida.

Mark earned his Juris Doctor from Loyola University School of Law. He received his bachelor's degree from the University of Illinois.

## Jeffrey A. Dubbin
## Of Counsel

Jeffrey A. Dubbin is Of Counsel in the New York office of Labaton Sucharow LLP. Jeff focuses on prosecuting complex securities fraud cases on behalf of institutional investors. He is actively involved in prosecuting notable class actions, such as *In re Goldman Sachs Group, Inc. Securities Litigation, Inc.*; *In re Eaton Corporation Securities Litigation*; and *In re PG&E Corporation Securities Litigation*.

Jeff joined Labaton Sucharow following clerkships with the Honorable Marilyn L. Huff and the Honorable Larry Alan Burns in the U.S. District Court for the Southern District of California. Prior to that, he worked as legal counsel for the investment management firm Matrix Capital Management.

Jeff received his Juris Doctor from the University of Pennsylvania Law School and his Bachelor of Arts, *magna cum laude*, from Harvard University.

## Joseph H.Einstein,
## Of Counsel

Joseph H. Einstein is Of Counsel in the New York office of Labaton Sucharow LLP. A seasoned litigator, Joe represents clients in complex corporate disputes, employment matters, and general commercial litigation. He has litigated major cases in state and federal courts and has argued many appeals, including appearing before the U.S. Supreme Court.

Joe has an AV Preeminent rating, the highest distinction, from the publishers of the Martindale-Hubbell directory.

His experience encompasses extensive work in the computer software field including licensing and consulting agreements. Joe also counsels and advises business entities in a broad variety of transactions.

Joe serves as a Mediator for the U.S. District Court for the Southern District of New York. He has



served as a Commercial Arbitrator for the American Arbitration Association and currently is a FINRA Arbitrator and Mediator. Joe is a former member of the New York State Bar Association Committee on Civil Practice Law and Rules, and the Council on Judicial Administration of the Association of the Bar of the City of New York. He also is a former member of the Arbitration Committee of the Association of the Bar of the City of New York.

Joe received his Bachelor of Laws and Master of Laws from New York University School of Law. During his time at NYU, Joe was a Pomeroy and Hirschman Foundation Scholar and served as an Associate Editor of the *New York University Law Review*.

## John J. Esmay,
## Of Counsel

John J. Esmay is Of Counsel in the New York office of Labaton Sucharow LLP. John focuses on prosecuting complex securities fraud cases on behalf of institutional investors.

Prior to joining Labaton Sucharow, John was an Associate at a white collar defense firm where he assisted in all aspects of complex litigation including securities fraud, banking regulation violations, and other regulatory matters. John successfully defended a disciplinary hearing brought by the Financial Industry Regulatory Authority's (FINRA) enforcement division for allegations of insider trading and securities fraud. John helped reach a successful conclusion of the criminal prosecution of a trader for one of the nation's largest financial institutions involved in a major bid-rigging scheme.

He was also instrumental in clearing charges and settling a regulatory matter against a healthcare provider brought by the New York State Office of the Attorney General.

Prior to his white collar defense experience, John was an Associate at Hogan Lovells US LLP and litigated many large complex civil matters including securities fraud cases, antitrust violations, and intellectual property disputes. John also served as a Judicial Clerk for the Honorable William H. Pauley III in the Southern District of New York.

John earned his Juris Doctor, *magna cum laude*, from Brooklyn Law School and his Bachelor of Science from Pomona College.

## Derrick B. Farrell
## Of Counsel

Derrick Farrell is Of Counsel in the Delaware office of Labaton Sucharow LLP. He focuses his practice on representing shareholders in appraisal, class, and derivative actions.

Derrick has substantial trial experience as both a petitioner and a respondent on a number of high-profile matters, including *In re Appraisal of Ancestry.com, Inc.*; *IQ Holdings, Inc. v. Am. Commercial Lines Inc.*; and *In re Cogent, Inc. Shareholder Litigation*. He has also argued before the Delaware Supreme Court on multiple occasions.

Prior to joining Labaton Sucharow, Derrick practiced with Latham & Watkins LLP, where he gained substantial insight into the inner workings of corporate boards and the role of investment bankers in a sale process. Derrick started his career as a Clerk for the Honorable Donald F. Parsons, Jr., Vice Chancellor, Court of Chancery of the State of Delaware.

He has guest lectured at Harvard University and co-authored numerous articles for publications including the *Harvard Law School Forum on Corporate Governance and Financial Regulation* and *PLI*.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 119 of 123



Derrick received his Juris Doctor, *cum laude*, from the Georgetown University Law Center. At Georgetown, he served as an advocate and coach to the Barrister's Council (Moot Court Team) and was Magister of Phi Delta Phi. He received his Bachelor of Science in Biomedical Science from Texas A&M University.

## Alfred L. Fatale III,
## Of Counsel

Alfred L. Fatale III is Of Counsel in the New York office of Labaton Sucharow LLP. Alfred focuses on prosecuting complex securities fraud cases on behalf of institutional and individual investors.

Alfred represents investors in cases related to the protection of financial markets in trial and appellate courts throughout the country. In particular, he leads the Firm's efforts in litigating securities class actions in state courts following the U.S. Supreme Court's decision in *Cyan, Inc. v. Beaver County Employees Retirement Fund*. This includes prosecuting *In re ADT Inc. Shareholder Litigation*, a case alleging that the offering documents for ADT's $1.47 billion IPO misrepresented the competition the company was facing from do-it-yourself home security products.

He secured an $11 million settlement for investors in *In re CPI Card Group Inc., Securities Litigation*, a class action brought by an individual retail investor against a debit and credit card manufacturer that allegedly misrepresented demand for its products prior to the company's IPO.

Alfred is actively involved in *Murphy v. Precision Castparts Corp.*, a case against a major aerospace parts manufacturer that allegedly misled investors about its market share and demand for its products, and *Boston Retirement System v. Alexion Pharmaceuticals Inc.*, a class action arising from the company's conduct in connection with sales of Soliris—a drug that costs between $500,000 and $700,000 a year.

Prior to joining Labaton Sucharow, Alfred was an Associate at Fried, Frank, Harris, Shriver & Jacobson LLP, where he advised and represented financial institutions, investors, officers, and directors in a broad range of complex disputes and litigations including cases involving violations of federal securities law and business torts.

Alfred is an active member of the American Bar Association, Federal Bar Council, New York State Bar Association, New York County Bar Association, and New York City Bar Association.

Alfred earned his Juris Doctor from Cornell Law School, where he was a member of the *Cornell Law Review*, as well as the Moot Court Board. While at Cornell, he also served as a Judicial Extern under the Honorable Robert C. Mulvey. Alfred received his bachelor's degree, *summa cum laude*, from Montclair State University.

## Mark Goldman
## Of Counsel

Mark S. Goldman is Of Counsel in the New York office of Labaton Sucharow LLP. Mark has 30 years of experience in commercial litigation, primarily litigating class actions involving securities fraud, consumer fraud, and violations of federal and state antitrust laws.

Mark has been awarded an AV Preeminent rating, the highest distinction, from the publishers of the Martindale-Hubbell directory.

Mark is currently prosecuting securities fraud claims on behalf of institutional and individual investors against the manufacturer of communications systems used by hospitals that allegedly misrepresented the impact of the ACA and budget sequestration of the company's sales, and a multi-layer marketing company that allegedly misled investors about its business structure in China. Mark

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 120 of 123



is also participating in litigation brought against international air cargo carriers charged with conspiring to fix fuel and security surcharges, and domestic manufacturers of various auto parts charged with price-fixing.

Mark successfully litigated a number of consumer fraud cases brought against insurance companies challenging the manner in which they calculated life insurance premiums. He also prosecuted a number of insider trading cases brought against company insiders who, in violation of Section 16(b) of the Securities Exchange Act, engaged in short swing trading. In addition, Mark participated in the prosecution of *In re AOL Time Warner Securities Litigation*, a massive securities fraud case that settled for $2.5 billion.

Mark is a member of the American Bar Association.

Mark earned his Juris Doctor from the University of Kansas. He earned his Bachelor of Arts from Pennsylvania State University.

## Lara Goldstone
### Of Counsel

Lara Goldstone is Of Counsel in the New York office of Labaton Sucharow LLP. Lara advises pension funds and other institutional investors on issues related to corporate fraud in the U.S. securities markets.

Before joining Labaton Sucharow, Lara worked as a legal intern in the Larimer County District Attorney's Office and the Jefferson County District Attorney's Office. Prior to her legal career, Lara worked at Industrial Labs where she worked closely with Federal Drug Administration standards and regulations. In addition, she was a teacher in Irvine, California.

Lara earned her Juris Doctor from University of Denver Sturm College of Law, where she was a judge of the Providence Foundation of Law & Leadership Mock Trial and a competitor of the Daniel S. Hoffman Trial Advocacy Competition. She earned a Bachelor of Arts degree from George Washington University where she was a recipient of a Presidential Scholarship for academic excellence.

## James McGovern
### Of Counsel

James McGovern is Of Counsel in the New York office of Labaton Sucharow LLP and advises leading pension funds and other institutional investors on issues related to corporate fraud in domestic and international securities markets. James' work focuses primarily on securities litigation and corporate governance, representing Taft-Hartley, public pension funds, and other institutional investors across the country in domestic securities actions. He also advises clients as to their potential claims tied to securities-related actions in foreign jurisdictions.

James has worked on a number of large securities class action matters, including *In re Worldcom, Inc. Securities Litigation*, the second-largest securities class action settlement since the passage of the PSLRA ($6.1 billion recovery); *In re Parmalat Securities Litigation* ($90 million recovery); *In re American Home Mortgage Securities Litigation* (amount of the opt-out client's recovery is confidential); *In re The Bancorp Inc. Securities Litigation* ($17.5 million recovery); *In re Pozen Securities Litigation* ($11.2 million recovery); *In re Cabletron Systems, Inc. Securities Litigation* ($10.5 million settlement); and *In re UICI Securities Litigation* ($6.5 million recovery).

In the corporate governance arena, James helped bring claims against Abbott Laboratories' directors, on account of their mismanagement and breach of fiduciary duties for allowing the company to engage in a 10-year off-label marketing scheme. Upon settlement of this action, the company agreed

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page
121 of 123



to implement sweeping corporate governance reforms, including an extensive compensation clawback provision going beyond the requirements under the Dodd-Frank Act.

Following the unprecedented takeover of Fannie Mae and Freddie Mac by the federal government in 2008, James was retained by a group of individual and institutional investors to seek recovery of the massive losses they had incurred when the value of their shares in these companies was essentially destroyed. He brought and continues to litigate a complex takings class action against the federal government for depriving Fannie Mae and Freddie Mac shareholders of their property interests in violation of the Fifth Amendment of the U.S. Constitution, and causing damages in the tens of billions of dollars.

James also has addressed members of several public pension associations, including the Texas Association of Public Employee Retirement Systems and the Michigan Association of Public Employee Retirement Systems, where he discussed how institutional investors could guard their assets against the risks of corporate fraud and poor corporate governance.

Prior to focusing his practice on plaintiffs securities litigation, James was an attorney at Latham & Watkins where he worked on complex litigation and FIFRA arbitrations, as well as matters relating to corporate bankruptcy and project finance. At that time, he co-authored two articles on issues related to bankruptcy filings: *Special Issues In Partnership and Limited Liability Company Bankruptcies* and *When Things Go Bad: The Ramifications of a Bankruptcy Filing*.

James earned his J.D., *magna cum laude*, from Georgetown University Law Center. He received his bachelor's and master's from American University, where he was awarded a Presidential Scholarship and graduated with high honors.

## Mark D. Richardson
## Of Counsel

Mark D. Richardson is Of Counsel in the New York office of Labaton Sucharow LLP. Mark focuses on representing shareholders in derivative litigation and corporate governance matters.

Prior to joining Labaton Sucharow, Mark was an associate at Schulte Roth & Zabel LLP, where he focused on complex commercial litigation within the financial services industry. He advised and represented clients in class action litigation, expedited bankruptcy proceedings and arbitrations, fraudulent transfer actions, proxy fights, internal investigations, employment disputes, breaches of contact, enforcement of non-competes, data theft, and misappropriation of trade secrets.

Mark has contributed to several publications over the years. In 2016, he was the recipient of the Distinguished Legal Writing award by the Burton Awards for Legal Achievement for an article published in the *New York Law Journal*, "Options When a Competitor Raids the Company."

Mark earned his Juris Doctor from Emory University School of Law, where he served as the President of the Student Bar Association. He now teaches as an Adjunct Professor in Emory's Kessler-Eidson Program for Trial Techniques. He received his Bachelor of Science degree from Cornell University.

## Elizabeth Rosenberg
## Of Counsel

Elizabeth Rosenberg is Of Counsel in the New York office of Labaton Sucharow LLP. Elizabeth focuses on litigating complex securities fraud cases on behalf of institutional investors, with a focus on obtaining court approval of class action settlements, notice procedures and payment of attorneys' fees.

Case: 19-30088    Doc# 8950-2    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 122 of 123



Prior to joining Labaton Sucharow, Elizabeth was an associate at Whatley Drake & Kallas LLP, where she litigated securities and consumer fraud class actions. Elizabeth began her career as an associate at Milberg LLP where she practiced securities litigation and was also involved in the pro bono representation of individuals seeking to obtain relief from the World Trade Center Victims' Compensation Fund.

Elizabeth earned her Juris Doctor from Brooklyn Law School. She received her bachelor's degree from the University of Michigan.