# EXHIBIT E

Case: 19-30088    Doc# 8950-5    Filed: 08/31/20    Entered: 08/31/20 17:12:32    Page 1 of 2

*In re: PG&E CORP. & PACIFIC GAS AND ELECTRIC CO.*

Case No. 19-30088 (DM) (Lead Case)

**EXHIBIT E**

**EXPENSE REPORT**

FIRM: LABATON SUCHAROW LLP

REPORTING PERIOD: INCEPTION THROUGH JULY 31, 2020

| CATEGORY | | TOTAL AMOUNT |
|---|---|---|
| Court Conference Calls | | $1,194.10 |
| Court Fees | | $950.00 |
| Court Reporting/Transcription | | $487.20 |
| Expert / Consultant Fees | | $159,170.91 |
|    Lowenstein Sandler LLP | $46,630.16 | |
|    The Michelson Law Group | $112,540.75 | |
| Work-Related Transportation / Meals / Lodging | | $6,923.49 |
|    Work-Related Meals | $787.81 | |
|    Work-Related Transportation (incl. airfare) | $4,349.93 | |
|    Hotel | $1,785.75 | |
| **TOTAL** | | **$168,725.70** |