**Exhibit B**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES DURING FIFTH INTERIM PERIOD**

| Category of Timekeeper | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed by timekeepers in all domestic offices[1] | Billed in Fifth Interim Period |
| Partners | $1,477.23 | $1,279.44 |
| Associates | 829.62 | 732.20 |
| Paraprofessionals | 366.19 | 295.22 |

---

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013, the preceding year is a rolling 12 months year ending June 30, 2020; blended rates reflect aggregate work performed in the preceding year in Cravath's New York office (its sole domestic office) by all its timekeepers in each category.