# Exhibit C

# COMPARISON OF BUDGETED TO ACTUAL FEES SOUGHT DURING THE FINAL FEE PERIOD

| Period | Fees and Expenses Budgeted[1] | Fees and Expenses Sought |
|---|---|---|
| Petition Date – February 28, 2019 | $8,625,000 | $7,761,592.51 |
| March 2019 | 8,625,000 | 8,136,217.40 |
| April 2019 | 8,625,000 | 7,819,144.83 |
| May 2019 | 8,625,000 | 7,648,206.08 |
| June 2019 | 10,000,000 | 6,844,883.38 |
| July 2019 | 10,000,000 | 8,847,037.59 |
| August 2019 | 10,909,091 | 10,870,183.04 |
| September 2019 | 10,909,091 | 13,314,244.45 |
| October 2019 | 15,600,000 | 16,742,071.26 |
| November 2019 | 18,520,000 | 17,117,232.65 |
| December 2019 | 18,520,000 | 13,664,316.50 |
| January 2020 | 2,900,000 | 7,111,734.45 |
| February 2020 | 3,800,000 | 4,445,689.75 |
| March 2020 | 3,800,000 | 4,028,485.29 |
| April 2020 | 5,300,000 | 4,938,248.77 |
| May 2020 | 5,300,000 | 6,574,907.31 |
| June 1, 2020 – Effective Date | 5,303,226 | 5,497,182.65 |
| **Total:** | **$155,361,408** | **$151,361,377.91**[2] |
| Less Compromise in respect of First Interim Fee Application | | ($1,300,000.00) |
| Less Travel Adjustment[3] | | ($122,214.25) |
| Less Adjustments[4] | | ($703,026.50) |
| Less Final Credit | | ($5,000,000.00) |
| **Adjusted Total:** | | **$144,236,137.16** |

---

[1] As updated and agreed between the Debtors and Cravath, Swaine & Moore LLP over the course of the Final Fee Period and including an estimate of pass-through expenses for retained subject matter experts.

[2] Including $25,198,823.68 of Special Disbursements, the vast majority of which are pass-through expenses for subject matter experts.

[3] As described in the Second Interim Fee Application.

[4] The portion of the $823,637.50 discount for pre-admitted attorney rates not previously reflected in Cravath's monthly fee statements.