**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
|   *North Bay & Camp Fire Services* | *Retention Exhibit #: SUPP 3 01-A* | |
|     Camp Fire Services - C.O. #5 | 573.80 | $220,000.00 |
|   ***Subtotal - North Bay & Camp Fire Services*** | ***573.80*** | ***$220,000.00*** |
|   *Compliance Services* | *Retention Exhibit #: 01-H* | |
|     Compliance Services | 49.70 | $10,500.00 |
|   ***Subtotal - Compliance Services*** | ***49.70*** | ***$10,500.00*** |
|   *Controls Testing Services* | *Retention Exhibit #: 01-I* | |
|     Controls Testing Services | 27.50 | $9,925.00 |
|   ***Subtotal - Controls Testing Services*** | ***27.50*** | ***$9,925.00*** |
|   *Ariba Supply Chain Support Services* | *Retention Exhibit #: SUPP 3 01-E* | |
|     Design Acceptance Procedures | 1,299.00 | $250,000.00 |
|   ***Subtotal - Ariba Supply Chain Support Services*** | ***1,299.00*** | ***$250,000.00*** |
|   *Electric Asset Excellence Program Services* | *Retention Exhibit #: SUPP 3 01-D* | |
|     Electric Asset Excellence Program Services | 1,194.00 | $715,000.00 |
|   ***Subtotal - Electric Asset Excellence Program Services*** | ***1,194.00*** | ***$715,000.00*** |
|   *PSPS Program Support Services* | *Retention Exhibit #: SUPP 3 01-C* | |
|     PSPS Program Support Services | 1,208.50 | $360,000.00 |
|   ***Subtotal - PSPS Program Support Services*** | ***1,208.50*** | ***$360,000.00*** |
|   *Compliance and Ethics Support Services* | *Retention Exhibit #: SUPP 2 01-L* | |
|     Compliance and Ethics Support Services | 418.80 | $133,650.00 |
|   ***Subtotal - Compliance and Ethics Support Services*** | ***418.80*** | ***$133,650.00*** |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **4,771.30** | **$1,699,075.00** |
| **Hourly Services** | | |
|   *Bankruptcy Accounting Advisory Services* | *Retention Exhibit #: 04; SUPP-02* | |
|     Accounting Services | 32.00 | $23,079.00 |
|   ***Subtotal - Bankruptcy Accounting Advisory Services*** | ***32.00*** | ***$23,079.00*** |
|   *Bankruptcy Tax Advisory Services* | *Retention Exhibit #: 05* | |
|     Tax Services | 290.40 | $162,291.10 |
|   ***Subtotal - Bankruptcy Tax Advisory Services*** | ***290.40*** | ***$162,291.10*** |
| **Subtotal - Hours and Compensation - Hourly Services** | **322.40** | **$185,370.10** |
| **Case Administration** | | |
|   *Bankruptcy Requirements and Other Court Obli* | *Retention Exhibit #: CASE* | |
|     Employment Applications and Other Court Filings | 14.10 | $7,755.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| Monthly, Interim and Final Fee Applications | 49.50 | $27,225.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *63.60* | *$34,980.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **63.60** | **$34,980.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **5,157.30** | **$1,919,425.10** |