**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| ***North Bay & Camp Fire Services*** | | ***Retention Exhibit #: SUPP 3 01-A*** | |
| Meera Banerjee | Partner | 15.00 | |
| Cyrus Justin Mohamadi | Manager | 7.00 | |
| Rachel M Ehsan | Manager | 55.30 | |
| AnnMarie Hassan | Senior Associate | 344.50 | |
| Joseph Michalek | Senior Associate | 152.00 | |
| ***Subtotal - North Bay & Camp Fire Services*** | | ***573.80*** | ***$220,000.00*** |
| ***Compliance Services*** | | ***Retention Exhibit #: 01-H*** | |
| James R Meehan | Partner | 0.50 | |
| Kristin D Rivera | Partner | 10.00 | |
| Meera Banerjee | Partner | 9.50 | |
| Sumana Lahiry | Director | 7.50 | |
| Cyrus Justin Mohamadi | Manager | 1.50 | |
| Mohammad Ali Suleman | Senior Associate | 7.00 | |
| Kailey Sanchez | Associate | 6.70 | |
| Maria Breen | Associate | 7.00 | |
| ***Subtotal - Compliance Services*** | | ***49.70*** | ***$10,500.00*** |
| ***Controls Testing Services*** | | ***Retention Exhibit #: 01-I*** | |
| Steven Manocchio | Director | 10.50 | |
| Mia Grosul | Manager | 4.50 | |
| Christine Lynn LaBelle | Senior Associate | 8.00 | |
| FNU Srinivasan Chandrasekaran | Associate | 4.50 | |
| ***Subtotal - Controls Testing Services*** | | ***27.50*** | ***$9,925.00*** |
| ***Ariba Supply Chain Support Services*** | | ***Retention Exhibit #: SUPP 3 01-E*** | |
| Christopher Lee Woods | Partner | 8.00 | |
| Gurminder Sandhu | Director | 24.00 | |
| Pramod Mangalore Mallya | Manager | 124.00 | |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**            **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| Natalia Brattceva | Senior Associate | 144.00 | |
| Armando Alvarado | Associate | 360.00 | |
| Janani Upasna Gopinath | Associate | 360.00 | |
| Jithin Balan | Associate | 279.00 | |
| ***Subtotal - Ariba Supply Chain Support Services*** | | ***1,299.00*** | ***$250,000.00*** |
| ***Electric Asset Excellence Program Services*** | | *Retention Exhibit #: SUPP 3 01-D* | |
| Daniel Bowman | Partner | 6.00 | |
| Michael Winston Chapman | Partner | 16.00 | |
| Hugh Trung Le | Director | 135.00 | |
| Brandon Rapp | Senior Associate | 428.50 | |
| Rachel Syska | Senior Associate | 496.50 | |
| Nitin Pratap Singh | Associate | 112.00 | |
| ***Subtotal - Electric Asset Excellence Program Services*** | | ***1,194.00*** | ***$715,000.00*** |
| ***PSPS Program Support Services*** | | *Retention Exhibit #: SUPP 3 01-C* | |
| Todd Jirovec | Partner | 9.00 | |
| Dinishi Abayarathna | Senior Associate | 619.50 | |
| Arthur Storchi Bergmann | Associate | 580.00 | |
| ***Subtotal - PSPS Program Support Services*** | | ***1,208.50*** | ***$360,000.00*** |
| ***Compliance and Ethics Support Services*** | | *Retention Exhibit #: SUPP 2 01-L* | |
| Kristin D Rivera | Partner | 0.50 | |
| Meera Banerjee | Partner | 1.00 | |
| Sumana Lahiry | Director | 27.80 | |
| Cara Angela Rosengard | Senior Associate | 186.50 | |
| Nikhita Reddy Sanikommu | Senior Associate | 3.00 | |
| Yurika Kristy Yoneda | Senior Associate | 200.00 | |
| ***Subtotal - Compliance and Ethics Support Services*** | | ***418.80*** | ***$133,650.00*** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit B
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| **Total - Hours and Compensation - Fixed Fee Services** | | **4,771.30** | **$1,699,075.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| ***Compliance Services*** | | | ***Retention Exhibit #: 01-H*** |
| James R Meehan | Partner | 0.50 | |
| Kristin D Rivera | Partner | 10.00 | |
| Meera Banerjee | Partner | 9.50 | |
| Sumana Lahiry | Director | 7.50 | |
| Cyrus Justin Mohamadi | Manager | 1.50 | |
| Mohammad Ali Suleman | Senior Associate | 7.00 | |
| Kailey Sanchez | Associate | 6.70 | |
| Maria Breen | Associate | 7.00 | |
| ***Subtotal - Compliance Services*** | | ***49.70*** | ***$10,500.00*** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **49.70** | **$10,500.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| ***Controls Testing Services*** | | ***Retention Exhibit #: 01-I*** | |
| Steven Manocchio | Director | 10.50 | |
| Mia Grosul | Manager | 4.50 | |
| Christine Lynn LaBelle | Senior Associate | 8.00 | |
| FNU Srinivasan Chandrasekaran | Associate | 4.50 | |
| ***Subtotal - Controls Testing Services*** | | ***27.50*** | ***$9,925.00*** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **27.50** | **$9,925.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**           **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| *Compliance and Ethics Support Services* | | *Retention Exhibit #: SUPP 2 01-L* | |
| Kristin D Rivera | Partner | 0.50 | |
| Meera Banerjee | Partner | 1.00 | |
| Sumana Lahiry | Director | 27.80 | |
| Cara Angela Rosengard | Senior Associate | 186.50 | |
| Nikhita Reddy Sanikommu | Senior Associate | 3.00 | |
| Yurika Kristy Yoneda | Senior Associate | 200.00 | |
| *Subtotal - Compliance and Ethics Support Services* | | *418.80* | *$133,650.00* |
| **Total - Hours and Compensation - Fixed Fee Services** | | **418.80** | **$133,650.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| *Electric Asset Excellence Program Services* | | *Retention Exhibit #: SUPP 3 01-D* | |
| Daniel Bowman | Partner | 6.00 | |
| Michael Winston Chapman | Partner | 16.00 | |
| Hugh Trung Le | Director | 135.00 | |
| Brandon Rapp | Senior Associate | 428.50 | |
| Rachel Syska | Senior Associate | 496.50 | |
| Nitin Pratap Singh | Associate | 112.00 | |
| ***Subtotal - Electric Asset Excellence Program Services*** | | ***1,194.00*** | ***$715,000.00*** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **1,194.00** | **$715,000.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| ***North Bay & Camp Fire Services*** | | ***Retention Exhibit #: SUPP 3 01-A*** | |
| Meera Banerjee | Partner | 15.00 | |
| Cyrus Justin Mohamadi | Manager | 7.00 | |
| Rachel M Ehsan | Manager | 55.30 | |
| AnnMarie Hassan | Senior Associate | 344.50 | |
| Joseph Michalek | Senior Associate | 152.00 | |
| ***Subtotal - North Bay & Camp Fire Services*** | | ***573.80*** | ***$220,000.00*** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **573.80** | **$220,000.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *PSPS Program Support Services* | | *Retention Exhibit #: SUPP 3 01-C* | |
| Todd Jirovec | Partner | 9.00 | |
| Dinishi Abayarathna | Senior Associate | 619.50 | |
| Arthur Storchi Bergmann | Associate | 580.00 | |
| *Subtotal - PSPS Program Support Services* | | *1,208.50* | *$360,000.00* |
| **Total - Hours and Compensation - Fixed Fee Services** | | **1,208.50** | **$360,000.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| ***Ariba Supply Chain Support Services*** | | ***Retention Exhibit #: SUPP 3 01-E*** | |
| Christopher Lee Woods | Partner | 8.00 | |
| Gurminder Sandhu | Director | 24.00 | |
| Pramod Mangalore Mallya | Manager | 124.00 | |
| Natalia Brattceva | Senior Associate | 144.00 | |
| Armando Alvarado | Associate | 360.00 | |
| Janani Upasna Gopinath | Associate | 360.00 | |
| Jithin Balan | Associate | 279.00 | |
| **Subtotal - Ariba Supply Chain Support Services** | | **1,299.00** | **$250,000.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **1,299.00** | **$250,000.00** |