**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit D
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period June 1, 2020 through July 1, 2020**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Bankruptcy Accounting Advisory Services* | | | *Retention Exhibit #: 04; SUPP-02* | |
| Morris N Jones | Partner | $957 | 2.00 | $1,914.00 |
| Joshua T Goodelman | Director | $807 | 2.50 | $2,017.50 |
| Kevin C Jackson | Director | $807 | 1.00 | $807.00 |
| Michael John Dixon | Director | $807 | 4.00 | $3,228.00 |
| Richard Jason Ruggiero | Director | $807 | 12.00 | $9,684.00 |
| Lindsay Slocum | Senior Associate | $517 | 10.50 | $5,428.50 |
| **Subtotal - Bankruptcy Accounting Advisory Services** | | | **32.00** | **$23,079.00** |
| *Bankruptcy Tax Advisory Services* | | | *Retention Exhibit #: 05* | |
| Candace B Ewell | Partner | $909 | 1.50 | $1,363.50 |
| Christopher Wesley Call | Partner | $909 | 3.00 | $2,727.00 |
| George A Manousos | Partner | $909 | 0.50 | $454.50 |
| James H Prettyman | Partner | $909 | 3.00 | $2,727.00 |
| Terry Bart Stratton | Partner | $909 | 53.90 | $48,995.10 |
| Chloe Chantelle Kempf | Senior Associate | $464 | 53.50 | $24,824.00 |
| Conan A Yuzna | Senior Associate | $464 | 133.50 | $61,944.00 |
| Sandy Liu O'Neill | Senior Associate | $464 | 41.50 | $19,256.00 |
| **Subtotal - Bankruptcy Tax Advisory Services** | | | **290.40** | **$162,291.10** |
| **Subtotal - Hourly Services** | | | **322.40** | **$185,370.10** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Ob* | | | *Retention Exhibit #: CASE* | |
| Andrea Clark Smith | Director | $550 | 59.00 | $32,450.00 |
| Jill B. Bienstock | Director | $550 | 4.60 | $2,530.00 |
| **Subtotal - Bankruptcy Requirements and Other Court Obligations** | | | **63.60** | **$34,980.00** |
| **Subtotal - Case Administration** | | | **63.60** | **$34,980.00** |
| **Total - Hourly Services and Case Administration** | | | **386.00** | **$220,350.10** |