PG&E Corporation, et al. (Case No. 19-30088 (DM))     Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period June 1, 2020 through July 1, 2020

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Hourly Services** | | | | | | |
| *Bankruptcy Accounting Advisory Services* | | | | | | *Retention Exhibit #: 04; SUPP-02* |
| Accounting Services | | | | | | |
| 4/1/2020 | Lindsay Slocum | Senior Associate | 0620H0001: Prepare documentation of the Q4 deliverables. | $517 | 1.00 | $517.00 |
| 4/1/2020 | Michael John Dixon | Director | 0620H0002: Time spent reviewing Q4 deliverables. | $807 | 2.00 | $1,614.00 |
| 4/3/2020 | Lindsay Slocum | Senior Associate | 0620H0003: Prepare documentation of the Q4 deliverables. | $517 | 2.00 | $1,034.00 |
| 4/3/2020 | Richard Jason Ruggiero | Director | 0620H0004: Research and respond to bridge financing fee accounting questions. | $807 | 0.80 | $645.60 |
| 4/3/2020 | Richard Jason Ruggiero | Director | 0620H0005: Make clarifying edits to ASC 480 accounting analysis for unit of account, valuation, and SAB Topic 5A consideration for equity backstop arrangement. | $807 | 2.60 | $2,098.20 |
| 4/3/2020 | Richard Jason Ruggiero | Director | 0620H0006: Call with PG&E to discuss securitization and comparison to NDT fund structure. | $807 | 0.50 | $403.50 |
| 4/6/2020 | Lindsay Slocum | Senior Associate | 0620H0007: Prepare documentation of the Q4 deliverables. | $517 | 1.50 | $775.50 |
| 4/8/2020 | Michael John Dixon | Director | 0620H0008: Time spent regarding COVID accounting impacts. | $807 | 1.00 | $807.00 |
| 4/9/2020 | Michael John Dixon | Director | 0620H0009: Discussion with PG&E regarding valuation of 480 liability and capitalization of bridge financing costs. | $807 | 1.00 | $807.00 |
| 4/9/2020 | Richard Jason Ruggiero | Director | 0620H0010: Call with PG&E discussing valuation of 480 liability and capitalization of bridge financing costs. | $807 | 0.70 | $564.90 |
| 4/9/2020 | Richard Jason Ruggiero | Director | 0620H0011: Review bridge financing capitalization. | $807 | 0.50 | $403.50 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**              **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/10/2020 | Richard Jason Ruggiero | Director | 0620H0012: Update bridge financing memorandum. | $807 | 2.20 | $1,775.40 |
| 4/21/2020 | Lindsay Slocum | Senior Associate | 0620H0013: Prepare documentation of the Q4 deliverables. | $517 | 1.50 | $775.50 |
| 4/30/2020 | Lindsay Slocum | Senior Associate | 0620H0014: Prepare documentation of the Q4 deliverables. | $517 | 1.00 | $517.00 |
| 5/5/2020 | Lindsay Slocum | Senior Associate | 0620H0015: Prepare analysis on segment reporting. | $517 | 1.00 | $517.00 |
| 5/18/2020 | Kevin C Jackson | Director | 0620H0016: Review initial documentation on segment reporting. | $807 | 1.00 | $807.00 |
| 5/18/2020 | Morris N Jones | Partner | 0620H0017: Review the segment reporting analysis. | $957 | 2.00 | $1,914.00 |
| 5/19/2020 | Lindsay Slocum | Senior Associate | 0620H0018: Prepare analysis on segment reporting. | $517 | 1.00 | $517.00 |
| 5/20/2020 | Lindsay Slocum | Senior Associate | 0620H0019: Prepare analysis on segment reporting. | $517 | 0.50 | $258.50 |
| 6/5/2020 | Lindsay Slocum | Senior Associate | 0620H0020: Prepare analysis on segment reporting. | $517 | 1.00 | $517.00 |
| 6/23/2020 | Joshua T Goodelman | Director | 0620H0021: Provide consultation regarding LSTC and Reorganization items for 10Q reporting. | $807 | 1.00 | $807.00 |
| 6/23/2020 | Richard Jason Ruggiero | Director | 0620H0022: Discussion with PG&E regarding stock settler. | $807 | 0.70 | $564.90 |
| 6/23/2020 | Richard Jason Ruggiero | Director | 0620H0023: Review AR Factor Memorandum. | $807 | 1.80 | $1,452.60 |
| 6/23/2020 | Richard Jason Ruggiero | Director | 0620H0024: Provide guidance regarding emergence accounting. | $807 | 0.60 | $484.20 |
| 6/24/2020 | Joshua T Goodelman | Director | 0620H0025: Provide research on emergence date considerations. | $807 | 1.00 | $807.00 |
| 6/24/2020 | Joshua T Goodelman | Director | 0620H0026: Meeting with PG&E to discuss emergence date considerations. | $807 | 0.50 | $403.50 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/24/2020 | Richard Jason Ruggiero | Director | 0620H0027: Discussion with PG&E regarding AR Securitization. | $807 | 0.50 | $403.50 |
| 6/24/2020 | Richard Jason Ruggiero | Director | 0620H0028: Prepare AR Securitization Notes Summary. | $807 | 0.30 | $242.10 |
| 6/24/2020 | Richard Jason Ruggiero | Director | 0620H0029: Discussion with PG&E regarding emergence accounting. | $807 | 0.40 | $322.80 |
| 6/24/2020 | Richard Jason Ruggiero | Director | 0620H0030: Prepare summary on FV Accounting on wildfire settlement. | $807 | 0.40 | $322.80 |
| Subtotal - Hours and Compensation - Accounting Services | | | | | 32.00 | $23,079.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Accounting Advisory Services* | | | | | *32.00* | *$23,079.00* |

**Bankruptcy Tax Advisory Services**     **Retention Exhibit #: 05**

Tax Services

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/1/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0031: Perform PG&E 382 modeling for discount scenarios and including compiling 382 summary memo for cfo. | $464 | 4.00 | $1,856.00 |
| 6/1/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0032: Discuss model assumptions with Conan and update model. | $464 | 0.80 | $371.20 |
| 6/1/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0033: Discuss model updates with Bart and incorporate comments, send note to Elizabeth on assumptions. | $464 | 2.50 | $1,160.00 |
| 6/1/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0034: Review latest equity offering scenarios and Lazard information. | $464 | 1.00 | $464.00 |
| 6/1/2020 | Terry Bart Stratton | Partner | 0620H0035: Review updated NUBIG calculation. | $909 | 1.10 | $999.90 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/1/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0036: Call with Weil and PG&E to go through latest scenario modeling. | $464 | 0.90 | $417.60 |
| 6/1/2020 | Terry Bart Stratton | Partner | 0620H0037: Call with Weil, PG&E and PwC to discuss latest 382 model before providing to TCC. | $909 | 0.90 | $818.10 |
| 6/1/2020 | Conan A Yuzna | Senior Associate | 0620H0038: Perform Sec. 382 scenario updates. | $464 | 8.00 | $3,712.00 |
| 6/1/2020 | Conan A Yuzna | Senior Associate | 0620H0039: Continue - Perform Sec. 382 scenario updates. | $464 | 6.00 | $2,784.00 |
| 6/2/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0040: Update the PG&E 332 updated summary & running additional scenarios. | $464 | 2.00 | $928.00 |
| 6/2/2020 | Christopher Wesley Call | Partner | 0620H0041: Perform partner review of the PG&E bankruptcy cost capitalization/recovery calculations. | $909 | 2.00 | $1,818.00 |
| 6/2/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0042: Review updated model and assumptions provided by PG&E. | $464 | 2.00 | $928.00 |
| 6/2/2020 | Terry Bart Stratton | Partner | 0620H0043: Review information from Lazard on marketed offering and consider impact for 382 models. | $909 | 1.90 | $1,727.10 |
| 6/2/2020 | Conan A Yuzna | Senior Associate | 0620H0044: Updated modeling for CFO review. | $464 | 6.00 | $2,784.00 |
| 6/2/2020 | Conan A Yuzna | Senior Associate | 0620H0045: Call with CFO. | $464 | 1.00 | $464.00 |
| 6/2/2020 | Terry Bart Stratton | Partner | 0620H0046: Call with Cravath, PG&E CFO and Weil to walk through 382 modeling. | $909 | 1.00 | $909.00 |
| 6/3/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0047: Update 382 modeling for PG&E running new scenarios for MCP & non MCP. | $464 | 4.00 | $1,856.00 |
| 6/3/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0048: Updating 382 workpaper for graphs of results & layering into final analysis. | $464 | 4.00 | $1,856.00 |
| 6/3/2020 | Christopher Wesley Call | Partner | 0620H0049: Review PG&E capitalization of bankruptcy cost. | $909 | 1.00 | $909.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/3/2020 | Conan A Yuzna | Senior Associate | 0620H0050: Perform walkthrough of the model's latest projections. | $464 | 1.50 | $696.00 |
| 6/3/2020 | George A Manousos | Partner | 0620H0051: Review the bankruptcy TCA costs and amortization research. | $909 | 0.50 | $454.50 |
| 6/3/2020 | James H Prettyman | Partner | 0620H0052: Review revised section 382 calculations. | $909 | 1.00 | $909.00 |
| 6/3/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0053: Update model for latest projections and assumptions (including footnotes, test and review model to ensure items are flowing properly). | $464 | 3.00 | $1,392.00 |
| 6/3/2020 | Terry Bart Stratton | Partner | 0620H0054: Review updated 338 calculations. | $909 | 2.50 | $2,272.50 |
| 6/3/2020 | Conan A Yuzna | Senior Associate | 0620H0055: Review 382 modeling updates. | $464 | 5.00 | $2,320.00 |
| 6/3/2020 | Conan A Yuzna | Senior Associate | 0620H0056: Continue - Review 382 modeling updates. | $464 | 3.50 | $1,624.00 |
| 6/4/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0057: PG&E 382 modeling additional scenarios & summary slides & updated graphs for mirror voting. | $464 | 2.90 | $1,345.60 |
| 6/4/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0058: Updated graphs & call with Conan to troubleshoot l5 calculation. | $464 | 1.50 | $696.00 |
| 6/4/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0059: 382 model updates. | $464 | 2.30 | $1,067.20 |
| 6/4/2020 | Terry Bart Stratton | Partner | 0620H0060: Review updated section 382 modeling scenarios and review of limit calculations. | $909 | 3.00 | $2,727.00 |
| 6/4/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0061: PG&E Tax Discussion call with Fidelity. | $464 | 1.10 | $510.40 |
| 6/4/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0062: Call with Cravath, Weil, and Fidelity on 382. | $464 | 1.10 | $510.40 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/4/2020 | Terry Bart Stratton | Partner | 0620H0063: Call with Fidelity to discuss 5 percent shareholder limits. | $909 | 1.10 | $999.90 |
| 6/4/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0064: TCC call to discuss model scenarios. | $464 | 0.50 | $232.00 |
| 6/4/2020 | Conan A Yuzna | Senior Associate | 0620H0065: TCC call to discuss model scenarios. | $464 | 0.50 | $232.00 |
| 6/4/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0066: TCC call to discuss model scenarios. | $464 | 0.50 | $232.00 |
| 6/4/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0067: Weekly call with Weil and PG&E. | $464 | 0.70 | $324.80 |
| 6/4/2020 | Terry Bart Stratton | Partner | 0620H0068: Weekly update call with Weil, PG&E and PwC. | $909 | 0.70 | $636.30 |
| 6/4/2020 | Conan A Yuzna | Senior Associate | 0620H0069: Review PG&E 382 modeling. | $464 | 5.00 | $2,320.00 |
| 6/4/2020 | Conan A Yuzna | Senior Associate | 0620H0070: Review additional updates to the 382 model. | $464 | 4.50 | $2,088.00 |
| 6/5/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0071: Updated 382 PG&E Scenarios. | $464 | 1.50 | $696.00 |
| 6/5/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0072: Updated 382 Model - Secondary Greenshoe. | $464 | 0.50 | $232.00 |
| 6/5/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0073: PG&E 382 summary slides. | $464 | 2.50 | $1,160.00 |
| 6/5/2020 | Conan A Yuzna | Senior Associate | 0620H0074: Model updates. | $464 | 6.00 | $2,784.00 |
| 6/5/2020 | Terry Bart Stratton | Partner | 0620H0075: Call to walk through updated PG&E section 382 scenarios. Make edits to schedules to send out to TCC counsel. Call with Cravath, Weil, PG&E and TCC counsel. | $909 | 0.50 | $454.50 |
| 6/5/2020 | Conan A Yuzna | Senior Associate | 0620H0076: Call to walk through updated PG&E section 382 scenarios (am) - Weil/Cravath. | $464 | 1.00 | $464.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/5/2020 | Terry Bart Stratton | Partner | 0620H0077: Call to walk through updated PG&E section 382 scenarios (am) - Weil/Cravath. | $909 | 1.00 | $909.00 |
| 6/5/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0078: Call with Weil and PG&E to discuss secondary greenshoe in updated modeling. | $464 | 0.30 | $139.20 |
| 6/5/2020 | Terry Bart Stratton | Partner | 0620H0079: Call with Weil and PG&E to discuss secondary greenshoe in updated modeling. | $909 | 0.30 | $272.70 |
| 6/5/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0080: Call to discuss updated 382 scenarios with Lazard. | $464 | 1.00 | $464.00 |
| 6/5/2020 | Terry Bart Stratton | Partner | 0620H0081: Call to discuss updated 382 scenarios with Lazard. | $909 | 1.00 | $909.00 |
| 6/5/2020 | Conan A Yuzna | Senior Associate | 0620H0082: Call to walk through updated PG&E section 382 scenarios (pm) - Weil/Cravath. | $464 | 1.00 | $464.00 |
| 6/5/2020 | Terry Bart Stratton | Partner | 0620H0083: Call to walk through updated PG&E section 382 scenarios (pm) - Weil/Cravath. | $909 | 1.00 | $909.00 |
| 6/6/2020 | Conan A Yuzna | Senior Associate | 0620H0084: Perform model updates for TCC arbitration hearing. | $464 | 5.00 | $2,320.00 |
| 6/7/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0085: Review draft bullets prepared for arbitration agreement. | $464 | 1.50 | $696.00 |
| 6/7/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0086: Review schedule A's provided by various investors. | $464 | 1.00 | $464.00 |
| 6/8/2020 | Candace B Ewell | Partner | 0620H0087: Conference Call withholdings/reclaims discussion. | $909 | 1.50 | $1,363.50 |
| 6/8/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0088: Updated file review with weil and running checks through the workpapers/rerunning scenarios. | $464 | 1.50 | $696.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/8/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0089: Prepare PG&E anonymizing backstop support. | $464 | 1.00 | $464.00 |
| 6/8/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0090: Prepare AKS sensitivity analysis & graphs. | $464 | 1.50 | $696.00 |
| 6/8/2020 | Conan A Yuzna | Senior Associate | 0620H0091: Perform Model updates. | $464 | 6.50 | $3,016.00 |
| 6/8/2020 | Conan A Yuzna | Senior Associate | 0620H0092: Preparing and discussing AKS sensitivity analysis and updating Chloe's deliverable. | $464 | 0.50 | $232.00 |
| 6/8/2020 | James H Prettyman | Partner | 0620H0093: Perform Partner review section 382 calculations. | $909 | 1.00 | $909.00 |
| 6/8/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0094: Review further updates NUBIG analysis. | $464 | 2.00 | $928.00 |
| 6/8/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0095: Draft summary of schedule 13 filings reviewed and emails sent to shareholders. | $464 | 1.50 | $696.00 |
| 6/8/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0096: Prepare ownership change analysis for sharing with TCC. | $464 | 2.00 | $928.00 |
| 6/8/2020 | Terry Bart Stratton | Partner | 0620H0097: Review update 382 scenarios. | $909 | 4.80 | $4,363.20 |
| 6/8/2020 | Conan A Yuzna | Senior Associate | 0620H0098: Preparation call with Weil and Cravath in advance of tax mediation call. | $464 | 0.50 | $232.00 |
| 6/8/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0099: Preparation call with Weil and Cravath in advance of tax mediation call. | $464 | 0.50 | $232.00 |
| 6/8/2020 | Terry Bart Stratton | Partner | 0620H0100: Preparation call with Weil and Cravath in advance of tax mediation call. | $909 | 0.50 | $454.50 |
| 6/8/2020 | Conan A Yuzna | Senior Associate | 0620H0101: Call with Weil and PG&E to discuss latest scenario modeling and deliverables to be shared with TCC. | $464 | 1.00 | $464.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/8/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0102: Call with Weil and PG&E to discuss latest scenario modeling and deliverables to be shared with TCC. | $464 | 1.00 | $464.00 |
| 6/8/2020 | Terry Bart Stratton | Partner | 0620H0103: Call with Weil and PG&E to discuss latest scenario modeling and deliverables to be shared with TCC. | $909 | 1.00 | $909.00 |
| 6/9/2020 | Terry Bart Stratton | Partner | 0620H0104: Review updated analysis for 382 ownership change with new info from Lazard. | $909 | 1.20 | $1,090.80 |
| 6/9/2020 | Conan A Yuzna | Senior Associate | 0620H0105: Call with Cravath and Weil to discuss arbitration with TCC and 382 analysis to be discussed. | $464 | 0.70 | $324.80 |
| 6/9/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0106: Call with Cravath and Weil to discuss arbitration with TCC and 382 analysis to be discussed. | $464 | 0.70 | $324.80 |
| 6/9/2020 | Terry Bart Stratton | Partner | 0620H0107: Call with Cravath and Weil to discuss arbitration with TCC and 382 analysis to be discussed. | $909 | 0.70 | $636.30 |
| 6/9/2020 | Conan A Yuzna | Senior Associate | 0620H0108: Update 382 modeling following discussion with Counsel. | $464 | 0.30 | $139.20 |
| 6/10/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0109: Perform 382 Memo/checklist walkthrough. | $464 | 3.00 | $1,392.00 |
| 6/10/2020 | Terry Bart Stratton | Partner | 0620H0110: Discuss updated scenarios for 382. | $909 | 1.00 | $909.00 |
| 6/10/2020 | Conan A Yuzna | Senior Associate | 0620H0111: Morning call with Weil / Lazard on Lazard's latest figures. | $464 | 1.00 | $464.00 |
| 6/10/2020 | Terry Bart Stratton | Partner | 0620H0112: Call with Cravath and Weil to discuss arbitration with TCC and 382 analysis to be discussed. | $909 | 1.00 | $909.00 |
| 6/10/2020 | Conan A Yuzna | Senior Associate | 0620H0113: Perform model updates based on new numbers. | $464 | 2.00 | $928.00 |
| 6/11/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0114: Perform accuracy on updated model scenarios & AKS sensitivity testing. | $464 | 1.50 | $696.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/11/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0115: Perform model updates for changes in new scenario version. | $464 | 1.50 | $696.00 |
| 6/11/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0116: Perform 10k research on LTIPs and RSUs. | $464 | 1.50 | $696.00 |
| 6/11/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0117: Update NUBIG models for range of post change equity values and price points, create summary table for updating NOL brief points. | $464 | 4.00 | $1,856.00 |
| 6/11/2020 | Terry Bart Stratton | Partner | 0620H0118: Perform review of the updated model. | $909 | 0.80 | $727.20 |
| 6/11/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0119: Weekly call with PG&E and Weil. | $464 | 0.70 | $324.80 |
| 6/11/2020 | Terry Bart Stratton | Partner | 0620H0120: Weekly call with PG&E and Weil. | $909 | 0.70 | $636.30 |
| 6/11/2020 | Conan A Yuzna | Senior Associate | 0620H0121: Sec 382 ownership change study updates based upon Eli's updated information. | $464 | 4.00 | $1,856.00 |
| 6/11/2020 | Conan A Yuzna | Senior Associate | 0620H0122: Continue - Sec 382 ownership change study updates based upon Eli's updated information. | $464 | 3.00 | $1,392.00 |
| 6/12/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0123: Perform additional modeling. | $464 | 1.50 | $696.00 |
| 6/12/2020 | Conan A Yuzna | Senior Associate | 0620H0124: Perform Model updates, including analysis of Appaloosa as a 5% shareholder. | $464 | 6.00 | $2,784.00 |
| 6/12/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0125: Make requested changes to NUBIG model and RBIG estimate. | $464 | 2.00 | $928.00 |
| 6/12/2020 | Terry Bart Stratton | Partner | 0620H0126: Perform NUBIG review and discussions. | $909 | 2.30 | $2,090.70 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))** **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/12/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0127: Call with Elizabeth to discuss updates to NUBIG model. | $464 | 0.50 | $232.00 |
| 6/15/2020 | Terry Bart Stratton | Partner | 0620H0128: Review updated scenarios and slides. | $909 | 1.30 | $1,181.70 |
| 6/16/2020 | Conan A Yuzna | Senior Associate | 0620H0129: Update analysis re: Appaloosa's anticipated 5% (or 4.75%) shareholder status under the various pricing scenarios. | $464 | 4.40 | $2,041.60 |
| 6/16/2020 | Conan A Yuzna | Senior Associate | 0620H0130: Call with Cravath, Weil and PwC to discuss 5 percent shareholder info. | $464 | 0.60 | $278.40 |
| 6/16/2020 | Terry Bart Stratton | Partner | 0620H0131: Call with Cravath, Weil and PwC to discuss 5 percent shareholder info. | $909 | 0.60 | $545.40 |
| 6/17/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0132: Prepare PG&E updated scenarios. | $464 | 2.00 | $928.00 |
| 6/17/2020 | Conan A Yuzna | Senior Associate | 0620H0133: Review Backstop participant updates. | $464 | 3.00 | $1,392.00 |
| 6/17/2020 | Terry Bart Stratton | Partner | 0620H0134: Review updated 382 calculations. | $909 | 1.10 | $999.90 |
| 6/18/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0135: Review lates corp and utility charters. | $464 | 2.00 | $928.00 |
| 6/18/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0136: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 6/18/2020 | Terry Bart Stratton | Partner | 0620H0137: Weekly update call with Weil, PG&E and PwC. | $909 | 1.00 | $909.00 |
| 6/18/2020 | Terry Bart Stratton | Partner | 0620H0138: Follow up discuss with PG&E and Weil on Appaloosa shareholder and model effects. | $909 | 1.00 | $909.00 |
| 6/18/2020 | Terry Bart Stratton | Partner | 0620H0139: Call with Appaloosa legal counsel to discuss 5% shareholder threshold and review of model and input prior to call. | $909 | 1.30 | $1,181.70 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/18/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0140: Prepare PG&E modeling appaloosa. | $464 | 4.00 | $1,856.00 |
| 6/18/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0141: Prepare PG&E updated scenarios UW greenshoe vs backstop greenshoe. | $464 | 3.50 | $1,624.00 |
| 6/18/2020 | Conan A Yuzna | Senior Associate | 0620H0142: Review model updates for Appaloosa. | $464 | 5.00 | $2,320.00 |
| 6/18/2020 | Conan A Yuzna | Senior Associate | 0620H0143: Continue - Review model updates for Appaloosa. | $464 | 3.00 | $1,392.00 |
| 6/19/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0144: Perform review of the updated model and calculations. | $464 | 4.00 | $1,856.00 |
| 6/19/2020 | Conan A Yuzna | Senior Associate | 0620H0145: Draft responses for Elizabeth for PAO data request. | $464 | 5.00 | $2,320.00 |
| 6/19/2020 | Conan A Yuzna | Senior Associate | 0620H0146: Call to discuss updates to 382 model. | $464 | 0.50 | $232.00 |
| 6/19/2020 | Terry Bart Stratton | Partner | 0620H0147: Call to discuss updates to 382 model. | $909 | 0.50 | $454.50 |
| 6/19/2020 | Terry Bart Stratton | Partner | 0620H0148: Perform partner review of model. | $909 | 1.70 | $1,545.30 |
| 6/22/2020 | Conan A Yuzna | Senior Associate | 0620H0149: Drafting responses to TURN/PAO data requests as requested by Elizabeth. Correspondence with Andrew Astore at Cravath regarding certain data being received. | $464 | 1.50 | $696.00 |
| 6/22/2020 | Terry Bart Stratton | Partner | 0620H0150: Review updates to price and modeling implications. | $909 | 1.80 | $1,636.20 |
| 6/23/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0151: Perform updates to the model. | $464 | 2.00 | $928.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/23/2020 | Terry Bart Stratton | Partner | 0620H0152: Perform Partner review of updated model. | $909 | 2.30 | $2,090.70 |
| 6/24/2020 | Chloe Chantelle Kempf | Senior Associate | 0620H0153: Finalize the documentation supporting the scenario. | $464 | 0.50 | $232.00 |
| 6/24/2020 | Conan A Yuzna | Senior Associate | 0620H0154: Finalize the documentation supporting the scenario - Appaloosa / no, and UW and BS greenshoe. | $464 | 8.00 | $3,712.00 |
| 6/24/2020 | Terry Bart Stratton | Partner | 0620H0155: Call with Weil, PwC and Akin Kump to discuss $63m payment and potential withholding tax implications. | $909 | 0.50 | $454.50 |
| 6/24/2020 | Terry Bart Stratton | Partner | 0620H0156: Review the final documentation supporting the scenarios (distribution to Cravath and Weil). | $909 | 2.10 | $1,908.90 |
| 6/25/2020 | Conan A Yuzna | Senior Associate | 0620H0157: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 6/25/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0158: Weekly call with PG&E and Weil. | $464 | 1.00 | $464.00 |
| 6/25/2020 | Terry Bart Stratton | Partner | 0620H0159: Weekly update call with PG&E, Weil and PwC. | $909 | 1.00 | $909.00 |
| 6/25/2020 | Conan A Yuzna | Senior Associate | 0620H0160: Running model scenarios and compiling workbook for $9.50 proposed closing price, Appaloosa w/wo, AKS/no, BSGS/UWGS versions. | $464 | 5.00 | $2,320.00 |
| 6/25/2020 | Conan A Yuzna | Senior Associate | 0620H0161: Continue - Running model scenarios and compiling workbook for $9.50 proposed closing price, Appaloosa w/wo, AKS/no, BSGS/UWGS versions. | $464 | 3.00 | $1,392.00 |
| 6/25/2020 | Terry Bart Stratton | Partner | 0620H0162: Review of updated financial projections for section 382 model and review of updated model. | $909 | 2.50 | $2,272.50 |
| 6/26/2020 | Terry Bart Stratton | Partner | 0620H0163: Review s-1 filing for issuance of shares. | $909 | 1.90 | $1,727.10 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/26/2020 | Conan A Yuzna | Senior Associate | 0620H0164: Updating workbook scenarios for the potential inclusion of Third Point, including independent reconciliations of issuances to Third Point and application of AKS. | $464 | 5.00 | $2,320.00 |
| 6/26/2020 | Conan A Yuzna | Senior Associate | 0620H0165: Continue - Updating workbook scenarios for the potential inclusion of Third Point, including independent reconciliations of issuances to Third Point and application of AKS. | $464 | 3.00 | $1,392.00 |
| 6/27/2020 | Terry Bart Stratton | Partner | 0620H0166: Call to walk through updated model and review of updated model. | $909 | 1.10 | $999.90 |
| 6/29/2020 | Conan A Yuzna | Senior Associate | 0620H0167: Update the model slides for Counsel. | $464 | 6.00 | $2,784.00 |
| 6/29/2020 | James H Prettyman | Partner | 0620H0168: Review updated 382 model. | $909 | 1.00 | $909.00 |
| 6/29/2020 | Sandy Liu O'Neill | Senior Associate | 0620H0169: Documentation of positions for NUBIG model. | $464 | 4.00 | $1,856.00 |
| 6/29/2020 | Terry Bart Stratton | Partner | 0620H0170: Review updated model. | $909 | 1.10 | $999.90 |
| 6/30/2020 | Terry Bart Stratton | Partner | 0620H0171: Review updated model. | $909 | 1.10 | $999.90 |
| Subtotal - Hours and Compensation - Tax Services | | | | | 290.40 | $162,291.10 |
| *Subtotal - Hours and Compensation - Bankruptcy Tax Advisory Services* | | | | | *290.40* | *$162,291.10* |
| **Total - Hours and Compensation - Hourly Services** | | | | | **322.40** | **$185,370.10** |

PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period June 1, 2020 through July 1, 2020

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Case Administration** | | | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | | | *Retention Exhibit #: CASE* |
| Employment Applications and Other Court Filings | | | | | | |
| 6/9/2020 | Andrea Clark Smith | Director | 0620H0172: Prepare Third Supplemental Retention Application and Bowman Declaration. | $550 | 1.20 | $660.00 |
| 6/16/2020 | Andrea Clark Smith | Director | 0620H0173: Prepare Third Supplemental Retention Application and Bowman Declaration. | $550 | 5.30 | $2,915.00 |
| 6/17/2020 | Andrea Clark Smith | Director | 0620H0174: Prepare Third Supplemental Retention Application and Bowman Declaration. | $550 | 3.00 | $1,650.00 |
| 6/22/2020 | Jill B. Bienstock | Director | 0620H0175: Review and update the Third Supplemental Retention Application and Declaration for communications with Keller Benvenutti and PG&E. | $550 | 1.80 | $990.00 |
| 6/23/2020 | Jill B. Bienstock | Director | 0620H0176: Review and update the Third Supplemental Retention Application and Declaration for communications with Keller Benvenutti and PG&E. | $550 | 2.80 | $1,540.00 |
| Subtotal - Hours and Compensation - Employment Applications and Other Court Filings | | | | | 14.10 | $7,755.00 |
| Monthly, Interim and Final Fee Applications | | | | | | |
| 6/1/2020 | Andrea Clark Smith | Director | 0620H0177: Continue - Perform review of the PSPS services fee submission prior to PG&E approvals (through December 2019). | $550 | 2.50 | $1,375.00 |
| 6/1/2020 | Andrea Clark Smith | Director | 0620H0178: Perform review of the revised Cybersecurity fee submission prior to PG&E approvals. | $550 | 3.30 | $1,815.00 |
| 6/2/2020 | Andrea Clark Smith | Director | 0620H0179: Perform review of the revised Cybersecurity fee submission prior to PG&E approvals. | $550 | 0.90 | $495.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/3/2020 | Andrea Clark Smith | Director | 0620H0180: Perform review of the revised Cybersecurity fee submission prior to PG&E approvals. | $550 | 3.20 | $1,760.00 |
| 6/8/2020 | Andrea Clark Smith | Director | 0620H0181: Perform review of the Tax bankruptcy services fee submission prior to PG&E approvals. | $550 | 3.50 | $1,925.00 |
| 6/17/2020 | Andrea Clark Smith | Director | 0620H0182: Perform final review of the January 2020 monthly fee statement and distribute to Counsel. | $550 | 2.80 | $1,540.00 |
| 6/17/2020 | Andrea Clark Smith | Director | 0620H0183: Perform final review of the February 2020 monthly fee statement and distribute to Counsel. | $550 | 2.00 | $1,100.00 |
| 6/17/2020 | Andrea Clark Smith | Director | 0620H0184: Perform final review of the March 2020 monthly fee statement and distribute to Counsel. | $550 | 2.00 | $1,100.00 |
| 6/17/2020 | Andrea Clark Smith | Director | 0620H0185: Perform final review of the April 2020 monthly fee statement and distribute to Counsel. | $550 | 2.00 | $1,100.00 |
| 6/18/2020 | Andrea Clark Smith | Director | 0620H0186: Perform final review of the December 2019 monthly fee statement and distribute to Counsel. | $550 | 1.20 | $660.00 |
| 6/19/2020 | Andrea Clark Smith | Director | 0620H0187: Perform final review of the November 2019 monthly fee statement and distribute to Counsel. | $550 | 2.80 | $1,540.00 |
| 6/22/2020 | Andrea Clark Smith | Director | 0620H0188: Perform review of the North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 2.70 | $1,485.00 |
| 6/22/2020 | Andrea Clark Smith | Director | 0620H0189: Perform review of the 2020 WMP Plan Support Services fee submission prior to PG&E approvals. | $550 | 2.00 | $1,100.00 |
| 6/23/2020 | Andrea Clark Smith | Director | 0620H0190: Continue - Perform review of the revised Cybersecurity fee submission prior to PG&E approvals. | $550 | 1.30 | $715.00 |
| 6/23/2020 | Andrea Clark Smith | Director | 0620H0191: Perform review of the North Bay & Camp Fire Services fee submission prior to PG&E approvals. | $550 | 2.70 | $1,485.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 6/24/2020 | Andrea Clark Smith | Director | 0620H0192: Perform review of the Electric Asset Excellence Services fee submission prior to PG&E approvals. | $550 | 2.00 | $1,100.00 |
| 6/25/2020 | Andrea Clark Smith | Director | 0620H0193: Perform review of the Camp Fire Services fee submission prior to PG&E approvals. | $550 | 3.10 | $1,705.00 |
| 6/26/2020 | Andrea Clark Smith | Director | 0620H0194: Perform review of the Ariba Services fee submission prior to PG&E approvals. | $550 | 2.70 | $1,485.00 |
| 6/29/2020 | Andrea Clark Smith | Director | 0620H0195: Perform review of the Compliance Services & Rule 21 fee submission prior to PG&E approvals. | $550 | 3.90 | $2,145.00 |
| 6/30/2020 | Andrea Clark Smith | Director | 0620H0196: Perform review of the revised Cybersecurity fee submission prior to PG&E approvals. | $550 | 2.90 | $1,595.00 |
| Subtotal - Hours and Compensation - Monthly, Interim and Final Fee Applications | | | | | 49.50 | $27,225.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations* | | | | | *63.60* | *$34,980.00* |
| **Total - Hours and Compensation - Case Administration** | | | | | **63.60** | **$34,980.00** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **386.00** | **$220,350.10** |