**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit F
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period June 1, 2020 through July 1, 2020**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
| *PSPS Program Support Services* | *Retention Exhibit #: SUPP 2 01-G* |
|     Product License | $20,000.00 |
| *Subtotal - Expenditures Sought for PSPS Program Support Services* | ***$20,000.00*** |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$20,000.00** |
| **Total - Expenditures Sought for Reimbursement** | **$20,000.00** |