PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit G
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Detail of Expenditures by Project, Professional and Date**
**For the Period June 1, 2020 through July 1, 2020**

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **Fixed Fee Services** | | | | |
| *PSPS Program Support Services* | | | | *Retention Exhibit #: SUPP 2 01-G* |
| 6/15/2020 | PricewaterhouseCoopers | Product License | 0620E0001: INSIGHTS PLATFORM. | $20,000.00 |
| *Subtotal - Expenditures Sought for PSPS Program Support Services* | | | | *$20,000.00* |
| **Total - Expenditures Sought for Fixed Fee Services** | | | | **$20,000.00** |
| **Total - Expenditures Sought for Reimbursement** | | | | **$20,000.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior fee period.

Page 1 of 1
Monday, August 31, 2020

Case: 19-30088    Doc# 8952-7    Filed: 08/31/20    Entered: 08/31/20 21:08:39    Page 1 of 1