

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**September 1, 2020**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building &
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**20-cv-04568-HSG**

**Re: Transmission of Document(s) on Appeal:**

**PG&E Corporation and Pacific Gas and Electric Company, Bankruptcy Case 19-30088, Judge Dennis Montali**

Dear Clerk:

We are transferring the following document(s) to your Court for the above referenced appeal:

There are no document(s) being transferred.

Please disregard (dkt. #8588), the Counter-Designation of the Record on Appeal, filed by Appellee Fire Victim Trustee in the Appeal, filed by Appellants Adventist Health, The Paradise and Napa Entities, and Comcast was inadvertently transmitted in error, related to (dkt. #8643).

If you have any questions, please contact me at **415-268-2373** .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/ Da'Wana Chambers*

Da'Wana Chambers  Deputy Clerk