

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**September 1, 2020**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building &
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**20-cv-04568-HSG**

**Re: Transmission of Document(s) on Appeal:**

**PG&E Corporation and Pacific Gas and Electric Company, Bankruptcy Case 19-30088, Judge Dennis Montali**

Dear Clerk:

We are transferring the following document(s) to your Court for the above referenced appeal:

Correction to include (Dkt.#8579) the Appellee Designation for Counter-Designation of the Record on Appeal, filed By Appellee Fire Victim Trustee in the Appeal, filed by Appellant Theresa Ann McDonald, related to (Dkt. #8643).

If you have any questions, please contact me at **415-268-2373** .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/ Da'Wana Chambers*

Da'Wana Chambers  Deputy Clerk