| | |
|---|---|
| FRANK M. PITRE (SBN 100077)<br>fpitre@cpmlegal.com<br>ALISON E. CORDOVA (SBN 284942)<br>acordova@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697 0577 | BRENDAN M KUNKLE (SBN 173292)<br>bkunkle@abbeylaw.com<br>MICHAEL GREEN (SBN 214142)<br>mgreen@abbeylaw.com<br>SCOTT MONTGOMERY<br>smontgomery@abbeylaw.com<br>**ABBEY, WEITZENBERG, WARREN & EMERY**<br>100 Stony Point Road<br>Santa Rosa, CA 95402<br>Telephone: (707) 542-5050<br>Facsimile: (707) 542-2589 |

*Attorneys for Fire Victim Claimants*
*Rest of Co-Counsel Listed Under Signature Block*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>      **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY KIM REEG**<br><br>Date: October 13, 2020<br>Time: 10:00 a.m.<br>Place: **Telephonic/Video Appearances Only**<br> United States Bankruptcy Court<br> 450 Golden Gate Ave.<br> Courtroom 17, 16th Floor<br> San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: October 6, 2020 |

**PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider the Motion to Allow/Deem Timely Late Filing of Proof of Claim by Kim Reeg, on October 13, 2020 at 10:00 a.m. (Pacific Time) ("**Reeg Late Claim Motion**") via video conferencing or telephone. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Reeg Late Claim Motion is October 6, 2020.

/ / /

/ / /

/ / /

**PLEASE TAKE FURTHER NOTICE** that copies of the Reeg Late Claim Motion can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website

DATED: August 31, 2020  COTCHETT, PITRE & McCARTHY, LLP

By: /s/ Alison E. Cordova
ALISON E. CORDOVA (SBN 284942)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697 0577
acordova@cpmlegal.com

Brendan M Kunkle
bkunkle@abbeylaw.com
Michael Green
mgreen@abbeylaw.com
Scott Montgomery
smontgomery@abbeylaw.com
**ABBEY, WEITZENBERG, WARREN & EMERY**
100 Stony Point Road
Santa Rosa, CA 95402
Telephone: (707) 542-5050
Facsimile: (707) 542-2589

MICHAEL A. KELLY (SB #71460)
mkelly@walkuplawoffice.com
KHALDOUN A. BAGHDADI (SB #190111)
kbaghdadi@walkuplawoffice.com
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210

BRIAN J. PANISH (SBN 116060)
panish@psblaw.com
RAHUL RAVIPUDI (SBN 204519)
ravipudi@psblaw.com
LYSSA ROBERTS (SBN 235049)
roberts@psblaw.com
**PANISH, SHEA & BOYLE LLP**
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699

STEVEN M. CAMPORA (SBN 110909)
scampora@dbbwc.com
**DREYER, BABICH, BUCCOLA, WOOD, CAMPORA LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

*Attorneys for Numerous Fire Claimants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: /s/ *Brendan Kunkle*
BRENDAN KUNKLE