1 BRENDAN M. KUNKLE (SBN 173292)
bkunkle@abbeylaw.com
2 ABBEY, WEITZENBERG, WARREN & EMERY, PC
100 Stony Point Road, Suite 200
3 Santa Rosa, CA 95402
Phone; (707) 542-5050
4 Fax: (707) 542-2589

5 *Attorney for Daniel Kosta, et al.*

6

7

UNITED STATES BANKRUPTCY COURT

8

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9

10

| | |
|---|---|
| In re | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY DANIEL KOSTA, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR HIS MINOR CHILDREN M.M.K., S.K., AND M.K.** |
| **Debtors**. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | Judge: Hon. Dennis Montali<br>Date: October 13, 2020<br>Time: 10:00 a.m.<br>Place.: (Telephonic/Video Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17,<br>450 Golden Gate Ave., 16th Floor<br>San Francisco, CA |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |
| | Objection Deadline:   October 6, 2020 |

**PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider the Motion to Allow/Deem Timely Late Filing of Proof of Claim by Daniel Kosta, et al., on October 13, 2020 at 10:00 a.m. (Pacific Time) ("**Kosta Late Claim Motion**") via video conferencing or telephone.

/ / / /

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Kosta Late Claim Motion is October 6, 2020.

**PLEASE TAKE FURTHER NOTICE** that copies of the Kosta Late Claim Motion can be viewed and obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website

Dated:  August 31, 2020                    ABBEY, WEITZENBERG, WARREN & EMERY, PC


By:       */s/ Brendan M. Kunkle*
BRENDAN M. KUNKLE (SBN 173292)
ABBEY, WEITZENBERG, WARREN & EMERY, PC
100 Stony Point Road, Suite 200
Santa Rosa, CA 95402
Telephone: (707) 542-5050
Facsimilie: (707) 542-2589
bkunkle@abbeylaw.com
Attorneys for Daniel Kosta, et al.

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: /s/ *Brendan M. Kunkle*
BRENDAN M. KUNKLE