

Signed and Filed: September 1, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Jonathan C. Sanders (No. #228785)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 252-5002

Nicholas Goldin
Kathrine A. McLendon
Jamie J. Fell
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for the Board of Each of PG&E Corporation
and Pacific Gas and Electric Company and for
Certain Current and Former Independent Directors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                      **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2019 THROUGH DECEMBER 31, 2019**<br><br>Re: Docket Nos. 6331, 8389 |

Upon consideration of the *Third Interim Fee Application of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2019 Through December 31, 2019* (the "**Application**"); and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and upon consideration of the Goldin Declaration in support of the Application; and any previous limited objections to monthly statements filed by Simpson Thacher & Bartlett LLP ("**Simpson Thacher**") pursuant to the Interim Compensation Order not having been renewed or pursued; and upon consideration of the compromise between Simpson Thacher (the "**Applicant**") and the Fee Examiner as set forth in that certain *Amended Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Applicants Based Upon Compromises with the Fee Examiner* [Docket No. 8389] (collectively, the "**Amendment Notice**"); and the Court having issued a Docket Order on August 3, 2020 allowing the Application in the reduced amounts reflected in the Amendment Notice; and sufficient cause having been shown therefor:

**IT IS HEREBY ORDERED:**

1. The Application is granted as provided herein.

2. The Applicant is awarded an interim allowance of its fees and expenses for the Fee Period in the total amount of $2,678,932.00, consisting of $2,615,242.50 of compensation for professional services rendered and $63,689.50 of actual and necessary expenses incurred during the Fee Period.

3. The Debtors are directed to pay the Applicant the difference between the amounts allowed in paragraph 2 above and any amounts previously paid by the Debtors pursuant to the Interim Compensation Order.

4. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

**END OF ORDER**

3

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017