**Exhibit 1**

| | Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed / Scheduled | Original Claim Amount | | | | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Secured | Admin | Priority | General Unsecured | Total Amount | |
| 1 | Albert, Roger Charles<br>1105 Honest Pleasure Drive<br>Naperville, IL 60540 | N/A | 98517 | PG&E Corporation | 4/4/2020 | $0.00 | $0.00 | $0.00 | $9,995.27 | $9,995.27 | Equity Interest Claims |
| 2 | Bate, Michael H.<br>13619 S 32nd Place<br>Phoenix, AZ 85044 | N/A | 103374 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $2,948.00 | $2,948.00 | Equity Interest Claims |
| 3 | Bechtel NR Program Master Pension Trust<br>C/O Rob Hoffman 3500 Technology Drive<br>Monroeville, PA 15146 | N/A | 99228 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| 4 | Campbell, Karla<br>4487 Brisbane Circle<br>El Dorado Hills, CA 95762 | N/A | 105893 | PG&E Corporation | 1/0/1900 | $0.00 | $0.00 | $0.00 | $7,187.50 | $7,187.50 | Equity Interest Claims |
| 5 | CANNARELLA, ROBERT A.<br>17 REEVES STREET<br>SMITHTOWN, NY 11787-1923 | N/A | 98703 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $1,170.73 | $1,170.73 | Equity Interest Claims |
| 6 | Cassidy, Kathleen<br>343 Hudson<br>Redwood City, CA 94062 | N/A | 105312 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Equity Interest Claims |
| 7 | Charles Schwab IRA FBO Jeffery L Patterson<br>Attn: Jeffery L Patterson 321 E Second St<br>Ocean Isle Beach, NC 28469 | N/A | 103227 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $3,555.16 | $3,555.16 | Equity Interest Claims |
| 8 | Christine R. Johnson and Dale L. Johnson JT Ten<br>109 Greenbrook Road<br>Middlesex, NJ | N/A | 103459 | PG&E Corporation | 4/30/2019 | $0.00 | $0.00 | $0.00 | $578.50 | $578.50 | Equity Interest Claims |
| 9 | Conley, Richard<br>2219 E. Harvard Ct.<br>Visalia, CA 93292 | N/A | 105552 | PG&E Corporation | 5/29/2020 | $0.00 | $0.00 | $0.00 | $12,878.00 | $12,878.00 | Equity Interest Claims |
| 10 | Dana Sylvander, TTEE, Nels E Sylvander Trust U/A DTD 6/22/72<br>85 West Hudson Ave<br>Englewood, NJ 07631 | N/A | 98544 | Pacific Gas and Electric Company | 4/2/2020 | $0.00 | $0.00 | $0.00 | $2,141.21 | $2,141.21 | Equity Interest Claims |
| 11 | Donald K. Loo CUST Christopher M. Loo<br>3017 N. 159th. Ave.<br>Goodyear, AZ 85395 | N/A | 98754 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $1,594.52 | $1,594.52 | Equity Interest Claims |
| 12 | Donald K. Loo CUST Emily P. Loo<br>3017 N. 159th. Ave.<br>Goodyear, AZ 85395 | N/A | 98752 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $1,620.88 | $1,620.88 | Equity Interest Claims |
| 13 | Flowers, Jr., Dennis Ray<br>8535 Primm Forest Dr NE<br>Leland, NC 28451 | N/A | 105155 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $7,944.00 | $7,944.00 | Equity Interest Claims |
| 14 | GEORGE H DAILEY, II ROLLOVER IRA<br>ATTN: GEORGE H DAILEY 701 WINSHOLEN CT<br>WESTERVILLE, OH 43081 | N/A | 103378 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $33,071.00 | $33,071.00 | Equity Interest Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed / Scheduled | Original Claim Amount | | | | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Secured | Admin | Priority | General Unsecured | Total Amount | |
| 15 | Guo, Liang Chang<br>15 Shetland Way<br>Kanata, ON K2M 1S1 | N/A | 99127 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,603.00 | $4,603.00 | Equity Interest Claims |
| 16 | Harold Elfman TOD Edie Weiss<br>3923 Chester Drive<br>Glenview, IL 60026 | N/A | 99095 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| 17 | Hosni, Sheila<br>P.O. Box 140664<br>Staten Island, NY 10314 | N/A | 98751 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $2,131.15 | $2,131.15 | Equity Interest Claims |
| 18 | Hubbard, Theodore Russell<br>1973 La Corso Ct<br>Walnut Creek, CA 94598 | N/A | 98628 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $2,850.00 | $17,166.79 | $20,016.79 | Equity Interest Claims |
| 19 | Ip, Emily<br>1154 Quince Avenue<br>Sunnyvale, CA 94087 | N/A | 98609 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $25,733.40 | $25,733.40 | Equity Interest Claims |
| 20 | Jacques J. Kirch 401K Plan<br>Jacques J. Kirch 3617 Sage Canyon Drive<br>Encinitas, CA 92024 | N/A | 98549 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $13,650.00 | $43,885.63 | $57,535.63 | Equity Interest Claims |
| 21 | James A. Solinsky & Janell J. Solinsky<br>7024 Lair Drive<br>Rhinelander, WI 54501-9468 | N/A | 98561 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $2,797.16 | $2,797.16 | Equity Interest Claims |
| 22 | Jeanette Sorensen CUST Katrina M Sorensen<br>2786 Marsh Dr<br>San Ramon, CA 94583 | N/A | 98547 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,020.08 | $1,020.08 | Equity Interest Claims |
| 23 | Jeanette Sorensen CUST Patrick Sorensen<br>2786 Marsh Dr.<br>San Ramon, CA 94583 | N/A | 98546 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,020.08 | $1,020.08 | Equity Interest Claims |
| 24 | Kern, Richard Scott<br>8634 NE 121st Place<br>Kirkland, WA | N/A | 103228 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $13,047.89 | $13,047.89 | Equity Interest Claims |
| 25 | Law Offices of Jacques J. Kirch 401(K) Plan<br>Jacques J. Kirch 3617 Sage Canyon Drive<br>Encinitas, CA 92024 | N/A | 98550 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $13,650.00 | $43,885.63 | $57,535.63 | Equity Interest Claims |
| 26 | LELE, SATEESH<br>2246 TERRENA VALLEY DRIVE<br>SAN JOSE, CA | N/A | 103379 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $4,304.95 | $0.00 | $4,304.95 | Equity Interest Claims |
| 27 | Lewis, Brian<br>13660 Zaremba Dr.<br>Brook Park, OH 44142 | N/A | 102955 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $767.92 | $767.92 | Equity Interest Claims |
| 28 | Loo, Donald K.<br>3017 N. 159th. Ave.<br>Goodyear, AZ 85395 | N/A | 98837 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $10,734.06 | $10,734.06 | Equity Interest Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed / Scheduled | Original Claim Amount | | | | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Secured | Admin | Priority | General Unsecured | Total Amount | |
| 29 | Loo, Pamela C. 3017 N. 159th. Ave. Goodyear, AZ 85395 | N/A | 98836 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $9,091.62 | $9,091.62 | Equity Interest Claims |
| 30 | Luken, Barbara O 4280 Carmain Drive NE Atlanta, GA 30342 | N/A | 104769 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| 31 | Madrid, Alexander 10945 Gary Player El Paso, TX 79935 | N/A | 98706 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $5,921.95 | $5,921.95 | Equity Interest Claims |
| 32 | Magnani, Michael 14009 W Lake Kathleen Dr SE Renton, WA 98059 | N/A | 98838 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $4,287.54 | $4,287.54 | Equity Interest Claims |
| 33 | Malone, Sammy C 1509 Rain Tree Dr Moore, OK 73160 | N/A | 104824 | Pacific Gas and Electric Company | 5/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| 34 | Malone, Sammy C 1509 Rain Tree Dr Moore, OK 73160 | N/A | 104823 | PG&E Corporation | 5/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| 35 | Marilley, Mark CMR 402 Box 198 APO, AE 9180 | N/A | 103380 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $42,226.00 | $42,226.00 | Equity Interest Claims |
| 36 | Matteo, Adam 14 Trimingham Ct Mendham, NJ 07945 | N/A | 102645 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $2,848.22 | $2,848.22 | Equity Interest Claims |
| 37 | McCoy, Jeanette 2786 Marsh Dr. San Ramon , CA 94583 | N/A | 98545 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,935.58 | $1,935.58 | Equity Interest Claims |
| 38 | MR. CHIN K. LEE & MRS BEE BEE KWA MR. CHIN K. LEE 29 AVOCA DRIVE MARKHAM, ON L3R 8Y1 | N/A | 98554 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $5,128.00 | $5,128.00 | Equity Interest Claims |
| 39 | Pagnucco Jr, Frank 1603 Market Street Apt B Camp Hill, PA 17011 | N/A | 98552 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| 40 | PATTY LOO TRUSTEE 3017 N 159TH AVE GOODYEAR, AZ 85395 | N/A | 98842 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $8,933.72 | $8,933.72 | Equity Interest Claims |
| 41 | Planey, James B Midland IRA, Inc James B. Planey FBO 1463 Glenwood Ave Glenview, IL 60025 | N/A | 98753 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| 42 | Rab, Syed Z. 4200 E La Palma Ave. Anaheim, CA 92807-1816 | N/A | 99099 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $21,500.00 | $21,500.00 | Equity Interest Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | \multicolumn{5}{c|}{Original Claim Amount} | | |
| 43 | Ricki L Rubin TTEE U/A DTD 05/01/1995 AMD 10-5-16<br>14911 Bowfin Terrace<br>Lakewood Ranch, FL 34202 | N/A | 98606 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $5,216.94 | $5,216.94 | Equity Interest Claims |
| 44 | ROBINSON, DEANNA<br>161 MERCED DR<br>SAN BRUNO, CA 94066-2519 | N/A | 100655 | PG&E Corporation | 4/16/2020 | $2,167.82 | $0.00 | $0.00 | $0.00 | $2,167.82 | Equity Interest Claims |
| 45 | Robinson, Homer A.<br>624 West Upsal Street<br>Philadelphia, PA 19119 | N/A | 103381 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $851.00 | $851.00 | Equity Interest Claims |
| 46 | RODDICK, DAVID B<br>2916 TABRIZ DR<br>MODESTO, CA 95355-8731 | N/A | 98610 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $9,613.32 | $9,613.32 | Equity Interest Claims |
| 47 | Rose, Steven J. and Stephanie R.<br>1141 Clubview Blvd.<br>North Columbus, OH 43235 | N/A | 103226 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $25,993.82 | $25,993.82 | Equity Interest Claims |
| 48 | Sherman, Marcellette<br>408 Timber Lake Drive<br>Southlake, TX 76092 | N/A | 105631 | Pacific Gas and Electric Company | 1/0/1900 | $0.00 | $0.00 | $0.00 | $235.00 | $235.00 | Equity Interest Claims |
| 49 | Sherman, Marcellette<br>408 Timber Lake Drive<br>Southlake, TX 76092 | N/A | 105632 | PG&E Corporation | 1/0/1900 | $0.00 | $0.00 | $0.00 | $235.00 | $235.00 | Equity Interest Claims |
| 50 | Smedberg, Linda E<br>2135 N Juniper Lane<br>Arlington Heights, IL 60004-3136 | N/A | 100666 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| 51 | Sorensen, Jeanette McCoy<br>2786 Marsh Dr.<br>San Ramon, CA 94583 | N/A | 98572 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,789.38 | $1,789.38 | Equity Interest Claims |
| 52 | The Rosanoff Family Trust<br>190 Murray Avenue<br>Goshen, NY 10924 | N/A | 103377 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $243.00 | $243.00 | Equity Interest Claims |
| 53 | Turrisi Family Trust DTD 12/16/1997<br>1300 Georgia Blvd<br>Orlando, FL 32803 | N/A | 98573 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $13,000.00 | $13,000.00 | Equity Interest Claims |
| 54 | Verdilla E Baer and Christine M Helbock<br>16607 NE 143rd Street<br>Woodinville, WA 98072 | N/A | 98608 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $7,345.94 | $7,345.94 | Equity Interest Claims |
| 55 | Webb, James M.<br>525 W Tropic Way<br>Saint Augustine, FL 30280 | N/A | 103952 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| 56 | Western Environmental Consultants, LLC<br>Duane Morris LLP Aron M. Oliner; Geoffrey A. Heaton One Market Plaza Spear Street Tower, Suite 2200 | N/A | 97053 | Pacific Gas and Electric Company | 2/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | Yu, Ing-Ru<br>22 Georgetown<br>Irvine, CA 92612 | N/A | 98557 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $4,170.00 | $4,170.00 | Equity Interest Claims |
| 58 | Zagame, Steven<br>100 Cross st<br>Boylston, MA 01505 | N/A | 97991 | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $697.75 | $697.75 | Equity Interest Claims |
| 59 | Zhu, Pengwei<br>1885 El Paseo St. Apt 35312<br>Houston, TX 77054 | N/A | 98178 | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |