**Exhibit 1**

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Aerojet Rocketdyne, Inc.<br>William Hvidsten Assistant General Counsel<br>2001 Aerojet Road<br>Rancho Cordova, CA 95742 | N/A | 79313 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $1,186,000,000.00 | $0.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 2 | ARAMARK UNIFORM & CAREER APPAREL, LLC<br>STEPHANIE WALTER LEGAL DEPARTMENT 115 N. 1ST STREET<br>BURBANK, CA 91502 | N/A | 78989 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 3 | Aramark Uniform & Career Apparel, LLC<br>Stephanie Walter Legal Department 115 N. 1st Street<br>Burbank, CA 91502 | N/A | 78503 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 4 | Athletics Investment Group LLC and its Successor(s) in Interest and Assigns<br>Oakland Athletics D'Lonra Ellis, Esq. Oakland Coliseum, 7000 Coliseum Way 7000 Coliseum Way<br>Oakland. CA 94621 | N/A | 63881 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 5 | Atlantic Richfield Company<br>c/o Nathan Block, Senior Counsel 501 Westlake Park Blvd WL 1, 3.668B<br>Houston, TX 77079 | N/A | 69297 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 6 | Beazer East, Inc., f/k/a Koppers Company, Inc.<br>c/o Three Rivers Management, Inc. Mary D. Wright, Esq. 600 River Avenue, Suite 200<br>Pittsburgh, PA 15212 | N/A | 71486 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 7 | BioMarin Pharmaceutical Inc<br>Attn: G.Eric Davis 105 Digital Drive<br>Novato, CA 94949 | N/A | 6955 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $18,962,326.00 | $18,962,326.00 | Utility Environmental Claims |
| 8 | Bio-Rad Laboratories, Inc.<br>Attn: General Counsel 1000 Alfred Nobel Drive<br>Hercules, CA 94547 | N/A | 59466 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 9 | Bio-Rad Laboratories, Inc.<br>Attn: General Counsel 1000 Alfred Nobel Drive<br>Hercules, CA 94547 | N/A | 62657 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 10 | Bramer, Dalene<br>Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 60067 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 11 | Bramer, Dalene<br>Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 67201 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 12 | Bridgestone Americas Tire Operations, LLC, successor to Firestone Tire and Rubber Company<br>Jane M. Johnson Senior Manager of Remediation Environmental Affairs 200 4th Avenue South<br>Nashville, TN 37201 | N/A | 80819 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 13 | Bridgestone Americans Tire Operation, LLC, successor to Firestone Tire & Rubber Company<br>Jane M. Johnson Senior Manager of Remediation Enviroment Affairs Bridgstone Americas, Inc. 200 th Avenue South<br>Nashville, TN 37201 | N/A | 76962 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Holdco Environmental Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Original Claim Amount | | | | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Secured | Admin | Priority | General Unsecured | Total Amount | |
| 14 | Califonia State Water Resources Control Board  Janelle M. Smith  Deputy Attorney General  Office of the Attorney General 455 Golden Gate Ave., Suite 11000  San Francisco, CA  94102 | N/A | 77533 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $11,416.00 | $11,416.00 | Utility Environmental Claims |
| 15 | Califorina Department of Toxic Substances Control  Department of Justice Attn: James Potter 300 South Spring Street  Los Angeles, CA  90013 | N/A | 76655 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 16 | California Air Resources Board  California Attorney General's Office Attn: Annadel A. Almendras 455 Golden Gate Avenue Suite 11000  San Francisco, CA  94102-7004 | N/A | 73078 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 17 | California Department of Conservation, Division of Oil, Gas & Geothermal Resources  Legal Office 801 K Street, MS 24-03  Sacramento, CA  95814-3530 | N/A | 58107 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $3,815,128.00 | $3,815,128.00 | Utility Environmental Claims |
| 18 | California Department of Fish and Wildfire  Myung J. Park 455 Golden Gate Ave,  CA, CA  94102 | N/A | 77748 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 19 | California Department of Fish and Wildfire  Myung J. Park  455 Golden Gate Ave,  CA, CA  94102 | N/A | 77523 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 20 | California Department of Fish and Wildfire  Myung J. Park 455 Golden Gate Ave,  CA, CA  94102 | N/A | 79226 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 21 | California Department of Fish and Wildfire  Myung J. Park 455 Golden Gate Ave,  CA, CA  94102 | N/A | 79120 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $259,336.73 | $259,336.73 | Utility Environmental Claims |
| 22 | California Department of Fish and Wildfire  Myung J. Park 455 Golden Gate Ave,  CA, CA  94102 | N/A | 86528 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 23 | California Department of Fish and Wildfire  Myung J. Park 455 Golden Gate Ave,  CA, CA  94102 | N/A | 77573 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 24 | California Department of Fish and Wildfire  Myung J. Park 455 Golden Gate Ave,  CA, CA  94102 | N/A | 77606 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 25 | California Department of Fish and Wildfire  Myung J. Park 455 Golden Gate Ave,  CA, CA  94102 | N/A | 77643 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 26 | California Department of Fish and Wildfire  Myung J. Park 455 Golden Gate Ave,  CA, CA  94102 | N/A | 64356 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 27 | California Department of Fish and Wildfire  Myung J. Park 455 Golden Gate Ave,  CA, CA  94102 | N/A | 79307 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 28 | California Department of Fish and Wildfire  Myung J. Park 455 Golden Gate Ave,  CA, CA  94102 | N/A | 77684 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 77567 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $219,871.29 | $219,871.29 | Utility Environmental Claims |
| 30 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 78612 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 31 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 77801 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 32 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 78162 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 33 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 78119 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 34 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 78093 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 35 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA , CA 94102 | N/A | 77860 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 36 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 78035 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 37 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 72155 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 38 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 77381 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 39 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, Suite 11000 CA, CA 94102 | N/A | 76996 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 40 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 76065 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 41 | California Department of Fish and Wildfire Myung J. Park  455 Golden Gate Ave, CA, CA 94102 | N/A | 74787 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 42 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 76997 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 43 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 77492 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 79560 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,750.00 | $2,750.00 | Utility Environmental Claims |
| 45 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, Suite 11000 CA, CA 94102 | N/A | 76082 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $176,400.00 | $176,400.00 | Utility Environmental Claims |
| 46 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 79467 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 47 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 77511 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 48 | California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | N/A | 79372 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 49 | California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, Suite 11000 San Francisco, CA 94102 | N/A | 78297 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 50 | California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, Suite 11000 San Francisco, CA 94102 | N/A | 77803 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 51 | California Department of Toxic Substance Control Heather Lesilie Deputy Attorney General Office of the Attorney General 1300 I Street, Suite 125. P.O Box 944255 | N/A | 77407 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 52 | California Department of Toxic Substances Control Deputy Attorney General Andrew Wiener 1515 Clay Street Oakland. CA 94612 | N/A | 79397 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 53 | California Department of Toxic Substances Control Deputy Attorney General Andrew Wiener 1515 Clay Street Oakland. CA 94612 | N/A | 76355 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 54 | California Department of Toxic Substances Control James Potter Department of Justice 300 South Spring Street Los Angeles. CA 90013 | N/A | 79715 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 55 | California Department of Toxic Substances Control Deputy Attorney General Andrew Wiener 1515 Clay Street Oakland . CA 94612 | N/A | 77344 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 56 | California Department of Toxic Substances Control Deputy Attorney General Andrew Wiener 1515 Clay Street Oakland. CA 94612 | N/A | 77441 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 57 | California Department of Toxic Substances Control James Potter Department of Justice 300 South Spring Street Los Angeles, CA 90013 | N/A | 79285 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 58 | California Department of Toxic Substances Control James Potter Department of Justice 300 South Spring Street Los Angeles, CA 90013 | N/A | 72174 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |

Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims)     Exhibit 1     PGE Corporation and Pacific Gas and Electric Company
Case No 19-30088 (DM), Jointly Administered

**Environmental Claims**

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | California Regional Water Quality Control Board, Lahontan Region<br>Gary Alexander Deputy Attorney General 455 Golden Gate Ave.<br>San Francisco. CA 94102 | N/A | 77795 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 60 | California Regional Water Quality Control Board, Lahontan Region<br>Gary Alexander Deputy Attorney General 455 Golden Gate Ave. Suite 11000<br>San Francisco. CA 94102 | N/A | 76265 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 61 | California Regional Water Quality Control Board, San Francisco Bay Region<br>Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue. Suite 11000 | N/A | 72169 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 62 | California Regional Water Quality Control Board, San Francisco Bay Region<br>Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue. Suite 11000 | N/A | 74902 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 63 | California Regional Water Quality Control Board, San Francisco Bay Region<br>Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue. Suite 11000 | N/A | 74503 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 64 | California Regional Water Quality Control Board, San Francisco Bay Region<br>Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 11000 | N/A | 86625 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 65 | California Regional Water Quality Control Board, San Francisco Bay Region<br>Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 11000 | N/A | 76816 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 66 | California State Water Resources Control Board<br>Matthew Bullock, Deputy Attorney General 455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 | N/A | 75966 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,204.53 | $2,204.53 | Utility Environmental Claims |
| 67 | California State Water Resources Control Board<br>Annadel A. Almendras 455 Golden Gate Ave., Ste. 11000<br>San Francisco , CA 94102 | N/A | 72153 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 68 | California State Water Resources Control Board<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor<br>Oakland . CA 94612 | N/A | 75704 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $418.32 | $418.32 | Utility Environmental Claims |
| 69 | California State Water Resources Control Board<br>Janelle Smith Deputy Attorney General California Attorney General's Office 455 Golden Gate Ave., Ste. 11000<br>San Francisco. CA 94102 | N/A | 75346 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 70 | California State Water Resources Control Board<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor<br>Oakland. CA 94612 | N/A | 74766 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $8,472.66 | $8,472.66 | Utility Environmental Claims |
| 71 | California State Water Resources Control Board<br>Sara D. Van Loh Deputy Attorney General California Department of Justice 1515 Clay Street, Suite 2000<br>Oakland. CA 94612 | N/A | 62337 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 72 | California State Water Resources Control Board<br>Ryan R. Hoffman, Deputy Attorney General Natural Resources Law Section California Department of Justice 455 Golden Gate Avenue, Suite 11000 | N/A | 60056 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $560.46 | $560.46 | Utility Environmental Claims |
| 73 | California State Water Resources Control Board<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor<br>Oakland, CA 94612 | N/A | 65619 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $665.26 | $665.26 | Utility Environmental Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | California State Water Resources Control Board Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland , CA 94612 | N/A | 75129 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $201.26 | $201.26 | Utility Environmental Claims |
| 75 | California State Water Resources Control Board Barbara Spiegel Deputy Attorney General Office of the Attorney General 455 Golden Gate Ave., Suite 11000 San Francisco, CA 94102 | N/A | 77623 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $620.85 | $620.85 | Utility Environmental Claims |
| 76 | California State Water Resources Control Board Janelle Smith Deputy Attorney General California Attorney General's Office 455 Golden Gate Ave., Ste. 11000 San Francisco, CA 94102 | N/A | 77695 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 77 | California State Water Resources Control Board Ryan R. Hoffman, Deputy Attorney General Natural Resources Law Section California Department of Justice 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | N/A | 77763 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $17,047.70 | $17,047.70 | Utility Environmental Claims |
| 78 | California State Water Resources Control Board Sara D. Van Loh Deputy Attorney General California Department of Justice 1515 Clay Street, Suite 2000 Oakland, CA 94612 | N/A | 79619 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 79 | California State Water Resources Control Board Ryan R. Hoffman, Deputy Attorney General Natural Resources Law Section California Department of Justice San Francisco, CA 94102 | N/A | 77769 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $411.50 | $411.50 | Utility Environmental Claims |
| 80 | California State Water Resources Control Board Ryan R. Hoffman, Deputy Attorney General Natural Resources Law Section California Department of Justice 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | N/A | 77785 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $4,358.02 | $4,358.02 | Utility Environmental Claims |
| 81 | California State Water Resources Control Board Attn: Gary Alexander Deputy Attorney General 455 Golden Gate Ave., Suite 11000 San Francisco, CA 94102 | N/A | 79135 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $30,676.97 | $30,676.97 | Utility Environmental Claims |
| 82 | California State Water Resources Control Board Ryan R. Hoffman, Deputy Attorney General Natural Resources Law Section California Department of Justice 455 Golden Gate Avenue, Suite 11000 | N/A | 78913 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $411.28 | $411.28 | Utility Environmental Claims |
| 83 | California State Water Resources Control Board Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | N/A | 76209 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $145.69 | $145.69 | Utility Environmental Claims |
| 84 | California State Water Resources Control Board Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | N/A | 76803 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $958.04 | $958.04 | Utility Environmental Claims |
| 85 | California State Water Resources Control Board Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | N/A | 76844 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $296.64 | $296.64 | Utility Environmental Claims |
| 86 | California State Water Resources Control Board Sara D. Van Loh Deputy Attorney General California Department of Justice 1515 Clay Street, Suite 2000 Oakland, CA 94612 | N/A | 77134 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 87 | California State Water Resources Control Board Sara D. Van Loh Deputy Attorney General California Department of Justice 1515 Clay Street, Suite 2000 Oakland, CA 94612 | N/A | 77476 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 88 | Caselli, Dennis<br>Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 67764 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 89 | Caselli, Dennis<br>Gross & Klein LLP Stuart G. Gross The Embarcadero<br>San Francisco, CA 94111 | N/A | 67765 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 90 | Casmalia Resources Site Steering Committee, as agent for the members of the Committee and certain of their affiliated entites<br>Morgan Lewis & Bockius James Dragna, Esq. 300 S. Grand Ave.<br>Los Angeles, CA 90071 | N/A | 86569 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 91 | Central Valley Regional Water Quality Control Board<br>Attn: Jessica Jahr, Office of Chief Counsel State Water Resources Control Board State Water Resources Control Board<br>Sacramento, CA 95814 | N/A | 61453 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 92 | Central Valley Regional Water Quality Control Board<br>Attn: Jessica Jahr, Office of Chief Counsel State Water Resources Control Board State Water Resources Control Board 1001 I Street<br>Sacramento, CA 95814 | N/A | 73165 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 93 | Central Valley Regional Water Quality Control Board<br>Attn: Jessica Jahr, Office of Chief Counsel State Water Resources Control Board State Water Resources Control Board<br>Sacramento , CA 95814 | N/A | 76308 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 94 | Chan-Kai Trust<br>679 St. Andrews Drive<br>Aptos, CA 95003 | N/A | 59686 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $800,000.00 | $800,000.00 | Holdco Environmental Claims |
| 95 | Chevron Corporation<br>Chevron Products Company, a Chevron U.S.A. division Attn: Michael L. Armstrong, Senior Counsel 6001 Bollinger Canyon Road<br>San Ramon, CA | N/A | 73769 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 96 | Clarke, Dan<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 66542 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 97 | Clarke, Dan<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 67768 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 98 | CommScope, Inc. of North Carolina<br>Robinson, Bradshaw & Hinson, P.A. Emily S. Sherlock 101 N. Tryon Street, Suite 1900<br>Charlotte, NC 28206 | N/A | 78743 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 99 | Crown Beverage Packaging, LLC<br>Archer & Greiner, P.C. Douglas G. Leney, Esquire Three Logan Square 1717 Arch St., Suite 3500<br>Philadelphia, PA 19103 | N/A | 71844 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 100 | Donna Castro and the Restated Richard Castro Bypass Trust 1998<br>Wendel Rosen LLP Elizabeth Berke-Dreyfuss, Esq. 1111 Broadway, 24th Flr.<br>Oakland, CA 94607 | N/A | 9240 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 101 | Dorrance, Catherine<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 66633 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | Dorrance, Sam<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 66621 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 103 | E.I. Du Pont De Nemours and Company, on behalf of itself and its contractual indemnitor, The Chemours Company<br>Todd Coomes, Esq., Corporate Counsel The Chemours Company 107 Market Street<br>Wilmington, DE 19899 | N/A | 79571 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 104 | Exxon Mobil Corporation<br>5959 Las Colinas Boulevard<br>Irving, TX 75039-2298 | N/A | 72207 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 105 | FMC Corporation<br>Farella Braun + Martel LLP 235 Montgomery St., 17th Fl<br>San Francisco, CA 94104 | N/A | 80671 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 106 | Ford Motor Company<br>c/o K&L Gates LLP Attn: Joseph F. Lagrotteria One Newark Center, Tenth Floor<br>Newark, NJ 07102 | N/A | 80022 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 107 | Fort Mojave Indian Tribe<br>The McDonald Law Firm, LC Steven P. McDonald, Esq. 1609 Soledad Ave.<br>La Jolla, CA 92037-3817 | N/A | 80109 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 108 | Fort Mojave Indian Tribe<br>The McDonald Law Firm, LC Steven P. McDonald, Esq. 1609 Soledad Ave.<br>La Jolla, CA 92037-3817 | N/A | 74796 | Pacific Gas and Electric Company | 10/30/2019 | $0.00 | $0.00 | $0.00 | $292,750.00 | $292,750.00 | Utility Environmental Claims |
| 109 | Fort Mojave Indian Tribe<br>The McDonald Law Firm, LC Steven P. McDonald, Esq. 1609 Soledad Ave.<br>La Jolla, CA 92037-3817 | N/A | 74737 | Pacific Gas and Electric Company | 10/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 110 | Gabany, Joseph<br>Gross & Klein LLP Attn: Stuart G. Gross The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 67770 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 111 | Gabany, Joseph<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 66348 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 112 | Gallo Glass Company<br>Chris Savage Senior Director, Global Environmental 600 Yosemite Boulevard<br>Modesto, CA 95354 | N/A | 76191 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 113 | Gallo Glass Company<br>Chris Savage Senior Director, Global Environmental 600 Yosemite Boulevard<br>Modesto, CA 95354 | N/A | 81329 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 114 | Georgia-Pacific LLC<br>Attn: Noshay Cancelo Senior Counsel - Litigation 133 Peachtree St NE<br>Atlanta, GA 30303 | N/A | 62489 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 115 | Getty Oil Company<br>Michael L. Armstrong, Senior Counsel Chevron Products Company A Chevron U.S.A. Division 6001 Bollinger Canyon Road<br>San Ramon. CA 94583 | N/A | 67871 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |

| # | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | Golden Gate Scenic Steamship Corporation, and its subsidiaries and affiliates, as their interests may appea<br>Red and White Fleet Attn: Sophia Shafiq Pier 43 1/2, Fisherman's Wharf | N/A | 17089 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | Utility Environmental Claims |
| 117 | Golden Gate Scenic Steamship Corporation, and its subsidiaries and affiliates, as their intrerests may appea<br>Red and White Fleet Attn: Sophia Shafiq PIer 43 1/2, Fishermans Wharf | N/A | 17091 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | Holdco Environmental Claims |
| 118 | Hargis & Associates, Inc<br>Steven P. McDonald, Esq. The McDonald Law Firm, LC 1609 Soledad Ave<br>La Jolla, CA  92037-3817 | N/A | 57322 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $20,507.00 | $20,507.00 | Holdco Environmental Claims |
| 119 | Hart, Laura<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA  94111 | N/A | 66588 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 120 | Hart, Laura<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA  94111 | N/A | 67769 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 121 | Honeywell International Inc.<br>Attn: Thomas Byrne Associate General Counsel 115 Tabor Road<br>Morris Plains, NJ  07950 | N/A | 80102 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 122 | HP Inc.<br>Christopher Dirscherl Global Remediation and Enviornmental Programs Manager 1501 Page Mill Road, M/S 1504<br>Palo Alto, CA  94304 | N/A | 74821 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $1,186,000,000.00 | $0.00 | $0.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 123 | Intel Corporation<br>Lisa Lowry 2200 Mission College Boulevard<br>Santa Clara, CA  95054-1549 | N/A | 79766 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 124 | International Business Machines Corporation<br>Kevin G. W. Olson Senior Attorney Environmental/Cross-Brand International Business Machines Corporation 1 North Castle Drive | N/A | 71754 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 125 | Jurow, Jeff<br>Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100<br>San Francisco, CA  94111 | N/A | 66940 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 126 | Jurow, Jeff<br>Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100<br>San Francisco, CA  94111 | N/A | 66280 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 127 | Jurow, Lindsay<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA  94111 | N/A | 61436 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 128 | Jurow, Lindsay<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA  94111 | N/A | 65933 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 129 | Keene, Brian<br>Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100<br>San Francisco, CA  94111 | N/A | 66354 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 130 | Keene, Susan<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA  94111 | N/A | 66671 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | Levin-Richmond Terminal Corp. Tatro Tekosky Sadwick LLP Steven R. Tekosky 333 South Grand Avenue Suite 4270 Los Angeles, CA 90071 | N/A | 77749 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $1,186,000,000.00 | $0.00 | $0.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 132 | Merchant, Gurdon Gross & Klein LLP Attn: Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | N/A | 70124 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 133 | Merchant, Gurdon Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | N/A | 79069 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 134 | Merchant, Minh Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | N/A | 70390 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 135 | Merchant, Minh Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | N/A | 71687 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 136 | Northrop Grumman Corporation (directly and as a parent company) Valerie M. Hanna Hanna Law office LLC 104 Renaissance Ct. Chagrin Falls, OH 44023 | N/A | 78548 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $99,023.00 | $99,023.00 | Utility Environmental Claims |
| 137 | PAC Operating Limited Partnership, successor in interest to Southern Pacific Development Co., Santa Fe Pacific Realty Corp., and Santa Fe Land Improvement Attn: Natalie Edwards, Director 1800 Wazee Street Suite 500 Denver, CO 80202 | | 61530 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 138 | PACCAR INC. Tatro Tekosky Sadwick LLP Steven R. Tekosky 333 South Grand Avenue, Suite 4270 Los Angeles, CA 90071 | N/A | 63861 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $1,186,000,000.00 | $0.00 | $0.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 139 | Phillips 66 Company Attn: Brandi Sablatura, Legal dept 2331 City West Blvd. Houston, TX 77042 | N/A | 72164 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 140 | PPG Industries, Inc., successor to Glidden Divsion of SCM Corporation Robert R. Kovalak, Environmental Consultant Legacy Asset Management Akzo Nobel Services 8220 Mohawk Drive Strongsville, OH 44133 | N/A | 79505 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $1,186,000,000.00 | $0.00 | $0.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 141 | PPG Industries, Inc.,successor to Glidden Division of SCM Corporation Robert R. Kovalak Independent Environment Consultant Legacy Akzo Nobel Services, Inc. 8220 Mohawk Drive Strongsville, OH 44133 | N/A | 80826 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 142 | PPG Industries, Inc.,successor to Glidden Division of SCM Corporation Robert R. Kovalak Independent Environment Consultant Legacy Akzo Nobel Services, Inc. 8220 Mohawk Drive Strongsville, OH 44133 | N/A | 81396 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 143 | Rajabi, Negar Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | N/A | 67017 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 144 | Rajabi, Negar Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | N/A | 66097 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Original Claim Amount | | | | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Secured | Admin | Priority | General Unsecured | Total Amount | |
| 145 | Raytheon Company<br>Farella Braun + Martel LLP James H. Colopy, Partner 235 Montgomery St., 17th FL<br>San Francisco, CA 94104 | N/A | 76640 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 146 | Regional Water Quality Control Board<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor<br>Oakland. CA 94612 | N/A | 79665 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $665.26 | $665.26 | Utility Environmental Claims |
| 147 | Regional Water Quality Control Board, Central Coast Region<br>895 Aerovista Place, Suite 101<br>San Luis Obispo, CA 93401-7906 | N/A | 70275 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 148 | Regional Water Quality Control Board, Central Coast Region<br>895 Aerovista Place, Suite 101 Suite 101<br>San Luis Obispo, CA 93401-7906 | N/A | 63774 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 149 | Regional Water Quality Control Board, Central Coast Region<br>895 Aerovista Place, Suite 101<br>San Luis Obispo, CA 93401-7906 | N/A | 78990 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 150 | Regional Water Quality Control Board, Central Valley Region<br>Jessica Jahr, Senior Staff Counsel Office of Chief Counsel State Water Resources Control Board 1001 I Street<br>Sacramento, CA 95814 | N/A | 72168 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 151 | Regional Water Quality Control Board, Central Valley Region<br>State Water Resources Control Board Attn: Bayley Toft-Dupuy 1001 I Street<br>Sacramento. CA 95814 | N/A | 76812 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 152 | Regional Water Quality Control Board, Central Valley Region<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor 20th Floor<br>Oakland, CA 94612 | N/A | 61455 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 153 | Regional Water Quality Control Board, Central Valley Region<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor<br>Oakland, CA 94612 | N/A | 77927 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 154 | Regional Water Quality Control Board, Central Valley Region<br>Bayley Toft-Dupuy Office of Chief Counsel State Water Resources Control Board 1001 I Street<br>Sacramento, CA 95814 | N/A | 77628 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 155 | Regional Water Quality Control Board, Central Valley Region<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street 20th Floor | N/A | 78036 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 156 | Regional Water Quality Control Board, Central Valley Region<br>Tiffany Yee Office of the Attorney General 1515 Clay Street 20th Floor<br>Oakland . CA 94612 | N/A | 77616 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 157 | Regional Water Quality Control Board, Central Valley Region<br>Office of the Attorney General Tiffany Yee, Deputy Attorney General 1515 Clay Street 20th Floor<br>Oakland, CA 94612 | N/A | 77627 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 158 | Regional Water Quality Control Board, Central Valley Region<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor<br>Oakland, CA 94612 | N/A | 77895 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Original Claim Amount | | | | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Secured | Admin | Priority | General Unsecured | Total Amount | |
| 159 | Regional Water Quality Control Board, Central Valley Region<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor<br>Oakland, CA 94612 | N/A | 78242 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 160 | Regional Water Quality Control Board, Central Valley Region<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street 20th Floor | N/A | 78008 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 161 | Regional Water Quality Control Board, Central Valley Region<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor<br>Oakland, CA 94612 | N/A | 79383 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 162 | Regional Water Quality Control Board, Central Valley Region<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street 20th Floor | N/A | 77396 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 163 | Regional Water Quality Control Board, Central Valley Region<br>Jessica Jahr, Senior Staff Counsel Office of Chief Counsel State Water Resources Control Board 1001 I Street<br>Sacramento, CA 95814 | N/A | 76679 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 164 | Regional Water Quality Control Board, Central Valley Region<br>Jessica Jahr, Senior Staff Counsel Office of Chief Counsel State Water Resources Control Board 1001 I Street<br>Sacramento, CA 95814 | N/A | 76879 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 165 | Regional Water Quality Control Board, Central Valley Region<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street. 20th Floor<br>Oakland, CA 94612 | N/A | 77452 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 166 | Regional Water Quality Control Board, Central Valley Region<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street 20th Floor | N/A | 77514 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 167 | Regional Water Quality Control Board, North Coast Region<br>Office of the Attorney General Tiffany Yee, Deputy Attorney General 1515 Clay Street, 20th Floor<br>Oakland, CA 94612 | N/A | 78153 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 168 | Regional Water Quality Control Board, North Coast Region<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor<br>Oakland, CA 94612 | N/A | 77649 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 169 | Regional Water Quality Control Board, North Coast Region<br>Barbara Spiegel, Deputy Attorney General Office of the Attorney General 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 | N/A | 79670 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 170 | Regional Water Quality Control Board, North Coast Region<br>Office of the Attorney General Tiffany Yee, Deputy Attorney General 1515 Clay Street, 20th Floor<br>Oakland, CA 94612 | N/A | 77421 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |

| # | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 171 | Regional Water Quality Control Board, North Coast Region<br>Barbara Spiegel, Deputy Attorney General Office of the Attorney General 455 Golden Gate Avenue, Suite 11000 455 Golden Gate Ave, Suite 11000<br>San Francisco, CA 94102 | N/A | 77531 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 172 | Renesas Electronics America Inc.<br>John Irvin Jeter Senior Corporate Counsel 1001 Murphy Ranch Road<br>Milpitas, CA 95035 | N/A | 78923 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 173 | Rohm & Haas Chemicals LLC<br>Attn: Weslynn Patricia Reed 2211 H.H. Dow Way<br>Midland, MI 48674 | N/A | 73496 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 174 | San Francisco Herring Association<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 68099 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 175 | San Francisco Herring Association<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 67904 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 176 | Sanmina Corporation<br>Steven R. Tekosky Tatro Tekosky Sadwick LLP 333 South Grand Avenue, Suite 4270<br>Los Angeles, CA 90071 | N/A | 78343 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $1,186,000,000.00 | $0.00 | $0.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 177 | Sara Kazemiha, Trustee of Bayview Trust<br>Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 67823 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 178 | Sara Kazemiha, Trustee of BayView Trust<br>Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 67759 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 179 | Schlumberger Technology Corporation<br>Mr. Virgilio Cocianni Schlumberger Remediation Manager 121 Industrial Blvd.<br>Sugar Land, TX 77478 | N/A | 70478 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 180 | Shahsavari, Rouzbeh<br>c/o Gross & Klein LLP Attn: Stuart G. Gross The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 67824 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 181 | Shahsavari, Rouzbeh<br>c/o Gross & Klein LLP Attn: Stuart G. Gross The Embarcadero Pier 9, Suite 100<br>San Francisco, CA 94111 | N/A | 67012 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 182 | Shell Oil Company and its affiliates<br>Global Litigation - Bankruptcy & Credit 150 N. Dairy Ashford Rd. Building F<br>Houston, TX 77079 | N/A | 70472 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 183 | Solomon, Daniel<br>176 Alhambra St<br>San Francisco, CA 94123 | N/A | 81331 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,650,000.00 | $4,650,000.00 | Utility Environmental Claims |
| 184 | Stauffer Management Company LLC, as indemnitor and litigation agent for Bayer Crop Science, Inc.<br>Edgcomb Law Group, LLP John D. Edgcomb One Post Street, Suite 2100<br>San Francisco, CA 94104 | N/A | 75361 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 185 | Stauffer Management Company LLC, as indemnitor and litigation agent for Bayer Crop Science, Inc. Edgcomb Law Group, LLP John D. Edgcomb One Post Street, Suite 2100 Suite 2100 San Francisco, CA 94104 | N/A | 79889 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 186 | TE Connectivity Carl B. Schultz, Esq., Senior Director EH&S P.O. Box 3608, M,S, 34-38 Harrisburg, PA 17105 | N/A | 78789 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $92,040,000.00 | $92,040,000.00 | Utility Environmental Claims |
| 187 | The Dow Chemical Company US Operations, Regulatory and North America 2211 H. H. Dow Way Midland, MI 48674 | N/A | 73458 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 188 | The Metropolitan Water District of Southern California Lesnick Prince & Pappas LLP Attn: Matthew A. Lesnick 315 W Ninth Street Suite 705 Los Angeles, CA 90015 | N/A | 64112 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 189 | The Metropolitan Water District of Southern California Lesnick Prince & Pappas LLP Attn: Matthew A. Lesnick 315 W Ninth Street Los Angeles, CA 90015 | N/A | 64123 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 190 | The Procter & Gamble Manufacturing Company, a subsidiary of the Procter & Gamble Company Attn: Nate Orosz 1 Procter & Gamble Plaza. C9-139A Cincinnati , OH 45202 | N/A | 65703 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 191 | Union Carbide Corporation Attention: Weslynn Patricia Reed Union Carbide Corporation Midland, MI 48674 | N/A | 79179 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Holdco Environmental Claims |
| 192 | Union Carbide Corporation Attention: Weslynn Patricia Reed Union Carbide Corporation 2211 H.H. Dow Way Midland, MI 48674 | N/A | 78668 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 193 | Union Oil Company of California Chevron Products Company, a Chevron U.S.A. division Michael L. Armstrong, Senior Counsel 6001 Bollinger Canyon Road San Ramon, CA 94583 | N/A | 78850 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 194 | United States of America on behalf of its Dept. of Interior Karl Fingerhood U.S. Department of Justice Environmental Enforcement Section P.O. Box 7611 WASHINGTON, DC 20044-7611 | N/A | 72828 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 195 | United States of America on behalf of its Environmental Protection Agency & Dept. of Interior Karl Fingerhood U.S. Department of Justice Environmental Enforcement Section P.O. Box 7611 WASHINGTON, DC 20044-7611 | N/A | 64169 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 196 | United States Steel Corporation Andrew G. Thiros, Counsel - Environmental 600 Grant Street Pittsburgh , PA 15219 | N/A | 77949 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |
| 197 | United Technologies Corporation Tucker Ellis, LLP Matthew I. Kaplan 515 S. Flower St., 42nd Floor Los Angeles, CA 90071 | N/A | 69588 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Utility Environmental Claims |
| 198 | USS-POSCO Industries Esther Klisura, Assistant General Counsel 900 Loveridge Road, MS 58 Pittsburg, CA 94565 | N/A | 78389 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Utility Environmental Claims |

| | Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed / Scheduled | Original Claim Amount | | | | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Secured | Admin | Priority | General Unsecured | Total Amount | |
| 199 | Valley Regional Water Quality Control Board<br>Jessica Jahr, Office of Chief Counsel State Water Resources Control Board 1001 I Street<br>Sacramento, CA 95814 | N/A | 76805 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $1,663.13 | $1,663.13 | Utility Environmental Claims |
| 200 | William G. Elliott III and Sheila A. Elliott Family Trust<br>William G. Elliott III 1487 Rockville Road<br>Fairfield, CA 94534 | N/A | 2502 | Pacific Gas and Electric Company | 4/16/2019 | $0.00 | $0.00 | $0.00 | $5,977,000.00 | $5,977,000.00 | Utility Environmental Claims |