CHRISTOPHER W. WOOD, SBN 193955
LARRY Q. PHAN, SBN 284561
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 244-0989

Attorneys for the Creditor, Daniel Franklin.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**DANIEL FRANKLIN'S STATEMENT RE: THE REORGANIZED DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS) RE: PROOF OF CLAIM OF DANIEL FRANKLIN**<br><br>RELATED DOCKET NOS.: 8753 |

Creditor, Daniel Franklin ("Mr. Franklin") submits the following statement (the "Statement") in response to the Notice of the Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) with regards to the proofs of claim filed by Mr. Franklin:

A. On September 25, 2019, Mr. Franklin timely filed a Proof of Claim, claim number 9829 (the "Franklin Proof of Claim"), in the above captioned Chapter 11 cases against Pacific Gas & Electric Company (the "Utility") based on the claims asserted in the "Complaint for Personal Injuries" filed by Mr. Franklin against the Utility and the others in the Superior Court of the State of California, in and for the San Francisco County, Case number 17-559986 (the "Franklin State Court Action").

B. On October 7, 2019, Mr. Franklin filed Proof of Claim No. 17096 against the Utility, which amended the Franklin Proof of Claim (the "Franklin Amended Proof of Claim").

C. On March 16, 2020, PG&E Corporation and the Utility (collectively the "Debtors" or the "Reorganized Debtors") filed the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated March 16, 2020 [Dkt, No. 6320] (as it may be amended, modified or supplemented from time to time, and together with any exhibits or schedules thereto, the "Plan").

D. On May 15, 2020, Mr. Franklin filed a Joinder in the Objection filed by Ravin Skondin to confirmation of the Plan [Dkt. No. 7312] (the "Joinder"). Mr. Franklin also filed joinders in objections to Plan confirmation filed by other creditors and interested parties [Dkt. No. 7335].

E. On June 17, 2020, Mr. Franklin, along with another creditor, Ravin Skondin ("Ms. Skondin"), entered into a Stipulation with the Debtors resolving Mr. Franklin's Joinder and objections to the Plan and Ms. Skondin's objections to Plan – Stipulation Resolving Objections To Confirmation Of Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization, Dated March 16, 2020, Filed By Ravin Skondin And Daniel Franklin; And For Relief From The Automatic Stay [Dkt No. 7986] (the "Stipulation Re Objections").

F. Pursuant to the Stipulation Re Objections, the operative and the surviving Proof of Claim against the Utility is the Franklin Amended Proof of Claim, Proof of Claim number 17096.

G. On June 17, 2020, the Bankruptcy Court entered on the docket of the Bankruptcy Case an Order approving the Stipulation Re Objections [Dkt. No. 8009] (the "Order Approving Stipulation Re Objections").

H. On June 20, 2020, the Bankruptcy Court entered an order confirming the Plan [Dkt. No. 8053].

I. On August 13, 2020, the Reorganized Debtors filed the Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) [Dkt. No. 8753] (the "Omnibus Objection to Claims").

J. Within Exhibit 1 to the Omnibus Objection to Claims, the Reorganized Debtors list the Proofs of Claim that will be disallowed and expunged and also state the corresponding surviving Proof of Claim number.

K. Within Exhibit 1 to the Omnibus Objection to Claims, it is reflected that the Franklin Proof of Claim, Proof of Claim number 9829, will be disallowed and expunged, and it will be replaced and survived by the Franklin Amended Proof of Claim, Proof of Claim number 17096. This is consistent with the Stipulation Re Objections and the Order Approving Stipulation Re Objections.

L. Accordingly, Mr. Franklin does not object to the very specific and narrow relief sought by the Reorganized Debtors within the Omnibus Objection to Claims, with respect to his proofs of claim.

Dated: September 3, 2020

Respectfully submitted,
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: _____
Larry Q. Phan, Attorneys for Daniel Franklin.

**PINO & ASSOCIATES**

By: _____
Estela O. Pino, Attorneys for Daniel Franklin.