Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for WESTERN ENVIRONMENTAL CONSULTANTS, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**WESTERN ENVIRONMENTAL CONSULTANTS, LLC'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS RE REORGANIZED DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS**<br><br>Date:  September 22, 2020<br>Time:  10:00 a.m.<br>Place: (Telephonic Appearance Only)<br>          450 Golden Gate Avenue<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102<br><br>Related Docket No. 8753 |

Western Environmental Consultants, LLC ("WEC") submits this statement of non-opposition and reservation of rights in response to the Reorganized Debtors' Third Omnibus Objection to Claims [Doc# 8753] ("3rd Omnibus Objection"), and submits as follows:

WEC does not object to disallowance of WEC's Claim # 2888 in the amount of $796,948.83, as set forth in the 3rd Omnibus Objection, based upon the Debtors' representation that WEC's Claim # 8072 in the same amount, referred to by the Debtors as the "Surviving Claim," is in no way impacted or affected by the 3rd Omnibus Objection. WEC expressly reserves any and all rights with respect to Claim # 8072, as well as any other claim that WEC has filed in these cases that is not referenced in the 3rd Omnibus Objection.

Dated: September 4, 2020

**DUANE MORRIS LLP**

By: /s/ Geoffrey A. Heaton (206990)
    GEOFFREY A. HEATON
    Attorneys for WESTERN ENVIRONMENTAL CONSULTANTS, LLC