Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for ARBORMETRICS SOLUTIONS, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>*  All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ARBORMETRICS SOLUTIONS, LLC'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS RE REORGANIZED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS**<br><br>Date: September 22, 2020<br>Time: 10:00 a.m.<br>Place: (Telephonic Appearance Only)<br>       450 Golden Gate Avenue<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102<br><br>Related Docket No. 8759 |

ArborMetrics Solutions, LLC ("ArborMetrics") submits this statement of non-opposition and reservation of rights in response to the Reorganized Debtors' Fifth Omnibus Objection to Claims [Doc# 8759] ("5th Omnibus Objection"), and submits as follows:

ArborMetrics does not object to disallowance of ArborMetrics' Claim # 1869 in the amount of $27,154.47, as set forth in the 5th Omnibus Objection, based upon the Debtors' representation that ArborMetrics' Claim # 8074 in the same amount, referred to by the Debtors as the "Surviving Claim," is in no way impacted or affected by the 5th Omnibus Objection.[1] ArborMetrics expressly reserves any and all rights with respect to Claim # 8074, as well as any other claim that ArborMetrics has filed in these cases that is not referenced in the 5th Omnibus Objection.

Dated: September 4, 2020

**DUANE MORRIS LLP**

By: /s/ Geoffrey A. Heaton (206990)
GEOFFREY A. HEATON
Attorneys for ARBORMETRICS SOLUTIONS, LLC

---

[1] ArborMetrics notes that it has received a check from "Prime Clerk, LLC for Pacific Gas & Electric Company Plan Distribution Account" in the amount of $28,191.52, consisting of $27,154.47 in "Principal" and $1,037.05 in "Income."