| | |
|---|---|
| Aron M. Oliner (SBN: 152373)<br>Geoffrey A. Heaton (SBN: 206990)<br>**DUANE MORRIS LLP**<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127<br>Telephone: (415) 957-3000<br>Facsimile: (415) 957-3001<br>Email: gheaton@duanemorris.com | |

Attorneys for ARBORMETRICS SOLUTIONS, LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>* *All papers shall be filed in the Lead Case,<br>  No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris LLP and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On September 4, 2020, I served the following document:

- **ARBORMETRICS SOLUTIONS, LLC'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS RE REORGANIZED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS**

DM3\7024333.1

| | | |
|---|---|---|
| 1 | **X**    <u>ELECTRONICALLY</u>: I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list. | |
| 2 | | |
| 3 | **X**    <u>BY MAIL</u>: by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, with postage fully prepaid.. | |
| 4 | | |
| 5 | | |
| 6 | | |

**Attorneys for Debtors
and Reorganized Debtors**

Keller Benvenutti Kim LLP
Tobias S. Keller
Peter J. Benvenutti
Jane Kim
650 California Street, Suite 1900
San Francisco, CA 94108

**Office of the U.S. Trustee / San Francisco**

Timothy S. Laffredi
Office of the U.S. Trustee – San Jose
280 South 1 St., Suite 268
San Jose, CA 95113

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 4, 2020, in San Francisco, California.

                                       <u>/s/ Deanna Micros (xxx-xx-5693)</u>
                                       DEANNA MICROS