| | |
|---|---|
| 1 ANITA L. GRANT (State Bar No. 144603)<br>County Counsel<br>2 Lloyd C. Guintivano (State Bar No. 242944)<br>County of Lake, Office of the County Counsel<br>3 Deputy County Counsel<br>4 255 North Forbes Street<br>Lakeport, CA 95453<br>5 Telephone: (707) 263-2321<br>6 Facsimile: (707) 263-0702<br>7 Attorneys for County of Lake Probation Department | |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**COUNTY OF LAKE'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS RE REORGANIZAED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS** |

The County of Lake submits this statement of non-opposition and reservation of rights in response to the Reorganized Debtors' Fifth Omnibus Objection to Claims [Doc# 8759] ("5th Omnibus Objection") and submits as follows:

The County of Lake does not object to disallowance of the County of Lake's Claim # 78921 in the amount of $3,539,881.64. as set forth in the 5th Omnibus Objection, based upon the Debtors'

---

1

COUNTY OF LAKE'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS
RE REORGANIZAED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS
Case: 19-30088    Doc# 9004    Filed: 09/04/20    Entered: 09/04/20 17:11:43    Page 1 of 2

representation that the County of Lake's Claim # 79102 in the same amount, referred to by the Debtors as the "Surviving Claim," is in no way impacted or affected by the 5th Omnibus Objection. The County of Lake expressly reserves any and all rights with respect to Claim # 79102, as well as any other claim that the County of Lake has filed in these cases that is not referenced in the 5th Omnibus Objection.

Dated: September 4, 2020

Respectfully submitted.

ANITA L. GRANT
County Counsel

By: /s/ Lloyd C. Guintivano
    LLOYD C. GUINTIVANO
    Senior Deputy County Counsel
    Attorneys for the COUNTY OF LAKE

2

COUNTY OF LAKE'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS
RE REORGANIZAED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS
Case: 19-30088    Doc# 9004    Filed: 09/04/20    Entered: 09/04/20 17:11:43    Page 2 of 2