ANITA L. GRANT (State Bar No. 144603)
County Counsel
Lloyd C. Guintivano (State Bar No. 242944)
County of Lake, Office of the County Counsel
Deputy County Counsel
255 North Forbes Street
Lakeport, CA 95453
Telephone: (707) 263-2321
Facsimile: (707) 263-0702

Attorneys for County of Lake Probation Department

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

    I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of the County of Lake and my business address is 255 North Forbes Street, Lakeport, California 95453. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On September 4, 2020, I served the following document:

1

CERTIFICATE OF SERVICE
Case: 19-30088    Doc# 9004-1    Filed: 09/04/20    Entered: 09/04/20 17:11:43    Page 1 of 2

- **COUNTY OF LAKE'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS RE REORGANIZAED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS**

_X_ ELECTRONICALLY: I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

_X_ BY MAIL: by placing a true copy thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my office's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Lakeport, California, with postage fully prepaid.

| Attorneys for Debtors and Reorganized Debtors | Office of the U.S. Trustee / San Francisco |
|---|---|
| Keller Benvenutti Kim LLP | Timothy S. Laffredi |
| Tobias S. Keller | Office of the U.S. Trustee – San Jose |
| Peter J. Benvenutti | 280 South 1 St., Suite 268 |
| Jane Kim | San Jose, CA 95113 |
| 650 California Street, Suite 1900 | |
| San Francisco, CA 94108 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 4, 2020, in Lakeport, California.

By: /s/ Lloyd C. Guintivano
    LLOYD C. GUINTIVANO
    Declarant
    California State Bar No. 242944