**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:     (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:     (415) 636-9251

*Attorneys for Debtors and
Reorganized Debtors*

**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY  10153-0119**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>      **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br>*\* All papers shall be filed in the lead case,<br>No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF SEPTEMBER 8, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:    September 8, 2020<br>Time:    10:00 a.m. (Pacific Time)<br>Place:   (Telephonic or Video Conference)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on September 8, 2020, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

1.  **Woodward Motion to Deem Proof of Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by John Woodward, Betty Woodward, and the John and Betty Woodward Family Trust; Memorandum of Points and Authorities; Declarations of John Woodward and Betty Woodward* [**Dkt. 8700**].

     Response Deadline: August 25, 2020.

     Status:  This matter has been resolved by stipulation [**Dkt. 8763**] and taken off calendar by order [**Dkt. 8781**].

2.  **Reedy and Mariscal Motion to Deem Proof of Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by David George Reedy and Angelo Mariscal; Memorandum of Points and Authorities; Declaration of Erika Vasquez in Support* [**Dkt. 8729**].

     Response Deadline: August 25, 2020.

     Status:  This matter has been resolved by stipulation [**Dkt. 8764**] and taken off calendar by order [**Dkt. 8782**].

3.  **E.M.D. (Minor) Motion to Deem Proof of Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim on Behalf of EMD, a Minor; Memorandum of Points and Authorities; Declaration of Erika Vasquez in Support* [**Dkt. 8793**].

     Response Deadline: September 1, 2020.

     Status:  This matter has been resolved by stipulation [**Dkt. 8840**] and taken off calendar by order [**Dkt. 8858**].

4.  **John Motion to Deem Proof of Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Vanessa Justine John; Memorandum of Points of Authorities; Declaration of Matt Huffman in Support* [**Dkt. 8795**].

     Response Deadline: September 1, 2020.

     Status:  This matter has been resolved by stipulation [**Dkt. 8841**] and taken off calendar by order [**Dkt. 8859**].

5.  **Sosnoff and Zimmer Motion to Enlarge Time to File Proof of Claim**: *Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Connie Sosnoff, Granate Sosnoff, and Naywon Zimmer to File Proof of Claim* [**Dkt. 8804**].

     Response Deadline: September 1, 2020, at 4:00 p.m. (Pacific Time).

     Status:  This matter has been resolved by stipulation [**Dkt. 8873**] and taken off calendar by order [**Dkt. 8945**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

6. **Dodoni Motion to Enlarge Time to File Proof of Claim**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 for an Order Deeming Proposed Amended Claim to Relate Back; or Pursuant to Fed. R. Bankr. Proc. 7017 for the Addition of a Real Party in Interest; or Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for Frank Dodini and the Dodini Revocable Living Trust, Dated January 12th, 2000 to File Proof of Claim* [**Dkt. 8807**].

Response Deadline: September 1, 2020, at 4:00 p.m. (Pacific Time).

Status: This matter has been resolved by stipulation [**Dkt. 8874**] and taken off calendar by order [**Dkt. 8947**].

7. **Securities Lead Plaintiff's Rule 2004 Application**: *Ex Parte Application of the Securities Lead Plaintiff Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Service of a Subpoena on Prime Clerk LLC* [**Dkt. 8812**].

Status: A status conference on the application has been scheduled for September 22, 2020, by Docket Text Order on September 3, 2020.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 7, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:     */s/ Thomas B. Rupp*
　　　　Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*