```
 1  LAW OFFICE OF WILLIAM J. HEALY.
    WILLIAM J. HEALY, #146158
 2  748 Holbrook Pl
    Sunnyvale, CA 94087
 3  Telephone:   (408) 373-4680

 4  ATTORNEYS FOR
    Samuel Engineering, Inc.

 5                  UNITED STATES BANKRUPTCY COURT

 6                  NORTHERN DISTRICT OF CALIFORNIA

 7                        (San Francisco Division)

 8  In re:                          )  Case No. 19-30088 (DM)
                                    )
 9  PG&E CORPORATION                )        CHAPTER 11
                                    )
10      -and-                       )  (Lead Case)(Jointly Administered)
                                    )
11  PACFIC GAS AND ELECTRIC         )  SAMUEL ENGINEERING,
    COMPANY,                        )  INC.'S STATEMENT OF NON-
12                                  )  OPPOSITION AND
                                    )  RESERVATION OF RIGHTS RE
13              Debtors.            )  REORGANIZED DEBTORS'
                                    )  FIFTH OMNIBUS OBJECTION
14                                  )  TO CLAIMS
                                    )
15  □ Affects PG&E Corporation      )
    □ Affects Pacific Gas and Electric )  Date:   September 22, 2020
16  Company X Affects both Debtors  )  Time:   10:00 a.m.
    * All papers shall be filed in the Lead )  Place:  (Telephone Appearance)
17  Case, No. 19-30088 (DM).        )          U.S. Bankruptcy Court
                                              450 Golden Gate Ave.
18                                            Courtroom 17th, 16th Floor
                                              San Francisco, CA 94102
19

20

21
        TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY
22  JUDGE, THE CLERK OF THE COURT, THE OFFICE OF THE UNITED STATES
    TRUSTEE, THE DEBTORS AND THEIR COUNSEL OF RECORD, AND ALL PARTIES
23  IN INTEREST:

24      Samuel Engineering, Inc. ("Samuel Engineering") submits this statement of non-

25  opposition and reservation of rights in response to the Reorganized Debtors' Fifth Omnibus

26  Objection to Claims [Doc# 8759] ("5th Omnibus Objection"), and submits as follows:

27      Samuel Engineering does not object to disallowance of Samuel Engineering's Claim #
28
```

2576 in the amount of $433,285.49 filed against PG&E Corporation on the sole ground that it was filed in the "Wrong Case" and against the wrong Debtor, as set forth in the 5th Omnibus Objection, based upon the Debtors' representation that Samuel Engineering's Claim # 2566 in the amount of $433,285.49 filed against Pacific Gas and Electric Company, referred to by the Debtors as the "Surviving Claim," is in no way impacted or affected by the 5th Omnibus Objection.

Samuel Engineering, while noting that the underlying debt to Samuel Engineering is scheduled as liquidated and undisputed and is subject to, at least, post-petition interest as set forth in the Plan, expressly reserves any and all rights with respect to Claim # 2566, as well as any other claim that Samuel Engineering has filed in these cases that is not referenced in the 5th Omnibus Objection.

Dated: September 7, 2020   LAW OFFICE OF WILLIAM J. HEALY
/s/ William J. Healy
William J. Healy