LAW OFFICE OF WILLIAM J. HEALY.
WILLIAM J. HEALY, #146158
748 Holbrook Pl
Sunnyvale, CA 94087
Telephone: (408) 373-4680

ATTORNEYS FOR
Samuel Engineering, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   -and-<br><br>PACFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company  X Affects both Debtors<br>\* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>CHAPTER 11<br><br>(Lead Case)(Jointly Administered)<br><br>CERTIFICATE OF SERVICE |

    I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am a principal of the law Office of William J. Healy and my business address is 748 Holbrook Pl, Sunnyvale, CA 94087. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On September 7, 2020, I served the following document:

- SAMUEL ENGINEERING, INC.'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS RE REORGANIZED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS

_X_ ELECTRONICALLY: I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

_X_ BY MAIL: by placing (___ the original) (_x_ a true copy) thereof enclosed in a sealed

envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Sunnyvale, California, with postage fully prepaid.

**Attorneys for Debtors and Reorganized Debtors**
Keller Benvenutti Kim LLP
Tobias S. Keller
Peter J. Benvenutti
Jane Kim
650 California Street, Suite 1900
San Francisco, CA 94108

**Office of the U.S. Trustee / San Francisco**
Timothy S. Laffredi Office of the U.S. Trustee San Jose
280 South 1 St., Suite 268
San Jose, CA 95113

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 7, 2020, in Sunnyvale, California.

                                      /s/ William J. Healy
                                      William J. Healy