B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,    Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____    ____Atlas Field Services, LLC_____
          Name of Transferee              Name of Transferor

Name and Address where notices to transferee should be sent:
 507 Capital LLC
 15 E 67th Street, 6th Floor
 New York, NY 10065

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):
 Peak Credit LLC
 POB 20692
 New York, NY 10023
Phone: _____
Last Four Digits of Acct #:_____

Court Claim # (if known):1730_____
Amount of Claim:$4,839,288.10_____
Date Claim Filed: 3/18/2019_____

Phone:281-407-2488_____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____[signature]_____    Date:_____9/8/2020_____
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

Claim # 1730 (amending Claim #1465)

     For value received, the sufficiency of which is hereby acknowledged, Atlas Field Services, LLC ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to Peak Credit LLC ("Purchaser") all of Seller's right, title, and interest in and to Claim Nos. 1465 and 1730, solely to the extent of $4,839,288.10 ("Claim") against PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088 (DM) pending in the United States Bankruptcy Court for the Northern District of California, San Francisco Division ("Bankruptcy Court").

     Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of the Claim.

     IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on September 3, 2020.

Atlas Field Services, LLC

By: *(signature)*
Name: Craig Taylor
Title: President