MICHAEL K. SLATTERY, SBN 107303
mslattery@lkfirm.com
THOMAS G. KELCH, SBN 100709
tkelch@lkfirm.com
LAMB AND KAWAKAMI LLP
333 South Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone: (213) 630-5500
Facsimile: (213) 630-5555

Attorneys for the Sonoma Water

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re<br><br>PG&E Corporation<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects Both<br><br>*All papers shall be filed in the Lead Case, 19-30088 (DM) | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SONOMA WATER'S RESPONSE TO OBJECTION TO CLAIM (FOURTH OMNIBUS OBJECTION, DKT. NO. 8756); DECLARATION OF MICHAEL K. SLATTERY**<br><br>Hearing: September 22, 2020<br>Time: 10:00 a.m.<br>Place: Ctr. 17<br>450 Golden Gate Avenue, 18th Floor<br>San Francisco, CA 94102<br><br>[**Relates to Docket No. 8756 and Claim Nos. 75444 (to be expunged) and 78051 (Surviving Claim)**] |
|---|---|

Claimant Sonoma Water asserts only one claim in the estimated amount of $100 million and acknowledges that the Prime Clerk claims docket reflects two claims for Sonoma Water in that amount, with claim numbers 75444 and 78051. The Fourth Omnibus Objection (Court Docket No. 8756) proposes to expunge number 75444 and preserve number 78051 as the "Surviving Claim."

Sonoma Water has reviewed the two claims on the Prime Clerk website, and Prime Clerk's

docket summary of those claims.  Sonoma Water's claim includes an explanatory Addendum and a set of exhibits to that Addendum.  It appears that the exhibits were associated only with claim number 75444, the claim which the Debtor proposes to expunge.  Sonoma Water does not oppose that expungement, *so long as it is understood and agreed* that these exhibits will now be associated with Surviving Claim number 78051.

Dated:  September 8, 2020

Respectfully submitted,

LAMB AND KAWAKAMI LLP

By:    */s/ Michael K. Slattery*
MICHAEL K. SLATTERY
Attorneys for Sonoma Water

289782.1

2

# **DECLARATION OF MICHAEL K. SLATTERY**

I, Michael K. Slattery, declare as follows:

1. I am outside counsel for claimant Sonoma Water and helped my client prepare its proofs of claim.

2. I reviewed the Fourth Omnibus Objection and then reviewed Sonoma Water's proof of claim forms that are on the Prime Clerk website.

3. The support for Sonoma Water's claim includes an Appendix and exhibits to that Appendix.

4. It appears to me that the exhibits are linked to or associated only with claim number 75444, which the debtor proposes to expunge.

5. I recommended that my client file this response to assure that those exhibits will be linked to and associated with claim number 78051, the Surviving Claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of September 8, 2020, at Idyllwild, California.

*/s/Michael K. Slattery*
Michael K. Slattery

289782.1

3

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 333 South Grand Avenue, Suite 4200, Los Angeles, CA 90071.

On September 8, 2020, I served true copies of the following document(s) described as **SONOMA WATER'S RESPONSE TO OBJECTION TO CLAIM (FOURTH OMNIBUS OBJECTION, DKT. NO. 8756); DECLARATION OF MICHAEL K. SLATTERY** on the interested parties in this action as follows:

| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller<br>tkeller@kbkllp.com<br>Peter J. Benvenutti<br>pbenvenutti@kbkllp.com<br>Jane Kim<br>jkim@kbkllp.com<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | Attorneys for Debtors and Reorganized Debtors |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jlee@lkfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 8, 2020, at Los Angeles, California.

*/s/ Jean Lee*
Jean Lee