LOUIS J. CISZ, III, State Bar No. 142060
lcisz@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

Attorneys for Claimant
E2 CONSULTING ENGINEERS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| ___ Affects PG&E Corporation | |
| ___ Affects Pacific Gas & Electric Company | |
| _X_ Affects both Debtors | |

**RESPONSE BY E2 CONSULTING ENGINEERS, INC. TO REORGANIZED DEBTOR'S THIRD OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)**

Creditor E2 Consulting Engineers, Inc. ("E2") responds to the Reorganized Debtor's ("Debtor") Third Omnibus Objection to Claims (Duplicate Claims) (Docket #8753) ("Claim Objection") as follows:

E2 filed a Proof of Claim on May 7, 2019 asserting a general unsecured claim in the amount of $1,031,159.00, designated by Prime Clerk as claim number 2931 ("Claim 2931"). A true and correct copy of Claim 2931 is attached hereto as Exhibit A and incorporated herein by

reference as though set forth in full. Claim 2931 includes an explanatory "Rider" as well as copies of back-up documentation supporting the amount sought by E2.

On October 21, 2019, E2 filed an Amended Claim, seeking to amend Claim 2931 ("Amended Claim"). A true and correct copy of the Amended Claim is attached hereto as Exhibit B and incorporated herein by reference as though set forth in full. The Amended Claim was designated as claim number 79058 by Prime Clerk. However, in box 4 of the Amended Claim, E2 checked "yes" indicating its intent to amend Claim 2931. Moreover, the Amended Claim contains an "Addendum" indicating the basis for the amendment is to assert a statutory right to interest under Claim 2931. The Amended Claim does not attach the back-up documentation that is set forth in Claim 2931, as it was not intended to be a standalone claim.

The Debtor's Claim Objection contends that Claim 2931 and the Amended Claim (number 79058) are duplicate claims. This is incorrect. Claim 2931 and the Amended Claim should be harmonized as a single claim that was amended to assert a right to statutory interest. E2 is seeking recovery of $1,031,159.00 plus accrued interest at the statutory rate of 10% per annum. Claim 2931 and the Amended Claim can and should be interpreted to seek such relief. To the extent the Court believes a claim <u>number</u> should be stricken, E2 suggests the number 79058 could be stricken so long as it is clear that Claim 2931 includes a right to statutory interest.

Respectfully submitted.

DATED: September 8, 2020       NIXON PEABODY LLP

San Francisco, California

By:   */s/ Louis J. Cisz, III*
      LOUIS J. CISZ, III, CA Bar No. 142060
      lcisz@nixonpeabody.com

One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

Attorneys for Claimant
E2 CONSULTING ENGINEERS, INC.