# EXHIBIT A

EXHIBIT A

United States Bankruptcy Court, Northern District of California

RECEIVED
MAY 07 2019
PRIME CLERK LLC

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☑ Pacific Gas and Electric Company (19-30089)

[X] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[ ] No Copy Provided

Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

E2 Consulting Engineers, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Louis J. Cisz, III
Nixon Peabody LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111

Contact phone (415) 984-8400
Contact email lcisz@nixonpeabody.com

**Where should payments to the creditor be sent?** (if different)

Shalu Saluja, Esq.
E2 Consulting Engineers, Inc.
2100 Powell Street, Suite 850
Emeryville, CA 94608

Contact phone (510) 589-1876
Contact email shalu.saluja@e2.com

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ______

193008880001064

Claim Number: 2931

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 1,031,159.00. **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services performed. See attached rider.

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: ____________________

**Basis for perfection:** ____________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $__________

**Amount of the claim that is secured:** $__________

**Amount of the claim that is unsecured:** $__________(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $__________

**Annual Interest Rate** (when case was filed)_______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $__________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ____________________

Case: 19-30088 Doc# 9010-1 Filed: 09/08/20 Entered: 09/08/20 13:41:48 Page 3 of 13

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $________ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $________ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $________ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $________ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $________ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $________ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 04/26/2019
MM / DD / YYYY

[signature]
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Shalu Saluja, Esq. (First name / Middle name / Last name) | | |
| Title | Chief Administrative Officer and General Counsel | | |
| Company | E2 Consulting Engineers, Inc. (Identify the corporate servicer as the company if the authorized agent is a servicer.) | | |
| Address | 2100 Powell Street, Suite 850 (Number Street) | | |
| | Emeryville (City) | CA (State) | 94608 (ZIP Code) |
| Contact phone | (510) 589-1876 | Email | shalu.saluja@e2.com |

LOUIS J. CISZ, III, State Bar No. 142060
lcisz@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

Attorneys for Claimant
E2 CONSULTING ENGINEERS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re:**<br>**PG&E CORPORATION**<br>**- and -**<br>**PACIFIC GAS & ELECTRIC COMPANY,**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| ___ Affects PG&E Corporation<br>_X_ Affects Pacific Gas & Electric Company<br>___ Affects both Debtors | |

**RIDER TO E2 CONSULTING ENGINEERS, INC.'S PROOF OF CLAIM FOR "TRUE-UP" ADJUSTMENTS TO AGREED-UPON LABOR RATES**

E2 Consulting Engineers, Inc. hereby submits this Rider to its Proof of Claim ("Claim") for "true-up" adjustments to agreed-upon labor rates as follows:

1. The undersigned, Louis J. Cisz, whose mailing address is Nixon Peabody LLP, One Embarcadero Center, 32nd Floor, San Francisco, California 94111, is the agent of the E2 Consulting Engineers, Inc., 2100 Powell Street, Suite 850, Emeryville, CA 94608

("Claimant"), and is authorized to make this Claim on behalf of Claimant.

2. As of the date of debtor's petition, debtor Pacific Gas and Electric Company ("Debtor") is liable to Claimant for $1,031,159.00 for unpaid "true-up" adjustments attributable to union labor-rate increases that became effective during the execution of Contract No. 440000922 (the "Contract"), entered into by Debtor and Claimant on November 11, 2014.

3. On December 22, 2016, Debtor agreed to and executed Change Order No. 5 to the Contract. Change Order No. 5 set forth wage-rate increases effective June 1, 2016 for members of the International Brotherhood of Electrical Workers ("IBEW"). Attached hereto as Exhibit 1 are excerpts of Change Order No. 5 that include the IBEW wage-rate increases.

4. On April 5, 2017, Debtor agreed to and executed Change Order No. 6 to the Contract. Change Order No. 6 also included the increased IBEW rates effective as of June 1, 2016. Attached hereto as Exhibit 2 are excerpts of Change Order No. 6 that include the IBEW wage-rate increases.

5. On May 2, 2017, Debtor paid Claimant the amounts owed under Change Order No. 5, including a "true-up" of the increased IBEW labor rates as set forth in Change Order No. 5.

6. On May 16, 2017, Claimant requested payment of the "true-up" adjustment of the IBEW wages under Change Order No. 6 in the amount of $1,031,159.00. A copy of Claimant's request letter is attached hereto as Exhibit 3.

7. On December 3, 2018, Debtor informed Claimant that it would not pay Claimant the increased IBEW rates under Change Order No. 6. A copy of Debtor's December 3, 2018 letter is attached hereto as Exhibit 4.

8. Attached hereto as Exhibit 5 is a summary of the amounts owed Claimant for "true-up" adjustments of the agreed-upon labor rates under Change Order No. 6. Invoices to Debtor that support this summary exceed the 100-page limit for attachments set by the claims agent for this matter. Claimant will make these invoices available upon request.

9. This Claim is not founded on an open account.

Case: 19-30088    Doc# 9010-1    Filed: 09/08/20    Entered: 09/08/20 13:41:48    Page 6 of 13

10. No judgment has been rendered on the Claim.

11. The amount of all payments on this Claim has been deducted for the purpose of making this proof of claim.

12. This Claim is not subject to any setoff or counterclaim.

13. No security interest is held for this Claim.

14. This is an unsecured Claim.

DATED: May 6, 2019
San Francisco, CA

NIXON PEABODY LLP

By: ______________________
LOUIS J. CISZ, III, CA Bar No. 142060
lcisz@nixonpeabody.com

One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

Attorneys for Claimant
E2 CONSULTING ENGINEERS, INC.

Case: 19-30088 Doc# 9010-1 Filed: 09/08/20 Entered: 09/08/20 13:41:48 Page 7 of 13

# EXHIBIT 1



# Contract Change Order

This is Change Order ("CO") No. 5 to Contract No. 4400009221dated November 11, 2014 between the below-named Contractor ("Contractor"), a California corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this Contract, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the Contract.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | E2 Consulting Engineers, Inc. | This Contract Change Order consists of 5 page(s). |
| **Contractor's Address:** | 1900 Powell Street, STE 250<br>Emeryville, CA 94608 | |

**Project Name:** Engineering, Technical, Consulting and Project Management Services

**Job Location:** Various PG&E Locations throughout the Services Territory

**CHANGES: The Parties hereby modify the Contract referenced above as follows:**

Attachment 3- E2-IBEW Labor Rate is hereby Amended by this Change Order. This is an escalation in mandated union labor rates only; therefore this is deemed a non-material Change Order.

**ATTACHMENTS: The following are attached to this Contract Change Order and incorporated herein by this reference.**

Attachment 3-E2-IBEW Labor Rate Workup 6.1.16 thru 5.31.17 CCO- MSA 4400009221

| PRICING CHANGES: | | |
|---|---|---|
| | Previous Total Contract Value: | The sum of all duly authorized Contract Work Authorizations |
| | Addition or Deduction: | The sum of all duly authorized Contract Work Authorizations |
| | Revised Total Contract Value: | The sum of all duly authorized Contract Work Authorizations |

**All other terms and conditions of the Contract, as it may have been amended by previous Contract Change Order(s), if any, shall remain the same.**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT CHANGE ORDER.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: E2 Consulting Engineers, Inc. | |
|---|---|---|---|
| Signature | [signature] | Signature | HMeredith |
| Name | Neil Brown | Name | Heidi Meredith |
| Title | Category Lead- Expert | Title | Business Manager |
| Date | 12/22/16 | Date | 12/22/2016 |

Case: 19-30088 Doc# 9010-1 Filed: 09/08/20 Entered: 09/08/20 13:41:48 Page 9 of 13



# Contract Change Order

This is Change Order ("CO") No. 5 to Contract No. 4400009221dated November 11, 2014 between the below-named Contractor ("Contractor"), a California corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this Contract, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the Contract.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | E2 Consulting Engineers, Inc. | This Contract Change Order consists of 5 page(s). |
| **Contractor's Address:** | 1900 Powell Street, STE 250<br>Emeryville, CA 94608 | |
| **Project Name:** | Engineering, Technical, Consulting and Project Management Services | |
| **Job Location:** | Various PG&E Locations throughout the Services Territory | |

**CHANGES: The Parties hereby modify the Contract referenced above as follows:**

Attachment 3- E2-IBEW Labor Rate is hereby Amended by this Change Order. This is an escalation in mandated union labor rates only; therefore this is deemed a non-material Change Order.

**ATTACHMENTS: The following are attached to this Contract Change Order and incorporated herein by this reference.**

Attachment 3-E2-IBEW Labor Rate Workup 6.1.16 thru 5.31.17 CCO- MSA 4400009221

| **PRICING CHANGES:** | Previous Total Contract Value: | The sum of all duly authorized Contract Work Authorizations |
|---|---|---|
| | Addition or Deduction: | The sum of all duly authorized Contract Work Authorizations |
| | Revised Total Contract Value: | The sum of all duly authorized Contract Work Authorizations |

**All other terms and conditions of the Contract, as it may have been amended by previous Contract Change Order(s), if any, shall remain the same.**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT CHANGE ORDER.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: E2 Consulting Engineers, Inc.** | |
|---|---|---|---|
| Signature | | Signature | hmeredith |
| Name | Neil Brown | Name | Heidi Meredith |
| Title | Category Lead- Expert | Title | Business Manager |
| Date | | Date | 12/22/2016 |

Case: 19-30088 Doc# 9010-1 Filed: 09/08/20 Entered: 09/08/20 13:41:48 Page 10 of 13



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Neil Brown | **Contractor Representative** | Heidi Meredith, Business Operations Manager |
| **Phone** | 925-328-5164 | **Phone** | 510-240-9596 |
| **Email:** | NCBC@pge.com | **Email:** | Heidi.Meredith@e2.com |
| **Accounting Reference** | As specified on each duly authorized Contract Work Authorization | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

Case: 19-30088 Doc# 9010-1 Filed: 09/08/20 Entered: 09/08/20 13:41:48 Page 11 of 13

| | | | |
|---|---|---|---|
| Company Name | E2 Consulting Engineers, Inc. | Type of Labor Agreement(s): | [redacted] |
| Local Agreement(s) | | | |
| Local #s1 | IBEW 1245 | | |

DIRECT LABOR COST BREAKDOWN

## Straight Time Labor Rate Calculation - 1st Shift

Pacific Gas and Electric Company

| Labor Classification | Base Wage | Fringes (per hour worked) | Fringes (per hour paid) | Taxable Fringes | National Employee Benefits Fund (NEBF) % | Health & Welfare (LINECO) $ | National Employee Pension (NEAP) - Amount specified annually by IBEW | Apprentice Training Fund (JATC) % | National Labor Management Cooperation Committee (NLMCC) | National Electrical Contractors Association (NECA) % | WLSAP % | Administrative Maintenance Fund (AMF) % | Dues | Annual Safety Training | Other LE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENTER PER HOUR AMOUNTS AND PERCENTAGES IN THIS ROW | | | | | | | | | | | | | | | $ 14.25 | |
| | | | | Taxable Fringe? | No | No | No | No | No | No | No | No | No | No | Yes | |
| | | | | Hours Worked / Hours Paid? | Hours Worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked |
| Senior Chief Inspector | $ 74.15 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Chief Inspector / Quality Control Specialist | $ 69.31 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Gas Quality Control Inspector | $ 61.69 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Lead Gas Inspector | $ 61.69 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Welding Inspector (Sr. Gas Inspector) | $ 55.14 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Utility Inspector Class I (Coating) | $ 53.79 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Utility Inspector/Gas Inspector | $ 52.52 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Measure and Control Mechanic | $ 52.52 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Gas Utility Corrosion Mechanic | $ 47.66 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Gas Utility Worker | $ 36.45 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Field Clerk I | $ 47.66 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Field Clerk II | $ 36.45 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |

| Labor Classification | Medicare | OASDI | FUI | SUI | Other | WC Ins | GL Ins/CPLI | OH | Profit | Other 1 | Other 2 | Fringes | Payroll Taxes | Insurance | OH & Profit | Other | TOTAL CRAFT BILLING RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Percentage of Base Wage | | | | | | | | | | | Category Totals | | | | | |
| | Payroll Taxes | | | | | Insurance | | OH & Profit | | Other1 | | | | | | | |
| ENTER PER HOUR AMOUNTS AND PERCENTAGES IN THIS ROW | 1.45% | 6.20% | 0.80% | 1.00% | 0.00% | 1.00% | 0.00% | 16.00% | 6.00% | $ | $ | | | | | | |
| Hours Worked / Hours Paid? | Hours paid | Hours paid | Hours paid | Hours paid | Hours paid | Hours worked | Hours Worked | Hours worked | Hours worked | Hours worked | Hours worked | | | | | | |
| Senior Chief Inspector | $ 1.25 | $ 5.48 | $ 0.71 | $ 0.88 | $ - | $ 0.88 | $ - | $ 14.22 | $ 5.30 | $ - | $ - | $ 14.25 | $ 8.35 | $ 0.88 | $ 19.53 | $ - | $ 117.17 |
| Chief Inspector / Quality Control Specialist | $ 1.18 | $ 5.08 | $ 0.65 | $ 0.82 | $ - | $ 0.82 | $ - | $ 13.12 | $ 4.89 | $ - | $ - | $ 14.25 | $ 7.71 | $ 0.82 | $ 18.02 | $ - | $ 108.10 |
| Gas Quality Control Inspector | $ 1.10 | $ 4.71 | $ 0.61 | $ 0.76 | $ - | $ 0.76 | $ - | $ 12.22 | $ 4.56 | $ - | $ - | $ 14.25 | $ 7.18 | $ 0.76 | $ 16.77 | $ - | $ 100.64 |
| Lead Gas Inspector | $ 1.10 | $ 4.71 | $ 0.61 | $ 0.76 | $ - | $ 0.76 | $ - | $ 12.22 | $ 4.56 | $ - | $ - | $ 14.25 | $ 7.18 | $ 0.76 | $ 16.77 | $ - | $ 100.64 |
| Welding Inspector (Sr. Gas Inspector) | $ 1.01 | $ 4.30 | $ 0.56 | $ 0.69 | $ - | $ 0.69 | $ - | $ 11.16 | $ 4.16 | $ - | $ - | $ 14.25 | $ 6.56 | $ 0.69 | $ 15.33 | $ - | $ 91.97 |
| Utility Inspector Class I (Coating) | $ 0.99 | $ 4.22 | $ 0.54 | $ 0.68 | $ - | $ 0.68 | $ - | $ 10.95 | $ 4.08 | $ - | $ - | $ 14.25 | $ 6.43 | $ 0.68 | $ 15.03 | $ - | $ 90.18 |
| Utility Inspector/Gas Inspector | $ 0.97 | $ 4.14 | $ 0.53 | $ 0.67 | $ - | $ 0.67 | $ - | $ 10.74 | $ 4.01 | $ - | $ - | $ 14.25 | $ 6.31 | $ 0.67 | $ 14.75 | $ - | $ 88.50 |
| Measure and Control Mechanic | $ 0.97 | $ 4.14 | $ 0.53 | $ 0.67 | $ - | $ 0.67 | $ - | $ 10.74 | $ 4.01 | $ - | $ - | $ 14.25 | $ 6.31 | $ 0.67 | $ 14.75 | $ - | $ 88.50 |
| Gas Utility Corrosion Mechanic | $ 0.90 | $ 3.84 | $ 0.50 | $ 0.62 | $ - | $ 0.62 | $ - | $ 9.96 | $ 3.71 | $ - | $ - | $ 14.25 | $ 5.85 | $ 0.62 | $ 13.68 | $ - | $ 82.06 |
| Gas Utility Worker | $ 0.74 | $ 3.14 | $ 0.41 | $ 0.51 | $ - | $ 0.51 | $ - | $ 8.16 | $ 3.04 | $ - | $ - | $ 14.25 | $ 4.79 | $ 0.51 | $ 11.20 | $ - | $ 67.20 |
| Field Clerk I | $ 0.90 | $ 3.84 | $ 0.50 | $ 0.62 | $ - | $ 0.62 | $ - | $ 9.96 | $ 3.71 | $ - | $ - | $ 14.25 | $ 5.85 | $ 0.62 | $ 13.68 | $ - | $ 82.06 |
| Field Clerk II | $ 0.74 | $ 3.14 | $ 0.41 | $ 0.51 | $ - | $ 0.51 | $ - | $ 8.16 | $ 3.04 | | $ - | $ 14.25 | $ 4.79 | $ 0.51 | $ 11.20 | $ - | $ 67.20 |

## Double Time Labor Rate Calculation - 1st Shift

| Labor Classification | | Fringes (per hour worked) | Fringes (per hour paid) | Taxable Fringes | National Employee Benefits Fund (NEBF) % | Health & Welfare (LINECO) $ | National Employee Pension (NEAP) - Amount specified annually by IBEW | Apprentice Training Fund (JATC) % | National Labor Management Cooperation Committee (NLMCC) | National Electrical Contractors Association (NECA) % | WLSAP % | Administrative Maintenance Fund (AMF) % | Dues | Annual Safety Training | Other LE | $ - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Senior Chief Inspector | $ 148.30 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Chief Inspector / Quality Control Specialist | $ 138.62 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gas Quality Control Inspector | $ 123.38 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Lead Gas Inspector | $ 123.38 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Welding Inspector (Sr. Gas Inspector) | $ 110.28 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utility Inspector Class I (Coating) | $ 107.58 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utility Inspector/Gas Inspector | $ 105.04 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Measure and Control Mechanic | $ 105.04 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gas Utility Corrosion Mechanic | $ 95.32 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gas Utility Worker | $ 72.90 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Field Clerk I | $ 95.32 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Field Clerk II | $ 72.90 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| Labor Classification | Medicare | OASDI | FUI | SUI | Other | WC Ins | GL Ins | OH | Profit | Other 1 | Other 2 | Total Fringes | Total Payroll | Total Insurance | Total OH & Profit | Total Other1 | TOTAL CRAFT BILLING RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Percentage of Base Wage | | | | | | | | | | | | | | | | |
| | Payroll Taxes | | | | | Insurance | | OH & Profit | | Other1 | | | | | | | |
| Senior Chief Inspector | $ 2.15 | $ 9.19 | $ 1.19 | $ 1.48 | $ - | $ 0.88 | $ - | $ 14.22 | $ 5.30 | | | $ - | $ 14.01 | $ 0.88 | $ 19.53 | $ - | $ 182.73 |
| Chief Inspector / Quality Control Specialist | $ 1.96 | $ 8.35 | $ 1.08 | $ 1.35 | $ - | $ 0.82 | $ - | $ 13.12 | $ 4.89 | | | $ - | $ 12.72 | $ 0.82 | $ 18.02 | $ - | $ 166.17 |
| Gas Quality Control Inspector | $ 1.79 | $ 7.65 | $ 0.99 | $ 1.23 | $ - | $ 0.76 | $ - | $ 12.22 | $ 4.56 | | | $ - | $ 11.66 | $ 0.76 | $ 16.77 | $ - | $ 152.55 |
| Lead Gas Inspector | $ 1.79 | $ 7.65 | $ 0.99 | $ 1.23 | $ - | $ 0.76 | $ - | $ 12.22 | $ 4.56 | | | $ - | $ 11.66 | $ 0.76 | $ 16.77 | $ - | $ 152.55 |
| Welding Inspector (Sr. Gas Inspector) | $ 1.60 | $ 6.84 | $ 0.88 | $ 1.10 | $ - | $ 0.69 | $ - | $ 11.16 | $ 4.16 | | | $ - | $ 10.42 | $ 0.69 | $ 15.33 | $ - | $ 136.72 |
| Utility Inspector Class I (Coating) | $ 1.56 | $ 6.67 | $ 0.86 | $ 1.08 | $ - | $ 0.68 | $ - | $ 10.95 | $ 4.08 | | | $ - | $ 10.17 | $ 0.68 | $ 15.03 | $ - | $ 133.46 |
| Utility Inspector/Gas Inspector | $ 1.52 | $ 6.51 | $ 0.84 | $ 1.05 | $ - | $ 0.67 | $ - | $ 10.74 | $ 4.01 | | | $ - | $ 9.93 | $ 0.67 | $ 14.75 | $ - | $ 130.38 |
| Measure and Control Mechanic | $ 1.52 | $ 6.51 | $ 0.84 | $ 1.05 | $ - | $ 0.67 | $ - | $ 10.74 | $ 4.01 | | | $ - | $ 9.93 | $ 0.67 | $ 14.75 | $ - | $ 130.38 |
| Gas Utility Corrosion Mechanic | $ 1.38 | $ 5.91 | $ 0.76 | $ 0.95 | $ - | $ 0.62 | $ - | $ 9.96 | $ 3.71 | | | $ - | $ 9.01 | $ 0.62 | $ 13.68 | $ - | $ 118.62 |
| Gas Utility Worker | $ 1.06 | $ 4.52 | $ 0.58 | $ 0.73 | $ - | $ 0.51 | $ - | $ 8.16 | $ 3.04 | | | $ - | $ 6.90 | $ 0.51 | $ 11.20 | $ - | $ 91.50 |
| Field Clerk I | $ 1.38 | $ 5.91 | $ 0.76 | $ 0.95 | $ - | $ 0.62 | $ - | $ 9.96 | $ 3.71 | | | $ - | $ 9.01 | $ 0.62 | $ 13.68 | $ - | $ 118.62 |
| Field Clerk II | $ 1.06 | $ 4.52 | $ 0.58 | $ 0.73 | $ - | $ 0.51 | $ - | $ 8.16 | $ 3.04 | | | $ - | $ 6.90 | $ 0.51 | $ 11.20 | $ - | $ 91.50 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - |

| Company Name | EZ Consulting Engineers, Inc. | Type of Labor Agreement(s): |
|---|---|---|
| Local Agreement(s) | | |
| Local #(s) | IBEW 1245 | |

DIRECT LABOR COST BREAKDOWN

## Straight Time Labor Rate Calculation - 2nd Shift

Pacific Gas and Electric Company

| Labor Classification | Base Wage | Fringes (per hour worked) | Fringes (per hour paid) | Taxable Fringes | National Employee Benefits Fund (NEBF) % | Health & Welfare (JNECO) $ | National Employee Pension (NEAP) - Amount specified annually by IBEW | Apprentice Training Fund (JATC) % | National Labor Management Cooperation Committee (NLMCC) | National Electrical Contractors Association (NECA) % | WLSAP % | Administrative Maintenance Fund (AMF) % | Dues | Annual Safety Training | Other LR | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENTER PER HOUR AMOUNTS AND PERCENTAGES IN THIS ROW | | | | | | | | | | | | | | | $ 14.25 | |
| | | | | Taxable Fringe? | No | No | No | No | No | No | No | No | No | No | Yes | |
| | | | | Hours Worked / Hours Paid? | Hours Worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked |
| Senior Chief Inspector | $81.57 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Chief Inspector / Quality Control Specialist | $74.04 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Gas Quality Control Inspector | $67.85 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Lead Gas Inspector | $67.85 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Welding Inspector (Sr. Gas Inspector) | $60.65 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Utility Inspector Class I (Coating) | $58.17 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Utility Inspector/Gas Inspector | $57.77 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Measure and Control Mechanic | $57.77 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Gas Utility Corrosion Mechanic | $52.43 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Gas Utility Worker | $43.10 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Field Clerk I | $52.43 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Field Clerk II | $43.10 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |

| Labor Classification | Medicare | OASDI | FUI | SUI | Other | WC Ins | GL Ins/EPLI | OH | Profit | Other 1 | Other 2 | Fringes | Payroll Taxes | Insurance | OH & Profit | Other | TOTAL CRAFT BILLING RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Percentage of Base Wage / Category Totals) | 1.45% | 6.20% | 0.80% | [illegible] | 0.00% | [illegible] | 0.00% | [illegible] | [illegible] | $ | $ | | | | | | |
| | Hours paid | Hours paid | Hours paid | Hours paid | Hours paid | Hours worked | Hours Worked | Hours worked | Hours worked | Hours worked | Hours worked | | | | | | |
| Senior Chief Inspector | [illegible] | [illegible] | [illegible] | [illegible] | $ - | [illegible] | $ - | [illegible] | [illegible] | $ - | $ - | $ 14.25 | [illegible] | [illegible] | [illegible] | $ - | $ 127.60 |
| Chief Inspector / Quality Control Specialist | [illegible] | [illegible] | [illegible] | [illegible] | $ - | [illegible] | $ - | [illegible] | [illegible] | $ - | $ - | $ 14.25 | [illegible] | [illegible] | [illegible] | $ - | $ 117.02 |
| Gas Quality Control Inspector | [illegible] | [illegible] | [illegible] | [illegible] | $ - | [illegible] | $ - | [illegible] | [illegible] | $ - | $ - | $ 14.25 | [illegible] | [illegible] | [illegible] | $ - | $ 108.82 |
| Lead Gas Inspector | [illegible] | [illegible] | [illegible] | [illegible] | $ - | [illegible] | $ - | [illegible] | [illegible] | $ - | $ - | $ 14.25 | [illegible] | [illegible] | [illegible] | $ - | $ 108.82 |
| Welding Inspector (Sr. Gas Inspector) | [illegible] | [illegible] | [illegible] | [illegible] | $ - | [illegible] | $ - | [illegible] | [illegible] | $ - | $ - | $ 14.25 | [illegible] | [illegible] | [illegible] | $ - | $ 99.37 |
| Utility Inspector Class I (Coating) | [illegible] | [illegible] | [illegible] | [illegible] | $ - | [illegible] | $ - | [illegible] | [illegible] | $ - | $ - | $ 14.25 | [illegible] | [illegible] | [illegible] | $ - | $ 97.31 |
| Utility Inspector/Gas Inspector | [illegible] | [illegible] | [illegible] | [illegible] | $ - | [illegible] | $ - | [illegible] | [illegible] | $ - | $ - | $ 14.25 | [illegible] | [illegible] | [illegible] | $ - | $ 95.44 |
| Measure and Control Mechanic | [illegible] | [illegible] | [illegible] | [illegible] | $ - | [illegible] | $ - | [illegible] | [illegible] | $ - | $ - | $ 14.25 | [illegible] | [illegible] | [illegible] | $ - | $ 95.44 |
| Gas Utility Corrosion Mechanic | [illegible] | [illegible] | [illegible] | [illegible] | $ - | [illegible] | $ - | [illegible] | [illegible] | $ - | $ - | $ 14.25 | [illegible] | [illegible] | [illegible] | $ - | $ 84.16 |
| Gas Utility Worker | [illegible] | [illegible] | [illegible] | [illegible] | $ - | [illegible] | $ - | [illegible] | [illegible] | $ - | $ - | $ 14.25 | [illegible] | [illegible] | [illegible] | $ - | $ 72.64 |
| Field Clerk I | [illegible] | [illegible] | [illegible] | [illegible] | $ - | [illegible] | $ - | [illegible] | [illegible] | $ - | $ - | $ 14.25 | [illegible] | [illegible] | [illegible] | $ - | $ 84.38 |
| Field Clerk II | [illegible] | [illegible] | [illegible] | [illegible] | $ - | [illegible] | $ - | [illegible] | [illegible] | $ - | $ - | $ 14.25 | [illegible] | [illegible] | [illegible] | $ - | $ 72.64 |

## Double Time Labor Rate Calculation - 2nd Shift

| Labor Classification | Base Wage | Fringes (per hour worked) | Fringes (per hour paid) | Taxable Fringes | National Employee Benefits Fund (NEBF) % | Health & Welfare (JNECO) $ | National Employee Pension (NEAP) - Amount specified annually by IBEW | Apprentice Training Fund (JATC) % | National Labor Management Cooperation Committee (NLMCC) | National Electrical Contractors Association (NECA) % | WLSAP % | Administrative Maintenance Fund (AMF) % | Dues | Annual Safety Training | Other LR | $ - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Senior Chief Inspector | $ 163.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Chief Inspector / Quality Control Specialist | $ 148.08 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gas Quality Control Inspector | $ 135.70 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Lead Gas Inspector | $ 135.70 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Welding Inspector (Sr. Gas Inspector) | $ 121.30 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utility Inspector Class I (Coating) | $ 116.34 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utility Inspector/Gas Inspector | $ 115.54 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Measure and Control Mechanic | $ 115.54 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gas Utility Corrosion Mechanic | $ 104.86 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gas Utility Worker | $ 86.20 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Field Clerk I | $ 104.86 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Field Clerk II | $ 86.20 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| Labor Classification | Medicare | OASDI | FUI | SUI | Other | WC Ins | GL Ins | OH | Profit | Other 1 | Other 2 | Total Fringes | Total Payroll | Total Insurance | Total OH & Profit | Total Other | TOTAL CRAFT BILLING RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Senior Chief Inspector | $ 2.37 | $ 10.11 | $ 1.21 | $ 1.63 | $ - | $ 0.98 | $ - | $ 15.42 | $ 5.75 | | | $ - | $ 15.32 | $ 0.98 | $ 21.17 | $ - | $ 200.66 |
| Chief Inspector / Quality Control Specialist | $ 2.15 | $ 9.18 | $ 1.18 | $ 1.48 | $ - | $ 0.88 | $ - | $ 14.21 | $ 5.30 | | | $ - | $ 13.99 | $ 0.88 | $ 19.50 | $ - | $ 182.46 |
| Gas Quality Control Inspector | $ 1.97 | $ 8.41 | $ 1.09 | $ 1.36 | $ - | $ 0.82 | $ - | $ 13.21 | $ 4.93 | | | $ - | $ 12.82 | $ 0.82 | $ 18.14 | $ - | $ 167.48 |
| Lead Gas Inspector | $ 1.97 | $ 8.41 | $ 1.09 | $ 1.36 | $ - | $ 0.82 | $ - | $ 13.21 | $ 4.93 | | | $ - | $ 12.82 | $ 0.82 | $ 18.14 | $ - | $ 167.48 |
| Welding Inspector (Sr. Gas Inspector) | $ 1.76 | $ 7.52 | $ 0.97 | $ 1.21 | $ - | $ 0.75 | $ - | $ 12.06 | $ 4.49 | | | $ - | $ 11.46 | $ 0.75 | $ 16.55 | $ - | $ 150.06 |
| Utility Inspector Class I (Coating) | $ 1.72 | $ 7.34 | $ 0.95 | $ 1.18 | $ - | $ 0.73 | $ - | $ 11.81 | $ 4.41 | | | $ - | $ 11.18 | $ 0.73 | $ 16.22 | $ - | $ 146.48 |
| Utility Inspector/Gas Inspector | $ 1.68 | $ 7.16 | $ 0.92 | $ 1.16 | $ - | $ 0.72 | $ - | $ 11.59 | $ 4.32 | | | $ - | $ 10.92 | $ 0.72 | $ 15.91 | $ - | $ 143.09 |
| Measure and Control Mechanic | $ 1.68 | $ 7.16 | $ 0.92 | $ 1.16 | $ - | $ 0.72 | $ - | $ 11.60 | $ 4.32 | | | $ - | $ 10.92 | $ 0.72 | $ 15.91 | $ - | $ 143.09 |
| Gas Utility Corrosion Mechanic | $ 1.52 | $ 6.50 | $ 0.84 | $ 1.05 | $ - | $ 0.67 | $ - | $ 10.73 | $ 4.00 | | | $ - | $ 9.91 | $ 0.67 | $ 14.73 | $ - | $ 130.17 |
| Gas Utility Worker | $ 1.16 | $ 4.97 | $ 0.64 | $ 0.80 | $ - | $ 0.54 | $ - | $ 8.74 | $ 3.26 | | | $ - | $ 7.58 | $ 0.54 | $ 12.01 | $ - | $ 100.32 |
| Field Clerk I | $ 1.57 | $ 6.50 | $ 0.84 | $ 1.05 | $ - | $ 0.67 | $ - | $ 10.73 | $ 4.00 | | | $ - | $ 9.91 | $ 0.67 | $ 14.73 | $ - | $ 130.17 |
| Field Clerk II | $ 1.16 | $ 4.97 | $ 0.64 | $ 0.80 | $ - | $ 0.54 | $ - | $ 8.74 | $ 3.26 | | | $ - | $ 7.58 | $ 0.54 | $ 12.01 | $ - | $ 100.33 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - |