| Company Name | E2 Consulting Engineers, Inc. | Type of Labor Agreement(s) |
|---|---|---|
| Local Agreement(s) | | |
| Local #(s) | IBEW 1245 | |

DIRECT LABOR COST BREAKDOWN

**Straight Time Labor Rate Calculation - 3rd Shift**

| Labor Classification | Base Wage | Fringes (per hour worked) | Fringes (per hour paid) | Taxable Fringes | National Employee Benefits Fund (NEBF) % | Health & Welfare (LINECO) $ | National Employee Pension (NEAP) - Annual specified amount by IBEW | Apprentice Training Fund (JATC) % | National Labor Management Corporation Committee (NLMCC) | National Electrical Contractors Association (NECA) % | WLSAP % | Administrative Maintenance Fund (AMF) % | Dues | Annual Safety Training | Other ILB | | Medicare | OASDI | FUI | SUI | Other | WC Ins | GL Ins/EPLI | OH | Profit | Other 1 | Other 2 | Fringes | Payroll Taxes | Insurance | OH & Profit | Other | TOTAL CRAFT BILLING RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Fringe Contributions | | | | | | | | | | | | Percentage of Base Wage: Payroll Taxes | | | | | Insurance | | OH & Profit | | Other | | Category Totals | | | | | |
| Pacific Gas and Electric Company | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENTER PER HOUR AMOUNTS AND PERCENTAGES IN THIS ROW | | | | | | | | | | | | | | | $ 14.25 | | 1.45% | 6.20% | 0.60% | 1.00% | 0.00% | 1.00% | 0.00% | 16.00% | 6.00% | $ - | $ - | | | | | | |
| | | | | Taxable Fringe? | No | No | No | No | No | No | No | No | No | No | Yes | | | | | | | | | | | | | | | | | | |
| | | | | Hours Worked / Hours Paid? | Hours Worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours paid | Hours paid | Hours paid | Hours paid | Hours paid | Hours worked | Hours Worked | Hours worked | Hours worked | Hours worked | Hours worked | | | | | | |
| Senior Chief Inspector | $85.27 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.44 | $ 6.17 | $ 0.60 | $ 1.00 | $ - | $ 1.00 | $ - | $ 16.01 | $ 5.97 | $ - | $ - | $ 14.25 | $ 9.40 | $ 1.00 | $ 21.98 | $ - | $ 131.90 |
| Chief Inspector / Quality Control Specialist | $77.41 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.33 | $ 5.68 | $ 0.71 | $ 0.92 | $ - | $ 0.92 | $ - | $ 14.75 | $ 5.50 | $ - | $ - | $ 14.25 | $ 8.68 | $ 0.92 | $ 20.25 | $ - | $ 121.49 |
| Gas Quality Control Inspector | $70.93 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.24 | $ 5.28 | $ 0.68 | $ 0.85 | $ - | $ 0.85 | $ - | $ 13.71 | $ 5.11 | $ - | $ - | $ 14.25 | $ 8.05 | $ 0.85 | $ 18.82 | $ - | $ 112.90 |
| Lead Gas Inspector | $70.93 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.24 | $ 5.28 | $ 0.68 | $ 0.85 | $ - | $ 0.85 | $ - | $ 13.71 | $ 5.11 | $ - | $ - | $ 14.25 | $ 8.05 | $ 0.85 | $ 18.82 | $ - | $ 112.90 |
| Welding Inspector (Sr. Gas Inspector) | $63.41 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.13 | $ 4.81 | $ 0.62 | $ 0.78 | $ - | $ 0.78 | $ - | $ 12.50 | $ 4.66 | $ - | $ - | $ 14.25 | $ 7.34 | $ 0.78 | $ 17.16 | $ - | $ 102.93 |
| Utility Inspector Class I (Coating) | $61.66 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.10 | $ 4.72 | $ 0.61 | $ 0.76 | $ - | $ 0.76 | $ - | $ 12.26 | $ 4.57 | $ - | $ - | $ 14.25 | $ 7.19 | $ 0.76 | $ 16.81 | $ - | $ 100.88 |
| Utility Inspector/Gas Inspector | $60.40 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.08 | $ 4.63 | $ 0.60 | $ 0.75 | $ - | $ 0.75 | $ - | $ 12.01 | $ 4.48 | $ - | $ - | $ 14.25 | $ 7.05 | $ 0.75 | $ 16.49 | $ - | $ 98.94 |
| Measure and Control Mechanic | $60.40 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.08 | $ 4.63 | $ 0.60 | $ 0.75 | $ - | $ 0.75 | $ - | $ 12.01 | $ 4.48 | $ - | $ - | $ 14.25 | $ 7.05 | $ 0.75 | $ 16.49 | $ - | $ 98.94 |
| Gas Utility Corrosion Mechanic | $54.81 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.00 | $ 4.28 | $ 0.55 | $ 0.69 | $ - | $ 0.69 | $ - | $ 11.11 | $ 4.14 | $ - | $ - | $ 14.25 | $ 6.53 | $ 0.69 | $ 15.25 | $ - | $ 91.53 |
| Gas Utility Worker | $41.92 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 0.81 | $ 3.48 | $ 0.45 | $ 0.56 | $ - | $ 0.56 | $ - | $ 9.04 | $ 3.37 | $ - | $ - | $ 14.25 | $ 5.31 | $ 0.56 | $ 12.41 | $ - | $ 74.45 |
| Field Clerk I | $54.81 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.00 | $ 4.28 | $ 0.55 | $ 0.69 | $ - | $ 0.69 | $ - | $ 11.11 | $ 4.14 | $ - | $ - | $ 14.25 | $ 6.53 | $ 0.69 | $ 15.25 | $ - | $ 91.53 |
| Field Clerk II | $41.92 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 0.81 | $ 3.48 | $ 0.45 | $ 0.56 | $ - | $ 0.56 | $ - | $ 9.04 | $ 3.37 | | $ - | $ 14.25 | $ 5.31 | $ 0.56 | $ 12.41 | $ - | $ 74.45 |

**Double Time Labor Rate Calculation - 3rd Shift**

| Labor Classification | | Fringes (per hour worked) | Fringes (per hour paid) | Taxable Fringes | National Employee Benefits Fund (NEBF) % | Health & Welfare (LINECO) $ | National Employee Pension (NEAP) - Amount specified amount by IBEW | Apprentice Training Fund (JATC) % | National Labor Management Corporation Committee (NLMCC) | National Electrical Contractors Association (NECA) % | WLSAP % | Administrative Maintenance Fund (AMF) % | Dues | Annual Safety Training | Other ILB | $ - | Medicare | OASDI | FUI | SUI | Other | WC Ins | GL Ins | OH | Profit | Other 1 | Other 2 | Total Fringes | Total Payroll | Total Insurance | Total OH & Profit | Total Other | TOTAL CRAFT BILLING RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Fringe Contributions | | | | | | | | | | | | Percentage of Base Wage: Payroll Taxes | | | | | Insurance | | OH & Profit | | Other | | | | | | | |
| Senior Chief Inspector | $ 170.54 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.47 | $ 10.57 | $ 1.36 | $ 1.71 | $ - | $ 1.00 | $ - | $ 16.01 | $ 5.97 | | | $ - | $ 16.12 | $ 1.00 | $ 21.98 | $ - | $ 209.64 |
| Chief Inspector / Quality Control Specialist | $ 154.82 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.24 | $ 9.60 | $ 1.24 | $ 1.55 | $ - | $ 0.92 | $ - | $ 14.75 | $ 5.50 | | | $ - | $ 14.63 | $ 0.92 | $ 20.25 | $ - | $ 190.61 |
| Gas Quality Control Inspector | $ 141.86 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.06 | $ 8.80 | $ 1.13 | $ 1.42 | $ - | $ 0.85 | $ - | $ 13.71 | $ 5.11 | | | $ - | $ 13.41 | $ 0.85 | $ 18.82 | $ - | $ 174.93 |
| Lead Gas Inspector | $ 141.86 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.06 | $ 8.80 | $ 1.13 | $ 1.42 | $ - | $ 0.85 | $ - | $ 13.71 | $ 5.11 | | | $ - | $ 13.41 | $ 0.85 | $ 18.82 | $ - | $ 174.93 |
| Welding Inspector (Sr. Gas Inspector) | $ 126.82 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.84 | $ 7.86 | $ 1.01 | $ 1.27 | $ - | $ 0.78 | $ - | $ 12.50 | $ 4.66 | | | $ - | $ 11.98 | $ 0.78 | $ 17.16 | $ - | $ 156.74 |
| Utility Inspector Class I (Coating) | $ 123.72 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.79 | $ 7.67 | $ 0.99 | $ 1.24 | $ - | $ 0.76 | $ - | $ 12.25 | $ 4.57 | | | $ - | $ 11.69 | $ 0.76 | $ 16.81 | $ - | $ 152.99 |
| Utility Inspector/Gas Inspector | $ 120.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.75 | $ 7.49 | $ 0.97 | $ 1.21 | $ - | $ 0.75 | $ - | $ 12.01 | $ 4.48 | | | $ - | $ 11.42 | $ 0.75 | $ 16.49 | $ - | $ 149.45 |
| Measure and Control Mechanic | $ 120.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.75 | $ 7.49 | $ 0.97 | $ 1.21 | $ - | $ 0.75 | $ - | $ 12.01 | $ 4.48 | | | $ - | $ 11.42 | $ 0.75 | $ 16.49 | $ - | $ 149.45 |
| Gas Utility Corrosion Mechanic | $ 109.62 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.59 | $ 6.80 | $ 0.88 | $ 1.10 | $ - | $ 0.69 | $ - | $ 11.11 | $ 4.14 | | | $ - | $ 10.36 | $ 0.69 | $ 15.25 | $ - | $ 135.93 |
| Gas Utility Worker | $ 83.84 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.22 | $ 5.20 | $ 0.67 | $ 0.84 | $ - | $ 0.56 | $ - | $ 9.04 | $ 3.37 | | | $ - | $ 7.92 | $ 0.56 | $ 12.41 | $ - | $ 104.73 |
| Field Clerk I | $ 109.62 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.59 | $ 6.80 | $ 0.88 | $ 1.10 | $ - | $ 0.69 | $ - | $ 11.11 | $ 4.14 | | | $ - | $ 10.36 | $ 0.69 | $ 15.25 | $ - | $ 135.93 |
| Field Clerk II | $ 83.84 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.22 | $ 5.20 | $ 0.67 | $ 0.84 | $ - | $ 0.56 | $ - | $ 9.04 | $ 3.37 | | | $ - | $ 7.92 | $ 0.56 | $ 12.41 | $ - | $ 104.73 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - |

# EXHIBIT 2



# Contract Change Order

This is Change Order ("CO") No. 6 to Contract No. 4400009221dated November 11, 2014 between the below-named Contractor ("Contractor"), a California corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this Contract, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the Contract.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | E2 Consulting Engineers, Inc. | This Contract Change Order consists of 138 page(s). |
| **Contractor's Address:** | 1900 Powell Street, STE 250<br>Emeryville, CA 94608 | |
| **Project Name:** | Engineering, Technical, Consulting, Inspection and Project Management Services | |
| **Job Location:** | Various PG&E Locations throughout the Services Territory | |

**CHANGES: The Parties hereby modify the Contract referenced above as follows:**

1. The parties agree that Contract No. 4400009221 dated November 11, 2014, is hereby amended and restated in its entirety and consists of this two-page cover sheet and the following:

   Attachment 1-Specific Conditions for Inspection Services (43 pages)
   2. Attachment 2- General Conditions (51 pages)
   3. Attachment 3- Pricing Sheet (6 pages)
   4. Attachment 4- Discounts and Payment Terms (1 page)
   5. Attachment 5-Specific Conditions for Project Management and Project Engineering Services (30 pages)
   6. Attachment 6 - Letter of Credit (5 pages)

   Upon signature of this CCO 6 by both parties, Contract No. 4400009221 and CCOs 1 through 5 shall be deemed to have been superseded and replaced in their entirety by this CCO 6.

2. Insurance shall be in accordance with Section 10 of the General Conditions and Payment Terms shall be in accordance with Section 6 of the General Conditions.

3. The term of the Contract No. 4400009221 is extended to November 30, 2019.

**ATTACHMENTS: The following are attached to this Contract Change Order and incoporatd herdiy this refeence.**

1. Attachment 1-Specific Conditions for Inspection Services
2. Attachment 2-General Conditions
3. Attachment 3- Pricing Sheet
4. Attachment 4- Discounts and Payment Terms
5. Attachment 5 Specific Conditions for Project Management and Project Engineering Services
6. ~~Attachment 6-Letter of Credit~~

| PRICING CHANGES: | | |
|---|---|---|
| | Previous Total Contract Value: | The sum of all duly authorized Contract Work Authorizations |
| | Addition or Deduction: | The sum of all duly authorized Contract Work Authorizations |
| | Revised Total Contract Value: | The sum of all duly authorized Contract Work Authorizations |

**All other terms and conditions of the Contract, as it may have been amended by previous Contract Change Order(s), if any, shall remain the same.**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT CHANGE ORDER.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: E2 Consulting Engineers, Inc. | |
|---|---|---|---|
| Signature | [signature] | Signature | [signature] |
| Name | Gun Shim | Name | Blake Braswell |
| Title | Vice President | Title | President - Oil, Gas & Utilities Division |
| Date | 4-5-17 | Date | 3/31/2017 |

Case: 19-30088 Doc# 9010-2 Filed: 09/08/20 Entered: 09/08/20 13:41:48 Page 3 of 12

Attachment 3 - Pricing Sheet

| | | | |
|---|---|---|---|
| Company Name: | E2 Consulting Engineers, Inc. | Type of Labor Agreement(s): | |
| Local Agreement(s): | | | |
| Local #(s): | IBEW 1245 | | |

DIRECT LABOR COST BREAKDOWN

RFP #[illegible] — Exhibit A — Page 2 of 6

Pacific Gas and Electric Company

## Straight Time Labor Rate Calculation - 1st Shift

ENTER PER HOUR AMOUNTS AND PERCENTAGES IN THIS ROW: Taxable Fringe? NO; Hours Worked / Hours Paid? Hours Worked. Fringe Contributions: National Employee Benefits Fund (NEBF) %; Health & Welfare (JNECCO) $; National Employee Pension (NEAP) ...; Apprentice Training Fund (JATC) %; National Labor Management Cooperation Committee (NLMCC) %; National Electrical Contractors Association (NECA) %; W.JSAP %; Administrative Maintenance Fund (AMF) %; Dues; Annual Safety Training; Other H&D $ 14.25 (Yes). Percentage of Base Wage — Payroll Taxes: Medicare 1.45%, OASDI 6.20%, FUI 0.60%, SUI 1.60%, Other 0.00%; Insurance: WC Ins. 1.00%, GL Ins./EPL 0.00%; OH & Profit: OH 21.00%, Profit 7.00%; Other1: Other 1 $ -, Other 2 $ -.

| Labor Classification | Base Wage | Fringes (per hour paid) | Taxable Fringes | Category Totals: Other | Fringes | Payroll Taxes | Insurance | OH & Profit | Other | TOTAL CRAFT BILLING RATE | TOTAL of Base + Fringe + Payroll Taxes paid by supplier | Markup |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Senior Chief Inspector | $ 79.16 | TRUE | $ 14.25 | $ - | $ 14.25 | $ 6.35 | $ 0.68 | $ 25.55 | $ - | $ 123.19 | $ 88.40 | 39.35% |
| Chief Inspector | $ 67.31 | TRUE | $ 14.25 | $ - | $ 14.25 | $ 7.71 | $ 0.82 | $ 23.57 | $ - | $ 113.66 | $ 81.56 | 39.35% |
| Gas Quality Control Inspector | $ 61.68 | TRUE | $ 14.25 | $ - | $ 14.25 | $ 7.18 | $ 0.76 | $ 21.94 | $ - | $ 105.81 | $ 75.93 | 39.35% |
| Lead Gas Inspector | $ 61.68 | TRUE | $ 14.25 | $ - | $ 14.25 | $ 7.18 | $ 0.76 | $ 21.94 | $ - | $ 105.81 | $ 75.93 | 39.35% |
| Weld Inspector/Sr Gas Inspector | $ 55.14 | TRUE | $ 14.25 | $ - | $ 14.25 | $ 6.56 | $ 0.69 | $ 20.05 | $ - | $ 96.69 | $ 69.39 | 39.35% |
| Utility Coating Inspector | $ 53.79 | TRUE | $ 14.25 | $ - | $ 14.25 | $ 6.43 | $ 0.68 | $ 19.66 | $ - | $ 94.81 | $ 68.04 | 39.35% |
| Utility Inspector/Gas Inspector | $ 52.52 | TRUE | $ 14.25 | $ - | $ 14.25 | $ 6.31 | $ 0.67 | $ 19.30 | $ - | $ 93.04 | $ 66.77 | 39.35% |
| Measure and Control Mechanic | $ 52.52 | TRUE | $ 14.25 | $ - | $ 14.25 | $ 6.31 | $ 0.67 | $ 19.30 | $ - | $ 93.04 | $ 66.77 | 39.35% |
| Gas Utility Corrosion Mechanic | $ 47.66 | TRUE | $ 14.25 | $ - | $ 14.25 | $ 5.85 | $ 0.62 | $ 17.89 | $ - | $ 86.27 | $ 61.91 | 39.35% |
| Gas Utility Worker | $ 36.45 | TRUE | $ 14.25 | $ - | $ 14.25 | $ 4.79 | $ 0.51 | $ 14.65 | $ - | $ 70.66 | $ 50.70 | 39.35% |
| Quality Control Specialist | $ 67.31 | TRUE | $ 14.25 | $ - | $ 14.25 | $ 7.71 | $ 0.82 | $ 23.57 | $ - | $ 113.65 | $ 81.56 | 39.35% |

## Double Time Labor Rate Calculation - 1st Shift

Fringe Contributions: National Employee Benefits Fund (NEBF) %; Health & Welfare (JNECCO) $; National Employee Pension (NEAP) - amount specified by IBEW; Apprentice Training Fund (JATC) %; National Labor Management Cooperation Committee (NLMCC) %; National Electrical Contractors Association (NECA) %; W.JSAP %; Administrative Maintenance Fund (AMF) %; Dues; Annual Safety Training; Other ILB; $. Percentage of Base Wage.

| Labor Classification | Base Wage | Medicare | OASDI | FUI | SUI | Other | WC Ins. | GL Ins. | OH | Profit | Total Fringes | Total Payroll | Total Insurance | Total OH & Profit | Total Other1 | TOTAL CRAFT BILLING RATE | Total | Markup |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Senior Chief Inspector | $ 158.32 | $ 2.15 | $ 6.19 | $ 1.19 | $ 1.48 | $ - | $ 0.68 | $ - | $ 16.56 | $ 6.16 | $ - | $ 14.31 | $ 0.68 | $ 25.55 | $ - | $ 193.75 | $ 348.90 | 23.27% |
| Chief Inspector | $ 134.62 | $ 1.95 | $ 8.35 | $ 1.08 | $ 1.35 | $ - | $ 0.82 | $ - | $ 17.13 | $ 6.44 | $ - | $ 12.72 | $ 0.82 | $ 23.57 | $ - | $ 171.72 | $ 134.62 | 22.57% |
| Gas Quality Control Inspector | $ 123.36 | $ 1.79 | $ 7.65 | $ 0.99 | $ 1.23 | $ - | $ 0.76 | $ - | $ 15.95 | $ 6.00 | $ - | $ 11.55 | $ 0.76 | $ 21.94 | $ - | $ 157.72 | $ 123.36 | 22.85% |
| Lead Gas Inspector | $ 123.36 | $ 1.79 | $ 7.65 | $ 0.99 | $ 1.73 | $ - | $ 0.76 | $ - | $ 15.95 | $ 6.00 | $ - | $ 11.55 | $ 0.76 | $ 21.94 | $ - | $ 157.72 | $ 123.36 | 22.85% |
| Weld Inspector/Sr Gas Inspector | $ 110.28 | $ 1.60 | $ 6.84 | $ 0.88 | $ 1.10 | $ - | $ 0.69 | $ - | $ 14.87 | $ 5.46 | $ - | $ 10.42 | $ 0.69 | $ 20.05 | $ - | $ 141.45 | $ 110.28 | 28.26% |
| Utility Coating Inspector | $ 107.58 | $ 1.56 | $ 6.67 | $ 0.86 | $ 1.08 | $ - | $ 0.68 | $ - | $ 14.26 | $ 5.36 | $ - | $ 10.17 | $ 0.68 | $ 19.66 | $ - | $ 138.09 | $ 107.58 | 28.36% |
| Utility Inspector/Gas Inspector | $ 105.04 | $ 1.52 | $ 6.51 | $ 0.84 | $ 1.05 | $ - | $ 0.67 | $ - | $ 14.02 | $ 5.27 | $ - | $ 9.93 | $ 0.67 | $ 19.30 | $ - | $ 134.92 | $ 105.04 | 28.46% |
| Measure and Control Mechanic | $ 105.04 | $ 1.52 | $ 6.51 | $ 0.84 | $ 1.05 | $ - | $ 0.67 | $ - | $ 14.02 | $ 5.27 | $ - | $ 9.93 | $ 0.67 | $ 19.30 | $ - | $ 134.92 | $ 105.04 | 28.46% |
| Gas Utility Corrosion Mechanic | $ 95.32 | $ 1.38 | $ 5.91 | $ 0.76 | $ 0.95 | $ - | $ 0.62 | $ - | $ 13.00 | $ 4.89 | $ - | $ 9.01 | $ 0.62 | $ 17.89 | $ - | $ 122.84 | $ 95.32 | 28.87% |
| Gas Utility Worker | $ 72.90 | $ 1.06 | $ 4.52 | $ 0.58 | $ 0.73 | $ - | $ 0.51 | $ - | $ 10.65 | $ 4.01 | $ - | $ 6.89 | $ 0.51 | $ 14.66 | $ - | $ 94.95 | $ 72.90 | 30.24% |
| Quality Control Specialist | $ 134.62 | $ 1.95 | $ 8.35 | $ 1.08 | $ 1.35 | $ - | $ 0.82 | $ - | $ 17.13 | $ 6.44 | $ - | $ 12.72 | $ 0.82 | $ 23.57 | $ - | $ 171.72 | $ 134.62 | 22.57% |

Attachment 3-Pricing Sheet

E2 CCO 6
MSA 4400009221

| Company Name | [illegible] Consulting Engineers Inc. | Type of Labor Agreement(s) | [illegible] |
| --- | --- | --- | --- |
| Local Agreement(s) | | | |
| Local #(s) | [illegible] | | |

DIRECT LABOR COST BREAKDOWN

**Straight Time Labor Rate Calculation - 2nd Shift**

| Labor Classification | Base Wage | Fringes (per hour worked) | Fringes (per hour paid) | Taxable Fringes | National Employee Benefits Fund (NEBF) % | Health & Welfare (UNECO) $ | National Employee Pension Benefit (NEAP) - Amount specified annually by IBEW | Apprentice Training Fund (JATC) % | National Labor Management Cooperation Committee (NLMCC) | National Electrical Contractors Association (NECA) % | WLSAP % | Administrative Maintenance Fund (AMF) % | Dues | Annual Safety Training | Other LB | | Medicare | OASDI | FUI | SUI | Other | WC Ins. | GL Ins./EPLI | OH | Profit | Other 1 | Other 2 | Fringes | Payroll Taxes | Insurance | OH & Profit | Other | TOTAL CRAFT BILLING RATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Fringe Contributions | | | | | | | | | | | | | Percentage of Base Wage: Payroll Taxes | | | | | Insurance | | OH & Profit | | Other | | Category Totals | | | | | |
| ENTER PER HOUR AMOUNTS AND PERCENTAGES IN THIS ROW | | | | | | | | | | | | | | | $ 14.25 | | 1.45% | 6.20% | 0.80% | 1.00% | 0.00% | 1.00% | 0.00% | 21.00% | 7.90% | $ - | $ - | | | | | | |
| | | | | Taxable Fringe? | No | No | No | No | No | No | No | No | No | No | Yes | | | | | | | | | | | | | | | | | | |
| | | | | Hours Worked / Hours Paid? | Hours Worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours paid | Hours paid | Hours paid | Hours paid | Hours paid | Hours worked | Hours Worked | Hours worked | Hours worked | Hours worked | Hours worked | | | | | | |
| Senior Chief Inspector | $81.57 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.39 | $ 5.94 | $ 0.77 | $ 0.96 | $ - | $ 0.96 | $ - | $ 20.12 | $ 7.57 | $ - | $ - | $ 14.25 | $ 9.05 | $ 0.96 | $ 27.69 | $ - | $ 133.53 |
| Chief Inspector | $74.04 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.28 | $ 5.47 | $ 0.71 | $ 0.88 | $ - | $ 0.88 | $ - | $ 18.54 | $ 6.97 | $ - | $ - | $ 14.25 | $ 8.34 | $ 0.88 | $ 25.52 | $ - | $ 123.03 |
| Gas Quality Control Inspector | $67.85 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.19 | $ 5.09 | $ 0.66 | $ 0.82 | $ - | $ 0.82 | $ - | $ 17.24 | $ 6.49 | $ - | $ - | $ 14.25 | $ 7.76 | $ 0.82 | $ 23.73 | $ - | $ 114.41 |
| Lead Gas Inspector | $67.85 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.19 | $ 5.09 | $ 0.66 | $ 0.82 | $ - | $ 0.82 | $ - | $ 17.24 | $ 6.49 | $ - | $ - | $ 14.25 | $ 7.76 | $ 0.82 | $ 23.73 | $ - | $ 114.41 |
| Welding Inspector (Sr. Gas Inspector) | $60.65 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.09 | $ 4.64 | $ 0.60 | $ 0.75 | $ - | $ 0.75 | $ - | $ 15.73 | $ 5.92 | $ - | $ - | $ 14.25 | $ 7.08 | $ 0.75 | $ 21.65 | $ - | $ 104.37 |
| Utility Inspector Class I (Coating) | $59.17 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.06 | $ 4.55 | $ 0.59 | $ 0.73 | $ - | $ 0.73 | $ - | $ 15.42 | $ 5.80 | $ - | $ - | $ 14.25 | $ 6.94 | $ 0.73 | $ 21.22 | $ - | $ 102.31 |
| Utility Inspector/Gas Inspector | $57.77 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.04 | $ 4.47 | $ 0.58 | $ 0.72 | $ - | $ 0.72 | $ - | $ 15.12 | $ 5.69 | $ - | $ - | $ 14.25 | $ 6.81 | $ 0.72 | $ 20.81 | $ - | $ 100.36 |
| Measure and Control Mechanic | $57.77 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.04 | $ 4.47 | $ 0.58 | $ 0.72 | $ - | $ 0.72 | $ - | $ 15.12 | $ 5.69 | $ - | $ - | $ 14.25 | $ 6.81 | $ 0.72 | $ 20.81 | $ - | $ 100.36 |
| Gas Utility Corrosion Mechanic | $52.43 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 0.97 | $ 4.13 | $ 0.53 | $ 0.67 | $ - | $ 0.67 | $ - | $ 14.00 | $ 5.27 | $ - | $ - | $ 14.25 | $ 6.30 | $ 0.67 | $ 19.27 | $ - | $ 92.92 |
| Gas Utility Worker | $40.10 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 0.79 | $ 3.37 | $ 0.43 | $ 0.54 | $ - | $ 0.54 | $ - | $ 11.41 | $ 4.29 | $ - | $ - | $ 14.25 | $ 5.14 | $ 0.54 | $ 15.71 | $ - | $ 75.74 |
| Field Clerk I | $52.43 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 0.97 | $ 4.13 | $ 0.53 | $ 0.67 | $ - | $ 0.67 | $ - | $ 14.00 | $ 5.27 | $ - | $ - | $ 14.25 | $ 6.30 | $ 0.67 | $ 19.27 | $ - | $ 92.92 |
| Field Clerk II | $40.10 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 0.79 | $ 3.37 | $ 0.43 | $ 0.54 | $ - | $ 0.54 | $ - | $ 11.41 | $ 4.29 | | $ - | $ 14.25 | $ 5.14 | $ 0.54 | $ 15.71 | $ - | $ 75.74 |
| Quality Control Specialist | $74.04 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - | $ 1.28 | $ 5.47 | $ 0.71 | $ 0.88 | $ - | $ 0.88 | $ - | $ 18.54 | $ 6.97 | $ - | $ - | $ 14.25 | $ 8.34 | $ 0.88 | $ 25.52 | $ - | $ 123.03 |

**Double Time Labor Rate Calculation - 2nd Shift**

| Labor Classification | | Fringes (per hour worked) | Fringes (per hour paid) | Taxable Fringes | National Employee Benefits Fund (NEBF) % | Health & Welfare (UNECO) $ | National Employee Pension Benefit (NEAP) - Amount specified annually by IBEW | Apprentice Training Fund (JATC) % | National Labor Management Cooperation Committee (NLMCC) | National Electrical Contractors Association (NECA) % | WLSAP % | Administrative Maintenance Fund (AMF) % | Dues | Annual Safety Training | Other LB | $ - | Medicare | OASDI | FUI | SUI | Other | WC Ins. | GL Ins. | OH | Profit | Other 1 | Other 2 | Total Fringes | Total Payroll | Total Insurance | Total OH & Profit | Total Other1 | TOTAL CRAFT BILLING RATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Fringe Contributions | | | | | | | | | | | | | Percentage of Base Wage: Payroll Taxes | | | | | Insurance | | OH & Profit | | Other | | | | | | | |
| Senior Chief Inspector | $ 163.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.37 | $ 10.11 | $ 1.31 | $ 1.63 | $ - | $ 0.96 | $ - | $ 20.12 | $ 7.57 | | | $ - | $ 15.42 | $ 0.96 | $ 27.69 | $ - | $ 207.21 |
| Chief Inspector | $ 148.08 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.15 | $ 9.18 | $ 1.18 | $ 1.48 | $ - | $ 0.88 | $ - | $ 18.54 | $ 6.97 | | | $ - | $ 13.99 | $ 0.88 | $ 25.52 | $ - | $ 188.47 |
| Gas Quality Control Inspector | $ 135.70 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.97 | $ 8.41 | $ 1.09 | $ 1.36 | $ - | $ 0.82 | $ - | $ 17.24 | $ 6.49 | | | $ - | $ 12.82 | $ 0.82 | $ 23.73 | $ - | $ 173.07 |
| Lead Gas Inspector | $ 135.70 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.97 | $ 8.41 | $ 1.09 | $ 1.36 | $ - | $ 0.82 | $ - | $ 17.24 | $ 6.49 | | | $ - | $ 12.82 | $ 0.82 | $ 23.73 | $ - | $ 173.07 |
| Welding Inspector (Sr. Gas Inspector) | $ 121.30 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.76 | $ 7.52 | $ 0.97 | $ 1.21 | $ - | $ 0.75 | $ - | $ 15.73 | $ 5.92 | | | $ - | $ 11.46 | $ 0.75 | $ 21.65 | $ - | $ 155.16 |
| Utility Inspector Class I (Coating) | $ 118.34 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.72 | $ 7.34 | $ 0.95 | $ 1.18 | $ - | $ 0.73 | $ - | $ 15.42 | $ 5.80 | | | $ - | $ 11.18 | $ 0.73 | $ 21.22 | $ - | $ 151.48 |
| Utility Inspector/Gas Inspector | $ 115.54 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.68 | $ 7.16 | $ 0.92 | $ 1.16 | $ - | $ 0.72 | $ - | $ 15.12 | $ 5.69 | | | $ - | $ 10.92 | $ 0.72 | $ 20.81 | $ - | $ 147.99 |
| Measure and Control Mechanic | $ 115.54 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.68 | $ 7.16 | $ 0.92 | $ 1.16 | $ - | $ 0.72 | $ - | $ 15.12 | $ 5.69 | | | $ - | $ 10.92 | $ 0.72 | $ 20.81 | $ - | $ 147.99 |
| Gas Utility Corrosion Mechanic | $ 104.86 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.52 | $ 6.50 | $ 0.84 | $ 1.05 | $ - | $ 0.67 | $ - | $ 14.00 | $ 5.27 | | | $ - | $ 9.91 | $ 0.67 | $ 19.27 | $ - | $ 134.71 |
| Gas Utility Worker | $ 80.20 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.16 | $ 4.97 | $ 0.64 | $ 0.80 | $ - | $ 0.54 | $ - | $ 11.41 | $ 4.29 | | | $ - | $ 7.58 | $ 0.54 | $ 15.71 | $ - | $ 104.03 |
| Field Clerk I | $ 104.86 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.52 | $ 6.50 | $ 0.84 | $ 1.05 | $ - | $ 0.67 | $ - | $ 14.00 | $ 5.27 | | | $ - | $ 9.91 | $ 0.67 | $ 19.27 | $ - | $ 134.71 |
| Field Clerk II | $ 80.20 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.16 | $ 4.97 | $ 0.64 | $ 0.80 | $ - | $ 0.54 | $ - | $ 11.41 | $ 4.29 | | | $ - | $ 7.58 | $ 0.54 | $ 15.71 | $ - | $ 104.03 |
| Quality Control Specialist | $ 148.08 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2.15 | $ 9.18 | $ 1.18 | $ 1.48 | $ - | $ 0.88 | $ - | $ 18.54 | $ 6.97 | | | $ - | $ 13.99 | $ 0.88 | $ 25.52 | $ - | $ 188.47 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - |

Attachment 3- Pricing Sheet

E2 CCO 6
MSA 4400009221

| Company Name | E2 Consulting Engineers, Inc. | Type of Labor Agreement(s) |
|---|---|---|
| Local Agreement(s): | | |
| Local #(s) | IBEW 1245 | |

DIRECT LABOR COST BREAKDOWN

Pacific Gas and Electric Company

## Straight Time Labor Rate Calculation - 3rd Shift

Fringe Contributions

| Labor Classification | Base Wage | Fringes (per hour worked) | Fringes (per hour paid) | Taxable Fringes | National Employee Benefits Fund (NEBF) % | Health & Welfare (UNECO) $ | National Employee Pension (NEAP) - Amount specified | Apprentice Training Fund (ATC) % | National Labor Management Corporation Committee (NLMCC) | National Electrical Contractors Association (NECA) % | WLSAP % | Administrative Maintenance Fund (AMF) % | Dues | Annual Safety Training | Other I.B. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENTER PER HOUR AMOUNTS AND PERCENTAGES IN THIS ROW | | | | | | | | | | | | | | | $ 14.25 | |
| | | | | Taxable Fringe? | No | No | No | No | No | No | No | No | No | No | Yes | |
| | | | | Hours Worked / Hours Paid? | Hours Worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked | Hours worked |
| Senior Chief Inspector | $85.27 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Chief Inspector | $77.41 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Gas Quality Control Inspector | $70.93 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Lead Gas Inspector | $70.93 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Welding Inspector (Sr. Gas Inspector) | $63.41 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Utility Inspector Class I (Coating) | $61.86 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Utility Inspector/Gas Inspector | $60.40 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Measure and Control Mechanic | $60.40 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Gas Utility Corrosion Mechanic | $54.11 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Gas Utility Worker | $41.92 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Field Clerk I | $54.11 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Field Clerk II | $41.92 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |
| Quality Control Specialist | $77.41 | | TRUE | $ 14.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14.25 | $ - |

Percentage of Base Wage / Category Totals

| Labor Classification | Payroll Taxes: Medicare | OASDI | FUI | SUI | Other | Insurance: WC Ins | GL Ins/EPLI | OH & Profit: OH | Profit | Other1: Other 1 | Other 2 | Fringes | Payroll Taxes | Insurance | OH & Profit | Other | TOTAL CRAFT BILLING RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENTER PER HOUR AMOUNTS AND PERCENTAGES IN THIS ROW | 1.45% | 6.20% | 0.80% | 1.00% | 0.00% | 1.00% | 0.00% | 21.00% | 7.00% | $ - | $ - | | | | | | |
| Hours Worked / Hours Paid? | Hours paid | Hours paid | Hours paid | Hours paid | Hours paid | Hours worked | Hours Worked | Hours worked | Hours worked | Hours worked | Hours worked | | | | | | |
| Senior Chief Inspector | $ 1.44 | $ 6.17 | $ 0.80 | $ 1.00 | $ - | $ 1.00 | $ - | $ 20.90 | $ 7.96 | $ - | $ - | $ 14.25 | $ 9.40 | $ 1.00 | $ 28.76 | $ - | $ 138.68 |
| Chief Inspector | $ 1.33 | $ 5.08 | $ 0.73 | $ 0.92 | $ - | $ 0.92 | $ - | $ 19.25 | $ 7.24 | $ - | $ - | $ 14.25 | $ 8.66 | $ 0.92 | $ 26.49 | $ - | $ 127.73 |
| Gas Quality Control Inspector | $ 1.24 | $ 5.28 | $ 0.68 | $ 0.85 | $ - | $ 0.85 | $ - | $ 17.89 | $ 6.73 | $ - | $ - | $ 14.25 | $ 8.05 | $ 0.85 | $ 24.62 | $ - | $ 118.70 |
| Lead Gas Inspector | $ 1.24 | $ 5.28 | $ 0.68 | $ 0.85 | $ - | $ 0.85 | $ - | $ 17.89 | $ 6.73 | $ - | $ - | $ 14.25 | $ 8.05 | $ 0.85 | $ 24.62 | $ - | $ 118.70 |
| Welding Inspector (Sr. Gas Inspector) | $ 1.13 | $ 4.81 | $ 0.62 | $ 0.78 | $ - | $ 0.78 | $ - | $ 16.31 | $ 6.14 | $ - | $ - | $ 14.25 | $ 7.34 | $ 0.78 | $ 22.44 | $ - | $ 109.22 |
| Utility Inspector Class I (Coating) | $ 1.10 | $ 4.72 | $ 0.61 | $ 0.76 | $ - | $ 0.76 | $ - | $ 15.98 | $ 6.01 | $ - | $ - | $ 14.25 | $ 7.19 | $ 0.76 | $ 22.00 | $ - | $ 106.06 |
| Utility Inspector/Gas Inspector | $ 1.08 | $ 4.63 | $ 0.60 | $ 0.75 | $ - | $ 0.75 | $ - | $ 15.68 | $ 5.90 | $ - | $ - | $ 14.25 | $ 7.05 | $ 0.75 | $ 21.57 | $ - | $ 104.02 |
| Measure and Control Mechanic | $ 1.08 | $ 4.63 | $ 0.60 | $ 0.75 | $ - | $ 0.75 | $ - | $ 15.68 | $ 5.90 | $ - | $ - | $ 14.25 | $ 7.05 | $ 0.75 | $ 21.57 | $ - | $ 104.02 |
| Gas Utility Corrosion Mechanic | $ 1.00 | $ 4.29 | $ 0.55 | $ 0.69 | $ - | $ 0.69 | $ - | $ 14.50 | $ 5.46 | $ - | $ - | $ 14.25 | $ 6.53 | $ 0.69 | $ 19.96 | $ - | $ 96.24 |
| Gas Utility Worker | $ 0.81 | $ 3.48 | $ 0.45 | $ 0.56 | $ - | $ 0.56 | $ - | $ 11.80 | $ 4.44 | $ - | $ - | $ 14.25 | $ 5.31 | $ 0.56 | $ 16.23 | $ - | $ 78.27 |
| Field Clerk I | $ 1.00 | $ 4.29 | $ 0.55 | $ 0.69 | $ - | $ 0.69 | $ - | $ 14.50 | $ 5.46 | $ - | $ - | $ 14.25 | $ 6.53 | $ 0.69 | $ 19.96 | $ - | $ 96.24 |
| Field Clerk II | $ 0.81 | $ 3.48 | $ 0.45 | $ 0.56 | $ - | $ 0.56 | $ - | $ 11.80 | $ 4.44 | | $ - | $ 14.25 | $ 5.31 | $ 0.56 | $ 16.23 | $ - | $ 78.27 |
| Quality Control Specialist | $ 1.33 | $ 5.08 | $ 0.73 | $ 0.92 | $ - | $ 0.92 | $ - | $ 19.25 | $ 7.24 | $ - | $ - | $ 14.25 | $ 8.66 | $ 0.92 | $ 26.49 | $ - | $ 127.73 |

## Double Time Labor Rate Calculation - 3rd Shift

Fringe Contributions

| Labor Classification | | Fringes (per hour worked) | Fringes (per hour paid) | Taxable Fringes | National Employee Benefits Fund (NEBF) % | Health & Welfare (UNECO) $ | National Employee Pension (NEAP) - Amount specified amount by IBEW | Apprentice Training Fund (ATC) % | National Labor Management Corporation Committee (NLMCC) | National Electrical Contractors Association (NECA) % | WLSAP % | Administrative Maintenance Fund (AMF) % | Dues | Annual Safety Training | Other I.B. | $ - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Senior Chief Inspector | $ 170.54 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Chief Inspector | $ 154.82 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gas Quality Control Inspector | $ 141.86 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Lead Gas Inspector | $ 141.86 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Welding Inspector (Sr. Gas Inspector) | $ 126.82 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utility Inspector Class I (Coating) | $ 123.72 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Utility Inspector/Gas Inspector | $ 120.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Measure and Control Mechanic | $ 120.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gas Utility Corrosion Mechanic | $ 108.22 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Gas Utility Worker | $ 83.84 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Field Clerk I | $ 108.22 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Field Clerk II | $ 83.84 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Quality Control Specialist | $ 154.82 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Percentage of Base Wage

| Labor Classification | Payroll Taxes: Medicare | OASDI | FUI | SUI | Other | Insurance: WC Ins. | GL Ins. | OH & Profit: OH | Profit | Other1: Other 1 | Other 2 | Total Fringes | Total Payroll | Total Insurance | Total OH & Profit | Total Other1 | TOTAL CRAFT BILLING RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Senior Chief Inspector | $ 2.47 | $ 10.57 | $ 1.36 | $ 1.71 | $ - | $ 1.00 | $ - | $ 20.90 | $ 7.96 | | | $ - | $ 16.12 | $ 1.00 | $ 28.76 | $ - | $ 216.41 |
| Chief Inspector | $ 2.24 | $ 9.60 | $ 1.24 | $ 1.55 | $ - | $ 0.92 | $ - | $ 19.25 | $ 7.24 | | | $ - | $ 14.63 | $ 0.92 | $ 26.49 | $ - | $ 196.86 |
| Gas Quality Control Inspector | $ 2.06 | $ 8.80 | $ 1.13 | $ 1.42 | $ - | $ 0.85 | $ - | $ 17.89 | $ 6.73 | | | $ - | $ 13.41 | $ 0.85 | $ 24.62 | $ - | $ 180.73 |
| Lead Gas Inspector | $ 2.06 | $ 8.80 | $ 1.13 | $ 1.42 | $ - | $ 0.85 | $ - | $ 17.89 | $ 6.73 | | | $ - | $ 13.41 | $ 0.85 | $ 24.62 | $ - | $ 180.73 |
| Welding Inspector (Sr. Gas Inspector) | $ 1.84 | $ 7.86 | $ 1.01 | $ 1.27 | $ - | $ 0.78 | $ - | $ 16.31 | $ 6.14 | | | $ - | $ 11.98 | $ 0.78 | $ 22.44 | $ - | $ 162.02 |
| Utility Inspector Class I (Coating) | $ 1.79 | $ 7.67 | $ 0.99 | $ 1.24 | $ - | $ 0.76 | $ - | $ 15.98 | $ 6.01 | | | $ - | $ 11.69 | $ 0.76 | $ 22.00 | $ - | $ 158.17 |
| Utility Inspector/Gas Inspector | $ 1.75 | $ 7.49 | $ 0.97 | $ 1.21 | $ - | $ 0.75 | $ - | $ 15.68 | $ 5.90 | | | $ - | $ 11.42 | $ 0.75 | $ 21.57 | $ - | $ 154.54 |
| Measure and Control Mechanic | $ 1.75 | $ 7.49 | $ 0.97 | $ 1.21 | $ - | $ 0.75 | $ - | $ 15.68 | $ 5.90 | | | $ - | $ 11.42 | $ 0.75 | $ 21.57 | $ - | $ 154.54 |
| Gas Utility Corrosion Mechanic | $ 1.59 | $ 6.80 | $ 0.88 | $ 1.10 | $ - | $ 0.69 | $ - | $ 14.50 | $ 5.46 | | | $ - | $ 10.56 | $ 0.69 | $ 19.96 | $ - | $ 140.63 |
| Gas Utility Worker | $ 1.22 | $ 5.20 | $ 0.67 | $ 0.84 | $ - | $ 0.56 | $ - | $ 11.80 | $ 4.44 | | | $ - | $ 7.92 | $ 0.56 | $ 16.23 | $ - | $ 108.56 |
| Field Clerk I | $ 1.59 | $ 6.80 | $ 0.88 | $ 1.10 | $ - | $ 0.69 | $ - | $ 14.50 | $ 5.46 | | | $ - | $ 10.56 | $ 0.69 | $ 19.96 | $ - | $ 140.63 |
| Field Clerk II | $ 1.22 | $ 5.20 | $ 0.67 | $ 0.84 | $ - | $ 0.56 | $ - | $ 11.80 | $ 4.44 | | | $ - | $ 7.92 | $ 0.56 | $ 16.23 | $ - | $ 108.56 |
| Quality Control Specialist | $ 2.24 | $ 9.60 | $ 1.24 | $ 1.55 | $ - | $ 0.92 | $ - | $ 19.25 | $ 7.24 | | | $ - | $ 14.63 | $ 0.92 | $ 26.49 | $ - | $ 196.86 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | $ - | $ - | $ - | $ - | $ - | $ - |

# EXHIBIT 3



**E2 Consulting Engineers, Inc.**

1900 Powell Street, Suite 250
Emeryville, CA 94608-1812
**www.e2.com**

May 16, 2017

Jana Browning
Director, Sourcing
Pacific Gas & Electric Company
6121 Bollinger Canyon Road
San Ramon, CA 94583

RE: MSA 4400009221 CCO 006 Rate Variance True Up request

Dear Jana,

Due to the extreme delay in processing our MSA 4400009221 CCO 006, E2 is respectfully requesting compensation for the rate differential between IBEW labor rates executed on CCO 006 and IBEW labor rates previously in effect. A brief history of the situation is below.

**CCO 005 Rate Variance True Up**

June 1, 2016, an annual IBEW labor rate increase went in to effect. E2 submitted the increased bill rates to PG&E May 26, 2016 to request a change order so we could begin billing with the new rates. E2 was initially told to bill using these new rates but was later asked that we not use them until MSA CCO 05 was fully executed. E2 *paid* the increased labor wages. E2 *was unable to bill* the increased labor rates.

In December 2016, MSA CCO 05 was fully executed and E2 submitted rate variance invoices January 20, 2017 totaling $816,905.01 which were paid May 2, 2017.

**CCO 006 Rate Variance True Up**

Once CCO 05 was fully executed, CCO 006 began routing. This CCO incorporated IBEW bill rates submitted for the PG&E Pipeline Inspection Services RFP 57981 awarded April 2016. E2 worked closely with PG&E representatives, responding to every request including producing a Letter of Credit for the purpose of securing E2's performance obligations under the TCWA and related CWA's.

CCO 006 was fully executed April 5, 2017, clearing the path for contract funding and payment of E2's approximately $4.9M in unbilled costs.

E2 is requesting compensation for the rate differential between rates approved on MSA CCO 006 and those previously invoiced. Total of $1,031,159.00. We've attached detailed support and have accurately reflected the CCO 005 Rate Variance invoices previously paid.

We appreciate your attention to this matter and are available to discuss further if needed.

Thank you,

Blake Braswell
President – Oil, Gas & Utilities Division
E2 Consulting Engineers, Inc.
Blake.braswell@e2.com

Case: 19-30088 Doc# 9010-2 Filed: 09/08/20 Entered: 09/08/20 13:41:48 Page 8 of 12

# EXHIBIT 4



Pacific Gas and Electric Company
6121 Bollinger Canyon Road
San Ramon, CA 94583

December 3, 2018

Hi Barbara,

It looks like we've run into a few issues regarding your request:

1) **Timing issues**. In the proposed letter dated 16-May-2017, from Blake Braswell to Jana Browning, the requested time period spans 1-June-16 to 5-April-2017. However:
    a. Change Order 2 was executed on 30-June-2015, incorporating the union rates.
    b. Change Order 3 was executed on 25-Sept-2015, incorporating a 3rd shift for union crafts.
    c. Change Order 4 was executed on 7-Dec-2015, updating non-union personnel.
    d. Change Order 5 was executed on 22-Dec-2016, incorporating the union rates from 1-June-2016 through 31-May-2017. **Therefore, the only gap is between 1-June-2016 and 22-Dec-2017, not from 1-June-16 to 5-April-2017**.
2) **Wrong Billing Rates.** Per Section 3.2.3 the MSA, "Consultant's billing rates or fees stated in the Contract fee schedule shall not change during the term of the Contract without prior written approval by PG&E". Based on item #1, this means that the last authorized union rates were from Change Order 2 (1st and 2nd shift) and Change Order 3 (3rd shift). Hence the requested difference is from Change Order 2/3 to Change Order 5, not Change Order 5 to Change Order 6. This means, that in many cases, the rates that PG&E was billed exceeded the authorized rates.
3) **Billing Rates do not match the MSA rates.** In many instances, the MSA rates billed do not match the authorized rate. Moreover, the same people appear to be billing different rates. As examples:

| Classification | Name | Hours Type | Date | Hourly Rate Billed | Approved Rate |
|---|---|---|---|---|---|
| Welding Inspector | Patrick Rhodes | Premium 2 | 12/1/2016 | $136.72 | $127.31 |
| Welding Inspector | Patrick Rhodes | Premium 2 | 11/9/2016 | $145.46 | $127.31 |
| Welding Inspector | Patrick Rhodes | Premium 2 | 11/5/2016 | $156.74 | $127.31 |
| Utility Inspector Class I | Steven Sparks | Regular | 7/1/2016 | $91.54 | $86.18 |
| Utility Inspector Class I | Steven Sparks | Regular | 11/28/2016 | $100.88 | $86.18 |

"PG&E" refers to Pacific Gas and Electric Company a subsidiary of PG&E Corporation.
©2016 Pacific Gas and Electric Company. All rights reserved.



Pacific Gas and Electric Company
6121 Bollinger Canyon Road
San Ramon, CA 94583

Based on the above information:

| Original Claim | Amount | Comments |
|---|---|---|
| Total Billed Amount | $22,347,028.83 | |
| Total Billed Based on CCO6 | $24,195,092.84 | |
| Delta | -$1,848,064.01 | |
| Amount Previously Paid | $816,905.01 | |
| Total | -$1,031,159.00 | Amount Owed to E2 |

| Revised Claim | Amount | Comments |
|---|---|---|
| Total Billed Amount | $22,347,028.83 | |
| Correct MSA Rate Based On Time of CCO | $21,991,841.81 | |
| Delta | $355,187.02 | |
| Amount Previously Paid | $816,905.01 | |
| **Total: Revised Claim** | **$1,172,092.03** | |
| | | |
| **VOLUME DISCOUNT** | | |
| | **2017 EOY** | **Rebate Owed** |
| $0 - $20.09M annual spend – 0.50% | | |
| $20.1M - $40.09M annual spend – 1.00% | $39,789,622 | $397,896 |
| $40.1M - $60.09M annual spend – 1.50% | | |
| $60.1M - $80M annual spend – 1.75% | | |
| More than $80M annual spend – 2.00% | | |
| **Sub-Total 2017** | | **$397,896** |
| | | |
| | **2018 YTD Nov 30th** | **Rebate Owed** |
| $0 - $20.09M annual spend – 0.50% | | |
| $20.1M - $40.09M annual spend – 1.00% | | |
| $40.1M - $60.09M annual spend – 1.50% | $43,013,611 | $645,204 |
| $60.1M - $80M annual spend – 1.75% | | |
| More than $80M annual spend – 2.00% | | |
| **Sub-Total 2018** | | **$645,204** |
| **Total: Volume Discounts (2017 & 2018)** | | **$1,043,100** |
| | | |
| **Totals: Revised Claim + Volume Discounts Amount owed to PG&E** | | **$2,215,192** |

"PG&E" refers to Pacific Gas and Electric Company a subsidiary of PG&E Corporation.
©2016 Pacific Gas and Electric Company. All rights reserved.

# EXHIBIT 5