| Sum of True Up Amount - Bill PG&E | Column Labels | | | | |
|---|---|---|---|---|---|
| Row Labels | 2016 | 2017 | Grand Total | Less True Up Inv | Adjusted Total Due |
| CWA 2501510783 WW-PAC-2984 - 2017 Transmission Inspection |  | $ 102,106.45 | $ 102,106.45 | $  - | $ 102,106.45 |
| CWA 2501522097 WW-PAC-2985 - 2017 Distribution Inspection |  | $ 37,722.95 | $ 37,722.95 | $  - | $ 37,722.95 |
| CWA: 2501275959 WW-PAC-2750 - MHP Gas Inspection | $ 51,046.08 | $ 38,899.39 | $ 89,945.46 | $ 12,306.44 | $ 77,639.02 |
| CWA: 2501335141 WW-PAC-2836 - 2016 Distribution Inspection Services | $ 461,118.26 | $ 33.18 | $ 461,151.44 | $ 226,496.29 | $ 234,655.15 |
| CWA: 2501358574 WW-PAC-2824 - 2016 Gas Transmission Inspection | $ 1,144,868.22 | $ 64.82 | $ 1,144,933.04 | $ 572,174.40 | $ 572,758.64 |
| CWA: 2501380205 WW-PAC-2850 - 2016 QC Support For AC Inspections | $ 12,204.66 |  | $ 12,204.66 | $ 5,927.88 | $ 6,276.78 |
| Grand Total | $ 1,669,237.22 | $ 178,826.79 | $ 1,848,064.01 | $ 816,905.01 | $ 1,031,159.00 |



**NIXON PEABODY LLP**
**ATTORNEYS AT LAW**

NIXONPEABODY.COM
@NIXONPEABODYLLP

Louis J. Cisz, III
*Partner*
T 415-984-8320
lcisz@nixonpeabody.com

One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
415-984-8200

May 6, 2019

*Via Federal Express*

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
Tel: 844-339-4217

**RE:** *PG&E Corporation and Pacific Gas and Electric Company*
*USBC SD New York Case No. 19-30088*
*(This Proof of Claim Affects Pacific Gas & Electric Company, 19-30089)*

Dear Sir/Madame:

We enclose an original and one copy of **Proof of Claim for "Trup-Up" Adjustments to Agreed-Upon Labor Rates** (with attached Rider to Proof of Claim) to be filed on behalf of creditor E2 Consulting Engineers, Inc ("E2").

Please return an endorsed-filed copy in the enclosed self-addressed, stamped envelope.

Thank you.

Sincerely,

John Zic
Practice Assistant for
Louis J. Cisz, III
Partner

Enclosure



**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re PG&E Corporation
Case No. 19-30088
United States Bankruptcy Court for the Northern District of California (San Francisco)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 5/7/2019
Proof of Claim No.: 2931

For additional information, please visit
http://restructuring.primeclerk.com/pge, or
call us at **844.339.4217**.

E2 CONSULTING ENGINEERS, INC.
NIXON PEABODY LLP
LOUIS J CISZ, III
ONE EMBARCADERO CENTER, 32ND FLOOR
SAN FRANCISCO, CA 94111

U.S. POSTAGE >> PITNEY BOWES
ZIP 11232 $ 000.35⁰
0000349804 MAY 20 2019

# Creditor Data Details for Claim # 2931

**Creditor**
E2 CONSULTING ENGINEERS, INC.
NIXON PEABODY LLP
LOUIS J CISZ, III
ONE EMBARCADERO CENTER, 32ND FLOOR
SAN FRANCISCO, CA 94111

**Debtor Name**
Pacific Gas and Electric Company

**Schedule Number**

**Date Filed**
05/07/2019

**Claim Number**
2931

**Proof of Claim**
View PDF   Email PDF

|  | Schedule Amount | C* | U* | D* | Asserted Claim Amount | C* | U* | F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|---|---|---|---|
| General Unsecured |  |  |  |  | $1,031,159.00 |  |  |  | $1,031,159.00 | Asserted |
| Priority |  |  |  |  |  |  |  |  |  |  |
| Secured |  |  |  |  |  |  |  |  |  |  |
| 503(b)(9) Admin Priority |  |  |  |  |  |  |  |  |  |  |
| Admin Priority |  |  |  |  |  |  |  |  |  |  |
| Total | $0.00 |  |  |  | $1,031,159.00 |  |  |  | $1,031,159.00 |  |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s.

Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Print page