**EXHIBIT B**

**EXHIBIT B**

United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)
☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

**Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
E2 Consulting Engineers, Inc.
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Louis J. Cisz, III, Nixon Peabody LLP
Name
One  Embarcadero Center, 32nd Floor
Number   Street
San Francisco    CA    94111
City            State     ZIP Code
Contact phone (415) 984-8400
Contact email lcisz@nixonpeabody.com

Where should payments to the creditor be sent? (if different)

Shalu Saluja, Esq., E2 Consulting Engineers, Inc.
Name
2100   Powell Street, Suite 850
Number   Street
Emeryville    CA    94608
City            State     ZIP Code
Contact phone (510) 589-1876
Contact email Shalu.saluja@e2.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known): 2931      Filed on 05/07/2019
                                                                    MM / DD / YYYY

SMRH:4844-4928-9386.1

-1-

| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No |
| --- | --- | --- |
| | | ☐ Yes. Who made the earlier filing? _____ |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
| --- | --- |

| 6. | **Do you have any number you use to identify the debtor?** | ☒ No |
| --- | --- | --- |
| | | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

| 7. | **How much is the claim?** | $ **1,031,159.00**  . **Does this amount include interest or other charges?** |
| --- | --- | --- |
| | | ☒ No |
| | | ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| 8. | **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. |
| --- | --- | --- |
| | | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | | Limit disclosing information that is entitled to privacy, such as health care information. |
| | | Services Performed. See Addendum. |

| 9. | **Is all or part of the claim secured?** | ☒ No |
| --- | --- | --- |
| | | ☐ Yes. The claim is secured by a lien on property. |
| | | **Nature of property:** |
| | | ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. |
| | | ☐ Motor vehicle |
| | | ☐ Other. Describe: _____ |
| | | **Basis for perfection:** _____ |
| | | Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) |
| | | **Value of property:** $ _____ |
| | | **Amount of the claim that is secured:** $ _____ |
| | | **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.) |
| | | **Amount necessary to cure any default as of the date of the petition:** $ _____ |
| | | **Annual Interest Rate** (when case was filed) _____ % |
| | | ☐ Fixed |
| | | ☐ Variable |

| 10. | **Is this claim based on a lease?** | ☒ No |
| --- | --- | --- |
| | | ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| 11. | **Is this claim subject to a right of setoff?** | ☒ No |
| --- | --- | --- |
| | | ☐ Yes. Identify the property: _____ |

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | | Amount entitled to priority |
|---|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check all that apply:* | | |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $ _____ |
| | | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/21/2019
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Shalu Saluja, Esq.
       First name          Middle name          Last name

Title: Chief Administrative Officer and General Counsel

Company: E2 Consulting Engineers, Inc.
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 2100        Powell Street, Suite 850
         Number      Street

         Emeryville                                CA        94608
         City                              State   ZIP Code 1

Contact phone: (510) 589-1876            Email: Shalu.saluja@e2.com

# Addendum to Amended Proof of Claim
# Submitted by E2 Consulting Engineers, Inc.
# In re Pacific Gas and Electric Company
# (U.S. Bankruptcy Court, Northern District of California, Case No. 19-30089)

1.      This addendum forms a part of and is incorporated into the amended Proof of Claim submitted by creditor E2 Consulting Engineers, Inc. ("Claimant") in the bankruptcy case of debtor Pacific Gas and Electric Company pending in the United States Bankruptcy Court for the Northern District of California as Case No. 19-30089 (the "Bankruptcy Case").

2.      Claimant incorporates by reference the entirety of the original proof of claim filed in the Bankruptcy Case as Claim No. 2931 (the "Claim").

3.      The purpose of this amendment to the Claim is to assert to the right to interest on the unpaid invoices that constitute the Claim. In addition to the face amount of the Claim set forth above, Claimant seeks and is entitled to interest on such Claim at the California statutory rate of 10% (the "Statutory Rate"). *See* Cal. Civ. Code §§ 3287(b), 3289(b). Interest is due and owing on the Claim at the Statutory Rate from the date of each invoice through and including the date the Claim is paid in full including such interest.

## Reservation of Rights

4.      Claimant does not waive, and expressly reserves, (a) all rights and remedies at law or in equity that Claimant has or may have against the Debtors, any of their respective affiliates and subsidiaries, or any other person or entity who may be liable for all or part of the claims set forth herein, (b) any obligation owed to Claimant or any right to any security that may be determined to be held by Claimant, (c) Claimant's right to trial by jury, or a consent to trial by jury, in this or any other court, (d) Claimant's right to have final orders in non-core matters, or

core matters to which *Stern v. Marshall* applies, entered only after *de novo* review by a United States District Court Judge and (e) any right to (i) withdraw the reference, or otherwise challenge the jurisdiction of the Court, with respect to the subject matter of the Claim, any objection or any other proceeding commenced in these chapter 11 cases against or otherwise involving Claimant or (ii) assert that the reference has already been withdrawn with respect to the subject matter of the Claim, any objection or other proceeding commenced with respect thereto or any other proceeding commenced in the Chapter 11 Cases against or otherwise involving Claimant.

5. The filing of the Claim is not, nor shall it be deemed or construed to be (a) a waiver or release of any term or provision of the agreements, invoices, and other documents, schedules, annexes, exhibits and supplements related to the Claim (the "Claim Documents"), (b) an election of remedies or waiver of any past, present or future defaults or events of default, (c) a waiver or limitation of any procedural or substantive rights of Claimant or any procedural or substantive defenses to any claim that may be asserted against Claimant, (d) an admission by Claimant that any property held by the Debtors (or any subsidiaries or affiliates thereof) is property of the Debtors' bankruptcy estates, (e) a waiver or release of, or any other limitation on, Claimant's right to assert that any portion of the claims asserted herein or any other claims are entitled to priority, including, without limitation, under sections 503(b) and 507(a)(2) of the Bankruptcy Code, (f) a waiver of any right to claim specific assets or (g) a waiver or release of any lien or security interest. In addition, Claimant reserves the right to withdraw the Claim with respect to any of the claims set forth herein for any reason whatsoever.

6. Claimant expressly reserves the right to (a) amend, modify, update or supplement the Claim at any time and in any respect, including, without limitation, as necessary or appropriate to amend, quantify, or correct amounts, to provide additional detail regarding the claims set forth

herein, to fix the amount of any disputed, contingent or unliquidated claim or to assert any alternative theories or bases for recovery, (b) file additional proofs of claim, administrative expense claims or requests for payment of any administrative expenses, or pleadings for additional claims that may be based on the same or additional documents and (c) assert any and all other claims, actions, defenses, setoffs, recoupments, rights, right of action, causes of action, claims or remedies of whatever kind or nature that it currently has, or may have in the future against the Debtors or any of their respective affiliates and subsidiaries, or any other person or entity (including, without limitation, guarantors, partners, officers, directors, and other creditors of the Debtors), at law or in equity, including, without limitation, administrative or other priority claims, lien rights, interests and the right to assert claims that are otherwise warranted in any related actions. The Claim is filed without prejudice to the filing by Claimant of additional proofs of claim or administrative expense claims with respect to any other liability or indebtedness of and/or equity interest in the Debtors.

7. Claimant does not waive or release any of their rights to amounts due for any claim asserted herein by not ascribing a specific dollar amount thereto at this time, and Claimant expressly reserves the right to amend or supplement the Claim if it deems it necessary or appropriate, to assert and state an amount for any such claim.

8. The Claim is not subject to objection, defense, setoff, recoupment or counterclaim of any kind by the Debtors. Claimant expressly reserves and does not waive any objections, defenses, rights of set-off or recoupment, or counterclaims, that it may possess. No judgment has been rendered on the Claim.

9. By filing the Claim, Claimant does not consent to or submit itself to the jurisdiction of the Court for any purpose except in respect of the allowance of the Claim for any and all amounts due under the Claim Documents.

Thank you for submitting a proof of claim in PG&E's chapter 11 cases.

An email with a copy of your filed claim will be sent from Adobe Sign <echosign@echosign.com> to the email address you provided at the beginning of the submission process. Once your proof of claim is processed (usually within 7-10 days of submission, but possibly longer), it will appear on the claims register accessible [here](#).

The processing of your proof of claim form and the appearance of your claim on the claims register does not mean that your claim is allowed.