**KROGH & DECKER, LLP**
SHAWN M. KROGH, SBN 227116
shawnkrogh@kroghdecker.com
ELI UNDERWOOD, SBN 267665
eliunderwood@kroghdecker.com
555 Capitol Mall, Suite 700
Sacramento, California 95814
Telephone: 916.498.9000
Facsimile: 916.498.9005

Attorneys for Creditor
Starch Concrete, Inc.

THE UNITED STATES BANKRUPTCY COURT

THE NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>—and—<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | CASE NO: 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered with Case No. 10-30089 DM)<br><br>**STARCH CONCRETE INC.'S RESPONSE TO OBJECTION TO CLAIM (FIFTH OMNIBUS OBJECTION, DKT. NO. 8759); DECLARATION OF ELI UNDERWOOD**<br><br>HEARING: SEP. 22, 2020<br>TIME: 10:00 A.M.<br>DEPT: 17<br><br>**[RELATES TO DKT NO. 8759 AND CLAIM NOS. 78979 AND 74056)** |

Claimant Starch Concrete, Inc. ("Starch") is a concrete subcontractor in the construction field. Starch asserts claims against both Debtors, PG&E Corporation and Pacific Gas and Electric Company, in the amount of no less than $377,308 in order to secure payment for construction work actually performed and materials actually provided for three different properties in Northern California.

The Prime Clerk claims docket reflects two claims for Starch in that amount, with claim numbers 78979 and 70456. The Fifth Omnibus Objection (Court Docket Number 8759) proposes to expunge the claim against PG&E Corporation (No. 78979), while

preserving the claim against Pacific Gas and Electric Company (No. 70456) as the "Surviving Claim."

Starch reviewed the two claims on the Prime Clerk website, and Prime Clerk's docket summary of those claims. Each of Starch's claims include an explanatory set of exhibits, including the contracts at issue that show the ownership of the property where Starch provided materials and services.

Starch disagrees with the objection as it appears that the contracts at issue state that the owner of the properties at issue is actually PG&E Corporation, and not Pacific Gas and Electric Company. As such, Starch opposes the proposed expungement of its claim (No. 78979) against PG&E Corporation.

DATED: September 8, 2020         **Respectfully submitted,**

By: __/S/ Eli Underwood__
ELI UNDERWOOD
**KROGH & DECKER, LLP**
Attorneys for Starch Concrete, Inc.

# DECLARATION OF ELI UNDERWOOD

I, Eli Underwood, declare as follows:

**1.** I am over the age of 18 years, competent to testify, and have personal knowledge of the information contained here.

**2.** I am an attorney at law duly licensed to practice before all the courts of the State of California, and admitted to practice before the United States Bankruptcy Court for the Northern District of California.

**3.** I am outside counsel for claimant Starch Concrete, Inc. ("Starch") and assisted my client with the preparation of its proofs of claims.

**4.** I reviewed the Fifth Omnibus Objection and then reviewed Starch's proofs of claim forms submitted to the Prime Clerk website.

**5.** The support for Starch's claims includes exhibits evidencing their validity.

**6.** It appears that the exhibits are linked to or associated only with claim number 78979, which is the claim proposed to be expunged.

**7.** Starch opposes the expungement of claim number 78979

I declare that the above is true and correct under the penalty of perjury under the laws of the United States of America.

Dated: September 8, 2020      /s/ Eli Underwood
                              Eli Underwood