Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company; HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company and HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>     19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br>Date: September 22, 2020<br>Time: 10:00 a.m.<br>Place: (Telephonic Appearance Only)<br>   450 Golden Gate Avenue<br>   Courtroom 17, 16th Floor<br>   San Francisco, CA 94102<br><br>Related Docket No. 8756 |

**CONSENT TO ENTRY OF ORDER**

HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company; HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company and HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation ("Hudson") submits this Consent to Entry of an Order in response to the Reorganized Debtors' Fourth Omnibus Objection to Claims (Duplicate Claims)[Doc# 8756] ("4th Omnibus Objection").

Dated: September 8, 2020                             BINDER & MALTER LLP

                                                    /s/ *Robert G. Harris*
                                                    Robert G. Harris

                                                    Attorneys for HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company; HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limited liability company and HUDSON PACIFIC PROPERTIES, INC., a Maryland corporation