**From:** Amanda Negrete
**Sent:** Tuesday, September 8, 2020 4:03:05 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** CANB Emergency Filings
**Cc:** Sal
**Subject:** Bankruptcy Case No. 19-30088 (DM)

United States Bankruptcy Court
Northern District of California
San Francisco Division

Debtors;
Pacific Gas and Electric Company
PG&E Corporation

Bankruptcy case No. 19-30088 (DM)

Opposition to Notice of the Reorganized Debtors' Fourth Omnibus Objection

Salvador Negrete

Claim numbers: 80590, 80267

Amount of Proof of Claim: $5,200.00

To The Honorable Dennis Montali, United States Bankruptcy Judge,
PG&E came out to our property, they made repairs without notice, by jack hammering through our colored and stamped concrete walkway and filling it in with asphalt. They could have used appropriate equipment (like they did at neighboring homes) to go under the concrete but did not. PG&E later sent a contractor to repair this damage but during a conversation with him it quickly became clear that he was not interested in repairing the walkway to the standard it was before. The above quote is for repaired walkway ($4,200.00) and landscaping ($1,000.00).

Signed: Salvador Negrete
431 Spruce Street
Half Moon Bay, CA 94019
(650)888-0839

Page 2 and 3 (attachment)
Photograph of 462 Oak Avenue before PG&E repairs
Photograph of 462 Oak Avenue after PG&E repairs
Quote to fix walkway



462 Oak Avenue before PG&E repairs



462 Oak Avenue after PG&E repairs

Page 3; Proposal for walkway repair

**Serrano Concrete**
P.O. Box 924, Moss Beach, CA 94038
Phone: (650) 728-8377
Fax: (650) 728-7040
License # 782002

May 16, 2018

Salvador Negrete
462 Oak Avenue
Half Moon Bay, CA 94019

**Proposal and Contract for:** Salvador Negrete

**Property Location:** 462 Oak Avenue, Half Moon Bay, CA 94019

**Work Description:** We propose to furnish labor and materials necessary for:

(1) The removal and replacement of a damaged portion of the walkway from the driveway to the corner of the house. The preparation consists of cutting and removal of the damaged portion of the existing concrete, setting forms, placing #4 rebar 12 inches on center, dowel into the existing concrete and placement of the concrete. Face of concrete to be stamped with color to match the existing stamp and color.

**For the full amount of:** $4,200

**Payment Schedule:** Payment to be made in full at the time of completion.

Respectfully Submitted By: *[signature: Humero Serrano]*

Accepted By: _____

Serrano Concrete does not take responsibility for failure of the color or any cracks that may occur. This proposal does not include anything else not mentioned above. Any changes will result in an adjustment of price. Serrano Concrete is not responsible for any permits, inspections, or surveys of the property. However, they can be provided, if required, at an additional cost.