**LAW OFFICES OF MIRIAM HISER**
Miriam Hiser (SBN 129824)
550 Montgomery, Suite 650
San Francisco, CA 94111
Tel: (415) 345-9234
E-mail: mhiser@hiserlaw.com

**LOWENSTEIN SANDLER LLP**
Bruce S. Nathan, Esq.(NY 1710896)
Eric S. Chafetz, Esq. (NY 4322871)
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
Tel: (212) 262-6700
E-mail: bnathan@lowenstein.com
        echafetz@lowenstein.com

*Counsel to Imerys Filtration Minerals, Inc. f/k/a Imerys Minerals California, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF IMERYS FILTRATION MINERALS, INC. F/K/A IMERYS MINERALS CALIFORNIA, INC. TO (I) NOTICE OF FILING OF PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020 AND (II) ASSUMPTION OF PURPORTED IMERYS AGREEMENT AND CURE CLAIM** |

Imerys Filtration Minerals, Inc. f/k/a Imerys Mineral California, Inc. ("Imerys") hereby withdraws its limited objection and reservation of rights (the "Limited Objection") to the *Notice of Filing of Plan Supplement in Connection with Debtors' And Shareholder Proponents' Joint*

28565/3
09/09/2020 206425017.1

*Chapter 11 Plan of Reorganization Dated March 16, 2020* [Dkt. No. 7037](the "Plan Supplement") filed herein on May 15, 2020 as Docket Number 7297.

Dated: September 9, 2020.

**LAW OFFICES OF MIRIAM HISER**

/s/ Miriam Hiser
Miriam Hiser, Esq. (SBN 129824)
550 Montgomery, Suite 650
San Francisco, CA 94111
Tel: (415) 345-9234
E-mail: mhiser@hiserlaw.com

-and-

**LOWENSTEIN SANDLER LLP**
Bruce S. Nathan, Esq.(NY 1710896)
Eric S. Chafetz, Esq. (NY 4322871)
1251 Avenue of the Americas
New York, New York, 10020
Tel: (212) 262-6700
Fax: (212) 262-7402
E-mail: bnathan@lowenstein.com
        echafetz@lowenstein.com

*Counsel to* Imerys Filtration Minerals, Inc.
F/K/A Imerys Mineral California, Inc.