**Entered on Docket**
**September 10, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 10, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

CHRISTOPHER W. WOOD, SBN 193955
LARRY Q. PHAN, SBN 284561
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone:  (916) 641-2288
Facsimile:  (916) 244-0989

Attorneys for the Creditor, Ravin Skondin.

THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br>        -and- <br><br> **In re:** <br><br> **PACIFIC GAS AND ELECTRIC COMPANY**, <br><br>        Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM) <br><br> Chapter 11 <br><br> **ORDER APPROVING STIPULATION RESOLVING THE REORGANIZED DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS) RE: PROOFS OF CLAIM OF RAVIN SKONDIN** <br><br><br> RELATED DOCKET NOS.: 8753, 9016 |

This Court having considered the *Stipulation Resolving The Reorganized Debtors' Third Omnibus Objection To Claims (Duplicate Claims) Re: Proofs Of Claim Of Ravin Skondin* (the "Stipulation") (Dkt. No. 9016),[1] entered into by and amongst (i) PG&E Corporation ("HoldCo") and Pacific Gas and Electric Company ("Utility"), as debtors and reorganized debtors (collectively the "Reorganized Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and creditor Ravin Skondin ("Ms. Skondin"), an individual; and pursuant to such Stipulation and agreement by and amongst the Reorganized Debtors and Ms. Skondin (collectively as the "Parties"), and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Stipulation is approved; and

2. The Stipulation shall be effective immediately; and

3. The Skondin HoldCo Proof of Claim, Proof of Claim number 9825, shall be disallowed and expunged; and

4. The Skondin Amended HoldCo Proof of Claim, Proof of Claim number 17172, shall be deemed the operative and the surviving Proof of Claim with respect to claims asserted by Ms. Skondin against HoldCo; and

5. The Skondin Utility Proof of Claim, Proof of Claim number 9819, shall be disallowed and expunged; and

6. The Skondin Amended Utility Proof of Claim, Proof of Claim number 17143, shall be deemed the operative and the surviving Proof of Claim with respect to claims asserted by Ms. Skondin against the Utility; and

7. Nothing herein or in the Stipulation is intended, nor shall it be construed, to be a waiver by any of the Parties of any claims, defenses, objections, or arguments in or with respect to the Skondin State Court Action or (except as expressly stated herein or in the Stipulation) the

---

[1] Any capitalized terms defined in the Stipulation and not otherwise defined in this Order shall have the meaning defined in the Stipulation.

Skondin Amended Utility Proof of Claim or the Skondin Amended HoldCo Proof of Claim; and all such claims, defenses, objections, and arguments are preserved; and

8. Nothing herein or in the Stipulation is intended nor shall it be construed to modify the Stipulation Resolving Objections to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020, Filed by Ravin Skondin and Daniel Franklin and For Relief from the Automatic Stay (the "Stipulation Re Objections") [Dkt. No. 7986] or the Order approving the Stipulation Re Objections [Dkt. No. 8009], which shall remain in full force and effect.

9. The Parties shall each bear their own attorneys' fees and costs in connection with the Omnibus Objection to Claims and this Stipulation

10. This Court retains sole and exclusive jurisdiction to hear and determine any and all disputes or controversies arising from or related to the implementation, interpretation, or enforcement of the Stipulation and/or this Order.

\* \* \* END OF ORDER \* \* \*

Approved as to form and content:

Dated: September 10, 2020        **KELLER BENVENUTTI KIM LLP**

By: /s/ Peter J. Benvenutti
      Peter J. Benvenutti, Attorneys
      for Reorganized Debtors.