UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E Corp., et al.,                         Case No. 19-30088

        Debtors.

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS**

The undersigned hereby gives notice that Cedar Glade L.P., a creditor in the above-captioned case(s), has changed its address and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to its claims be sent to the new address set forth below, effective immediately:

| Former Address for Notices: | New Address for Notices and Payments: |
|---|---|
| Mr. Robert Minkoff<br>Cedar Glade Capital, LLC<br>660 Madison Avenue, Suite 1700<br>New York, NY 10065<br>Email: rminkoff@cedargladecapital.com | Mr. Robert Minkoff<br>Cedar Glade Capital, LLC<br>600 Madison Avenue, 17th Floor<br>New York, NY 10022<br>rminkoff@cedargladecapital |

Date: September 11, 2020

                                          By: */s/ Kesha L. Tanabe*
                                          Kesha L. Tanabe, Esq., ID #0387520
                                          1515 Canadian Pacific Plaza
                                          120 South Sixth Street
                                          Minneapolis, MN 55402
                                          kesha@tanabelaw.com