CHRISTOPHER W. WOOD, SBN 193955
LARRY Q. PHAN, SBN 284561
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 244-0989

Attorneys for the Creditor Ravin Skondin.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION RESOLVING THE REORGANIZED DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS) RE: PROOFS OF CLAIM OF RAVIN SKONDIN**<br><br>RELATED DOCKET NOS.: 8753, 9016, and 9022 |

TO: THE DEBTORS; OTHER PARTIES IN INTEREST; AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on September 10, 2020, the United States Bankruptcy Court for the Northern District of California, entered on the docket an Order Approving Stipulation Resolving The Reorganized Debtors' Third Omnibus Objection To Claims (Duplicate Claims) Re: Proofs Of Claim Of Ravin Skondin (hereinafter referred to as the "Order") (Dkt. No. 9022).

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the Order is attached hereto and incorporated by reference herein as **Exhibit 1**.

Dated: September 11, 2020

Respectfully submitted,

**PINO & ASSOCIATES**

By: _____
Estela O. Pino, Attorneys for Ravin Skondin.

```
                                    Entered on Docket
                                    September 10, 2020
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```


Signed and Filed: September 10, 2020

*[signature]*

**DENNIS MONTALI**
U.S. Bankruptcy Judge

1  CHRISTOPHER W. WOOD, SBN 193955
2  LARRY Q. PHAN, SBN 284561
   **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
3  20 Bicentennial Circle
   Sacramento, CA 95826
4  Telephone:  (916) 379-3500
   Facsimile:  (916) 379-3599
5
6  ESTELA O. PINO, SBN 112975
   **PINO & ASSOCIATES**
7  1520 Eureka Rd., Suite 101,
   Roseville, CA 95661
8  Telephone:  (916) 641-2288
   Facsimile:  (916) 244-0989
9
10 Attorneys for the Creditor, Ravin Skondin.

THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case Nos. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | **ORDER APPROVING STIPULATION RESOLVING THE REORGANIZED DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS) RE: PROOFS OF CLAIM OF RAVIN SKONDIN** |
| In re: | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | RELATED DOCKET NOS.: 8753, 9016 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |

*\* All papers shall be filed in the lead case, No. 19-30088(DM)*

Exhibit 1
Page 1 of 3

This Court having considered the *Stipulation Resolving The Reorganized Debtors' Third Omnibus Objection To Claims (Duplicate Claims) Re: Proofs Of Claim Of Ravin Skondin* (the "Stipulation") (Dkt. No. 9016),[1] entered into by and amongst (i) PG&E Corporation ("HoldCo") and Pacific Gas and Electric Company ("Utility"), as debtors and reorganized debtors (collectively the "Reorganized Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and creditor Ravin Skondin ("Ms. Skondin"), an individual; and pursuant to such Stipulation and agreement by and amongst the Reorganized Debtors and Ms. Skondin (collectively as the "Parties"), and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Stipulation is approved; and

2. The Stipulation shall be effective immediately; and

3. The Skondin HoldCo Proof of Claim, Proof of Claim number 9825, shall be disallowed and expunged; and

4. The Skondin Amended HoldCo Proof of Claim, Proof of Claim number 17172, shall be deemed the operative and the surviving Proof of Claim with respect to claims asserted by Ms. Skondin against HoldCo; and

5. The Skondin Utility Proof of Claim, Proof of Claim number 9819, shall be disallowed and expunged; and

6. The Skondin Amended Utility Proof of Claim, Proof of Claim number 17143, shall be deemed the operative and the surviving Proof of Claim with respect to claims asserted by Ms. Skondin against the Utility; and

7. Nothing herein or in the Stipulation is intended, nor shall it be construed, to be a waiver by any of the Parties of any claims, defenses, objections, or arguments in or with respect to the Skondin State Court Action or (except as expressly stated herein or in the Stipulation) the

---

[1] Any capitalized terms defined in the Stipulation and not otherwise defined in this Order shall have the meaning defined in the Stipulation.

Skondin Amended Utility Proof of Claim or the Skondin Amended HoldCo Proof of Claim; and all such claims, defenses, objections, and arguments are preserved; and

8. Nothing herein or in the Stipulation is intended nor shall it be construed to modify the Stipulation Resolving Objections to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Dated March 16, 2020, Filed by Ravin Skondin and Daniel Franklin and For Relief from the Automatic Stay (the "Stipulation Re Objections") [Dkt. No. 7986] or the Order approving the Stipulation Re Objections [Dkt. No. 8009], which shall remain in full force and effect.

9. The Parties shall each bear their own attorneys' fees and costs in connection with the Omnibus Objection to Claims and this Stipulation

10. This Court retains sole and exclusive jurisdiction to hear and determine any and all disputes or controversies arising from or related to the implementation, interpretation, or enforcement of the Stipulation and/or this Order.

\* \* \* END OF ORDER \* \* \*

Approved as to form and content:

Dated: September 10, 2020  **KELLER BENVENUTTI KIM LLP**

By: /s/ Peter J. Benvenutti
Peter J. Benvenutti, Attorneys
for Reorganized Debtors.

Exhibit 1
Page 3 of 3

Case: 19-30088   Doc# 9022   Filed: 09/10/20   Entered: 09/10/20 13:24:37   Page 3 of 3
Case: 19-30088   Doc# 9026   Filed: 09/11/20   Entered: 09/11/20 09:46:35   Page 5 of 5