```
 1
 2  MICHAEL JURKOVIC
 3  Michael Jurkovic
 4  (michael.j.jurkovic@gmail.com)
 5  PO BOX 3179
 6  SAN RAMON, CA 94583
 7  Tel: 925 719 3015
 8
 9  Claimant and Creditor
```

**FILED**

SEP 1 1 2020  MWT

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**CLAIMANT RESPONSE TO THE NOTICE OF THE REORGANIZED DEBTORS' FOURTH OMINBUS OBJECTIONS TO CLAIMS**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | ) Bankruptcy Case No. 19-30088 (DM), |
| | ) Proof of Claim No.: 80924, and |
| **PG&E CORPORATION** | ) Proof of Claim No.: 80468 |
| | ) |
| **- and -** | ) (Lead Case) (Jointly Administered) |
| | ) |
| **PACIFIC GAS AND ELECTRIC** | ) Chapter 11. |
| **COMPANY,** | ) |
| | ) **CLAIMANT RESPONSE TO THE NOTICE** |
| **Debtors.** | ) **OF THE REORGANIZED DEBTORS'** |
| | ) **FOURTH OMNIBUS OBJECTION TO** |
| | ) **CLAIMS** |
| This Response affects both Debtors. | ) |
| | ) |
| *All papers shall be filed in the Lead Case, No.19-30088 (DM).* | ) |

Creditor Name: Jurkovic, Michael

The intent of the original claim filings is that there is a single claim of $80,000.00 filed against both **PG&E Corporation** (Case No. **19-30088**) and **Pacific Gas and Electric Company** (Case No. **19-30089**). There is no intent to exclude either of the two debtors from liability for the damage that was caused to my property. The Proof of Claim form (Official Form 410) listed both of the above debtors with a checkbox preceding each debtor and specific instructions to "Fill in this information to identify the case (**Select only one Debtor per claim form**):" so that an option to hold both debtors liable for the damage they caused was not possible given the constraints of a single printed Proof of Claim form. As such, two claim forms were submitted, one listing **PG&E Corporation** as the debtor, and the other listing **Pacific Gas and Electric Company** as the debtor. These are not duplicate Proof-of-Claim forms.

As stated on the PG&E website in the September 9th, 2019 news release entitled "PG&E Files Joint Chapter 11 Plan of Reorganization Plan Positions the Company to Meet Commitment to Compensate Victims, Continue Making Changes to Improve Operations"
Release Date: September 09, 2019

located at the URL:

>   https://www.pge.com/en/about/newsroom/newsdetails/index.page?
>   title=20190909_pge_files_joint_chapter_11_plan_of_reorganization

>   "About PG&E Corporation
>
>   PG&E Corporation (NYSE: PCG) is a holding company headquartered in San Francisco. It is the parent company of Pacific Gas and Electric Company, an energy company that serves 16 million Californians across a 70,000-square-mile service area in Northern and Central California. **Each of PG&E Corporation and the Utility is a separate entity, with distinct creditors and claimants, and is subject to separate laws, rules and regulations.** For more information, visit http://www.pgecorp.com."

Since the proportion of liability that is owed to me by each debtor is to be determined by the facts of the case, the surviving claim #80468 that is proposed by the attorneys for the Debtors and Reorganized Debtors must be amended to include both debtors: **PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY.**

Dated: September 8, 2020         MICHAEL JURKOVIC
                                 /s/ Michael Jurkovic
                                 Michael Jurkovic

                                 Claimant and Creditor



Michael Jurkovic
PO Box 3179
San Ramon CA 94583

RECEIVED
SEP 11 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

U.S. MARSHAL'S SERVICE
SEP 10 2020

450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Judge Montali
Courtroom 17

7019 1120 0001 7351 3908

U.S. POSTAGE PAID
PCM LG ENV
SAN RAMON, CA
94583
SEP 08, 20
AMOUNT
$4.55
R2304W120422-20