```
 1  ESTELA O. PINO, SBN 112975
    PINO & ASSOCIATES
 2  1520 Eureka Rd., Suite 101
    Roseville, CA 95661
 3  Telephone:    (916) 641-2288
    Facsimile:    (916) 244-0989
 4
 5  Attorneys for Frank Torres Jr. and Carol Torres, Successor Co-Trustees of the Henry Torres Revocable
    Trust.
 6
```

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>-and-<br>In re:<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>  Debtors.<br>☐  <br>☐  Affects PG&E Corporation<br>☒  Affects Pacific Gas and Electric Company<br>  Affects both Debtors<br><br>* All papers shall be filed in the lead case, No. 19-30088(DM) | Case Nos. 19-30088 (DM)/ 19-30089(DM)<br><br>Chapter 11<br><br><br><br>NOTICE RE: SUCCESSOR TRUSTEES OF THE HENRY TORRES TRUST AND OF ADDRESS OF THE SUCCESSOR TRUSTEES |

**TO: THE REORGANIZED DEBTORS; PRIME CLERK, LLC; OTHER PARTIES IN INTEREST; AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Henry Torres Revocable Living Trust (the "Trust") is a holder of common stock in PG&E Corporation.

**PLEASE TAKE NOTICE** that Henry Torres, the original Trustee of the Trust is deceased, and as a result the Trust is now an irrevocable trust and Frank Torres Jr. and Carol Torres are the Successor Co-Trustees of the Trust.

**PLEASE TAKE FURTHER NOTICE** that, **effective immediately**, any notices, correspondence, documents, pleadings, dividends, payments, and/or distributions relating to the interest held by the Trust should be sent to the following address:

>Henry Torres Trust
>c/o Frank Torres, Jr. and Carol Torres
>Successor Co-Trustees
>3651 William Way
>Sacramento, CA 95821-3135

Dated: September 11, 2020          Respectfully submitted,

PINO & ASSOCIATES

By: _____
Estela O. Pino, Attorneys for
Frank Torres, Jr. and Carol Torres,
Successor Co-Trustees of the Henry Torres Trust