Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

*and*

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, California 90067
Telephone:  (424) 386-4000
Facsimile:  (213) 629-5063

*Counsel for the Official Committee
of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and -** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CERTIFICATE OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2020 THROUGH JUNE 30, 2020** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | Re:  Docket No. 8542 |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline**:  August 17, 2020      4:00 p.m. (Pacific Time) |

On July 27, 2020, FTI Consulting, Inc. ("FTI" or the "Applicant"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of PG&E Corporation and Pacific Gas and Electric Company (the "Debtors"), filed its *Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2020 through June 30, 2020* (the "Monthly Fee Statement"), pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish*

*Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on February 28, 2019 (the "<u>Interim Compensation Procedures Order</u>") [Docket No. 701].

The Monthly Fee Statement was served as described in the *Affidavit of Service* by Angharad Bowdler filed on August 13, 2020 [Docket No. 8765]. The deadline to file responses or oppositions to the Monthly Fee Statement was August 17, 2020 at 4:00 p.m. (PT), and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **<u>Exhibit A</u>**.

<u>**DECLARATION OF NO RESPONSE RECEIVED**</u>

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner at the law firm of Milbank LLP, counsel to the Committee.

2. I certify that I have reviewed or caused the review of the Court's docket in these chapter 11 cases and have been advised that Applicant has not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in Los Angeles, California.

**MILBANK LLP**

By: *<u>/s/ Thomas R. Kreller</u>*
     Thomas R. Kreller

*Counsel for the Official Committee of Unsecured Creditors*

## EXHIBIT A

### Monthly Fee Statement - Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. | 06/01/20 - 06/30/20<br><br>07/27/20<br><br>[Docket No. 8542] | $279,446.00 | $340.00 | 08/17/20 at 4:00 p.m. (PT) | $223,556.80 | $340.00 | $55,889.20 |

1               **NOTICE PARTIES**

2

3 PG&E Corporation
c/o Pacific Gas & Electric Company
Attn: Janet Loduca, Esq.

4 77 Beale Street
San Francisco, CA 94105

5

6 Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq.
       Rachel Foust, Esq.

7 767 Fifth Avenue

8 New York, NY 10153-0119

9 Keller & Benvenutti LLP
Attn:   Tobias S. Keller, Esq.

10       Jane Kim, Esq.
650 California Street, Suite 1900

11 San Francisco, CA 94108

12 The Office of the United States Trustee for Region 17

13 Attn:   James L. Snyder, Esq.
      Timothy Laffredi, Esq.

14 450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

15

16 Baker & Hostetler LLP
Attn:   Eric Sagerman, Esq.

17       Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400

18 Los Angeles, CA 90025-0509

19

20

21

22

23

24

25

26

27

28