**Signed and Filed: September 14, 2020**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  WEIL, GOTSHAL & MANGES LLP
   Richard W. Slack (*pro hac vice*)
2  (richard.slack@weil.com)
   Theodore Tsekerides (*pro hac vice*)
3  (theodore.tsekerides@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
9  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
10 (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
11 (jkim@kbkllp.com)
   650 California Street, Suite 1900
12 San Francisco, CA 94108
   Tel: (415) 496-6723
13 Fax: (650) 636 9251

14 *Attorneys for Debtors and*
   *Reorganized Debtors*

15              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
16                 **SAN FRANCISCO DIVISION**

17 In re:                                 Case No. 19-30088 (DM)
                                          Chapter 11
18 **PG&E CORPORATION,**                  (Lead Case)
                                          (Jointly Administered)
19      **- and -**

20 **PACIFIC GAS AND ELECTRIC**           **ORDER GRANTING STIPULATION**
   **COMPANY,**                           **CONTINUING HEARING ON THE**
21                                        **REORGANIZED DEBTORS' MOTION TO**
                                          **APPROVE SECURITIES ADR AND**
                       **Debtors.**       **RELATED PROCEDURES FOR**
22                                        **RESOLVING SUBORDINATED**
                                          **SECURITIES CLAIMS AND OTHER**
23 ☐ Affects PG&E Corporation            **SCHEDULING MATTERS**
   ☐ Affects Pacific Gas and Electric Company
   ☑ Affects both Debtors                [Related to Dkt. Nos. 8053, 8812, 8950, 8964,
24                                        and 9030]
   *\* All papers shall be filed in the Lead Case,*
25 *No. 19-30088 (DM).*
                                          Adjourning Motion set for Hearing on September
26                                        22, 2020 at 10:00 a.m. PT
27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Continuing Hearing on the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims and Other Scheduling Matters*, dated September 12, 2020 [Dkt. No. 9030] (the "**Stipulation**"), entered into by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan[1] (as defined below), the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Public Employees Retirement Association of New Mexico ("**PERA**"), on the other hand, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved and shall become effective upon entry of this Order.

2. The following briefing and hearing schedule with respect to the *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Dkt. No. 8964] (the "**Securities Claims Procedures Motion**") shall apply to all parties in interest:

  a. The deadline to file responses or objections to the Securities Claims Procedures Motion shall be extended for all parties in interest to **October 5, 2020, at 4:00 p.m. (Pacific Time)**;

  b. The deadline for the Reorganized Debtors or any other parties in interest to file any replies to any objections or responses to the Securities Claims Procedures Motion is **October 23, 2020, at 4:00 p.m. (Pacific Time)**; and

  c. The hearing on the Securities Claims Procedures Motion is adjourned to the omnibus hearing on **October 28, 2020, at 10:00 a.m. (Pacific Time)**.

3. PERA shall support, and shall not object or otherwise contest, an extension of the Claims Objection Deadline under Section 7.1 of the Plan for the Reorganized Debtors to object to Subordinated Securities Claims from December 28, 2020 to at least February 2, 2021. All Parties' rights are reserved with respect to any further or additional requests to extend the Claims Objection Deadline.

---

[1] Capitalized terms used bot not herein defined have the meanings ascribed to such terms in the Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4.      The *Ex Parte Application of the Securities Lead Plaintiff Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Service of a Subpoena on Prime Clerk LLC* [Dkt. No. 8812] is hereby withdrawn without prejudice, subject to PERA's right to take appropriate discovery at a later date.  The Reorganized Debtors reserve the right to challenge or dispute any such discovery.

5.      The deadline to file responses or objections as set forth in the *Securities Lead Plaintiff's Motion Pursuant to Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Fees and Expenses* [Dkt. No. 8950] (the "**Fees and Expenses Motion**") shall not apply and parties shall not be required to file responses or objections to the relief requested in the Fees and Expenses Motion prior to the September 18, 2020 deadline set forth therein.  A hearing on the Fees and Expenses Motion and an appropriate briefing and hearing schedule shall be set following the September 22, 2020 status conference before the Bankruptcy Court.

6.      The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

APPROVED AS TO FORM AND CONTENT:

LOWENSTEIN SANDLER LLP

*/s/ Michael S. Etkin*
Michael S. Etkin

*Attorneys for Public Employees*
*Retirement Association of New Mexico*

**END OF ORDER**