**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>       - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION EXTENDING TIME FOR FEDERAL AND STATE AGENCIES TO RESPOND TO REORGANIZED DEBTORS' MOTION TO APPROVE ADR AND RELATED PROCEDURES FOR RESOLVING GENERAL CLAIMS**<br><br>[No Hearing Requested] |

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the following federal and state agencies: United States Department of the Interior; United States Department of Agriculture; Environmental Protection Agency; United States Nuclear Regulatory Commission; California Department of Toxic Substances Control; California Department of Parks and Recreation; California Department of Fish and Wildlife; California Regional Water Quality Control Boards; California State Water Resources Control Board; California Air Resources Board; California Department of Water Resources, by and through its California Energy Resources Scheduling Division and on behalf of the State Water Project; California Department of Conservation, California Geologic Energy Management Division (formerly the Division of Oil, Gas and Geothermal Resources); San Francisco Bay Conservation and Development Commission; and California Coastal Commission, (collectively, the "**Federal and State Agencies**"). The Reorganized Debtors and the Federal and State Agencies are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On September 1, 2020, the Reorganized Debtors filed a *Motion to Approve ADR and Related Procedures for Resolving General Claims* [Dkt. No. 8970] (the "**Motion**").

B. Any oppositions or responses to the Motion are due to be filed with the Bankruptcy Court and served on counsel for the Reorganized Debtors by 4:00 p.m. (Pacific Time) on September 15, 2020.

C. The Parties are discussing and attempting to resolve issues raised by the Federal and State Agencies with regard to the Motion. The Parties have agreed to extend the deadline for the Federal and State Agencies to file and serve any oppositions or responses to the Motion to 4:00 p.m. (Pacific Time) on September 18, 2020, while the Parties continue such discussions.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Federal and State Agencies to file and serve any oppositions or responses to the Motion is extended through 4:00 p.m. (Pacific Time) on September 18, 2020.

2. This Stipulation shall constitute the entire agreement and understanding of the parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

3. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

4. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Dated: September 15, 2020

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

/s/ Tobias S. Keller
Tobias S. Keller

*Attorneys for Debtors
and Reorganized Debtors*

Dated: September 15, 2020

UNITED STATES DEPARTMENT OF JUSTICE

/s/ Matthew Troy
Matthew Troy
Karl Fingerhood

*Attorneys for Federal Agencies*

Dated: September 15, 2020

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

/s/ Paul J Pascuzzi
Paul J. Pascuzzi

*Attorneys for California Department of Toxic Substances Control; California Department of Parks and Recreation; California Department of Fish and Wildlife; California Regional Water Quality Control Boards; California State Water Resources Control Board; California Air Resources Board; California Department of Water Resources, by and through its California Energy Resources Scheduling Division and on behalf of the State Water Project; California Department of Conservation, California Geologic Energy Management Division (formerly the Division of Oil, Gas and Geothermal Resources); San Francisco Bay Conservation and Development Commission; and California Coastal Commission*