Thomas R. Phinney – State Bar Number 159435
Donna T. Parkinson – State Bar Number 125574
**PARKINSON PHINNEY**
3600 American River Drive, Suite 145
Sacramento, CA 95864
Telephone:   (916) 449-1444
Facsimile:    (916) 449-1440
E-Mail: tom@parkinsonphinney.com

Attorneys for Tyrrell Resources, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Case No. 19-30088 (DM)**<br>Chapter 11<br><br>**OPPOSITION BY TYRRELL RESOURCES, INC. TO THE MOTION OF THE DEBTORS AND REORGANIZED DEBTORS TO APPROVE ADR AND RELATED PROCEDURES FOR RESOLVING GENERAL CLAIMS**<br>**[Dkt. No. 8970]**<br>**JOINDER TO OBJECTION FILED BY TURNER CONSTRUCTION COMPANY**<br>**[Dkt. No. 9040]**<br><br>Date: September 22, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic or Video Only)<br>     United States Bankruptcy Court<br>     Courtroom 17, 16th Floor<br>     San Francisco, CA 94102<br><br>Objection Deadline:<br>Sept. 15, 2020, 4:00 pm |

Tyrrell Resources, Inc. (Tyrrell") hereby files this Opposition to Motion (**Dkt No. 8970**) ("Motion") to approve ADR and related procedures for resolving general claims, filed by the Debtors and reorganized Debtors ("PG&E").   Tyrrell joins in the Objection to the Motion filed by Turner Construction Company.  **Dkt. No. 9070**.

PG&E hired Tyrrell to perform emergency fire debris removal services in the

aftermath of the Paradise Fire, and prior to that to perform vegetation management services. On October 21, 2019, Tyrrell timely filed a detailed proof of claim with exhibits (**Claim No. 79094**) in the amount of $281,024.50.

Tyrrell has received no communication from PG&E relating to its claim, except that recently, the undersigned counsel received a response that PG&E is attempting to reconcile Tyrrell's invoices. Under the Plan, general unsecured claims such as Tyrrell's are to be "paid in full on the Effective Date or as soon as reasonably practicable thereafter." The Plan was effective July 1, 2020. Tyrrell contends that, with respect to payment of its claim, PG&E is not complying with the Plan.

PG&E has filed a very complicated motion to approve alternate procedures for settlement of claims. The motion is based upon 11 U.S.C. § 105(a). The Official Unsecured Creditors Committee is no longer monitoring matters such as this. PG&E is asking the court to impose requirements and procedures other than the mandatory provisions of the confirmed Plan and the Bankruptcy Code, and is asking for a further 6 months' time to object to Tyrrell's claim. PG&E has already had close to *two years* to reconcile Tyrrell's invoices and no apparent progress has been made. Tyrrell is a small business for which this trade claim is very significant. There are no grounds for a further extension.

Tyrrell objects to the Motion on the grounds that PG&E has not provided sufficient basis to limit or vary from the mandatory detailed procedures set forth the in the Plan and the Bankruptcy Code concerning objections to claims, particularly as it relates to Tyrrell's claim which should have already been resolved. Tyrrell further objects to the unwarranted request for additional time to object to the claim. Tyrrell requests that the Motion be denied as it relates to Tyrrell's claim.

Dated: September 15, 2020

**Parkinson Phinney**

By: /s/ Thomas R. Phinney
Thomas R. Phinney
Attorneys for Tyrrell Resources, Inc.