# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Andrew G. Vignali, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 8978] *(the "**Sixth Omnibus Claim Objection**")*

- Declaration of Robb McWilliams in Support of Reorganized Debtors' Sixth and Seventh Omnibus Objections to Claims (Satisfied Claims) [Docket No. 8979] *(the "**McWilliams Declaration**")*

- Notice of Hearing on Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 8980] *(the "**Notice of Hearing on Sixth Omnibus Claim Objection**")*

- Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims) [Docket No. 8981] *(the "**Seventh Omnibus Claim Objection**")*

- Notice of Hearing on Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims) [Docket No. 8982] *(the "**Notice of Hearing on Seventh Omnibus Claim Objection**")*

1
2

- Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [Docket No. 8983] *(the "Eighth Omnibus Claim Objection")*

3
4

- Declaration of Robb McWilliams in Support of Reorganized Debtors' Eighth and Ninth Omnibus Objections to Claims (No Liability Claims) [Docket No. 8984] *(the "McWilliams Declaration of Support on Eighth Omnibus Claim Objection")*

5
6

- Notice of Hearing on Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [Docket No. 8985] *(the "Notice of Hearing on Eighth Omnibus Claim Objection")*

7
8

- Reorganized Debtors' Ninth Omnibus Objection to Claims (Ninth) (No Liability Claims) [Docket No. 8986] *(the "Ninth Omnibus Claim Objection")*

9
10

- Notice of Hearing on Reorganized Debtors' Ninth Omnibus Objection to Claims (No Liability Claims) [Docket No. 8987] *(the "Notice of Hearing on Ninth Omnibus Claim Objection")*

11
12

- Reorganized Debtors' Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims) [Docket No. 8988] *(the "Tenth Omnibus Claim Objection")*

13
14
15

- Declaration of David Kraska in Support of Reorganized Debtors' Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims) [Docket No. 8990] *(the "Kraska Declaration")*

16
17

- Notice of Hearing on Reorganized Debtors' Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims) [Docket No. 8991] *(the "Notice of Hearing on Tenth Omnibus Claim Objection")*

18
19
20
21
22
23
24
25
26
27
28

3. On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on the Sixth Omnibus Service List attached hereto as **Exhibit B**:

- Notice of the Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a non-customized copy of which is attached hereto as **Exhibit C**

4. On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on the Seventh Omnibus Service List attached hereto as **Exhibit D**:

- Notice of the Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a non-customized copy of which is attached hereto as **Exhibit E**

5. On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on the Eighth Omnibus Service List attached hereto as **Exhibit F**:

- Notice of the Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a non-customized copy of which is attached hereto as **Exhibit G**

6. On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on the Ninth Omnibus Service List attached hereto as **Exhibit H**:

- Notice of the Reorganized Debtors' Ninth Omnibus Objection to Claims (Satisfied Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a non-customized copy of which is attached hereto as **Exhibit I**

7. On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on the Tenth Omnibus Service List attached hereto as **Exhibit J**:

- Notice of the Reorganized Debtors' Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a non-customized copy of which is attached hereto as **Exhibit K**

8.      On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Sixth Omnibus Claim Objection, the McWilliams Declaration and the Notice of Hearing on Sixth Omnibus Objection to be served by email on the Sixth Omnibus Email Service list attached hereto as **Exhibit L**.

9.      On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Seventh Omnibus Claim Objection and the Notice of Hearing on Seventh Omnibus Objection to be served by email on the Seventh Omnibus Email Service list attached hereto as **Exhibit M**.

10.      On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Eighth Omnibus Claim Objection, the McWilliams Declaration on the Eighth Omnibus Claim Objection and the Notice of Hearing on Eighth Omnibus Objection to be served by email on the Eighth Omnibus Email Service list attached hereto as **Exhibit N**.

11.      On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Ninth Omnibus Claim Objection and the Notice of Hearing on Ninth Omnibus Objection to be served by email on the Ninth Omnibus Email Service list attached hereto as **Exhibit O**.

12.      On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Tenth Omnibus Claim Objection, the Kraska Declaration and the Notice of Hearing on Tenth Omnibus Objection to be served by email on the Tenth Omnibus Email Service list attached hereto as **Exhibit P**.

13.      I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

14.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

SRF 45825

1

2    Executed this 14th day of September 2020, at New York, NY.

3

4                                        /s/ Andrew G. Vignali
                                         Andrew G. Vignali

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SRF 45825

**Exhibit A**

**Exhibit B**

# Exhibit C

# **Exhibit D**

## Exhibit E

**Exhibit F**

**Exhibit G**

**Exhibit H**

# Exhibit I

# **Exhibit J**

**Exhibit K**

## Exhibit L

## **Exhibit M**

**Exhibit N**

**Exhibit O**

# Exhibit P