Signed and Filed: September 15, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**,

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

*All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER GRANTING STIPULATION EXTENDING TIME FOR CHUBB TO RESPOND TO REORGANIZED DEBTORS' MOTION TO APPROVE ADR AND RELATED PROCEDURES FOR RESOLVING GENERAL CLAIMS**

[No Hearing Requested]

The Court having considered the *Stipulation Extending Time for Chubb to Respond to Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims* (the "**Stipulation**") [Dkt. No. 9038], filed on September 15, 2020; and, pursuant to such stipulation and agreement of the Parties,[1] and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for Chubb to file and serve any oppositions or responses to the Motion is extended through 4:00 p.m. (Pacific Time) on September 18, 2020.

APPROVED AS TO FORM AND CONTENT:

Dated: September 15, 2020

DUANE MORRIS LLP

By: /s/*Marcus O. Colabianchi*
Marcus O. Colabianchi

*Attorneys for Chubb*

**END OF ORDER**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.