Signed and Filed: September 15, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>  - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR FEDERAL AND STATE AGENCIES TO RESPOND TO REORGANIZED DEBTORS' MOTION TO APPROVE ADR AND RELATED PROCEDURES FOR RESOLVING GENERAL CLAIMS**<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Extending Time for Federal and State Agencies to Respond to Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims* (the "**Stipulation**") [Dkt. No. 9039], filed on September 15, 2020; and, pursuant to such stipulation and agreement of the Parties,[1] and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Federal and State Agencies to file and serve any oppositions or responses to the Motion is extended through 4:00 p.m. (Pacific Time) on September 18, 2020.

APPROVED AS TO FORM AND CONTENT:

Dated: September 15, 2020

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By:    /s/   *Paul J. Pascuzzi*
Paul J. Pascuzzi

*Attorneys for State Agencies*

Dated: September 15, 2020

UNITED STATES DEPARTMENT OF JUSTICE

By:    /s/   *Matthew Troy*
Matthew Troy
Karl Fingerhood

*Attorneys for Federal Agencies*

**END OF ORDER**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.