**MAYNARD, COOPER & GALE**
Duane Kumagai, Esq.
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 596-4500
Email: dkumagai@maynardcooper.com

J. Leland Murphree, Esq. (*admitted pro hac vice*)
Christian A. Pereyda, Esq. (*admitted pro hac vice*)
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1000
Email: lmurphree@maynardcooper.com
Email: cpereyda@maynardcooper.com

*Attorneys for Mesa Associates, Inc.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br> (Jointly Administered) <br><br> **WITHDRAWAL OF LIMITED OBJECTION OF MESA ASSOCIATES, INC. TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS** |

By agreement with the above-referenced Debtors and upon receipt of payment in connection therewith, **Mesa Associates, Inc.** ("Mesa") hereby withdraws its *Limited Objection of Mesa Associates, Inc. to Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Docket No. 7324] (the "Limited Objection").

05572265.1

DATED: September 16, 2020     MAYNARD COOPER & GALE

By: */s/ Duane Kumagai*
Duane Kumagai
J. Leland Murphree (pro hac vice)
Christian A. Pereyda (pro hac vice)

*Attorneys for Mesa Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on even date herewith, I filed a the foregoing with the Clerk of Court via this Court's CM/ECF filing system, which will send electronic notice of such filing to all counsel of record.

*/s/ Duane Kumagai*
Duane Kumagai

05572265.1