B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

**In re:** **Pacific Gas and Electric Company**   **Case No.:** **19-30088**
     **and PG&E Corporation**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Hain Capital Holdings, LLC** | **Hain Capital Investors Master Fund, Ltd.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Hain Capital Holdings, LLC
301 Route 17, 7th Floor
Rutherford, NJ  07070
Attn: Cheryl Eckstein
Phone: (201) 896 – 6100
Last Four Digits of Acct #: _____

Court Claim # (if known): 3273
Amount of Claim: $127,651.97
Date Claim Filed: 6/10/19

Phone:
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above)

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Cheryl Eckstein    Date: 9/17/20
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Hain Capital Investors Master Fund, Ltd ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Hain Capital Holdings, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) associated with proofs of claim numbers **2613, 3257, 3431, 7700, 9634, 3273, 64119 and 2876** against Pacific Gas and Electric Company and PG&E Corporation (the "Debtor"), Chapter 11 Case No. **19-30088** United States Bankruptcy Court for the **Northern District of California** (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 4th day of August, 2020.

**HAIN CAPITAL INVESTORS MASTER FUND, LTD**
By Koltai & Company Advisors, LLC

By: _/s/ Robert J Koltai_
Name: Robert J Koltai
Title: Managing Member

**HAIN CAPITAL HOLDINGS, LLC.**

By: _/s/ Robert J Koltai_
Name: Robert J Koltai
Title: Managing Member