| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | Ray C. Schrock, P.C. (*pro hac vice*) (ray.schrock@weil.com) |
| 3 | Jessica Liou (*pro hac vice*) (jessica.liou@weil.com) |
| 4 | Matthew Goren (*pro hac vice*) (matthew.goren@weil.com) |
| 5 | 767 Fifth Avenue<br>New York, NY 10153-0119 |
| 6 | Tel: 212 310 8000<br>Fax: 212 310 8007 |
| 7 | KELLER BENVENUTTI KIM LLP |
| 8 | Tobias S. Keller (#151445) (tkeller@kbkllp.com) |
| 9 | Jane Kim (#298192) (jkim@kbkllp.com) |
| 10 | 650 California Street, Suite 1900<br>San Francisco, CA 94108 |
| 11 | Tel: (415) 496-6723<br>Fax: (415) 636-9251 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NO. 2646 FILED BY SOUTHWIRE COMPANY, LLC**<br><br>Related Document: Docket No. 2896 |

**PLEASE TAKE NOTICE** that, on July 8, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, filed the *Debtors' First Omnibus Report and Objection To Claims Asserted Pursuant To 11 U.S.C. § 503(b)(9)* [Docket No. 2896] (the "**503(b)(9) Claims Objection**"), which, among other things, sought to disallow and expunge proof of claim number 2646 ("**Proof of Claim No. 2646**") filed by Southwire Company, LLC.

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors hereby withdraw, without prejudice, the 503(b)(9) Claims Objection solely with respect to Proof of Claim No. 2646.

Dated: September 17, 2020

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ Matthew Goren

*Attorneys for Debtors and Reorganized Debtors*