COVINGTON & BURLING LLP
David B. Goodwin (#104469)
(DGoodwin@cov.com)
Jeffrey M. Davidson (#248620)
(JDavidson@cov.com)
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Tel: 415-591-6000
Fax: 415-955-6574

*Special Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FIRST CONSOLIDATED MONTHLY FEE STATEMENT OF COVINGTON & BURLING LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH JULY 1, 2020**<br><br>[Re: ECF No. 8863]<br><br>Objection Deadline: September 16, 2020<br>                            4:00 p.m. (P.S.T.) |

## THE MONTHLY FEE STATEMENT

On August 26, 2020, Covington & Burling LLP ("**Applicant**"), special counsel for PG&E Corporation and Pacific Gas and Electric Company (collectively, "**Debtors**"), filed its *First Consolidated Monthly Fee Statement of Covington & Burling LLP as Special Counsel to the Debtors and Debtors in Possession for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2020 Through July 1, 2020* [ECF No. 8863] ("**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [ECF No. 701] ("**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served on August 26, 2020, as described in the *Certificate of Service*, filed by Kendrick Ajayi on September 4, 2020 [ECF No. 9002]. The deadline to file responses or oppositions to the Monthly Fee Statement was September 16, 2020 at 4:00 p.m. (P.S.T.), and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above-captioned Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner at Covington & Burling LLP, special counsel for the Debtors.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in Oakland, California.

DATED: September 17, 2020

Respectfully submitted,

COVINGTON & BURLING LLP

By:   /s/ David B. Goodwin

David B. Goodwin
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Tel: 415-591-6000
Email: DGoodwin@cov.com

*Special Counsel for the Debtors and Debtors in Possession*

# EXHIBIT A
## Professional Fees and Expenses
## Monthly Fee Application of Covington & Burling LLP, Special Counsel to the Debtors

| Date Filed / Docket No. | Period Covered | Objection Deadline | Total Amount Requested | | Total Amounts Authorized To Be Paid | | Amount of Holdback Fees |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Fees | Expenses | Fees | Expenses | Fees (@ 20%) |
| 8/26/2020 (ECF No. 1034) | 1/1/2020 - 7/1/2020 | 9/16/2020 | $714,007.00 | $9,903.14 | $571,205.60 | $9,903.14 | $142,801.40 |