| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 368 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,000.00 (U)<br>$23,000.00 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 389 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,338.20 (U)<br>$12,338.20 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 428 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,600.00 (U)<br>$9,600.00 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 476 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,000.00 (U)<br>$32,000.00 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 536 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,753.00 (U)<br>$4,753.00 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Avtech Construction Inc<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 537 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$251,022.42 (U)<br>$251,022.42 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 779 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$175,476.00 (U)<br>$175,476.00 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 786 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$37,350.00 (U)<br>$37,350.00 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 792 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,688.50 (U)<br>$19,688.50 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 793 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,665.72 (U)<br>$17,665.72 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 794 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,968.51 (U)<br>$9,968.51 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 796 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$165,111.00 (U)<br>$165,111.00 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 798 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,498.60 (U)<br>$24,498.60 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 928 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$115,483.35 (U)<br>$115,483.35 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 929 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$83,200.00 (U)<br>$83,200.00 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Avtech Construction Inc<br><br>1393 Shore Road<br>HOLLISTER, CA 95023 | 950 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,386.20 (U)<br>$11,386.20 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br><br>1393 Shore Road<br>HOLLISTER, CA 95023 | 984 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$253,994.42 (U)<br>$253,994.42 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Bradford Capital Holdings, LP as Transferee of Nathan Associates Inc.<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012 | 3455 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,272.30 (U)<br>$18,272.30 (T) | Amended and Superseded | Bradford Capital Holdings, LP as Transferee of Nathan Associates Inc.<br>c/o Bradford Capital Management, LLC Attn:<br>Clifton, NJ 07012 | 96649 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,272.30 (U)<br>$18,272.30 (T) |
| Bradford Capital Holdings, LP as Transferee of Sierra Nevada Safety & Training LLC<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012 | 1857 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,163.05 (U)<br>$18,163.05 (T) | Amended and Superseded | Bradford Capital Holdings, LP as Transferee of Sierra Nevada Safety & Training LLC<br>c/o Bradford Capital Management, LLC Attn:<br>Clifton, NJ 07012 | 8218 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,171.31 (U)<br>$21,171.31 (T) |
| Cedar Glade LP, as Assignee of Fair Harbor Capital LLC (Way Mar)<br>Attn: Robert Minkoff<br>New York, NY 10065 | 2492 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,036.60 (U)<br>$50,036.60 (T) | Amended and Superseded | Cedar Glade LP, as Assignee of Fair Harbor Capital LLC (Way Mar)<br>Attn: Robert Minkoff 660 Madison Ave., 17th<br>New York, NY 10065 | 2980 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$241,689.33 (U)<br>$241,689.33 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Cellco Partnership d/b/a Verizon<br>William M Vermette 22001 Loudoun County Pkwy.<br>Ashburn, VA 20147 | 2106 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,042,950.32 (U)<br>$2,042,950.32 (T) | Amended and Superseded | Cellco Partnership d/b/a Verizon Wireless<br>Attn. Tracey M. Ohm C/o Stinson LLP 1775<br>Washington, DC 20006 | 105682 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,186,023.65 (U)<br>$2,186,023.65 (T) |
| Cherokee Debt Acquisition, LLC as Transferee of Language Services Associates, Inc<br>Attn: Vladimir Jelisavcic<br>New York, NY 10018 | 1113 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,680.43 (U)<br>$8,680.43 (T) | Amended and Superseded | Cherokee Debt Acquisition, LLC as Transferee of Language Services Associates, Inc<br>Attn: Vladimir Jelisavcic<br>New York, NY 10018 | 1871 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,680.43 (U)<br>$8,680.43 (T) |
| Citigroup Financial Products Inc as Transferee of Insight Global LLC<br>c/o Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013 | 2368 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,482,840.28 (U)<br>$3,482,840.28 (T) | Amended and Superseded | Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth<br>New York, NY 10013 | 78082 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,482,840.28 (U)<br>$3,482,840.28 (T) |
| Citigroup Financial Products Inc as Transferee of Snelson Companies, Inc<br>c/o Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013 | 64177 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,476,548.74 (U)<br>$2,476,548.74 (T) | Amended and Superseded | Citigroup Financial Products Inc as Transferee of Snelson Companies, Inc<br>c/o Citigroup Global Markets Attn: Kenneth<br>New York, NY 10013<br>6th Floor Suite 1400 | 92621 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,852,193.48 (U)<br>$1,852,193.48 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Citigroup Financial Products Inc. Citigroup Global Markets Attn: Kenneth Keeley New York, NY 10013 | 78082 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $3,482,840.28 (U) $3,482,840.28 (T) | Amended and Superseded | Citigroup Financial Products Inc. Attn: Kenneth Keeley 388 Greenwich Street New York, NY 10013 | 88597 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $3,460,548.28 (U) $3,460,548.28 (T) |
| Citigroup Financial Products Inc. as Transferee of Snelson Companies, Inc Kenneth Keeley Citigroup Global Markets 390 Greenwich Street, 4th Floor 601 WEST STATE STREET New York, NY 10013 | 9730 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $2,567,861.83 (U) $2,567,861.83 (T) | Amended and Superseded | Citigroup Financial Products Inc. Citigroup Global Markets Attn: Kenneth New York, NY 10013 6th Fl. | 75263 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $2,567,861.83 (U) $2,567,861.83 (T) |
| Citigroup Financial Products Inc. as Transferee of Snelson Companies, Inc. Citigroup Global Markets Attn: Kenneth Keeley 390 Greenwich Street, 4th Floor 601 West State Street New York, NY 10013 | 7975 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $13,958,380.62 (U) $13,958,380.62 (T) | Amended and Superseded | Citigroup Financial Products Inc. Citigroup Global Markets Attn: Kenneth New York, NY 10013 6th Fl. | 75293 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $13,958,380.62 (U) $13,958,380.62 (T) |
| Citigroup Financial Products Inc. as Transferee of Snelson Companies, Inc. Citigroup Global Markets Attn: Kenneth Keeley 390 Greenwich Street, 4th Floor 601 West State Street New York, NY 10013 | 7765 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $13,958,380.62 (U) $13,958,380.62 (T) | Amended and Superseded | Citigroup Financial Products Inc. as Transferee of Snelson Companies, Inc. Citigroup Global Markets Attn: Kenneth Keeley New York, NY 10013 West State Street | 7975 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $13,958,380.62 (U) $13,958,380.62 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Contrarian Funds, LLC as Transferee of Brim Equipment Leasing DBA Brim Aviation  Attn: Alisa Mumola 411 West Putnam Ave., Suite 425  Greenwich, CT 06830 | 108 | PG&E Corporation | $0.00 (S)  $0.00 (A)  $0.00 (P)  $671,161.25 (U)  $671,161.25 (T) | Amended and Superseded | Contrarian Funds, LLC as Transferee of Brim Equipment Leasing DBA Brim Aviation  Attn: Alisa Mumola 411 West Putnam Ave., Suite 425  Greenwich, CT 06830 | 57743 | Pacific Gas and Electric Company | $0.00 (S)  $0.00 (A)  $0.00 (P)  $671,161.25 (U)  $671,161.25 (T) |
| Contrarian Funds, LLC as Transferee of California Surveying & Drafting Supply Inc.  Attn: Alisa Mumola 411 West Putnam Ave., Suite 425  Greenwich, CT 06830 | 2861 | Pacific Gas and Electric Company | $0.00 (S)  $0.00 (A)  $0.00 (P)  $73,171.92 (U)  $73,171.92 (T) | Amended and Superseded | Contrarian Funds, LLC as Transferee of California Surveying & Drafting Supply Inc.  Attn: Alisa Mumola 411 West Putnam Ave., Suite 425  Greenwich, CT 06830 | 3365 | Pacific Gas and Electric Company | $0.00 (S)  $0.00 (A)  $0.00 (P)  $57,895.62 (U)  $57,895.62 (T) |
| Contrarian Funds, LLC as Transferee of Cowen Special Investments LLC  Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 10 St. James Avenue  Greenwich, CT 6830 | 17140 | Pacific Gas and Electric Company | $0.00 (S)  $0.00 (A)  $0.00 (P)  $19,796.00 (U)  $19,796.00 (T) | Amended and Superseded | Contrarian Funds, LLC as Transferee of Cowen Special Investments LLC  Attn: Alisa Mumola 411 West Putnam Ave., Suite 425  Greenwich, CT 6830 | 79563 | Pacific Gas and Electric Company | $0.00 (S)  $0.00 (A)  $0.00 (P)  $18,288.00 (U)  $18,288.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Contrarian Funds, LLC as Transferee of GEI Consultants Inc. Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 2795 | Pacific Gas and Electric Company | $357,004.47 (S) $0.00 (A) $0.00 (P) $0.00 (U) $357,004.47 (T) | Amended and Superseded | Contrarian Funds, LLC as Transferee of GEI Consultants Inc. Attn: Alisa Mumola 411 West Putnam Ave., Greenwich, CT 06830 | 55441 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $357,004.47 (U) $357,004.47 (T) |
| Contrarian Funds, LLC as Transferee of GEI Consultants Inc. Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 2875 | PG&E Corporation | $357,004.47 (S) $0.00 (A) $0.00 (P) $0.00 (U) $357,004.47 (T) | Amended and Superseded | Contrarian Funds, LLC as Transferee of GEI Consultants Inc. Attn: Alisa Mumola 411 West Putnam Ave., Greenwich, CT 06830 | 55441 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $357,004.47 (U) $357,004.47 (T) |
| Contrarian Funds, LLC as Transferee of Jensen Hughes Inc Attn: Alisa Mumola Greenwich, CT 06830 | 1876 | Pacific Gas and Electric Company | $0.00 (S) $98,294.88 (A) $0.00 (P) $0.00 (U) $98,294.88 (T) | Amended and Superseded | Contrarian Funds, LLC as Transferee of Jensen Hughes Inc Attn: Alisa Mumola 411 West Putnam Ave., Greenwich, CT 06830 | 3551 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $32,883.62 (U) $32,883.62 (T) |
| Contrarian Funds, LLC as Transferee of Shaw Pipeline Services Inc Attn: Alisa Mumola Greenwich, CT 06830 | 3736 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $53,947.92 (U) $53,947.92 (T) | Amended and Superseded | Contrarian Funds, LLC As Transferee of Shaw Pipeline Services Inc Attn: Alisa Mumola 411 West Putnam Ave., Greenwich, CT 06830 | 72742 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $53,947.92 (U) $53,947.92 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Fair Harbor Capital, LLC as Transferee of Tito Balling Inc. DBA California Water Services<br>Attn: Fredric Glass<br>New York, NY 10023 | 1430 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$13,471.20 (P)<br>$0.00 (U)<br>$13,471.20 (T) | Amended and Superseded | Fair Harbor Capital as assignee of Tito Balling Inc. DBA CALIFORNIA WATER SERVICES<br>Ansonia Finance Station PO Box 237037<br>New York, NY 10023 | 59695 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,935.91 (U)<br>$13,935.91 (T) |
| Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) | Amended and Superseded | Hain Capital Holdings, LLC as Transferee of Hain Capital Investors Master Fund Ltd.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 2876 | Pacific Gas and Electric Company | $995,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$995,512.04 (T) |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br>Kamand Daniels c/o Marble Ridge Capital LP<br>1250 Broadway, Suite 2601<br>New York, NY 10001 | 64584 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,179,406.00 (U)<br>$11,179,406.00 (T) | Amended and Superseded | Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br>Kamand Daniels c/o Marble Ridge Capital LP<br>New York, NY 10001 | 89371 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,126,379.78 (U)<br>$11,126,379.78 (T) |
| Marin Municipal Water District<br>Attn: Legal Division 220 Nellen Avenue<br>Corte Madera, CA 94925 | 64314 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,422.62 (U)<br>$17,422.62 (T) | Amended and Superseded | Marin Municipal Water District<br>Attn: Legal Division 220 Nellen Avenue<br>Corte Madera, CA 94925 | 72029 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,433.83 (U)<br>$21,433.83 (T) |
| Marin Municipal Water District<br>Attn: Legal Division 220 Nellen Avenue<br>Corte Madera, CA 94925 | 65948 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,422.62 (U)<br>$17,422.62 (T) | Amended and Superseded | Marin Municipal Water District<br>Attn: Legal Division 220 Nellen Avenue<br>Corte Madera, CA 94925 | 72029 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,433.83 (U)<br>$21,433.83 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Mesa Associates INC<br>Attn: Christine Teague 480 Production Ave<br>Madison, AL 35758 | 7940 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$746,468.33 (U)<br>$746,468.33 (T) | Amended and Superseded | Mesa Associates INC<br>Attn: Christine Teague 480 Production Ave<br>Madison, AL 35758 | 106224 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$709,084.81 (U)<br>$709,084.81 (T) |
| METRICSTREAM, INC.<br>BIALSON, BERGEN & SCHWAB C/O LAWRENCE SCHWAB/THOMAS GAA 633 MENLO AVE., SUITE 100<br>MENLO PARK, CA 94025 | 67109 | Pacific Gas and Electric Company | $0.00 (S)<br>$139,734.80 (A)<br>$0.00 (P)<br>$194,583.92 (U)<br>$334,318.72 (T) | Amended and Superseded | METRICSTREAM, INC.<br>C/O LAWRENCE SCHWAB/KENNETH<br>MENLO PARK, CA 94025<br>MENLO AVE, SUITE 100 | 105914 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$209,377.47 (U)<br>$209,377.47 (T) |
| Olympus Peak Master Fund LP<br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 57922 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,821.39 (U)<br>$262,821.39 (T) | Amended and Superseded | OPeak LLC as Transferee of Olympus Peak Master Fund L.P.<br>Attn: Todd Westhus 745 Fifth Avenue<br>New York, NY 10151 | 97007 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$237,044.39 (U)<br>$237,044.39 (T) |
| Olympus Peak Master Fund LP as Transferee of Caltrol Inc<br>Attn: Leah Silverman 745 Fifth Avenue<br>New York, NY 10151 | 7193 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,821.39 (U)<br>$262,821.39 (T) | Amended and Superseded | Olympus Peak Master Fund LP<br>c/o Olympus Peak Asset Management LP<br>New York, NY 10151<br>Fifth Avenue, Suite 1604 | 57922 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,821.39 (U)<br>$262,821.39 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Olympus Peak Master Fund LP as Transferee of Caltrol Inc<br>Attn: Leah Silverman 745 Fifth Avenue<br>New York, NY 10151 | 3103 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$263,749.53 (U)<br>$263,749.53 (T) | Amended and Superseded | Olympus Peak Master Fund LP as Transferee of Caltrol Inc<br>Attn: Leah Silverman 745 Fifth Avenue<br>New York, NY 10151 | 7193 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,821.39 (U)<br>$262,821.39 (T) |
| Olympus Peak Master Fund LP as Transferee of PMK Contractors, LLC<br>Attn: Leah Silverman 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 1056 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,650,320.49 (U)<br>$3,650,320.49 (T) | Amended and Superseded | OPeak LLC as Transferee of Olympus Peak Master Fund L.P.<br>Attn: Todd Westhus 745 Fifth Avenue<br>New York, NY 10151 | 58531 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,650,320.49 (U)<br>$3,650,320.49 (T) |
| Righetti Ranch, LP, a Delaware limited partnership<br>179 Calle Magdalina #201<br>Encinitas, CA 92024 | 75438 | PG&E Corporation | $0.00 (S)<br>$394,939.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$394,939.00 (T) | Amended and Superseded | Righetti Ranch LP, a Delaware limited partnership<br>Solomon Ward Seidenwurm & Smith, LLP<br>San Diego, CA 92101<br>Suite 1200 | 105762 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$132,437.00 (P)<br>$0.00 (U)<br>$132,437.00 (T) |
| Rocky Point Claims LLC as Transferee of DC Electric Group, Inc.<br>Attn: Edward Waters<br>Norwalk, CT 06853 | 1384 | Pacific Gas and Electric Company | $0.00 (S)<br>$22,500.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$22,500.00 (T) | Amended and Superseded | Rocky Point Claims LLC<br>Edward Waters PO Box 165<br>Norwalk, CT 06853 | 105547 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,500.00 (U)<br>$22,500.00 (T) |
| SEL Engineering Services, Inc.<br>Brian R. Pollock Stites & Harbison PLLC 400 W. Market Street, Suite 1800<br>Louisville, KY 40202 | 64216 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$114,599.63 (U)<br>$114,599.63 (T) | Amended and Superseded | SEL Engineering Services, Inc<br>Stites & Harbison PLLC Brian R. Pollock 400<br>Louisville, KY 40202 | 105679 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$343,406.71 (U)<br>$343,406.71 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Sentinel Peak Resources California LLC<br>6501 E Belleview Ave, Suite 400 6501 E Belleview Ave, Suite 400<br>Englewood, CO 80111 | 3131 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$165,053.33 (U)<br>$165,053.33 (T) | Amended and Superseded | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>Minneapolis, MN 55416 | 72104 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$165,053.33 (U)<br>$165,053.33 (T) |
| Shaw Pipeline Inc.<br>150 Executive Park Blvd Suite 3790<br>San Francisco, CA 94134-3309 | 1369 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$68,457.02 (U)<br>$68,457.02 (T) | Amended and Superseded | Contrarian Funds, LLC as Transferee of Shaw Pipeline Services Inc<br>Attn: Alisa Mumola<br>Greenwich, CT 06830 | 3736 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,947.92 (U)<br>$53,947.92 (T) |
| Sunbelt Rentals, Inc.<br>Attn: Tonya Piodela 7626 NE Killingsworth St<br>Portland, OR 97218 | 100839 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$179,975.69 (U)<br>$179,975.69 (T) | Amended and Superseded | Sunbelt Rentals, Inc.<br>Attn: Tonya Piodela 7626 NE Killingsworth St<br>Portland, OR 97218 | 106236 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$174,277.11 (U)<br>$174,277.11 (T) |
| Swan Associates, Inc.<br>4680 East 2nd Street, Ste H<br>Benicia, CA 94510 | 129 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,595.13 (U)<br>$12,595.13 (T) | Amended and Superseded | SWAN ASSOCIATES INC<br>4680 E 2ND STE H<br>BENICIA, CA 94510-1018 | 5229 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,595.02 (U)<br>$12,595.02 (T) |
| TRC Master Fund LLC as Transferee of ABEC #2 LLC<br>Attn: Terrel Ross PO Box 633<br>Woodmere, NY 11598 | 2611 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$95,265.32 (U)<br>$95,265.32 (T) | Amended and Superseded | TRC Master Fund LLC as Transferee of ABEC #2 LLC<br>Attn: Terrel Ross PO Box 633<br>Woodmere, NY 11598 | 2487 | Pacific Gas and Electric Company | $0.00 (S)<br>$70,799.94 (A)<br>$0.00 (P)<br>$24,465.38 (U)<br>$95,265.32 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Trench Plate Rental Co<br>13217 Laureldale Avenue<br>Downey, CA 90242 | 20046 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$650,174.33 (U)<br>$650,174.33 (T) | Amended and Superseded | Trench Plate Rental Company<br>13217 Laureldale Ave<br>Downey, CA 90242 | 105891 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$816,798.52 (U)<br>$816,798.52 (T) |
| W K McLellan<br>245 Sears Point<br>Petaluma, CA 94954 | 2905 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$228,778.26 (U)<br>$228,778.26 (T) | Amended and Superseded | Whitebox Multi-Strategy Partners, LP as Transferee of W K McLellan Co<br>Attn: Mark Strefling<br>Minneapolis, MN 54416 | 2973 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$209,653.88 (U)<br>$209,653.88 (T) |
| World Wide Technology, LLC<br>Bryan Cave Leighton Paisner LLP Brian C. Walsh One Metropolitan Square, Suite 3600<br>Suite 3600<br>St. Louis, MO 63102 | 79989 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,999,009.75 (U)<br>$11,999,009.75 (T) | Amended and Superseded | World Wide Technology, LLC<br>Bryan Cave Leighton Paisner LLP Attn: Brian<br>St. Louis, MO 63102 | 105769 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,567,579.26 (U)<br>$10,567,579.26 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".