| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ACRT Pacific, LLC<br><br>Matthew Guilmette 4500 Courthouse Blvd. Suite 150<br>Stow, OH 44224 | 3348 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,297,972.82 (U)<br>$4,297,972.82 (T) | Duplicative Claims | Whitebox Multi-Strategy Partners, LP as Transferee of ACRT Pacific LLC<br>Attn: Mark Strefling 3033 Excelsior Blvd, Ste<br>Minneapolis, MN 55416 | 3349 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,297,972.82 (U)<br>$4,297,972.82 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand 11 West 42nd Street, 9th Floor 28 State Street<br>New York, NY 10036 | 4424 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,171.81 (U)<br>$63,171.81 (T) | Duplicative Claims | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand 11 West 42nd Street,<br>New York, NY 10036 | 3945 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,171.81 (U)<br>$63,171.81 (T) |
| Bradford Capital Holdings, LP as Transferee of Lucas, Austin & Alexander, LLC, dba Brooks Street<br>c/o Bradford Capital Management, LLC Attn: Brian Brager<br>Clifton, NJ 07012 | 7207 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,465.36 (U)<br>$40,465.36 (T) | Duplicative Claims | Bradford Capital Holdings, LP as Transferee of Lucas, Austin & Alexander, LLC, dba Brooks Street<br>c/o Bradford Capital Management, LLC Attn:<br>Clifton, NJ 07012 | 2210 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,465.36 (U)<br>$40,465.36 (T) |
| Fair Harbor Capital as assignee of CM Distributors, Inc.<br>Ansonia Finance Station<br>New York, NY 10023 | 3343 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$164,920.41 (U)<br>$164,920.41 (T) | Duplicative Claims | Fair Harbor Capital LLC as Transferee of CM Distributors, Inc.<br>Ansonia Finance Station Attn: Fredric Glass<br>New York, NY 10023 | 2660 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$164,920.41 (U)<br>$164,920.41 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Fair Harbor Capital, LLC as Assignee of Pure Filter Solutions<br>Ansonia Finance Station<br>New York, NY 10023 | 17163 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,770.00 (U)<br>$10,770.00 (T) | Duplicative Claims | Fair Harbor Capital, LLC as Assignee of Pure Filter Solutions<br>Ansonia Finance Station<br>New York, NY 10023 | 2320 | Pacific Gas and Electric Company | $0.00 (S)<br>$10,770.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,770.00 (T) |
| G4S Secure Integration LLC<br>Dinsmore & Shohl LLP Attn: Ellen Arvin Kennedy, Esq. 100 W. Main Street Ste 900<br>Lexington, KY 40507 | 68985 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$107,755.96 (U)<br>$107,755.96 (T) | Duplicative Claims | Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley<br>New York, NY 10013 | 105589 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,212,879.23 (U)<br>$9,212,879.23 (T) |
| Margie Thompson, Linda Thompson & Ovomte Kendall<br>Law Office of Susan Kang Gordon 21C Orinda Way #162<br>Orinda, CA 94563 | 59047 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$565,396.00 (U)<br>$565,396.00 (T) | Duplicative Claims | Margie Thompson, Linda Thompson and Ovamte Kendall<br>Law Office of Susan Kang Gordon Susan Y.<br>Orinda, CA 94563 | 77417 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$565,396.00 (U)<br>$565,396.00 (T) |
| Olympus Peak Master Fund LP<br>c/o Olympus Peak Asset Management LP<br>Attn: Leah Silverman<br>New York, NY 10151 | 58567 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,821.39 (U)<br>$262,821.39 (T) | Duplicative Claims | Olympus Peak Master Fund LP<br>c/o Olympus Peak Asset Management LP<br>New York, NY 10151<br>Fifth Avenue, Suite 1604 | 57922 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,821.39 (U)<br>$262,821.39 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Tannor Partners Credit Fund LP<br>Attn: Robert J. Tanner 3536 Los Pinos Drive<br>Santa Barbara, CA  93105 | 3494 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$41,808.96  (U)<br>$41,808.96  (T) | Duplicative Claims | Tannor Partners Credit Fund, LP as Transferee of Environmental Systems Corp<br>Attn: Robert Tannor 3536 Los Pinos Dr<br>Santa Barbara, CA  93105 | 96564 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$41,808.96  (U)<br>$41,808.96  (T) |
| Tannor Partners Credit Fund LP<br>Attn: Robert J. Tanner 3536 Los Pinos Drive<br>Santa Barbara, CA  93105 | 3529 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$41,808.96  (U)<br>$41,808.96  (T) | Duplicative Claims | Tannor Partners Credit Fund, LP as Transferee of Environmental Systems Corp<br>Attn: Robert Tannor 3536 Los Pinos Dr<br>Santa Barbara, CA  93105 | 96564 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$41,808.96  (U)<br>$41,808.96  (T) |
| VonWin Capital Management, L.P. as Transferee of Golder Associates, Inc.<br>Attn: General Counsel 261 Fifth Avenue, 22nd Floor Bldg. 100, Suite 300<br>New York, NY  10016 | 3011 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$316,870.84  (U)<br>$316,870.84  (T) | Duplicative Claims | VonWin Capital Management, L.P. as Transferee of Golder Associates, Inc.<br>Attn: General Counsel 261 Fifth Avenue, 22nd<br>New York, NY  10016 | 2317 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$316,870.84  (U)<br>$316,870.84  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".