| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Bradford Capital Holdings, LP as Transferee of Grid Subject Matter Experts, LLC<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012 | 4385 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,753.19 (U)<br>$25,753.19 (T) | Incorrect Debtor | Bradford Capital Holdings, LP as Transferee of Grid Subject Matter Experts, LLC<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012 | 2553 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,753.19 (U)<br>$25,753.19 (T) |
| Fair Harbor Capital, LLC as Transferee of D.M. Alegre Construction Inc.<br>Attn: Fredric Glass<br>New York, NY 10023 | 8974 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,493.42 (U)<br>$3,493.42 (T) | Incorrect Debtor | Fair Harbor Capital, LLC as Transferee of D.M. Alegre Construction Inc.<br>Attn: Fredric Glass<br>New York, NY 10023 | 1292 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,493.42 (U)<br>$3,493.42 (T) |
| G4S Secure Solutions (USA) Inc.<br>Ellen Arvin Kennedy, Esq. Dinsmore & Shohl LLP 100 W. Main Street, Suite 900<br>Lexington, KY 40507 | 70406 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$110,995.36 (U)<br>$110,995.36 (T) | Incorrect Debtor | Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley<br>New York, NY 10013 | 105589 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,212,879.23 (U)<br>$9,212,879.23 (T) |
| Sencha Funding, LLC<br>Michael Linn Managing Member<br>San Francisco, CA 94111 | 2345 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$780,037.33 (U)<br>$780,037.33 (T) | Incorrect Debtor | Sencha Funding, LLC as Transferee of Cowen Special Investments LLC<br>c/o Farallon Capital Management, L.L.C. Attn:<br>San Francisco, CA 94111 | 2349 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$780,037.33 (U)<br>$780,037.33 (T) |
| Sentinel Peak Resources California LLC<br>6501 E Belleview Ave, Suite 400<br>Englewood, CO 80111 | 3126 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$165,053.33 (U)<br>$165,053.33 (T) | Incorrect Debtor | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>Minneapolis, MN 55416 | 72104 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$165,053.33 (U)<br>$165,053.33 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".