| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCION GROUP<br>244 N MAIN ST<br>CONCORD, NH 3301 | 92185950 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $7,980.00 | $7,980.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $612.16 | $612.16 | |
| ALL CLEAR SCREENING SERVICES, INC.<br>10380 DRAGONFLY RUN<br>MIMS, FL 32754 | 19873 | PG&E Corporation | 10/11/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $10,084.00 | $10,084.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Allen, Cherry Candy<br>6637 Sylmar Ave # 201<br>Van Nuys, CA 91405 | 5417 | PG&E Corporation | 8/7/2019 | Filed Claim Amount: | $0.00 | $0.00 | $11,578.00 | $0.00 | $11,578.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Amador Valley Industries<br>PO Box 12617<br>Pleasanton, CA 94588 | 1772 | Pacific Gas and Electric Company | 3/26/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $5,560.03 | $5,560.03 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| AMADOR WATER AGENCY<br>12800 RIDGE RD<br>SUTTER CREEK, CA 95685-9630 | 92185191 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $174,653.82 | $174,653.82 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $3,827.11 | $3,827.11 | |
| AMERICAN COUNCIL FOR AN<br>529 14TH ST NW<br>WASHINGTON, DC 20045 | 92185325 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $66,505.38 | $66,505.38 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,505.38 | $1,505.38 | |
| Anata Management Solutions LLC<br>JoAnn Gugay 9301 S 3090 W<br>West Jordan, UT 84088 | 2080 | Pacific Gas and Electric Company | 4/4/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $6,215.00 | $6,215.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ASI Corporate<br>8181 Jetstar Suite 100<br>Irving, TX 75063 | 1942 | PG&E Corporation | 3/6/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $14,647.50 | $14,647.50 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ASM Capital X LLC as Transferee of Richmond Sanitary Service<br>Attn: Adam S. Moskowitz 7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797<br><br>**Claim Transferred To:**<br>ASM Capital X LLC<br>Attn: Adam S. Moskowitz 7600 Jericho Turnpike, Suite 302<br>Woodbury, NY 11797<br>100% | 17102 | Pacific Gas and Electric Company | 10/4/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $9,618.50 | $9,618.50 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ATKINSON-BAKER, INC.<br>500 N BRAND BLVD. 3RD FL<br>GLENDALE, CA 91203 | 1218 | PG&E Corporation | 2/26/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $4,311.63 | $4,311.63 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| AUTHOR IT SOFTWARE CORPORATION<br>1109 FIRST AVE 5TH FL STE 500<br>SEATTLE, WA 98101<br><br>**Claim Transferred To:**<br>Cowen Special Investments LLC<br>Attn: Gail Rosenblum 599 Lexington Avenue, 21st Floor<br>New York, NY 10022<br>100% | 92185116 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $319,500.00 | $319,500.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $26,628.00 | $26,628.00 | |
| Banks Jr., John<br>29545 Highway 70<br>Twain, CA 95984 | 94 | Pacific Gas and Electric Company | 2/5/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | |
| BARG COFFIN LEWIS & TRAPP LLP<br>350 CALIFORNIA ST 22ND FL<br>SAN FRANCISCO, CA 94104-1435 | 92185692 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $17,221.50 | $17,221.50 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $436.50 | $436.50 | |
| BKF Engineers<br>Attn: Jean Chen 225 Shoreline Dr, #200<br>Redwood City, CA 94065 | 17413 | Pacific Gas and Electric Company | 10/8/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $3,986.50 | $3,986.50 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bonneville International<br>C/O Bonneville INTL SF PO Box 45924<br>Salt Lake City, UT 84145-0924 | 87252 | PG&E Corporation | 10/24/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $42,228.00 | $42,228.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| BUREAU OF LAND MANAGEMENT<br>355 HEMSTED DR<br>REDDING, CA 96002-0910 | 92183647 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $108,581.00 | $108,581.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $14,617.90 | $14,617.90 | |
| BURNEY DISPOSAL<br>37484 B CORNAZ DR<br>BURNEY, CA 96013 | 4361 | Pacific Gas and Electric Company | 7/30/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $2,701.29 | $2,701.29 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| BURNEY DISPOSAL<br>37484 B CORNAZ DR<br>BURNEY, CA 96013 | 4312 | Pacific Gas and Electric Company | 7/30/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $3,520.71 | $3,520.71 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| California State University, Fresno Foundation<br>4910 North Chestnut Avenue<br>Fresno, CA 93726 | 2923 | Pacific Gas and Electric Company | 5/6/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $2,643,845.00 | $2,643,845.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CALIFORNIA SURVEYING & DRAFTING SUPPLY, INC.<br>ATTN: PAMELA UHL 4733 AUBURN BLVD<br>SACRAMENTO, CA 95841 | 2769 | Pacific Gas and Electric Company | 4/24/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $67,508.00 | $67,508.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Chrisp Company<br>43650 Osgood Road<br>Fremont, CA 94539 | 59033 | Pacific Gas and Electric Company | 10/18/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $7,226.50 | $7,226.50 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CIRCLE H FARMS LLC<br>1350 E PACHECO BLVD #225<br>LOS BANOS, CA 93635 | 92185278 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $80,000.00 | $80,000.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $40,000.00 | $40,000.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Fort Bragg<br>Finance Director 416 N. Franklin<br>Fort Bragg, CA 95437 | 10021 | Pacific Gas and Electric Company | 9/26/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $870.87 | $870.87 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CITY OF FREMONT<br>39550 LIBERTY ST<br>FREMONT, CA 94537-5006 | 92185894 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $9,731.46 | $9,731.46 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $648.58 | $648.58 | |
| CITY OF MORGAN HILL<br>495 ALKIRE AVE<br>MORGAN HILL, CA 95037-4129 | 92186458 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,699.05 | $1,699.05 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $570.00 | $570.00 | |
| City of Oakdale<br>280 N. Third Ave<br>Oakdale, CA 95361 | 1602 | Pacific Gas and Electric Company | 3/22/2019 | **Filed Claim Amount:** | $0.00 | $283.94 | $0.00 | $317.29 | $601.23 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CITY OF REDDING<br>P.O. BOX 496081<br>REDDING, CA 96049-6081 | 92185550 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $26,548.31 | $26,548.31 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $2,063.25 | $2,063.25 | |
| CITY OF WASCO<br>ATTN: ACCOUNTS PAYABLE 764 E ST<br>WASCO, CA 93280-1930 | 61305 | PG&E Corporation | 10/21/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $4,031.84 | $4,031.84 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Clean Energy<br>Morrison & Foerster LLP Attn: Adam A. Lewis, Esq. 425 Market Street<br>San Francisco, CA 94105 | 61471 | Pacific Gas and Electric Company | 10/17/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $162,541.72 | $162,541.72 | Cure Payments |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CONSOLIDATED LAND COMPANY<br>PO BOX 25879<br>FRESNO, CA 93729 | 3676 | Pacific Gas and Electric Company | 7/16/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $39,325.00 | $39,325.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cordoba Corp. 1401 North Broadway Los Angeles, CA 90012 | 94284 | Pacific Gas and Electric Company | 1/3/2020 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $37,528.00 | $37,528.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CoStar Realty Information, Inc. Attn: Todd Jasnow 1331 L Street NW Washington, DC 20005 | 78139 | PG&E Corporation | 10/21/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $4,922.00 | $4,922.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CoStar Realty Information, Inc. Attn: Todd Jasnow 1331 L Street NW Washington, DC 20005 | 71782 | Pacific Gas and Electric Company | 10/21/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $11,286.00 | $11,286.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Davey Resource Group, Inc. McDermott Will & Emery LLP Jeffrey M. Reisner Los Angeles, CA 90067-6014 | 80405 | PG&E Corporation | 10/18/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $4,906,781.64 | $4,906,781.64 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Davey Resource Group, Inc. McDermott Will & Emery LLP Jeffrey M. Reisner 2049 Century Park East, Suite 3200 Los Angeles, CA 90067-6014 | 80316 | Pacific Gas and Electric Company | 10/18/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $4,906,781.64 | $4,906,781.64 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Davey Tree Surgery Company<br>McDermott Will & Emery LLP Jeffrey M. Reisner 2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-6014 | 80318 | Pacific Gas and Electric Company | 10/18/2019 | Filed Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | Books and Records |
| Davey Tree Surgery Company<br>McDermott Will & Emery LLP Jeffrey M. Reisner 2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-6014 | 80479 | PG&E Corporation | 10/18/2019 | Filed Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $14,998,212.15<br>$0.00 | $14,998,212.15<br>$0.00 | Books and Records |
| Davey Tree Surgery Company<br>McDermott Will & Emery LLP Jeffrey M. Reisner 2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-6014 | 80427 | Pacific Gas and Electric Company | 10/18/2019 | Filed Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $14,998,212.15<br>$3,735,783.57 | $14,998,212.15<br>$3,735,783.57 | Books and Records |
| Davey Tree Surgery Company<br>McDermott Will & Emery LLP Jeffrey M. Reisner 2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-6014 | 80474 | PG&E Corporation | 10/18/2019 | Filed Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $10,091,430.51<br>$0.00 | $10,091,430.51<br>$0.00 | Books and Records |
| Davey Tree Surgery Company<br>Jeffrey M. Reisner McDermott Will & Emery LLP 2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-6014 | 80460 | Pacific Gas and Electric Company | 10/18/2019 | Filed Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $10,091,430.51<br>$0.00 | $10,091,430.51<br>$0.00 | Books and Records |
| DAVIS WASTE REMOVAL CO INC<br>P.O. BOX 1170<br>DAVIS, CA 95617 | 92186402 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $1,996.29<br>$846.45 | $1,996.29<br>$846.45 | Books and Records |
| DINARDO, TOM<br>1777 S BURLINGTON BLVD STE 258<br>BURLINGTON, WA 98233 | 5428 | PG&E Corporation | 8/2/2019 | Filed Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $30,000.00<br>$0.00 | $0.00<br>$0.00 | $30,000.00<br>$0.00 | Books and Records |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dun & Bradstreet<br>PO Box 3108<br>Crofton, MD 21114-3108 | 2929 | PG&E Corporation | 5/7/2019 | **Filed Claim Amount:** | $0.00 | $72,080.75 | $0.00 | $6,221.25 | $78,302.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| DURST HOME RANCH LLC<br>23710 COUNTY ROAD 13<br>CAPAY, CA 95607 | 92186013 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $6,600.00 | $6,600.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | |
| Ecobee Ltd<br>c/o Ecobee Inc 207 Queens Quay W<br>Toronto, ON M5J 1A7 | 2316 | Pacific Gas and Electric Company | 4/15/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $6,985.00 | $6,985.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ELI YAGOR, SEQUOIA ENG & DESIGN ASSOCIATES<br>575 LENNON LANE SUITE 145<br>WALNUT CREEK, CA 94598 | 73323 | PG&E Corporation | 10/17/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $93,453.23 | $93,453.23 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| EnergySoft, LLC<br>1025 5th St., Suite A<br>Novato, CA 94945 | 1702 | Pacific Gas and Electric Company | 3/18/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $29,620.00 | $29,620.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ENERWISE GLOBAL TECHNOLOGIES INC<br>111 MARKET PL STE 201<br>BALTIMORE, MD 21202 | 92185102 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $365,221.50 | $365,221.50 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $12,906.06 | $12,906.06 | |
| ENVIRONMENTAL HEALTH COALITION<br>2727 HOOVER AVE STE 202<br>NATIONAL CITY, CA 91950 | 92185391 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $48,244.63 | $48,244.63 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $24,101.16 | $24,101.16 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fair Harbor Capital, LLC as Transferee of Uline, Inc.<br>Ansonia Finance Station<br>New York, NY 10023<br>**Claim Transferred To:**<br>Fair Harbor Capital, LLC<br>Ansonia Finance Station Attn: Fredric Glass PO Box 237037<br>New York, NY 10023<br>100% | 4123 | PG&E Corporation | 7/23/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,547.70 | $1,547.70 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| GOOGLE INC<br>1600 AMPHITHEATRE PKY<br>MOUNTAIN VIEW, CA 94043 | 92185729 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $15,438.73 | $15,438.73 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $3,100.75 | $3,100.75 | |
| GoProcure, Inc.<br>Law Offices of Charles L. Hastings 4568 Feather River Drive., Suite A<br>Stockton, CA 95219 | 2702 | Pacific Gas and Electric Company | 4/22/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $228,025.00 | $228,025.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| GREEN CHARGE NETWORKS LLC<br>4151 BURTON DR<br>SANTA CLARA, CA 95054 | 92187008 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $453.14 | $453.14 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $15.70 | $15.70 | |
| GRIDUNITY INC<br>55 UNION PL STE 149<br>SUMMIT, NJ 7901 | 92185089 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $417,937.00 | $417,937.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $44,000.00 | $44,000.00 | |
| Groundwater Partners<br>4410 Hawkins Street NE Suite D<br>Albuquerque, NM 87109 | 81099 | Pacific Gas and Electric Company | 10/21/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,322.28 | $1,322.28 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Groundwater Partners<br>4410 Hawkins Street NE Suite D<br>Albuquerque, NM 87109 | 81118 | Pacific Gas and Electric Company | 10/21/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $13,405.00 | $13,405.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Haas Group International, LLC<br>c/o Michael Apelt 24911 Avenue Stanford<br>Valencia, CA 91355 | 78050 | Pacific Gas and Electric Company | 10/18/2019 | Filed Claim Amount: | $0.00 | $94,241.71 | $0.00 | $254,425.35 | $348,667.06 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| HAMMETT & EDISON INC<br>470 THIRD ST WEST<br>SONOMA, CA 95476-6509 | 6651 | PG&E Corporation | 8/13/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $925.00 | $925.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ICF Jones & Stokes, Inc.<br>James Daniel 9300 Lee Highway<br>Fairfax, VA 22031 | 79082 | Pacific Gas and Electric Company | 10/21/2019 | Filed Claim Amount: | $0.00 | $637,420.09 | $0.00 | $0.00 | $637,420.09 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| IPKEYS POWER PARTNERS LLC<br>12 CHRISTOPHER WY STE 301<br>EATONTOWN, NJ 7724 | 92185413 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $42,095.70 | $42,095.70 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,123.98 | $1,123.98 | |
| JAMES MCPHAIL<br>1930 PLACENTIA AVE A3<br>COSTA MESA, CA 92627 | 92186221 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $3,180.27 | $3,180.27 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $312.27 | $312.27 | |
| Joe Cover & Sons Inc<br>19290 Cherokee Rd<br>Toulumne, CA 95379 | 16937 | Pacific Gas and Electric Company | 10/7/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $7,944.72 | $7,944.72 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| KDTV/KABE/KUVS/KMEX/KTFF/KFTR/KFTV/KBTF Television<br>c/o Szabo Associates, Inc. 3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326 | 588 | Pacific Gas and Electric Company | 2/19/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $115,152.33 | $115,152.33 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| KFMB-TV, KFMB8 2, PREMION, KXTV<br>TEGNA c/o CCR 20 Broad Hollow Rd. Suite 1002<br>Melville, NY 11797 | 1631 | Pacific Gas and Electric Company | 3/11/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $103,803.37 | $103,803.37 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kluwer, Wolters<br>Attn: Credit Dept. 7201 McKinney Circle<br>Frederick, MD 21704 | 2235 | Pacific Gas and Electric Company | 4/9/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $665.64 | $665.64 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Leavitt's Freight Service<br>3855 Marcola Road<br>Springfield, OR 97477 | 713 | Pacific Gas and Electric Company | 2/20/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $70,163.15 | $70,163.15 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Little Diversified Architectural Consulting, Inc.<br>c/o Glenn C. Thompson Hamilton Stephens Steele 525 N. Tryon St., Suite 1400<br>Charlotte, NC 28202 | 8630 | Pacific Gas and Electric Company | 9/10/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $59,426.00 | $59,426.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| MADRUGA IRON WORKS INC<br>305 GANDY DANCER DR<br>TRACY, CA 95377 | 92185083 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $465,148.69 | $465,148.69 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $436,072.28 | $436,072.28 | |
| Marin Sanitary Serivce<br>1050 Andersen Dr<br>San Rafael, CA 94954 | 1981 | Pacific Gas and Electric Company | 4/2/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $14,885.69 | $14,885.69 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| MARK COHEN INC DBA COHEN VOLK ECONOMIC CONSULTING GROUP<br>1155 ALPINE RD 1155 ALPINE RD<br>WALNUT CREEK, CA 94596-4401 | 7522 | PG&E Corporation | 8/19/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $1,923.75 | $1,923.75 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| McMaster-Carr Supply Co<br>9630 Norwalk Blvd<br>Santa Fe Springs, CA 90670 | 2398 | Pacific Gas and Electric Company | 4/15/2019 | Filed Claim Amount: | $0.00 | $4,983.59 | $0.00 | $1,378.91 | $6,362.50 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $4,983.59 | $0.00 | $0.00 | $4,983.59 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Microsoft Corporation and Microsoft Licensing, its subsidiary<br>Fox Rothschild LLP c/o Joseph E. Shickich, Jr. 1001 4th Ave. Suite 4500<br>Seattle, WA 98154 | 8933 | Pacific Gas and Electric Company | 9/16/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $6,975.91 | $6,975.91 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Mid Valley Disposal<br>15300 W Jensen Ave<br>Kerman, CA 93630 | 1549 | Pacific Gas and Electric Company | 3/20/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $1,671.47 | $1,671.47 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| MOJAVE BASIN AREA WATERMASTER<br>13846 CONFERENCE CENTER DR<br>APPLE VALLEY, CA 92307-4377 | 92186288 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $2,695.39 | $2,695.39 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $804.23 | $804.23 | |
| N & T Consulting Service<br>810 Lucerne St<br>Livermore, CA 94551 | 5874 | Pacific Gas and Electric Company | 8/9/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $5,216.40 | $5,216.40 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| NASATKA BARRIER INC<br>7427 OLD ALEXANDRIA FERRY RD<br>CLINTON, MD 20735 | 92185157 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $235,835.00 | $235,835.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $13,360.00 | $13,360.00 | |
| NATURAL RESOURCES DEFENSE COUNCIL<br>40 W 20TH ST 11TH FL<br>NEW YORK, NY 10011 | 92185251 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $117,715.67 | $117,715.67 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $58,806.22 | $58,806.22 | |
| NBCUniversal Media LLC<br>30 Rockefeller Plaza 1221 Campus<br>New York, NY 10012 | 1266 | Pacific Gas and Electric Company | 2/28/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $167,702.32 | $167,702.32 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| NEEDLES PUBLIC UTILITY AUTHORITY<br>817 THIRD STREET<br>NEEDLES, CA 92363 | 92185458 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $36,238.82 | $36,238.82 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $15,127.53 | $15,127.53 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nuance Communications, Inc.<br>c/o Tiffany Strelow Cobb Vorys, Sater, Seymour and Pease LLP 52 East Gay Street<br>Columbus, OH 43215 | 60467 | Pacific Gas and Electric Company | 10/18/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $16,763.03 | $16,763.03 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| NUSURA INC<br>P.O. BOX 2856<br>LITTLETON, CO 80161<br><br>**Claim Transferred To:**<br><br>Contrarian Funds, LLC<br>Attn: 392426 500 Ross St 154-0455<br>Pittsburgh, PA 15262<br>100% | 92185288 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $76,093.53 | $76,093.53 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $69,893.53 | $69,893.53 | |
| OLIVINE INC<br>2010 CROW CANYON PL STE 100<br>SAN RAMON, CA 94583 | 92183694 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $90,239.63 | $90,239.63 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $2,957.73 | $2,957.73 | |
| OPEN ACCESS TECHNOLOGY<br>3660 TECHNOLOGY DR NE<br>MINNEAPOLIS, MN 55418 | 92185649 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $19,105.76 | $19,105.76 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,300.48 | $1,300.48 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06614 | 2790 | PG&E Corporation | 4/25/2019 | Filed Claim Amount: | $0.00 | $56,734.97 | $0.00 | $0.00 | $56,734.97 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| PJ Helicopters, Inc.<br>903 Langley Way<br>Red Bluff, CA 96080 | 2423 | Pacific Gas and Electric Company | 4/18/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $4,446.69 | $4,446.69 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| PNC Equipment Fiannce<br>995 Dalton Ave<br>Cincinnati, OH 45203 | 3239 | PG&E Corporation | 6/4/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $142,966.48 | $142,966.48 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Q4 Inc. 469A King Street W. Toronto, ON M5V 1K4 | 16778 | PG&E Corporation | 10/8/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,135.00 | $1,135.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Rader Excavating Inc 9689 Swede Creek Road Palo Cedro, CA 96073 | 70914 | PG&E Corporation | 10/21/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $4,275.00 | $4,275.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Ricchiuti, Pat DBA P-R-Farms 2917 E. Sheppard Clovis, CA 93611 | 4699 | PG&E Corporation | 8/1/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $37,650.00 | $37,650.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| RiverPark Strategic Income Fund 507 Capital LLC Attn: Brian Stout P.O. Box #206 N. Stonington, CT 06359 **Claim Transferred To:** RiverPark Strategic Income Fund RiverPark Advisors, LLC 156 W 56th Street, Suite 1704 New York, NY 10019 100% | 3828 | Pacific Gas and Electric Company | 7/24/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $312,005.00 | $312,005.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| SAN FRANCISCO POLICE DEPARTMENT 1245 3RD ST 6TH FL SAN FRANCISCO, CA 94158 | 92185876 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $10,163.24 | $10,163.24 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $2,216.60 | $2,216.60 | |
| SECURECOM INC 1940 DON ST STE 100 SPRINGFIELD, OR 97477 | 92185774 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $13,552.50 | $13,552.50 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,373.36 | $1,373.36 | |
| SENSEMETRICS INC 750 B ST STE 1630 SAN DIEGO, CA 92101 | 58455 | PG&E Corporation | 10/17/2019 | **Filed Claim Amount:** | $0.00 | $0.00 | $0.00 | $11,530.00 | $11,530.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| SOCIALCHORUS INC<br>123 MISSION ST 25TH FL<br>SAN FRANCISCO, CA 94150<br>**Claim Transferred To:**<br>Fair Harbor Capital, LLC<br>Attn: Fredric Glass Ansonia Finance Station PO Box 237037<br>New York, NY 10023<br>Ownership by Invoice | 92185207 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $152,724.00<br>$10,061.82 | $152,724.00<br>$10,061.82 | Books and Records |
| SOCIALCHORUS INC<br>123 MISSION ST 25TH FL<br>SAN FRANCISCO, CA 94150<br>**Claim Transferred To:**<br>Socialchorus Inc<br>Ownership by Invoice | 92185207 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $152,724.00<br>$10,061.82 | $152,724.00<br>$10,061.82 | Books and Records |
| Sunset Building Company, LLC<br>Clark Hill LLP Timothy M. Flaherty, Esq. One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 | 2259 | Pacific Gas and Electric Company | 4/10/2019 | **Filed Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $84,247.16<br>$0.00 | $84,247.16<br>$0.00 | Books and Records |
| Sunset Building Company, LLC<br>CLARK HILL LLP Timothy M. Flaherty, Esq. ONE EMBARCADERO CENTER, SUITE 400<br>SAN FRANCISCO, CA 94111 | 2257 | Pacific Gas and Electric Company | 4/10/2019 | **Filed Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $1,728.40<br>$0.00 | $0.00<br>$0.00 | $10,876.40<br>$0.00 | $12,604.80<br>$0.00 | Books and Records |
| SUNSET SCAVENGER COMPANY<br>250 EXECUTIVE PARK BLVD STE 2100<br>SAN FRANCISCO, CA 94134-3306 | 92185523 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $29,008.09<br>$8,992.27 | $29,008.09<br>$8,992.27 | Books and Records |
| THG ENERGY SOLUTIONS LLC<br>2448 E 81ST ST STE 4960<br>TULSA, OK 74137 | 92186073 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $5,640.96<br>$92.19 | $5,640.96<br>$92.19 | Books and Records |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Tillamook People's Utility District<br>1115 PACIFIC AVE<br>TILLAMOOK, OR 97141 | 4208 | Pacific Gas and Electric Company | 7/30/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $469,148.88 | $469,148.88 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Trimble Land Company, LLC<br>PMB 21778 1950 W Corporate Way<br>Anaheim, CA 92801-5373 | 76859 | PG&E Corporation | 10/21/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $586.13 | $586.13 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| TriStar Inc<br>Attn: Sean Kelly 3740 E. La Salle Street<br>Phoenix, AZ 85040 | 959 | PG&E Corporation | 2/15/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $47,310.00 | $47,310.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| US FOREST SERVICE<br>P.O. BOX 301550<br>LOS ANGELES, CA 90030-1550 | 92185206 | Pacific Gas and Electric Company | 3/14/19 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $156,273.99 | $156,273.99 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $10,283.42 | $10,283.42 | |
| VIRTUAL HOLD TECHNOLOGY LLC<br>3875 EMBASSY PKWY STE 350<br>AKRON, OH 44333 | 87123 | Pacific Gas and Electric Company | 10/29/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $4,100.00 | $4,100.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| VOGEL, ROBERT K<br>300 PASEO TESORO<br>WALNUT, CA 91789 | 2859 | Pacific Gas and Electric Company | 4/26/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| VonWin Capital Management, L.P.<br>261 Fifth Ave., 22nd Floor<br>New York, NY 10016<br>**Claim Transferred To:**<br>VonWin Capital Management, LP<br>261 Fifth Ave., 22nd Floor<br>New York, NY 10016<br>100% | 2816 | Pacific Gas and Electric Company | 4/26/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $20,552.95 | $20,552.95 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| VonWin Capital Management, L.P. as Transferee of Evari GIS Consulting, Inc. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 **Claim Transferred To:** VonWin Capital Management, LP Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 100% | 2251 | Pacific Gas and Electric Company | 4/10/2019 | **Filed Claim Amount:** **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $28,645.49 $0.00 | $28,645.49 $0.00 | Books and Records |
| Wolters Kluwer Legal & Regulatory US Attn: Credit Dept. 7201 McKinney Circle Frederick, MD 21704 | 2243 | PG&E Corporation | 4/9/2019 | **Filed Claim Amount:** **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $481.19 $0.00 | $481.19 $0.00 | Books and Records |
| Wolters Kluwer Legal & Regulatory US Attn: Credit Dept. 7201 McKinney Circle Frederick, MD 21704 | 2197 | PG&E Corporation | 4/9/2019 | **Filed Claim Amount:** **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $499.10 $0.00 | $499.10 $0.00 | Books and Records |
| YUBA COUNTY WATER AGENCY 1220 F ST MARYSVILLE, CA 95901 | 92185664 | Pacific Gas and Electric Company | 3/14/19 | **Filed Claim Amount:** **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $18,381.98 $4,174.26 | $18,381.98 $4,174.26 | Books and Records |
| **Totals** | **Count: 110** | | | | $0.00 | $867,473.45 | $41,578.00 | $68,762,960.98 | $69,672,012.43 | |