| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Alamo Solar, LLC<br>McGuireWoods LLP Aaron G. McCollough 77 W. Wacker Dr. Suite 4100<br>Chicago, IL 60601 | | 10240 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $62,508.76 | $62,508.76 | Cure Payments |
| AmeriGas Propane, LP<br>PO Box 965<br>Valley Forge, PA 19482 | | 2147 | Pacific Gas and Electric Company | 4/11/2019 | $0.00 | $6,806.26 | $0.00 | $735.97 | $7,542.23 | Cure Payments |
| Apex Natural Renewable Generation, LLC<br>Rubin and Rudman LLP c/o George R. Pitts 800 Connecticut Ave., NW Suite 400<br>Washington, DC 20006 | | 2386 | Pacific Gas and Electric Company | 4/18/2019 | $0.00 | $0.00 | $0.00 | $1,760.72 | $1,760.72 | Cure Payments |
| Apptio, Inc.<br>Attn: VP, Associate General Counsel 11100 NE 8th Street, Suite 600<br>Bellevue, WA 98004 | | 10578 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $61,883.34 | $61,883.34 | Cure Payments |
| Arlington Wind Power Project LLC<br>Leslie A. Freiman Randy Sawyer c/o EDP Renewables North America LLC 808 Travis Street, Suite 700<br>Houston, TX 77022 | | 67787 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $360,086.85 | $360,086.85 | Cure Payments |
| ASM SPV, L.P. as Transferee of J&A-Santa Maria II, LLC a/k/a Alan JaneChek<br>ASM Capital<br>Woodbury, NY 11797 | ASM SPV, LP<br><br>ASM Capital Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302<br>Woodbury, NY 11797<br>100% | 1609 | Pacific Gas and Electric Company | 3/14/2019 | $0.00 | $0.00 | $0.00 | $140,671.80 | $140,671.80 | Cure Payments |
| Baker Station Associates, LP<br>Attn: Dell Keehn 7829 Center Blvd. SE, 100<br>Snoqualmie, WA 98065 | | 2667 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $22,744.56 | $22,744.56 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ballard Marine Construction, Inc. Worley Law, P.C. 1572 Second Avenue San Diego, CA 92101 | | 1371 | PG&E Corporation | 3/7/2019 | $247,158.82 | $0.00 | $0.00 | $0.00 | $247,158.82 | Other Satisfied |
| Bayshore Solar A, LLC Andrew Morton Stoel Rives LLP 600 University Street, Suite 3600 Seattle, WA 98101 | | 66124 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $37,025.08 | $37,025.08 | Cure Payments |
| Bayshore Solar B, LLC c/o Stoel Rives LLP Attn: Andrew H. Morton 600 University Street, Suite 3600 Seattle, WA 98101 | | 66084 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $37,722.15 | $37,722.15 | Cure Payments |
| Bella Vista Water District Attn: Connie M. Wade 11368 E. Stillwater Way Redding, CA 96003 | | 5959 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $61.32 | $61.32 | Cure Payments |
| Blair Church & Flynn Consulting Engineers Inc. J. Jackson Waste 5260 N. Palm Ave, Ste. 421 Fresno, CA 93704 | | 55512 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $92,289.77 | $92,289.77 | Cure Payments |
| CaIRENEW-1 LLC c/o TerraForm Power, LLC Attention: Legal 200 Liberty Street, 14th Floor New York, NY 10281 | | 77950 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $8,080.73 | $8,080.73 | Cure Payments |
| California Water Service Attn: Richard Schuppe 1720 N 1st St San Jose, CA 95112-4508 | | 7280 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $5,996.79 | $5,996.79 | Cure Payments |
| CALWIND RESOURCES INC 2659 TOWNSGATE RD STE 122 WESTLAKE VILLAGE, CA 91361 | | 6588 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $58,031.61 | $58,031.61 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CAPITOL BARRICADE INC. 6001 ELVAS AVE. SACRAMENTO, CA 95819 | | 3194 | Pacific Gas and Electric Company | 5/29/2019 | $0.00 | $0.00 | $0.00 | $3,628.13 | $3,628.13 | Other Satisfied |
| Cartwright, Wade R MD A Professional Corp 411 30th St #401 Oakland, CA 94609 | | 5910 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $1,080.68 | $1,080.68 | Other Satisfied |
| Chevron U.S.A. Inc. Chevron Products Company, a Chevron U.S.A. division Michael L. Armstrong, Senior Counsel 6001 Bollinger Canyon Road San Ramon, CA 94583 | | 58465 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $54,896.23 | $54,896.23 | Cure Payments |
| CID Solar, LLC c/o McGuireWoods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Chicago, IL 60601 | | 31036 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Cure Payments |
| CID Solar, LLC c/o McGuireWoods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Suite 4100 Chicago, IL 60601 | | 2653 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $79,238.49 | $0.00 | $0.00 | $79,238.49 | Cure Payments |
| City of Angels Finance Director 584 South Main Street Angels Camp, CA 95222 | | 79015 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $365.58 | $365.58 | Cure Payments |
| City of Live Oak 9955 Live Oak Boulevard Live Oak, CA 95953 | | 6577 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $31.23 | $31.23 | Cure Payments |
| City of Red Bluff 555 Washington St Red Bluff, CA 96080 | | 17403 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $343.55 | $343.55 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Roseville Utilities<br>311 Vernon Street<br>Roseville, CA  95678 | | 2680 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $1,625.52 | $0.00 | $2,237.93 | $3,863.45 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87118 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $11.10 | $11.10 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87119 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $6.30 | $6.30 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87124 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $13.50 | $13.50 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 7772 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $25.99 | $25.99 | Cure Payments |
| City of Santa Clara MUNICIPAL UTILITIES 1500 WARBURTON AVE SANTA CLARA, CA 95050-3796 | | 7927 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $27.90 | $27.90 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87129 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $36.82 | $36.82 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87116 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $1,422.03 | $1,422.03 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87210 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $85.12 | $85.12 | Cure Payments |

Case: 19-30088    Doc# 9073-1    Filed: 09/17/20    Entered: 09/17/20 19:45:49    Page 5 of 19

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 7826 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $32.46 | $32.46 | Cure Payments |
| City of Santa Clara<br>P.O. BOX 49067<br>SAN JOSE, CA  95161-9067 | | 7838 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $45.90 | $45.90 | Cure Payments |
| City of Santa Clara<br>Attn: Finance Department 1500 WARBURTON AVE<br>SANTA CLARA, CA  95050-3713 | | 7676 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $18.50 | $18.50 | Cure Payments |
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 87125 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $73.92 | $73.92 | Cure Payments |
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 87006 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $7.78 | $7.78 | Cure Payments |
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 87103 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $15.80 | $15.80 | Cure Payments |
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 87097 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $54.23 | $54.23 | Cure Payments |
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 87096 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $9.93 | $9.93 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 87095 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $134.59 | $134.59 | Cure Payments |
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 87093 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $19.08 | $19.08 | Cure Payments |
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 87092 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $1.74 | $1.74 | Cure Payments |
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 87065 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $3,018.50 | $3,018.50 | Cure Payments |
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 87015 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $6.01 | $6.01 | Cure Payments |
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 87007 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $7.70 | $7.70 | Cure Payments |
| City of Santa Clara<br>Accounting Technician 1500 Warburton Avenue<br>Santa Clara, CA  95050 | | 87105 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $13.03 | $13.03 | Cure Payments |
| City of Santa Clara<br>Attn: Finance Department 1500 Warburton Ave<br>Santa Clara, CA  95050-3713 | | 6817 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $24.68 | $24.68 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 6807 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $44.41 | $44.41 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87112 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $21.12 | $21.12 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 7669 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $767.24 | $767.24 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 7817 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $19.76 | $19.76 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 7813 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $11.83 | $11.83 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87114 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $7.45 | $7.45 | Cure Payments |
| City of Santa Maria Finance Department 110 E Cook St. Room 6 Santa Maria, CA 93454 | | 1892 | PG&E Corporation | 4/1/2019 | $0.00 | $0.00 | $0.00 | $3,038.21 | $3,038.21 | Cure Payments |
| City of Tracy CITY OF TRACY 333 CIVIC CENTER PLAZA TRACY, CA 95376 | | 79049 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,721.34 | $3,721.34 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Turlock<br>Sr. Accountant 156 S. Broadway, Suite 110<br>Turlock, CA  95380 | | 105677 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $261.58 | $261.58 | Cure Payments |
| Columbia Solar Energy, LLC<br>Troutman Sanders LLP, Attn: Hugh M. McDonald, Esq. 875 Third Avenue<br>New York, NY  10022 | | 62351 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $330,106.54 | $330,106.54 | Cure Payments |
| ConocoPhillips Company<br>Locke Lord, LLP Attn: Omer F. Kuebel, III 601 Poydras Street Suite 2660<br>New Orleans, LA  70130 | | 58200 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Cure Payments |
| Copper Mountain Solar 1, LLC<br>Troutman Sanders LLP Attn: Hugh McDonald 875 Third Avenue<br>New York, NY  10022 | | 67782 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $208,723.86 | $208,723.86 | Cure Payments |
| Copper Mountain Solar 1, LLC<br>Troutman Sanders LLP Attn: Hugh M. McDonald 875 Third Avenue<br>New York, NY  10022 | | 67773 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $58,429.10 | $58,429.10 | Cure Payments |
| Coram California Development, L.P<br>Troutman Sanders LLP Attn: Hugh M. McDonald 875 Third Avenue<br>New York, NY  10022 | | 71509 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $138,767.19 | $138,767.19 | Cure Payments |
| Desert Sunlight 300, LLC<br>c/o Klee, Tuchin Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Ave of the Stars, 39th Floor 39th Floor<br>Los Angeles, CA  90067 | | 53822 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $1,728,667.37 | $1,728,667.37 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Downieville Public Utility Dist<br>118 Lavezzola Rd PO Box 444<br>Downieville, CA 95936 | | 4432 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $37.00 | $37.00 | Cure Payments |
| E&A Hauling<br>6754 Citrus Ave<br>Oroville, CA 95966 | | 1471 | Pacific Gas and Electric Company | 3/6/2019 | $0.00 | $0.00 | $0.00 | $17,265.00 | $17,265.00 | Other Satisfied |
| Eli Yagor, dba Sequoia Engineering & Design Associates<br>575 Lennon Lane, #145<br>Walnut Creek, CA 94598 | | 75013 | PG&E Corporation | 10/17/2019 | $0.00 | $47,357.17 | $0.00 | $0.00 | $47,357.17 | Cure Payments |
| FPL Energy Montezuma Wind, LLC<br>c/o Klee, Tuchin Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067 | | 55171 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $94,917.47 | $94,917.47 | Cure Payments |
| Fresno Cogeneration Partners, LP<br>650 Bercut Drive, Suite C<br>Sacramento, CA 95811 | | 16863 | Pacific Gas and Electric Company | 10/3/2019 | $0.00 | $0.00 | $0.00 | $3,697.77 | $3,697.77 | Cure Payments |
| Fresno Cogeneration Partners, LP<br>650 Bercut Drive, Suite C<br>Sacramento, CA 95811 | | 16846 | Pacific Gas and Electric Company | 10/3/2019 | $0.00 | $0.00 | $0.00 | $3,751.77 | $3,751.77 | Cure Payments |
| Genesis Solar, LLC<br>c/o Klee, Tuchin, Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067 | | 54681 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $1,013,074.21 | $1,013,074.21 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Great Oaks Water Co. Timothy S. Guster, VP and General Counsel PO Box 23490 PO Box 23490 San Jose, CA 95153 | | 72199 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,771.50 | $2,771.50 | Cure Payments |
| Great Oaks Water Co. Timothy S. Guster VP and General Counsel PO Box 23490 San Jose, CA 95153 | | 79191 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $20.82 | $20.82 | Cure Payments |
| Great Oaks Water Co. Timothy S. Guster, VP and General Counsel PO Box 23490 San Jose, CA 95153 | | 67891 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $135.94 | $135.94 | Cure Payments |
| Halkirk I Wind Project LP c/o Capital Power Corporation 1200 - 10423 101 St. N.W. Edmonton, AB T5H 0E9 | | 20020 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $1,750,148.02 | $1,750,148.02 | Cure Payments |
| Hat Creek Hereford Ranch Power Co Hat Creek Hereford Ranch Power 41363 Opdyke Lane Hat Creek, CA 96040 | | 2013 | Pacific Gas and Electric Company | 3/19/2019 | $0.00 | $0.00 | $0.00 | $1,529.70 | $1,529.70 | Cure Payments |
| Hollister Solar LLC c/o Allco Renewable Energy Limited 1740 Broadway, 15th Floor New York, NY 10019 | | 2607 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $6,496.31 | $6,496.31 | Cure Payments |
| Ignite Solar, LLC Troutman Sanders LLP Attn: Hugh M. McDonald, Esq. 875 Third Avenue New York, NY 10022 | | 64092 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $6,514.68 | $6,514.68 | Cure Payments |
| Iron Mountain Information Management, LLC Attn: Joseph Corrigan 1 Federal St. Boston, MA 02110 | | 78925 | Pacific Gas and Electric Company | 10/21/2019 | $59,069.30 | $0.00 | $0.00 | $0.00 | $59,069.30 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| J.H. Lane Partners Master Fund, LP as Transferee of Mammoth One LLC<br>Attn: Haskel Ginsberg 126 East 56th Street, 16th Floor 4 Embarcadero Center, 17th Floor<br>New York, NY 10022 | J.H. Lane Partners Master Fund, LP<br>Attn: Haskel Ginsberg 126 East 56th Street, 16th Floor<br>New York, NY 10022<br>100% | 1893 | Pacific Gas and Electric Company | 3/30/2019 | $0.00 | $0.00 | $0.00 | $726,783.43 | $726,783.43 | Cure Payments |
| J.H. Lane Partners Master Fund, LP as Transferee of Mammoth One LLC<br>Attn: Haskel Ginsberg 126 East 56th Street, 16th Floor 4 Embarcadero Center, 17th Floor<br>New York, NY 10022 | J.H. Lane Partners Master Fund, LP<br>Attn: Haskel Ginsberg 126 East 56th Street, 16th Floor<br>New York, NY 10022<br>100% | 1891 | Pacific Gas and Electric Company | 3/30/2019 | $0.00 | $0.00 | $0.00 | $387,119.49 | $387,119.49 | Cure Payments |
| James Crane Hydro<br>P.O. Box 173<br>Forest Ranch, CA 95942 | | 8079 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $35.83 | $35.83 | Cure Payments |
| Kern River Cogeneration Company<br>Chevron Products Company,a Chevron U.S.A. division Attn: Michael L. Armstrong, Senior Counsel 6001 Bollinger Canyon Road<br>San Ramon, CA 94583 | | 2579 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $1,547,703.52 | $0.00 | $666,848.38 | $2,214,551.90 | Cure Payments |
| Kern River Cogeneration Company<br>Chevron Products Company,a Chevron U.S.A. division Attn: Michael L. Armstrong, Senior Counsel 6001 Bollinger Canyon Road<br>San Ramon, CA 94583 | | 57986 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $1,071,619.04 | $1,071,619.04 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Liberty Utilities (CalPeco Electric) LLC<br>Husch Blackwell LLP Mark T. Benedict 4801 Main Street, Suite 1000<br>Kansas City, MO  64112 | | 2670 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $49,175.00 | $0.00 | $0.00 | $49,175.00 | Cure Payments |
| Liberty Utilities (CalPeco Electric) LLC<br>Husch Blackwell LLP Mark T. Benedict 4801 Main Street, Suite 1000<br>Kansas City, MO  64112 | | 64735 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $73,118.46 | $73,118.46 | Cure Payments |
| Liberty Utilities (CalPeco Electric) LLC<br>Husch Blackwell LLP Mark T. Benedict 4801 Main Street, Suite 1000<br>Kansas City, MO  64112 | | 103386 | Pacific Gas and Electric Company | 4/24/2020 | $0.00 | $0.00 | $0.00 | $99,988.03 | $99,988.03 | Cure Payments |
| Lindco Inc.<br>PO BOX 3437<br>Salinas, CA  93912 | | 1670 | PG&E Corporation | 3/11/2019 | $0.00 | $0.00 | $0.00 | $14,819.01 | $14,819.01 | Cure Payments |
| LYONS LAND & CATTLE<br>1212 K STREET<br>MODESTO, CA  95354 | | 6002 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $24,341.11 | $24,341.11 | Cure Payments |
| Mariposa Energy, LLC<br>Diamond Generating Corporation Attn: Motosaburo Suzuki 633 West Fifth Street, 27th Floor<br>Los Angeles, CA  90071 | | 65862 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $276,373.98 | $276,373.98 | Cure Payments |
| Merced Solar LLC<br>c/o Allco Renewable Energy Limited 1740 Broadway, 15th Floor<br>New York, NY  10019 | | 2644 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $3,884.48 | $3,884.48 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Midway Sunset Cogeneration Company<br>c/o Wanger Jones Helsley PC Attn: Michael L. Wilhelm 265 E. River Park Circle, Suite 310<br>Fresno, CA 93720 | | 77943 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $7,764.83 | $7,764.83 | Cure Payments |
| Mission Solar LLC<br>c/o Allco Renewable Energy Limited 1740 Broadway, 15th Floor<br>New York, NY 10019 | | 2654 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $3,784.16 | $3,784.16 | Cure Payments |
| MODESTO IRRIGATION DISTRICT<br>920 Woodland Ave. (Woodland P.P.)<br>Modesto, CA 95351 | | 87108 | Pacific Gas and Electric Company | 11/7/2019 | $0.00 | $0.00 | $0.00 | $9,782.34 | $9,782.34 | Cure Payments |
| North Sky River Energy, LLC<br>c/o Klee, Tuchin Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Ave. of the Stars, 39th Floor<br>Los Angeles, CA 90067 | | 54712 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $315,563.64 | $315,563.64 | Cure Payments |
| Orion Solar I, LLC<br>c/o Longroad Solar Portfolio Holdings, LLC 330 Congress Street, 6th Floor<br>Boston, MA 02210 | | 9141 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $410,398.66 | $410,398.66 | Cure Payments |
| Pac West Office Equities LP<br>555 Capitol Mall, Suite 900<br>Sacramento, CA 95814 | | 79451 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $14,321.53 | $14,321.53 | Cure Payments |
| Phillips 66 Company<br>c/o Candace Schiffman, Sr. Counsel 2331 CityWest Blvd., N-1364<br>Houston, TX 77042 | | 7149 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $20,123.61 | $20,123.61 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Portal Ridge Solar C, LLC c/o D. E. Shaw Renewable Investments L.L.C. Attn: Rusty Sage 1166 Avenue of the Americas, 9th Floor New York, NY 10036 | | 59404 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $21,649.89 | $21,649.89 | Cure Payments |
| Potrero Hills Energy Producers, LLC c/o Hunton Andrews Kurth LLP Attn: Peter S. Partee, Esq., Robert A. Rich, Esq, 200 Park Avenue New York, NY 10166 | | 57882 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $168,259.51 | $168,259.51 | Cure Payments |
| RE Kansas LLC c/o McGuireWoods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Chicago, IL 60601 | | 35526 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Cure Payments |
| RE Kansas LLC c/o McGuireWoods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Suite 4100 Chicago, IL 60601 | | 2642 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $107,022.28 | $0.00 | $0.00 | $107,022.28 | Cure Payments |
| RE Kent South LLC McGuireWoods LLP Aaron G. McCollough 77 W. Wacker Dr. Suite 4100 Chicago, IL 60601 | | 16740 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $39,260.15 | $39,260.15 | Cure Payments |
| RE Old River One LLC c/o McGuireWoods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Chicago, IL 60601 | | 31001 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Cure Payments |
| RE Old River One LLC c/o McGuireWoods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Suite 4100 Chicago, IL 60601 | | 2655 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $87,020.50 | $0.00 | $0.00 | $87,020.50 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rising Tree Wind Farm II LLC<br>c/o EDP Renewables North America LLC Attn: Leslie A. Freiman & Randy Sawyer 808 Travis Street, Suite 700<br>Houston, TX 77022 | | **67086** | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $19,814.79 | $19,814.79 | Cure Payments |
| Rock Creek Limited Partnership<br>Andrew H. Morton Stoel Rives LLP 600 University Street Suite 3600<br>Seattle, WA 98101 | | **66491** | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $995.07 | $995.07 | Cure Payments |
| Sencha Funding, LLC as Transferee of Cowen Special Investments LLC<br>c/o Farallon Capital Management, L.L.C. Attn: Michael G. Linn<br>San Francisco, CA 94111 | Sencha Funding, LLC<br><br>c/o Farallon Capital Management, L.L.C. Attn: Michael G. Linn One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>100% | **2349** | Pacific Gas and Electric Company | 4/15/2019 | $0.00 | $0.00 | $0.00 | $780,037.33 | $780,037.33 | Cure Payments |
| Shafter Solar, LLC<br>c/o Klee, Tuchin, Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Avenue of the Stars, 39th Floor 39th Floor<br>Los Angeles, CA 90067 | | **30973** | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $9,090.55 | $9,090.55 | Cure Payments |
| Shiloh I Wind Power LLC<br>Stoel Rives LLP Attn: Jennifer Slocum 600 University Street Suite 3600<br>Seattle, WA 98101 | | **104748** | Pacific Gas and Electric Company | 5/15/2020 | $0.00 | $0.00 | $0.00 | $86,139.45 | $86,139.45 | Cure Payments |
| SJ Power Holdings, LLC<br>200 W Madison, Ste 3810<br>Chicago, IL 60606 | | **9975** | PG&E Corporation | 9/24/2019 | $0.00 | $0.00 | $0.00 | $93,663.46 | $93,663.46 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Solano Irrigation District<br>810 Vaca Valley Parkway, Suite 201<br>Vacaville, CA  95688 | | 8175 | Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $211,563.46 | $211,563.46 | Cure Payments |
| Solano Irrigation District<br>810 Vaca Valley Parkway, Suite 201<br>Vacaville, CA  95688 | | 1952 | Pacific Gas and Electric Company | 3/25/2019 | $0.00 | $0.00 | $0.00 | $145,008.03 | $145,008.03 | Cure Payments |
| SPCP Group, LLC as Transferee of Sunrise Engineering Inc<br>Attn: Brian Jarmain<br>Greenwich, CT  06830 | SPCP Group, LLC<br><br>Attn: Brian Jarmain 2 Greenwich Plaza, 1st Floor<br>Greenwich, CT  6830<br>100% | 2460 | Pacific Gas and Electric Company | 4/18/2019 | $0.00 | $0.00 | $0.00 | $258,731.84 | $258,731.84 | Cure Payments |
| spectrum properties-TwiIrons<br>411 davis street 102<br>vacaville, CA  95687 | | 87012 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $3,918.64 | $3,918.64 | Cure Payments |
| SPS Atwell Island, LLC<br>c/o TerraForm Power, LLC Attention: Legal 200 LIberty Street, 14th Floor<br>New York, NY  10281 | | 78186 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $223,099.52 | $223,099.52 | Cure Payments |
| SRI International<br>Diane Lu 333 Ravenswood Avenue<br>Menlo Park, CA  94025 | | 1835 | Pacific Gas and Electric Company | 3/22/2019 | $0.00 | $0.00 | $0.00 | $61,862.62 | $61,862.62 | Cure Payments |
| Sunray Energy 2, LLC<br>c/o Clenera, LLC  Attn: Admin Dept. PO Box 2576<br>Boise, ID  83701 | | 20016 | Pacific Gas and Electric Company | 10/9/2019 | $0.00 | $0.00 | $0.00 | $48,835.50 | $48,835.50 | Cure Payments |
| Sunshine Gas Producers, L.L.C.<br>c/o DTE Energy Resources, LLC Attn: Stephanie R. Reeves, Esq. 414 S. Main Street, Ste. 600<br>Ann Arbor, MI  48104 | | 57927 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $415,597.55 | $415,597.55 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| TA - Acacia, LLC<br>McGuireWoods LLP Aaron G. McCollough 77 W. Wacker Dr. Suite 4100<br>Chicago, IL  60601 | | 10237 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $59,117.39 | $59,117.39 | Cure Payments |
| The Metropolitan Water District of Southern California<br>Brent Yamasaki, Group Manger, Water System Operations 700 N. Alameda St.<br>Los Angeles, CA  90012 | | 2456 | Pacific Gas and Electric Company | 4/18/2019 | $0.00 | $0.00 | $0.00 | $10,136.06 | $10,136.06 | Cure Payments |
| Tunnel Hill Hydro LLC<br>1026 Florin Road, #390<br>Sacramento, CA  95831 | | 1434 | Pacific Gas and Electric Company | 3/13/2019 | $0.00 | $0.00 | $0.00 | $507.87 | $507.87 | Cure Payments |
| Tunnel Hill Hydro LLC<br>1026 Florin Road, #390<br>Sacramento, CA  95831 | | 1435 | Pacific Gas and Electric Company | 3/13/2019 | $0.00 | $0.00 | $0.00 | $2,018.56 | $2,018.56 | Cure Payments |
| Union Oil Company of California<br>Chevron Products Company, a Chevron U.S.A. division Michael L. Armstrong, Senior Counsel 6001 Bollinger Canyon Road<br>San Ramon, CA  94583 | | 2577 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $163,935.61 | $0.00 | $0.00 | $163,935.61 | Cure Payments |
| United Rentals, Inc.<br>Attn: Mike Dowden 6125 Lakeview Road #300<br>Charlotte, NC  28269 | | 3390 | PG&E Corporation | 6/17/2019 | $0.00 | $0.00 | $0.00 | $14,224.72 | $14,224.72 | Other Satisfied |
| Vasco Winds, LLC<br>c/o Klee, Tuchin, Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA  90067 | | 54685 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $207,664.37 | $207,664.37 | Cure Payments |
| Vintner Solar LLC<br>c/o Allco Renewable Energy 1740 Broadway, 15th Floor<br>New York, NY  10019 | | 2587 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $7,570.30 | $7,570.30 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Vista Corporation<br>Gregory John Stangl PO Box 30032<br>Walnut Creek, CA  94598 | | 1296 | Pacific Gas and Electric Company | 3/6/2019 | $0.00 | $0.00 | $0.00 | $92,060.70 | $92,060.70 | Cure Payments |
| Water Wheel Ranch<br>Finley T. McMillan PO Box 110<br>Round Mountain, CA  96084 | | 1879 | Pacific Gas and Electric Company | 3/27/2019 | $0.00 | $0.00 | $0.00 | $3,721.44 | $3,721.44 | Cure Payments |
| World Wide Technology, LLC<br>Bryan Cave Leighton Paisner LLP Brian C. Walsh One Metropolitan Square, Suite 3600<br>St. Louis, MO  63102 | | 2445 | Pacific Gas and Electric Company | 4/17/2019 | $0.00 | $306,903.27 | $0.00 | $0.00 | $306,903.27 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count: 129** | | | **$306,228.12** | **$2,396,787.62** | **$0.00** | **$13,441,461.36** | **$16,144,477.10** | |