# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 Halcyon Owner LLC<br>415 Mission Street, 45th Floor<br>SAN FRANCISCO, CA 94105 | | 92170743 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $106,235.79 | $106,235.79 | Other Satisfied |
| 1080 CHESTNUT CORP<br>1080 CHESTNUT ST<br>SAN FRANCISCO, CA 94109 | | 92186944 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $527.24 | $527.24 | Other Satisfied |
| 1415 MERIDIAN PLAZA LP<br>7700 COLLEGE TOWN DR STE 118<br>SACRAMENTO, CA 95826 | | 92186942 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $529.40 | $529.40 | Other Satisfied |
| 3D INFOTECH INC<br>7 HUBBLE<br>IRVINE, CA 92618 | | 92185483 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $33,245.00 | $33,245.00 | Other Satisfied |
| 3V GEOMATICS INC<br>4350 ARBUTUS STREET<br>VANCOUVER, BC V6J4A2 | | 92185560 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $25,500.00 | $25,500.00 | Other Satisfied |
| ABC Tree Farms, LLC<br>2464 El Camino Real 934<br>SANTA CLARA, CA 95051 | | 92170760 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Other Satisfied |
| ABC Tree Farms, LLC<br>2464 El Camino Real 934<br>SANTA CLARA, CA 95051 | | 92170761 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Other Satisfied |
| ACCOUNTING OFFICE OCCUPATIONAL SAFE<br>P.O. BOX 420603<br>SAN FRANCISCO, CA 94142 | | 92186245 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,925.00 | $2,925.00 | Other Satisfied |
| Ackley Ranch LLC<br>33300 State Highway 139A<br>Tule Lake, CA | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906<br>New York, NY 10018<br>100% | 92178477 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $15,243.00 | $15,243.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ADAM JOHN MCNULTY 6010 ZINN DR OAKLAND, CA 94611 | | 92183699 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Other Satisfied |
| Adrian Howard or Amber Howard 122 Ponderosa Ct Santa Cruz, CA | | 92178478 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Other Satisfied |
| ADVANCED AIR LEAK DETECTION 6111 SOUTHFRONT ROAD STE D LIVERMORE, CA 94551 | | 92185433 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $39,302.57 | $39,302.57 | Other Satisfied |
| Aegis Retail One, LLC. 515 GREAT CIRCLE RD EAST RUTHERFORD, NJ 7073 | | 92028202 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | Other Satisfied |
| AES DE RS II LLC 4875 PEARL E CIRCLE STE 200 BOULDER, CO 80301 | | 92186999 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $470.95 | $470.95 | Other Satisfied |
| AES DE RS II LLC 4875 PEARL E CIRCLE STE 200 BOULDER, CO 80301 | | 92186003 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $6,965.80 | $6,965.80 | Other Satisfied |
| AES DE RS II LLC 4875 PEARL E CIRCLE STE 200 BOULDER, CO 80301 | | 92185668 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $18,259.55 | $18,259.55 | Other Satisfied |
| AES DE RS II LLC 4875 PEARL E CIRCLE STE 200 BOULDER, CO 80301 | | 92186130 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,947.62 | $3,947.62 | Other Satisfied |
| AES DISTRIBUTED ENERGY INC 4875 PEARL EAST CIR STE 200 BOULDER, CO 80301 | | 92186568 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,247.32 | $1,247.32 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| AGILQUEST CORPORATION 9407 HULL STREET RD RICHMOND, VA 23236 | | 92185169 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $209,484.00 | $209,484.00 | Other Satisfied |
| ALAMEDA MUNICIPAL POWER 2000 GRAND ST ALAMEDA, CA 94501-0263 | | 92186597 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,140.53 | $1,140.53 | Other Satisfied |
| ALEXANDRA MARTINEZ 435 REDWAY DR REDWAY, CA 95560 | | 92186858 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Other Satisfied |
| ALLIED WASTE SERVICES 441 N BUCHANAN CIRCLE PACHECO, CA 94553-5119 | | 92185824 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $11,569.90 | $11,569.90 | Other Satisfied |
| ALLIED WASTE SERVICES #210 P.O. BOX 78829 PHOENIX, AZ 85062-8829 | | 92186705 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $896.69 | $896.69 | Other Satisfied |
| Almo Construction, Inc. 910 6th Ave. REDWOOD CITY, CA 94063 | | 92170759 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Other Satisfied |
| ALTAIR GLOBAL SERVICES LLC 7500 DALLAS PKWY STE 300 PLANO, TX 75024 | | 92186479 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,577.35 | $1,577.35 | Other Satisfied |
| AMERICAN HOSPITAL MANAGEMENT CORP P.O. BOX 4496 ARCATA, CA 95518 | | 92183665 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,295.00 | $9,295.00 | Other Satisfied |
| American Kings Solar, LLC 350 W. Washington St. 600 Tempe, AZ 85281-1496 | | 92178465 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $122,000.00 | $122,000.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN WATER SERVICES INC 2415 UNIVERSITY AVE 2ND FLR EAST PALO ALTO, CA 94303-1148 | | 92187322 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $90.89 | $90.89 | Other Satisfied |
| AP42 LLC 2303 CAMINO RAMON #280 SAN RAMON, CA 94583 | | 92185967 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,625.00 | $7,625.00 | Other Satisfied |
| APX INC 224 AIRPORT PKWY STE 600 SAN JOSE, CA 95110 | | 92185412 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $42,113.50 | $42,113.50 | Other Satisfied |
| ARBUCKLE MOUNTAIN HYDRO LLC P.O. BOX 1235 ROSEVILLE, CA 95678 | VonWin Capital Management, LP Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 100% | 92183769 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,336.77 | $4,336.77 | Other Satisfied |
| Arthur Kunde & Sons c/o Keith Kunde Po Box 639 Kenwood, CA | | 92178479 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,250.00 | $2,250.00 | Other Satisfied |
| ARUP NORTH AMERICA LTD 12777 W JEFFERSON BLVD STE 100 LOS ANGELES, CA 90066 | | 92185199 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $164,161.00 | $164,161.00 | Other Satisfied |
| Asgeir Berge 145 Old Adobe Rd Watsonville, CA | | 92178480 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| ASKREPLY INC 725 W MCDOWELL RD PHOENIX, AZ 85007 | | 92185519 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $29,248.67 | $29,248.67 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ATASCADERO MUTUAL WATER CO P.O. BOX 6075 ATASCADERO, CA 93423 | | 92187462 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10.00 | $10.00 | Other Satisfied |
| AZP CONSULTING LLC 11614 TOMAHAWK CREEK PKWY STE I LEAWOOD, KS 66211 | | 92185504 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $30,845.00 | $30,845.00 | Other Satisfied |
| BAKERSFIELD ARC INC 2240 S UNION AVE BAKERSFIELD, CA 93307 | | 92186688 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $958.09 | $958.09 | Other Satisfied |
| BARRIER1 SYSTEMS INC 8015 THORNDIKE RD GREENSBORO, NC 27409 | Fair Harbor Capital, LLC Attn: Fredric Glass Ansonia Finance Station PO Box 237037 New York, NY 10023 100% | 92183738 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,633.00 | $4,633.00 | Other Satisfied |
| Beachcomber Mobile Home Cooperative 2627 Nattison Lane, #9 Santa Cruz, CA | | 92178481 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $175.00 | $175.00 | Other Satisfied |
| BERLITZ CORPORATION 159 HOMER AVE PALO ALTO, CA 94301 | | 92186609 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,105.00 | $1,105.00 | Other Satisfied |
| BERTOLOTTI DISPOSAL P.O. BOX 157 CERES, CA 95307 | | 92186206 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,325.97 | $3,325.97 | Other Satisfied |
| BIZON GROUP INC 800 AVENUE H SAN FRANCISCO, CA 94130 | | 92187001 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $468.97 | $468.97 | Other Satisfied |
| BLAKES LANDING FARMS INC P.O. BOX 848 MARSHALL, CA 94940 | | 92186549 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,303.25 | $1,303.25 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Blue Mountain Minerals PR, LLC 24599 Marble Quarry Road Columbia, CA 95310 | | 92178464 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $448,000.00 | $448,000.00 | Other Satisfied |
| BRIAN J MCMONAGLE 1851 HERITAGE LN STE 205 SACRAMENTO, CA 95815 | | 92186697 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $920.00 | $920.00 | Other Satisfied |
| Brian R Zucchi 1969 Ocean Street Ext Santa Cruz, CA | | 92178482 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | Other Satisfied |
| BRIGHT HORIZONS FAMILY SOLUTIONS P.O. BOX 277878 ATLANTA, GA 30384-7878 | | 92185096 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $386,544.44 | $386,544.44 | Other Satisfied |
| BRYAN K LEISER P.O. BOX 16249 FRESNO, CA 93755 | | 92186184 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,510.00 | $3,510.00 | Other Satisfied |
| BURNEY WATER DISTRICT 20222 HUDSON ST BURNEY, CA 96013 | | 92186798 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $661.63 | $661.63 | Other Satisfied |
| Byblos Enterprises LLC; N15G 245 Market St. 15th Floor; #1552A San Francisco, CA 94105 | | 92056618 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $11,349.49 | $11,349.49 | Other Satisfied |
| CAGLIA ENVIRONMENTAL LLC P.O. BOX 310 CHOWCHILLA, CA 93610 | | 92186284 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,703.96 | $2,703.96 | Other Satisfied |
| CALAVERAS PUBLIC UTILITY DISTRCT #1 P.O. BOX 666 SAN ANDREAS, CA 95249 | | 92186098 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,103.83 | $5,103.83 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CALAVERAS PUBLIC UTILITY DISTRCT #2 P.O. BOX 666 SAN ANDREAS, CA 95249 | | 92186386 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,035.06 | $2,035.06 | Other Satisfied |
| CALAVERAS PUBLIC UTILITY DISTRCT #3 P.O. BOX 666 SAN ANDREAS, CA 95249 | | 92186923 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $567.13 | $567.13 | Other Satisfied |
| Cal-Style, LLC C/O: Barbara B Radmacher 2020 Sterling Ave Menlo Park, CA | | 92178483 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Other Satisfied |
| CAMP SYSTEMS INTERNATIONAL INC 999 MARCONI AVE RONKONKOMA, NY 11779 | | 92185884 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,975.00 | $9,975.00 | Other Satisfied |
| CAMPBELL VALVE & ENGINEERING CORP 2027 E CEDAR ST ONTARIO, CA 91761 | | 92185792 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $12,838.51 | $12,838.51 | Other Satisfied |
| CARMEL MARINA CORPORATION 11240 COMMERCIAL PKY CASTROVILLE, CA 95012 | | 92186268 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $782.08 | $782.08 | Other Satisfied |
| CARTER VALIDUS OPERATING 4890 W KENNEDY BLVD STE 650 TAMPA, FL 33609 | | 92185335 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $64,299.47 | $64,299.47 | Other Satisfied |
| Casey Courneen 150 California St, 9th Floor San Francisco, CA | | 92178484 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| Castle & Cooke California, INC 10,000 Stockdale Hwy, #300 Bakersfield, CA | | 92178470 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $43,000.00 | $43,000.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CCATT LLC<br>4301 Hacienda Dr, Suite 410<br>Pleasanton, CA | | 92178485 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $57,000.00 | $57,000.00 | Other Satisfied |
| CENTER FOR INTERNET SECURITY INC<br>31 TECH VALLEY DR<br>EAST GREENBUSH, NY 12061 | | 92185866 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,500.00 | $10,500.00 | Other Satisfied |
| CENTRAL CALIFORNIA IRRIGATION DIST<br>P.O. BOX 1231<br>LOS BANOS, CA 93635 | | 92186168 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,597.93 | $3,597.93 | Other Satisfied |
| CHAMPION PROCESS INC<br>5171 ASHLEY CT<br>HOUSTON, TX 77041 | | 92185114 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $325,290.00 | $325,290.00 | Other Satisfied |
| CHARLES D REYNOLDS<br>P.O. BOX 1221<br>MODESTO, CA 95353-1221 | | 92185822 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $11,589.00 | $11,589.00 | Other Satisfied |
| Chavinda, Inc<br>4834 N. Vineland<br>Kerman, CA 93630 | | 92178473 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| CHEMEHUEVI INDIAN TRIBE<br>P.O. BOX 1976<br>HAVASU LAKE, CA 92363 | | 92185269 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $84,220.24 | $84,220.24 | Other Satisfied |
| CHEVRON USA INC<br>9525 CAMINO MEDIA<br>BAKERSFIELD, CA 93311 | | 92185417 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $41,638.45 | $41,638.45 | Other Satisfied |
| Chris Firestone<br>2 Wellesley Ct<br>Lafayette, CA | | 92178486 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Other Satisfied |
| CITIBANK NA NY<br>333 WEST 34TH ST<br>NEW YORK, NY 10001 | | 92183628 | PG&E Corporation | 3/14/19 | $0.00 | $0.00 | $0.00 | $30.00 | $30.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CITIGROUP NORTH AMERICA P.O. BOX 7247-8614 PHILADELPHIA, PA 19170-8614 | | 92186232 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,012.00 | $3,012.00 | Other Satisfied |
| CITIGROUP NORTH AMERICA P.O. BOX 7247-8614 PHILADELPHIA, PA 19170-8614 | | 92183620 | PG&E Corporation | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Other Satisfied |
| CITY OF ATASCADERO 6907 EL CAMINO REAL ATASCADERO, CA 93422 | | 92187215 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $205.00 | $205.00 | Other Satisfied |
| CITY OF AUBURN 1225 LINCOLN WAY AUBURN, CA 95603 | | 92186679 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $990.25 | $990.25 | Other Satisfied |
| CITY OF BAKERSFIELD 1600 TRUXTUN AVE BAKERSFIELD, CA 93301 | | 92187451 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 | Other Satisfied |
| CITY OF BAKERSFIELD 1501 TRUXTUN AVE BAKERSFIELD, CA 93301 | | 92183722 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,757.00 | $4,757.00 | Other Satisfied |
| CITY OF BUELLTON P.O. BOX 1819 BUELLTON, CA 93427 | | 92187321 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $91.08 | $91.08 | Other Satisfied |
| CITY OF CLOVIS 1033 FIFTH ST CLOVIS, CA 93612 | | 92186354 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,252.89 | $2,252.89 | Other Satisfied |
| CITY OF COALINGA 155 W DURIAN AVE COALINGA, CA 93210 | | 92187033 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $406.46 | $406.46 | Other Satisfied |
| CITY OF COLUSA 425 WEBSTER ST COLUSA, CA 95932 | | 92186557 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,283.28 | $1,283.28 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF CORNING 794 THIRD ST CORNING, CA 96021 | | 92187330 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $87.30 | $87.30 | Other Satisfied |
| CITY OF DALY CITY 333-90TH STREET DALY CITY, CA 94015 | | 92185526 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $28,911.00 | $28,911.00 | Other Satisfied |
| CITY OF DALY CITY 333-90TH ST 1ST FL DALY CITY, CA 94015 | | 92185699 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $16,821.60 | $16,821.60 | Other Satisfied |
| CITY OF DINUBA 405 E EL MONTE DINUBA, CA 93618 | | 92186830 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $120.22 | $120.22 | Other Satisfied |
| CITY OF EAST PALO ALTO 1960 TATE ST E PALO ALTO, CA 94303 | | 92186627 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,043.00 | $1,043.00 | Other Satisfied |
| CITY OF EUREKA 531 K ST EUREKA, CA 95501 | | 92187123 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $303.45 | $303.45 | Other Satisfied |
| CITY OF FORTUNA 621 11TH ST FORTUNA, CA 95540 | | 92187265 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $176.54 | $176.54 | Other Satisfied |
| CITY OF GRASS VALLEY 125 E MAIN ST GRASS VALLEY, CA 95945 | | 92186483 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,559.98 | $1,559.98 | Other Satisfied |
| CITY OF HALF MOON BAY 501 MAIN ST HALF MOON BAY, CA 94019 | | 92187031 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $410.00 | $410.00 | Other Satisfied |
| CITY OF HOLLISTER 375 FIFTH ST HOLLISTER, CA 95023 | | 92187051 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $393.58 | $393.58 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF JACKSON 33 BROADWAY JACKSON, CA 95642-2393 | | 92187151 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $270.41 | $270.41 | Other Satisfied |
| CITY OF LAKEPORT 225 PARK ST LAKEPORT, CA 95453 | | 92186783 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $685.69 | $685.69 | Other Satisfied |
| CITY OF LEMOORE 119 FOX ST LEMOORE, CA 93245 | | 92186374 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,099.72 | $2,099.72 | Other Satisfied |
| CITY OF LOS BANOS 520 J STREET LOS BANOS, CA 93635 | | 92186534 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,381.81 | $1,381.81 | Other Satisfied |
| CITY OF MADERA 205 W FOURTH ST MADERA, CA 93637 | | 92186309 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,549.76 | $2,549.76 | Other Satisfied |
| CITY OF MANTECA 1001 W CENTER ST MANTECA, CA 95337 | | 92186037 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $6,235.47 | $6,235.47 | Other Satisfied |
| CITY OF MERCED 678 WEST 18TH ST DEPT UB MERCED, CA 95340 | Fair Harbor Capital, LLC Attn: Fredric Glass Ansonia Finance Station PO Box 237037 New York, NY 10023 100% | 92186105 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,006.81 | $5,006.81 | Other Satisfied |
| CITY OF MERCED 678 W 18TH ST MERCED, CA 95340 | | 92187478 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $0.50 | $0.50 | Other Satisfied |
| CITY OF NAPA P.O. BOX 890 NAPA, CA 94559 | | 92187283 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $165.69 | $165.69 | Other Satisfied |
| CITY OF NAPA P.O. BOX 660 NAPA, CA 94559 | | 92183747 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,546.00 | $4,546.00 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF NEWMAN 938 FRESNO ST NEWMAN, CA 95360 | | 92187312 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $95.23 | $95.23 | Other Satisfied |
| CITY OF OAKLAND 250 FRANK H OGAWA PLAZA #3341 OAKLAND, CA 94612 | | 92185159 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $233,301.58 | $233,301.58 | Other Satisfied |
| CITY OF ORLAND 815 4TH ST ORLAND, CA 95963 | | 92187309 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $144.20 | $144.20 | Other Satisfied |
| CITY OF PARLIER 1100 E PARLIER AVE PARLIER, CA 93648 | | 92187251 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $198.04 | $198.04 | Other Satisfied |
| CITY OF PISMO BEACH 760 MATTIE RD PISMO BEACH, CA 93449-2056 | | 92187154 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $264.47 | $264.47 | Other Satisfied |
| CITY OF PLACERVILLE 3101 CENTER ST PLACERVILLE, CA 95667 | | 92187272 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $173.01 | $173.01 | Other Satisfied |
| CITY OF RIO VISTA P.O. BOX 745 RIO VISTA, CA 94571 | | 92186738 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $810.20 | $810.20 | Other Satisfied |
| CITY OF SAN MATEO 330 W 20TH AVE SAN MATEO, CA 94403-1388 | | 92185525 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $28,968.50 | $28,968.50 | Other Satisfied |
| CITY OF TAFT 209 E KERN ST TAFT, CA 93268 | | 92187138 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $296.03 | $296.03 | Other Satisfied |
| CITY OF VALLEJO 555 SANTA CLARA ST VALLEJO, CA 94940 | | 92183756 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,496.00 | $4,496.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF WILLITS<br>111 E COMMERCIAL ST<br>WILLITS, CA 95490 | | 92187135 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $297.11 | $297.11 | Other Satisfied |
| CITY OF WINTERS<br>318 FIRST ST<br>WINTERS, CA 95694 | | 92186277 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,770.33 | $2,770.33 | Other Satisfied |
| CLAY LLC<br>1600 LOMBARD ST<br>SAN FRANCISCO, CA 94123 | | 92186189 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,485.62 | $3,485.62 | Other Satisfied |
| CLEARLAKE WASTE SOLUTIONS INC<br>P.O. BOX 60<br>UKIAH, CA 95482-0060 | | 92186368 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,128.31 | $2,128.31 | Other Satisfied |
| COCOPAH INDIAN TRIBE<br>14515 S VETERANS DRIVE<br>SOMERTON, AZ 85350 | | 92185718 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $16,125.10 | $16,125.10 | Other Satisfied |
| COIL INNOVATION USA INC<br>125 EDINBURGH S DR STE 201<br>CARY, NC 27511 | | 92185070 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $538,930.89 | $538,930.89 | Other Satisfied |
| COLORADO RIVER INDIAN TRIBES<br>26600 MOHAVE RD<br>PARKER, AZ 85344 | | 92185348 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $60,605.61 | $60,605.61 | Other Satisfied |
| CONCORD DISPOSAL SERVICE<br>P.O. BOX 5397<br>CONCORD, CA 94524 | | 92185927 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,468.22 | $8,468.22 | Other Satisfied |
| CONDE GROUP INC<br>4141 JUTLAND DR STE 130<br>SAN DIEGO, CA 92117 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson PO Box 669<br>Smithtown, NY 11787<br>100% | 92185960 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,776.00 | $7,776.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CONSUMERS POWER INC 6990 WEST HILLS RD PHILOMATH, OR 97370 | | 92185153 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $242,458.41 | $242,458.41 | Other Satisfied |
| CONTRA COSTA WATER DISTRICT P.O. BOX H20 CONCORD, CA 94524 | | 92185984 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,258.29 | $7,258.29 | Other Satisfied |
| County Inn 26725 Shady Oaks Ct Los Altos Hills, CA | | 92178487 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Other Satisfied |
| CRAIG TYLER 4723 ANNADEL HEIGHTS DR SANTA ROSA, CA 95405-8207 | | 92185861 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,640.76 | $10,640.76 | Other Satisfied |
| CYPRESS ABBEY COMPANY P.O. BOX 890 KENWOOD, CA 95452 | | 92185844 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $11,000.00 | $11,000.00 | Other Satisfied |
| Dane Caldwell-Holden or Christine Caldwell-Holden 110 Cress Rd Santa Cruz, CA | | 92178488 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Other Satisfied |
| Daniel C Ng Po Box 511922 Palo Alto, CA | | 92178489 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Other Satisfied |
| DANIEL N OVADIA 2040 ALAMEDA PADRE SERRA STE 109 SANTA BARBARA, CA 93103 | | 92186888 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $625.00 | $625.00 | Other Satisfied |
| DANNY MACIEL 2464 Ivy Street Live Oak, CA 95953 | | 92178450 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,500.00 | $7,500.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| DAPTIV SOULTIONS LLC 1111 THIRD AVE STE 700 SEATTLE, WA 98101 | | 92185942 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,040.00 | $8,040.00 | Other Satisfied |
| DATAXPORT NET LLC 10950 PELLICANO DR STE C4 EL PASO, TX 79935 | | 92186304 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,579.22 | $2,579.22 | Other Satisfied |
| David V Perry 513 Ashton Ave Palo Alto, CA | | 92178490 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| De Carmara Management 9011 Soquel Dr, Suite A Aptos, CA | | 92178491 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |
| Debbie A Batcha 2173 Dry Creek Rd San Jose, CA | | 92178492 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Other Satisfied |
| DEL MONTE FOODS INC 3003 OAK RD STE 600 WALNUT CREEK, CA 94597 | | 92186666 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| DELTA CONTAINER CORP 1145 W CHARTER WAY STOCKTON, CA 95206 | | 92185918 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,711.90 | $8,711.90 | Other Satisfied |
| DELTA DIABLO SANITATION DISTRICT 2500 PITTSBURG-ANTIOCH HWY ANTIOCH, CA 94509 | | 92185850 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,890.00 | $10,890.00 | Other Satisfied |
| DENNIS C MURPHY 1916 CAMELOT CT MODESTO, CA 95355 | | 92187075 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $373.40 | $373.40 | Other Satisfied |
| DIABLO WATER DISTRICT P.O. BOX 127 OAKLEY, CA 94561 | | 92187370 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $64.74 | $64.74 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| DOLLAR ENERGY FUND INC<br>P.O. BOX 42329<br>PITTSBURGH, PA 15203 | | 92185223 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $136,878.20 | $136,878.20 | Other Satisfied |
| Donald E Althoff<br>1678 S. Orchard Dr.<br>Merced, CA 95341 | | 92178468 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |
| DONALD R CHENOWETH<br>10333 MORGAN TERRITORY RD<br>LIVERMORE, CA 94550 | | 92187366 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $65.88 | $65.88 | Other Satisfied |
| DONALDSON COMPANY INC<br>1400 W 94TH ST<br>BLOOMINGTON, MN 55431 | | 92185107 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $340,235.48 | $340,235.48 | Other Satisfied |
| Donna L Rodoni<br>Po Box 3235<br>Santa Cruz, CA | | 92178494 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| Dorothy E Beattie<br>Po Box 1314<br>Santa Cruz, CA | | 92178495 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Other Satisfied |
| EAGLE CREEK HYDRO HOLDINGS LLC<br>65 MADISON AVE STE 500<br>MORRISTOWN, NJ 7960 | | 92187479 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $0.29 | $0.29 | Other Satisfied |
| EDISON ELECTRIC INSTITUTE<br>701 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20004-2696 | | 92185973 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,500.00 | $7,500.00 | Other Satisfied |
| Edward Parrish or Joan Parrish<br>118 La Canada Way<br>Santa Cruz, CA | | 92178496 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| Edward Villanueva<br>104 Blossom Ct<br>San Rafael, CA | | 92178497 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Edwin DeSilva or Kevin Perreira<br>Po Box 1688<br>Orinda, CA | | 92178498 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| EEL RIVER DISPOSAL & RESOURCE<br>965 RIVERWALK DRIVE<br>FORTUNA, CA 95540 | | 92186644 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,001.68 | $1,001.68 | Other Satisfied |
| EGBERT JAMES DEGROOT<br>11695 JUMPER AVE<br>WASCO, CA 93280 | | 92183700 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Other Satisfied |
| EL DORADO IRRIGATION DIST<br>2890 MOSQUITO RD<br>PLACERVILLE, CA 95667 | | 92185124 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $304,778.79 | $304,778.79 | Other Satisfied |
| Elements Plus, Inc<br>245 Market Street<br>San Francisco, CA 94105 | | 92179627 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $13,000.00 | $13,000.00 | Other Satisfied |
| Elizabeth Adriaenssens<br>1109 El Monte Ave<br>Mountain View, CA | | 92178499 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Other Satisfied |
| EMADCO DISPOSAL SERVICE<br>40287 OAK PARK WAY<br>OAKHURST, CA 93644 | | 92186767 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $715.67 | $715.67 | Other Satisfied |
| ENDEAVOR ASSETS LLC<br>30 EAGLES LANDING LN<br>LAS VEGAS, NV 89141 | | 92183752 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | Other Satisfied |
| ENERGY & PROCESS CORP<br>2146-B FLINTSTONE DR<br>TUCKER, GA 30084 | | 92187060 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $385.35 | $385.35 | Other Satisfied |
| ENVISE<br>7390 LINCOLN WAY<br>GARDEN GROVE, CA 92841 | | 92185443 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $37,810.90 | $37,810.90 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| EUGENE MCFADDEN 1600 POWERHOUSE RD POTTER VALLEY, CA 95469 | ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302 Woodbury, NY 11797 100% | 92183746 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,554.86 | $4,554.86 | Other Satisfied |
| EVOLUTION MARKETS FUTURES LLC 10 BANK ST STE 410 WHITE PLAINS, NY 10606 | | 92187121 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $310.00 | $310.00 | Other Satisfied |
| EXELA ENTERPRISE SOLUTIONS INC 300 FIRST STAMFORD PL 2ND FLR STAMFORD, CT 6820 | | 92185556 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $26,161.00 | $26,161.00 | Other Satisfied |
| EXPEDITION COMMUNICATIONS LLC 5939 DARWIN CT STE 109 CARLSBAD, CA 92008 | | 92185314 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $70,000.00 | $70,000.00 | Other Satisfied |
| FAIRFIELD SUISUN SEWER DISTRICT 1010 CHADBOURNE RD FAIRFIELD, CA 94534-9700 | | 92185321 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $67,575.30 | $67,575.30 | Other Satisfied |
| FIRE SAFE MARIN INC P.O. BOX 2831 SAN ANSELMO, CA 94979 | | 92185740 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Other Satisfied |
| Francesca Benevento 120 Walker Dr Mountain View, CA | | 92178501 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| Frank De Bernardo 142 Via Trinita Aptos, CA | | 92178502 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $50,725.00 | $50,725.00 | Other Satisfied |
| FREDERICO J MORENO P.O. BOX 436 WATSONVILLE, CA 95077 | | 92186970 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| GANNETT FLEMING VALUATION AND RATE P.O. BOX 67100 HARRISBURG, PA 17106-7100 | | 92185989 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,190.00 | $7,190.00 | Other Satisfied |
| GARBERVILLE SANITARY DISTRICT P.O. BOX 211 GARBERVILLE, CA 95542 | | 92186883 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $638.42 | $638.42 | Other Satisfied |
| GARFIELD WATER DISTRICT P.O. BOX 337 CLOVIS, CA 93613 | | 92187412 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $44.28 | $44.28 | Other Satisfied |
| GARY M POSTOLKA 1342 HIGH NOON DR PLUMAS LAKE, CA 95961 | | 92185832 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $11,325.00 | $11,325.00 | Other Satisfied |
| GILTON SOLID WASTE MANAGEMENT INC 755 S YOSEMITE AVE OAKDALE, CA 95361 | | 92186296 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,652.85 | $2,652.85 | Other Satisfied |
| GLJ PETROLEUM CONSULTANTS LTD 4100 400 3RD AVE S W CALGARY, AB T2P 4H2 | | 92186526 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,400.00 | $1,400.00 | Other Satisfied |
| GOVERNMENTAL STRATEGIES INC 11803 WAYLAND ST OAKTON, VA 22124 | | 92186106 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Other Satisfied |
| Graham G Evans 2060 Ocean Street Ext Santa Cruz, CA | | 92178503 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,500.00 | $7,500.00 | Other Satisfied |
| GRAVITY PRO CONSULTING LLC 21 VIA LAMPARA SAN CLEMENTE, CA 92673 | | 92185148 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $245,518.00 | $245,518.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| GREATER VALLEJO RECREATION DISTRICT 395 AMADOR ST VALLEJO, CA 94590 | | 92187113 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $327.75 | $327.75 | Other Satisfied |
| GREEN TECHNOLOGY LEADERSHIP GROUP 426 17TH ST STE 700 OAKLAND, CA 94612 | | 92185329 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $65,947.00 | $65,947.00 | Other Satisfied |
| GREENTECH MEDIA 2 LIBERTY SQUARE 2ND FL BOSTON, MA 2109 | | 92185375 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Other Satisfied |
| GREENWASTE RECOVERY INC 1500 BERGER DR SAN JOSE, CA 95112-2703 | | 92186072 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,671.23 | $5,671.23 | Other Satisfied |
| Gregory L Jones or Jean B Jones 1411 Black Hawk Ct Lafayette, CA | | 92178504 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $12,500.00 | $12,500.00 | Other Satisfied |
| GRID ALTERNATIVES INC 1171 OCEAN AVE STE 200 OAKLAND, CA 94608 | | 92185068 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $550,722.00 | $550,722.00 | Other Satisfied |
| Gutierrez Properties LLC 195 W Elm Ave Coalinga, CA | | 92178505 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Other Satisfied |
| HANNA BROPHY MACLEAN MCLEER 555 12TH ST STE 1450 OAKLAND, CA 94607 | | 92187190 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $240.00 | $240.00 | Other Satisfied |
| Harold Kelban or Patricia Lynn Kelban 1958 Grahm Hill Rd Santa Cruz, CA | | 92178506 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Harvey Olsen or Catherine Olsen<br>50 Robert Rd<br>Orinda, CA | | 92178507 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |
| HAWAIIAN ELECTRIC COMPANY INC<br>900 RICHARDS ST<br>HONOLULU, HI 96813 | | 92184994 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,595,682.81 | $1,595,682.81 | Other Satisfied |
| HAYWARD AREA RECREATION &<br>1099 E ST<br>HAYWARD, CA 94541 | | 92186128 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,965.35 | $3,965.35 | Other Satisfied |
| Hayward Unified School District<br>Po Box 5000<br>Hayward, CA | | 92178508 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Other Satisfied |
| HAYWARD WATER SYSTEM<br>P.O. BOX 6004<br>HAYWARD, CA 94540 | | 92186464 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,664.65 | $1,664.65 | Other Satisfied |
| HEALTH SANITATION SERVICE<br>1850 W BETTERAVIA RD<br>SANTA MARIA, CA 93455 | | 92186935 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $546.09 | $546.09 | Other Satisfied |
| Henry Barron III<br>511 Mello Ln<br>Santa Cruz, CA | | 92178509 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Other Satisfied |
| Henry W Yu or Shirley Yu<br>1 Roxanne Ct<br>Lafayette, CA | | 92178510 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Other Satisfied |
| HEWITSON FARMS<br>HC 1 BOX 1<br>AVENAL, CA 93204 | | 92186006 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $6,815.31 | $6,815.31 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| HIGHLANDS WATER CO 14580 LAKESHORE DR CLEARLAKE, CA 95422 | | 92187360 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $69.76 | $69.76 | Other Satisfied |
| HISPANIC CHAMBER OF COMMERCE 1640 "N" STREET #220 MERCED, CA 95340 | | 92186824 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $125.00 | $125.00 | Other Satisfied |
| HUMBOLDT COMMUNITY SERVICE DISTRICT P.O. BOX 158 CUTTEN, CA 95534 | | 92183794 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,086.02 | $4,086.02 | Other Satisfied |
| I C SYSTEM INC P.O. BOX 64808 SAINT PAUL, MN 55164 | VonWin Capital Management, LP Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 100% | 92185648 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $19,113.25 | $19,113.25 | Other Satisfied |
| IFTTT INC 923 MARKET ST STE 400 SAN FRANCISCO, CA 94103 | | 92186473 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,616.44 | $1,616.44 | Other Satisfied |
| Ina Gottinger or Robert Mally 2821 Majorca Way San Carlos, CA | | 92178511 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $265,000.00 | $265,000.00 | Other Satisfied |
| INDIAN WELLS VALLEY WATER DISTRICT 500 W RIDGECREST BLVD RIDGECREST, CA 93556 | | 92187146 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $279.42 | $279.42 | Other Satisfied |
| INTER CITY PRINTING COMPANY INC 614 MADISON ST OAKLAND, CA 94607 | | 92185371 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $51,456.75 | $51,456.75 | Other Satisfied |
| INTERMOUNTAIN DISPOSAL INCORPORATED P.O. BOX 1596 PORTOLA, CA 96122 | | 92187414 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $44.00 | $44.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ivan Parra<br>488 Moorpark Way<br>Mountain View, CA | | 92178512 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Other Satisfied |
| JACKSON VALLEY IRRIGATION DISTRICT<br>6755 LAKE AMADOR DR<br>IONE, CA 95640 | | 92187415 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $41.30 | $41.30 | Other Satisfied |
| JAMES B PETER<br>ROUTE 1 BOX 45<br>GREENVILLE, CA 95947 | | 92187002 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $465.74 | $465.74 | Other Satisfied |
| James Salvatore Cozzolino<br>11853 San Mateo Road<br>Half Moon Bay, CA | | 92178513 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $979.00 | $979.00 | Other Satisfied |
| James Studybaker<br>4490 County Road 202<br>Orland, CA 95963 | | 92178445 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 | Other Satisfied |
| Jay S Fuller or Leta A Peacemaker<br>901 Lockewood Ln<br>Scotts Valley, CA | | 92178515 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,150.00 | $2,150.00 | Other Satisfied |
| Jeffrey Randesi or Shelly Randesi<br>1408 Meadowlark Ct<br>Lafayette, CA | | 92178516 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other Satisfied |
| JENNIFER SHARP WHITE<br>P.O. BOX 490<br>DURHAM, CA 95938 | | 92186022 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $6,500.00 | $6,500.00 | Other Satisfied |
| JENNY & JENNY LLP<br>(McNulty)<br>736 Ferry St<br>Martinez, CA 94553 | | 92178463 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $570,000.00 | $570,000.00 | Other Satisfied |
| Jerry Mark Snow<br>887 Atascadero Rd<br>Morro Bay, CA | | 92178517 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Joanna Hildebrandt c/o Loren Hughes 117 La Canda Way Santa Cruz, CA | | 92178518 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Other Satisfied |
| JOANNE BREM & COMPANY 1400 PINNACLE CT STE 211 POINT RICHMOND, CA 94801 | | 92185955 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,900.00 | $7,900.00 | Other Satisfied |
| Joanne Bulotti Po Box 38 Half Moon Bay, CA | | 92178519 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $24,500.00 | $24,500.00 | Other Satisfied |
| JOHN E LYNCH 26 HEPPLEWHITE WAY WOODLANDS, TX 77382 | | 92183702 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,995.54 | $4,995.54 | Other Satisfied |
| John Hutnick 460 West 20Th Ave San Mateo, CA | | 92178520 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,250.00 | $2,250.00 | Other Satisfied |
| JOHN J RAGO 1651 NORTH POINT ST SAN FRANCISCO, CA 94123 | | 92186427 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,860.00 | $1,860.00 | Other Satisfied |
| JOHN K CONSTRUCTION INC 110 DAY ST NIPOMO, CA 93444 | | 92170741 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Other Satisfied |
| John Mourier Construction, Inc. 1430 BLUE OAKS BLVD SUITE 190 ROSEVILLE, CA 95747 | | 92170739 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,247.85 | $3,247.85 | Other Satisfied |
| John Powell 11911 San Mateo Rd Half Moon Bay, CA | | 92178521 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,250.00 | $10,250.00 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jon A Wheeler or Jynane M Wheeler<br>868 Las Trampas Rd<br>Lafayette, CA | | 92178522 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Other Satisfied |
| JOSEPH VERMILYEA<br>P.O. BOX 117<br>BIG BEND, CA 96011 | | 92186195 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,431.86 | $3,431.86 | Other Satisfied |
| Josephine Lucero<br>406 Court St.<br>Stockton, CA 95205 | Fair Harbor Capital, LLC<br>Attn: Fredric Glass Ansonia Finance Station PO Box 237037<br>New York, NY 10023<br>100% | 92178451 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Other Satisfied |
| KEAST, TERRY<br>PO BOX 150208<br>SAN RAFAEL, CA 94915 | | 92170764 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Other Satisfied |
| Kenneth F. Calvert<br>770 Purisima Rd.<br>Lompoc, CA 93436 | | 92178472 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| KENNETH WILSON<br>P.O. BOX 487<br>GEYSERVILLE, CA 95441 | | 92185573 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $24,000.00 | $24,000.00 | Other Satisfied |
| Kerry Jane Benoit or Gregory Michael Benoit<br>125 La Canada Way<br>Santa Cruz, CA | | 92178523 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | Other Satisfied |
| KIM O DALES<br>3522 45TH AVE NE<br>SEATTLE, WA 98105 | | 92186723 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $850.00 | $850.00 | Other Satisfied |
| King Gee Tom<br>1163 California St<br>Mountain View, CA | | 92178524 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Koch, Peggy<br>PO BOX 123<br>BANGOR, CA  95914 | | 92170757 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $660.93 | $660.93 | Other Satisfied |
| Kourosh F Ghassemi or Elizabeth Gannaway-Ghassemi<br>101 La Canada Way<br>Santa Cruz, CA | | 92178525 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Other Satisfied |
| LAKE ALPINE WATER CO<br>P.O. BOX 5013<br>BEAR VALLEY, CA  95223 | | 92187404 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $49.71 | $49.71 | Other Satisfied |
| LAKEPORT DISPOSAL CO INC<br>P.O. BOX 294<br>LAKEPORT, CA  95453 | | 92186915 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $587.61 | $587.61 | Other Satisfied |
| Lam F Goon<br>1315 Bay St<br>Santa Cruz, CA | | 92178526 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count: 238** | | | **$0.00** | **$0.00** | **$0.00** | **$8,546,541.02** | **$8,546,541.02** | |