# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lana Miu<br>1148 Glen Road<br>Lafayette, CA | | 92178527 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,920.00 | $9,920.00 | Other Satisfied |
| LARRY THOMAS CAIN<br>1099 E CHAMPLAIN DR #A-144<br>FRESNO, CA 93720 | | 92186122 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Other Satisfied |
| LIVERMORE SANITATION<br>7000 NATIONAL DR<br>LIVERMORE, CA 94550 | | 92186176 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,541.84 | $3,541.84 | Other Satisfied |
| LOCKHEED MARTIN CORPORATION<br>5600 SAND LAKE ROAD MP 264<br>ORLANDO, FL 32819-8907 | | 92185275 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $81,124.00 | $81,124.00 | Other Satisfied |
| Loerke & Cresci, Inc.<br>2016 Eucalyptus Ave.<br>SAN CARLOS, CA 94070 | | 92170754 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Other Satisfied |
| LOGICAL OPERATIONS INC<br>3535 WINTON PL<br>ROCHESTER, NY 14623 | | 92185794 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $12,750.00 | $12,750.00 | Other Satisfied |
| LORD & SONS<br>430 E TRIMBLE RD<br>SAN JOSE, CA 95131 | | 92187342 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $78.34 | $78.34 | Other Satisfied |
| MADERA IRRIGATION DISTRICT<br>12152 ROAD 28 1/4<br>MADERA, CA 93637 | | 92186928 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $550.00 | $550.00 | Other Satisfied |
| MADERA RENEWABLE ENERGY LLC<br>19765 13TH AVE<br>HANFORD, CA 93230 | | 92185770 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $13,878.48 | $13,878.48 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Makplya Tiospaye<br>Po Box 876<br>Castroville, CA | | 92178529 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | Other Satisfied |
| MANUEL T ROCHA<br>26469 S MAC ARTHUR DR<br>TRACY, CA 95376 | | 92185524 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $29,000.00 | $29,000.00 | Other Satisfied |
| MARBORG INDUSTRIES<br>P.O. BOX 4127<br>SANTA BARBARA, CA 93140 | | 92186744 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $767.05 | $767.05 | Other Satisfied |
| Maria R Nunes<br>111 El Monte Ave<br>Mountain View, CA | | 92178530 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| Mario Andreini or Gina Andreini<br>11621 San Mateo Rd<br>Half Moon Bay, CA | | 92178531 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| MARIPOSA PUBLIC UTILITY DIST<br>P.O. BOX 494<br>MARIPOSA, CA 95338 | | 92186555 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,290.30 | $1,290.30 | Other Satisfied |
| Mark A Cameron or Sandra B Cameron<br>1145 Glen Rd<br>Lafayette, CA | | 92178532 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | Other Satisfied |
| Mark A Cameron, Sandra B Cameron, Daniel G McAdams or Lori A Mc Adams<br>1145 Glen Rd<br>Lafayette, CA | | 92178533 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other Satisfied |
| MARK CLOUGH<br>1417 CALLE ALEGRA<br>SAN JOSE, CA 95120 | | 92186446 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,760.00 | $1,760.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| MARSHA E GILBERT 1824 HARDMAN AVE NAPA, CA 94558 | | 92186095 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,130.00 | $5,130.00 | Other Satisfied |
| MARVIN LA VASSE P.O. BOX 41 OAKLEY, CA 94561 | | 92186158 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,663.40 | $3,663.40 | Other Satisfied |
| MASTAGNI HOLSTEDT AMICK MILLER 1912 I ST SACRAMENTO, CA 95814 | | 92186649 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| MATTOLE RESTORATION COUNCIL P.O. BOX 160 PETROLIA, CA 11111 | | 92185801 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $12,500.00 | $12,500.00 | Other Satisfied |
| MCGRATH RENTAL CORP 5700 LAS POSITAS RD LIVERMORE, CA 94550 | | 92186337 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,405.72 | $2,405.72 | Other Satisfied |
| Michael Benack 313 San Andreas Rd Watsonville, CA | | 92178535 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $550.00 | $550.00 | Other Satisfied |
| Michael C Belhazy 781 San Lucas Ave Mountain View, CA | | 92178536 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Other Satisfied |
| Michael Campione or Marguerite Campione 3332 Las Huertas Rd Lafayette, CA | | 92178537 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other Satisfied |
| MICHAEL STEVEN MACFARLAND 1881 ASPIN AVE REDDING, CA 96003 | | 92186118 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Michael W Keogh or Jacqueline F Keogh 130 Pippin Way Scotts Valley, CA | | 92178538 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| Michelle McKeown 617 Valle Vista Ave. Oakland, CA 94610 | Argo Partners Attn: Matthew V. Binstock 12 West 37th Street, 9th Floor New York, NY 10018 100% | 92178454 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Other Satisfied |
| MID-PENINSULA WATER DISTRICT P.O. BOX 39000 SAN FRANCISCO, CA 94139-0001 | | 92186608 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,110.28 | $1,110.28 | Other Satisfied |
| MIDSTATE SOLID WASTE & RECYCLING P.O. BOX 662 TEMPLETON, CA 93465 | | 92186801 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $658.75 | $658.75 | Other Satisfied |
| MILLVIEW COUNTY WATER DISTRICT 3081 NO STATE ST UKIAH, CA 95482 | | 92187276 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $170.64 | $170.64 | Other Satisfied |
| MIRAMONTE SANITATION P.O. BOX 129 REEDLEY, CA 93654 | | 92186643 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,003.40 | $1,003.40 | Other Satisfied |
| Mitchell Kalcic 201 San Antonio Cir Ste 130 Mountain View, CA | | 92178539 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $6,750.00 | $6,750.00 | Other Satisfied |
| Mojan Cleaners 245 Market Street San Francisco, CA 94105 | | 92179629 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,769.06 | $1,769.06 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| MOJAVE DESERT AIR QUAL MGMNT DIST 14306 PARK AVE VICTORVILLE, CA 92392 | | 92187144 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $288.00 | $288.00 | Other Satisfied |
| MONTEREY BAY COMMUNICATIONS INC 250 NATURAL BRIDGES DR SANTA CRUZ, CA 95060 | | 92186113 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,000.64 | $4,000.64 | Other Satisfied |
| MONTEREY CITY DISPOSAL SERVICE INC P.O. BOX 2780 MONTEREY, CA 93942-2780 | | 92186423 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,871.81 | $1,871.81 | Other Satisfied |
| MONTEREY REGIONAL WATER P.O. BOX 2109 MONTEREY, CA 93942-2109 | | 92187035 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $402.52 | $402.52 | Other Satisfied |
| MONTEREY REGIONAL WATER 5 HARRIS CT BLDG D MONTEREY, CA 93940 | | 92186187 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,495.70 | $3,495.70 | Other Satisfied |
| Montford R. Bryan 75 Caryl Court Hollister, CA 95023 | | 92178455 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Other Satisfied |
| Mount Herman Association Po Box 413 Mount Herman, CA | | 92178540 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| Nadja Goe 596 Moorpark Way Mountain View, CA | | 92178541 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| NANCY ELAM 6115 MONTGOMERY COURT SAN JOSE, CA 95135 | | 92186782 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $687.50 | $687.50 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| NAPA COUNTY RECYCLING & WASTE<br>P.O. BOX 239<br>NAPA, CA 94559 | | **92187275** | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $171.10 | $171.10 | Other Satisfied |
| NAPA RECYLING & WASTE SERVICES LLC<br>P.O. BOX 51015<br>LOS ANGELES, CA 90051-5315 | | **92186709** | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $886.59 | $886.59 | Other Satisfied |
| NAPA VALLEY WINE TRAIN LLC<br>1275 MCKINSTRY ST<br>NAPA, CA 94559 | | **92186431** | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,837.36 | $1,837.36 | Other Satisfied |
| NATIONAL ASIAN AMERICAN COALITION<br>15 SOUTHGATE AVE STE 200<br>DALY CITY, CA 94015 | | **92185680** | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $17,520.00 | $17,520.00 | Other Satisfied |
| NAVEX GLOBAL INC<br>P.O. BOX 60941<br>CHARLOTTE, NC 28260-0941 | | **92186548** | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,319.14 | $1,319.14 | Other Satisfied |
| NEST LABS INC<br>1600 AMPHITHEATRE PKWAY<br>MOUNTAIN VIEW, CA 94043 | | **92185258** | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $90,000.00 | $90,000.00 | Other Satisfied |
| Nicole Rochette<br>1704 Rollins Road<br>Burlingame, CA | | **92178542** | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| NICOR ENERGY VENTURES COMPANY<br>TEN PEACHTREE PL NE LOC 1150<br>ATLANTA, GA 30309 | | **92184990** | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,687,200.00 | $1,687,200.00 | Other Satisfied |
| NIHONMACHI TERRACE LP<br>1615 SUTTER ST<br>SAN FRANCISCO, CA 94109 | | **92187425** | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $37.20 | $37.20 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ning Ge oN<br>5369 Ashbourne Ct<br>Newark, CA | | 92178543 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Other Satisfied |
| Norman Benedetti<br>100 Treetop Dr<br>Santa Cruz, CA | | 92178544 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Other Satisfied |
| NORMAN ROSS BURGESS<br>P.O. BOX 200<br>ZENIA, CA 95595 | | 92185697 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $16,863.69 | $16,863.69 | Other Satisfied |
| NORTH COAST COUNTY WATER DISTRICT<br>P.O. BOX 1039<br>PACIFICA, CA 94044 | | 92187362 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $68.00 | $68.00 | Other Satisfied |
| NORTH MARIN WATER DISTRICT<br>999 RUSH CREEK PL<br>NOVATO, CA 94945 | | 92187424 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $37.32 | $37.32 | Other Satisfied |
| NRC ENVIRONMENTAL SERVICES INC<br>1605 FERRY POINT<br>ALAMEDA, CA 94501-5021 | | 92185907 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,059.70 | $9,059.70 | Other Satisfied |
| OILDALE MUTUAL WATER CO<br>2836 MCCRAY<br>BAKERSFIELD, CA 93308 | | 92187280 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $168.27 | $168.27 | Other Satisfied |
| OPUS 12 INC<br>614 BANCROFT WAY STE H<br>BERKELEY, CA 94710 | | 92185298 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | Other Satisfied |
| ORANGE COVE IRRIGATION DIST.<br>1130 PARK BLVD<br>ORANGE COVE, CA 93646 | | 92185432 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $39,308.34 | $39,308.34 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Orinda Downs Owners Association Po Box 477 Orinda, CA | | 92178545 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,800.00 | $8,800.00 | Other Satisfied |
| ORINDA SENIOR VILLAGE INC 20 IRWIN WAY ORINDA, CA 94563 | | 92186838 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $114.84 | $114.84 | Other Satisfied |
| Pamela Gilbert or Paul Lewandowski 118 Ponderosa Ct Santa Cruz, CA | | 92178546 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Other Satisfied |
| Pamela Leong, Shirley Leong or Wesley Leong 980 Tournament Dr Hillsborough, CA | | 92178547 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,250.00 | $2,250.00 | Other Satisfied |
| PAR SYSTEMS INC 707 COUNTY ROAD E W SHOREVIEW, MN 55126-7007 | | 92184977 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,419,471.00 | $2,419,471.00 | Other Satisfied |
| PARADISE RIDGE CHAMBER 5550 SKYWAY STE 1 PARADISE, CA 95969 | | 92186646 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| PASTOR OF ST PATRICK PARISH 235 CHAPEL ST GRASS VALLEY, CA 95945 | | 92185827 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $11,500.00 | $11,500.00 | Other Satisfied |
| Pat Hogan Address on File | | 92028204 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $477,717.78 | $477,717.78 | Other Satisfied |
| Patricia Pellett 902 Lockewood Ln Scotts Valley, CA | | 92178548 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,250.00 | $2,250.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| PAUL C CAMPBELL 1165 CASTLE OAK DR NAPA, CA 94558 | | 92185392 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $48,000.00 | $48,000.00 | Other Satisfied |
| Paul Chou or Ya Ming Shen 783 Graham Hill Rd Santa Cruz, CA | | 92178549 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 | Other Satisfied |
| Peninsula Open Space 222 High St Palo Alto, CA | | 92178550 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,500.00 | $5,500.00 | Other Satisfied |
| PERFECT COMMERCE LLC ONE COMPASS WAY STE 120 NEWPORT NEWS, VA 23606 | | 92185742 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Other Satisfied |
| Peter Paredero 1151 Glen Rd Lafayette, CA | | 92178551 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| Peter Sattari or Desiree Sattari 26 Rincon Ct Santa Cruz, CA | | 92178552 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $12,500.00 | $12,500.00 | Other Satisfied |
| PHILLIP J MARTIN P.O. BOX 1429 HANFORD, CA 93232 | | 92183783 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,200.00 | $4,200.00 | Other Satisfied |
| PIPELINE EQUIPMENT INC 8403 S 89TH W AVE TULSA, OK 74131 | | 92185388 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $48,498.40 | $48,498.40 | Other Satisfied |
| PLACER COUNTY WATER AGENCY P.O. BOX 6570 AUBURN, CA 95604-6570 | | 92186064 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,767.67 | $5,767.67 | Other Satisfied |
| PLACER COUNTY WATER AGENCY P.O. BOX 6570 AUBURN, CA 95604 | | 92183770 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,325.32 | $4,325.32 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| POLARIS ENERGY SERVICES<br>9716 W GROVE AVE<br>VISALIA, CA 93291 | | 92185622 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $20,294.50 | $20,294.50 | Other Satisfied |
| POOLED EQUIPMENT INVENTORY CO<br>42 INVERNESS CNTR PKWY - BIN #B219<br>BIRMINGHAM, AL 35242 | | 92185591 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $22,680.77 | $22,680.77 | Other Satisfied |
| PPF PARAMOUNT ONE MARKET PLAZA LP<br>1633 BROADWAY STE 1801<br>NEW YORK, NY 10019 | | 92183626 | PG&E Corporation | 3/14/19 | $0.00 | $0.00 | $0.00 | $346.98 | $346.98 | Other Satisfied |
| PRICE DISPOSAL<br>8665 S UNION AVE<br>BAKERSFIELD, CA 93307 | | 92187381 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $55.50 | $55.50 | Other Satisfied |
| PROMONTORY SAN LUIS OBISPO LP<br>750 PISMO ST<br>SAN LUIS OBISPO, CA 93401 | | 92186350 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,282.33 | $2,282.33 | Other Satisfied |
| PROPULSION LABS LLC<br>101 E PARK BLVD STE 805<br>PLANO, TX 75074 | | 92186307 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,552.49 | $2,552.49 | Other Satisfied |
| PUTAH CREEK SOLAR FARMS LLC<br>P.O. BOX 605<br>WINTERS, CA 95694 | | 92185765 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $14,196.03 | $14,196.03 | Other Satisfied |
| QUINCY COMMUNITY SERVICE DISTRICT<br>900 SPANISH CREEK RD<br>QUINCY, CA 95971 | | 92187423 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $37.84 | $37.84 | Other Satisfied |
| Quinn Young<br>148 Walker Dr<br>Mountain View, CA | | 92178553 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| R&RS Investment Properties 34 Greysilk Ct San Ramon, CA | | 92178554 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| RADIATION DETECTION CO 3527 SNEAD DR GEORGETOWN, TX 78626 | | 92185584 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $23,301.75 | $23,301.75 | Other Satisfied |
| Rancho Del Rey Asset Partners, L.P. dba Rancho Del Rey Mobile Estates P. O. Box 2308 Laguna Hills, CA 92654-2308 | | 92178458 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,500.00 | $5,500.00 | Other Satisfied |
| Randall Morris or Tonette M Gonsalves 16 Robak Dr Watsonville, CA | | 92178555 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | Other Satisfied |
| Raymond Leal or Angelina Leal Po Box 2308 Martinez, CA | | 92178556 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| Rebecca Atkinson or William Atkinson 2110 Harborview Ct Santa Cruz, CA | | 92178557 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |
| RECALL SECURE DESTRUCTION 180 TECHNOLOGY PKWY NORCROSS, GA 30092 | | 92186875 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $99.50 | $99.50 | Other Satisfied |
| RECLAMATION DISTRICT NO 403 P.O. BOX 20 STOCKTON, CA 95201 | | 92185946 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Other Satisfied |
| RECLAMATION DISTRICT NO 404 235 E WEBER AVE STOCKTON, CA 95202 | | 92185945 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| REGIONAL PARKS FOUNDATION P.O. BOX 21074 OAKLAND, CA 94620 | | 92185809 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $12,440.00 | $12,440.00 | Other Satisfied |
| REPLAY HEALDSBURG LLC 631 CENTER ST HEALDSBURG, CA 95448 | | 92185366 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $54,000.00 | $54,000.00 | Other Satisfied |
| REPUBLIC SERVICES INC 18500 N ALLIED WAY PHOENIX, AZ 85054 | | 92186218 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,200.58 | $3,200.58 | Other Satisfied |
| Richard Hough or Carol Hough 911 Lockewood Ln Scotts Valley, CA | | 92178558 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $550.00 | $550.00 | Other Satisfied |
| Richard Peyla or Peggy Peyla 52 Robert Rd Orinda, CA | | 92178559 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| RM YOUNG CO 2801 AERO-PARK DR TRAVERSE CITY, MI 49686 | | 92186524 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,422.00 | $1,422.00 | Other Satisfied |
| Robert and Michelle Kuhn 4610 Ibis Lane Paso Robles, CA 93446 | | 92178469 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Other Satisfied |
| Robert Goode 1464 Upper Park Rd Santa Cruz, CA | | 92178560 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| Roland Edwards 3291 Vivtory Lane Soquel, CA | | 92178561 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Other Satisfied |
| Roman Catholic Bishop of Monterey Ca Po Box 2048 Monterey, CA | | 92178562 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ronald Perrigo or Warren Perrigo 920 King St Santa Cruz, CA | | 92178563 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Other Satisfied |
| Ross A Patterson 11290 State Highway 70 Marysville, CA | | 92178564 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,250.00 | $2,250.00 | Other Satisfied |
| Rubi Lowy 614 Almar Ave Santa Cruz, CA | | 92178565 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| SAARMAN CONSTRUCTION LTD 683 MCALLISTER ST SAN FRANCISCO, CA 94102 | | 92186347 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,325.00 | $2,325.00 | Other Satisfied |
| SACRAMENTO COUNTY UTILITIES P.O. BOX 1804 SACRAMENTO, CA 95812 | | 92186385 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,036.29 | $2,036.29 | Other Satisfied |
| SAN JOAQUIN VALLEY UNIFIED AIR 4800 ENTERPRISE WAY MODESTO, CA 95356-8718 | | 92187291 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $159.00 | $159.00 | Other Satisfied |
| SAN JOSE WATER COMPANY 110 W TAYLOR ST SAN JOSE, CA 95110 | | 92186020 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $6,509.24 | $6,509.24 | Other Satisfied |
| SAN LUIS GARBAGE CO 4388 OLD SANTA FE RD SAN LUIS OBISPO, CA 93401 | | 92186455 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,703.07 | $1,703.07 | Other Satisfied |
| SAN RAFAEL SANITATION DISTRICT P.O. BOX 151560 SAN RAFAEL, CA 94915 | | 92186087 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,446.09 | $5,446.09 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| SATELLITE SENIOR HOMES MANAGEMENT 1835 ALCATRAZ AVE BERKELEY, CA 94703 | | 92187355 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $72.67 | $72.67 | Other Satisfied |
| SCALE FX INC P.O. BOX 3669 ANEHEIM, CA 92805 | | 92185753 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $14,605.77 | $14,605.77 | Other Satisfied |
| Schneider Properties 840 Coleman Ave Apt #10 Menlo Park, CA | | 92178566 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,250.00 | $5,250.00 | Other Satisfied |
| SCHOOX INC 3112 WINDSOR RD # A108 AUSTIN, TX 78703 | | 92186345 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,347.40 | $2,347.40 | Other Satisfied |
| Scott Carino or William Mallari 1515 Dock St. Suite 1 Tacoma, Wa, CA | | 92178567 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| Sean Harris 221 Moosehead Dr Aptos, CA | | 92178568 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,900.00 | $1,900.00 | Other Satisfied |
| SFPUC - WATER DEPT P.O. BOX 7369 SAN FRANCISCO, CA 94120-7369 | | 92185416 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $41,828.12 | $41,828.12 | Other Satisfied |
| SIERRA GREEN ENERGY LLC 619 ALMA WY ZEPHYR COVE, NV 89448 | | 92186918 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $577.84 | $577.84 | Other Satisfied |
| SIERRA PACIFIC POWER COMPANY 6100 NEIL RD RENO, NV 89520 | | 92183788 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,155.16 | $4,155.16 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| SIERRA PACIFIC PROPERTIES INC 1800 WILLOW PASS CT CONCORD, CA 94520 | | 92186053 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,962.72 | $5,962.72 | Other Satisfied |
| SIGMA INC 1295 HIGHWAY 62 CHARLESTOWN, IN 47111 | | 92185372 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $51,450.00 | $51,450.00 | Other Satisfied |
| Singh, Monika 150 West Harris Ave S SAN FRAN, CA 94080 | | 92170755 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $74.46 | $74.46 | Other Satisfied |
| SKILLSOFT CORPORATION 300 INNOVATIVE WAY ste 201 NASHUA, NH 3062 | | 92185231 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $130,000.00 | $130,000.00 | Other Satisfied |
| SMITHGROUP INC 301 BATTERY ST 7TH FL SAN FRANCISCO, CA 94111 | | 92186248 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,915.00 | $2,915.00 | Other Satisfied |
| SOLANO GARBAGE CO #846 P.O. BOX 78829 PHOENIX, AZ 85062-8829 | | 92186810 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $651.47 | $651.47 | Other Satisfied |
| SOLID WASTE OF WILLITS INC P.O. BOX 380 WILLITS, CA 95490 | | 92187320 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $92.27 | $92.27 | Other Satisfied |
| Sonoma Country Day School 4400 Day School Place Santa Rosa, CA | | 92178569 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,250.00 | $4,250.00 | Other Satisfied |
| South Bay Historic Chinese American Cemetery Corp 8655 Monterey St B Gilroy, CA | | 92178570 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| SOUTH SAN FRANCISCO SCAVENGER CO<br>500 E JAMIE CT<br>SOUTH SAN FRANCISCO, CA 94083-0348 | | 92186481 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,567.72 | $1,567.72 | Other Satisfied |
| Stephen E Hill or Erika S Hill<br>185 Wilking Way<br>Sonoma, CA | | 92178571 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| STEVE EASLEY & ASSOCIATES INC<br>9000 CROW CANYON RD S 364<br>DANVILLE, CA 94506 | | 92186622 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,050.00 | $1,050.00 | Other Satisfied |
| STEVE VALENTINE<br>2636 SUTRO DR.<br>SAN JOSE, CA 95124 | | 92187204 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $220.00 | $220.00 | Other Satisfied |
| Steven Wright or Linda Wright<br>21 Northridge Ln<br>Lafayette, CA | | 92178572 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Other Satisfied |
| STONY POINT WEST LP<br>110 STONY POINT RD #150<br>SANTA ROSA, CA 95401 | | 92187290 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $159.75 | $159.75 | Other Satisfied |
| SWEET SPOT<br>1239 PLYMOUTH AVENUE<br>SAN FRANCISCO, CA 94112 | | 92170083 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,745.77 | $2,745.77 | Other Satisfied |
| SWISS AMERICAN CO<br>10904 BRUNSWICK RD<br>GRASS VALLEY, CA 95945 | | 92186990 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $481.21 | $481.21 | Other Satisfied |
| TAMARA GABEL<br>50 W SAN FERNANDO ST STE 1408<br>SAN JOSE, CA 95113 | | 92186604 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,122.00 | $1,122.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| TEMPLETON COMMUNITY SVCS DISTRICT 420 CROCKER ST TEMPLETON, CA 93465 | | 92186917 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $578.32 | $578.32 | Other Satisfied |
| TESSERON VINEYARDS INC 1100 WALL RD NAPA, CA 94558 | | 92187466 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8.18 | $8.18 | Other Satisfied |
| THE AIRPORT CLUB 432 AVIATION BLVD SANTA ROSA, CA 95403 | | 92187191 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $239.72 | $239.72 | Other Satisfied |
| THE UTILITY REFORM NETWORK 268 BUSH ST STE 3933 SAN FRANCISCO, CA 94104 | | 92185002 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,427,078.33 | $1,427,078.33 | Other Satisfied |
| Thomas H Johnstone or Tamara L Ryan 39 Cobblestone Ln San Carlos, CA | | 92178573 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |
| Thorne Lay 2114 Harborview Way Santa Cruz, CA | | 92178574 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Other Satisfied |
| Timothy Lee Caldwell 3360 Mcgraw Ln Lafayette, CA | | 92178575 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Other Satisfied |
| TOM BENNINGHOVEN P.O. BOX 37 ZENIA, CA 95595 | | 92187467 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7.96 | $7.96 | Other Satisfied |
| TRACY DELTA SOLID WASTE MANAGEMENT P.O. BOX 274 TRACY, CA 95378 | | 92186363 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,178.82 | $2,178.82 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| TRACY J EGOSCUE 3777 LONG BEACH BLVD STE 280 LONG BEACH, CA 90807 | | 92186531 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,386.00 | $1,386.00 | Other Satisfied |
| TRI-DAM PROJECT P.O. BOX 1158 PINECREST, CA 95364 | | 92185103 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $351,252.15 | $351,252.15 | Other Satisfied |
| TRINITY PUBLIC UTILITY DISTRICT P.O. BOX 1410 WEAVERVILLE, CA 96093 | | 92187369 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $64.84 | $64.84 | Other Satisfied |
| Tsai Shin Chiu or Chung Chiu 101 Treetop Drive Santa Cruz, CA | | 92178576 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,250.00 | $2,250.00 | Other Satisfied |
| TUOLUMNE UTILITIES DIST 18885 NUGGET BLVD SONORA, CA 95370 | | 92186894 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $611.12 | $611.12 | Other Satisfied |
| TYLER J NIELSEN 25578 COUNTY RD 34 WINTERS, CA 95694 | | 92185667 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $18,270.65 | $18,270.65 | Other Satisfied |
| Tyler Williams or Tina Williams 107 La Canada Way Santa Cruz, CA | | 92178577 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| U S FISH AND WILDLIFE SERVICE 2800 COTTAGE WAY #W-2605 SACRAMENTO, CA 95825 | | 92186853 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Other Satisfied |
| UNDERGROUND SERVICE ALERT P.O. BOX 77070 CORONA, CA 92877-0102 | | 92186880 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $647.00 | $647.00 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| US DEPARTMENT OF CITIZENSHIP AND P.O. BOX 10129 LAGUNA NIGUEL, CA 92607 | | 92185872 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,315.00 | $10,315.00 | Other Satisfied |
| US ECOLOGY INC 101 S CAPITOL BLVD STE 1000 BOISE, ID 83702 | | 92185115 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $323,318.00 | $323,318.00 | Other Satisfied |
| US LEGAL SUPPORT INC P.O. BOX 4772-41 HOUSTON, TX 77210 | | 92186772 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $706.40 | $706.40 | Other Satisfied |
| UTILITY MANAGEMENT SERVICES INC P.O. BOX 5173 CHICO, CA 95927 | | 92186936 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $541.50 | $541.50 | Other Satisfied |
| VALUEOPTIONS OF CALIFORNIA INC 1400 CROSSWAYS BLVD STE 101 CHESAPEAKE, VA 23320 | | 92185109 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $337,669.61 | $337,669.61 | Other Satisfied |
| VEREGY CONSULTING LLC 2121 N CALIFORNIA BLVD STE 290 WALNUT CREEK, CA 94596-7351 | | 92185452 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $36,800.00 | $36,800.00 | Other Satisfied |
| VERIFORCE 1575 SAWDUST RD ste 600 THE WOODLANDS, TX 77380 | | 92185934 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,300.00 | $8,300.00 | Other Satisfied |
| Verve Farms Inc 2454 E. Prestwick Ave. Fresno, CA 93730 | | 92178475 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| VIKING VENTURES LLC 2020 STANDIFORD AVE BLDG A MODESTO, CA 95350 | | 92186507 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| Vincent J Cozzolino 1181 San Mateo Road Half Moon Bay, CA | | 92178578 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,958.00 | $1,958.00 | Other Satisfied |
| Vincent James Cozzolino 1181 San Mateo Road Half Moon Bay, CA | | 92178579 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $979.00 | $979.00 | Other Satisfied |
| Wallace Miller or Geraldine Miller 23921 Ravensbury Ave Los Altos Hills, CA | | 92178580 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,500.00 | $7,500.00 | Other Satisfied |
| WASTE CONNECTIONS OF CA 580 TRUCK ST PLACERVILLE, CA 95667 | | 92186379 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,074.47 | $2,074.47 | Other Satisfied |
| WASTE CONNECTIONS OF CA INCORPORATE 1805 AIRPORT BLVD RED BLUFF, CA 96080 | | 92186474 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,608.38 | $1,608.38 | Other Satisfied |
| WATTTIME CORPORATION BROADWAY FL 3 OAKLAND, CA 94607 | | 92185817 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $12,000.00 | $12,000.00 | Other Satisfied |
| Wayne Cassingham 1550 Grahm Hill Rd Santa Cruz, CA | | 92178581 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 | Other Satisfied |
| Wayne R Smith 11721 San Mateo Rd Half Moon Bay, CA | | 92178582 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| WEST KERN WATER DISTRICT<br>P.O. BOX 1105<br>TAFT, CA  93268-1105 | | 92187384 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $54.62 | $54.62 | Other Satisfied |
| WILLIAM ALLEN MORRIS<br>2812 J ST<br>EUREKA, CA  95501 | | 92186502 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| WILLIAM EDWARD SHELTON<br>P.O. BOX 541<br>DURHAM, CA  95938 | | 92186985 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $491.56 | $491.56 | Other Satisfied |
| William Lawrie or Beverly Lawrie c/o Shelley Lawrie<br>Po Box 337<br>Capitola, CA | | 92178583 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| William Ow or Erica Ow<br>203 Highland Ave<br>Santa Cruz, CA | | 92178584 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,750.00 | $2,750.00 | Other Satisfied |
| WILLOW CREEK COMMUNITY SVCS DIST<br>P.O. BOX 8<br>WILLOW CREEK, CA  95573 | | 92187416 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $41.00 | $41.00 | Other Satisfied |
| Windsor Mill Community LLC<br>9255 W Sunset Blvd Ste 920<br>West Hollywood, CA | | 92178585 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,400.00 | $2,400.00 | Other Satisfied |
| Woods Cove Homeowners Association<br>42 W Campbell Ave Ste 300<br>Campbell, CA | | 92178586 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Other Satisfied |
| Xu, Jun<br>P.O.Box 821<br>CUPERTINO, CA  95015 | | 92170751 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| YINSIGHT INC<br>136 COVENTRY PL<br>GLENDALE, CA 91206 | | **92186717** | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $864.94 | $864.94 | Other Satisfied |
| ZERO WASTE ENERGY DEVELOPMENT<br>1500 BERGER DR<br>SAN JOSE, CA 95112 | | **92186159** | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,662.75 | $3,662.75 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count: 191** | | | **$0.00** | **$0.00** | **$0.00** | **$8,375,915.76** | **$8,375,915.76** | |