Richard A. Lapping (SBN: 107496)
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
*Rich@TrodellaLapping.com*

Attorneys for Todd Greenberg

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>■ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**RESPONSE AND RESERVATION OF RIGHTS BY TODD GREENBERG TO REORGANIZED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)**<br><br>Date: September 22, 2020<br>Time: 10:00 a.m.<br>Place: (Telephonic Appearances Only)<br>      Courtroom 17<br>      450 Golden Gate Avenue, 16th Floor<br>      San Francisco, California<br>Judge: Hon. Dennis Montali |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Creditor Todd Greenberg ("Greenberg") does not oppose the relief sought by Reorganized Debtors with respect to Greenberg's three claims filed in the PG&E Corporation case, as Claims Numbered 78396, 78407, and 79251. With respect to Greenberg's surviving claims filed in the Pacific Gas and Electric Company ("Utility") case, Claims Numbered 76018, 77335, and 73381 ("Greenberg Surviving Claims"), as set forth in Exhibit 1 to the motion, Greenberg reserves all rights.

1

Greenberg further requests service by regular mail or courier of any further objections or other matters relating to the Greenberg Surviving Claims to him personally at the address below and to his undersigned counsel at the address set forth above.

Address for Greenberg:

>Todd Greenberg
>
>47 Bolinas Road, Unit A
>
>Fairfax, CA  94930

Dated:  September 21, 2020     TRODELLA & LAPPING LLP

By:   /s/ Richard A. Lapping
Richard A. Lapping
Attorneys for Todd Greenberg