Julie E. Oelsner, State Bar No. 125432
WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Telephone
(916) 446-1611 – Facsimile
Email: joelsner@weintraub.com

Local Counsel for Southwire Company, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>NOTICE OF WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS OF SOUTHWIRE COMPANY, LLC TO DEBTORS' SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS |

On May 15, 2020, Southwire Company, LLC ("Southwire") filed an objection and reservation of rights [Docket No. 7237] (the "Objection") to Debtors PG&E Corporation's and Pacific Gas and Electric Company's (collectively, the "Debtors") *Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Docket No. 7037, pp. 13-1798] (the "Assumption Notice"). Southwire and the Debtors having entered into a settlement agreement with the Debtors that, among other things, resolved Southwire's Objection to the Assumption Notice, Southwire hereby withdraws the Objection.

///

///

{3007405.DOCX;}

Notice of Withdrawal of
Objection and Reservation of Rights
Case No. 19-30088

Case: 19-30088    Doc# 9085    Filed: 09/21/20    Entered: 09/21/20 12:01:52    Page 1 of 2

Page 1 of 2

6631843.v1

| | |
|---|---|
| Dated: September 21, 2020 | Respectfully submitted, |
| | **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN<br>Law Corporation |
| | By: /s/ Julie E. Oelsner<br>    Julie E. Oelsner<br>    State Bar No. 125432 |
| | Local Counsel for Southwire Company, LLC |

{3007405.DOCX;}

Notice of Withdrawal of
Objection and Reservation of Rights
Case No. 19-30088
Page 2 of 2

Case: 19-30088    Doc# 9085    Filed: 09/21/20    Entered: 09/21/20 12:01:52    Page 2 of 2

6631843.v1