KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF DARA L. SILVEIRA IN FURTHER SUPPORT OF REORGANIZED DEBTORS' REPORT ON RESPONSES TO FOURTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS) AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS**<br><br>[Re: Dkt. No. 8756, 9053]<br><br>**Regarding Objections Set for Hearing September 22, 2020 at 10:00 a.m. (Pacific Time)** |

I, Dara L. Silveira, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am an attorney at Keller Benvenutti Kim LLP, co-counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

2. I submit this Declaration in further support of the *Reorganized Debtors' Report on Responses to Fourth Omnibus Objection to Claims (Duplicate Claims) and Request for Order by Default as to Unopposed Objections* [Docket No. 9053], filed on September 16, 2020 (the "**Report**").[1] Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. Attached hereto as **Exhibit A** is a September 17, 2020 email from Claimant Michael Jurkovic transmitting the *2nd Claimant Response to the Notice of the Reorganized Debtors' Fourth Omnibus Objections to Claims*. I received this email from Mr. Jurkovic after the Reorganized Debtors filed the Report. Attached hereto as **Exhibit B** is my email to Mr. Jurkovic informing him of how to attend the hearing on the *Reorganized Debtors' Fourth Omnibus Objection to Claims (Duplicate Claims)* [Docket No. 8756] (the "**Fourth Omnibus Objection**").

4. Attached hereto as **Exhibit C** is a September 20, 2020 email I received from Claimant Tamara Childs, directed to Prime Clerk, attaching a signed withdrawal of Claim Nos. 92133 and 92445.

5. Attached hereto as **Exhibit D** is a September 21, 2020 email I sent to Claimant Salvador Negrete confirming settlement and upcoming distribution on his Surviving Claim.

6. Attached hereto as **Exhibit E** is a September 21, 2020 email I sent to Claimant Bruce Willems informing him of how to attend the hearing on the Fourth Omnibus Objection.

//

//

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Report.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this twenty-first day of September, 2020, in San Francisco, California.

                                     */s/ Dara L. Silveira*
                                      Dara L. Silveira