

Signed and Filed: September 20, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>   - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                          **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)**<br><br>[Re: Dkt. No. 8753] |

Upon the *Reorganized Debtors' Report on Responses to Third Omnibus Objection to Claims (Duplicate Claims) and Request for Order by Default as to Unopposed Objections* [Docket No. 9052] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims)* [Docket No. 8753] (the "**Third Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Claimant | Claim No. | Treatment |
|---|---|---|
| Ravin Skondin | 9825<br>17172<br>9819<br>17143 | Claim Nos. 9825 and 9819 shall be disallowed and expunged, and Claim Nos. 17172 and 17143 shall survive. |

| Claimant | Claim No. | Treatment |
|---|---|---|
| Pedro Noyola Barbara Bayardo | 103648 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimants' response deadline to September 22, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on October 13, 2020, at 10:00 a.m. |
| E2 Consulting Engineers, Inc. | 2931 79058 | Claim No. 2931 shall be disallowed and expunged. Claim No. 79058 survives, and incorporates Claim No. 2931 in its entirety. |
| Irish Construction | 1278 1288 103387 105546 105763 | Claim No. 105763 shall survive, and Claim Nos. 1278, 103387, and 105546 shall be disallowed and expunged. |
| City of San Jose | 78534 105680 | Both Claim Nos. 78534 and 105680 shall survive. |

2. The Proofs of Claim listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. The Proofs of Claim listed in the column headed "Surviving Claims" on Exhibit 1 are unaffected by the Third Omnibus Objection;

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***