**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>            **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR SEPTEMBER 22, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:    September 22, 2020<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  (Telephone or Video Conference)<br>            United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
SEPTEMBER 22, 2020, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I: **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*UNCONTESTED MATTER GOING FORWARD*

1. **Reorganized Debtors' ADR Motion (General Claims)**: *Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims* [**Dkt. 8970**].

    Response Deadline: September 15, 2020, at 4:00 p.m. (Pacific Time).

    Responses Filed:

    A. Stipulation Extending Time for Chubb to Respond to Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims [**Dkt. 9038**].

    B. Stipulation Extending Time for Federal and State Agencies to Respond to Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims [**Dkt. 9039**].

    C. Turner Construction Company's Objection to Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims (Dkt. No. 8970) [**Dkt. 9040**].

    D. Opposition by Tyrrell Resources, Inc. to the Motion of the Debtors and Reorganized Debtors to Approve ADR and Related Procedures for Resolving General Claims [Dkt. No. 8970]; Joinder to Objection Filed by Turner Construction Company [Dkt. No. 9040] [**Dkt. 9041**].

    Related Documents:

    E. Declaration of Robb McWilliams in Support of Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims [**Dkt. 8971**].

    F. Reorganized Debtors' Reply in Support of Motion to Approve ADR and Related Procedures for Resolving General Claims [**Dkt. 9084**]

    Related Orders:

    G. Order Granting Stipulation Extending Time for Chubb to Respond to Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims [**Dkt. 9045**].

    H. Order Granting Stipulation Extending Time for Federal and State Agencies to Respond to Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims [**Dkt. 9046**].

    Status: This matter is going forward on an uncontested basis.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

*CONTESTED MATTER GOING FORWARD*

2. **Reorganized Debtors' Fourth Omnibus Objection to Claims**: *Reorganized Debtors' Fourth Omnibus Objection to Claims (Duplicate Claims)* [**Dkt. 8756**].

Response Deadline: September 8, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Response/Objection Filed by Interested Party Tamara Lee Childs [**Dkt. 8832**].

B. Opposition Re Disallowance of Claim Filed by Creditor Bruce Willems [**Dkt. 8893**].

C. Sonoma Water's Response to Objection to Claim (Fourth Omnibus Objection, Dkt. No. 8756); Declaration of Michael K. Slattery [**Dkt. 9009**].

D. Consent to Entry of Order Filed by Hudson Skyport Plaza, LLC, et al [**Dkt. 9012**].

E. Opposition to Notice of the Reorganized Debtors' Fourth Omnibus Objection Filed by Creditor Salvador Negrete [**Dkt. 9013**].

F. Michael Jurkovic's Response to the Notice of the Reorganized Debtors' Fourth Omnibus Objection to Claims [**Dkt. 9027**].

Related Documents:

G. Declaration of Robb McWilliams in Support of Reorganized Debtors' Third Through Fifth Omnibus Objections to Claims (Duplicate Claims) [**Dkt. 8754**].

H. Reorganized Debtors' Report on Responses to Fourth Omnibus Objection to Claims (Duplicate Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9053**].

I. Declaration of Dara L. Silveira in Further Support of Reorganized Debtors' Report on Responses to Fourth Omnibus Objection to Claims (Duplicate Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9086**].

Status: This matter is going forward on a contested basis as to Mr. Willems' and Mr. Jurkovic's Responses. Ms. Childs has withdrawn the duplicate claims to which the Reorganized Debtors have objected, and Mr. Negrete has signed a settlement agreement allowing his surviving claim.

## RESOLVED AND CONTINUED MATTERS

3. **Motion to Allow/Deem Reframe Hair Gallery's Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim on Behalf of Reframe Hair Gallery; Memorandum of Points and Authorities; Declaration of Tommy Vu in Support* [**Dkt. 8968**].

   Response Deadline: September 15, 2020.

   Response Filed:

   A. Stipulation Enlarging Time for Reframe Hair Gallery to File Proof of Claim [**Dkt. 9003**].

   Related Order:

   B. Order Approving Stipulation Enlarging Time for Reframe Hair Gallery to File Proof of Claim [**Dkt. 9021**].

   Status: This matter has been resolved by stipulation [**Dkt. 9003**] and taken off calendar by order [**Dkt. 9021**].

4. **Reorganized Debtors' ADR Motion (Subordinated Securities Claims)**: *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [**Dkt. 8964**].

   Response Deadline: October 5, 2020, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   A. Stipulation Continuing Hearing on the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims and Other Scheduling Matters [**Dkt. 9030**].

   Related Documents:

   B. Declaration of Michael A. Keable in Support of the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 8965**].

   C. Declaration of Richard W. Slack in Support of the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 8966**].

   Related Order:

   D. Order Granting Stipulation Continuing Hearing on the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims and Other Scheduling Matters [**Dkt. 9036**].

   Status: This matter has been continued to October 28, 2020 by stipulation [**Dkt. 9030**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

5. **Securities Lead Plaintiff's PERA 2004 Application**: *Ex Parte Application of the Securities Lead Plaintiff Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Service of a Subpoena on Prime Clerk LLC* [**Dkt. 8812**].

   Response Deadline: No response deadline was set.

   Response Filed:

   A. Stipulation Continuing Hearing on the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims and Other Scheduling Matters [**Dkt. 9030**].

   Related Orders:

   B. Order Granting Stipulation Continuing Hearing on the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims and Other Scheduling Matters [**Dkt. 9036**].

   Status: This matter has been withdrawn and taken off calendar by stipulation [**Dkt. 9030**] and order [**Dkt. 9036**].

6. **Securities Lead Plaintiff's 503(b)(3)(D) and 503(b)(4) Motion**: *Securities Lead Plaintiff's Motion Pursuant to Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Fees and Expenses* [**Dkt. 8950**].

   Response Deadline: TBD.

   Response Filed:

   A. Stipulation Continuing Hearing on the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims and Other Scheduling Matters [**Dkt. 9030**].

   Related Order:

   B. Order Granting Stipulation Continuing Hearing on the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims and Other Scheduling Matters [**Dkt. 9036**].

   Status: A briefing schedule was to be set after the September 22, 2020 Status Conference, according to stipulation [**Dkt. 9030**].

7. **Fee Examiner's Second Status Report**: *Fee Examiner's Second Report on Status of Fee and Expense Applications Submitted, Approved and Pending* [**Dkt. 8903**].

   Response Deadline: September 15, 2020.

Related Documents:

A. Summary Sheet to Third Interim Fee Application of Berman and Todderud LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (October 1, 2019 Through January 31, 2020) [**Dkt. 6252**].

B. Second Interim Application of Lynn A. Baker, Esq. for Allowance and Payment of Compensation for the Period from February 1, 2020 Through May 31, 2020 [**Dkt. 8396**].

C. Second Interim Application of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2019 Through September 30, 2019 [**Dkt. 4733**].

D. Fourth Interim Application of Baker & Hostetler LLP for Allowance and Payment of Compensation of Expenses for the Period February 1, 2020 Through May 31, 2020 [**Dkt. 8403**].

E. Fourth Interim Fee Application of Munger, Tolles & Olson LLP for Compensation for Services and Reimbursement of Expenses as Attorneys to the Debtors and Debtors in Possession for Certain Matters from February 1, 2020 Through May 31, 2020 [**Dkt. 8406**].

F. Final Fee Application of Berman and Todderud LLP for Allowance and Payment of Compensation and Reimbursement of Expenses [**Dkt. 8624**].

G. Third Interim Application of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2019 Through January 31, 2020 [**Dkt. 6286**].

H. Summary Sheet to Fourth Interim Fee Application of Berman and Todderud LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (February 1, 2020 Through May 31, 2020) [**Dkt. 8298**].

I. Third Interim Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Information Technology, Risk, and Legal Support Consultants to the Debtors for the Period from October 1, 2019 Through January 31, 2020 [**Dkt. 8341**].

J. Fourth Interim Application of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2020 Through June 30, 2020 [**Dkt. 8412**].

K. Fourth Interim Application of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2020 Through May 31, 2020 [**Dkt. 8402**].

L. Fourth Interim Application of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2020 Through May 31, 2020 [**Dkt. 8414**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

M. First Interim Application of Lynn A. Baker, Esq. for Allowance and Payment of Compensation for the Period from January 27, 2020 Through January 31, 2020 [**Dkt. 6325**].

N. Summary Sheet to First Interim Fee Application of Latham & Watkins LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (November 1, 2019 Through January 31, 2020) [**Dkt. 7837**].

O. Summary Sheet to Second Interim Fee Application of Berman and Todderud LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (June 1, 2019 Through September 30, 2019) [**Dkt. 4705**].

P. Third Interim Application of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2020 Through May 31, 2020 [**Dkt. 8395**].

Status: This matter has been resolved and taken off calendar by September 18, 2020 Docket Text Orders.

8. **Motion to Deem Claims Timely Filed**: *Motion to Deem Claims of Scott, Amanda Olsen, Cheri Ann Salerno, Susan Farrell, Jason Reid, Phyllis Hoxie Monroe Timely Filed* [**Dkt. 8850**].

Response Deadline: No response deadline was set.

Response Filed:

A. Stipulation Enlarging Time for James Scott, Amanda Olsen, Cheri Ann Salerno, Susan Farrell, Jason Reid, and Phyllis Hoxie Monroe to File Proofs of Claim [**Dkt. 8894**].

Related Order:

B. Order Approving Stipulation Enlarging Time for James Scott, Amanda Olsen, Cheri Ann Salerno, Susan Farrell, Jason Reid, and Phyllis Hoxie Monroe to File Proofs of Claim [**Dkt. 8926**].

Status: This matter has been resolved by stipulation [**Dkt. 8894**] and taken off calendar by order [**Dkt. 8926**].

9. **Reorganized Debtors' Third Omnibus Objection to Claims**: *Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims)* [**Dkt. 8753**].

Response Deadline: September 8, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Response/Objection Filed by Interested Party Tamara Lee Childs [**Dkt. 8832**].

B. Daniel Franklin's Statement Re: The Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) Re: Proof of Claim of Daniel Franklin [**Dkt. 8989**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

C.    Western Environmental Consultants, LLC's Statement of Non-Opposition and Reservation of Rights Re Reorganized Debtors' Third Omnibus Objection to Claims [**Dkt. 8996**].

D.    Response by E2 Consulting Engineers, Inc. to Reorganized Debtor's Third Omnibus Objection to Claims (Duplicate Claims) [**Dkt. 9010**].

E.    Stipulation Resolving the Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) Re: Proofs of Claim of Ravin Skondin [**Dkt. 9016**].

F.    Notice of Entry of Order Approving Stipulation Resolving the Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) Re: Proofs of Claim of Ravin Skondin [**Dkt. 9026**].

Related Documents:

G.    Declaration of Robb McWilliams in Support of Reorganized Debtors' Third Through Fifth Omnibus Objections to Claims (Duplicate Claims) [**Dkt. 8754**].

H.    Reorganized Debtors' Report on Responses to Third Omnibus Objection to Claims (Duplicate Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9052**].

Related Order:

I.    Order Approving Stipulation Resolving the Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) Re: Proofs of Claim of Ravin Skondin [**Dkt. 9022**].

J.    Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) [**Dkt. 9087**].

Status: The Omnibus Objection was granted on September 21, 2020 [**Dkt. 9087**].

10.    **Reorganized Debtors' Fifth Omnibus Objection to Claims**: *Reorganized Debtors' Fifth Omnibus Objection to Claims (Duplicate Claims)* [**Dkt. 8759**].

Response Deadline: September 8, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.    ArborMetrics Solutions, LLC's Statement of Non-Opposition and Reservation of Rights Re Reorganized Debtors' Fifth Omnibus Objection to Claims [**Dkt. 8997**].

B.    County of Lake's Statement of Non-Opposition and Reservation of Rights Re Reorganized Debtors' Fifth Omnibus Objection to Claims [**Dkt. 9004**].

C.    Samuel Engineering, Inc's Statement of Non-Opposition and Reservation of Rights Re Reorganized Debtors' Fifth Omnibus Objection to Claims [**Dkt. 9007**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

D.  Starch Concrete Inc.'s Response to Objection to Claim (Fifth Omnibus Objection, Dkt. No. 8759); Declaration of Eli Underwood [**Dkt. 9011**].

Related Documents:

E.  Declaration of Robb McWilliams in Support of Reorganized Debtors' Third Through Fifth Omnibus Objections to Claims (Duplicate Claims) [**Dkt. 8754**].

F.  Reorganized Debtors' Report on Responses to Fifth Omnibus Objection to Claims (Duplicate Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9054**].

G.  Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fifth Omnibus Objection to Claims (Duplicate Claims) [**Dkt. 9088**].

Status:  The Omnibus Objection was granted on September 21, 2020 [**Dkt. 9088**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 21, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:  */s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*