UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-30088 Chapter 11 (DM)<br><br>(Lead Case)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
## NUMBERS 2886, 2887 and 3203

**PLEASE TAKE NOTICE THAT**, OPeak LLP hereby withdraws its proofs of claim, identified as Claim Numbers 2886, 2887 and 3203, filed in the above-captioned cases. This Notice of Withdrawal does not withdraw or otherwise impact Claim Nos. 71849, 71853 and 74955, which claims remain outstanding and in full force and effect in these Chapter 11 Cases.

Dated: September 21, 2020

**OPeak LLC**

By: Olympus Peak Asset Management LP, its manager

By: Olympus Peak Asset Management GP LLC, its general partner

By: _____
Name: Todd Westhus
Title: Managing Member