**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>           Debtors. | Chapter 11<br><br>Case No. 19-30088 Chapter 11 (DM)<br><br>(Lead Case)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBERS 7687, 19908, 87717 and 88097

**PLEASE TAKE NOTICE THAT**, OPeak LLP hereby withdraws its proofs of claim, identified as Claim Numbers 7687, 19908, 87717 and 88097, filed in the above-captioned cases. This Notice of Withdrawal does not withdraw or otherwise impact Claim No. 89382, which claim remains outstanding and in full force and effect in these Chapter 11 Cases.

Dated: September 21, 2020

**OPeak LLC**

By: Olympus Peak Asset Management LP, its manager

By: Olympus Peak Asset Management GP LLC, its general partner

By: _____
Name: Todd Westhus
Title: Managing Member