SEYFARTH SHAW LLP
M. Ryan Pinkston (SBN 310971)
rpinkston@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

*Attorneys for
Turner Construction Company*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**TURNER CONSTRUCTION COMPANY'S NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' MOTION TO APPROVE ADR AND RELATED PROCEDURES FOR RESOLVING GENERAL CLAIMS (DKT. NO. 8970)**<br><br>Date: September 22, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic or Video Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that based on the Reorganized Debtors' agreement in their reply (Dkt. No. 9084) to exempt the claims held by Turner Construction Company ("Turner") from the Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims (Dkt. No. 8970) (the "ADR Motion"), Turner hereby withdraws its objection to the ADR Motion (Dkt. No. 9040).

DATED: September 22, 2020　　　　　　　SEYFARTH SHAW LLP

　　　　　　　　　　　　　　　　　　　　By:　/s/ M. Ryan Pinkston
　　　　　　　　　　　　　　　　　　　　　　　M. Ryan Pinkston

　　　　　　　　　　　　　　　　　　　　*Attorneys for Turner Construction Company*

65941478v.1