Thomas R. Phinney – State Bar Number 159435
Donna T. Parkinson – State Bar Number 125574
**PARKINSON PHINNEY**
3600 American River Drive, Suite 145
Sacramento, CA 95864
Telephone: (916) 449-1444
Facsimile: (916) 449-1440
E-Mail: tom@parkinsonphinney.com

Attorneys for Tyrrell Resources, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**WITHDRAWAL OF OPPOSITION [Dkt No. 9041] BY TYRRELL RESOURCES, INC. TO THE MOTION OF THE DEBTORS AND REORGANIZED DEBTORS TO APPROVE ADR AND RELATED PROCEDURES FOR RESOLVING GENERAL CLAIMS**<br>**[Dkt No. 9041]**<br><br>Date: September 22, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic or Video Only)<br>　　United States Bankruptcy Court<br>　　Courtroom 17, 16th Floor<br>　　San Francisco, CA 94102 |

　　　Tyrrell Resources, Inc. (Tyrrell"), based on the agreement by PG&E to exempt Tyrrell from its Motion to approve ADR and related procedures for resolving general claims, as described in PG&E's reply papers (Dkt No. 9084), hereby withdraws its opposition at **Dkt No. 9041**.

Dated: September 22, 2020　　　　　　　　**Parkinson Phinney**

　　　　　　　　　　　　　　　　　　　　By: 　/s/ Thomas R. Phinney
　　　　　　　　　　　　　　　　　　　　Thomas R. Phinney
　　　　　　　　　　　　　　　　　　　　Attorneys for Tyrrell Resources, Inc.