## Exhibit A

### EP Counterparties

- Consolidated Edison Development, Inc. on behalf of itself and its affiliates, including, without limitation, Alpaugh 50, LLC, Alpaugh North, LLC, CED Corcoran Solar, LLC, CED Corcoran Solar 3, LLC, CED White River Solar, LLC, CED White River Solar 2, LLC, Coram California Development, LP, CED Avenal Solar, LLC, CED Oro Loma Solar, LLC, CED Lost Hills Solar, LLC, Mesquite Solar 1, LLC, Copper Mountain Solar 1, LLC, Copper Mountain Solar 2, LLC, and Great Valley Solar 4, LLC
- RE Mustang LLC, RE Mustang 3 LLC, RE Mustang 4 LLC, Avangrid Renewables LLC, Capital Dynamics, Inc., FTP Power, LLC, and their respective projects, affiliates, and subsidiaries, directly or indirectly owned or controlled in whole or in part, including, without limitation, CA Flats Solar 150, LLC, CA Flats Solar 130, LLC, Solar Star California XIII, LLC, 87RL 8me, LLC, 67RK 8me, LLC, 65 HK 8me, LLC, Aspiration Solar G, LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, Bayshore Solar C, LLC, Western Antelope Blue Sky Ranch A, LLC, Adera Solar, LLC, Klondike Wind Power III LLC, Shiloh I Wind Project LLC, Gill Ranch Storage, LLC, Lost Hills Solar, LLC, Blackwell Solar, LLC, Parrey, LLC, and North Star Solar, LLC
- Hatchet Ridge Wind, LLC
- Mojave Solar LLC
- AV Solar Ranch 1, LLC
- NextEra Energy Partners, LP, NextEra Energy, Inc., and all projects, affiliates, and subsidiaries directly or indirectly owned or controlled in whole or in part by them
- Topaz Solar Farms LLC
- Calpine Corporation, on behalf of itself and its subsidiaries, including without limitation, Russell City Energy Company, LLC, Los Esteros Critical Energy Facility, LLC, Geysers Power Company, LLC, Gilroy Energy Center, LLC, Creed Energy Center, LLC, and Goose Haven Energy Center, LLC
- Vantage Wind Energy LLC
- Kes Kingsburg, L.P