**Exhibit B**

Designated Confidential Documents

- All power purchase agreements ("**PPAs**"), amendments and schedules.
- All invoices and correspondence related to amounts due under PPAs.
- All documents related to any project financings that EP Counterparties and their respective affiliates have executed.
- All interconnection agreements, amendments and schedules.
- All documents that contain Critical Energy Infrastructure Information (CEII), in compliance with applicable FERC regulations.
- All documents that contain personal identifiable information (PII).
- All narratives from any invoices, bills and correspondence relating to attorneys' fees, costs and expenses.