Entered on Docket
September 22, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 22 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: PG&E CORPORATION; PACIFIC GAS & ELECTRIC COMPANY,<br><br>　　　　Debtors.<br>―――――――――――――――<br>PG&E CORPORATION; PACIFIC GAS & ELECTRIC COMPANY,<br><br>　　　　Plaintiffs-Petitioners,<br><br>　v.<br><br>OFFICIAL COMMITTEE OF TORT CLAIMANTS; et al.,<br><br>　　　　Defendants-Respondents. | No.　20-80017<br><br>D.C. No. 3:19-bk-30088<br>Northern District of California,<br>San Francisco<br><br>ORDER |

　　The court has received the parties' joint status report at Docket Entry No. 16.

　　This appeal has been held in abeyance since January 31, 2020. *See* Docket Entry No. 10.

　　The Clerk will administratively close this appeal. No mandate will issue in connection with this administrative closure, and this order does not constitute a decision on the merits. Within 28 days after resolution of the last remaining appeal of the bankruptcy court's order confirming debtors' and shareholder proponents' joint chapter 11 plan of reorganization (Bankr. N.D. Cal. No. 19-30088 Dkt. No. 8053), any party may notify this court and request to reopen this appeal or other

appropriate relief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Michelle Kim-Szrom
Deputy Clerk
Ninth Circuit Rule 27-7