| | |
|---|---|
| Joshua D. Morse (SBN 211050)<br>Lee Brand (SBN 287110)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br>Email: joshua.morse@pillsburylaw.com<br>         lee.brand@pillsburylaw.com<br><br>*Special Counsel to Debtors<br>and Reorganized Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENTS OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS (I) DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019; (II) FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020; (III) APRIL 1, 2020 THROUGH APRIL 30, 2020; (IV) MAY 1, 2020 THROUGH MAY 31, 2020; AND (V) JUNE 1, 2020 THROUGH JULY 1, 2020**<br><br>Re:    Dkt. Nos. 8904, 8905, 8906, 8907, and 8908<br><br>**Objection Deadline: September 21, 2020,**<br>                                  **4:00 p.m. (Pacific Time** |

On August 29, 2020, Pillsbury Winthrop Shaw Pittman LLP ("**Pillsbury**" or the "**Applicant**"), special counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed its (a) *Monthly Fee Statement of Pillsbury Winthrop Shaw Pittman LLP for Allowance and Payment of Compensation and Reimbursement of Expenses from December 1, 2019 Through December 31, 2019* [Docket No. 8904] (the "**December Monthly Fee Statement**"); (b) *Monthly Fee Statement of Pillsbury Winthrop Shaw Pittman LLP for Allowance and Payment of Compensation and Reimbursement of Expenses from February 1, 2020 Through February 29, 2020* [Docket No. 8905] (the "**February Monthly Fee Statement**"); (c) *Monthly Fee Statement of Pillsbury Winthrop Shaw Pittman LLP for Allowance and Payment of Compensation and Reimbursement of Expenses from April 1, 2020 Through April 30, 2020* [Docket No. 8906] (the "**April Monthly Fee Statement**"); (d) *Monthly Fee Statement of Pillsbury Winthrop Shaw Pittman LLP for Allowance and Payment of Compensation and Reimbursement of Expenses from May 1, 2020 Through May 31, 2020* [Docket No. 8907] (the "**May Monthly Fee Statement**"); and (e) *Monthly Fee Statement of Pillsbury Winthrop Shaw Pittman LLP for Allowance and Payment of Compensation and Reimbursement of Expenses from June 1, 2020 Through July 1, 2020* [Docket No. 8908] (the "**June Monthly Fee Statement**," and, together with the December Monthly Fee Statement, the February Monthly Fee Statement, the April Monthly Fee Statement and the May Monthly Fee Statement, the "**Monthly Fee Statements**"), all pursuant to *the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019* [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statements were served upon the Notice Parties referenced therein. The deadline to file responses or oppositions to the Monthly Fee Statements was September 21, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statements upon

the filing of this Certification without the need for a further order of the Court.  A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED.**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney licensed to practice law in the State of California.  I am a partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP, special counsel for the Debtors and am authorized to make this Declaration in that capacity.  Except as otherwise indicated, all statements in this Declaration are based on my personal knowledge, and, if called upon to do so, I could and would testify competently thereto.

2. I certify that I have reviewed the Court's docket in the Chapter 11 Cases and have not received any response or opposition to the Monthly Fee Statements.

3. This Declaration was executed in Hillsborough, California.

Dated: September 22, 2020               Respectfully submitted,

                                        **PILLSBURY WINTHROP SHAW PITTMAN** LLP


                                        By:   */s/ Joshua D. Morse*
                                                Joshua D. Morse

                                        *Special Counsel to Debtors*
                                        *and Reorganized Debtors*