# EXHIBIT A

| Monthly Fee Statements | | | | | |
|---|---|---|---|---|---|
| Date File | Period Covered | Requested Fees | Objection Deadline | Amount of Fees Authorized to be Paid (80%) | Holdback Fees Requested |
| Aug 29, 2020 [Dkt. No. 8904] | 12/01/19-12/31/19 | $21,605.00 | 09/21/20 | $17,284.00 | $4,321.00 |
| Aug 29, 2020 [Dkt. No. 8905] | 02/01/20-02/29/20 | $8,539.20 | 09/21/20 | $6,831.36 | $1,707.84 |
| Aug 29, 2020 [Dkt. No. 8906] | 04/01/20-04/30/20 | $186,732.00 | 09/21/20 | $149,385.60 | $37,346.40 |
| Aug 29, 2020 [Dkt. No. 8907] | 05/01/20-05/31/20 | $109,003.60 | 09/21/20 | $87,202.88 | $21,800.72 |
| Aug 29, 2020 [Dkt. No. 8908] | 06/01/20-07/01/20 | $76,245.00 | 09/21/20 | $60,996.00 | $15,249.00 |