B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  PG&E Corporation & PG&E Company    ,     Case No.  19-30088-DM

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Carl G. Von Stockhausen Trust 4/9/20 | Carl G. Von Stockhausen |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Reiner Slaughter & Frankel
 2851 PARK MARINA DR, SUITE 200
 REDDING, CA 96001

Phone: (530) 891-1909
Last Four Digits of Acct #: _____

Court Claim # (if known): 32569
Amount of Claim: _____
Date Claim Filed: 10/17/2019

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
 Eric Ratinoff Law Corp Client Tr. Account
 401 Watt Avenue, Sacramento, CA 95864

Phone: (916) 970-9100
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Richard Frankel                              Date: 09/17/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court
Northern District of California
Attn: Clerk

AND TO: Pacific Gas and Electric Company ("Debtor")

Case No. 19-30088

**CARL VON STOCKHAUSEN** ("Transferor"), the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of the Carl G. Von Stockhausen Trust 4/9/20, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**CARL G. VON STOCKHAUSEN TRUST 4/9/20** its successors and assigns ("Transferee"), all right, title and interest in and to the claims of Transferor against the Debtor, docketed as Claim No. 32569.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

Transferor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing Transferee as the sole owner and holder of the Claim.

Transferee does not assume and shall not be responsible for any obligations or liabilities of Transferor related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, Transferor and Transferee have executed this Evidence of Transfer of Claim as of

DATED: September 22, 2020

By: /s/ Richard Frankel
Richard Frankel
Attorney for CARL G. VON STOCKHAUSEN TRUST 4/9/20

DATED: September 22, 2020

By: /s/ Richard Frankel
Richard Frankel
Attorney for CARL G. VON STOCKHAUSEN