DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Mendocino County Inland Water
Agency & Power Commission

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[X] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[X] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**MENDOCINO COUNTY INLAND WATER AGENCY & POWER COMMISSION'S RESERVATION OF RIGHTS IN RESPONSE TO REORGANIZED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (ECF No. 8759)**<br><br>Date:     September 22, 2020<br>Time:    10:00 a.m. (Pacific Time)<br>Place:   (Telephonic Appearances Only)<br>            United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

Mendocino County Inland Water Agency & Power Commission ("Commission") submits this limited opposition and reservation of rights in response to the *Reorganized Debtors' Fifth Omnibus Objections to Claims (Duplicate Claims)* (ECF No. 8759) regarding the Commission's Claim No. 79361 filed against PG&E Corporation on October 21, 2019.

The Commission is a public agency subject to public meeting requirements under the laws of the State of California. The Commission has engaged in an internal review of the Fifth Omnibus Objection to Claim No. 79361, and has authorized action in response to PG&E's Fifth Omnibus Objection to Claim No. 79361 subject to a final due diligence review. The Commission propounded

limited discovery related to the Fifth Omnibus Objection to Claim No. 79361, to which PG&E Corporation has not yet responded. Accordingly, the Commission files this limited opposition to reserve its rights in advance of the hearing scheduled for October 13, 2020. The Commission anticipates the objection being resolved consensually, subject only to the confirmation of the responses requested in the limited discovery (three special interrogatories) recently propounded.

This limited opposition solely addresses the Commission's Claim No. 79361 and in no way impacts or affects the Commission's separate Claim No. 86469 filed against Pacific Gas and Electric Company on October 21, 2019. The Commission expressly reserves any and all rights with respect to Claim No. 86469 as it is not addressed or referenced in the Fifth Omnibus Objection.

DATED: September 22, 2020      DOWNEY BRAND LLP

By:   /s/ Jamie P. Dreher
      JAMIE P. DREHER
      Attorney for Mendocino County Inland Water &
      Power Commission