DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

Attorneys for Mendocino County Inland
Water Agency & Power Commission

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**PROOF OF SERVICE**<br><br>Date:　　　September 22, 2020<br>Time:　　　10:00 a.m. (Pacific Time)<br>Place:　　　(Telephonic Appearances Only)<br>　　　　　　United States Bankruptcy Court<br>　　　　　　Courtroom 17, 16th Floor<br>　　　　　　San Francisco, CA 94102 |

　　　　At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

　　　　On September 22, 2020, I served true copies of the following document(s) described as

- **MENDOCINO COUNTY INLAND WATER AGENCY & POWER COMMISSION'S RESERVATION OF RIGHTS IN RESPONSE TO REORGANIZED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (ECF No. 8759)**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the

document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mfrazier@downeybrand.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 22, 2020, at Sacramento, California.

_____
Marci Frazier

# SERVICE LIST

**Attorneys for Debtors**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Ray C. Schrock, P.C.
Jessica Liou
Matthew Goren
Stephen.karotkin@weil.com
Ray.schrock@weil.com
Jessica.liou@weil.com
Matthew.goren@weil.com

**Attorneys for Debtors**
KELLER BENVENUTTI KIM LLP
Tobias S. Keller
Jane Kim
tkeller@kbkllp.com
jkim@kbkllp.com

**Attorneys for Shareholder Proponents**
JONES DAY
Bruce S. Bennett
Joshua M. Mester
James O. Johnston
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com

**Counsel for Administrative Agent under Debtors' DIP Financing Facility**
STROOCK & STROOCK & LAVAN LLP
Frank A. Merola
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Counsel for collateral agent under Debtors' DIP Financing Facility**
DAVIS POLK & WARDELL LLP
Eli J. Vonnegut
David Schiff
Timothy Graulich
eli.vonnegut@davispolk.com
david.schiff@davispolk.com
timothy.graulich@davispolk.com

**Counsel to the California Public Utilities Commission**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian Hermann
Walter Rieman
akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

| | | |
|---|---|---|
| 1 | **Office of the U.S. Trustee for Region 17** | **U.S. Nuclear Regulatory Commission** |
| | James Snyder | Anita Ghosh Naber |
| 2 | Timothy Laffredi | anita.ghoshnaber@nrc.gov |
| 3 | James.L.Snyder@usdoj.gov | |
| | timothy.s.laffredi@usdoj.gov | |
| 4 | Marta.Villacorta@usdoj.gov | |
| 5 | | |
| 6 | **Counsel for U.S. on behalf of Federal Energy Regulatory Commission** | **Counsel for Unsecured Creditors Committee** |
| | | MILBANK LLP |
| 7 | U.S. Department of Justice | Dennis F. Dunne |
| | 1101 L Street, NW, Room 7106 | Sam Khalil |
| 8 | Washington, DC 20005 | ddunne@milbank.com |
| | Danielle Pham | skhalil@milbank.com |
| 9 | danielle.pham@usdoj.gov | Gbray@milbank.com |
| | | TKreller@milbank.com |
| 10 | | astone@milbank.com |
| 11 | | svora@milbank.com |
| 12 | | |
| 13 | **Counsel for PG&E Shareholders** | **Counsel for Tort Claimants Committee** |
| | JONES DAY | BAKER & HOSTETLER LLP |
| 14 | Bruce Bennett | Eric Sagerman |
| | Joshua Mester | Cicily Dumas |
| 15 | James Johnson | 11601 Wilshire Boulevard, Suite 1400 |
| | bbennett@jonesday.com | Los Angeles, CA 90025-0509 |
| 16 | jmester@jonesday.com | esagerman@bakerlaw.com |
| | jjohnston@jonesday.com | cdumas@bakerlaw.com |
| 17 | | |
| 18 | **Co-Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company** | **Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company** |
| 19 | | |
| 20 | BRAUNHAGEY & BORDEN LLP | Ashley Vinson Crawford |
| | J. Noah Hagey | AKIN GUMP STRAUSS HAUER & FELD |
| 21 | Jeffrey Theodore | avcrawford@akingump.com |
| | David Kwasniewski | |
| 22 | Andrew Levine | |
| 23 | hagey@braunhagey.com | |
| | theodore@braunhagey.com | |
| 24 | kwasniewski@braunhagey.com | |
| | levine@braunhagey.com | |

DOWNEY BRAND LLP

| | | |
|---|---|---|
| 1 | **Counsel for Ad Hoc Group of Subrogation Claim Holders** | **Counsel for Ad Hoc Group of Subrogation Claim Holders** |
| 2 | Kathryn Diemer | WILKIE FARR & GALLAGHER LLP |
| 3 | Alexander Lewicki | Matthew Feldman |
|  | DIEMER & WEIL LLP | Joseph Minias |
| 4 | kdiemer@diemerwei.com | Daniel Forman |
|  | alewicki@diemerwei.com | Benjamin McCallen |
| 5 |  | Antonio Yanez |
|  |  | Erica Kerman |
| 6 |  | Jonathan Waisnor |
| 7 |  | Matthew Freimuth |
|  |  | mfeldman@willkie.com |
| 8 |  | jminias@willkie.com |
|  |  | dforman@willkie.com |
| 9 |  | bmccallen@willkie.com |
|  |  | ayanez@willkie.com |
| 10 |  | ekerman@willkie.com |
|  |  | jwaisnor@willkie.com |
| 11 |  | mfreimuth@willkie.com |

DOWNEY BRAND LLP