# Notice Recipients

| District/Off: 0971–3 | User: dchambers | Date Created: 9/24/2020 |
|---|---|---|
| Case: 19–30088 | Form ID: TRANSC | Total: 4 |

**Recipients of Notice of Electronic Filing:**

aty     Paul J. Pascuzzi     ppascuzzi@ffwplaw.com
aty     Peter J. Benvenutti     pbenvenutti@kbkllp.com

                     TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**

cr     Michael Jurkovic     P.O. Box 3179     San Ramon, CA 94583
       DAVID TAYLOR     Keller Benvenutti Kim LLP     650 California Street Suite 1900     San Francisco, CA 94108

                     TOTAL: 2