| | |
|---|---|
| 1 | Jonathan Sanders (No. #228785) |
| | SIMPSON THACHER & BARTLETT LLP |
| 2 | 2475 Hanover Street |
| | Palo Alto, CA 94304 |
| 3 | Telephone: (650) 251-5000 |
| | Facsimile: (650) 251-5002 |
| 4 | |
| 5 | Nicholas Goldin |
| | Kathrine A. McLendon |
| 6 | Jamie J. Fell |
| | SIMPSON THACHER & BARTLETT LLP |
| 7 | 425 Lexington Avenue |
| | New York, NY 10017 |
| 8 | Telephone: (212) 455-2000 |
| | Facsimile: (212) 455-2502 |

*Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **NOTICE OF FIFTH SUPPLEMENTAL DECLARATION OF KATHRINE A. McLENDON RELATING TO THE RETENTION OF SIMPSON THACHER & BARTLETT LLP AS COUNSEL FOR THE BOARD OF DIRECTORS OF EACH OF PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY AND FOR CERTAIN CURRENT AND FORMER INDEPENDENT DIRECTORS PURSUANT TO ORDER ENTERED MAY 10, 2019 [DOCKET NO. 1979]** |
| ☐ Affects PG&E Corporation  ☐ Affects Pacific Gas and Electric Company  ☒ Affects both Debtors  *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | |

On May 10, 2019, this Court entered the *Order Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP Pursuant to 11 U.S.C. § 327(e) as Counsel to the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric Company and Pursuant to 11 U.S.C. § 363 as counsel to Certain Current and Former Independent Directors* [Docket No. 1979].

**PLEASE TAKE NOTICE** that, attached hereto as **Exhibit 1** is the fifth supplemental declaration of Kathrine A. McLendon submitted as a supplement to the *Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. § 363 Authorizing the Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp.* [Docket No. 1183] (the **"Torkin Declaration"**), the *Supplemental Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. § 363 Authorizing the Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp. (As Modified As Described Herein)* [Docket No. 1802] (the **"Supplemental Torkin Declaration"**), the *Second Supplemental Declaration of Michael H. Torkin Relating to the Retention of Simpson Thacher & Bartlett LLP as Counsel for the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors Pursuant to Order Entered May 10, 2019* [Docket No. 3171] (the **"Second Supplemental Torkin Declaration"**), the *Third Supplemental Declaration of Nicholas Goldin Relating to the Retention of Simpson Thacher & Bartlett LLP as Counsel for the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors Pursuant to Order Entered May 10, 2019* [Docket No. 5668] (the **"Third Supplemental Goldin Declaration"**) and the *Fourth Supplemental Declaration of Nicholas Goldin Relating to the Retention of Simpson Thacher & Bartlett LLP as Counsel for the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors Pursuant to Order Entered May 10, 2019* [Docket No. 8552] (the **"Fourth Supplemental Goldin Declaration"**). The fifth supplemental declaration provides updated disclosures with respect to the Schedules annexed to the Torkin

Declaration, as supplemented by the Supplemental Torkin Declaration, the Second Supplemental Torkin Declaration, the Third Supplemental Goldin Declaration, and the Fourth Supplemental Declaration.

Dated: September 23, 2020

/s/ *Jonathan C. Sanders*
Jonathan C. Sanders
Simpson Thacher & Bartlett LLP

*Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors*

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017