**Exhibit 1**

**Fifth Supplemental McLendon Declaration**

Jonathan Sanders (No. #228785)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Nicholas Goldin
Kathrine A. McLendon
Jamie J. Fell
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for the Board of Each of PG&E Corporation and
Pacific Gas and Electric Company and for Certain
Current and Former Independent Directors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **FIFTH SUPPLEMENTAL DECLARATION OF KATHRINE A. McLENDON RELATING TO THE RETENTION OF SIMPSON THACHER & BARTLETT LLP AS COUNSEL FOR THE BOARD OF DIRECTORS OF EACH OF PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY AND FOR CERTAIN CURRENT AND FORMER INDEPENDENT DIRECTORS PURSUANT TO ORDER ENTERED MAY 10, 2019 [DOCKET NO. 1979]** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | |

I, Kathrine A. McLendon, being duly sworn, declare the following under penalty of perjury:

I am a senior counsel at the law firm of Simpson Thacher & Bartlett LLP ("**Simpson Thacher**"), with an office at 425 Lexington Avenue, New York, New York 10017. I am a member in good standing of the Bar of the State of New York, and there are no disciplinary proceedings pending against me.

This Fifth Supplemental Declaration (the "**Fifth Supplemental Declaration**") provides additional disclosures relating to the retention of Simpson Thacher as counsel to (i) the Board of Directors (the "**Board**") of each of PG&E Corporation and Pacific Gas and Electric Company, as the Board may be constituted from time to time, and as counsel to the members of the Board from time to time in their capacities as members of the Board, under section 327(e) of the Bankruptcy Code (the "**Board Representation**") and (ii) certain current and former independent directors in their individual capacities who serve or served as independent directors prior to and/or as of the Filing Date (each an "**Independent Director**" and collectively, the "**Independent Directors**") (the "**Independent Director Representation**") under section 363 of the Bankruptcy Code. The Board Representation and the Independent Director Representation were authorized by Order entered May 10, 2019 [Docket No. 1979].

This Fifth Supplemental Declaration supplements the *Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. § 363 Authorizing the Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp.* [Docket No. 1183] (the "**Torkin Declaration**"), the *Supplemental Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. § 363 Authorizing the Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp. (As Modified As Described Herein)* [Docket No. 1802] (the "**Supplemental Torkin Declaration**"), the *Second Supplemental Declaration of Michael H. Torkin Relating to the Retention of Simpson Thacher & Bartlett LLP as Counsel for the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain*

*Current and Former Independent Directors Pursuant to Order Entered May 10, 2019* [Docket No. 3171] (the "**Second Supplemental Torkin Declaration**"), the *Third Supplemental Declaration of Nicholas Goldin Relating to the Retention of Simpson Thacher & Bartlett LLP as Counsel for the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors Pursuant to Order Entered May 10, 2019* [Docket No. 5668] (the "**Third Supplemental Goldin Declaration**"), and the *Fourth Supplemental Declaration of Nicholas Goldin Relating to the Retention of Simpson Thacher & Bartlett LLP as Counsel for the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors Pursuant to Order Entered May 10, 2019* [Docket No. 8552] (the "**Fourth Supplemental Goldin Declaration**").

Simpson Thacher provides the following updates to the Schedules to the Torkin Declaration, as supplemented by the Supplemental Torkin Declaration, the Second Supplemental Torkin Declaration, the Third Supplemental Goldin Declaration and the Fourth Supplemental Goldin Declaration:

(i) **Schedule 2(b) [Interested Parties as Described in the Torkin Declaration]:** Portland General Electric Company and Centerview Partners Llc.

(ii) **Schedule 2(c) [Interested Parties For Whom Additional Information Is Needed]:** [None additional at this time.]

To the extent that any new relevant facts or relationships bearing on the matters described herein during the period of Simpson Thacher's retention are discovered or arise, Simpson Thacher will use reasonable efforts to file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 23, 2020

/s/ *Kathrine A. McLendon*
Kathrine A. McLendon
Simpson Thacher & Bartlett LLP