Signed and Filed: September 23, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

**All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION WITH EP COUNTERPARTIES CONFIRMING APPLICATION OF CONFIDENTIALITY AND PROTECTIVE ORDER TO ENERGY PROCUREMENT CURE DISPUTES**

Related Docket Nos. 3045, 9103

[No Hearing Date Requested]

The Court having considered the *Stipulation with EP Counterparties Confirming Application of Confidentiality and Protective Order to Energy Procurement Cure Disputes* (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the EP Counterparties (together with the Reorganized Debtors, the "**Parties**"), filed on September 22, 2020 [Docket No. 9103]; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The Protective Order shall apply to any Discovery Material produced by the Parties in connection with the Cure Disputes, subject to modifications set forth in the Stipulation, which modifications shall apply solely with respect to the production of documents in connection with any Cure Disputes and shall not otherwise modify or amend the terms of the Protective Order with respect to any other parties or disputes.

3. The Bankruptcy Court retains jurisdiction to resolve any disputes or controversies arising from the Stipulation and this Order.

---

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

**EP Counterparties**

Dated: September 22, 2020

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Hugh M. McDonald

Hugh M. McDonald (admitted *pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
Telephone: 212.858.1170
Email: hugh.mcdonald@pillsburylaw.com

*Attorneys for Consolidated Edison Development, Inc. on behalf of itself and its affiliates*

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Lorraine McGowen
Lorraine McGowen
51 West 52nd Street
New York NY 10019
Telephone: (212) 506-5114
Email: lmcgowen@orrick.com

and

Debra L. Felder
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8567
Email: dfelder@orrick.com

*Attorneys for Hatchet Ridge Wind, LLC*

KTBS LAW LLP, *f/k/a* KLEE, TUCHIN, BOGDANOFF & STERN LLP

By: */s/ Samuel M. Kidder*
Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

*Attorneys for NextEra Energy, Inc. and NextEra Energy Partners, L.P. and all projects, affiliates, and subsidiaries directly or indirectly owned or controlled in whole or in part by them*

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Richard W. Esterkin*
Richard W. Esterkin
*Attorney for AV Solar Ranch 1, LLC*

CROWELL & MORING LLP

By: */s/ Thomas F. Koegel*
Thomas F. Koegel

*Attorney for Vantage Wind Energy LLC, and Kes Kingsburg, L.P.*

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jeffrey C. Krause*
Jeffrey C. Krause
Alan Moskowitz

*Attorneys for Topaz Solar Farms LLC*

| | |
|---|---|
| 1 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | By: */s/ James Eric Ivester* |
| | James Eric Ivester |
| 3 | 4 Times Square |
| | New York, Ny 10036 |
| 4 | (212) 735-3111 |
| | Eric.Ivester@Skadden.com |
| 5 | |
| | *Attorneys for Mojave Solar LLC* |
| 6 | |
| 7 | STOEL RIVES LLP |
| 8 | |
| | */s/ Jennifer Slocum* |
| 9 | David B. Levant (*pro hac vice*) |
| | Andrew H. Morton (*pro hac vice*) |
| 10 | Jennifer N. Slocum (*pro hac vice*) |
| 11 | *Attorneys for RE Mustang LLC, RE Mustang 3 LLC, RE Mustang 4 LLC, Avangrid Renewables LLC, Capital Dynamics, Inc., FTP Power, LLC, and their respective projects, affiliates, and subsidiaries, directly or indirectly owned or controlled in whole or in part* |
| 12 | |
| 13 | |
| 14 | KIRKLAND & ELLIS LLP |
| 15 | By: */s/ Michael P. Esser* |
| | Mark E. McKane, P.C. (SBN 230552) |
| 16 | Michael P. Esser (SBN 268634) |
| | 555 California Street |
| 17 | San Francisco, CA 94104 |
| | T: (415) 439-1400 / F: (415) 439-1500 |
| 18 | mark.mckane@kirkland.com |
| | michael.esser@kirkland.com |
| 19 | |
| 20 | David R. Seligman, P.C. (admitted *pro hac vice*) |
| | 300 North LaSalle |
| 21 | Chicago, IL 60654 |
| | T: (312) 862-2000 / F: (312) 862-2200 |
| 22 | dseligman@kirkland.com |
| 23 | |
| | Aparna Yenamandra (admitted *pro hac vice*) |
| 24 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 25 | T: (212) 446-4800 / F: (212) 446-4900 |
| | aparna.yenamandra@kirkland.com |
| 26 | |
| 27 | *Counsel for Calpine Corporation, et al.* |
| 28 | *** END OF ORDER *** |