KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS) WITH RESPECT TO VANTAGE WIND ENERGY LLC (CLAIM NO. 9877)** |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on September 3, 2020, PG&E Corporation and Pacific Gas |
| 2 | and Electric Company, as debtors and reorganized debtors (the "**Debtors,**" or as reorganized pursuant |
| 3 | to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, filed the |
| 4 | *Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 8978] (the |
| 5 | "**Omnibus Objection**"), which, among other things, sought to disallow and expunge proof of claim |
| 6 | number 9877 ("**Claim No. 9877**") filed by Vantage Wind Energy, LLC. |
| 7 | **PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors hereby withdraw, |
| 8 | without prejudice, the Omnibus Objection solely with respect to Claim No. 9877. |

Dated: September 24, 2020        **KELLER BENVENUTTI KIM LLP**

               */s/ Peter J. Benvenutti*
               Peter J. Benvenutti

               *Attorneys for Debtors and Reorganized Debtors*