KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS) WITH RESPECT TO CERTAIN CLAIMS** |

Case: 19-30088    Doc# 9124    Filed: 09/24/20    Entered: 09/24/20 12:03:45    Page 1 of 4

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on September 17, 2020, PG&E Corporation and Pacific Gas |
| 2 | and Electric Company, as debtors and reorganized debtors (the "**Debtors,**" or as reorganized pursuant |
| 3 | to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, filed the |
| 4 | *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9073] (the |
| 5 | "**Omnibus Objection**").. |
| 6 | **PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors hereby withdraw, |
| 7 | without prejudice, the Omnibus Objection solely with respect to the claims listed on **Exhibit A** hereto. |
| 8 | Dated: September 24, 2020              **KELLER BENVENUTTI KIM LLP** |
| 9 |                                                              */s/ Peter J. Benvenutti* |
| 10 |                                                             Peter J. Benvenutti |
| 11 |                                                             *Attorneys for Debtors and Reorganized Debtors* |

**Exhibit A**

**Claims**

| Claimant | Claim Number |
|---|---|
| Bayshore Solar A, LLC | 66124 |
| Bayshore Solar B, LLC | 66084 |
| Rock Creek Limited Partnership | 66491 |
| Shiloh I Wind Power LLC | 104748 |
| Desert Sunlight 300, LLC | 53822 |
| FPL Energy Montezuma Wind, LLC | 55171 |
| Genesis Solar, LLC | 54681 |
| North Sky River Energy, LLC | 54712 |
| Shafter Solar, LLC | 30973 |
| Vasco Winds, LLC | 54685 |
| Copper Mountain Solar 1, LLC | 67773 |
| Copper Mountain Solar 1, LLC | 67782 |
| Coram California Development, L.P. | 71509 |