SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Destiny N. Almogue
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM (UK) LLP
Kathlene M. Burke
40 Bank Street, Canary Wharf
London   E14 5DS
United Kingdom

J. Eric Ivester (admitted *pro hac vice*)
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel to Atlantica Yield plc and Mojave Solar LLC*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>    **Debtors.** | Chapter 11<br><br>Case No. 19-30088 (DM)<br><br>**(Jointly Administered)** |

## WITHDRAWAL OF APPEARANCE OF AMY S. PARK AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Amy S. Park, California State Bar No. 208204, is no longer associated with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, and is hereby withdrawn as one of the counsel of record for Atlantica Yield plc and Mojave Solar LLC in the above-captioned matter.  Please remove Amy S. Park from all email notifications for any documents filed in this action.

The appearances of Destiny N. Almogue and Kathlene M. Burke should be substituted for Amy S. Park, and notices and pleadings given or filed in these cases now should be given and served upon each of the following:

>Destiny N. Almogue
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>300 South Grand Avenue
>Suite 3400
>Los Angeles, California 90071
>Telephone: (213) 687-5000
>Email: Destiny.Almogue@Skadden.com
>
>- and -
>
>J. Eric Ivester
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>One Manhattan West
>New York, New York 10001-8602
>Telephone: (212) 735-3000
>Email: Eric.Ivester@Skadden.com
>
>- and –
>
>Kathlene M. Burke
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM (UK) LLP
>40 Bank Street
>Canary Wharf
>London E14 5DS
>United Kingdom
>Telephone: 44-20-7519-7000
>Email: Kathlene.Burke@skadden.com

Dated: Los Angeles, California
September 24, 2020

/s/ Destiny N. Almogue
Destiny N. Almogue
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

- and -

J. Eric Ivester
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

Kathlene M. Burke
SKADDEN, ARPS, SLATE, MEAGHER & FLOM (UK) LLP
40 Bank Street
Canary Wharf
London E14 5DS
United Kingdom
Telephone: 44-20-7519-7000

*Counsel to Atlantica Yield plc and Mojave Solar LLC*