1  WEIL, GOTSHAL & MANGES LLP
   Richard W. Slack (*pro hac vice*)
2  (richard.slack@weil.com)
   Theodore E. Tsekerides (*pro hac vice*)
3  (theodore.tsekerides@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8

9  *Attorneys for Debtors and*
   *Reorganized Debtors*

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (650) 636-9251

10

11              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12                  **SAN FRANCISCO DIVISION**

13
    **In re:**
14
    **PG&E CORPORATION,**
15
              **- and -**
16
    **PACIFIC GAS AND ELECTRIC**
17  **COMPANY,**

18
                              **Debtors.**
19
    ☐ Affects PG&E Corporation
20  ☐ Affects Pacific Gas and Electric
    Company
21  ☒ Affects both Debtors

22
    * *ALL PAPERS SHALL BE FILED IN*
23  *THE LEAD CASE, NO. 19-30088 (DM).*

Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**NOTICE OF SUBMISSION OF PROPOSED
ORDER APPROVING ADR AND RELATED
PROCEDURES FOR RESOLVING GENERAL
CLAIMS**

**[Relates to Dkt. Nos. 8970, 9084]**

24

25

26

27

28

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"). On June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8048] (as may be modified, supplemented, or amended from time to time, and together with all schedules and exhibits thereto, the "**Plan**"). The Plan became effective on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court held a hearing on September 22, 2020, at 10:00 a.m. (Pacific Time) (the "**September 22 Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider the *Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims* filed by the Reorganized Debtors on September 1, 2020 [Dkt. No. 8970] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit A**</u> is a revised proposed order granting the Motion (including all exhibits and annexes thereto, the "**Revised Proposed Order**"), which includes the General Claims Information Procedures as <u>**Exhibit A-1**</u>, the Information Request Form as <u>**Annex 1**</u>, the General ADR Procedures as <u>**Exhibit A-2**</u>, the Abbreviated Mediation Notice as <u>**Annex 2**</u>, the Standard Mediation Notice as <u>**Annex 3**</u>, and the Claims Exempted from General Claims Information Procedures and General ADR Procedures as <u>**Exhibit A-3**</u>. The Reorganized Debtors have submitted the Revised Proposed Order and its attachments to the Bankruptcy Court for approval concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit B**</u> is a redline comparison of the Revised Proposed Order against the proposed order attached to the *Reorganized Debtors' Reply in Support of Motion to Approve ADR and Related Procedures for Resolving General Claims* filed by the Reorganized Debtors on September 21, 2020 [Dkt. No. 9084]. The Revised Proposed Order has been updated to reflect the comments by the Court as stated on the record at the September 22 Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 24, 2020

        **WEIL, GOTSHAL & MANGES LLP**
        **KELLER BENVENUTTI KIM LLP**

        /s/ *Thomas B. Rupp*
        Thomas B. Rupp

        *Attorneys for the Debtors and Reorganized Debtors*