| | |
|---|---|
| Kate Dyer (Bar No. 171891)<br>CLARENCE DYER & COHEN LLP<br>899 Ellis Street<br>San Francisco, California 94109<br>Telephone: (415) 749-1800<br>Facsimile: (415) 749-1694<br>kdyer@clarencedyer.com<br><br>*Special Counsel to Debtors<br>and Reorganized Debtors* | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                          **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING CONSOLIDATED MONTHLY FEE STATEMENT OF CLARENCE DYER & COHEN LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM FEBRUARY 1, 2020 THROUGH JULY 1, 2020**<br><br>**[Re: Dkt No. 8842]**<br><br>**Objection Deadline**: September 14, 2020<br>                              4:00 p.m. (Pacific Time) |

## THE MONTHLY FEE STATEMENT

On August 24 2020, Clarence Dyer & Cohen LLP (the "**Applicant**"), Special Counsel to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Consolidated Monthly Fee Statement of Clarence Dyer & Cohen LLP for Allowance and Payment of Compensation and Reimbursement of Expenses from February 1, 3030 through July 1, 2020* [Dkt No. 8842] (the "**Consolidated Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Consolidated Monthly Fee Statement was served on August 24, 2020, as described in the Certificate of Service of Andrew G. Vignali, filed on August 24, 2020 [Dkt. No. 8865]. The deadline to file responses or oppositions to the Monthly Fee Statement was September 14, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above captioned debtors and debtors in possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Consolidated Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A.**

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner of the firm of Clarence Dyer & Cohen LLP, co-counsel for the Debtors.
2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Consolidated Monthly Fee Statement.
3. This declaration was executed in San Francisco, California.

Dated: September 24, 2020         **CLARENCE DYER & COHEN LLP**

By: ___/s/ Kate Dyer_____
      Kate Dyer

*Special Counsel to Debtors and Reorganized Debtors*

**Exhibit A**

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| **Clarence Dyer & Cohen LLP** (Special Counsel for Debtors) | **Cons. Monthly** (02.01.20 through 07.01.20) [Dkt. 8842; filed 08.24.2020] | $953,474.16 | $19,553.77 | 09.14.2020 | $762,779.33 | $19,553.77 | $190,694.83 |