| | |
|---|---|
| 1 | JOSHUA HILL JR. (SBN 250842) |
| | jhill@mofo.com |
| 2 | CHRISTINE Y. WONG (SBN 284026) |
| | christinewong@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, CA 94105 |
| | Tel: (415) 268-7000 |
| 5 | Fax: (415) 268-7522 |

*Special Regulatory Counsel to Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING TWELFTH CONSOLIDATED MONTHLY FEE STATEMENT OF MORRISON & FOERSTER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2020 THROUGH JULY 1, 2020**<br><br>[Re: Docket No. 8938]<br><br>**Objection Deadline:** September 21, 2020 at 4:00 p.m. (Pacific Time) |

ny-1995633

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

1  On August 31, 2020, Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Applicant**"), special regulatory counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**"), filed its *Twelfth Consolidated Monthly Fee Statement of Morrison & Foerster LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 through July 1, 2020* [Dkt. No. 8938] (the "**Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

The Fee Statement was served as described in the certificate of service of Kendrick Ajayi filed on September 16, 2020 [Dkt. No. 9051]. The deadline to file responses or oppositions to the Fee Statement was September 21, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1.  I am a partner of the firm Morrison & Foerster LLP and special regulatory counsel to the Debtors.

2.  I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Fee Statement.

3.  This declaration was executed in Oakland, California.

*[Signature page follows]*

2

Dated: September 25, 2020                                  Respectfully submitted,

                                                           **MORRISON & FOERSTER LLP**

                                                           By:    /s/ Joshua Hill Jr.
                                                                  Joshua Hill Jr.

                                                           *Special Regulatory Counsel to Debtors
                                                           and Debtors in Possession*

# **EXHIBIT A**

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Morrison & Foerster LLP | 6/1/2020 – 7/1/2020<br><br>8/31/2020<br><br>Dkt. No. 8938 | $60,577.60 | $132.40 | 9/21/2020 | $48,462.08 | $132.40 | $12,115.52 |