| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| | Stephen Karotkin (*pro hac vice*) |
| 2 | (stephen.karotkin@weil.com) |
| | Ray C. Schrock, P.C. (*pro hac vice*) |
| 3 | (ray.schrock@weil.com) |
| | Jessica Liou (*pro hac vice*) |
| 4 | (jessica.liou@weil.com) |
| | Matthew Goren (*pro hac vice*) |
| 5 | (matthew.goren@weil.com) |
| | 767 Fifth Avenue |
| 6 | New York, NY 10153-0119 |
| | Tel: 212 310 8000 |
| 7 | Fax: 212 310 8007 |
| 8 | KELLER & BENVENUTTI LLP |
| | Tobias S. Keller (#151445) |
| 9 | (tkeller@kellerbenvenutti.com) |
| | Jane Kim (#298192) |
| 10 | (jkim@kellerbenvenutti.com) |
| | 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
| | Tel: 415 496 6723 |
| 12 | Fax: 650 636 9251 |
| 13 | *Attorneys for Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF NO OBJECTION REGARDING CONSOLIDATED SIXTH MONTHLY FEE STATEMENT OF HUNTON ANDREWS KURTH LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2020** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | [Re: Dkt. No. 8924] |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | **Objection Deadline**: September 21, 2020 4:00 p.m. (Pacific Time) |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

On August 31, 2020, Hunton Andrews Kurth LLP ("**Hunton**" or "**Applicant**"), special counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed its *Consolidated Sixth Monthly Fee Statement of Hunton Andrews Kurth LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period July 1, 2020* [Dkt. No. 8924] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(e) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the Certificate of Service of Kendrick Ajayi filed on September 16, 2020 [Dkt. No. 9051]. The deadline to file responses or oppositions to the Monthly Fee Statement was September 21, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am partner with the firm of Hunton Andrews Kurth LLP, special counsel for the Debtors.
2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and have not received any response or opposition to the Monthly Fee Statement.
3. This declaration was executed in New York, New York.

Dated: September 25, 2020

Respectfully submitted,

 /s/ Michael F. Fitzpatrick, Jr.
Michael F. Fitzpatrick, Jr.
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, New York 10166-0005
Tel: (212) 309-1071
mfitzpatrick@HuntonAK.com

*Special Counsel to Debtors*

**Exhibit A**

**Monthly Fee Statement – Professional Fees and Expenses**

| Applicant | Hunton Andrews Kurth LLP |
|---|---|
| Fee Application Period | 7/01/2020–7/01/2020 |
| Filing Date | 8/31/2020 |
| Docket No. | [Dkt No. 8924] |
| Total Fees Requested | $54,692.60 |
| Total Expenses Requested | $1,851.22 |
| Objection Deadline | 9/21/2020 |
| Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | $43,754.08 |
| Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | $1,851.22 |
| Amount of Holdback Fees Requested | $10,938.52 |