Signed and Filed: September 24, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:     415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:     310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING THIRD INTERIM APPLICATION OF TRIDENT DMG LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2020 THROUGH MAY 31, 2020** |

**THIS MATTER** came before the Court upon consideration of the *Third Interim Application of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period From February 1, 2020 Through May 31, 2020* [Docket No. 8395] (the "**Application**"), filed by Trident DMG LLC ("**Trident**"), communications consultant for the Official Committee of Tort Claimants ("**TCC**"). Based upon the Court's review and consideration of the Application, the declarations in support thereof, the Second Amended Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (4th Set) [Docket No. 8911], and the other records and pleadings filed in the above-captioned chapter 11 cases.

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given, and that such notice was appropriate and sufficient under the particular circumstances. It appears to the Court that good cause exists for interim approval of the fees and expenses that Trident requested in the Application, pursuant to Section 330 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Application is approved on an interim basis as reflected herein.

2. Awarding interim allowance of compensation for professional services rendered during the Application Period in the amount of **$143,234.40** consisting of **$140,000.00** in fees incurred and **$3,234.40** in actual and necessary expenses.

3. Authorizing and directing the Debtors or Reorganized Debtors to make prompt payment to Trident in the total amount of **$28,000.00**, which is the difference between the amount requested and the amount already paid by the Debtors pursuant to the Interim Compensation Order.

4. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**\*\*\* END OF ORDER \*\*\***