Alan J. Jang (SBN 83409)
Stephanie A. Yee (SBN 172251)
**Jang & Associates, LLP**
1766 Lacassie Avenue, Suite 200
Walnut Creek, California 94596
Telephone: (925) 937-1400
Facsimile: (925) 937-1414
*ajang@janglit.com*
*syee@janglit.com*

Attorneys for
CSAA INSURANCE EXHANGE

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><hr>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case – Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY CSAA INSURANCE EXCHANGE**<br><br>Date: October 28, 2020<br>Time: 10:00 a.m. (Pacific)<br>Place: Telephonic/ Video Appearances Only United States Bankruptcy Court, Courtroom 17, 450 Golden Gate Ave., 16th Floor, San Francisco, CA<br>Judge: Honorable Dennis Montali<br><br>Objection Deadline: October 21, 2020 |

**PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider the Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange on October 28, 2020 at 10:00 a.m. (Pacific Time) ("**CSAA Insurance Exchange Late Claim Motion**") via

video conferencing or telephone, in the Courtroom of Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 450 Golden Gate Avenue, 16th Floor, San Francisco, California.

**PLEASE TAKE FURTHER NOTICE** that all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to CSAA Insurance Exchange's Late Claim Motion is October 21, 2020.

**PLEASE TAKE FURTHER NOTICE** that copies of CSAA Insurance Exchange's Late Claim Motion can be viewed and obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Date: September 25, 2020

**JANG & ASSOCIATES, LLP**

By: *[signature]*
Alan J. Jang, Esq.
Stephanie A. Yee, Esq.
Attorneys for CSAA Insurance Exchange