**Signed and Filed: September 24, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
Transamerica Pyramid Center
3  600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
4  Telephone:    415.659.2600
Facsimile:    415.659.2601
5  Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com
6
Eric E. Sagerman (SBN 155496)
7  David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
8  BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
9  Los Angeles, CA 90025-0509
Telephone:    310.820.8800
10 Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
11 Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com
12
*Counsel to the Official Committee of Tort Claimants*
13

14            **UNITED STATES BANKRUPTCY COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16              **SAN FRANCISCO DIVISION**

17 **In re:**                                     Bankruptcy Case
                                                  No.:  19-30088 (DM)
18 **PG&E CORPORATION,**
                                                  Chapter 11
19        **- and -**                             (Lead Case)
                                                  (Jointly Administered)
20 **PACIFIC GAS AND ELECTRIC**
21 **COMPANY,**
                  **Debtors.**                    **ORDER GRANTING SECOND**
                                                  **INTERIM APPLICATION OF LYNN**
22                                                **A. BAKER, ESQ. FOR ALLOWANCE**
                                                  **AND PAYMENT OF**
23 □Affects PG&E Corporation                      **COMPENSATION FOR THE PERIOD**
                                                  **FROM FEBRUARY 1, 2020 THROUGH**
24 □Affects Pacific Gas and Electric Company      **MAY 31, 2020**

25 ■Affects both Debtors                          [Relates to Docket No. 8396]

26 *All papers shall be filed in the Lead Case,*
   *No. 19-30088 (DM).*
27

28

Baker & Hostetler LLP
Attorneys at Law
San Francisco

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    **THIS MATTER** came before the Court upon consideration of the *Second Interim*

2    *Application of Lynn A. Baker, Esq. for Allowance and Payment of Compensation for the Period*

3    *from February 1, 2020 through May 31, 2020* [Docket No. 8396] (the "**Application**"), filed by

4    Lynn A. Baker, Esq. ("**Applicant**"), special counsel for the Official Committee of Tort Claimants

5    ("**TCC**"). Based upon the Court's review and consideration of the Application, the certification in

6    support thereof, the Second Amended Notice of Hearing on Interim Applications Allowing and

7    Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises

8    with the Fee Examiner (4th Set) [Docket No. 8911], and the other records and pleadings filed in the

9    above-captioned chapter 11 cases,

10    **THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the

11    Application was duly given, and that such notice was appropriate and sufficient under the particular

12    circumstances. It appears to the Court that good cause exists for interim approval of the fees that

13    Applicant requested in the Application, pursuant to Section 330 of the Bankruptcy Code and

14    Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees requested in the

15    Application are reasonable and have been earned.

16    **THE COURT FURTHER FINDS** that (i) as of the date of the Application, Applicant has

17    been paid **$55,294.00** in fees and; (ii) the remaining balance due and owing to Applicant is

18    **$11,326.00**, attributable to a $2,500.00 reduction agreed to by Applicant, as reflected in the Notice.

19    **THEREFORE, IT IS HEREBY ORDERED:**

20    1.    The Application is approved on an interim basis as reflected herein.

21    2.    Applicant is awarded interim fees for the period February 1, 2020 through May 31,

22    2020 in a total amount of **$66,620.00**, as agreed upon by Applicant and the Fee Examiner.

23    3.    This order is effective immediately and no stay shall apply. As such, the Debtors

24    and Reorganized Debtors are authorized and directed to make immediate payment to Applicant in

25    the total remaining amount of **$11,326.00**, which is the difference between the amount agreed upon

26    by Applicant and the Fee Examiner and the amount already paid by the Debtors pursuant to the

27    Interim Compensation Order.

28

1    4.    The Court retains jurisdiction over any issues or disputes arising out of or relating
2  to this Order.

3

4                                **\*\*\* END OF ORDER \*\*\***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3