Signed and Filed: September 24, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:     415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:     310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br>     - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                                           Debtors. <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **ORDER GRANTING FOURTH INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2020 THROUGH MAY 31, 2020** <br><br> [Relates to Dkt. No.: 8402] |

**THIS MATTER** came before the Court upon the fourth interim application (the "**Fourth Interim Application**") [Docket No. 8402] of Lincoln Partners Advisors LLC ("**Lincoln**"), financial advisor to the Official Committee of Tort Claimants ("**TCC**"), for allowance and payment of compensation in the amount of $8,766,589.50 and reimbursement of expenses in the amount of $41,284.46 for the period January 1, 2020 through May 31, 2020, on an interim basis, pursuant to sections 330(a) and 331 of title 11, United States Code ("**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, ("**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the Northern District of California ("**Local Rules**") the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated pursuant to Local Rule 9029-1, governing the narrative portion of fee applications, effective February 19, 2014 ("**Narrative Guidelines**"), the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 ("**UST Guidelines**"), the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("**Interim Compensation Order**") (collectively, the "**Guidelines**"), and the Second Amended Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (4th Set) (the "**Notice**") [Docket No. 8911].

Based upon the Court's review and consideration of the Fourth Interim Application, the certification in support thereof, and the other records and pleadings filed in the above-captioned chapter 11 cases,

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Fourth Interim Application was duly given and that such notice was appropriate and sufficient; the relief requested is in the best interests of the Debtors, their estates, creditors, shareholders and all parties in interest; good cause exists for interim approval of the fees and expenses requested by Lincoln in the Fourth Interim Application, pursuant to section 330 of the Bankruptcy Code and Bankruptcy Rule 2016; and that the fees and expenses requested in the Fourth Interim Application, as modified by Lincoln's agreement with the Fee Examiner, are reasonable and have been earned.

**THE COURT FURTHER FINDS** that (i) as of the date of the Fourth Interim Application, Lincoln has been paid $7,054,556.06 in fees and expenses; (ii) the remaining balance due and owing to Lincoln is **$1,528,317.90**, attributable to a $225,000.00 reduction agreed to by Lincoln, as reflected in the Notice.

**THE COURT FURTHER FINDS** that in exchange for the reductions agreed to by Lincoln, the Fee Examiner waives any further objection to the Fourth Interim Fee Application and preserves his right to object to Lincoln's final fee application, and that Lincoln's agreement to the reductions is conditioned upon no further or additional objections being asserted by the United States Trustee.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Fourth Interim Fee Application is approved on an interim basis as reflected herein.

2. Lincoln is awarded interim fees and expenses for the period January 1, 2020 through May 31, 2020 in a total amount of **$8,582,873.96**, consisting of $8,551,897.00 in fees and $30,976.96 in expenses, as agreed upon by Lincoln and the Fee Examiner.

3. This order is effective immediately and no stay shall apply. As such, the Debtors and Reorganized Debtors are authorized and directed to make immediate payment to Lincoln in the total remaining amount of **$1,528,317.90.**

4. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**\*\*\* END OF ORDER \*\*\***