Entered on Docket
September 25, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1    WEIL, GOTSHAL & MANGES LLP              Signed and Filed: September 25, 2020
     Theodore Tsekerides (pro hac vice)
2    (theodore.tsekerides@weil.com)
     Jessica Liou (pro hac vice)
3    (jessica.liou@weil.com)
     Matthew Goren (pro hac vice)
4    (matthew.goren@weil.com)                _____
     767 Fifth Avenue                        DENNIS MONTALI
5    New York, NY 10153-0119                 U.S. Bankruptcy Judge
     Tel: 212 310 8000
6    Fax: 212 310 8007

7    KELLER BENVENUTTI KIM LLP
     Tobias S. Keller (#151445)
8    (tkeller@kbkllp.com)
     Peter J. Benvenutti (#60566)
9    (pbenvenutti@kbkllp.com)
     Jane Kim (#298192)
10   (jkim@kbkllp.com)
     650 California Street, Suite 1900
11   San Francisco, CA 94108
     Tel: 415 496 6723
12   Fax: 650 636 9251

13   Attorneys for Debtors and Reorganized
     Debtors
14
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION ENLARGING TIME FOR CLIFTON KENYON, DRAGGE GRANDDAUGHTERS TRUST, PMK (MINOR), AND DRK (MINOR) TO FILE PROOFS OF CLAIM** |

The Court having considered the *Stipulation Enlarging Time for Clifton Kenyon, Dragge Granddaughters Trust, PMK (Minor), and DRK (Minor) to File Proofs of Claim*, dated September 24, 2020 [Dkt. No. 9118] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Clifton Kenyon, Dragge Granddaughters Trust, PMK (a Minor), and DRK (a Minor) (collectively, the "**Movants**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Proofs of Claim are deemed timely filed.

3. The Proofs of Claim and the Asserted Fire Victim Claims shall for all purposes be treated and classified as Fire Victim Claims under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. Movants shall have no further recourse against the Debtors or Reorganized Debtors, as applicable, with respect to the Proofs of Claim or the Asserted Fire Victim Claims.

4. Nothing herein shall be construed to be a waiver by the Debtors or the Reorganized Debtors, as applicable, the Fire Victim Trust, or any other party in interest of any right to object to the Asserted Fire Victim Claims or the Proofs of Claim on any grounds other than the untimely filing thereof.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

5. Nothing herein shall be construed to be a waiver by Movants of their rights to assert any right in contravention to or in opposition of any asserted challenge to the Asserted Fire Victim Claims or the Proofs of Claim.

6. By entry of this Order, the Motion is deemed withdrawn with prejudice, and the Hearing vacated.

7. The Stipulation is binding on the Parties and each of their successors in interest.

8. The Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter thereof.

9. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: September 24, 2020

MARSHACK HAYS LLP


/s/ *Laila Masud*
Laila Masud, Esq.

*Attorneys for Clifton Kenyon, Dragge Granddaughters Trust, PMK (a Minor), and DRK (a Minor)*