**Exhibit A-3**

**(Claims Exempted from General Claims Information Procedures and General ADR Procedures)**

The following General Claims (held by the following General Claimants) are exempted from the General Claims Information Procedures and the General ADR Procedures:

- No. 59493 (United States Department of Agriculture, Forest Service)
- No. 59662 (United States Department of Agriculture, Forest Service)
- No. 59664 (United States Department of Agriculture, Forest Service)
- No. 59712 (United States Department of Agriculture, Forest Service)
- No. 62632 (Department of the Interior - Bureau of Land Management)
- No. 63092 (Department of Interior - National Park Service [also on behalf of the Bureau of Indian Affairs, U.S. Fish & Wildlife Service, and the Bureau of Land Management])
- No. 63748 (Department of the Interior - National Park Service)
- No. 63756 (Department of the Interior - National Park Service)
- No. 63837 (United States Department of Agriculture, Forest Service)
- No. 79094 (Tyrrell Resources, Inc.)
- No. 87868 (Turner Construction Company)