SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Destiny N. Almogue (SBN 316495)
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Fax: (213) 687-5600

-and-

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM (UK) LLP
Kathlene M. Burke
40 Bank Street, Canary Wharf
London  E14 5DS
United Kingdom

James J. Mazza, Jr. (*pro hac vice* pending)
155 N. Wacker Drive
Chicago, Illinois  60606
Telephone:  (312) 407-0700
Fax:  (312) 407-0411

*Counsel to Atlantica Yield plc and Mojave Solar LLC*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br><br>**APPLICATION FOR ADMISSION OF**<br><u>**ATTORNEY *PRO HAC VICE***</u> |

    Pursuant to B.L.R. 1001-2(a) and /Civil L.R. 11-3, James J. Mazza, Jr., an active and

practicing member in good standing of the bar of the State of Illinois, hereby applies for admission

to practice in the Northern District of California on a *pro hac vice* basis representing Atlantica

Yield plc and Mojave Solar LLC in the above-entitled action.

1

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Case: 19-30088    Doc# 9151    Filed: 09/28/20    Entered: 09/28/20 14:08:55    Page 1 of 3

CASE NO. 19-30088 (DM)

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name and address and telephone number of that attorney is:

>Destiny N. Almogue, Esq. (SBN 316495)
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>300 South Grand Avenue
>Suite 3400
>Los Angeles, California 90071
>Telephone: (213) 687-5000
>Fax: (213) 687-5600

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Chicago, Illinois
September 28, 2020

>*/s/ James J. Mazza, Jr.* _____
>James J. Mazza, Jr.
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>155 N. Wacker Drive
>Chicago, Illinois 60606
>Telephone: (312) 407-0700
>Fax: (312) 407-0411

2

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

James John Mazza, Jr.

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/08/2001 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of September, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois