# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

_____
Debtor(s)

Case No:

Chapter No.:

v.

_____
Plaintiff(s)

Adversary Proceeding No:

_____
Defendant(s)

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** the address of _____ has changed. The new address is:

Please update your records accordingly.

Date:

Signature