UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

PG&E CORPORATION,　　　　　　　　　　Chapter 11
 - and -　　　　　　　　　　　　　　　　Case No. 19-30088 (DM)
PACIFIC GA,
　　　Debtors

### RESPONSE TO REORGANIZED DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS) (DOC. NO. 8681)

NOW COMES John H. Wrynn ("creditor") and responds to PG&E CORPORATION's and PACIFIC GA's, ("debtors") REORGANIZED DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS). In support, creditor states:

1. Debtor asserts that creditor's claim is a redundant claim, but fails to identify the alleged duplicative claim by number.

2. Debtor incorrectly states the amount of my claim at $50,289.89. My claim was for unpaid accrued interest only from October 1, 2018 to July 18, 2019 in the amount of $1,500. My claim was not for $59,289.89. PG&E's records will show no interest payment on the referenced Note since October 2018.

3. Pursuant to PG&E's Bankruptcy Plan, (the Plan) affirms on pages 45-47 that Senior Note holders shall receive cash for accrued interest due noteholders.

WHEREFORE, I respectfully request that this Honorable Court:

　A. DENY debtor's objection motion; and,

　B. GRANT such other relief as is fair, just and equitable.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: September 29, 2020　　　　　　　　*/s/ John H. Wrynn*
　　　　　　　　　　　　　　　　　　　　　　John H Wrynn

195 Wood Pond Road<br>
South Windsor, Ct 06074<br>
860-6445084

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth above, I served a copy of this response upon debtor as instructed via email to PGEclaims@bkllp.com and to the US Bankruptcy Court Northern District of California, San Francisco Division via email to canb-emergency-filings@canb.uscourts.gov.

*/s/ John H. Wrynn*
John H. Wrynn