

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | RESPONSE TO SEVENTH OMNIBUS OBJECTION TO CLAIMS |
| Debtors. | |

Comes the Creditor, David E. Parks, Persing LLC as Custodian B10, pro se, and for his response, states:

1. That Debtor's objection should be denied.

2. Creditor Parks is entitled to be paid and the objection filed by Debtor is meritless. The claim information I have is attached as Exhibit A.

WHEREFORE, David E. Parks, Persing LLC as Custodian B10, requests this Court deny the Debtor's Seventh Omnibus Objection to Claims and for all other proper relief.

## VERIFICATION

STATE OF ARKANSAS)
COUNTY OF PULASKI)

    I, David E. Parks, Persing LLC as Custodian B10, Creditor herein, state on oath that the information contained in the foregoing Response to Seventh Omnibus Objection to Claims is true and correct to the best of my knowledge, information and belief.

                                              David E. Parks, Persing LLC as
                                              Custodian B10, pro se
                                              PO Box 903
                                              Cabot, AR 72023

Subscribed and sworn to before me this _23_ day of September, 2020.

My Commission Expires:                Notary Public

JOHN OGLES
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires April 10, 2022
Commission No. 12387603

## CERTIFICATE OF SERVICE

    I have served a copy of this Response to Seventh Omnibus Objection to Claims upon the following on this 23rd day of September, 2020:

Tobias S. Keller/Peter J. Benvenutti/Jane Kim
Keller Benvenutti Kim LLP
650 California St., Suite 1900
San Francisco, CA 94108
PGEclaims@kbkllp.com

                                              David E. Parks, Persing LLC as Custodian B10

Creditor Name: David E Parks, Persing LLC as Custodian B10

| | | Objected-To Claim(s) | | | | | |
|---|---|---|---|---|---|---|---|
| Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
| PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $20,479.72 | $20,479.72 | Beneficial Bondholder Claims |

On September 3, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**," or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Seventh Omnibus Objection to Claims (Satisfied Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

**Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by September 29, 2020 (the "Response Deadline");**

**Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

**If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

**If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

If you file and serve a timely Response, the date, location and time of the Hearing are:

October 13, 2020 at 10:00 a.m. (Pacific Time)

Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 30, 2020, **the Hearing will be conducted telephonically or by video conference. The courtroom will be closed.** All parties who wish to appear at the Hearing should refer to the Bankruptcy Court's website, www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone, for current information about how to appear. Reorganized Debtors' Counsel will, as a courtesy and on request, provide by email to those who have filed timely Responses updated information regarding how to attend.

EXHIBIT A



# PRIORITY MAIL®

**FROM:**
MR. DAVID E. PARKS
116 NORTH ELM ST
JACKSONVILLE, AR 72076

RECEIVED
SEP 29 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
SEP 25 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



U.S. POSTAGE PAID
PM 2-Day
JACKSONVILLE, AR
72076
SEP 23, 20
AMOUNT
**$14.15**
R2304M116288-99

**TO:**
MR. EDWARD EMMONS
U.S. BANKRUPTCY COURT
450 GOLDEN GATE AVENUE
MAIL BOX 36099
SAN FRANCISCO, CA 94102

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

\* Domestic only

P S 00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2

mestic only.  × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.