Entered on Docket
September 29, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 28, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**BERMAN AND TODDERUD LLP**
Stan Berman
(stan@btlawllp.com)
Eric Todderud
(eric@btlawllp.com)
3502 Fremont Ave. N., Suite 2
Seattle, WA 98103
(206) 279-3272

*Special Counsel for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **ORDER GRANTING MONTHLY FEE STATEMENT (JUNE 1, 2020 THROUGH JULY 1, 2020), SECOND, THIRD AND FOURTH INTERIM FEE APPLICATIONS, AND FINAL FEE APPLICATION OF BERMAN AND TODDERUD FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2019 2020 THROUGH JULY 1, 2020** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Re: Docket Nos. 4705, 6252, 8298, 8592, 8624, 8911 |

Upon consideration of the *Second Interim Fee Application of Berman and Todderud LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (June 1, 2019 Through September 30, 2019)* [Docket No. 4705] (the "**Second Interim Application**"), *Third Interim Fee Application of Berman and Todderud LLP for Allowance and Payment of Compensation and*

*Reimbursement of Expenses (October 1, 2019 Through January 31, 2020)* [Docket No. 6252] (the "**Third Interim Application**"), *Fourth Interim Fee Application of Berman and Todderud LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (February 1, 2020 Through May 31, 2020)* [Docket No. 8298] (the "**Fourth Interim Application**"), the *Monthly Fee Statement of Berman and Todderud LLP For Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2020 Through July 1, 2020* [Docket No. 8592] (the "**June/July 2020 Monthly Fee Statement**"), and *Final Fee Application of Berman and Todderud LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (February 1, 2019 Through July 1, 2020)* [Docket No. 8624] (the "**Final Fee Application**") (collectively, the "**Fee Applications**")[1]; and due and proper notice of the Fee Applications having been provided in accordance with the procedures set forth in the Interim Compensation Procedures Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and upon consideration of the Todderud Declarations submitted in support of the Interim Fee Applications and the Final Fee Application; and no objections or responses to the June/July 2020 Monthly Fee statement, the Interim Fee Applications, or the Final Fee Application having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Interim Fee Applications resulting from the compromise between Berman and Todderud LLP and the Fee Examiner as set forth in that certain *Second Amended Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner*, dated August 29, 2020 [Docket No. 8911] (the "**Second Amended Notice**"); and the Court having issued a Docket Order on September 18, 2020, allowing the Fee Applications in the reduced amounts reflected in the Second Amended Notice; and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Fee Applications are granted as set forth herein.

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Interim Fee Applications.

2. Berman and Todderud LLP is awarded allowances of its compensation for professional services and reimbursement of its actual and necessary expenses in the following amounts:

    a. For the First Interim Application, following the $10,000 adjustment negotiated with the Fee Examiner, $386,292.40 in fees and $0 in expenses, for total fees and expenses after adjustment of $386,292.40.

    b. For the Second Interim Fee Application, following the $13,000 adjustment negotiated with the Fee Examiner, $362,994.00 in fees and $5,588.33 in expenses, for total fees and expenses after adjustment of $368,582.33.

    c. For the Third Interim Application, following the $13,000 adjustment negotiated with the Fee Examiner, $363,556.82 in fees and $0 in expenses, for total fees and expenses after adjustment of $363,556.82.

    d. For the Fourth Interim Application, following the $13,000 adjustment negotiated with the Fee Examiner, $320,492.00 in fees and $0 in expenses, for total fees and expenses after adjustment of $320,492.00.

    e. For the June/July 2020 Monthly Fee Statement, $45,719.20 in fees and $0 in expenses, for total fees and expenses of $45,719.20.

3. The Reorganized Debtors are directed to pay Berman and Todderud LLP $223,927.66, representing the difference between the amounts allowed in paragraph 2 above and amounts previously paid by the Debtors pursuant to the Interim Compensation Order.

4. This Order finally adjudicates all claims of Berman and Todderud LLP for compensation and expenses for the period set forth in the Final Fee Application. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

** END OF ORDER **

Approved

*/s/ Scott McNutt*

Scott McNutt
Counsel to Fee Examiner

4