

Signed and Filed: September 29, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>        **Debtors.** | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered) |

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

James J. Mazza, Jr., whose business address and telephone number is

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    155 N. Wacker Drive
    Chicago, Illinois 60606
    Telephone: (312) 407-0700

and who is an active member in good standing of the bar of the State of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Atlantica Yield plc and Mojave Solar LLC,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**