ANITA L. GRANT (State Bar No. 144603)
County Counsel
Lloyd C. Guintivano (State Bar No. 242944)
County of Lake, Office of the County Counsel
Deputy County Counsel
255 North Forbes Street
Lakeport, CA 95453
Telephone: (707) 263-2321
Facsimile: (707) 263-0702

Attorneys for County of Lake

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

  - and –

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
X Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**COUNTY OF LAKE'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS RE REORGANIZAED DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**

The County of Lake submits this statement of non-opposition and reservation of rights in response to the Reorganized Debtors' Sixth Omnibus Objection to Claims [Doc# 8988] ("6th Omnibus Objection") and submits as follows:

The County of Lake does not object to disallowance of the County of Lake's Claim # 78540 in

1

COUNTY OF LAKE'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS RE REORGANIZAED DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)
Case: 19-30088   Doc# 9167   Filed: 09/29/20   Entered: 09/29/20 17:55:00   Page 1 of 2

the amount of $830,017.08 and Claim # 79102 in the amount of $3,539,881.64 as set forth in the 6th Omnibus Objection, based upon the Debtors' representation that these claims have been paid by the Debtors and Reorganized Debtors and are fully satisfied. The County of Lake expressly reserves any and all rights to object if the payment status of these claims are contrary to Debtors' representation. The County of Lake also expressly reserves any and all rights with respect to any other claim that the County of Lake has filed in these cases that is not referenced in the 6th Omnibus Objection.

Dated: September 29, 2020

Respectfully submitted.

ANITA L. GRANT
County Counsel

By: /s/ Lloyd C. Guintivano
    LLOYD C. GUINTIVANO
    Senior Deputy County Counsel
    Attorneys for the COUNTY OF LAKE

2

COUNTY OF LAKE'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS RE REORGANIZAED DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)

Case: 19-30088    Doc# 9167    Filed: 09/29/20    Entered: 09/29/20 17:55:00    Page 2 of 2