MATTHEW W. GRIMSHAW, SBN 210424
GRIMSHAW LAW GROUP, P.C.
26 Executive Park, Ste. 250
Irvine, CA, 92614
Tel: (949) 734-0187
Email: matt@grimshawlawgroup.com

Co-Counsel for Certain Post-Petition Tort and Fire Claimants

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE HON. DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL OTHER PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that the address of Grimshaw Law Group, P.C. has changed. The new address is:

    26 Executive Park, Ste. 250
    Irvine, CA, 92614

1 | Please update you records accordingly.
2 | Respectfully submitted,
3 | Dated: September 29, 2020  GRIMSHAW LAW GROUP, P.C.
4 |
5 | By: */s/ Matthew W. Grimshaw*
6 | MATTHEW W. GRIMSHAW
  | Co-Counsel for Certain Post-Petition Tort Claimants