| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Destiny N. Almogue (SBN 316495)<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, California 90071<br>Telephone: (213) 687-5000<br>Fax: (213) 687-5600 | James J. Mazza, Jr. (admitted *pro hac vice*)<br>155 N. Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 407-0700<br>Fax: (312) 407-0411 |

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM (UK) LLP
Kathlene M. Burke
40 Bank Street, Canary Wharf
London E14 5DS
United Kingdom

*Counsel to Atlantica Yield plc and Mojave Solar LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**WITHDRAWAL OF APPEARANCE OF J. ERIC IVESTER AND SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that J. Eric Ivester is hereby withdrawn as one of the counsel of record for Atlantica Yield plc and Mojave Solar LLC in the above-captioned matter. Please remove J. Eric Ivester from all email notifications and service of any documents filed in this action. The appearance of James J. Mazza, Jr. should be substituted for J. Eric Ivester, and notices and pleadings given or filed in these cases now should be given and served upon James J. Mazza, Jr.,

1

**WITHDRAWAL OF APPEARANCE**
**OF J. ERIC IVESTER AND SUBSTITUTION OF**
**COUNSEL**

**CASE NO. 19-30088-DM**

Kathlene M. Burke, and Destiny N. Almogue as counsel for Atlantica Yield plc and Mojave Solar LLC.

Dated: September 30, 2020

          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Destiny N. Almogue*
Destiny N. Almogue (SBN 316495)

*Counsel to Atlantica Yield plc and Mojave Solar LLC*

2