1  SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP
2  Destiny N. Almogue (SBN 316495)          James J. Mazza, Jr. (admitted *pro hac vice*)
   300 South Grand Avenue                   155 N. Wacker Drive
3  Suite 3400                               Chicago, Illinois 60606
   Los Angeles, California 90071            Telephone: (312) 407-0700
4  Telephone: (213) 687-5000                Fax: (312) 407-0411
   Fax: (213) 687-5600
5
   -and-
6
7  SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM (UK) LLP
8  Kathlene M. Burke
   40 Bank Street, Canary Wharf
9  London E14 5DS
   United Kingdom
10
   *Counsel to Atlantica Yield plc and*
11 *Mojave Solar LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

22     I, Wendy K. LaManna, am employed as a Senior Legal Assistant Specialist at Skadden,

23 Arps, Slate, Meagher & Flom LLP. I am more than eighteen years old and am not a party to this

24 action. My business address is One Rodney Square, 920 N. King Street, Wilmington, Delaware

25 19801.

26     I certify that on September 24, 2020, I electronically filed the following document which

27 caused a true and correct copy of it to be served by electronic transmission using the Court's

28 CM/ECF system to all parties as set forth on the attached ECF Service List.

1

Case: 19-30088   Doc# 9172   Filed: 09/30/20   Entered: 09/30/20 10:53:04   Page 1 of 32

- **Withdrawal of Appearance of Amy S. Park and Substitution of Counsel (Dkt. 9125)**

In addition, I certify that on September 30, 2020, I electronically filed the following document which caused a true and correct copy of it to be served by electronic transmission using the Court's CM/ECF system to all parties as set forth on the attached ECF Service List.

- **Withdrawal of Appearance of J. Eric Ivester and Substitution of Counsel (Dkt. 9171)**

I certify under penalty of perjury the foregoing statements are true and correct.

Executed on September 30, 2020 at Wilmington, Delaware.


/s/ Wendy K. LaManna
Wendy K. LaManna
Senior Legal Assistant Specialist
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

**ECF SERVICE LIST:**

Elliot Adler on behalf of Creditor Mirna Trettevik
eadler@theadlerfirm.com, bzummer@theadlerfirm.com

Aaron L. Agenbroad on behalf of Interested Party GE Grid Solutions, LLC
alagenbroad@jonesday.com, saltamirano@jonesday.com

Pamela Allen on behalf of Interested Party California Department of Industrial Relations
pallen@dir.ca.gov

Annadel A. Almendras on behalf of Interested Party California Department of Toxic Substances Control
annadel.almendras@doj.ca.gov

Monique D. Almy on behalf of Creditor Nexant Inc.
malmy@crowell.com

Dana M. Andreoli on behalf of Creditor Tanforan Industrial Park, LLC
dandreoli@steyerlaw.com, mterry@steyerlaw.com

Anne Andrews on behalf of Creditor Agajanian, Inc.
aa@andrewsthornton.com, aandrews@andrewsthornton.com

Philip Anker on behalf of Creditor Canyon Capital Advisors LLC
Philip.Anker@wilmerhale.com, whdocketing@wilmerhale.com

Richard L. Antognini on behalf of Requestor Richard Lawrence Antognini
rlalawyer@yahoo.com, hallonaegis@gmail.com

Tyson Arbuthnot on behalf of Interested Party ACCO Engineered Systems, Inc.
tarbuthnot@rjo.com, jyeung@rjo.com

Lauren T. Attard on behalf of Creditor Committee Official Committee of Tort Claimants
lattard@bakerlaw.com, agrosso@bakerlaw.com

Herb Baer
hbaer@primeclerk.com, ecf@primeclerk.com

Kathryn E. Barrett on behalf of Creditor TURN-The Utility Reform Network
keb@svlg.com, amt@svlg.com

Chris Bator on behalf of Creditor Committee Official Committee of Tort Claimants
cbator@bakerlaw.com, jmcguigan@bakerlaw.com

Ronald S. Beacher on behalf of Creditor SPCP Group, LLC
rbeacher@pryorcashman.com

Hagop T. Bedoyan on behalf of Creditor KINGS RIVER WATER ASSOCIATION
hbedoyan@kleinlaw.com, ecf@kleinlaw.com

Andrew David Behlmann on behalf of Interested Party Public Employees Retirement Association of New Mexico
abehlmann@lowenstein.com, elawler@lowenstein.com

| | |
|---|---|
| 1 | Tanya Behnam on behalf of Creditor Marble Ridge Master Fund LP<br>tbehnam@polsinelli.com, tanyabehnam@gmail.com |
| 2 | |
| 3 | James C. Behrens on behalf of Creditor Committee Official Committee Of Unsecured Creditors<br>jbehrens@milbank.com, mkoch@milbank.com |
| 4 | Jacob Taylor Beiswenger on behalf of Interested Party Department of Finance for the State of California<br>jbeiswenger@omm.com, llattin@omm.com |
| 5 | |
| 6 | James T. Bentley on behalf of Creditor Centerbridge Partners, L.P.<br>james.bentley@srz.com, Kelly.Knight@srz.com |
| 7 | Peter J. Benvenutti on behalf of 3rd Pty Defendant Pacific Gas and Electric Company<br>pbenvenutti@kbkllp.com |
| 8 | |
| 9 | Robert Berens on behalf of Creditor XL Specialty Insurance Company<br>rberens@smtdlaw.com, sr@smtdlaw.com |
| 10 | Ronald F. Berestka, Jr. on behalf of Creditor George Vlazakis<br>rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com |
| 11 | |
| 12 | Heinz Binder on behalf of Creditor Almendariz Consulting, Inc.<br>heinz@bindermalter.com |
| 13 | Jared D. Bissell on behalf of Creditor Osmose Utilities Services, Inc.<br>jared.bissell@troutman.com |
| 14 | |
| 15 | Neil Jon Bloomfield on behalf of Creditor American Construction and Supply Inc.<br>njbloomfield@njblaw.com, gklump@njblaw.com |
| 16 | Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov |
| 17 | |
| 18 | Paige Boldt on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation<br>pboldt@wattsguerra.com, cwilson@wattsguerra.com |
| 19 | |
| 20 | Ameneh Maria Bordi on behalf of Interested Party Calpine Corporation<br>ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com |
| 21 | Jason Borg on behalf of Creditor Grant Smelser<br>jborg@jasonborglaw.com |
| 22 | |
| 23 | Mark Bostick on behalf of Other Prof. Michael G. Kasolas<br>mbostick@wendel.com, bankruptcy@wendel.com |
| 24 | James L. Bothwell on behalf of Creditor K. Hovnanian California Region, Inc., et al<br>jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com |
| 25 | |
| 26 | Peter R. Boutin on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility<br>peter.boutin@kyl.com, lara.joel@kyl.com |
| 27 | |
| 28 | Erin N. Brady on behalf of Interested Party Hummingbird Energy Storage, LLC<br>enbrady@jonesday.com |

4

CERTIFICATE OF SERVICE

Lee Brand on behalf of Debtor PG&E Corporation
lee.brand@pillsburylaw.com, docket@pillsburylaw.com

Gregory A. Bray on behalf of Creditor Committee Official Committee Of Unsecured Creditors
gbray@milbank.com

Michael D. Breslauer on behalf of Creditor Righetti Ranch LP and Righetti NC, LLC
mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com

W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
molly.batiste-debose@lockelord.com

Chane Buck on behalf of stockholders PG&E Shareholders
cbuck@jonesday.com

Elizabeth J. Cabraser on behalf of Creditor Lore Olds
ecabraser@lchb.com, awolf@lchb.com

Anthony P. Cali on behalf of Creditor Public Advocates Office at the California Public Utilities Commission
anthony.cali@stinson.com, lindsay.petrowski@stinson.com

Peter C. Califano on behalf of Creditor CALAVERAS TELEPHONE COMPANY
pcalifano@cwclaw.com

Steven M. Campora on behalf of Creditor Chippewa Pest Control, Inc.
scampora@dbbwc.com, nlechuga@dbbwc.com

Leah E. Capritta on behalf of Defendant Tiger Natural Gas, Inc.
leah.capritta@hklaw.com, lori.labash@hklaw.com

Nicholas A. Carlin on behalf of Creditor Anthony Gantner
nac@phillaw.com, rac@phillaw.com

Katherine Rose Catanese on behalf of Interested Party CoreLogic Solutions, LLC
kcatanese@foley.com

Jennifer Machlin Cecil on behalf of Interested Party City of San Jose, California
JCecil@winston.com, ECF_SF@winston.com

Barry A. Chatz on behalf of Creditor SBA Steel II, LLC
barry.chatz@saul.com, barry.chatz@gmail.com

Karen J. Chedister on behalf of Creditor GER Hospitality, LLC
kchedister@h-jlaw.com

Christina Lin Chen on behalf of Creditor MRO Integrated Solutions, LLC
christina.chen@morganlewis.com, christina.lin.chen@gmail.com

Richard A. Chesley on behalf of Other Prof. FTI Consulting, Inc.
richard.chesley@dlapiper.com, bill.countryman@dlapiper.com

Kevin Chiu on behalf of Interested Party Centaurus Capital LP
kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com

Case: 19-30088    Doc# 9172    Filed: 09/30/20    Entered: 09/30/20 10:53:04    Page 3 of 32

1

2  Jacquelyn H. Choi on behalf of Creditor County of Santa Clara Department of Tax and Collections
   jacquelyn.choi@rimonlaw.com

3  Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
   schristianson@buchalter.com

4

5  Robert N.H. Christmas on behalf of Interested Party California Self-Insurers' Security Fund
   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

6  Jae Angela Chun on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay
   Fire Litigation of October 2017 and the Camp Fire Litigation
7  ajc@chun.law, teresa@tosdallaw.com

8  Gerard T. Cicero on behalf of Other Prof. John K. Trotter
   GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
9
   Louis J. Cisz, III on behalf of Creditor E2 Consulting Engineers, Inc.
10 lcisz@nixonpeabody.com

11 Alicia Clough on behalf of Interested Party California Power Exchange Corporation
   aclough@loeb.com
12
   Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
13 tscobb@vorys.com

14 John B. Coffman on behalf of Interested Party AARP
   john@johncoffman.net
15
   Kevin G. Collins on behalf of Interested Party Miller Pipeline, LLC
16 kevin.collins@btlaw.com

17 Brian S. Conlon on behalf of Plaintiff Anthony Gantner
   bsc@phillaw.com, rac@phillaw.com
18
   Charles Cording on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
19 ccording@willkie.com, mao@willkie.com

20 Manuel Corrales, Jr. on behalf of Creditor Barbara Zelmer
   mannycorrales@yahoo.com, hcskanchy@hotmail.com
21
   Anne Costin on behalf of Creditor Todd Hearn
22 anne@costinlawfirm.com

23 Donald H. Cram, III on behalf of Interested Party HDI Global Specialty SE
   dhc@severson.com
24
   Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific
25 Gas and Electric Company
   avcrawford@akingump.com, dkrasa-berstell@akingump.com
26
   J. Russell Cunningham on behalf of Attorney J Russell Cunningham
27 rcunningham@dnlc.net, emehr@dnlc.net

28 Keith J. Cunningham on behalf of Interested Party California Department of Water Resources

6

Case: 19-30088    Doc# 9172    Filed: 09/30/20    Entered: 09/30/20 10:53:04    Page 6 of
32

| | |
|---|---|
| 1 | kcunningham@pierceatwood.com, rkelley@pierceatwood.com |
| 2 | Keith J. Cunningham on behalf of Interested Party California Independent System Operator |
| 3 | rkelley@pierceatwood.com |
| 4 | James D. Curran on behalf of Creditor Liberty Mutual Insurance Company jcurran@wolkincurran.com, dstorms@wolkincurran.com |
| 5 | Tambra Curtis on behalf of Creditor Sonoma County |
| 6 | tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org |
| 7 | Ashleigh A. Danker on behalf of Interested Party G4S Secure Integration LLC ashleigh.danker@dinsmore.com |
| 8 | James M. Davis on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation |
| 9 | jdavis@cglaw.com |
| 10 | Nicolas De Lancie on behalf of Interested Party SummerHill Homes, LLC ndelancie@jmbm.com |
| 11 | Judith A. Descalso on behalf of Creditor CM Distributors, Inc. |
| 12 | jad_9193@ecf.courtdrive.com |
| 13 | Andrew G. Devore on behalf of Interested Party Elliott Management Corporation andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com |
| 14 | |
| 15 | Erin Elizabeth Dexter on behalf of Creditor Committee Official Committee Of Unsecured Creditors edexter@milbank.com |
| 16 | Shounak S. Dharap on behalf of Creditor Enrique Guzman ssd@arnslaw.com, mec@arnslaw.com |
| 17 | |
| 18 | Kathryn S. Diemer on behalf of Defendant The Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwei.com |
| 19 | Kathryn S. Diemer on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders kdiemer@diemerwhitman.com |
| 20 | |
| 21 | John P. Dillman on behalf of Creditor Harris County houston_bankruptcy@publicans.com |
| 22 | Caroline R. Djang on behalf of Creditor City of Lafayette caroline.djang@bbklaw.com, Lesley.vaquerano@bbklaw.com |
| 23 | |
| 24 | Krystal Dong on behalf of Creditor Krystal Dong ykdong@gmail.com |
| 25 | Jonathan R. Doolittle on behalf of Creditor BP Energy Company jdoolittle@reedsmith.com |
| 26 | |
| 27 | Jennifer V. Doran on behalf of Creditor Telvent USA, LLC jdoran@hinckleyallen.com |
| 28 | Dustin M. Dow on behalf of Creditor Committee Official Committee of Tort Claimants |

| | |
|---|---|
| 1 | ddow@bakerlaw.com, jmcguigan@bakerlaw.com |
| 2 | Jamie P. Dreher on behalf of Creditor A. Teichert & Son, Inc. d/b/a Teichert Aggregates |
| 3 | jdreher@downeybrand.com |
| 4 | Todd Dressel on behalf of Interested Party Dominion Energy, Inc. <br> tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com |
| 5 | Geoffrey B. Dryvynsyde on behalf of Creditor California Public Utilities Commision |
| 6 | gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
| 7 | Jeffrey Aaron Dubbin on behalf of Interested Party Public Employees Retirement Association of New Mexico <br> jdubbin@labaton.com, echan-lee@labaton.com |
| 8 | Matthew Ducharme on behalf of Interested Party Pacific Investment Management Company LLC |
| 9 | matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com |
| 10 | Cecily Ann Dumas on behalf of Creditor Committee Official Committee of Tort Claimants <br> cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
| 11 | Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors |
| 12 | ddunne@milbank.com, jbrewster@milbank.com |
| 13 | Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured Creditors <br> cprice@milbank.com, jbrewster@milbank.com |
| 14 | |
| 15 | Huonganh Annie Duong on behalf of Creditor A.J. Excavation Inc. <br> annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| 16 | Luke N. Eaton on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc. <br> eatonl@pepperlaw.com, monugiac@pepperlaw.com |
| 17 | |
| 18 | Kevin M. Eckhardt on behalf of Interested Party DTE Stockton, LLC <br> keckhardt@hunton.com, candonian@huntonak.com |
| 19 | Daniel G. Egan on behalf of Interested Party Elliott Management Corporation <br> daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com |
| 20 | |
| 21 | Joseph A. Eisenberg on behalf of Creditor The Act 1 Group, Inc. <br> JAE1900@yahoo.com |
| 22 | Michele Ellison on behalf of Creditor Camblin Steel Service, Inc. <br> mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| 23 | |
| 24 | David Emerzian on behalf of Creditor A.J. Excavation Inc. <br> Melany.Hertel@mccormickbarstow.com |
| 25 | G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority <br> larry@engeladvice.com |
| 26 | |
| 27 | Krista M. Enns on behalf of Creditor ACRT, Inc. <br> kenns@beneschlaw.com |
| 28 | Scott Esbin on behalf of Creditor SPCP Group, LLC |

8

Case: 19-30088   Doc# 9172   Filed: 09/30/20   Entered: 09/30/20 10:53:04   Page 8 of 32

sesbin@esbinalter.com

Joseph M. Esmont on behalf of Creditor Committee Official Committee of Tort Claimants
jesmont@bakerlaw.com

Michael P. Esser on behalf of Interested Party Calpine Corporation
michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com

Richard W. Esterkin on behalf of Creditor ARG Contact LLC
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Michael S. Etkin on behalf of Interested Party Public Employees Retirement Association of New Mexico
metkin@lowenstein.com

Jacob M. Faircloth on behalf of Creditor Aztrack Construction Corporation
jacob.faircloth@smolsonlaw.com

Brett D. Fallon on behalf of Creditor Quest Diagnostics Health & Wellness LLC
bfallon@morrisjames.com, wweller@morrisjames.com

Michael C. Fallon on behalf of Creditor Ahlborn Fence & Steel, Inc
manders@fallonlaw.net

Joana Fang on behalf of Creditor Fire Victims
jf@kbklawyers.com, icd@kbklawyers.com

Joseph Kyle Feist on behalf of Creditor Paradise Moose Lodge
jfeistesq@gmail.com, info@norcallawgroup.net

David M. Feldman on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
DFeldman@gibsondunn.com

Matthew A. Feldman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com

Mark E. Felger on behalf of Creditor Liberty Mutual Insurance Company
mfelger@cozen.com

James J. Ficenec on behalf of Creditor Exponent, Inc.
James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com

John D. Fiero on behalf of Creditor TRC Companies, Inc.
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Kimberly S. Fineman on behalf of Creditor Association of California Water Agencies Joint Powers Insurance Authority
kfineman@nutihart.com, admin@nutihart.com

Stephen D. Finestone on behalf of Creditor Aggreko
sfinestone@fhlawllp.com

Timothy M. Flaherty on behalf of Creditor Petro-Canada America Lubricants, Inc.
tflaherty@mpplaw.com

Daniel I. Forman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders

9

dforman@willkie.com

Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc.
john.murphy@troutman.com

Jonathan Forstot on behalf of Intervenor Consolidated Edison Development, Inc.
jonathan.forstot@troutman.com, john.murphy@troutman.com

Matthew Hampton Foushee on behalf of Interested Party Hummingbird Energy Storage, LLC
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Carolyn Frederick on behalf of Interested Party The Mosaic Company
cfrederick@prklaw.com

Peter Friedman on behalf of Interested Party Department of Finance for the State of California
pfriedman@omm.com

Roger F. Friedman on behalf of Creditor ARB, Inc.
rfriedman@rutan.com, csolorzano@rutan.com

Xiyi Fu on behalf of Creditor Quanta Energy Services LLC
jackie.fu@lockelord.com, taylor.warren@lockelord.com

Lars H. Fuller on behalf of Creditor Committee Official Committee of Tort Claimants
lfuller@bakerlaw.com

Thomas M. Gaa on behalf of Creditor SALESFORCE.COM, INC.
tgaa@bbslaw.com

Larry W. Gabriel on behalf of Interested Party Itron, Inc.
lgabriel@bg.law, nfields@bg.law

Gregg M. Galardi on behalf of Interested Party Elliott Management Corporation
gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Richard L. Gallagher on behalf of Interested Party Elliott Management Corporation
richard.gallagher@ropesgray.com

Craig Solomon Ganz on behalf of Creditor Discovery Hydrovac
ganzc@ballardspahr.com, hartt@ballardspahr.com

Jeffrey K. Garfinkle on behalf of Creditor Henkels & McCoy, Inc.
jgarfinkle@buchalter.com

Oscar Garza on behalf of Other Prof. Centerview Partners LLC
ogarza@gibsondunn.com

Lisa S. Gast on behalf of Interested Party City of Santa Clara
lsg@dwgp.com, lmk@dwgp.com

Paul R. Gaus on behalf of Creditor Tim Messer Construction Inc.
paul.gaus@mccormickbarstow.com

Duane M. Geck on behalf of Interested Party HDI Global Specialty SE
dmg@severson.com

CERTIFICATE OF SERVICE                                                    CASE NO. 19-30088-DM

Case: 19-30088   Doc# 9172   Filed: 09/30/20   Entered: 09/30/20 10:53:04   Page 10
of 32

Evelina Gentry on behalf of Creditor Transwestern Pipeline Company, LLC
evelina.gentry@akerman.com, robdiwa@akerman.com

Janet D. Gertz on behalf of Creditor PaR Systems, LLC
jgertz@btlaw.com, amattingly@btlaw.com

Christopher Gessner on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
cgessner@akingump.com, NYMCO@akingump.com

R. Dale Ginter on behalf of Creditor Emmerson Investments, Inc.
dginter@downeybrand.com

Jon T. Givens on behalf of Creditor Wildfire Class Claimants
givensjt@gmail.com, cwilson@wattsguerra.com

Barry S. Glaser on behalf of Creditor Sonoma County Treasurer & Tax Collector
bglaser@lkfirm.com

Paul R. Glassman on behalf of Creditor Johnson Controls, Inc.
pglassman@sycr.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabrielle Glemann on behalf of Intervenor Capital Dynamics, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Jaime Godin on behalf of Plaintiff Allco Renewable Energy Limited
Jtouchstone@fddcm.com

Matthew A. Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Craig Goldblatt on behalf of Interested Party Canyon Capital Advisors LLC
Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com

Amy L. Goldman on behalf of Creditor RE Astoria LLC
goldman@lbbslaw.com

Eric S. Goldstein on behalf of Interested Party Gartner, Inc.
egoldstein@goodwin.com

Rhonda Stewart Goldstein on behalf of Creditor The Regents of the University of California
Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu

Richard H. Golubow on behalf of Creditor Hoffman Southwest Corp.
rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com

Michael J. Gomez on behalf of Creditor Lyles Utility Construction, LLC
mgomez@frandzel.com, dmoore@frandzel.com

Case: 19-30088   Doc# 9172   Filed: 09/30/20   Entered: 09/30/20 10:53:04   Page 11 of 32

1

2   Michael W. Goodin on behalf of Creditor XL Insurance America, Inc., etc.
    mgoodin@clausen.com, mgenova@clausen.com

3   Eric R. Goodman on behalf of Creditor Committee Official Committee of Tort Claimants
    egoodman@bakerlaw.com

4

5   Mark A. Gorton on behalf of Attorney Mark Gorton
    mgorton@boutininc.com, cdomingo@boutininc.com

6   Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority
    mgorton@boutinjones.com, cdomingo@boutininc.com

7

8   Michael I. Gottfried on behalf of Creditor Chico Rent-A-Fence
    MGottfried@elkinskalt.com, AAburto@elkinskalt.com

9   Louis Gottlieb on behalf of Interested Party Public Employees Retirement Association of New Mexico
    Lgottlieb@labaton.com, mpenrhyn@labaton.com

10

11  Eric A. Grasberger on behalf of Plaintiff JH Kelly, LLC
    eric.grasberger@stoel.com, docketclerk@stoel.com

12  Debra I. Grassgreen on behalf of Creditor Debra Grassgreen
    hphan@pszjlaw.com

13

14  Debra I. Grassgreen on behalf of Interested Party The Baupost Group, L.L.C.
    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

15  Eric A. Gravink on behalf of Creditor Csaba Wendel Mester
    eric@rhrc.net

16

17  Elizabeth A. Green on behalf of Creditor Committee Official Committee of Tort Claimants
    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com

18  Tracy Green on behalf of Creditor Quest Diagnostics Health & Wellness LLC
    tgreen@wendel.com, bankruptcy@wendel.com

19

20  Mitchell B. Greenberg on behalf of Creditor Fire Victims
    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com

21  Brian Gregory on behalf of Creditor Zackary Fernandez
    b.gregory@veenfirm.com, EL.Team@Veenfirm.com

22

23  Susan Sieger Grimm on behalf of Other Prof. John K. Trotter
    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com

24  Matthew W. Grimshaw on behalf of Creditor Certain Post-Petition Tort and Fire Claimants
    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com

25

26  Stuart G. Gross on behalf of Creditor San Francisco Herring Association
    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

27  Carl L. Grumer on behalf of Other Prof. Carmel Financing, LLC
    cgrumer@manatt.com, mchung@manatt.com

28

12

| | |
|---|---|
| 1 | Elizabeth M. Guffy on behalf of Creditor Dashiell Corporation<br>eguffy@lockelord.com, autodocket@lockelord.com |
| 2 | |
| 3 | Lloyd C. Guintivano on behalf of Creditor County of Lake<br>anitag@co.lake.ca.us, lloydg@co.lake.ca.us |
| 4 | Cameron Gulden on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>cameron.m.gulden@usdoj.gov |
| 5 | |
| 6 | Gokalp Y. Gurer on behalf of Creditor City of Oroville<br>ggurer@akk-law.com, skelly@akk-law.com |
| 7 | Mirco J. Haag on behalf of Creditor Bradley Tanks, Inc.<br>mhaag@buchalter.com, dcyrankowski@buchalter.com |
| 8 | |
| 9 | Laurie Hager on behalf of Interested Party Wilson Construction Company<br>lhager@sussmanshank.com |
| 10 | J. Noah Hagey on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company |
| 11 | hagey@braunhagey.com, tong@braunhagey.com |
| 12 | Oren Buchanan Haker on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC |
| 13 | oren.haker@stoel.com, rene.alvin@stoel.com |
| 14 | Kristopher M. Hansen on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent<br>dmohamed@stroock.com, mmagzamen@stroock.com |
| 15 | |
| 16 | Adam C. Harris on behalf of Creditor Centerbridge Partners, L.P.<br>adam.harris@srz.com, james.bentley@srz.com |
| 17 | Robert G. Harris on behalf of Creditor Almendariz Consulting, Inc.<br>rob@bindermalter.com |
| 18 | |
| 19 | Christopher H. Hart on behalf of Interested Party Public Entities Impacted by the Wildfires<br>chart@nutihart.com, nwhite@nutihart.com |
| 20 | Bryan L. Hawkins on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC |
| 21 | bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 22 | Jennifer C. Hayes on behalf of Creditor Aggreko<br>jhayes@fhlawllp.com |
| 23 | |
| 24 | Geoffrey A. Heaton on behalf of Creditor ArborMetrics Solutions, LLC<br>gheaton@duanemorris.com, dmicros@duanemorris.com |
| 25 | Michael C. Hefter on behalf of Interested Party Pacific Investment Management Company LLC<br>michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com |
| 26 | |
| 27 | Alaina R. Heine on behalf of Interested Party State Farm Mutual Automobile Insurance Company<br>alaina.heine@dechert.com, brett.stone@dechert.com |
| 28 | Cristina A. Henriquez on behalf of Creditor BNP Paribas |

13

chenriquez@mayerbrown.com

Stephen E. Hessler, P.C. on behalf of Interested Party Federal Monitor
jozette.chong@kirkland.com

Matthew Heyn on behalf of Creditor California Governor's Office of Emergency Services
matthew.heyn@doj.ca.gov

Sean T. Higgins on behalf of Creditor Agajanian, Inc.
aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

Morgan R. Hirst on behalf of stockholders PG&E Shareholders
mhirst@jonesday.com, mmelvin@jonesday.com

Miriam E. Hiser on behalf of Creditor Imerys Filtration Minerals, Inc., f/k/a Imerys Minerals California, Inc.
mhiser@hiserlaw.com

Michael R. Hogue on behalf of Creditor Cardno, Inc.
hoguem@gtlaw.com, navarrom@gtlaw.com

David Holtzman on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
david.holtzman@hklaw.com

Alexandra S. Horwitz on behalf of Interested Party G4S Secure Integration LLC
allie.horwitz@dinsmore.com

Linda Tai Hoshide on behalf of Plaintiff Fireman's Fund Insurance Company
linda.hoshide@wilsonelser.com, noemi.santiago@wilsonelser.com

Marsha Houston on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Shane Huang on behalf of Defendant Federal Energy Regulatory Commission
shane.huang@usdoj.gov

Brian D. Huben on behalf of Creditor Campos EPC, LLC
hubenb@ballardspahr.com

Kelly L. Huey on behalf of Creditor McGrath Electric, Inc.
khuey@burkeandkesslerlaw.com

Jonathan Hughes on behalf of Interested Party AT&T Corp.
jane.rustice@aporter.com

Edward R. Huguenin on behalf of Creditor K. Hovnanian California Region, Inc., et al
ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com

Michael A. Isaacs on behalf of Creditor Southwire Company, LLC
Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Mark V. Isola on behalf of Creditor MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING
mvi@sbj-law.com

Kizzy L. Jarashow on behalf of Creditor MassMutual Life Insurance Company
KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com

CERTIFICATE OF SERVICE

CASE NO. 19-30088-DM

1

2 Ivan C. Jen on behalf of Interested Party Synergy Project Management, Inc.
ivan@icjenlaw.com

3 Monique Jewett-Brewster on behalf of Interested Party The City of Oakland
mjb@hopkinscarley.com, eamaro@hopkinscarley.com

4

5 James O. Johnston on behalf of stockholders PG&E Shareholders
jjohnston@jonesday.com

6 Chris Johnstone on behalf of Interested Party ICE NGX Canada Inc.
chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com

7

8 Andrew Jones on behalf of Creditor Sencha Funding, LLC
andrew@ajoneslaw.com

9 Gregory K. Jones on behalf of Creditor Elster American Meter Company, LLC
GJones@dykema.com, cacossano@dykema.com

10

11 John L. Jones, II on behalf of Creditor City of Arcata
JJones@chwlaw.us, JLJones2@outlook.com

12 Robert A. Julian on behalf of Creditor Committee Official Committee of Tort Claimants
rjulian@bakerlaw.com, hhammonturano@bakerlaw.com

13

14 George H. Kalikman on behalf of Interested Party Compass Lexecon, LLC
gkalikman@schnader.com, sdavenport@schnader.com

15 Roberto J. Kampfner on behalf of Interested Party San Diego Gas & Electric Company
rkampfner@whitecase.com, mco@whitecase.com

16

17 Bonnie E. Kane on behalf of Creditor Carenet Pregnancy Center of Paradise, Incorporated
bonnie@thekanelawfirm.com, skane@thekanelawfirm.com

18 Gary M. Kaplan on behalf of Creditor Semper Construction, Inc.
gkaplan@fbm.com, calendar@fbm.com

19

20 Eve H. Karasik on behalf of Creditor Traffic Management, Inc.
ehk@lnbyb.com

21 Michael G. Kasolas
trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com

22

23 Elyssa S. Kates on behalf of Creditor Committee Official Committee of Tort Claimants
ekates@bakerlaw.com

24 Ori Katz on behalf of Interested Party PG&E Holdco Group
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

25

26 William M. Kaufman on behalf of Creditor Daleo Inc.
wkaufman@smwb.com

27 Jane G. Kearl on behalf of Creditor Barnard Pipeline, Inc.
jkearl@watttieder.com, jbenton@watttieder.com

28

15

Case: 19-30088    Doc# 9172    Filed: 09/30/20    Entered: 09/30/20 10:53:04    Page 19
of 32

| | |
|---|---|
| 1 | Tobias S. Keller on behalf of Debtor PG&E Corporation<br>tkeller@kbkllp.com |
| 2 | |
| 3 | Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>ustpregion17.oa.ecf@usdoj.gov |
| 4 | Matthew K. Kelsey on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims<br>mkelsey@gibsondunn.com |
| 5 | |
| 6 | Gerald P. Kennedy on behalf of Creditor Agile Sourcing Partners, Inc.<br>gerald.kennedy@procopio.com, kristina.terlaga@procopio.com |
| 7 | Erica L. Kerman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders<br>ekerman@willkie.com |
| 8 | |
| 9 | Samuel A. Khalil on behalf of Creditor Committee Official Committee Of Unsecured Creditors<br>skhalil@milbank.com, jbrewster@milbank.com |
| 10 | Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc., et al.<br>skidder@ktbslaw.com |
| 11 | |
| 12 | Marc Kieselstein on behalf of Interested Party Federal Monitor<br>carrie.oppenheim@kirkland.com |
| 13 | Jane Kim on behalf of Debtor PG&E Corporation<br>jkim@kbkllp.com |
| 14 | |
| 15 | Mary H. Kim on behalf of Interested Party State Farm Mutual Automobile Insurance Company<br>Mary.Kim@dechert.com, brett.stone@dechert.com |
| 16 | Kody D. L. Kleber on behalf of Creditor Committee Official Committee of Tort Claimants<br>kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| 17 | |
| 18 | Matthew Ryan Klinger on behalf of Creditor CitiGroup Financial Products Inc.<br>mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com |
| 19 | Bradley C. Knapp on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245<br>bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| 20 | |
| 21 | Kelly V. Knight on behalf of Creditor Centerbridge Partners, L.P.<br>kelly.knight@srz.com |
| 22 | Lydia Vanessa Ko on behalf of Creditor Athanasia Vlazkis<br>Lvko@stonelawoffice.com |
| 23 | |
| 24 | Thomas F. Koegel on behalf of Creditor AT&T Corp.<br>tkoegel@crowell.com |
| 25 | Katherine Kohn on behalf of Debtor PG&E Corporation<br>kkohn@groom.com, ashahinllari@groom.com |
| 26 | |
| 27 | Andy S. Kong on behalf of Creditor Genesys Telecommunications Laboratories, Inc.<br>kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| 28 | Anna Kordas on behalf of stockholders PG&E Shareholders |

Case: 19-30088    Doc# 9172    Filed: 09/30/20    Entered: 09/30/20 10:53:04    Page 16 of 32

akordas@jonesday.com, mmelvin@jonesday.com

Alan W. Kornberg on behalf of Creditor California Public Utilities Commision
akornberg@paulweiss.com

Bernard Kornberg on behalf of Interested Party Certain Interested Underwriters at Lloyds, London subscribing to Apollo Liability Consortium 9984
bjk@severson.com

David I. Kornbluh on behalf of Creditor De Anza Tile Co., Inc.
dik@millermorton.com, mhr@millermorton.com

Lauren Kramer on behalf of Creditor North American Fence & Railing, Inc.
lkramer@rjo.com

Jeffrey C. Krause on behalf of Creditor Topaz Solar Farms LLC
jkrause@gibsondunn.com

Thomas R. Kreller on behalf of Attorney Milbank LLP
tkreller@milbank.com

Lindsey E. Kress on behalf of Creditor California Insurance Guarantee Association
lkress@lockelord.com, autodocket@lockelord.com

Hannah C. Kreuser on behalf of Creditor Burnett & Sons Planing Mill and Lumber Co.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Michael Thomas Krueger on behalf of Creditor ERM-West, Inc.
michael.krueger@ndlf.com, Havilyn.lee@ndlf.com

Marek P. Krzyzowski on behalf of Other Prof. John K. Trotter
MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com

Robert T. Kugler on behalf of Creditor Public Advocates Office at the California Public Utilities Commission
robert.kugler@stinson.com

Duane Kumagai on behalf of Creditor Mesa Associates, Inc.
dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com

Brendan M. Kunkle on behalf of Creditor Daniel Kosta, as Guardian Ad Litem for Minor Child M.K.
bkunkle@abbeylaw.com, lmeyer@abbeylaw.com

Alisa C. Lacey on behalf of Creditor Public Advocates Office at the California Public Utilities Commission
alisa.lacey@stinson.com, karen.graves@stinson.com

Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF
timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF
timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

Richard A. Lapping on behalf of Creditor GER Hospitality, LLC
rich@trodellalapping.com

Omeed Latifi on behalf of Creditor Mirna Trettevik
olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com

John E. Lattin on behalf of Creditor David Alonzo
jlattin@ostergar.com, cslovenec@ostergar.com

Paul J. Laurin on behalf of Interested Party Energy Systems Group, LLC
plaurin@btlaw.com, slmoore@btlaw.com

Michael Lauter on behalf of Creditor CitiGroup Financial Products Inc.
mlauter@sheppardmullin.com

Kenneth T. Law on behalf of Creditor METRICSTREAM, INC.
klaw@bbslaw.com

Francis J. Lawall on behalf of Interested Party HydroChemPSC
francis.lawall@troutman.com, susan.henry@troutman.com

Andrew Michael Leblanc on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ALeblanc@milbank.com

Erica Lee on behalf of Creditor California Department of Parks and Recreation
Erica.Lee@doj.ca.gov

Scott Lee on behalf of Creditor RE Astoria LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Paul J. Leeds on behalf of Creditor Garade LLC
leedsp@higgslaw.com

Edward J. Leen on behalf of Creditor Jefferies Leveraged Credit Products, LLC
eleen@mkbllp.com

Lisa Lenherr on behalf of Creditor Peninsula Corridor Joint Powers Board
llenherr@wendel.com, bankruptcy@wendel.com

Matthew A. Lesnick on behalf of Interested Party CH2M HILL Engineers, Inc.
matt@lesnickprince.com, jmack@lesnickprince.com

Bryn G. Letsch on behalf of Interested Party Everett Waining, Jr.
bletsch@braytonlaw.com

David B. Levant on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
david.levant@stoel.com, rene.alvin@stoel.com

Andrew H. Levin on behalf of Creditor Marin Clean Energy
alevin@wcghlaw.com

David Levine on behalf of Debtor PG&E Corporation
dnl@groom.com

Marc A. Levinson on behalf of Creditor CCP Credit Acquisition Holdings, L.L.C.
Malevinson@orrick.com, casestream@ecf.courtdrive.com

18

| | |
|---|---|
| 1 | Dara Levinson Silveira on behalf of Debtor PG&E Corporation<br>dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com |
| 2 | |
| 3 | Alexander James Demitro Lewicki on behalf of Defendant The Ad Hoc Group of Subrogation Claim Holders<br>kdiemer@diemerwei.com |
| 4 | |
| 5 | Alexander James Demitro Lewicki on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders<br>alewicki@diemerwei.com |
| 6 | |
| 7 | William Thomas Lewis on behalf of Interested Party Fremont Bank<br>wtl@roblewlaw.com, kimwrenn@msn.com |
| 8 | Lauren Lifland on behalf of Interested Party Comcast Cable Communications, LLC<br>lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com |
| 9 | |
| 10 | William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund<br>jcaruso@nixonpeabody.com |
| 11 | William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund<br>wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| 12 | |
| 13 | Jonathan A. Loeb on behalf of Creditor Sabre Industries, Inc.<br>jon.loeb@bingham.com |
| 14 | Michael B. Lubic on behalf of Creditor CN Utility Consulting, Inc.<br>michael.lubic@klgates.com |
| 15 | |
| 16 | John William Lucas on behalf of Interested Party The Baupost Group, L.L.C.<br>ocarpio@pszjlaw.com |
| 17 | Joseph R. Lucia on behalf of Creditor Fire Victims<br>PersonalInjuryGroup@RLSlawyers.com |
| 18 | |
| 19 | Jane Luciano on behalf of Creditor Jane Luciano<br>jane-luciano@comcast.net |
| 20 | Kerri Lyman on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc. |
| 21 | klyman@irell.com, #-FirmPSDocketing@Steptoe.com |
| 22 | Carissa A. Lynch on behalf of Interested Party California Franchise Tax Board<br>Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov |
| 23 | |
| 24 | John H. MacConaghy on behalf of Creditor Committee Official Committee of Tort Claimants<br>macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com |
| 25 | Iain A. Macdonald on behalf of Creditor Surf to Snow Environmental Resource Management, Inc.<br>iain@macfern.com, ecf@macfern.com |
| 26 | |
| 27 | Tracy L. Mainguy on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE<br>tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 28 | Samuel R. Maizel on behalf of Creditor Southwire Company, LLC |

Case: 19-30088    Doc# 9172    Filed: 09/30/20    Entered: 09/30/20 10:53:04    Page 19 of 32

samuel.maizel@dentons.com, alicia.aguilar@dentons.com

Adam Malatesta on behalf of Interested Party Dynegy Marketing and Trade, LLC
adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com

Katharine Malone on behalf of Intervenor Southern Power Company
malonek@gtlaw.com

Liam K. Malone on behalf of Creditor Level-It Installations, Ltd.
malone@oles.com, shahin@oles.com

Michael W. Malter on behalf of Creditor ChargePoint, Inc.
michael@bindermalter.com

Craig Margulies on behalf of Creditor Aegion Corporation and its subsidiary entities: Corrpro Companies,
Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc.
cmargulies@margulies-law.com, lsalazar@margulies-law.com

Geoffrey E. Marr on behalf of Creditor Mirna Trettevik
gemarr59@hotmail.com

Richard A. Marshack on behalf of Creditor SLF Fire Victim Claimants
rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com

Catherine Martin on behalf of Creditor Simon Property Group
cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com

Laila Masud on behalf of Creditor SLF Fire Victim Claimants
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com

David P. Matthews on behalf of Creditor Fire Victims
jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

Patrick C. Maxcy on behalf of Interested Party Horace Mann Property & Casualty Insurance Company
patrick.maxcy@snrdenton.com

Benjamin P. McCallen on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
bmccallen@willkie.com

Thomas E. McCurnin on behalf of Interested Party City of Morgan Hill
tmccurnin@bkolaw.com, kescano@bkolaw.com

Hugh M. McDonald on behalf of Creditor Consolidated Edison Development, Inc.
john.murphy@troutman.com

Hugh M. McDonald on behalf of Intervenor Consolidated Edison Development, Inc.
hugh.mcdonald@troutman.com, john.murphy@troutman.com

C. Luckey McDowell on behalf of Interested Party Agua Caliente Solar, LLC
Luckey.McDowell@Shearman.com

Matthew D. McGill on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
MMcGill@gibsondunn.com

Melissa C. McLaughlin on behalf of Creditor Micro Focus Software LLC

20

mcmclaughlin@venable.com, ataylor@venable.com

Edward Joseph McNeilly on behalf of Interested Party Pacific Investment Management Company LLC
edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com

Scott H. McNutt on behalf of Examiner Bruce A Markell
SMcNutt@ml-sf.com, csnell@ml-sf.com

Thomas Melone on behalf of Interested Party Allco Finance Limited & Subsidiaries
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Peter Meringolo on behalf of Creditor Mount Veeder Springs LLC
peter@pmrklaw.com

Frank A. Merola on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
lacalendar@stroock.com, mmagzamen@stroock.com

Jennifer L. Mersing on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Joshua M. Mester on behalf of stockholders PG&E Shareholders
jmester@jonesday.com

Matthew D. Metzger on behalf of Creditor Dan Clarke
belvederelegalecf@gmail.com

Merle C. Meyers on behalf of Creditor E. R., a Minor
mmeyers@mlg-pc.com

Randy Michelson on behalf of Defendant Public Employees Retirement Association of New Mexico
randy.michelson@michelsonlawgroup.com

Gerardo Mijares-Shafai on behalf of Interested Party AT&T Corp.
Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com

Joel S. Miliband on behalf of Other Prof. Cathy Yanni
jmiliband@brownrudnick.com

Joseph G. Minias on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com

M. David Minnick on behalf of Creditor BANK OF AMERICA N.A
dminnick@pillsburylaw.com, docket@pillsburylaw.com

Benjamin Mintz on behalf of Interested Party AT&T Corp.
benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com

Nancy Mitchell on behalf of Interested Party Department of Finance for the State of California
nmitchell@omm.com

Thomas C. Mitchell on behalf of Creditor EDF Renewables, Inc.
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

John A. Moe, II on behalf of Interested Party Capital Power Corporation

john.moe@dentons.com, glenda.spratt@dentons.com

Aaron J. Mohamed on behalf of Plaintiff Mark Elward
ajm@brereton.law, aaronmohamedlaw@gmail.com

Kevin Montee on behalf of Creditor Nearon Sunset, LLC
kmontee@monteeassociates.com

David W. Moon on behalf of Creditor Mizuho Bank, Ltd.
lacalendar@stroock.com, mmagzamen@stroock.com

Diane Marger Moore on behalf of Creditor Majesti Mai Bagorio, etc.
dmargermoore@baumhedlundlaw.com

Erika L. Morabito on behalf of Creditor Michels Corporation
emorabito@foley.com, hsiagiandraughn@foley.com

Candace J. Morey on behalf of Creditor California Public Utilities Commiesion
cjm@cpuc.ca.gov

Courtney L. Morgan on behalf of Creditor Pension Benefit Guaranty Corporation
morgan.courtney@pbgc.gov

Richard Morin on behalf of Creditor Amanda Olsen
6863427420@filings.docketbird.com

Kimberly S. Morris on behalf of Creditor Committee Official Committee of Tort Claimants
kmorris@bakerlaw.com, tpetre@bakerlaw.com

Rodney Allen Morris on behalf of Creditor United States of America
Rodney.Morris2@usdoj.gov

Joshua D. Morse on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
Joshua.Morse@dlapiper.com, docket@pillsburylaw.com

Andrew H. Morton on behalf of Creditor Mustang Project Companies
andrew.morton@stoel.com, lisa.petras@stoel.com

Thomas G. Mouzes on behalf of Creditor Sonoma Clean Power Authority
tmouzes@boutinjones.com, cdomingo@boutininc.com

Peter S. Munoz on behalf of Creditor Lodi Gas Storage, L.L.P.
pmunoz@reedsmith.com, gsandoval@reedsmith.com

John Leland Murphree on behalf of Creditor Mesa Associates, Inc.
LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com

Bennett J. Murphy on behalf of Creditor Canyon Capital Advisors LLC
bmurphy@bennettmurphylaw.com

Michael S. Myers on behalf of Creditor Discovery Hydrovac
myersms@ballardspahr.com

Alan I. Nahmias on behalf of Creditor EN Engineering, LLC
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Case: 19-30088    Doc# 9172    Filed: 09/30/20    Entered: 09/30/20 10:53:04    Page 22 of 32

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbrb.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbyb.com

David Neier on behalf of Creditor CF Inspection Management, LLC
dneier@winston.com

Brittany J. Nelson on behalf of Creditor Michels Corporation
bnelson@foley.com, hsiagiandraughn@foley.com

Michael S. Neumeister on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
MNeumeister@gibsondunn.com

Howard S. Nevins on behalf of Creditor Performance Contracting, Inc.
hnevins@hsmlaw.com

Samuel A. Newman on behalf of Creditor McKinsey & Company, Inc. U.S.
sam.newman@sidley.com, laefilingnotice@sidley.com

Melissa T. Ngo on behalf of Creditor Pension Benefit Guaranty Corporation
ngo.melissa@pbgc.gov, efile@pbgc.gov

Mario R. Nicholas on behalf of Plaintiff JH Kelly, LLC
mario.nicholas@stoel.com, ana.trask@stoel.com

Sean Nolan on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
snolan@akingump.com, NYMCO@akingump.com

Gregory C. Nuti on behalf of Creditor Butte County
gnuti@nutihart.com, nwhite@nutihart.com

Abigail O'Brient on behalf of Creditor Marin Clean Energy
aobrient@mintz.com, docketing@mintz.com

Alicia D. O'Neill on behalf of Creditor Wildfire Class Claimants
aoneill@wattsguerra.com, cwilson@wattsguerra.com

Julie E. Oelsner on behalf of Attorney c/o Julie E. Oelsner Intech Mechanical, Inc.
joelsner@weintraub.com, bjennings@weintraub.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Aron M. Oliner on behalf of Creditor ArborMetrics Solutions, LLC
roliner@duanemorris.com, dmicros@duanemorris.com

Matthew Jon Olson on behalf of Interested Party Wendy A. Nathan
matt@macfern.com, stell.laura@dorsey.com

Scott Olson on behalf of Creditor Interstate Fire & Casualty Company
solson@vedderprice.com, nortega@vedderprice.com

23

| | |
|---|---|
| 1 | |
| | Steven M. Olson on behalf of Attorney Steven M. Olson |
| 2 | smo@smolsonlaw.com |
| 3 | Aram Ordubegian on behalf of Interested Party BOKF, NA |
| | Ordubegian.Aram@ArentFox.com |
| 4 | |
| | Keith C. Owens on behalf of Creditor Microsoft Corporation |
| 5 | kowens@venable.com, bclark@venable.com;khoang@venable.com |
| 6 | Gabriel Ozel on behalf of Attorney Gabriel Ozel |
| | gabeozel@gmail.com |
| 7 | |
| | Margarita Padilla on behalf of Interested Party California Department of Toxic Substances Control |
| 8 | Margarita.Padilla@doj.ca.gov |
| 9 | Donna Taylor Parkinson on behalf of Creditor Outback Contractors, Inc. |
| | donna@parkinsonphinney.com |
| 10 | |
| | Peter S. Partee, Sr. on behalf of Creditor Potrero Hills Energy Producers, LLC |
| 11 | ppartee@huntonak.com, candonian@huntonak.com |
| 12 | Paul J. Pascuzzi on behalf of Creditor 35th District Agricultural Association |
| | ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 13 | |
| | Kenneth Pasquale on behalf of Creditor Mizuho Bank, Ltd. |
| 14 | mlaskowski@stroock.com |
| 15 | Larry Allan Peluso on behalf of Creditor Ad Hoc Counsel for Camp Fire Real Property Owners |
| | pelusolaw@gmail.com, firm@pelusolaw.net |
| 16 | |
| | Valerie Bantner Peo on behalf of Creditor Bradley Tanks, Inc. |
| 17 | vbantnerpeo@buchalter.com |
| 18 | Yosef Peretz on behalf of Creditor Cara Feneis |
| | skim@peretzlaw.com |
| 19 | |
| | Christian A. Pereyda on behalf of Creditor Mesa Associates, Inc. |
| 20 | CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com |
| 21 | Thomas R. Phinney on behalf of Creditor Amador Water Agency |
| | tom@parkinsonphinney.com |
| 22 | |
| | R. Alexander Pilmer on behalf of Interested Party Federal Monitor |
| 23 | alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| 24 | M. Ryan Pinkston on behalf of Creditor Turner Construction Company |
| | rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| 25 | |
| | Estela O. Pino on behalf of Creditor Carol Torres |
| 26 | epino@epinolaw.com, rmahal@epinolaw.com |
| 27 | Gregory Plaskett on behalf of Creditor Murga, Strange & Chalmers, Inc. |
| | GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM |
| 28 | |

Case: 19-30088    Doc# 9172    Filed: 09/30/20    Entered: 09/30/20 10:53:04    Page 24
of 32

| | |
|---|---|
| 1 | Mark D. Plevin on behalf of Interested Party Renaissance Reinsurance Ltd. mplevin@crowell.com |
| 2 | |
| 3 | Steven G. Polard on behalf of Creditor Creative Ceilings, Inc. spolard@eisnerlaw.com, calendar-lao@ropers.com |
| 4 | Mark D. Poniatowski on behalf of Creditor Holt of California ponlaw@ponlaw.com |
| 5 | |
| 6 | Cara M. Porter on behalf of Interested Party California Franchise Tax Board Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov |
| 7 | William L. Porter on behalf of Creditor New West Partitions bporter@porterlaw.com, Ooberg@porterlaw.com |
| 8 | |
| 9 | Christopher E. Prince on behalf of Interested Party CH2M HILL Engineers, Inc. cprince@lesnickprince.com |
| 10 | Douglas B. Provencher on behalf of Interested Party Provencher & Flatt dbp@provlaw.com |
| 11 | |
| 12 | Stacey C. Quan on behalf of Creditor Tanforan Industrial Park, LLC squan@steyerlaw.com, pspencer@steyerlaw.com |
| 13 | Amy C. Quartarolo on behalf of Intervenor Crockett Cogeneration amy.quartarolo@lw.com |
| 14 | |
| 15 | Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co. lrappaport@proskauer.com, PHays@proskauer.com |
| 16 | |
| 17 | Justin E. Rawlins on behalf of Creditor CF Inspection Management, LLC justinrawlins@paulhastings.com |
| 18 | Hugh M. Ray, III on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc. hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| 19 | |
| 20 | Paul F. Ready on behalf of Creditor Sarah Pazdan smeyer@farmerandready.com |
| 21 | Caroline A. Reckler on behalf of Interested Party Dynegy Marketing and Trade, LLC caroline.reckler@lw.com |
| 22 | |
| 23 | David M. Reeder on behalf of Creditor City of American Canyon david@reederlaw.com, secretary@reederlaw.com |
| 24 | Steven J. Reisman on behalf of Interested Party Lazard Freres & Co. LLC sreisman@katten.com, nyc.bknotices@kattenlaw.com |
| 25 | |
| 26 | Jeffrey M. Reisner on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc. jreisner@irell.com, #-FirmPSDocketing@Steptoe.com |
| 27 | |
| 28 | Jack A. Reitman on behalf of Plaintiff Chico Rent-A-Fence srichmond@lgbfirm.com |

25

1

2  Emily P. Rich on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE
   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

3  David J. Richardson on behalf of Creditor Committee Official Committee of Tort Claimants
   drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

4

5  Christopher O. Rivas on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

6  David B. Rivkin, Jr. on behalf of Creditor Committee Official Committee of Tort Claimants
   drivkin@bakerlaw.com, jmeeks@bakerlaw.com

7

8  John R. Rizzardi on behalf of Interested Party Winding Creek Solar LLC
   kcoselman@cairncross.com, tnguyen@cairncross.com

9  Daniel Robertson on behalf of Creditor Pension Benefit Guaranty Corporation
   robertson.daniel@pbgc.gov, efile@pbgc.gov

10

11 Michael Rogers on behalf of Creditor William Kreysler & Associates, Inc.
   mrogers@lambertrogers.com, jan@lambertrogers.com

12 Jorian L. Rose on behalf of Creditor Committee Official Committee of Tort Claimants
   jrose@bakerlaw.com

13

14 Laurence M. Rosen on behalf of Interested Party Vataj Plaintiffs and the Class
   lrosen@rosenlegal.com, zstanco@rosenlegal.com

15 Paul M. Rosenblatt on behalf of Creditor Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and
   affiliates
16 prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com

17 David A. Rosenzweig on behalf of Creditor Adventist Health System/West and Feather River Hospital
   david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrosefulbright.com

18

19 Allan Robert Rosin on behalf of Creditor Contra Costa Electric, Inc.
   arrosin@alr-law.com

20 Jay M. Ross on behalf of Interested Party The City of Oakland
   jross@hopkinscarley.com, eamaro@hopkinscarley.com

21

22 Gregory A. Rougeau on behalf of Creditor Gregory Frase Enterprises, Inc. dba Kortick Manufacturing
   Company
   grougeau@brlawsf.com

23

24 Stacy H. Rubin on behalf of Creditor Realty Income Corporation
   rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com

25 Jason C. Rubinstein on behalf of Interested Party The Baupost Group, L.L.C.
   jrubinstein@fklaw.com, mclerk@fklaw.com

26

27 Nathan Q. Rugg on behalf of Interested Party Adler Tank Rental and Mobile Modular
   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com

28 Thomas B. Rupp on behalf of 3rd Pty Defendant Pacific Gas and Electric Company

CERTIFICATE OF SERVICE

CASE NO. 19-30088-DM

1  trupp@kbkllp.com

2  Eric E. Sagerman on behalf of Creditor Committee Official Committee of Tort Claimants
3  esagerman@bakerlaw.com

4  Robert Sahyan on behalf of Interested Party Columbus Hill Capital Management, L.P.
   rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com

5  Gregory M. Salvato on behalf of Creditor International Church of the Foursquare Gospel
   gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
6
7  Jonathan C. Sanders on behalf of Creditor Smart Wires Inc.
   jsanders@stblaw.com

8  Nanette D. Sanders on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North
   Bay Fire Litigation of October 2017 and the Camp Fire Litigation
9  nanette@ringstadlaw.com, becky@ringstadlaw.com

10 Natalie Kathleen Sanders on behalf of Interested Party Black & Veatch Construction, Inc.
   natalie.sanders@bakerbotts.com
11
   Lovee Sarenas on behalf of Creditor RE Astoria LLC
12 Lovee.sarenas@lewisbrisbois.com

13 Sunny S. Sarkis on behalf of Counter-Defendant JH Kelly, LLC
   sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
14
   Patricia Savage on behalf of Creditor Ashley Duitsman
15 psavesq@gmail.com, jodi.savage@gmail.com

16 Sblend A. Sblendorio on behalf of Interested Party Wilson Construction Company
   sas@hogefenton.com
17
   Francis O. Scarpulla on behalf of Creditor Camp Fire Claimants
18 fos@scarpullalaw.com, cpc@scarpullalaw.com

19 Daren M Schlecter on behalf of Creditor Jesus Mendoza
   daren@schlecterlaw.com, info@schlecterlaw.com
20
   Bradley R. Schneider on behalf of Debtor PG&E Corporation
21 bradley.schneider@mto.com

22 Harvey S. Schochet on behalf of Creditor City of San Jose
   Harveyschochet@dwt.com
23
   Nathan A. Schultz on behalf of Creditor MassMutual Life Insurance Company
24 nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com

25 Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC
   lschweitzer@cgsh.com
26
   Eric J. Seiler on behalf of Interested Party The Baupost Group, L.L.C.
27 eseiler@fklaw.com, mclerk@fklaw.com

28 David B. Shemano on behalf of Interested Party East Bay Community Energy Authority

Case: 19-30088   Doc# 9172   Filed: 09/30/20   Entered: 09/30/20 10:53:04   Page 27
of 32

1  dshemano@pwkllp.com

2  James A. Shepherd on behalf of Creditor W. Bradley Electric, Inc.
   jim@jsheplaw.com, shepIGN@gmail.com
3

   Leonard M. Shulman on behalf of Interested Party Cushman & Wakefield, Inc.
4  lshulman@shbllp.com

5  Andrew I. Silfen on behalf of Interested Party BOKF, NA
   andrew.silfen@arentfox.com
6

   Wayne A. Silver on behalf of Creditor Lewis & Tibbitts, Inc.
7  w_silver@sbcglobal.net, ws@waynesilverlaw.com

8  Brandt Silver-Korn on behalf of Creditor Numerous Victims of the Camp Fire
   bsilverkorn@edelson.com, docket@edelson.com
9

   Craig S. Simon on behalf of Interested Party American Alternative Insurance Corporation
10 csimon@bergerkahn.com, aketcher@bergerkahn.com

11 Gerald Singleton on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
   gerald@slffirm.com, BKECFCANB@SLFfirm.com
12

   Steven J. Skikos on behalf of Creditor Tommy Wehe
13 sskikos@skikos.com, mmontoya@skikos.com

14 Michael K. Slattery on behalf of Creditor Ad Hoc California Public Entites Committee
   mslattery@lkfirm.com, rramirez@lkfirm.com
15

   Dania Slim on behalf of Creditor BANK OF AMERICA N.A
16 dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com

17 Jennifer N. Slocum on behalf of Creditor Mustang Project Companies
   jennifer.slocum@stoel.com, docketclerk@stoel.com
18

   Aaron C. Smith on behalf of Creditor California Insurance Guarantee Association
19 asmith@lockelord.com, autodocket@lockelord.com

20 Alan D. Smith on behalf of Creditor Puget Sound Energy, Inc.
   adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
21

   Jan D. Sokol on behalf of Creditor Liberty Mutual Insurance Company
22 jdsokol@lawssl.com, dwright@lawssl.com

23 Randye B. Soref on behalf of Creditor Dignity Health and its Affiliates
   rsoref@polsinelli.com
24

   Joseph Sorkin on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas
25 and Electric Company
   jsorkin@akingump.com, NYMCO@akingump.com
26

   Bennett L. Spiegel on behalf of Creditor McKinsey & Company, Inc. U.S.
27 blspiegel@jonesday.com

28 Michael St. James on behalf of Interested Party Garcia and Associates

CERTIFICATE OF SERVICE                                          CASE NO. 19-30088-DM
Case: 19-30088   Doc# 9172   Filed: 09/30/20   Entered: 09/30/20 10:53:04   Page 28
of 32

1  ecf@stjames-law.com

2  Diane C. Stanfield on behalf of Creditor Fulcrum Credit Partners LLC
   diane.stanfield@alston.com, nelly.villaneda@alston.com
3
   Howard J. Steinberg on behalf of Interested Party HercRentals
4  steinbergh@gtlaw.com, pearsallt@gtlaw.com

5  Harriet A. Steiner on behalf of Creditor Valley Clean Energy Alliance
   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
6
   Lillian G. Stenfeldt on behalf of Creditor Pivot Interiors, Inc.
7  lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com

8  Lillian G. Stenfeldt on behalf of Interested Party certain Retiree Claimants
   lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
9
   Cheryl L. Stengel on behalf of Creditor US Air Conditioning Distributors
10 clstengel@outlook.com, stengelcheryl40@gmail.com

11 David M. Stern on behalf of Interested Party NextEra Energy Inc., et al.
   dstern@ktbslaw.com
12
   Geoffrey S. Stewart on behalf of stockholders PG&E Shareholders
13 gstewart@jonesday.com, mmelvin@jonesday.com

14 Alan J. Stone on behalf of Creditor Committee Official Committee Of Unsecured Creditors
   AStone@milbank.com, DMcCracken@Milbank.com
15
   Jason D. Strabo on behalf of Interested Party Individual Officers Anthony F. Earley, Jr., Geisha J. Williams,
16 Nickolas Stavropoulos, Julie M. Kane, Christopher P. Johns, Patrick M. Hogan, David Thomason, and
   Dinyar Mistry
17 jstrabo@mwe.com, shill@mwe.com

18 Michael H. Strub on behalf of Interested Party BlueMountain Capital Management, LLC
   mstrub@irell.com, mhstrub1@gmail.com
19
   Rebecca Suarez on behalf of Intervenor KES Kingsburg, L.P.
20 rsuarez@crowell.com

21 Brad T. Summers on behalf of Creditor Pacific Mobile Structures, Inc.
   summerst@lanepowell.com, docketing-pdx@lanepowell.com
22
   Kristine Theodesia Takvoryan on behalf of Creditor SOLON
23 ktakvoryan@ckrlaw.com

24 Derrick Talerico on behalf of Creditor Western Electricity Coordinating Council
   dtalerico@ztlegal.com, sfritz@ztlegal.com
25
   Kesha Tanabe on behalf of Creditor Cedar Glade LP
26 kesha@tanabelaw.com

27 Mary Ellmann Tang on behalf of Creditor Cristina Mendoza
   mtang@frenchlyontang.com, mwoodward@frenchlyontang.com
28

CERTIFICATE OF SERVICE                                                    CASE NO. 19-30088-DM
Case: 19-30088    Doc# 9172    Filed: 09/30/20    Entered: 09/30/20 10:53:04    Page 29
of 32

| | |
|---|---|
| 1 | Elizabeth Lee Thompson on behalf of Interested Party The Okonite Company<br>ethompson@stites.com, docketclerk@stites.com |
| 2 | |
| 3 | John C. Thornton on behalf of Creditor Agajanian, Inc.<br>jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| 4 | Elisa Tolentino on behalf of Creditor City of San Jose<br>cao.main@sanjoseca.gov |
| 5 | |
| 6 | Meagan S. Tom on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245<br>Meagan.tom@lockelord.com, autodocket@lockelord.com |
| 7 | Edward J. Tredinnick on behalf of Creditor City and County of San Francisco<br>etredinnick@greeneradovsky.com |
| 8 | |
| 9 | Matthew Jordan Troy on behalf of Creditor United States of America<br>matthew.troy@usdoj.gov |
| 10 | Rocky C. Tsai on behalf of Interested Party Elliott Management Corporation<br>rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com |
| 11 | |
| 12 | Michael Tye on behalf of Creditor United States of America<br>Michael.Tye@usdoj.gov |
| 13 | Gary D. Underdahl on behalf of Creditor Sunbelt Rentals, Inc.<br>gunderdahl@askllp.com, lmiskowiec@askllp.com |
| 14 | |
| 15 | Elijah Marcus Underwood on behalf of Creditor Starch Concrete, Inc.<br>eliunderwood@kroghdecker.com, juliamartell@kroghdecker.com |
| 16 | Andrew Van Ornum on behalf of Creditor Bradley Concrete<br>avanornum@vlmglaw.com, hchea@vlmglaw.com |
| 17 | |
| 18 | Shmuel Vasser on behalf of Interested Party State Farm Mutual Automobile Insurance Company<br>shmuel.vasser@dechert.com, brett.stone@dechert.com |
| 19 | Victor A. Vilaplana on behalf of Creditor Michels Corporation<br>vavilaplana@foley.com, rhurst@foley.com |
| 20 | |
| 21 | Marta Villacorta on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>marta.villacorta@usdoj.gov |
| 22 | Carol C. Villegas on behalf of Attorney Public Employees Retirement Association of New Mexico<br>cvillegas@labaton.com, NDonlon@labaton.com |
| 23 | |
| 24 | John A. Vos on behalf of Interested Party John A. Vos<br>InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| 25 | Bao M. Vu on behalf of Intervenor Capital Dynamics, Inc.<br>bao.vu@stoel.com, sharon.witkin@stoel.com |
| 26 | |
| 27 | Nicholas Wagner on behalf of Creditor Fire Victims<br>kschemen@wagnerjones.com, bwagner@wagnerjones.com |
| 28 | Jonathan D. Waisnor on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders |

30

CERTIFICATE OF SERVICE

jwaisnor@willkie.com, mao@willkie.com

Riley C. Walter on behalf of Attorney Aera Energy LLC
ecf@W2LG.com

Phillip K. Wang on behalf of Creditor Pivot Interiors, Inc.
phillip.wang@rimonlaw.com

Philip S. Warden on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc.
philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

Gregory P. Waters on behalf of Interested Party Kathleen McBride
gwaters@elllaw.com, gregorywatersesq@gmail.com

Guy L. Watts, II on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay
Fire Litigation of October 2017 and the Camp Fire Litigation
gwatts@wattsguerra.com, cwilson@wattsguerra.com

Mikal C. Watts on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay
Fire Litigation of October 2017 and the Camp Fire Litigation
mcwatts@wattsguerra.com, cwilson@wattsguerra.com

Lindsi M. Weber on behalf of Creditor Dignity Health and its Affiliates
lweber@polsinelli.com, yderac@polsinelli.com

Joseph M. Welch on behalf of Creditor Bradley Tanks, Inc.
jwelch@buchalter.com, dcyrankowski@buchalter.com

David Walter Wessel on behalf of Creditor Marina Gelman
DWessel@efronlawfirm.com, hporter@chdlawyers.com

Joseph West on behalf of Creditor International Church of the Foursquare Gospel
westjoseph@earthlink.net, josephw998@gmail.com

Drew M. Widders on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com

Jason P. Williams on behalf of Creditor Clear Blue Insurance Company
maryanne@wplgattorneys.com

Eric R. Wilson on behalf of Creditor Kompogas SLO LLC
kdwbankrupcydepartment@kelleydrye.com, ewilson@kelleydrye.com

Kimberly S. Winick on behalf of Interested Party California Community Choice Association
kwinick@clarktrev.com, knielsen@clarktrev.com

Rebecca J. Winthrop on behalf of Creditor Adventist Health System/West and Feather River Hospital
rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com

David Wirt on behalf of Interested Party Deutsche Bank
david.wirt@hklaw.com, denise.harmon@hklaw.com

Ryan A. Witthans on behalf of Creditor Nor-Cal Pipeline Services
rwitthans@fhlawllp.com

CERTIFICATE OF SERVICE                                                    CASE NO. 19-30088-DM

Case: 19-30088   Doc# 9172   Filed: 09/30/20   Entered: 09/30/20 10:53:04   Page 31
of 32

| | |
|---|---|
| 1 | Keith H. Wofford on behalf of Interested Party Elliott Management Corporation<br>keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com |
| 2 | |
| 3 | Risa Lynn Wolf-Smith on behalf of Creditor Diablo Winds, LLC<br>rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| 4 | Douglas Wolfe on behalf of Creditor ASM Capital X LLC<br>dwolfe@asmcapital.com |
| 5 | |
| 6 | Andrea Wong on behalf of Creditor Pension Benefit Guaranty Corporation<br>wong.andrea@pbgc.gov, efile@pbgc.gov |
| 7 | Christopher Kwan Shek Wong on behalf of Creditor Genesys Telecommunications Laboratories, Inc.<br>christopher.wong@arentfox.com |
| 8 | |
| 9 | David A. Wood on behalf of Creditor SLF Fire Victim Claimants<br>dwood@marshackhays.com, lbuchanan@marshackhays.com |
| 10 | Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc.<br>kw@wlawcorp.com, admin@wlawcorp.com |
| 11 | |
| 12 | Kinga Wright on behalf of Creditor Dashiell Corporation<br>kinga.wright@lockelord.com, autodocket@lockelord.com |
| 13 | Antonio Yanez, Jr. on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders<br>ayanez@willkie.com |
| 14 | |
| 15 | Cathy Yanni on behalf of Other Prof. Cathy Yanni<br>cathy@cathyyanni.com, pstrunk@browngreer.com |
| 16 | Andrew Yaphe on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility |
| 17 | andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| 18 | Tacie H. Yoon on behalf of Interested Party Renaissance Reinsurance Ltd.<br>tyoon@crowell.com |
| 19 | |
| 20 | Bennett G. Young on behalf of Creditor Mizuho Bank, Ltd.<br>byoung@jmbm.com, jb8@jmbm.com |
| 21 | Christopher L. Young on behalf of Interested Party Winding Creek Solar LLC<br>cyoung@cairncross.com, nspringstroh@cairncross.com |
| 22 | |
| 23 | Nicole M. Zeiss on behalf of Interested Party Public Employees Retirement Association of New Mexico<br>nzeiss@labaton.com |
| 24 | Paul H. Zumbro on behalf of Debtor PG&E Corporation<br>mao@cravath.com |
| 25 | |
| 26 | Brittany Zummer on behalf of Creditor Mirna Trettevik<br>bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| 27 | Dario de Ghetaldi on behalf of Creditor Fire Victims<br>deg@coreylaw.com, lf@coreylaw.com |
| 28 | |

Case: 19-30088    Doc# 9172    Filed: 09/30/20    Entered: 09/30/20 10:53:04    Page 32
of 32