

| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| | Richard W. Slack (*pro hac vice*) |
| 2 | (richard.slack@weil.com) |
| | Theodore Tsekerides (*pro hac vice*) |
| 3 | (theodore.tsekerides@weil.com) |
| | Jessica Liou (*pro hac vice*) |
| 4 | (jessica.liou@weil.com) |
| | Matthew Goren (*pro hac vice*) |
| 5 | (matthew.goren@weil.com) |
| | 767 Fifth Avenue |
| 6 | New York, NY 10153-0119 |
| | Tel: 212 310 8000 |
| 7 | Fax: 212 310 8007 |

Signed and Filed: September 30, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

   - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

                     Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE AND HEARING ON SECURITIES LEAD PLAINTIFF'S MOTION PURSUANT TO BANKRUPTCY CODE SECTIONS 503(B)(3)(D) AND 503(B)(4) FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES**

[Related to Dkt. Nos. 8950, 9030, 9036, and 9160]

The Court having considered the *Stipulation Setting Briefing Schedule and Hearing on Securities Lead Plaintiff's Motion Pursuant to Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Fees and Expenses*, dated September 29, 2020 [Dkt. No. 9160] (the "**Stipulation**"), entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan[1] (as defined below), the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Public Employees Retirement Association of New Mexico ("**PERA**"), on the other hand, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved and shall become effective upon entry of this Order.

2. The following briefing and hearing schedule with respect to the *Securities Lead Plaintiff's Motion Pursuant to Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Fees and Expenses* [Dkt. No. 8950] (the "**Fees and Expenses Motion**") shall apply to all parties in interest:

   a. The deadline for any party in interest to file a response or objection to the Fees and Expenses Motion is **November 13, 2020, at 4:00 p.m. (Pacific Time)**;

   b. The deadline for PERA to file any replies to any objections or responses to the Fees and Expenses Motion is **December 8, 2020, at 4:00 p.m. (Pacific Time)**; and

   c. The hearing on the Fees and Expenses Motion shall be held on **December 15, 2020, at 10:00 a.m. (Pacific Time)**.

3. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

---

[1] Capitalized terms used bot not herein defined have the meanings ascribed to such terms in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

LOWENSTEIN SANDLER LLP

*/s/ Michael S. Etkin*
Michael S. Etkin

*Attorneys for Public Employees
Retirement Association of New Mexico*

**END OF ORDER**