Case No. 19-30088-DM

-----Original Message-----
From: Marc Thomas <marc@ttgpd.com>
Sent: Tuesday, September 29, 2020 12:31 AM
To: Dennis Montali ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; Lorena Parada ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; CAND JDpo ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; JD CRD
Subject: Wildfire attorney fees

Dear Court

We find that the attorneys fees to be too high and request the court applying a cap on fees to no greater than 15% if no death is involved. Totaling approximately $1.35B for the attorneys; who really only focus on the highest return victims leaving lower wage clerks and attorneys to deal with the majority.

The amount of effort being put into the cases of the victims is minimal and in reality, most of the efforts are performed by the victims themselves.


Thank you,
Butte fire victim family
Mountain Ranch