**EXHIBIT A**

| TIME SUMMARY BY CATEGORY ||||||
|---|---|---|---|---|---|
| Matter || Name | Hourly Rate | Hours | Amount |
| **CRIMINAL INVESTIGATION (10006)** ||||||
| || Reid J. Schar | $1,155 | 24.8 | $ 28,644.00 |
| || Matthew S. Hellman | $895 | 3.1 | $ 2,774.50 |
| || Coral A. Negron | $840 | 8.0 | $ 6,720.00 |
| || Matthew E. Price | $840 | 1.5 | $ 1,260.00 |
| || Angela M. Allen | $825 | 5.4 | $ 4,455.00 |
| || TOTAL || 42.8 | $ 43,853.50 |
| **DOI INVESTIGATION (10014)** ||||||
| || Matthew L. Haws | $895 | 0.5 | $ 447.50 |
| || Emily M. Loeb | $830 | 0.6 | $ 498.00 |
| || Carla J. Weiss | $791 | 0.6 | $ 474.60 |
| || TOTAL || 1.7 | $ 1,420.10 |
| **FEDERAL CONTRACTS ADVICE & COUNSEL (10065)** ||||||
| || Thomas J. Perrelli | $1,315 | 2.6 | $ 3,419.00 |
| || Brian P. Hauck | $920 | 10.7 | $ 9,844.00 |
| || Matthew L. Haws | $895 | 18.7 | $ 16,736.50 |
| || Carla J. Weiss | $791 | 1.7 | $ 1,344.70 |
| || Amy Egerton-Wiley | $540 | 5.5 | $ 2,970.00 |
| || TOTAL || 39.2 | $ 34,314.20 |
| **BANKRUPTCY EMPLOYMENT (10252)** ||||||
| || Reid J. Schar | $1,155 | 0.8 | $ 924.00 |
| || Randall E. Mehrberg | $1,050 | 3.2 | $ 3,360.00 |
| || Brian P. Hauck | $920 | 3.8 | $ 3,496.00 |
| || Angela M. Allen | $825 | 13.3 | $ 10,972.50 |
| || William A. Williams | $595 | 4.5 | $ 2,677.50 |
| || TOTAL || 25.6 | $21,430.00 |
| **FERC INTERLOCK ADVICE (10309)** ||||||
| || Suedeen G. Kelly | $1,025 | 7.2 | $ 7,380.00 |
| || Jason T. Perkins | $595 | 16.2 | $ 9,639.00 |
| || TOTAL || 23.4 | $ 17,019.00 |
| **PSPS PROCEEDINGS (10341)** ||||||
| || Brian P. Hauck | $920 | 32.9 | $ 30,268.00 |
| || Andrew F. Merrick | $840 | 29.3 | $ 24,612.00 |
| || Wesley M. Griffith | $791 | 25.7 | $ 20,328.70 |
| || Monika N. Kothari | $660 | 43.1 | $ 28,446.00 |
| || Amir A. Shakoorian Tabrizi | $540 | 2.7 | $ 1,458.00 |
| || Theresa L. Busch | $323 | 5.4 | $ 1,744.20 |
| || TOTAL || 139.1 | $ 106,856.90 |

| SECTION 203 FILING RE BANKRUPTCY PLAN (10562) | | | | |
|---|---|---|---|---|
| | Thomas J. Perrelli | $1,315 | 2.3 | $ 3,024.50 |
| | Suedeen G. Kelly | $1,025 | 1.5 | $ 1,537.50 |
| | E. Glenn Rippie | $895 | 3.3 | $ 2,953.50 |
| | Coral A. Negron | $840 | 0.4 | $ 336.00 |
| | Johanna R. Thomas | $830 | 19.4 | $ 16,102.00 |
| | David M. Didion | $791 | 38.2 | $ 30,216.20 |
| | Hanna M. Conger | $731 | 3.1 | $ 2,266.10 |
| | Monika N. Kothari | $660 | 5.3 | $ 3,498.00 |
| | Jason T. Perkins | $595 | 1.1 | $ 654.50 |
| | **TOTAL** | | **74.6** | **$ 60,588.30** |
| **RESPONSE PLAN INVESTIGATION (10571)** | | | | |
| | Reid J. Schar | $1,155 | 0.5 | $ 577.50 |
| | Brian P. Hauck | $920 | 34.5 | $ 31,740.00 |
| | E.K. McWilliams | $731 | 86.9 | $ 63,523.90 |
| | Samuel Jahangir | $660 | 120.9 | $ 79,794.00 |
| | Amir A. Shakoorian Tabrizi | $540 | 60.6 | $ 32,724.00 |
| | Amy Egerton-Wiley | $540 | 63.5 | $ 34,290.00 |
| | Diana V. Chuck | $323 | 31.5 | $ 10,174.50 |
| | **TOTAL** | | **398.4** | **$ 252,823.90** |
| **HOURLY MATTER TOTAL** | | | **744.8** | **$ 538,305.90** |

| FLAT RATE MATTERS | |
|---|---:|
| FERC Monitoring (10333) | $1,800.00 |
| U.S. Dept. of Health & Human Services Monitoring (10368) | $2,700.00 |
| California Energy Commission Monitoring (10384) | $1,800.00 |
| California Independent Systems Operator Monitoring (10392) | $1,800.00 |
| NERC/WECC Monitoring (10406) | $1,800.00 |
| Federal Communications Commission Monitoring (10422) | $1,800.00 |
| Environmental Protection Agency Monitoring (10431) | $1,800.00 |
| California Air Resources Board Monitoring (10449) | $1,800.00 |
| California State Water Resources Control Board Monitoring (10457) | $1,800.00 |
| Occupational Safety & Health Administration Monitoring (10465) | $1,800.00 |
| Securities & Exchange Commission Monitoring (10493) | $1,800.00 |
| New York Stock Exchange Monitoring (10503) | $1,800.00 |
| Internal Revenue Service Monitoring (10511) | $1,800.00 |
| Federal Aviation Administration Monitoring (10528) | $1,800.00 |
| Cal. Dept. of Fish and Wildlife Monitoring (10546) | $1,800.00 |
| Cal./OSHA (Division of Occupational Safety & Health, California Dept. of Industrial Relations) Monitoring (10597) | $1,800.00 |
| California Occupational Safety and Health Review Commission & OSHSB Monitoring (10601) | $1,800.00 |
| U.S. Dept. of the Interior Monitoring (10627) | $1,800.00 |
| **FLAT RATE MATTER TOTAL** | **$33,300.00** |