# EXHIBIT B

**TIME SUMMARY BY PROFESSIONAL**
**(HOURLY MATTERS ONLY)**

| TITLE | NAME | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|---|---|---|
| Partner | Randall E. Mehrberg | Energy | 1980 | $1,050 | 3.2 | $ 3,360.00 |
| | Thomas J. Perrelli | Litigation | 1991 | $1,315 | 4.9 | $ 6,443.50 |
| | Reid J. Schar | Litigation | 1997 | $1,155 | 26.1 | $ 30,145.50 |
| | Suedeen G. Kelly | Energy | 1976 | $1,025 | 8.7 | $ 8,917.50 |
| | Brian P. Hauck | Litigation | 2001 | $920 | 81.9 | $ 75,348.00 |
| | E. Glenn Rippie | Energy | 1985 | $895 | 3.3 | $ 2,953.50 |
| | Matthew L. Haws | Gov't Contracts | 2002 | $895 | 19.2 | $ 17,184.00 |
| | Matthew S. Hellman | Litigation | 2003 | $895 | 3.1 | $ 2,774.50 |
| | Andrew F. Merrick | Litigation | 2006 | $840 | 29.3 | $ 24,612.00 |
| | Coral A. Negron | Litigation | 2008 | $840 | 8.4 | $ 7,056.00 |
| | Matthew E. Price | Litigation | 2007 | $840 | 1.5 | $ 1,260.00 |
| | Emily M. Loeb | Litigation | 2010 | $830 | 0.6 | $ 498.00 |
| | Johanna R. Thomas | Comm., Intern. & Tech. | 2008 | $830 | 19.4 | $ 16,102.00 |
| | Angela M. Allen | Restr. & Bankr. | 2008 | $825 | 18.7 | $ 15,427.50 |
| Special Counsel | Carla J. Weiss | Gov't Contracts | 2012 | $791 | 2.3 | $ 1,819.30 |
| | David M. Didion | Litigation | 2011 | $791 | 38.2 | $ 30,216.20 |
| **Total Partners & Special Counsel:** | | | | | **268.8** | **$ 244,117.50** |
| Associates | Wesley M. Griffith | Litigation | 2012 | $791 | 25.7 | $ 20,328.70 |
| | E.K. McWilliams | Litigation | 2014 | $731 | 86.9 | $ 63,523.90 |
| | Hanna M. Conger | Energy | 2012 | $731 | 3.1 | $ 2,266.10 |
| | Monika N. Kothari | Litigation | 2016 | $660 | 48.4 | $ 31,944.00 |
| | Samuel Jahangir | Litigation | 2016 | $660 | 120.9 | $ 79,794.00 |
| | Jason T. Perkins | Litigation | 2017 | $595 | 17.3 | $ 10,293.50 |

| | Name | Department | Year | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | William A. Williams | Restr. & Bankr. | 2015 | $595 | 4.5 | $ 2,677.50 |
| | Amir A. Shakoorian Tabrizi | Litigation | 2018 | $540 | 63.3 | $ 34,182.00 |
| | Amy Egerton-Wiley | Litigation | 2018 | $540 | 69.0 | $ 37,260.00 |
| **Total Associates:** | | | | | **439.1** | **$ 282,269.70** |
| Paralegal | Diana V. Chuck | Litigation | N/A | $323 | 31.5 | $ 10,174.50 |
| | Theresa L. Busch | Litigation | N/A | $323 | 5.4 | $ 1,744.20 |
| **Total Paraprofessionals and Other Staff:** | | | | | **36.9** | **$ 11,918.70** |
| **Grand Total (Hourly Matters Only)** | | | | | **744.8** | **$ 538,305.90** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|
| Partners & Special Counsel | $908.18 | 268.8 | $ 244,117.50 |
| Associates & Dept. Counsel | $642.84 | 439.1 | $ 282,269.70 |
| Paraprofessionals and other non-legal staff | $323.00 | 36.9 | $ 11,918.70 |
| Blended Attorney Rate | $743.59 | 707.9 | $ 526,387.20 |
| **Total Fees Incurred** | **$722.75** | **744.8** | **$ 538,305.90** |