# EXHIBIT C

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNT |
|---|---:|
| Court Fees | $340.00 |
| UPS | $20.13 |
| **TOTAL DISBURSEMENT** | **$360.13** |