# EXHIBIT E

# EXPENSE DETAIL

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | |
|---|---|
| CLIENT NUMBER: | 56604 |
| MATTER NUMBER: | 10287 |

PACIFIC GAS AND ELECTRIC COMPANY                          JULY 28, 2020
ATTN: LEGAL FINANCE SUPPORT GROUP                         INVOICE #  9535448
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED                                   $ .00
THROUGH JUNE 30, 2020:

DISBURSEMENTS                                                    $ 360.13

                                   TOTAL INVOICE               $ 360.13

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY  INVOICE # 9535448
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604  JULY 28, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2020:

EXPENSES  MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| | | |
|---|---|---:|
| 6/23/20 | 06/23/2020 UPS Delivery Service 1Z01X4270192828111 | 20.13 |
| 6/25/20 | Court Fees, DAVID M. DIDION, 06/21/2020; FCC Filing Fee. | 340.00 |
| | TOTAL DISBURSEMENTS | $ 360.13 |

INVOICE TOTAL  $ 360.13