

**Signed and Filed: October 2, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**LATHAM & WATKINS LLP**
Michael J. Reiss (#275021)
(michael.reiss@lw.com)
Ted A. Dillman (#258499)
(ted.dillman@lw.com)
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
Fax: (213) 891-8763

*Special Counsel for the Debtors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

     **- and –**

**PACIFIC GAS AND ELECTRIC COMPANY,**

                **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

**ORDER GRANTING INTERIM FEE APPLICATION OF LATHAM & WATKINS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (NOVEMBER 1, 2019 THROUGH FEBRUARY 29, 2020)**

Re: Docket Nos. 7017 & 7837

Upon consideration of the *First Interim Fee Application of Latham & Watkins LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (November 1, 2019 Through January 31, 2020)* [Docket No. 7837] (the "**Interim Fee Application**")[1] and the *Monthly Fee Statement of Latham & Watkins LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through February 29, 2020* [Docket No. 7017] (the "**First Monthly Fee Application**" and, together with the "Interim Fee Application, the "**Fee Applications**"); and due and proper notice of the Fee Applications having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and upon consideration of the *Certification of Robert W. Perrin in Support of First Interim Fee Application of Latham & Watkins LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (November 1, 2019 Through January 31, 2020)* [Docket No. 7838] submitted in support of the Interim Fee Application; and no objections or responses to the Fee Applications having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Fee Applications resulting from the compromise between Latham and the Fee Examiner as set forth in that certain *Second Amended Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner*, dated August 29, 2020 [Docket No. 8911] (the "**Amended Notice**"); and the Court having issued a Docket Order on September 18, 2020, allowing on an interim basis the Interim Fee Application and the First Monthly Fee Application, which includes fees and costs for February 2020 not included in the Interim Fee Application, in the reduced amounts reflected in the Amended Notice; and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Interim Fee Application and the First Monthly Fee Application, which includes fees and costs for February 2020 not included in the Interim Fee Application, are granted as set forth herein.

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Interim Fee Application.

US-DOCS\117982972.2

1    2.    Latham is awarded interim allowances of its compensation for professional services and

2 reimbursement of its actual and necessary expenses in the total amount of $1,570,378.16, consisting of

3 $1,551,500.00 in fees and $18,878.16 in expenses, following the adjustment of $37,500.00 negotiated

4 with the Fee Examiner.

5    3.    The Reorganized Debtors are directed to pay Latham $280,300.00, representing the

6 difference between the amounts allowed in paragraph 2 above and amounts previously paid by the

7 Debtors pursuant to the Interim Compensation Order.

8    4.    Latham's compromise relates to fees and expenses sought for the period from February

9 1, 2020 to February 29, 2020, which are included in the First Monthly Fee Application.  Any such fees

10 and expenses related to the period from February 1, 2020 to February 29, 2020, will not be subject to

11 further compromise or interim approval even though such fees and expenses are contained in the *Second*

12 *Interim and Final Fee Application of Latham & Watkins LLP for Allowance and Payment of*

13 *Compensation and Reimbursement of Expenses (November 1, 2019 Through July 1, 2020)* [Docket No.

14 8927], which, as of the date hereof, remains subject to Fee Examiner review and approval by the Court.

15    5.    The Court shall retain jurisdiction to determine any controversy arising in connection

16 with this Order.

** END OF ORDER **

17

18

19

20

21

22

23

24

25

26

27

28