UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                        Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br>**NOTICE OF JOINDER BY CLAIMANT IN SECURITIES LEAD PLAINTIFF PERA'S OBJECTION TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR AND RELATED PROCEDURES FOR RESOLVING SUBORDINATED SECURITIES CLAIMS** |
|---|---|

Case: 19-30088    Doc# 9192    Filed: 10/05/20    Entered: 10/05/20 15:22:41    Page 1 of 16

*The clients of Chicago Clearing Corporation, claim# 105885 and claim # 105888 (See Attached List of Clients)* ("**Claimant**"), the holder of a Securities Claim[1] and a creditor in the chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") of the above-captioned reorganized debtors (the "**Debtors**", or as reorganized pursuant to the Plan, the "**Reorganized Debtors**"), hereby submits this Notice of Joinder (the "**Joinder**") to *Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* (the "**Securities ADR Objection**") in opposition to *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 8964] (the "**Securities ADR Motion**"). In support of this Joinder, Claimant respectfully states as follows:

## JOINDER AND RESERVATION OF RIGHTS

1. The above-named Claimant hereby joins the Securities ADR Objection filed by the Public Employees Retirement Association of New Mexico's ("Securities Lead Plaintiff" or "PERA") on September 28, 2020. Claimant joins the Securities ADR Objection in full, for all the reasons stated therein, and reserves all rights.

2. In addition to all the reasons stated in the Securities ADR Objection, which Claimant hereby incorporates by reference and joins, Claimant underscores that Debtors' proposal outlined in their Securities ADR Motion is transparently unfair because it increases Reorganized Debtors' bargaining power for resolving the very wrongdoing for which they are accused, including by granting Reorganized Debtors inappropriate authority over the selection of, payment to, and submissions before proposed mediators. In the event that the Court adopts some form of ADR process, we believe it is imperative that the Court select a nationally-recognized mediator experienced in securities damages matters, who will be compensated by all parties. The unfair and inefficient aspects of the present Securities ADR Motion are incurable.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Securities ADR Objection (as defined herein) and the Securities ADR Motion (as defined herein), as applicable.

## CONCLUSION

For all of the foregoing reasons, Claimant respectfully joins Securities Lead Plaintiff's request that this Court enter an order denying the Securities ADR Motion, as well as granting such other and further relief as may be just and proper.

Dated: October 5, 2020

Respectfully submitted,

By: _/s/ [signature]_____

Chicago Clearing Corporation

## List of Creditors Filing Rescission and/or Damages Claims Based Upon Acquisition of PG&E Securities

### Chicago Clearing Corporation ("CCC") as Authorized Agent

| Client | Claim Amount |
|---|---|
| A.R. Schmeidler & Company Inc. (various accounts) | Unliquidated |
| ACNB Bank (various accounts) | Unliquidated |
| Albion Financial Group (various accounts) | Unliquidated |
| Alerus Financial, N.A. (various accounts) | Unliquidated |
| Aligned Partners Trust Company (various accounts) | Unliquidated |
| Alliance Trust Company (various accounts) | Unliquidated |
| Alpine Bank & Trust (various accounts) | Unliquidated |
| Alpine Private Capital (various accounts) | Unliquidated |
| Altair Advisers LLC (various accounts) | Unliquidated |
| Amalgamated Bank of New York (various accounts) | Unliquidated |
| American Bank NA (various accounts) | Unliquidated |
| American Endowment Foundation (various accounts) | Unliquidated |
| American National Bank (various accounts) | Unliquidated |
| American National Bank and Trust Company (various accounts) | Unliquidated |
| American Trust and Savings Bank (various accounts) | Unliquidated |
| American Trust Center (various accounts) | Unliquidated |
| Ameriprise Bank (various accounts) | Unliquidated |
| AMG National Trust Bank (various accounts) | Unliquidated |
| Anbee & Co (various accounts) | Unliquidated |
| Aon Trust Company (various accounts) | Unliquidated |
| Arbor Capital Management (various accounts) | Unliquidated |
| Argent Trust Company (various accounts) | Unliquidated |
| Arthur State Bank (various accounts) | Unliquidated |
| Associated Trust Company (various accounts) | Unliquidated |
| Avalon Capital Management (various accounts) | Unliquidated |
| Avant-Garde (various accounts) | Unliquidated |
| Axiom Capital Management, Inc (various accounts) | Unliquidated |
| B.C. Ziegler and Company (various accounts) | Unliquidated |
| Baker Boyer Bank (various accounts) | Unliquidated |
| Baldrige Asset Management, LLC (various accounts) | Unliquidated |
| Ballston Spa National Bank (various accounts) | Unliquidated |
| BancFirst (various accounts) | Unliquidated |
| Banco Popular de Puerto Rico (various accounts) | Unliquidated |
| BancorpSouth Asset Management & Trust (various accounts) | Unliquidated |

| | |
|---|---|
| Bank of Clarke County (various accounts) | Unliquidated |
| Bank of Edwardsville (various accounts) | Unliquidated |
| Bank of Hawaii (various accounts) | Unliquidated |
| Bank Of Pontiac (various accounts) | Unliquidated |
| Bank of Springfield (various accounts) | Unliquidated |
| Bank of Stockton (various accounts) | Unliquidated |
| Bank of Tampa (various accounts) | Unliquidated |
| Bank of the Ozarks (various accounts) | Unliquidated |
| BankChampaign (various accounts) | Unliquidated |
| BankWest (various accounts) | Unliquidated |
| Bar Harbor Trust Services (various accounts) | Unliquidated |
| Bartlett & Co. LLC (various accounts) | Unliquidated |
| Bath Savings Trust Co (various accounts) | Unliquidated |
| Beacon Investment Advisory Services (various accounts) | Unliquidated |
| Beacon Pointe Advisors (various accounts) | Unliquidated |
| Bell State Bank & Trust (various accounts) | Unliquidated |
| Betts Nominee (various accounts) | Unliquidated |
| Birch Hill Investment Advisors LLC (various accounts) | Unliquidated |
| Blackstart Capital LP (various accounts) | Unliquidated |
| Blue Chip Partners Inc (various accounts) | Unliquidated |
| BlueBay Asset Management LLP (various accounts) | Unliquidated |
| BMO (various accounts) | Unliquidated |
| BOKF (various accounts) | Unliquidated |
| Boston Financial Management Inc (various accounts) | Unliquidated |
| Breiter Capital Management, Inc (various accounts) | Unliquidated |
| Bremer Trust N.A. (various accounts) | Unliquidated |
| Brett Forrest (various accounts) | Unliquidated |
| Bridgewater Advisors Inc (various accounts) | Unliquidated |
| Brilliant Advice (various accounts) | Unliquidated |
| Bristol County Savings Bank (various accounts) | Unliquidated |
| Buffalo Grove Police Pension Fund (various accounts) | Unliquidated |
| Busey Trust Company (various accounts) | Unliquidated |
| Cadence Bank (various accounts) | Unliquidated |
| Caldwell Securities Ltd (various accounts) | Unliquidated |
| Camelot Portfolios LLC (various accounts) | Unliquidated |
| Capital E Advisors (various accounts) | Unliquidated |
| CapTrust Financial Advisors (various accounts) | Unliquidated |
| Carlsbad National Bank (various accounts) | Unliquidated |
| Carlton Financial LLC (various accounts) | Unliquidated |
| Carrollton Bank TMN (various accounts) | Unliquidated |
| Cascade Financial Management Inc (various accounts) | Unliquidated |

| | |
|---|---|
| Cascade Investment Group Inc (various accounts) | Unliquidated |
| Castle Financial (various accounts) | Unliquidated |
| Central Bank & Trust Co (various accounts) | Unliquidated |
| Central National Bank (various accounts) | Unliquidated |
| Central Servicing (various accounts) | Unliquidated |
| Central State Bank (various accounts) | Unliquidated |
| Central Trust & Investment Company (various accounts) | Unliquidated |
| Certificate Funding Corporation (various accounts) | Unliquidated |
| CGL Family Office Services (various accounts) | Unliquidated |
| CHARLESTON POLICE PENSION FUND (various accounts) | Unliquidated |
| Charter Trust Company (various accounts) | Unliquidated |
| Chemical Bank (various accounts) | Unliquidated |
| Chemung Canal Trust Company (various accounts) | Unliquidated |
| Chesapeake Trust Company (various accounts) | Unliquidated |
| Chevy Chase Trust (various accounts) | Unliquidated |
| Citizens Bank & Trust (various accounts) | Unliquidated |
| Citizens Bank & Trust Company (TMN) (various accounts) | Unliquidated |
| Citizens Bank & Trust Company of Ardmore OK (various accounts) | Unliquidated |
| Citizens Bank of West Virginia (various accounts) | Unliquidated |
| Citizens State Bank (various accounts) | Unliquidated |
| City Bank Trust (various accounts) | Unliquidated |
| City National Bank of West Virginia (various accounts) | Unliquidated |
| City of Birmingham (various accounts) | Unliquidated |
| Clearfield Bank & Trust Company (various accounts) | Unliquidated |
| Cleary Gull Advisors (various accounts) | Unliquidated |
| Coldstream Capital Management Inc. (various accounts) | Unliquidated |
| Colonial Asset Management (various accounts) | Unliquidated |
| COLONY GROUP LLC (various accounts) | Unliquidated |
| Commerce National Bank & Trust (TMN) (various accounts) | Unliquidated |
| Commercial Bank and Trust Company (various accounts) | Unliquidated |
| Commercial Bank and Trust of PA (various accounts) | Unliquidated |
| Community Bank & Trust (various accounts) | Unliquidated |
| Community Bank and Trust of Florida (various accounts) | Unliquidated |
| Community Bank and Trust Waco TX (various accounts) | Unliquidated |
| Community First Trust Company (various accounts) | Unliquidated |
| Community Trust & Investment (various accounts) | Unliquidated |
| Consolidated Financial Investments (various accounts) | Unliquidated |
| Continuum Advisory LLC (various accounts) | Unliquidated |
| Cornerstone Advisors, Inc (various accounts) | Unliquidated |
| Cornerstone Bank (various accounts) | Unliquidated |
| Country Trust Bank (various accounts) | Unliquidated |

| | |
|---|---|
| County Trust Services (various accounts) | Unliquidated |
| Crabel Capital Management (various accounts) | Unliquidated |
| Craryville Associates LLC (various accounts) | Unliquidated |
| Crawford Investment Counsel (various accounts) | Unliquidated |
| Crescent Capital Consulting (various accounts) | Unliquidated |
| Cumberland Trust & Investment Co (various accounts) | Unliquidated |
| Cumberland Valley National Bank & Trust Co. (various accounts) | Unliquidated |
| Dana Investment Advisors Inc. (various accounts) | Unliquidated |
| David Vaughan Investments (various accounts) | Unliquidated |
| Davis Trust Company (various accounts) | Unliquidated |
| DeRoy & Devereaux Private Investment Counsel Inc. (various accounts) | Unliquidated |
| DLD Asset Management LP (various accounts) | Unliquidated |
| Douglass Winthrop Advisors LLC (various accounts) | Unliquidated |
| DOWLING & YAHNKE INC (various accounts) | Unliquidated |
| Dubuque Bank & Trust (various accounts) | Unliquidated |
| Dumont & Blake Investment Advisors (various accounts) | Unliquidated |
| Eagle Capital Management, LLC (various accounts) | Unliquidated |
| Eastern Bank (various accounts) | Unliquidated |
| Elmwood Wealth Management (various accounts) | Unliquidated |
| Ephrata National Bank (various accounts) | Unliquidated |
| ESB Financial (various accounts) | Unliquidated |
| Essex Savings Bank (TMN) (various accounts) | Unliquidated |
| Evanston Advisors (various accounts) | Unliquidated |
| Evergreen Capital Management (various accounts) | Unliquidated |
| EVERGREEN PARK POLICE PENSION FUND (various accounts) | Unliquidated |
| Evolve Bank & Trust (various accounts) | Unliquidated |
| Exchange Capital Management (various accounts) | Unliquidated |
| Executive Monetary Management LLC (various accounts) | Unliquidated |
| Exencial Wealth Advisors (various accounts) | Unliquidated |
| Fairview Capital (various accounts) | Unliquidated |
| Falcon Capital Management Inc (various accounts) | Unliquidated |
| Family Capital Trust Co. (various accounts) | Unliquidated |
| Farmers & Merchants Trust Co. (various accounts) | Unliquidated |
| Farmers and Mechanics Bank (various accounts) | Unliquidated |
| Farmers and Merchants Bank (various accounts) | Unliquidated |
| Farmers Bank & Capital Trust Company (various accounts) | Unliquidated |
| Farmers National Bank of Prophetstown (various accounts) | Unliquidated |
| Farmers State Bank & Trust Company (various accounts) | Unliquidated |
| Fidelity Bank (various accounts) | Unliquidated |
| Fidelity Deposit and Discount Bank (various accounts) | Unliquidated |
| Fiduciary Trust Company (various accounts) | Unliquidated |

| | |
|---|---|
| Filament Richard Garfield (various accounts) | Unliquidated |
| Financial-360 (various accounts) | Unliquidated |
| FIOH Global Asset Management (various accounts) | Unliquidated |
| First & Peoples Bank and Trust Company (various accounts) | Unliquidated |
| First American Bank (various accounts) | Unliquidated |
| First American Trust (various accounts) | Unliquidated |
| First Bank & Trust - Brookings (various accounts) | Unliquidated |
| First Bank Upper Michigan (various accounts) | Unliquidated |
| First Bankers Trust Services Inc (various accounts) | Unliquidated |
| First Business Bank (various accounts) | Unliquidated |
| First Capital Surety & Trust (TMN) (various accounts) | Unliquidated |
| First Citizens National Bank (various accounts) | Unliquidated |
| First Columbia Bank & Trust Company (various accounts) | Unliquidated |
| First Community Bank, N.A. (various accounts) | Unliquidated |
| First Community Trust | Unliquidated |
| First Farmers and Merchants Bank (various accounts) | Unliquidated |
| First Federal Bank of the Midwest (various accounts) | Unliquidated |
| First Financial Bank (various accounts) | Unliquidated |
| First Financial Bank West Chester (various accounts) | Unliquidated |
| First Financial Trust & Asset Management Company (various accounts) | Unliquidated |
| First Foundation (various accounts) | Unliquidated |
| First International Bank and Trust (various accounts) | Unliquidated |
| First Interstate Bank (various accounts) | Unliquidated |
| First Lawyers Trust Company (TMN) (various accounts) | Unliquidated |
| First Merchants Trust Company (various accounts) | Unliquidated |
| First Mid-Illinois Bank & Trust (various accounts) | Unliquidated |
| First Midwest Bank (various accounts) | Unliquidated |
| First National Bank (Vandalia IL) (various accounts) | Unliquidated |
| First National Bank and Trust - Phillipsburg KS (various accounts) | Unliquidated |
| First National Bank and Trust Company of Ardmore (various accounts) | Unliquidated |
| First National Bank in Olney (various accounts) | Unliquidated |
| First National Bank of Hutchinson (various accounts) | Unliquidated |
| First National Bank of Midland (TMN) (various accounts) | Unliquidated |
| First National Bank of Mifflintown (various accounts) | Unliquidated |
| First National Bank of Mount Dora (various accounts) | Unliquidated |
| First National Ft. Smith (various accounts) | Unliquidated |
| First National Trust Company (various accounts) | Unliquidated |
| First Nebraska Trust Company (various accounts) | Unliquidated |
| First Premier Bank (various accounts) | Unliquidated |
| First Republic Investment Management (various accounts) | Unliquidated |
| First Republic Trust Company (various accounts) | Unliquidated |

| | |
|---|---|
| First Savings Bank of Perkasie (various accounts) | Unliquidated |
| First Security Bank & Trust Company (various accounts) | Unliquidated |
| First State Bank, Gainsville TX (various accounts) | Unliquidated |
| First State Bank, Uvalde TX (various accounts) | Unliquidated |
| First United Bank and Trust (various accounts) | Unliquidated |
| FIS Deutsche Bank (various accounts) | Unliquidated |
| FIS Exeter (various accounts) | Unliquidated |
| FNBC Bank & Trust (various accounts) | Unliquidated |
| Foley & Lardner LLP (various accounts) | Unliquidated |
| Fort Madison Bk & Tr Co. (various accounts) | Unliquidated |
| Foster & Motley, Inc. (various accounts) | Unliquidated |
| Fox Run Alpha Fund (various accounts) | Unliquidated |
| Franklin Bank & Trust Company (various accounts) | Unliquidated |
| Franklin Street Advisors, Inc. (various accounts) | Unliquidated |
| Frontier Wealth Management (various accounts) | Unliquidated |
| Frontier Wealth Management Denver (various accounts) | Unliquidated |
| Frontier Wealth Management Kansas City (various accounts) | Unliquidated |
| Frontier Wealth Management Wichita Ben (various accounts) | Unliquidated |
| Frontier Wealth Management Wichita Old (various accounts) | Unliquidated |
| Frontier Wealth Management Wichita SIG (various accounts) | Unliquidated |
| FSGBank, NA (various accounts) | Unliquidated |
| GALESBURG FIRE FIGHTERS PENSION FUND (various accounts) | Unliquidated |
| Gelber Group (various accounts) | Unliquidated |
| German American Financial Advisors & Trust Co (various accounts) | Unliquidated |
| Glenmede Trust Company (various accounts) | Unliquidated |
| Glenview State Bank (various accounts) | Unliquidated |
| Global Trust Company (various accounts) | Unliquidated |
| Godfrey & Kahn (various accounts) | Unliquidated |
| Gofen and Glossberg (various accounts) | Unliquidated |
| Goulston & Storrs (various accounts) | Unliquidated |
| Great Point Capital LLC (various accounts) | Unliquidated |
| Green Square Capital (various accounts) | Unliquidated |
| Green Square Wealth Management (various accounts) | Unliquidated |
| Greenleaf & Burleson Wealth Management, LLC (various accounts) | Unliquidated |
| Guaranty Bank and Trust Company (various accounts) | Unliquidated |
| Halbert Uy (various accounts) | Unliquidated |
| Hale County State Bank (various accounts) | Unliquidated |
| Hallador Investment Advisors (various accounts) | Unliquidated |
| HAP Trading, LLC (various accounts) | Unliquidated |
| Haywood Securities (various accounts) | Unliquidated |
| Henssler Financial (various accounts) | Unliquidated |

| | |
|---|---|
| Herring Bank (various accounts) | Unliquidated |
| Hewins Financial Advisors, LLC (various accounts) | Unliquidated |
| Hills Bank and Trust Company (various accounts) | Unliquidated |
| Hilltop National Bank (various accounts) | Unliquidated |
| Hodgkins Police Pension Fund (various accounts) | Unliquidated |
| Holderness Investments Co (various accounts) | Unliquidated |
| Homrich & Berg, Inc (various accounts) | Unliquidated |
| Horizon Trust & Investment Management (various accounts) | Unliquidated |
| Horwitz & Associates Inc. (various accounts) | Unliquidated |
| Howard Capital Management (various accounts) | Unliquidated |
| Howland Capital Mgmt. (various accounts) | Unliquidated |
| Huntington National Bank (various accounts) | Unliquidated |
| Hutchinson Capital (various accounts) | Unliquidated |
| Idaho Trust Bank (various accounts) | Unliquidated |
| Illinois National Bank (various accounts) | Unliquidated |
| IMS Capital (various accounts) | Unliquidated |
| Independence Bank (various accounts) | Unliquidated |
| Independent Portfolio Consultants (various accounts) | Unliquidated |
| Integrated Holdings (various accounts) | Unliquidated |
| Intrust Bank (various accounts) | Unliquidated |
| Inverness Investment Group LLC (various accounts) | Unliquidated |
| Itasca Bank & Trust (various accounts) | Unliquidated |
| Jacobs & Company (various accounts) | Unliquidated |
| James Tharin (various accounts) | Unliquidated |
| Jefferson Bank (various accounts) | Unliquidated |
| Johnson Investment Counsel (various accounts) | Unliquidated |
| Joseph Masciandaro Jr (various accounts) | Unliquidated |
| Kanaly Trust (various accounts) | Unliquidated |
| Karsten Advisors (various accounts) | Unliquidated |
| Kentucky Bank (various accounts) | Unliquidated |
| Kentucky Farmers Bank (various accounts) | Unliquidated |
| Kentucky Trust Co (various accounts) | Unliquidated |
| Knightsbridge Asset Management LLC (various accounts) | Unliquidated |
| Knox Capital Advisors, Inc (various accounts) | Unliquidated |
| Koplow Family (various accounts) | Unliquidated |
| Kuntz Lesher Capital LLC (various accounts) | Unliquidated |
| L. Roy Papp & Associates, LLP (various accounts) | Unliquidated |
| Lake City Bank (various accounts) | Unliquidated |
| Lake Street Advisors (various accounts) | Unliquidated |
| Lamb Capital (various accounts) | Unliquidated |
| Lanham O'Dell & Company, Inc (various accounts) | Unliquidated |

| | |
|---|---|
| Ledyard National Bank (various accounts) | Unliquidated |
| Legacy Private Trust (various accounts) | Unliquidated |
| Legacy Trust Company (various accounts) | Unliquidated |
| Leisure Capital Management Inc. (various accounts) | Unliquidated |
| Lighthouse Investment Partners, LLC (various accounts) | Unliquidated |
| Lincoln Savings Bank (various accounts) | Unliquidated |
| Locus Analytics (various accounts) | Unliquidated |
| Lodestar Investment Counsel LLC (various accounts) | Unliquidated |
| Lodestar Private Asset Mgmt LLC (various accounts) | Unliquidated |
| Lone Star National Bank (various accounts) | Unliquidated |
| Lubbock National Bank (various accounts) | Unliquidated |
| Mairs & Power Inc (various accounts) | Unliquidated |
| Marathon Trading Fund (various accounts) | Unliquidated |
| Marquette Bank (various accounts) | Unliquidated |
| Matthew Maschler Fieldcrest Trust (various accounts) | Unliquidated |
| Mauch Chunk Trust Company (various accounts) | Unliquidated |
| MB Financial Bank (various accounts) | Unliquidated |
| McGowan Group Asset Management (various accounts) | Unliquidated |
| McMillion Capital Management (various accounts) | Unliquidated |
| MCNB Bank & Trust Company (various accounts) | Unliquidated |
| Mechanics Bank (TMN) (various accounts) | Unliquidated |
| Mechanics Bank (various accounts) | Unliquidated |
| Members Trust Company (various accounts) | Unliquidated |
| Mendel Money (various accounts) | Unliquidated |
| Merchants Bank, NA (various accounts) | Unliquidated |
| Meristem LLP (various accounts) | Unliquidated |
| MidAmerica National Bank (various accounts) | Unliquidated |
| Middleburg Trust Company (various accounts) | Unliquidated |
| Miramar Services (various accounts) | Unliquidated |
| Mission Management & Trust Co (various accounts) | Unliquidated |
| Missouri Trust and Investment (various accounts) | Unliquidated |
| Mitchell Capital Management Co (various accounts) | Unliquidated |
| Moneta Diederich Poling Team (various accounts) | Unliquidated |
| Moneta Group (various accounts) | Unliquidated |
| Moneta Group Dan West (various accounts) | Unliquidated |
| Moneta Group Dave Sadler (various accounts) | Unliquidated |
| Moneta Group Duff Team (various accounts) | Unliquidated |
| Moneta Group KSMB (various accounts) | Unliquidated |
| Moneta Group Mike Johnson (various accounts) | Unliquidated |
| Moneta Group OMeara Ring (various accounts) | Unliquidated |
| Moneta Halls Dorn Team (various accounts) | Unliquidated |

| | |
|---|---|
| Moneta Sheehan Kittner (various accounts) | Unliquidated |
| Mutual of Omaha Bank (various accounts) | Unliquidated |
| MutualBank (various accounts) | Unliquidated |
| Nancy E. Cole (various accounts) | Unliquidated |
| Naples Asset Management (various accounts) | Unliquidated |
| Narus Financial Partners (various accounts) | Unliquidated |
| National Bank of Indianapolis (various accounts) | Unliquidated |
| National Independent Trust Co (various accounts) | Unliquidated |
| NEW COVENANT Trust Company The Presbyterian Foundation (various accounts) | Unliquidated |
| New England Capital (various accounts) | Unliquidated |
| Nicolet National Bank (various accounts) | Unliquidated |
| Northwest Bank & Trust Co (various accounts) | Unliquidated |
| Northwest Savings Bank (various accounts) | Unliquidated |
| OAKBROOK TERRACE POLICE PENSION FUND (various accounts) | Unliquidated |
| Oakworth Capital Bank (various accounts) | Unliquidated |
| Oarsman Capital, Inc. (various accounts) | Unliquidated |
| OceanFirst Bank (various accounts) | Unliquidated |
| Old National Trust Company (various accounts) | Unliquidated |
| Oregon Pacific Bank (various accounts) | Unliquidated |
| Orrstown Bank (various accounts) | Unliquidated |
| Osborne Partners Capital Management, LLC (various accounts) | Unliquidated |
| Pacific Financial Planners LLC (various accounts) | Unliquidated |
| Palladium (various accounts) | Unliquidated |
| Paradiem LLC (various accounts) | Unliquidated |
| Paragon Capital Management (various accounts) | Unliquidated |
| Parallel Advisors (various accounts) | Unliquidated |
| Parkside Financial Bank and Trust (various accounts) | Unliquidated |
| Parsec Financial Management (various accounts) | Unliquidated |
| Pathstone- Yates Family (various accounts) | Unliquidated |
| Pathstone-Eugene Meyer 1965 Successor Trust (various accounts) | Unliquidated |
| Patravi Capital (various accounts) | Unliquidated |
| Patton Fund Management (various accounts) | Unliquidated |
| Pearl Wealth (various accounts) | Unliquidated |
| Pekin Singer Strauss Asset Management (various accounts) | Unliquidated |
| Penn Security Bank & Trust Co (various accounts) | Unliquidated |
| Peoples Bank - Munster IN (various accounts) | Unliquidated |
| Peoples Bank (various accounts) | Unliquidated |
| People's United Bank (various accounts) | Unliquidated |
| Peregrine Asset Advisers (various accounts) | Unliquidated |
| Piedmont Financial Trust Co. (various accounts) | Unliquidated |
| Pine Haven Investment Counsel (various accounts) | Unliquidated |

| | |
|---|---|
| Pinnacle Bank (various accounts) | Unliquidated |
| Pinnacle Financial Partners (various accounts) | Unliquidated |
| Piscataqua Savings Bank (various accounts) | Unliquidated |
| Plains Capital Bank (various accounts) | Unliquidated |
| Plante Moran Financial Advisors (various accounts) | Unliquidated |
| PremierBank (various accounts) | Unliquidated |
| Presidential Bank FSB (various accounts) | Unliquidated |
| Price Capital Management LLC (various accounts) | Unliquidated |
| Principal Trust Company (various accounts) | Unliquidated |
| Private Capital Management (various accounts) | Unliquidated |
| ProShares (various accounts) | Unliquidated |
| PVG Asset Management (various accounts) | Unliquidated |
| PWMCO LLC (various accounts) | Unliquidated |
| Quad City Bank & Trust Company (various accounts) | Unliquidated |
| Quinlisk & Quinlisk, Ltd. (various accounts) | Unliquidated |
| Rabobank, N.A.; Trust Division (TMN) (various accounts) | Unliquidated |
| Raymond James Trust NA (various accounts) | Unliquidated |
| RBC Trust Delaware (various accounts) | Unliquidated |
| Reliance Trust Company (various accounts) | Unliquidated |
| RMB Capital Management (various accounts) | Unliquidated |
| Robert Altman (various accounts) | Unliquidated |
| Rochdale (various accounts) | Unliquidated |
| Rock Point Advisors (various accounts) | Unliquidated |
| ROLLING MEADOWS FIREFIGHTERS PENSION FUND (various accounts) | Unliquidated |
| Rubicon Capital Group LLC (various accounts) | Unliquidated |
| Russell Capital Management, LLC (various accounts) | Unliquidated |
| Sageworth Trust Company (various accounts) | Unliquidated |
| Sand Hill Global Advisors (various accounts) | Unliquidated |
| Sandy Spring Bank (various accounts) | Unliquidated |
| Seaside National Bank and Trust (various accounts) | Unliquidated |
| Seaward Management (various accounts) | Unliquidated |
| Sector Fund Services (various accounts) | Unliquidated |
| Security Bank & Trust Co. (various accounts) | Unliquidated |
| Security Federal Savings Bank (various accounts) | Unliquidated |
| Security National Trust Company (various accounts) | Unliquidated |
| Seger-Elvekrog (various accounts) | Unliquidated |
| Sendero Wealth Management (various accounts) | Unliquidated |
| Sheaff Brock Investment Advisors,LLC (various accounts) | Unliquidated |
| Shepherd Kaplan (various accounts) | Unliquidated |
| Sigma Investment Counselors (various accounts) | Unliquidated |
| Silvercrest Asset Management Group LLC (various accounts) | Unliquidated |

| | |
|---|---|
| Simmons Bank (various accounts) | Unliquidated |
| Smithfield Trust Company (various accounts) | Unliquidated |
| Somerset Trust Company (various accounts) | Unliquidated |
| Sonora Investment Management, LLC (various accounts) | Unliquidated |
| Sontag Advisory (various accounts) | Unliquidated |
| Southeast National Bank (various accounts) | Unliquidated |
| Southern Baptist Foundation (various accounts) | Unliquidated |
| Southside Bank (various accounts) | Unliquidated |
| SouthWest Bank (various accounts) | Unliquidated |
| SPC Financial (various accounts) | Unliquidated |
| Spoonbill Partners (various accounts) | Unliquidated |
| Spot Trading LLC (various accounts) | Unliquidated |
| Star Financial Bank (various accounts) | Unliquidated |
| Steel Peak Wealth Management (various accounts) | Unliquidated |
| Sterneck Capital Management LLC (various accounts) | Unliquidated |
| Steuben Trust Company (various accounts) | Unliquidated |
| Stock Yards Trust Co. (various accounts) | Unliquidated |
| Stratton Management (various accounts) | Unliquidated |
| Sturgis Bank & Trust Company (various accounts) | Unliquidated |
| SVA Plumb Financial LLP (various accounts) | Unliquidated |
| TCA Trustcorp America (various accounts) | Unliquidated |
| TD Bank (various accounts) | Unliquidated |
| Tealwood Asset Management (various accounts) | Unliquidated |
| Team Hewins LLC (various accounts) | Unliquidated |
| Tellone Management Group Inc (various accounts) | Unliquidated |
| Texas Bank & Trust Co. (various accounts) | Unliquidated |
| Texas Capital Bank (various accounts) | Unliquidated |
| Texas State Bank (various accounts) | Unliquidated |
| TFS Capital LLC (various accounts) | Unliquidated |
| The Adirondack Trust Company (various accounts) | Unliquidated |
| The Bank of Commerce (various accounts) | Unliquidated |
| The Bank of Kentucky Inc (various accounts) | Unliquidated |
| The Bank of Missouri (various accounts) | Unliquidated |
| The Chicago Trust Company (various accounts) | Unliquidated |
| The Croghan Colonial Bank (various accounts) | Unliquidated |
| The Farmers Bank (various accounts) | Unliquidated |
| The Fauquier Bank (various accounts) | Unliquidated |
| The First National Bank and Trust Company (Newtown, PA) (various accounts) | Unliquidated |
| The First National Bank and Trust Company Chickasha (various accounts) | Unliquidated |
| The Free Methodist Foundation (various accounts) | Unliquidated |
| The Glenview Trust Company (various accounts) | Unliquidated |

| | |
|---|---|
| The National Bank of Blacksburg (various accounts) | Unliquidated |
| The Northside Bank & Trust Co (Cincinnati, OH) (various accounts) | Unliquidated |
| The Northumberland National Bank (various accounts) | Unliquidated |
| The People's Bank (Smith Center KS) (various accounts) | Unliquidated |
| The Pettyjohn Company (various accounts) | Unliquidated |
| The Private Trust Company NA (various accounts) | Unliquidated |
| The PrivateBank and Trust Company (various accounts) | Unliquidated |
| The Ramsey National Bank & Trust Co. (various accounts) | Unliquidated |
| TOCQUEVILLE ASSET MANAGEMENT (various accounts) | Unliquidated |
| Tompkins Investment Services (various accounts) | Unliquidated |
| Trevor Essig (various accounts) | Unliquidated |
| Trillium Asset Management Corp (various accounts) | Unliquidated |
| Truenorth, Inc. (various accounts) | Unliquidated |
| Trust Co of Vermont (various accounts) | Unliquidated |
| Trust Company of Oxford (various accounts) | Unliquidated |
| Trust Company of the Ozarks (various accounts) | Unliquidated |
| Trust Company of the South (various accounts) | Unliquidated |
| Trust Point Inc. (various accounts) | Unliquidated |
| Trust Sourcing Solutions (various accounts) | Unliquidated |
| Two Rivers Bank & Trust (various accounts) | Unliquidated |
| Union Savings Bank, Freeport IL (various accounts) | Unliquidated |
| United Bank (various accounts) | Unliquidated |
| United Capital Buffalo (various accounts) | Unliquidated |
| United Capital Financial Advisors, LLC (various accounts) | Unliquidated |
| United Southern Bank (TMN) (various accounts) | Unliquidated |
| Univest Bank and Trust Co. (various accounts) | Unliquidated |
| Vassar Investors (various accounts) | Unliquidated |
| Venturi Wealth Management (various accounts) | Unliquidated |
| Verity Investment Partners (various accounts) | Unliquidated |
| Vision Bank (various accounts) | Unliquidated |
| Warberg Opportunistic Trading Fund L.P. (various accounts) | Unliquidated |
| Waukesha State Bank (various accounts) | Unliquidated |
| Wave Services, Inc. (various accounts) | Unliquidated |
| Wayne Bank (various accounts) | Unliquidated |
| Wealthspire Advisors (various accounts) | Unliquidated |
| Wealthstreet Investment Advisors LLC (various accounts) | Unliquidated |
| Welch Hornsby Inc (various accounts) | Unliquidated |
| Wesbanco Bank (various accounts) | Unliquidated |
| West Bank (various accounts) | Unliquidated |
| Western Adventist Foundation (various accounts) | Unliquidated |
| Westwood Trust (various accounts) | Unliquidated |

| | |
|---|---|
| WhaleRock Point Partners, LLC (various accounts) | Unliquidated |
| Williams Jones and Associates (various accounts) | Unliquidated |
| Winslow, Evans & Crocker Inc (various accounts) | Unliquidated |
| Wolff Wiese Magana LLC (various accounts) | Unliquidated |
| Woodley Farra Manion Portfolio Management (various accounts) | Unliquidated |
| Woodstock Corporation (various accounts) | Unliquidated |
| Woodway Financial Advisors Ameri Co (various accounts) | Unliquidated |
| Wyoming Bank & Trust (various accounts) | Unliquidated |
| Yarbrough Capital LLC (various accounts) | Unliquidated |
| YHB Investment Advisors (various accounts) | Unliquidated |
| Zachary Hepner (various accounts) | Unliquidated |
| Zeke Capital Advisors (various accounts) | Unliquidated |
| Zia Trust Inc (various accounts) | Unliquidated |
| ZWJ Corporation (various accounts) | Unliquidated |