**Exhibit A**

| | Fund Name | Equity / Debt | PG&E Claim No. | Pac. Gas & Elec. Claim No. |
|---|---|---|---|---|
| 1 | MM S&P 500® Index Fund | Equity | 99486 | 99516 |
| 2 | MM Select Equity Asset Fund | Equity | 99723 | 99683 |
| 3 | MassMutual Select BlackRock Global Allocation Fund | Equity | 99524 | 99517 |
| 4 | MassMutual Select Diversified Value Fund | Equity | 100099 | 99773 |
| 5 | MassMutual Select Equity Opportunities Fund | Equity | 99525 | 99528 |
| 6 | MassMutual Select Mid-Cap Value Fund | Equity | 100395 | 100452 |
| 7 | MassMutual Select T. Rowe Price Large Cap Blend Fund | Equity | 100363 | 100181 |
| 8 | MassMutual Select T. Rowe Price Small and Mid Cap Blend Fund | Equity | 99529 | 99531 |
| 9 | MassMutual Premier Balanced Fund | Equity | 100489 (Amended) | 100501 (Amended) |
| | | Debt | 99771 | 99767 |
| 10 | MassMutual Premier Disciplined Value Fund | Equity | 99706 | 99544 |
| 11 | MassMutual Premier Main Street Fund | Equity | 100197 | 100254 |
| 12 | MML Blend Fund | Equity | 100038 | 100036 |
| 13 | MML Equity Fund | Equity | 99804 | 99801 |
| 14 | MML Equity Income Fund | Equity | 100457 | 100456 |
| 15 | MML Equity Index Fund | Equity | 100291 | 100186 |
| 16 | MML Income & Growth Fund | Equity | 100222 | 100102 |
| 17 | MML Managed Volatility Fund | Equity | 100462 | 100425 |
| 18 | MML Mid Cap Value Fund | Equity | 100164 | 100423 |
| 19 | MassMutual Select Strategic Bond Fund | Debt | 100454 | 100453 |
| 20 | MassMutual Premier Diversified Bond Fund | Debt | 99772 | 100364 |
| 21 | MML Dynamic Bond Fund | Debt | 100374 | 100404 |