

**Signed and Filed: October 5, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
|     - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
|     Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and | ) |
|     Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| *All papers shall be filed in* | ) |
| *the Lead Case, No. 19-30088 (DM).* | ) |
| | ) |

## ORDER SETTING DEADLINE FOR FILING FINAL FEE APPLICATIONS AND SETTING PROCEDURES FOR HEARINGS

On August 29, 2020, the court-appointed fee examiner
Bruce A. Markell (the "Fee Examiner") filed a second status
report regarding submitted, approved and pending fee and expense
applications (dkt. 8903). Having considered the report, the
court hereby ORDERS:

-1-

1. The Fee Examiner may designate the order in which the fee applications will be grouped and set for hearing. The hearings should be set on dates identified on "Judge Montali's PG&E Open Calendar Dates" available on the court's website.

2. The Fee Examiner shall provide appropriate notice of the fee applications set for hearing. Notice should comply with the Second Amended Fee Procedures Order (dkt. 5572).

*** END OF ORDER ***

Case: 19-30088    Doc# 9202    Filed: 10/05/20    Entered: 10/05/20 16:05:13    Page 2 of 2