| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' REPORT ON RESPONSES TO SEVENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS) AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS**<br><br>**[Re: Dkt. No. 8981]**<br><br>**Resolving Objections Set for Hearing October 13, 2020 at 10:00 a.m. (Pacific Time)** |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 8981] (the "**Seventh Omnibus Objection**").

## RELIEF REQUESTED IN THE SEVENTH OMNIBUS OBJECTION

The Seventh Omnibus Objection seeks to disallow and expunge the Proof(s) of Claim listed in the column headed "Claims to be Disallowed and Expunged" in Exhibit 1 to the Seventh Omnibus Objection.

## NOTICE AND SERVICE

A *Notice of Hearing on Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)* was filed concurrently with the Seventh Omnibus Objection on September 3, 2020 [Docket No. 8982] (the "**Notice of Hearing**"). The Seventh Omnibus Objection, the supporting declaration of Robb McWilliams [Docket No. 8979], and the Notice of Hearing were served as described in the *Certificate of Service of Andrew G. Vignali*, filed on September 15, 2020 [Docket No. 9044] (the "**Certificate of Service**"). As further described in the Certificate of Service, on September 4, 2020, each Proof of Claim listed on Exhibit 1 to the Seventh Omnibus Objection received the *Notice of the Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)*, customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty.

The deadline to file responses or oppositions to the Seventh Omnibus Objection has passed. The Reorganized Debtors have received the following formal and informal responses:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9163 | David E. Parks, Persing LLC | 17117 | The Reorganized Debtors' counsel attempted to reach the Creditor to discuss his Response, but he has not yet responded. The Response does not provide any factual or legal basis why the Claim should not be disallowed.<br><br>The Reorganized Debtors are prepared to address the Seventh Omnibus Objection with respect to this Claim at the hearing. |
| 9162 | John Wrynn | 8681 | The Reorganized Debtors are attempting to resolve this matter consensually, but have not yet reached a resolution. The Reorganized Debtors' counsel proposed continuing the objection to the next omnibus hearing, but have not yet heard back from Claimant.<br><br>If necessary, the Reorganized Debtors are prepared to address the Seventh Omnibus Objection with respect to this Claim at the hearing. |
| Informal | Fremont Pat Ranch LLC | 59447 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to October 13, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on October 28, 2020, at 10:00 a.m. |
| Informal | KB Home, A DE Corporation | 66083 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to October 13, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on October 28, 2020, at 10:00 a.m. |
| Informal | Lloyd A. Schneider | 78520 | The Seventh Omnibus Objection has been WITHDRAWN with respect to this Claim. |

# DECLARATION

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response has been filed with respect to the Seventh Omnibus Objection except as described herein.

3. I have communicated several times with the lawyer who served the Reorganized Debtors' counsel with the Response to Claim No. 17117. When I was able to receive his confirmation that I could contact the Claimant directly, I did so on today's date, but have not yet received a response.

4. I have spoken to Claimant John Wrynn with respect to Claim No. 8681, but we have not yet reached a resolution of his Claim.

5. This declaration was executed in San Francisco, California.

WHEREFORE, the Reorganized Debtors hereby request entry of an Order disallowing and expunging the Proofs of Claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit 1** to this Request, which listed Claims are identical to those listed in Exhibit 1 to the Seventh Omnibus Objection, except as otherwise discussed above.

Dated: October 5, 2020

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*