# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aerojet Rocketdyne, Inc. William Hvidsten Assistant General Counsel 2001 Aerojet Road Rancho Cordova, CA 95742 | | 79313 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $1,186,000,000.00 | $0.00 | $1,186,000,000.00 | Environmental-Resolved POI |
| Aramark Uniform & Career Apparel, LLC Stephanie Walter Legal Department 115 N. 1st Street Burbank, CA 91502 | | 78503 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved POI |
| Aramark Uniform & Career Apparel, LLC STEPHANIE WALTER LEGAL DEPARTMENT 115 N. 1ST STREET BURBANK, CA 91502 | | 78989 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved POI |
| Athletics Investment Group LLC and its Successor(s) in Interest and Assigns Oakland Athletics D'Lorra Ellis, Esq. Oakland Coliseum, 7000 Coliseum Way 7000 Coliseum Way Oakland, CA 94621 | | 63881 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved POI |
| Atlantic Richfield Company c/o Nathan Block, Senior Counsel 501 Westlake Park Blvd WL 1, 3.668B Houston, TX 77079 | | 69297 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved POI |
| Beazer East, Inc., f/k/a Koppers Company, Inc. c/o Three Rivers Management, Inc. Mary D. Wright, Esq. 600 River Avenue, Suite 200 Pittsburgh, PA 15212 | | 71486 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved POI |
| BioMarin Pharmaceutical Inc Attn: G.Eric Davis 105 Digital Drive Novato, CA 94949 | | 6955 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $18,962,326.00 | $18,962,326.00 | Environmental-Resolved POI |

Case: 19-30088    Doc# 9217-1    Filed: 10/05/20    Entered: 10/05/20 19:50:09    Page 1 of 32

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bio-Rad Laboratories, Inc. Attn: General Counsel 1000 Alfred Nobel Drive Hercules, CA 94547 | | 59466 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POJ] |
| Bio-Rad Laboratories, Inc. Attn: General Counsel 1000 Alfred Nobel Drive Hercules, CA 94547 | | 62657 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POJ] |
| Bramer, Dalene Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | | 67201 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POJ] |
| Bramer, Dalene Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | | 60067 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POJ] |
| Bridgestone Americas Tire Operations, LLC, successor to Firestone Tire and Rubber Company Jane M. Johnson Senior Manager of Remediation Environmental Affairs 200 4th Avenue South Nashville, TN 37201 | | 80819 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Environmental- Resolved [POJ] |
| Bridgestone Americas Tire Operation, LLC, successor to Firestone Tire & Rubber Company Jane M. Johnson Senior Manager of Remediation Environment Affairs Bridgestone Americas, Inc. 200 th Avenue South Nashville, TN 37201 | | 76962 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Environmental- Resolved [POJ] |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Water Resources Control Board Janelle M. Smith Deputy Attorney General Office of the Attorney General 455 Golden Gate Ave., Suite 11000 San Francisco, CA 94102 | | 77533 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $11,416.00 | $11,416.00 | Environmental-Resolved [PO] |
| California Department of Toxic Substances Control Department of Justice Attn: James Potter 300 South Spring Street Los Angeles, CA 90013 | | 76655 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [PO] |
| California Air Resources Board California Attorney General's Office Attn: Annadel A. Almendras 455 Golden Gate Avenue Suite 11000 San Francisco, CA 94102-7004 | | 73078 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $9,011,210.00 | $9,011,210.00 | Environmental-Resolved [PO] |
| California Department of Conservation, Division of Oil, Gas & Geothermal Resources Legal Office 801 K Street, MS 24-03 Sacramento, CA 95814-3530 | | 58107 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $3,815,128.00 | $3,815,128.00 | Environmental-Resolved [PO] |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 77511 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 78612 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 76997 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, Suite 11000 CA, CA 94102 | | 76882 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $176,400.00 | $176,400.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 77573 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 77606 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 77492 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 78162 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 78119 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 78093 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 77684 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 77567 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $219,871.29 | $219,871.29 | Environmental- Resolved [OI] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, Suite 11000 CA, CA 94102 | | 76996 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA , CA 94102 | | 77860 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 77801 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 77748 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 77523 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 77643 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 79035 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 72155 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 64356 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 79560 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,750.00 | $2,750.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 79307 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 79467 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 79226 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 77381 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 86528 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OI] |
| California Department of Fish and Wildfire Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 79120 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $259,336.73 | $259,336.73 | Environmental-Resolved [OI] |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 76065 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OJ] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 74787 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OJ] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, CA, CA 94102 | | 79372 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OJ] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, Suite 11000 San Francisco, CA 94102 | | 77803 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OJ] |
| California Department of Fish and Wildlife Myung J. Park 455 Golden Gate Ave, Suite 11000 San Francisco, CA 94102 | | 78297 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OJ] |
| California Department of Toxic Substance Control Heather Leslie Deputy Attorney General Office of the Attorney General 1300 I Street, Suite 125, P.O Box 944255 Sacramento, CA 94244-2550 | | 77407 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [OJ] |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Department of Toxic Substances Control James Potter Department of Justice 300 South Spring Street Los Angeles, CA 90013 | | 79715 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |
| California Department of Toxic Substances Control Deputy Attorney General Andrew Wiener 1515 Clay Street Oakland, CA 94612 | | 77441 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |
| California Department of Toxic Substances Control Deputy Attorney General Andrew Wiener 1515 Clay Street Oakland, CA 94612 | | 79397 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |
| California Department of Toxic Substances Control Deputy Attorney General Andrew Wiener 1515 Clay Street Oakland, CA 94612 | | 72174 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |
| California Department of Toxic Substances Control Deputy Attorney General Andrew Wiener 1515 Clay Street Oakland, CA 94612 | | 76355 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |
| California Department of Toxic Substances Control James Potter Department of Justice 300 South Spring Street Los Angeles, CA 90013 | | 79285 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |
| California Department of Toxic Substances Control Deputy Attorney General Andrew Wiener 1515 Clay Street Oakland , CA 94612 | | 77344 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [OI] |

Case: 19-30088    Doc# 9217-1    Filed: 10/05/20    Entered: 10/05/20 19:50:09    Page 9 of 32

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Regional Water Quality Control Board, Lahontan Region<br>Gary Alexander Deputy Attorney General 455 Golden Gate Ave. Suite 11000 San Francisco, CA 94102 | | 76265 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [POI] |
| California Regional Water Quality Control Board, Lahontan Region<br>Gary Alexander Deputy Attorney General 455 Golden Gate Ave. San Francisco, CA 94102 | | 77795 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [POI] |

Case: 19-30088    Doc# 9217-1    Filed: 10/05/20    Entered: 10/05/20 19:50:09    Page 10 of 32

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Regional Water Quality Control Board, San Francisco Bay Region Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 1000 San Francisco, CA 94102 | | 76816 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [†]OI |
| California Regional Water Quality Control Board, San Francisco Bay Region Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 1000 San Francisco, CA 94102 | | 74902 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [†]OI |
| California Regional Water Quality Control Board, San Francisco Bay Region Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 1000 San Francisco, CA 94102 | | 86625 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [†]OI |
| California Regional Water Quality Control Board, San Francisco Bay Region Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 1000 San Francisco, CA 94102 | | 74503 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [†]OI |
| California Regional Water Quality Control Board, San Francisco Bay Region Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 1000 San Francisco, CA 94102 | | 72169 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved [†]OI |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Water Resources Control Board Barbara Spiegel Deputy Attorney General Office of the Attorney General 455 Golden Gate Ave., Suite 11000 San Francisco, CA 94102 | | 77623 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $620.85 | $620.85 | Environmental-Resolved POI |
| California State Water Resources Control Board Sara D. Van Loh Deputy Attorney General California Department of Justice 1515 Clay Street, Suite 2000 Oakland, CA 94612 | | 77134 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved POI |
| California State Water Resources Control Board Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 76844 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $296.64 | $296.64 | Environmental-Resolved POI |
| California State Water Resources Control Board Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 76803 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $958.04 | $958.04 | Environmental-Resolved POI |
| California State Water Resources Control Board Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 76209 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $145.69 | $145.69 | Environmental-Resolved POI |
| California State Water Resources Control Board Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 75704 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $418.32 | $418.32 | Environmental-Resolved POI |

Case: 19-30088   Doc# 9217-1   Filed: 10/05/20   Entered: 10/05/20 19:50:19   Page 12 of 32

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Water Resources Control Board | Janelle Smith Deputy Attorney General California Attorney General's Office 455 Golden Gate Ave., Ste. 11000 San Francisco, CA 94102 | 75346 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved POI |
| California State Water Resources Control Board | Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | 75129 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $201.26 | $201.26 | Environmental-Resolved POI |
| California State Water Resources Control Board | Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | 74766 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $8,472.66 | $8,472.66 | Environmental-Resolved POI |
| California State Water Resources Control Board | Annald A. Almendras 455 Golden Gate Ave., Ste. 11000 San Francisco, CA 94102 | 72153 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved POI |
| California State Water Resources Control Board | Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | 65619 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $665.26 | $665.26 | Environmental-Resolved POI |
| California State Water Resources Control Board | Sara D. Van Loh Deputy Attorney General California Department of Justice 1515 Clay Street, Suite 2000 Oakland, CA 94612 | 62337 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved POI |

# Exhibit 1

**Tenth Omnibus Objection**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Water Resources Control Board Ryan R. Hoffman, Deputy Attorney General Natural Resources Law Section California Department of Justice 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | | 60056 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $560.46 | $560.46 | Environmental-Resolved by POI |
| California State Water Resources Control Board Matthew Bullock, Deputy Attorney General 455 Golden Gate Ave., Suite 11000 San Francisco, CA 94102 | | 75966 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,204.53 | $2,204.53 | Environmental-Resolved by POI |
| California State Water Resources Control Board Janelle Smith Deputy Attorney General California Attorney General's Office 455 Golden Gate Ave., Ste. 11000 San Francisco, CA 94102 | | 77695 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| California State Water Resources Control Board Ryan R. Hoffman, Deputy Attorney General Natural Resources Law Section California Department of Justice 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | | 77785 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $4,358.02 | $4,358.02 | Environmental-Resolved by POI |
| California State Water Resources Control Board Ryan R. Hoffman, Deputy Attorney General Natural Resources Law Section California Department of Justice 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | | 77769 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $411.50 | $411.50 | Environmental-Resolved by POI |

Case: 19-30088   Doc# 9217-1   Filed: 10/05/20   Entered: 10/05/20 19:50:09   Page 14 of 32

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Water Resources Control Board Ryan R. Hoffman, Deputy Attorney General Natural Resources Law Section California Department of Justice 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | | 77763 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $17,047.70 | $17,047.70 | Environmental-Resolved by POI |
| California State Water Resources Control Board Ryan R. Hoffman, Deputy Attorney General Natural Resources Law Section California Department of Justice 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | | 78913 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $411.28 | $411.28 | Environmental-Resolved by POI |
| California State Water Resources Control Board Sam D. Van Loh Deputy Attorney General California Department of Justice 1515 Clay Street, Suite 2000 Oakland, CA 94612 | | 77476 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| California State Water Resources Control Board Sam D. Van Loh Deputy Attorney General California Department of Justice 1515 Clay Street, Suite 2000 Oakland, CA 94612 | | 79619 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| California State Water Resources Control Board Attn: Gary J Alexander Deputy Attorney General 455 Golden Gate Ave., Suite 11000 San Francisco, CA 94102 | | 79135 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $30,676.97 | $30,676.97 | Environmental-Resolved by POI |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Casmalia Resources Site Steering Committee, as agent for the members of the Committee and certain of their affiliated entites Morgan Lewis & Bockius James Dragna, Esq. 300 S. Grand Ave. Los Angeles, CA 90071 | | 86569 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| Central Valley Regional Water Quality Control Board Attn: Jessica Jahr, Office of Chief Counsel State Water Resources Control Board State Water Resources Control Board Sacramento, CA 95814 | | 61453 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| Central Valley Regional Water Quality Control Board Attn: Jessica Jahr, Office of Chief Counsel State Water Resources Control Board Resources Control Board Sacramento, CA 95814 | | 76308 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| Central Valley Regional Water Quality Control Board Attn: Jessica Jahr, Office of Chief Counsel State Water Resources Control Board Resources Control Board 1001 I Street Sacramento, CA 95814 | | 73165 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| Chan-Kai Trust 679 St. Andrews Drive Aptos, CA 95003 | | 59686 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $800,000.00 | $800,000.00 | Environmental-Resolved by POI |
| Chevron Corporation Chevron Products Company, a Chevron U.S.A. division Attn: Michael L. Armstrong, Senior Counsel 6001 Bollinger Canyon Road San Ramon, CA | | 73769 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CommScope, Inc. of North Carolina | Robinson, Bradshaw & Hinson, P.A. Emily S. Sherlock 101 N. Tryon Street, Suite 1900 Charlotte, NC 28246 | 78743 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by [O] |
| Crown Beverage Packaging, LLC | Archer & Greiner, P.C. Douglas G. Leney, Esquire Three Logan Square 1717 Arch St., Suite 3500 Philadelphia, PA 19103 | 71844 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by [O] |
| Donna Castro and the Restated Richard Castro Bypass Trust 1998 | Wendel Rosen LLP Elizabeth Berke-Dreyfuss, Esq. 1111 Broadway, 24th Flr. Oakland, CA 94607 | 9240 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by [O] |
| Dorrance, Catherine | Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | 66633 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by [O] |
| Dorrance, Sam | Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | 66621 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by [O] |
| E.I. Du Pont De Nemours and Company, on behalf of itself and its contractual indemnitee, The Chemours Company | Todd Goanes, Esq., Corporate Counsel The Chemours Company 107 Market Street Wilmington, DE 19899 | 79571 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Environmental-Resolved by [O] |
| Exxon Mobil Corporation 5959 Las Colinas Boulevard Irving, TX 75039-2298 | | 72207 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Environmental-Resolved by [O] |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| FMC Corporation Farella Braun + Martel LLP 235 Montgomery St., 17th Fl San Francisco, CA 94104 | | 80671 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved by POI |
| Ford Motor Company c/o K&L Gates LLP Attn: Joseph F. Lagrotteria One Newark Center, Tenth Floor Newark, NJ 07102 | | 80022 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved by POI |
| Fort Mojave Indian Tribe The McDonald Law Firm, LC Steven P. McDonald, Esq. 1609 Soledad Ave. La Jolla, CA 92037-3817 | | 74737 | Pacific Gas and Electric Company | 10/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved by POI |
| Fort Mojave Indian Tribe The McDonald Law Firm, LC Steven P. McDonald, Esq. 1609 Soledad Ave. La Jolla, CA 92037-3817 | | 74796 | Pacific Gas and Electric Company | 10/30/2019 | $0.00 | $0.00 | $0.00 | $292,750.00 | $292,750.00 | Environmental- Resolved by POI |
| Fort Mojave Indian Tribe The McDonald Law Firm, LC Steven P. McDonald, Esq. 1609 Soledad Ave. La Jolla, CA 92037-3817 | | 80109 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved by POI |
| Gabany, Joseph Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | | 66348 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved by POI |
| Gabany, Joseph Gross & Klein LLP Attn: Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | | 67770 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved by POI |

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gallo Glass Company Chris Savage Senior Director, Global Environmental 600 Yosemite Boulevard Modesto, CA 95354 | | 81329 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Environmental-Resolved POI |
| Gallo Glass Company Chris Savage Senior Director, Global Environmental 600 Yosemite Boulevard Modesto, CA 95354 | | 76191 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Environmental-Resolved POI |
| Georgia-Pacific LLC Attn: Neshay Canedo Senior Counsel - Litigation 133 Peachtree St NE Atlanta, GA 30303 | | 62489 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved POI |
| Getty Oil Company Michael L. Armstrong, Senior Counsel Chevron Products Company A Chevron U.S.A. Division 6001 Bollinger Canyon Road San Ramon, CA 94583 | | 67871 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved POI |
| Golden Gate Scenic Steamship Corporation, and its subsidiaries and affiliates, as their interests may appear Red and White Fleet Attn: Sophia Shafig Pier 43 1/2, Fisherman's Wharf San Francisco, CA 94133 | | 17089 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | Environmental-Resolved POI |
| Golden Gate Scenic Steamship Corporation, and its subsidiaries and affiliates, as their interests may appear Red and White Fleet Attn: Sophia Shafig Pier 43 1/2, Fisherman's Wharf San Francisco, CA 94133 | | 17091 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | Environmental-Resolved POI |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hargis & Associates, Inc Steven P. McDonald, Esq. The McDonald Law Firm, LC 1609 Soledad Ave La Jolla, CA 92037-3817 | | 57322 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $20,507.00 | $20,507.00 | Environmental- Resolved by [O] |
| Honeywell International Inc. Attn: Thomas Byrne Associate General Counsel 115 Tabor Road Morris Plains, NJ 07950 | | 80102 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved by [O] |
| HP Inc. Christopher Drescher Global Remediation and Environmental Programs Manager 1501 Page Mill Road, M/S 1504 Palo Alto, CA 94304 | | 74821 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $1,186,000,000.00 | $0.00 | $0.00 | $1,186,000,000.00 | Environmental- Resolved by [O] |
| Intel Corporation Lisa Lowry 2200 Mission College Boulevard Santa Clara, CA 95054-1549 | | 79766 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved by [O] |
| International Business Machines Corporation Kevin G. W. Olson Senior Attorney Environmental/Cross-Brand International Business Machines Corporation 1 North Castle Drive Armonk, NY 10589 | | 71754 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Environmental- Resolved by [O] |
| Levin-Richmond Terminal Corp. Tatro Tekosky Sadwick LLP Steven R. Tekosky 333 South Grand Avenue Suite 4270 Los Angeles, CA 90071 | 77749 | | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Environmental- Resolved by [O] |

Case: 19-30088   Doc# 9217-1   Filed: 10/05/20   Entered: 10/05/20 19:50:19   Page 20 of 32

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Merchant, Gordon Gross & Klein LLP Attn: Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | | 70124 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| Merchant, Gordon Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | | 79069 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| Merchant, Minh Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | | 70390 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| Merchant, Minh Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | | 71687 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| Northrop Grumman Corporation (directly and as a parent Valerie M. Hanna Hanna Law office LLC 104 Renaissance Ct. Chagrin Falls, OH 44023 | | 78548 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $99,023.00 | $99,023.00 | Environmental-Resolved by POJ |
| PAC Operating Limited Partnership, successor in interest to Southern Pacific Development Co., Santa Fe Pacific Realty Corp., and Santa Fe Land Improvement Attn: Natalie Edwards, Director 1800 Wazee Street Suite 500 Denver, CO 80202 | | 61530 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| PACCAR INC. Tatro Tekosky Sadwick LLP Steven R. Tekosky 333 South Grand Avenue, Suite 4270 Los Angeles, CA 90071 | | 63861 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | Environmental-Resolved by POJ |

Case: 19-30088    Doc# 9217-1    Filed: 10/05/20    Entered: 10/05/20 19:50:19    Page 21 of 32

**Tenth Omnibus Objection**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Phillips 66 Company<br>Attn: Brandi Sabharan, Legal<br>dept 2331 City West Blvd.<br>Houston, TX 77042 | | 72164 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| PPG Industries, Inc, successor to Glidden Division of SCM Corporation<br>Robert R. Kowalik,<br>Environmental Consultant Legacy Asset Management Akzo Nobel Services 8220 Mohawk Drive<br>Strongsville, OH 44133 | | 79505 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $1,186,000,000.00 | $0.00 | $0.00 | $1,186,000,000.00 | Environmental-Resolved by POI |
| PPG Industries, Inc, successor to Glidden Division of SCM Corporation<br>Robert R. Kowalik Independent Environmental Consultant Legacy Akzo Nobel Services, Inc. 8220 Mohawk Drive<br>Strongsville, OH 44133 | | 80826 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Environmental-Resolved by POI |
| PPG Industries, Inc, successor to Glidden Division of SCM Corporation<br>Robert R. Kowalik Independent Environmental Consultant Legacy Akzo Nobel Services, Inc. 8220 Mohawk Drive<br>Strongsville, OH 44133 | | 81396 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Environmental-Resolved by POI |
| Raytheon Company<br>Farella Braun + Martel LLP<br>James H. Colopy, Partner 235 Montgomery St., 17th FL<br>San Francisco, CA 94104 | | 76640 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Environmental-Resolved by POI |
| Regional Water Quality Control Board<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor<br>Oakland, CA 94612 | | 79665 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $665.26 | $665.26 | Environmental-Resolved by POI |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Regional Water Quality Control Board, Central Coast Region 895 Aerovista Place, Suite 101 San Luis Obispo, CA 93401-7906 | | 78990 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POJ] |
| Regional Water Quality Control Board, Central Coast Region 895 Aerovista Place, Suite 101 San Luis Obispo, CA 93401-7906 | | 70275 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POJ] |
| Regional Water Quality Control Board, Central Coast Region 895 Aerovista Place, Suite 101 San Luis Obispo, CA 93401-7906 | | 63774 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POJ] |

Case: 19-30088   Doc# 9217-1   Filed: 10/05/20   Entered: 10/05/20 19:50:09   Page 23 of 32

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Regional Water Quality Control Board, Central Valley Region Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 78242 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved YPOI |
| Regional Water Quality Control Board, Central Valley Region Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 77396 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved YPOI |
| Regional Water Quality Control Board, Central Valley Region Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street 20th Floor Oakland, CA 94612 | | 79036 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved YPOI |
| Regional Water Quality Control Board, Central Valley Region Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 79383 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved YPOI |
| Regional Water Quality Control Board, Central Valley Region | State Water Resources Control Board Attn: Bayley Toll-Deputy 1001 I Street Sacramento, CA 95814 | 76812 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved YPOI |
| Regional Water Quality Control Board, Central Valley Region Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | Regional Water Quality Control Board, Central Valley Region | 61455 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved YPOI |

**Tenth Omnibus Objection**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Regional Water Quality Control Board, Central Valley Region Office of Chief Counsel State Water Resources Control Board 1001 I Street Sacramento, CA 95814 | | 76879 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| Regional Water Quality Control Board, Central Valley Region Jessica Jahr, Senior Staff Counsel Office of Chief Counsel State Water Resources Control Board 1001 I Street Sacramento, CA 95814 | | | | | | | | | | |
| Regional Water Quality Control Board, Central Valley Region Tiffany Yee Office of the Attorney General 1515 Clay Street 20th Floor Oakland, CA 94612 | | 77616 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| Regional Water Quality Control Board, Central Valley Region Bayley Toll-Deputy Office of Chief Counsel State Water Resources Control Board 1001 I Street Sacramento, CA 95814 | | 77628 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| Regional Water Quality Control Board, Central Valley Region Jessica Jahr, Senior Staff Counsel Office of Chief Counsel State Water Resources Control Board 1001 I Street Sacramento, CA 95814 | | 76679 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| Regional Water Quality Control Board, Central Valley Region Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 77927 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| Regional Water Quality Control Board, Central Valley Region Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 77895 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |

Case: 19-30088    Doc# 9217-1    Filed: 10/05/20    Entered: 10/05/20 19:50:09    Page 25 of 32

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Regional Water Quality Control Board, Central Valley Region Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street 20th Floor Oakland, CA 94612 | | 77452 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by TOI |
| Regional Water Quality Control Board, Central Valley Region Office of the Attorney General Tiffany Yee, Deputy Attorney General 1515 Clay Street 20th Floor Oakland, CA 94612 | | 77627 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by TOI |
| Regional Water Quality Control Board, Central Valley Region Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street 20th Floor Oakland, CA 94612 | | 78008 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by TOI |
| Regional Water Quality Control Board, Central Valley Region Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street 20th Floor Oakland, CA 94612 | | 77514 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by TOI |
| Regional Water Quality Control Board, Central Valley Region Jessica Jahr, Senior Staff Counsel Office of Chief Counsel State Water Resources Control Board 1001 I Street Sacramento, CA 95814 | | 72168 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by TOI |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Regional Water Quality Control Board, North Coast Region General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 77649 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POI |
| Regional Water Quality Control Board, North Coast Region Barbara Spiegel, Deputy Attorney General Office of the Attorney General 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | | 79670 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POI |
| Regional Water Quality Control Board, North Coast Region Office of the Attorney General Tiffany Yee, Deputy Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 78153 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POI |
| Regional Water Quality Control Board, North Coast Region Office of the Attorney General Tiffany Yee, Deputy Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 77421 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POI |
| Regional Water Quality Control Board, North Coast Region Barbara Spiegel, Deputy Attorney General Office of the Attorney General 455 Golden Gate Avenue, Suite 11000 455 Golden Gate Ave, Suite 11000 San Francisco, CA 94102 | | 77531 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POI |
| Renesas Electronics America Inc. John Irvin Jeter Senior Corporate Counsel 1001 Murphy Ranch Road Milpitas, CA 95035 | | 78923 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved [POI |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rohm & Haas Chemicals LLC Attn: Weslynn Patricia Reed 2211 H.H. Dow Way Midland, MI 48674 | | 73496 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| Sanmina Corporation Steven R. Telesky Tarro Telesky Sadwick LLP 333 South Grand Avenue, Suite 4270 Los Angeles, CA 90071 | | 78343 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $1,186,000,000.00 | $0.00 | $0.00 | $1,186,000,000.00 | Environmental-Resolved by POI |
| Sara Kazemilha, Trustee of BayView Trust Stuart G. Gross Gross & Klein LLP The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | | 67759 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| Sara Kazemilha, Trustee of BayView Trust Gross & Klein LLP Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | | 67823 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| Schlumberger Technology Corporation Mr. Virgilio Cocuani Schlumberger Remediation Manager 121 Industrial Blvd. Sugar Land, TX 77478 | | 70478 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| Shahsavari, Roudech c/o Gross & Klein LLP Attn: Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | | 67824 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |
| Shahsavari, Roudech c/o Gross & Klein LLP Attn: Stuart G. Gross The Embarcadero Pier 9, Suite 100 San Francisco, CA 94111 | | 67012 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POI |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Shell Oil Company and its affiliates | Global Litigation - Bankruptcy & Credit 150 N. Dairy Ashford Rd. Building F Houston, TX 77079 | 70472 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved LPOI |
| Solomon, Daniel | 176 Alhambra St San Francisco, CA 94123 | 81331 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,650,000.00 | $4,650,000.00 | Environmental- Resolved LPOI |
| Stauffer Management Company LLC, as indemnitor and litigation agent for Bayer Crop Science, Inc. | Edgcomb Law Group, LLP John D. Edgcomb One Post Street, Suite 2100 Suite 2100 San Francisco, CA 94104 | 79889 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved LPOI |
| Stauffer Management Company LLC, as indemnitor and litigation agent for Bayer Crop Science, Inc. | Edgcomb Law Group, LLP John D. Edgcomb One Post Street, Suite 2100 San Francisco, CA 94104 | 75361 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved LPOI |
| TE Connectivity | Carl B. Schultz, Esq., Senior Director EH&S P.O. Box 3608, M.S. 34-38 Harrisburg, PA 17105 | 78789 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $92,040,000.00 | $92,040,000.00 | Environmental- Resolved LPOI |
| The Dow Chemical Company | US Operations, Regulatory and North America 221 H H Dow Way Midland, MI 48674 | 73458 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved LPOI |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| The Metropolitan Water District of Southern California Lesnick Prince & Pappas LLP Attn: Matthew A. Lesnick 315 W Ninth Street Suite 705 Los Angeles, CA. 90015 | | 64112 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| The Metropolitan Water District of Southern California Lesnick Prince & Pappas LLP Attn: Matthew A. Lesnick 315 W Ninth Street Los Angeles, CA. 90015 | | 64123 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| The Procter & Gamble Manufacturing Company, a subsidiary of the Procter & Gamble Company Attn: Nate Orosz 1 Procter & Gamble Plaza, C9-139A Cincinnati, OH 45202 | | 65703 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| Union Carbide Corporation Attention: Welslym Patricia Reed Union Carbide Corporation 2211 H.H Dow Way Midland, MI 48674 | | 78668 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| Union Carbide Corporation Attention: Welslym Patricia Reed Union Carbide Corporation Midland, MI 48674 | | 79179 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |
| Union Oil Company of California Chevron Products Company, a Chevron U.S.A. division Michael L. Armstrong, Senior Counsel 6001 Bollinger Canyon Road San Ramon, CA 94583 | | 78850 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental-Resolved by POJ |

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| United States of America on behalf of its Dept. of Interior Karl Fingerhood U.S. Department of Justice Environmental Enforcement Section P.O. Box 7611 WASHINGTON, DC 20044-7611 | | 73828 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved POI |
| United States of America on behalf of its Environmental Protection Agency & Dept. of Interior Karl Fingerhood U.S. Department of Justice Environmental Enforcement Section P.O. Box 7611 WASHINGTON, DC 20044-7611 | | 64169 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved POI |
| United States Steel Corporation Andrew G. Thiros, Counsel - Environmental 600 Grant Street Pittsburgh, PA 15219 | | 77949 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved POI |
| United Technologies Corporation Tucker Ellis, LLP Matthew I. Kaplan 515 S. Flower St., 42nd Floor Los Angeles, CA 90071 | | 69588 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,186,000,000.00 | $1,186,000,000.00 | Environmental- Resolved POI |
| USS-POSCO Industries Esther Klisura, Assistant General Counsel 900 Loveridge Road, MS 58 Pittsburg, CA 94565 | | 78389 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Environmental- Resolved POI |
| Valley Regional Water Quality Control Board Jessica Jahr, Office of Chief Counsel State Water Resources Control Board 1001 I Street Sacramento, CA 95814 | | 76805 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $1,665.13 | $1,665.13 | Environmental- Resolved POI |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| William G. Elliott III and Sheila A. Elliott Family Trust William G. Elliott III 1487 Rockville Road Fairfield, CA 94534 | | 2502 | Pacific Gas and Electric Company | 4/16/2019 | $0.00 | $0.00 | $0.00 | $5,977,000.00 | $5,977,000.00 | Environmental- Resolved POI |
| **Claims To Be Expunged Totals** | | **Count: 184** | | | **$0.00** | **$5,930,000,000.00** | **$1,186,000,000.00** | **################** | **$20,308,407,495.59** | |

Case: 19-30088    Doc# 9217-1    Filed: 10/05/20    Entered: 10/05/20 19:50:09    Page 32 of 32