Case No. 19-30088-DM

**From:** sandra berger <sanberg4360@gmail.com>
**Sent:** Monday, October 5, 2020 11:49 AM
**To:** Lorena Parada
**Subject:** Judge Dennis Montali

Your Honor

Although I'm a 86 year old woman without legal experience, I have been part of class action securities litigations for many years and am familiar with the customary way these are handled. However, I've never been so confused by the PG&E Securities action that has been taken thus far.

To begin with, when the papers were first sent to me I couldn't figure out what was being asked for and by whom, and for what purpose. I assumed that somewhere in the papers I could find out who was representing me, as the purchaser of PG&E shares, but strangely, I couldn't.

It's only in the last few days that I've found out there isn't anyone representing the class of purchasers of PG&E securities…so far. Was I to think that Corporate PG&E was going to be looking out for me….or themselves? Such a silly question.

This letter is to ask that you certify a class action so that I, and others like me, can be insured of our rights to an equitable and fair distribution. I would agree to be part of a class action such as the one sought by Labaton Sucharow LLP and hope it will soon be granted.

Sincerely,

Sandra Berger
230 East 15th St #5D
New York, NY 10003