Kizzy L. Jarashow (*pro hac vice*)
kjarashow@goodwinlaw.com
Stacy Dasaro (*pro hac vice* forthcoming)
sdasaro@goodwinlaw.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813.8800
Fax: (212) 355.3333

*Attorneys for MML Investment Advisers, LLC on Behalf of the MassMutual Funds*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

I, Jhemari Quintana, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a Court Procedures Clerk employed by the law firm of Goodwin Procter LLP, bankruptcy counsel to *MML Investment Advisers, LLC on Behalf of the MassMutual Funds*, in the above-captioned chapter 11 cases.

2. On October 5, 2020, on behalf of *MML Investment Advisers, LLC on Behalf of the MassMutual Funds*, I caused the following documents to be electronically filed with the Court, using the Court's electronic filing system and served via the Court's CM/ECF system on the parties that have consented to electronic service of all filings, as listed on Exhibit A hereto:

- JOINDER OF MML INVESTMENT ADVISERS, LLC ON BEHALF OF THE MASSMUTUAL FUNDS, TO THE OBJECTION OF SECURITIES LEAD PLAINTIFF TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR AND RELATED PROCEDURES FOR RESOLVING SUBORDINATED SECURITIES CLAIMS; EXHIBIT A

3. 4. On October 6, 2020, I caused the foregoing documents to be served on the parties listed on Exhibit B by First Class Mail (the "Standard Parties")

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: October 6, 2020

*/s/ Jhemari Quintana*
Jhemari Quintana