**Exhibit B**

**STANDARD PARTIES**

**PG&E Corporation and**
**Pacific Gas and Electric Company**
ATTN: Janet Loduca, Esq.
PO Box 770000
77 Beale Street
San Francisco, CA 94105

Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.
**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, New York 10153

Tobias Keller, Esq.
Jane Kim, Esq
**Keller & Benvenutti LLP**
650 California Street, Suite 1900
San Francisco, CA 94108

Kristopher M. Hansen, Esq.
Erez E. Gilad, Esq.
Matthew G. Garofalo, Esq.
**Stroock & Stroock & Lavan LLP**
180 Maiden Lane
 New York, NY 10038-4982

Frank A. Merola, Esq.
**Stroock & Stroock & Lavan LLP**
Century Park East
Los Angeles, CA 90067-3086

Eli J. Vonnegut, Esq.
David Schiff, Esq.
Timothy Graulich, Esq.
**Davis Polk & Wardwell LLP**
450 Lexington Avenue
New York, NY 10017

Alan W. Kornberg, Esq.
Brian S. Hermann, Esq.
Walter R. Rieman, Esq.
Sean A. Mitchell, Esq.
Neal P. Donnelly, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

| | |
|---|---|
| 1 | ATTN: General Counsel |
| | **U.S. Nuclear Regulatory Commission** |
| 2 | Washington, DC 20555-0001 |
| 3 | Danielle A. Pham, Esq. |
| | **U.S. Department of Justice** |
| 4 | 1100 L Street, NW, Room 7106 |
| | Washington DC, 20005 |
| 5 | |
| | Dennis F. Dunne, Esq. |
| 6 | Sam A. Khalil, Esq. |
| | **Milbank LLP** |
| 7 | 55 Hudson Yards |
| | New York, NY 10001-2163 |
| 8 | |
| | Paul S. Aronzon, Esq. |
| 9 | Gregory A. Bray, Esq. |
| | Thomas R. Kreller, Esq. |
| 10 | **Milbank LLP** |
| | 2029 Century Park East, 33rd Floor |
| 11 | Los Angeles, CA 90067 |