Stacy A. Dasaro (*pro hac vice* pending)
sdasaro@goodwinlaw.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, New York 10018
Tel: (212) 813.8800

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC<br>COMPANY<br><br>Debtor(s). | Case No. 19- 30088<br>Chapter 11<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Stacy A. Dasaro__, an active member in good standing of the bar of <u>the Southern District of NY</u>, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing MML Investment Advisers, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Nathan A. Schultz (SBN 223539)

   Three Embarcadero Center, San Francisco, California 94111

   Telephone:(415) 733.6000               .

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 6, 2020                    */s/ Stacy Dasaro*

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____STACY   ANN   DASARO_____ , Bar # _____SD1769_____

was duly admitted to practice in the Court on

_____November 18, 2014_____

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.          On      October 5, 2020
           New York, New York

                                   By
**Ruby J. Krajick**                       S/ Wayne Bowman
Clerk of Court                            Deputy Clerk