

# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

JAN M. HAYDEN, SHAREHOLDER
Direct Dial: (504) 566-8645
Direct Fax: (504) 636-4000
E-Mail Address: jhayden@bakerdonelson.com

**FILED**

OCT - 6 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA  BC

October 1, 2020

California Northern Bankruptcy Court
450 Golden Gate Avenue
Mailbox 36099
San Francisco, CA 94102

    Re:    USBK of Northern California
           Case # 19-30088

Dear Sir or Madam:

We would respectfully request that you remove the below-listed attorneys from receiving efile notification in the above-referenced Case Number

| | |
|---|---|
| Lacey Rochester | lrochester@bakerdonelson.com |
| Gloria Mitchell | gmitchell@bakerdonelson.com |

Thank you for your attention to this matter, and if you have any questions at all please do not hesitate to give us a call.

                        Sincerely,

                        Jan M. Hayden

JMH01/gm

4825-4557-8701v1

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

# BAKER DONELSON

BAKER DONELSON
201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170

NEW ORLEANS LA 700
1 OCT 2020 PM 1

U.S. POSTAGE » PITNEY BOWES

ZIP 70170 $ 000.50⁰
02 4W
0000360790 OCT 01 2020

RECEIVED
OCT 05 2020
SUSAN Y. SO...
CLERK, U.S. DISTRICT C...
CLERK DISTRICT OF...
NORTH DISTRICT OF...

California Northern Bankruptcy Court
450 Golden Gate Avenue
Mailbox 36099
San Francisco, CA 94102

RECEIVED
OCT - 6 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

94102-341024

96 0000 - 00 0100 / Jmt 012198