**BARRACK, RODOS & BACINE**
SAMUEL M. WARD (216562)
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sward@barrack.com

*Counsel for City & County of Swansea Pension Fund*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br><br><br>**JOINDER OF CITY & COUNTY OF SWANSEA PENSION FUND TO SECURITIES LEAD PLAINTIFF'S OBJECTION TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR AND RELATED PROCEDURES FOR RESOLVING SUBORDINATED SECURITIES CLAIMS [D.I. 9189]** |

City & County of Swansea Pension Fund, the holder of a Securities Claim[1] and a creditor in the chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") of the above-captioned reorganized debtors (the "**Debtors**", or as reorganized pursuant to the Plan, the "**Reorganized Debtors**"), by and through its undersigned counsel, submits this joinder ("**Joinder**") to *Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 9189] (the "**Securities ADR Objection**"), in opposition to *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 8964] (the "**Securities ADR Motion**"). In support of this Joinder, City & County of Swansea Pension Fund, respectfully states as follows:

## JOINDER AND RESERVATION OF RIGHTS

1. City & County of Swansea Pension Fund is a Securities Claimant and timely filed proofs of claim against the Debtors by the Extended Bar Date (Claim Nos. F@E!Z27423 and !L!TK27423).

2. City & County of Swansea Pension Fund incorporates by reference and hereby joins in all arguments set forth in the Securities ADR Objection.

3. City & County of Swansea Pension Fund reserves its right to supplement this Joinder and further reserves its rights to participate in any hearing to consider the Securities ADR Motion, including its rights to make any arguments and to examine witnesses.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Securities ADR Objection (as defined herein) and the Securities ADR Motion (as defined herein), as applicable.

JOINDER OF CITY & COUNTY OF SWANSEA PENSION FUND TO SECURITIES LEAD P'S OBJ TO REORGANIZED DEBTORS' MOTTO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088   Doc# 9227   Filed: 10/06/20   Entered: 10/06/20 15:16:08   Page 2 of 3

1

# CONCLUSION

For all of the foregoing reasons, City & County of Swansea Pension Fund respectfully requests that this Court enter an Order denying the Securities ADR Motion and granting such other and further relief as may be just and proper.

Dated: October 6, 2020            **BARRACK, RODOS & BACINE**

By: /s/ Samuel M. Ward
    Samuel M. Ward (216562)
    One America Plaza
    600 West Broadway, Suite 900
    San Diego, CA 92101
    Telephone: (619) 230-0800
    Facsimile: (619) 230-1874
    sward@barrack.com

*Counsel for City & County of Swansea Pension Fund*

JOINDER OF CITY & COUNTY OF SWANSEA PENSION FUND TO SECURITIES
LEAD P'S OBJ TO REORGANIZED DEBTORS' MOTTO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

2

Case: 19-30088    Doc# 9227    Filed: 10/06/20    Entered: 10/06/20 15:16:08    Page 3 of 3