**BARRACK, RODOS & BACINE**
SAMUEL M. WARD (216562)
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sward@barrack.com

*Counsel for City & County of Swansea Pension Fund*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                                         Debtors.<br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br><br>**CERTIFICATE OF SERVICE TO JOINDER OF CITY & COUNTY OF SWANSEA PENSION FUND TO SECURITIES LEAD PLAINTIFF'S OBJECTION TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR AND RELATED PROCEDURES FOR RESOLVING SUBORDINATED SECURITIES CLAIMS [D.I. 9189]** |

CERT OF SERVICE TO JOINDER OF CITY & COUNTY OF SWANSEA PENSION FUND TO SECURITIES
LEAD P'S OBJ TO REORGANIZED DEBTORS' MOTTO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088    Doc# 9227-1    Filed: 10/06/20    Entered: 10/06/20 15:16:08    Page 1 of 2

I, Samuel M. Ward, a member of the bar of this Court, hereby certify that on this 6th day of October, 2020, a true and correct copy of the foregoing Joinder of City & County of Swansea Pension Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189], has been filed and served on all counsel of record via the Court's ECF system.

**BARRACK, RODOS & BACINE**

By: /s/ Samuel M. Ward
    Samuel M. Ward (216562)
    One America Plaza
    600 West Broadway, Suite 900
    San Diego, CA 92101
    Telephone: (619) 230-0800
    Facsimile: (619) 230-1874
    sward@barrack.com

*Counsel for City & County of Swansea Pension Fund*

CERT OF SERVICE TO JOINDER OF CITY & COUNTY OF SWANSEA PENSION FUND TO SECURITIES LEAD P'S OBJ TO REORGANIZED DEBTORS' MOTTO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088   Doc# 9227-1   Filed: 10/06/20   Entered: 10/06/20 15:16:08   Page 2 of 2