1  **BARRACK, RODOS & BACINE**
   SAMUEL M. WARD (216562)
2  One America Plaza
3  600 West Broadway, Suite 900
   San Diego, CA 92101
4  Telephone: (619) 230-0800
   Facsimile: (619) 230-1874
5  sward@barrack.com

6  *Counsel for Worcestershire County Council*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) (Lead Case) |
| PG&E CORPORATION | Chapter 11 |
| - and – | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | **JOINDER OF WORCESTERSHIRE COUNTY COUNCIL TO SECURITIES LEAD PLAINTIFF'S OBJECTION TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR AND RELATED PROCEDURES FOR RESOLVING SUBORDINATED SECURITIES CLAIMS [D.I. 9189]** |

JOINDER OF WORCESTERSHIRE COUNTY COUNCIL TO SECURITIES LEAD P'S OBJ
TO REORGANIZED DEBTORS' MOT TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088    Doc# 9230    Filed: 10/06/20    Entered: 10/06/20 15:30:08    Page 1 of 3

Worcestershire County Council, the holder of a Securities Claim[1] and a creditor in the chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") of the above-captioned reorganized debtors (the "**Debtors**", or as reorganized pursuant to the Plan, the "**Reorganized Debtors**"), by and through its undersigned counsel, submits this joinder ("**Joinder**") to *Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 9189] (the "**Securities ADR Objection**"), in opposition to *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 8964] (the "**Securities ADR Motion**"). In support of this Joinder, Worcestershire County Council, respectfully states as follows:

## JOINDER AND RESERVATION OF RIGHTS

1. Worcestershire County Council is a Securities Claimant and timely filed proofs of claim against the Debtors by the Extended Bar Date (Claim Nos. BA#A#27423 and #CJGZ27423).

2. Worcestershire County Council incorporates by reference and hereby joins in all arguments set forth in the Securities ADR Objection.

3. Worcestershire County Council reserves its right to supplement this Joinder and further reserves its rights to participate in any hearing to consider the Securities ADR Motion, including its rights to make any arguments and to examine witnesses.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Securities ADR Objection (as defined herein) and the Securities ADR Motion (as defined herein), as applicable.

# CONCLUSION

For all of the foregoing reasons, Worcestershire County Council respectfully requests that this Court enter an Order denying the Securities ADR Motion and granting such other and further relief as may be just and proper.

Dated: October 6, 2020          **BARRACK, RODOS & BACINE**

By: /s/ Samuel M. Ward
    Samuel M. Ward (216562)
    One America Plaza
    600 West Broadway, Suite 900
    San Diego, CA 92101
    Telephone: (619) 230-0800
    Facsimile: (619) 230-1874
    sward@barrack.com

*Counsel for Worcestershire County Council*

JOINDER OF WORCESTERSHIRE COUNTY COUNCIL TO SECURITIES LEAD P'S OBJ
TO REORGANIZED DEBTORS' MOT TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088    Doc# 9230    Filed: 10/06/20    Entered: 10/06/20 15:30:08    Page 3 of 3