**BARRACK, RODOS & BACINE**
SAMUEL M. WARD (216562)
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sward@barrack.com

*Counsel for Worcestershire County Council*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br><br>**CERTIFICATE OF SERVICE TO JOINDER OF WORCESTERSHIRE COUNTY COUNCIL TO SECURITIES LEAD PLAINTIFF'S OBJECTION TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR AND RELATED PROCEDURES FOR RESOLVING SUBORDINATED SECURITIES CLAIMS [D.I. 9189]** |

I, Samuel M. Ward, a member of the bar of this Court, hereby certify that on this 6th day of October, 2020, a true and correct copy of the foregoing Joinder of Worcestershire County Council to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189], has been filed and served on all counsel of record via the Court's ECF system.

**BARRACK, RODOS & BACINE**

By: /s/ Samuel M. Ward
    Samuel M. Ward (216562)
    One America Plaza
    600 West Broadway, Suite 900
    San Diego, CA 92101
    Telephone: (619) 230-0800
    Facsimile: (619) 230-1874
    sward@barrack.com

*Counsel for Worcestershire County Council*

CERT OF SERVICE TO JOINDER OF WORCESTERSHIRE COUNTY COUNCIL TO SECURITIES LEAD P'S OBJ TO REORGANIZED DEBTORS' MOT TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088   Doc# 9230-1   Filed: 10/06/20   Entered: 10/06/20 15:30:08   Page 2 of 2