**BARRACK, RODOS & BACINE**
SAMUEL M. WARD (216562)
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sward@barrack.com

*Counsel for Local 580 Pension Fund*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　　　　　　Debtors.<br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br><br>**JOINDER OF LOCAL 580 PENSION FUND TO SECURITIES LEAD PLAINTIFF'S OBJECTION TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR AND RELATED PROCEDURES FOR RESOLVING SUBORDINATED SECURITIES CLAIMS [D.I. 9189]** |

JOINDER OF LOCAL 580 PENSION FUND TO SECURITIES LEAD P'S OBJ
TO REORGANIZED DEBTORS' MOT TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088    Doc# 9235    Filed: 10/06/20    Entered: 10/06/20 15:42:41    Page 1 of 3

Local 580 Pension Fund, the holder of a Securities Claim[1] and a creditor in the chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") of the above-captioned reorganized debtors (the "**Debtors**", or as reorganized pursuant to the Plan, the "**Reorganized Debtors**"), by and through its undersigned counsel, submits this joinder ("**Joinder**") to *Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 9189] (the "**Securities ADR Objection**"), in opposition to *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 8964] (the "**Securities ADR Motion**"). In support of this Joinder, Local 580 Pension Fund, respectfully states as follows:

## JOINDER AND RESERVATION OF RIGHTS

1. Local 580 Pension Fund is a Securities Claimant and timely filed proofs of claim against the Debtors by the Extended Bar Date (Claim Nos. DVQVU27423 and HZLIO27423).

2. Local 580 Pension Fund incorporates by reference and hereby joins in all arguments set forth in the Securities ADR Objection.

3. Local 580 Pension Fund reserves its rights to supplement this Joinder and further reserves its rights to participate in any hearing to consider the Securities ADR Motion, including its rights to make any arguments and to examine witnesses.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Securities ADR Objection (as defined herein) and the Securities ADR Motion (as defined herein), as applicable.

# CONCLUSION

For all of the foregoing reasons, Local 580 Pension Fund respectfully requests that this Court enter an Order denying the Securities ADR Motion and granting such other and further relief as may be just and proper.

Dated: October 6, 2020                  **BARRACK, RODOS & BACINE**

                                                By: /s/ Samuel M. Ward
                                                         Samuel M. Ward (216562)
                                                         One America Plaza
                                                         600 West Broadway, Suite 900
                                                         San Diego, CA 92101
                                                         Telephone: (619) 230-0800
                                                         Facsimile: (619) 230-1874
                                                         sward@barrack.com

                                          *Counsel for Local 580 Pension Fund*

JOINDER OF LOCAL 580 PENSION FUND TO SECURITIES LEAD P'S OBJ TO REORGANIZED DEBTORS' MOT TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)
2

Case: 19-30088   Doc# 9235   Filed: 10/06/20   Entered: 10/06/20 15:42:41   Page 3 of 3