**BARRACK, RODOS & BACINE**
SAMUEL M. WARD (216562)
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sward@barrack.com

*Counsel for International Brotherhood of Teamsters Local 282 Benefit Trust Funds*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**JOINDER OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 282 BENEFIT TRUST FUNDS TO SECURITIES LEAD PLAINTIFF'S OBJECTION TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR AND RELATED PROCEDURES FOR RESOLVING SUBORDINATED SECURITIES CLAIMS [D.I. 9189]** |

JOINDER OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 282 BENEFIT TRUST FUNDS
TO SECURITIES LEAD P'S OBJ TO REORGANIZED DEBTORS' MOT TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088    Doc# 9236    Filed: 10/06/20    Entered: 10/06/20 15:47:09    Page 1 of 3

International Brotherhood of Teamsters Local 282 Benefit Trust Funds ("Local 282 Trust Funds"), the holder of a Securities Claim[1] and a creditor in the chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") of the above-captioned reorganized debtors (the "**Debtors**", or as reorganized pursuant to the Plan, the "**Reorganized Debtors**"), by and through its undersigned counsel, submits this joinder ("**Joinder**") to *Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 9189] (the "**Securities ADR Objection**"), in opposition to *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 8964] (the "**Securities ADR Motion**"). In support of this Joinder, Local 282 Trust Funds, respectfully state as follows:

## JOINDER AND RESERVATION OF RIGHTS

1. Local 282 Trust Funds is a Securities Claimant and timely filed proofs of claim against the Debtors by the Extended Bar Date (Claim Nos. C#URA27423 and WIMQZ27423).

2. Local 282 Trust Funds incorporate by reference and hereby joins in all arguments set forth in the Securities ADR Objection.

3. Local 282 Trust Funds reserve its right to supplement this Joinder and further reserve its rights to participate in any hearing to consider the Securities ADR Motion, including its rights to make any arguments and to examine witnesses.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Securities ADR Objection (as defined herein) and the Securities ADR Motion (as defined herein), as applicable.

## CONCLUSION

For all of the foregoing reasons, Local 282 Trust Funds respectfully request that this Court enter an Order denying the Securities ADR Motion and granting such other and further relief as may be just and proper.

Dated: October 6, 2020            **BARRACK, RODOS & BACINE**

                                                 By: /s/ Samuel M. Ward
                                                           Samuel M. Ward (216562)
                                                           One America Plaza
                                                           600 West Broadway, Suite 900
                                                           San Diego, CA 92101
                                                           Telephone: (619) 230-0800
                                                           Facsimile: (619) 230-1874
                                                           sward@barrack.com

                                                           *Counsel for the International Brotherhood of Teamsters Local 282 Benefit Trust Funds*

JOINDER OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 282 BENEFIT TRUST FUNDS TO SECURITIES LEAD P'S OBJ TO REORGANIZED DEBTORS' MOT TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)
2

Case: 19-30088    Doc# 9236    Filed: 10/06/20    Entered: 10/06/20 15:47:09    Page 3 of 3