| | |
|---|---|
| 1 | **BARRACK, RODOS & BACINE** |
| 2 | SAMUEL M. WARD (216562) |
| | One America Plaza |
| 3 | 600 West Broadway, Suite 900 |
| | San Diego, CA 92101 |
| 4 | Telephone: (619) 230-0800 |
| | Facsimile: (619) 230-1874 |
| 5 | sward@barrack.com |
| 6 | *Counsel for Lehigh County Employee Pension Board* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) (Lead Case) |
| PG&E CORPORATION | Chapter 11 |
| - and – | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | **CERTIFICATE OF SERVICE TO JOINDER OF LEHIGH COUNTY EMPLOYEE PENSION BOARD TO SECURITIES LEAD PLAINTIFF'S OBJECTION TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR AND RELATED PROCEDURES FOR RESOLVING SUBORDINATED SECURITIES CLAIMS [D.I. 9189]** |

CERT OF SERVICE TO JOINDER OF LEHIGH COUNTY EMPLOYEE PENSION BOARD TO SECURITIES
LEAD P'S OBJ TO REORGANIZED DEBTORS' MOT TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088    Doc# 9237-1    Filed: 10/06/20    Entered: 10/06/20 15:51:41    Page 1 of 2

| | |
|---|---|
| 1 | I, Samuel M. Ward, a member of the bar of this Court, hereby certify that on this 6th day of October, 2020, a true and correct copy of the foregoing Joinder of Lehigh County Employee Pension Board to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189], has been filed and served on all counsel of record via the Court's ECF system. |

**BARRACK, RODOS & BACINE**

By: /s/ Samuel M. Ward
Samuel M. Ward (216562)
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sward@barrack.com

*Counsel for the Lehigh County Employee Pension Board*

CERT OF SERVICE TO JOINDER OF LEHIGH COUNTY EMPLOYEE PENSION BOARD TO SECURITIES LEAD P'S OBJ TO REORGANIZED DEBTORS' MOT TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088    Doc# 9237-1    Filed: 10/06/20    Entered: 10/06/20 15:51:41    Page 2 of 2