1

**BARRACK, RODOS & BACINE**
SAMUEL M. WARD (216562)
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sward@barrack.com

*Counsel for Sheet Metal Workers' Local #19 Pension Fund*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) (Lead Case) |
| PG&E CORPORATION | Chapter 11 |
| - and – | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | **JOINDER OF SHEET METAL WORKERS' LOCAL #19 PENSION FUND TO SECURITIES LEAD PLAINTIFF'S OBJECTION TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR AND RELATED PROCEDURES FOR RESOLVING SUBORDINATED SECURITIES CLAIMS [D.I. 9189]** |

Case: 19-30088    Doc# 9239    Filed: 10/06/20    Entered: 10/06/20 15:59:49    Page 1 of 3

Sheet Metal Workers' Local #19 Pension Fund, the holder of a Securities Claim[1] and a creditor in the chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") of the above-captioned reorganized debtors (the "**Debtors**", or as reorganized pursuant to the Plan, the "**Reorganized Debtors**"), by and through its undersigned counsel, submits this joinder ("**Joinder**") to *Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 9189] (the "**Securities ADR Objection**"), in opposition to *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 8964] (the "**Securities ADR Motion**"). In support of this Joinder, Sheet Metal Workers' Local #19 Pension Fund, respectfully states as follows:

**JOINDER AND RESERVATION OF RIGHTS**

1. Sheet Metal Workers' Local #19 Pension Fund is a Securities Claimant and timely filed proofs of claim against the Debtors by the Extended Bar Date (Claim Nos. PNQTC27423 and N$VCL27423).

2. Sheet Metal Workers' Local #19 Pension Fund incorporates by reference and hereby joins in all arguments set forth in the Securities ADR Objection.

3. Sheet Metal Workers' Local #19 Pension Fund reserves its right to supplement this Joinder and further reserves its rights to participate in any hearing to consider the Securities ADR Motion, including its rights to make any arguments and to examine witnesses.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Securities ADR Objection (as defined herein) and the Securities ADR Motion (as defined herein), as applicable.

## CONCLUSION

For all of the foregoing reasons, Sheet Metal Workers' Local #19 Pension Fund respectfully requests that this Court enter an Order denying the Securities ADR Motion and granting such other and further relief as may be just and proper.

Dated: October 6, 2020                    **BARRACK, RODOS & BACINE**


By: _/s/ Samuel M. Ward_____
    Samuel M. Ward (216562)
    One America Plaza
    600 West Broadway, Suite 900
    San Diego, CA 92101
    Telephone: (619) 230-0800
    Facsimile: (619) 230-1874
    sward@barrack.com

*Counsel for Sheet Metal Workers' Local #19 Pension Fund*

JOINDER OF SHEET METAL WORKERS' LOCAL #19 PENSION FUND TO SECURITIES
LEAD P'S OBJ TO REORGANIZED DEBTORS' MOT TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088    Doc# 9239    Filed: 10/06/20    Entered: 10/06/20 15:59:49    Page 3 of
3