**BARRACK, RODOS & BACINE**
SAMUEL M. WARD (216562)
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sward@barrack.com

*Counsel for Sheet Metal Workers' Local #19
Health & Welfare Fund*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) (Lead Case) |
| PG&E CORPORATION | Chapter 11 |
| - and – | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | **CERTIFICATE OF SERVICE TO JOINDER OF SHEET METAL WORKERS' LOCAL #19 HEALTH & WELFARE FUND TO SECURITIES LEAD PLAINTIFF'S OBJECTION TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR AND RELATED PROCEDURES FOR RESOLVING SUBORDINATED SECURITIES CLAIMS [D.I. 9189]** |

CERT OF SERVICE TO JOINDER OF SHEET METAL WORKERS' LOCAL #19 HEALTH & WELFARE FUND TO SECURITIES
LEAD P'S OBJ TO REORGANIZED DEBTORS' MOT TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088   Doc# 9240-1   Filed: 10/06/20   Entered: 10/06/20 16:09:08   Page 1 of 2

I, Samuel M. Ward, a member of the bar of this Court, hereby certify that on this 6th day of October, 2020, a true and correct copy of the foregoing Joinder of Sheet Metal Workers' Local #19 Health & Welfare Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189], has been filed and served on all counsel of record via the Court's ECF system.

**BARRACK, RODOS & BACINE**

By: /s/ Samuel M. Ward
Samuel M. Ward (216562)
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sward@barrack.com

*Counsel for Sheet Metal Workers' Local #19 Health & Welfare Fund*

CERT OF SERVICE TO JOINDER OF SHEET METAL WORKERS' LOCAL #19 HEALTH & WELFARE FUND TO SECURITIES LEAD P'S OBJ TO REORGANIZED DEBTORS' MOT TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088    Doc# 9240-1    Filed: 10/06/20    Entered: 10/06/20 16:09:08    Page 2 of 2