**BARRACK, RODOS & BACINE**
SAMUEL M. WARD (216562)
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
sward@barrack.com

*Counsel for the Laborers' and Retirement Board Employees'
Annuity and Benefit Fund of Chicago*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) (Lead Case) |
| PG&E CORPORATION | Chapter 11 |
| - and – | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | **CERTIFICATE OF SERVICE TO JOINDER OF THE LABORERS' AND RETIREMENT BOARD EMPLOYEES' ANNUITY AND BENEFIT FUND OF CHICAGO TO SECURITIES LEAD PLAINTIFF'S OBJECTION TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR AND RELATED PROCEDURES FOR RESOLVING SUBORDINATED SECURITIES CLAIMS [D.I. 9189]** |

CERT OF SERVICE TO JOINDER OF THE LABORERS' & RETIRE BRD EMPS' ANNUITY & BENEFIT FUND OF CHICAGO TO SECURITIES LEAD P'S OBJ TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088    Doc# 9243-1    Filed: 10/06/20    Entered: 10/06/20 16:34:17    Page 1 of 2

| | |
|---|---|
| 1 | I, Samuel M. Ward, a member of the bar of this Court, hereby certify that on this 6th day |
| 2 | of October, 2020, a true and correct copy of the foregoing Joinder of the Laborers' and |
| 3 | Retirement Board Employees' Annuity and Benefit Fund of Chicago to Securities Lead |
| 4 | Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related |
| 5 | Procedures for Resolving Subordinated Securities Claims [D.I. 9189], has been filed and served |
| 6 | on all counsel of record via the Court's ECF system. |

I, Samuel M. Ward, a member of the bar of this Court, hereby certify that on this 6th day of October, 2020, a true and correct copy of the foregoing Joinder of the Laborers' and Retirement Board Employees' Annuity and Benefit Fund of Chicago to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189], has been filed and served on all counsel of record via the Court's ECF system.

**BARRACK, RODOS & BACINE**

By: /s/ Samuel M. Ward
    Samuel M. Ward (216562)
    One America Plaza
    600 West Broadway, Suite 900
    San Diego, CA 92101
    Telephone: (619) 230-0800
    Facsimile: (619) 230-1874
    sward@barrack.com

*Counsel for the Laborers' and Retirement Board Employees' Annuity and Benefit Fund of Chicago*

CERT OF SERVICE TO JOINDER OF THE LABORERS' & RETIRE BRD EMPS' ANNUITY & BENEFIT FUND OF CHICAGO TO SECURITIES LEAD P'S OBJ TO REORGANIZED DEBTORS' MOTION TO APPROVE SECURITIES ADR
Case No. 19-30088 (DM) (Lead Case)

Case: 19-30088    Doc# 9243-1    Filed: 10/06/20    Entered: 10/06/20 16:34:17    Page 2 of 2