**Entered on Docket**
**October 07, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: October 7, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KPMG LLP
Eugene V. Armstrong
Principal
55 Second Street
Suite 1400
San Francisco, CA 94105
415 963 7301

*Information Technology, Risk, and Legal Support Consultants for Debtors and Debtors in Possession*

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO DIVISION**<br>**In re:**<br><br>**PG&E CORPORATION**,<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING INTERIM FEE APPLICATION OF KPMG LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2019 THROUGH AND INCLUDING JANUARY 31, 2020**<br><br>Re: Docket Nos. [8341, 8342] |

Upon consideration of the *Third Interim Fee Application of KPMG LLP for Allowance and Payment of Compensation and Reimbursement of Expenses As Information Technology, Risk and Legal Support Consultants to the Debtors For the Period October 1, 2019 Through and Including January 31, 2020* [Docket No. [8341] (the "**Application**[1]"); and due and proper notice of the

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Application.

1  Application having been provided in accordance with the procedures set forth in the Interim
2  Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules;
3  and upon consideration of the Eugene V. Armstrong Declaration submitted in support of the
4  Application; and no objections or responses to the Application having been filed; and upon
5  consideration of the proposed reductions to the compensation and expense reimbursements sought
6  in the Application resulting from the compromise between the Applicant and the Fee Examiner as
7  set forth in that certain *Second Amended Notice of Hearing on Interim Applications Allowing and*
8  *Authorizing Payment of Fees and Expenses of Multiple Applicants Based Upon Compromises with*
9  *the Fee Examiner*, dated August 30, 2020 [Docket No. 8912] (the "**Amended Notice**"); and the
10 Court having issued a Docket Order, on September 18, 2020, allowing the Application in the
11 reduced amounts reflected in the Amended Notice; and sufficient cause having been shown
12 therefore,

IT IS HEREBY ORDERED:

1. The Application is granted as provided herein.

2. Applicant is awarded an interim allowance of its compensation for professional services rendered for the Fee Period in the amount of $5,322,653.30, consisting of $5,030,788.04 of fees and reimbursement of $291,865.26 of actual and necessary expenses incurred during the Fee Period.

3. The Debtors are directed to pay Applicant the difference between the amounts allowed in paragraph 2 above and any amounts previously paid by the Debtors pursuant to the Interim Compensation Order.

4. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

**END OF ORDER*