

Signed and Filed: October 7, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

1  Stacy A. Dasaro (*pro hac vice* pending)
2  sdasaro@goodwinlaw.com
   GOODWIN PROCTER LLP
3  620 Eighth Avenue
   New York, NY 10018
4  Tel: (212) 813.8800
5  Fax: (212) 355.3333

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re **PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY**

Debtor(s).

Case No. **19-30088**

Chapter **11**

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Stacy A. Dasaro**, whose business address and telephone number is

**GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 1008
Tel: (212) 813.8800**

and who is an active member in good standing of the bar of **the Southern District of New York** having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **MML Investment Advisers, LLC**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**