Dario de Ghetaldi – Bar No. 126782
Amanda L. Riddle – Bar No. 215221
Steven M. Berki – Bar No. 245426
Sumble Manzoor – Bar No. 301704
**COREY, LUZAICH,
DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com
smb@coreylaw.com
sm@coreylaw.com

Michael S. Danko – Bar No. 111359
Kristine K. Meredith – Bar No. 158243
Shawn R. Miller – Bar No. 238447
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com
smiller@dankolaw.com

Eric Gibbs – Bar No. 178658
Dylan Hughes – Bar No. 209113
**GIBBS LAW GROUP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

Attorneys for Fire Victim Claimants

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>   (Jointly Administered)<br><br>**SUBSTITUTION OF ATTORNEY** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Claimant Village Square Condominium Homeowners' Association substitute the undersigned counsel in the place and stead of former counsel Corey, Luzaich, de Ghetaldi, & Riddle LLP, Danko Meredith, and Gibbs Law Group, in the above entitled matter, effective immediately.

DATED: October 7, 2020          By: _____
                                    Michael E. Vinding
                                    BRADY & VINDING

I consent to this substitution:

                                By: _____
                                    Ann Martin, on behalf of Village Square
                                    Condominium Homeowners' Association

Acknowledged and consented to by former counsel:

DATED: October 7, 2020          **COREY, LUZAICH, DE GHETALDI & RIDDLE LLP**

                                By: _____
                                    Dario de Ghetaldi
                                    Amanda L. Riddle
                                    Steven Berki
                                    Sumble Manzoor
                                    Attorneys for Individual Fire Victim Creditors

                                **DANKO MEREDITH**
                                    Michael S. Danko
                                    Kristine K. Meredith
                                    Shawn R. Miller
                                    Attorneys for Individual Fire Victim Creditors

                                **GIBBS LAW GROUP**
                                    Eric Gibbs
                                    Dylan Hughes
                                    Attorneys for Individual Fire Victim Creditors