KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **REORGANIZED DEBTORS' REPORT ON RESPONSES TO NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS** <br><br> [Re: Dkt. No. 8986] <br><br> **Resolving Objections Set for Hearing October 13, 2020 at 10:00 a.m. (Pacific Time)** |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Ninth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 8986] (the "**Ninth Omnibus Objection**").

## RELIEF REQUESTED IN THE NINTH OMNIBUS OBJECTION

The Ninth Omnibus Objection seeks to disallow and expunge the Proof(s) of Claim listed in the column headed "Claims to be Disallowed and Expunged" in Exhibit 1 to the Ninth Omnibus Objection.

## NOTICE AND SERVICE

A *Notice of Hearing on Reorganized Debtors' Ninth Omnibus Objection to Claims (No Liability Claims)* was filed concurrently with the Ninth Omnibus Objection on September 3, 2020 [Docket No. 8987] (the "**Notice of Hearing**"). The Ninth Omnibus Objection, the supporting declaration of Robb McWilliams [Docket No. 8984], and the Notice of Hearing were served as described in the *Certificate of Service of Andrew G. Vignali*, filed on September 15, 2020 [Docket No. 9044] (the "**Certificate of Service**"). As further described in the Certificate of Service, on September 4, 2020, each Proof of Claim listed on Exhibit 1 to the Ninth Omnibus Objection received the *Notice of the Reorganized Debtors' Ninth Omnibus Objection to Claims (No Liability Claims)*, customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty.

The deadline to file responses or oppositions to the Ninth Omnibus Objection has passed. The Reorganized Debtors have received the following formal and informal responses:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Michael Magnani | 98838 | The Ninth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| 9136 | Western Environmental Consultants, LLC | 97053 | Claimant contends that its Claim is a Fire Victim Claim as defined in the Plan. Accordingly, Claim No. 97050 will be disallowed because it is not an obligation of the Debtors' estate. Instead, the Claim will be channeled to the Fire Victims Trust to be addressed there as a Fire Victim Claim, all rights reserved. |

## DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response has been filed with respect to the Ninth Omnibus Objection except as described herein.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Reorganized Debtors hereby request entry of an Order disallowing and expunging the Proofs of Claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit 1** to this Request, which listed Claims are identical to those listed in Exhibit 1 to the Ninth Omnibus Objection, except as otherwise discussed above.

Dated: October 8, 2020

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*