| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Asplundh Construction, LLC<br>Duane Morris, LLP Aron M. Oliner, Geoffrey A. Heaton One Market Plaza Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | 7976 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,043,616.14 (U)<br>$3,043,616.14 (T) | Amended and Superseded | Asplundh Construction, LLC<br>Duane Morris, LLP Aron M. Oliner, Geoffrey A. Heaton One Market Plaza Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | 17001 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,170,913.06 (U)<br>$4,170,913.06 (T) |
| Bauer's Intelligent Transportation<br>Pier 50<br>San Francisco, CA 94158-2193 | 3195 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$264,305.42 (U)<br>$264,305.42 (T) | Amended and Superseded | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416 | 71819 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$264,305.42 (U)<br>$264,305.42 (T) |
| California Department of Parks and Recreation<br>Legal Office Attn: Parveen Kasaree PO Box 94296<br>Sacramento, CA 94296 | 60303 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$472,000.00 (U)<br>$472,000.00 (T) | Amended and Superseded | California Department of Parks and Recreations<br>Legal Office Attn: Parveen Kasraee PO Box 924896<br>Sacramento, CA 94296 | 87625 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$472,000.00 (U)<br>$472,000.00 (T) |
| Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013<br>100% | 59054 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,131,256.94 (U)<br>$10,131,256.94 (T) | Amended and Superseded | Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley<br>New York, NY 10013 | 105589 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,212,879.23 (U)<br>$9,212,879.23 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013<br>100% | 59224 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,067,198.65 (U)<br>$1,067,198.65 (T) | Amended and Superseded | Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. Trading Tower 6th Floor<br>New York, NY 10013 | 77007 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,067,198.65 (U)<br>$1,067,198.65 (T) |
| Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. Trading Tower 6th Floor<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013<br>100% | 61318 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,131,256.94 (U)<br>$10,131,256.94 (T) | Amended and Superseded | Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley<br>New York, NY 10013 | 105589 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,212,879.23 (U)<br>$9,212,879.23 (T) |
| Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013<br>100% | 73730 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,131,256.94 (U)<br>$10,131,256.94 (T) | Amended and Superseded | Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley<br>New York, NY 10013 | 105589 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,212,879.23 (U)<br>$9,212,879.23 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. <br> New York, NY  10013 <br> **Claim Transferred To:** <br> Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. <br> New York, NY  10013 <br> 100% | 75045 | Pacific Gas and Electric Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br><br> $19,605,849.52  (U) <br> $19,605,849.52  (T) | Amended and Superseded | Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. <br> New York, NY  10013 | 96796 | Pacific Gas and Electric Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br><br> $19,605,849.52  (U) <br> $19,605,849.52  (T) |
| Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Floor <br> New York, NY  10013 <br> **Claim Transferred To:** <br> Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Floor <br> New York, NY  10013 <br> 100% | 75297 | PG&E Corporation | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br><br> $10,131,256.94  (U) <br> $10,131,256.94  (T) | Amended and Superseded | Citigroup Financial Products Inc. <br> Attn: Kenneth Keeley <br> New York, NY  10013 | 105589 | Pacific Gas and Electric Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br><br> $9,212,879.23  (U) <br> $9,212,879.23  (T) |
| Citigroup Financial Products Inc. as Transferee of Phillips and Jordan, Incorporated <br> Citigroup Global Markets Attn: Kenneth Keeley 390 Greenwich Street, 4th Floor <br> New York, NY  10013 <br> **Claim Transferred To:** <br> Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 390 Greenwich Street, 4th Floor <br> New York, NY  10013 <br> 100% | 3447 | Pacific Gas and Electric Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br><br> $19,605,849.52  (U) <br> $19,605,849.52  (T) | Amended and Superseded | Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. <br> New York, NY  10013 | 96796 | Pacific Gas and Electric Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br><br> $19,605,849.52  (U) <br> $19,605,849.52  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Diameter Master Fund LP as Transferee of Cowen Special Investments LLC<br>Attn: Christopher Kenny 24 W 40th Street, 5th Fl. 10700 Bigge Avenue<br>New York, NY 10018<br><br>**Claim Transferred To:**<br>Diameter Master Fund LP<br>Attn: Christopher Kenny 24 W 40th Street, 5th Fl.<br>New York, NY 10018<br>100% | 2767 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,472,745.51 (U)<br>$1,472,745.51 (T) | Amended and Superseded | Diameter Master Fund LP as Transferee of Cowen Special Investments LLC<br>Attn: Christopher Kenny 24 W 40th Street, 5th Fl.<br>New York, NY 10018 | 3244 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,472,745.51 (U)<br>$1,472,745.51 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br><br>**Claim Transferred To:**<br>MRC Opportunities Fund I LP – Series C<br>c/o Marble Ridge Capital LP Attn: Kamand Daniels 1250 Broadway, Suite 2601<br>New York, NY 10001<br>Ownership by Invoice | 8954 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,733,996.00 (U)<br>$2,733,996.00 (T) | Amended and Superseded | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br><br>**Claim Transferred To:**<br>Marble Ridge TC LP<br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001<br>Ownership by Invoice | 8954 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,733,996.00 (U)<br>$2,733,996.00 (T) | Amended and Superseded | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br><br>**Claim Transferred To:**<br>Granite Construction Company<br>Jordy Murray 585 West Beach Street | 8954 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,733,996.00 (U)<br>$2,733,996.00 (T) | Amended and Superseded | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| \multicolumn{5}{c|}{CLAIMS TO BE DISALLOWED AND EXPUNGED} | \multicolumn{4}{c}{SURVIVING CLAIMS} |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Watsonville, CA 95076<br>Ownership by Invoice | | | | | | | | |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>Ownership by Invoice | 8957 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,733,996.00 (U)<br>$2,733,996.00 (T) | Amended and Superseded | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>MRC Opportunities Fund I LP – Series C<br>c/o Marble Ridge Capital LP Attn: Kamand Daniels 1250 Broadway, Suite 2601<br>New York, NY 10001<br>Ownership by Invoice | 8957 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,733,996.00 (U)<br>$2,733,996.00 (T) | Amended and Superseded | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>Marble Ridge TC LP<br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001<br>Ownership by Invoice | 8957 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,733,996.00 (U)<br>$2,733,996.00 (T) | Amended and Superseded | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JPMorgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd., NCC5, Floor 01 500 Stanton Christiana Rd., NCC5, Floor 01 Newark, DE 19713 **Claim Transferred To:** JPMorgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd., NCC5, Floor 01 Newark, DE 19713 100% | 9268 | Pacific Gas and Electric Company | $261,775.56 (S) $0.00 (A) $0.00 (P) $2,557.44 (U) $264,333.00 (T) | Amended and Superseded | JPMorgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd., NCC5, Floor 01 Newark, DE 19713 | 88011 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $264,333.00 (U) $264,333.00 (T) |
| JPMorgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd., NCC5, Floor 01 500 Stanton Christiana Rd., NCC5, Floor 01 Newark, DE 19713 **Claim Transferred To:** JPMorgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd., NCC5, Floor 01 Newark, DE 19713 100% | 9351 | Pacific Gas and Electric Company | $16,990.25 (S) $0.00 (A) $0.00 (P) $279,580.75 (U) $296,571.00 (T) | Amended and Superseded | JPMorgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd., NCC5, Floor 01 Newark, DE 19713 | 88010 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $296,571.00 (U) $296,571.00 (T) |
| JPMorgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd., NCC5, Floor 01 500 Stanton Christiana Rd., NCC5, Floor 01 Newark, DE 19713 **Claim Transferred To:** JPMorgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd., NCC5, Floor 01 Newark, DE 19713 100% | 9366 | Pacific Gas and Electric Company | $50,000.00 (S) $0.00 (A) $0.00 (P) $304,038.00 (U) $354,038.00 (T) | Amended and Superseded | JP Morgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd, NCC5 Floor 01 Mail Code DE3-3127 Newark, DE 19713 | 88020 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $354,038.00 (U) $354,038.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br><br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001<br><br>**Claim Transferred To:**<br>MRC Opportunities Fund I LP – Series C<br>c/o Marble Ridge Capital LP Attn: Kamand Daniels 1250 Broadway, Suite 2601<br>New York, NY 10001<br>50% | 2930 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,784,567.74 (U)<br>$2,784,567.74 (T) | Amended and Superseded | Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br><br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001 | 79304 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,784,567.74 (U)<br>$2,784,567.74 (T) |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br><br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001<br><br>**Claim Transferred To:**<br>Marble Ridge TC LP<br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001<br>50% | 2930 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,784,567.74 (U)<br>$2,784,567.74 (T) | Amended and Superseded | Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br><br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001 | 79304 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,784,567.74 (U)<br>$2,784,567.74 (T) |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br><br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001<br><br>**Claim Transferred To:**<br>Marble Ridge TC LP<br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001<br>50% | 3467 | Pacific Gas and Electric Company | $0.00 (S)<br>$769,705.85 (A)<br>$0.00 (P)<br>$3,514,820.05 (U)<br>$4,284,525.90 (T) | Amended and Superseded | Marble Ridge Capital LP as Investment Manager for MRC Opportunities Fund I LP - Series C and Marble Ridge Master Fund LP<br><br>Marble Ridge Capital LP 1250 Broadway Suite 2601<br>New York, NY 10001 | 66927 | Pacific Gas and Electric Company | $0.00 (S)<br>$769,705.85 (A)<br>$0.00 (P)<br>$3,514,820.05 (U)<br>$4,284,525.90 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br><br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001<br><br>**Claim Transferred To:**<br>MRC Opportunities Fund I LP – Series C<br>c/o Marble Ridge Capital LP Attn: General Counsel 1250 Broadway, Suite 2601<br>New York, NY 10001<br>50% | 3467 | Pacific Gas and Electric Company | $0.00 (S)<br>$769,705.85 (A)<br>$0.00 (P)<br>$3,514,820.05 (U)<br>$4,284,525.90 (T) | Amended and Superseded | Marble Ridge Capital LP as Investment Manager for MRC Opportunities Fund I LP - Series C and Marble Ridge Master Fund LP<br><br>Marble Ridge Capital LP 1250 Broadway Suite 2601<br>New York, NY 10001 | 66927 | Pacific Gas and Electric Company | $0.00 (S)<br>$769,705.85 (A)<br>$0.00 (P)<br>$3,514,820.05 (U)<br>$4,284,525.90 (T) |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001 | 61902 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,185,818.00 (U)<br>$13,185,818.00 (T) | Amended and Superseded | Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001 | 89521 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,900,153.00 (U)<br>$12,900,153.00 (T) |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001 | 64138 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,692,495.00 (U)<br>$2,692,495.00 (T) | Amended and Superseded | Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY 10001 | 89895 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,626,792.13 (U)<br>$2,626,792.13 (T) |
| Olympus Peak Master Fund LP as Transferee of Analycorp, Inc.<br>Attn: Leah Silverman<br>New York, NY 10151<br><br>**Claim Transferred To:**<br>Olympus Peak Master Fund LP<br>Attn: Leah Silverman 745 Fifth Avenue Suite 1604<br>New York, NY 10151 | 1082 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$75,000.00 (U)<br>$75,000.00 (T) | Amended and Superseded | OPeak LLC as Transferee of Olympus Peak Master Fund L.P.<br>Attn: Todd Westhus 745 Fifth Avenue Suite 1604<br>New York, NY 10151 | 61531 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$75,000.00 (U)<br>$75,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| 100% | | | | | | | | |
| Rosemount, Inc.<br>8000 Norman Center Dr, Suite 1200<br>Bloomington, MN 55437 | 2718 | Pacific Gas and Electric Company | $0.00 (S)<br>$18,690.13 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$18,690.13 (T) | Amended and Superseded | Rosemount Inc.<br>8000 Norman Center Drive, Suite 1200<br>Bloomington, MN 55437 | 10085 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$378,437.00 (U)<br>$378,437.00 (T) |
| Siemens Industry, Inc.<br>McGuireWoods LLP Attn: Joseph Sheerin Gateway Plaza 800 East Canal Street<br>Richmond, VA 23219 | 64116 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,007.55 (U)<br>$40,007.55 (T) | Amended and Superseded | Siemens Industry, Inc.<br>McGuireWoods LLP Attn: Joseph Sheerin Gateway Plaza 800 East Canal Street<br>Richmond, VA 23219 | 78984 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$61,017.33 (U)<br>$61,017.33 (T) |
| SPCP Group, LLC as Transferee of D P Nicoli Inc<br>Attn: Brian Jarmain 2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>**Claim Transferred To:**<br>SPCP Group, LLC<br>Attn: Brian Jarmain 2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 6830<br>100% | 3367 | PG&E Corporation | $246,762.06 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$246,762.06 (T) | Amended and Superseded | SPCP Group, LLC as transferee of DP Nicoli, Inc.<br>c/o Pryor Cashman LLP Attn: Ronald S. Beacher 7 Times Square<br>New York, NY 10036 | 17258 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$246,762.06 (U)<br>$246,762.06 (T) |
| SPCP Group, LLC as Transferee of Parmeter General Engineers & Services, Inc.<br>Attn: Operations<br>Greenwich, CT 06830<br>**Claim Transferred To:**<br>SPCP Group, LLC<br>Attn: General Counsel Mail Code: 11084 P.O. Box 70280<br>Philadelphia, PA 19176-0280<br>100% | 1328 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,291,026.00 (U)<br>$1,291,026.00 (T) | Amended and Superseded | SPCP Group, LLC as Transferee of Parmeter General Engineers & Services, Inc.<br>Attn: Operations<br>Greenwich, CT 06830 | 3255 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,291,026.00 (U)<br>$1,291,026.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Sunbelt Rentals, Inc. Attn: Tonya Piodela 7626 NE Killingsworth Portland, OR 97218 | 78131 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $67,575.28 (U) $67,575.28 (T) | Amended and Superseded | Sunbelt Rentals, Inc. Attn: Tonya Piodela 7626 NE Killingsworth St Portland, OR 97218 | 106236 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $174,277.11 (U) $174,277.11 (T) |
| TRC Master Fund LLC as Transferee of B&B Plumbing & Construction Inc Attn: Terrel Ross Woodmere, NY 11598 **Claim Transferred To:** TRC Master Fund LLC Attn: Terrel Ross PO Box 633 Woodmere, NY 11598 100% | 2733 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $16,181.93 (U) $16,181.93 (T) | Amended and Superseded | TRC Master Fund LLC as Transferee of B&B Plumbing & Construction Inc Attn: Terrel Ross Woodmere, NY 11598 | 87633 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $23,797.90 (U) $23,797.90 (T) |
| TRC Master Fund LLC as Transferee of B&B Plumbing & Construction Inc Attn: Terrel Ross Woodmere, NY 11598 **Claim Transferred To:** TRC Master Fund LLC Attn: Terrel Ross PO Box 633 Woodmere, NY 11598 100% | 16919 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $9,450.00 (U) $9,450.00 (T) | Amended and Superseded | TRC Master Fund LLC as Transferee of B&B Plumbing & Construction Inc Attn: Terrel Ross Woodmere, NY 11598 | 87633 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $23,797.90 (U) $23,797.90 (T) |
| VonWin Capital Management, L.P. as Transferee of Craig Communications Inc. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 **Claim Transferred To:** VonWin Capital Management, LP Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 100% | 1743 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $12,850.00 (P) $39,876.60 (U) $52,726.60 (T) | Amended and Superseded | VonWin Capital Management, L.P. as Transferee of Craig Communications Inc. Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 | 3751 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $41,007.84 (P) $0.00 (U) $41,007.84 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 1303 | Pacific Gas and Electric Company | $46,668.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $46,668.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 64429 | Pacific Gas and Electric Company | $46,668.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $46,668.00 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 1306 | Pacific Gas and Electric Company | $52,872.30 (S) $0.00 (A) $0.00 (P) $0.00 (U) $52,872.30 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 67885 | Pacific Gas and Electric Company | $52,872.30 (S) $0.00 (A) $0.00 (P) $0.00 (U) $52,872.30 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 1335 | Pacific Gas and Electric Company | $343,500.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $343,500.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) & WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 66481 | Pacific Gas and Electric Company | $343,500.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $343,500.00 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 1338 | Pacific Gas and Electric Company | $18,600.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $18,600.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 66147 | Pacific Gas and Electric Company | $18,600.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $18,600.00 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 1365 | Pacific Gas and Electric Company | $261,010.41 (S) $0.00 (A) $0.00 (P) $0.00 (U) $261,010.41 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 70902 | Pacific Gas and Electric Company | $261,010.40 (S) $0.00 (A) $0.00 (P) $0.00 (U) $261,010.40 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2773 | Pacific Gas and Electric Company | $7,725.60 (S) $0.00 (A) $0.00 (P) $0.00 (U) $7,725.60 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 70946 | Pacific Gas and Electric Company | $7,725.60 (S) $0.00 (A) $0.00 (P) $0.00 (U) $7,725.60 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2777 | Pacific Gas and Electric Company | $140,330.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $140,330.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 69412 | Pacific Gas and Electric Company | $140,330.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $140,330.00 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2779 | Pacific Gas and Electric Company | $42,957.51 (S) $0.00 (A) $0.00 (P) $0.00 (U) $42,957.51 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 72184 | Pacific Gas and Electric Company | $42,957.51 (S) $0.00 (A) $0.00 (P) $0.00 (U) $42,957.51 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2782 | Pacific Gas and Electric Company | $49,816.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $49,816.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 68960 | Pacific Gas and Electric Company | $49,816.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $49,816.00 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2792 | Pacific Gas and Electric Company | $1,430,199.25 (S) $0.00 (A) $0.00 (P) $0.00 (U) $1,430,199.25 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 71205 | Pacific Gas and Electric Company | $1,430,199.25 (S) $0.00 (A) $0.00 (P) $0.00 (U) $1,430,199.25 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2822 | Pacific Gas and Electric Company | $134,595.40 (S) $0.00 (A) $0.00 (P) $0.00 (U) $134,595.40 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 67767 | Pacific Gas and Electric Company | $134,595.40 (S) $0.00 (A) $0.00 (P) $0.00 (U) $134,595.40 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2823 | Pacific Gas and Electric Company | $63,660.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $63,660.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 71225 | Pacific Gas and Electric Company | $63,660.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $63,660.00 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 2824 | Pacific Gas and Electric Company | $34,272.04 (S) $0.00 (A) $0.00 (P) $0.00 (U) $34,272.04 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) & WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 67756 | Pacific Gas and Electric Company | $34,272.04 (S) $0.00 (A) $0.00 (P) $0.00 (U) $34,272.04 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2825 | Pacific Gas and Electric Company | $25,600.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $25,600.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 67758 | Pacific Gas and Electric Company | $25,600.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $25,600.00 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2826 | Pacific Gas and Electric Company | $90,500.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $90,500.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 71217 | Pacific Gas and Electric Company | $90,500.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $90,500.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2827 | Pacific Gas and Electric Company | $65,500.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $65,500.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 71790 | Pacific Gas and Electric Company | $65,500.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $65,500.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 1337 | Pacific Gas and Electric Company | $294,500.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $294,500.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 67715 | Pacific Gas and Electric Company | $294,500.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $294,500.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste. 300 Minneapolis, MN 55416 | 1340 | Pacific Gas and Electric Company | $51,375.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $51,375.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 70889 | Pacific Gas and Electric Company | $51,375.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $51,375.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 1342 | Pacific Gas and Electric Company | $489,050.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $489,050.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 69370 | Pacific Gas and Electric Company | $489,050.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $489,050.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 1343 | Pacific Gas and Electric Company | $105,225.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $105,225.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 70932 | Pacific Gas and Electric Company | $105,225.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $105,225.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 1370 | Pacific Gas and Electric Company | $34,350.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $34,350.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 69388 | Pacific Gas and Electric Company | $34,350.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $34,350.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 1482 | Pacific Gas and Electric Company | $18,920.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $18,920.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 69381 | Pacific Gas and Electric Company | $18,920.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $18,920.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2776 | Pacific Gas and Electric Company | $447,004.15 (S) $0.00 (A) $0.00 (P) $0.00 (U) $447,004.15 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 70113 | Pacific Gas and Electric Company | $447,004.15 (S) $0.00 (A) $0.00 (P) $0.00 (U) $447,004.15 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2778 | Pacific Gas and Electric Company | $232,012.43 (S) $0.00 (A) $0.00 (P) $0.00 (U) $232,012.43 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 70938 | Pacific Gas and Electric Company | $232,012.43 (S) $0.00 (A) $0.00 (P) $0.00 (U) $232,012.43 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2780 | Pacific Gas and Electric Company | $86,322.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $86,322.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) & WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 71195 | Pacific Gas and Electric Company | $86,322.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $86,322.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2781 | Pacific Gas and Electric Company | $14,968.95 (S) $0.00 (A) $0.00 (P) $0.00 (U) $14,968.95 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 71171 | Pacific Gas and Electric Company | $14,968.95 (S) $0.00 (A) $0.00 (P) $0.00 (U) $14,968.95 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2791 | Pacific Gas and Electric Company | $310,299.20 (S) $0.00 (A) $0.00 (P) $0.00 (U) $310,299.20 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 70960 | Pacific Gas and Electric Company | $310,299.20 (S) $0.00 (A) $0.00 (P) $0.00 (U) $310,299.20 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2793 | Pacific Gas and Electric Company | $214,117.96 (S) $0.00 (A) $0.00 (P) $0.00 (U) $214,117.96 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 67687 | Pacific Gas and Electric Company | $214,117.96 (S) $0.00 (A) $0.00 (P) $0.00 (U) $214,117.96 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2819 | Pacific Gas and Electric Company | $76,123.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $76,123.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 67757 | Pacific Gas and Electric Company | $76,123.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $76,123.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2844 | Pacific Gas and Electric Company | $19,413.70 (S) $0.00 (A) $0.00 (P) $0.00 (U) $19,413.70 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 67761 | Pacific Gas and Electric Company | $19,413.70 (S) $0.00 (A) $0.00 (P) $0.00 (U) $19,413.70 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2927 | Pacific Gas and Electric Company | $4,329,640.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $4,329,640.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) & WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 67783 | Pacific Gas and Electric Company | $4,329,640.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $4,329,640.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Eighteenth Omnibus Objection | Exhibit 1 | PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Multi Strategy Partners, LP as Transferee of Surf To Snow Environmental Resource Management<br>Attn: Chris Hardy 3033 Excelsior Blvd, Ste 300 221 Sansome Street, Third Flr<br>Minneapolis, MN 55416 | 2548 | Pacific Gas and Electric Company | $0.00 (S)<br>$328,449.47 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$328,449.47 (T) | Amended and Superseded | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Suite 43W<br>Minneapolis, MN 55416 | 69010 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) |
| Whitebox Multi Strategy Partners, LP as Transferee of Surf To Snow Environmental Resource Management<br>Attn: Chris Hardy 3033 Excelsior Blvd, Ste 300 221 Sansome Street, Third Floor<br>Minneapolis, MN 55416 | 3065 | Pacific Gas and Electric Company | $0.00 (S)<br>$328,449.47 (A)<br>$0.00 (P)<br>$388,509.44 (U)<br>$716,958.91 (T) | Amended and Superseded | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Suite 43W<br>Minneapolis, MN 55416 | 69010 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Allison Sierra, Inc.<br>c/o Whitebox Advisors<br>Minneapolis, MN 55416-4675 | 2438 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$588,105.00 (U)<br>$588,105.00 (T) | Amended and Superseded | WBox 2019-6 LLC as Transferee of Allison Sierra, Inc<br>c/o Whitebox Advisors<br>Minneapolis, MN 55416 | 57966 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$606,392.00 (U)<br>$606,392.00 (T) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Allison Sierra, Inc.<br>c/o Whitebox Advisors<br>Minneapolis, MN 55416-4675 | 8127 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$588,105.00 (U)<br>$588,105.00 (T) | Amended and Superseded | WBox 2019-6 LLC as Transferee of Allison Sierra, Inc<br>c/o Whitebox Advisors<br>Minneapolis, MN 55416 | 57966 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$606,392.00 (U)<br>$606,392.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 18
Case: 19-30088    Doc# 9263-1    Filed: 10/08/20    Entered: 10/08/20 20:01:02    Page 18 of 19

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Picarro, Inc. Attn: Scott Specken Minneapolis, MN 55416 | 2200 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $750,000.00 (U) $750,000.00 (T) | Amended and Superseded | WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 70068 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $750,000.00 (U) $750,000.00 (T) |
| Whitebox Relative Value Partners, LP as Transferee of Tetra Tech Inc Attn: Scott Specken Minneapolis, MN 55416-4675 | 19896 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $401,362.01 (U) $401,362.01 (T) | Amended and Superseded | WBox 2019-7 LLC c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 88570 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $401,362.01 (U) $401,362.01 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".