| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| 3 Day Blinds, LLC<br><br>167 Technology Drive<br>Irvine, CA 92618 | 1273 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,995.25 (U)<br>$53,995.25 (T) | Duplicative Claims (Identical) | Rocky Point Claims LLC as Transferee of 3 Day Blinds, LLC<br>Attn: Edward Waters P.O. Box 165<br>Norwalk, CT 06853 | 1350 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,995.25 (U)<br>$53,995.25 (T) |
| Aguayo, Jr., Gustavo<br>Carlson & Johnson, LLP 2107 N. Broadway, Suite 309<br>Santa Ana, CA 92706-2634 | 35525 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Duplicative Claims (Identical) | Aguayo, Jr., Gustavo<br>Carlson & Johnson, LLP 2107 N. Broadway, Suite 309<br>Santa Ana, CA 92706-2634 | 30988 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9th Floor<br>New York, NY 10036<br>100% | 2739 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,730.00 (U)<br>$1,730.00 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9th Floor<br>New York, NY 10036<br>100% | 2744 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,180.00 (U)<br>$3,180.00 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9th Floor<br>New York, NY 10036<br>100% | 2747 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,012.50 (U)<br>$1,012.50 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9th Floor<br>New York, NY 10036<br>100% | 2750 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,726.25 (U)<br>$4,726.25 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9th Floor<br>New York, NY 10036<br>100% | 2751 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,310.00 (U)<br>$2,310.00 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9th Floor<br>New York, NY 10036<br>100% | 2752 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$562.50 (U)<br>$562.50 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9th Floor<br>New York, NY 10036<br>100% | 2758 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,605.00 (U)<br>$1,605.00 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9th Floor<br>New York, NY 10036<br>100% | 2760 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$672.50 (U)<br>$672.50 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |
| Avila, Yolanda<br>7050 E. Huntsman Ave.<br>Selma, CA 93662 | 4325 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$649.00 (U)<br>$649.00 (T) | Duplicative Claims (Identical) | Avila, Yolanda<br>7050 E. Huntsman Ave.<br>Selma, CA 93662 | 3009 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$649.00 (U)<br>$649.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| BESS TESTLAB INC<br>2463 TRIPALDI WAY<br>HAYWARD, CA 94545 | 105572 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$102,324.18 (U)<br>$102,324.18 (T) | Duplicative Claims (Partially Identical) | BESS TESTLAB INC<br>2463 TRIPALDI WAY<br>HAYWARD, CA 94545 | 105541 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$146,387.68 (U)<br>$146,387.68 (T) |
| Burney Forest Products, A Joint Venture<br>35586-B Highway 299 East<br>Burney, CA 96013 | 53844 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,057,863.74 (U)<br>$2,057,863.74 (T) | Duplicative Claims (Substantively Identical) | Burney Forest Products, A Joint Venture<br>Burney Forest Products Mr. Kraig Strauch<br>35586-B Hwy 299 East<br>Burney, CA 96013 | 2255 | Pacific Gas and Electric Company | $0.00 (S)<br>$1,445,235.51 (A)<br>$0.00 (P)<br>$612,628.23 (U)<br>$2,057,863.74 (T) |
| Cardenas, Jason<br>PO Box 8<br>Coalinga, CA 93210 | 7950 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,442.00 (U)<br>$34,442.00 (T) | Duplicative Claims (Identical) | Cardenas, Jason<br>PO Box 8<br>Coalinga, CA 93210 | 1362 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,442.00 (U)<br>$34,442.00 (T) |
| CHERNOH EXCAVATING INC<br>PO BOX 426 9730 LEE BARR RD<br>Lower Lake, CA 95457 | 3858 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,600.00 (U)<br>$26,600.00 (T) | Duplicative Claims (Identical) | CHERNOH EXCAVATING, INC.<br>PO BOX 426<br>LOWER LAKE, CA 95457 | 1774 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,600.00 (U)<br>$26,600.00 (T) |
| City Wide Property Services, Inc.<br>3054 Gold Canal Drive<br>Rancho Cordova, CA 95670 | 4428 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,625.20 (U)<br>$9,625.20 (T) | Duplicative Claims (Identical) | City Wide Property Services, Inc.<br>3054 Gold Canal Drive<br>Rancho Cordova, CA 95670 | 3260 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,625.20 (U)<br>$9,625.20 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Cold-Tech Refrigeration, Inc<br>65 N 30th Street<br>Las Vegas, NV 89101 | 1799 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,535.84 (U)<br>$2,535.84 (T) | Duplicative Claims (Partially Identical) | Cold-Tech Refrigeration, Inc<br>PO Box 33686<br>Las Vegas, NV 89133-3686 | 5155 | PG&E Corporation | $3,200.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,535.84 (U)<br>$5,735.84 (T) |
| County of San Mateo<br>455 County Center<br>Redwood City, CA 94063 | 2600 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,912.84 (U)<br>$3,912.84 (T) | Duplicative Claims (Identical) | COUNTY OF SAN MATEO<br>455 COUNTY CENTER 3RD FLOOR<br>REDWOOD CITY, CA 94063 | 2565 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,912.84 (U)<br>$3,912.84 (T) |
| ERNIE & SONS SCAFFOLDING INC<br>ATTENTION: JOHN SOTO 1960 OLIVERA RD<br>CONCORD, CA 94520 | 6967 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,718.20 (U)<br>$63,718.20 (T) | Duplicative Claims (Identical) | ERNIE & SONS SCAFFOLDING DBA UNIQUE SCAFFOLD<br>1960 OLIVERA RD<br>CONCORD, CA 94520 | 2628 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,718.20 (U)<br>$63,718.20 (T) |
| HEARTWOOD STUDIOS INC<br>2121 S EL CAMINO REAL, STE 100<br>SAN MATEO, CA 94403-1859 | 3615 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,975.00 (U)<br>$63,975.00 (T) | Duplicative Claims (Identical) | HEARTWOOD STUDIOS INC<br>2121 S EL CAMINO REAL, STE 100<br>SAN MATEO, CA 94403-1859 | 2299 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,975.00 (U)<br>$63,975.00 (T) |
| Ken and Carol Link (Digger Creek Ranch Hydroelectric)<br>Attn: Ken Link DIGGER CREEK HYDRO 13895 Spring Valley Road<br>Morgan Hill, CA 95037 | 3995 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,896.82 (U)<br>$17,896.82 (T) | Duplicative Claims (Substantively Identical) | Link, Kenneth or Carol<br>13895 Spring Valley Rd.<br>Morgan Hill, CA 95037 | 1571 | Pacific Gas and Electric Company | $0.00 (S)<br>$13,011.50 (A)<br>$0.00 (P)<br>$4,885.32 (U)<br>$17,896.82 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Marble Ridge Capital LP as Investment Manager for MRC Opportunities Fund I LP - Series C and Marble Ridge Master Fund LP<br><br>Kamand Daniels General Counsel/Chief Compliance Officer 1250 Broadway, Suite 2601<br><br>New York, NY 10001<br><br>**Claim Transferred To:**<br>Marble Ridge Capital LP<br>Kamand Daniels General Counsel/Chief Compliance Officer 1250 Broadway, Suite 2601<br>New York, NY 10001<br>100% | 60066 | Pacific Gas and Electric Company | $0.00 (S)<br>$769,705.85 (A)<br><br>$0.00 (P)<br><br>$3,514,820.05 (U)<br>$4,284,525.90 (T) | Duplicative Claims (Identical) | Marble Ridge Capital LP as Investment Manager for MRC Opportunities Fund I LP - Series C and Marble Ridge Master Fund LP<br><br>Marble Ridge Capital LP 1250 Broadway Suite 2601<br><br>New York, NY 10001 | 66927 | Pacific Gas and Electric Company | $0.00 (S)<br>$769,705.85 (A)<br><br>$0.00 (P)<br><br>$3,514,820.05 (U)<br>$4,284,525.90 (T) |
| Margie Thompson, Linda Thompson and Ovamte Kendall<br><br>Law Office of Susan Kang Gordon Susan Y. Kang Gordon, Esq. 21C Orinda Way #162<br><br>Orinda, CA 94563 | 77375 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br><br>$0.00 (P)<br><br>$565,393.00 (U)<br>$565,393.00 (T) | Duplicative Claims (Identical) | Margie Thompson, Linda Thompson and Ovamte Kendall<br><br>Law Office of Susan Kang Gordon Susan Y. Kang Gordon, Esq. 21C Orinda Way #162<br><br>Orinda, CA 94563 | 77417 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br><br>$0.00 (P)<br><br>$565,396.00 (U)<br>$565,396.00 (T) |
| Marotta, Paul<br>1342 Rollins Road<br>Burlingame, CA 94010 | 5068 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100.00 (U)<br>$100.00 (T) | Duplicative Claims (Substantively Identical) | Marotta, Paul<br>1342 Rollins Road<br>Burlingame, CA 94010 | 1070 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$100.00 (P)<br>$0.00 (U)<br>$100.00 (T) |
| Newcomb Tree Experts Inc.<br>PO Box 390848<br>Mountain View, CA 94039 | 2540 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$126,057.56 (U)<br>$126,057.56 (T) | Duplicative Claims (Partially Identical) | Newcomb Tree Experts Inc<br>5112 Everglades Park Dr<br>Fremont, CA 94538 | 92606 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$220,858.69 (U)<br>$220,858.69 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Orozco, Lizette<br>6804 Doncaster Ave<br>Bakersfield, CA 93307-8840 | 4117 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$398.44 (U)<br>$398.44 (T) | Duplicative Claims (Substantively Identical) | Orozco, Lizette<br>6804 Doncaster Ave<br>Bakersfield, CA 93307-8840 | 7808 | Pacific Gas and Electric Company | $398.44 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$398.44 (T) |
| Perry, Edgar<br>2540 Market Ave<br>San Pablo, CA 94806-4542 | 92615 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000.00 (U)<br>$3,000.00 (T) | Duplicative Claims (Identical) | Perry, Edgar<br>2540 Market Avenue<br>San Pablo, CA 94806-4542 | 106158 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000.00 (U)<br>$3,000.00 (T) |
| Rodgers, Angela<br>Gary Praglin Cotchett Pire & McCarthy LLP<br>2716 Ocean Park Blvd. #3088<br>Santa Monica, CA 90405 | 56866 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,250,000.00 (U)<br>$1,250,000.00 (T) | Duplicative Claims (Identical) | Rodgers, Andrea<br>Cotchett Pire & McCarthy LLP Gary Praglin<br>2716 Ocean Park Blvd. #3088<br>Santa Monica, CA 90405 | 31029 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,250,000.00 (U)<br>$1,250,000.00 (T) |
| SPCP Group, LLC as Transferee of Daleo, Inc<br>Attn: Brian Jarmain and Operations 2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>**Claim Transferred To:**<br>SPCP Group, LLC<br>Attn: Chris Wahl Mail Code: 11084 PO Box 70280<br>Philadelphia, PA 19176-0280<br>100% | 3231 | Pacific Gas and Electric Company | $636,889.71 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,537.07 (U)<br>$663,426.78 (T) | Duplicative Claims (Identical) | SPCP Group, LLC as Transferee of Daleo, Inc<br>Attn: Brian Jarmain and Operations 2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830 | 3221 | Pacific Gas and Electric Company | $636,889.71 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,537.07 (U)<br>$663,426.78 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| SPCP Group, LLC as transferee of Parameter General Engineers & Services, Inc.<br>SPCP Group, LLC c/o Pryor Cashman LLP Attn: Ronald S. Beacher 7 Times Square New York, NY 10036<br>**Claim Transferred To:**<br>SPCP Group, LLC<br>Mail Code 11084 PO Box 70280<br>Philadelphia, PA 19176-0280<br>100% | 27374 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,291,026.00 (U)<br>$1,291,026.00 (T) | Duplicative Claims (Identical) | SPCP Group, LLC as Transferee of Parmeter General Engineers & Services, Inc.<br>Attn: Operations<br>Greenwich, CT 06830 | 3255 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,291,026.00 (U)<br>$1,291,026.00 (T) |
| Spectrum Properties Inc.<br>Twi Irons 411 Davis Street, Suite 102<br>VACAVILLE, CA 95688 | 87066 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$54,769.94 (U)<br>$54,769.94 (T) | Duplicative Claims (Substantively Identical) | Spectrum Properties Inc.<br>Twi Irons 411 Davis Street, Suite 102<br>Vacaville, CA 95688 | 61242 | PG&E Corporation | $54,769.94 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$54,769.94 (T) |
| Union Sanitary District<br>Shawn Nesgis 5072 Benson Road<br>Union City, CA 94587 | 57214 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$85,368.48 (U)<br>$85,368.48 (T) | Duplicative Claims (Identical) | Union Sanitary District<br>Shawn Nesgis 5072 Benson Road<br>Union City, CA 94587 | 1535 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$85,368.48 (U)<br>$85,368.48 (T) |
| VAN DYKEN EVERETT<br>3611 RIDGEWOOD RD<br>WILLITS, CA 95490 | 4139 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | Duplicative Claims (Identical) | Dyken, Everett Van<br>3611 Ridgewood Road<br>Willits, CA 95490 | 2035 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000.00 (U)<br>$2,000.00 (T) |
| VonWin Capital Management, L.P. as Transferee of Solarenewal, LLC<br>Attn: General Counsel 261 Fifth Avenue, 22nd Floor<br>New York, NY 10016<br>**Claim Transferred To:**<br>VonWin Capital Management, LP | 30961 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$495,748.80 (U)<br>$495,748.80 (T) | Duplicative Claims (Partially Identical) | VONWIN CAPITAL MANAGEMENT, LP<br>261 Fifth Avenue, 22nd Floor<br>NEW YORK, NY 10016 | 57976 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$565,896.96 (U)<br>$565,896.96 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Attn: General Counsel 261 Fifth Avenue, 22nd Floor<br>New York, NY 10016<br>100% | | | | | | | | |
| W. Bradley Electric, Inc.<br>Attn: Ralph Greenwood 90 Hill Road<br>Novato, CA 94945 | 67705 | PG&E Corporation | $232,284.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$796,654.60 (U)<br>$1,028,938.64 (T) | Duplicative Claims (Identical) | W. Bradley Electric, Inc.<br>Attn: Ralph Greenwood 90 Hill Road<br>Novato, CA 94945 | 67191 | PG&E Corporation | $232,284.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$796,654.60 (U)<br>$1,028,938.64 (T) |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416 | 59735 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | Duplicative Claims (Identical) | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416 | 70068 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416 | 59736 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) | Duplicative Claims (Identical) | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500 Suite 43W<br>Minneapolis, MN 55416 | 69010 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416<br>**Claim Transferred To:**<br>WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416<br>100% | 72104 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$165,053.33 (U)<br>$165,053.33 (T) | Duplicative Claims (Substantively Identical) | Whitebox Multi-Strategy Partners, LP as Transferee of Sentinel Peak Resources California LLC<br>Attn: Keith Fischer 3033 Excelsior Blvd., Ste 300<br>Minneapolis, MN 55416 | 1545 | Pacific Gas and Electric Company | $0.00 (S)<br>$49,195.23 (A)<br>$0.00 (P)<br>$115,858.10 (U)<br>$165,053.33 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| WELDSTAR COMPANY<br>ATTN: MATT STEPHENS 1750 MITCHELL RD.<br>AURORA, IL 60505 | 4196 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,058.30 (U)<br>$4,058.30 (T) | Duplicative Claims (Substantively Identical) | WELDSTAR COMPANY<br>ATTN: MATT STEPHENS 1100 HAMILTON AVE.<br>UNIVERSITY PARK, IL 60484 | 1795 | Pacific Gas and Electric Company | $0.00 (S)<br>$4,058.30 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,058.30 (T) |
| WESTERN WEATHER GROUP INC<br>686 RIO LINDO AVE<br>CHICO, CA 95926 | 4159 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$743.49 (U)<br>$743.49 (T) | Duplicative Claims (Identical) | Western Weather Group, Inc<br>Don Schukraft 686 Rio Lindo Ave<br>Chico, CA 95926 | 2055 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$743.49 (U)<br>$743.49 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".