| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ADVANCED UTILITY SOLUTIONS INC<br>8080 SANTA TERESA BLVD STE 230<br>GILROY, CA 95020 | 3849 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,335.00 (U)<br>$21,335.00 (T) | Incorrect Debtor<br>(Substantively Identical) | Advanced Utility Solutions, Inc.<br>8080 Santa Teresa Blvd #230<br>Gilroy, CA 95020 | 2056 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,355.49 (U)<br>$21,355.49 (T) |
| Air, Weather & Sea Conditions, Inc.<br>Jay Rosenthal, President / CEO P.O. Box 512<br>Pacific Palisades, CA 90272 | 105759 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,008.00 (U)<br>$8,008.00 (T) | Incorrect Debtor<br>(Substantively Identical) | Air, Weather & Sea Conditions, Inc.<br>P.O. Box 512<br>Pacific Palisades, CA 90272 | 105760 | Pacific Gas and Electric Company | $8,008.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,008.00 (T) |
| Bestwall LLC<br>Attn: J. Joel Mercer, Jr. 133 Peachtree Street, N.E.<br>Atlanta, GA 30303 | 65587 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Incorrect Debtor<br>(Identical) | Bestwall LLC<br>Attn: J. Joel Mercer, Jr. 133 Peachtree Street, N.E.<br>Atlanta, GA 30303 | 65524 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| BPS SUPPLY GROUP<br>P.O. BOX 639<br>BAKERSFIELD, CA 93302 | 4137 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,611.66 (U)<br>$12,611.66 (T) | Incorrect Debtor<br>(Substantively Identical) | BPS Supply Group<br>3301 Zachary Ave<br>Shafter, CA 93263 | 1566 | Pacific Gas and Electric Company | $0.00 (S)<br>$11,739.10 (A)<br>$0.00 (P)<br>$872.56 (U)<br>$12,611.66 (T) |
| Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013<br>100% | 105588 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,212,879.23 (U)<br>$9,212,879.23 (T) | Incorrect Debtor<br>(Identical) | Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley<br>New York, NY 10013 | 105589 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,212,879.23 (U)<br>$9,212,879.23 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Community Choice Financial<br>6785 Bobcat Way<br>Dublin, OH 43016 | 1357 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,430.54 (U)<br>$2,430.54 (T) | Incorrect Debtor (Substantively Identical) | Community Choice Financial<br>6785 Bobcat Way<br>Dublin, OH 43016 | 3505 | PG&E Corporation | $0.00 (S)<br>$2,430.54 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,430.54 (T) |
| FORD, SADIE M<br>5526 MORSE DRIVE<br>OAKLAND, CA 94605 | 19916 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,900.00 (U)<br>$8,900.00 (T) | Incorrect Debtor (Substantively Identical) | FORD, SADIE M<br>5526 MORSE DRIVE<br>OAKLAND, CA 94605 | 1178 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$2,850.00 (P)<br>$6,050.00 (U)<br>$8,900.00 (T) |
| Gowan Construction Company, Inc.<br>Cooper, White & Cooper LLP Peter C. Califano, Esq. 201 California Street, 17th Floor<br>San Francisco, CA 94111 | 64156 | PG&E Corporation | $58,784.74 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,045,679.94 (U)<br>$1,104,464.68 (T) | Incorrect Debtor (Identical) | Gowan Construction Company, Inc.<br>Cooper, White & Cooper LLP Peter C. Califano, Esq. 201 California Street, 17th Floor<br>San Francisco, CA 94111 | 60490 | Pacific Gas and Electric Company | $58,784.74 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,045,697.94 (U)<br>$1,104,482.68 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>Ownership by Invoice | 92620 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) | Incorrect Debtor (Identical) | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>MRC Opportunities Fund I LP – Series C<br>c/o Marble Ridge Capital LP Attn: Kamand | 92620 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) | Incorrect Debtor (Identical) | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Daniels 1250 Broadway, Suite 2601<br>New York, NY 10001<br>Ownership by Invoice | | | | | | | | |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>Marble Ridge TC LP<br>Kamand Daniels c/o Marble Ridge Capital LP<br>1250 Broadway, Suite 2601<br>New York, NY 10001<br>Ownership by Invoice | 92620 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) | Incorrect Debtor (Identical) | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |
| Humboldt Bay Municipal Water District<br>828 7th Street<br>Eureka, CA 95501-1114 | 2224 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$77,135.03 (U)<br>$77,135.03 (T) | Incorrect Debtor (Substantively Identical) | Humboldt Bay Municipal Water District<br>828 7th Street<br>Eureka, CA 95501-1114 | 2148 | Pacific Gas and Electric Company | $0.00 (S)<br>$57,329.60 (A)<br>$0.00 (P)<br>$19,805.43 (U)<br>$77,135.03 (T) |
| Integrated Industrial Supply, Inc.<br>P.O.Box 7410<br>Santa Maria, CA 93456 | 1672 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,135.44 (U)<br>$27,135.44 (T) | Incorrect Debtor (Substantively Identical) | Integrated Industrial Supply, Inc.<br>P.O.Box 7410<br>Santa Maria, CA 93456 | 1574 | Pacific Gas and Electric Company | $0.00 (S)<br>$23,906.08 (A)<br>$0.00 (P)<br>$3,229.36 (U)<br>$27,135.44 (T) |
| Jimenez, Liliana<br>c/o Law Office of James Bachan Attn: James Bachan, Esq. 2648 International Blvd., Ste. 801<br>Oakland, CA 94601 | 87631 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Incorrect Debtor (Substantively Identical) | Jimenez, Liliana<br>c/o Law Office of James Bachan Attn: James Bachan, Esq.<br>Oakland, CA 94601 | 3571 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000,000.00 (U)<br>$10,000,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Motahari-Fard, Saeedeh<br>Law Offices of Steven D. Hoffman Attn: Saeedeh Motahari-Fard 563 South Murphy Avenue<br>Sunnyvale, CA 94086 | 3883 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,567.00 (U)<br>$31,567.00 (T) | Incorrect Debtor (Identical) | Motahari-Fard, Saeedeh<br>Law Offices of Steven D. Hoffman Attn: Saeedeh Motahari-Fard<br>Sunnyvale, CA 94086 | 3882 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,576.00 (U)<br>$31,576.00 (T) |
| Rutenburg, Maria<br>930 Far Creek Way<br>Redwood City, CA 94062 | 3647 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Incorrect Debtor (Substantively Identical) | Rutenburg, Maria<br>930 Far Creek Way<br>Redwood City, CA 94062 | 3650 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$2,850.00 (P)<br>$2,150.00 (U)<br>$5,000.00 (T) |
| STAAR, MONICA<br>PO BOX 128<br>ANGELS CAMP, CA 95222 | 86862 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,740.00 (U)<br>$7,740.00 (T) | Incorrect Debtor (Substantively Identical) | STAAR, MONICA<br>PO BOX 128<br>ANGELS CAMP, CA 95222 | 86898 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$2,850.00 (P)<br>$4,890.00 (U)<br>$7,740.00 (T) |
| Starkey, Jennifer G.<br>4541 E. Dakota Ave.<br>Fresno, CA 93726 | 3909 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,070.00 (U)<br>$7,070.00 (T) | Incorrect Debtor (Substantively Identical) | Starkey, Jennifer G.<br>4541 E. Dakota Ave.<br>Fresno, CA 93726 | 4668 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$7,070.00 (P)<br>$0.00 (U)<br>$7,070.00 (T) |
| State Farm General Insurance Company<br>Attn: Jordab B Everakes Grotefeld Hoffman, L.L.P.<br>Larkspur, CA 94939 | 58088 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,237,034.46 (U)<br>$2,237,034.46 (T) | Incorrect Debtor (Identical) | State Farm General Insurance Company<br>Attn: Jordab B Everakes Grotefeld Hoffman, L.L.P.<br>Larkspur, CA 94939 | 58302 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,327,034.46 (U)<br>$2,327,034.46 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Travelers Casualty Insurance Company of America<br><br>The Travelers Indemnity Company c/o Mary C. Duffy Boardman Executive Counsel 1 Tower Square, 0000-08MS<br><br>Hartford, CT  06183 | 60262 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br><br>$267,913.71  (U)<br>$267,913.71  (T) | Incorrect Debtor (Partially Identical) | Travelers Casualty Insurance Company of America<br><br>The Travelers Indemnity Company c/o Mary C. Duffy Boardman Executive Counsel - Corporate Litigation One Tower Square 0000-08MSA<br><br>Hartford, CT  6183 | 103956 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br><br>$291,672.08  (U)<br>$291,672.08  (T) |
| Vedder Price P.C.<br>Michael R. Mulcahy 222 N. LaSalle Street, Suite 2400<br>Chicago, IL  60601 | 1227 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br><br>$21,900.00  (U)<br>$21,900.00  (T) | Incorrect Debtor (Identical) | Vedder Price P.C.<br>Michael R. Mulcahy 222 N. LaSalle Street, Suite 2400<br>Chicago, IL  60601 | 1234 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br><br>$21,900.00  (U)<br>$21,900.00  (T) |
| Whitebox Multi-Strategy Partners, LP<br>Andrew M. Thau Whitebox Advisors LLC 280 Park Avenue, Suite 43W<br>New York, NY  10017 | 68840 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br><br>$716,958.91  (U)<br>$716,958.91  (T) | Incorrect Debtor (Identical) | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Suite 43W<br>Minneapolis, MN  55416 | 69010 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br><br>$716,958.91  (U)<br>$716,958.91  (T) |
| Whitebox Multi-Strategy Partners, LP<br><br>Andrew M. Thau Whitebox Advisors LLC 280 Park Avenue, Suite 43W<br>New York, NY  10017 | 71743 | PG&E Corporation | $0.00  (S)<br>$0.00  (A)<br><br>$0.00  (P)<br><br>$165,053.33  (U)<br>$165,053.33  (T) | Incorrect Debtor (Substantively Identical) | Whitebox Multi-Strategy Partners, LP as Transferee of Sentinel Peak Resources California LLC<br>Attn: Keith Fischer 3033 Excelsior Blvd., Ste 300<br>Minneapolis, MN  55416 | 1545 | Pacific Gas and Electric Company | $0.00  (S)<br>$49,195.23  (A)<br><br>$0.00  (P)<br><br>$115,858.10  (U)<br>$165,053.33  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Picarro, Inc. Attn: Scott Specken Minneapolis, MN 55416 | 69 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $750,000.00 (U) $750,000.00 (T) | Incorrect Debtor (Identical) | WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 70068 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $750,000.00 (U) $750,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".