| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ABEC Bidart-Stockdale LLC c/o California Bioenergy LLC 500 N. Akard Street, Suite 1500 Dallas, TX 75201 | 2507 | Pacific Gas and Electric Company | 4/20/2019 | Filed/Sched. Claim Amount: | $0.00 | $6,147.50 | $0.00 | $1,375.83 | $7,523.33 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $6,147.50 | $0.00 | $0.00 | $6,147.50 | |
| Airgas Specialty Products Lloyd & McDaniel, PLC Michael V. Brodarick PO Box 232000 Lousville, KY 40233-0200 | 2175 | PG&E Corporation | 4/13/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $27,950.27 | $27,950.27 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $5,816.27 | $5,816.27 | |
| Amador Valley Industries LLC 3110 Busch Rd Pleasanton, CA 94566 | 4270 | Pacific Gas and Electric Company | 7/30/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $5,560.03 | $5,560.03 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ARAMARK Refreshment Services, LLC c/o Sheila R. Schwager Hawley Troxell Ennis & Hawley, LLP P.O. Box 1617 Boise, ID 83701 | 3582 | Pacific Gas and Electric Company | 7/12/2019 | Filed/Sched. Claim Amount: | $0.00 | $6,188.27 | $0.00 | $5,702.35 | $11,890.62 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $5,701.59 | $5,701.59 | |
| Asplundh Construction, LLC Duane Morris, LLP Aron M. Oliner, Geoffrey A. Heaton One Market Plaza Spear Street Tower, Suite 2200 San Francisco, CA 94105-1127 | 17001 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $4,170,913.06 | $4,170,913.06 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $3,263,290.04 | $3,263,290.04 | |
| Bakersfield III LLC 4900 Hopyard Road Ste 310 Pleasanton, CA 94588 | 2130 | Pacific Gas and Electric Company | 4/8/2019 | Filed/Sched. Claim Amount: | $0.00 | $866.75 | $0.00 | $908.56 | $1,775.31 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $866.75 | $0.00 | $0.00 | $866.75 | |
| Burney Forest Products, A Joint Venture Burney Forest Products Mr. Kraig Strauch 35586-B Hwy 299 East Burney, CA 96013 | 2255 | Pacific Gas and Electric Company | 4/15/2019 | Filed/Sched. Claim Amount: | $0.00 | $1,445,235.51 | $0.00 | $612,628.23 | $2,057,863.74 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $1,445,235.51 | $0.00 | $0.00 | $1,445,235.51 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Burns & McDonnell Engineering Company, Inc. <br> Jonathan A. Margolies C/O McDowell Rice Smith & Buchanan, P.C. 605 W. 47th Street Suite 350 <br> Kansas City, MO 64112 | 76752 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $3,786,372.56 | $3,786,372.56 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $2,236,637.17 | $2,236,637.17 | |
| Consumers Energy Company <br> Attn: Legal Dept One Energy Plaza <br> Jackson, MI 49201 | 6034 | Pacific Gas and Electric Company | 8/7/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $7,737.30 | $7,737.30 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $420.00 | $420.00 | |
| Contrarian Funds, LLC as Transferee of Twin Valley Hydro G Neil Tocher Inc dba Twin Valley Hydro <br> Attn: Alisa Mumola <br> Greenwich, CT 06830 <br> **Claim Transferred To:** <br> Contrarian Funds, LLC <br> Attn: 392426 500 Ross St 154-0455 <br> Piitsburgh, PA 15262 <br> 100% | 1361 | Pacific Gas and Electric Company | 3/12/2019 | Filed/Sched. Claim Amount: | $0.00 | $17,193.04 | $0.00 | $3,212.98 | $20,406.02 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $17,193.04 | $0.00 | $0.00 | $17,193.04 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CRG Financial LLC as Transferee of Shamrock Utilities LLC<br>Attn: Robert Axenrod<br>Cresskill, NJ 07626<br>**Claim Transferred To:**<br>CRG Financial LLC<br>Attn: Robert Axenrod 100 Union Ave<br>Cresskill, NJ 7626<br>100% | 2054 | Pacific Gas and Electric Company | 4/1/2019 | **Filed/Sched. Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $4,602.46<br>$4,602.46 | $0.00<br>$0.00 | $1,638.32<br>$0.00 | $6,240.78<br>$4,602.46 | Books and Records |
| CRG Financial LLC as Transferee of Shamrock Utilities LLC<br>Attn: Robert Axenrod<br>Cresskill, NJ 07626<br>**Claim Transferred To:**<br>CRG Financial LLC<br>Attn: Robert Axenrod 100 Union Ave<br>Cresskill, NJ 7626<br>100% | 1980 | Pacific Gas and Electric Company | 4/1/2019 | **Filed/Sched. Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $4,504.84<br>$4,504.84 | $0.00<br>$0.00 | $1,231.39<br>$0.00 | $5,736.23<br>$4,504.84 | Books and Records |
| CRG Financial LLC as Transferee of Shamrock Utilities LLC<br>Attn: Robert Axenrod<br>Cresskill, NJ 07626<br>**Claim Transferred To:**<br>CRG Financial LLC<br>Attn: Robert Axenrod 100 Union Ave<br>Cresskill, NJ 7626<br>100% | 2040 | Pacific Gas and Electric Company | 4/1/2019 | **Filed/Sched. Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $5,424.09<br>$5,424.09 | $0.00<br>$0.00 | $2,620.86<br>$0.00 | $8,044.95<br>$5,424.09 | Books and Records |
| Diameter Master Fund LP as Transferee of Cowen Special Investments LLC<br>Attn: Christopher Kenny 24 W 40th Street, 5th Fl.<br>New York, NY 10018<br>**Claim Transferred To:**<br>Diameter Master Fund LP<br>Attn: Christopher Kenny 24 W 40th Street, 5th Fl.<br>New York, NY 10018<br>100% | 3244 | Pacific Gas and Electric Company | 6/4/2019 | **Filed/Sched. Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $1,472,745.51<br>$1,410,106.34 | $1,472,745.51<br>$1,410,106.34 | Books and Records |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Examinetics<br>10561 Barkley St Ste 400<br>Overland Park, KS 66212 | 103376 | PG&E Corporation | 4/21/2020 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $11,240.25 | $11,240.25 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $2,355.00 | $2,355.00 | |
| Fair Harbor Capital, LLC as Transferee of Oakley Executive RV and Boat Storage<br>Ansonia Finance Station<br>New York, NY 10023<br><br>**Claim Transferred To:**<br><br>Fair Harbor Capital, LLC<br>Ansonia Finance Station Attn: Fredric Glass PO Box 237037<br>New York, NY 10023<br>100% | 2602 | Pacific Gas and Electric Company | 4/22/2019 | Filed/Sched. Claim Amount: | $0.00 | $5,173.51 | $0.00 | $2,086.12 | $7,259.63 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $5,173.51 | $0.00 | $0.00 | $5,173.51 | |
| HAT CREEK HEREFORD RANCH POWER<br>41363 OPDYKE LANE<br>HAT CREEK, CA 96040 | 1381 | Pacific Gas and Electric Company | 3/9/2019 | Filed/Sched. Claim Amount: | $0.00 | $875.12 | $0.00 | $381.59 | $1,256.71 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $875.12 | $0.00 | $0.00 | $875.12 | |
| Humboldt Bay Municipal Water District<br>828 7th Street<br>Eureka, CA 95501-1114 | 2148 | Pacific Gas and Electric Company | 4/11/2019 | Filed/Sched. Claim Amount: | $0.00 | $57,329.60 | $0.00 | $19,805.43 | $77,135.03 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $57,329.60 | $0.00 | $0.00 | $57,329.60 | |
| Kettleman Solar LLC<br>c/o Allco Renewable Energy Limited<br>1740 Broadway, 15th Floor<br>New York, NY 10019 | 2616 | Pacific Gas and Electric Company | 4/22/2019 | Filed/Sched. Claim Amount: | $0.00 | $3,168.15 | $0.00 | $197.54 | $3,365.69 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $3,168.15 | $0.00 | $0.00 | $3,168.15 | |
| Link, Kenneth or Carol<br>13895 Spring Valley Rd.<br>Morgan Hill, CA 95037 | 1571 | Pacific Gas and Electric Company | 3/21/2019 | Filed/Sched. Claim Amount: | $0.00 | $13,011.50 | $0.00 | $4,885.32 | $17,896.82 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $13,011.50 | $0.00 | $0.00 | $13,011.50 | |
| McMaster-Carr Supply Co<br>9630 Norwalk Blvd<br>Santa Fe Springs, CA 90670 | 2362 | Pacific Gas and Electric Company | 4/15/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $29,213.56 | $29,213.56 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $17,283.21 | $17,283.21 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mega Renewables<br>10050 Bandley Drive<br>Cupertino, CA 95014 | 1407 | Pacific Gas and Electric Company | 3/15/2019 | Filed/Sched. Claim Amount: | $0.00 | $9,385.78 | $0.00 | $3,289.77 | $12,675.55 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $9,385.78 | $0.00 | $0.00 | $9,385.78 | |
| Oracle America, Inc., including in its capacity as successor in interest to Opower, Inc., ("Oracle")<br>Shawn M. Christianson, Esq. Buchalter, a Professional Corporation 55 Second Street, 17th Floor<br>San Francisco, CA 94105 | 78399 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $1,312,898.15 | $1,312,898.15 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,011,743.29 | $1,011,743.29 | |
| Panoche Energy Center, LLC<br>Crowell & Moring Thomas Koegel Three Embarcadero Center<br>San Francisco, CA 94111 | 2391 | Pacific Gas and Electric Company | 4/17/2019 | Filed/Sched. Claim Amount: | $0.00 | $3,267,742.57 | $0.00 | $0.00 | $3,267,742.57 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $392,196.94 | $0.00 | $0.00 | $392,196.94 | |
| Performance Contracting, Inc.<br>Howard S. Nevins, Hefner, Stark & Marois LLP 2150 River Plaza Drive, Suite 450<br>Sacramento, CA 95833 | 8132 | PG&E Corporation | 8/29/2019 | Filed/Sched. Claim Amount: | $180,426.15 | $0.00 | $0.00 | $0.00 | $180,426.15 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $40,760.00 | $40,760.00 | |
| Phillips 66 Company<br>c/o Candace Schiffman, Sr. Counsel 2331 CityWest Blvd., N-1364<br>Houston, TX 77042 | 2301 | Pacific Gas and Electric Company | 4/15/2019 | Filed/Sched. Claim Amount: | $0.00 | $145,584.44 | $0.00 | $2,151.19 | $147,735.63 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $145,584.44 | $0.00 | $0.00 | $145,584.44 | |
| PKMJ TECHNICAL SERVICES INC<br>410 ROUSER ROAD<br>MOON TOWNSHIP, PA 15108 | 78165 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $59,103.00 | $59,103.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $21,103.00 | $21,103.00 | |
| Sierra Pacific Industries<br>c/o Downey Brand LLP Attn: R. Dale Ginter 621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 | 2377 | Pacific Gas and Electric Company | 4/17/2019 | Filed/Sched. Claim Amount: | $0.00 | $360,376.72 | $0.00 | $39,220.41 | $399,597.13 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $360,376.72 | $0.00 | $0.00 | $360,376.72 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Software AG USA, Inc. <br> Attn: Stan Smith 11700 Plaza America Drive Suite 700 <br> Reston, VA 20190 | 2476 | Pacific Gas and Electric Company | 4/18/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $199,935.00 | $199,935.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $87,934.01 | $87,934.01 | |
| SOUTHWEST RESEARCH INSTITUTE <br> 6220 CULEBRA ROAD <br> SAN ANTONIO, TX 78238 | 1787 | Pacific Gas and Electric Company | 3/18/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $15,293.50 | $15,293.50 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $8,101.50 | $8,101.50 | |
| Steve Halsey Electric <br> 6350 County Rd 23 <br> Orland, CA 95963 | 4684 | PG&E Corporation | 7/25/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $22,255.00 | $0.00 | $22,255.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $12,232.33 | $12,232.33 | |
| TRC Master Fund LLC as Transferee of ABEC #2 LLC <br> Attn: Terrel Ross PO Box 633 <br> Woodmere, NY 11598 <br> **Claim Transferred To:** <br> TRC Master Fund LLC <br> Attn: Terrel Ross PO Box 633 <br> Woodmere, NY 11598 <br> 100% | 2487 | Pacific Gas and Electric Company | 4/20/2019 | Filed/Sched. Claim Amount: | $0.00 | $70,799.94 | $0.00 | $24,465.38 | $95,265.32 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $70,799.94 | $0.00 | $0.00 | $70,799.94 | |
| W. Bradley Electric, Inc. <br> Attn: Ralph Greenwood 90 Hill Road <br> Novato, CA 94945 | 67191 | PG&E Corporation | 10/18/2019 | Filed/Sched. Claim Amount: | $232,284.04 | $0.00 | $0.00 | $796,654.60 | $1,028,938.64 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $8,516.00 | $8,516.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Whitebox Multi-Strategy Partners, LP as Transferee of Sentinel Peak Resources California LLC | 1545 | Pacific Gas and Electric Company | 3/25/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $49,195.23 | $0.00 | $115,858.10 | $165,053.33 | Books and Records |
| Attn: Keith Fischer 3033 Excelsior Blvd., Ste 300 | | | | **Reduced Claim Amount:** | $0.00 | $49,195.23 | $0.00 | $0.00 | $49,195.23 | |
| Minneapolis, MN  55416 | | | | | | | | | | |
| **Claim Transferred To:** | | | | | | | | | | |
| WBox 2019-6 LLC | | | | | | | | | | |
| Attn: Keith Fischer 3033 Excelsior Blvd., Ste 300 | | | | | | | | | | |
| Minneapolis, MN  55416 | | | | | | | | | | |
| 100% | | | | | | | | | | |
| **Totals** | **Count: 34** | | | | $412,710.19 | $5,472,805.02 | $22,255.00 | $12,737,276.16 | $18,645,046.37 | |