| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Adobe Solar, LLC c/o Southern Power Company<br>Troutman Sanders LLP Attn: Harris B. Winsberg, Esq. Attn: Matthew G. Roberts, Esq. 600 Peachtree St. NE, Suite 3000<br>Atlanta, GA 30308 | | 78967 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $1,091,193.53 | $0.00 | $0.00 | $1,091,193.53 | Electric Generation Interconnection Claims |
| Algonquin SKIC 20 Solar, LLC<br>Husch Blackwell LLP Mark T. Benedict 4801 Main Street, Suite 1000<br>Kansas City, MO 64112 | | 60373 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $73,488.96 | $73,488.96 | Cure Payments |
| Algonquin SKIC 20 Solar, LLC<br>Husch Blackwell LLP Mark T. Benedict 4801 Main Street, Suite 1000<br>Kansas City, MO 64112 | | 2672 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $2,621.25 | $2,621.25 | Cure Payments |
| Blackwell Interconnection (Q0023WD)<br>Confidential - Available Upon Request | | 883640 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $253,638.77 | $253,638.77 | Electric Generation Interconnection Claims |
| CA BTM Energy Storage, LLC<br>c/o Klee, TUchin, Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Avenue of the Stars 39th FLoor<br>Los Angeles, CA 90067 | | 30941 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $132,680.74 | $132,680.74 | Engineering Advances and Other Refunds |
| CA Energy Storage Holdings, LLC<br>c/o Klee, Tuchin, Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067 | | 30944 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $1,146,028.69 | $1,146,028.69 | Engineering Advances and Other Refunds |
| Cal SP V (Q550)<br>Confidential - Available Upon Request | | 883643 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $19,518.55 | $19,518.55 | Electric Generation Interconnection Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Valley PV (First Solar) (Q166) Confidential - Available Upon Request | | 883645 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $507,890.50 | $507,890.50 | Electric Generation Interconnection Claims |
| Colmer Construction, Inc. 23679 Calabasas Rd #333 CALABASAS, CA 91302 | | 4394 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $3,155.90 | $3,155.90 | Main Line Extension Reimbursement Claims |
| Corcoran West Project (Q558) Confidential - Available Upon Request | | 883567 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $250,067.89 | $250,067.89 | Electric Generation Interconnection Claims |
| Cottonwood Solar, LLC McGuireWoods LLP Aaron G. McCollough 77 W. Wacker Dr. Suite 4100 Chicago, IL 60601 | | 10242 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $320,287.50 | $320,287.50 | Electric Generation Interconnection Claims |
| Crestwood Inergy NU Confidential - Available Upon Request | | 883568 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $610,859.98 | $610,859.98 | Electric Generation Interconnection Claims |
| Desert Topaz PV2 (First Solar) (Q242) Confidential - Available Upon Request | | 883572 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,281,072.40 | $2,281,072.40 | Electric Generation Interconnection Claims |
| EDF RE Corcoran City (Q0094WD) Confidential - Available Upon Request | | 883574 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $102,091.08 | $102,091.08 | Electric Generation Interconnection Claims |
| Global Ampersand LLC c/o Akeida Capital Management 8 West 40th St 4th Floor New York, NY 10018 | | 27367 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $1,044,974.01 | $1,044,974.01 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| GSA Solar, LLC<br>c/o Klee, Tuchin, Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Avenue of the Stars 39th Floor<br>Los Angeles, CA 90067 | | 31024 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $185,307.64 | $185,307.64 | Engineering Advances and Other Refunds |
| Kent South (Q650AB)<br>Confidential - Available Upon Request | | 883588 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $530,578.01 | $530,578.01 | Electric Generation Interconnection Claims |
| Kent South Switching Station (Q650AB)<br>Confidential - Available Upon Request | | 883589 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,205,583.23 | $1,205,583.23 | Electric Generation Interconnection Claims |
| Lakeview Solar (Q127)<br>Confidential - Available Upon Request | | 883591 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,444,052.36 | $3,444,052.36 | Electric Generation Interconnection Claims |
| Live Oak Limited<br>Attn: Kristen Mohun 919 Milam St. Ste 2300<br>Houston, TX 77002 | | 79583 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $913.26 | $913.26 | Cure Payments |
| McKittrick Limited<br>Attn: Kristen Mohun 919 Milam St. Ste 2300<br>Houston, TX 77002 | | 79685 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $277,333.68 | $277,333.68 | Cure Payments |
| Mirion Technologies<br>2652 McGaw Ave<br>Irvine, CA 92614 | | 1792 | Pacific Gas and Electric Company | 3/27/2019 | $0.00 | $0.00 | $0.00 | $34,402.95 | $34,402.95 | Cure Payments |
| Nor Cal Rentals & Sales Incorporated<br>8537 Commercial Way<br>Redding, CA 96002 | | 1233 | PG&E Corporation | 3/2/2019 | $0.00 | $0.00 | $0.00 | $12,430.26 | $12,430.26 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Oakley Generating Station (Q258) Confidential - Available Upon Request | | 883604 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,517,243.00 | $5,517,243.00 | Electric Generation Interconnection Claims |
| OPeak LLC as Transferee of Olympus Peak Master Fund L.P. Attn: Todd Westhus 745 Fifth Avenue Suite 1604 New York, NY 10151 | OPeak LLC Attn: Todd Westhus 745 Fifth Avenue Suite 1604 New York, NY 10151 100% | 61531 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | Cure Payments |
| Panoche Energy Center, LLC c/o Power Plant Management Services, LLC Attn: Mike Shott 43833 W. Panoche Rd Firebaugh, CA 93622 | | 8291 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $392,196.94 | $0.00 | $4,227,100.35 | $4,619,297.29 | Cure Payments |
| Panoramic Investments 1321 Mission Street, Ste. 101 San Francisco, CA 94103 | | 1932 | Pacific Gas and Electric Company | 3/29/2019 | $0.00 | $0.00 | $0.00 | $140,913.30 | $140,913.30 | Main Line Extension Reimbursement Claims |
| Pumpjack Solar I, LLC Mary M. Caskey, Esq. Haynsworth Sinkler Boyd, PA PO Box 11889 Columbia, SC 29211-1889 | | 56577 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $342,940.08 | $342,940.08 | Electric Generation Interconnection Claims |
| RE Adams East LLC McGuireWoods LLP Aaron G. McCollough 77 W. Wacker Dr. Suite 4100 Chicago, IL 60601 | | 10241 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $321,221.32 | $321,221.32 | Electric Generation Interconnection Claims |
| RE Kent South LLC McGuireWoods LLP Aaron G. McCollough 77 W. Wacker Dr. Suite 4100 Chicago, IL 60601 | | 79019 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,733,078.86 | $1,733,078.86 | Electric Generation Interconnection Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| RE Old River One LLC<br>c/o McGuireWoods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Suite 4100<br>Chicago, IL 60601 | | 10244 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $226,233.01 | $226,233.01 | Electric Generation Interconnection Claims |
| Redwood Solar (Q744)<br>Confidential - Available Upon Request | | 883611 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,921,898.42 | $1,921,898.42 | Electric Generation Interconnection Claims |
| Redwood Solar (Q744) - Settled Portion<br>Confidential - Available Upon Request | | 883612 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,083,055.07 | $1,083,055.07 | Electric Generation Interconnection Claims |
| Regulus Solar, LLC<br>c/o TerraForm Power, LLC Attn: Legal 200 Libery Street, 14th Floor<br>New York , NY 10281 | | 75729 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $4,420,427.27 | $4,420,427.27 | Electric Generation Interconnection Claims |
| South Kern Solar (NU) (Q653EA)<br>Confidential - Available Upon Request | | 883618 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $343,476.30 | $343,476.30 | Electric Generation Interconnection Claims |
| SP PVUSA Solar Farm (Q653F)<br>Confidential - Available Upon Request | | 883620 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $627,800.42 | $627,800.42 | Electric Generation Interconnection Claims |
| SPI Anderson II Solar NU (Q643G)<br>Confidential - Available Upon Request | | 883621 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $186,061.03 | $186,061.03 | Electric Generation Interconnection Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Tesla-Stockton Cogen<br>Confidential - Available Upon Request | | 883623 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $177,637.86 | $177,637.86 | Electric Generation Interconnection Claims |
| The Metropolitan Water District of Southern California<br>Brent Yamasaki, Group Manger, Water System Operations 700 N. Alameda St. 700 N. Alameda Street<br>Los Angeles, CA  90012 | | 78475 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $10,136.06 | $10,136.06 | Cure Payments |
| Three Rocks Solar (Q612)<br>Confidential - Available Upon Request | | 883624 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $699,518.28 | $699,518.28 | Electric Generation Interconnection Claims |
| Tillamook People's Utility District<br>1115 Pacific Ave<br>Tillamook, OR  97141 | | 2014 | Pacific Gas and Electric Company | 3/26/2019 | $0.00 | $0.00 | $0.00 | $462,665.23 | $462,665.23 | Other Satisfied |
| Vega Solar, LLC<br>c/o Longroad Solar Portfolio Holdings, LLC 330 Congress Street, 6th Floor<br>Boston, MA  02210 | | 9147 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $2,897,867.00 | $2,897,867.00 | Electric Generation Interconnection Claims |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN  55416 | WBox 2019-6 LLC<br>Whitebox Advisors LLC Scott Specken 3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN  55416<br>100% | 58416 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $165,053.53 | $165,053.53 | Cure Payments |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors<br>Minneapolis, MN  55416 | | 2002 | Pacific Gas and Electric Company | 4/4/2019 | $0.00 | $0.00 | $0.00 | $108,510.46 | $108,510.46 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wildwood Solar l, LLC<br>Mary M. Caskey, Esq.<br>Haynsworth Sinkler Boyd, PA PO Box 11889<br>Columbia, SC 29211-1889 | | 55753 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $377,965.25 | $377,965.25 | Electric Generation Interconnection Claims |
| **Claims To Be Expunged Totals** | | **Count: 45** | | | **$0.00** | **$1,483,390.47** | **$0.00** | **$38,504,779.73** | **$39,988,170.20** | |