| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Asplundh Construction, LLC<br>Duane Morris, LLP Aron M. Oliner, Geoffrey A. Heaton One Market Plaza Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | | 97049 | Pacific Gas and Electric Company | 2/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| COUNTY OF MADERA<br>200 W 4TH ST 3RD FL<br>MADERA, CA 93637 | | 7779 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $6,924.00 | $6,924.00 | Engineering Advances and Other Refunds |
| DEDOMENICO, DENNIS<br>650 ALVARADO RD<br>BERKELEY, CA 94705 | | 3778 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $453.44 | $453.44 | Engineering Advances and Other Refunds |
| Dellinges, Alex<br>211 Willow Ave<br>MILLBRAE, CA 94030-2536 | | 5087 | Pacific Gas and Electric Company | 8/2/2019 | $175,505.38 | $0.00 | $0.00 | $0.00 | $175,505.38 | Equity Interest Claims |
| DMP DEVELOPMENT CORP<br>2001 HOWARD ST. # 211<br>BERENDA, CA 93637 | | 4405 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Engineering Advances and Other Refunds |
| DMP DEVELOPMENT CORP<br>2001 HOWARD ST. # 211<br>BERENDA, CA 93637 | | 4572 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Engineering Advances and Other Refunds |
| Lagrutta, Rosafina R<br>1627 School Ave<br>Stockton, CA 95205-3464 | | 6368 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| Monarch Dunes, LLC<br>Attn: Ross Kay 655 Brea Canyon Road<br>Walnut, CA 91789 | | 64064 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Engineering Advances and Other Refunds |
| Nazar Family Trust<br>29707 Cantera Drive<br>Hayward, CA 94544 | | 103383 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $36,400.00 | $36,400.00 | Equity Interest Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Patel, Jignesh<br>43222 Starr Street Apt 1<br>Fremont, CA 94539 | | 16728 | Pacific Gas and Electric Company | 10/6/2019 | $0.00 | $0.00 | $0.00 | $11,979.47 | $11,979.47 | Engineering Advances and Other Refunds |
| Patel, Kanu<br>2794 Belmont Ter<br>Fremont, CA 94539 | | 8748 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Engineering Advances and Other Refunds |
| Phillips 66 Pipeline LLC<br>Candace S. Schiffman Senior Council 2331 CityWest Blvd., N-1364<br>Houston, TX 77042 | | 97934 | Pacific Gas and Electric Company | 3/6/2020 | $0.00 | $0.00 | $0.00 | $471,808.27 | $471,808.27 | Main Line Extension Reimbursement Claims |
| QUINTERO, CIRO NELSON<br>78 HARRISON GARDEN BLVD<br>812 NORTH YORK<br>TORONTO, ON M2N 7E2 | | 106181 | PG&E Corporation | 7/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| RICHMOND AMERICAN HOMES OR NORTHERN, Inc<br>ONE HARBOR CENTER, STE 100<br>SUISUN CITY, CA 94585 | | 3994 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Engineering Advances and Other Refunds |
| SAFEWAY INC.<br>ALBERTSONS COMPANIES, INC. MICHAEL DINGEL, ESQ.<br>250 PARKCENTER BLVD<br>BOISE, ID 83706 | | 80805 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| San Mateo County Transportation Authority<br>Wendel Rosen LLP c/o Lisa Lenherr, Esq. 1111 Broadway, 24th Floor<br>Oakland, CA 94607 | | 78639 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Engineering Advances and Other Refunds |
| SCHANDLER, JON<br>52 FOX DEN ROAD<br>MOUNT KISCO, NY 10549 | | 98540 | PG&E Corporation and Pacific Gas and Electric Company | 4/2/2020 | $0.00 | $0.00 | $0.00 | $1,126.58 | $1,126.58 | Equity Interest Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| The Bank of New York Mellon<br>Robert P. Simons, Esq. Reed Smith LLP 225 Fifth Avenue<br>Pittsburgh, PA 15222 | | 56924 | PG&E Corporation | 10/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Utility Tree Service, LLC<br>Duane Morris, LLP Aron M. Oliner & Geoffrey A. Heaton One Market Plaza Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | | 97051 | Pacific Gas and Electric Company | 2/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| WC Clovis 6186, LLC<br>1446 Tollhouse Road, Suite 103<br>Clovis, CA 93611 | | 59214 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $36,000.00 | $36,000.00 | Main Line Extension Reimbursement Claims |
| Westlands Water District<br>3130 N. Fresno Street<br>Fresno, CA 93703 | | 74669 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $36,041.34 | $36,041.34 | Main Line Extension Reimbursement Claims |
| Zinn, Sheron H<br>1316 Palantine Hill<br>Las Vegas, NV 89117 | | 106232 | PG&E Corporation | 8/6/2020 | $0.00 | $0.00 | $0.00 | $14,158.06 | $14,158.06 | Equity Interest Claims |
| **Claims To Be Expunged Totals** | | **Count: 22** | | | **$175,505.38** | **$0.00** | **$0.00** | **$690,891.16** | **$866,396.54** | |