| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 201 River Street LLC<br>1937 17th Ave<br>Santa Cruz, CA 95062 | | 71760 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| 2035 North Pacific Avenue LLC<br>2035 North Pacific Avenue<br>Santa Cruz, CA 95060 | | 20048 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Plan Passthrough Environmental Claims |
| Athletics Investment Group LLC and its Successor(s) in Interest and Assigns<br>Oakland Athletics D'Lonra Ellis, Esq. Oakland Coliseum, 7000 Coliseum Way<br>Oakland, CA 94621 | | 79610 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| Califorina State Water Resources Control Board<br>Attn: John Russell, Deputy Director of Administrative Services 1001 I Street<br>Sacramento, CA 95814 | | 72175 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Barrel Company LLC<br>420 23rd Street<br>San Francisco, CA 94107 | | 79269 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Coastal Commission<br>Alison Dettmer, Deputy Director<br>45 Fremont St, Suite 2000<br>San Francisco, CA 94105 | | 57757 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Fish & Wildlife<br>Myung J. Park 455 Golden Gate Ave, Suite 11000<br>San Francisco, CA 94102 | | 106241 | Pacific Gas and Electric Company | 8/12/2020 | $0.00 | $0.00 | $0.00 | $295,169.30 | $295,169.30 | Plan Passthrough Environmental Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Department of Water Resources  Danette E. Valdez  455 Golden Gate Avenue  San Francisco, CA  94102 | | 78229 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Water Resources  Attn: Danette E. Valdez Supervising Deputy Attorney General  San Francisco, CA  94102 | | 74869 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Water Resources  Attn: Danette E. Valdez Supervising Deputy Attorney General 455 Golden Gate Avenue  San Francisco, CA  94102 | | 72187 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Water Resources  Attn: Danette E. Valdez Supervising Deputy Attorney General  San Francisco, CA  94102 | | 78084 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Water Resources  Attn: Danette E. Valdez Supervising Deputy Attorney General  San Francisco, CA  94102 | | 78091 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Water Resources  Attn: Danette E. Valdez Supervising Deputy Attorney General  San Francisco, CA  94102 | | 77978 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $66,209.00 | $66,209.00 | Plan Passthrough Environmental Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Department of Water Resources<br>Danette E. Valdez Supervising Deputy Attorney Counsel 455 Golden Gate Avenue<br>San Francisco, CA 94102 | | 78394 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Water Resources<br>Attn: Danette E. Valdez Supervising Deputy Attorney General<br>San Francisco, CA 94102 | | 78085 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Regional Water Quality Control Board, Lahontan Region<br>Gary Alexander Deputy Attorney General 455 Golden Gate Ave.<br>San Francisco, CA 94102 | | 82517 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Regional Water Quality Control Board, San Francisco Bay Region<br>Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section<br>San Francisco, CA 94102 | | 72181 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $560.46 | $560.46 | Plan Passthrough Environmental Claims |
| California Regional Water Quality Control Board, San Francisco Bay Region<br>Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 | | 74805 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,812.88 | $2,812.88 | Plan Passthrough Environmental Claims |
| California Regional Water Quality Control Board, San Francisco Bay Region<br>Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 | | 77786 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $4,358.02 | $4,358.02 | Plan Passthrough Environmental Claims |
| California Regional Water Quality Control Board, San Francisco Bay Region<br>Ryan R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 | | 78012 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $17,047.70 | $17,047.70 | Plan Passthrough Environmental Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Water Resources Control Board<br>Sara D. Van Loh Deputy Attorney General California Department of Justice 1515 Clay Street, Suite 2000<br>Oakland, CA 94612 | | 59863 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California State Water Resources Control Board<br>Sara D. Van Loh Deputy Attorney General California Department of Justice 1515 Clay Street, Suite 2000<br>Oakland, CA 94612 | | 60302 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California State Water Resources Control Board<br>Janelle Smith Deputy Attorney General California Attorney General's Office<br>San Francisco, CA 94102 | | 74911 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California State Water Resources Control Board<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor<br>Oakland, CA 94612 | | 78719 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $5,524.87 | $5,524.87 | Plan Passthrough Environmental Claims |
| California State Water Resources Control Board<br>John Russell, Deputy Director of Administrative Services 1001 I Street<br>Sacramento, CA 95814 | | 97812 | Pacific Gas and Electric Company | 3/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California State Water Resources Control Board<br>Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor 20th Floor<br>Oakland , CA 94612 | | 60269 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,552.24 | $2,552.24 | Plan Passthrough Environmental Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Water Resources Control Board<br>Ryan R. Hoffman, Deputy Attorney General Natural Resources Law Section California Department of Justice 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 | | 77972 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,812.88 | $2,812.88 | Plan Passthrough Environmental Claims |
| Central Valley Regional Water Quality Control Board<br>Attn: Jessica Jahr, Office of Chief Counsel State Water Resources Control Board State Water Resources Control Board 1001 l Street<br>Sacramento, CA 95814 | | 75221 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,204.53 | $2,204.53 | Plan Passthrough Environmental Claims |
| Ellsworth, Dana P<br>2437 Durant Avenue Suite 204<br>Berkeley, CA 94704 | | 87951 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $1,000,000.00 | Plan Passthrough Environmental Claims |
| Eureka Forest Products, Inc., a California corporation<br>1206 West 14th Street<br>Eureka, CA 95501 | | 8589 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $275,000.00 | $275,000.00 | Plan Passthrough Environmental Claims |
| Ford Motor Company<br>c/o K&L Gates LLP Attn: Joseph F. Lagrotteria One Newark Center, Tenth Floor<br>Newark, NJ 07102 | | 68928 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| Fort Mojave Indian Tribe<br>The McDonald Law Firm, LC Steven P. McDonald, Esq. 1609 Soledad Ave.<br>La Jolla, CA 92037-3817 | | 55478 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $292,750.00 | $292,750.00 | Plan Passthrough Environmental Claims |
| Plumas Audubon Society<br>Attn: Lindsay Wood 429 Main Street<br>Quincy, CA 95971 | | 4574 | Pacific Gas and Electric Company | 8/2/2019 | $358,891.38 | $0.00 | $0.00 | $0.00 | $358,891.38 | Plan Passthrough Environmental Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Regional Water Quality Control Board, Central Valley Region<br>Jessica Jahr, Senior Staff Counsel Office of Chief Counsel State Water Resources Control Board 1001 I Street<br>Sacramento, CA 95814 | | 60240 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| Regional Water Quality Control Board, Central Valley Region<br>Office of the Attorney General Tiffany Yee, Deputy Attorney General 1515 Clay Street, 20th Floor<br>Oakland, CA 94612 | | 77458 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $5,524.87 | $5,524.87 | Plan Passthrough Environmental Claims |
| **Claims To Be Expunged Totals** | | **Count: 35** | | | **$358,891.38** | **$0.00** | **$0.00** | **$3,972,526.75** | **$4,331,418.13** | |