# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Albers, Roger Charles 110 Honest Pleasure Drive Naperville, IL 60540 | | 98517 | PG&E Corporation | 4/4/2020 | $0.00 | $0.00 | $0.00 | $9,995.27 | $9,995.27 | Equity Interest Claims |
| Bates, Michael H. 1360 E 32nd Place Phoenix, AZ 85044 | | 103374 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $2,948.00 | $2,948.00 | Equity Interest Claims |
| Bechtel NR Program Master Pension Trust C/O Rob Hoffman 3500 Technology Drive Mogeeville, PA 15146 | | 99228 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| Campbell, Karla 448 Brisbane Circle El Dorado Hills, CA 95762 | | 105893 | PG&E Corporation | | $0.00 | $0.00 | $0.00 | $7,187.50 | $7,187.50 | Equity Interest Claims |
| CANARELLA, ROBERT A. 17 REEVES STREET SMITHTOWN, NY 11787-1923 | | 98703 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $1,170.73 | $1,170.73 | Equity Interest Claims |
| Casey, Kathleen 34 Hudson Redwood City, CA 94062 | | 105312 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Equity Interest Claims |
| Charles Schwab IRA FBO Jeffery L Patterson Attn Jeffery L Patterson 321 E Sec 6 St Ocean Isle Beach, NC 28469 | | 103227 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $3,555.16 | $3,555.16 | Equity Interest Claims |
| Christine R. Johnson and Dale L. Johnson JT Ten 109 Greenbrook Road Middlesex, NJ | | 103459 | PG&E Corporation | 4/30/2019 | $0.00 | $0.00 | $0.00 | $578.50 | $578.50 | Equity Interest Claims |
| Conley, Richard 2272 E Harvard Ct. Visalia, CA 93292 | | 105552 | PG&E Corporation | 5/29/2020 | $0.00 | $0.00 | $0.00 | $12,878.00 | $12,878.00 | Equity Interest Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dan Sylvander, TTEE, Nels E Sylvder Trust U/A DTD 6/2/02<br>85 West Hudson Ave<br>Englewood, NJ 07631 | | 98544 | Pacific Gas and Electric Company | 4/2/2020 | $0.00 | $0.00 | $0.00 | $2,141.21 | $2,141.21 | Equity Interest Claims |
| Don K. Loo CUST Christopher M.<br>301 N. 159th. Ave.<br>Goodyear, AZ 85395 | | 98754 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $1,594.52 | $1,594.52 | Equity Interest Claims |
| Don K. Loo CUST Emily P. Loo<br>301 N. 159th. Ave.<br>Goodyear, AZ 85395 | | 98752 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $1,620.88 | $1,620.88 | Equity Interest Claims |
| Flowers, Jr., Dennis Ray<br>5320 Grimm Forest Dr NE<br>Hubert, NC 28451 | | 105155 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $7,944.00 | $7,944.00 | Equity Interest Claims |
| GEORGE H DAILEY, II ROLLOVER IRA<br>ATTN: GEORGE H DAILEY<br>701 EINSHOLEN CT<br>WESTERVILLE, OH 43081 | | 103378 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $33,071.00 | $33,071.00 | Equity Interest Claims |
| Guoqiang Chang<br>15 Ireland Way<br>Kanata, ON K2M 1S1 | | 99127 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,603.00 | $4,603.00 | Equity Interest Claims |
| Hans Elfman TOD Edie Weiss<br>3925 Chester Drive<br>Glenview, IL 60026 | | 99095 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| Hosni, Sheila<br>P.O. Box 140664<br>Staten Island, NY 10314 | | 98751 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $2,131.15 | $2,131.15 | Equity Interest Claims |
| Hubbard, Theodore Russell<br>1972 La Corso Ct<br>Walnut Creek, CA 94598 | | 98628 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $2,850.00 | $17,166.79 | $20,016.79 | Equity Interest Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ip, Emily<br>115 Quince Avenue<br>Sunnyvale, CA 94087 | | 98609 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $25,733.40 | $25,733.40 | Equity Interest Claims |
| Jacques J. Kirch 401K Plan<br>Jacques J. Kirch 3617 Sage Canyon Drive<br>Encinitas, CA 92024 | | 98549 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $13,650.00 | $43,885.63 | $57,535.63 | Equity Interest Claims |
| James A. Solinsky & Janell J. Solinsky<br>7021 Blair Drive<br>Rhinelander, WI 54501-9468 | | 98561 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $2,797.16 | $2,797.16 | Equity Interest Claims |
| Jeanette Sorensen CUST Katrina M Jensen<br>2786 Marsh Dr<br>San Ramon, CA 94583 | | 98547 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,020.08 | $1,020.08 | Equity Interest Claims |
| Jeanette Sorensen CUST Patrick Sorensen<br>2786 Marsh Dr.<br>San Ramon, CA 94583 | | 98546 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,020.08 | $1,020.08 | Equity Interest Claims |
| Kerr, Richard Scott<br>8634 NE 121st Place<br>Kirkland, WA | | 103228 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $13,047.89 | $13,047.89 | Equity Interest Claims |
| Law Offices of Jacques J. Kirch 401K Plan<br>Jacques J. Kirch 3617 Sage Canyon Drive<br>Encinitas, CA 92024 | | 98550 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $13,650.00 | $43,885.63 | $57,535.63 | Equity Interest Claims |
| LELE, SATEESH<br>2240 SERRENA VALLEY DR.,<br>SAN JOSE, CA | | 103379 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $4,304.95 | $0.00 | $4,304.95 | Equity Interest Claims |
| Lev, Brian<br>13460 Zaremba Dr.<br>Brook Park, OH 44142 | | 102955 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $767.92 | $767.92 | Equity Interest Claims |

**Ninth Omnibus Objection**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No 19-30088 Jointly Administered**

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Loc, Donald K. 301 N. 159th. Ave. Goodyear, AZ 85395 | | 98837 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $10,734.06 | $10,734.06 | Equity Interest Claims |
| Loc, Pamela C. 301 N. 159th. Ave. Goodyear, AZ 85395 | | 98836 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $9,091.62 | $9,091.62 | Equity Interest Claims |
| LuEtt, Barbara O 4280 Carmain Drive NE Atlanta, GA 30342 | | 104769 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| Madd, Alexander 10945 Cary Player El Paso, TX 79935 | | 98706 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $5,921.95 | $5,921.95 | Equity Interest Claims |
| Malone, Sammy C 1500 Main Tree Dr Moore, OK 73160 | | 104823 | PG&E Corporation | 5/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| Malone, Sammy C 1500 Main Tree Dr Moore, OK 73160 | | 104824 | Pacific Gas and Electric Company | 5/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| Marsey, Mark CMR 402 Box 198 APO, AE 9180 | | 103380 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $42,226.00 | $42,226.00 | Equity Interest Claims |
| Mas, Adam 14 Cunningham Ct Mendham, NJ 07945 | | 102645 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $2,848.22 | $2,848.22 | Equity Interest Claims |
| McEoy, Jeanette 2780 Marsh Dr. San Ramon, CA 94583 | | 98545 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,935.58 | $1,935.58 | Equity Interest Claims |
| MR SHIN K. LEE & MRS BEE BEE KWA MR SHIN K. LEE 29 AVOCA DRIVE MARKHAM, ON L3R 8Y1 | | 98554 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $5,128.00 | $5,128.00 | Equity Interest Claims |

Case: 19-30088  Doc# 9288-1  Filed: 10/08/20  Entered: 10/09/20 09:34:21  Page 4 of 7

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Pagnucco Jr, Frank 160 Market Street Apt B Camp Hill, PA 17011 | | 98552 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| PATTY LOO TRUSTEE 301 159TH AVE GOODYEAR, AZ 85395 | | 98842 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $8,933.72 | $8,933.72 | Equity Interest Claims |
| Plahey, James B Midland IRA, Inc James B. Plahe FBO 1463 Glenwood Ave Glenview, IL 60025 | | 98753 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| Rahgozar, Z. 4200 E La Palma Ave. Anaheim, CA 92807-1816 | | 99099 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $21,500.00 | $21,500.00 | Equity Interest Claims |
| Rita E. Rubin TTEE U/A DTD 05/05/1995 AMD 10-5-16 14924 Bowfin Terrace Lakewood Ranch, FL 34202 | | 98606 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $5,216.94 | $5,216.94 | Equity Interest Claims |
| ROBINSON, DEANNA 16 MERCED DR SAN BRUNO, CA 94066-2519 | | 100655 | PG&E Corporation | 4/16/2020 | $2,167.82 | $0.00 | $0.00 | $0.00 | $2,167.82 | Equity Interest Claims |
| Robinson, Homer A. 624 West Upsal Street Philadelphia, PA 19119 | | 103381 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $851.00 | $851.00 | Equity Interest Claims |
| RODRICK, DAVID B 2912 CABRIZ DR MODESTO, CA 95355-8731 | | 98610 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $9,613.32 | $9,613.32 | Equity Interest Claims |
| Rose, Steven J. and Stephanie R. 1141 Clubview Blvd. North Columbus, OH 43235 | | 103226 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $25,993.82 | $25,993.82 | Equity Interest Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Shanahan, Marcellette 408 Timber Lake Drive Southlake, TX 76092 | | 105632 | PG&E Corporation | | $0.00 | $0.00 | $0.00 | $235.00 | $235.00 | Equity Interest Claims |
| Shanahan, Marcellette 408 Timber Lake Drive Southlake, TX 76092 | | 105631 | Pacific Gas and Electric Company | | $0.00 | $0.00 | $0.00 | $235.00 | $235.00 | Equity Interest Claims |
| Smetberg, Linda E 2135 N Juniper Lane Arlington Heights, IL 60004-3132 | | 100666 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| Sorensen, Jeanette McCoy 2786 Marsh Dr. San Ramon, CA 94583 | | 98572 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $1,789.38 | $1,789.38 | Equity Interest Claims |
| The Rosanoff Family Trust 190 Murray Avenue Goshen, NY 10924 | | 103377 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $243.00 | $243.00 | Equity Interest Claims |
| Turpin Family Trust DTD 12/1997 130 Georgia Blvd Orlando, FL 32803 | | 98573 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $13,000.00 | $13,000.00 | Equity Interest Claims |
| Verena E Baer and Christine M Hebock 16605 NE 143rd Street Woodinville, WA 98072 | | 98608 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $7,345.94 | $7,345.94 | Equity Interest Claims |
| Wood, James M. 525 Tropic Way Saint Augustine, FL 30280 | | 103952 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| Western Environmental Consultants, LLC Duane Morris LLP Aron M. Oliner Geoffrey A. Heaton One Market Plaza Spear Street Tower, Suite 2200 San Francisco, CA 94105-1127 | | 97053 | Pacific Gas and Electric Company | 2/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Yu, Lig-Ru<br>22 Dorgetown<br>Irvin CA 92612 | | 98557 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $4,170.00 | $4,170.00 | Equity Interest Claims |
| Zagger, Steven<br>100 Bass st<br>Boylston, MA 01505 | | 97991 | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $697.75 | $697.75 | Equity Interest Claims |
| Zhu, Fengwei<br>1885 El Paseo St. Apt 35312<br>Houton, TX 77054 | | 98178 | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| Claims To Be Expunged Totals | Count: 58 | | | | $2,167.82 | $0.00 | $34,454.95 | $421,453.80 | $458,076.57 | |