UNITED STATES BANKRUPTCY COURT

Northern District of California (San Francisco Division)

In re:

    PG&E CORPORATION                                   Case No: <u>19-30088</u>
    -and-
    PACIFIC GAS AND ELECTRIC
    COMPANY,
               Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed in the amount of $48,300,000. Transferee and Transferor hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice. The Transferor and Transferee agree that 50% of each distribution shall be paid to Andrews & Thornton Law Firm, and then, $5,892,193 or whatever balance due to be distributed on the Agajanian, Inc. claim is transferred to Premier Valley Bank. The payments on the balance of any distribution should be paid to Agajanian, Inc. at the address listed below.

| <u>Premier Valley Bank</u><br>Name of Transferee | Agajanian, Inc. d/b/a<br><u>Agajanian Vineyards & Wine Company</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>Wanger Jones Helsley PC<br>c/o Troy T. Ewell<br>P.O. Box 28340<br>Fresno, CA 93729<br>Phone: (559) 233-4800 | Court Claim # (if known): 61398<br>Amount of Claim: Not less than $48,300,000<br>Date Claim Filed: 10/19/2019<br><br>Phone: (949) 748-1000 |
| Name and Address where transferee payments should be sent (if different from above):<br>  Heartland Financial USA, Inc.<br>  Attn: Daniel P. Flynn<br>  1398 Central Avenue<br>  Dubuque, IA 52001<br>  Phone: (563) 587-4189 | Agajanian, Inc.<br>c/o Andrews & Thornton, AAL, ALC<br>4701 Von Karman Avenue, Suite 300<br>Newport Beach, CA 92660 |

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

{7674/020/01133293.DOCX}

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: 10/5/2020

By: _____
Transferee/Transferee's Agent
David Azma ~~James A. Klussman~~, Vice President,
Special Assets Manager
Premier Valley Bank

Date: 10-1-2020

By: _____
Transferor/Transferor's Agent
Gary L. Agajanian, President
Agajanian, Inc.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

{7674/020/01133293.DOCX}

UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30066903 - LM

October 09, 2020
10:45:03

TRANS OF CLAIM
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                $25.00 CH
Check#.: 707848


Total-> $25.00


FROM: WANGER JONES HELSLEY PC ATTORN
EYS

