EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP
One Front Street, Suite 3200
San Francisco, California 94111-5357
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| -and- | **RESPONSE OF THE CITY AND COUNTY OF SAN FRANCISCO TO REORGANIZED DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS) AND RESERVATION OF RIGHTS** |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Debtors, | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | DATE: October 28, 2020<br>TIME: 10:00 am<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue, 16th Fl.<br>San Francisco, California<br>JUDGE: Hon. Dennis Montali |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | RELATED DOCKET NO: 9078 |

    The City and County of San Francisco (**"San Francisco"**) on behalf of the San Francisco Public Utilities Commission (**"SFPUC"**) hereby submits its Response and Reservation of Rights to the *Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims)* [Docket #9078] (the **"Objection"**), as described herein

    1.    The Reorganized Debtors filed an objection to the claim of "SFPUC-Water Dept." that was scheduled by the Debtor in the amount of $41,828.12. This claim was listed in the Debtor's

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
ONE FRONT STREET,
SUITE 3200
SAN FRANCISCO, CA
94111

575285.2

Case: 19-30088   Doc# 9291   Filed: 10/12/20   Entered: 10/12/20 10:25:28   Page 1 of 4

1

original schedules filed on March 14, 2019 and was designated the reference #92185416. The basis stated for the Objection is that the amount listed was paid during the pendency of the Chapter 11 cases.[1]

2. On October 18, 2019, San Francisco filed on behalf of the SFPUC a Proof of Claim in the amount of at least $8,571,630. [Claim # 64146] ("**the SFPUC Proof of Claim**"). Included in the SFPUC Proof of Claim as Exhibit "C", was a detailed listing of invoices for pre-petition customer services provided by the SFPUC to PG&E for water and sewer service and other related customer services totaling $45,526.94.

3. The balance of the SFPUC Proof of Claim consists of claims unrelated to water, sewer and related customer services, including but not limited to asserted claims under the Wholesale Distribution Tariff and other disputes which the SFPUC has with PG&E that existed prior to the filing of the bankruptcy case which are also detailed in the SFPUC Proof of Claim.

4. Pursuant to Federal Rule of Bankruptcy Procedure 3003(4), the filing of the SFPUC Proof of Claim superseded the scheduled claim that is listed in the Reorganized Debtors' Objection.

5. Furthermore, on May 1, 2020 the Debtors' filed their *Schedule of Executory Contracts and Unexpired Leases to Be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Docket # 7037]. In that Schedule, the Debtors listed a "Water Agreement" with the SFPUC to be assumed with a proposed cure amount of $44,778.74. San Francisco objected to the assumption of the "Water Agreement" and the proposed cure amount on the grounds that it could not identify any "Water Agreement" it had with PG&E based on the information provided by PG&E in the Schedule of Executory Contracts and therefore could not determine the proper cure amount. [*See* Docket # 7252 at Page 4, Para.9] San Francisco's objection to the assumption of the "Water Agreement" has been deferred while the Reorganized Debtors and San Francisco attempted to resolve the issue.

6. On or about July 2, 2020, the SFPUC received a check from the Reorganized Debtors in the amount of $51,246.78 designated as a cure payment for the "Water Agreement" described in the

---

[1] The Objection to the SFPUC-Water Dept scheduled claim is located on Page 14 of the Exhibit attached to the Objection.

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
ONE FRONT STREET,
SUITE 3200
SAN FRANCISCO, CA
94111

575285.2

Case: 19-30088    Doc# 9291    Filed: 10/12/20    Entered: 10/12/20 10:25:28    Page 2 of 4

Schedule of Executory Contracts.

7. San Francisco has communicated with counsel for the Reorganized Debtors about the various amounts listed for the customer services provided by the SFPUC and the existence of any executory contract relating to the "Water Agreement". Counsel for the Reorganized Debtors recently confirmed that the cure payment in the check sent to the SFPUC corresponds with the invoices for water, sewer and related customer services listed in the SFPUC Proof of Claim. SFPUC has deposited the check and agrees that the amounts owing for customer services that were listed in Exhibit "C" of the SFPUC Proof of Claim have been satisfied.

8. However, San Francisco and SFPUC reserve all rights to the additional claims asserted in the SFPUC Proof of Claim described above that are unrelated to the invoices for customer services.

Based thereon, San Francisco has no objection to the elimination of the scheduled claim as set forth in the Reorganized Debtors' Objection.

Respectfully submitted,

Dated: October 12 2020

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP

By: ___/s/ Edward Tredinnick_____
      Edward J. Tredinnick
Attorneys for Creditor,
City and County of San Francisco

## CERTIFICATE OF SERVICE

I hereby certify that the attached document was properly filed on October 12, 2020 with ECF/CM system of the United States Bankruptcy Court for the Northern District of California and that a Notification of Electronic Filing of this document was sent via the ECF/CM noticing system to all ECF Registered Participants in this case including counsel for the Reorganized Debtors.

Dated: October 12, 2020 /s/Edward Tredinnick
Edward J. Tredinnick