**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and
Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR OCTOBER 13, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: October 13, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Video Conference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
OCTOBER 13, 2020, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

1. **Elliott Management's Motion for Allowance and Payment of Administration Expense Claim and Reconsideration of Confirmation Order**: *Motion of Elliott Management Corporation for (I) Allowance and Payment of Administrative Expense Claim and (II) to the Extent Necessary, Reconsideration and Relief from the Confirmation Order Pursuant to Federal Rule of Civil Procedure 60(b)* [**Dkt. 8536**].

   Response Deadline: August 26, 2020, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   A. Joinder in the Pending Elliott Motion and Request for Allowance and Payment of Administrative Expense Claim [**Dkt. 8663**].

   B. Joinder of Pacific Investment Management Company LLC in the Pending Elliott Motion and Request for Allowance and Payment of Administrative Expense Claim [**Dkt. 8704**].

   C. Reorganized Debtors' Initial Opposition to Elliott Management Corporation's Motion for Allowance and Payment of Administrative Expense Claim and Reconsideration of Confirmation Order and Related Joinders [**Dkt. 8864**].

   D. Additional RSA Noteholders' Response to the Reorganized Debtors' Initial Opposition to Elliott Motion for Allowance and Payment of Administrative Expense Claim and Reconsideration of Confirmation Order and Related Joinders [**Dkt. 9034**].

   E. Reorganized Debtors' Reply in Support of Initial Opposition to Elliott Management Corporation's Motion for Allowance and Payment of Administrative Expense Claim and Reconsideration of Confirmation Order and Related Joinders [**Dkt. 9143**].

   Related Document:

   F. Elliott Management Corporation's Response to Reorganized Debtors' Initial Opposition to Motion for (I) Allowance and Payment of Administrative Expense Claim and (II) to the Extent Necessary, Reconsideration and Relief form the Confirmation Order Pursuant to Federal Rule of Civil Procedure 60(b) [**Dkt. 9032**]

   Related Order:

   G. Order Regarding Scheduling with Respect to Elliott Management Corporation Motion for Allowance and Payment of Administrative Expense Claim and Related Joinders [**Dkt. 8746**].

Status: This matter is going forward on a contested basis. Pursuant to the October 9, 2020 Docket Text Order, oral argument will begin at 10:30 a.m. (Pacific Time). Each side will have thirty minutes, and counsel for Elliott and the Additional RSA Noteholders should agree on how to divide their time, as well as agree on how much time they wish to reserve for rebuttal.

*RESOLVED AND CONTINUED MATTERS*

2. **Reorganized Debtors' Sixth Omnibus Objection to Claims**: *Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 8978**].

Response Deadline: September 29, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Request for Notice Response to Omnibus Objection Filed by Creditor Krystal Dong [**Dkt. 9107**].

B. County of Lake's Statement of Non-Opposition and Reservation of Rights Re Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) [**Dkt. 9167**].

Related Documents:

C. Declaration of Robb McWilliams in Support of Reorganized Debtors' Sixth and Seventh Omnibus Objections to Claims (Satisfied Claims) [**Dkt. 8979**].

D. Notice of Withdrawal of Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) with Respect to Vantage Wind Energy LLC (Claim No. 9877) [**Dkt. 9123**].

E. Reorganized Debtors' Report on Responses to Sixth Omnibus Objection to Claims (Satisfied Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9212**].

Related Order:

F. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) [**Dkt. 9260**].

Status: This matter has been resolved and taken off calendar by order [**Dkt. 9260**]. This matter has been continued to October 28, 2020 as to Righetti Ranch; Krystal Dong; KB Home Central Valley Division; KB Home Central Valley, Inc.; KB Home North Bay, Inc.; KB Home Northern California Division; KB Home Sacramento, Inc.; KB Home, A CA Corporation; Moraga 1 INV, LLC; In-N-Out Burgers; and Carl Arena.

3. **Reorganized Debtors' Seventh Omnibus Objection to Claims**: *Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 8981**].

Response Deadline: September 29, 2020, at 4:00 p.m. (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Responses Filed:

A. John Wrynn's Response to Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims) (Doc. No. 8681) [**Dkt. 9162**].

B. David E. Parks' Response to Seventh Omnibus Objection to Claims [**Dkt. 9163**].

Related Documents:

C. Declaration of Robb McWilliams in Support of Reorganized Debtors' Sixth and Seventh Omnibus Objections to Claims (Satisfied Claims) [**Dkt. 8979**].

D. Reorganized Debtors' Report on Responses to Seventh Omnibus Objection to Claims (Satisfied Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9215**].

Status: This matter has been continued to October 28, 2020 as to John Wrynn and David E. Parks. The Reorganized Debtors will file a notice of continued hearing.

4. **Reorganized Debtors' Eighth Omnibus Objection to Claims**: *Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims)* [**Dkt. 8983**].

Response Deadline: September 29, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Arbormetrics Solutions, LLC's Opposition to Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9134**].

B. Trees, LLC's Opposition to Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9135**].

Related Documents:

C. Declaration of Robb McWilliams in Support of Reorganized Debtors' Eighth and Ninth Omnibus Objections to Claims (No Liability Claims) [**Dkt. 8984**]

D. Reorganized Debtors' Report on Responses to Eighth Omnibus Objection to Claims (No Liability Claims) and Request for Order by Default as to Unopposed Objection [**Dkt. 9257**]

E. Reorganized Debtors' Revised Report on Responses to Eighth Omnibus Objection to Claims (No Liability Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9284**]

Related Order:

F. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9289**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

<u>Status</u>: This matter has been resolved and taken off calendar by order [**Dkt. 9289**]. This matter has been continued to October 28, 2020 as to MCIWAPC and Irene George.

5. **Reorganized Debtors' Ninth Omnibus Objection to Claims**: *Reorganized Debtors' Ninth Omnibus Objection to Claims (No Liability Claims)* [**Dkt. 8986**].

<u>Response Deadline</u>: September 29, 2020, at 4:00 p.m. (Pacific Time).

<u>Response Filed</u>:

A. Western Environmental Consultants, LLC's Opposition to Reorganized Debtors' Ninth Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9136**].

<u>Related Documents</u>:

B. Declaration of Robb McWilliams in Support of Reorganized Debtors' Eighth and Ninth Omnibus Objections to Claims (No Liability Claims) [**Dkt. 8984**].

C. Reorganized Debtors' Report on Responses to Ninth Omnibus Objection to Claims (No Liability Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9259**].

<u>Related Order</u>:

D. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Ninth Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9288**].

<u>Status</u>: This matter has been resolved by order [**Dkt. 9288**] and taken off calendar by October 9, 2020 Docket Text Order.

6. **Reorganized Debtors' Tenth Omnibus Objection to Claims**: *Reorganized Debtors' Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims)* [**Dkt. 8988**].

<u>Response Deadline</u>: September 29, 2020, at 4:00 p.m. (Pacific Time).

<u>Related Documents</u>:

A. Declaration of David Kraska in Support of Reorganized Debtors' Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims) [**Dkt. 8990**].

B. Reorganized Debtors' Report on Responses to Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9217**].

C. Reorganized Debtors' Supplemental Report on Responses to Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9247**].

Related Order:

D.     Order Expunging Proofs of Claim Pursuant to Reorganized Debtors' Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims) [**Dkt. 9287**].

Status: This matter has been resolved by order [**Dkt. 9287**] and taken off calendar by October 9, 2020 Docket Text Order.

7. **Motion to Allow/Deem Rebecca Simmie's Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Rebecca Simmie; Memorandum of Points and Authorities; Declaration of Patrice Doyle in Support* [**Dkt. 9092**].

Response Deadline: October 6, 2020.

Response Filed:

A.     Stipulation Enlarging Time for Rebecca Simmie to File Proof of Claim [**Dkt. 9119**].

Related Order:

B.     Order Approving Stipulation Enlarging Time for Rebecca Simmie to File Proof of Claim [**Dkt. 9147**].

Status: This matter has been resolved by stipulation [**Dkt. 9119**] and taken off calendar by order [**Dkt. 9147**].

8. **Motion to Deem Claims Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proofs of Claim by Clifton Kenyon, Dragge Granddaughters Trust, PMK (Minor), and DRK (Minor); Memorandum of Points and Authorities; Declaration of Patrice Doyle in Support* [**Dkt. 9090**].

Response Deadline: October 6, 2020.

Response Filed:

A.     Stipulation Enlarging Time for Clifton Kenyon, Dragge Granddaughters Trust, PMK (Minor), and DRK (Minor) to File Proofs of Claim [**Dkt. 9118**].

Related Order:

B.     Order Approving Stipulation Enlarging Time for Clifton Kenyon, Dragge Granddaughters Trust, PMK (Minor), and DRK (Minor) to File Proofs of Claim [**Dkt. 9146**].

Status: This matter has been resolved by stipulation [**Dkt. 9118**] and taken off calendar by order [**Dkt. 9146**].

9.  **Motion to Deem Daniel Kosta's Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Daniel Kosta, Individually and as Guardian Ad Litem for his Minor Children M.M.K., S.K., and M.K., Memorandum of Points and Authorities; Declaration of Brendan M. Kunkle* [**Dkt. 8961**].

    Response Deadline: October 6, 2020.

    Response Filed:

    A.  Stipulation Enlarging Time for Daniel Kosta, M.M.K. (a Minor), S.K. (a Minor), and M.K. (a Minor) to File Proofs of Claim [**Dkt. 9001**].

    Related Order:

    B.  Order Approving Stipulation Enlarging Time for Daniel Kosta, M.M.K. (a Minor), S.K. (a Minor), and M.K. (a Minor) to File Proofs of Claim [**Dkt. 9020**].

    Status: This matter has been resolved by stipulation [**Dkt. 9001**] and taken off calendar by order [**Dkt. 9020**].

10. **Motion to Deem Kim Reeg's Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Kim Reeg, Memorandum of Points and Authorities; Declaration of Kim Reeg* [**Dkt. 8958**].

    Response Deadline: October 6, 2020.

    Response Filed:

    A.  Stipulation Enlarging Time for Kim Reeg to File Proof of Claim [**Dkt. 9000**].

    Related Order:

    B.  Order Approving Stipulation Enlarging Time for Kim Reeg to File Proof of Claim [**Dkt. 9019**].

    Status: This matter has been resolved by stipulation [**Dkt. 9000**] and taken off calendar by order [**Dkt. 9019**].

11. **Motion to Deem Sonoma Land Trust's Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Sonoma Land Trust, Memorandum of Points and Authorities; Declaration of Brendan M. Kunkle* [**Dkt. 8933**].

    Response Deadline: October 6, 2020.

    Response Filed:

    A.  Stipulation Enlarging Time for Sonoma Land Trust to File Proof of Claim [**Dkt. 8999**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Order:

B. Order Approving Stipulation Enlarging Time for Sonoma Land Trust to File Proof of Claim [**Dkt. 9018**].

Status: This matter has been resolved by stipulation [**Dkt. 8999**] and taken off calendar by order [**Dkt. 9018**].

12. **Motion to Deem Glen Eaton's Claim Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Glen Eaton, Administrator of the Estate of Arvel Rogers; Memorandum of Points and Authorities; Declaration of Mark Johnson; Declaration of Brendan Kunkle* [**Dkt. 8930**].

Response Deadline: October 6, 2020.

Response Filed:

A. Stipulation Enlarging Time for Glen Eaton, Administrator of the Estate of Arvel Rogers to File Proof of Claim [**Dkt. 8998**].

Related Order:

B. Order Approving Stipulation Enlarging Time for Glen Eaton, Administrator of the Estate of Arvel Rogers to File Proof of Claim [**Dkt. 9017**].

Status: This matter has been resolved by stipulation [**Dkt. 8998**] and taken off calendar by order [**Dkt. 9017**].

13. **Reorganized Debtors' Third Omnibus Objection to Claims**: *Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims)* [**Dkt. 8753**].

Response Deadline: September 8, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Response/Objection Filed by Interested Party Tamara Lee Childs [**Dkt. 8832**].

B. Daniel Franklin's Statement Re: The Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) Re: Proof of Claim of Daniel Franklin [**Dkt. 8989**].

C. Western Environmental Consultants, LLC's Statement of Non-Opposition and Reservation of Rights Re Reorganized Debtors' Third Omnibus Objection to Claims [**Dkt. 8996**].

D. Response by E2 Consulting Engineers, Inc. to Reorganized Debtor's Third Omnibus Objection to Claims (Duplicate Claims) [**Dkt. 9010**].

E. Stipulation Resolving the Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) Re: Proofs of Claim of Ravin Skondin [**Dkt. 9016**].

F. Notice of Entry of Order Approving Stipulation Resolving the Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) Re: Proofs of Claim of Ravin Skondin [**Dkt. 9026**].

Related Documents:

G. Declaration of Robb McWilliams in Support of Reorganized Debtors' Third Through Fifth Omnibus Objections to Claims (Duplicate Claims) [**Dkt. 8754**].

H. Reorganized Debtors' Report on Responses to Third Omnibus Objection to Claims (Duplicate Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9052**].

Related Orders:

I. Order Approving Stipulation Resolving the Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) Re: Proofs of Claim of Ravin Skondin [**Dkt. 9022**].

J. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) [**Dkt. 9087**].

K. Amended Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Third Omnibus Objection to Claims (Duplicate Claims) [**Dkt. 9149**]

Status: The Omnibus Objection was granted on September 25, 2020 [**Dkt. 9149**].

14. **Reorganized Debtors' Fifth Omnibus Objection to Claims**: *Reorganized Debtors' Fifth Omnibus Objection to Claims (Duplicate Claims)* [**Dkt. 8759**].

Response Deadline: September 8, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. ArborMetrics Solutions, LLC's Statement of Non-Opposition and Reservation of Rights Re Reorganized Debtors' Fifth Omnibus Objection to Claims [**Dkt. 8997**].

B. County of Lake's Statement of Non-Opposition and Reservation of Rights Re Reorganized Debtors' Fifth Omnibus Objection to Claims [**Dkt. 9004**].

C. Samuel Engineering, Inc's Statement of Non-Opposition and Reservation of Rights Re Reorganized Debtors' Fifth Omnibus Objection to Claims [**Dkt. 9007**].

D. Starch Concrete Inc.'s Response to Objection to Claim (Fifth Omnibus Objection, Dkt. No. 8759); Declaration of Eli Underwood [**Dkt. 9011**].

E. Mendocino County Inland Water Agency & Power Commission's Reservation of Rights in Response to Reorganized Debtors' Fifth Omnibus Objection to Claims (ECF No. 8759) [**Dkt. 9110**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

F. Declaration of Robb McWilliams in Support of Reorganized Debtors' Third Through Fifth Omnibus Objections to Claims (Duplicate Claims) [**Dkt. 8754**].

G. Reorganized Debtors' Report on Responses to Fifth Omnibus Objection to Claims (Duplicate Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9054**].

H. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fifth Omnibus Objection to Claims (Duplicate Claims) [**Dkt. 9088**].

I. Amended Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fifth Omnibus Objection to Claims (Duplicate Claims) [**Dkt. 9150**].

Status: The Omnibus Objection was granted on September 25, 2020 [**Dkt. 9150**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 12, 2020

**WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
    Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*