Julie E. Oelsner, State Bar No. 125432
**weintraub tobin** chediak coleman grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Telephone
(916) 446-1611 – Facsimile
joelsner@weintraub.com – E-Mail

Attorneys for Intech Mechanical

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No.: 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

### INTECH MECHANICAL'S NOTICE OF WITHDRAWAL OF MECHANIC'S LIEN
### [Doc. No. 772]

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that Intech Mechanical (hereinafter "Intech") withdraws its mechanic's lien [Doc. No. 772] in the principal amount, after deducting all credits and offsets, of $148,453.30 for labor, equipment, material, and services provided by Intech generally described as electrical construction and related materials, labor, equipment, and services, incorporated in and constituting improvements to the real property commonly known as PG&E VCOC Building 4 – Const. HVAC, 4940 Allison Parkway, Vacaville, California 95688. The purported owner of the property in question is Pacific Gas & Electric Co., 1850 Gateway Boulevard, 7th Floor, Concord, California 94250. Intech furnished the above-described labor,

equipment, materials and services at the special instance and request of, and pursuant to a contract with Turner Construction Company, 1211 H Street, Sacramento, California 95814.

Dated: October 13, 2020

**weintraub tobin** chediak coleman grodin
law corporation

By: /s/ Julie E. Oelsner
Julie E. Oelsner, State Bar No. 125432
Attorneys for Intech Mechanical

{3022175.DOCX;}

# PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, 11th Floor, Sacramento, California 95814. I am over the age of 18 years and not a party to, nor interested in, the within action. On March 6, 2019, I caused to be served the following:

INTECH MECHANICAL'S NOTICE OF PERFECTION OF LIEN

\_\_\_\_\_ United States mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox after the close of the day's business.

\_\_\_\_\_ United States First Class mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a United States mailbox after the close of the day's business.

\_\_\_\_\_ By personally delivering, or causing to be delivered, a true copy thereof to the persons at the addresses set forth below.

__X__ CM/ECF Participants

I declare under penalty of perjury that the foregoing is true and correct. Executed March 6, 2019, at Sacramento, California.

/s/ Brenda Jennings
Brenda Jennings