Paul R. Glassman (SBN 76536)
STRADLING YOCCA CARLSON & RAUTH, P.C.
10100 N. Santa Monica Boulevard, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
Email: pglassman@sycr.com

Mia S. Brown (SBN 242268)
General Counsel
SOUTH SAN JOAQUIN IRRIGATION DISTRICT
11011 E. Highway 120
Manteca, CA 95336
Telephone: (209) 249-4600
Facsimile: (209) 249-4692
Email: mbrown@ssjid.com

Attorneys for Creditor and Party-In-Interest,
South San Joaquin Irrigation District

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>Lead Case<br><br>Jointly Administered<br><br>**SOUTH SAN JOAQUIN IRRIGATION DISTRICT'S RESPONSE TO REORGANIZED DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS) AS IT APPLIES TO CLAIM OF "TRI-DAM PROJECT"**<br><br>**[Relates to Dkt. No. 9078]**<br><br>Date: October 28, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>450 Golden Gate Ave., 16th Flr, Crt. 17<br>San Francisco, CA<br>Judge: Hon. Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:**

South San Joaquin Irrigation District (the "**District**") files this response to the Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims) Dkt. No. 9078] ("**17th Omnibus**") filed by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") as it applies to claim of Tri-Dam Project (defined below) and respectfully submits as follows:

1. The District agrees with the Reorganized Debtors that the scheduled claim of the Tri-Dam Project in the amount of $351,252.15 that is subject to the 17th Omnibus has been satisfied. However, (a) this scheduled claim appears to comprise a portion of the annual payment due under a contract[1] described by the parties as a "headwater benefit payment," which was actually in the total amount of $356,591.66 exclusive of interest, and (b) otherwise, the 17th Omnibus does not and should not affect the proofs of claim filed by the District or the objections related to assumption of the executory contracts asserted in the objection thereto filed by the District.

2. The 17th Omnibus objects to an unsecured claim in the amount of $351,252.15 of Tri-Dam Project identified as number 92185103 that was scheduled on March 14, 2019. The basis stated for the Objection is that the amount listed was paid during the pendency of the Chapter 11 cases.[2] The Debtors filed schedules (Dkt. No. 906) on that date with a scheduled claim in the amount of $351,252 for Tri-Dam Project (the "**Scheduled Tri-Dam Claim**").[3]

3. The District is a party to a partnership known as the Tri-Dam Power Authority,[4] which developed, operates and maintains the Tri-Dam Project (collectively, "**Tri-Dam**"). The

---

[1] The contract is the Coordinated Operations Agreement among the Utility and Oakdale Irrigation District, South San Joaquin Irrigation District, And Tri-Dam Power Authority.
[2] The objection to the Tri-Dam Project scheduled claim is on Page 18 of the Exhibit attached to the 17th Omnibus.
[3] The Scheduled Tri-Dam Claim is on page 340 of Docket No. 906-4.
[4] Oakdale Irrigation District is also a party.

-1-

District has asserted claims and objections on behalf of itself and Tri-Dam in this case, and the District is filing this response on behalf of itself and Tri-Dam.

4. The District filed a proof of claim (Claim No. 70439) and an amendment thereof (Claim No. 98548) (together, the "**Proofs of Claim**") in the Pacific Gas and Electric Company chapter 11 case asserting, among other things, its and Tri-Dam's claims and rights to indemnification, contribution, and other matters under executory contracts or otherwise with the Utility separate and apart from the Tri Dam Scheduled Claim that are not resolved by payment of the Scheduled Tri-Dam Claim.

5. The District also filed South San Joaquin Irrigation District's (A) Objection to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 as Amended [Docket No. 6320] and (B) Objection to Cure Amounts and Other Matters Pertaining to Assumption Pursuant to Section 365(B)(1) of the Bankruptcy Code [Dkt No. 7037] SSJID's objection [Dkt No. 7265] ("**SSJID Objection**") asserting, among other things, objections related to Tri-Dam's claims and rights to indemnification, contribution, and other matters under executory contracts or otherwise.

6. In light of the foregoing, the District has no objection to the Scheduled Tri-Dam Claim being disallowed and expunged, and otherwise the District reserves all of its rights with respect to the claims, rights, and other matters asserted in the Proofs of Claim and the SSJID Objection.

DATED: October 14, 2020

STRADLING YOCCA CARLSON &
RAUTH A PROFESSIONAL
CORPORATION

By: /s/ *Paul R. Glassman*
Paul R. Glassman
Attorneys for Creditor and Party-in-Interest
South San Joaquin Irrigation District

# CERTIFICATE OF SERVICE

I hereby certify that the attached document was properly filed on October 14, 2020 with the ECF/CM system of the United States Bankruptcy Court for the Northern District of California and that a Notification of Electronic Filing of this document was sent via the ECF/CM noticing system to all ECF Registered Participants in this case.

Dated: October 14, 2020

/s/ Paul R. Glassman
Paul R. Glassman