UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew Chan, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On September 11, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 12th day of October 2020, at New York, NY.

*/s/ Andrew Chan*
Andrew Chan

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8844 | OPeak LLC<br>Attn: Todd Westhus<br>745 Fifth Avenue<br>New York, NY 10151 | Citigroup Financial Products Inc<br>Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd Fl – Global Loans<br>New Castle, DE 19720 | September 11, 2020 |
| 8845 | OPeak LLC<br>Attn: Todd Westhus<br>745 Fifth Avenue<br>New York, NY 10151 | Citigroup Financial Products Inc<br>Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd Fl – Global Loans<br>New Castle, DE 19720 | September 11, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8846 | OPeak LLC<br>Attn: Todd Westhus<br>745 Fifth Avenue<br>New York, NY 10151 | Citigroup Financial Products Inc<br>Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd Fl – Global Loans<br>New Castle, DE 19720 | September 11, 2020 |
| 8847 | OPeak LLC<br>Attn: Todd Westhus<br>745 Fifth Avenue<br>New York, NY 10151 | Citigroup Financial Products Inc<br>Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd Fl – Global Loans<br>New Castle, DE 19720 | September 11, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8848 | OPeak LLC<br>Attn: Todd Westhus<br>745 Fifth Avenue<br>New York, NY 10151 | Citigroup Financial Products Inc<br>Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd Fl – Global Loans<br>New Castle, DE 19720 | September 11, 2020 |