# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dchambers | Date Created: 10/15/2020 |
| Case: 19–30088 | Form ID: TRANSC | Total: 6 |

**Recipients of Notice of Electronic Filing:**
aty     Gregg M. Galardi     gregg.galardi@ropesgray.com
aty     Philip Anker     Philip.Anker@wilmerhale.com

                                                                                                               TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty     David P. Simonds     Akin Gump Strauss Hauer & Feld LLP     1999 Avenue of the Stars, #600     Los Angeles, CA 90067
aty     David P. Simonds     Hogan Lovells US LLP     1999 Avenue of the Stars, #600     Los Angeles, CA 90067
aty     Richard W. Slack     Weil Gotshal and Manges, LLP     767 Fifth Ave.     New York, NY 10153–0119
aty     Stephen Karotkin     Weil, Gotshal & Manges LLP     767 Fifth Avenue     New York, NY 10153

                                                                                                               TOTAL: 4