DOWNEY BRAND LLP
DAVID ALADJEM (Bar No. 152203)
JAMIE P. DREHER (Bar No. 209380)
PAUL GAUS (Bar No. 319979)
Email: daladjem@downeybrand.com
jdreher@downeybrand.com
pgaus@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Mendocino County Inland Water
& Power Commission

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**PROOF OF SERVICE**<br><br>Date:         September 22, 2020<br>Time:        10:00 a.m. (Pacific Time)<br>Place:       (Telephonic Appearances Only)<br>               United States Bankruptcy Court<br>               Courtroom 17, 16th Floor<br>               San Francisco, CA 94102 |

    At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

    On October 15, 2020, I served true copies of the following document(s) described as

- **MENDOCINO COUNTY INLAND WATER & POWER COMMISSION'S RESPONSE AND OPPOSITION TO REORGANIZED DEBTORS' EIGHTH OMNIBUS OBJECTION (ECF NO. 8983)**

- **DECLARATION OF JANET K.F. PAULI IN SUPPORT OF MENDOCINO COUNTY INLAND WATER AGENCY & POWER COMMISSION'S OPPOSITION TO REORGANIZED DEBTORS' EIGHTH OMNIBUS OBJECTION (ECF NO. 8983)**

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 15, 2020, at Sacramento, California.

_____
Marci Frazier

1659602v2

2