# Notice Recipients

District/Off: 0971–3      User: dchambers      Date Created: 10/19/2020

Case: 19–30088      Form ID: TRANSC      Total: 3

**Recipients of Notice of Electronic Filing:**

aty      Michael S. Etkin      metkin@lowenstein.com

TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty      Richard W. Slack      Weil Gotshal and Manges, LLP      767 Fifth Ave.      New York, NY 10153–0119

aty      Thomas A. Dubbs      Labaton Sucharow LLP      140 Broadway      New York, NY 10005

TOTAL: 2