| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Richard W. Esterkin (SBN 70769)<br>300 South Grand Ave.<br>Los Angeles, CA 90071-3132<br>Tel:   +1.213.612.2500<br>Fax:   +1.213.612.2501<br>richard.esterkin@morganlewis.com<br><br>*Attorneys for the State of Oregon by and through the Oregon Investment Council on behalf of each of the Oregon Public Employees Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fund* | |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☒ Affects Pacific Gas and Electric Company<br><br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (JENNIFER FELDSHER)**<br><br><br>Hearing:   November 17, 2020<br>Place:      US Bankruptcy Court<br>              Via CourtCall/Video |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Jennifer Feldsher, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac* basis representing the State of Oregon by and through the Oregon Investment Council on behalf of each of the Oregon Public Employees Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fund in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of that attorney is:

> Richard W. Esterkin
> Morgan, Lewis & Bockius LLP
> 300 South Grand Avenue, Suite 2200
> Los Angeles, California 90071
> (213) 613-2500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2020

_____
Jennifer Feldsher

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Jennifer Feldsher

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on June 11, 2001, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on October 15, 2020

*Susanna Rojas*

Clerk of the Court

7195