PILLSBURY WINTHROP SHAW PITTMAN LLP
JONATHAN DOOLITTLE (SBN 290638)
jonathan.doolittle@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
HUGH M. MCDONALD (*admitted pro hac vice*)
hugh.mcdonald@pillsburylaw.com
31 West 52nd Street
New York, NY 10019-6131
Telephone:    212.858.1000
Facsimile:    212.858.1500

*Counsel for Consolidated Edison Development, Inc.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF APPEARANCE, CHANGE OF COUNSEL, CHANGE OF ADDRESS OF COUNSEL, AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS** |

TO THE BANKRUPTCY COURT, DEBTORS, AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT Consolidated Edison Development, Inc. ("ConEdison"), has retained Pillsbury Winthrop Shaw Pittman LLP, as its attorney of record in the above-captioned chapter 11 cases (the "Chapter 11 Cases") in place of and instead of Troutman Sanders LLP.

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), section 1109(b) of title 11 of the United States Code, 11 U.S.C.§ 101 et seq. ("Bankruptcy Code"), and N.D. Cal. Local Rule 5-1(c)(2)(A) and (C), the counsel listed below enter their appearance for ConEdison and request that ConEdison be added to the official mailing matrix and service lists in the Chapter 11 Cases and that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or any proceeding herein, be served upon the below-listed counsel at the following mailing or email addresses or facsimile numbers:

```
PILLSBURY WINTHROP SHAW PITTMAN LLP
JONATHAN DOOLITTLE (SBN 290638)
jonathan.doolittle@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
HUGH M. MCDONALD (admitted pro hac vice)
hugh.mcdonald@pillsburylaw.com
31 West 52nd Street
New York, NY 10019-6131
Telephone:    212.858.1000
Facsimile:    212.858.1500
```

PLEASE TAKE FURTHER NOTICE THAT the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral

or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in the Chapter 11 Cases.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall be deemed or construed to be a consent to jurisdiction of the Bankruptcy Court over ConEdison. Further, this Notice of Appearance is not, and may not be deemed or construed to be, a waiver of ConEdison's: (i) right to have final orders in any non-core or core matter in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge; (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (iii) right to have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; (iv) right to object to the jurisdiction of the Bankruptcy Court for any purpose or on any grounds; or (v) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs or recoupment to which ConEdison may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: October 19, 2020　　　　　　　**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Jonathan Doolittle*
　　Jonathan Doolittle

　　*Counsel for Consolidated Edison Development, Inc.*