**EXHIBIT A**

**(July 9, 2019 E-mail from Hal Smeltzer to Laura Young)**

## Peter Benvenutti

| | |
|---|---|
| **From:** | Smeltzer, Hal (Law - Claims) <HDS3@pge.com> |
| **Sent:** | Tuesday, July 09, 2019 9:37 AM |
| **To:** | Young, Laura |
| **Subject:** | RE: A19131330   // CSAA Claim #1003-07-9024 |

Laura,

I investigated this incident and will be handling this claim.

On January 29, 2019, (the "Filing Date") PG&E filed for Chapter 11 in the U.S. Bankruptcy Court for the Northern District of California. Under Bankruptcy Court rules, claims related to matters occurring prior to the Filing Date are required to be addressed as a part of the Company's Chapter 11 case. As a result, if your claim is related to matters occurring prior to the Filing Date, you will need to refile your claim directly with the Bankruptcy Court.

Information and documents related to the Company's Chapter 11 cases, including information regarding how to file a claim, will be available on a website administered by our claims agent, at https://restructuring.primeclerk.com/pge. In addition, you can call the Restructuring Hotline at 844-339-4217 (for calls originating outside of the U.S. please dial +1 929-333-8977) or you can send an email to pgeinfo@primeclerk.com.

Please note that based on information currently available, it is anticipated that any claims submitted for incidents occurring on or after January 29, 2019, will be handled in the normal course.

Sincerely,

## Hal Smeltzer
559 263-5275
559 263-5287 fax
650 O St., Bag #24
Fresno, CA  93760



This email message is confidential, intended only for the named recipient (s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this email in error, or are not the named recipient (s), please immediately notify the sender.

---

**From:** Young, Laura <Laura.Young@csaa.com>
**Sent:** Monday, July 08, 2019 1:50 PM
**To:** Whisenhunt, Debbie (Law-Claims) <D1WR@pge.com>
**Subject:** A19131330 // CSAA Claim #1003-07-9024

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***

Debbie,

It was a pleasure speaking with you today.

As discussed, the initial information is not final.  Just a notification of damages.
CSAA send a Cause & Origin engineer out.  His findings along with the neighbors statement point to the cause being the transformer exploding and caused fire damage to our insureds property.

Attached is the preliminary rebuild estimate.  The adjuster has a $95k reserve set for the personal property.  They have paid $5000 for the personal property to date.


Thank you,

Laura Young
Homeowners Subrogation Specialist
CSAA Insurance Exchange
P.O. Box 24523
Oakland, CA 94623
Office: (925)464-4278  Fax(877)548-1610


This message may contain information, including personally identifiable information that is confidential, privileged, or otherwise legally protected. If you are not the intended recipient, please immediately notify the sender and delete this message without copying, disclosing, or distributing it.