| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>New York, NY 10153-0119<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007<br><br>*Attorneys for Debtors and Reorganized Debtors* | KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (650) 636-9251 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>            **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).* | Case Nos. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF PETER J. BENVENUTTI IN SUPPORT OF REORGANIZED DEBTORS' OPPOSITION TO MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY CSAA INSURANCE EXCHANGE**<br><br>Date: October 28, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: **(Telephonic or Video Only)**<br>   United States Bankruptcy Court<br>   Courtroom 17, 16th Floor<br>   San Francisco, CA 94102 |

I, Peter J. Benvenutti, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1. I am partner of Keller Benvenutti Kim LLP, co-counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"). I submit this Declaration in support of the *Reorganized Debtors' Opposition to Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange* (the "**Opposition**"),[1] filed contemporaneously herewith.

2. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. Attached hereto as **Exhibit A** is a true and correct copy of an exchange of e-mails I had with counsel for CSAA on September 30 and October 2, 2020. It includes, in the October 2 e-mail from CSAA's counsel, a "cut and paste" of a March 25, 2019 e-mail from Laura Brown to Laura Young and others that is referenced in paragraph 8 of Ms. Brown's declaration filed on September 25, 2020 [Dkt. No. 9140].

4. Attached hereto as **Exhibit B** is a true and correct partial copy of the Certificate of Service of Herb Baer, filed on July 23, 2020 at Docket No. 3159 (the "**Bar Date Certification**"). This exhibit includes the certificate itself and those pages of Exhibits D and E to the certificate that include references to CSAA or AAA. The pages of the Exhibit are numbered sequentially (1 – 16) in the upper right corner of each page.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Opposition.

I declare under penalty of perjury, as set forth in 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 21st day of October, 2020, in Oakland, California.

*/s/ Peter J. Benvenutti*
Peter J. Benvenutti