TROUTMAN PEPPER HAMILTON SANDERS LLP
Jared D. Bissell (SBN 272687)
11682 El Camino Real
Suite 400
San Diego, CA 92130
Telephone:  858.509.6083
Facsimile:  858.509.6040

*-and-*

TROUTMAN PEPPER HAMILTON SANDERS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone:  404.885.3000
Facsimile:  404.885.3900

*Attorneys for Osmose Utilities Services, Inc.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>PG&E Corporation<br><br>-and-<br><br>Pacific Gas and Electric Company,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 | Case No. 19-30088<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF OSMOSE UTILITIES SERVICES, INC.'S WITHDRAWAL OF ITS LIMITED OBJECTION TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS**<br><br>[Ref. Docket Nos. 7037 & 7320] |

**TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** Osmose Utilities Services, Inc. hereby withdraws its *Limited Objection* [Dkt. No. 7320] to the *Schedule of Executory Contracts and Unexpired Leases to Be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Dkt. No. 7037; Exhibit B] filed by the above-captioned debtors and debtors-in-possession.

//

//

Dated: October 22, 2020     **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ *Jared D. Bissell*
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900
harris.winsberg@troutman.com
matthew.roberts2@troutman.com

Jared D. Bissell (SBN 272687)
11682 El Camino Real
Suite 400
San Diego, CA 92130
Telephone: 858.509.6083
Facsimile: 858.509.6040
jared.bissell@troutman.com

*Attorneys for Osmose Utilities Services, Inc.*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Troutman Pepper Hamilton Sanders LLP, 11682 El Camino Real, Suite 400, San Diego, CA 92130. On October 22, 2020, I served the within documents, NOTICE OF OSMOSE UTILITIES SERVICES, INC.'S WITHDRAWAL OF ITS LIMITED OBJECTION TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS, on the interested party(s), listed below, as follows:

☒ **BY MAIL**: As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, CA, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL**: As follows: I am readily familiar with the firm's practice of collection and processing correspondence for overnight mailing. Under that practice, it would be deposited with overnight mail on that same day prepaid at San Diego, CA in the ordinary course of business.

☒ **BY ELECTRONIC MAIL** (CRC 2.251): Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses, as last given or submitted on any document which he or she has filed in the case, listed on the attached service list.

| COUNSEL | SERVED ON |
|---|---|
| The Debtors<br>c/o PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca | 77 Beale Street<br>P.O. Box 77000<br>San Francisco, CA 94105<br>**Served Via U.S. Mail** |
| Stephen Karotkin<br>Lessia Liou<br>Matthew Goren<br>Weil, Gotshal & mNges LLP<br>Counsel for Debtors | stephen.karotkin@weil.com;<br>jessica.liou@weil.com;<br>matthew.goren@weil.com; |
| Paul H. Zumbro<br>Kevin J. Orsini<br>George E. Zobitz<br>Stephen M. Kessing<br>Nicholas A. Dorsey<br>Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>Special Counsel to Debtors | pzumbro@cravath.com;<br>korsini@cravath.com; jzobitz@cravath.com;<br>skessing@cravath.com;<br>ndorsey@cravath.com; onasab@cravath.com; |
| Peter J. Benvenutti<br>Tobias Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP | pbenvenutti@kbkll.com<br>tkeller@kbkllp.com;<br>jkim@kbkllp.com; |

TROUTMAN PEPPER HAMILTON SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

| | | |
|---|---|---|
| | Counsel to Debtors | |
| | James L. Snyder<br>Timothy Lafreddi<br>Marta E. Villacorta<br>Office of the United States Trustee | james.l.snyder@usdoj.gov;<br>timothy.s.laffredi@usdoj.gov;<br>marta.villacorta@usdoj.gov; |
| | Joel S. Miliband<br>David J. Molton<br>Brown Rudnick LLP<br>Attorneys for Trustee and Claims Administrator | JMiliband@brownrudnick.com;<br>DMolton@brownrudnick.com; |
| | Anita Ghosh Naber<br>U.S. Nuclear Regulatory Commission | Anita.ghoshnaber@nrc.gov |
| | Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Frank A. Merola<br>Stroock & Stroock & Lavan LLP<br>Counsel for the Administrative Agent Under the<br>Debtors' Debtor-in-Possession Financing Facility | khansen@stroock.com;<br>egilad@stroock.com;<br>mgarofalo@stroock.com;<br>fmerola@stroock.com; |
| | Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>Davis Polk & Wardwell LLP<br>Counsel for the Collateral Agent Under the Debtors'<br>Debtor-in Possession Financing Facility | eli.vonnegut@davispolk.com;<br>david.schiff@davispolk.com;<br>timothy.graulich@davispolk.com; |
| | Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>Counsel for *the California Public Utilities Commission* | akornberg@paulweiss.com;<br>bhermann@paulweiss.com;<br>wrieman@paulweiss.com;<br>smitchell@paulweiss.com;<br>ndonnelly@paulweiss.com; |
| | Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>Alan J. Stone Samir Vora<br>Milbank LLP<br>Counsel for the Official Committee of Unsecured Creditors | ddunne@milbank.com;<br>skhalil@milbank.com;<br>gbray@milbank.com;<br>tkreller@milbank.com;<br>astone@milbank.com;<br>svora@milbank.com; |
| | Robert A. Julian<br>Cecily A. Dumas<br>Eric E. Sagerman<br>David J. Richardson<br>Lauren T. Attard<br>Baker & Hostetler LLP<br>Counsel for Official Committee of Tort Claimants | rjulian@bakerlaw.com;<br>cdumas@bakerlaw.com;<br>esagerman@bakerlaw.com;<br>drichardson@bakerlaw.com;<br>lattard@bakerlaw.com; |
| | Matthew A. Feldman<br>Joseph G. Minias | mfeldman@willkie.com; |

| | | |
|---|---|---|
| 1<br>2<br>3 | Benjamin P. McCallen<br>Daniel I. Forman<br>Willkie Farr & Gallagher LLP<br>Counsel for the Ad Hoc Group of Subrogation Claimholders | jminias@willkie.com;<br>bmccallen@willkie.com;<br>dforman@willkie.com; |
| 4<br>5 | Kathryn S. Diemer<br>Diemer & Wei, LLP<br>Counsel for the Ad Hoc Group of Subrogation Claimholders | kdiemer@diemerwei.com; |
| 6<br>7 | Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>Jones Day<br>Counsel for the Shareholder Proponents | bbennett@jonesday.com;<br>jmester@jonesday.com;<br>jjohnston@jonesday.com;<br>555 South Flower Street, Fifteenth Floor Los Angeles, California 90071- |
| 8<br>9<br>10<br>11<br>12 | Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter<br>Abid Qureshi<br>Ashley Vinson Crawford<br>Akin Gump Strauss Hauer & Feld LLP Counsel for the<br>Ad Hoc Committee of Senior Unsecured Noteholders | mstamer@akingump.com;<br>idizengoff@akingump.com;<br>dbotter@akingump.com;<br>aqureshi@akingump.com;<br>avcrawford@akingump.com; |
| 13<br>14 | Matthew J. Troy<br>Danielle A. Pham<br>U.S. Department of Justice | Matthew.Troy@usdoj.gov;<br>danielle.pham@usdoj.gov; |
| 15<br>16 | Paul Pascuzzi<br>Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>Counsel for the Office of the California Attorney General | ppascuzzi@ffwplaw.com; |
| 17<br>18<br>19 | Xavier Becerra, Attorney General of California<br>Margarita Padilla<br>Danette Valdez<br>Counsel for the Office of the California Attorney General | Margarita.Padilla@doj.ca.gov;<br>Danette.Valdez@doj.ca.gov; |
| 20<br>21 | Benjamin Mintz<br>Brian J. Lohan<br>Arnold Porter Kaye Scholer LLP<br>Counsel for AT&T Corporation | Benjamin.Mintz@arnoldporter.com;<br>Brian.Lohan@arnoldporter.com; |
| 22<br>23 | David E. Weiss<br>Peter Munoz<br>Reed Smith LLP<br>Counsel for Certain Fire Victim Creditors | DWeiss@ReedSmith.com;<br>PMunoz@ReedSmith.com; |
| 24<br>25 | Craig Goldblatt<br>Lauren Lifland<br>Allyson Pierce<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>Counsel for COMCAST | craig.goldblatt@wilmerhale.com;<br>lauren.lifland@wilmerhale.com<br>allyson.pierce@wilmerhale.com |
| 26<br>27 | REBECCA J. WINTHROP<br>ROBIN D. BALL<br>NORTON ROSE FULBRIGHT US LLP<br>Counsel for Adventist Health | rebecca.winthrop@nortonrosefulbright.com<br>robin.ball@nortonrosefulbright.com |
| 28 | | |

| BRIAN J. LOHAN<br>BENJAMIN MINTZ<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Counsel for AT&T | brian.lohan@arnoldporter.com<br>benjamin.mintz@arnoldporter.com |
|---|---|

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 22, 2020, at San Diego, California.

                                       /s/Erika Schmidt<br>                                       Erika Schmidt

TROUTMAN PEPPER HAMILTON SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216