**Entered on Docket**
**October 22, 2020**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: October 22, 2020**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Bankruptcy Case No. 19-30088-DM |
|---|---|
| PG&E CORPORATION, | Chapter 11 |
| - and - | Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Reorganized Debtors. | Date: October 13, 2020<br>Time: 10:30 a.m.<br>Hearing held via Zoom |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**ORDER DISALLOWING ADMINISTRATIVE EXPENSE CLAIMS OF PACIFIC INVESTMENT MANAGEMENT COMPANY LLC**

For the reasons stated in the Memorandum Decision Disallowing Administrative Expense Claims issued this date, the administrative expense claims asserted by Pacific Investment Management Company LLC (Dkts. 8704 and 9034), and opposed by the Reorganized Debtors, are DISALLOWED.

*** END OF ORDER***