| | |
|---|---|
| James A. Mesterharm<br>AP Services, LLC<br>909 Third Avenue<br>New York, NY 10022<br>(212) 490-2500<br>jmesterharm@alixpartners.com | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION OF AP SERVICES, LLC FOR APPROVAL OF SUCCESS FEE** |

On August 31, 2020, AP Services, LLC ("APS" or the "Applicant"), Chief Restructuring Officer and Deputy Chief Restructuring Officer for PG&E Corporation and Pacific Gas and Electric Company (the "Debtors"), filed the *Application of AP Services, LLC For Approval Of Success Fee* [ECF No. 8936] (the "Success Fee Application"), in accordance with the *Application of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Employ and Retain AP Services, LLC to Provide a Chief Restructuring Officer, Deputy Chief Restructuring Officer, and Additional Personnel for the Debtors Nunc Pro Tunc to the Petition Date* [ECF No. 867] (the "Retention Application").

The Success Fee Application was served as described in the *Certificate of Service of Kendrick*

*Ajayi*, filed on September 16, 2020 [ECF No. 9051]. The deadline to file responses or oppositions to the Success Fee Application was September 21, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a principal of the firm AP Services, LLC and served as the Chief Restructuring Officer for the Debtors during the pendency of the Debtors' chapter 11 cases.

2. I certify that I have reviewed or caused the review of the Court's docket in the Debtors' chapter 11 cases and have been advised that no objections have been filed and the Applicant has not received any response or opposition to the Success Fee Application.

3. This declaration was executed in Chicago, Illinois.

Dated: October 23, 2020

AP Services, LLC

By: /s/James A. Mesterharm
Name: James A. Mesterharm
Title: Authorized Representative