UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew Q. Chan, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 26, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. On February 28, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4. On March 2, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

1

5. On March 3, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

6. On March 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

7. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 23rd day of October 2020, at New York, NY.

_____
Andrew Q. Chan

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5879 | TJ-H2B Analytical Service USA, LLC<br>Attn: Dean Roger Rose<br>3123 Fite Circle, Suite 105<br>Sacramento, CA 95827 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | February 28, 2020 |
| 5880 | XNS Inc<br>4773 Cherry Ave<br>Santa Maria, CA 93455 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | February 26, 2020 |
| 5881 | Miners & Pisani Inc<br>Attn: Erwin Cayanan<br>3551 Arden Rd<br>Hayward, CA 94545 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | February 26, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5901 | Trident Environmental & Engineering<br>110 L St #1<br>Antioch, CA 94509<br><br>Trident Environmental & Engineering<br>c/o The Steele Law Group<br>Attn: Geoffrey Wm. Steele<br>1850 Mount Diablo Blvd., Suite 670<br>Walnut Creek, CA 94596 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | February 26, 2020 |
| 5909 | DC Electric Group, Inc<br>PO Box 7525<br>Cotati, CA 94931 | Rocky Point Claims LLC<br>Attn: Edward Waters<br>PO Box 165<br>Norwalk, CT 06853 | February 28, 2020 |
| 5910 | Atmospheric and Environmental Research, Inc.<br>Attn: Diana Harte<br>131 Hartwell Avenue<br>Lexington, MA 02421<br><br>Atmospheric and Environmental Research, Inc.<br>JPMorgan Chase<br>PO Box 5175<br>New York, NY 10087-5175 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | February 28, 2020 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5918 | A & J Electric Cable Corporation<br>c/o Jordan Holzer & Ortiz, P.C.<br>Attn: Antonio Ortiz<br>500 North Shoreline, Suite 900<br>Corpus Christi, TX 78401<br><br>A & J Electric Cable Corporation<br>20770 US 281 N. #108-612<br>San Antonio, TX 78258<br><br>A & J Electric Cable Corporation<br>1932 W Winton Ave Ste 9<br>Hayward, CA 94545 | Banc of America Credit Products, Inc.<br>c/o Bank of America Merill Lynch<br>Attn: Ante Jakic<br>Bank of America Tower – 3rd Floor<br>One Bryant Park<br>New York, NY 10036 | February 28, 2020 |
| 5928 | Allison Sierra, Inc.<br>PO Box 1157<br>Mariposa, CA 95338<br><br>Allison Sierra, Inc.<br>c/o LeBeau-Thelen, LLP<br>Attn: Thomas Feher<br>5001 E. Commercenter Drive, Suite 300<br>Bakersfield, CA 93309 | Whitebox Multi-Strategy Partners, LP<br>c/o Whitebox Advisors<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | March 2, 2020 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5929 | Allison Sierra, Inc. <br> PO Box 1157 <br> Mariposa, CA 95338 <br><br> Allison Sierra, Inc. <br> c/o LeBeau-Thelen, LLP <br> Attn: Thomas Feher <br> 5001 E. Commercenter Drive, Suite 300 <br> Bakersfield, CA 93309 | Whitebox Multi-Strategy Partners, LP <br> c/o Whitebox Advisors <br> Attn: Scott Specken <br> 3033 Excelsior Blvd, Suite 300 <br> Minneapolis, MN 55416-4675 | February 28, 2020 |
| 5930 | Allison Sierra, Inc <br> PO Box 1157 <br> Mariposa, CA 95338 <br><br> Allison Sierra, Inc <br> c/o LeBeau-Thelen, LLP <br> Attn: Thomas Feher <br> 5001 E. Commercenter Drive, Suite 300 <br> Bakersfield, CA 93309 | Whitebox Multi-Strategy Partners, LP <br> c/o Whitebox Advisors <br> Attn: Scott Specken <br> 3033 Excelsior Blvd, Suite 300 <br> Minneapolis, MN 55416-4675 | February 28, 2020 |
| 5954 | Professional Concrete Sawing Inc. <br> Attn: David Scott <br> PO Box 3348 <br> Merced, CA 95344 | Cherokee Debt Acquisition, LLC <br> Attn: Vladimir Jelisavcic <br> 1325 Avenue of the Americas, 28th Floor <br> New York, NY 10019 | March 2, 2020 |
| 5988 | Hunt & Sons Inc <br> 5750 S Watt Ave <br> Sacramento, CA 95829 | Creditor Liquidity LLC <br> Attn: Robert J. Tannor <br> 3536 Los Pinos Drive <br> Santa Barbara, CA 93105 | March 3, 2020 |
| 5989 | Air Treatment Corporation <br> Attn: Accounts Receivable <br> 640 N. Puente St. <br> Brea, CA 92821 | Creditor Liquidity LLC <br> Attn: Robert J. Tannor <br> 3536 Los Pinos Drive <br> Santa Barbara, CA 93105 | March 3, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5990 | Law Offices of Jennifer L. Dodge Inc.<br>2512 Artesia Blvd. Suite 300D<br>Redondo Beach, CA 90278 | Creditor Liquidity LLC<br>Attn: Robert J. Tannor<br>3536 Los Pinos Drive<br>Santa Barbara, CA 93105 | March 3, 2020 |
| 6001 | CPP Incorporated<br>2400 Midpoint Dr Ste 190<br>Fort Collins, CO 80525 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | March 3, 2020 |
| 6018 | GSI Environmental Inc.<br>Perkins Coie LLP<br>Attn: Douglas R. Pahl<br>1120 N.W. Couch Street<br>Tenth Floor<br>Portland, OR 97209-4128<br><br>GSI Environmental Inc.<br>Attn: Chin Man William Mok, VP and Principal Engineer<br>155 Grand Ave. Suite 704<br>Oakland, CA 94612-3767<br><br>GSI Environmental Inc.<br>2211 Norfolk St Ste 1000<br>Houston, TX 77098 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | March 3, 2020 |
| 6019 | GSI Environmental Inc<br>2211 Norfolk St., Ste 1000<br>Houston, TX 77098 | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | March 4, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 6051 | Nationwide Mutual Insurance Company, on behalf of itself and certain of its affiliates listed in Exhibit A hereto<br>Berger Kahn ALC<br>Attn: Craig Simon<br>1 Park Plaza, Suite 340<br>Irvine, CA 92614 | BG Subrogation Partners I-A, L.L.C.<br>The Baupost Group, L.L.C<br>Attn: Frederick H. Fogel<br>10 St. James Avenue, 17th Floor<br>Boston, MA 02116<br><br>BG Subrogation Partners I-A, L.L.C.<br>Ropes & Gray LLP<br>Attn: Mark Bane and Matthew Roose<br>800 Boylston Street<br>Boston, MA 02199-3600 | March 3, 2020 |
| 6052 | BG Subrogation Partners I-A, L.L.C.<br>The Baupost Group, L.L.C.<br>Attn: Frederick H. Fogel<br>10 St. James Avenue, 17th Floor<br>Boston, MA 02116<br><br>BG Subrogation Partners I-A, L.L.C.<br>Ropes & Gray LLP<br>Attn: Mark Bane and Matthew Roose<br>800 Boylston Street<br>Boston, MA 02199-3600 | TLFI Investments B, LLC<br>Attn: Joshua Peck<br>2100 McKinney Avenue, Suite 1500<br>Dallas, TX 75201<br><br>TLFI Investments B, LLC<br>Vinson & Elkins LLP<br>The Grace Building<br>Attn: John Kupiec<br>1114 Avenue of the Americas, 32nd Floor<br>New York, NY 10036-7708 | March 3, 2020 |