UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:
PG&E CORPORATION,  ) Bankruptcy case no. 19-30088(DM)
    and            )
PACIFIC GAS AND ELECTRIC) Chapter 11
COMPANY,           )
        Debtors   )

FILED
OCT 23 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Creditor name: Perry, Edgar

Above named creditor declares only claim #92615 in the amount of $3,000.00(three thousand dollars) is in dispute under Amendment 14th. of the U. S. Constitution, for which in due time said creditor submitted proof of repairs of one of his autos, while PG&E ordered one of his trees trimmed without his approval. His insurance company also claims PG&E needed not to trim the tree.

Respectfully submitted, this 16th day of October 2020, at San Pablo, California.

(s)-Edgar Perry
2540 Market Avenue
San Pablo, California 94806-4542
Telephone( 510)234-1392

PROOF OF SERVICE

Edgar Perry, an U. S. citizen, over the age of eighteen served Mr. Peter J. Benvenutti, of 650 California Street, Suite 1900, San Francisco, California 94108, Response to Bankruptcy Court, San Francisco, California, by first class pre-paid mail. In re. court's case #19-30088(DM), Chapter 11.

Executed this 16th. day of October 2020, at San Pablo, California.

*(signature)*
(S)-Edgar Perry
2540 Market Avenue
San Pablo, CA 94806-4542
Telephone(510)234-1392