KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' REPORT ON RESPONSES TO ELEVENTH THROUGH SEVENTEENTH OMNIBUS OBJECTIONS TO CLAIMS AND REQUEST FOR ORDERS BY DEFAULT AS TO UNOPPOSED OBJECTIONS**<br><br>**[Re: Dkt. Nos. 9061, 9064, 9067, 9070, 9073, 9076, 9078]**<br><br>**Resolving Objections Set for Hearing October 28, 2020 at 10:00 a.m. (Pacific Time)** |

**REQUEST FOR ENTRY OF ORDER BY DEFAULT**

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter orders by default on the following omnibus claims objections: (i) the *Reorganized Debtors' Eleventh Omnibus Objection to Claims (Amended and Superseded Claims)* [Docket No. 9061] (the "**Eleventh Omnibus Objection**"); (ii) the *Reorganized Debtors' Twelfth Omnibus Objection to Claims (Duplicative Claims)* [Docket No. 9064] (the "**Twelfth Omnibus Objection**"); (iii) the *Reorganized Debtors' Thirteenth Omnibus Objection to Claims (Incorrect Debtor Claims)* [Docket No. 9067] (the "**Thirteenth Omnibus Objection**"); (iv) the *Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9070] (the "**Fourteenth Omnibus Objection**"); (v) the *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9074] (the "**Fifteenth Omnibus Objection**"); (vi) the *Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9076] (the "**Sixteenth Omnibus Objection**"); and (vii) the *Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9078] (the "**Seventeenth Omnibus Objection**," and, collectively, the "**Omnibus Objections**").

**RELIEF REQUESTED IN THE OMNIBUS OBJECTIONS**

The Omnibus Objections seek to disallow and expunge the Proof(s) of Claim listed in the column headed "Claims to be Disallowed and Expunged" in Exhibit 1 to each Omnibus Objection.

**NOTICE AND SERVICE**

The Reorganized Debtors filed a Notice of Hearing with respect to each Omnibus Objection [Docket Nos. 9063, 9066, 9069, 9072, 9075, 9079, and 9079]. The Omnibus Objections also were supported by the respective declarations of Robb McWilliams [Docket Nos. 9062, 9065, 9068, 9071, and 9074]. The Omnibus Objections, the Notices of Hearing, and the Declarations were served as

described in the *Certificate of Service of Andrew G. Vignali*, filed on September 28, 2020 [Docket No. 9159] (the "**Certificate of Service**"). As further described in the Certificate of Service, on September 21, 2020, the Claimants associated with each Proof of Claim listed on Exhibit 1 to the Omnibus Objections received a notice customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty.

The deadline to file responses or oppositions to the Omnibus Objections has passed. The Reorganized Debtors have received the following formal and informal responses:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Eleventh Omnibus Objection** | | | |
| Informal | Cedar Glade Capital, LLC | 2492 2980 | The Eleventh Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | Cedar Glade LP, as Assignee of Fair Harbor Capital LLC (Way Mar) | 64216 | The Eleventh Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | Shaw Pipeline, Inc. | 1369 | The Eleventh Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | SEL Engineering Services, Inc. | 2905 | The Eleventh Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | W K McLellan | 3011 | The Eleventh Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Twelfth Omnibus Objection** | | | |
| Informal | G4S Secure Integration LLC | 68985 59275 | By agreement with the Claimant, Claim No. 68985 will be disallowed and expunged, and Claim No. 59275 will survive. |
| Informal | VonWin Capital Management, L.P. as Transferee of Golder Associates, Inc. | 79082 | The Twelfth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Thirteenth Omnibus Objection** | | | |
| Informal | G4S Secure Solutions (USA) Inc. | 70406 71836 | By agreement with the Claimant, Claim No. 71836 will be disallowed and expunged, and Claim No. 70406 will survive. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Fourteenth Omnibus Objection** | | | |
| Informal | Nuance Communications | 60467 | By agreement with the Claimant, Claim No. 60467 will be disallowed. |
| Informal | Robert Vogel | 2859 | The Reorganized Debtors are attempting to resolve this matter consensually, but have not yet reached a resolution. The Reorganized Debtors' counsel proposed continuing the objection to the next omnibus hearing, but have not yet heard back from Claimant.<br><br>If necessary, the Reorganized Debtors are prepared to address the Fourteenth Omnibus Objection with respect to this Claim at the hearing. |
| Informal | Nusura Inc. | 92185288 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Clean Energy | 61471 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 11, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Davey Tree Surgery Company | 80316<br>80318<br>80427<br>80460<br>80479<br>80474 | The Fourteenth Omnibus Objection is WITHDRAWN with respect to these Claims. |
| Informal | Davey Resource Group, Inc. | 80405<br>80316 | The Fourteenth Omnibus Objection is WITHDRAWN with respect to these Claims. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | KDTV, KABE, KUVS, KMEX, KTFF, KFTR, KFTV, KBTF Television | 588 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 2, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Little Diversified Architectural Consulting, Inc. | 8630 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 3, 2020. The objection will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Yuba County Water Agency | 92185664 | The Fourteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | Dun & Bradstreet | 2929 | The Reorganized Debtors are attempting to resolve this matter consensually, but have not yet reached a resolution. The Reorganized Debtors' counsel proposed continuing the objection to the next omnibus hearing, but have not yet heard back from Claimant.<br><br>If necessary, the Reorganized Debtors are prepared to address the Fourteenth Omnibus Objection with respect to this Claim at the hearing. |
| 9315 | VonWin Capital Management LP | 2251 | The Fourteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| 9316 | Sequoia Engineering & Design Associates | 73323 | The Reorganized Debtors are attempting to resolve this matter consensually and are further researching this Claim. The objection will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Bureau of Land Management | 92183647 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | U.S. Forest Service | 92185206 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | RiverPark Strategic Income Fund | 3828 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | ICF Jones & Stokes, Inc. | 3390 | The Fourteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Fifteenth Omnibus Objection** | | | |
| Informal | Desert Sunlight 300, LLC | 53822 | The Fifteenth Omnibus Objection has been WITHDRAWN with respect to this Claim. *See* Docket No. 9124. |
| Informal | FPL Energy Montezuma Wind, LLC | 55171 | The Fifteenth Omnibus Objection has been WITHDRAWN with respect to this Claim. *See* Docket No. 9124. |
| Informal | Genesis Solar, LLC | 54681 | The Fifteenth Omnibus Objection has been WITHDRAWN with respect to this Claim. *See* Docket No. 9124. |
| Informal | North Sky River Energy, LLC | 54712 | The Fifteenth Omnibus Objection has been WITHDRAWN with respect to this Claim. *See* Docket No. 9124. |
| Informal | Shafter Solar, LLC | 30973 | The Fifteenth Omnibus Objection has been WITHDRAWN with respect to this Claim. *See* Docket No. 9124. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Vasco Winds, LLC | 54685 | The Fifteenth Omnibus Objection has been WITHDRAWN with respect to this Claim. *See* Docket No. 9124. |
| Informal | Liberty Utilities (CalPeco Electric) LLC | 2670 | The Fifteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | Halkirk I Wind Project LP | 20020 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to October 28, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| 9255 | Solano Irrigation District | 1952 | The Reorganized Debtors are attempting to resolve this matter consensually. The objection will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Arlington Wind Power Project LLC | 67787 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 2, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Rising Tree Wind Farm II LLC | 67086 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 2, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| 9316 | Sequoia Engineering & Design Associates | 75013 | The Claimant has agreed to withdraw its Response. Accordingly, the Fifteenth Omnibus Objection should be SUSTAINED with respect to this Claim. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | United Rentals, Inc. | 80405 | The Fifteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Sixteenth Omnibus Objection** | | | |
| Informal | Fair Harbor Capital, LLC (as transferee of Barrier1 Systems Inc.) | 92183738 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 2, 2020, and a continuance of the hearing on the objection to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Fair Harbor Capital, LLC (as transferee of Josephine Lucero) | 92178451 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 2, 2020, and a continuance of the hearing on the objection to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Vendor Recovery Fund IV, LLC (as transferee of Conde Group Inc.) | 92185960 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 3, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | City of Oakland | 92185159 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to October 28, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Seventeenth Omnibus Objection** | | | |
| Informal | Mark Cameron | 92178532 92178533 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 3, 2020. The objection will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | U.S. Fish and Wildlife Service | 92186853 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| 9304 | South San Joaquin Irrigation District (Tri-Dam Project) | 92185103 | Claimant does not oppose the disallowance of this Claim, but reserves all rights with respect to Claim Nos. 70439 and 98548 and the *South San Joaquin Irrigation District's (A) Objection to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 as Amended [Docket no. 6320] and (B) Objection to Cure Amounts and Other Matters Pertaining to Assumption Pursuant to Section 365(B)(1) of the Bankruptcy Code [Docket No. 7037]* [Docket No. 7265]. |
| 9291 | City and County of San Francisco on behalf of the San Francisco Public Utilities Commission | 92185416 | Claimant does not object to the disallowance and expungement of this Claim, but reserves all rights with respect to Claim No. 64146. |

## **DECLARATION OF NO OPPOSITION RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no responses have been filed with respect to the Omnibus Objections except as described herein.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Reorganized Debtors hereby request entry of Orders by default (i) disallowing and expunging the Proofs of Claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit 1** to this Request, which listed Claims are identical to those listed in Exhibit 1 to the Omnibus Objections, except as otherwise discussed above, and (ii) granting the Reorganized Debtors such other relief as may be just and proper.

Dated: October 23, 2020

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*