JENNER & BLOCK LLP
Randall E. Mehrberg
Angela M. Allen
353 N. Clark Street
Chicago, IL 60654
Tel: 312 840 7505
rmehrberg@jenner.com
aallen@jenner.com

*Special Corporate Defense & Energy Counsel
for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **CERTIFICATE OF NO OBJECTION REGARDING NINTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP AS SPECIAL CORPORATE DEFENSE COUNSEL FOR THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2020 THROUGH JULY 1, 2020** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | |
| | [Re: Dkt. 9181] |
| | **Objection Deadline**: October 23, 2020<br>4:00 p.m. (Pacific Time) |

On October 2, 2020, Jenner & Block LLP ("**Jenner & Block**" or the "**Applicant**"), special corporate defense and energy counsel for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its Ninth Monthly Fee Statement of Jenner & Block LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2020 through July 1, 2020 [Dkt. No. 9181] (the "**Monthly Fee Statement**"), pursuant to the Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals entered on February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

In accordance with the Interim Compensation Procedures Order, the Monthly Fee Statement was served on the Notice Parties on October 2, 2020. The deadline to file responses or oppositions to the Monthly Fee Statement was October 23, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner of Jenner & Block LLP, special corporate defense and energy counsel for the Debtors.
2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and have not received any response or opposition to the Monthly Fee Statement.
3. This declaration was executed in Manchester, Michigan.

Dated: October 26, 2020

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Angela M. Allen

Angela M. Allen
353 N. Clark Street
Chicago, IL 60654
Tel: 312 840 7218
aallen@jenner.com

*Special Corporate Defense & Energy Counsel for Debtors and Debtors in Possession*

# Exhibit A

## Monthly Fee Statement – Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to Be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to Be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP | 6/1/20 – 7/1/20<br><br>10/2/20<br><br>[Dkt. No. 9181] | $571,605.90 | $360.13 | 10/23/20 | $457,284.72 | $360.13 | $114,321.18 |

| | |
|---|---|
| 1 | **NOTICE PARTIES** |
| 2 | PG&E Corporation |
|   | c/o Pacific Gas & Electric Company |
| 3 | Attn: Janet Loduca, Esq. |
|   | 77 Beale Street |
| 4 | San Francisco, CA 94105 |
| 5 | |
|   | Weil, Gotshal & Manges LLP |
|   | Attn: Stephen Karotkin, Esq. |
| 6 |      Jessica Liou, Esq. |
|   |      Matthew Goren, Esq. |
| 7 | 767 Fifth Avenue |
|   | New York, NY 10153 |
| 8 | |
|   | Keller & Benvenutti LLP |
| 9 | Attn: Tobias S. Keller, Esq. |
|   |      Jane Kim, Esq. |
| 10 | 650 California Street, Suite 1900 |
|    | San Francisco, CA 94108 |
| 11 | |
| 12 | The Office of the United States Trustee for Region 17 |
|    | Attn: James L. Snyder, Esq. |
| 13 |      Timothy Laffredi, Esq. |
|    | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| 14 | San Francisco, CA 94102 |
| 15 | |
|    | Milbank LLP |
| 16 | Attn: Dennis F. Dunne, Esq. |
|    |      Sam A. Khalil, Esq. |
| 17 | 55 Hudson Yards |
|    | New York, NY 10001-2163 |
| 18 | |
|    | Milbank LLP |
| 19 | Attn: Paul S. Aronzon, Esq., |
|    |      Gregory A. Bray, Esq., |
| 20 |      Thomas R. Kreller, Esq. |
|    | 2029 Century Park East, 33rd Floor |
| 21 | Los Angeles, CA 90067 |
| 22 | Baker & Hostetler LLP |
|    | Attn: Eric Sagerman, Esq. and |
| 23 |      Cecily Dumas, Esq. |
|    | 11601 Wilshire Boulevard, Suite 1400 |
| 24 | Los Angeles, CA 90025-0509 |
| 25 | Scott H. McNutt, counsel for Bruce A. Markell, Fee Examiner |
|    | 324 Warren Road |
| 26 | San Mateo, California 94402 |
| 27 | |
| 28 | |

Case: 19-30088    Doc# 9344    Filed: 10/26/20    Entered: 10/26/20 14:35:55    Page 4 of 4