Keith C. Owens (SBN 184841)
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: 424-285-7056
Facsimile: 310-556-9828
kowens@foxrothschild.com

Attorneys for Microsoft Corporation and
Microsoft Licensing, GP

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | Lead Case No.: 19-30088 (DM)<br><br>Jointly administered<br><br>Chapter 11 Cases<br><br>**NOTICE OF WITHDRAWAL OF CURE OBJECTION FILED BY MICROSOFT CORPORATION AND MICROSOFT LICENSING, GP**<br><br>**[RELATES TO DOCKET NO. 7246]** |

170336\00078\115529633.v2

TO THE UNITED STATES BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE THAT** Microsoft Corporation and its wholly owned affiliate, Microsoft Licensing, GP (collectively "Microsoft"), hereby withdraw the *Cure Objection* filed by Microsoft on May 15, 2020 [Dkt. No. 7246]. The parties have resolved the cure issues, and the objection is hereby withdrawn.

Dated: October 26, 2020

Respectfully submitted,

FOX ROTHSCHILD LLP

By: */s/ Keith C. Owens*
    Keith C. Owens
    Attorneys for Microsoft Corporation and
    Microsoft Licensing, GP

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is Fox Rothschild LLP, 1001 4th Ave. Suite 4500, Seattle, WA 98154. On October 26, 2020, I served the within documents, NOTICE OF WITHDRAWAL OF CURE OBJECTION FILED BY MICROSOFT CORPORATION AND MICROSOFT LICENSING, GP, on the interested party(s), listed below, as follows:

**X   BY MAIL**: As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, CA, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY OVERNIGHT MAIL**: As follows: I am readily familiar with the firm's practice of collection and processing correspondence for overnight mailing. Under that practice, it would be deposited with overnight mail on that same day prepaid at San Diego, CA in the ordinary course of business.

**X   BY ELECTRONIC MAIL** (CRC 2.251): Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses, as last given or submitted on any document which he or she has filed in the case, listed on the attached service list.

| COUNSEL | SERVED ON |
|---|---|
| The Debtors<br>c/o PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca<br>77 Beale Street<br>P.O. Box 77000<br>San Francisco, CA 94105<br>**Served Via U.S. Mail** | |
| Stephen Karotkin<br>Lessia Liou<br>Matthew Goren<br>Weil, Gotshal & mNges LLP<br>Counsel for Debtors | stephen.karotkin@weil.com;<br>jessica.liou@weil.com;<br>matthew.goren@weil.com; |

170336\00078\115529633.v2

3

| | |
|---|---|
| Paul H. Zumbro<br>Kevin J. Orsini<br>George E. Zobitz<br>Stephen M. Kessing<br>Nicholas A. Dorsey<br>Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>Special Counsel to Debtors | pzumbro@cravath.com;<br>korsini@cravath.com; jzobitz@cravath.com;<br>skessing@cravath.com;<br>ndorsey@cravath.com; onasab@cravath.com; |
| Peter J. Benvenutti<br>Tobias Keller<br>Jane Kim<br>Keller Benvenutti Kim LLP | pbenvenutti@kbkll.com<br>tkeller@kbkllp.com;<br>jkim@kbkllp.com; |
| James L. Snyder<br>Timothy Lafreddi<br>Marta E. Villacorta<br>Office of the United States Trustee | james.l.snyder@usdoj.gov;<br>timothy.s.laffredi@usdoj.gov;<br>marta.villacorta@usdoj.gov; |
| Joel S. Miliband<br>David J. Molton<br>Brown Rudnick LLP<br>Attorneys for Trustee and Claims Administrator | JMiliband@brownrudnick.com;<br>DMolton@brownrudnick.com; |
| Anita Ghosh Naber<br>U.S. Nuclear Regulatory Commission | Anita.ghoshnaber@nrc.gov |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Frank A. Merola<br>Stroock & Stroock & Lavan LLP<br>Counsel for the Administrative Agent Under the<br>Debtors' Debtor-in-Possession Financing Facility | khansen@stroock.com;<br>egilad@stroock.com;<br>mgarofalo@stroock.com;<br>fmerola@stroock.com; |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>Davis Polk & Wardwell LLP<br>Counsel for the Collateral Agent Under the Debtors'<br>Debtor-in Possession Financing Facility | eli.vonnegut@davispolk.com;<br>david.schiff@davispolk.com;<br>timothy.graulich@davispolk.com; |

Fox Rothschild LLP
1001 4th Ave. Suite 4500
Seattle, WA 98154

170336\00078\115529633.v2

4

Fox Rothschild LLP
1001 4th Ave. Suite 4500
Seattle, WA 98154

| | |
|---|---|
| Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Counsel for *the California Public Utilities Commission* | akornberg@paulweiss.com;<br>bhermann@paulweiss.com;<br>wrieman@paulweiss.com;<br>smitchell@paulweiss.com;<br>ndonnelly@paulweiss.com; |
| Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>Alan J. Stone Samir Vora<br>Milbank LLP<br>Counsel for the Official Committee of Unsecured Creditors | ddunne@milbank.com;<br>skhalil@milbank.com;<br>gbray@milbank.com;<br>tkreller@milbank.com;<br>astone@milbank.com;<br>svora@milbank.com; |
| Robert A. Julian<br>Cecily A. Dumas<br>Eric E. Sagerman<br>David J. Richardson<br>Lauren T. Attard<br>Baker & Hostetler LLP<br>Counsel for Official Committee of Tort Claimants | rjulian@bakerlaw.com;<br>cdumas@bakerlaw.com;<br>esagerman@bakerlaw.com;<br>drichardson@bakerlaw.com;<br>lattard@bakerlaw.com; |
| Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>Daniel I. Forman<br>Willkie Farr & Gallagher LLP<br>Counsel for the Ad Hoc Group of Subrogation Claimholders | mfeldman@willkie.com;<br>jminias@willkie.com;<br>bmccallen@willkie.com;<br>dforman@willkie.com; |
| Kathryn S. Diemer<br>Diemer & Wei, LLP<br>Counsel for the Ad Hoc Group of Subrogation Claimholders | kdiemer@diemerwei.com; |
| Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>Jones Day<br>Counsel for the Shareholder Proponents | bbennett@jonesday.com;<br>jmester@jonesday.com;<br>jjohnston@jonesday.com; 555 South Flower Street, Fifteenth Floor Los Angeles, California 90071- |
| Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter<br>Abid Qureshi<br>Ashley Vinson Crawford<br>Akin Gump Strauss Hauer & Feld LLP<br>Counsel for the<br>Ad Hoc Committee of Senior Unsecured Noteholders | mstamer@akingump.com;<br>idizengoff@akingump.com;<br>dbotter@akingump.com;<br>aqureshi@akingump.com;<br>avcrawford@akingump.com; |

5

170336\00078\115529633.v2

Fox Rothschild LLP
1001 4th Ave. Suite 4500
Seattle, WA 98154

| | |
|---|---|
| Matthew J. Troy<br>Danielle A. Pham<br>U.S. Department of Justice | Matthew.Troy@usdoj.gov;<br>danielle.pham@usdoj.gov; |
| Paul Pascuzzi<br>Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>Counsel for the Office of the California Attorney General | ppascuzzi@ffwplaw.com; |
| Xavier Becerra, Attorney General of California<br>Margarita Padilla<br>Danette Valdez<br>Counsel for the Office of the California Attorney General | Margarita.Padilla@doj.ca.gov;<br>Danette.Valdez@doj.ca.gov; |
| Benjamin Mintz<br>Brian J. Lohan<br>Arnold Porter Kaye Scholer LLP<br>Counsel for AT&T Corporation | Benjamin.Mintz@arnoldporter.com;<br>Brian.Lohan@arnoldporter.com; |
| David E. Weiss<br>Peter Munoz<br>Reed Smith LLP<br>Counsel for Certain Fire Victim Creditors | DWeiss@ReedSmith.com;<br>PMunoz@ReedSmith.com; |
| Craig Goldblatt<br>Lauren Lifland<br>Allyson Pierce<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>Counsel for COMCAST | craig.goldblatt@wilmerhale.com;<br>lauren.lifland@wilmerhale.com<br>allyson.pierce@wilmerhale.com |
| Rebecca J. Winthrop<br>ROBIN D. BALL<br>NORTON ROSE FULBRIGHT US LLP<br>Counsel for Adventist Health | rebecca.winthrop@nortonrosefulbright.com<br>robin.ball@nortonrosefulbright.com |
| Brian J. Lohan<br>Benjamin Mintz<br>ARNOLD & PORTER KAYE SCHOLER LLP Counsel for AT&T | brian.lohan@arnoldporter.com<br>benjamin.mintz@arnoldporter.com |

I declare under penalty of perjury under the laws of the State of Washington, that the above is true and correct.

Executed on October 26, 2020, at Seattle, Washington.

*/s/ Veronica I. Magda*
Veronica I. Magda

6

170336\00078\115529633.v2