| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* |

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON CERTAIN OF THE REORGANIZED DEBTORS' OMNIBUS OBJECTIONS TO CLAIMS**<br><br>**Re: Dkt. Nos. 8978, 8981, and 8983**<br><br>Date: November 17, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on June 30. 2020, the Bankruptcy Court entered the *Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections*, dated June 30, 2020 [Docket No. 8228] (the "**Omnibus Objections Procedures Order**"), pursuant to which the Bankruptcy Court established procedures by which the Debtors and Reorganized Debtors could file objections to multiple Claims (as defined therein).

**PLEASE TAKE FURTHER NOTICE** that on September 3, 2020, in accordance with the Omnibus Objections Procedures Order, the Reorganized Debtors filed the *Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 8978] (the "**Sixth Omnibus Objection**"), *Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 8981] (the "**Seventh Omnibus Objection**"), and the *Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims)* [Dkt. No. 8983] (the "**Eighth Omnibus Objection,**" and, together with the Sixth Omnibus Objection and the Seventh Omnibus Objection, the "**Omnibus Objections**"). The Notices of Hearing filed concurrently with the Omnibus Objections [Dkt. Nos. 8980, 8982, 8985] established that: (1) if any Responses (as defined therein) were received, the hearing before the Bankruptcy Court on the Omnibus Objections was scheduled for October 13, 2020, at 10:00 a.m. (Pacific Time) (the "**October 13 Omnibus Hearing**"); (2) any Responses to the Omnibus Objections must have been in writing, filed with the Bankruptcy Court, and served on the counsel for the Reorganized Debtors at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on September 29, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors received a formal response to the Sixth Omnibus Objection from Krystal Dong [Docket No. 9107] and informal responses from KB Home Central Valley Division, KB Home North Bay, Inc., KB Home Northern California Division, KB Home Sacramento, Inc., KB Home, a California Corporation, In-N-Out Burgers, and Carl Arena (collectively, the "**Sixth Omnibus Objection Responses**").

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors received a formal response to the Seventh Omnibus Objection from John Wrynn [Docket No. 9162] and informal responses from Fremont Pat Ranch LLC and KB Home, a Delaware Corporation (collectively, the "**Seventh Omnibus Objection Responses**").

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors received a formal response to the Eighth Omnibus Objection from the Mendocino County Inland Water Agency and Power Commission [Docket No. 9309] (with the Sixth Omnibus Objection Responses and the Seventh Omnibus Objection Responses, the "**Omnibus Objection Responses**").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Omnibus Objections solely with respect to the Omnibus Objection Responses previously was continued from the October 13 Omnibus Hearing and was scheduled to be heard on October 28, 2020 at 10:00 a.m. (Pacific Time) (the "**October 28 Omnibus Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Omnibus Objections *solely with respect to the specific claims that are identified in the Omnibus Objection Responses and in the above paragraphs of this Notice* will be **continued** to the next omnibus hearing, on November 17, 2020 at 10:00 a.m. (Pacific Time).

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 26, 2020     **KELLER BENVENUTTI KIM LLP**

*/s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*