WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                           **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF SUBMISSION OF PROPOSED ORDER APPROVING MEDIATORS FOR GENERAL ADR PROCEDURES**<br><br>[Relates to Dkt. No. 9148] |

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"). On June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8048] (as may be modified, supplemented, or amended from time to time, and together with all schedules and exhibits thereto, the "**Plan**"). The Plan became effective on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court held a hearing on September 22, 2020, at 10:00 a.m. (Pacific Time) (the "**September 22 Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider the *Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims* filed by the Debtors on September 1, 2020 [Dkt. No. 8970] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that, on September 25, 2020, the Bankruptcy Court entered an *Order Approving ADR and Related Procedures for Resolving General Claims* [Dkt. No. 9148] (the "**General Claims ADR Order**").

**PLEASE TAKE FURTHER NOTICE** that, further to the procedures set forth in the General Claims ADR Order, the Reorganized Debtors have compiled, for consideration and approval by the Bankruptcy Court, two panels of qualified and experienced mediators that the Reorganized Debtors propose for service on, respectively, the Panel of Mediators for Abbreviated Mediations and the Panel of Mediators for Standard Mediations (collectively, the "**Proposed Mediation Panels**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed order approving the Proposed Mediation Panels (the "**Proposed Order**"). The Proposed Order includes the proposed Panel of Mediators for Abbreviated Mediations as **Exhibit A-1** and the proposed Panel of Mediators for Standard Mediations as **Exhibit A-2**. Biographical information for all of the proposed mediators is attached hereto as **Exhibit B**. The Reorganized Debtors have submitted the Proposed Order and its attachments to the Bankruptcy Court for approval concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 26, 2020

                **WEIL, GOTSHAL & MANGES LLP**
                **KELLER BENVENUTTI KIM LLP**

                /s/ *Thomas B. Rupp*
                Thomas B. Rupp

                *Attorneys for the Debtors and Reorganized Debtors*