**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF OCTOBER 28, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: October 28, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone Conference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

PLEASE TAKE NOTICE that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on October 28, 2020, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

PLEASE TAKE FURTHER NOTICE that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING: No. 19-03006 (DM)**

*CONTINUED MATTER*

    1.    **Status Conference**: *Order Setting Scheduling Conference* [**Dkt. 45**].

        Related Documents:

        A.    Order on Debtors' Motion for Preliminary Injunction as to Actions Against Non-Debtors [**Dkt. 33**].

        B.    Reorganized Debtors' Statement Regarding Status of Adversary Proceeding [**Dkt. 47**].

        C.    Order Regarding Dismissal of Adversary Proceeding [**Dkt. 49**].

        Status: The status conference has been taken off calendar and continued to November 17, 2020 by order [**Dkt. 49**].

**II:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

    2.    **CSAA Insurance Exchange's Motion to Deem Timely Late Filing of Proof of Claim**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange; Memorandum of Points and Authorities; Declaration of Laura Brown and Declaration of Stephanie A. Yee* [**Dkt. 9140**].

        Response Deadline: October 21, 2020, at 4:00 p.m. (Pacific Time).

        Responses Filed:

        A.    Reorganized Debtors' Opposition to Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange [**Dkt. 9329**].

        B.    Declaration of Hal Smeltzer in Support of Reorganized Debtors' Opposition to Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange [**Dkt. 9330**].

        C.    Declaration of Peter J. Benvenutti in Support of Reorganized Debtors' Opposition to Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange [**Dkt. 9331**].

        Status: This matter has been continued to November 17, 2020 per the October 27, 2020 Docket Text Order.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

3. **James Dippel Construction Inc.'s Motion to Deem Timely Late Filing of Proof of Claim**: *Motion to Allow Late Filing of Proof of Claim; Declaration of James Dippel Construction Inc.* [**Dkt. 9184**].

Response Deadline: No response deadline was set.

Response Filed:

A. Stipulation Enlarging Time for James Dippel Construction Inc. to File Proof of Claim [**Dkt. 9254**].

Related Order:

B. Order Approving Stipulation Enlarging Time for James Dippel Construction Inc. to File Proof of Claim [**Dkt. 9261**].

Status: This matter has been resolved and taken off calendar by order [**Dkt. 9261**].

4. **Reorganized Debtors' ADR Motion (Subordinated Securities Claims)**: *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [**Dkt. 8964**].

Response Deadline: October 5, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Continuing Hearing on the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims and Other Scheduling Matters [**Dkt. 9030**].

B. Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9189**].

C. Chevron's Objection to the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9190**].

D. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9191**].

E. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9192**].

F. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9193**].

G. Notice of Joinder by FRT in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9194**].

H. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9195**].

I. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9196**].

J. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9197**].

K. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9198**].

L. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9199**].

M. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9200**].

N. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9201**].

O. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9207**].

P. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9208**].

Q. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9209**].

| | |
|---|---|
| R. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9210**]. |
| S. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9211**]. |
| T. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9213**]. |
| U. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9214**]. |
| V. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9216**]. |
| W. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9218**]. |
| X. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9219**]. |
| Y. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9220**]. |
| Z. | Joinder of Fort Worth Employee's Retirement Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9225**]. |
| AA. | Joinder of Government Employees' Retirement System of the Virgin Islands to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9226**]. |
| BB. | Joinder of City & County of Swansea Pension Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9227**]. |

| | | |
|---|---|---|
| CC. | | Joinder of Iowa Public Employees' Retirement System to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9228**]. |
| DD. | | Joinder of Strathclyde Pension Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9229**]. |
| EE. | | Joinder of Worcestershire County Council to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9230**]. |
| FF. | | Joinder of Local 580 Annuity Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9233**]. |
| GG. | | Joinder of Local 580 Insurance Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9234**]. |
| HH. | | Joinder of Local 580 Pension Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9235**]. |
| II. | | Joinder of International Brotherhood of Teamsters Local 282 Benefit Trust Funds to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9236**]. |
| JJ. | | Joinder of Lehigh County Employee Pension Board to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9237**]. |
| KK. | | Joinder of Board of Education Employees' Pension Fund of Essex County to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9238**]. |
| LL. | | Joinder of Sheet Metal Workers' Local #19 Pension Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9239**]. |
| MM. | | Joinder of Sheet Metal Workers' Local #19 Health & Welfare Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9240**]. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| | NN. | Joinder of the City of Philadelphia Board of Pensions and Retirement to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9241**]. |
| | OO. | Joinder of the City of Philadelphia Sinking Fund Commission to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9242**]. |
| | PP. | Joinder of the Laborers' and Retirement Board Employees' Annuity and Benefit Fund of Chicago to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9243**]. |
| | QQ. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9244**]. |
| | RR. | Joinder to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9252**]. |

Related Documents:

| | | |
|---|---|---|
| | SS. | Declaration of Michael A. Keable in Support of the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 8965**]. |
| | TT. | Declaration of Richard W. Slack in Support of the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 8966**]. |

Related Order:

| | | |
|---|---|---|
| | UU. | Order Granting Stipulation Continuing Hearing on the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims and Other Scheduling Matters [**Dkt. 9036**]. |

Status: This matter has been continued to November 17, 2020 by October 15, 2020 Docket Text Order.

5. **Securities Lead Plaintiff's Memo in Support of Motion to Apply Bankr. Rule 7023**: *Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class* [**Dkt. 9152**].

Response Deadline: October 29, 2020.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

A. Securities Lead Plaintiff's Request for Judicial Notice in Support of Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9156**].

B. Declaration of Chad Coffman, CFA in Support of Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9157**].

C. Request for Hearing Regarding Scheduling of PERA Renewed 7023 Motion [**Dkt. 9245**].

Status: This matter has been continued to November 17, 2020 by October 15, 2020 Docket Text Order.

6. **Reorganized Debtors' Sixth Omnibus Objection to Claims**: *Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 8978**].

Response Deadline: September 29, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Request for Notice Response to Omnibus Objection Filed by Creditor Krystal Dong [**Dkt. 9107**].

B. County of Lake's Statement of Non-Opposition and Reservation of Rights Re Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) [**Dkt. 9167**].

Related Documents:

C. Declaration of Robb McWilliams in Support of Reorganized Debtors' Sixth and Seventh Omnibus Objections to Claims (Satisfied Claims) [**Dkt. 8979**].

D. Notice of Withdrawal of Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) with Respect to Vantage Wind Energy LLC (Claim No. 9877) [**Dkt. 9123**].

E. Reorganized Debtors' Report on Responses to Sixth Omnibus Objection to Claims (Satisfied Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9212**].

F. Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objection to Claims [**Dkt. 9346**].

G. Declaration of Dara L. Silveira in Further Support of Reorganized Debtors' Third, Fifth, Sixth, Seventh, and Fourteenth Omnibus Objections to Claims [**Dkt. 9349**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Order:

    H.    Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) [**Dkt. 9260**].

Status: This matter has been resolved and taken off calendar by order [**Dkt. 9260**]. This matter has been continued to November 17, 2020 as to Krystal Dong; KB Home Central Valley Division; KB Home North Bay, Inc.; KB Home Northern California Division; KB Home Sacramento, Inc.; KB Home, A CA Corporation; In-N-Out Burgers; and Carl Arena [**Dkt. 9346**].

7.    **Reorganized Debtors' Seventh Omnibus Objection to Claims**: *Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 8981**].

Response Deadline: September 29, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

    A.    John Wrynn's Response to Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims) (Doc. No. 8681) [**Dkt. 9162**].

    B.    David E. Parks' Response to Seventh Omnibus Objection to Claims [**Dkt. 9163**].

Related Documents:

    C.    Declaration of Robb McWilliams in Support of Reorganized Debtors' Sixth and Seventh Omnibus Objections to Claims (Satisfied Claims) [**Dkt. 8979**].

    D.    Reorganized Debtors' Report on Responses to Seventh Omnibus Objection to Claims (Satisfied Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9215**].

    E.    Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objection to Claims [**Dkt. 9346**].

    F.    Declaration of Dara L. Silveira in Further Support of Reorganized Debtors' Third, Fifth, Sixth, Seventh, and Fourteenth Omnibus Objections to Claims [**Dkt. 9349**].

Status: This matter has been continued to November 17, 2020 as to John Wrynn; Fremont Pat Ranch LLC; and KB Home, a Delaware Corporation [**Dkt. 9346**].

8.    **Reorganized Debtors' Eighth Omnibus Objection to Claims**: *Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims)* [**Dkt. 8983**].

Response Deadline: September 29, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

    A.    Arbormetrics Solutions, LLC's Opposition to Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9134**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

  B. Trees, LLC's Opposition to Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9135**].

  C. Mendocino County Inland Water & Power Commission's Response and Opposition to Reorganized Debtors' Eighth Omnibus Objection (ECF No. 8983) [**Dkt. 9309**].

Related Documents:

  D. Declaration of Robb McWilliams in Support of Reorganized Debtors' Eighth and Ninth Omnibus Objections to Claims (No Liability Claims) [**Dkt. 8984**]

  E. Reorganized Debtors' Revised Report on Responses to Eighth Omnibus Objection to Claims (No Liability Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9284**]

  F. Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objection to Claims [**Dkt. 9346**].

Related Order:

  G. Amended Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9295**].

Status: This matter has been resolved and taken off calendar by order [**Dkt. 9295**]. This matter has been continued to November 17, 2020 as to MCIWAPC [**Dkt. 9346**].

9. **Reorganized Debtors' Eleventh Omnibus Objection to Claims**: *Reorganized Debtors' Eleventh Omnibus Objection to Claims (Amended and Superseded Claims)* [**Dkt. 9061**].

  Response Deadline: October 14, 2020, at 4:00 p.m. (Pacific Time).

  Related Documents:

  A. Declaration of Robb McWilliams in Support of Reorganized Debtors' Eleventh Omnibus Objections to Claims (Amended and Superseded Claims) [**Dkt. 9062**]

  B. Reorganized Debtors' Report on Responses to Eleventh through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9342**]

  Status: The objections have been resolved or continued as set forth in the Reorganized Debtors' report [**Dkt. 9342**].

10. **Reorganized Debtors' Twelfth Omnibus Objection to Claims**: *Reorganized Debtors' Twelfth Omnibus Objection to Claims (Duplicative Claims)* [**Dkt. 9064**].

  Response Deadline: October 14, 2020, at 4:00 p.m. (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

A. Declaration of Robb McWilliams in Support of Reorganized Debtors' Twelfth Omnibus Objections to Claims (Duplicative Claims) [**Dkt. 9065**]

B. Reorganized Debtors' Report on Responses to Eleventh through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9342**]

Status: The objections have been resolved or continued as set forth in the Reorganized Debtors' report [**Dkt. 9342**].

11. **Reorganized Debtors' Thirteenth Omnibus Objection to Claims**: *Reorganized Debtors' Thirteenth Omnibus Objection to Claims (Incorrect Debtor Claims)* [**Dkt. 9067**].

Response Deadline: October 14, 2020, at 4:00 p.m. (Pacific Time).

Related Documents:

A. Declaration of Robb McWilliams in Support of Reorganized Debtors' Thirteenth Omnibus Objections to Claims (Incorrect Debtor Claims) [**Dkt. 9068**]

B. Reorganized Debtors' Report on Responses to Eleventh through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9342**]

Status: The objections have been resolved or continued as set forth in the Reorganized Debtors' report [**Dkt. 9342**].

12. **Reorganized Debtors' Fourteenth Omnibus Objection to Claims**: *Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims)* [**Dkt. 9070**].

Response Deadline: October 14, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. VonWin Capital Management, LP's Response in Opposition to Reorganized Debtors' Fourteenth Omnibus Objections to Claims (Books and Records Claims) [**Dkt. 9315**].

B. Response to Fourteenth and Fifteenth Omnibus Objections by Reorganized Debtors [**Dkt. 9316**].

Related Documents:

C. Declaration of Robb McWilliams in Support of Reorganized Debtors' Fourteenth Omnibus Objections to Claims (Books and Records Claims) [**Dkt. 9071**]

D. Reorganized Debtors' Report on Responses to Eleventh through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9342**]

E. Notice of Continued Hearing on Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims) <u>Solely</u> with Respect to Claim No. 2859 (Robert K. Vogel) [**Dkt. 9348**]

F. Declaration of Dara L. Silveira in Further Support of Reorganized Debtors' Third, Fifth, Sixth, Seventh, and Fourteenth Omnibus Objections to Claims [**Dkt. 9349**].

<u>Status</u>: The objections have been resolved or continued as set forth in the Reorganized Debtors' report [**Dkt. 9342**] and the Silveira Declaration [**Dkt. 9349**]. This matter has been continued to November 17, 2020 as to Robert K. Vogel [**Dkt. 9348**].

13. **Reorganized Debtors' Fifteenth Omnibus Objection to Claims**: *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 9073**].

<u>Response Deadline</u>: October 14, 2020, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>:

A. Objection of Solano Irrigation District to Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims) Concerning Claim No 1952 [**Dkt. 9255**].

B. Declaration of Cammie Morin in Support of Solano Irrigation District's Opposition to the Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims) Concerning Claim No. 1952 [**Dkt. 9256**].

C. Response to Fourteenth and Fifteenth Omnibus Objections by Reorganized Debtors [**Dkt. 9316**]

<u>Related Documents</u>:

D. Declaration of Robb McWilliams in Support of Reorganized Debtors' Fifteenth through Seventeenth Omnibus Objections to Claims (Satisfied Claims) [**Dkt. 9074**]

E. Notice of Withdrawal of Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims) with Respect to Certain Claims [**Dkt. 9124**].

F. Reorganized Debtors' Report on Responses to Eleventh through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9342**].

<u>Status</u>: The objections have been resolved or continued as set forth in the Reorganized Debtors' report [**Dkt. 9342**].

14. **Reorganized Debtors' Sixteenth Omnibus Objection to Claims**: *Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 9076**].

<u>Response Deadline</u>: October 14, 2020, at 4:00 p.m. (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

A. Declaration of Robb McWilliams in Support of Reorganized Debtors' Fifteenth through Seventeenth Omnibus Objections to Claims (Satisfied Claims) [**Dkt. 9074**]

B. Reorganized Debtors' Report on Responses to Eleventh through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9342**]

Status: The objections have been resolved or continued as set forth in the Reorganized Debtors' report [**Dkt. 9342**].

15. **Reorganized Debtors' Seventeenth Omnibus Objection to Claims**: *Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 9078**].

Response Deadline: October 14, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Response of the City and County of San Francisco to Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims) and Reservation of Rights [**Dkt. 9291**].

B. South San Joaquin Irrigation District's Response to Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims) as it Applies to Claim of "Tri-Dam Project" [**Dkt. 9304**].

Related Documents:

C. Declaration of Robb McWilliams in Support of Reorganized Debtors' Fifteenth through Seventeenth Omnibus Objections to Claims (Satisfied Claims) [**Dkt. 9074**]

D. Reorganized Debtors' Report on Responses to Eleventh through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9342**]

Status: The objections have been resolved or continued as set forth in the Reorganized Debtors' report [**Dkt. 9342**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: October 27, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: _____/s/ Thomas B. Rupp_____
        Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*