| | |
|---|---|
| Aron M. Oliner (SBN: 152373)<br>Geoffrey A. Heaton (SBN: 206990)<br>**DUANE MORRIS LLP**<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127<br>Telephone: (415) 957-3000<br>Facsimile: (415) 957-3001<br>Email: gheaton@duanemorris.com<br><br>Attorneys for ASPLUNDH CONSTRUCTION, LLC | |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ASPLUNDH CONSTRUCTION, LLC'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS RE REORGANIZED DEBTORS' EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS**<br><br>Date:  November 17, 2020<br>Time:  10:00 a.m.<br>Place:  (Telephonic Appearance Only)<br>         450 Golden Gate Avenue<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102<br><br>Related Docket No. 9263 |

Asplundh Construction, LLC ("Asplundh") submits this statement of non-opposition and reservation of rights in response to the Reorganized Debtors' Eighteenth Omnibus Objection to Claims (Amended and Superseded Claims) [Doc# 9263] ("18th Omnibus Objection"), and submits as follows:

Asplundh does not object to disallowance of Asplundh's Claim #7976 in the amount of $3,013,616.14, as set forth in the 18th Omnibus Objection, based upon the Debtors' representation that Asplundh's Claim #17001 in the amount of $4,170,913.06, referred to by the Debtors as the "Surviving Claim," is in no way impacted or affected by the 18th Omnibus Objection.[1] Asplundh expressly reserves any and all rights with respect to Claim #17001, as well as any other claim that Asplundh has filed in these cases that is not referenced in the 18th Omnibus Objection.

Dated: October 27, 2020

**DUANE MORRIS LLP**

By: /s/ Geoffrey A. Heaton (206990)
    GEOFFREY A. HEATON
    Attorneys for ASPLUNDH
    CONSTRUCTION, LLC

---

[1] As set forth on the face sheet of Claim #17001, Claim #17001 amended Claim #7976.