Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for ASPLUNDH CONSTRUCTION, LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and – | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris LLP and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On October 27, 2020, I served the following document:

- **ASPLUNDH CONSTRUCTION, LLC'S STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS RE REORGANIZED DEBTORS' EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS**

**X** ELECTRONICALLY: I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

**X** BY MAIL: by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, with postage fully prepaid..

| **Attorneys for Debtors and Reorganized Debtors** | **Office of the U.S. Trustee / San Francisco** |
|---|---|
| Keller Benvenutti Kim LLP<br>Tobias S. Keller<br>Peter J. Benvenutti<br>Jane Kim<br>650 California Street, Suite 1900<br>San Francisco, CA  94108 | Timothy S. Laffredi<br>Office of the U.S. Trustee – San Jose<br>280 South 1 St., Suite 268<br>San Jose, CA  95113 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 27, 2020, in San Francisco, California.

                                              /s/ Deanna Micros (xxx-xx-5693)
                                              DEANNA MICROS