**Entered on Docket**
**October 28, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: October 27, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**<br><br>[Re: Dkt. No. 9061] |

Upon the *Reorganized Debtors' Report on Responses to Eleventh Through Seventeenth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9342] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Eleventh Omnibus Objection to Claims (Amended and Superseded Claims)* [Docket No. 9061] (the "**Eleventh Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Cedar Glade Capital, LLC | 2492 2980 | The Eleventh Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | Cedar Glade LP, as Assignee of Fair Harbor Capital LLC (Way Mar) | 64216 | The Eleventh Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | Shaw Pipeline, Inc. | 1369 | The Eleventh Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | SEL Engineering Services, Inc. | 2905 | The Eleventh Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | W K McLellan | 3011 | The Eleventh Omnibus Objection is WITHDRAWN with respect to this Claim. |

2. The Proofs of Claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection |
|---|---|---|---|---|
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 368 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,000.00 (U)<br>$23,000.00 (T) | Amended and Superseded |
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 389 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,338.20 (U)<br>$12,338.20 (T) | Amended and Superseded |
| AVTECH CONSTRUCTION INC<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 428 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,600.00 (U)<br>$9,600.00 (T) | Amended and Superseded |
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 476 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,000.00 (U)<br>$32,000.00 (T) | Amended and Superseded |
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 536 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,753.00 (U)<br>$4,753.00 (T) | Amended and Superseded |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| AVTECH CONSTRUCTION INC<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 537 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$251,022.42 (U)<br>$251,022.42 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| AVTECH CONSTRUCTION INC<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 779 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$175,476.00 (U)<br>$175,476.00 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Avtech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 786 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$37,350.00 (U)<br>$37,350.00 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| AVTECH CONSTRUCTION INC<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 792 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,688.50 (U)<br>$19,688.50 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| AVTECH CONSTRUCTION INC<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 793 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,665.72 (U)<br>$17,665.72 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection |
|---|---|---|---|---|
| Aztech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 794 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,968.51 (U)<br>$9,968.51 (T) | Amended and Superseded |
| Aztech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 796 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$165,111.00 (U)<br>$165,111.00 (T) | Amended and Superseded |
| AZTECH CONSTRUCTION INC<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 798 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,498.60 (U)<br>$24,498.60 (T) | Amended and Superseded |
| Aztech Construction Inc<br>1393 Shore Road<br>Hollister, CA 95023 | 928 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$115,483.35 (U)<br>$115,483.35 (T) | Amended and Superseded |
| AZTECH CONSTRUCTION INC<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 929 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$83,200.00 (U)<br>$83,200.00 (T) | Amended and Superseded |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 3

Case: 19-30088    Doc# 9359    Filed: 10/27/20    Entered: 10/28/20 11:43:44    Page 6 of 17

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|---|---|---|---|---|
| AVTECH CONSTRUCTION INC<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 950 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,386.20 (U)<br>$11,386.20 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| AVTECH CONSTRUCTION INC<br>1393 Shore Road<br>HOLLISTER, CA 95023 | 984 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$253,994.42 (U)<br>$253,994.42 (T) | Amended and Superseded | Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) |
| Bradford Capital Holdings, LP as Transferee of Nathan Associates Inc.<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012<br>**Claim Transferred To:**<br>Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353<br>Clifton, NJ 7012<br>78% | 3455 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,272.30 (U)<br>$18,272.30 (T) | Amended and Superseded | Bradford Capital Holdings, LP as Transferee of Nathan Associates Inc.<br>c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353<br>Clifton, NJ 07012 | 96649 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,272.30 (U)<br>$18,272.30 (T) |
| Bradford Capital Holdings, LP as Transferee of Sierra Nevada Safety & Training LLC<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012<br>**Claim Transferred To:**<br>Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC Attn: Brian Brager P.O. Box 4353<br>Clifton, NJ 7012<br>10% | 1857 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,163.05 (U)<br>$18,163.05 (T) | Amended and Superseded | Bradford Capital Holdings, LP as Transferee of Sierra Nevada Safety & Training LLC<br>c/o Bradford Capital Management, LLC Attn: Brian Brager P.O. Box 4353<br>Clifton, NJ 07012 | 8218 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 4

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|---|---|---|---|---|
| Cellco Partnership d/b/a Verizon Wireless William M Vermette 22001 Loudoun County Pkwy. Ashburn, VA 20147 | 2106 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,042,950.32 (U)<br>$2,042,950.32 (T) | Amended and Superseded | Cellco Partnership d/b/a Verizon Wireless Attn. Tracey M. Ohm C/o Stinson LLP 1775 Pennsylvania Ave. NW, Suite 800 Washington, DC 20006 | 105682 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,186,023.65 (U)<br>$2,186,023.65 (T) |
| Cherokee Debt Acquisition, LLC as Transferee of Language Services Associates, Inc<br>Attn: Vladimir Jelisavcic<br>New York, NY 10018<br>**Claim Transferred To:**<br>Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic 1384 Broadway, Suite 906<br>New York, NY 10018<br>100% | 1113 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,680.43 (U)<br>$8,680.43 (T) | Amended and Superseded | Cherokee Debt Acquisition, LLC as Transferee of Language Services Associates, Inc<br>Attn: Vladimir Jelisavcic<br>New York, NY 10018 | 1871 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,680.43 (U)<br>$8,680.43 (T) |
| Citigroup Financial Products Inc as Transferee of Insight Global LLC<br>c/o Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>c/o Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br>100% | 2368 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,482,840.28 (U)<br>$3,482,840.28 (T) | Amended and Superseded | Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley<br>New York, NY 10013 | 78082 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,482,840.28 (U)<br>$3,482,840.28 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 5

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Citigroup Financial Products Inc as Transferee c Snelson Companies, Inc<br>c/o Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>c/o Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br>100% | 64177 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,476,548.74 (U)<br>$2,476,548.74 (T) | Amended and Superseded | Citigroup Financial Products Inc as Transferee c Snelson Companies, Inc<br>c/o Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Floor Suite 1400<br>New York, NY 10013 | 92621 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,852,193.48 (U)<br>$1,852,193.48 (T) |
| Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013<br>100% | 78082 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,482,840.28 (U)<br>$3,482,840.28 (T) | Amended and Superseded | Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley 388 Greenwich Street Trading Tower 6th Floor<br>New York, NY 10013 | 88597 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,460,548.28 (U)<br>$3,460,548.28 (T) |
| Citigroup Financial Products Inc. as Transferee Snelson Companies, Inc<br>Kenneth Keeley Citigroup Global Markets 390 Greenwich Street, 4th Floor 601 WEST STATE STREET<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>Kenneth Keeley Citigroup Global Markets 390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>100% | 9730 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,567,861.83 (U)<br>$2,567,861.83 (T) | Amended and Superseded | Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013 | 75263 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,567,861.83 (U)<br>$2,567,861.83 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 6

Case: 19-30088    Doc# 9359    Filed: 10/27/20    Entered: 10/28/20 11:43:44    Page 9 of 17

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection |
|---|---|---|---|---|
| Citigroup Financial Products Inc. as Transferee of Snelson Companies, Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 390 Greenwich Street,4th Floor 601 West State Street<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>Attn: Brian S. Broyles Corporate Actions 1615 Brett Road OPS III<br>New Castle, DE 19720<br>100% | 7765 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,958,380.62 (U)<br>$13,958,380.62 (T) | Amended and Superseded |
| Citigroup Financial Products Inc. as Transferee of Snelson Companies, Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 390 Greenwich Street,4th Floor 601 West State Street<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>Attn: Brian S. Broyles Corporate Actions 1615 Brett Road OPS III<br>New Castle, DE 19720<br>100% | 7975 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,958,380.62 (U)<br>$13,958,380.62 (T) | Amended and Superseded |
| Contrarian Funds, LLC as Transferee of Brim Equipment Leasing DBA Brim Aviation<br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br>**Claim Transferred To:**<br>Contrarian Funds, LLC<br>Attn: 392426 500 Ross St 154-0455<br>Pittsburgh, PA 15262<br>100% | 108 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$671,161.25 (U)<br>$671,161.25 (T) | Amended and Superseded |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| Citigroup Financial Products Inc. as Transferee of Snelson Companies, Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 390 Greenwich Street,4th Floor 601 West State Street<br>New York, NY 10013 | 7975 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,958,380.62 (U)<br>$13,958,380.62 (T) |
| Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013 | 75293 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,958,380.62 (U)<br>$13,958,380.62 (T) |
| Contrarian Funds, LLC as Transferee of Brim Equipment Leasing DBA Brim Aviation<br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | 57743 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$671,161.25 (U)<br>$671,161.25 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 7

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Contrarian Funds, LLC as Transferee of California Surveying & Drafting Supply Inc. Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 **Claim Transferred To:** Contrarian Funds, LLC Attn: 392426 500 Ross St 154-0455 Pittsburgh, PA 15262 100% | 2861 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $73,171.92 (U) $73,171.92 (T) | Amended and Superseded | Contrarian Funds, LLC as Transferee of California Surveying & Drafting Supply Inc. Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 3365 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $57,895.62 (U) $57,895.62 (T) |
| Contrarian Funds, LLC as Transferee of Cowen Special Investments LLC Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 10 St. James Avenue Greenwich, CT 6830 **Claim Transferred To:** Contrarian Funds, LLC Attn: 392426 500 Ross St 154-0455 Pittsburgh, PA 15262 100% | 17140 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $19,796.00 (U) $19,796.00 (T) | Amended and Superseded | Contrarian Funds, LLC as Transferee of Cowen Special Investments LLC Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 10 St. James Avenue Greenwich, CT 6830 | 79563 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $18,288.00 (U) $18,288.00 (T) |
| Contrarian Funds, LLC as Transferee of GEI Consultants Inc. Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 **Claim Transferred To:** Contrarian Funds, LLC Attn: 392426 500 Ross St 154-0455 Pittsburgh, PA 15262 100% | 2795 | Pacific Gas and Electric Company | $357,004.47 (S) $0.00 (A) $0.00 (P) $0.00 (U) $357,004.47 (T) | Amended and Superseded | Contrarian Funds, LLC as Transferee of GEI Consultants Inc. Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 55441 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $357,004.47 (U) $357,004.47 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 8

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection |
|---|---|---|---|---|
| Contrarian Funds, LLC as Transferee of GEI Consultants Inc. Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 **Claim Transferred To:** Contrarian Funds, LLC Attn: 392426 500 Ross St 154-0455 Pittsburgh, PA 15262 100% | 2875 | PG&E Corporation | $357,004.47 (S) $0.00 (A) $0.00 (P) $0.00 (U) $357,004.47 (T) | Amended and Superseded |
| Contrarian Funds, LLC as Transferee of Jensen Hughes Inc Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 **Claim Transferred To:** Contrarian Funds, LLC Attn: 392426 500 Ross St 154-0455 Pittsburgh, PA 15262 100% | 1876 | Pacific Gas and Electric Company | $0.00 (S) $98,294.88 (A) $0.00 (P) $0.00 (U) $98,294.88 (T) | Amended and Superseded |
| Contrarian Funds, LLC as Transferee of Shaw Pipeline Services Inc Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 **Claim Transferred To:** Contrarian Funds, LLC Attn: 392426 500 Ross St 154-0455 Pittsburgh, PA 15262 100% | 3736 | PG&E Corporation | $0.00 (S) $0.00 (A) $0.00 (P) $53,947.92 (U) $53,947.92 (T) | Amended and Superseded |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| Contrarian Funds, LLC as Transferee of GEI Consultants Inc. Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 55441 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $357,004.47 (U) $357,004.47 (T) |
| Contrarian Funds, LLC as Transferee of Jensen Hughes Inc Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 3551 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $32,883.62 (U) $32,883.62 (T) |
| Contrarian Funds, LLC As Transferee of Shaw Pipeline Services Inc Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 06830 | 72742 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $53,947.92 (U) $53,947.92 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 9

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection |
|---|---|---|---|---|
| Fair Harbor Capital, LLC as Transferee of Tito Balling Inc. DBA California Water Services<br>Attn: Fredric Glass<br>Ansonia Finance Station PO Box 237037<br>New York, NY 10023<br>100% | 1430 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$13,471.20 (P)<br>$0.00 (U)<br>$13,471.20 (T) | Amended and Superseded |
| Hain Capital Investors Master Fund, Ltd as Transferee of Avtech Construction Inc.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070<br>**Claim Transferred To:**<br>Hain Capital Investors Master Fund, Ltd<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 7070 | 1880 | Pacific Gas and Electric Company | $955,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$955,512.04 (T) | Amended and Superseded |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br>Kamand Daniels c/o Marble Ridge Capital LP<br>1250 Broadway, Suite 2601<br>New York, NY 10001 | 64584 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,179,406.00 (U)<br>$11,179,406.00 (T) | Amended and Superseded |
| Marin Municipal Water District<br>Attn: Legal Division 220 Nellen Avenue<br>Corte Madera, CA 94925 | 64314 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,422.62 (U)<br>$17,422.62 (T) | Amended and Superseded |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| Fair Harbor Capital, LLC as assignee of Tito Balling Inc. DBA CALIFORNIA WATER SERVICES<br>Ansonia Finance Station PO Box 237037<br>New York, NY 10023<br>**Claim Transferred To:**<br>Fair Harbor Capital, LLC | 59695 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,935.91 (U)<br>$13,935.91 (T) |
| Hain Capital Holdings, LLC as Transferee of Hain Capital Investors Master Fund Ltd.<br>Attn: Cheryl Eckstein 301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 2876 | Pacific Gas and Electric Company | $995,512.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$995,512.04 (T) |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br>Kamand Daniels c/o Marble Ridge Capital LP<br>1250 Broadway, Suite 2601<br>New York, NY 10001 | 89371 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,126,379.78 (U)<br>$11,126,379.78 (T) |
| Marin Municipal Water District<br>Attn: Legal Division 220 Nellen Avenue<br>Corte Madera, CA 94925 | 72029 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,433.83 (U)<br>$21,433.83 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 10

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Marin Municipal Water District Attn: Legal Division 220 Nellen Avenue Corte Madera, CA 94925 | 65948 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,422.62 (U)<br>$17,422.62 (T) | Amended and Superseded | Marin Municipal Water District Attn: Legal Division 220 Nellen Avenue Corte Madera, CA 94925 | 72029 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,433.83 (U)<br>$21,433.83 (T) |
| Mesa Associates INC Attn: Christine Teague 480 Production Ave Madison, AL 35758 | 7940 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$746,468.33 (U)<br>$746,468.33 (T) | Amended and Superseded | Mesa Associates INC Attn: Christine Teague 480 Production Ave Madison, AL 35758 | 106224 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$709,084.81 (U)<br>$709,084.81 (T) |
| METRICSTREAM, INC. C/O LAWRENCE SCHWAB & SCHWAB C/O LAWRENCE SCHWAB/THOMAS GAA 633 MENLO AVE., SUITE 100 MENLO PARK, CA 94025 | 67109 | Pacific Gas and Electric Company | $0.00 (S)<br>$139,734.80 (A)<br>$0.00 (P)<br>$194,583.92 (U)<br>$334,318.72 (T) | Amended and Superseded | METRICSTREAM, INC. C/O LAWRENCE SCHWAB/KENNETH LAW BIALSON, BERGEN & SCHWAB 633 MENLO AVE, SUITE 100 MENLO PARK, CA 94025 | 105914 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$209,377.47 (U)<br>$209,377.47 (T) |
| Olympus Peak Master Fund LP c/o Olympus Peak Asset Management LP Attn: Josh Silverman, General Counsel 745 Fifth Avenue, Suite 1604 New York, NY 10151<br>**Claim Transferred To:**<br>Olympus Peak Master Fund LP c/o Olympus Peak Asset Management LP Attn: Josh Silverman, General Counsel 745 Fifth Avenue, Suite 1604 New York, NY 10151<br>100% | 57922 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,821.39 (U)<br>$262,821.39 (T) | Amended and Superseded | OPeak LLC as Transferee of Olympus Peak Master Fund L.P. Attn: Todd Westhus 745 Fifth Avenue New York, NY 10151 | 97007 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$237,044.39 (U)<br>$237,044.39 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP as Transferee of Caltrol Inc<br>Attn: Leah Silverman 745 Fifth Avenue<br>New York, NY 10151<br>**Claim Transferred To:**<br>Olympus Peak Master Fund LP<br>Attn: Leah Silverman 745 Fifth Avenue Suite 1604<br>New York, NY 10151<br>100% | 3103 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$263,749.53 (U)<br>$263,749.53 (T) | Amended and Superseded | Olympus Peak Master Fund LP as Transferee of Caltrol Inc<br>Attn: Leah Silverman 745 Fifth Avenue<br>New York, NY 10151 | 7193 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,821.39 (U)<br>$262,821.39 (T) |
| Olympus Peak Master Fund LP as Transferee of Caltrol Inc<br>Attn: Leah Silverman 745 Fifth Avenue<br>New York, NY 10151<br>**Claim Transferred To:**<br>Olympus Peak Master Fund LP<br>Attn: Leah Silverman 745 Fifth Avenue Suite 1604<br>New York, NY 10151<br>0% | 7193 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,821.39 (U)<br>$262,821.39 (T) | Amended and Superseded | Olympus Peak Master Fund LP<br>c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 57922 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,821.39 (U)<br>$262,821.39 (T) |
| Olympus Peak Master Fund LP as Transferee of K Contractors, LLC<br>Attn: Leah Silverman 745 Fifth Avenue, Suite 1604<br>New York, NY 10151<br>**Claim Transferred To:**<br>Olympus Peak Master Fund LP<br>Attn: Leah Silverman 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 1056 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,650,320.49 (U)<br>$3,650,320.49 (T) | Amended and Superseded | OPeak LLC as Transferee of Olympus Peak Master Fund L.P.<br>Attn: Todd Westhus 745 Fifth Avenue<br>New York, NY 10151 | 58531 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,650,320.49 (U)<br>$3,650,320.49 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 12

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Righetti Ranch, LP, a Delaware limited partnership<br>179 Calle Magdalina #201<br>Encinitas, CA 92024 | 75438 | PG&E Corporation | $0.00 (S)<br>$394,939.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$394,939.00 (T) | Amended and Superseded | Righetti Ranch LP, a Delaware limited partnership<br>Solomon Ward Seidenwurm & Smith, LLP Attn Michael D. Breslauer, Esq. 401 B Street, Suite 1200<br>San Diego, CA 92101 | 105762 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$132,437.00 (P)<br>$0.00 (U)<br>$132,437.00 (T) |
| Rocky Point Claims LLC as Transferee of DC Electric Group, Inc.<br>Attn: Edward Waters<br>Norwalk, CT 06853<br>**Claim Transferred To:**<br>Rocky Point Claims LLC<br>Attn: Edward Waters PO Box 165<br>Norwalk, CT 6853<br>100% | 1384 | Pacific Gas and Electric Company | $0.00 (S)<br>$22,500.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$22,500.00 (T) | Amended and Superseded | Rocky Point Claims LLC<br>Edward Waters PO Box 165<br>Norwalk, CT 06853 | 105547 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,500.00 (U)<br>$22,500.00 (T) |
| Sentinel Peak Resources California LLC<br>c/o E Belleview Ave, Suite 400 6501 E Belleview Ave, Suite 400<br>Englewood, CO 80111 | 3131 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$165,053.33 (U)<br>$165,053.33 (T) | Amended and Superseded | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 303 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416 | 72104 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$165,053.33 (U)<br>$165,053.33 (T) |
| Sunbelt Rentals, Inc.<br>Attn: Tonya Piodela 7626 NE Killingsworth St<br>Portland, OR 97218 | 100839 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$179,975.69 (U)<br>$179,975.69 (T) | Amended and Superseded | Sunbelt Rentals, Inc.<br>Attn: Tonya Piodela 7626 NE Killingsworth St<br>Portland, OR 97218 | 106236 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$174,277.11 (U)<br>$174,277.11 (T) |

Case: 19-30088    Doc# 9359    Filed: 10/27/20    Entered: 10/28/20 11:43:44    Page 16 of 17

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Swan Associates, Inc.<br>480 East 2nd Street, Ste H<br>Benicia, CA 94510 | 129 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,595.13 (U)<br>$12,595.13 (T) | Amended and Superseded | SWAN ASSOCIATES INC<br>4680 E 2ND STE H<br>BENICIA, CA 94510-1018 | 5229 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,595.02 (U)<br>$12,595.02 (T) |
| TRC Master Fund LLC as Transferee of ABEC #2 LLC<br>Attn: Terrel Ross PO Box 633<br>Woodmere, NY 11598<br>Claim Transferred To:<br>TRC Master Fund LLC<br>Attn: Terrel Ross PO Box 633<br>Woodmere, NY 11598<br>74% | 2611 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$95,265.32 (U)<br>$95,265.32 (T) | Amended and Superseded | TRC Master Fund LLC as Transferee of ABEC #2 LLC<br>Attn: Terrel Ross PO Box 633<br>Woodmere, NY 11598 | 2487 | Pacific Gas and Electric Company | $0.00 (S)<br>$70,799.94 (A)<br>$0.00 (P)<br>$24,465.38 (U)<br>$95,265.32 (T) |
| Trench Plate Rental Co<br>13217 Laureldale Avenue<br>Downey, CA 90242 | 20046 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$650,174.33 (U)<br>$650,174.33 (T) | Amended and Superseded | Trench Plate Rental Company<br>13217 Laureldale Ave<br>Downey, CA 90242 | 105891 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$816,798.52 (U)<br>$816,798.52 (T) |
| World Wide Technology, LLC<br>Bryan Cave Leighton Paisner LLP Brian C. Walsh One Metropolitan Square, Suite 3600<br>St. Louis, MO 63102 | 79989 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,999,009.75 (U)<br>$11,999,009.75 (T) | Amended and Superseded | World Wide Technology, LLC<br>Bryan Cave Leighton Paisner LLP Attn: Brian C Walsh One Metropolitan Square Suite 3600<br>St. Louis, MO 63102 | 105769 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,567,579.26 (U)<br>$10,567,579.26 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 14