

Signed and Filed: October 27, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                  **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)**<br><br>[Re: Dkt. No. 9064] |

Upon the *Reorganized Debtors' Report on Responses to Eleventh Through Seventeenth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9342] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Twelfth Omnibus Objection to Claims (Duplicative Claims)* [Docket No. 9064] (the "**Twelfth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | G4S Secure Integration LLC | 68985 59275 | By agreement with the Claimant, Claim No. 68985 will be disallowed and expunged, and Claim No. 59275 will survive. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | VonWin Capital Management, L.P. as Transferee of Golder Associates, Inc. | 79082 | The Twelfth Omnibus Objection is WITHDRAWN with respect to this Claim. |

2. The Proofs of Claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

**Twelfth Omnibus Objection**

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ACRT Pacific, LLC Matthew Guilmette 4500 Courthouse Blvd. Suit 150 Stow, OH 44224 | 3348 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,297,972.82 (U)<br>$4,297,972.82 (T) | Duplicative Claims (Identical) | Whitebox Multi-Strategy Partners, LP as Transferee of ACRT Pacific LLC Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Suite 150 Minneapolis, MN 55416 | 3349 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,297,972.82 (U)<br>$4,297,972.82 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC Attn: David Leinwand 11 West 42nd Street, 9th Floor 28 State Street New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP Attn: David Leinwand 11 West 42nd Street, 9th Floor New York, NY 10036<br>100% | 4424 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,171.81 (U)<br>$63,171.81 (T) | Duplicative Claims (Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC Attn: David Leinwand 11 West 42nd Street, 9th Floor 28 State Street New York, NY 10036 | 3945 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,171.81 (U)<br>$63,171.81 (T) |
| Bradford Capital Holdings, LP as Transferee of Lucas, Austin & Alexander, LLC, dba Brooks Street c/o Bradford Capital Management, LLC Attn: Brian Brager Clifton, NJ 07012<br>**Claim Transferred To:**<br>Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353 Clifton, NJ 7012<br>100% | 7207 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,465.36 (U)<br>$40,465.36 (T) | Duplicative Claims (Identical) | Bradford Capital Holdings, LP as Transferee of Lucas, Austin & Alexander, LLC, dba Brooks Street c/o Bradford Capital Management, LLC Attn: Brian Brager Clifton, NJ 07012 | 2210 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,465.36 (U)<br>$40,465.36 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 1

Case: 19-30088    Doc# 9360    Filed: 10/27/20    Entered: 10/28/20 11:47:29    Page 4 of 6

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Fair Harbor Capital as assignee of CM Distributors, Inc. Ansonia Finance Station New York, NY 10023 **Claim Transferred To:** Fair Harbor Capital, LLC Ansonia Finance Station PO Box 237037 New York, NY 10023 100% | 3343 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $164,920.41 (U) $164,920.41 (T) | Duplicative Claims (Identical) | Fair Harbor Capital LLC as Transferee of CM Distributors, Inc. Ansonia Finance Station Attn: Fredric Glass PO Box 237037 New York, NY 10023 | 2660 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $164,920.41 (U) $164,920.41 (T) |
| Fair Harbor Capital, LLC as Assignee of Pure Filter Solutions Ansonia Finance Station New York, NY 10023 **Claim Transferred To:** Fair Harbor Capital, LLC Ansonia Finance Station PO Box 237037 New York, NY 10023 | 17163 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $10,770.00 (U) $10,770.00 (T) | Duplicative Claims (Identical) | Fair Harbor Capital, LLC as Assignee of Pure Filter Solutions Ansonia Finance Station New York, NY 10023 | 2320 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $10,770.00 (U) $10,770.00 (T) |
| G4S Secure Integration LLC Dinsmore & Shohl LLP Attn: Ellen Arvin Kennedy, Esq. 100 W. Main Street Ste 900 Lexington, KY 40507 | 68985 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $107,755.96 (U) $107,755.96 (T) | Duplicative Claims (Identical) | G4S Secure Integration LLC Dinsmore & Shohl LLP Attn: Ellen Arvin Kennedy, Esq. 100 W. Main Street Lexington, KY 40507 | 59275 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $107,755.96 (U) $107,755.96 (T) |
| Margie Thompson, Linda Thompson & Ovomte Kendall Law Office of Susan Kang Gordon 21C Orinda Way #162 Orinda, CA 94563 | 59047 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $565,396.00 (U) $565,396.00 (T) | Duplicative Claims (Identical) | Margie Thompson, Linda Thompson and Ovamte Kendall Law Office of Susan Kang Gordon Susan Y. Kang Gordon, Esq. 21C Orinda Way #162 Orinda, CA 94563 | 77417 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $565,396.00 (U) $565,396.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 2

Case: 19-30088    Doc# 9360    Filed: 10/27/20    Entered: 10/28/20 11:47:20    Page 5 of 6

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Olympus Peak Master Fund LP c/o Olympus Peak Asset Management LP Attn: Leah Silverman<br><br>New York, NY 10151<br><br>**Claim Transferred To:**<br>Olympus Peak Master Fund LP c/o Olympus Peak Asset Management LP Attn: Leah Silverman 745 Fifth Avenue, Suite 1604<br>New York, NY 10151<br>100% | 58567 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,821.39 (U)<br>$262,821.39 (T) | Duplicative Claims (Identical) | Olympus Peak Master Fund LP c/o Olympus Peak Asset Management LP Attn: Leah Silverman, General Counsel 745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | 57922 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$262,821.39 (U)<br>$262,821.39 (T) |
| Tannor Partners Credit Fund LP<br>Attn: Robert J. Tanner 3536 Los Pinos Drive<br>Santa Barbara, CA 93105<br>**Claim Transferred To:**<br>Tannor Partners Credit Fund LP<br>Attn: Robert J. Tanner 3536 Los Pinos Drive<br>Santa Barbara, CA 93105<br>100% | 3494 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$41,808.96 (U)<br>$41,808.96 (T) | Duplicative Claims (Identical) | Tannor Partners Credit Fund, LP as Transferee of Environmental Systems Corp<br>Attn: Robert Tannor 3536 Los Pinos Dr Buildin 1, Ste. 200<br>Santa Barbara, CA 93105 | 96564 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$41,808.96 (U)<br>$41,808.96 (T) |
| Tannor Partners Credit Fund LP<br>Attn: Robert J. Tanner 3536 Los Pinos Drive<br>Santa Barbara, CA 93105<br>**Claim Transferred To:**<br>Tannor Partners Credit Fund LP<br>Attn: Robert J. Tanner 3536 Los Pinos Drive<br>Santa Barbara, CA 93105<br>100% | 3529 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$41,808.96 (U)<br>$41,808.96 (T) | Duplicative Claims (Identical) | Tannor Partners Credit Fund, LP as Transferee of Environmental Systems Corp<br>Attn: Robert Tannor 3536 Los Pinos Dr Buildin 1, Ste. 200<br>Santa Barbara, CA 93105 | 96564 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$41,808.96 (U)<br>$41,808.96 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 3