

Signed and Filed: October 27, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**<br><br>[Re: Dkt. No. 9070] |

Upon the *Reorganized Debtors' Report on Responses to Eleventh Through Seventeenth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9342] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9070] (the "**Fourteenth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Nuance Communications | 60467 | By agreement with the Claimant, Claim No. 60467 will be disallowed. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Robert Vogel | 2859 | The Reorganized Debtors are attempting to resolve this matter consensually, but have not yet reached a resolution. The Reorganized Debtors' counsel proposed continuing the objection to the next omnibus hearing, but have not yet heard back from Claimant.<br><br>If necessary, the Reorganized Debtors are prepared to address the Fourteenth Omnibus Objection with respect to this Claim at the hearing. |
| Informal | Nusura Inc. | 92185288 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Clean Energy | 61471 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 11, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Davey Tree Surgery Company | 80318<br>80427<br>80460<br>80479<br>80474 | The Fourteenth Omnibus Objection is WITHDRAWN with respect to these Claims. |
| Informal | Davey Resource Group, Inc. | 80405<br>80316 | The Fourteenth Omnibus Objection is WITHDRAWN with respect to these Claims. |
| Informal | KDTV, KABE, KUVS, KMEX, KTFF, KFTR, KFTV, KBTF Television | 588 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 2, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Little Diversified Architectural Consulting, Inc. | 8630 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 3, 2020. The objection will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Yuba County Water Agency | 92185664 | The Fourteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | Dun & Bradstreet | 2929 | The Reorganized Debtors are attempting to resolve this matter consensually, but have not yet reached a resolution. The Reorganized Debtors' counsel proposed continuing the objection to the next omnibus hearing, but have not yet heard back from Claimant.<br><br>If necessary, the Reorganized Debtors are prepared to address the Fourteenth Omnibus Objection with respect to this Claim at the hearing. |
| 9315 | VonWin Capital Management LP | 2251 | The Fourteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| 9316 | Sequoia Engineering & Design Associates | 73323 | The Reorganized Debtors are attempting to resolve this matter consensually and are further researching this Claim. The objection will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Bureau of Land Management | 92183647 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | U.S. Forest Service | 92185206 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | RiverPark Strategic Income Fund | 3828 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | ICF Jones & Stokes, Inc. | 3390 | The Fourteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |

    2.    The Proofs of Claims listed in the column headed "Claims to be Reduced or Disallowed" in **Exhibit 1** hereto shall be reduced or disallowed as set forth therein.

    3.    This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ACCION GROUP 20 N MAIN ST CONCORD, NH 3301 | 1033641 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $7,980.00 | $7,980.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $612.16 | $612.16 | |
| ALL CLEAR SCREENING SERVICES, INC. 14480 DRAGONFLY RUN NMS, FL 32754 | 19873 | PG&E Corporation | 10/11/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $10,084.00 | $10,084.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Allen, Cherry Candy 6037 Sylmar Ave # 201 Van Nuys, CA 91405 | 5417 | PG&E Corporation | 8/7/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $11,578.00 | $0.00 | $11,578.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Amador Valley Industries PO Box 12617 Pleasanton, CA 94588 | 1772 | Pacific Gas and Electric Company | 3/26/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $5,560.03 | $5,560.03 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| AMADOR WATER AGENCY 1000 RIDGE RD SUTTER CREEK, CA 95685-9630 | 1032882 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $174,653.82 | $174,653.82 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $3,827.11 | $3,827.11 | |
| AMERICAN COUNCIL FOR AN 529 14TH ST NW WASHINGTON, DC 20045 | 1033016 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $66,505.38 | $66,505.38 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,505.38 | $1,505.38 | |
| Arista Management Solutions LLC John Gugay 9301 S 3090 W West Jordan, UT 84088 | 2080 | Pacific Gas and Electric Company | 4/4/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $6,215.00 | $6,215.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| AS Corporate 6131 Jetstar Suite 100 Irving, TX 75063 | 1942 | PG&E Corporation | 3/6/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $14,647.50 | $14,647.50 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Fourteenth Omnibus Objection**

# Exhibit 1

In re: PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ASM Capital X LLC as Transferee of Richmond Sanitary Service Attn: Adam S. Moskowitz 7600 Jericho Tpike, Suite 302 Woodbury, NY 11797 | 17102 | Pacific Gas and Electric Company | 10/4/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $9,618.50 | $9,618.50 | Books and Records |
| Claim Transferred To: ASM Capital X LLC Attn: Adam S. Moskowitz 7600 Jericho Tpike, Suite 302 Woodbury, NY 11797 100% | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ATKINSON-BAKER, INC. 500 N BRAND BLVD. 3RD FL GLENDALE, CA 91203 | 1218 | PG&E Corporation | 2/26/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $4,311.63 | $4,311.63 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| AUTHOR IT SOFTWARE CORPORATION 1109 FIRST AVE 5TH FL STE 500 SEATTLE, WA 98101 | 1032807 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $319,500.00 | $319,500.00 | Books and Records |
| Claim Transferred To: Cowen Special Investments LLC Att: Gail Rosenblum 599 Lexington Avenue, 21st Floor NY, NY 10022 100% | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $26,628.00 | $26,628.00 | |
| Books Jr., John 2545 Highway 70 Twain, CA 95984 | 94 | Pacific Gas and Electric Company | 2/5/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | |
| BORG COFFIN LEWIS & TRAPP LLP 350 CALIFORNIA ST 22ND FL SAN FRANCISCO, CA 94104-1435 | 1033383 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $17,221.50 | $17,221.50 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $436.50 | $436.50 | |
| BNF Engineers Att: Jean Chen 225 Shoreline Dr, #200 Redwood City, CA 94065 | 17413 | Pacific Gas and Electric Company | 10/8/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $3,986.50 | $3,986.50 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
Case: 19-30088 Doc# 9352 Filed: 10/27/20 Entered: 10/28/20 11:56:33 Page 7 of 17

Case: 19-30088    Doc# 9352    Filed: 10/27/20    Entered: 10/28/20 11:56:33    Page 7 of 17

**Fourteenth Omnibus Objection**

**Exhibit 1**

In re: PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 87252 | Bonneville International C/o Bonneville INTL SF PO Box 45924 Salt Lake City, UT 84145-0924 | PG&E Corporation | 10/24/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $42,228.00 | $42,228.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 4312 | BURNEY DISPOSAL 37484 B CORNAZ DR BURNEY, CA 96013 | Pacific Gas and Electric Company | 7/30/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $3,520.71 | $3,520.71 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 4361 | BURNEY DISPOSAL 37484 B CORNAZ DR BURNEY, CA 96013 | Pacific Gas and Electric Company | 7/30/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $2,701.29 | $2,701.29 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 2923 | California State University, Fresno Foundation 4910 North Chestnut Avenue Fresno, CA 93726 | Pacific Gas and Electric Company | 5/6/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $2,643,845.00 | $2,643,845.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 2769 | CALIFORNIA SURVEYING & DRAFTING SUPPLY, INC. ATTN: PAMELA UHL 4733 AUBURN BLVD SACRAMENTO, CA 95841 | Pacific Gas and Electric Company | 4/24/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $67,508.00 | $67,508.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 59033 | Cinsp Company 4250 Osgood Road Fremont, CA 94539 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $7,226.50 | $7,226.50 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 1032969 | CIRCLE H FARMS LLC 430 E PACHECO BLVD #225 LOS BANOS, CA 93635 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $80,000.00 | $80,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $40,000.00 | $40,000.00 | |
| 10021 | City of Fort Bragg Finance Director 416 N. Franklin Fort Bragg, CA 95437 | Pacific Gas and Electric Company | 9/26/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $870.87 | $870.87 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Page 3

Case: 19-30088    Doc# 9362    Filed: 10/27/20    Entered: 10/28/20 11:56:33    Page 8 of 17

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF MORGAN HILL 4 ALKIRE AVE MORGAN HILL, CA 95037-4129 | 1034149 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,699.05 | $1,699.05 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $570.00 | $570.00 | |
| City of Oakdale 28 N. Third Ave Oakdale, CA 95361 | 1602 | Pacific Gas and Electric Company | 3/22/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $283.94 | $0.00 | $317.29 | $601.23 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CITY OF REDDING P.O. BOX 496081 REDDING, CA 96049-6081 | 1033241 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $26,548.31 | $26,548.31 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $2,063.25 | $2,063.25 | |
| CITY OF WASCO ATTN: ACCOUNTS PAYABLE 764 E ST WASCO, CA 93280-1930 | 61305 | PG&E Corporation | 10/21/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $4,031.84 | $4,031.84 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CONSOLIDATED LAND COMPANY P BOX 25879 FRESNO, CA 93729 | 3676 | Pacific Gas and Electric Company | 7/16/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $39,325.00 | $39,325.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Cordoba Corp. 1201 North Broadway Los Angeles, CA 90012 | 94284 | Pacific Gas and Electric Company | 1/3/2020 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $37,528.00 | $37,528.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CoStar Realty Information, Inc. Attn: Todd Jasnow 1331 L Street NW Washington, DC 20005 | 78139 | PG&E Corporation | 10/21/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $4,922.00 | $4,922.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CoStar Realty Information, Inc. Attn: Todd Jasnow 1331 L Street NW Washington, DC 20005 | 71782 | Pacific Gas and Electric Company | 10/21/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $11,286.00 | $11,286.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Fourteenth Omnibus Objection**

**Exhibit 1**

**In re: PG&E Corporation and Pacific Gas and Electric Company**
**Case No 19-30088 Jointly Administered**

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| DAVIS WASTE REMOVAL CO INC P.O. BOX 1170 DAVIS, CA 95617 | 1034093 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,996.29 | $1,996.29 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $846.45 | $846.45 | |
| DONARDO, TOM 1075 S BURLINGTON BLVD STE 258 BURLINGTON, WA 98233 | 5428 | PG&E Corporation | 8/2/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| DURST HOME RANCH LLC 23710 COUNTY ROAD 13 CAPAY, CA 95607 | 1033705 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $6,600.00 | $6,600.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | |
| Ecobee Ltd c/o Ecobee Inc 207 Queens Quay W Toronto, ON M5J 1A7 | 2316 | Pacific Gas and Electric Company | 4/15/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $6,985.00 | $6,985.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| EnergySoft, LLC 1025 5th St., Suite A Novato, CA 94945 | 1702 | Pacific Gas and Electric Company | 3/18/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $29,620.00 | $29,620.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ENERWISE GLOBAL TECHNOLOGIES INC 1 MARKET PL STE 201 BALTIMORE, MD 21202 | 1032793 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $365,221.50 | $365,221.50 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $12,906.06 | $12,906.06 | |
| ENVIRONMENTAL HEALTH COALITION 2727 HOOVER AVE STE 202 NATIONAL CITY, CA 91950 | 1033082 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $48,244.63 | $48,244.63 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $24,101.16 | $24,101.16 | |

**Fourteenth Omnibus Objection**

**Exhibit 1**

**In re: PG&E Corporation and Pacific Gas and Electric Company**
**Case No 19-30088 Jointly Administered**

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 4123 | Harbor Capital, LLC as Transferee of Online, Inc. Ansonia Finance Station PO Box 237037 New York, NY 10023 **Claim Transferred To:** Harbor Capital, LLC Ansonia Finance Station Attn: Fredric Glass PO Box 237037 New York, NY 10023 100% | PG&E Corporation | 7/23/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $1,547.70 | $1,547.70 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 1033420 | GOOGLE INC 1600 AMPHITHEATRE PKY MOUNTAIN VIEW, CA 94043 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $15,438.73 | $15,438.73 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $3,100.75 | $3,100.75 | |
| 2702 | Coprocure, Inc. c/o Law Offices of Charles L. Hastings 4568 Feather River Drive, Suite A Stockton, CA 95219 | Pacific Gas and Electric Company | 4/22/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $228,025.00 | $228,025.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 1034699 | GREEN CHARGE NETWORKS LLC 4151 BURTON DR SANTA CLARA, CA 95054 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $453.14 | $453.14 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $15.70 | $15.70 | |
| 1032780 | GRIDUNITY INC 52 UNION PL STE 149 SUMMIT, NJ 7901 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $417,937.00 | $417,937.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $44,000.00 | $44,000.00 | |
| 81099 | Groundwater Partners 4410 Hawkins Street NE Suite D Albuquerque, NM 87109 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $1,322.28 | $1,322.28 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 81118 | Groundwater Partners 4410 Hawkins Street NE Suite D Albuquerque, NM 87109 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $13,405.00 | $13,405.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Case: 19-30088   Doc# 9362   Filed: 10/27/20   Entered: 10/28/20 11:56:38   Page 11 of 17

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **78050** | Higgs Group International, LLC c/o Michael Apelt 24911 Avenue Stanford Valencia, CA 91355 | Pacific Gas and Electric Company | 10/18/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $94,241.71 | $0.00 | $254,425.35 | $348,667.06 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **6651** | HOMMETT & EDISON INC 407 THIRD ST WEST SONOMA, CA 95476-6509 | PG&E Corporation | 8/13/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $925.00 | $925.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **1033104** | IPKEYS POWER PARTNERS LLC 1 CHRISTOPHER WY STE 301 EATONTOWN, NJ 7724 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $42,095.70 | $42,095.70 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,123.98 | $1,123.98 | |
| **1033912** | JAMES MCPHAIL 220 PLACENTIA AVE A3 COSTA MESA, CA 92627 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $3,180.27 | $3,180.27 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $312.27 | $312.27 | |
| **16937** | Jeff Cover & Sons Inc 1990 Cherokee Rd Tuolumne, CA 95379 | Pacific Gas and Electric Company | 10/7/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $7,944.72 | $7,944.72 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **1631** | KMB-TV, KFMB8 2, PREMION, KZTV TEGNA c/o CCR 20 Broad Hollow Rd. Ste 1002 Melville, NY 11797 | Pacific Gas and Electric Company | 3/11/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $103,803.37 | $103,803.37 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **2235** | Kluwer, Wolters Att: Credit Dept. 7201 McKinney Circle Frederick, MD 21704 | Pacific Gas and Electric Company | 4/9/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $665.64 | $665.64 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **713** | Leavitt's Freight Service 3655 Marcola Road Springfield, OR 97477 | Pacific Gas and Electric Company | 2/20/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $70,163.15 | $70,163.15 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| **Original Creditor** | | | | | | | | | |
| **1032774** MADRUGA IRON WORKS INC 330 GANDY DANCER DR TRACY, CA 95377 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $465,148.69 | $465,148.69 | Books and Records |
| | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $436,072.28 | $436,072.28 | |
| **1981** Marin Sanitary Serivce 1050 Andersen Dr S# Rafael, CA 94954 | Pacific Gas and Electric Company | 4/2/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $14,885.69 | $14,885.69 | Books and Records |
| | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **7522** MRK COHEN INC DBA COHEN VOLK ECONOMIC CONSULTING GROUP 1155 ALPINE RD 1155 ALPINE RD WALLNUT CREEK, CA 94596-4401 | PG&E Corporation | 8/19/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,923.75 | $1,923.75 | Books and Records |
| | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **2398** McMaster-Carr Supply Co 9630 Norwalk Blvd Santa Fe Springs, CA 90670 | Pacific Gas and Electric Company | 4/15/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $4,983.59 | $0.00 | $1,378.91 | $6,362.50 | Books and Records |
| | | | **Reduced Claim Amount:** | $0.00 | $4,983.59 | $0.00 | $0.00 | $4,983.59 | |
| **8933** Microsoft Corporation and Microsoft licensing, its subsidiary c/o Rothschild LLP c/o Joseph E. Shickich, Jr. 1001 4th Ave. Suite 4500 Seattle, WA 98154 | Pacific Gas and Electric Company | 9/16/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $6,975.91 | $6,975.91 | Books and Records |
| | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **1549** Mid Valley Disposal 15000 W Jensen Ave Kerman, CA 93630 | Pacific Gas and Electric Company | 3/20/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,671.47 | $1,671.47 | Books and Records |
| | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **1033979** MOJAVE BASIN AREA WATERMASTER 13846 CONFERENCE CENTER DR APPLE VALLEY, CA 92307-4377 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $2,695.39 | $2,695.39 | Books and Records |
| | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $804.23 | $804.23 | |
| **5874** N & T Consulting Service 810 Lucerne St Livermore, CA 94551 | Pacific Gas and Electric Company | 8/9/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $5,216.40 | $5,216.40 | Books and Records |
| | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1032848 | NSATKA BARRIER INC<br>767 OLD ALEXANDRIA FERRY RD<br>CLINTON, MD 20735 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $235,835.00 | $235,835.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $13,360.00 | $13,360.00 | |
| 1032942 | NATURAL RESOURCES DEFENSE COUNCIL<br>40 W 20TH ST 11TH FL<br>NEW YORK, NY 10011 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $117,715.67 | $117,715.67 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $58,806.22 | $58,806.22 | |
| 1266 | NBCUniversal Media LLC<br>30 Rockerfeller Plaza 1221 Campus<br>New York, NY 10012 | Pacific Gas and Electric Company | 2/28/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $167,702.32 | $167,702.32 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 1033149 | NEEDLES PUBLIC UTILITY AUTHORITY<br>817 THIRD STREET<br>NEEDLES, CA 92363 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $36,238.82 | $36,238.82 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $15,127.53 | $15,127.53 | |
| 60467 | Nuance Communications, Inc.<br>c/o Tiffany Strelow Cobb Vorys, Sater,<br>Seymour and Pease LLP 52 East Gay<br>Street<br>Columbus, OH 43215 | Pacific Gas and Electric Company | 10/18/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $16,763.03 | $16,763.03 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 1031385 | OLIVINE INC<br>2010 CROW CANYON PL STE 100<br>SAN RAMON, CA 94583 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $90,239.63 | $90,239.63 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $2,957.73 | $2,957.73 | |
| 1033340 | OPEN ACCESS TECHNOLOGY<br>3660 TECHNOLOGY DR NE<br>MINNEAPOLIS, MN 55418 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $19,105.76 | $19,105.76 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,300.48 | $1,300.48 | |
| 2790 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06614 | PG&E Corporation | 4/25/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $56,734.97 | $0.00 | $0.00 | $56,734.97 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Helicopters, Inc. 9 Langley Way Red Bluff, CA 96080 | 2423 | Pacific Gas and Electric Company | 4/18/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $4,446.69 | $4,446.69 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| PNC Equipment Fiannce 995 Dalton Ave Cincinnati, OH 45203 | 3239 | PG&E Corporation | 6/4/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $142,966.48 | $142,966.48 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Q.inc. 469A King Street W. Toronto, ON M5V 1K4 | 16778 | PG&E Corporation | 10/8/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,135.00 | $1,135.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Rader Excavating Inc 9899 Swede Creek Road Palo Cedro, CA 96073 | 70914 | PG&E Corporation | 10/21/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $4,275.00 | $4,275.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Ricchiuti, Pat DBA P-R-Farms 297 E. Sheppard Clovis, CA 93611 | 4699 | PG&E Corporation | 8/1/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $37,650.00 | $37,650.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| SAN FRANCISCO POLICE DEPARTMENT 1245 3RD ST 6TH FL SAN FRANCISCO, CA 94158 | 1033567 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $10,163.24 | $10,163.24 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $2,216.60 | $2,216.60 | |
| SECURECOM INC 150 DON ST STE 100 SPRINGFIELD, OR 97477 | 1033465 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $13,552.50 | $13,552.50 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,373.36 | $1,373.36 | |
| SENSEMETRICS INC 290 B ST STE 1630 SAN DIEGO, CA 92101 | 58455 | PG&E Corporation | 10/17/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $11,530.00 | $11,530.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| SOCIALCHORUS INC 123 MISSION ST 25TH FL SAN FRANCISCO, CA 94150 **Claim Transferred To:** Fair Harbor Capital, LLC Attn: Fredric Glass Ansonia Finance Station PO Box 237037 New York, NY 10023 Ownership by Invoice | **1032898** | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $152,724.00 | $152,724.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $10,061.82 | $10,061.82 | |
| SOCIALCHORUS INC 123 MISSION ST 25TH FL SAN FRANCISCO, CA 94150 **Claim Transferred To:** Socialchorus Inc Ownership by Invoice | **1032898** | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $152,724.00 | $152,724.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $10,061.82 | $10,061.82 | |
| Sunset Building Company, LLC Clark Hill LLP Timothy M. Flaherty, Esq. One Embarcadero Center, Suite 400 San Francisco, CA 94111 | **2259** | Pacific Gas and Electric Company | 4/10/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $84,247.16 | $84,247.16 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Sunset Building Company, LLC CLARK HILL LLP Timothy M. Flaherty, Esq. ONE EMBARCADERO CENTER, SUITE 400 SAN FRANCISCO, CA 94111 | **2257** | Pacific Gas and Electric Company | 4/10/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $1,728.40 | $0.00 | $10,876.40 | $12,604.80 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| SUNSET SCAVENGER COMPANY 250 EXECUTIVE PARK BLVD STE 2100 SAN FRANCISCO, CA 94134-3306 | **1033214** | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $29,008.09 | $29,008.09 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $8,992.27 | $8,992.27 | |
| TAG ENERGY SOLUTIONS LLC 2448 E 81ST ST STE 4960 TULSA, OK 74137 | **1033764** | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $5,640.96 | $5,640.96 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $92.19 | $92.19 | |

| Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| **Original Creditor** | | | | | | | | | |
| 4208<br>Tillamook People's Utility District<br>1115 PACIFIC AVE<br>TILLAMOOK, OR 97141 | Pacific Gas and Electric Company | 7/30/2019 | **Filed/Sched. Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $469,148.88<br>$0.00 | $469,148.88<br>$0.00 | Books and Records |
| 76859<br>Tremble Land Company, LLC<br>POB 21778 1950 W Corporate Way<br>Anaheim, CA 92801-5373 | PG&E Corporation | 10/21/2019 | **Filed/Sched. Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $586.13<br>$0.00 | $586.13<br>$0.00 | Books and Records |
| 959<br>Ustar Inc<br>Attn: Sean Kelly 3740 E. La Salle Street<br>Phoenix, AZ 85040 | PG&E Corporation | 2/15/2019 | **Filed/Sched. Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $47,310.00<br>$0.00 | $47,310.00<br>$0.00 | Books and Records |
| 87123<br>VIRTUAL HOLD TECHNOLOGY LLC<br>3875 EMBASSY PKWY STE 350<br>AKRON, OH 44333 | Pacific Gas and Electric Company | 10/29/2019 | **Filed/Sched. Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $4,100.00<br>$0.00 | $4,100.00<br>$0.00 | Books and Records |
| 2816<br>VonWin Capital Management, L.P.<br>2 Fifth Ave., 22nd Floor<br>New York, NY 10016<br>**Claim Transferred To:**<br>VonWin Capital Management, LP<br>2 Fifth Ave., 22nd Floor<br>New York, NY 10016<br>100% | Pacific Gas and Electric Company | 4/26/2019 | **Filed/Sched. Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $20,552.95<br>$0.00 | $20,552.95<br>$0.00 | Books and Records |
| 2197<br>Wolters Kluwer Legal & Regulatory US<br>Attn: Credit Dept. 7201 McKinney Circle<br>Frederick, MD 21704 | PG&E Corporation | 4/9/2019 | **Filed/Sched. Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $499.10<br>$0.00 | $499.10<br>$0.00 | Books and Records |
| 2243<br>Wolters Kluwer Legal & Regulatory US<br>Attn: Credit Dept. 7201 McKinney Circle<br>Frederick, MD 21704 | PG&E Corporation | 4/9/2019 | **Filed/Sched. Claim Amount:**<br>**Reduced Claim Amount:** | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $481.19<br>$0.00 | $481.19<br>$0.00 | Books and Records |
| **Totals** | **Count:89** | | | **$0.00** | **$157,972.61** | **$41,578.00** | **$7,621,305.40** | **$7,820,856.01** | |