

Signed and Filed: October 27, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>　　- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>[Re: Dkt. No. 9073] |

Upon the *Reorganized Debtors' Report on Responses to Eleventh Through Seventeenth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9342] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9073] (the "**Fifteenth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Desert Sunlight 300, LLC | 53822 | The Fifteenth Omnibus Objection has been WITHDRAWN with respect to this Claim. *See* Docket No. 9124. |
| Informal | FPL Energy Montezuma Wind, LLC | 55171 | The Fifteenth Omnibus Objection has been WITHDRAWN with respect to this Claim. *See* Docket No. 9124. |
| Informal | Genesis Solar, LLC | 54681 | The Fifteenth Omnibus Objection has been WITHDRAWN with respect to this Claim. *See* Docket No. 9124. |
| Informal | North Sky River Energy, LLC | 54712 | The Fifteenth Omnibus Objection has been WITHDRAWN with respect to this Claim. *See* Docket No. 9124. |
| Informal | Shafter Solar, LLC | 30973 | The Fifteenth Omnibus Objection has been WITHDRAWN with respect to this Claim. *See* Docket No. 9124. |
| Informal | Vasco Winds, LLC | 54685 | The Fifteenth Omnibus Objection has been WITHDRAWN with respect to this Claim. *See* Docket No. 9124. |
| Informal | Liberty Utilities (CalPeco Electric) LLC | 2670 | The Fifteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | Halkirk I Wind Project LP | 20020 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to October 28, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| 9255 | Solano Irrigation District | 1952 | The Reorganized Debtors are attempting to resolve this matter consensually. The objection will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Arlington Wind Power Project LLC | 67787 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 2, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Rising Tree Wind Farm II LLC | 67086 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 2, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| 9316 | Sequoia Engineering & Design Associates | 75013 | The Claimant has agreed to withdraw its Response. Accordingly, the Fifteenth Omnibus Objection is SUSTAINED with respect to this Claim. |
| Informal | United Rentals, Inc. | 80405 | The Fifteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |

2. The Claims listed in the column headed "Claims/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alamo Solar, LLC McGuireWoods LLP Aaron G. McCollough 77 W. Wacker Dr. Suite 4100 Chicago, IL 60601 | | 10240 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $62,508.76 | $62,508.76 | Cure Payments |
| AmeriGas Propane, LP P.O. Box 965 Valley Forge, PA 19482 | | 2147 | Pacific Gas and Electric Company | 4/11/2019 | $0.00 | $6,806.26 | $0.00 | $735.97 | $7,542.23 | Cure Payments |
| Apex Natural Renewable Generation, LLC Rubin and Rudman LLP c/o George R. Pitts 800 Connecticut Ave., NW Suite 400 Washington, DC 20006 | | 2386 | Pacific Gas and Electric Company | 4/18/2019 | $0.00 | $0.00 | $0.00 | $1,760.72 | $1,760.72 | Cure Payments |
| Aptio, Inc. Attn: VP, Associate General Counsel 11100 NE 8th Street, Suite 600 Bellevue, WA 98004 | | 10578 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $61,883.34 | $61,883.34 | Cure Payments |
| ASM SPV, L.P. as Transferee of AA-Santa Maria II, LLC a/k/a San JaneChek | ASM SPV, LP ASM Capital Attn: Adam S. Moskowitz 7600 Jericho Turnpike Suite 302 Woodbury, NY 11797 100% | 1609 | Pacific Gas and Electric Company | 3/14/2019 | $0.00 | $0.00 | $0.00 | $140,671.80 | $140,671.80 | Cure Payments |
| Baker Station Associates, LP Attn: Dell Keehn 7829 Center Blvd. SE, 100 Snoqualmie, WA 98065 | | 2667 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $22,744.56 | $22,744.56 | Cure Payments |
| Ballard Marine Construction, Inc. Horley Law, P.C. 1572 Second Avenue San Diego, CA 92101 | | 1371 | PG&E Corporation | 3/7/2019 | $247,158.82 | $0.00 | $0.00 | $0.00 | $247,158.82 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bella Vista Water District Attn: Connie M. Wade 11368 E. Stillwater Way Redding, CA 96003 | | 5959 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $61.32 | $61.32 | Cure Payments |
| Blair Church & Flynn Consulting Engineers Inc. Jackson Waste 5260 N. Palm Ave, Ste. 421 Fresno, CA 93704 | | 55512 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $92,289.77 | $92,289.77 | Cure Payments |
| CalRENEW-1 LLC c/o TerraForm Power, LLC Attention: Legal 200 Liberty Street 14th Floor New York, NY 10281 | | 77950 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $8,080.73 | $8,080.73 | Cure Payments |
| California Water Service Attn: Richard Schuppe 1720 N 1st St. San Jose, CA 95112-4508 | | 7280 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $5,996.79 | $5,996.79 | Cure Payments |
| CALWIND RESOURCES INC 2629 TOWNSGATE RD STE 122 WESTLAKE VILLAGE, CA 91361 | | 6588 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $58,031.61 | $58,031.61 | Cure Payments |
| CAPITOL BARRICADE INC. 2801 ELVAS AVE. SACRAMENTO, CA 95819 | | 3194 | Pacific Gas and Electric Company | 5/29/2019 | $0.00 | $0.00 | $0.00 | $3,628.13 | $3,628.13 | Other Satisfied |
| Cartwright, Wade R M A Professional Corp 411 30th St #401 Oakland, CA 94609 | | 5910 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $1,080.68 | $1,080.68 | Other Satisfied |
| Chevron U.S.A. Inc. Chevron Products Company, a Chevron U.S.A. division Michael Armstrong, Senior Counsel 6001 Bollinger Canyon Road San Ramon, CA 94583 | | 58465 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $54,896.23 | $54,896.23 | Cure Payments |

Fifteenth Omnibus Objection :: PG&E Corporation and Pacific Gas and Electric Compan
Case No 19-30088 Jointly Administered

Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CID Solar, LLC c/o McGuireWoods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Chicago, IL 60601 | | 31036 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Cure Payments |
| CID Solar, LLC c/o McGuireWoods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Suite 4100 Chicago, IL 60601 | | 2653 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $79,238.49 | $0.00 | $0.00 | $79,238.49 | Cure Payments |
| City of Angels Finance Director 584 South Main Street Angels Camp, CA 95222 | | 79015 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $365.58 | $365.58 | Cure Payments |
| City of Live Oak 9955 Live Oak Boulevard Live Oak, CA 95953 | | 6577 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $31.23 | $31.23 | Cure Payments |
| City of Red Bluff 555 Washington St Red Bluff, CA 96080 | | 17403 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $343.55 | $343.55 | Cure Payments |
| City of Roseville Utilities 2 Vernon Street Roseville, CA 95678 | | 2680 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $1,625.52 | $0.00 | $2,237.93 | $3,863.45 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 7813 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $11.83 | $11.83 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87097 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $54.23 | $54.23 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 7817 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $19.76 | $19.76 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 7826 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $32.46 | $32.46 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87116 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $1,422.03 | $1,422.03 | Cure Payments |
| City of Santa Clara Attn: Finance Department 1500 WARBURTON AVE SANTA CLARA, CA 95050-3713 | | 7676 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $18.50 | $18.50 | Cure Payments |
| City of Santa Clara P.O. BOX 49067 SAN JOSE, CA 95161-9067 | | 7838 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $45.90 | $45.90 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87118 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $11.10 | $11.10 | Cure Payments |

Fifteenth Omnibus Objection :: PG&E Corporation and Pacific Gas and Electric Compan
Case No 19-30088 Jointly Administered

Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87125 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $73.92 | $73.92 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87124 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $13.50 | $13.50 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 6807 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $44.41 | $44.41 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87119 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $6.30 | $6.30 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87114 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $7.45 | $7.45 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87210 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $85.12 | $85.12 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87096 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $9.93 | $9.93 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87095 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $134.59 | $134.59 | Cure Payments |

Fifteenth Omnibus Objection :: PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87093 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $19.08 | $19.08 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87092 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $1.74 | $1.74 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87065 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $3,018.50 | $3,018.50 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87015 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $6.01 | $6.01 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87007 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $7.70 | $7.70 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 7772 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $25.99 | $25.99 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87006 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $7.78 | $7.78 | Cure Payments |
| City of Santa Clara MUNICIPAL UTILITIES 1500 WARBURTON AVE SANTA CLARA, CA 95050-3796 | | 7927 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $27.90 | $27.90 | Cure Payments |

Fifteenth Omnibus Objection :: PG&E Corporation and Pacific Gas and Electric Compan
Case No 19-30088 Jointly Administered

Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87129 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $36.82 | $36.82 | Cure Payments |
| City of Santa Clara Attn: Finance Department 1500 Warburton Ave Santa Clara, CA 95050-3713 | | 6817 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $24.68 | $24.68 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87103 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $15.80 | $15.80 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87105 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $13.03 | $13.03 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 7669 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $767.24 | $767.24 | Cure Payments |
| City of Santa Clara Accounting Technician 1500 Warburton Avenue Santa Clara, CA 95050 | | 87112 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $21.12 | $21.12 | Cure Payments |
| City of Santa Maria Finance Department 110 E Cook Room 6 Santa Maria, CA 93454 | | 1892 | PG&E Corporation | 4/1/2019 | $0.00 | $0.00 | $0.00 | $3,038.21 | $3,038.21 | Cure Payments |
| City of Tracy CITY OF TRACY 333 CIVIC CENTER PLAZA TRACY, CA 95376 | | 79049 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,721.34 | $3,721.34 | Cure Payments |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Turlock Staff Accountant 156 S. Broadway, Suite 110 Turlock, CA 95380 | | 105677 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $261.58 | $261.58 | Cure Payments |
| Columbia Solar Energy, LLC Troutman Sanders LLP, Attn: Hugh M. McDonald, Esq. 875 Third Avenue New York, NY 10022 | | 62351 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $330,106.54 | $330,106.54 | Cure Payments |
| ConocoPhillips Company Liskow Lord, LLP Attn: Omer F. Kiebel, III 601 Poydras Street Suite 2660 New Orleans, LA 70130 | | 58200 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Cure Payments |
| Downieville Public Utility Dist 317 Lavezzola Rd PO Box 444 Downieville, CA 95936 | | 4432 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $37.00 | $37.00 | Cure Payments |
| EMA Hauling 434 Citrus Ave Oroville, CA 95966 | | 1471 | Pacific Gas and Electric Company | 3/6/2019 | $0.00 | $0.00 | $0.00 | $17,265.00 | $17,265.00 | Other Satisfied |
| Eric Yagor, dba Sequoia Engineering/ Design Associates 572 Lennon Lane, #145 Walnut Creek, CA 94598 | | 75013 | PG&E Corporation | 10/17/2019 | $0.00 | $47,357.17 | $0.00 | $0.00 | $47,357.17 | Cure Payments |
| Fresno Cogeneration Partners, LP 650 Bercut Drive, Suite C Sacramento, CA 95811 | | 16863 | Pacific Gas and Electric Company | 10/3/2019 | $0.00 | $0.00 | $0.00 | $3,697.77 | $3,697.77 | Cure Payments |
| Fresno Cogeneration Partners, LP 650 Bercut Drive, Suite C Sacramento, CA 95811 | | 16846 | Pacific Gas and Electric Company | 10/3/2019 | $0.00 | $0.00 | $0.00 | $3,751.77 | $3,751.77 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Great Oaks Water Co. Timothy S. Guster, VP and General Counsel PO Box 23490 San Jose, CA 95153 | | 67891 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $135.94 | $135.94 | Cure Payments |
| Great Oaks Water Co. Timothy S. Guster, VP and General Counsel PO Box 23490 PO Box 23490 San Jose, CA 95153 | | 72199 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,771.50 | $2,771.50 | Cure Payments |
| Great Oaks Water Co. Timothy S. Guster VP and General Counsel PO Box 23490 San Jose, CA 95153 | | 79191 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $20.82 | $20.82 | Cure Payments |
| Hat Creek Hereford Ranch Power Hat Creek Hereford Ranch Power 17463 Opdyke Lane Hat Creek, CA 96040 | | 2013 | Pacific Gas and Electric Company | 3/19/2019 | $0.00 | $0.00 | $0.00 | $1,529.70 | $1,529.70 | Cure Payments |
| Hollister Solar LLC c/o Allco Renewable Energy Limited 1740 Broadway, 15th Floor New York, NY 10019 | | 2607 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $6,496.31 | $6,496.31 | Cure Payments |
| Ignite Solar, LLC Troutman Sanders LLP Attn: Hugh M McDonald, Esq. 875 Third Avenue New York, NY 10022 | | 64092 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $6,514.68 | $6,514.68 | Cure Payments |
| Iron Mountain Information Management, LLC Attn: Joseph Corrigan 1 Federal St Boston, MA 02110 | | 78925 | Pacific Gas and Electric Company | 10/21/2019 | $59,069.30 | $0.00 | $0.00 | $0.00 | $59,069.30 | Other Satisfied |

Fifteenth Omnibus Objection :: PG&E Corporation and Pacific Gas and Electric Compan
Case No 19-30088 Jointly Administered

Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| J.H. Lane Partners Master Fund, LP, as transferee of Mammoth One LLC Attn: Haskel Ginsberg 126 East 56th Street, 16th Floor Embarcadero Center, 17th Floor New York, NY 10022 | J.H. Lane Partners Master Fund, LP Attn: Haskel Ginsberg 126 East 56th Street, 16th Floor New York, NY 10022 100% | 1893 | Pacific Gas and Electric Company | 3/30/2019 | $0.00 | $0.00 | $0.00 | $726,783.43 | $726,783.43 | Cure Payments |
| J.H. Lane Partners Master Fund, LP, as transferee of Mammoth One LLC Attn: Haskel Ginsberg 126 East 56th Street, 16th Floor Embarcadero Center, 17th Floor New York, NY 10022 | J.H. Lane Partners Master Fund, LP Attn: Haskel Ginsberg 126 East 56th Street, 16th Floor New York, NY 10022 100% | 1891 | Pacific Gas and Electric Company | 3/30/2019 | $0.00 | $0.00 | $0.00 | $387,119.49 | $387,119.49 | Cure Payments |
| James Crane Hydro P.O. Box 173 West Ranch, CA 95942 | | 8079 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $35.83 | $35.83 | Cure Payments |
| Kern River Cogeneration Company, Chevron Products Company, a Chevron U.S.A. division Attn: Michael L. Armstrong, Senior Counsel 6001 Bollinger Canyon Road San Ramon, CA 94583 | | 57986 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $1,071,619.04 | $1,071,619.04 | Cure Payments |
| Kern River Cogeneration Company, Chevron Products Company, a Chevron U.S.A. division Attn: Michael L. Armstrong, Senior Counsel 6001 Bollinger Canyon Road San Ramon, CA 94583 | | 2579 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $1,547,703.52 | $0.00 | $666,848.38 | $2,214,551.90 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Liberty Utilities (CalPeco Electric) LLC Husch Blackwell LLP Mark T. Benedict 4801 Main Street, Suite 1000 Kansas City, MO 64112 | | 64735 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $73,118.46 | $73,118.46 | Cure Payments |
| Liberty Utilities (CalPeco Electric) LLC Husch Blackwell LLP Mark T. Benedict 4801 Main Street, Suite 1000 Kansas City, MO 64112 | | 103386 | Pacific Gas and Electric Company | 4/24/2020 | $0.00 | $0.00 | $0.00 | $99,998.03 | $99,998.03 | Cure Payments |
| Lundco Inc. P.O BOX 3437 Salinas, CA 93912 | | 1670 | PG&E Corporation | 3/11/2019 | $0.00 | $0.00 | $0.00 | $14,819.01 | $14,819.01 | Cure Payments |
| LYONS LAND & CATTLE 932 K STREET MODESTO, CA 95354 | | 6002 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $24,341.11 | $24,341.11 | Cure Payments |
| Mariposa Energy, LLC Diamond Generating Corporation Attn: Motosaburo Suzuki 633 West 5th Street, 27th Floor Los Angeles, CA 90071 | | 65862 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $276,373.98 | $276,373.98 | Cure Payments |
| Merced Solar LLC c/o Allco Renewable Energy Limited 1740 Broadway, 15th Floor New York, NY 10019 | | 2644 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $3,884.48 | $3,884.48 | Cure Payments |
| Midway Sunset Cogeneration Company c/o Wanger Jones Helsley PC Attn: Michael L. Wilhelm 265 E. River Park Circle, Suite 310 Fresno, CA 93720 | | 77943 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $7,764.83 | $7,764.83 | Cure Payments |

Fifteenth Omnibus Objection

Exhibit 1

:: PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mission Solar LLC c/o Allco Renewable Energy Limited 1740 Broadway, 15th Floor New York, NY 10019 | | 2654 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $3,784.16 | $3,784.16 | Cure Payments |
| MODESTO IRRIGATION DISTRICT 920 Woodland Ave. (Woodland II) Modesto, CA 95351 | | 87108 | Pacific Gas and Electric Company | 11/7/2019 | $0.00 | $0.00 | $0.00 | $9,782.34 | $9,782.34 | Cure Payments |
| Orion Solar I, LLC c/o Longroad Solar Portfolio Holdings, LLC 330 Congress Street, 6th Floor Boston, MA 02210 | | 9141 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $410,398.66 | $410,398.66 | Cure Payments |
| Parkwest Office Equities LP 1215 Capitol Mall, Suite 900 Sacramento, CA 95814 | | 79451 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $14,321.53 | $14,321.53 | Cure Payments |
| Phillips 66 Company c/o Candace Schiffman, Sr. Counsel 2331 CityWest Blvd., N-1144 Houston, TX 77042 | | 7149 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $20,123.61 | $20,123.61 | Cure Payments |
| Portal Ridge Solar C, LLC c/o D. E. Shaw Renewable Investments L.L.C. Attn: Rusty Sage 1166 Avenue of the Americas, 9th Floor New York, NY 10036 | | 59404 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $21,649.89 | $21,649.89 | Cure Payments |
| Potrero Hills Energy Producers, LLC c/o Hunton Andrews Kurth LLP Attn: Peter S. Partee, Esq., Robert Rich, Esq. 200 Park Avenue New York, NY 10166 | | 57882 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $168,259.51 | $168,259.51 | Cure Payments |

Page 12

Case: 19-30088    Doc# 9363    Filed: 10/27/20    Entered: 10/28/20 12:10:38    Page 16 of 19

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kansas LLC c/o McGuire Woods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Chicago, IL 60601 | | 35526 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Cure Payments |
| Kansas LLC c/o McGuire Woods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Suite 4100 Chicago, IL 60601 | | 2642 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $107,022.28 | $0.00 | $0.00 | $107,022.28 | Cure Payments |
| RE Kent South LLC c/o McGuire Woods LLP Aaron G. McCollough 77 W. Wacker Dr. Ste 4100 Chicago, IL 60601 | | 16740 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $39,260.15 | $39,260.15 | Cure Payments |
| Old River One LLC c/o McGuire Woods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Chicago, IL 60601 | | 31001 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Cure Payments |
| Old River One LLC c/o McGuire Woods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Suite 4100 Chicago, IL 60601 | | 2655 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $87,020.50 | $0.00 | $0.00 | $87,020.50 | Cure Payments |
| Sencha Funding, LLC as Transferee of Cowen Special c/o Farallon Capital Management, L.L.C. Attn: Michael G. Linn San Francisco, CA 94111 | Sencha Funding, LLC c/o Farallon Capital Management, L.L.C. Attn: Michael G. Linn One Maritime Plaza, Suite 2100 San Francisco, CA 94111 100% | 2349 | Pacific Gas and Electric Company | 4/15/2019 | $0.00 | $0.00 | $0.00 | $780,037.33 | $780,037.33 | Cure Payments |
| Power Holdings, LLC W Madison, Ste 3810 Chicago, IL 60606 | | 9975 | PG&E Corporation | 9/24/2019 | $0.00 | $0.00 | $0.00 | $93,663.46 | $93,663.46 | Cure Payments |

Fifteenth Omnibus Objection :: PG&E Corporation and Pacific Gas and Electric Compan
Case No 19-30088 Jointly Administered

Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Solano Irrigation District 508 Vaca Valley Parkway, Suite 102 Vacaville, CA 95688 | | 8175 | Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $211,563.46 | $211,563.46 | Cure Payments |
| SPCP Group, LLC as Transferee of Sunrise Engineering Inc Attn: Brian Jarmain Greenwich, CT 06830 | SPCP Group, LLC Attn: Brian Jarmain 2 Greenwich Plaza, 1st Floor Greenwich, CT 6830 100% | 2460 | Pacific Gas and Electric Company | 4/18/2019 | $0.00 | $0.00 | $0.00 | $258,731.84 | $258,731.84 | Cure Payments |
| spectrum properties-TwiIrons 414 davis street 102 vacaville, CA 95687 | | 87012 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $3,918.64 | $3,918.64 | Cure Payments |
| SR Atwell Island, LLC c/o TerraForm Power, LLC Attention: Legal 200 Liberty Street, 14th Floor New York, NY 10281 | | 78186 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $223,099.52 | $223,099.52 | Cure Payments |
| SRI International Diane Lu 333 Ravenswood Avenue Menlo Park, CA 94025 | | 1835 | Pacific Gas and Electric Company | 3/22/2019 | $0.00 | $0.00 | $0.00 | $61,862.62 | $61,862.62 | Cure Payments |
| Stray Energy 2, LLC c/o Clenera, LLC Attn: Admin Dept. PO Box 2576 Boise, ID 83701 | | 20016 | Pacific Gas and Electric Company | 10/9/2019 | $0.00 | $0.00 | $0.00 | $48,835.50 | $48,835.50 | Cure Payments |
| Sunshine Gas Producers, L.L.C. c/o DTE Energy Resources, LLC Attn: Stephanie R. Reeves, Esq. 414 S. Main Street, Ste. 600 Ann Arbor, MI 48104 | | 57927 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $415,597.55 | $415,597.55 | Cure Payments |
| Sunrun - Acacia, LLC McGuireWoods LLP Aaron G. McCollough 77 W. Wacker Dr. Suite 4100 Chicago, IL 60601 | | 10237 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $59,117.39 | $59,117.39 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Metropolitan Water District of Southern California Attnt Yamasaki, Group Manger, Water System Operations 700 N. Alameda St. Los Angeles, CA 90012 | | 2456 | Pacific Gas and Electric Company | 4/18/2019 | $0.00 | $0.00 | $0.00 | $10,136.06 | $10,136.06 | Cure Payments |
| Tunnel Hill Hydro LLC 1026 Florin Road, #390 Sacramento, CA 95831 | | 1434 | Pacific Gas and Electric Company | 3/13/2019 | $0.00 | $0.00 | $0.00 | $507.87 | $507.87 | Cure Payments |
| Tunnel Hill Hydro LLC 1026 Florin Road, #390 Sacramento, CA 95831 | | 1435 | Pacific Gas and Electric Company | 3/13/2019 | $0.00 | $0.00 | $0.00 | $2,018.56 | $2,018.56 | Cure Payments |
| Union Oil Company of California c/o Chevron Products Company, a Chevron U.S.A. division Michael Armstrong, Senior Counsel 6001 Bollinger Canyon Road San Ramon, CA 94583 | | 2577 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $163,935.61 | $0.00 | $0.00 | $163,935.61 | Cure Payments |
| Uritner Solar LLC c/o Allco Renewable Energy 1740 Broadway, 15th Floor New York, NY 10019 | | 2587 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $7,570.30 | $7,570.30 | Cure Payments |
| Vista Corporation Gregory John Stangl PO Box 3003 Walnut Creek, CA 94598 | | 1296 | Pacific Gas and Electric Company | 3/6/2019 | $0.00 | $0.00 | $0.00 | $92,060.70 | $92,060.70 | Cure Payments |
| Water Wheel Ranch Hadley T. McMillan PO Box 110 Island Mountain, CA 96084 | | 1879 | Pacific Gas and Electric Company | 3/27/2019 | $0.00 | $0.00 | $0.00 | $3,721.44 | $3,721.44 | Cure Payments |
| World Wide Technology, LLC Bryan Cave Leighton Paisner LLP Brian C. Walsh One Metropolitan Square, Suite 3600 St Louis, MO 63102 | | 2445 | Pacific Gas and Electric Company | 4/17/2019 | $0.00 | $306,903.27 | $0.00 | $0.00 | $306,903.27 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count:110** | | | **$306,228.12** | **$2,347,612.62** | **$0.00** | **$7,215,399.44** | **$9,869,240.18** | |

Case: 19-30088  Doc# 9363  Filed: 10/27/20  Entered: 10/28/20 12:10:38  Page 19 of 19