

Signed and Filed: October 27, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>**[Re: Dkt. No. 9078]** |

Upon the *Reorganized Debtors' Report on Responses to Eleventh Through Seventeenth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9342] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9078] (the "**Seventeenth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Mark Cameron | 92178532 92178533 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 3, 2020. The objection will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | U.S. Fish and Wildlife Service | 92186853 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| 9304 | South San Joaquin Irrigation District (Tri-Dam Project) | 92185103 | Claimant does not oppose the disallowance of this Claim, but reserves all rights with respect to Claim Nos. 70439 and 98548 and the *South San Joaquin Irrigation District's (A) Objection to Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 as Amended [Docket no. 6320] and (B) Objection to Cure Amounts and Other Matters Pertaining to Assumption Pursuant to Section 365(B)(1) of the Bankruptcy Code [Docket No. 7037]* [Docket No. 7265]. |
| 9291 | City and County of San Francisco on behalf of the San Francisco Public Utilities Commission | 92185416 | Claimant does not object to the disallowance and expungement of this Claim, but reserves all rights with respect to Claim No. 64146. |

2. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Luna Miu 3438 Glen Road Lafayette, CA | | 1029986 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,920.00 | $9,920.00 | Other Satisfied |
| LARRY THOMAS CAIN 1159 E CHAMPLAIN DR #A- FRESNO, CA 93720 | | 1033813 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Other Satisfied |
| LIVERMORE SANITATION 7000 NATIONAL DR LIVERMORE, CA 94550 | | 1033867 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,541.84 | $3,541.84 | Other Satisfied |
| LOCKHEED MARTIN CORPORATION 1390 SAND LAKE ROAD MP ORLANDO, FL 32819-8907 | | 1032966 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $81,124.00 | $81,124.00 | Other Satisfied |
| Loerke & Cresci, Inc. 1916 Eucalyptus Ave. SAN CARLOS, CA 94070 | | 898078 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Other Satisfied |
| LOGICAL OPERATIONS INC 3535 WINTON PL ROCHESTER, NY 14623 | | 1033485 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $12,750.00 | $12,750.00 | Other Satisfied |
| LORD & SONS 1934 E TRIMBLE RD SAN JOSE, CA 95131 | | 1035033 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $78.34 | $78.34 | Other Satisfied |
| MADERA IRRIGATION DISTRICT 12152 ROAD 28 1/4 MADERA, CA 93637 | | 1034619 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $550.00 | $550.00 | Other Satisfied |
| MADERA RENEWABLE ENERGY LLC 16765 13TH AVE HANFORD, CA 93230 | | 1033461 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $13,878.48 | $13,878.48 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Makplya Tiospaye PO Box 876 Oroville, CA | | 1029852 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | Other Satisfied |
| MANUEL T ROCHA 4769 S MAC ARTHUR DR TRACY, CA 95376 | | 1033215 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $29,000.00 | $29,000.00 | Other Satisfied |
| MARBORG INDUSTRIES PO BOX 4127 SANTA BARBARA, CA 93140 | | 1034435 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $767.05 | $767.05 | Other Satisfied |
| Maria R Nunes 11 El Monte Ave Mountain View, CA | | 1029851 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| Mario Andreini or Gina Andreini 721 San Mateo Rd Half Moon Bay, CA | | 1029895 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| MARIPOSA PUBLIC UTILITY DIST PO BOX 494 MARIPOSA, CA 95338 | | 1034246 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,290.30 | $1,290.30 | Other Satisfied |
| MARK CLOUGH 3877 CALLE ALEGRA SAN JOSE, CA 95120 | | 1034137 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,760.00 | $1,760.00 | Other Satisfied |
| MARSHA E GILBERT 644 HARDMAN AVE NAPA, CA 94558 | | 1033786 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,130.00 | $5,130.00 | Other Satisfied |
| MARVIN LA VASSE PO BOX 41 BERKLEY, CA 94561 | | 1033849 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,663.40 | $3,663.40 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| MASTAGNI HOLSTEDT RICK MILLER 1921 1ST SACRAMENTO, CA 95814 | | 1034340 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| SCITTOLE RESTORATION COUNCIL P.O. BOX 160 PORTOLA, CA 11111 | | 1033492 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $12,500.00 | $12,500.00 | Other Satisfied |
| MCGRATH RENTAL CORP 5700 LAS POSITAS RD LIVERMORE, CA 94550 | | 1034028 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,405.72 | $2,405.72 | Other Satisfied |
| Michael Benack 20 San Andreas Rd Watsonville, CA | | 1028899 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $550.00 | $550.00 | Other Satisfied |
| Michael C Belhazy 781 San Lucas Ave Mountain View, CA | | 1029900 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Other Satisfied |
| Michael Campione or Marguerite Campione 1132 Las Huertas Rd Lafayette, CA | | 1029901 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other Satisfied |
| MICHAEL STEVEN MCFARLAND 2341 ASPIN AVE REDDING, CA 96003 | | 1033809 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Other Satisfied |
| Michael W Keogh or Jacqueline F Keogh 130 Pippin Way Scotts Valley, CA | | 1029902 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| Michelle McKeown 600 Valle Vista Ave. Oakland, CA 94610 | Argo Partners Attn: Matthew V. Binstock 12 West 57th Street, 9th Floor New York, NY 10018 100% | 1031271 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| MID-PENINSULA WATER DISTRICT P.O. BOX 39000 SAN FRANCISCO, CA 94139-0001 | | 1034299 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,110.28 | $1,110.28 | Other Satisfied |
| MIDSTATE SOLID WASTE & RECYCLING P.O. BOX 662 TEMPLETON, CA 93465 | | 1034492 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $658.75 | $658.75 | Other Satisfied |
| MILLVIEW COUNTY WATER DISTRICT 3081 NO STATE ST UKIAH, CA 95482 | | 1034967 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $170.64 | $170.64 | Other Satisfied |
| MIRAMONTE SANITATION PO BOX 129 REEDLEY, CA 93654 | | 1034334 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,003.40 | $1,003.40 | Other Satisfied |
| Mitchell Kalcic 1 San Antonio Cir Ste 130 Mountain View, CA | | 1029903 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $6,750.00 | $6,750.00 | Other Satisfied |
| Mojan Cleaners 2 Market Street San Francisco, CA 94105 | | 1031276 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,769.06 | $1,769.06 | Other Satisfied |
| MOJAVE DESERT AIR QUAL MGMNT DIST 14306 PARK AVE VICTORVILLE, CA 92392 | | 1034835 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $288.00 | $288.00 | Other Satisfied |
| MONTEREY BAY COMMUNICATIONS INC 29 NATURAL BRIDGES DR SANTA CRUZ, CA 95060 | | 1033804 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,000.64 | $4,000.64 | Other Satisfied |
| MONTEREY CITY DISPOSAL SERVICE INC P.O. BOX 2780 MONTEREY, CA 93942-2780 | | 1034114 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,871.81 | $1,871.81 | Other Satisfied |

Case: 19-30088   Doc# 9366   Filed: 10/27/20   Entered: 10/28/20 14:25:50   Page 7 of 25

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTEREY REGIONAL WATER P.O. BOX 2109 MONTEREY, CA 93942-2109 | | 1034726 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $402.52 | $402.52 | Other Satisfied |
| MONTEREY REGIONAL WATER #HARRIS CT BLDG D MONTEREY, CA 93940 | | 1033878 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,495.70 | $3,495.70 | Other Satisfied |
| Montford R. Bryan 75 Caryl Court Hollister, CA 95023 | | 1031308 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Other Satisfied |
| Mount Herman Association PO Box 413 Mount Herman, CA | | 1029904 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| Mrija Gee 596 Moorpark Way Mountain View, CA | | 1029905 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| NANCY ELAM 175 MONTGOMERY COURT SAN JOSE, CA 95135 | | 1034473 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $687.50 | $687.50 | Other Satisfied |
| NAPA COUNTY RECYCLING & WASTE P.O. BOX 239 NAPA, CA 94559 | | 1034966 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $171.10 | $171.10 | Other Satisfied |
| NAPA RECYCLING & WASTE SERVICES LLC P.O. BOX 51015 LOS ANGELES, CA 90051-5315 | | 1034400 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $886.59 | $886.59 | Other Satisfied |
| NAPA VALLEY WINE TRAIN LLC 1275 MCKINSTRY ST NAPA, CA 94559 | | 1034122 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,837.36 | $1,837.36 | Other Satisfied |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| NATIONAL ASIAN AMERICAN COALITION 15 SOUTHGATE AVE STE 200 DALY CITY, CA 94015 | | 1033371 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $17,520.00 | $17,520.00 | Other Satisfied |
| DIVEX GLOBAL INC P.O. BOX 60941 CHARLOTTE, NC 28260-0941 | | 1034239 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,319.14 | $1,319.14 | Other Satisfied |
| BEST LABS INC 1600 AMPHITHEATRE PKWAY MOUNTAIN VIEW, CA 94043 | | 1032949 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $90,000.00 | $90,000.00 | Other Satisfied |
| Nicole Rochette 104 Rollins Road Burlingame, CA | | 1029906 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| SOCOR ENERGY VENTURES COMPANY TEN PEACHTREE PL NE LOC 350 ATLANTA, GA 30309 | | 1032681 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,687,200.00 | $1,687,200.00 | Other Satisfied |
| NIHONMACHI TERRACE LP 1615 SUTTER ST SAN FRANCISCO, CA 94109 | | 1035116 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $37.20 | $37.20 | Other Satisfied |
| Peng Ge oN 36149 Ashbourne Ct Newark, CA | | 1029907 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Other Satisfied |
| Norman Benedetti 470 Treetop Dr Santa Cruz, CA | | 1029908 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Other Satisfied |
| NORMAN ROSS BURGESS P.O. BOX 200 IONIA, CA 95595 | | 1033388 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $16,863.69 | $16,863.69 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| NORTH COAST COUNTY WATER DISTRICT P O BOX 1039 PACIFICA, CA 94044 | | 1035053 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $68.00 | $68.00 | Other Satisfied |
| NORTH MARIN WATER DISTRICT 999 RUSH CREEK PL NOVATO, CA 94945 | | 1035115 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $37.32 | $37.32 | Other Satisfied |
| NRC ENVIRONMENTAL SERVICES INC 1405 FERRY POINT ALAMEDA, CA 94501-5021 | | 1033598 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,059.70 | $9,059.70 | Other Satisfied |
| OILDALE MUTUAL WATER 2836 MCCRAY BAKERSFIELD, CA 93308 | | 1034971 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $168.27 | $168.27 | Other Satisfied |
| OPUS 12 INC 2811 BANCROFT WAY STE H BERKELEY, CA 94710 | | 1032989 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | Other Satisfied |
| ORANGE COVE IRRIGATION DIST. 1130 PARK BLVD ORANGE COVE, CA 93646 | | 1033123 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $39,308.34 | $39,308.34 | Other Satisfied |
| Orinda Downs Owners Association PO Box 477 Orinda, CA | | 1029909 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,800.00 | $8,800.00 | Other Satisfied |
| ORINDA SENIOR VILLAGE INC 2 IRWIN WAY ORINDA, CA 94563 | | 1034529 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $114.84 | $114.84 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Pamela Gilbert or Paul Lewandowski 13 Ponderosa Ct Santa Cruz, CA | | 1029910 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Other Satisfied |
| Danelia Leong, Shirley Leong or Wesley Leong 1062 Tournament Dr Hillsborough, CA | | 1029911 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,250.00 | $2,250.00 | Other Satisfied |
| JR SYSTEMS INC 707 COUNTY ROAD E W SHOREVIEW, MN 55126-7007 | | 1032668 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,419,471.00 | $2,419,471.00 | Other Satisfied |
| PARADISE RIDGE CHAMBER 6100 SKYWAY STE 1 PARADISE, CA 95969 | | 1034337 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| PASTOR OF ST PATRICK PARISH 228 CHAPEL ST GRASS VALLEY, CA 95945 | | 1033518 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $11,500.00 | $11,500.00 | Other Satisfied |
| Pat Hogan Address on File | | 898273 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $477,717.78 | $477,717.78 | Other Satisfied |
| Patricia Pellett 11 Lockewood Ln Scotts Valley, CA | | 1029912 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,250.00 | $2,250.00 | Other Satisfied |
| PAUL C CAMPBELL 2585 CASTLE OAK DR NAPA, CA 94558 | | 1033083 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $48,000.00 | $48,000.00 | Other Satisfied |
| Paul Chou or Ya Ming Shen 130 Graham Hill Rd Santa Cruz, CA | | 1029913 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,150.00 | $1,150.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Peninsula Open Space 222 High St Palo Alto, CA | | 1029849 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,500.00 | $5,500.00 | Other Satisfied |
| PERFECT COMMERCE LLC 12120 THE COMPASS WAY STE 120 NEWPORT NEWS, VA 23606 | | 1033433 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Other Satisfied |
| Peter Parodero 931 Glen Rd Lafayette, CA | | 1029998 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| Peter Sattari or Desiree Sattari 1 Rincon Ct Santa Cruz, CA | | 1029914 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $12,500.00 | $12,500.00 | Other Satisfied |
| PHILLIP J MARTIN PO BOX 1429 STANFORD, CA 93232 | | 1031474 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,200.00 | $4,200.00 | Other Satisfied |
| PIPELINE EQUIPMENT INC 6103 S 89TH W AVE TULSA, OK 74131 | | 1033079 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $48,498.40 | $48,498.40 | Other Satisfied |
| PLACER COUNTY WATER AGENCY PO BOX 6570 AUBURN, CA 95604 | | 1031461 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,325.32 | $4,325.32 | Other Satisfied |
| PLACER COUNTY WATER AGENCY PO BOX 6570 AUBURN, CA 95604-6570 | | 1033755 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,767.67 | $5,767.67 | Other Satisfied |
| POLARIS ENERGY SERVICES 606 W GROVE AVE VISALIA, CA 93291 | | 1033313 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $20,294.50 | $20,294.50 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| FOLED EQUIPMENT INVENTORY CO 400 INVERNESS CNTR PKWY - STE #B219 BIRMINGHAM, AL 35242 | | 1033282 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $22,680.77 | $22,680.77 | Other Satisfied |
| PG PARAMOUNT ONE MARKET PLAZA LP 1633 BROADWAY STE 1801 NEW YORK, NY 10019 | | 1031317 | PG&E Corporation | 3/14/19 | $0.00 | $0.00 | $0.00 | $346.98 | $346.98 | Other Satisfied |
| PRICE DISPOSAL 4415 S UNION AVE BAKERSFIELD, CA 93307 | | 1035072 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $55.50 | $55.50 | Other Satisfied |
| PROMONTORY SAN LUIS OBISPO LP 894 PISMO ST SAN LUIS OBISPO, CA 93401 | | 1034042 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,282.33 | $2,282.33 | Other Satisfied |
| PROPULSION LABS LLC 5700 E PARK BLVD STE 805 PLANO, TX 75074 | | 1033998 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,552.49 | $2,552.49 | Other Satisfied |
| PUTAH CREEK SOLAR FARMS LLC P.O. BOX 605 WINTERS, CA 95694 | | 1033456 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $14,196.03 | $14,196.03 | Other Satisfied |
| QUINCY COMMUNITY SERVICE DISTRICT 4 E SPANISH CREEK RD QUINCY, CA 95971 | | 1035114 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $37.84 | $37.84 | Other Satisfied |
| Quinn Young 148 Walker Dr Mountain View, CA | | 1029915 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| R&RS Investment Properties 14 Greysilk Ct San Ramon, CA | | 1029916 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| RADIATION DETECTION CO 2677 SNEAD DR GEORGETOWN, TX 78626 | | 1033275 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $23,301.75 | $23,301.75 | Other Satisfied |
| Rancho Del Rey Asset Partners, LP, dba Rancho Del Rey Mobile Estates P.O. Box 2308 Laguna Hills, CA 92654-2308 | | 1031292 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,500.00 | $5,500.00 | Other Satisfied |
| Randall Morris or Tonette M Gonsalves 14 Robak Dr Watsonville, CA | | 1029917 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | Other Satisfied |
| Raymond Leal or Angelina Leal PO Box 2308 Martinez, CA | | 1029918 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| Rebecca Atkinson or William Atkinson 310 Harborview Ct Santa Cruz, CA | | 1029919 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |
| RECALL SECURE DESTRUCTION 180 TECHNOLOGY PKWY NORCROSS, GA 30092 | | 1034566 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $99.50 | $99.50 | Other Satisfied |
| RECLAMATION DISTRICT NO 404 PO BOX 20 STOCKTON, CA 95201 | | 1033637 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Other Satisfied |
| RECLAMATION DISTRICT NO 404 2215 E WEBER AVE STOCKTON, CA 95202 | | 1033636 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| REGIONAL PARKS FOUNDATION PO BOX 21074 OAKLAND, CA 94620 | | 1033500 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $12,440.00 | $12,440.00 | Other Satisfied |
| DISPLAY HEALDSBURG LLC 136 CENTER ST HEALDSBURG, CA 95448 | | 1033057 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $54,000.00 | $54,000.00 | Other Satisfied |
| PUBLIC SERVICES INC 3300 N ALLIED WAY PHOENIX, AZ 85054 | | 1033909 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,200.58 | $3,200.58 | Other Satisfied |
| Richard Hough or Carol Hough 911 Lockewood Ln Scotts Valley, CA | | 1029920 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $550.00 | $550.00 | Other Satisfied |
| Richard Peyla or Peggy Peyla Robert Rd Orinda, CA | | 1029921 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| RI YOUNG CO 1811 AERO-PARK DR TRAVERSE CITY, MI 49686 | | 1034215 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,422.00 | $1,422.00 | Other Satisfied |
| Robert and Michelle Kuhn 1350 Ibis Lane Paso Robles, CA 93446 | | 1031301 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Other Satisfied |
| Robert Goode 524 Upper Park Rd Santa Cruz, CA | | 1029922 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| Roland Edwards 3791 Vivory Lane Soquel, CA | | 1029923 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Other Satisfied |

Case: 19-30088   Doc# 9365   Filed: 10/17/20   Entered: 10/28/20 14:25:50   Page 15 of 25

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Roman Catholic Bishop of Monterey Ca, PO Box 2048, Monterey, CA | | 1029924 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | Other Satisfied |
| Donald Perrigo or Warren Perrigo, 500 King St, Santa Cruz, CA | | 1029925 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Other Satisfied |
| Jess A Patterson, 4590 State Highway 70, Marysville, CA | | 1029926 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,250.00 | $2,250.00 | Other Satisfied |
| Bob Lowy, 614 Almar Ave, Santa Cruz, CA | | 1029927 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| JARMAN CONSTRUCTION CO, 683 MCALLISTER ST, SAN FRANCISCO, CA 94102 | | 1034039 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,325.00 | $2,325.00 | Other Satisfied |
| SACRAMENTO COUNTY UTILITIES, PO BOX 1804, SACRAMENTO, CA 95812 | | 1034076 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,036.29 | $2,036.29 | Other Satisfied |
| SAN JOAQUIN VALLEY UNIFIED AIR, 1990 ENTERPRISE WAY, MODESTO, CA 95356-8718 | | 1034982 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $159.00 | $159.00 | Other Satisfied |
| SAN JOSE WATER COMPANY, 110 W TAYLOR ST, SAN JOSE, CA 95110 | | 1033712 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $6,509.24 | $6,509.24 | Other Satisfied |
| SAN LUIS GARBAGE CO, 4388 OLD SANTA FE RD, SAN LUIS OBISPO, CA 93401 | | 1034146 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,703.07 | $1,703.07 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| SAN RAFAEL SANITATION DISTRICT P.O. BOX 151560 SAN RAFAEL, CA 94915 | | 1033778 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,446.09 | $5,446.09 | Other Satisfied |
| SATELLITE SENIOR HOMES MANAGEMENT 2415 S ALCATRAZ AVE BERKELEY, CA 94703 | | 1035046 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $72.67 | $72.67 | Other Satisfied |
| SALE FX INC P.O. BOX 3669 ANHEIM, CA 92805 | | 1033444 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $14,605.77 | $14,605.77 | Other Satisfied |
| Schneider Properties 110 Coleman Ave Apt #10 Menlo Park, CA | | 1029928 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,250.00 | $5,250.00 | Other Satisfied |
| SHOOX INC 3112 WINDSOR RD # A108 AUSTIN, TX 78703 | | 1034037 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,347.40 | $2,347.40 | Other Satisfied |
| Vincent Carino or William Malluri 1315 Dock St. Suite 1 Tacoma, Wa, CA | | 1029929 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| John Harris Moosehead Dr Los Gatos, CA | | 1029930 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,900.00 | $1,900.00 | Other Satisfied |
| SFPUC - WATER DEPT P.O. BOX 7369 SAN FRANCISCO, CA 94120-7369 | | 1033107 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $41,828.12 | $41,828.12 | Other Satisfied |
| SIERRA GREEN ENERGY LLC 84 ALMA WY ZEPHYR COVE, NV 89448 | | 1034609 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $577.84 | $577.84 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| SIERRA PACIFIC POWER COMPANY 6100 NEIL RD RENO, NV 89520 | | 1031479 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,155.16 | $4,155.16 | Other Satisfied |
| SIERRA PACIFIC PROPERTIES 1400 WILLOW PASS CT CONCORD, CA 94520 | | 1033744 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,962.72 | $5,962.72 | Other Satisfied |
| SIMA INC 1295 HIGHWAY 62 CHARLESTOWN, IN 47111 | | 1033063 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $51,450.00 | $51,450.00 | Other Satisfied |
| Singh, Monika 811 West Harris Ave SAN FRAN, CA 94080 | | 898079 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $74.46 | $74.46 | Other Satisfied |
| SKILLSOFT CORPORATION 300 INNOVATIVE WAY ste 201 NASHUA, NH 3062 | | 1032922 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $130,000.00 | $130,000.00 | Other Satisfied |
| SMITHGROUP INC 301 BATTERY ST 7TH FL SAN FRANCISCO, CA 94111 | | 1033939 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,915.00 | $2,915.00 | Other Satisfied |
| SOLANO GARBAGE CO #846 PO BOX 78829 PHOENIX, AZ 85062-8829 | | 1034501 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $651.47 | $651.47 | Other Satisfied |
| SOLID WASTE OF WILLITS PO BOX 380 WILLITS, CA 95490 | | 1035011 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $92.27 | $92.27 | Other Satisfied |
| Sonoma Country Day School 4400 Day School Place Santa Rosa, CA | | 1029931 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,250.00 | $4,250.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| South Bay Historic Chinese American Cemetery Corp 1255 Monterey St1B Gilroy, CA | | 1029932 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Other Satisfied |
| SOUTH SAN FRANCISCO SCAVENGER CO 51 E JAMIE CT SOUTH SAN FRANCISCO, CA 94083-0348 | | 1034172 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,567.72 | $1,567.72 | Other Satisfied |
| Stephen E Hill or Erika S Hill 146 Wilking Way Sonoma, CA | | 1029933 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| STEVE EASLEY & ASSOCIATES INC 2900 CROW CANYON RD S DANVILLE, CA 94506 | | 1034313 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,050.00 | $1,050.00 | Other Satisfied |
| STEVE VALENTINE 1846 SUTRO DR. SAN JOSE, CA 95124 | | 1034895 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $220.00 | $220.00 | Other Satisfied |
| Steven Wright or Linda Wright Northridge Ln Lafayette, CA | | 1029993 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Other Satisfied |
| STONY POINT WEST LP 111 STONY POINT RD #150 SANTA ROSA, CA 95401 | | 1034981 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $159.75 | $159.75 | Other Satisfied |
| STREET SPOT 1239 PLYMOUTH AVENUE SAN FRANCISCO, CA 94112 | | 897276 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,745.77 | $2,745.77 | Other Satisfied |
| SWISS AMERICAN CO 1004 BRUNSWICK RD GRASS VALLEY, CA 95945 | | 1034681 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $481.21 | $481.21 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| TAMARA GABEL 54 W SAN FERNANDO ST STE 208 SAN JOSE, CA 95113 | | 1034295 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,122.00 | $1,122.00 | Other Satisfied |
| TEMPLETON COMMUNITY SVCS DISTRICT 206 CROCKER ST TEMPLETON, CA 93465 | | 1034608 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $578.32 | $578.32 | Other Satisfied |
| TESSERON VINEYARDS INC 1100 WALL RD NAPA, CA 94558 | | 1035157 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8.18 | $8.18 | Other Satisfied |
| THE AIRPORT CLUB 2341 AVIATION BLVD SANTA ROSA, CA 95403 | | 1034882 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $239.72 | $239.72 | Other Satisfied |
| THE UTILITY REFORM NETWORK 785 BUSH ST STE 3933 SAN FRANCISCO, CA 94104 | | 1032693 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,427,078.33 | $1,427,078.33 | Other Satisfied |
| Thomas H Johnstone or Tamara L Bean 3421 Cobblestone Ln San Carlos, CA | | 1029934 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |
| Tiffene Lay 614 Harborview Way Santa Cruz, CA | | 1029935 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Other Satisfied |
| Timothy Lee Caldwell 3830 Mcgraw Ln Lafayette, CA | | 1029936 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Other Satisfied |
| TOM BENNINGHOVEN PO BOX 37 BENICIA, CA 95595 | | 1035158 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7.96 | $7.96 | Other Satisfied |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| TRACY DELTA SOLID WASTE MANAGEMENT P.O. BOX 274 TRACY, CA 95378 | | 1034054 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,178.82 | $2,178.82 | Other Satisfied |
| TRACY J EGOSCUE 3677 LONG BEACH BLVD STE 302 LONG BEACH, CA 90807 | | 1034222 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,386.00 | $1,386.00 | Other Satisfied |
| TRI-DAM PROJECT P.O. BOX 1158 PINECREST, CA 95364 | | 1032794 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $351,252.15 | $351,252.15 | Other Satisfied |
| TRINITY PUBLIC UTILITY DISTRICT P.O. BOX 1410 WEAVERVILLE, CA 96093 | | 1035060 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $64.84 | $64.84 | Other Satisfied |
| Tsai Shin Chiu or Chung Chiu 11 Treetop Drive Santa Cruz, CA | | 1029937 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,250.00 | $2,250.00 | Other Satisfied |
| TUOLUMNE UTILITIES DIST 18885 NUGGET BLVD SONORA, CA 95370 | | 1034585 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $611.12 | $611.12 | Other Satisfied |
| TYLER J NIELSEN 18278 COUNTY RD 34 WINTERS, CA 95694 | | 1033358 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $18,270.65 | $18,270.65 | Other Satisfied |
| Tyler Williams or Tina Williams 513 La Canada Way Santa Cruz, CA | | 1029938 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| UNDERGROUND SERVICE ALERT P.O. BOX 77070 CORONA, CA 92877-0102 | | 1034571 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $647.00 | $647.00 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| US DEPARTMENT OF CITIZENSHIP AND P.O. BOX 10129 LAGUNA NIGUEL, CA 92607 | | 1033563 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,315.00 | $10,315.00 | Other Satisfied |
| US ECOLOGY INC 101 S CAPITOL BLVD STE 1000 BOISE, ID 83702 | | 1032806 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $323,318.00 | $323,318.00 | Other Satisfied |
| US LEGAL SUPPORT INC P.O. BOX 4772-41 HOUSTON, TX 77210 | | 1034463 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $706.40 | $706.40 | Other Satisfied |
| UTILITY MANAGEMENT SERVICES INC P.O. BOX 5173 CHICO, CA 95927 | | 1034627 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $541.50 | $541.50 | Other Satisfied |
| VALUEOPTIONS OF CALIFORNIA INC 240 CROSSWAYS BLVD STE 110 CHESAPEAKE, VA 23320 | | 1032800 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $337,669.61 | $337,669.61 | Other Satisfied |
| VERGY CONSULTING LLC 1891 N CALIFORNIA BLVD STE 290 WALNUT CREEK, CA 94596- | | 1033143 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $36,800.00 | $36,800.00 | Other Satisfied |
| VERIFORCE 2425 S SAWDUST RD ste 600 THE WOODLANDS, TX 77380 | | 1033625 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,300.00 | $8,300.00 | Other Satisfied |
| Verve Farms Inc 2744 E. Prestwick Ave. Fresno, CA 93730 | | 1031306 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| RACING VENTURES LLC 390 STANDIFORD AVE BLDG A MODESTO, CA 95350 | | 1034198 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| Vincent J Cozzolino 481 San Mateo Road Half Moon Bay, CA | | 1029939 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,958.00 | $1,958.00 | Other Satisfied |
| Vincent James Cozzolino 481 San Mateo Road Half Moon Bay, CA | | 1029940 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $979.00 | $979.00 | Other Satisfied |
| Wallace Miller or Geraldine Miller 23921 Ravensbury Ave Los Altos Hills, CA | | 1029941 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,500.00 | $7,500.00 | Other Satisfied |
| WASTE CONNECTIONS OF CA 620 TRUCK ST PLACERVILLE, CA 95667 | | 1034070 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,074.47 | $2,074.47 | Other Satisfied |
| WASTE CONNECTIONS OF CA INCORPORATE 625 AIRPORT BLVD RED BLUFF, CA 96080 | | 1034165 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,608.38 | $1,608.38 | Other Satisfied |
| WATTTIME CORPORATION BROADWAY FL 3 OAKLAND, CA 94607 | | 1033508 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $12,000.00 | $12,000.00 | Other Satisfied |
| Wayne Cassingham 550 Grahm Hill Rd Santa Cruz, CA | | 1029942 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 | Other Satisfied |
| Wayne R Smith 621 San Mateo Rd Half Moon Bay, CA | | 1029943 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Other Satisfied |

Case: 19-30088    Doc# 9355    Filed: 10/27/20    Entered: 10/28/20 14:55:50    Page 23 of 25

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| WEST KERN WATER DISTRICT PO BOX 1105 TAFT, CA 93268-1105 | | 1035075 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $54.62 | $54.62 | Other Satisfied |
| WILLIAM ALLEN MORRIS 1122 I ST EUREKA, CA 95501 | | 1034193 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Other Satisfied |
| WILLIAM EDWARD SHELTON PO BOX 541 DURHAM, CA 95938 | | 1034676 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $491.56 | $491.56 | Other Satisfied |
| William Lawrie or Beverly Lawrie c/o Shelley Lawrie PO Box 337 Loyalton, CA | | 1029944 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| William Ow or Erica Ow 203 Highland Ave Santa Cruz, CA | | 1029945 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,750.00 | $2,750.00 | Other Satisfied |
| WILLOW CREEK COMMUNITY SVCS DIST PO BOX 8 WILLOW CREEK, CA 95573 | | 1035107 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $41.00 | $41.00 | Other Satisfied |
| Windsor Mill Community LLC 8265 W Sunset Blvd Ste 920 West Hollywood, CA | | 1029946 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,400.00 | $2,400.00 | Other Satisfied |
| Woods Cove Homeowners Association 360 W Campbell Ave Ste 300 Campbell, CA | | 1029947 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Other Satisfied |
| Jun PO Box 821 CUPERTINO, CA 95015 | | 898075 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| INSIGHT INC 44 COVENTRY PL GLENDALE, CA 91206 | | 1034408 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $864.94 | $864.94 | Other Satisfied |
| ZERO WASTE ENERGY DEVELOPMENT 1060 BERGER DR SAN JOSE, CA 95112 | | 1033850 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,662.75 | $3,662.75 | Other Satisfied |
| Claims To Be Expunged Totals | | Count: 188 | | | $0.00 | $0.00 | $0.00 | $8,335,815.76 | $8,335,815.76 | |