**Exhibit A-1**

**Panel of Mediators for Abbreviated Mediations Pursuant to General Claims ADR Order**

- Hon. David W. Abbott, Ret.
- Michael D. Cooper, Esq.
- Timothy J. Corcoran, Esq.
- E. Alexandra DeLateur, Esq.
- Sanford Kingsley, Esq.
- Debra L. Mellinkoff, Esq.