## Exhibit A-2

## Panel of Mediators for Standard Mediations Pursuant to General Claims ADR Order

- Hon. Wynne S. Carvill (Ret.)
- Hon. Catherine A. Gallagher (Ret.)
- Patricia K. Gillette, Esq.
- Hon. Ken M. Kawaichi (Ret.)
- Hon. Randall J. Newsome (Ret.)
- Hon. Risë Jones Pichon (Ret.)