

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: October 27, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING CLAIM NO. 79361 (MENDOCINO COUNTY INLAND WATER AGENCY AND POWER COMMISSION) PURSUANT TO REORGANIZED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS)**<br><br>[Re: Dkt. No. 8759, 9349] |

The Court having reviewed the *Reorganized Debtors' Fifth Omnibus Objection to Claims (Duplicate Claims)* [Docket No. 8759] (the "**Fifth Omnibus Objection**")[1] and the Declaration of Dara L. Silveira in further support thereof [Docket No. 9349], and pursuant to the agreement of the Claimant, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Fifth Omnibus Objection will be SUSTAINED with respect to Claim No. 79361 without prejudice to the continued prosecution of Claim No. 86469 against Pacific Gas and Electric Company.

2. Claim No. 79361 shall be disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Dated: October 26, 2020

DOWNEY BRAND LLP

/s/ Jamie P. Dreher
_____
Jamie P. Dreher

*Attorneys for Mendocino County Inland Water Agency and Power Commission*

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Fifth Omnibus Objection.