

Signed and Filed: October 27, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>               **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER EXPUNGING CLAIM NOS. 74986 AND 78306 (RIGHETTI RANCH, LP) PURSUANT TO REORGANIZED DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>**[Re: Dkt. No. 8978, 9349]** |

The Court having reviewed the *Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 8978] (the "**Sixth Omnibus Objection**")[1] and the Declaration of Dara L. Silveira in further support thereof [Docket No. 9349], and pursuant to the agreement of the Claimant, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Claim Nos. 74986 and 78306 shall be expunged.

2. Reorganized Debtors view this claim objection as a purely administrative matter, leaving the claims to be handled/resolved in the Reorganized Debtor's ordinary-course-of-business. The Reorganized Debtors seek only to expunge Claim Nos. 74986 and 78306, filed on account of MLX Claims, but do not seek to discharge the MLX Claims and neither the order sustaining the Debtor's MLX Claim objection, nor the Debtor's Plan or any order confirming the Plan, shall operate to discharge the MLX Claims made in Claim Nos. 74986 and 78306. Any amounts the Reorganized Debtors are determined to owe on account of the MLX Claims will be paid in the ordinary course. Righetti Ranch retains its non-bankruptcy remedies with respect to post-petition claims under the MLX Programs.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Dated: October 23, 2020

SOLOMON WARD SEIDENWURM & SMITH, LLP

*/s/ Michael D. Breslauer*
Michael D. Breslauer

*Attorneys for Righetti Ranch LP*

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Sixth Omnibus Objection.