KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

**Signed and Filed: October 27, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>[Re: Dkt. Nos. 8981, 9215, 9349] |

Upon the *Reorganized Debtors' Report on Responses to Seventh Omnibus Objection to Claims (Satisfied Claims) and Request for Order by Default as to Unopposed Objections* [Docket No. 9215] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 8981] (the "**Seventh Omnibus Objection**")[1], all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Seventh Omnibus Objection.

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9163 | David E. Parks, Persing LLC | 17117 | By agreement with the Claimant, the Seventh Omnibus Objection is SUSTAINED with respect to this Claim. |
| 9162 | John Wrynn | 8681 | The Reorganized Debtors are attempting to resolve this matter consensually, but have not yet reached a resolution. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Fremont Pat Ranch LLC | 59447 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 10, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | KB Home, A DE Corporation | 66083 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to November 10, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on November 17, 2020, at 10:00 a.m. |
| Informal | Lloyd A. Schneider | 78520 | The Seventh Omnibus Objection is WITHDRAWN with respect to this Claim. |

2. The Proofs of Claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Dated: October 24, 2020

*/s/ David E. Parks*
David E. Parks

*Claimant*