

**Entered on Docket**
**October 29, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

James A. Mesterharm
AP Services, LLC
909 Third Avenue
New York, NY 10022
(212) 490-2500
jmesterharm@alixpartners.com

Signed and Filed: October 28, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>　　　　　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER APPROVING APPLICATION OF AP SERVICES, LLC FOR SUCCESS FEE** |

Upon the Application (the "<u>Application</u>") of AP Services, LLC for entry of an order approving a success fee in the amount of $8,000,000.00 (the "<u>Success Fee</u>"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Application is in the best interests of the Debtors'

estates, their creditors, and other parties in interest; and this Court having determined that notice of the Application provided by AP Services, LLC was adequate and sufficient under the circumstances and that no other or further notice of the Application need be provided; and this Court having reviewed the Application and the record before the Court; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** as follows:

1. That the Application of AP Services, LLC for Approval of Success Fee is hereby granted, approved and allowed; and

2. That AP Services, LLC shall be awarded its Success Fee in the amount of $8,000,000.00, which amount shall be paid by the Debtors to AP Services, LLC within three (3) business days of the entry of this Order.

** END OF ORDER **