# Appendix A

**MICHAEL A. KEABLE**                                                                   **September 2020**

    Business Address:    Compass Lexecon
                                      332 S. Michigan Avenue
                                      Suite 1300
                                      Chicago, IL  60604
                                      (312) 322-0207
                                      mkeable@compasslexecon.com

    Home Address:        1217 W. Henderson Street
                                        Chicago, IL  60657

## **EDUCATION**

M.B.A., UNIVERSITY OF CHICAGO, Chicago, Illinois:
    Concentrations in Finance and Business Policy, 1996

B.A., UNIVERSITY OF CHICAGO, Chicago, Illinois:
    History, 1988

## **PROFESSIONAL EXPERIENCE**

Compass Lexecon (formerly Lexecon), Chicago, Illinois:

    Executive Vice President: 2013 - Present
    Senior Vice President: 2007 - 2013
    Vice President: 2000 - 2006
    Economist: 1991 - 1999
    Research Associate: 1989 - 1991

## **FIELDS OF SPECIALIZATION**

Damages
Securities Markets
Corporate Finance
Financial Statement Analysis

## **PROFESSIONAL AFFILIATIONS**

Member: American Finance Association, American Economic Association

## ARTICLES

The Use of Trading Models to Estimate Aggregate Damages in Securities Fraud Litigation: An Update (with Daniel R. Fischel and David J. Ross) in Briefly… Perspectives on Legislation, Regulation, and Litigation, National Legal Center for the Public Interest, Vol. 10, No. 3 (March 2006).

## TESTIMONY

Declaration of Michael A. Keable in Re: PG&E Corporation; File No. 19-30088 (DM) (Lead Case) (Jointly Administered); United States Bankruptcy Court, Northern District of California, (September 1, 2020).

Declaration of Michael A. Keable in Re: Pfizer Inc. Securities Litigation; File No. 04-cv-9866 (LTS)(HBP); United States District Court, Southern District of New York, (October 27, 2016).

Declaration of Michael A. Keable in Re: Pfizer Inc. Securities Litigation; File No. 04-cv-9866 (LTS)(HBP); United States District Court, Southern District of New York, (September 13, 2016).

Affidavit of Michael A. Keable in Re: Peter Kaynes and BP, PLC, Ontario Superior Court of Justice, Court File No. CV-12-00467836-00CP, (March 8, 2013).

Deposition of Michael A. Keable In Re: Northfield Laboratories, Inc. Securities Litigation; No. 06-C-1493; United States District Court, Northern District of Illinois, Eastern Division, (April 22, 2011).

Declaration of Michael A. Keable in Re: Northfield Laboratories, Inc. Securities Litigation; File No. 06-C-1493; United States District Court, Northern District of Illinois, Eastern Division, (February 4, 2011).

Deposition of Michael A. Keable In Re: BankAtlantic Bancorp, Inc. Securities Litigation; Case No. 07-61542-CIV-UNGARO/SIMONTON; United States District Court, Southern District of Florida, (May 24, 2010).

Report of Michael A. Keable In Re: BankAtlantic Bancorp, Inc. Securities Litigation; Case No. 07-61542-CIV-UNGARO/SIMONTON; United States District Court, Southern District of Florida, (April 28, 2010).

Declaration of Michael A. Keable in Re: UTStarcom, Inc. Securities Litigation; Master File No. C-04-4908-JW (PVT); United States District Court, Northern District of California, San Jose Division, (April 2, 2010).

Deposition of Michael A. Keable In Re: <u>Appaloosa Investments L.P. et al. v. J.P. Morgan Securities, Inc., et al</u>; Case No. 05-44481; Superior Court of New Jersey, Law Division, Morris County, (February 19, 2010).

Report of Michael A. Keable In Re: <u>Appaloosa Investments L.P. et al. v. J.P. Morgan Securities, Inc., et al</u>; Case No. 05-44481; Superior Court of New Jersey, Law Division, Morris County, (November 11, 2009).

Declaration of Michael A. Keable in Support of Defendants' Motion for Summary Judgment Re: <u>Thomas P. Jasin v. Tyco International Ltd, Tyco International (US) Inc., et al.</u>; Case No. 04-CV-2188; United States District Court for the Middle District of Pennsylvania, (October 30, 2009).

Reply Affidavit of Michael A. Keable in Support of Defendants' Motion for Summary Judgment Re: <u>Eugenia J. Fiala, et al. v. Metropolitan Life Insurance Company, et al.;</u> Index No. 601181/00, Supreme Court of the State of New York, County of New York: I.A.S. Part 49, (September 24, 2008).

Deposition of Michael A. Keable in Re: <u>Brian Asher v. Baxter International Inc. et al.,</u> Case No. 02 CV 5608, United States District Court for the Northern District of Illinois, Eastern Division, (May 14, 2008).

Report of Michael A. Keable in Re: <u>Brian Asher v. Baxter International Inc. et al.,</u> Case No. 02 CV 5608, United States District Court for the Northern District of Illinois, Eastern Division, (April 25, 2008).

Report of Michael A. Keable in Re: <u>Thomas P. Jasin v. Tyco International Ltd, et al.,</u> Civil Action Law No. 2004-CV-3241, Court of Common Pleas, Dauphin County, Pennsylvania, (February 25, 2008).

Deposition of Michael A. Keable in Re: <u>MetLife Demutualization Litigation</u>, No. CV 00 2258 (TCP), United States District Court, Eastern District of New York, (February 19, 2008).

Rebuttal Report of Michael A. Keable in Re: <u>MetLife Demutualization Litigation</u>, No. CV 00 2258 (TCP), United States District Court, Eastern District of New York, (October 31, 2007).

Initial Report of Michael A. Keable in Re: <u>MetLife Demutualization Litigation</u>, No. CV 00 2258 (TCP), United States District Court, Eastern District of New York, (August 22, 2007).

Deposition of Michael A. Keable in Re: <u>Cendant Corporation Securities Litigation</u>, Docket No. 98-CV-1664 (WHW), District Court for the District of New Jersey, (October 8, 2007).

Report of Michael A. Keable in Re: <u>Cendant Corporation Securities Litigation</u>, Cross-Claim of Cendant Corporation against Ernst & Young LLP, United States District Court for the District of New Jersey, Master File No. CV-98-1164 (WHW), (July 16, 2007).

Deposition of Michael A. Keable in Re: <u>Eugenia J. Fiala, et al. v. Metropolitan Life Insurance Company, et al.</u>, No. 00/601181 and No. 00/108887, Supreme Court of the State of New York, County of New York, (July 21, 2006).

Supplemental Report of Michael A. Keable and Cathy M. Niden in Re: <u>Joseph Vecchio, Joseph Vecchio Unitrust, Michael Vecchio and William Kaiser v. Waste Management, Inc., f/k/a USA Waste Services, Inc., Rodney R. Proto, and Earl E. DeFrates</u>, District Court of Harris County, Texas, 270th Judicial District, No. 2003-22897, (January 24, 2005).

Report of Michael A. Keable and Cathy M. Niden in Re: <u>Joseph Vecchio, Joseph Vecchio Unitrust, Michael Vecchio and William Kaiser v. Waste Management, Inc., f/k/a USA Waste Services, Inc., Rodney R. Proto, and Earl E. DeFrates</u>, District Court of Harris County, Texas, 270th Judicial District, No. 2003-22897, (January 14, 2005).

Report of Michael A. Keable in Re: <u>HCM High Yield Opportunity Fund et al. v. Skandinaviska Enskilda Banken AB, et al.</u>, United States District Court, Southern District of Florida, Miami Division, No. 99-1350-Civ-Jordan, (December 29, 2002).

Report of Michael A. Keable in Re: <u>Nahid Nazarian Behfarin, et al. v. Imaging Technologies Corp., et al.</u>, United States District Court, Southern District of California, No. 99-CV-2163K (LSP), (April 11, 2002).

Affidavit of Michael A. Keable in Re: <u>Waste Management, Inc. Shareholders Derivative Litigation</u>, Court of Chancery of the State of Delaware, New Castle County, C.A. No. 17313NC, (September 13, 2001).

Declaration of Michael A. Keable in Re: <u>Stuart Green v. Phillips-Van Heusen Corporation</u>, Court of Chancery of the State of Delaware, New Castle County, Civil Action No. 14436, (February 19, 2001).

Report of Michael A. Keable in Re: <u>Gary K. Bielfeldt and Carlotta J. Bielfeldt, et al. v. Commissioner of Internal Revenue</u>, United States Tax Court, Docket No. 5936-96, (May 7, 1999).

## **SPEECHES**

"The First *Daubert* Decision on the Use of Trading Models in Securities Class Actions" presented at the Practising Law Institute's "Securities Litigation 2000" conference, San Francisco, October 31, 2000.