WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 415 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**Compass Lexecon**
332 South Michigan Ave., Suite 1300
Chicago, Illinois 60604

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION,**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).*

Case Nos. 19-30088 (DM) (Lead Case)
(Jointly Administered)

**DECLARATION OF PAMELA E. HERLICH IN SUPPORT OF THE REORGANIZED DEBTORS' OBJECTION TO SECURITIES LEAD PLAINTIFF'S RENEWED MOTION TO APPLY BANKRUPTCY RULE 7023 AND CERTIFY LIMITED CLASS**

Compass Lexecon
332 South Michigan Ave., Suite 1300
Chicago, Illinois 60604

I, Pamela E. Herlich, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Vice President of Relationship Management at Equiniti Trust Company, a shareowner management firm specializing in stock transfer services.

2. The Reorganized Debtors had 1,984,562,035 shares of PG&E Corporation common stock ("New HoldCo Common Stock") outstanding on September 28, 2020, and 1,984,565,829 shares of New HoldCo Common Stock outstanding on October 23, 2020.

3. As of October 23, 2020, the Reorganized Debtors had 1,541,475,609 shares of New HoldCo Common Stock available for issuances.

4. A true and correct copy of a New HoldCo Common Stock current share balance report of the Reorganized Debtors, dated October 23, 2020, is attached as Appendix A.

5. The acronyms under the "Reserve Information" in Appendix A mean the following:

A. OIS stands for "Original Issuance Shares."

B. RSP stands for "Retirement Savings Plan."

C. 2006 LTIP stands for "2006 Long-Term Incentive Plan."

D. 2014 LTIP stands for "2014 Long-Term Incentive Plan."

E. DRSPP stands for "Dividend Reinvestment and Stock Purchase Plan."

F. COP stands for "Continuous Offering Plan."

6. Reserve 001 (OIS), the Original Issuance Shares, refers to the 1,541,475,609 in authorized and unissued shares of New HoldCo Common Stock available for future issuances.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on October 29, 2020, in San Francisco, California.

/s/ *Pamela E. Herlich*
Pamela E. Herlich