# APPENDIX A

Case: 19-30088    Doc# 9377-1    Filed: 10/29/20    Entered: 10/29/20 22:35:05    Page 1 of 3

# Share Balance Report



**PG&E Corporation**

| | | **Date of Report:** | 10/26/2020 |
|---|---|---|---|
| **Issue Number:** | PCG1 - PG&E Corporation | | |
| **CUSIP:** | 69331C108 | **Start Date:** | 10/23/2020 |
| **Authorized Shares:** | 3,600,000,000.000 | **End Date:** | 10/23/2020 |
| **Active Shareholders:** | 46,965 | | |

## Balance Information

| | |
|---|---|
| Issued Shares (Reserve 000) | 1,984,565,829.000 |
| Outstanding Shares | **1,984,565,829.000** |

## Reserve Information

| | | |
|---|---|---|
| Reserve 001 | (OIS) | 1,541,475,609.000 |
| Reserve 002 | (RSP) | 15,194,818.000 |
| Reserve 003 | (2006 LTIP) | 2,014,124.000 |
| Reserve 004 | (2014 LTIP) | 41,940,021.000 |
| Reserve 005 | (DRSPP) | 4,208,777.000 |
| Reserve 006 | (COP) | 10,600,822.000 |
| | | **1,615,434,171.000** |

**EQ Shareowner Services (EQSS) provides this report to you in an effort to assure that our share information remains consistent with your records. If you discover any discrepancies, please contact EQSS as soon as possible. Notification to us more than 60 days after the process date of the transaction may result in additional fees to you due to researching the out of balance condition.**

Case: 19-30088   Doc# 9377-1   Filed: 10/29/20   Entered: 10/29/20 22:35:05   Page 2 of 3

EQ Shareowner Services

# Issued Shares Balancing Report



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Issue:** | PCG1 | PG&E Corporation | | | | | **Start Date:** | 10/23/2020 | |
| **Cusip:** | 69331C108 | Common Stock | | | | | **End Date:** | 10/23/2020 | |
| **Reserve Number:** | 000 | | | | | | **Reserve Name:** | Issued Shares | |
| **Beginning Balance:** | 1,984,565,829.000 | | | | | | **Ending Balance:** | 1,984,565,829.000 | |

| Process Date | Effective Date | Control # | Process Type | Reference | Ticket # | Account | Account Name | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**Total Shares:**

Case: 19-30088   Doc# 9377-1   Filed: 10/29/20   Entered: 10/29/20 22:35:05   Page 3 of 3

**EQ Confidential**