# EXHIBIT A



# Edward J. Radetich, Jr., CPA
*Senior Director*



**CONTACT**
**P:** 215.972.5050
**E:** eradetich@hefflerclaims.com

A senior director, Edward J. Radetich, Jr., CPA (Ed), oversees management and operation of the firm. Having participated in the administration of thousands of class action matters, Ed has been instrumental in developing the policies and practices of the claims administration group over the last 35 years and has established Heffler Claims Group as a leading provider of class action services for antitrust, securities, employment and labor, consumer and government enforcement matters.

Ed has provided expert testimony on litigation matters throughout the country; he has participated in many panels relating to class action issues and practices; he has testified before the US Senate Banking Committee, the subcommittee on private litigation under the Federal Securities Law; and he has participated in focus groups with the United States Treasury to assist in the drafting of the regulations that accompany IRS code section 468(B).

Ed has presented to numerous professional and trade organizations on administration procedures, including the National Association of Securities Class Action Trial Lawyers. He has moderated the 12th Annual ILEP Conference on litigation reform, and was a member of a Claims Administration Advisory Group for the 2008 conference on improving the process of distributing securities litigation settlements. He has testified before the US Senate Banking Sub-Committee on class action securities litigation issues. In the 1980s, he participated in hearings on Qualified Settlement Funds and made recommendations to the US Department of Treasury for the drafting of those regulations.

A graduate of Drexel University, Ed holds a bachelor's degree in accounting. He is licensed to practice accounting in Pennsylvania, New Jersey and Florida. He is a member of the American Institute of CPAs and its Tax Division, the Pennsylvania Institute of CPAs and the New Jersey Society of CPAs.

Ed serves on numerous boards and committees for community and charitable organizations, with special emphasis on children and education. In 2011, he received the City of Hope Spirit of Life Award. Ed is on the Executive Advisory Council for the Rutgers University School of Business, and serves on both the Audit Committee and the Finance Council for the Archdiocese of Camden. He is vice president of the board of directors for Variety – The Children's Charity, and has been recognized for his achievements in International Who's Who.

www.hefflerclaims.com