# EXHIBIT B



3 1 1 5 6 0 0 0 0 0 0 0

| MUST BE SUBMITTED NO LATER THAN [INSERT DATE] | **PG&E TRADING INFORMATION REQUEST FORM** | FOR OFFICE USE ONLY |

Your Trading Information Request Form must be <u>received</u> no later than **[INSERT DATE].** You may submit this form online at **[INSERT URL],** or by mail to the following address:

**[INSERT PO BOX INFORMATION]**

**General Instructions:**

1. Only file **ONE** Trading Information Request Form per Beneficial Owner/Entity. Do not file multiple forms for the same beneficial owner/entity.
2. **DO NOT** include transactions for any other beneficial owner or entity in the same form. You **MUST** file a separate Trading Information Request Form for <u>each</u> beneficial Owner/entity.
3. You **MUST** submit documentation for any transaction occurring after November 15, 2018.
4. You may submit additional documentation in support of your transaction history, but **DO NOT** provide any documentation submitted as part of your original claim; that information is already on file.
5. If you are a Beneficial Owner of the securities being claimed (i.e. you are filing this Trading Information Request Form on behalf of yourself) you should **not** complete the Filer Information section of this Trading Information Request Form.
6. If you are <u>filing</u> this Trading information Request Form <u>on behalf of</u> the beneficial owner/entity who is not yourself, you **MUST** provide the beneficial owner's contact information on the following page.
7. **DO NOT** provide transactional information for cancelled trades (i.e., if an initial trade was cancelled by a subsequent trade, do not provide both trades).
8. If you first acquired a debt security in a private offering and then exchanged it for a registered bond, please provide additional information regarding the exchange in the spaces provided.
9. If your transactions include transfers in/out of your account, please provide additional information regarding the transfer in the spaces provided.
10. If your transactional information is not in US Dollars, please check the appropriate box indicating that the values are not in USD.
11. You **MUST** sign and date the certification and affirmation noted at the end of this form. <u>Failure to do so may result in your submission being rejected</u>.
12. Annex A to the Rescission or Damage Proof of Claim Form, which lists the debt and equity securities that apply, are provided at the end of this form.
13. If you need additional space to provide transactional information, please make photocopies of the relevant sections.



# BENEFICIAL OWNER INFORMATION

Please provide all relevant contact information for the <u>Beneficial Owner</u> of the Trading Information Request Form being provided, below.

The Beneficial Owner is the individual or entity who legally owns the securities. If you are providing this Trading Information Request Form on <u>behalf</u> of the beneficial owner, **do not** provide your contact information here, only provide contact information for the owner of the securities.

**First Name**

**Middle Initial**

**Last Name**

**Address 1**

**Address 2**

**City**

**State/Province**

**Zip Code**

**Country**

**Last 4 Digits of TIN (SSN or EIN)**

**Contact Phone Number**

( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

**Email Address**

**Broker/Nominee Name**



3 1 1 5 6 0 0 0 0 0 0 0

# FILER INFORMATION

Please provide or update all relevant contact information for the individual or entity providing this Trading Information Request Form on behalf of the Beneficial Owner, below.

If you are providing this Trading Information Request Form on behalf of yourself, the Beneficial Owner, **do not** provide your contact information below. You may ignore this section.

**Representative Capacity***

**Company**

**First Name**  **Middle Initial**  **Last Name**

**Address 1**

**Address 2**

**City**  **State/Province**  **Zip Code**

**Country**

**Contact Phone Number**  **Email Address**

( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

*Please describe your representative capacity using one of the following values: Legal Representative, Authorized Agent, Executor, or Administrator. If none of these values apply, please describe your relationship to the Beneficial Owner in your own words (ex. Son, Daughter, etc.)



# PG&E Common Stock
## Beginning Holdings and Purchases

**Please only use this section to detail your Common Stock transactions during the relevant time period.**
Do not include transactions related to debt securities, preferred stock, or option contracts (unless the exercise of those option contracts resulted in the purchase or sale of common stock during the relevant time period).

Important Information:
- All transactions occurring after November 15, 2018 must be documented.
- Do not submit transactions for cancelled trades.
- If your transaction includes Transfers In or Out of your account, please provide details on the transfer in the additional information column.

1. State the total number of PG&E **Common Stock** shares **held** as of close of trading **April 28, 2015**

   **Shares Held as of close of trading April 28, 2015**

2. list each and every **PURCHASE** of PG&E **Common Stock** between **April 29, 2015 and February 12, 2019, inclusive** (dividend payments should **not** be included)

*Excluding commissions and fees*

| Trade Date (MM/DD/YYYY) | Quantity | Price Per Share* | Total Cost* | USD (Y/N) | Exercised Option (Y/N) | Additional Information |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |



3 1 1 5 6 0 0 0 0 0 0 0

# PG&E Common Stock
## Sales and End Holdings

**Please only use this section to detail your Common Stock transactions during the relevant time period. Do not include transactions related to debt securities, preferred stock, or option contracts (unless the exercise of those option contracts resulted in the purchase or sale of common stock during the relevant time period).**

Important Information:
- All transactions occurring after November 15, 2018 must be documented.
- Do not submit transactions for cancelled trades.
- If your transaction includes Transfers In or Out of your account, please provide details on the transfer in the additional information column.

1. List each and every **SALE** of PG&E **Common Stock** between **April 29, 2015 and February 12, 2019, inclusive** (dividend payments should **not** be included)

*Excluding commissions and fees*

| Trade Date (MM/DD/YYYY) | Quantity | Price Per Share* | Total Proceeds* | USD (Y/N) | Exercised Option (Y/N) | Additional Information |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

2. State the total number of PG&E **Common Stock** shares **held** as of close of trading **February 12, 2019**

**Shares Held as of close of trading February 12, 2019**



# PG&E Preferred Stock
## Beginning Holdings and Purchases

**Please only use this section to detail your Preferred Stock transactions during the relevant time period. Do not include transactions related to debt securities, common stock, or option contracts.**

Important Information:
- All transactions occurring after November 15, 2018 must be documented.
- Do not submit transactions for cancelled trades.
- If your transaction includes Transfers In or Out of your account, please provide details on the transfer in the additional information column.

1. State the total number of PG&E **Preferred Stock** shares **held** as of close of trading **April 28, 2015**

| CUSIP or Description | Shares Held as of close of trading April 28, 2015 |
|---|---|
|  |  |
|  |  |

2. List each and every **PURCHASE** of PG&E **Common Stock** between **April 29, 2015 and July 1, 2020, inclusive** (dividend payments should **not** be included)

*Excluding commissions and fees*

| CUSIP or Description | Trade Date (MM/DD/YYYY) | Quantity | Price Per Share* | Total Cost* | USD (Y/N) | Additional Information |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |



# PG&E Preferred Stock
# Sales and End Holdings

**Please only use this section to detail your Preferred Stock transactions during the relevant time period. Do not include transactions related to debt securities, common stock, or option contracts.**

| Important Information: |
| --- |
| • All transactions occurring after November 15, 2018 must be documented. |
| • Do not submit transactions for cancelled trades. |
| • If your transaction includes Transfers In or Out of your account, please provide details on the transfer in the additional information column. |

1. List each and every **SALE** of PG&E **Preferred Stock** between **April 29, 2015 and July 1, 2020** (dividend payments should **not** be included)

*Excluding commissions and fees*

| CUSIP or Description | Trade Date (MM/DD/YYYY) | Quantity | Price Per Share* | Total Cost* | USD (Y/N) | Additional Information |
| --- | --- | --- | --- | --- | --- | --- |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

2. State the total number of PG&E **Preferred Stock** shares **held** as of close of trading **July 1, 2020**

| CUSIP or Description | Shares Held as of close of trading July 1, 2020 |
| --- | --- |
|  |  |
|  |  |



# PG&E Debt Securities Section
## Beginning Holdings and Purchases

**Please only use this section to detail your Debt Securities transactions during the relevant time period. Do not include transactions related to common stock, preferred stock, or options.**

Important Information:
- All transactions occurring after November 15, 2018 must be documented.
- Do not submit transactions for cancelled trades.
- If your transaction includes an exchange from one debt security to another, please provide details on the exchange in the additional information column.
- If your transaction includes Transfers In or Out of your account, please provide details on the transfer in the additional information column.

1. State the total number of PG&E Debt Securities **HELD** as of close of trading **April 28, 2015**
   List the number of debt securities for each PG&E debt security you held in separate rows below. Because each bond's par value / face value is $1,000 per unit, if you hold 50 bonds, you hold a par amount / face value of $50,000.

| CUSIP or Description | Total Par Amount / Face Value | Number of Securities |
|---|---|---|
|  |  |  |
|  |  |  |

2. Separately list each and every **PURCHASE** of PG&E Debt Securities between **April 29, 2015 and July 1, 2020, inclusive** (coupon payments should **not** be included)

*Excluding commissions, fees and interest*

| CUSIP or Description | Trade Date MM/DD/YYYY | Par Amount / Face Value | Quantity | Total Cost* | USD (Y/N) | Additional Information |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |



# PG&E Debt Securities Section
## Sales and End Holdings

Please only use this section to detail your Debt Securities transactions during the relevant time period. Do not include transactions related to common stock, preferred stock, or options.

Important Information:
- All transactions occurring after November 15, 2018 must be documented.
- Do not submit transactions for cancelled trades.
- If your transaction includes an exchange from one debt security to another, please provide details on the exchange in the additional information column.
- If your transaction includes Transfers In or Out of your account, please provide details on the transfer in the additional information column.

1. Separately list each and every **SALE** of PG&E Debt Securities between **April 29, 2015 and July 1, 2020, inclusive** (coupon payments should <u>not</u> be included)

*Excluding commissions, fees and interest

| CUSIP or Description | Trade Date MM/DD/YYYY | Par Amount / Face Value | Quantity | Total Cost* | USD (Y/N) | Additional Information |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

2. State the total number of PG&E Debt Securities **HELD** as of close of trading **July 1, 2020**
   List the number of debt securities for each PG&E debt security you held in separate rows below. Because each bond's par value / face value is $1,000 per unit, if you hold 50 bonds, you hold a par amount / face value of $50,000.

| CUSIP or Description | Total Par Amount / Face Value | Number of Securities |
|---|---|---|
|  |  |  |
|  |  |  |

Case: 19-30088   Doc# 9379-2   Filed: 10/29/20   Entered: 10/29/20 23:15:04   Page 10 of 18



3 1 1 5 6 0 0 0 0 0 0 0

# PG&E PUT Option Contracts Section
## Beginning Holdings and Purchases

**Please only use this section to detail your PUT Option Contracts related to COMMON STOCK transactions during the relevant time period. Do not include transactions related to call options, common stock, debt securities or preferred stock.**

Important Information:
- All transactions occurring after November 15, 2018 must be documented.
- Do not submit transactions for cancelled trades.
- If your transaction includes Transfers In or Out of your account, please provide details on the transfer in the additional information column.

1. State the total number of PG&E **PUT** Option Contracts **held** as of close of trading **April 28, 2015**

| Underlying Security - Common Stock (Y/N) | Strike Price | Expiration Date (MM/DD/YYYY) | No. of Open Contracts |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

2. Separately list each and every **PURCHASE** of PG&E **PUT** Option Contracts related to COMMON STOCK between **April 29, 2015 and July 1, 2020, inclusive**

*Excluding commissions and fees*

| Strike Price | Expiration Date (MM/DD/YYYY) | No. of Option Contracts (long or short) | Trade Date (MM/DD/YYYY) | Price Per Contract* | Total Price | Assigned, Exercised, or Expired (A or E or X) | Assigned or Exercised Date (MM/DD/YYYY) | USD (Y/N) | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |



# PG&E PUT Option Contracts Section
## Sales and End Holdings

**Please only use this section to detail your PUT Option Contracts related to COMMON STOCK transactions during the relevant time period. Do not include transactions related to call options, common stock, debt securities or preferred stock.**

Important Information:
- All transactions occurring after November 15, 2018 must be documented.
- Do not submit transactions for cancelled trades.
- If your transaction includes Transfers In or Out of your account, please provide details on the transfer in the additional information column.

1. Separately list each and every **SALE** of PG&E **PUT** Option Contracts related to COMMON STOCK between **April 29, 2015 and July 1, 2020, inclusive**

*Excluding commissions and fees*

| Strike Price | Expiration Date (MM/DD/YYYY) | No. of Option Contracts (long or short) | Trade Date (MM/DD/YYYY) | Price Per Contract* | Total Price | Assigned, Exercised, or Expired (A or E or X) | Assigned or Exercised Date (MM/DD/YYYY) | USD (Y/N) | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

2. State the total number of PG&E **PUT** Option Contracts **held** as of close of trading **July 1, 2020**

| Underlying Security - Common Stock (Y/N) | Strike Price | Expiration Date (MM/DD/YYYY) | No. of Open Contracts |
|---|---|---|---|
| | | | |
| | | | |



# PG&E CALL Option Contracts Section
## Beginning Holdings and Purchases

Please only use this section to detail your CALL Option Contracts related to COMMON STOCK transactions during the relevant time period. Do not include transactions related to put options, common stock, debt securities or preferred stock.

Important Information:
- All transactions occurring after November 15, 2018 must be documented.
- Do not submit transactions for cancelled trades.
- If your transaction includes Transfers In or Out of your account, please provide details on the transfer in the additional information column.

1. State the total number of PG&E **CALL** Option Contracts **held** as of close of trading **April 28, 2015**

| Underlying Security - Common Stock (Y/N) | Strike Price | Expiration Date (MM/DD/YYYY) | No. of Open Contracts |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

2. Separately list each and every **PURCHASE** of PG&E **CALL** Option Contracts related to COMMON STOCK between **April 29, 2015 and July 1, 2020, inclusive**

*Excluding commissions and fees*

| Strike Price | Expiration Date (MM/DD/YYYY) | No. of Option Contracts (long or short) | Trade Date (MM/DD/YYYY) | Price Per Contract* | Total Price | Assigned, Exercised, or Expired (A or E or X) | Assigned or Exercised Date (MM/DD/YYYY) | USD (Y/N) | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

Case: 19-30088   Doc# 9379-2   Filed: 10/29/20   Entered: 10/29/20 23:15:04   Page 13 of 18



# PG&E CALL Option Contracts Section
## Sales and End Holdings

**Please only use this section to detail your CALL Option Contracts related to COMMON STOCK transactions during the relevant time period. Do not include transactions related to put options, common stock, debt securities or preferred stock.**

Important Information:
- All transactions occurring after November 15, 2018 must be documented.
- Do not submit transactions for cancelled trades.
- If your transaction includes Transfers In or Out of your account, please provide details on the transfer in the additional information column.

1. Separately list each and every **SALE** of PG&E **CALL** Option Contracts related to COMMON STOCK between **April 29, 2015 and July 1, 2020, inclusive**

*Excluding commissions and fees*

| Strike Price | Expiration Date (MM/DD/YYYY) | No. of Option Contracts (long or short) | Trade Date (MM/DD/YYYY) | Price Per Contract* | Total Price | Assigned, Exercised, or Expired (A or E or X) | Assigned or Exercised Date (MM/DD/YYYY) | USD (Y/N) | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

2. State the total number of PG&E **CALL** Option Contracts **held** as of close of trading **July 1, 2020**

| Underlying Security - Common Stock (Y/N) | Strike Price | Expiration Date (MM/DD/YYYY) | No. of Open Contracts |
|---|---|---|---|
| | | | |
| | | | |


3 1 1 5 6 0 0 0 0 0 0 0

# Certification and Attestation

By signing below, I hereby affirm that this is the only Trading Information Request Form that I have submitted on behalf of this Beneficial Owner/Entity,

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I UNDERSTAND THAT A PERSON WHO FILES A FRAUDULENT CLAIM COULD BE FINED UP TO $500,000, IMPORISONED FOR UP TO 5 YEARS, OR BOTH. 18 U.S.C. §§ 152, 157, AND 3571.

**Print Name:** _____

**Signature:** _____

**Date:** _____

**If you received multiple notices on behalf of the same beneficial owner/entity, please list those other Unique ID's here (separate each with a comma):**

_____

_____

_____

_____

# Annex A
## Part I

**Check all relevant boxes below.  If you purchased multiple CUSIPs, you must make additional copies of Part II.**

| Check One Box Below | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number |
|---|---|---|---|---|
| ☐ | PG&E Corp | Common Stock (including any contract options related thereto) | 69331C108 | US69331C1080 |
| ☐ | Pacific Gas & Electric Co | Preferred 4.36 PERP/CALL | 694308883 | US6943088830 |
| ☐ | Pacific Gas & Electric Co | Preferred 4.5 PERP/CALL | 694308800 | US6943088004 |
| ☐ | Pacific Gas & Electric Co | Preferred 4.8 PERP/CALL | 694308701 | US6943087014 |
| ☐ | Pacific Gas & Electric Co | Preferred 5 PERP/CALL | 694308503 | US6943085034 |
| ☐ | Pacific Gas & Electric Co | Preferred 5 PERP/CALL | 694308602 | US6943086024 |
| ☐ | Pacific Gas & Electric Co | Preferred 5 PERPETUAL | 694308404 | US6943084045 |
| ☐ | Pacific Gas & Electric Co | Preferred 5.5 PERPETUAL | 694308305 | US6943083054 |
| ☐ | Pacific Gas & Electric Co | Preferred 6% Dividend PERPETUAL | 694308206 | US6943082064 |
| ☐ | Pacific Gas & Electric Co | 0.45835% due 5/11/2015 | 694308HJ9 | US694308HJ92 |
| ☐ | Pacific Gas & Electric Co | 1.51778% due 11/30/2017 | 694308HQ3 | US694308HQ36 |
| ☐ | Pacific Gas & Electric Co | 2.45% due 8/15/2022 | 694308HB6 | US694308HB66 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | 694308HU4 | US694308HU48 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | 694308HT7 | US694308HT74 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | U69430AD5 | USU69430AD52 |
| ☐ | Pacific Gas & Electric Co | 2.95% due 3/1/2026 | 694308HP5 | US694308HP52 |
| ☐ | Pacific Gas & Electric Co | 3.25% due 6/15/2023 | 694308HC4 | US694308HC40 |
| ☐ | Pacific Gas & Electric Co | 3.25% due 9/15/2021 | 694308GW1 | US694308GW13 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | 694308HW0 | US694308HW04 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | U69430AE3 | USU69430AE36 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | 694308HV2 | US694308HV21 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 3/15/2027 | 694308HS9 | US694308HS91 |
| ☐ | Pacific Gas & Electric Co | 3.4% due 8/15/2024 | 694308HK6 | US694308HK65 |
| ☐ | Pacific Gas & Electric Co | 3.5% due 10/1/2020 | 694308GT8 | US694308GT83 |
| ☐ | Pacific Gas & Electric Co | 3.5% due 6/15/2025 | 694308HM2 | US694308HM22 |
| ☐ | Pacific Gas & Electric Co | 3.75% due 2/15/2024 | 694308HG5 | US694308HG53 |
| ☐ | Pacific Gas & Electric Co | 3.75% due 8/15/2042 | 694308HA8 | US694308HA83 |
| ☐ | Pacific Gas & Electric Co | 3.85% due 11/15/2023 | 694308HE0 | US694308HE06 |
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | 694308HY6 | US694308HY69 |
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | 694308HX8 | US694308HX86 |
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | U69430AF0 | USU69430AF01 |
| ☐ | Pacific Gas & Electric Co | 4% due 12/1/2046 | 694308HR1 | US694308HR19 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 3/15/2046 | 694308HN0 | US694308HN05 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 5/15/2021 | 694308GV3 | US694308GV30 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 8/1/2023 | 694308HZ3 | US694308HZ35 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 8/1/2023 | U69430AG8 | USU69430AG83 |
| ☐ | Pacific Gas & Electric Co | 4.3% due 3/15/2045 | 694308HL4 | US694308HL49 |
| ☐ | Pacific Gas & Electric Co | 4.45% due 4/15/2042 | 694308GZ4 | US694308GZ44 |
| ☐ | Pacific Gas & Electric Co | 4.5% due 12/15/2041 | 694308GY7 | US694308GY78 |
| ☐ | Pacific Gas & Electric Co | 4.6% due 6/15/2043 | 694308HD2 | US694308HD23 |
| ☐ | Pacific Gas & Electric Co | 4.65% due 8/1/2028 | 694308JA6 | US694308JA65 |
| ☐ | Pacific Gas & Electric Co | 4.65% due 8/1/2028 | U69430AH6 | USU69430AH66 |

| Check One Box Below | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number |
|---|---|---|---|---|
| ☐ | Pacific Gas & Electric Co | 4.75% due 2/15/2044 | 694308HH3 | US694308HH37 |
| ☐ | Pacific Gas & Electric Co | 5.125% due 11/15/2043 | 694308HF7 | US694308HF70 |
| ☐ | Pacific Gas & Electric Co | 5.4% due 1/15/2040 | 694308GS0 | US694308GS01 |
| ☐ | Pacific Gas & Electric Co | 5.625% due 11/30/2017 | 694308GL5 | US694308GL57 |
| ☐ | Pacific Gas & Electric Co | 5.8% due 3/1/2037 | 694308GJ0 | US694308GJ02 |
| ☐ | Pacific Gas & Electric Co | 5.8% due 3/1/2037 | 694308GK7 | US694308GK74 |
| ☐ | Pacific Gas & Electric Co | 6.05% due 3/1/2034 | 694308GE1 | US694308GE15 |
| ☐ | Pacific Gas & Electric Co | 6.05% due 3/1/2034 | 694308GH4 | US694308GH46 |
| ☐ | Pacific Gas & Electric Co | 6.25% due 3/1/2039 | 694308GQ4 | US694308GQ45 |
| ☐ | Pacific Gas & Electric Co | 6.35% due 2/15/2038 | 694308GM3 | US694308GM31 |
| ☐ | Pacific Gas & Electric Co | 6.75% due 10/1/2023 | 694308EY9 | US694308EY96 |
| ☐ | Pacific Gas & Electric Co | 6.75% due 10/1/2023 | 694308EZ6 | US694308EZ61 |
| ☐ | Pacific Gas & Electric Co | 7.05% due 3/1/2024 | 694308FB8 | US694308FB84 |
| ☐ | Pacific Gas & Electric Co | 7.05% due 3/1/2024 | 694308FP7 | US694308FP70 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308EM5 | US694308EM58 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308ET0 | US694308ET02 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308FQ5 | US694308FQ53 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308FY8 | US694308FY87 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308EV5 | US694308EV57 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FF9 | US694308FF98 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308EX1 | US694308EX14 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FR3 | US694308FR37 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FZ5 | US694308FZ52 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EP8 | US694308EP89 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EL7 | US694308EL75 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308FM4 | US694308FM40 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308FG7 | US694308FG71 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EK9 | US694308EK92 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 10/15/2018 | 694308GN1 | US694308GN14 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EQ6 | US694308EQ62 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EG8 | US694308EG80 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EN3 | US694308EN32 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308FJ1 | US694308FJ11 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308FW2 | US694308FW22 |
| ☐ | Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308EF0 | US694308EF08 |
| ☐ | Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308EJ2 | US694308EJ20 |
| ☐ | Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308FX0 | US694308FX05 |
| ☐ | Pacific Gas & Electric Co | 8.8% due 5/1/2024 | 694308DV6 | US694308DV66 |
| ☐ | CA DEV VAR-A-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WG31 | |
| ☐ | CA DEV VAR-B-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WG49 | |
| ☐ | CA DEV VAR-C-PACIFIC | Municipal Bond due 12/1/2016 | 13033WG56 | |
| ☐ | CA ECON-VAR-RF-3/14 | Municipal Bond due 12/1/2018 | 13033WG23 | |
| ☐ | CA ECON-VAR-RF-D-3/11 | Municipal Bond due 12/1/2016 | 13033WF73 | |
| ☐ | CA ECON-VAR-RF-E-3/11 | Municipal Bond ADJ% due 11/1/2026 | 13033WF81 | |
| ☐ | CA ECON-VAR-RF-F-3/12 | Municipal Bond ADJ% due 11/1/2026 | 13033WF99 | |
| ☐ | CA INFRA ECON DEV-F | Municipal Bond 1.75% due 11/1/2026 | 13034ASX9 | US13034ASX99 |
| ☐ | CA INFRA REF-GAS-F | Municipal Bond 3.75% due 11/1/2026 | 13033WU84 | |
| ☐ | CA INFRA VAR-A-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WRZ8 | |

| Check One Box Below | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number |
|---|---|---|---|---|
| ☐ | CA INFRA VAR-B-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WSA2 | |
| ☐ | CA INFRA VAR-C-PACIFI | Municipal Bond due 12/1/2016 | 13033WSB0 | |
| ☐ | CA INFRA VAR-D-PACIFI | Municipal Bond due 12/1/2016 | 13033WSC8 | |
| ☐ | CA INFRA VAR-E-PACIFI | Municipal Bond due 12/1/2016 | 13033WSD6 | |
| ☐ | CA INFRA VAR-F-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WSE4 | |
| ☐ | CA INFRA VAR-GAS-PACIFI | Municipal Bond due 12/1/2018 | 13033WU92 | |
| ☐ | CA INFRA VAR-G-PACIFI | Municipal Bond due 12/1/2018 | 13033WSF1 | |
| ☐ | CA INFRA VAR-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WW33 | |
| ☐ | CA INFRA VAR-PACIFIC | Municipal Bond due 12/1/2016 | 13033WW41 | |
| ☐ | CA INFRA VAR-PACIFIC | Municipal Bond due 12/1/2016 | 13033WW58 | |
| ☐ | CA INFRA VAR-REF-PACI | Municipal Bond ADJ% due 11/1/2026 | 13033WW25 | |
| ☐ | CA INFRA-RF-C-PACIFIC | Municipal Bond due 12/1/2016 | 13033W3G6 | |
| ☐ | CA INFRA-RF-D-PACIFIC | Municipal Bond due 12/1/2016 | 13033W3K7 | |
| ☐ | CA INFRA-RF-E-PACIFIC | Municipal Bond 2.25% due 11/1/2026 | 13033W3Z4 | |
| ☐ | CA INFRA-RF-VAR-A-PAC | Municipal Bond 3.75% due 11/1/2026 | 13033W3H4 | US13033W3H41 |
| ☐ | CA INFR-VR-RF-B-PACIF | Municipal Bond 3.75% due 11/1/2026 | 13033W3J0 | US13033W3J07 |
| ☐ | CA PCR DLY PAPER-PACI | Municipal Bond 4% due 11/1/2026 | 130534XA3 | US130534XA35 |
| ☐ | CA PCR DLY-PAC-E-CONV | Municipal Bond 3.5% due 11/1/2026 | 130534XX3 | US130534XX38 |
| ☐ | CA PCR DLY-REF-F-PACI | Municipal Bond 3.25% due 11/1/2026 | 130534XD7 | US130534XD73 |
| ☐ | CA PCR DLY-REF-G-PACI | Municipal Bond ADJ% due 2/1/2016 | 130534XE5 | |
| ☐ | CA PCR VAR CAPCO MADR | Municipal Bond ADJ% due 9/1/2019 | 130535BA4 | US130535BA48 |
| ☐ | CA PCR VAR-REF-B-PACI | Municipal Bond 3.5% due 11/1/2026 | 130534XL9 | US130534XL99 |
| ☐ | CA PCR-REF-A-PAC | Municipal Bond 5.35% due 12/1/2016 | 130534WY2 | |
| ☐ | CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534A83 | |
| ☐ | CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B66 | |
| ☐ | CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534A91 | |
| ☐ | CA POLLUTN-REF-A-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZP8 | |
| ☐ | CA POLLUTN-REF-B-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZQ6 | |
| ☐ | CA POLLUTN-REF-C-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZR4 | US130534ZR42 |
| ☐ | CA POLLUTN-REF-D-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZS2 | |
| ☐ | CA POOLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B25 | |
| ☐ | CA POOLT-PCS GAS REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B33 | |
| ☐ | CALIFORNIA ST INFRAST | Municipal Bond 1.75% due 11/1/2026 | 13034ASZ4 | US13034ASZ48 |
| ☐ | NEVADA IRR YUBA PAC | Municipal Bond 3.75% due 7/1/2013 | 641321BT0 | |
| ☐ | SOLANO IRR DIST DIV 1 | Municipal Bond 9.15% due 1/1/2020 | 834125AN6 | US834125AN62 |
| ☐ | SOLANO IRR DIST DIV 2 | Municipal Bond 9.25% due 1/1/2020 | 834125AM8 | US834125AM89 |
| ☐ | SOLANO IRR REF-MONTIC | Municipal Bond 5.47% due 1/1/2020 | 834125BC9 | US834125BC98 |
| ☐ | SOLANO IRR-REF-MONTIC | Municipal Bond 5.29% due 1/1/2016 | 834125AY2 | |
| ☐ | SOLANO IRR-UNREF-#2 | Municipal Bond 9.15% due 1/1/2020 | 834125BF2 | |
| ☐ | SOLANO IRR-UNREF-#2 | Municipal Bond 9.25% due 1/1/2020 | 834125BG0 | US834125BG03 |