# EXHIBIT C

# Electronic Filing Instructions
## PG&E Trading Information Request Form

**Important Notes**

- Electronic file submissions are available to institutions, banks, brokers and third-party filers, or to individuals filing more than 50 transactions.

- Electronic file submissions **MUST** be accompanied by all **required** documents as set forth in the "**Required Documentation**" section of these instructions.

- **All ELECTRONIC FILE SUBMISSIONS MUST BE ENTERED ON THE TEMPLATE(S) THAT FOLLOW THESE INSTRUCTIONS.** Electronic file submissions **MUST** be submitted in the **required** format, specified in this document. The templates in this workbook are as follows:
    - Cover Sheet
    - Common Stock Transactions
    - Preferred Stock Transactions
    - Debt Securities Transactions
    - Put Options Transactions
    - Call Options Transactions

- Provide all trade dates in **U.S.** date format **(MM/DD/YYYY)**.

- **A separate electronic file should be submitted for each separate beneficial owner/entity.** If the beneficial owner/entity of the securities supporting the submission trades through multiple accounts (no matter how many separate accounts that entity has), all transactions of that beneficial owner/entity through all of its accounts should be included in the same submission. **ONLY SUBMIT ONE FILE PER EACH BENEFICIAL OWNER/ENTITY. DO NOT INCLUDE TRANSACTIONAL INFORMATION FOR ANY OTHER BENEFICIAL OWNER/ENTITY IN THE SUBMISSION.**

- In the Cover Letter that you are submitting, you **MUST** provide the name and contact information for the beneficial owner/entity that you are providing this electronic submission for. **Failure to provide this information may result in your submission being rejected.**

- All transactions and holding positions **must** reference an appropriate security identifier (CUSIP) in column A of your submission.

- Negative values may **only** be given for beginning and ending/unsold holdings. All other transactions must reflect positive values. **DO NOT SUBMIT INFORMATION FOR CANCELLED TRADES.**

- **Trading Information Request Forms MUST be submitted no later than [_____]. Any submissions received after that date may be rejected.**

**Eligible Securities**

- Eligible Securities are included in the worksheet titled "Eligible Securities". For your conveinence, we have included a brief description describing which eligible securities relate to Common, Preferred, or Debt Securities. **Note: For option contracts, only those option contracts related to Common Stock should be included in your submission.**

**Instructions**

1  This Electronic Workbook contains 9 tabs:
      Instructions, Required File Layout, Cover Sheet, Eligible Securities, and 5 securities related transactions tabs.

2  Follow these Instructions and submit the completed "Cover Sheet" along with all required documentation listed on the Cover Sheet with your submission.

3  Populate the applicable worksheets titled "Common Stock Transactions", "Preferred Stock Transactions", "Debt Securities Transactions", "Put Options Transactions", and "Call Options Transactions". Do not change the name of any transactional worksheets or remove any transactional worksheets when submitting your file.

   - For **Common Stock**, list beginning holdings as of close of trading **April 28, 2015**. The relevant time period for transactional information is **April 29, 2015 through February 12, 2019**, inclusive. **DO NOT INCLUDE DIVIDENDS**. Ending Holdings should be detailed as of close of trading **Februrary 12, 2019**.
   - For **Preferred Stock**, **Debt Securities** or **Option Contracts**, list beginning holdings as of close of trading **April 28, 2015**. The relevant time period for transactional information is **April 29, 2015 through July 1, 2020**, inclusive. **DO NOT INCLUDE DIVIDENDS OR COUPONS**. Ending Holdings should be detailed as of close of trading **July 1, 2020**.

5  Complete the Excel Workbook and save a copy for your records.
   *Upon completion, the Instructions, Required File Layout, and Eligible Securities may be removed.*

6  Save the File using this naming convention:
   **PGE_ELEC_[Filing Entity Name]_[Beneficial Owner Name].xls**
       *If more than one Excel file is being submitted, differentiate the files with sequential numbers after the [Beneficial Owner Name]. Max character limit for filename is 95.*

| Eligible Securities & Transaction Requirements |
|---|

**Required Transaction Codes:**
BH = Total number of shares/contracts or securities owned as of close of trading on **4/28/2015**
P = Purchases from **4/29/2015 through July 1, 2020**, inclusive, or **4/29/2015 through February 12, 2019**, inclusive (for Common Stock) **DO NOT INCLUDE DIVIDENDS OR COUPONS**
D = Transfer In **from 4/29/2015 through July 1, 2020**, inclusive, or **4/29/2015 through February 12, 2019**, inclusive (for Common Stock) *
E = Exchange In from **4/29/2015 through July 1, 2020**, inclusive - **ONLY USE WHEN DESCRIBING AN EXCHANGE OF A DEBT RELATED SECURITY**
S = Sales from **4/29/2015 through July 1, 2020**, inclusive, or **4/29/2015 through February 12, 2019**, inclusive for Common Stock **DO NOT INCLUDE DIVIDENDS OR COUPONS**
T = Transfer Out from **4/29/2015 through July 1, 2020**, inclusive, or **4/29/2015 through February 12, 2019**, inclusive for Common Stock *
X = Exchange Out from 4/29/2015 through July 1, 2020, inclusive - **ONLY USE WHEN DESCRIBING AN EXCHANGE OF A DEBT RELATED SECURITY**
EH = End Holding as of close of trading on **July 1, 2020,** or **February 12, 2019** (for Common Stock)

* Free receive/free deliver (transfer in/out) transactions must be included in the data as this information is necessary in order for the submission to balance. A free receive or transfer in must be reflected as transaction type "D" and a free deliver or transfer out must be reflected as transaction type "T" (prices and net amounts must be zero).

**Control Totals:**
Each account submitted must "balance":   **BH + P + D + E = S + T + X + EH**
**Claims that do not balance may be rejected.**

| DOCUMENTATION REQUIREMENTS |
|---|

You are **REQUIRED** to provide the following documents with your electronic submission. FAILURE TO PROVIDE ALL OF THE REQUESTED DOCUMENTS **MAY RESULT IN YOUR SUBMISSION BEING REJECTED.**

1. **ONE SIGNED TRADING INFORMATION REQUEST FORM**
   - You must sign the Certification and Attestation page of the Trading Information Request Form, which will serve as an "umbrella" or "master" form for all transactions in your electronic file.
   - The Trading Information Request Form must be signed by an authorized signatory who is also listed on your signature verification document and state the capacity (job title) of the signatory.

2. **SIGNATURE VERIFICATION DOCUMENT**
   - If you are an institution filing on your own behalf or on behalf of either beneficial owners/entities or a third-party filer filing on behalf of beneficial owners/entities, you must provide a document verifying that the individual who signed the Trading Information Request Form and any supplemental documents is authorized to sign on your behalf. Some common types of documents that fulfill this requirement include the following (this list is not exclusive and Non-US entities may have different documents that fulfill this requirement. If you are a non-US entity, you must submit an equivalent document):
      - Copy of filer's By-Laws, including signature page(s)
      - Copy of filer's Corporate Resolution, including signature page(s)
      - Notarized Affidavit signed by an officer of the filing institution or company clearly granting a specific individual(s) authorization or confirming his/her authority to sign on behalf of his/her institution or company.

3. **DATA VERIFICATION DOCUMENT**
   - If you are an institution filing on your own behalf or on behalf of either beneficial owners/entities or a third-party filer filing on behalf of beneficial owners/entities, you must provide a notarized affidavit or signed letter on your firm's letterhead which meets the below criteria:
      - Sets forth the source of the data for the transactions included in your file;
      - Attests to the truth and accuracy of the data in your file; and
      - Is executed by an authorized signatory who is listed on your firm's signature verification document, and specifies the capacity of that signatory.

4. **AUTHORIZATION DOCUMENT (*IF FILING ON BEHALF OF CLIENTS OR CUSTOMERS*)**
   - If you are an institution filing on your own behalf or on behalf of either beneficial owners/entities or a third-party filer filing on behalf of beneficial owners/entities OTHER THAN YOURSELF, you must provide a current document verifying that you are authorized to file transactions and sign on behalf of the beneficial owner/entity of the securities. Some common types of documents that fulfill this requirement include the following (this list is not exclusive and non-US entities may have different documents that fulfill this requirement. If you are a non-US entity, you must submit an equivalent document):
      - Power of Attorney
      - Service Agreement
      - Signed/dated letter on client's company letterhead specifically granting your company authority to file/sign submissions on their behalf

5. **COVER LETTER (*WORKSHEET TITLED "COVER LETTER" OF THIS WORKBOOK* )**
   - You MUST fill out all required fields in the Cover Letter, including the filing entities contact information and the name and contact information for the beneficial owner/entity you are providing this submission for.

| ADDITIONAL DOCUMENTATION (IF REQUESTED) - DATA INTEGRITY AUDIT |
|---|

The Debtors may request filers, as deemed appropriate by the Debtors or other parties, who file electronic submissions to provide additional documentation to support the information submitted. This data integrity audit is designed to verify the overall integrity and accuracy of the data file(s). Accordingly, you must provide all the requested documentation and the documentation provided must be independent in nature.

Even if you provided a letter/affidavit attesting to the truth and accuracy of the data you initially submitted with your electronic file, we will require specific documentary evidence, which may include trade confirmations, monthly statements, or equivalent, to independently verify the details of transactions and/or holding positions, if your file is selected for a data integrity audit.

**\*FAILURE TO COMPLY WITH THIS AUDIT REQUEST MAY RESULT IN THE REJECTION OF ALL DATA ON YOUR ELECTRONIC SUBMISSION\***

# REQUIRED FILE LAYOUT

| FILING ENTITY INFORMATION (COVER SHEET) | | | |
|---|---|---|---|
| Field | Description | Character Limit | Notes |
| COMPANY | | 45 | Required |
| FIRST NAME | | 45 | Required |
| MIDDLE INITIAL | | 45 | Required |
| LAST NAME | | 45 | Required |
| ADDRESS 1 | | 45 | Required |
| ADDRESS 2 | | 45 | Required |
| CITY | | 45 | Required |
| STATE | | 45 | Required |
| ZIP CODE | | 45 | Required |
| COUNTRY | | 45 | Required |
| CONTACT PHONE NUMBER | | 45 | Required |
| EMAIL ADDRESS | | 45 | Required |
| TRANSACTION COUNT | | 45 | Required |
| UNIQUE ID | The Unique ID you received in the notice for the beneficial owner you are submitting this file for | 13 | Required |
| ADDITIONAL UNIQUE IDS | If you received multiple unique IDs for the same beneficial owner, list those IDs in this field | 45 | Required |
| **BENEFICIAL OWNER INFORMATION (COVER SHEET)** | | | |
| Field | Description | Character Limit | Notes |
| FIRST NAME | | 45 | Required |
| MIDDLE INITIAL | | 45 | Required |
| LAST NAME | | 45 | Required |
| ADDRESS 1 | | 45 | Required |
| ADDRESS 2 | | 45 | Required |
| CITY | | 45 | Required |
| STATE | | 45 | Required |
| ZIP CODE | | 45 | Required |
| COUNTRY | | 45 | Required |
| LAST 4 DIGITS OF SSN OR EIN | | 45 | Required |
| CONTACT PHONE NUMBER | | 45 | Required |
| EMAIL ADDRESS | | 45 | Required |
| **ALL SECURITY TYPES** | | | |
| Field | Description | Character Limit | Notes |
| CUSIP | The relevant securities identifier (see tab "Eligible Securities") | 9 | Required for each transaction or holding listed |
| ACCOUNT NUMBER | The account number(s) for each transaction for the beneficial owner/entity | 25 | |
| TRANSACTION TYPE | BH - Beginning Holdings, P - Purchase, S - Sale, D - Transfer In or Free Receipt, E - Exchange In, T - Transfer Out or Free Delivery, X - Exchange Out, EH - Ending Holdings | 2 | Required for each transaction in the specific format |
| TRANSACTION DATE | MM/DD/YYYY format - MUST BE TRADE DATE | 10 | Required for each transaction in the specific format |
| QUANTITY | Number of shares, securities or contracts associated with the transaction | 20 | This value can **only** be negative of short beginning or ending holding balances or shares involved in free receipt or free deliver (transfer in/out) |
| PRICE PER SHARE / TOTAL PAR AMOUNT / FACE VALUE / PRICE PER CONTRACT | Price of each share of common or preferred stock, or contract for options, or par amount / face value for debt securities | 20 | This column should **only** be blank when providing beginning or ending holdings or shares/securities/contracts involved in free receipt or deliver (transfer in/out) |
| AGGREGATE COST/AMOUNT RECEIVED | Total value of the transaction, excluding commissions, fees, taxes and interest | 20 | This column should **only** be blank when providing beginning or ending holdings or shares/securities/contracts involved in free receipt or deliver (transfer in/out) |
| CURRENCY TYPE | Type of currency associated with this transaction (USD, EUR, GBP, etc.) | 3 | Required if values are not in USD |
| **COMMON STOCK SPECIFIC FIELDS** | | | |
| RESULT OF EXERCISED OPTION | A = Assigned, E = Exercised | 1 | Required if purchase or sale is the result of an option |
| **PUT / CALL OPTION CONTRACTS SPECIFIC FIELDS** | | | |
| STRIKE PRICE | The set price the option contract can be bought or sold at when it is exercised | 20 | Required for all option contracts |
| EXPRIATION DATE | MM/DD/YYYY Format | 10 | Required for each option contract in the specific format |
| ASSIGNED OR EXERCISED | A = Assigned, E = Exercised | 2 | Required for each option contract that did not expire |
| ASSIGNED OR EXERCISED DATE | MM/DD/YYYY | 10 | Required for each option contract that did not expire |

# ELECTRONIC FILING COVER SHEET

*All fields are required. Failure to provide this information may result in your files being rejected*

**Documents Included in this Submission:**

| Document | |
|---|---|
| Trading Information Request Form: | ☐ Check |
| Signature Verification Document: | ☐ Check |
| Data Verification Document: | ☐ Check |
| Authorization Document: | ☐ Check |
| Cover Letter (this tab): | ☐ Check |

## FILING ENTITY INFORMATION

- COMPANY NAME:
- FIRST NAME:          MIDDLE INITIAL:          LAST NAME:
- ADDRESS 1:
- ADDRESS 2:
- CITY:          STATE:          ZIP CODE:
- CONTACT PHONE NUMBER:
- EMAIL ADDRESS:

## FILE SUBMISSION INFORMATION

- TRANSACTION COUNT:
- UNIQUE ID: *(listed in the Notice that you received)*
- If you received multiple notices on behalf of the same beneficial owner/entity, please list those other Unique IDs here (separate each with a comma):
- SPECIAL NOTES:

## BENEFICIAL OWNER/ENTITY INFORMATION

- FIRST NAME:          MIDDLE INITIAL:          LAST NAME:
- ADDRESS 1:
- ADDRESS 2:
- CITY:          STATE:          ZIP CODE:
- LAST 4 DIGITS OF SSN OR EIN:
- CONTACT PHONE NUMBER:
- EMAIL ADDRESS:

| ELIGIBLE SECURITIES | | | | |
|---|---|---|---|---|
| Issuer of Securities | Securities Description | CUSIP Number | ISIN Number | Security Type |
| PG&E Corp | Common Stock (including any contract options related thereto) | 69331C108 | US69331C1080 | Common Stock |
| Pacific Gas & Electric Co | Preferred 4.36 PERP/CALL | 694308883 | US6943088830 | Preferred Stock |
| Pacific Gas & Electric Co | Preferred 4.5 PERP/CALL | 694308800 | US6943088004 | Preferred Stock |
| Pacific Gas & Electric Co | Preferred 4.8 PERP/CALL | 694308701 | US6943087014 | Preferred Stock |
| Pacific Gas & Electric Co | Preferred 5 PERP/CALL | 694308503 | US6943085034 | Preferred Stock |
| Pacific Gas & Electric Co | Preferred 5 PERP/CALL | 694308602 | US6943086024 | Preferred Stock |
| Pacific Gas & Electric Co | Preferred 5 PERPETUAL | 694308404 | US6943084045 | Preferred Stock |
| Pacific Gas & Electric Co | Preferred 5.5 PERPETUAL | 694308305 | US6943083054 | Preferred Stock |
| Pacific Gas & Electric Co | Preferred 6% Dividend PERPETUAL | 694308206 | US6943082064 | Preferred Stock |
| Pacific Gas & Electric Co | 0.45835% due 5/11/2015 | 694308HJ9 | US694308HJ92 | Debt Security |
| Pacific Gas & Electric Co | 1.51778% due 11/30/2017 | 694308HQ3 | US694308HQ36 | Debt Security |
| Pacific Gas & Electric Co | 2.45% due 8/15/2022 | 694308HB6 | US694308HB66 | Debt Security |
| Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | 694308HU4 | US694308HU48 | Debt Security |
| Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | 694308HT7 | US694308HT74 | Debt Security |
| Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | U69430AD5 | USU69430AD52 | Debt Security |
| Pacific Gas & Electric Co | 2.95% due 3/1/2026 | 694308HP5 | US694308HP52 | Debt Security |
| Pacific Gas & Electric Co | 3.25% due 6/15/2023 | 694308HC4 | US694308HC40 | Debt Security |
| Pacific Gas & Electric Co | 3.25% due 9/15/2021 | 694308GW1 | US694308GW13 | Debt Security |
| Pacific Gas & Electric Co | 3.3% due 12/1/2027 | 694308HW0 | US694308HW04 | Debt Security |
| Pacific Gas & Electric Co | 3.3% due 12/1/2027 | U69430AE3 | USU69430AE36 | Debt Security |
| Pacific Gas & Electric Co | 3.3% due 12/1/2027 | 694308HV2 | US694308HV21 | Debt Security |
| Pacific Gas & Electric Co | 3.3% due 3/15/2027 | 694308HS9 | US694308HS91 | Debt Security |
| Pacific Gas & Electric Co | 3.4% due 8/15/2024 | 694308HK6 | US694308HK65 | Debt Security |
| Pacific Gas & Electric Co | 3.5% due 10/1/2020 | 694308GT8 | US694308GT83 | Debt Security |
| Pacific Gas & Electric Co | 3.5% due 6/15/2025 | 694308HM2 | US694308HM22 | Debt Security |
| Pacific Gas & Electric Co | 3.75% due 2/15/2024 | 694308HG5 | US694308HG53 | Debt Security |
| Pacific Gas & Electric Co | 3.75% due 8/15/2042 | 694308HA8 | US694308HA83 | Debt Security |
| Pacific Gas & Electric Co | 3.85% due 11/15/2023 | 694308HE0 | US694308HE06 | Debt Security |
| Pacific Gas & Electric Co | 3.95% due 12/1/2047 | 694308HY6 | US694308HY69 | Debt Security |
| Pacific Gas & Electric Co | 3.95% due 12/1/2047 | 694308HX8 | US694308HX86 | Debt Security |
| Pacific Gas & Electric Co | 3.95% due 12/1/2047 | U69430AF0 | USU69430AF01 | Debt Security |
| Pacific Gas & Electric Co | 4% due 12/1/2046 | 694308HR1 | US694308HR19 | Debt Security |
| Pacific Gas & Electric Co | 4.25% due 3/15/2046 | 694308HN0 | US694308HN05 | Debt Security |
| Pacific Gas & Electric Co | 4.25% due 5/15/2021 | 694308GV3 | US694308GV30 | Debt Security |
| Pacific Gas & Electric Co | 4.25% due 8/1/2023 | 694308HZ3 | US694308HZ35 | Debt Security |
| Pacific Gas & Electric Co | 4.25% due 8/1/2023 | U69430AG8 | USU69430AG83 | Debt Security |
| Pacific Gas & Electric Co | 4.3% due 3/15/2045 | 694308HL4 | US694308HL49 | Debt Security |
| Pacific Gas & Electric Co | 4.45% due 4/15/2042 | 694308GZ4 | US694308GZ44 | Debt Security |
| Pacific Gas & Electric Co | 4.5% due 12/15/2041 | 694308GY7 | US694308GY78 | Debt Security |
| Pacific Gas & Electric Co | 4.6% due 6/15/2043 | 694308HD2 | US694308HD23 | Debt Security |
| Pacific Gas & Electric Co | 4.65% due 8/1/2028 | 694308JA6 | US694308JA65 | Debt Security |
| Pacific Gas & Electric Co | 4.65% due 8/1/2028 | U69430AH6 | USU69430AH66 | Debt Security |
| Pacific Gas & Electric Co | 4.75% due 2/15/2044 | 694308HH3 | US694308HH37 | Debt Security |
| Pacific Gas & Electric Co | 5.125% due 11/15/2043 | 694308HF7 | US694308HF70 | Debt Security |
| Pacific Gas & Electric Co | 5.4% due 1/15/2040 | 694308GS0 | US694308GS01 | Debt Security |
| Pacific Gas & Electric Co | 5.625% due 11/30/2017 | 694308GL5 | US694308GL57 | Debt Security |
| Pacific Gas & Electric Co | 5.8% due 3/1/2037 | 694308GJ0 | US694308GJ02 | Debt Security |
| Pacific Gas & Electric Co | 5.8% due 3/1/2037 | 694308GK7 | US694308GK74 | Debt Security |
| Pacific Gas & Electric Co | 6.05% due 3/1/2034 | 694308GE1 | US694308GE15 | Debt Security |
| Pacific Gas & Electric Co | 6.05% due 3/1/2034 | 694308GH4 | US694308GH46 | Debt Security |
| Pacific Gas & Electric Co | 6.25% due 3/1/2039 | 694308GQ4 | US694308GQ45 | Debt Security |
| Pacific Gas & Electric Co | 6.35% due 2/15/2038 | 694308GM3 | US694308GM31 | Debt Security |
| Pacific Gas & Electric Co | 6.75% due 10/1/2023 | 694308EY9 | US694308EY96 | Debt Security |
| Pacific Gas & Electric Co | 6.75% due 10/1/2023 | 694308EZ6 | US694308EZ61 | Debt Security |
| Pacific Gas & Electric Co | 7.05% due 3/1/2024 | 694308FB8 | US694308FB84 | Debt Security |
| Pacific Gas & Electric Co | 7.05% due 3/1/2024 | 694308FP7 | US694308FP70 | Debt Security |
| Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308EM5 | US694308EM58 | Debt Security |
| Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308ET0 | US694308ET02 | Debt Security |
| Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308FQ5 | US694308FQ53 | Debt Security |
| Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308FY8 | US694308FY87 | Debt Security |
| Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308EV5 | US694308EV57 | Debt Security |
| Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FF9 | US694308FF98 | Debt Security |
| Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308EX1 | US694308EX14 | Debt Security |
| Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FR3 | US694308FR37 | Debt Security |
| Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FZ5 | US694308FZ52 | Debt Security |
| Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EP8 | US694308EP89 | Debt Security |
| Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EL7 | US694308EL75 | Debt Security |
| Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308FM4 | US694308FM40 | Debt Security |
| Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308FG7 | US694308FG71 | Debt Security |
| Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EK9 | US694308EK92 | Debt Security |
| Pacific Gas & Electric Co | 8.25% due 10/15/2018 | 694308GN1 | US694308GN14 | Debt Security |
| Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EQ6 | US694308EQ62 | Debt Security |
| Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EG8 | US694308EG80 | Debt Security |
| Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EN3 | US694308EN32 | Debt Security |
| Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308FJ1 | US694308FJ11 | Debt Security |
| Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308FW2 | US694308FW22 | Debt Security |
| Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308EF0 | US694308EF08 | Debt Security |

## ELIGIBLE SECURITIES

| Issuer of Securities | Securities Description | CUSIP Number | ISIN Number | Security Type |
|---|---|---|---|---|
| Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308EJ2 | US694308EJ20 | Debt Security |
| Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308FX0 | US694308FX05 | Debt Security |
| Pacific Gas & Electric Co | 8.8% due 5/1/2024 | 694308DV6 | US694308DV66 | Debt Security |
| CA DEV VAR-A-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WG31 | | Debt Security |
| CA DEV VAR-B-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WG49 | | Debt Security |
| CA DEV VAR-C-PACIFIC | Municipal Bond due 12/1/2016 | 13033WG56 | | Debt Security |
| CA ECON-VAR-RF-3/14 | Municipal Bond due 12/1/2018 | 13033WG23 | | Debt Security |
| CA ECON-VAR-RF-D-3/11 | Municipal Bond due 12/1/2016 | 13033WF73 | | Debt Security |
| CA ECON-VAR-RF-E-3/11 | Municipal Bond ADJ% due 11/1/2026 | 13033WF81 | | Debt Security |
| CA ECON-VAR-RF-F-3/12 | Municipal Bond ADJ% due 11/1/2026 | 13033WF99 | | Debt Security |
| CA INFRA ECON DEV-F | Municipal Bond 1.75% due 11/1/2026 | 13034ASX9 | US13034ASX99 | Debt Security |
| CA INFRA REF-GAS-F | Municipal Bond 3.75% due 11/1/2026 | 13033WU84 | | Debt Security |
| CA INFRA VAR-A-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WRZ8 | | Debt Security |
| CA INFRA VAR-B-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WSA2 | | Debt Security |
| CA INFRA VAR-C-PACIFI | Municipal Bond due 12/1/2016 | 13033WSB0 | | Debt Security |
| CA INFRA VAR-D-PACIFI | Municipal Bond due 12/1/2016 | 13033WSC8 | | Debt Security |
| CA INFRA VAR-E-PACIFI | Municipal Bond due 12/1/2016 | 13033WSD6 | | Debt Security |
| CA INFRA VAR-F-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WSE4 | | Debt Security |
| CA INFRA VAR-GAS-PACIFI | Municipal Bond due 12/1/2018 | 13033WU92 | | Debt Security |
| CA INFRA VAR-G-PACIFI | Municipal Bond due 12/1/2018 | 13033WSF1 | | Debt Security |
| CA INFRA VAR-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WW33 | | Debt Security |
| CA INFRA VAR-PACIFIC | Municipal Bond due 12/1/2016 | 13033WW41 | | Debt Security |
| CA INFRA VAR-PACIFIC | Municipal Bond due 12/1/2016 | 13033WW58 | | Debt Security |
| CA INFRA VAR-REF-PACI | Municipal Bond ADJ% due 11/1/2026 | 13033WW25 | | Debt Security |
| CA INFRA-RF-C-PACIFIC | Municipal Bond due 12/1/2016 | 13033W3G6 | | Debt Security |
| CA INFRA-RF-D-PACIFIC | Municipal Bond due 12/1/2016 | 13033W3K7 | | Debt Security |
| CA INFRA-RF-E-PACIFIC | Municipal Bond 2.25% due 11/1/2026 | 13033W3Z4 | | Debt Security |
| CA INFRA-RF-VAR-A-PAC | Municipal Bond 3.75% due 11/1/2026 | 13033W3H4 | US13033W3H41 | Debt Security |
| CA INFR-VR-RF-B-PACIF | Municipal Bond 3.75% due 11/1/2026 | 13033W3J0 | US13033W3J07 | Debt Security |
| CA PCR DLY PAPER-PACI | Municipal Bond 4% due 11/1/2026 | 130534XA3 | US130534XA35 | Debt Security |
| CA PCR DLY-PAC-E-CONV | Municipal Bond 3.5% due 11/1/2026 | 130534XX3 | US130534XX38 | Debt Security |
| CA PCR DLY-REF-F-PACI | Municipal Bond 3.25% due 11/1/2026 | 130534XD7 | US130534XD73 | Debt Security |
| CA PCR DLY-REF-G-PACI | Municipal Bond ADJ% due 2/1/2016 | 130534XE5 | | Debt Security |
| CA PCR VAR CAPCO MADR | Municipal Bond ADJ% due 9/1/2019 | 130535BA4 | US130535BA48 | Debt Security |
| CA PCR VAR-REF-B-PACI | Municipal Bond 3.5% due 11/1/2026 | 130534XL9 | US130534XL99 | Debt Security |
| CA PCR-REF-A-PAC | Municipal Bond 5.35% due 12/1/2016 | 130534WY2 | | Debt Security |
| CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534A83 | | Debt Security |
| CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B66 | | Debt Security |
| CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534A91 | | Debt Security |
| CA POLLUTN-REF-A-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZP8 | | Debt Security |
| CA POLLUTN-REF-B-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZQ6 | | Debt Security |
| CA POLLUTN-REF-C-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZR4 | US130534ZR42 | Debt Security |
| CA POLLUTN-REF-D-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZS2 | | Debt Security |
| CA POOLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B25 | | Debt Security |
| CA POOLT-PCS GAS REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B33 | | Debt Security |
| CALIFORNIA ST INFRAST | Municipal Bond 1.75% due 11/1/2026 | 13034ASZ4 | US13034ASZ48 | Debt Security |
| NEVADA IRR YUBA PAC | Municipal Bond 3.75% due 7/1/2013 | 641321BT0 | | Debt Security |
| SOLANO IRR DIST DIV 1 | Municipal Bond 9.15% due 1/1/2020 | 834125AN6 | US834125AN62 | Debt Security |
| SOLANO IRR DIST DIV 2 | Municipal Bond 9.25% due 1/1/2020 | 834125AM8 | US834125AM89 | Debt Security |
| SOLANO IRR REF-MONTIC | Municipal Bond 5.47% due 1/1/2020 | 834125BC9 | US834125BC98 | Debt Security |
| SOLANO IRR-REF-MONTIC | Municipal Bond 5.29% due 1/1/2016 | 834125AY2 | | Debt Security |
| SOLANO IRR-UNREF-#2 | Municipal Bond 9.15% due 1/1/2020 | 834125BF2 | | Debt Security |
| SOLANO IRR-UNREF-#2 | Municipal Bond 9.25% due 1/1/2020 | 834125BG0 | US834125BG03 | Debt Security |