Cathy Yanni (SBN 105036)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
Telephone: 415-774-2635
Facsimile: 415-982-5287
Email: cathy@cathyyanni.com

*Administrator of the Wildfire Assistance Program*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>This Document Relates to All Cases | Bankruptcy Case No. 19-30088<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**QUARTERLY REPORT OF THE ADMINISTRATOR OF THE WILDFIRE ASSISTANCE PROGRAM**<br><br>**Related Docket Nos.: 2223 and 2409** |

## QUARTERLY REPORT OF THE ADMINISTRATOR

Cathy Yanni, the court-appointed Administrator of the Wildfire Assistance Program hereby submits her fifth Quarterly Report pursuant to this Court's *Supplemental Order (A) Approving Appointment of Administrator and Establishing Guidelines for the Wildfire Assistance Program and (B) Granting Related Relief*, dated June 5, 2019 [Docket No. 2409] (the "Appointment Order"). This Quarterly Report provides an update on the status of the Administrator's work from July 1, 2020 to September 30, 2020 (the "Reporting Period").

A. **BACKGROUND.**

On October 8, 2017, multiple fires began spreading throughout Northern California. Collectively, the Atlas, Adobe, Blue, Cascade, Cherokee, Honey, LaPorte, Lobo, Macaama, McCourtney, Nuns, Norrbom, Partrick, Pocket, Point, Pressley, Pythian, Redwood, Sulphur, Tubbs, and "37" fires ("2017 Wildfires") burned over 245,000 acres and destroyed an estimated 8,900 structures. On November 8, 2018, another wildfire began near Paradise, California (together with the 2017 Wildfires, the "2017 and 2018 Wildfires"), burning over 153,300 acres and destroying more than 13,900 residences. The Camp Fire in Paradise is the deadliest and most destructive fire in California history.

On May 1, 2019, Pacific Gas & Electric Company ("PG&E") filed a motion to establish a $105 million fund (the "Wildfire Assistance Fund") to provide relief from the financial stress and burden for those who lost their homes due to the 2017 and 2018 Wildfires ("Wildfire Claimants"). The Court approved the motion on May 23, 2019, and appointed Cathy Yanni as the Administrator of the Wildfire Assistance Program on June 5, 2019. The Program is intended to provide financial assistance to Wildfire Claimants who are in the most need. The Appointment Order states that "a Wildfire Claimant who receives a payment from the Wildfire Assistance Fund and who subsequently is entitled to receive a distribution from the Debtors in respect of a claim on account of the 2017 and 2018 Wildfires (a "Claim Distribution") will have the amount of such payment received from the Wildfire Assistance Fund deducted from that Claim Distribution." The Appointment Order also requires the Administrator to "prepare and, within 30 days after the end of a quarterly period (or such longer period as may be agreed to by the Administrator and the Committees or as authorized by Court order), file quarterly reports with the Court and serve such reports on counsel to the Debtors and the Committees. These reports shall include (i) the number of applications submitted to and processed by the Wildfire Assistance Program during the preceding

quarter, and (ii) an account of the receipts and disbursements from the Wildfire Assistance Fund during the preceding quarter."

B. **ACTIVITIES DURING THE REPORTING PERIOD.**

Pursuant to the Appointment Order, the Administrator continued to fulfill her duties to ensure the fair and equitable distribution of the Wildfire Assistance Fund consistent with the principles and guidelines as established by the Court. Specifically, the Administrator applied the Eligibility Criteria filed with the Court on August 15, 2019 [Docket No. 3556] to identify and issue payments to eligible Wildfire claimants.

1. **Communication with Claimants.**

   **(a) Public Website and Social Media.**

Claimants continued to interact with the informational mobile-friendly public website, www.NorCalWildfireAssistanceProgram.com, during the Reporting Period. There have been over 320,000 unique visits to the website, 75% of which come from users on mobile devices, since the Administrator launched the website in July 2019. Claimants have accessed the mobile version of the online portal over 240,000 times to obtain Program information, submit a claim, and/or receive claim status updates.

In addition to the public website, the Administrator maintains a Facebook page to share program information with the public. Over 15,300 visits to the website have originated from links posted on social media sites (*i.e.*, Facebook, Instagram, Twitter, LinkedIn), including direct clicks from the Program's Facebook page and from social media pages operated by local community members, agencies, and organizations.

   **(b) Dedicated Call Center and Email Inbox.**

BrownGreer operates a Call Center with a toll-free phone number and dedicated email address for claimants and attorneys to contact the Wildfire Assistance Program with questions. The

Call Center is currently staffed with four trained, live agents Monday through Friday, 8:00 a.m. to 5:00 p.m. PT. The Call Center has handled over 46,700 calls since BrownGreer opened its Call Center in August 2019, with approximately 4,700 occurring during the Reporting Period.

BrownGreer maintains a dedicated email inbox allowing claimants, lawyers, and others to email the Wildfire Assistance Program. BrownGreer monitors the inbox seven days a week, providing quick responses to claimants' questions and following up with calls to discuss any particularly complex issues. When necessary, inquiries sent to the inbox are answered directly by the Administrator.

Claimants and lawyers also have emailed and called the Administrator and BrownGreer staff directly requesting assistance and have received responses in less than 24 hours.

2. **Claims Submission.**

The deadline to submit Wildfire Assistance Program Claim Forms was November 15, 2019. The Administrator worked with BrownGreer to provide a secure mobile-friendly online portal for claimants to complete a single Claim Form for both Basic Unmet Needs and Supplemental Unmet Needs claims. The Administrator allowed the portal to remain open for claimants to submit Claim Forms until December 31, 2019 to align with the deadline to file Proof of Claim Forms in the PG&E bankruptcy litigation. As noted in the Claims Administrator's previous Quarterly Reports, the WAP continued to accept new claims or updates to existing claims until January 31, 2020.

C. **CURRENT PROGRAM STATISTICS.**

1. **Basic Unmet Needs Claims**

In total, 18,315 claimants submitted complete claim forms for Basic Unmet Needs to the Wildfire Assistance Program. Of the 18,315 claimants who submitted complete claim forms for Basic Unmet Needs, the Administrator determined 15,087 (82%) to be eligible for payment, for a total of $75,271,000 in disbursements.

## 2. Supplemental Unmet Needs Claims.

The Eligibility Criteria specifies that claimants who asserted a Supplemental Unmet Needs claim and who the Wildfire Assistance Program determined were eligible for a Basic Unmet Needs payment could also receive payment for Supplemental Unmet Needs. The Wildfire Assistance Program approved 3,907 Supplemental Unmet Needs claims and disbursed a total of $25,338,750 to eligible claimants.

## 3. Total Payments to Eligible Claimants.

Since issuing its first payment on August 28, 2019, the Wildfire Assistance Program has disbursed claimant payments totaling $100,609,750. The Administrator will allocate the remaining funds to eligible claimants and Administrative Expenses. Table 1 shows receipts and disbursements from the Wildfire Assistance Fund.

| | | Table 1. Fund Receipts and Disbursements | |
|---|---|---|---|
| | | **Description** | **Amount** |
| **1.** | | **Total Receipts** | **$105,733,401** |
| | | (a) Settlement Fund | $105,000,000 |
| | | (b) Interest Earned | $733,401 |
| **2.** | | **Total Disbursements** | **$105,490,043** |
| | | (a) Basic Unmet Needs Payments to Eligible Claimants | $75,271,000 |
| | | (b) Supplemental Unmet Needs Payments to Eligible Claimants | $25,338,750 |
| | | (c) Administrative Expenses | $4,880,293 |
| **3.** | | **Remaining Funds to Disburse** | **$243,359** |

### D. FUTURE EFFORTS.

The Wildfire Assistance Program has reviewed all filed Basic and Supplemental Unmet Needs claims to a final determination. The Administrator will disburse all remaining funds to eligible claimants within the fourth quarter of 2020.

E. **CONCLUSION**.

The Administrator will continue to perform her responsibilities and duties consistent with the Appointment Order and all other directives of this Court and will issue her next quarterly report in accordance with the Appointment Order.

Dated: October 30, 2020                     Respectfully submitted,

                                            /s/ Cathy Yanni
                                            CATHY YANNI
                                            Administrator, Wildfire Assistance Program