| | |
|---|---|
| 1 | TODD J. DRESSEL (S.B. No. 220812) |
| | MCGUIREWOODS LLP |
| 2 | tdressel@mcguirewoods.com |
| 3 | Two Embarcadero Center |
| | Suite 1300 |
| 4 | San Francisco, CA 94111-3821 |
| | Telephone: (415) 844-9944 |
| 5 | Facsimile: (415) 844-9922 |
| 6 | *Counsel to Dominion Energy, Inc., and Certain Affiliates* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | ) Case No. 19-30088 (DM) |
| | ) Chapter 11 |
| **PG&E CORPORATION,** | ) (Lead Case) |
| | ) (Jointly Administered) |
| - and – | ) |
| | ) **NOTICE OF WITHDRAWAL OF** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | ) **DOMINION ENERGY, INC. AND** |
| | ) **CERTAIN AFFILIATES' LIMITED** |
| **Debtors.** | ) **OBJECTION AND RESERVATION OF** |
| | ) **RIGHTS WITH RESPECT TO CURE** |
| ☐ Affects PG&E Corporation | ) **AMOUNTS UNDER PLAN** |
| ☐ Affects Pacific Gas & Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| | ) **Relates to Dkt. No. 7196** |

**PLEASE TAKE NOTICE THAT** Dominion Energy, Inc. hereby withdraws *Dominion Energy, Inc. and Certain Affiliates' Limited Objection and Reservation of Rights with Respect to Cure Amounts Under Plan* [Dkt. No. 7196].

Dated: October 30, 2020        **MCGUIREWOODS LLP**

By: /s/ Todd J. Dressel
Todd J. Dressel
*Counsel to Dominion Energy, Inc. and Certain Affiliates*