Michael S. Danko (SBN 111359)
Kristine K. Meredith (SBN 158243)
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, California 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com

Eric Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

Dario de Ghetaldi (SBN 126782)
Amanda L. Riddle (SBN 215221)
**COREY, LUZAICH**
**DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O Box 669
Millbrae, California 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com

Attorneys for
*Michael Lamberts and Martha Lamberts*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>&<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Case No. 19-30088<br>Chapter 11<br>(Lead Case)<br><br>**DECLARATION OF MICHAEL S. DANKO IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |

1
DECLARATION OF MICHAEL S. DANKO IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

I, Michael S. Danko, declare as follows:

1. I am an attorney duly admitted to practice before all courts of the State of California, including the Northern District.

2. I am an attorney with Danko Meredith ("Firm"), attorney of record for Bankruptcy claimants, Michael Lamberts and Martha Lamberts.

3. I am informed and believe that facts set forth in this Declaration are true of my personal knowledge, and if called upon to do so I could and would competently testify to these facts.

4. On November 16, 2018, Michael and Martha Lamberts signed a retainer agreement ("Agreement") with the Firm, engaging the Firm for legal representation to prosecute their legal action against PG&E Corporation and Pacific Gas and Electric Company for damages caused by the Camp Fire.

5. On November 19, 2018, the Firm filed Mass Tort Complaint on behalf of Michael and Martha Lamberts in San Francisco County Superior Court, Tom Reinert v. PG&E Corporation, A California Corporation, case no. CGC-18-571432.

6. On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company ("Debtors") filed voluntary petitions for bankruptcy under Chapter 11 of Title 11 of the United States Code, initiating bankruptcy case number 19-30088 in the Bankruptcy Court for the Northern District of California, San Francisco Division ("Bankruptcy Case").

7. On October 15, 2019, the Firm filed claim no. 66484 on behalf of Michael Lamberts and claim no. 66339 on behalf of Martha Lamberts.

8. On December 20, 2019, the Firm filed amended claim no. 91554 on behalf of Martha Lamberts.

9. On September 25, 2020, Michael Lamberts spoke with a member of my staff and as a result of that conversation it appeared to clear to me that the attorney-client relationship had broken down irreconcilably.

10. On September 27, 2020, I spoke with Michael Lamberts personally. As a result of that conversation, it was clear to me that the attorney-client relationship had indeed broken

2

DECLARATION OF MICHAEL S. DANKO IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

down irreconcilably and that, furthermore, ethical consideration required the Firm's withdrawal.

11. On September 29, 2020, per their representations that they were obtaining new counsel, the Firm sent Michael and Martha Lamberts the Updated Attorney Representation Forms.

12. There has been no contact from either Michael or Martha Lamberts since September 27, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27 2020.

_____
Michael S. Danko

3
DECLARATION OF MICHAEL S. DANKO IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

Case: 19-30088    Doc# 9387-1    Filed: 11/02/20    Entered: 11/02/20 15:37:16    Page 3 of 3