| | |
|---|---|
| Michael S. Danko (SBN 111359)<br>Kristine K. Meredith (SBN 158243)<br>**DANKO MEREDITH**<br>333 Twin Dolphin Drive, Suite 145<br>Redwood Shores, California 94065<br>Telephone: (650) 453-3600<br>Facsimile: (650) 394-8672<br>mdanko@dankolaw.com<br>kmeredith@dankolaw.com | Dario de Ghetaldi (SBN 126782)<br>Amanda L. Riddle (SBN 215221)<br>**COREY, LUZAICH**<br>**DE GHETALDI & RIDDLE LLP**<br>700 El Camino Real<br>P.O Box 669<br>Millbrae, California 94030<br>Telephone: (650) 871-5666<br>Facsimile: (650) 871-4144<br>deg@coreylaw.com<br>alr@coreylaw.com |

Eric Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

Attorneys for
*Michael Lamberts and Martha Lamberts*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>&<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Case No. 19-30088<br>Chapter 11<br>(Lead Case)<br><br>**[PROPOSED] ORDER AUTHRORIZING WITHDRAWAL OF COUNSEL** |

1    **THIS CAUSE** having come before the Court, upon the Motion to Withdraw of the law
2    firm of Danko Meredith, as counsel for Plaintiffs, Michael and Martha Lambert, and the Court
3    having reviewed the motion, and being otherwise fully advised in the premise, it is hereby:
4    ORDERED AND ADJUDGED that
5    1. The Motion to Withdraw is hereby GRANTED.
6    2. Danko Meredith is hereby permitted to withdraw as counsel for forthwith and shall have
7    no further obligation in this matter.

9    DATED: _____
                                              HONORABLE JUDGE OF THE COURT