Michael S. Danko (SBN 111359)
Kristine K. Meredith (SBN 158243)
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, California 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com

Eric Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

Dario de Ghetaldi (SBN 126782)
Amanda L. Riddle (SBN 215221)
**COREY, LUZAICH**
**DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O Box 669
Millbrae, California 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com

Attorneys for
*Michael Lamberts and Martha Lamberts*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>**&**<br><br>**PACIFIC GAS AND ELECTIC COMPANY,**<br><br>Debtors. | Case No. 19-30088<br>Chapter 11<br>(Lead Case)<br><br>**CERTIFICATE OF SERVICE** |

I, Laura Farcich, do declare and state as follows:

1.      I am employed in San Mateo County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Corey, Luzaich, de Ghetaldi, and Riddle LLP, 700 El Camino Real, Millbrae, CA 94030.

2.      I certify that on November 2, 2020, I caused a true and correct copy of each of the following documents to be electronically served on the interested parties who are receiving notices electronically through the Court's ECF e-noticing system as set forth on the Notice of Electronic Filing from the U.S. Bankruptcy Court for the Northern District of California, San Francisco Division. A copy of the Service List is attached as Exhibit A.

3.      I certify that on November 2, 2020, I caused a true and correct copy of each of the following documents to be via First Class Mail on the Standard Party First Class Mail Service List attached hereto as Exhibit B.

- *NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES);*

- *DECLARATION OF MICHAEL S. DANKO IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL;*

- *[PROPOSED] ORDER AUTHRORIZING WITHDRAWAL OF COUNSEL*

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 2nd day of November, 2020, at Millbrae, CA.

Laura Farcich

# EXHIBIT A

Elliot Adler on behalf of Creditor
Mirna Trettevik
eadler@theadlerfirm.com,
bzummer@theadlerfirm.com

Aaron L. Agenbroad on behalf of Interested Party GE
Grid Solutions, LLC alagenbroad@jonesday.com,
saltamirano@jonesday.com

Pamela Allen on behalf of Interested Party California Department of
Industrial Relations pallen@dir.ca.gov

Annadel A. Almendras on behalf of Interested Party California Department of Toxic
Substances Control annadel.almendras@doj.ca.gov

Destiny N. Almogue on behalf of Interested Party Atlantica Yield plc
Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com

Monique D. Almy on behalf of
Creditor Nexant Inc.
malmy@crowell.com

Dana M. Andreoli on behalf of Creditor Tanforan Industrial Park, LLC
dandreoli@steyerlaw.com, mterry@steyerlaw.com

Anne Andrews on behalf of Creditor
Agajanian, Inc.
aa@andrewsthornton.com,
aandrews@andrewsthornton.com

Philip Anker on behalf of Creditor Canyon
Capital Advisors LLC
Philip.Anker@wilmerhale.com,
whdocketing@wilmerhale.com

Richard L. Antognini on behalf of Requestor Richard
Lawrence Antognini rlalawyer@yahoo.com,
hallonaegis@gmail.com

Tyson Arbuthnot on behalf of Interested Party ACCO Engineered
Systems, Inc. tarbuthnot@rjo.com, jyeung@rjo.com

Lauren T. Attard on behalf of Creditor Committee Official Committee
of Tort Claimants lattard@bakerlaw.com, agrosso@bakerlaw.com

Herb Baer
hbaer@primeclerk.com, ecf@primeclerk.com

Kathryn E. Barrett on behalf of Creditor TURN-The
Utility Reform Network keb@svlg.com, amt@svlg.com

Chris Bator on behalf of Creditor Committee Official Committee of
Tort Claimants cbator@bakerlaw.com, jmcguigan@bakerlaw.com

Ronald S. Beacher on behalf of
Creditor SPCP Group, LLC
rbeacher@pryorcashman.com

Hagop T. Bedoyan on behalf of Creditor KINGS RIVER
WATER ASSOCIATION hbedoyan@kleinlaw.com,
ecf@kleinlaw.com

Andrew David Behlmann on behalf of Interested Party Public Employees Retirement
Association of New Mexico abehlmann@lowenstein.com, elawler@lowenstein.com

Tanya Behnam on behalf of Creditor Marble Ridge Master Fund LP
tbehnam@polsinelli.com, tanyabehnam@gmail.com

James C. Behrens on behalf of Creditor Committee Official Committee Of Unsecured
Creditors jbehrens@milbank.com, mkoch@milbank.com

Jacob Taylor Beiswenger on behalf of Interested Party Department of Finance for the
State of California jbeiswenger@omm.com, llattin@omm.com

James T. Bentley on behalf of Creditor Centerbridge Partners,
L.P. james.bentley@srz.com, Kelly.Knight@srz.com

Peter J. Benvenutti on behalf of 3rd Pty Defendant Pacific Gas
and Electric Company pbenvenutti@kbkllp.com

Robert Berens on behalf of Creditor XL Specialty
Insurance Company rberens@smtdlaw.com,
sr@smtdlaw.com

Ronald F. Berestka, Jr. on behalf of Creditor George Vlazakis
rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com

Heinz Binder on behalf of Creditor
Almendariz Consulting, Inc.
heinz@bindermalter.com

Jared D. Bissell on behalf of Creditor Osmose
Utilities Services, Inc.
jared.bissell@troutman.com

Neil Jon Bloomfield on behalf of Creditor American
Construction and Supply Inc. njbloomfield@njblaw.com,
gklump@njblaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee /
SF jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Paige Boldt on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp
Fire Litigation pboldt@wattsguerra.com, cwilson@wattsguerra.com

Ameneh Maria Bordi on behalf of Interested Party
Calpine Corporation ameneh.bordi@kirkland.com,
leo.rosenberg@kirkland.com

Jason Borg on behalf of Creditor
Grant Smelser
jborg@jasonborglaw.com

Mark Bostick on behalf of Other Prof.
Michael G. Kasolas
mbostick@wendel.com,
bankruptcy@wendel.com

James L. Bothwell on behalf of Creditor K. Hovnanian
California Region, Inc., et al jbothwell@hugueninkahn.com,
jguzman@hugueninkahn.com

Peter R. Boutin on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility
Revolving Credit Facility peter.boutin@kyl.com, lara.joel@kyl.com

Erin N. Brady on behalf of Interested Party Hummingbird Energy
Storage, LLC enbrady@jonesday.com

Lee Brand on behalf of Debtor PG&E Corporation
lee.brand@pillsburylaw.com,
docket@pillsburylaw.com

Gregory A. Bray on behalf of Creditor Committee Official Committee Of Unsecured
Creditors gbray@milbank.com

Michael D. Breslauer on behalf of Creditor Righetti Ranch LP
and Righetti NC, LLC mbreslauer@ecf.courtdrive.com,
wyones@swsslaw.com

W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical
Workers Local Union 1245 molly.batiste-debose@lockelord.com

Chane Buck on behalf of stockholders
PG&E Shareholders
cbuck@jonesday.com

Kathlene Burke on behalf of Interested Party Atlantica Yield plc
kathlene.burke@skadden.com, burke.kathlene@gmail.com

Elizabeth J. Cabraser on behalf
of Creditor Lore Olds
ecabraser@lchb.com,
awolf@lchb.com

Anthony P. Cali on behalf of Creditor Public Advocates Office at the California Public
Utilities Commission anthony.cali@stinson.com, lindsay.petrowski@stinson.com

Peter C. Califano on behalf of Creditor CALAVERAS TELEPHONE
COMPANY pcalifano@cwclaw.com

Steven M. Campora on behalf of Creditor
Chippewa Pest Control, Inc.
scampora@dbbwc.com, nlechuga@dbbwc.com

Leah E. Capritta on behalf of Defendant Tiger Natural Gas, Inc.
leah.capritta@hklaw.com, lori.labash@hklaw.com

Nicholas A. Carlin on behalf of
Creditor Anthony Gantner
nac@phillaw.com, rac@phillaw.com

Katherine Rose Catanese on behalf of Interested Party
CoreLogic Solutions, LLC kcatanese@foley.com

Jennifer Machlin Cecil on behalf of Interested Party City of
San Jose, California JCecil@winston.com,
ECF_SF@winston.com

Barry A. Chatz on behalf of
Creditor SBA Steel II, LLC
barry.chatz@saul.com,
barry.chatz@gmail.com

Karen J. Chedister on behalf of Creditor
GER Hospitality, LLC kchedister@h-
jlaw.com

Christina Lin Chen on behalf of Creditor MRO
Integrated Solutions, LLC
christina.chen@morganlewis.com,
christina.lin.chen@gmail.com

Richard A. Chesley on behalf of Other Prof.
FTI Consulting, Inc.
richard.chesley@dlapiper.com,
bill.countryman@dlapiper.com

Kevin Chiu on behalf of Interested Party
Centaurus Capital LP
kevin.chiu@bakerbotts.com,
rory.fontenla@bakerbotts.com

Jacquelyn H. Choi on behalf of Creditor County of Santa Clara Department of Tax
and Collections jacquelyn.choi@rimonlaw.com

Shawn M. Christianson on behalf of Creditor
Oracle America, Inc.
schristianson@buchalter.com

Robert N.H. Christmas on behalf of Interested Party California Self-
Insurers' Security Fund rchristmas@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Jae Angela Chun on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the
Camp Fire Litigation ajc@chun.law, teresa@tosdallaw.com

Gerard T. Cicero on behalf of Other Prof.
John K. Trotter
GCicero@brownrudnick.com,
NKhalatova@brownrudnick.com

Louis J. Cisz, III on behalf of Creditor E2
Consulting Engineers, Inc.
lcisz@nixonpeabody.com

Alicia Clough on behalf of Interested Party California Power
Exchange Corporation aclough@loeb.com

Tiffany Strelow Cobb on behalf of Creditor Nuance
Communications, Inc. tscobb@vorys.com

John B. Coffman on behalf of
Interested Party AARP
john@johncoffman.net

Kevin G. Collins on behalf of Interested Party
Miller Pipeline, LLC kevin.collins@btlaw.com

Brian S. Conlon on behalf of Plaintiff
Anthony Gantner bsc@phillaw.com,
rac@phillaw.com

Charles Cording on behalf of Interested Party Ad Hoc Group of
Subrogation Claim Holders ccording@willkie.com, mao@willkie.com

Manuel Corrales, Jr. on behalf of Creditor Barbara Zelmer
mannycorrales@yahoo.com, hcskanchy@hotmail.com

Anne Costin on behalf of Creditor
Todd Hearn
anne@costinlawfirm.com

Donald H. Cram, III on behalf of Interested Party HDI
Global Specialty SE dhc@severson.com

Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior
Unsecured Creditors of Pacific Gas and Electric Company
avcrawford@akingump.com, dkrasa-berstell@akingump.com

J. Russell Cunningham on behalf of Attorney J
Russell Cunningham rcunningham@dnlc.net,
emehr@dnlc.net

Keith J. Cunningham on behalf of Interested Party California Department of Water
Resources kcunningham@pierceatwood.com, rkelley@pierceatwood.com

Keith J. Cunningham on behalf of Interested Party California
Independent System Operator rkelley@pierceatwood.com

James D. Curran on behalf of Creditor Liberty Mutual
Insurance Company jcurran@wolkincurran.com,
dstorms@wolkincurran.com

Tambra Curtis on behalf of Creditor Sonoma County
tambra.curtis@sonoma-county.org,
Kristin.whalley@sonoma-county.org

Ashleigh A. Danker on behalf of Interested Party G4S
Secure Integration LLC ashleigh.danker@dinsmore.com

Stacy A. Dasaro on behalf of Creditor MML
Investment Advisers, LLC
sdasaro@goodwinlaw.com

James M. Davis on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants
Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
jdavis@cglaw.com

Nicolas De Lancie on behalf of Interested Party
SummerHill Homes, LLC
ndelancie@jmbm.com

Judith A. Descalso on behalf of Creditor
CM Distributors, Inc.
jad_9193@ecf.courtdrive.com

Andrew G. Devore on behalf of Interested Party Elliott
Management Corporation andrew.devore@ropesgray.com,
nova.alindogan@ropesgray.com

Erin Elizabeth Dexter on behalf of Creditor Committee Official Committee Of
Unsecured Creditors edexter@milbank.com

Shounak S. Dharap on behalf of
Creditor Enrique Guzman
ssd@arnslaw.com, mec@arnslaw.com

Kathryn S. Diemer on behalf of Defendant The Ad Hoc Group of
Subrogation Claim Holders kdiemer@diemerwei.com

Kathryn S. Diemer on behalf of Plaintiff Ad Hoc Group of
Subrogation Claim Holders kdiemer@diemerwhitman.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Caroline R. Djang on behalf of Creditor
City of Lafayette
caroline.djang@bbklaw.com,
Laurie.Verstegen@bbklaw.com

Krystal Dong on behalf of
Creditor Krystal Dong
ykdong@gmail.com

Jonathan R. Doolittle on behalf of Creditor BP Energy
Company jdoolittle@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Consolidated
Edison Development, Inc.
jonathan.doolittle@pillsburylaw.com

Jennifer V. Doran on behalf of Creditor Telvent USA, LLC
jdoran@hinckleyallen.com

Dustin M. Dow on behalf of Creditor Committee Official Committee
of Tort Claimants ddow@bakerlaw.com, jmcguigan@bakerlaw.com

Jamie P. Dreher on behalf of Creditor A. Teichert & Son, Inc. d/b/a
Teichert Aggregates jdreher@downeybrand.com

Todd Dressel on behalf of Interested Party Dominion Energy, Inc.
tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com

Geoffrey B. Dryvynsyde on behalf of Creditor California Public
Utilities Commision gbd@cpuc.ca.gov,
geoffrey.dryvynsyde@cpuc.ca.gov

Jeffrey Aaron Dubbin on behalf of Interested Party Public Employees Retirement Association
of New Mexico jdubbin@labaton.com, echan-lee@labaton.com

Matthew Ducharme on behalf of Interested Party Pacific Investment
Management Company LLC matthew.ducharme@hoganlovells.com,
tracy.southwell@hoganlovells.com

Cecily Ann Dumas on behalf of Creditor Committee Official Committee of Tort
Claimants cdumas@bakerlaw.com, hhammonturano@bakerlaw.com

Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured
Creditors ddunne@milbank.com, jbrewster@milbank.com

Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured
Creditors cprice@milbank.com, jbrewster@milbank.com

Huonganh Annie Duong on behalf of Creditor A.J. Excavation Inc.
annie.duong@mccormickbarstow.com,
dawn.houston@mccormickbarstow.com

Luke N. Eaton on behalf of 3rd Party Plaintiff AECOM
Technical Services, Inc. eatonl@pepperlaw.com,
monugiac@pepperlaw.com

Kevin M. Eckhardt on behalf of Interested Party DTE Stockton, LLC
keckhardt@hunton.com, candonian@huntonak.com

Daniel G. Egan on behalf of Interested Party Elliott
Management Corporation daniel.egan@ropesgray.com,
nova.alindogan@ropesgray.com

Joseph A. Eisenberg on behalf of Creditor The Act 1 Group,
Inc. JAE1900@yahoo.com

Michele Ellison on behalf of Creditor
Camblin Steel Service, Inc.
mellison@gibbsgiden.com,
lrochelle@gibbsgiden.com

David Emerzian on behalf of Creditor A.J. Excavation Inc.
Melany.Hertel@mccormickbarstow.com

G. Larry Engel on behalf of Creditor Sonoma
Clean Power Authority larry@engeladvice.com

Krista M. Enns on behalf of
Creditor ACRT, Inc.
kenns@beneschlaw.com

Scott Esbin on behalf of
Creditor SPCP Group, LLC
sesbin@esbinalter.com

Joseph M. Esmont on behalf of Creditor Committee Official
Committee of Tort Claimants jesmont@bakerlaw.com

Michael P. Esser on behalf of Interested Party Calpine Corporation
michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com

Richard W. Esterkin on behalf of Creditor ARG Contact LLC
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Michael S. Etkin on behalf of Interested Party Public Employees Retirement
Association of New Mexico metkin@lowenstein.com

Jacob M. Faircloth on behalf of Creditor Aztrack
Construction Corporation
jacob.faircloth@smolsonlaw.com

Brett D. Fallon on behalf of Creditor Quest Diagnostics Health &
Wellness LLC bfallon@morrisjames.com, wweller@morrisjames.com

Michael C. Fallon on behalf of Creditor
Ahlborn Fence & Steel, Inc
manders@fallonlaw.net

Joana Fang on behalf of Creditor
Fire Victims jf@kbklawyers.com,
icd@kbklawyers.com

Joseph Kyle Feist on behalf of Creditor
Camp Fire Claimants
jfeistesq@gmail.com,
info@norcallawgroup.net

David M. Feldman on behalf of Creditor Ad Hoc Committee of
Holders of Trade Claims DFeldman@gibsondunn.com

Matthew A. Feldman on behalf of Interested Party Ad Hoc Group of
Subrogation Claim Holders mfeldman@willkie.com

Jennifer Feldsher on behalf of Creditor The State of Oregon by and through the Oregon Investment Council on behalf of each of the
Oregon Public Employees Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fu
jennifer.feldsher@morganlewis.com, renee.robles@morganlewis.com

Mark E. Felger on behalf of Creditor Liberty Mutual
Insurance Company mfelger@cozen.com

James J. Ficenec on behalf of
Creditor Exponent, Inc.
James.Ficenec@ndlf.com,
caroline.pfahl@ndlf.com

John D. Fiero on behalf of Creditor
TRC Companies, Inc.
jfiero@pszjlaw.com,
ocarpio@pszjlaw.com

Kimberly S. Fineman on behalf of Creditor Association of California Water Agencies Joint Powers Insurance
Authority kfineman@nutihart.com, admin@nutihart.com

Stephen D. Finestone on behalf
of Creditor Aggreko
sfinestone@fhlawllp.com

Timothy M. Flaherty on behalf of Creditor Petro-Canada America
Lubricants, Inc. tflaherty@mpplaw.com

Daniel I. Forman on behalf of Interested Party Ad Hoc Group of
Subrogation Claim Holders dforman@willkie.com

Jonathan Forstot on behalf of Creditor Consolidated
Edison Development, Inc. john.murphy@troutman.com

Jonathan Forstot on behalf of Intervenor Consolidated
Edison Development, Inc. jonathan.forstot@troutman.com,
john.murphy@troutman.com

Matthew Hampton Foushee on behalf of Interested Party Hummingbird Energy
Storage, LLC hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Carolyn Frederick on behalf of Interested Party
The Mosaic Company cfrederick@prklaw.com

Peter Friedman on behalf of Interested Party Department of Finance for
the State of California pfriedman@omm.com

Roger F. Friedman on behalf of
Creditor ARB, Inc.
rfriedman@rutan.com,
csolorzano@rutan.com

Xiyi Fu on behalf of Creditor Quanta Energy Services LLC

jackie.fu@lockelord.com, taylor.warren@lockelord.com

Lars H. Fuller on behalf of Creditor Committee Official Committee of
Tort Claimants lfuller@bakerlaw.com

Thomas M. Gaa on behalf of Creditor
SALESFORCE.COM, INC.
tgaa@bbslaw.com

Larry W. Gabriel on behalf of Interested
Party Itron, Inc. lgabriel@bg.law,
nfields@bg.law

Gregg M. Galardi on behalf of Interested Party Elliott Management Corporation
gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Richard L. Gallagher on behalf of Interested Party Elliott
Management Corporation richard.gallagher@ropesgray.com

Craig Solomon Ganz on behalf of Creditor
Discovery Hydrovac
ganzc@ballardspahr.com,
hartt@ballardspahr.com

Jeffrey K. Garfinkle on behalf of Creditor
Henkels & McCoy, Inc.
jgarfinkle@buchalter.com

Oscar Garza on behalf of Other Prof. Centerview Partners LLC
ogarza@gibsondunn.com

Lisa S. Gast on behalf of Interested Party
City of Santa Clara lsg@dwgp.com,
lmk@dwgp.com

Paul R. Gaus on behalf of Creditor Tim Messer Construction Inc.
paul.gaus@mccormickbarstow.com

Duane M. Geck on behalf of Interested Party HDI
Global Specialty SE dmg@severson.com

Evelina Gentry on behalf of Creditor Transwestern Pipeline Company,
LLC evelina.gentry@akerman.com, robdiwa@akerman.com

Janet D. Gertz on behalf of Creditor
PaR Systems, LLC
jgertz@btlaw.com,
amattingly@btlaw.com

Christopher Gessner on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas
and Electric Company cgessner@akingump.com, NYMCO@akingump.com

R. Dale Ginter on behalf of Creditor
Emmerson Investments, Inc.
dginter@downeybrand.com

Jon T. Givens on behalf of Creditor Wildfire Class
Claimants givensjt@gmail.com,
cwilson@wattsguerra.com

Barry S. Glaser on behalf of Creditor Sonoma County Treasurer &
Tax Collector bglaser@lkfirm.com

Paul R. Glassman on behalf of Creditor Johnson
Controls, Inc. pglassman@sycr.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group,
L.L.C. gglazer@pszjlaw.com

Gabrielle Glemann on behalf of Intervenor
Capital Dynamics, Inc.

gabrielle.glemann@stoel.com,
rene.alvin@stoel.com

Jaime Godin on behalf of Plaintiff Allco Renewable Energy Limited
Jtouchstone@fddcm.com

Matthew A. Gold on behalf of
Creditor Argo Partners
courts@argopartners.net

Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort
Claimant Creditors eric.goldberg@dlapiper.com, eric-goldberg-
1103@ecf.pacerpro.com

Craig Goldblatt on behalf of Interested Party Canyon
Capital Advisors LLC
Craig.Goldblatt@wilmerhale.com,
whdocketing@wilmerhale.com

Amy L. Goldman on behalf of
Creditor RE Astoria LLC
goldman@lbbslaw.com

Eric S. Goldstein on behalf of Interested Party Gartner, Inc.
egoldstein@goodwin.com

Rhonda Stewart Goldstein on behalf of Creditor The Regents of the
University of California Rhonda.Goldstein@ucop.edu,
Lissa.Ly@ucop.edu

Richard H. Golubow on behalf of Creditor Hoffman Southwest Corp.
rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com

Michael J. Gomez on behalf of Creditor Lyles Utility Construction,
LLC mgomez@frandzel.com, dmoore@frandzel.com

Michael W. Goodin on behalf of Creditor XL Insurance America, Inc., etc.
mgoodin@clausen.com, mgenova@clausen.com

Eric R. Goodman on behalf of Creditor Committee Official Committee
of Tort Claimants egoodman@bakerlaw.com

Mark A. Gorton on behalf of
Attorney Mark Gorton
mgorton@boutininc.com,
cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Sonoma
Clean Power Authority
mgorton@boutinjones.com,
cdomingo@boutininc.com

Michael I. Gottfried on behalf of Creditor Chico Rent-A-Fence
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Louis Gottlieb on behalf of Interested Party Public Employees Retirement
Association of New Mexico Lgottlieb@labaton.com, mpenrhyn@labaton.com

Eric A. Grasberger on behalf of Plaintiff JH Kelly,
LLC eric.grasberger@stoel.com,
docketclerk@stoel.com

Debra I. Grassgreen on behalf of
Creditor Debra Grassgreen
hphan@pszjlaw.com

Debra I. Grassgreen on behalf of Interested Party The
Baupost Group, L.L.C. dgrassgreen@pszjlaw.com,
hphan@pszjlaw.com

Eric A. Gravink on behalf of Creditor
Csaba Wendel Mester eric@rhrc.net

Elizabeth A. Green on behalf of Creditor Committee Official Committee of Tort
Claimants egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com

Tracy Green on behalf of Creditor Quest Diagnostics Health &
Wellness LLC tgreen@wendel.com, bankruptcy@wendel.com

Mitchell B. Greenberg on behalf of Creditor Fire Victims
mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com

Brian Gregory on behalf of Creditor
Zackary Fernandez
b.gregory@veenfirm.com,
EL.Team@Veenfirm.com

Susan Sieger Grimm on behalf of Other Prof. John K. Trotter
SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com

Matthew W. Grimshaw on behalf of Creditor Certain Post-Petition Tort and Fire
Claimants matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com

Stuart G. Gross on behalf of Creditor San Francisco
Herring Association sgross@grosskleinlaw.com,
iatkinsonyoung@grosskleinlaw.com

Carl L. Grumer on behalf of Other Prof.
Carmel Financing, LLC
cgrumer@manatt.com,
mchung@manatt.com

Elizabeth M. Guffy on behalf of Creditor Dashiell Corporation
eguffy@lockelord.com, autodocket@lockelord.com

Lloyd C. Guintivano on behalf of
Creditor County of Lake
anitag@co.lake.ca.us,
lloydg@co.lake.ca.us

Cameron Gulden on behalf of U.S. Trustee Office of the U.S. Trustee /
SF cameron.m.gulden@usdoj.gov

Gokalp Y. Gurer on behalf of
Creditor City of Oroville
ggurer@akk-law.com,
skelly@akk-law.com

Mirco J. Haag on behalf of Creditor Bradley Tanks,
Inc. mhaag@buchalter.com,
dcyrankowski@buchalter.com

Laurie Hager on behalf of Interested Party Wilson Construction
Company lhager@sussmanshank.com

J. Noah Hagey on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas
and Electric Company hagey@braunhagey.com, tong@braunhagey.com

Oren Buchanan Haker on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind
Project LLC oren.haker@stoel.com, rene.alvin@stoel.com

Kristopher M. Hansen on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
dmohamed@stroock.com, mmagzamen@stroock.com

Adam C. Harris on behalf of Creditor Centerbridge Partners,
L.P. adam.harris@srz.com, james.bentley@srz.com

Robert G. Harris on behalf of Creditor
Almendariz Consulting, Inc.
rob@bindermalter.com

Christopher H. Hart on behalf of Interested Party Public Entities Impacted by the Wildfires chart@nutihart.com, nwhite@nutihart.com

Bryan L. Hawkins on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Jennifer C. Hayes on behalf of Creditor Aggreko jhayes@fhlawllp.com

Geoffrey A. Heaton on behalf of Creditor ArborMetrics Solutions, LLC gheaton@duanemorris.com, dmicros@duanemorris.com

Michael C. Hefter on behalf of Interested Party Pacific Investment Management Company LLC michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com

Alaina R. Heine on behalf of Interested Party State Farm Mutual Automobile Insurance Company alaina.heine@dechert.com, brett.stone@dechert.com

Cristina A. Henriquez on behalf of Creditor BNP Paribas chenriquez@mayerbrown.com

Stephen E. Hessler, P.C. on behalf of Interested Party Federal Monitor jozette.chong@kirkland.com

Matthew Heyn on behalf of Creditor California Governor's Office of Emergency Services matthew.heyn@doj.ca.gov

Sean T. Higgins on behalf of Creditor Agajanian, Inc. aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

Morgan R. Hirst on behalf of stockholders PG&E Shareholders mhirst@jonesday.com, mmelvin@jonesday.com

Michael R. Hogue on behalf of Creditor Cardno, Inc. hoguem@gtlaw.com, navarrom@gtlaw.com

David Holtzman on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY david.holtzman@hklaw.com

Alexandra S. Horwitz on behalf of Interested Party G4S Secure Integration LLC allie.horwitz@dinsmore.com

Linda Tai Hoshide on behalf of Interested Party Farmers Entities noemi.santiago@wilsonelser.com

Marsha Houston on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc. mhouston@reedsmith.com, hvalencia@reedsmith.com

Shane Huang on behalf of Defendant Federal Energy Regulatory Commission shane.huang@usdoj.gov

Brian D. Huben on behalf of Creditor Campos EPC, LLC hubenb@ballardspahr.com

Kelly L. Huey on behalf of Creditor McGrath Electric, Inc. khuey@burkeandkesslerlaw.com

Jonathan Hughes on behalf of Interested Party AT&T Corp. jane.rustice@aporter.com

Edward R. Huguenin on behalf of Creditor K. Hovnanian

California Region, Inc., et al ehuguenin@hugueninkahn.com,
jguzman@hugueninkahn.com

Michael A. Isaacs on behalf of Creditor Southwire Company, LLC
Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Mark V. Isola on behalf of Creditor MDR INC. dba ACCU-BORE
DIRECTIONAL DRILLING mvi@sbj-law.com

J. Eric Ivester on behalf of Intervenor First Solar, Inc.
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Atlantica Yield plc
Andrea.Bates@skadden.com

Kizzy L. Jarashow on behalf of Creditor MML
Investment Advisers, LLC
KJarashow@goodwinlaw.com,
AFraticelliLouallen@goodwinlaw.com

Ivan C. Jen on behalf of Interested Party Synergy Project
Management, Inc. ivan@icjenlaw.com

Monique Jewett-Brewster on behalf of Interested Party
The City of Oakland mjb@hopkinscarley.com,
eamaro@hopkinscarley.com

James O. Johnston on behalf of stockholders
PG&E Shareholders
jjohnston@jonesday.com

Chris Johnstone on behalf of Interested Party
ICE NGX Canada Inc.
chris.johnstone@wilmerhale.com,
whdocketing@wilmerhale.com

Andrew Jones on behalf of Creditor
Sencha Funding, LLC
andrew@ajoneslaw.com

Gregory K. Jones on behalf of Creditor Elster American Meter
Company, LLC GJones@dykema.com, cacossano@dykema.com

John L. Jones, II on behalf of
Creditor City of Arcata
JJones@chwlaw.us,
JLJones2@outlook.com

Robert A. Julian on behalf of Creditor Committee Official Committee
of Tort Claimants rjulian@bakerlaw.com,
hhammonturano@bakerlaw.com

George H. Kalikman on behalf of Interested Party Compass Lexecon,
LLC sdavenport@schnader.com

Roberto J. Kampfner on behalf of Interested Party San Diego Gas
& Electric Company rkampfner@whitecase.com,
mco@whitecase.com

Bonnie E. Kane on behalf of Creditor Carenet Pregnancy Center of
Paradise, Incorporated bonnie@thekanelawfirm.com,
skane@thekanelawfirm.com

Gary M. Kaplan on behalf of Creditor
Semper Construction, Inc.
gkaplan@fbm.com, calendar@fbm.com

Eve H. Karasik on behalf of Creditor Traffic
Management, Inc. ehk@lnbyb.com

Michael G. Kasolas

trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com

Elyssa S. Kates on behalf of Creditor Committee Official Committee
of Tort Claimants ekates@bakerlaw.com

Ori Katz on behalf of Interested Party
PG&E Holdco Group
okatz@sheppardmullin.com,
LSegura@sheppardmullin.com

William M. Kaufman on behalf of
Creditor Daleo Inc.
wkaufman@smwb.com

Jane G. Kearl on behalf of Creditor
Barnard Pipeline, Inc.
jkearl@watttieder.com,
jbenton@watttieder.com

Tobias S. Keller on behalf of Debtor PG&E
Corporation tkeller@kbkllp.com

Tobias S. Keller on behalf of Plaintiff PG&E Corporation
tkeller@kellerbenvenutti.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee /
SF ustpregion17.oa.ecf@usdoj.gov

Matthew K. Kelsey on behalf of Creditor Ad Hoc Committee of
Holders of Trade Claims mkelsey@gibsondunn.com

Gerald P. Kennedy on behalf of Creditor Agile Sourcing Partners, Inc.
gerald.kennedy@procopio.com, kristina.terlaga@procopio.com

Erica L. Kerman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
ekerman@willkie.com

Samuel A. Khalil on behalf of Creditor Committee Official Committee Of Unsecured
Creditors skhalil@milbank.com, jbrewster@milbank.com

Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc.,
et al. skidder@ktbslaw.com

Marc Kieselstein on behalf of Interested
Party Federal Monitor
carrie.oppenheim@kirkland.com

Jane Kim on behalf of Debtor
PG&E Corporation
jkim@kbkllp.com

Mary H. Kim on behalf of Interested Party State Farm Mutual Automobile Insurance
Company Mary.Kim@dechert.com, brett.stone@dechert.com

Kody D. L. Kleber on behalf of Creditor Committee Official
Committee of Tort Claimants kkleber@bakerlaw.com,
dmartinez@bakerlaw.com

Matthew Ryan Klinger on behalf of Creditor CitiGroup Financial
Products Inc. mklinger@sheppardmullin.com,
DGatmen@sheppardmullin.com

Bradley C. Knapp on behalf of Creditor International Brotherhood of Electrical Workers
Local Union 1245 bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Kelly V. Knight on behalf of Creditor Centerbridge Partners,
L.P. kelly.knight@srz.com

Lydia Vanessa Ko on behalf of Creditor Athanasia Vlazkis
Lvko@stonelawoffice.com

Thomas F. Koegel on behalf of
Creditor AT&T Corp.
tkoegel@crowell.com

Katherine Kohn on behalf of Debtor
PG&E Corporation
kkohn@groom.com,
ashahinllari@groom.com

Andy S. Kong on behalf of Creditor Genesys Telecommunications
Laboratories, Inc. kong.andy@arentfox.com,
Yvonne.Li@arentfox.com

Anna Kordas on behalf of stockholders
PG&E Shareholders
akordas@jonesday.com,
mmelvin@jonesday.com

Alan W. Kornberg on behalf of Creditor California Public Utilities
Commision akornberg@paulweiss.com

Bernard Kornberg on behalf of Interested Party Certain Interested Underwriters at Lloyds, London subscribing to Apollo Liability
Consortium 9984 bjk@severson.com

David I. Kornbluh on behalf of Creditor De Anza Tile Co., Inc.
dik@millermorton.com, mhr@millermorton.com

Lauren Kramer on behalf of Creditor North American
Fence & Railing, Inc. lkramer@rjo.com

Jeffrey C. Krause on behalf of Creditor Topaz Solar Farms LLC
jkrause@gibsondunn.com

Thomas R. Kreller on behalf of
Attorney Milbank LLP
tkreller@milbank.com

Lindsey E. Kress on behalf of Creditor California Insurance
Guarantee Association lkress@lockelord.com,
autodocket@lockelord.com

Hannah C. Kreuser on behalf of Creditor Burnett & Sons Planing
Mill and Lumber Co. hkreuser@porterlaw.com,
ooberg@porterlaw.com

Michael Thomas Krueger on behalf of Creditor ERM-West, Inc.
michael.krueger@ndlf.com, Havilyn.lee@ndlf.com

Marek P. Krzyzowski on behalf of Other Prof.
John K. Trotter
MKrzyzowski@brownrudnick.com,
SCalderon@brownrudnick.com

Robert T. Kugler on behalf of Creditor Public Advocates Office at the California Public
Utilities Commission robert.kugler@stinson.com

Duane Kumagai on behalf of Creditor Mesa Associates, Inc.
dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com

Brendan M. Kunkle on behalf of Creditor Daniel Kosta, as Guardian Ad Litem
for Minor Child M.K. bkunkle@abbeylaw.com, lmeyer@abbeylaw.com

Alisa C. Lacey on behalf of Creditor Public Advocates Office at the California Public
Utilities Commission alisa.lacey@stinson.com, karen.graves@stinson.com

Timothy S. Laffredi on behalf of U.S. Trustee Office of
the U.S. Trustee / SF timothy.s.laffredi@usdoj.gov,
patti.vargas@usdoj.gov

Timothy S. Laffredi on behalf of U.S. Trustee Office of

the U.S. Trustee /SF timothy.s.laffredi@usdoj.gov,
patti.vargas@usdoj.gov

Richard A. Lapping on behalf of Creditor GER Hospitality,
LLC rich@trodellalapping.com

Omeed Latifi on behalf of Creditor
Mirna Trettevik
olatifi@theadlerfirm.com,
kdeubler@theadlerfirm.com

John E. Lattin on behalf of
Creditor David Alonzo
jlattin@ostergar.com,
cslovenec@ostergar.com

Paul J. Laurin on behalf of Interested Party Energy Systems Group,
LLC plaurin@btlaw.com, slmoore@btlaw.com

Michael Lauter on behalf of Creditor CitiGroup
Financial Products Inc.
mlauter@sheppardmullin.com

Kenneth T. Law on behalf of Creditor
METRICSTREAM, INC. klaw@bbslaw.com

Francis J. Lawall on behalf of Interested
Party HydroChemPSC
francis.lawall@troutman.com,
susan.henry@troutman.com

Andrew Michael Leblanc on behalf of Creditor Committee Official Committee Of
Unsecured Creditors ALeblanc@milbank.com

Erica Lee on behalf of Creditor California Department of
Parks and Recreation Erica.Lee@doj.ca.gov

Scott Lee on behalf of Creditor RE Astoria LLC
scott.lee@lewisbrisbois.com,
monique.talamante@lewisbrisbois.com

Paul J. Leeds on behalf of
Creditor Garade LLC
leedsp@higgslaw.com

Edward J. Leen on behalf of Creditor Jefferies Leveraged Credit
Products, LLC eleen@mkbllp.com

Lisa Lenherr on behalf of Creditor Peninsula Corridor
Joint Powers Board llenherr@wendel.com,
bankruptcy@wendel.com

Matthew A. Lesnick on behalf of Interested Party CH2M
HILL Engineers, Inc. matt@lesnickprince.com,
jmack@lesnickprince.com

Bryn G. Letsch on behalf of Interested Party Everett Waining,
Jr. bletsch@braytonlaw.com

David B. Levant on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project
LLC david.levant@stoel.com, rene.alvin@stoel.com

Andrew H. Levin on behalf of Creditor Marin Clean
Energy alevin@wcghlaw.com

David Levine on behalf of Debtor
PG&E Corporation
dnl@groom.com

Marc A. Levinson on behalf of Creditor CCP Credit
Acquisition Holdings, L.L.C. Malevinson@orrick.com,

casestream@ecf.courtdrive.com

Dara Levinson Silveira on behalf of Debtor
PG&E Corporation dsilveira@kbkllp.com,
hrobertsdonnelly@kbkllp.com

Alexander James Demitro Lewicki on behalf of Defendant The Ad Hoc Group of
Subrogation Claim Holders kdiemer@diemerwei.com

Alexander James Demitro Lewicki on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
alewicki@diemerwei.com

William Thomas Lewis on behalf of Interested Party Fremont
Bank wtl@roblewlaw.com, kimwrenn@msn.com

Lauren Lifland on behalf of Interested Party Comcast Cable
Communications, LLC lauren.lifland@wilmerhale.com,
whdocketing@wilmerhale.com

William S. Lisa on behalf of Interested Party California Self-Insurers'
Security Fund jcaruso@nixonpeabody.com

William S. Lisa on behalf of Interested Party California Self-Insurers'
Security Fund wlisa@nixonpeabody.com,
jcaruso@nixonpeabody.com

Jonathan A. Loeb on behalf of Creditor
Sabre Industries, Inc.
jon.loeb@bingham.com

Michael B. Lubic on behalf of Creditor CN
Utility Consulting, Inc.
michael.lubic@klgates.com

John William Lucas on behalf of Interested Party The Baupost Group,
L.L.C. ocarpio@pszjlaw.com

Joseph R. Lucia on behalf of Creditor Fire Victims
PersonalInjuryGroup@RLSlawyers.com

Jane Luciano on behalf of
Creditor Jane Luciano jane-
luciano@comcast.net

Kerri Lyman on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey
Resource Group,Inc. klyman@irell.com, #-FirmPSDocketing@Steptoe.com

Carissa A. Lynch on behalf of Interested Party California
Franchise Tax Board Carissa.Lynch@ftb.ca.gov,
Martha.Gehrig@ftb.ca.gov

John H. MacConaghy on behalf of Creditor Committee Official Committee of Tort
Claimants macclaw@macbarlaw.com,
smansour@macbarlaw.com;kmuller@macbarlaw.com

Iain A. Macdonald on behalf of Creditor Surf to Snow Environmental
Resource Management, Inc. iain@macfern.com, ecf@macfern.com

Tracy L. Mainguy on behalf of Creditor Engineers and Scientists of California, Local
20, IFPTE tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Samuel R. Maizel on behalf of Creditor Southwire Company, LLC
samuel.maizel@dentons.com, alicia.aguilar@dentons.com

Adam Malatesta on behalf of Interested Party Dynegy Marketing and
Trade, LLC adam.malatesta@lw.com, adam--malatesta-
8393@ecf.pacerpro.com

Katharine Malone on behalf of Intervenor
Southern Power Company malonek@gtlaw.com

Liam K. Malone on behalf of Creditor Level-
It Installations, Ltd. malone@oles.com,
shahin@oles.com

Michael W. Malter on behalf of Creditor ChargePoint, Inc.
michael@bindermalter.com

Craig Margulies on behalf of Creditor Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies,
LLC and Fibrwrap Construction Services, Inc.
cmargulies@margulies-law.com, lsalazar@margulies-law.com

Geoffrey E. Marr on behalf of
Creditor Mirna Trettevik
gemarr59@hotmail.com

Richard A. Marshack on behalf of Creditor SLF Fire Victim Claimants
rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com

Catherine Martin on behalf of Creditor Simon
Property Group cmartin@simon.com,
rtucker@simon.com;bankruptcy@simon.com

Laila Masud on behalf of Creditor SLF Fire Victim Claimants
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com

David P. Matthews on behalf of Creditor Fire Victims
jrhoades@thematthewslawfirm.com,
aharrison@thematthewslawfirm.com
Patrick C. Maxcy on behalf of Interested Party Horace Mann Property & Casualty
Insurance Company patrick.maxcy@snrdenton.com

James J. Mazza, Jr. on behalf of Interested Party Atlantica Yield plc
james.mazza@skadden.com, wendy.lamanna@skadden.com

Benjamin P. McCallen on behalf of Interested Party Ad Hoc Group of Subrogation
Claim Holders bmccallen@willkie.com

Thomas E. McCurnin on behalf of Interested Party City of Morgan
Hill tmccurnin@bkolaw.com, kescano@bkolaw.com

Hugh M. McDonald on behalf of Creditor Consolidated
Edison Development, Inc. john.murphy@troutman.com

Hugh M. McDonald on behalf of Intervenor Consolidated
Edison Development, Inc. hugh.mcdonald@troutman.com,
john.murphy@troutman.com

C. Luckey McDowell on behalf of Interested Party Agua Caliente
Solar, LLC Luckey.McDowell@Shearman.com

Matthew D. McGill on behalf of Creditor Ad Hoc Committee of
Holders of Trade Claims MMcGill@gibsondunn.com

Melissa C. McLaughlin on behalf of Creditor Micro
Focus Software LLC mcmclaughlin@venable.com,
ataylor@venable.com

Edward Joseph McNeilly on behalf of Interested Party Pacific Investment
Management Company LLC edward.mcneilly@hoganlovells.com,
verbon.davenport@hoganlovells.com

Scott H. McNutt on behalf of
Examiner Bruce A Markell
SMcNutt@ml-sf.com, csnell@ml-
sf.com

Thomas Melone on behalf of Interested Party Allco Finance
Limited & Subsidiaries Thomas.Melone@gmail.com,
Thomas.Melone@AllcoUS.com

Peter Meringolo on behalf of Creditor Mount Veeder Springs

LLC peter@pmrklaw.com

Frank A. Merola on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP
Administrative Agent lacalendar@stroock.com, mmagzamen@stroock.com

Jennifer L. Mersing on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Joshua M. Mester on behalf of stockholders
PG&E Shareholders jmester@jonesday.com

Matthew D. Metzger on behalf of
Creditor Dan Clarke
belvederelegalecf@gmail.com

Merle C. Meyers on behalf of
Creditor E. R., a Minor
mmeyers@mlg-pc.com

Randy Michelson on behalf of Defendant Public Employees Retirement
Association of New Mexico randy.michelson@michelsonlawgroup.com

Gerardo Mijares-Shafai on behalf of Interested Party AT&T
Corp. Gerardo.Mijares-Shafai@arnoldporter.com,
kenneth.anderson@arnoldporter.com

Joel S. Miliband on behalf of Other Prof. Cathy Yanni
jmiliband@brownrudnick.com

Joseph G. Minias on behalf of Interested Party Ad Hoc Group of
Subrogation Claim Holders jminias@willkie.com

M. David Minnick on behalf of Creditor BANK
OF AMERICA N.A
dminnick@pillsburylaw.com,
docket@pillsburylaw.com

Benjamin Mintz on behalf of Interested Party AT&T Corp.
benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com

Nancy Mitchell on behalf of Interested Party Department of Finance for
the State of California nmitchell@omm.com

Thomas C. Mitchell on behalf of Creditor EDF Renewables,
Inc. tcmitchell@orrick.com,
Dcmanagingattorneysoffice@ecf.courtdrive.com
John A. Moe, II on behalf of Interested Party Capital
Power Corporation john.moe@dentons.com,
glenda.spratt@dentons.com

Aaron J. Mohamed on behalf of
Plaintiff Mark Elward
ajm@brereton.law,
aaronmohamedlaw@gmail.com

Kevin Montee on behalf of Creditor
Nearon Sunset, LLC
kmontee@monteeassociates.com

Christopher D. Moon on behalf of Interested
Party Bryer Hopkins
chris@moonlawapc.com,
kevin@moonlawapc.com

David W. Moon on behalf of Creditor Mizuho Bank,
Ltd. lacalendar@stroock.com,
mmagzamen@stroock.com

Diane Marger Moore on behalf of Creditor Majesti Mai Bagorio, etc.
dmargermoore@baumhedlundlaw.com

Erika L. Morabito on behalf of Creditor
Michels Corporation
emorabito@foley.com,
hsiagiandraughn@foley.com

Candace J. Morey on behalf of Creditor California Public
Utilities Commision cjm@cpuc.ca.gov

Courtney L. Morgan on behalf of Creditor Pension Benefit Guaranty
Corporation morgan.courtney@pbgc.gov

Richard Morin on behalf of
Creditor Amanda Olsen
6863427420@filings.docketbir
d.com

Kimberly S. Morris on behalf of Creditor Committee Official Committee of Tort
Claimants kmorris@bakerlaw.com, tpetre@bakerlaw.com

Rodney Allen Morris on behalf of Creditor
United States of America
Rodney.Morris2@usdoj.gov

Joshua D. Morse on behalf of Creditor Ad Hoc Committee of Unsecured Tort
Claimant Creditors Joshua.Morse@dlapiper.com, docket@pillsburylaw.com

Andrew H. Morton on behalf of Creditor
Mustang Project Companies
andrew.morton@stoel.com,
lisa.petras@stoel.com

Thomas G. Mouzes on behalf of Creditor Sonoma
Clean Power Authority tmouzes@boutinjones.com,
cdomingo@boutininc.com

Peter S. Munoz on behalf of Creditor Lodi Gas Storage, L.L.P.
pmunoz@reedsmith.com, gsandoval@reedsmith.com

John Leland Murphree on behalf of Creditor Mesa Associates, Inc.
LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com

Bennett J. Murphy on behalf of Creditor Canyon
Capital Advisors LLC
bmurphy@bennettmurphylaw.com

Michael S. Myers on behalf of Creditor
Discovery Hydrovac
myersms@ballardspahr.com

Alan I. Nahmias on behalf of Creditor
EN Engineering, LLC
anahmias@mbnlawyers.com,
jdale@mbnlawyers.com

David L. Neale on behalf of Interested Party California Independent
System Operator dln@lnbrb.com

David L. Neale on behalf of Interested Party California Independent
System Operator dln@lnbyb.com

David Neier on behalf of Creditor CF
Inspection Management, LLC
dneier@winston.com

Brittany J. Nelson on behalf of Creditor
Michels Corporation
bnelson@foley.com,
hsiagiandraughn@foley.com

Michael S. Neumeister on behalf of Creditor Ad Hoc Committee of Holders of Trade
Claims MNeumeister@gibsondunn.com

Howard S. Nevins on behalf of Creditor
Performance Contracting, Inc.
hnevins@hsmlaw.com

Samuel A. Newman on behalf of Creditor McKinsey & Company, Inc.
U.S. sam.newman@sidley.com, laefilingnotice@sidley.com

Melissa T. Ngo on behalf of Creditor Pension Benefit Guaranty
Corporation ngo.melissa@pbgc.gov, efile@pbgc.gov

Mario R. Nicholas on behalf of
Plaintiff JH Kelly, LLC
mario.nicholas@stoel.com,
ana.trask@stoel.com

Sean Nolan on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas
and Electric Company snolan@akingump.com, NYMCO@akingump.com

Gregory C. Nuti on behalf of
Creditor Butte County
gnuti@nutihart.com,
nwhite@nutihart.com

Abigail O'Brient on behalf of Creditor Marin Clean
Energy aobrient@mintz.com, docketing@mintz.com

Alicia D. O'Neill on behalf of Creditor
Wildfire Class Claimants
aoneill@wattsguerra.com,
cwilson@wattsguerra.com

Julie E. Oelsner on behalf of Attorney c/o Julie E. Oelsner Intech
Mechanical, Inc. joelsner@weintraub.com, bjennings@weintraub.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.go
v

Aron M. Oliner on behalf of Creditor
ArborMetrics Solutions, LLC
roliner@duanemorris.com,
dmicros@duanemorris.com

Matthew Jon Olson on behalf of Interested Party Wendy A.
Nathan matt@macfern.com, stell.laura@dorsey.com

Scott Olson on behalf of Creditor Interstate Fire &
Casualty Company solson@vedderprice.com,
nortega@vedderprice.com

Steven M. Olson on behalf of
Attorney Steven M. Olson
smo@smolsonlaw.com

Aram Ordubegian on behalf of Interested Party BOKF, NA
Ordubegian.Aram@ArentFox.com

Keith C. Owens on behalf of Creditor Microsoft
Corporation kowens@venable.com,
bclark@venable.com;khoang@venable.com

Gabriel Ozel on behalf of
Attorney Gabriel Ozel
gabeozel@gmail.com

Margarita Padilla on behalf of Interested Party California Department of Toxic
Substances Control Margarita.Padilla@doj.ca.gov

Amy S. Park on behalf of Interested Party First Solar,
Inc. amy.park@skadden.com,
alissa.turnipseed@skadden.com

Donna Taylor Parkinson on behalf of Creditor Outback Contractors,
Inc. donna@parkinsonphinney.com

Peter S. Partee, Sr. on behalf of Creditor Potrero Hills Energy
Producers, LLC ppartee@huntonak.com, candonian@huntonak.com

Paul J. Pascuzzi on behalf of Creditor 35th District
Agricultural Association ppascuzzi@ffwplaw.com,
docket@ffwplaw.com

Kenneth Pasquale on behalf of
Creditor Mizuho Bank, Ltd.
mlaskowski@stroock.com

Larry Allan Peluso on behalf of Creditor Ad Hoc Counsel for Camp Fire
Real Property Owners pelusolaw@gmail.com, firm@pelusolaw.net

Valerie Bantner Peo on behalf of Creditor Bradley Tanks, Inc.
vbantnerpeo@buchalter.com

Yosef Peretz on behalf of Creditor
Cara Feneis skim@peretzlaw.com

Christian A. Pereyda on behalf of Creditor Mesa Associates, Inc.
CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
Thomas R. Phinney on behalf of Creditor Amador Water Agency
tom@parkinsonphinney.com

R. Alexander Pilmer on behalf of Interested
Party Federal Monitor
alexander.pilmer@kirkland.com,
keith.catuara@kirkland.com

M. Ryan Pinkston on behalf of Creditor Turner Construction Company
rpinkston@seyfarth.com, jmcdermott@seyfarth.com

Estela O. Pino on behalf of Creditor
Carol Torres epino@epinolaw.com,
rmahal@epinolaw.com

Gregory Plaskett on behalf of Creditor Murga, Strange & Chalmers,
Inc. GREGORY.PLASKETT@GMAIL.COM,
HKHAPPYGRL1@GMAIL.COM

Mark D. Plevin on behalf of Interested Party
Renaissance Reinsurance Ltd. mplevin@crowell.com

Steven G. Polard on behalf of Creditor
Creative Ceilings, Inc.
spolard@eisnerlaw.com, calendar-
lao@ropers.com

Mark D. Poniatowski on behalf of
Creditor Holt of California
ponlaw@ponlaw.com

Cara M. Porter on behalf of Interested Party California Franchise Tax
Board Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov

William L. Porter on behalf of Creditor New West Partitions
bporter@porterlaw.com, Ooberg@porterlaw.com

Christopher E. Prince on behalf of Interested Party CH2M
HILL Engineers, Inc. cprince@lesnickprince.com

Douglas B. Provencher on behalf of Interested Party
Provencher & Flatt dbp@provlaw.com

Stacey C. Quan on behalf of Creditor Tanforan Industrial Park, LLC
squan@steyerlaw.com, pspencer@steyerlaw.com

Amy C. Quartarolo on behalf of Intervenor
Crockett Cogeneration
amy.quartarolo@lw.com

Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific
Gas and Electric Co. lrappaport@proskauer.com, PHays@proskauer.com

Justin E. Rawlins on behalf of Creditor CF
Inspection Management, LLC
justinrawlins@paulhastings.com

Hugh M. Ray, III on behalf of Creditor Chevron Products Company a division of
Chevron U.S.A. Inc. hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com

Paul F. Ready on behalf of Creditor
Sarah Pazdan
smeyer@farmerandready.com

Caroline A. Reckler on behalf of Interested Party Dynegy Marketing
and Trade, LLC caroline.reckler@lw.com

David M. Reeder on behalf of Creditor City
of American Canyon david@reederlaw.com,
secretary@reederlaw.com

Steven J. Reisman on behalf of Interested Party
Lazard Freres & Co. LLC sreisman@katten.com,
nyc.bknotices@kattenlaw.com

Jeffrey M. Reisner on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource
Group, Inc. jreisner@irell.com, #-FirmPSDocketing@Steptoe.com

Jack A. Reitman on behalf of Plaintiff Chico Rent-A-Fence
srichmond@lgbfirm.com

Emily P. Rich on behalf of Creditor Engineers and Scientists of California, Local 20,
IFPTE erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

David J. Richardson on behalf of Creditor Committee Official Committee of Tort
Claimants drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

Christopher O. Rivas on behalf of 3rd Party Plaintiff AECOM
Technical Services, Inc. crivas@reedsmith.com, chris-rivas-
8658@ecf.pacerpro.com
David B. Rivkin, Jr. on behalf of Creditor Committee Official Committee of Tort
Claimants drivkin@bakerlaw.com, jmeeks@bakerlaw.com

John R. Rizzardi on behalf of Interested Party Winding Creek Solar
LLC kcoselman@cairncross.com, tnguyen@cairncross.com

Daniel Robertson on behalf of Creditor Pension Benefit
Guaranty Corporation robertson.daniel@pbgc.gov,
efile@pbgc.gov

Michael Rogers on behalf of Creditor William Kreysler & Associates,
Inc. mrogers@lambertrogers.com, jan@lambertrogers.com

Jorian L. Rose on behalf of Creditor Committee Official Committee of
Tort Claimants jrose@bakerlaw.com

Laurence M. Rosen on behalf of Interested Party Vataj Plaintiffs and
the Class lrosen@rosenlegal.com, zstanco@rosenlegal.com

Paul M. Rosenblatt on behalf of Creditor Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast,
Inc. and affiliates prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com

David A. Rosenzweig on behalf of Creditor Adventist Health System/West and
Feather River Hospital david.rosenzweig@nortonrosefulbright.com,
thomas.burns@nortonrosefulbright.com

Allan Robert Rosin on behalf of Creditor
Contra Costa Electric, Inc. arrosin@alr-
law.com

Jay M. Ross on behalf of Interested Party
The City of Oakland
jross@hopkinscarley.com,
eamaro@hopkinscarley.com

Gregory A. Rougeau on behalf of Creditor Gregory Frase Enterprises, Inc. dba Kortick
Manufacturing Company grougeau@brlawsf.com

Stacy H. Rubin on behalf of Creditor Realty Income
Corporation rubins@ballardspahr.com,
BKTDocket_West@ballardspahr.com

Jason C. Rubinstein on behalf of Interested Party The
Baupost Group, L.L.C. jrubinstein@fklaw.com,
mclerk@fklaw.com

Nathan Q. Rugg on behalf of Interested Party Adler Tank Rental and
Mobile Modular nathan.rugg@bfkn.com,
jean.montgomery@bfkn.com

Thomas B. Rupp on behalf of 3rd Pty Defendant Pacific Gas
and Electric Company trupp@kbkllp.com

Eric E. Sagerman on behalf of Creditor Committee Official Committee
of Tort Claimants esagerman@bakerlaw.com

Robert Sahyan on behalf of Interested Party Columbus Hill Capital
Management, L.P. rsahyan@sheppardmullin.com,
JNakaso@sheppardmullin.com

Gregory M. Salvato on behalf of Creditor International Church of
the Foursquare Gospel gsalvato@salvatolawoffices.com,
calendar@salvatolawoffices.com

Jonathan C. Sanders on behalf of Creditor Smart Wires
Inc. jsanders@stblaw.com

Nanette D. Sanders on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the
Camp Fire Litigation
nanette@ringstadlaw.com, becky@ringstadlaw.com

Natalie Kathleen Sanders on behalf of Interested Party Black &
Veatch Construction, Inc. natalie.sanders@bakerbotts.com

Lovee Sarenas on behalf of
Creditor RE Astoria LLC
Lovee.sarenas@lewisbrisbois.co
m

Sunny S. Sarkis on behalf of Counter-Defendant JH Kelly, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Patricia Savage on behalf of
Creditor Ashley Duitsman
psavesq@gmail.com,
jodi.savage@gmail.com

Sblend A. Sblendorio on behalf of Interested Party Wilson
Construction Company sas@hogefenton.com

Francis O. Scarpulla on behalf of Creditor
Camp Fire Claimants
fos@scarpullalaw.com,
cpc@scarpullalaw.com

Daren M Schlecter on behalf of
Creditor Jesus Mendoza

daren@schlecterlaw.com,
info@schlecterlaw.com

Bradley R. Schneider on behalf of Debtor
PG&E Corporation
bradley.schneider@mto.com

Harvey S. Schochet on behalf of
Creditor City of San Jose
Harveyschochet@dwt.com

Nathan A. Schultz on behalf of Creditor MassMutual Life
Insurance Company nschultz@goodwinlaw.com,
kjarashow@goodwinlaw.com

Lisa Schweitzer on behalf of Interested Party BlueMountain
Capital Management, LLC lschweitzer@cgsh.com

Eric J. Seiler on behalf of Interested Party The
Baupost Group, L.L.C. eseiler@fklaw.com,
mclerk@fklaw.com

David B. Shemano on behalf of Interested Party East Bay Community
Energy Authority dshemano@pwkllp.com

James A. Shepherd on behalf of Creditor W. Bradley Electric,
Inc. jim@jsheplaw.com, shepIGN@gmail.com

Leonard M. Shulman on behalf of Interested Party Cushman &
Wakefield, Inc. lshulman@shbllp.com

Andrew I. Silfen on behalf of Interested Party BOKF, NA
andrew.silfen@arentfox.com

Wayne A. Silver on behalf of Creditor Lewis & Tibbitts, Inc.
w_silver@sbcglobal.net, ws@waynesilverlaw.com

Brandt Silver-Korn on behalf of Creditor Numerous Victims of the
Camp Fire bsilverkorn@edelson.com, docket@edelson.com

Craig S. Simon on behalf of Interested Party American Alternative
Insurance Corporation csimon@bergerkahn.com,
aketcher@bergerkahn.com

Gerald Singleton on behalf of Creditor Ad Hoc Committee of Unsecured Tort
Claimant Creditors gerald@slffirm.com, BKECFCANB@SLFfirm.com

Steven J. Skikos on behalf of
Creditor Tommy Wehe
sskikos@skikos.com,
mmontoya@skikos.com

Michael K. Slattery on behalf of Creditor Ad Hoc California
Public Entites Committee mslattery@lkfirm.com,
rramirez@lkfirm.com

Dania Slim on behalf of Creditor BANK OF AMERICA N.A
dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com

Jennifer N. Slocum on behalf of Creditor
Mustang Project Companies
jennifer.slocum@stoel.com,
docketclerk@stoel.com

Aaron C. Smith on behalf of Creditor California Insurance
Guarantee Association asmith@lockelord.com,
autodocket@lockelord.com

Alan D. Smith on behalf of Creditor Puget Sound Energy, Inc.
adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com

Jan D. Sokol on behalf of Creditor Liberty Mutual
Insurance Company jdsokol@lawssl.com,
dwright@lawssl.com

Randye B. Soref on behalf of Creditor Dignity Health and its Affiliates
rsoref@polsinelli.com

Joseph Sorkin on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas
and Electric Company jsorkin@akingump.com, NYMCO@akingump.com

Bennett L. Spiegel on behalf of Creditor McKinsey & Company, Inc.
U.S. blspiegel@jonesday.com

Michael St. James on behalf of Interested Party
Garcia and Associates ecf@stjames-law.com

Diane C. Stanfield on behalf of Creditor Fulcrum
Credit Partners LLC diane.stanfield@alston.com,
nelly.villaneda@alston.com

Howard J. Steinberg on behalf of Interested Party HercRentals
steinbergh@gtlaw.com, pearsallt@gtlaw.com

Harriet A. Steiner on behalf of Creditor Valley Clean Energy Alliance
harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com

Lillian G. Stenfeldt on behalf of Creditor
Pivot Interiors, Inc.
lillian.stenfeldt@sdma.com,
jon.arneson@sedgwicklaw.com

Lillian G. Stenfeldt on behalf of Interested Party
certain Retiree Claimants
lillian.stenfeldt@rimonlaw.com,
jon.arneson@sedgwicklaw.com

Cheryl L. Stengel on behalf of Creditor US Air
Conditioning Distributors clstengel@outlook.com,
stengelcheryl40@gmail.com

David M. Stern on behalf of Interested Party NextEra Energy Inc., et
al. dstern@ktbslaw.com

Geoffrey S. Stewart on behalf of stockholders PG&E Shareholders
gstewart@jonesday.com, mmelvin@jonesday.com

Alan J. Stone on behalf of Creditor Committee Official Committee Of Unsecured
Creditors AStone@milbank.com, DMcCracken@Milbank.com

Jason D. Strabo on behalf of Interested Party Individual Officers Anthony F. Earley, Jr., Geisha J. Williams, Nickolas Stavropoulos, Julie M. Kane,
Christopher P. Johns,
Patrick M. Hogan, David
Thomason, and Dinyar Mistry
jstrabo@mwe.com,
shill@mwe.com

Michael H. Strub on behalf of Interested Party BlueMountain
Capital Management, LLC mstrub@irell.com,
mhstrub1@gmail.com

Rebecca Suarez on behalf of Intervenor KES
Kingsburg, L.P. rsuarez@crowell.com

Brad T. Summers on behalf of Creditor Pacific
Mobile Structures, Inc. docketing-
pdx@lanepowell.com

Kristine Theodesia Takvoryan on behalf of Creditor SOLON
ktakvoryan@ckrlaw.com

Derrick Talerico on behalf of Creditor Western Electricity
Coordinating Council dtalerico@ztlegal.com, sfritz@ztlegal.com

Kesha Tanabe on behalf of Creditor
Cedar Glade LP
kesha@tanabelaw.com

Mary Ellmann Tang on behalf of Creditor
Cristina Mendoza
mtang@frenchlyontang.com,
mwoodward@frenchlyontang.com

Elizabeth Lee Thompson on behalf of Interested Party
The Okonite Company ethompson@stites.com,
docketclerk@stites.com

John C. Thornton on behalf of Creditor
Agajanian, Inc.
jct@andrewsthornton.com,
aandrews@andrewsthornton.com

Elisa Tolentino on behalf of
Creditor City of San Jose
cao.main@sanjoseca.gov

Meagan S. Tom on behalf of Creditor International Brotherhood of Electrical
Workers Local Union 1245 Meagan.tom@lockelord.com, autodocket@lockelord.com

Edward J. Tredinnick on behalf of Creditor City and County of San
Francisco etredinnick@greeneradovsky.com

Matthew Jordan Troy on behalf of Creditor United States of America
matthew.troy@usdoj.gov

Rocky C. Tsai on behalf of Interested Party Elliott Management
Corporation rocky.tsai@ropesgray.com,
matthew.haut@ropesgray.com

Michael Tye on behalf of Creditor United States of America
Michael.Tye@usdoj.gov

Gary D. Underdahl on behalf of Creditor
Sunbelt Rentals, Inc.
gunderdahl@askllp.com,
lmiskowiec@askllp.com

Elijah Marcus Underwood on behalf of Creditor Starch Concrete, Inc.
eliunderwood@kroghdecker.com, juliamartell@kroghdecker.com

Andrew Van Ornum on behalf of Creditor Bradley Concrete
avanornum@vlmglaw.com, hchea@vlmglaw.com

Shmuel Vasser on behalf of Interested Party State Farm Mutual Automobile
Insurance Company shmuel.vasser@dechert.com, brett.stone@dechert.com

Victor A. Vilaplana on behalf of Creditor Michels Corporation
vavilaplana@foley.com, rhurst@foley.com

Marta Villacorta on behalf of U.S. Trustee Office of the U.S. Trustee /
SF marta.villacorta@usdoj.gov

Carol C. Villegas on behalf of Attorney Public Employees Retirement Association of
New Mexico cvillegas@labaton.com, NDonlon@labaton.com

John A. Vos on behalf of Interested Party John
A. Vos InvalidEMailECFonly@gmail.com,
PrivateECFNotice@gmail.com

Bao M. Vu on behalf of Intervenor Capital Dynamics,
Inc. bao.vu@stoel.com, sharon.witkin@stoel.com

Nicholas Wagner on behalf of Creditor
Fire Victims
kschemen@wagnerjones.com,
bwagner@wagnerjones.com

Jonathan D. Waisnor on behalf of Interested Party Ad Hoc Group of Subrogation
Claim Holders jwaisnor@willkie.com, mao@willkie.com

Riley C. Walter on behalf of Attorney
Aera Energy LLC ecf@W2LG.com

Phillip K. Wang on behalf of Creditor Pivot Interiors, Inc.
phillip.wang@rimonlaw.com

Samuel M. Ward on behalf of Creditor Board of Education Employees' Pension Fund
of Essex County sward@barrack.com, cfessia@barrack.com

Philip S. Warden on behalf of Creditor Chevron Master Pension Trust
philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

Gregory P. Waters on behalf of Interested Party Kathleen
McBride gwaters@elllaw.com, gregorywatersesq@gmail.com

Guy L. Watts, II on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the
Camp Fire Litigation gwatts@wattsguerra.com, cwilson@wattsguerra.com

Mikal C. Watts on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the
Camp Fire Litigation mcwatts@wattsguerra.com, cwilson@wattsguerra.com

Lindsi M. Weber on behalf of Creditor Dignity Health and its
Affiliates lweber@polsinelli.com, yderac@polsinelli.com

Joseph M. Welch on behalf of Creditor Bradley Tanks,
Inc. jwelch@buchalter.com,
dcyrankowski@buchalter.com

David Walter Wessel on behalf of Creditor Marina Gelman
DWessel@efronlawfirm.com, hporter@chdlawyers.com

Joseph West on behalf of Creditor International Church of the
Foursquare Gospel westjoseph@earthlink.net,
josephw998@gmail.com

Drew M. Widders on behalf of Creditor Molin-Wilcoxen Camp Fire
Victims Group dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com

Jason P. Williams on behalf of Creditor Clear Blue Insurance
Company maryanne@wplgattorneys.com

Eric R. Wilson on behalf of Creditor Kompogas
SLO LLC
kdwbankruptcydepartment@kelleydrye.com,
ewilson@kelleydrye.com

Kimberly S. Winick on behalf of Interested Party California Community Choice
Association kwinick@clarktrev.com, knielsen@clarktrev.com

Rebecca J. Winthrop on behalf of Creditor Adventist Health System/West and
Feather River Hospital rebecca.winthrop@nortonrosefulbright.com,
diana.cardenas@nortonrosefulbright.com

David Wirt on behalf of Interested Party Deutsche Bank
david.wirt@hklaw.com, denise.harmon@hklaw.com

Ryan A. Witthans on behalf of Creditor Nor-Cal Pipeline
Services rwitthans@fhlawllp.com

Keith H. Wofford on behalf of Interested Party Elliott Management
Corporation keith.wofford@ropesgray.com,
nova.alindogan@ropesgray.com

Risa Lynn Wolf-Smith on behalf of Creditor Diablo Winds,
LLC rwolf@hollandhart.com,
lmlopezvelasquez@hollandhart.com

Douglas Wolfe on behalf of Creditor ASM Capital X
LLC dwolfe@asmcapital.com

Andrea Wong on behalf of Creditor Pension Benefit Guaranty
Corporation wong.andrea@pbgc.gov, efile@pbgc.gov

Christopher Kwan Shek Wong on behalf of Creditor Genesys Telecommunications
Laboratories, Inc. christopher.wong@arentfox.com

David A. Wood on behalf of Creditor SLF Fire Victim Claimants
dwood@marshackhays.com, lbuchanan@marshackhays.com

Kirsten A. Worley on behalf of Creditor Ballard Marine Construction,
Inc. kw@wlawcorp.com, admin@wlawcorp.com

Kinga Wright on behalf of Creditor
Dashiell Corporation
kinga.wright@lockelord.com,
autodocket@lockelord.com

Antonio Yanez, Jr. on behalf of Interested Party Ad Hoc Group of Subrogation Claim
Holders ayanez@willkie.com

Cathy Yanni on behalf of Other
Prof. Cathy Yanni
cathy@cathyyanni.com,
pstrunk@browngreer.com

Andrew Yaphe on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility
Revolving Credit Facility andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com

Stephanie Yee on behalf of Creditor CSAA Insurance
Exchange syee@janglit.com, klockwood@janglit.com

Tacie H. Yoon on behalf of Interested Party Renaissance Reinsurance
Ltd. tyoon@crowell.com

Bennett G. Young on behalf of Creditor Mizuho Bank,
Ltd. byoung@jmbm.com, jb8@jmbm.com

Christopher L. Young on behalf of Interested Party Winding Creek
Solar LLC cyoung@cairncross.com, nspringstroh@cairncross.com

Nicole M. Zeiss on behalf of Interested Party Public Employees Retirement
Association of New Mexico nzeiss@labaton.com

Paul H. Zumbro on behalf of Debtor
PG&E Corporation
mao@cravath.com

Brittany Zummer on behalf of Creditor
Mirna Trettevik
bzummer@theadlerfirm.com,
nfournier@theadlerfirm.com

Dario de Ghetaldi on behalf of
Creditor Fire Victims
deg@coreylaw.com,
lf@coreylaw.com

# EXHIBIT B

Michael Lamberts
Martha Lamberts
PO Box 803
Los Molinos, CA 96055