J. RUSSELL CUNNINGHAM, SBN 130578
NICHOLAS L. KOHLMEYER, SBN 299087
BENJAMIN C. TAGERT, SBN 330242
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Attorneys for the Barnard Trust

# UNITED STATES BANKRUPTCY COURT

# NOTHERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | Lead Case No. 19-30088<br>Case No. 19-30089<br>Chapter 11 |

## WITHDRAWAL OF PROOF OF CLAIM NO. 19545

Please take notice that the Barnard Trust hereby withdraws its Proof of Claim No. 19545 filed on October 9, 2019 in the above-captioned bankruptcy case in the amount of $179,382.08.

Dated: November 3, 2020        **DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

By: /s/ J. RUSSELL CUNNINGHAM
**J. RUSSELL CUNNINGHAM**
Attorneys for the Barnard Trust