Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel. (415) 421-2624
Fax (415) 398-2820
sfinestone@fhlawllp.com

Attorneys for Creditors
Schweitzer Engineering Laboratories, Inc.
and SEL Engineering Services, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtor in Possession. | Case No. 19-30088-DM<br>Chapter 11<br><br>Jointly Administered with<br>Case No. 19-30089 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor in Possession. | **NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO CURE AMOUNTS IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020**<br><br>*Related to ECF 7286.* |

Creditors Schweitzer Engineering Laboratories, Inc. ("SEL") and SEL Engineering Services, Inc. ("SEL ES," collectively "Schweitzer"), hereby withdraw their *Limited Objection to Cure Amounts in Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020*. ECF 7286.

DATED: November 3, 2020

FINESTONE HAYES LLP

*/s/ Stephen D. Finestone*
Stephen D. Finestone
Attorneys for Creditors
Schweitzer Engineering Laboratories, Inc.
and SEL Engineering Services, Inc.

WITHDRAWAL OF LIMITED OBJECTION TO CURE AMOUNTS