XAVIER BECERRA, SBN 118517
Attorney General of California
MARGARITA PADILLA, SBN 99966
Supervising Deputy Attorney General
JAMES POTTER, SBN 166992
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-0815
Fax: (510) 622-2270
E-mail: Margarita.Padilla@doj.ca.gov

*Attorneys for California Department
of Toxic Substances Control, et al.*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No.<br>19-30088 (DM)<br><br>**Chapter 11**<br><br>**(Lead Case)**<br><br>**(Jointly Administered)**<br><br>**NOTICE REQUESTING REMOVAL AS COUNSEL FOR CALIFORNIA STATE AGENCIES AND FOR REMOVAL FROM SERVICE LISTS** |

**TO CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Supervising Deputy Attorney General Margarita Padilla,

1

Office of the California Attorney General, hereby files this request ("Request") to be removed from among the attorneys representing the California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California Governor's Office of Emergency Services, California Department of Veterans Affairs, California State University, California Coastal Commission, California Department of Parks and Recreation, California Department of Fish and Wildlife, California Department of Transportation, California Department of Developmental Services, California Department of Conservation, Division of Oil, Gas and Geothermal Resources, California Regional Water Quality Control Boards, California State Water Resources Control Board, California Air Resources Board, and California Department of Water Resources, by and through its California Energy Resources Scheduling Division and on behalf of the State Water Project (collectively, the "California State Agencies") in the above-captioned bankruptcy cases.

Supervising Deputy Attorney General Margarita Padilla further requests that the Clerk of the United States Bankruptcy Court for the Northern District of California (San Francisco Division) remove her from the electronic and paper service lists for the above-captioned bankruptcy cases.

Other co-counsel of the California Department of Justice, Office of the Attorney General, will continue to represent the California State Agencies in these cases, along with Paul J. Pascuzzi of the law firm of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP, and are not affected by this Request.

| | | |
|---|---|---|
| 1 | Dated: November 3, 2020 | Respectfully submitted,<br>Xavier Becerra |
| 2 | | Attorney General of California<br>Margarita Padilla |
| 3 | | Supervising Deputy Attorney General<br>James Potter |
| 4 | | Deputy Attorney General |
| 5 | | |
| 6 | | |
| 7 | | /s/ Margarita Padilla<br>Margarita Padilla |
| 8 | | Supervising Deputy Attorney General<br>*Attorneys for California Department* |
| 9 | | *of Toxic Substances Control, et al.* |

SF2019200147
91312556.docx

# PROOF OF SERVICE

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1515 Clay Street, 20th Floor, P. O. Box 70550, Oakland, California 94612-0550. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business. .

I hereby certify that on November 3, 2020, I electronically filed the following document with the United States Bankruptcy Court for the Northern District of California by using the CM/ECF system:

**NOTICE REQUESTING REMOVAL AS COUNSEL FOR CALIFORNIA STATE AGENCIES AND FOR REMOVAL FROM SERVICE LISTS**

I further certify that on November 3, 2020, I served the within document by electronic service via CM/ECF to all registered participants in this case as of November 3, 2020.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 3, 2020, at Oakland, California.

| Debra Baldwin | /s/ Debra Baldwin |
|---|---|
| Declarant | Signature |