SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ, ESQ. Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
E mails: okatz@sheppardmullin.com

Attorney for Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br><br>             Debtors,<br><br>☒ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankr. Case No.: 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE AMENDED PROOF OF CLAIM BY THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.**<br><br>Date:    December 15, 2020<br>Time:   10:00 a.m.<br>Judge:  Hon. Dennis Montali<br>Place:   United States Bankruptcy Court<br>           Courtroom 17,<br>           450 Golden Gate Ave., 16th Floor<br>           San Francisco, CA |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; AND CERTAIN OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that The Original Mowbray's Tree Service, Inc. ("Mowbray's") has filed the *Motion for Leave to File Amended Proof of Claim by The Original Mowbray's Tree Service, Inc.* (the "Motion"). By the Motion, Mowbray's seeks leave of the Bankruptcy Court to file a formal Proof of Claim to amend prior timely informal proofs of claim provided to representatives of Debtors' estates. The Motion is based on this Notice, the Declaration of Ronnie Jordan, the Declaration of Alan Phang and the Declaration of Ori Katz filed contemporaneously herewith, and all other pleadings, documents and evidence on record in this case.

**PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider the Motion on **December 15, 2020 at 10:00 a.m. (Pacific Time)** (the "Hearing") via video conferencing or telephone, in the Courtroom of Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 450 Golden Gate Avenue, 16th Floor, San Francisco, California. Pursuant to the Bankruptcy Court's *Fourth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, **all hearings through March 1, 2021 will be held by video or teleconference. The courtroom will be closed**. All parties who wish to appear at the Hearing must make arrangements to appear telephonically with CourtCall at 1−866−582−6878 no later than 4:00 p.m. (Pacific Time) on the day before the Hearing. Further information regarding telephonic appearances via CourtCall can be found on the Bankruptcy Court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone. Charges have been waived by CourtCall for pro se parties

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Motion is December 1, 2020. Any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on counsel for Mowbray's at the above-referenced address or by email at okatz@sheppardmullin.com so as to be received by no later than 4:00 p.m. (Pacific Time)

on December 1, 2020. If there is no timely objection to the requested relief, the court may enter an order granting the relief by default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 3, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Ori Katz*
ORI KATZ

Attorney for Creditor
The Original Mowbray's Tree Service, Inc.