BRENDAN M. KUNKLE (SBN 173292) bkunkle@abbeylaw.com
MICHAEL D. GREEN (SBN 214142) mgreen@abbeylaw.com
**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Telephone: 707-542-5050
Facsimile: 707-542-2589

*Attorneys for Fire Victim Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOFS OF CLAIM**<br><br>Date: December 15, 2020<br>Time: 10:00 a.m.<br>Dept: Telephonic/Video Appearances Only<br>United States Bankruptcy Court<br>450 Golden Gate Ave.<br>Courtroom 17, 16th Floor, San Francisco, CA<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: December 8, 2020 |

PLEASE TAKE NOTICE that the Bankruptcy Court will hear and consider the Motion to Allow/Deem Timely Late Filing of Proof of Claim by Movants listed on Exhibit A attached hereto, on December 15, 2020 at 10:00 a.m. (Pacific Time) ("Movants' Late Claim Motion") via video conferencing or telephone.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court

1  hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live

2  Chat feature on the Bankruptcy Court's website.

3      PLEASE TAKE FURTHER NOTICE that the deadline to object to the Movants' Late

4  Claim Motion is December 8, 2020.

5      PLEASE TAKE FURTHER NOTICE that copies of the Movants' Late Claim Motion can

6  be viewed and obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii)

7  by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA

8  94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC,

9  at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based

10 parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com.

11 Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

13 DATED: November 4, 2020     **ABBEY, WEITZENBERG, WARREN & EMERY PC**

15 By:     */s/ Brendan M. Kunkle*
    BRENDAN M. KUNKLE (SBN 173292)
16     **ABBEY, WEITZENBERG, WARREN & EMERY PC**
17     100 Stony Point Road, Suite 200
    Santa Rosa, CA 95401
18     Telephone:    707-542-5050
    Facsimile:    707-542-2589
19     bkunkle@abbeylaw.com
    *Attorneys for Numerous Fire Claimants*

# EXHIBIT A
## LIST OF MOVANTS

1. Gross, Kai
   1328 Cashew Rd
   Santa Rosa, CA 95403-1543
   Date of Birth: October 7, 1997
   Parent: Kathleen Gross

2. Guanella, Breanne
   2683 Bennett Ridge Rd
   Santa Rosa CA 95404-9525
   Date of Birth: February 12, 2009
   Parents: Raymond and Kirsten Guanella

3. Guanella, Joseph
   2683 Bennett Ridge Rd
   Santa Rosa, CA 95404-9525
   Date of Birth: February 12, 2009
   Parents: Raymond and Kirsten Guanella

4. Huber, Alexander A.
   2166 Wedgewood Way
   Santa Rosa, CA 95404-7676
   Date of Birth: April 28, 1989
   Parent: Brenda Gormley

5. Huber, Sean-Paul G.
   2166 Wedgewood Way
   Santa Rosa, CA 95404-7676
   Date of Birth: December 7, 1984
   Parent: Brenda Gormley

6. Watanabe, Emi
   4696 Paulette Place
   Santa Rosa CA 95403
   Date of Birth: June 17, 2005
   Parents: Ryan and Kristina Watanabe

7. Watanabe, Amaya
   4696 Paulette Place
   Santa Rosa CA 95403
   Date of Birth: April 10, 2001
   Parents: Ryan and Kristina Watanabe

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                */s/ Brendan M. Kunkle*
                                                Brendan M. Kunkle