```
BRENDAN M. KUNKLE (SBN 173292) bkunkle@abbeylaw.com
MICHAEL D. GREEN (SBN 214142) mgreen@abbeylaw.com
```
**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Telephone:    707-542-5050
Facsimile:    707-542-2589

*Attorneys for Fire Victim Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>            **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOFS OF CLAIM**<br><br>Date: December 15, 2020<br>Time: 10:00 a.m.<br>Dept: Telephonic/Video Appearances Only<br>United States Bankruptcy Court<br>450 Golden Gate Ave.<br>Courtroom 17, 16th Floor, San Francisco, CA<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: December 8, 2020 |

   PLEASE TAKE NOTICE that the Bankruptcy Court will hear and consider the Motion to Allow/Deem Timely Late Filing of Proof of Claim by Movants listed on Exhibit A attached hereto, on December 15, 2020 at 10:00 a.m. (Pacific Time) ("Movants' Late Claim Motion") via video conferencing or telephone.

   All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court

hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that the deadline to object to the Movants' Late Claim Motion is December 8, 2020.

PLEASE TAKE FURTHER NOTICE that copies of the Movants' Late Claim Motion can be viewed and obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: November 4, 2020 **ABBEY, WEITZENBERG, WARREN & EMERY PC**

By: _/s/ Brendan M. Kunkle_
BRENDAN M. KUNKLE (SBN 173292)
**ABBEY, WEITZENBERG, WARREN & EMERY PC**
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Telephone: 707-542-5050
Facsimile: 707-542-2589
bkunkle@abbeylaw.com
*Attorneys for Numerous Fire Claimants*

# EXHIBIT A
## LIST OF MOVANTS

1. Gearing, Olivia Claire
   2150 Vintage Cir
   Santa Rosa, CA 95404-1351
   Date of Birth: June 5, 1998
   Parents: Vincent and Christina Gearing

2. Gearing, Samuel Vincent
   2150 Vintage Cir
   Santa Rosa, CA 95404-1351
   Date of Birth: June 5, 1998
   Parents: Vincent and Christina Gearing

3. Gustavson, Max
   1328 Cashew Rd
   Santa Rosa, CA 95403-1543
   Date of Birth: March 30, 1999
   Parents: Andy and Susan Gustavson

4. Harrison, Riley
   3609 Aaron Dr
   Santa Rosa CA 95404-1504
   Date of Birth: October 31, 1997
   Parents: Jennifer and Miles Harrison

5. Vidaurri, Marina
   2220 Newgate Court
   Santa Rosa CA 95404
   Date of Birth: May 23, 1998
   Parents: David Vidaurri and Margaret Marquez

6. Weil, Sydney
   190 Ursuline Road
   Santa Rosa CA 95403
   Date of Birth: January 31, 1996
   Parents: Joshua Weil and Claire Mollard

7. Weil, Caleb
   190 Ursuline Road
   Santa Rosa CA 95403
   Date of Birth: September 27, 1997
   Parents: Joshua Weil and Claire Mollard

8. Weinert, Dana
   4465 Parker Hill Rd
   Santa Rosa, CA 95405
   Date of Birth: April 4, 1997
   Parents: Ashley Weinert and Melinda Lansdowne

9. Weitzenberg, Gavin
   3554 Southridge Drive
   Santa Rosa CA 95403
   Date of Birth: March 11, 1999
   Parents: Todd and Tracy Weitzenberg

10. Weitzenberg, Trevor
    3554 Southridge Drive
    Santa Rosa CA 95403
    Date of Birth: April 30, 1997
    Parents: Todd and Tracy Weitzenberg

11. Welch, Travis
    3963 Shelter Glen Way
    Santa Rosa CA 95404
    Date of Birth: December 30, 1996
    Parents: David and Lydia Welch

12. Wulbrecht, Derek Douglas
    3942 Shelter Glen Way
    Santa Rosa CA 95404
    Date of Birth: October 26, 1992
    Parents: Angela and Doug Wulbrecht

13. Wulbrecht, Tamara Sakile
    3942 Shelter Glen Way
    Santa Rosa CA 95404
    Date of Birth: August 22, 1995
    Parents: Angela and Doug Wulbrecht

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Brendan M. Kunkle*
Brendan M. Kunkle