Philip D. Anker (*Pro Hac Vice* admitted)
Allyson Pierce (Cal. Bar No. 325060)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: 212.230.8800
Facsimile: 212.230.8888
philip.anker@wilmerhale.com
allyson.pierce@wilmerhale.com

Christopher T. Casamassima (Cal. Bar No. 211280)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: 213.443.5300
Facsimile: 213.443.5400
chris.casamassima@wilmerhale.com

*Counsel to Canyon, Citadel, Davidson Kempner, Farallon, Sculptor, and Värde, on behalf of themselves, and certain funds and counts managed, advised, or sub-advised by them*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>      Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br><br><br><br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT** |

**NOTICE IS HEREBY GIVEN** that Canyon Capital Advisors LLC ("Canyon"), Citadel Advisors LLC ("Citadel"), Davidson Kempner Capital Management LP ("Davidson Kempner"), Farallon Capital Management, L.L.C. ("Farallon"), Sculptor Master Fund, Ltd., Sculptor Enhanced Master Fund, Ltd., Sculptor Credit Opportunities Master Fund, Ltd., Sculptor GC

Opportunities Master Fund, Ltd., Sculptor SC II, LP (collectively, "Sculptor"), and Värde Partners, Inc. ("Värde"), on behalf of themselves, and/or certain funds and accounts managed, advised, or sub-advised by them (collectively, the "RSA Noteholders" or "Appellants"), by and through their undersigned counsel, hereby appeal to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 158(a) and Rule 8003 of the Federal Rules of Bankruptcy Procedure, from the *Order Disallowing Administrative Expense Claims of Canyon Capital Advisors LLC et al.* [Bankr. Dkt. No. 9335] (the "Order") and the related *Memorandum Decision Disallowing Administrative Expense Claims* [Bankr. Dkt. No. 9333] (the "Memorandum") entered in the above-captioned case on October 22, 2020. A copy of the Order is attached hereto as **Exhibit A**. A copy of the Memorandum is attached hereto as **Exhibit B**. The RSA Noteholders anticipate that notices of appeal of related orders [Bankr. Dkt. Nos. 9334, 9336] and the Memorandum will be filed by Elliott Management Company ("Elliott"), and by Pacific Investment Management Company LLC, as investment adviser or manager for certain funds and accounts ("PIMCO").

Pursuant to 28 U.S.C. § 158(a), the Order and Opinion are appealable as a matter of right. Pursuant to 28 U.S.C. § 158(c)(1), the Appellants hereby elect to have this appeal heard by the United States District Court for the Northern District of California.

The parties to the Order (or related orders) and Memorandum, other than the RSA Noteholders, and the names, addresses and telephone numbers of their respective attorneys are set forth below.

| Party | Counsel |
|---|---|
| **Reorganized Debtors** | **WEIL, GOTSHAL & MANGES LLP**<br>Stephen Karotkin (*Pro Hac Vice* admitted)<br>Ray C. Schrock, P.C. (*Pro Hac Vice* admitted)<br>Jessica Liou (*Pro Hac Vice* admitted)<br>Theodore E. Tsekerides (*Pro Hac Vice* admitted)<br>767 Fifth Avenue |

| | |
|---|---|
| | New York, New York 10153-0119<br>Telephone: 212.310.8000<br>Facsimile: 212.310.8007<br>stephen.karotkin@weil.com,<br>ray.schrock@weil.com,<br>jessica.liou@weil.com,<br>theodore.tsekerides@weil.com<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (Cal. Bar No.151445)<br>Peter J. Benvenutti (Cal. Bar No. 60566)<br>Jane Kim (Cal. Bar No. 298192)<br>650 California Street, Suite 1900<br>San Francisco, California 94108<br>Telephone: 415.496.6723<br>Facsimile: 650.636.9251<br>tkeller@kbkllp.com<br>pbenvenutti@kbkllp.com<br>jkim@kbkllp.com |
| **Elliott** | **ROPES & GRAY LLP**<br>Rocky C. Tsai (Cal. Bar No. 221452)<br>3 Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: 415.315.6369<br>Facsimile: 415.315.6350<br>rocky.tsai@ropesgray.com<br><br>**ROPES & GRAY LLP**<br>Andrew G. Devore (*Pro Hac Vice* admitted)<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Telephone: 617.951.7000<br>Facsimile: 617.951.7050<br>andrew.devore@ropesgray.com<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi (*Pro Hac Vice* admitted)<br>Keith H. Wofford (*Pro Hac Vice* admitted)<br>Daniel G. Egan (*Pro Hac Vice* admitted)<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212.596.9000<br>Facsimile: 212.596.9090<br>gregg.galardi@ropesgray.com |

| | |
|---|---|
| | keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com |
| **PIMCO** | David P. Simonds (Cal. Bar No. 214499)<br>Edward J. McNeilly (Cal. Bar No. 314588)<br>**HOGAN LOVELLS US LLP**<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone: 310.785.4600<br>Facsimile: 310.785.4601<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com<br><br>Michael C. Hefter (*Pro Hac Vice* admitted)<br>Matthew Ducharme (*Pro Hac Vice* admitted)<br>**HOGAN LOVELLS US LLP**<br>390 Madison Avenue<br>New York, New York 10017<br>Telephone: 212.918.3000<br>Facsimile: 212.918.3100<br>michael.hefter@hoganlovells.com<br>matthew.ducharme@hoganlovells.com |

[*Continued on following page*]

| | | |
|---|---|---|
| 1 | Dated: November 4, 2020 | */s/ Philip D. Anker* |
| 2 | | Philip D. Anker (*Pro Hac Vice* admitted) |
| | | Allyson Pierce (Cal. Bar No. 325060) |
| 3 | | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 4 | | 250 Greenwich Street |
| | | New York, NY 10007 |
| 5 | | Telephone: 212.230.8800 |
| | | Facsimile: 212.230.8888 |
| 6 | | philip.anker@wilmerhale.com |
| 7 | | allyson.pierce@wilmerhale.com |
| 8 | | Christopher T. Casamassima (Cal. Bar No. 211280) |
| 9 | | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 10 | | 350 South Grand Avenue, Suite 2100 |
| 11 | | Los Angeles, CA 90071 |
| | | Telephone: 213.443.5300 |
| 12 | | Facsimile: 213.443.5400 |
| | | chris.casamassima@wilmerhale.com |
| 13 | | |
| 14 | | *Counsel to Canyon, Citadel, Davidson Kempner, Farallon, Sculptor, and Värde, on behalf of themselves, and certain funds and counts managed, advised, or sub-advised by them* |