STEPTOE & JOHNSON LLP
Jeffrey M. Reisner (State Bar No. 143715)
jreisner@steptoe.com
Kerri A. Lyman (State Bar No. 241615)
klyman@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Davey Tree Expert Company,
Davey Tree Surgery Company, and
Davey Resource Group, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC CO.,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects Both Debtors | Case No.: 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>NOTICE OF WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS REGARDING ASSUMPTION OF VARIOUS CONTRACTS PURSUANT TO THE PROPOSED PLAN OF REORGANIZATION<br><br>[Related to Doc. No. 7304] |

PLEASE TAKE NOTICE THAT Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. hereby withdraw their *Objection and Reservation of Rights of Regarding Assumption of Various Contracts Pursuant to the Proposed Plan of Reorganization* (the "Objection"), filed on May 15, 2020. Docket No. 7304.

STEPTOE & JOHNSON LLP

/s/ Jeffrey M. Reisner
Jeffrey M. Reisner

*Attorneys for Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc.*

1

I, MELISSA HERNANDEZ, do declare and state as follows:

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age and not a party to the above-entitled action. My business address is 633 West Fifth Street, Suite 1900, Los Angeles, California 90071.

2. I certify that on November 4, 2020, I caused a true and correct copy of the foregoing document described as NOTICE OF WITHDRAWAL OF OBJECTION AND RESERVATION OF RIGHTS REGARDING ASSUMPTION OF VARIOUS CONTRACTS PURSUANT TO THE PROPOSED PLAN OF REORGANIZATION, to be served via the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. The parties are listed on the attached Electronic Mail Notice List.

3. I certify and declare under penalty of perjury that the foregoing is true and correct.

Melissa Hernandez      /s/ Melissa Hernandez
               Signature

**MAILING INFORMATION FOR CASE NO. 19-30088 (DM)**

**Electronic Mail Notice List**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Pamela Allen    pallen@dir.ca.gov
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg    jborg@jasonborglaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com

- **Peter C. Califano**  pcalifano@cwclaw.com
- **Steven M. Campora**  scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**  leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Nicholas A. Carlin**  nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese**  kcatanese@foley.com
- **Jennifer Machlin Cecil**  JCecil@winston.com, ECF_SF@winston.com
- **Barry A. Chatz**  barry.chatz@saul.com, barry.chatz@gmail.com
- **Karen J. Chedister**  kchedister@h-jlaw.com
- **Christina Lin Chen**  christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**  richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Kevin Chiu**  kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- **Jacquelyn H. Choi**  jchoi@raineslaw.com, bclark@raineslaw.com
- **Shawn M. Christianson**  schristianson@buchalter.com
- **Robert N.H. Christmas**  rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Jae Angela Chun**  ajc@chun.law, teresa@tosdallaw.com
- **Louis J. Cisz**  lcisz@nixonpeabody.com
- **Alicia Clough**  aclough@loeb.com
- **Tiffany Strelow Cobb**  tscobb@vorys.com
- **John B. Coffman**  john@johncoffman.net
- **Kevin G. Collins**  kevin.collins@btlaw.com
- **Brian S. Conlon**  bsc@phillaw.com, rac@phillaw.com
- **Charles Cording**  ccording@willkie.com, mao@willkie.com
- **Manuel Corrales**  mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin**  anne@costinlawfirm.com
- **Donald H. Cram**  dhc@severson.com
- **Ashley Vinson Crawford**  avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **J. Russell Cunningham**  rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**  , rkelley@pierceatwood.com
- **Keith J. Cunningham**  kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**  jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**  tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **Ashleigh A. Danker**  ashleigh.danker@dinsmore.com
- **James M. Davis**  jdavis@cglaw.com
- **Nicolas De Lancie**  ndelancie@jmbm.com
- **Judith A. Descalso**  , jad_9193@ecf.courtdrive.com
- **Erin Elizabeth Dexter**  edexter@milbank.com
- **Shounak S. Dharap**  ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**  kdiemer@diemerwei.com
- **Kathryn S. Diemer**  kdiemer@diemerwhitman.com
- **John P. Dillman**  houston_bankruptcy@publicans.com

- **Caroline R. Djang**  caroline.djang@bbklaw.com, Sansanee.wells@bbklaw.com
- **Jonathan R. Doolittle**  jdoolittle@reedsmith.com
- **Jennifer V. Doran**  jdoran@hinckleyallen.com
- **Dustin M. Dow**  ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher**  jdreher@downeybrand.com
- **Todd Dressel**  tdressel@mcguirewoods.com, JTabisaura@mcguirewoods.com
- **Geoffrey B. Dryvynsyde**  gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Cecily Ann Dumas**  cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Dennis F. Dunne**  cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**  ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**  annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Luke N. Eaton**  eatonl@pepperlaw.com, monugiac@pepperlaw.com
- **Kevin M. Eckhardt**  keckhardt@hunton.com, candonian@huntonak.com
- **Joseph A. Eisenberg**  JAE1900@yahoo.com
- **Michele Ellison**  mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian**  , Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**  larry@engeladvice.com
- **Krista M. Enns**  kenns@beneschlaw.com
- **Scott Esbin**  sesbin@esbinalter.com
- **Joseph M. Esmont**  jesmont@bakerlaw.com
- **Michael P. Esser**  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Richard W. Esterkin**  richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**  metkin@lowenstein.com
- **Jacob M. Faircloth**  jacob.faircloth@smolsonlaw.com
- **Brett D. Fallon**  bfallon@morrisjames.com, wweller@morrisjames.com
- **Michael C. Fallon**  , manders@fallonlaw.net
- **Joana Fang**  jf@kbklawyers.com, icd@kbklawyers.com
- **Joseph Kyle Feist**  jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman**  DFeldman@gibsondunn.com
- **Matthew A. Feldman**  mfeldman@willkie.com
- **Mark E. Felger**  mfelger@cozen.com
- **James J. Ficenec**  James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**  kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**  sfinestone@fhlawllp.com
- **Timothy M. Flaherty**  tflaherty@mpplaw.com
- **Daniel I. Forman**  dforman@willkie.com
- **Jonathan Forstot**  jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot**  , john.murphy@troutman.com
- **Matthew Hampton Foushee**  hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**  cfrederick@prklaw.com
- **Peter Friedman**  pfriedman@omm.com

- **Roger F. Friedman**  rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**  jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Lars H. Fuller**  lfuller@bakerlaw.com
- **Thomas M. Gaa**  tgaa@bbslaw.com
- **Larry W. Gabriel**  lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi**  gregg.galardi@ropesgray.com
- **Richard L. Gallagher**  richard.gallagher@ropesgray.com
- **Craig Solomon Ganz**  ganzc@ballardspahr.com, hartt@ballardspahr.com
- **Jeffrey K. Garfinkle**  jgarfinkle@buchalter.com
- **Oscar Garza**  ogarza@gibsondunn.com
- **Lisa S. Gast**  lsg@dwgp.com, lmk@dwgp.com
- **Paul R. Gaus**  paul.gaus@mccormickbarstow.com
- **Duane M. Geck**  dmg@severson.com
- **Evelina Gentry**  evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Janet D. Gertz**  jgertz@btlaw.com, amattingly@btlaw.com
- **Christopher Gessner**  cgessner@akingump.com, NYMCO@akingump.com
- **R. Dale Ginter**  dginter@downeybrand.com
- **Jon T. Givens**  givensjt@gmail.com, cwilson@wattsguerra.com
- **Barry S. Glaser**  bglaser@lkfirm.com
- **Paul R. Glassman**  pglassman@sycr.com
- **Gabriel I. Glazer**  gglazer@pszjlaw.com
- **Gabrielle Glemann**  gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Jaime Godin**  Jtouchstone@fddcm.com
- **Matthew A. Gold**  courts@argopartners.net
- **Eric D. Goldberg**  eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Craig Goldblatt**  Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- **Amy L. Goldman**  goldman@lbbslaw.com
- **Eric S. Goldstein**  egoldstein@goodwin.com
- **Rhonda Stewart Goldstein**  Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow**  rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**  mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**  mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**  egoodman@bakerlaw.com
- **Mark A. Gorton**  mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**  mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried**  MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- **Louis Gottlieb**  Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Eric A. Grasberger**  eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**  dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Eric A. Gravink**  eric@rhrc.net
- **Elizabeth A. Green**  egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Tracy Green**  tgreen@wendel.com, bankruptcy@wendel.com
- **Mitchell B. Greenberg**  mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Brian Gregory**  b.gregory@veenfirm.com, EL.Team@Veenfirm.com

- Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris    adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez    chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Miriam E. Hiser    mhiser@hiserlaw.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Linda Tai Hoshide    linda.hoshide@wilsonelser.com, noemi.santiago@wilsonelser.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com

Doc# QCI1939466v1

- **Chris Johnstone** chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones** andrew@ajoneslaw.com
- **Gregory K. Jones** GJones@dykema.com, cacossano@dykema.com
- **John L. Jones** JJones@chwlaw.us, JLJones2@outlook.com
- **Robert A. Julian** rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- **George H. Kalikman** gkalikman@schnader.com, sdavenport@schnader.com
- **Roberto J. Kampfner** rkampfner@whitecase.com, mco@whitecase.com
- **Bonnie E. Kane** bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- **Gary M. Kaplan** gkaplan@fbm.com, calendar@fbm.com
- **Robert B. Kaplan** rbk@jmbm.com
- **Eve H. Karasik** ehk@lnbyb.com
- **Michael G. Kasolas** trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- **Elyssa S. Kates** ekates@bakerlaw.com
- **Ori Katz** okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman** wkaufman@smwb.com
- **Jane G. Kearl** jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller** tkeller@kbkllp.com
- **Lynette C. Kelly** ustpregion17.oa.ecf@usdoj.gov
- **Matthew K. Kelsey** mkelsey@gibsondunn.com
- **Gerald P. Kennedy** gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- **Erica L. Kerman** ekerman@willkie.com
- **Samuel A. Khalil** skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder** skidder@ktbslaw.com
- **Marc Kieselstein** , carrie.oppenheim@kirkland.com
- **Jane Kim** jkim@kbkllp.com
- **Mary H. Kim** Mary.Kim@dechert.com, brett.stone@dechert.com
- **Kody D. L. Kleber** kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- **Matthew Ryan Klinger** mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp** bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight** kelly.knight@srz.com
- **Lydia Vanessa Ko** Lvko@stonelawoffice.com
- **Thomas F. Koegel** tkoegel@crowell.com
- **Katherine Kohn** kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong** kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas** akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg** , akornberg@paulweiss.com
- **Bernard Kornberg** bjk@severson.com
- **David I. Kornbluh** dik@millermorton.com, mhr@millermorton.com
- **Lauren Kramer** lkramer@rjo.com
- **Jeffrey C. Krause** jkrause@gibsondunn.com
- **Thomas R. Kreller** tkreller@milbank.com
- **Lindsey E. Kress** lkress@lockelord.com, autodocket@lockelord.com

8

Doc# US1 7539466v1

- Hannah C. Kreuser     hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler     robert.kugler@stinson.com
- Duane Kumagai     dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle     bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey     alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping     rich@trodellalapping.com
- Omeed Latifi     olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin     jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin     plaurin@btlaw.com, slmoore@btlaw.com
- Michael Lauter     mlauter@sheppardmullin.com
- Kenneth T. Law     klaw@bbslaw.com
- Francis J. Lawall     lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc     ALeblanc@milbank.com
- Erica Lee     Erica.Lee@doj.ca.gov
- Scott Lee     scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds     leedsp@higgslaw.com
- Edward J. Leen     eleen@mkbllp.com
- Lisa Lenherr     llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick     matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch     bletsch@braytonlaw.com
- David B. Levant     david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin     alevin@wcghlaw.com
- David Levine     dnl@groom.com
- Marc A. Levinson     Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira     dsilveira@kbkllp.com
- Alexander James Demitro Lewicki     kdiemer@diemerwei.com
- Alexander James Demitro Lewicki     alewicki@diemerwei.com
- William Thomas Lewis     wtl@roblewlaw.com, kimwrenn@msn.com
- Lauren Lifland     lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa     , jcaruso@nixonpeabody.com
- William S. Lisa     wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb     jon.loeb@bingham.com
- Michael B. Lubic     michael.lubic@klgates.com
- John William Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Joseph R. Lucia     PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano     jane-luciano@comcast.net
- Kerri Lyman     klyman@irell.com
- Carissa A. Lynch     Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy     macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald     iain@macfern.com, ecf@macfern.com

- **Tracy L. Mainguy**  tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone**  malonek@gtlaw.com
- **Liam K. Malone**  malone@oles.com, shahin@oles.com
- **Michael W. Malter**  michael@bindermalter.com
- **Craig Margulies**  cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**  gemarr59@hotmail.com
- **Richard A. Marshack**  rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- **Catherine Martin**  cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- **David P. Matthews**  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**  patrick.maxcy@snrdenton.com
- **Benjamin P. McCallen**  bmccallen@willkie.com
- **Thomas E. McCurnin**  tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald**  hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald**  , john.murphy@troutman.com
- **C. Luckey McDowell**  Luckey.McDowell@Shearman.com
- **Matthew D. McGill**  MMcGill@gibsondunn.com
- **Melissa C. McLaughlin**  mcmclaughlin@venable.com, ataylor@venable.com
- **Scott H. McNutt**  SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**  Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**  peter@pmrklaw.com
- **Frank A. Merola**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing**  jennifer.mersing@stoel.com, lisa.petras@stoel.com
- **Joshua M. Mester**  jmester@jonesday.com
- **Matthew D. Metzger**  belvederelegalecf@gmail.com
- **Merle C. Meyers**  mmeyers@mlg-pc.com
- **Randy Michelson**  randy.michelson@michelsonlawgroup.com
- **Gerardo Mijares-Shafai**  Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- **Joel S. Miliband**  jmiliband@brownrudnick.com
- **Joseph G. Minias**  jminias@willkie.com
- **M. David Minnick**  dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Benjamin Mintz**  benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- **Nancy Mitchell**  nmitchell@omm.com
- **Thomas C. Mitchell**  tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**  john.moe@dentons.com, glenda.spratt@dentons.com

- **Aaron J. Mohamed**  ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**  kmontee@monteeassociates.com
- **David W. Moon**  lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore**  dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito**  emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey**  cjm@cpuc.ca.gov
- **Courtney L. Morgan**  morgan.courtney@pbgc.gov
- **Kimberly S. Morris**  kmorris@bakerlaw.com, tpetre@bakerlaw.com
- **Rodney Allen Morris**  Rodney.Morris2@usdoj.gov
- **Joshua D. Morse**  Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- **Andrew H. Morton**  andrew.morton@stoel.com, lisa.petras@stoel.com
- **Thomas G. Mouzes**  tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**  pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **John Leland Murphree**  LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- **Bennett J. Murphy**  bmurphy@bennettmurphylaw.com
- **Michael S. Myers**  myersms@ballardspahr.com
- **Alan I. Nahmias**  anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **David L. Neale**  dln@lnbrb.com
- **David L. Neale**  dln@lnbyb.com
- **David Neier**  dneier@winston.com
- **Brittany J. Nelson**  bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister**  MNeumeister@gibsondunn.com
- **Howard S. Nevins**  hnevins@hsmlaw.com
- **Samuel A. Newman**  sam.newman@sidley.com, laefilingnotice@sidley.com
- **Melissa T. Ngo**  ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**  mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Sean Nolan**  snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti**  gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**  aobrient@mintz.com, docketing@mintz.com
- **Alicia D. O'Neill**  aoneill@wattsguerra.com, cwilson@wattsguerra.com
- **Julie E. Oelsner**  joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**  USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**  roliner@duanemorris.com, dmicros@duanemorris.com
- **Matthew Jon Olson**  matt@macfern.com, stell.laura@dorsey.com
- **Scott Olson**  solson@vedderprice.com, nortega@vedderprice.com
- **Steven M. Olson**  smo@smolsonlaw.com
- **Aram Ordubegian**  Ordubegian.Aram@ArentFox.com
- **Keith C. Owens**  kowens@venable.com, bclark@venable.com;khoang@venable.com
- **Gabriel Ozel**  , gabeozel@gmail.com
- **Margarita Padilla**  Margarita.Padilla@doj.ca.gov
- **Amy S. Park**  amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**  donna@parkinsonphinney.com
- **Peter S. Partee**  ppartee@huntonak.com, candonian@huntonak.com
- **Paul J. Pascuzzi**  ppascuzzi@ffwplaw.com, docket@ffwplaw.com

- **Kenneth Pasquale**, mlaskowski@stroock.com
- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com
- **Yosef Peretz**, skim@peretzlaw.com
- **Christian A. Pereyda**   CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
- **Thomas R. Phinney**   tom@parkinsonphinney.com
- **R. Alexander Pilmer**   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**   rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**   epino@epinolaw.com, rmahal@epinolaw.com
- **Gregory Plaskett**   GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin**   mplevin@crowell.com
- **Steven G. Polard**   spolard@eisnerlaw.com
- **Mark D. Poniatowski**   ponlaw@ponlaw.com
- **Cara M. Porter**   Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov
- **William L. Porter**   bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince**   cprince@lesnickprince.com
- **Douglas B. Provencher**   dbp@provlaw.com
- **Stacey C. Quan**   squan@steyerlaw.com, pspencer@steyerlaw.com
- **Amy C. Quartarolo**   amy.quartarolo@lw.com
- **Lary Alan Rappaport**   lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**   justinrawlins@paulhastings.com
- **Hugh M. Ray**   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**   smeyer@farmerandready.com
- **Caroline A. Reckler**   caroline.reckler@lw.com
- **David M. Reeder**   david@reederlaw.com, secretary@reederlaw.com
- **Steven J. Reisman**   sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner**   jreisner@irell.com
- **Jack A. Reitman**, srichmond@lgbfirm.com
- **Emily P. Rich**   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **David J. Richardson**   drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- **Christopher O. Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin**   drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- **John R. Rizzardi**   kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson**   robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester**   lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Michael Rogers**   mrogers@lambertrogers.com, jan@lambertrogers.com
- **Julie H. Rome-Banks**   julie@bindermalter.com
- **Jorian L. Rose**   jrose@bakerlaw.com
- **Laurence M. Rosen**   lrosen@rosenlegal.com, zstanco@rosenlegal.com
- **Paul M. Rosenblatt**   prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com

- **David A. Rosenzweig**  david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- **Allan Robert Rosin**  arrosin@alr-law.com
- **Jay M. Ross**  jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**  grougeau@brlawsf.com
- **Stacy H. Rubin**  rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- **Jason C. Rubinstein**  jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg**  nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**  trupp@kbkllp.com
- **Eric E. Sagerman**  esagerman@bakerlaw.com
- **Robert Sahyan**  rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- **Gregory M. Salvato**  gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- **Jonathan C. Sanders**  jsanders@stblaw.com
- **Nanette D. Sanders**  nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Natalie Kathleen Sanders**  natalie.sanders@bakerbotts.com
- **Lovee Sarenas**  Lovee.sarenas@lewisbrisbois.com
- **Sunny S. Sarkis**  sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Patricia Savage**  psavesq@gmail.com, jodi.savage@gmail.com
- **Sblend A. Sblendorio**  sas@hogefenton.com
- **Francis O. Scarpulla**  fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter**  daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**  bradley.schneider@mto.com, jeffrey.wu@mto.com
- **Harvey S. Schochet**  Harveyschochet@dwt.com
- **Nathan A. Schultz**  nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- **Lisa Schweitzer**  lschweitzer@cgsh.com
- **Eric J. Seiler**  eseiler@fklaw.com, mclerk@fklaw.com
- **David B. Shemano**  dshemano@pwkllp.com
- **James A. Shepherd**  jim@jsheplaw.com, shepIGN@gmail.com
- **Leonard M. Shulman**  lshulman@shbllp.com
- **Andrew I. Silfen**  andrew.silfen@arentfox.com
- **Wayne A. Silver**  w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Brandt Silver-Korn**  bsilverkorn@edelson.com, docket@edelson.com
- **Craig S. Simon**  csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton**  gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Steven J. Skikos**  sskikos@skikos.com, mmontoya@skikos.com
- **Michael K. Slattery**  mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**  dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**  jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**  asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**  adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**  jdsokol@lawssl.com, dwright@lawssl.com
- **Randye B. Soref**  rsoref@polsinelli.com
- **Joseph Sorkin**  jsorkin@akingump.com, NYMCO@akingump.com
- **Bennett L. Spiegel**  blspiegel@jonesday.com
- **Michael St. James**  ecf@stjames-law.com

13

Doc# LA:#7939466v1

- **Diane C. Stanfield**  diane.stanfield@alston.com, nelly.villaneda@alston.com
- **Howard J. Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**  harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**  lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- **Lillian G. Stenfeldt**  lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel**  clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**  dstern@ktbslaw.com
- **Geoffrey S. Stewart**  gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone**  AStone@milbank.com, DMcCracken@Milbank.com
- **Jason D. Strabo**  jstrabo@mwe.com, shill@mwe.com
- **Michael H. Strub**  mstrub@irell.com, mhstrub1@gmail.com
- **Rebecca Suarez**  rsuarez@crowell.com
- **Brad T. Summers**  summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Kristine Theodesia Takvoryan**  ktakvoryan@ckrlaw.com
- **Derrick Talerico**  dtalerico@ztlegal.com, sfritz@ztlegal.com
- **Kesha Tanabe**  kesha@tanabelaw.com
- **Mary Ellmann Tang**  mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- **Elizabeth Lee Thompson**  ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**  jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Elisa Tolentino**  cao.main@sanjoseca.gov
- **Meagan S. Tom**  Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**  etredinnick@greeneradovsky.com
- **Matthew Jordan Troy**  matthew.troy@usdoj.gov
- **Michael Tye**  Michael.Tye@usdoj.gov
- **Gary D. Underdahl**  gunderdahl@askllp.com, lmiskowiec@askllp.com
- **Andrew Van Ornum**  avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**  shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**  vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**  marta.villacorta@usdoj.gov
- **Carol C. Villegas**  cvillegas@labaton.com, NDonlon@labaton.com
- **John A. Vos**  InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu**  bao.vu@stoel.com, sharon.witkin@stoel.com
- **Nicholas Wagner**  kschemen@wagnerjones.com, bwagner@wagnerjones.com
- **Jonathan D. Waisnor**  jwaisnor@willkie.com, mao@willkie.com
- **Riley C. Walter**  ecf@W2LG.com
- **Phillip K. Wang**  phillip.wang@rimonlaw.com
- **Philip S. Warden**  philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Gregory P. Waters**  gwaters@elllaw.com, gregorywatersesq@gmail.com
- **Guy L. Watts**  gwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Mikal C. Watts**  mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Lindsi M. Weber**  lweber@polsinelli.com, yderac@polsinelli.com
- **Joseph M. Welch**  jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**  DWessel@efronlawfirm.com, hporter@chdlawyers.com

| | |
|---|---|
| 1 | - **Joseph West**   westjoseph@earthlink.net, josephw998@gmail.com |
| 2 | - **Drew M. Widders**   dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
| | - **Jason P. Williams**   , maryanne@wplgattorneys.com |
| 3 | - **Eric R. Wilson**   kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| 4 | - **Kimberly S. Winick**   kwinick@clarktrev.com, knielsen@clarktrev.com |
| 5 | - **Rebecca J. Winthrop**   rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com |
| 6 | - **David Wirt**   david.wirt@hklaw.com, denise.harmon@hklaw.com |
| | - **Ryan A. Witthans**   rwitthans@fhlawllp.com |
| 7 | - **Risa Lynn Wolf-Smith**   rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| 8 | - **Douglas Wolfe**   dwolfe@asmcapital.com |
| 9 | - **Andrea Wong**   wong.andrea@pbgc.gov, efile@pbgc.gov |
| | - **Christopher Kwan Shek Wong**   christopher.wong@arentfox.com |
| 10 | - **David A. Wood**   dwood@marshackhays.com, lbuchanan@marshackhays.com |
| 11 | - **Kirsten A. Worley**   kw@wlawcorp.com, admin@wlawcorp.com |
| | - **Kinga Wright**   kinga.wright@lockelord.com, autodocket@lockelord.com |
| 12 | - **Antonio Yanez**   ayanez@willkie.com |
| 13 | - **Cathy Yanni**   cathy@cathyyanni.com, pstrunk@browngreer.com |
| | - **Andrew Yaphe**   andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| 14 | - **Tacie H. Yoon**   tyoon@crowell.com |
| 15 | - **Bennett G. Young**   byoung@jmbm.com, jb8@jmbm.com |
| | - **Christopher L. Young**   cyoung@cairncross.com, nspringstroh@cairncross.com |
| 16 | - **Nicole M. Zeiss**   nzeiss@labaton.com |
| 17 | - **Paul H. Zumbro**   mao@cravath.com |
| | - **Brittany Zummer**   bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| | - **Dario de Ghetaldi**   deg@coreylaw.com, lf@coreylaw.com |