

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**November 5, 2020**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Notice of Appeal to District Court:

**In Re PG& E Corporation and Pacific Gas and Electric Company, Case #19-30088, Judge Dennis Montali**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal and Statement of Election
Memorandum Decision Disallowing Administrative Expense Claims
Order Disallowing Administrative Expense Claims of Elliott Management Corporation
Court Certificate of Mailing

**Filing Fee**: ☒ Paid $ 298.00   ☐ Not Paid   ☐ Fee Waived   ☐ Fee Waiver Pending

If you have any questions, please contact me at **DaWana Chambers**.

Edward Emmons, Clerk
United States Bankruptcy Court

By: *DaWana Chambers*
DaWana Chambers  Deputy Clerk