

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**November 5, 2020**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Notice of Appeal to District Court:

**In Re PG& E Corporation and Pacific Gas and Electric Company, Case #19-30088, Judge Dennis Montali**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal and Statement of Election
Memorandum Decision Disallowing Administrative Expense Claims
Order Disallowing Administrative Expense Claims of Canyon Capital Advisors LLC et al.
Court Certificate of Mailing

**Filing Fee**: ☒ Paid $ 298.00    ☐ Not Paid    ☐ Fee Waived    ☐ Fee Waiver Pending

If you have any questions, please contact me at *DaWana Chambers*.

Edward Emmons, Clerk
United States Bankruptcy Court

By: *DaWana Chambers*

DaWana Chambers  Deputy Clerk