1  Amanda Jereige (SBN#324644)
   Ajereige@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, 35th Floor
3  San Francisco, CA 94111-5840
   Telephone: (415) 591-1000
4  Facsimile: (415) 591-1400

5
   Jennifer Machlin Cecil (SBN#294806)
6  Jcecil@winston.com
   WINSTON & STRAWN LLP
7  101 California Street, 35th Floor
   San Francisco, CA 94111-5840
8  Telephone: (415) 591-1000
   Facsimile: (415) 591-1400
9

10 David Neier (*admitted pro hac vice*)
   dneier@winston.com
11 WINSTON & STRAWN LLP
   200 Park Avenue, 40th Floor
12 New York, NY 10166-4193
   Telephone: (212) 294-6700
13 Facsimile: (212) 294-4700

14
   *Attorneys for First Solar, Inc.*
15 *and Willow Springs Solar 3, LLC*

16
                **UNITED STATES BANKRUPTCY COURT**
17
                **NORTHERN DISTRICT OF CALIFORNIA**
18
                **SAN FRANCISCO DIVISION**
19

| | |
|---|---|
| 20 **In re:** | Bankruptcy Case No. 19 - 30088 (DM) |
| 21 **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| 22 **-and-** | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| 23 **PACIFIC GAS AND ELECTRIC** | |
| 24 **COMPANY,** | |
| 25 **Debtors.** | |
| 26 ☐ Affects PG&E Corporation | **Courtroom**: Hon. Dennis Montali |
| 27 | 450 Golden Gate A venue |
| ☐ Affects Pacific Gas and Electric | 16th Floor, Courtroom 17 |
| 28 Company | San Francisco, CA 94102 |

Case: 19-30088   Doc# 9414   Filed: 11/05/20   Entered: 11/05/20 16:28:40   Page 1 of 3

☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

Winston & Strawn LLP ("Winston & Strawn"), pursuant to Local Rule 5-1, respectfully notifies the Court that Jennifer Machlin Cecil shall withdraw as counsel for First Solar, Inc. and Willow Springs Solar 3, LLC in the above-captioned matter, and that Amanda Jereige, also of Winston & Strawn, shall substitute for Ms. Cecil.  In support of its Notice, Winston & Strawn states as follows:

1.      Local Rule 5-1 instructs counsel to file a Notice of Substitution of Counsel where both counsel are of the same firm.

2.      Jennifer Machlin Cecil withdraws as counsel for First Solar, Inc. and Willow Springs Solar 3, LLC in light of her departure from Winston & Strawn.  Winston & Strawn respectfully requests that Ms. Cecil be removed from all applicable service lists.

4.      In Ms. Cecil's place, Amanda Jereige, also of Winston & Strawn, hereby enters an appearance as counsel for First Solar, Inc. and Willow Springs Solar 3, LLC in the above-captioned litigation.  The contact information for Amanda Jereige is as follows:

Amanda Jereige (SBN: 324644)
ajereige@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone:      (415) 591-1000
Facsimile:      (415) 591-1400

5.      Winston & Strawn continues to represent First Solar, Inc. and Willow Springs Solar 3, LLC in the above-captioned matter, and all other attorneys of record from Winston & Strawn for First Solar, Inc. and Willow Springs Solar 3, LLC remain unchanged.

6.      As Ms. Cecil and Ms. Jereige are of the same law firm, leave of court is not required to effectuate this withdrawal/substitution.

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 19-30088 (DM)
2

1    WHEREFORE, Winston & Strawn LLP respectfully notifies the Court that Jennifer Machlin

2  Cecil withdraws and Amanda Jereige substitutes as one of the attorneys for First Solar, Inc. and Willow

3  Springs Solar 3, LLC.

4

5  Dated:  November 5, 2020                         WINSTON & STRAWN LLP

6

7                                                   By:    /s/ Amanda Jereige
                                                          Amanda Jereige
8                                                          Attorney for
                                                          FIRST SOLAR, INC. and WILLOW SPRINGS
9                                                          SOLAR 3, LLC

10

11                                                  By:    /s/ Jennifer Cecil
                                                          Jennifer Cecil
12                                                         Former Counsel for
                                                          FIRST SOLAR, INC. and WILLOW SPRINGS
13                                                         SOLAR 3, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 19-30088    Doc# 9414    Filed: 11/05/20    Entered: 11/05/20 16:28:40    Page 3 of 3