Amanda Jereige (SBN#324644)
Ajereige@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Jennifer Machlin Cecil (SBN#294806)
Jcecil@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

David Neier (*admitted pro hac vice*)
dneier@winston.com
WINSTON & STRAWN LLP
200 Park Avenue, 40th Floor
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for City of San Jose CA*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |
| ☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company | **Courtroom**: Hon. Dennis Montali<br>450 Golden Gate Avenue<br>16th Floor, Courtroom 17<br>San Francisco, CA 94102 |

☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

Winston & Strawn LLP ("Winston & Strawn"), pursuant to Local Rule 5-1, respectfully notifies the Court that Jennifer Machlin Cecil shall withdraw as counsel for City of San Jose CA in the above-captioned matter, and that Amanda Jereige, also of Winston & Strawn, shall substitute for Ms. Cecil. In support of its Notice, Winston & Strawn states as follows:

1. Local Rule 5-1 instructs counsel to file a Notice of Substitution of Counsel where both counsel are of the same firm.

2. Jennifer Machlin Cecil withdraws as counsel for City of San Jose CA in light of her departure from Winston & Strawn. Winston & Strawn respectfully requests that Ms. Cecil be removed from all applicable service lists.

4. In Ms. Cecil's place, Amanda Jereige, also of Winston & Strawn, hereby enters an appearance as counsel for City of San Jose CA in the above-captioned litigation. The contact information for Amanda Jereige is as follows:

> Amanda Jereige (SBN: 324644)
> ajereige@winston.com
> WINSTON & STRAWN LLP
> 101 California Street, 35th Floor
> San Francisco, CA 94111
> Telephone: (415) 591-1000
> Facsimile: (415) 591-1400

5. Winston & Strawn continues to represent City of San Jose CA in the above-captioned matter, and all other attorneys of record from Winston & Strawn for City of San Jose CA remain unchanged.

6. As Ms. Cecil and Ms. Jereige are of the same law firm, leave of court is not required to effectuate this withdrawal/substitution.

NOTICE OF SUBSTITUTION OF COUNSEL
Case No. 19-30088 (DM)
2

Case: 19-30088    Doc# 9416    Filed: 11/05/20    Entered: 11/05/20 16:48:53    Page 2 of 3

WHEREFORE, Winston & Strawn LLP respectfully notifies the Court that Jennifer Machlin Cecil withdraws and Amanda Jereige substitutes as one of the attorneys for City of San Jose CA.

Dated: November 5, 2020	WINSTON & STRAWN LLP

By: */s/ Amanda Jereige*
Amanda Jereige
Attorney for
CITY OF SAN JOSE CA

By: */s/ Jennifer Cecil*
Jennifer Cecil
Former Counsel for
CITY OF SAN JOSE CA