| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>Minneapolis, MN  55416 | 1826 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,309,375.45  (U)<br>$1,309,375.45  (T) | Amended and Superseded | WBox 2019-6 LLC  (59.8%) and WBox 2020-1 LLC (40.2%)<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN  55416 | 68156 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,489,080.34  (U)<br>$1,489,080.34  (T) |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>Minneapolis, MN  55416 | 1882 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,301,753.55  (U)<br>$1,301,753.55  (T) | Amended and Superseded | WBox 2019-6 LLC  (59.8%) and WBox 2020-1 LLC (40.2%)<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN  55416 | 68156 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,489,080.34  (U)<br>$1,489,080.34  (T) |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN  55416 | 57326 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,006,404.92  (U)<br>$2,006,404.92  (T) | Amended and Superseded | WBox 2020-1 LLC (62.3205%); Whitebox Caja Blanca Fund, LP (27.3660%); Whitebox GT Fund, LP (10.3135%)<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN  55416 | 68520 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,331,755.87  (U)<br>$7,331,755.87  (T) |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN  55416 | 72425 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,179,067.53  (U)<br>$14,179,067.53  (T) | Amended and Superseded | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN  55416 | 96925 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,451,790.07  (U)<br>$14,451,790.07  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| WBox 2020-1 LLC (62.3205%); Whitebox Caja Blanca Fund, LP (27.3660%); Whitebox GT Fund, LP (10.3135%) <br><br> c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 <br><br> Minneapolis, MN 55416 | 59598 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br><br> $0.00 (P) <br><br> $4,569,189.78 (U) <br> $4,569,189.78 (T) | Amended and Superseded | WBox 2020-1 LLC (62.3205%); Whitebox Caja Blanca Fund, LP (27.3660%); Whitebox GT Fund, LP (10.3135%) <br><br> c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 <br><br> Minneapolis, MN 55416 | 68520 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br><br> $0.00 (P) <br><br> $7,331,755.87 (U) <br> $7,331,755.87 (T) |
| Whitebox Caja Blanca Fund, LP as Transferee of Whitebox Asymmetric Partners, LP <br><br> Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 <br> Minneapolis, MN 55416 | 3516 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br><br> $0.00 (P) <br><br> $7,331,755.87 (U) <br> $7,331,755.87 (T) | Amended and Superseded | WBox 2020-1 LLC (62.3205%); Whitebox Caja Blanca Fund, LP (27.3660%); Whitebox GT Fund, LP (10.3135%) <br><br> c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 <br><br> Minneapolis, MN 55416 | 68520 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br><br> $0.00 (P) <br><br> $7,331,755.87 (U) <br> $7,331,755.87 (T) |
| Whitebox GT Fund, LP <br><br> Whitebox Advisors LLC Andrew M. Thau 280 Park Avenue, Suite 43W Suite 43W <br> New York, NY 10017 | 60041 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br><br> $0.00 (P) <br><br> $756,161.17 (U) <br> $756,161.17 (T) | Amended and Superseded | WBox 2020-1 LLC (62.3205%); Whitebox Caja Blanca Fund, LP (27.3660%); Whitebox GT Fund, LP (10.3135%) <br><br> c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 <br><br> Minneapolis, MN 55416 | 68520 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br><br> $0.00 (P) <br><br> $7,331,755.87 (U) <br> $7,331,755.87 (T) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Henkels & McCoy, Inc. <br> Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 <br> Minneapolis, MN 55416 | 3003 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br><br> $0.00 (P) <br><br> $14,179,067.53 (U) <br> $14,179,067.53 (T) | Amended and Superseded | WBox 2019-6 LLC <br><br> c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 <br><br> Minneapolis, MN 55416 | 96925 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br><br> $0.00 (P) <br><br> $14,451,790.07 (U) <br> $14,451,790.07 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Whitebox Multi-Strategy Partners, LP as Transferee of Henkels & McCoy, Inc. Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 3212 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $14,451,790.07 (U) $14,451,790.07 (T) | Amended and Superseded | WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 96925 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $14,451,790.07 (U) $14,451,790.07 (T) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Traffic Management, Inc. Attn: Scott Specken 3033 Excelsior Blvd, Ste 300 10250 Constellation Blvd., Suite 1700 Minneapolis, MN 55416 | 3259 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $12,222,262.00 (U) $12,222,262.00 (T) | Amended and Superseded | WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Suite 43W Minneapolis, MN 55416 | 68210 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $12,222,262.00 (U) $12,222,262.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".