| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| C.H. Reynolds Electric, Inc.<br>1281 Wayne Avenue<br>San Jose, CA 95131 | 58748 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,865.00 (U)<br>$49,865.00 (T) | Duplicative Claims (Identical) | C.H. Reynolds Electric, Inc.<br>1281 Wayne Avenue<br>San Jose, CA 95131 | 57938 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,865.00 (U)<br>$49,865.00 (T) |
| Engineering/Remediation Resources Group, Inc.<br>4585 Pacheco Blvd. #200<br>Martinez , CA 94553 | 3024 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,151.08 (U)<br>$8,151.08 (T) | Duplicative Claims (Partially Identical) | Engineering/Remediation Resources Group, Inc.<br>4585 Pacheco Blvd. #200<br>Martinez, CA 94553 | 17474 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,497.10 (U)<br>$11,497.10 (T) |
| Engineering/Remediation Resources Group, Inc.<br>4585 Pacheco Blvd. #200<br>Martinez , CA 94553 | 3025 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,276.68 (U)<br>$1,276.68 (T) | Duplicative Claims (Partially Identical) | Engineering/Remediation Resources Group, Inc.<br>4585 Pacheco Blvd. #200<br>Martinez, CA 94553 | 17474 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,497.10 (U)<br>$11,497.10 (T) |
| Livingston's Concrete Service, Inc.<br>5304 Roseville Rd. Ste A<br>N. Highlands, CA 95660 | 9834 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,797.53 (U)<br>$32,797.53 (T) | Duplicative Claims (Partially Identical) | Livingston's Concrete Service, Inc.<br>5304 Roseville Rd. Ste A<br>N. Highlands, CA 95660 | 1974 | Pacific Gas and Electric Company | $0.00 (S)<br>$6,881.26 (A)<br>$0.00 (P)<br>$32,797.53 (U)<br>$39,678.79 (T) |
| MM Manufacturing<br>101 The Embarcadero #130<br>San Francisco, CA 94105 | 3954 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$6,540.00 (P)<br>$0.00 (U)<br>$6,540.00 (T) | Duplicative Claims (Partially Identical) | MM Manufacturing<br>101 The Embarcadero #130<br>San Francisco, CA 94105 | 2166 | Pacific Gas and Electric Company | $0.00 (S)<br>$6,540.00 (A)<br>$0.00 (P)<br>$604.95 (U)<br>$7,144.95 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | Basis For Objection | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Powercon Corporation<br>PO Box 477<br>Severn, MD 21144 | 3597 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$344,904.00 (U)<br>$344,904.00 (T) | Duplicative Claims (Partially Identical) | Powercon Corp.<br>Cole Schotz P.C. Gary H. Leibowitz, Esquire<br>300 E. Lombard Street, Suite 1450<br>Baltimore, MD 21202 | 2381 | Pacific Gas and Electric Company | $0.00 (S)<br>$49,058.00 (A)<br>$0.00 (P)<br>$367,601.00 (U)<br>$416,659.00 (T) |
| Rojas, Jose<br>Ladva Law Firm 530 Jackson Street, 2nd Floor<br>San Francisco, CA 94133 | 3507 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250,000.00 (U)<br>$250,000.00 (T) | Duplicative Claims (Identical) | Rojas, Jose<br>Ladva Law Firm 530 Jackson Street, 2nd Floor<br>San Francisco, CA 94133 | 1323 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$250,000.00 (U)<br>$250,000.00 (T) |
| TRC Master Fund LLC as Transferee of Benson & Son Electric Inc<br>Attn: Terrel Ross PO Box 633<br>Woodmere, NY 11598<br>**Claim Transferred To:**<br>TRC Master Fund LLC<br>Attn: Terrel Ross PO Box 633<br>Woodmere, NY 11598<br>100% | 70983 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Duplicative Claims (Partially Identical) | TRC Master Fund LLC as Transferee of Benson & Son Electric Inc<br>Attn: Terrel Ross PO Box 633<br>Woodmere, NY 11598 | 2252 | Pacific Gas and Electric Company | $0.00 (S)<br>$21,000.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$31,000.00 (T) |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416<br>**Claim Transferred To:**<br>WBox 2019-6 LLC<br>Whitebox Advisors LLC Scott Specken 3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416<br>100% | 59922 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,222,262.00 (U)<br>$12,222,262.00 (T) | Duplicative Claims (Identical) | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500 Suite 43W<br>Minneapolis, MN 55416 | 68210 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,222,262.00 (U)<br>$12,222,262.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| WBox 2019-6 LLC<br><br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416 | 60072 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$890,311.47 (U)<br>$890,311.47 (T) | Duplicative Claims (Partially Identical) | WBox 2019-6 LLC (59.8%) and WBox 2020-1 LLC (40.2%)<br><br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416 | 68156 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,489,080.34 (U)<br>$1,489,080.34 (T) |
| WBox 2020-1 LLC (62.3205%); Whitebox Caja Blanca Fund, LP (27.3660%); Whitebox GT Fund, LP (10.3135%)<br><br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416 | 60021 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$598,768.87 (U)<br>$598,768.87 (T) | Duplicative Claims (Partially Identical) | WBox 2019-6 LLC (59.8%) and WBox 2020-1 LLC (40.2%)<br><br>c/o Whitebox Advisors Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416 | 68156 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,489,080.34 (U)<br>$1,489,080.34 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".