| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Bradford Capital Holdings, LP as Transferee of Colibri Ecological Consulting LLC<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012<br>**Claim Transferred To:**<br>Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353<br>Clifton, NJ 7012<br>100% | 7762 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$2,627.04 (P)<br>$0.00 (U)<br>$2,627.04 (T) | Incorrect Debtor (Partially Identical) | Bradford Capital Holdings, LP, as Assignee of Colibri Ecological Consulting, LLC<br>c/o Bradford Capital Holdings, LLC PO Box 4353<br>Clifton, NJ 07012 | 96456 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,420.03 (U)<br>$4,420.03 (T) |
| Chico State Enterprises<br>Attn: Mary Sidney 25 Main Street, Suite 203<br>Chico, CA 95928-5388 | 77279 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,724.37 (U)<br>$4,724.37 (T) | Incorrect Debtor (Identical) | Chico State Enterprises<br>Attn: Mary Sidney 25 Main Street, Suite 203<br>Chico, CA 95928-5388 | 79785 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,724.37 (U)<br>$4,724.37 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".