| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| A Ruiz Construction Co & Assoc Inc<br>1601 Cortland Ave<br>San Francisco, CA 94110 | 17071 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $77,368.00 | $4,073.00 | $81,441.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $42,996.00 | $42,996.00 | |
| BAY AREA RAPID TRANSIT DISTRICT<br>300 LAKESIDE DR 22ND FL<br>OAKLAND, CA 94612 | 1033462 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $13,850.00 | $13,850.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $5,925.00 | $5,925.00 | |
| C. H. Reynolds Electric, Inc.<br>1281 Wayne Avenue<br>San Jose, CA 95131 | 2639 | PG&E Corporation | 4/22/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $64,440.00 | $0.00 | $0.00 | $64,440.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| C. H. Reynolds Electric, Inc.<br>1281 WAYNE AVENUE<br>SAN JOSE, CA 95131 | 2703 | PG&E Corporation | 4/22/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $50,846.11 | $0.00 | $185,555.80 | $236,401.91 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| C.H. Reynolds Electric, Inc.<br>1281 Wayne Avenue<br>San Jose, CA 95131 | 4161 | PG&E Corporation | 7/26/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $43,313.39 | $43,313.39 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CALIFORNIA ENERGY COMMISSION<br>1516 9TH ST MS-02<br>SACRAMENTO, CA 95814 | 1031364 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $9,168.92 | $9,168.92 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | |
| CITY OF BAKERSFIELD<br>1715 CHESTER AVE<br>BAKERSFIELD, CA 93303 | 1033519 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $11,475.06 | $11,475.06 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $7,455.00 | $7,455.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CommScope Technologies LLC DBA ComSearch<br>Angela (Angie) McDonald Manager, Customer Financial Services 1100 CommScope Place SE<br>Hickory, NC 28603 | 59154 | Pacific Gas and Electric Company | 10/17/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $8,387.40 | $8,387.40 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,252.40 | $1,252.40 | |
| Desert Sunlight 300, LLC<br>c/o Klee, Tuchin Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Ave of the Stars, 39th Floor<br>Los Angeles, CA 90067 | 1548 | Pacific Gas and Electric Company | 3/19/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $3,845,474.34 | $0.00 | $127,217.91 | $3,972,692.25 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $3,845,474.34 | $0.00 | $0.00 | $3,845,474.34 | |
| Dresser-Rand<br>McGuireWoods LLP Attn: Joseph S. Sheerin Gateway Plaza 800 East Canal Street<br>Richmond, VA 23219 | 64100 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $143,090.29 | $143,090.29 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $143,090.29 | $143,090.29 | |
| ENEL X NORTH AMERICA INC<br>ATTN: GENERAL COUNSEL 1 MARINA PARK DRIVE, SUITE 400<br>BOSTON, MA 02210 | 1913 | Pacific Gas and Electric Company | 3/27/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $6,557.14 | $6,557.14 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Folsom Ready Mix, Inc.<br>3401 Fitzgerald Rd<br>Rancho Cordova, CA 95742 | 1067 | PG&E Corporation | 2/25/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $95,394.36 | $95,394.36 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,529.75 | $1,529.75 | |
| Global Machinery Int'l West LLC<br>705 West 62nd Ave<br>Denver, CO 80216 | 1199 | Pacific Gas and Electric Company | 2/28/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $3,340.28 | $3,340.28 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,391.98 | $1,391.98 | |
| Lloyd's Register Quality Assurance, Inc<br>Locke Lord, LLP c/o Simon R. Mayer 600 Travis St., Suite 2800<br>Houston, TX 77002 | 9488 | Pacific Gas and Electric Company | 9/23/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $153,398.60 | $153,398.60 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $104,979.91 | $104,979.91 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mercer US Inc 12421 Meredith Drive Urbandale, IA 50398 | 3458 | Pacific Gas and Electric Company | 6/26/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $110,030.86 | $110,030.86 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $101,400.71 | $101,400.71 | |
| OPRONA INC ATTN: LEGAL COUNSEL 14120 INTERDRIVE EAST HOUSTON, TX 77032 | 80261 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $585,884.78 | $585,884.78 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $575,934.78 | $575,934.78 | |
| Otis Elevator Company Treasury Services - c/o Credit & Collections 5500 Village Blvd West Palm Beach, FL 33407 | 1881 | PG&E Corporation | 3/26/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $34,453.63 | $34,453.63 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $15,110.95 | $15,110.95 | |
| Shafter Solar, LLC c/o Klee, Tuchin, Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Avenue of the Stars, 39th Floor Los Angeles, CA 90067 | 1515 | Pacific Gas and Electric Company | 3/19/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $6,045.82 | $0.00 | $24.39 | $6,070.21 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $6,045.82 | $0.00 | $0.00 | $6,045.82 | |
| Shiloh I Wind Project LLC Avangrid Renewables, LLC Attn: Jasine Hites 1125 NW Couch St., Suite 700 Portland, OR 97209 | 2571 | Pacific Gas and Electric Company | 4/19/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ | $0.00 | $203,485.69 | $0.00 | $86,139.45 | $289,625.14 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $203,485.69 | $0.00 | $0.00 | $203,485.69 | |
| Siemens Energy, Inc. McGuireWoods LLP c/o Joseph Sheerin Gateway Plaza 800 East Canal Street Richmond, VA 23219 | 64106 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $371,523.43 | $371,523.43 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $371,523.43 | $371,523.43 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Siemens Industry, Inc. McGuireWoods LLP Attn: Joseph Sheerin Gateway Plaza 800 East Canal Street Richmond, VA 23219 | 78984 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount: Unliquidated ✓ | $0.00 | $0.00 | $0.00 | $61,017.33 | $61,017.33 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $61,017.33 | $61,017.33 | |
| Siemens Industry, Inc. McGuireWoods LLP Attn: Joseph Sheerin Gateway Plaza 800 East Canal Street Richmond, VA 23219 | 60349 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $175,896.32 | $175,896.32 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $131,724.28 | $131,724.28 | |
| Siemens Industry, Inc. McGuireWoods LLP Attn: Joseph Sheerin Gateway Plaza 800 East Canal Street Richmond, VA 23219 | 64121 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount: Unliquidated ✓ | $0.00 | $0.00 | $0.00 | $1,227,244.38 | $1,227,244.38 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,215,832.09 | $1,215,832.09 | |
| Siemens Industry, Inc. McGuireWoods LLP (c/o Joseph Sheerin) Gateway Plaza 800 East Canal Street Richmond, VA 23219 | 64134 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount: Unliquidated ✓ | $0.00 | $0.00 | $0.00 | $27,774.74 | $27,774.74 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $27,774.74 | $27,774.74 | |
| Sprint Corporation Attn: Bankruptcy Dept P.O. Box 7949 Overland Park, KS 66207-0949 | 2121 | PG&E Corporation | 4/8/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $16,373.63 | $16,373.63 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $218.19 | $218.19 | |
| The Terminix International Company Limited Partnership Sidley Austin LLP Attn: Pamela Santos 555 W. Fifth Street Suite 4000 Los Angeles, CA 90013 | 78725 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $755,294.35 | $755,294.35 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $598,468.04 | $598,468.04 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Utility Tree Service, LLC<br>Duane Morris, LLP Aron M. Oliner & Geoffrey A. Heaton One Market Plaza Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | 8068 | Pacific Gas and Electric Company | 8/28/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,290,800.79 | $1,290,800.79 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $892,060.00 | $892,060.00 | |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416<br>**Claim Transferred To:**<br>Henkels & McCoy<br>985 Jolly Road P.O Box 950<br>Blue Bell, PA 19422<br>Ownership by Invoice | 96925 | Pacific Gas and Electric Company | 2/6/2020 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $14,451,790.07 | $14,451,790.07 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $146,912.21 | $146,912.21 | |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416<br>**Claim Transferred To:**<br>WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416<br>Ownership by Invoice | 96925 | Pacific Gas and Electric Company | 2/6/2020 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $14,451,790.07 | $14,451,790.07 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $7,135,294.31 | $7,135,294.31 | |
| **Totals** | **Count: 28** | | | | $0.00 | $4,170,291.96 | $77,368.00 | $34,450,860.37 | $38,698,520.33 | |