| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Advanced Power Systems P.O. Box 1706 Novato, CA 94948-1706 | | 19744 | PG&E Corporation | 10/10/2019 | $0.00 | $0.00 | $0.00 | $5,012.00 | $5,012.00 | Other Satisfied |
| Ambius Joseph Kraynak 1125 Berkshire Blvd Suite 150 Wyomissing, PA 19610 | | 3928 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $2,337.78 | $2,337.78 | Other Satisfied |
| Ambius Joseph Kraynak 1125 Berkshire Blvd Suite 150 Wyomissing, PA 19610 | | 3932 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $1,451.04 | $1,451.04 | Other Satisfied |
| Ambius Joseph Kraynak 1125 Berkshire Blvd Suite 150 Wyomissing, PA 19610 | | 4149 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $1,345.14 | $1,345.14 | Other Satisfied |
| Ambius Joseph Kraynak 1125 Berkshire Blvd Suite 150 Wyomissing, PA 19610 | | 7263 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $3,988.74 | $3,988.74 | Other Satisfied |
| American Chiller Service Inc PO Box 1887 Rancho Cordova, CA 95741-1887 | | 9927 | Pacific Gas and Electric Company | 9/26/2019 | $0.00 | $0.00 | $0.00 | $33,381.23 | $33,381.23 | Other Satisfied |
| Andrea Vollersen Designs 278 Sussex Place Carson City, NV 89703 | | 9559 | Pacific Gas and Electric Company | 9/20/2019 | $0.00 | $0.00 | $8,380.91 | $0.00 | $8,380.91 | Other Satisfied |
| Aspiration Solar G LLP c/o Stoel Rives LLP Attn: Andrew H. Morton 600 University Street, Suite 3600 Seattle, WA 98101 | | 65098 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $15,785.76 | $15,785.76 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Avangrid Renewables, LLC<br>Stoel Rives LLP Attn: Jennifer Slocum 600 University Street Suite 3600<br>Seattle, WA 98101 | | 104761 | Pacific Gas and Electric Company | 5/15/2020 | $0.00 | $0.00 | $0.00 | $117,484.48 | $117,484.48 | Cure Payments |
| Backflow Prevention Specialists, Inc.<br>1131 Elko Drive<br>Sunnyvale, CA 94089 | | 10288 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $3,009.54 | $3,009.54 | Other Satisfied |
| Bayshore Solar C, LLP<br>Andrew H. Morton Stoel Rives LLP 600 University Street, Suite 3600<br>Seattle, WA 98101 | | 60519 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $36,074.98 | $36,074.98 | Cure Payments |
| BROWER MECHANICAL, INC.<br>4060 ALVIS COURT<br>ROCKLIN, CA 95677 | | 16750 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $666.40 | $666.40 | Other Satisfied |
| BROWER MECHANICAL, INC.<br>4060 ALVIS COURT<br>ROCKLIN, CA 95677 | | 16487 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $7,992.00 | $7,992.00 | Other Satisfied |
| BROWER MECHANICAL, INC.<br>4060 Alvis Court<br>Rocklin, CA 95677 | | 16726 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $850.25 | $850.25 | Other Satisfied |
| BROWER MECHANICAL, INC.<br>4060 ALVIS COURT<br>ROCKLIN, CA 95677 | | 16768 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $412.00 | $412.00 | Other Satisfied |
| CALIFORNIA CENTER FOR<br>9325 SKY PARK CT STE 100<br>SAN DIEGO, CA 92123 | | 1033094 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $44,802.78 | $44,802.78 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA WASTE RECOVERY SYSTEMS<br>175 ENTERPRISE COURT STE A<br>GALT, CA 95632 | VonWin Capital Management, LP<br>Attn: General Counsel 261 Fifth Avenue, 22nd Floor<br>New York, NY 10016<br>100% | 1034130 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,794.36 | $1,794.36 | Other Satisfied |
| Capital Building Maintenance Group LLC<br>432 North Canal Street, Suite 16<br>South San Francisco, CA 94080 | | 8621 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $0.00 | $11,013.35 | $11,013.35 | Other Satisfied |
| Carlon's Fire Extinguisher Sales & SVC, Inc.<br>PO Box 4548<br>Salinas, CA 93912-4548 | | 19561 | PG&E Corporation | 10/8/2019 | $0.00 | $0.00 | $0.00 | $272.53 | $272.53 | Other Satisfied |
| Carlon's Fire Extinguisher Sales & SVC, Inc.<br>PO Box 4548<br>Salinas, CA 93912-4548 | | 19570 | Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $206.65 | $206.65 | Other Satisfied |
| Champion Hardware, Inc<br>3203 Pegasus Dr<br>Bakersfield, CA 93308-6841 | | 10565 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $726.31 | $726.31 | Other Satisfied |
| CITY OF BAKERSFIELD<br>1501 TRUXTON AVENUE<br>BAKERSFIELD, CA 93301 | | 897998 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,977.84 | $3,977.84 | Other Satisfied |
| Clark, Matthew Gabriel<br>453 Chestnut Ave.<br>Long Beach, CA 90802 | | 8171 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $22,000.00 | $22,000.00 | Beneficial Bondholder Claims |
| CRANBROOK REALTY INVESTMENT FUND LP | | 1035146 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $18.51 | $18.51 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dr. Zesto (new asignee for Dr. Tandrow) | | 1031273 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other Satisfied |
| Enbridge Blackspring Ridge I Wind Project Limited Partnership c/o EDF Renewables Development Inc. Attn: Robin Deveaux 1010 Gauchetiere West, Suite 2000 Montreal, QC  H3B 2N2 | | 64942 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $1,229,745.90 | $1,229,745.90 | Cure Payments |
| FIDENCIO JIMENEZ | | 1034546 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Other Satisfied |
| First Alarm 1111 Estates Drive Aptos, CA  95003-3500 | | 9285 | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $0.00 | $5,091.29 | $5,091.29 | Other Satisfied |
| GARY R MCKENZIE | | 1034087 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Other Satisfied |
| Greg Cox Electrical Enterprises 8916 Sheldon Creek Dr. Elk Grove, CA  95624 | | 20047 | Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $14,876.69 | $14,876.69 | Other Satisfied |
| INFOWAY CONSULTING, INC. 14040 NE 8TH ST SUITE 228 BELLEVUE, WA  98007 | | 6127 | PG&E Corporation | 8/11/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Beneficial Bondholder Claims |
| INTERNATIONAL FACILITY MANAGEMENT A | | 1034646 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| JACQUELINE P GREER | | 1033798 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Other Satisfied |

Twenty-Ninth Omnibus Objection    Exhibit 1    PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| JENNY & JENNY LLP | | 1032754 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $570,000.00 | $570,000.00 | Other Satisfied |
| Jeries Azar/Metro Wireless,dba City Radio | | 1031280 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,650.51 | $3,650.51 | Other Satisfied |
| JOE L DEL BOSQUE JR | | 1034342 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| Johnson Mechanical Contractors, Inc. PO Box 1156 Walnut Grove, CA 95690 | | 3385 | Pacific Gas and Electric Company | 6/17/2019 | $0.00 | $0.00 | $0.00 | $5,667.79 | $5,667.79 | Other Satisfied |
| JP Morgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd, NCC5 Floor 01 Mail Code DE3-3127 Newark, DE 19713 | JPMorgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd, NCC5 Floor 01 Mail Code DE3-3127 Newark, DE 19713 100% | 88020 | Pacific Gas and Electric Company | 11/27/2019 | $0.00 | $0.00 | $0.00 | $354,038.00 | $354,038.00 | Cure Payments |
| McLean, Jeff 20605 N Kennefick Rd Acampo, CA 95220-9708 | | 6526 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $5,491.04 | $5,491.04 | Other Satisfied |
| Monticelli Painting and Decorating, Inc. 1121 Regatta Blvd. Richmond, CA 94804 | | 80977 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $15,087.07 | $15,087.07 | Other Satisfied |
| NESBITT PARTNERS | | 1034365 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $995.16 | $995.16 | Other Satisfied |

Case: 19-30088    Doc# 9430-1    Filed: 11/05/20    Entered: 11/05/20 19:39:30    Page 5 of 9

Page 5

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| NextEra Energy Montezuma II Wind, LLC<br>c/o Klee, Tuchin, Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067 | | 31019 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $184,354.46 | $184,354.46 | Cure Payments |
| Onset Solutions<br>2905 Black Oak Road<br>Auburn, CA 95602 | | 4437 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $6,674.10 | $0.00 | $6,674.10 | Other Satisfied |
| Pan, Alice<br>1915 Murchison Dr Apt 9<br>Burlingame, CA 94010-8327 | | 9784 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |
| Perfection Sweeping Co., Inc.<br>Brutzkus Gubner Rozansky Seror Weber LLP Tamar Terzian 21650 Oxnard St., Suite 500<br>Woodland Hills, CA 91367 | | 16847 | Pacific Gas and Electric Company | 10/3/2019 | $0.00 | $0.00 | $0.00 | $583,849.76 | $583,849.76 | Other Satisfied |
| PETERSEN PLUMBING SERVICES INC | | 1034809 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $315.80 | $315.80 | Other Satisfied |
| Property and Casualty Insurance Company<br>Law Offices of Todd F. Haines 30495 Canwood St. Ste. 100<br>Agoura Hills, CA 91301 | | 1165 | Pacific Gas and Electric Company | 2/25/2019 | $0.00 | $0.00 | $0.00 | $5,600.00 | $5,600.00 | Other Satisfied |
| Sanchez, Fernando<br>50 Calle Del Monte<br>Sonoma, CA 95476-3978 | | 8054 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $10,783.99 | $10,783.99 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Siemens Industry, Inc.<br>McGuireWoods LLP c/o Joseph Sheerin Gateway Plaza 800 East Canal Street<br>Richmond, VA 23219 | | 60598 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $63,337.91 | $63,337.91 | Other Satisfied |
| Siemens Industry, Inc.<br>Attn: Karen Andersen 4273 W. Richert Ave Suite 110<br>Fresno, CA 93722 | | 64021 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $34,390.01 | $34,390.01 | Other Satisfied |
| Signs That Sell<br>c/o Ivan Rivero 1069 Shary Circle, Suite B<br>Concord, CA 94518 | | 79596 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $3,877.57 | $3,877.57 | Other Satisfied |
| SILVERADO MONTEREY VINEYARD | | 1033799 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Other Satisfied |
| Six Rivers Mechanical, Inc.<br>PO Box 9077<br>Eureka, CA 95502 | | 96965 | PG&E Corporation | 2/14/2020 | $0.00 | $0.00 | $0.00 | $7,910.66 | $7,910.66 | Other Satisfied |
| Soley, John<br>30 Griffen Avenue<br>Scarsdale, NY 10583 | | 3659 | Pacific Gas and Electric Company | 7/21/2019 | $1,200.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | Beneficial Bondholder Claims |
| Staples Business Advantage<br>Tom Riggleman 7 Technology Circle<br>Columbia, SC 29203 | | 91145 | PG&E Corporation | 12/16/2019 | $0.00 | $0.00 | $0.00 | $34,170.22 | $34,170.22 | Other Satisfied |
| STATE TREASURERS CONDEMNATION FUND<br>915 CAPITAL MALL #561<br>SACRAMENTO, CA 95814 | | 1032991 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $74,100.00 | $74,100.00 | Other Satisfied |

Twenty-Ninth Omnibus Objection     Exhibit 1     PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Tony's Landscaping & Maintenance<br>PO Box 3246<br>Turlock, CA 95381 | | 8626 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $23,984.51 | $23,984.51 | Other Satisfied |
| Treser, Glenn R.<br>220 Alta Vista Way<br>Daly City, CA 94014 | | 7673 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Other Satisfied |
| United Services Automobile Association<br>Law Offices of Todd F. Haines<br>30495 Canwood St. Ste. 100<br>Agoura Hills, CA 91301 | | 1217 | PG&E Corporation | 2/25/2019 | $0.00 | $0.00 | $0.00 | $8,052.37 | $8,052.37 | Other Satisfied |
| W.W. Grainger, Inc.<br>401 South Wright Road W4E. C37<br>Janesville, WI 60714 | | 923 | Pacific Gas and Electric Company | 2/21/2019 | $0.00 | $0.00 | $0.00 | $10,086.62 | $10,086.62 | Other Satisfied |
| Water One Industries, Inc.<br>5410 Gateway Plaza Dr.<br>Benicia, CA 94510 | | 9266 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $4,950.00 | $4,950.00 | Other Satisfied |
| WAYNE NAMEPLATE COMPANY<br>P.O. BOX 1581<br>FAIR OAKS, CA 95628 | | 10052 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $1,141.03 | $1,141.03 | Other Satisfied |
| Western Antelope Blue Sky Ranch A LLC<br>Stoel Rives LLP Attn: Andrew H. Morton 600 University Street Suite 3600<br>Seattle , WA 98101 | | 67735 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $37,852.73 | $37,852.73 | Cure Payments |
| Western Roofing Service<br>15002 Wicks Boulevard<br>San Leandro, CA 94577 | | 8765 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $1,119.00 | $1,119.00 | Other Satisfied |

Case: 19-30088    Doc# 9430-1    Filed: 11/05/20    Entered: 11/05/20 19:39:30    Page 8 of 9

Page 8

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Westside Solar, LLC<br><br>c/o Klee, Tuchin, Bogdanoff & Stern LLP Attn: David M. Stern, Esq. 1999 Avenue of the Stars 39th Floor<br><br>Los Angeles, CA  90067 | | 30977 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $36,075.50 | $36,075.50 | Cure Payments |
| **Claims To Be Expunged Totals** | | **Count: 65** | | | **$1,200.00** | **$0.00** | **$15,055.01** | **$3,686,599.26** | **$3,702,854.27** | |