| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bates, Percy<br>24285 Soto Rd Apt 2<br>Hayward, CA 94544-1435 | | 10567 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| BEVANS, LYNN T<br>1272 HESTER AVE<br>SAN JOSE, CA 95126-2609 | | 87332 | PG&E Corporation | 10/30/2019 | $0.00 | $0.00 | $0.00 | $222.04 | $222.04 | Equity Interest Claims |
| Blakney, Verdie<br>958 N E Lilac Crt<br>Hillsboro, OR 97124 | | 8794 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Bruina, Robert R.<br>183 80th street<br>Brooklyn, NY 11209 | | 4576 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| CENTURYLINK, INC. DEFINED BENEFIT MASTER TRUST<br>C/O CenturyLink Investment Management Attn: Compliance 931 14th Street, Suite 1200<br>Denver, CO 80202-2994 | | 98755 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $6,496,764.51 | $6,496,764.51 | Equity Interest Claims |
| CENTURYLINK, INC. DEFINED BENEFIT MASTER TRUST<br>C/O CENTURYLINK INVESTMENT MANAGEMENT ATTN: COMPLIANCE 931 14TH STREET, SUITE 1200<br>DENVER , CO 80202-2994 | | 98605 | Pacific Gas and Electric Company | 4/7/2020 | $0.00 | $0.00 | $0.00 | $13,680,171.58 | $13,680,171.58 | Equity Interest Claims |
| Coleman, Tammy<br>PO Box 2861<br>Weaverville, CA 96093-2861 | | 5530 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Dare, Betsey<br>2876 Oregon Ave SW<br>Bandon, OR 97411 | | 10395 | PG&E Corporation | 10/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Nicole<br>6400 West Blvd. Apt. 211<br>Los Angeles , CA  90043 | | 4068 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Davis, Thomas<br>PO Box 435<br>Grizzly Flats, CA  95636-0435 | | 8259 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Derek Crackles, Deceased<br>Courtyard Solicitors LLP<br>Highland House 165-167 The Broadway Wimbledon<br>London, SW19 INE | | 57400 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Durham, Scott<br>125 Gisela Dr<br>American Canyon, CA  94503 | | 72004 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Espinales, Janneth<br>607 Salazar Ave<br>Bakersfield, CA  93307-5828 | | 6736 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Fiddyment 116 Lots, LLC<br>4670 Willow Rd Ste 200<br>Pleasanton, CA  94588-8588 | | 9906 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Fiddyment 96 Lots, LLC,<br>4670 Willow Rd Ste 200<br>Pleasanton, CA  94588-8588 | | 9936 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Flowers, Elias<br>946 Belmont Pl<br>Pittsburg, CA  94565-6112 | | 19543 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| FREEDOM PHYSICAL THERAPY INC<br>5310 ACTON HWY STE 106<br>GRANBURY, TX  76049 | | 4373 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Frontier<br>726 W Sheridan<br>Oklahoma City, OK 73102 | | 3243 | Pacific Gas and Electric Company | 6/4/2019 | $0.00 | $0.00 | $0.00 | $3,962.44 | $3,962.44 | Miscellaneous No Liability |
| Gail M. Silva, Deceased<br>9153 Brown Rd<br>Elk Grove, CA 95624-3911 | | 6105 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Gaona, Arturo G<br>PO Box 3348<br>Freedom, CA 95019-3348 | | 6977 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Garcia, Teresa<br>639 Arcade Blvd<br>Sacramento, CA 95815-1120 | | 7262 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Geer, Margaret<br>PO Box 418<br>Pismo Beach, CA 93448-0418 | | 5004 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Getridge, Keosha<br>1921 19th St<br>Bakersfield, CA 93301 | | 7836 | Pacific Gas and Electric Company | 8/24/2019 | $2,000.00 | $0.00 | $0.00 | $2,000.00 | $4,000.00 | Miscellaneous No Liability |
| Ghielmetti, James<br>4670 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | 9922 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Gindroz, Susan<br>6559 Rosewood Dr<br>Magalia, CA 95954 | | 82127 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Miscellaneous No Liability |
| Goodwin, Isaiah II<br>PO BOX 2591<br>Lodi, CA 95241-2591 | | 7279 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Hardy, Billie S.<br>3525 Starstone Way<br>Sacramento, CA 95823-2868 | | 30851 | Pacific Gas and Electric Company | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hargrave, Robert L<br>275 Folsom Rd Apt 227<br>Roseville, CA 95678-2747 | | 6645 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Hogan Lovells<br>Attn: Christopher R. Bryant 390 Madison Ave<br>New York, NY 10017 | | 8855 | Pacific Gas and Electric Company | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Holding, Heather<br>3750 N Fresno St Apt 131<br>Fresno, CA 93726-5504 | | 6853 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Holmes, Andrea<br>17627 Eaton Ln<br>Monte Sereno, CA 95030-2206 | | 6997 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Huang, Kelly<br>PO Box 24901<br>Oakland, CA 94623 | | 76085 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Miscellaneous No Liability |
| Hurst, Melanie<br>108 E. Al Heiden Rd<br>Harrison, MI 48625 | | 3992 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $118.68 | $0.00 | $118.68 | Miscellaneous No Liability |
| Hussein, Khaled<br>PO Box 1225<br>Hamilton City, CA 95951-1225 | | 4694 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Ibarra, Manuel<br>1415 N Willamette Dr<br>Post Falls, ID 83854-6376 | | 4493 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| ICS Transit Village Property Owner, LLC<br>OWNER, LLC ATTN: ROSS KAY 655 BREA CANYON ROAD<br>WALNUT, CA 91789 | | 64147 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Integral Analytics, Inc<br>Attn: Kevin Sanders Wall Street Plaza 88 Pine St. #1002<br>New York, NY 10005 | | 19872 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| James, Cheryl<br>1500 27th Ave Apt 35<br>Oakland, CA 94601-1698 | | 8572 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Jones, Twila<br>1198 W 41 St<br>San Bernardino, CA 92407 | | 1619 | PG&E Corporation | 3/10/2019 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | Miscellaneous No Liability |
| Kaiser Permanente Insurance Company<br>Fees and Medical Claims Account Attn: Marco Hernandez<br>300 Lakeside Dr 26th Fl<br>Oakland, CA 94612 | | 19536 | Pacific Gas and Electric Company | 10/10/2019 | $2,600,000.00 | $0.00 | $0.00 | $0.00 | $2,600,000.00 | Miscellaneous No Liability |
| Kaiser Permanente Insurance Company<br>Fees and Medical Claims Account Attn: Marco Hernandez<br>Oakland, CA 94612 | | 8932 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Kesemane, Togia<br>2326 Auseon Ave<br>OAKLAND, CA 94605 | | 5705 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $2,736.00 | $2,736.00 | Miscellaneous No Liability |
| King, Vicki<br>20662 NE AULTMAN AVE<br>Blountstown, FL 32424-1021 | | 1116 | PG&E Corporation | 2/26/2019 | $0.00 | $0.00 | $5,523.17 | $0.00 | $5,523.17 | Miscellaneous No Liability |
| La, Anh<br>PO Box 6083<br>Concord, CA 94524 | | 4666 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Miscellaneous No Liability |
| Liu, Kam Mei | | 4165 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| LOMELI, ELSA<br>8500 KERN CANYON ROAD SPC 80<br>BAKERSFIELD, CA 93306-5064 | | 5238 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Magnani, Michael<br>14009 W Lake Kathleen Dr SE<br>Renton, WA 98059 | | 106437 | PG&E Corporation | 9/16/2020 | $0.00 | $0.00 | $0.00 | $4,287.54 | $4,287.54 | Equity Interest Claims |
| MARTINEZ, GLORIA<br>PO BOX 162971<br>SACRAMENTO, CA 95816-2971 | | 6560 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| MENDOZA, RACHELLE<br>191 PALM RIDGE LN<br>SAN JOSE, CA 95123-2684 | | 5079 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Morris, Zandra<br>221 McKelvey Ave<br>Stockton, CA 95210-1935 | | 9069 | PG&E Corporation | 9/16/2019 | $2,558.00 | $0.00 | $0.00 | $58.44 | $2,616.44 | Equity Interest Claims |
| Mosley, Christopher<br>3600 Data Dr # 185<br>Rancho Cordova, CA 95670 | | 68345 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Miscellaneous No Liability |
| Narantuya, Bolormaa<br>457 Buena Vista Ave Apt 112<br>Alameda, CA 94501-1992 | | 9071 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Perez, Elaine<br>662 Middlefield Rd<br>Salinas, CA 93906 | | 4013 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| PG&E HoldCo Group<br>c/o Kramer Levin Naftalis & Frankel LLP Attention: Amy Caton 1177 Avenue of the Americas<br>New York, NY 10036 | | 65977 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $477,137.41 | $477,137.41 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rivera, Alfonso T<br>1401 Main St<br>Delano, CA 93215-1757 | | 6748 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Rohnert Park 116 Lots, LL<br>4670 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | 9907 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Rohnert Park 116, LLC<br>4670 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | 9902 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| RPX 114 Lots & LLC<br>4670 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | 9917 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| RVCP, LLC<br>ATTENTION: ROSS KAY 655 BREA CANYON ROAD<br>WALNUT , CA 91789 | | 64091 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Salazar, Andy<br>1050 W Vernon Ave Apt. A<br>Los Angeles, CA 90037 | | 577 | Pacific Gas and Electric Company | 2/19/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Miscellaneous No Liability |
| Santa Cruz, Margarita<br>2700 Winged Foot Way<br>Modesto, CA 95355-9628 | | 4790 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Santillan, Santiago<br>PO Box 613<br>Firebaugh, CA 93622-0613 | | 5397 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Scott, Leslie<br>3946 Alviso Dr<br>Merced, CA 95348 | | 3796 | Pacific Gas and Electric Company | 7/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Shea Homes Limited Partnership<br>Attn: Ross Kay 655 Brea Canyon Road<br>Walnut, CA 91789 | | 64088 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Signature Properties Inc<br>4670 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | 9932 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Signture Properties, A CA<br>4670 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | 9923 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Souza, Kimberly<br>461 Jennys Ln<br>Fernley, NV 89408-7587 | | 5111 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $1,650.00 | $0.00 | $1,650.00 | Miscellaneous No Liability |
| Taylor, Jaime A<br>101 N Harrison St<br>Paris, AR 72855-3102 | | 8494 | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $2,641.00 | $0.00 | $2,641.00 | Miscellaneous No Liability |
| TFV<br>211 E Street<br>Santa Rosa, CA 95404 | | 81080 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Verdugo, Lena<br>2509 Shalda Ct<br>Bakersfield, CA 93305-3152 | | 5021 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Wiggis, Tyrone<br>790 Broadway Ave #B<br>Atwater, CA 95301 | | 4182 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Miscellaneous No Liability |
| WILLDAN Energy Solutions<br>Kevin Sanders Wall St. Plaza, 88 Pine St. #1002<br>New York, NY 10005 | | 19893 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

**Thirtieth Omnibus Objection**  **Exhibit 1**  PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Williams, Elmer<br>4769 Beloit Avenue<br>Culver City, CA 90230 | | 3868 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 | Miscellaneous No Liability |
| Youts, Samantha Kathryn<br>2646 Dana street<br>Berkeley, CA 94704 | | 72152 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Youts, Samantha Kathryn<br>2646 Dana Street<br>Berkeley, CA 94704 | | 80855 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| **Claims To Be Expunged Totals** | | **Count: 75** | | | **$2,609,558.00** | **$0.00** | **$19,932.85** | **$20,698,139.96** | **$23,327,630.81** | |

Case: 19-30088    Doc# 9433-1    Filed: 11/05/20    Entered: 11/05/20 19:43:33    Page 9 of 9

Page 9