# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Abair, Martha<br>700 Watts Dr<br>Bakersfield, CA 93307-4253 | | 4873 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ADESINA, MAYOWA<br>1172 ROXANNE AVENUE<br>HAYWARD , CA 94542-1015 | | 3976 | PG&E Corporation | 7/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ahadzadah, Khalida J<br>2019 Rapallo Way<br>Bay Point, CA 94565 | | 4505 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Customer No Liability Claims |
| ALBANO, JUDITH<br>55 CHICAGO WAY<br>SAN FRANCISCO, CA 94112-4533 | | 3908 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Albert, Kay<br>2220 South Real Road<br>Bakersfield, CA 93309 | | 4059 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aliotta, Nicole<br>P.O. Box 44<br>Cazadero, CA 95421 | | 3963 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $2,400.00 | $2,400.00 | Customer No Liability Claims |
| Allt, Susan<br>340 S 1350 W<br>Hazelton, ID 83335-5721 | | 4590 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Anderson, MarLin C<br>PO Box 1585<br>Richmond, CA 94802-0585 | | 3809 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $2,030.00 | $2,030.00 | Customer No Liability Claims |
| Angkachan, Wanida<br>228 Sequoia Dr Apt B<br>Bakersfield, CA 93308-4694 | | 4078 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ARC DOCUMENT SOLUTIONS LLC<br>12657 ALCOSTA BLVD STE 200<br>SAN RAMON, CA 94583 | | 79859 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Avalos, Silvia R.<br>1909 82nd Ave<br>Oakland, CA 94621 | | 3674 | Pacific Gas and Electric Company | 7/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Azpurua, Marbelly C<br>678 N King Rd Apt 419<br>San Jose, CA 95133-3807 | | 3797 | PG&E Corporation | 7/21/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability Claims |
| Bailey, Yolanda<br>7608 N Laurelglen Blvd Apt B<br>Bakersfield, CA 93309-8812 | | 4707 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Barge, Dorothy R<br>900 James Rd Unit 6<br>Bakersfield, CA 93308-1068 | | 4070 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Batchu, Malati<br>885 W Iowa Ave<br>Sunnyvale, CA 94086 | | 81148 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Customer No Liability Claims |
| BELT, JEANETTE<br>341 Checkers DR Apt 106<br>San Jose, CA 95133-2282 | | 4612 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Beltran, Guadalupe<br>461 Mount Arbor St<br>McFarland, CA 93250-1223 | | 4643 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Bolton, Gloria S<br>1511 Cedarcrest Cir<br>Mesquite, TX 75149-5689 | | 4632 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brignetti, Margene<br>146 Grand View Ave<br>San Francisco, CA 94114 | | 3902 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Briones, Elizabeth<br>243 30th St<br>Oakland, CA 94611-5706 | | 4662 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brooks, Carla D.<br>3421 Hudson Court, #116<br>Antioch, CA 94509-4043 | | 4611 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $56.11 | $0.00 | $56.11 | Customer No Liability Claims |
| Brown, Ronald<br>1010 Malton Way<br>Galt, CA 95631 | | 4172 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability Claims |
| Bufkin, Tanissia M<br>1613 Fiesta Plz<br>Stockton, CA 95206 | | 3666 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bugarin, Juan A<br>1938 Panama Ave<br>San Jose, CA 95122-2222 | | 4538 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carbonel, Sheena<br>2218 Santa Rita Street<br>Dos Palos, CA 93620-2347 | | 4357 | Pacific Gas and Electric Company | 7/31/2019 | $850.00 | $0.00 | $300.00 | $0.00 | $1,150.00 | Customer No Liability Claims |
| Carmans, Devon<br>760 Alvarez Ave Apt 109<br>Pinole, CA 94564 | | 3968 | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carr, Jennifer<br>3197 Blue Bells Ct<br>Merced, CA 95341-8031 | | 4250 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carranco, Mary Helen<br>109 Rendon Ave<br>Stockton, CA 95205-5724 | | 4067 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Castaneda, Maria 333 El Castillo Vista Sonoma, CA 95476-7388 | | 8198 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $6,500.00 | $6,500.00 | Customer No Liability Claims |
| Cazares, Blanca 389 S. 2nd street Kerman, CA 93630 | | 3848 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chang, William 2354 Bear Valley Ln San Jose, CA 95133 | | 8827 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Chavez, Angelisa 1520 Bayberry St Hollister, CA 95023-8045 | | 4614 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chen, Wei 1890 Newcastle Drive Los Altos, CA 94024-6937 | | 4064 | Pacific Gas and Electric Company | 7/28/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |
| Cruz, Karina 65 Mecreery Ave Apt 133 San Jose, CA 95116 | | 3699 | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dang, Duy 3028 Club Center Dr Sacramento, CA 95835 | | 4116 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $5,400.00 | $0.00 | $5,400.00 | Customer No Liability Claims |
| David Lujan, Deceased - Sonya Lujan, wife 691 Le Mans Dr Hollister, CA 95023-7167 | | 4624 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| De Herrera, Hannah 1225 S Lee Ave Lodi, CA 95240 | | 4010 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| DeMarre, Ana 962 Tradition Drive Lemoore, CA 93245 | | 3907 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $9,000.00 | $0.00 | $9,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dixon, Lekeisha<br>131 Ramsgate Way<br>Vallejo, CA 94591-8300 | | **4354** | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Du, Yue<br>6 Commodore Dr #C-428<br>Emeryville, CA 94608 | | **9133** | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $3,600.00 | $3,600.00 | Customer No Liability Claims |
| Duarte, Tracy<br>1663 Crossway<br>San Jose, CA 95125-1217 | | **4747** | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dudman, Matthew P.<br>640 McKenzie Dr.<br>Dixon, CA 95620 | | **3664** | Pacific Gas and Electric Company | 7/21/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Egar, James<br>514 Orchid Ave<br>Corona Del Mar, CA 92625-2423 | | **4284** | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Emerson 86 Lots LLC<br>4670 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | **9937** | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fee, Athena<br>80 Montecito Vista Dr Apt 323<br>San Jose, CA 95111-3166 | | **4133** | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fernandez, Tiana<br>1361 Woolner Ave<br>Fairfield, CA 94533 | | **3971** | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Customer No Liability Claims |
| First Baptist Church Of Windor CA<br>10285 Starr Rd Box 1880<br>Windsor, CA 95492 | | **3512** | Pacific Gas and Electric Company | 7/1/2019 | $0.00 | $0.00 | $0.00 | $13,052.19 | $13,052.19 | Customer No Liability Claims |
| Flores, Jessica<br>468 Joleen Ct<br>Merced, CA 95341-7009 | | **3885** | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Franco, Porfiria<br>801 Larkin St<br>Salinas, CA 93907-1918 | | **4514** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $2,800.00 | $0.00 | $2,800.00 | Customer No Liability Claims |
| Franco, Rose<br>15105 Georgia Ave<br>Paramount, CA 90723-3522 | | **4589** | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Freeman, Niles O<br>PO Box 418<br>Clements, CA 95227 | | **76098** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $12,850.00 | $0.00 | $12,850.00 | Customer No Liability Claims |
| Galeno, Melanea<br>1508 Falcon Ave<br>Bakersfield, CA 93304-6630 | | **4753** | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gallardo, Enrique<br>107 Saint Thomas St<br>Arvin, CA 93203-9757 | | **4518** | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Galva, Rosalio M<br>74 Meadow Terrace<br>Watsonville, CA 95076 | | **4077** | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Anna<br>1113 LA Terrace Cir Bldg 25<br>San Jose, CA 95123-5350 | | **6134** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Jose Antonio<br>Martha Garcia 2922 Monterey St<br>Bakersfield, CA 93306-5346 | | **3730** | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gilroy 55 Lots LLC<br>4670 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | **9921** | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzales, Rene<br>1480 N Delno Ave Apt 314<br>Fresno, CA 93728-1458 | | **5400** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gonzalez, Elva 127 Opal Dr Vallejo, CA 94589-2155 | | **4552** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Emilio 617 Hale Ave #B Morgan Hill, CA 95037 | | **6594** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Jose Luis 508 Howard St. Stockton, CA 95206 | | **3974** | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Zenaida 1035 Ventura Ave Corcoran, CA 93212 | | **3638** | PG&E Corporation | 7/16/2019 | $2,094.00 | $0.00 | $2,094.00 | $0.00 | $4,188.00 | Customer No Liability Claims |
| Goodwin, Jennifer 1337 Academy Ave Sanger, CA 93657 | | **4103** | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| GoProcure, Inc. Law Offices of Charles L. Hastings 4568 Feather River Drive., Suite A Stockton, CA 95219 | | **3005** | PG&E Corporation | 5/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gosai, Ajay Anoop Gosai 5672 Valley Vale Way Sacramento, CA 95823-5235 | | **4667** | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Green, John 8797 Oak Dr San Miguel, CA 93451-9560 | | **6246** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gutierrez, Trixieanne 706 Crawdad Ct Fairfield, CA 94533 | | **4022** | PG&E Corporation | 7/27/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez, Virginia Sierra 7490 Rogers Ln Apt 6 Gilroy, CA 95020-5831 | | **4601** | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harborwalk Owners Associa 4670 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | **9933** | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harris, Lionel 255 15th St., Apt. 5 Richmond, CA 94801 | | **7684** | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $13,750.00 | $0.00 | $13,750.00 | Customer No Liability Claims |
| Harris, Shana 7 Commodore Dr 261 Emeryville, CA 94608 | | **3820** | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harrison, Makesha 4809 Barry St Bakersfield, CA 93307-4816 | | **4626** | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $1,692.13 | $1,692.13 | Customer No Liability Claims |
| HAVNER, DOROTHY L 333 N MCDOWELL BLVD APT C-254 PETALUMA , CA 94954-0329 | | **4690** | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Herman, Diane 1672 Hope Dr Apt 1810 Santa Clara, CA 95054-1718 | | **7033** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hernandez, Karina 1525 E Cleveland Ave Apt 1 Madera, CA 93638-2252 | | **5023** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Herrera, Alex 414 E 9th St Bakersfield, CA 93307-1110 | | **4890** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hilliard, Joseph 475 McLaughlin St Richmond, CA 94805-2435 | | **4034** | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Holifield, Julian<br>604 Winterberry Ln<br>Myrtle Beach, SC 29579-7215 | | 4058 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| HUMBOLDT EMERALD TRIANGLE, LLC<br>PO BOX 683<br>YREKA, CA 96097 | | 4406 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Imani Community Church<br>3300 Macarthur Blvd<br>Oakland, CA 94602 | | 4027 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ioffe, Viktoriya<br>5226 Del Vista Way<br>Rocklin, CA 95765-5175 | | 4854 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jackson, Amber<br>3962 Hamilton Ave<br>San Jose, CA 95130-1587 | | 3680 | Pacific Gas and Electric Company | 7/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jackson, Nicole C.<br>5630 E. Ponce De Leon Ave Apt O<br>Stone Mountain , GA 30083 | | 3822 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Customer No Liability Claims |
| Johnson, Tamara<br>797 Grandview Dr<br>Lenoir City, TN 37772-5959 | | 5049 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jones, Anna<br>301 Jackson St<br>Coalinga, CA 93210 | | 4511 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Customer No Liability Claims |
| Jones, Bryon C<br>16655 Hardy Way<br>Nevada City, CA 95959-9255 | | 79822 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $536.20 | $536.20 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jones, Kietra Renee 6846 Hawley St Apt 207 Oakland, CA 94621-2559 | | 3918 | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| KAUR, JASWINDER 2634 Alum Rock Ave San Jose, CA 95116-2621 | | 4220 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $22,000.00 | $0.00 | $22,000.00 | Customer No Liability Claims |
| Kelley, Michael 7128 Lighthouse Dr Stockton, CA 95219-4519 | | 67488 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $3,355.76 | $3,355.76 | Customer No Liability Claims |
| Kilson, Deaneatrice 6718 Flora Street Oakland, CA 94621 | | 3864 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Knox III, Cleveland 3301 Arena Blvd Apt# 167 Sacramento, CA 95834 | | 3906 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Leal, Josephine 6203 Farrell Way Marysville, CA 95901 | | 4050 | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Customer No Liability Claims |
| Lee, Kevin 210 E Iris Ave Apt 120 Stockton, CA 95210-2459 | | 6752 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lee, Raheem D 3967 Bridlewood Cir Stockton, CA 95219-2503 | | 3770 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Leung, Henry 4004 Williams Rd Apt 4 San Jose, CA 95117-2749 | | 4610 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Levine, Amy 2182 Vizcaya Circle Campbell, CA 95008 | | 4065 | Pacific Gas and Electric Company | 7/29/2019 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | $6,000.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lewis, Dolores<br>447 W Anderson St<br>Stockton, CA 95206 | | 3824 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 | Customer No Liability Claims |
| Lewis, Victoria<br>6004 Hill Dale Ct. Apt. D<br>Bakersfield, CA 93306-7633 | | 3696 | Pacific Gas and Electric Company | 7/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Leyva, Jose<br>112 Atkinson Ave<br>Shafter, CA 93263-2661 | | 8322 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Li, Hong X<br>2557 Gooseberry CIR<br>West Sacramento, CA 95691 | | 3719 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| LIBERTY DEVELOPMENT GROUP LLC<br>PO BOX 460171<br>SAN FRANCISCO, CA 94146 | | 4532 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $83,944.00 | $83,944.00 | Customer No Liability Claims |
| Livingston, Angel<br>4545 Kentfield Rd Apt 262<br>Stockton, CA 95207-7325 | | 4892 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopez, Gabriela<br>217 Holmfirth Ct<br>Roseville, CA 95661 | | 3884 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopez, Omar<br>6824 Lakefront Dr<br>Magalia, CA 95954-9050 | | 7391 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $200,000.00 | $0.00 | $200,000.00 | Customer No Liability Claims |
| Louie, Janice<br>910 E. Yorkshire Dr.<br>Stockton, CA 95207 | | 4750 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Love, Alison<br>6074 Riding Court<br>SAN JOSE, CA 95124 | | 6032 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| LOWERY, DENISE<br>305 PONDEROSA CT<br>EL SOBRANTE, CA 94803-2649 | | **4703** | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $23,000.00 | $23,000.00 | Customer No Liability Claims |
| Lucido, Robert J<br>15951 Morris Rd<br>Sonora, CA 95370-9302 | | **4664** | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| LUI, JONE LING<br>806 CLAY ST #104<br>SAN FRANCISCO, CA 94108-1707 | | **3881** | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Claims |
| LUI, SUSANNE<br>1885 VIA RANCHO<br>SAN LORENZO, CA 94580-1945 | | **3826** | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Claims |
| Lujan, Valerie<br>Stan McGregor 740 Sierra Ct<br>Morro Bay, CA 93442-2838 | | **4625** | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Customer No Liability Claims |
| Macias, Maria C<br>4956 Coronado St W<br>Bakersfield, CA 93314-9455 | | **4332** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Makthepharack, Sithsana<br>417 Picadilly Place #10<br>San Bruno, CA 94066 | | **4171** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Manto, Joyce<br>314 Malcolm Drive<br>Richmond, CA 94801-1733 | | **3694** | Pacific Gas and Electric Company | 7/17/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Mao, Jiqiang<br>753 Valencia Way<br>Hollister, CA 95023-5286 | | **4616** | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Maravilla, Lucy 16960 El Rancho Way Salinas, CA 93907 | | 3993 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Marino, Brandon 1607 W Walnut St Stockton, CA 95203 | | 3832 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $300.00 | $200.00 | $500.00 | Customer No Liability Claims |
| Marino, Joseph 949 Post St Apt 206 San Francisco, CA 94109-5874 | | 5336 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Marshall, Brenda 2930 Lerwick Rd Sacramento, CA 95821-1825 | | 5144 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martin, Bobbe 4301 Grace Street Capitola, CA 95010 | | 4568 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez, Enriquez 704 N Liconln St Santa Maria, CA 93458-3639 | | 4146 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MARTINEZ, FRANCISCO 119 5TH ST. CLOVIS, CA 93612 | | 4482 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $220.83 | $220.83 | Customer No Liability Claims |
| Martinez, Maria 3232 Ogden Ln Stockton, CA 95206-6446 | | 4671 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mcavinue, Danielle Irene 612 Lucard St Taft, CA 93268 | | 3612 | PG&E Corporation | 7/15/2019 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Customer No Liability Claims |
| Mccaffrey, B 6562 Camino Venturoso Goleta, CA 93117-1527 | | 4561 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| McReynolds, George & Bertha 1520 Bonita Pl. San Miguel, CA 93451 | | **3777** | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Claims |
| Mendoza, Humberto 2444 65th Ave Oakland, CA 94605-1907 | | **3760** | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mendoza, Humberto 2444 65th Ave Oakland, CA 94605-1907 | | **4559** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MH Motor Courts 71 Lots, 4670 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | **9938** | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MH Village D 94 Lots, LLC 4670 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | **9918** | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Miles, Markeith 423 Joan Vista St El Sobrante, CA 94803-1913 | | **4110** | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Miller, Krisinda 6817 Rush Point Ct Bakersfield, CA 93313 | | **3711** | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Miller, Madrid 1234 Mallard Court Fairfield, CA 94533-2547 | | **4749** | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $55,942.58 | $55,942.58 | Customer No Liability Claims |
| Mills, Laveta 6744 Eastlawn St Oakland, CA 94621 | | **3746** | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Minamoto, Mia L 1650 Hillsdale Avenue Apt 2 San Jose, CA 95124 | | **3663** | Pacific Gas and Electric Company | 7/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mission Bell Manufacturing Robin Lee Daniel Revter 16100 Jacqueline Court Morgan Hill, CA 95037 | | **57823** | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $95,236.56 | $95,236.56 | Customer No Liability Claims |
| MITCHELL, JOHNNY BOX 938 LOS ALAMOS, CA 93440 | | **4678** | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moby's Auto Wash, Victor Elizalde 1539 Westwood Blvd 3703 Stockdale Hwy, Bakersfield Los Angeles, CA 90024 | | **3844** | Pacific Gas and Electric Company | 7/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moore, Clarence 7733 Manet Pkwy Sacramento, CA 95823 | | **4525** | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |
| Moradi, Hojjat 30103 Cartier Dr Rancho Palos Verdes, CA 90275-5719 | | **6737** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $985.00 | $985.00 | Customer No Liability Claims |
| Natomas 134 Lots LLC 4670 Willow Rd Pleasanton, CA 94588-8587 | | **9935** | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nava, Maria PO BOX 1684 Planada, CA 95365 | | **3721** | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Nguyen, Andrew 6245 Tweedholm Ct San Jose, CA 95120-4918 | | **3803** | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Claims |
| Nguyen, Duyenthienmy 2600 Corde Terra Cir Apt 6408 San Jose, CA 95111-1937 | | **4829** | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nguyen, Hanh<br>5735 Saint Croix Ct<br>Stockton, CA 95210-5621 | | 6491 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nguyen, Sang<br>125 Copper Way<br>Vallejo, CA 94589-3807 | | 5972 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ollar, Edna E<br>8904 Jewell Ave<br>Lamont, CA 93241-2620 | | 4134 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Olympia Investments Inc<br>4670 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | 9931 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ortega, Miguel<br>PO Box 793<br>Newman, CA 95360-0793 | | 4649 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Oseguera, Maria<br>756 E Donna Dr<br>Merced, CA 95340-0600 | | 5438 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pabulin, Rolando Ibarra<br>4861 Martin Luther King Jr Blvd Apt 3<br>Sacramento, CA 95820-4970 | | 4877 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $196.97 | $196.97 | Customer No Liability Claims |
| Park, Bomin<br>185 Estancia Dr, Unit 205<br>San Jose, CA 95134 | | 3950 | PG&E Corporation | 7/20/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Pearl, Donald W<br>413 N Warner St.<br>Ridgecrest, CA 93555-3645 | | 4633 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Elizabeth<br>331 Campbell Ave Apt 1<br>San Francisco, CA 94134-2262 | | 7465 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Perez, Javier<br>603 Saint Augustine Dr<br>Salinas, CA 93905-1607 | | **4456** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Lucio<br>1200 E Poplar St<br>Stockton, CA 95205 | | **3949** | Pacific Gas and Electric Company | 7/20/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Customer No Liability Claims |
| Perez, Maria<br>361 Lilac Cir<br>Hercules, CA 94547-1037 | | **7546** | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Pedro<br>PO Box 71027<br>Bakersfield, CA 93387-1027 | | **5464** | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Ramon<br>1105 Pelton Ave<br>Modesto, CA 95351-3632 | | **6314** | PG&E Corporation | 8/12/2019 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 | Customer No Liability Claims |
| Perez, Ramon<br>2896 Illinois St<br>East Palto Alto, CA 94303-1235 | | **5382** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pham, Duong<br>340 Battle Dance Dr<br>San Jose, CA 95111-4002 | | **4642** | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pidgett, Charles<br>27095 Antelope Dr<br>Pioneer, CA 95666 | | **2000** | PG&E Corporation | 4/3/2019 | $0.00 | $0.00 | $0.00 | $1,050.00 | $1,050.00 | Customer No Liability Claims |
| Pliego, Estella<br>10913 Santa Clara St<br>Lamont, CA 93241-2427 | | **4562** | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| POLK, STANLEY<br>4935 SAN PABLO DAM RD<br>APT 413 BLDG 4<br>EL SOBRANTE, CA 94803-3267 | | **4704** | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Prater, Essence 1005 Blue Ravine Rd Apt 537 Folsom, CA 95630 | | 3891 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $495.85 | $495.85 | Customer No Liability Claims |
| Pugh, Teeyona 5435 Benttree Way Antioch, CA 94531 | | 4101 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rajapaksa, Mapa Kuruppu Rajapaksa 9236 Woodrow Way Elk Grove, CA 95758-4551 | | 3981 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Ramirez, Luis 62 S 24 St San Jose, CA 95116 | | 3642 | PG&E Corporation | 7/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramirez, Maritza 1413 Wayne St Spc 102 Ridgecrest, CA 93555-2541 | | 4113 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramirez, Yuriana 1200 E Poplar St Stockton, CA 95205 | | 3940 | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Randolph, James Le Ray 131 Foxglove Lane Walnut Creek, CA 94597 | | 79328 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $620.75 | $620.75 | Customer No Liability Claims |
| Randolph, Jamie Christine 131 Foxglove Ln Walnut Creek, CA 94597 | | 79340 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $291.90 | $291.90 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rangel, Jose<br>Daisy B Rangel 891 Hollyhock Dr<br>San Leandro, CA 94578-3820 | | **88858** | PG&E Corporation | 12/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rangel, Jose<br>891 Hollyhock Drive<br>San Leandro, CA 94578 | | **3795** | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rashed, Leon H<br>2010 Murphy Dr<br>San Pablo, CA 94806-1343 | | **4598** | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rawlings, Virginia<br>675 Cantrill Dr Apt 104<br>Davis, CA 95618-7768 | | **4849** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Reed, Victoria<br>905 Tuscany Ct<br>Bakersfield, CA 93307-6624 | | **4038** | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reneau, Jarred<br>735 N Helena St<br>Ridgecrest, CA 93555-3556 | | **4893** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reyes, Isabel<br>960 Heartwood Ave<br>Vallejo, CA 94591 | | **3791** | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $3,000.00 | $7,000.00 | $10,000.00 | Customer No Liability Claims |
| RICHTER, MARK<br>7465 MORNINGSIDE DR.<br>GRANITE BAY, CA 95746 | | **7376** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Claims |
| ROBERTS, LUPE<br>3713 SANTA FE ST<br>RIVERBANK, CA 95367 | | **3948** | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RODRIGUEZ, JUDY A<br>2335 BELL AVENUE<br>CORCORAN , CA 93212-1501 | | **3738** | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rodriguez, Martha<br>480 Lynn Way Apt 9<br>Yuba City, CA 95991-2935 | | **6883** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Melissa<br>317 W Sierra Ave Apt 102<br>Fresno, CA 93704-1231 | | **4480** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $3,086.08 | $0.00 | $3,086.08 | Customer No Liability Claims |
| Rosas, Teresa<br>832 E Alvin Ave<br>Santa Maria, CA 93454 | | **4167** | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $798.17 | $798.17 | Customer No Liability Claims |
| Ruiz, Adriana<br>455 W Chestnut St Apt 40<br>Dixon, CA 95620-3840 | | **5706** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Salazar, Kevin<br>25 Redberg Ave Spc 8<br>Quincy, CA 95971-9770 | | **4781** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Salem, Jeanne<br>4931 Wellington Park Dr<br>San Jose, CA 95136 | | **3737** | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |
| Sanders, Mark<br>144 Sycamore Ave<br>Mill Valley, CA 94941-2808 | | **4553** | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schachter, Bart<br>171 Cook Street<br>San Francisco, CA 94118 | | **3966** | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Sethi, Suman<br>9013 Cresson Court<br>Bakersfield, CA 93307 | | **7071** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $2,585.00 | $0.00 | $2,585.00 | Customer No Liability Claims |
| Shackelford, Stefanie J<br>17600 Sunset Way<br>Sonoma, CA 95476 | | **4434** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sharp Jr , Aron<br>PO Box 454<br>Bakersfield, CA 93302-0454 | | 4042 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 | Customer No Liability Claims |
| Shivers, Tony<br>4330 Palmacia DR Apt C<br>BAKERSFIELD, CA 93307-4646 | | 4225 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Signature Homes Inc<br>4670 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | 9899 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Silva, Robert<br>2976 Birmingham Ct<br>Merced , CA 95340-2376 | | 70233 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singh, Dharminder<br>Parmjit Kaur 1426 Chaparral Way<br>Livermore, CA 94551 | | 3936 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singh, Harmanjeet<br>3239 Heritage Point Ct<br>San Jose, CA 95148 | | 3975 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $639.00 | $639.00 | Customer No Liability Claims |
| Smith, Stephanie<br>3750 Arville St. #141<br>Las Vegas, NV 89103 | | 16807 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Timothy<br>845 W 21st St<br>Merced, CA 95340-3604 | | 6804 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Som, Sou<br>708 P St Apt A<br>Bakersfield, CA 93304-2279 | | 4215 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Soto, Maria D<br>PO Box 1014<br>Lamont, CA 93241-4114 | | 3752 | PG&E Corporation | 7/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Taylor, Robert 2140 Willow Ave Antioch, CA 94509-6800 | | 8030 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thakkar, Shailesh 6385 Terracina Ave Alta Loma, CA 91737 | | 4191 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thong Dao & Feliza Delrio Cang Dao 2044 S King Rd San Jose, CA 95122-2513 | | 4641 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Touch, Vungdaly 3319 Bixby Way Stockton, CA 95209 | | 3766 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Tran, John 3581 Truxel Rd Suite 2 Sacramento, CA 95834 | | 4737 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Tran, Ohanh Kim 312 Anderson Road Alameda, CA 94502 | | 3767 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Trent, Tauavra 1418 102nd Ave Oakland , CA 94603-3224 | | 4158 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| VALLEY PRIDE AG 5 RIVER PARK PLACE EAST STE. 101 FRESNO, CA 93720 | | 4821 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vargas, Blanca 2556 W Mendocino Ave Stockton, CA 95204 | | 3818 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vasco 49 Lots LLC 4670 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9892 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Vivar, Casiano<br>705 Central Ave Apt B<br>Santa Maria, CA 93454-5714 | | **4870** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Walker, Damon<br>2209 Lakeview Cir.<br>Pittsburg, CA 94565 | | **3825** | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Walters, Roseana<br>112 Ash St Apt 2<br>Roseville, CA 95678 | | **3829** | PG&E Corporation | 7/25/2019 | $10,000.00 | $0.00 | $0.00 | $20,000.00 | $30,000.00 | Customer No Liability Claims |
| Warren, Lavonda<br>31 Highland Ave Apt 4<br>Burlingame, CA 94010-4416 | | **4885** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Webster, Simone<br>37147 Lanyard Terr #111<br>Fremont, CA 94536 | | **6220** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $145.00 | $145.00 | Customer No Liability Claims |
| WEST ROSEVILLE DEVELOPMENT COMPANY INC.<br>4670 WILLOW RD STE 200<br>4670 WILLOW RD STE 200<br>PLEASANTON, CA 94588 | | **9978** | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilson, Alissa<br>6513 Peggy Way<br>Bakersfield, CA 93307 | | **3660** | Pacific Gas and Electric Company | 7/21/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Wilson, Jennifer<br>& Leon Wilson 1212 Rosalia Dr<br>Bakersfield, CA 93304-5748 | | **4932** | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wright, Michi<br>80 Castro St Apt 207<br>San Leandro, CA 94577-5876 | | **6205** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Zamora, David<br>8200 N Laurelglenn Blvd  Apt 606<br>Bakersfield, CA  93311 | | **3815** | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 222** | | | **$16,194.00** | **$0.00** | **$286,921.19** | **$1,185,682.89** | **$1,488,798.08** | |