**Exhibit A**



1. Name:

2. Proof of Claim #:


3. Did your claim arise out of a Northern California fire in 2015, 2017, or 2018?     Yes /     No (check one)

   **If <u>Yes</u>, there is no need to fill out the rest of this form.**

   **If <u>No</u>, please respond to the questions below.**


4. What is the amount of your claim? $_____


5. Please describe the nature of your claim (please include any supporting documentation if available):

*Please note that providing a response to this letter does not mean that your claim will be allowed. PG&E will review the information you provide and reserves all its rights with respect thereto. If you have any questions about your proof of claim, you should consult an attorney.*