# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aarti Dhillon and Kulwant S<br>5625 N Sycamore Ave<br>Fresno, CA 93723-4002 | | 7024 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Abdullah, Malek Mahood<br>1624 S Orange Ave<br>Fresno, CA 93702-4255 | | 6656 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aceves, Belen<br>2703 4TH ST<br>Sanger , CA 93657-4205 | | 4095 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Adams, Raven<br>227 17th St Apt A<br>Bakersfield, CA 93301-4919 | | 7172 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 | Customer No Liability Claims |
| Aguda, Wilson<br>1118 Dover Dr<br>Lodi, CA 95242-3813 | | 5141 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aguerralde, Jimmy<br>& Claudia Aguerralde 412 N 1st Ave<br>Avenal, CA 93204-1001 | | 6091 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aguirre, Maria<br>1319 Mich Bluff Dr<br>San Jose, CA 95131-2834 | | 6861 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $1,743.00 | $0.00 | $1,743.00 | Customer No Liability Claims |
| Aguirre, Maria<br>PO Box 124<br>Ivanhoe, CA 93235-0124 | | 87303 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ahsan, Mohammad<br>Nafesa Mohammad 2557 Coronation Dr<br>Union City, CA 94587-1801 | | 7390 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Akhavan, Rokai<br>3810 Madison Ave Apt 5<br>North Highlands, CA 95660-5058 | | **6937** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alavos, Ramon<br>883 Mulberry Ln<br>Parlier, CA 93648-2450 | | **7479** | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Albazi, Janet<br>515 Almer Rd Apt 8<br>Burlingame, CA 94010-3935 | | **6617** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alcala, Idalia<br>2513 Don Pedro Rd SPC 21<br>Ceres, CA 95307-4184 | | **6891** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alcala, Monica<br>3350 72nd Ave Apt 2<br>Oakland, CA 94605-2571 | | **6219** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Alemu, Tadesse<br>321 Cove Ct<br>San Leandro, CA 94578-4625 | | **7086** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Customer No Liability Claims |
| Alexander, Demarcus<br>6632 Brann St<br>Oakland, CA 94605-2015 | | **7273** | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ALLEN, BETTY JEAN<br>2560 HINKLEY AVE<br>RICHMOND, CA 94804-4035 | | **5077** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Allen, Debra<br>5184 Bissett Way<br>Sacramento, CA 95835-1614 | | **6878** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Allen, Ronald<br>4825 Comfrey Pl<br>Santa Rosa, CA 95405-7969 | | **6559** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alonso, Valentina<br>46225 Verba Santa Dr. Apt. 18<br>Palm Desert, CA 92260 | | **7513** | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alshaebi, Nashwan<br>PO Box 1225<br>Hamilton City, CA 95951-1225 | | **4696** | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Altam, Fisal & Etreh<br>4595 E. Edna Ave<br>Fresno, CA 93725-1653 | | **7267** | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Customer No Liability Claims |
| Alter, Barbara<br>2924 Watt Ave Apt 16<br>Sacramento, CA 95821-3530 | | **5200** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alvarado, Herman<br>2710 Haddon Ave<br>Modesto, CA 95354-3227 | | **5479** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alvarez, Martha<br>150 S 19th Ave Apt 3A<br>Lemoore, CA 93245-3499 | | **4910** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $1,000.80 | $0.00 | $1,000.80 | Customer No Liability Claims |
| Alvarez, Nicole<br>9524 Snowy Springs Cir<br>Elk Grove, CA 95758-1319 | | **6092** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alvarez, Refugio<br>Refugio Garcia Estrada 1517<br>Sussex Ave<br>Gridley, CA 95948-9414 | | **5985** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ambriz, Leticia<br>PO Box 842<br>Williams, CA 95987-0842 | | **5008** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| American Federation of Teacher - AFT Local 2121<br>311 Miramar Ave<br>San Francisco, CA  94112-1210 | | **6301** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Amini, Mohsen<br>825 S San Tomas Aquino Rd Apt 32<br>Campbell, CA  95008-4431 | | **4908** | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Amoni, Nafisa<br>63 Meritage Cmn Unit 205<br>Livermore, CA  94551-7486 | | **6078** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ANDERSON, ELAINA<br>5324 HEMLOCK ST APT 217<br>SACRAMENTO, CA  95841-2737 | | **5711** | PG&E Corporation | 8/6/2019 | $248.50 | $0.00 | $5,463.00 | $248.50 | $5,960.00 | Customer No Liability Claims |
| Anderson, Mila<br>821 Shearwater Way<br>Oakley, CA  94561-3088 | | **4234** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Andrade, Julia<br>5804 California Spring Dr<br>Bakersfield, CA  93313-5135 | | **5032** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Andrei, Dumitru<br>7259 Palmer House Dr<br>Sacramento, CA  95828-3409 | | **5110** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Anne, Stormy<br>18209 Knoll Ln<br>Redding, CA  96003-0840 | | **4979** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Annis, Alicia<br>670 N 6th ST Apt 107<br>Patterson, CA  95363-2157 | | **5073** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ansberry, Paul F<br>36 San Pedro St<br>Salinas, CA 93901 | | 5407 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Appleby, Francine<br>1423 Pine St Apt B<br>Eureka, CA 95501-2291 | | 4528 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arambula, Victor<br>3464 E Iowa Ave<br>Fresno, CA 93702-2031 | | 6701 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arana, Candy<br>2128 Shelby Creek Ct<br>Stockton, CA 95206-4619 | | 6835 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arcaina, Perlita<br>34875 Peco St Apt 2<br>Union City, CA 94587-5267 | | 5962 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Archuleta, Violetta<br>39666 Royal Palm Dr<br>Fremont, CA 94538 | | 4252 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arellano, Judith<br>Abel Arellano 2332 E Revere Rd<br>Fresno, CA 93720-4650 | | 7020 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Armstrong, Khiara<br>PO Box 524<br>Rancho Cordova, CA 95741-0524 | | 5991 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arrington, Ernestine<br>1237 Xandria Dr<br>Sacramento, CA 95838-2768 | | 5437 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arviso, Tommy T<br>Diana Torres 3305 Mayfair Dr S<br>Fresno, CA 93703-3112 | | 4928 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Arzola, Pedro<br>229 E Mcelhany Ave Apt B<br>Santa Maria, CA 93454-3100 | | **5312** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ashby, Rochelle R Joyce<br>611 16th St Apt B<br>Richmond , CA 94801-2880 | | **6318** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Asnani, Yashna<br>76 Arundel Dr<br>Hayward, CA 94542-7903 | | **6436** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $45,000.00 | $0.00 | $45,000.00 | Customer No Liability Claims |
| Ataue, Tharake<br>5605 Lemon Grove Ave<br>Los Angeles, CA 90038-3103 | | **6079** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Atoyan, Grigory<br>2801 Bogdan Ct<br>Sacramento, CA 95827-1147 | | **6095** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Attaway, Kasaundra Monika<br>2317 85th Ave<br>Oakland, CA 94605-3904 | | **5225** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $459.00 | $0.00 | $459.00 | Customer No Liability Claims |
| Avij, Haleh<br>2405 Woodard Rd Apt 126<br>San Jose, CA 95124-2661 | | **6049** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Avilez, Edwardo & Consuelo<br>470 E Market St Ste C<br>Salinas, CA 93905-2774 | | **7392** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Baca, Lydia<br>2408 17th St<br>Sacramento, CA 95818-2332 | | **7373** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bagnol, Juana T<br>Joy Bagnol-Estudillo 740 24th Ave<br>San Francisco, CA 94121-3712 | | **5069** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker, Shiela<br>PO Box 177<br>Marina, CA 93933-0177 | | 6908 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Baldwin, Annette M<br>341 Sequoia st<br>Salinas, CA 93906-3317 | | 5353 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ball, Jack M<br>1616 3rd St<br>Colusa, CA 95932-3187 | | 6549 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ballard, Shirnicia<br>346 S 26th St<br>Richmond, CA 94804 | | 4794 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| Banhagel, Matthew K<br>2433 Newcastle Ave<br>Cardiff By The Sea, CA 92007-2118 | | 6321 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bantilan, Rolando<br>2532 Bluestone Ct<br>San Jose, CA 95122-1137 | | 5167 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Baraldi, Joann<br>4781 N Polk Ave Apt 156<br>Fresno, CA 93722-5341 | | 4955 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Barrios, Daniel<br>14365 Bancroft Ave Apt 20<br>San Leandro, CA 94578-2759 | | 6198 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bartucci, Marc<br>2265 S G St<br>Fresno, CA 93721-3435 | | 4964 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bastan, Manouchehr<br>1101 Mission Ridge Ct<br>Orlando, FL 32835-5755 | | 4922 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bates, Dale<br>4531 Latimer Ave<br>San Jose, CA 95130-1036 | | 6533 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Battle, Tony<br>3000 Coffee Rd Apt C3<br>Modesto, CA 95355-1748 | | 4449 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $10.00 | $10.00 | Customer No Liability Claims |
| Baumgartner, Larry<br>Wendy Leung 375 Euclid Ave Apt 316<br>San Francisco, CA 94118-2750 | | 7045 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bauzon, Edmundo<br>487 Twin River Way<br>Sacramento, CA 95831-2553 | | 4248 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Baymon, Porter<br>1702 Clearwood St<br>Pittsburg, CA 94565-7313 | | 6223 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bazan, Cynthia<br>Daniel A Bazan 2509 Shalda Ct<br>Bakersfield, CA 93305-3152 | | 6976 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Becerril, Raudel<br>PO Box 30961<br>Stockton, CA 95213-0961 | | 6840 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $1,440.00 | $0.00 | $1,440.00 | Customer No Liability Claims |
| Beckwith, Robert N<br>39627 Road 104<br>Dinuba, CA 93618-9531 | | 6319 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bell, Jeaneen<br>2101 Keith Way<br>Sacramento, CA 95825-0128 | | 5999 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Belocora, Joselito<br>3846 Clay Bank Rd<br>Fairfield, CA 94533-6654 | | 5016 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Beloud, Della C<br>236 Depot St Apt B<br>Grass Valley, CA 95945-6822 | | **5187** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 | Customer No Liability Claims |
| Bennett, Robbie<br>3733 N Abby St Apt 203<br>Fresno, CA 93726-5404 | | **4184** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bennett, Sherry<br>1625 Capital Dr<br>Ceres, CA 95307-1612 | | **5194** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bernard, Dewanda<br>125 Harris Cir<br>Bay Point, CA 94565-3575 | | **6463** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Berry, Luther<br>603 Almanza Dr<br>Oakland, CA 94603-3507 | | **5334** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bhagwan, Jai<br>3462 Pine Creek Dr<br>San Jose, CA 95132-2036 | | **6439** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bicera, Pauline L<br>522 Lincoln Ave<br>Bakersfield, CA 93308-3368 | | **5532** | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 | Customer No Liability Claims |
| Billingsley, Delano<br>2166 SACRAMENTO ST<br>VALLEJO, CA 94590-3126 | | **4118** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| BLACKBURN, MICHAEL<br>KRISTIE BLACKBURN 15060<br>WOODSIDE DR<br>CLEARLAKE, CA 95422-7934 | | **4563** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Blackmon, Stephanie<br>125 Jones St<br>Bakersfield, CA 93309-2008 | | **7380** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Blaise, Mackenzy<br>5669 E Atwood Ave<br>Fresno, CA 93727-8838 | | **7235** | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Blakley, Darlene<br>425 20th Century Blvd SPC B4<br>Turlock, CA 95380-2331 | | **4342** | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Boccardo, Elga<br>1707 Gettysburg Ave<br>Clovis, CA 93611-4510 | | **5151** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| BODDIE, MARY JANE<br>1532 KIRKHAM ST<br>SAN FRANCISCO, CA 94122-3437 | | **5454** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bombino, Guillermo<br>103 Minnesota Ave Apt D<br>Fort Bragg, CA 95437-5039 | | **6259** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| BOOKER, THELMA<br>132 GRATTAN ST<br>SAN FRANCISCO, CA 94117-4209 | | **5107** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bordenave, Britney<br>5501 Norris Rd Apt 10<br>Bakersfield, CA 93308-2186 | | **5236** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Borgasano, Jim<br>228 Johnson St<br>Windsor, CA 95492-8948 | | **6753** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Botelho, Charles R<br>80 W Hookston Rd Apt 219<br>Pleasant Hill, CA 94523-4246 | | **5198** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bowie, Gregory 255 Las Dunas Ave Oakley, CA 94561-5786 | | 7023 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Boyden, Carolyn E 185 Hogan Ave Vallejo, CA 94589-1919 | | 6814 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bracamonte, Hope 2808 Taft Hwy Spc 67 Bakersfield, CA 93313-9536 | | 5320 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bradshaw, John M 3414 Verona Ter Davis, CA 95618-6724 | | 6046 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| BRAMER, KEITH S 820 EMORY ST SAN JOSE, CA 95126-1818 | | 4414 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brandon, Marilyn P.O. Box 278311 Sacramento, CA 95827 | | 4044 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brome, Patricia Davis 2539 Pinkerton Way Lodi, CA 95242-4803 | | 6378 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brooke, Marilyn 6767 California St Apt 4 Winton, CA 95388-9283 | | 6789 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | Customer No Liability Claims |
| Broussard, Amos J 122 S 19th St Richmond, CA 94804-2632 | | 7260 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brown, Harold 1318 E San Ramon Ave Apt D Fresno, CA 93710-7139 | | 7066 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown, Larry<br>2748 Mendonca Dr<br>Rancho Cordova, CA 95670-4819 | | 7225 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brown, Lisa<br>6420 46TH ST APT S<br>Sacramento, CA 95823-1283 | | 6705 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brown, Marvin<br>39737 Road 274 SPC 35<br>Bass Lake, CA 93604-9746 | | 6988 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| BROWN, SHAVONTEE<br>6800 E LAKE MEAD BLVD<br>UNIT 1022<br>LAS VEGAS, NV 89156-1122 | | 5281 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brown, Shawnda<br>PO Box 7053<br>Fremont, CA 94537-7053 | | 7012 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bryan, Susan<br>526 E Barstow Ave Apt 105<br>Fresno, CA 93710-6144 | | 5348 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Buchanan, Arnold<br>591 7Th St<br>Mc Farland, CA 93250-1107 | | 4341 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Buckley, Candy D<br>14035 Rosedale Hwy Spc 149<br>Bakersfield, CA 93314-9685 | | 6309 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| Bui, Thao H<br>1520 E Capitol Expy Spc 224<br>San Jose, CA 95121-1822 | | 5714 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bullock, Artie Elaine<br>281 Haas Ave Apt 202<br>San Leandro, CA 94577-3705 | | 4650 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bunch, Monica A<br>8042 Mason Dr<br>Rohnert Park, CA 94928-5455 | | 4725 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Burns, Brian J<br>2500 El Camino Real Apt 314<br>Palo Alto, CA 94306-1725 | | 6409 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability Claims |
| BURTON, ELAINE M<br>4854 E TULARE AVE APT 209<br>FRESNO, CA 93727-3067 | | 5197 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Burton, Patricia<br>7109 Canaveral Way<br>North Highlands, CA 95660-3529 | | 5080 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Butler, Randie<br>900 Campus Dr Apt 308<br>Daly City, CA 94015-4928 | | 6059 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bynes, Yolanda Y<br>5462 Brookwood Ln<br>El Sobrante, CA 94803-3883 | | 4896 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| CABALLERO, ROSARIO<br>587 ENTRADA DR<br>SOLEDAD, CA 93960-3111 | | 5359 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cabello, Catalina<br>Enrique Arenal 342 Primrose Dr<br>Vacaville, CA 95687-7666 | | 7548 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cadalzo, Eddie Delarosa<br>2221 Hollywood Dr<br>Stockton, CA 95210-1605 | | 6404 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Caday, Catherine<br>1505 La Rossa Cir Bldg 9<br>San Jose, CA 95125-1222 | | 6858 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cairns, Patricia<br>4062 N Cecelia Ave<br>Fresno, CA  93722-4363 | | 5317 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Calangi, Claro<br>360 Susie Way Apt 2<br>South San Francisco, CA  94080-2351 | | 6375 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Callahan, Latrina<br>1115 PACIFIC ST #A<br>BAKERSFIELD, CA  93305-4607 | | 4899 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Calleja, Monica<br>13395 E Young Ave<br>Parlier, CA  93648-2235 | | 5463 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Camarena, Katia R<br>7810 Miller Ave<br>Gilroy, CA  95020-4914 | | 6137 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Camey, Anita<br>410 Bell Ave Apt 16<br>Sacramento, CA  95838-2276 | | 5037 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Claims |
| Candelaria, Jose<br>14474 W G St<br>Kerman, CA  93630-1923 | | 5127 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cardenas, Judith<br>Pablo Cardenas 698 Brentwood Dr<br>Bakersfield, CA  93306-5902 | | 5201 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $690.00 | $690.00 | Customer No Liability Claims |
| Carney, Jerome Dale<br>185 Drake Ave<br>Sausalito, CA  94965-1244 | | 4221 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Carrillo, Jackeline 1628 E 11th St Stockton, CA 95206-3371 | | 7254 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carrillo, Maria I 3131 Mt Hoffman Ct Stockton, CA 95212-3472 | | 7213 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carson, Amy 3644 Turner Dr North Highlands, CA 95660-3339 | | 6195 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Castaneda, Monica 4631 Earl Ave Bakersfield, CA 93306-6455 | | 4894 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Castellanos, Yibran 1233 Chase Ave Corcoran, CA 93212-2603 | | 6266 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Castillo, Louie Louie Castillo & Reya Ronquillo 100 Hawthorn Dr Apt 209 Fairfield, CA 94533-7305 | | 5524 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Castro, Jose A 540 Bonita Ave Spc 407 San Jose, CA 95116-3316 | | 4968 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $3,130.00 | $0.00 | $3,130.00 | Customer No Liability Claims |
| Cato, Ariana Danielle 300 E Granger Ave Apt 41 Modesto, CA 95350-4322 | | 6602 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cazares Hernandez, Maria Chelsea & Noe Romero 5800 Grove Ct Rocklin , CA 95677-3108 | | 6643 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CBC INNOVIS<br>PO BOX 275<br>COLUMBUS, OH  43216-0275 | | **4797** | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $875.00 | $875.00 | Customer No Liability Claims |
| Cermeno Garcia, Angelica<br>2239 Park View Dr<br>Los Banos, CA  93635-5410 | | **7318** | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cervantes, Jorge<br>711 Barneveld Ave Apt 2<br>San Francisco, CA  94134-1252 | | **4918** | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cervantez, Rita<br>1901 Thompson Ave<br>Selma, CA  93662-3932 | | **6525** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chaharbakhsh, Teriziyeh<br>1076 Pioneer Ave Apt I<br>Turlock, CA  95380-2625 | | **5094** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chambers, Lori A<br>322 Alta St<br>Grass Valley, CA  95945-6104 | | **4959** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chan, Kin Tit<br>316 Vida Leon Ct<br>San Jose, CA  95116-1554 | | **4820** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Customer No Liability Claims |
| Chance, Gary<br>482 Fuller Ave #B<br>San Jose, CA  95125-1546 | | **6760** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chaney, Lavonne L<br>1616 Carleton St<br>Berkeley, CA  94703-1815 | | **6710** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Customer No Liability Claims |
| Chang, James<br>4321 N Cedar Ave Apt 215<br>Fresno, CA  93726-3708 | | **6865** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Charles, Jessica<br>PO Box 704<br>San Leandro, CA 94577-0070 | | 5971 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chavez, Patricia B<br>963 Witham Dr<br>Woodland, CA 95776-9373 | | 6974 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chen, Xiang Ming<br>61 8th St Apt 3<br>Oakland, CA 94607-4718 | | 5455 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cheung, Jennifer C<br>2227 37th Ave<br>San Francisco, CA 94116-1647 | | 6832 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chien, Jason<br>3972 S Somerston Way<br>Ontario, CA 91761-3825 | | 4940 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chimienti, Joe P<br>PO Box 231451<br>Sacramento, CA 95823-0407 | | 7236 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Customer No Liability Claims |
| CHIN, SABRINA<br>1121 ROSEWOOD WAY<br>ALAMEDA, CA 94501-5635 | | 5274 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chincoya, Marcela<br>304 Lockwood Ave<br>Mcfarland, CA 93250-1138 | | 7099 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cho, Thomas L<br>9850 Colonial Pl<br>Salinas, CA 93907-1020 | | 6711 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Christian, Seville<br>75 Dore St Apt 107<br>San Francisco, CA 94103-3892 | | 7103 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chu, Calvin<br>127 Marsha Pl<br>Lafayette, CA 94549 | | 4186 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $497.23 | $0.00 | $497.23 | Customer No Liability Claims |
| Chung, Yung Dae<br>360 Moncada Way<br>San Francisco, CA 94127-2604 | | 4764 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cird, Jason<br>2544 knollwood lane | | 4226 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ciruso, Alex L<br>140 Cedar St<br>Bakersfield, CA 93304-2655 | | 5416 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | Customer No Liability Claims |
| Clayborn, Veristine<br>6850 Foothill Blvd Apt 304<br>Oakland, CA 94605-2499 | | 6435 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cleaver, Rod L<br>Residence PO Box 7624<br>Spreckels, CA 93962-7624 | | 7043 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $708.03 | $708.03 | Customer No Liability Claims |
| Cole, Gustavia<br>10096 Schuler Ranch Rd<br>Elk Grove, CA 95757-5508 | | 4984 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Coleman, Erma<br>4937 Travertine Cir<br>Sacramento, CA 95841-2628 | | 6399 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| Coleman, Sabrenia<br>3403 E Mckinley Ave<br>Fresno, CA 93703-3202 | | 7098 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Coleman, Theresa<br>823 Adeline St<br>Oakland, CA 94607-2609 | | 7238 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Coleman, Toni<br>2229 E 25th St # 1<br>Oakland, CA 94606-3535 | | **4131** | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $315.00 | $0.00 | $315.00 | Customer No Liability Claims |
| Collins, Lashawn<br>3106 1/2 Jewett Ave<br>Bakersfield, CA 93301-2132 | | **6830** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Colombo, Kassandra<br>908 Burkhart Ave<br>San Leandro, CA 94579-2119 | | **4276** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Colon, Lisandra<br>1521 S Todd Pl<br>Wichita, KS 67207-4033 | | **7466** | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $604.08 | $604.08 | Customer No Liability Claims |
| Communities United for RE<br>490 Lake Park Ave Unit 16086<br>Oakland, CA 94610-8041 | | **6381** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| CONN, CATHERINE J<br>9961 WESTMINSTER WAY<br>ELK GROVE, CA 95757-5159 | | **5005** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Constantine, Cola Chloe<br>720 Water St Apt B<br>Santa Cruz, CA 95060-4138 | | **5064** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Contreras, Emma M<br>545 Shanghai Bend Rd<br>Yuba City, CA 95991-8308 | | **6942** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Contreras, Ramiro<br>450 W Sunwest Dr Lot 18<br>Casa Grande, AZ 85122-2374 | | **6277** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cooks, Melinda<br>3852 E Alamos Ave Apt 134<br>Fresno, CA 93726-0874 | | **6757** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cooks, Odessa<br>2086 N Fresno St Apt 102<br>Fresno, CA 93703-2274 | | **6240** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cooper, Zamani<br>2571 Durant Ave<br>Oakland, CA 94603-4120 | | **7519** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cornejo, Carlos Sanchez<br>2250 Laguna Way<br>Los Banos, CA 93635-5424 | | **6119** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Cortez Rios, Alejandro<br>3535 Stine Rd Spc 167<br>Bakersfield, CA 93309-6660 | | **7124** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Costa, Robert De<br>Karen M De Costa 2967 3rd St<br>Clearlake, CA 95422-8332 | | **5076** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| COSTELLO, CLARA<br>425 20TH CENTURY BLVD<br>SPC A8<br>TURLOCK, CA 95380-2329 | | **5209** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Couturier, Louise M<br>313 Lawndale Ct<br>Cameron Park, CA 95682-8170 | | **6285** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Covarrubias, Jose<br>1038 South Ave # 4<br>Turlock, CA 95380-5650 | | **6540** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Covington, Latheatus<br>25065 Cypress Ave Apt 2<br>Hayward, CA 94544-2283 | | **7088** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cox, Russell Victor<br>930 Pesante Rd<br>Bakersfield, CA 93306-5537 | | **4339** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Crabtree, Sylas<br>33A Church Street<br>Mountain View, CA 94041 | | **3955** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Craver, Tonia<br>1490 S Chestnut Ave Apt 104<br>Fresno, CA 93702-4756 | | **6067** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Crew, Brenda<br>PO Box 808<br>Vallejo, CA 94590-0080 | | **6921** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Crosby, Erika<br>1350 106th Ave<br>Oakland, CA 94603-3816 | | **5725** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cruz, Dominic<br>5305 Brown Bear Ct<br>Bakersfield, CA 93311-9514 | | **6562** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cuevas, Maribel<br>3552 N Duke Ave Spc 52<br>Fresno, CA 93727-7837 | | **4714** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Currie, Della M<br>2301 Sycamore Dr Apt 13 Bldg 4<br>Antioch, CA 94509-2944 | | **4995** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Daniels, Elisha<br>27 Pine St<br>Vallejo, CA 94590-7336 | | **6901** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| David, Danitra D<br>53 Dunfirth Dr<br>Hayward, CA 94542-7942 | | **7116** | Pacific Gas and Electric Company | 8/14/2019 | $10,000,000.00 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | Customer No Liability Claims |
| Davila, Maria<br>& Javier Davila 215 Wooner Dr<br>Arvin, CA 93203-2407 | | **4956** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Eddie James<br>2243 Linden St<br>Oakland, CA 94607-2924 | | 6631 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| DAVIS, NOELLE<br>521 CALVADOS AVE<br>SACRAMENTO , CA 95815 | | 4241 | PG&E Corporation | 8/3/2019 | $0.00 | $0.00 | $0.00 | $355.97 | $355.97 | Customer No Liability Claims |
| Davis, Sandra K.<br>8408 Loine Court<br>Stockton, CA 95209 | | 7278 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Day, Jamiela<br>73 La Fresa Ct Apt 4<br>Sacramento, CA 95823-2917 | | 6257 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Deal, Sandra<br>58 Natividad Rd Apt 3<br>Salinas, CA 93906-4042 | | 6778 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dean, Debra<br>2401 Eric Way Apt 32<br>Bakersfield, CA 93306-2675 | | 4848 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Dean, Dora<br>4400 Shandwick Dr Apt 131<br>Antelope, CA 95843-5711 | | 4921 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Deen, Latesha M<br>4654 N Chestnut Ave Apt 114<br>Fresno, CA 93726-1810 | | 6297 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Deguzman, Rose<br>675 Sharon Park Dr Apt 109<br>Menlo Park, CA 94025-6907 | | 4801 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Delacruz, Catalina<br>1250 34th Ave Apt 102<br>Oakland, CA 94601-3454 | | 5713 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Delacruz, Joaquin 3600 40th St Sacramento, CA 95817-3610 | | **6126** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Delarosa, Barbara 434 Villa Ave Apt 207 Clovis, CA 93612-7615 | | **6601** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Deleon, Mary L 3201 E Harvard Ave Fresno, CA 93703-1905 | | **7025** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Delgado, Antonio 1325 S Commerce St Stockton, CA 95206-1724 | | **4426** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Delgado, Jesus G Guadalupe Delgado 4606 Earl Ave Bakersfield, CA 93306-6456 | | **6239** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Deng, Michelle 4542 Horseshoe Cir Antioch, CA 94531-8124 | | **5249** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dennis, Kelan 10547 Dnieper Lane Stockton, CA 95219-7179 | | **5117** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Customer No Liability Claims |
| Desales, Clysly 1679 Alemany Blvd San Francisco, CA 94112-2629 | | **6135** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Devoe, Denise 161 Monterey St Brisbane, CA 94005-1544 | | **7224** | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| DeWitt, Shaquea 1040 Grand Ave Apt 4 Sacramento, CA 95838-3560 | | **6392** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dewolf, Roslyn<br>609 Cherry Ave<br>Sonoma, CA  95476-4183 | | 4862 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dhillon, Rachhpal<br>4009 Woodfall Pl<br>Modesto, CA  95356-8411 | | 5078 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dhonchak, Beena<br>1880 Gold St.<br>Dixon, CA  95620-3858 | | 4299 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Diaz Medina, Jorge<br>1416 Alma Ave<br>Salinas, CA 93905-2443 | | 6940 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Diaz, Dennis<br>2354 Azalea St<br>Selma, CA  93662-2469 | | 6402 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Diaz, Eva<br>1084 San Miguel Canyon Rd Apt F<br>Royal Oaks, CA  95076-9135 | | 6828 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $16,207.00 | $0.00 | $16,207.00 | Customer No Liability Claims |
| Diaz, Griselda<br>611 N Thornburg St<br>Santa Maria, CA  93458-3658 | | 5709 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Dinh, Xao T<br>3555 Judro Way Apt 233<br>San Jose, CA  95117-1584 | | 6344 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dircks, Madeleine<br>PO Box 21225<br>Bakersfield, CA  93390-1225 | | 6295 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dixon, Francine E<br>819 N Yosemite St<br>Stockton, CA  95203-2237 | | 5305 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| DO, HA MY<br>1995 EDGEBANK DR<br>SAN JOSE, CA 95122-4017 | | 5158 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Doan, Nga Thuy<br>1290 Lucretia Ave<br>San Jose, CA 95122-3829 | | 6947 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dolan, Janice<br>1881 Stratton Cir<br>Walnut Creek, CA 94598-2273 | | 5988 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Domler, Carlton<br>4392 Peaceful Glen Rd<br>Vacaville, CA 95688-9643 | | 6082 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Douglas, Bill B<br>1319 Mitchell Rd<br>Modesto, CA 95351-4922 | | 4623 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Douglas, Melodie<br>1319 Mitchell Rd<br>Modesto, CA 95351-4922 | | 4938 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tran, John<br>5675 Chambertin Dr<br>San Jose, CA 95118-3909 | | 76644 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Trinidad, Jonathan<br>185 Windjammer Drive<br>Vallejo, CA 94591 | | 4119 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Claims |
| Trotter, Louise A<br>2045 Santo Domingo<br>Camarillo, CA 93012-4062 | | 4629 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Van Nuland, James H<br>3509 Calico Ave<br>San Jose, CA 95124-2536 | | 4645 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Vatha, Ou 271 E Cotati Ave Cotati, CA 94931-4403 | | 4520 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vossler, Stan J 1744 Brandon St Oakland, CA 94611 | | 4304 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Willis, Ernestine 910 66th Ave Apt 113 Oakland, CA 94621-3151 | | 4060 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yadegar, Farshid 64545 Via Sermato Palm Springs, CA 92264 | | 4543 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yu, Peggy m 5308 Shamrock Common Fremont, CA 94555-3810 | | 3900 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 249** | | | **$10,000,248.50** | **$0.00** | **$117,255.03** | **$109,441.58** | **$10,226,945.11** | |