| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dudley, Robert 1029 Springfield Way Modesto, CA 95355-4724 | | **4455** | Pacific Gas and Electric Company | 8/1/2019 | $450,000.00 | $0.00 | $0.00 | $100,000.00 | $550,000.00 | Customer No Liability Claims |
| Duenas, Jonathan 5821 S Land Park Dr Sacramento, CA 95822-3310 | | **5316** | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Duong, Tan 359 Lazy Ridge Ave Lathrop, CA 95330-8655 | | **4516** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Duran, Nela 1310 Via Barcelona Ct Wasco, CA 93280-2795 | | **6843** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dutcher, Erika 524 Stein Way Waterford, CA 95386-9675 | | **6269** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dvorin, Richard W 3249 Driftwood Drive Lafayette, CA 94549 | | **6768** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Dyogi, George 1540 Meadow Ln Concord, CA 94520-3932 | | **4985** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Eager, Annette 5103 N Marty Ave Apt 311 Fresno, CA 93711-5953 | | **4755** | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $0.00 | $253.60 | $253.60 | Customer No Liability Claims |
| Eckstein, Charles R Anna M Eckstein 25580 Boots Rd Monterey, CA 93940-6635 | | **4484** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Edgerson, Ebony S 2062 81st Ave Oakland, CA 94621-2310 | | **4346** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Edwards, Tamara<br>931 34th St<br>Emeryville, CA 94608-4211 | | **5218** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Customer No Liability Claims |
| Edwards, Thomas S<br>1207 Woodview Ter<br>Los Altos, CA 94024-7047 | | **5096** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Eldridge, Stacy<br>10349 S East Ave<br>Fresno, CA 93725-9531 | | **5006** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $6,850.00 | $0.00 | $6,850.00 | Customer No Liability Claims |
| ELLIS, EUGENE<br>642 HAWK DR<br>VACAVILLE, CA 96587-7278 | | **4639** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| ELMORE, ALTON<br>37296 SPRUCE TER<br>FREMONT, CA 94536-3777 | | **6054** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Elor, Yair<br>& Gilly Elor 18 Garron Ct<br>Walnut Creek, CA 94596-6306 | | **6906** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $4,800.00 | $4,800.00 | Customer No Liability Claims |
| ENGEN, MARTA<br>247 N CAPITOL AVE UNIT 104<br>SAN JOSE, CA 95127-2355 | | **5147** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Enos, Evelyn<br>600 Chanslor Ave<br>Richmond, CA 94801-3538 | | **6829** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |
| Enriquez, James<br>636 Surrey Way<br>Salinas, CA 93905-3014 | | **7004** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $7,000.00 | $0.00 | $7,000.00 | Customer No Liability Claims |
| Enriquez, Lourdes<br>636 Surrey Way<br>Salinas, CA 93905-3014 | | **7009** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $7,000.00 | $0.00 | $7,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Eres, Fulgencio<br>140 E Santa Clara St Apt 10<br>San Jose, CA 95113-1929 | | 4245 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $444.41 | $444.41 | Customer No Liability Claims |
| ERICKSON, ELLA<br>RONALD ERICKSON 4496<br>CRAIG LN<br>VACAVILLE, CA 95688-9327 | | 5136 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Eshoo, Robert<br>990 Wildwood Ave<br>Daly City, CA 94015-3505 | | 6505 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Eshoovayati, Ninos<br>359 Hedstrom Rd<br>Turlock, CA 95382-1255 | | 5248 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Esparza, Concepcion<br>1508 S Thornburg St<br>Santa Maria, CA 93458-7123 | | 5990 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $275.00 | $275.00 | Customer No Liability Claims |
| Espino, Silverio<br>933 S Commerce St<br>Stockton, CA 95206-1207 | | 7247 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Espinoza, Erika<br>10817 Patagonia Way<br>Bakersfield, CA 93305-7410 | | 6502 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Customer No Liability Claims |
| Esteban, Gregory<br>PO Box 409<br>Boulder Creek, CA 95006-0409 | | 6675 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Estrada, Linda<br>112 U St<br>Bakersfield, CA 93304-3237 | | 6175 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Estrada, Rafael<br>PO Box 41663<br>Bakersfield, CA 93384-1663 | | 5323 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Estrada, Vanessa N 5304 Shadow Stone St Bakersfield, CA 93313-4318 | | 7094 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Evans, Andrew 436 3RD ST Tammy Evans 620 W 4Th Ave ORLAND, CA 95963-1337 | | 7527 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $1,600.00 | $1,600.00 | Customer No Liability Claims |
| Evans, Kelly 1350 Yulupa Avenue Apt C Santa Rosa, CA 95405-7264 | | 7321 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Evans, Latonya 3030 5th St Apt 225 Davis, CA 95618-7713 | | 5357 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Evans, Mattie 1301 Shafter Ave San Francisco, CA 94124-3344 | | 6218 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Evans, Ruth A 836 W Lincoln Ave Apt 9D Woodland, CA 95695-6858 | | 7164 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $1,008.00 | $0.00 | $1,008.00 | Customer No Liability Claims |
| Fain, Caroline 1202 Coolidge St Fairfield, CA 94533-5436 | | 7233 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fair, Charles 11913 Handel Ave Bakersfield, CA 93312-9457 | | 5647 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| FARBER, VIRGINIA 2260 IVY RD OCEANSIDE , CA 92054-5647 | | 5031 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Farnsworth, Flo PO Box 173 Blue Lake, CA 95525-0173 | | 6571 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Faulkner Sr., Antiwan L<br>2038 N Fresno St Apt B<br>Fresno, CA  93703-2261 | | **6461** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fazli, Fazil<br>1098 WOODCREEK OAKS BLVD APT 2107<br>ROSEVILLE, CA  95747-6232 | | **7327** | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fedoronczuk, La Vonne A<br>140 Pulsar Cir<br>Sacramento, CA  95822-4972 | | **6718** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| FEIL, ANN D<br>94 LUGO DR<br>FAIRFIELD, CA  94533-2865 | | **4527** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fenske, Mary M<br>1641 E Magnolia Way Apt C<br>Dinuba, CA  93618-2244 | | **6313** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fenton, Albert<br>1150 G St<br>Rio Linda, CA  95673-4322 | | **5183** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ferdin, Jeremy<br>1935 Florida St<br>Vallejo, CA  94590-5320 | | **5288** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| FERGUSON, SHAUNIQUE<br>2040 E SUSSEX WAY APT 123<br>FRESNO, CA  93726-3953 | | **5002** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| FERNANDEZ, ALMA<br>JESUS FERNANDEZ 1221 SERINIDAD WAY<br>ARVIN, CA  93203-9465 | | **5196** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| FEROZ, SHAIMA 39939 STEVENSON CMN APT 2016 FREMONT, CA 94538-5339 | | 5356 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fielding, Kay 6779 Fox Rd Dixon, CA 95620-9739 | | 6225 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Figueroa, Manuel 2917 Juliet Rd Stockton, CA 95205-7722 | | 6217 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Finneman, Daniel 1809 Verano St Sacramento, CA 95838-4640 | | 5024 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fitch, Karen D 719 Oak St Colusa, CA 95932-2330 | | 6356 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Flavio, Todd Kristi Flavio 218 Via Encanto San Ramon, CA 94583-3052 | | 6120 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Flores, Apolinar 1130 W 9th St Merced, CA 95341-5709 | | 6890 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Flowers, Rick 2760 Coloma St Apt 13 Placerville, CA 95667-3441 | | 5486 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Floyd, Mary L Larry Floyd Po Box 474 Caruthers, CA 93609-0474 | | 5350 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Foell, Richard H 4670 N Quail Lake Dr Clovis, CA 93619-4645 | | 6838 | Pacific Gas and Electric Company | 8/13/2019 | $347,000.00 | $0.00 | $0.00 | $0.00 | $347,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fong, Elaine L<br>245 Marylinn Dr<br>Milpitas, CA 95035-4215 | | 6958 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Forbs, Lela<br>3015 Wilson Road Apt 211A<br>Bakersfield, CA 93304-5398 | | 4852 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fornasero, Frank<br>Outdoor Lighting 1717 Ming Ave<br>Bakersfield, CA 93304-4522 | | 6879 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Foroudi, Fred F<br>1605 Hollenbeck Ave<br>Sunnyvale, CA 94087-5402 | | 6310 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $469.00 | $469.00 | Customer No Liability Claims |
| Forrest, Lisa S<br>913 Kent Ct<br>San Lorenzo, CA 94580-1236 | | 6793 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Foster, Vicki A<br>PO Box 1974<br>Middletown, CA 95461-1974 | | 7241 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Franco, Angela<br>6062 Jansen Dr<br>Sacramento, CA 95824-1828 | | 7287 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Franco, Javier<br>25734 Avenue 18 1/2<br>Madera, CA 93638-0185 | | 4685 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| FRANCO, JILL<br>1045 EVERGLADES DR<br>PACIFICA, CA 94044-3846 | | 5289 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Franklin, Neal A<br>PO Box 291<br>Atascadero, CA 93423-0291 | | 6547 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Frausto, Oscar 1241 S American St Stockton, CA 95206-1529 | | **5465** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Freeman, Roberts Condo 244 315 E 12th Ave Anchorage, AK 99501-6520 | | **5012** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Frye, Lakisha 29 Blue Leaf Ct Sacramento, CA 95838-1864 | | **6362** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fu, Chung Shiao 1660 Triton Ct Santa Clara, CA 95050-4168 | | **7111** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fuentes, Heladia 128 Jefferson St Watsonville, CA 95076-4317 | | **4818** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Galindo, Maria 3409 Lexington Ave Apt A Bakersfield, CA 93306-5514 | | **6747** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gallo, Dolores 300 Grant St San Jose, CA 95110-2902 | | **4954** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gallow, Shamarra G 1143 Greenlea Ave Sacramento, CA 95833-2322 | | **7269** | PG&E Corporation | 8/15/2019 | $1,500.00 | $0.00 | $3,000.00 | $0.00 | $4,500.00 | Customer No Liability Claims |
| Galloway, Shevailla 16384 Foothill Blvd Apt 20 San Leandro, CA 94578-2198 | | **5445** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gamez, Carolyn 6714 Navelencia Ave Reedley, CA 93654-9544 | | **6740** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gandhi, Vishal N 859 Pheland Ct Milpitas, CA 95035 | | **6140** | Pacific Gas and Electric Company | 8/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia Diaz, Carmen 320 Hull Ave Madera, CA 93638-3912 | | **7252** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Candy 1202 2nd Street Wasco, CA 93280-2532 | | **5304** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Joseph 1340 Leonard Ave Apt 8 Modesto, CA 95350-5743 | | **7337** | Pacific Gas and Electric Company | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Lorenzo 7241 Chabot Rd Oakland, CA 94618-1947 | | **4348** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Lorenzo H 19805 Auberry Rd Clovis, CA 93619-9643 | | **6052** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Maria L 347 W Main St Turlock, CA 95380-4829 | | **7001** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Ramon & Olga Garcia 4875 Mowry Ave Apt 121 Fremont, CA 94538-1165 | | **6201** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| GARCIA, RAUL C MARIA CRUZ AND VALENTIN G 200 GABILAN DR SOLEDAD, CA 93960-2557 | | **6732** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garcia-Rodriguez, Geegee Beatriz Rodriguez 3210 Christmas Tree Ln Bakersfield, CA 93306-1107 | | 7524 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garma, Frida 2506 Brownstone Ct San Jose, CA 95122-1138 | | 5364 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garnica, Anna Bertha 23198 Sacramento Rd Corning, CA 96021-9785 | | 6499 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garrett, Darlene 2330 8th St Apt 3 Berkeley, CA 94710-2342 | | 7032 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garrett, Denise 2861 McBryde Ave Richmond, CA 94804-1248 | | 5233 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garriott, Angela M 900 Casino St Bakersfield, CA 93307-4357 | | 4958 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gary-Square, Raphaelle 1525 Potrero Ave Richmond, CA 94804-3759 | | 6096 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garza, Mario 2212 Gaither St Selma, CA 93662-2825 | | 5330 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gasca Lara, Armando 1276 Oak Ave Apt 220 Greenfield, CA 93927-5472 | | 6781 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gatewood, Angela 17 Donson Ct Elk Grove, CA 95758-9592 | | 6622 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gavia, Lynn<br>6128 Belfield Cir<br>Elk Grove, CA  95758-6215 | | **6606** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gavin, Cassandra R<br>625 Kennedy Ct Apt B<br>Fairfield, CA  94533-5055 | | **4980** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| George, Tracy<br>3237 Forest Dr<br>Stockton, CA  95205-5701 | | **5696** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gibson, Jerry D<br>PO Box 4251<br>San Luis Obispo, CA  93403-4251 | | **5062** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gilbert, Douglas<br>1490 N Dewitt Ave<br>Clovis, CA  93619 | | **9121** | Pacific Gas and Electric Company | 9/18/2019 | $0.00 | $0.00 | $0.00 | $9,765.62 | $9,765.62 | Customer No Liability Claims |
| Gillis, Charles<br>245 Talbert St<br>San Francisco, CA  94134-2916 | | **5149** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Godinez, Maria L<br>125 E El Camino St<br>Santa Maria, CA  93454-4165 | | **6554** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Goetchius, Pearl<br>10801 Michele Ave<br>Bakersfield, CA  93312-3105 | | **5171** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Goldfried, Monique<br>2022 Roaring Camp Dr<br>Rancho Cordova, CA  95670-7608 | | **7219** | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gomez, Marina<br>6801 Larchmont Dr<br>North Highlands, CA  95660-3506 | | **6806** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gomez, Melquiades<br>4549 E Shields Ave Apt 102<br>Fresno, CA 93726-7228 | | 4776 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $62.19 | $62.19 | Customer No Liability Claims |
| GONZALES, BLANCA<br>930 EXCHANGE ST<br>BAKERSFIELD, CA 93307-2025 | | 6341 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| GONZALES, ESTELA<br>247 NIELSON AVE<br>GRIDLEY, CA 95948-9758 | | 4757 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzales, Margarito<br>1021 Wood St<br>Taft, CA 93268-4328 | | 4843 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Brenda<br>Javier Gonzalez 762 P St<br>Firebaugh, CA 93622-2134 | | 4542 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Dana<br>2313 Bellingham Way Apt D14<br>Modesto, CA 95355-8748 | | 5472 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Ivania Yessell<br>5571 Walnut Blossom Dr Apt 4<br>San Jose, CA 95123-2256 | | 4548 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Norma<br>1851 N Belvedere Ave<br>Fresno, CA 93722-7365 | | 4564 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Rachel<br>3259 N Berlin Ave<br>Fresno, CA 93722-4670 | | 5298 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Yolanda<br>250 Ross Ave Apt 1<br>Freedom, CA 95019-2570 | | 7134 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Goodman, Kelly R<br>PO Box 541<br>Cedar Ridge , CA  95924-0541 | | **7467** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Graciano, Manuel<br>Noemi Graciano 5723 Medina Ln<br>Bakersfield, CA  93306-7880 | | **6620** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Grago Sr, George M<br>16 Laguna St Apt 102<br>San Francisco, CA  94102-6201 | | **4738** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gray, Albert<br>1169 32nd St<br>Emeryville, CA  94608-4240 | | **4809** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gray, Debra L<br>34 Moonlit Cir<br>Sacramento, CA  95831-1561 | | **6772** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Green, Teresa<br>317 1/2 Beardsley Ave<br>Bakersfield, CA  93308-4727 | | **6880** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Grewal, Amarjit<br>2877 Epperson Way<br>Live Oak, CA  95953-2084 | | **6443** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Grewal, Harpreet<br>1403 Miranda Place<br>Arvin, CA  93203-9488 | | **5421** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Grimes, Darel<br>621 O St<br>Bakersfield, CA  93304-2213 | | **5146** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Grzegorek, Lorraine<br>4353 Twain Dr<br>Olivehurst, CA  95961-7517 | | **5055** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Guenther, Patricia<br>7008 Greenford Way<br>Roseville, CA 95747 | | **5368** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guerra De, Ambar Carolina<br>900 Jacoben Ln Bldg 6 Unit 612<br>Davis, CA 95616 | | **6398** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guisewite, Lori<br>215 24th Ave<br>San Francisco, CA 94121-1222 | | **7335** | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guzman, Cornelio<br>Martha Meza 2340 E Lamona Ave<br>Fresno, CA 93703-3826 | | **7550** | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guzman, Eleazar<br>1622 Sandy Creek Dr<br>Newman, CA 95360-9633 | | **4697** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| GUZMAN, RUBEN<br>& CARMEN GUZMAN PO BOX 18<br>BRENTWOOD, CA 94513-0018 | | **5374** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hagan, Andre<br>2840 Barrington St Apt F<br>Bakersfield, CA 93309-7819 | | **4726** | PG&E Corporation | 8/5/2019 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | Customer No Liability Claims |
| Hagopian, Steve George<br>7193 N Brooks Ave<br>Fresno, CA 93711-0476 | | **6281** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Haidar, Joseph A<br>2425 Lavon Ln<br>Ceres, CA 95307-1737 | | **7100** | Pacific Gas and Electric Company | 8/14/2019 | $200,000.00 | $0.00 | $0.00 | $0.00 | $200,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| HALEY, JEANNINE 1300 S ORANGE ST TURLOCK, CA 95380-5845 | | 6051 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Haley, Jim 11181 Highway 108 Jamestown, Ca 95327-9715 | | 4431 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $16,637.23 | $16,637.23 | Customer No Liability Claims |
| Haley, Sandra 3009 Mt Hoffman Ct Stockton, CA 95212-3472 | | 4417 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hallinan, Kathleen PO Box 470124 San Francisco, CA 94147-0124 | | 4581 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hardwick, Thomas 2346 E Houston Ave Fresno, CA 93720-0277 | | 6616 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| HARJHOON, BIBI 4601 CANDLELIGHT LN APT 10 LIVERPOOL, NY 13090-3800 | | 7148 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Haroon Malakzai & Raihana 5727 W Las Positas Blvd Apt 205 Pleasanton, CA 94588-4265 | | 6484 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| HARP, JENNIFER 728 LOS HUECOS DR SAN JOSE, CA 95123-4635 | | 6367 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harrington, Mary E 1010 McCue Ave San Carlos, CA 94070-2527 | | 5245 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| HARRIS, CASANDRA 2030 E CLINTON AVE FRESNO, CA 93703-2132 | | 4557 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Harris, Kirk R 5812 Vista Ave Sacramento, CA 95824-1429 | | 4876 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harrison, Stacy 2640 W Robinson Ave Apt 110 Fresno, CA 93705-2672 | | 4715 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hart, Keith 2265 Emerald Cir Lot 61 Morro Bay, CA 93442-1589 | | 4989 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hart, Sherry 7225 Norris Rd Carlsbad, NM 88220-8756 | | 5267 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hartge, Dorothy A & Michael Hoyer 423 California St Salinas, CA 93901-3507 | | 6767 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hartzfield, Dajai 2558 Greenleaf St Manteca, CA 95337-8445 | | 4661 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Customer No Liability Claims |
| Harvey, Gregory 1100 Ptarmigan Dr Apt 6 Walnut Creek, CA 94595-3770 | | 6621 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hastings, Alicia 2920 Palo Verde Way Antioch, CA 94509-4537 | | 6354 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hatter, Yolanda 106 Jules Ave San Francisco, CA 94112-2232 | | 4966 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hayes, Deborah 179 Ben Lomond Hercules, CA 94547-3942 | | 4244 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Heaton, Jacqueline 14985 Lago Drive Rancho Murieta, CA 95683 | | 5121 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| HEIDELBERG, COURTNEY 9579 ALDER CREEK DR SACRAMENTO, CA 95829-9377 | | 6769 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Hem, Boonn 1373 N Lafayette Ave Fresno, CA 93728-1121 | | 6244 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Henderson, Patricia 398 Haight St Apt 6 San Francisco, CA 94102-6167 | | 5460 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Henderson, Thomas 1227 N Commerce St Apt 7 Stockton, CA 95202-1209 | | 5351 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Henson, Ann 940 Oakbrooke Ct Modesto, CA 95351-4900 | | 5138 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Her, Jessica Yang 4606 W Weathermaker Ave Fresno, CA 93722-7360 | | 7501 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Herbert, Darrell 7857 La Riviera Dr Apt 174 Sacramento, CA 95826-1509 | | 6639 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hernandez Sant, Rosa Maria 1010 G st Antioch, CA 94509-1617 | | 4453 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hernandez, Alma 4404 Manchester Ave Apt 5 Stockton, CA 95207-7024 | | 5263 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hernandez, John P<br>211 Calvin St<br>Taft, CA 93268-2509 | | **5046** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hernandez, Rodimiro<br>2354 N Marty Ave<br>Fresno, CA 93722-6572 | | **4783** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Heung, Teresa Yuet Yung<br>1315 41st Ave<br>San Francisco, CA 94122-1206 | | **6848** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hickman, Jewell<br>1010 Kirkham St #293<br>Oakland, CA 94607-2181 | | **6854** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hill, Athena M<br>Pete H Hill 1041 Plum Ct Apt 1<br>Hollister, CA 95023-4108 | | **7543** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hill, Rikkilee R<br>9048 Warm Springs Cir<br>Stockton, CA 95210-4497 | | **7478** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $1,000,000.00 | $0.00 | $1,000,000.00 | Customer No Liability Claims |
| Hill, Ruth<br>4828 E Clinton Ave Apt 111<br>Fresno, CA 93703-2847 | | **6270** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hinojosa, Juanita<br>6717 Orleans Ln<br>Bakersfield, CA 93309-7745 | | **7484** | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hinshaw, Mollie<br>948 W Pat Ct<br>Clovis, CA 93612-3312 | | **6348** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hoang, Vinh<br>1141 Pembroke Dr<br>San Jose, CA 95131-2837 | | **6509** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hodorowski, Stephanie<br>8151 Civic Center Dr Apt 201<br>Elk Grove, CA 95757-6306 | | **5208** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hoeppner, Frances E<br>10833 Folsom Blvd Apt 422<br>Rancho Cordova, CA 95670-5053 | | **4880** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hofstetter, Fred M<br>1715 Geary Rd<br>Walnut Creek, CA 94597-2521 | | **7038** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| HOLLINS, ANITA<br>1421 HARVEST LN<br>TRACY, CA 95376-4468 | | **6087** | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Holmes, Jeff<br>17627 Eaton Ln<br>Monte Sereno, CA 95030-2206 | | **7056** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Holmes, Michael W<br>215 W Macarthur Blvd Apt 510<br>Oakland, CA 94611-5338 | | **6263** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Holmes, Samuel<br>Maria Arias-Holmes 2964<br>Holdrege Way<br>Sacramento, CA 95835-1800 | | **6641** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hom, Pheap<br>4910 Greensboro Way<br>Stockton, CA 95207-7539 | | **4920** | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hong, Chamrong<br>1842 S Maple Ave Apt 102<br>Fresno, CA 93702-4591 | | **7017** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hong, Long Thi Kim<br>4320 Monterrey Hwy Spc 14<br>San Jose, CA 95111-3613 | | **7293** | Pacific Gas and Electric Company | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Horlock, Steve 222 San Augustine Way Scotts Valley, CA 95066-3222 | | **4935** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Claims |
| Horn, Patwin G 3316 Redwood Crest Ln Bakersfield, CA 93314-5294 | | **6492** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Horton, G M 2913 Barnett st Bakersfield, CA 93308-1438 | | **6289** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Horton, Lori 2508 Connie Ave Bakersfield, CA 93304-7037 | | **6287** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Houston, Willie 514 Dursey Dr Pinole, CA 94564-2667 | | **6709** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hovan, Michael 1396 El Camino Real Unit 309 Millbrae, CA 94030-1453 | | **5126** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $900.00 | $0.00 | $900.00 | Customer No Liability Claims |
| Hsu, Li Chiang 10177 Swann Way Elk Grove, CA 95757-4310 | | **6403** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hsu, Richard 2195 28th Ave San Francisco, CA 94116-1732 | | **5240** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |
| Huang, Melissa 1655 22nd Ave San Francisco, CA 94122-3339 | | **6361** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hudson, Charlsie Stanley Hudson 3542 W Creek Stockton, CA 95209-2143 | | **6980** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Huff, Maurice D<br>4451 Gateway Park Blvd Apt 417<br>Sacramento, CA 95834-2417 | | **5028** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hunter, Melanie<br>3405 Savannah Ln Apt 522<br>West Sacramento, CA 95691-5955 | | **5379** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| HUNTER, ROCHELLE<br>4775 HAWKINS ST<br>ANTIOCH, CA 94531-9451 | | **4945** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hunter, Schania<br>9838 Lincoln Village Dr<br>Sacramento, CA 95827-3441 | | **6415** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hurd, Ruby<br>22886 Alice St Apt 1<br>Hayward, CA 94541-6423 | | **7283** | Pacific Gas and Electric Company | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hurtado, Gilberto<br>714 Friguglietti Ave<br>Los Banos, CA 93635-2630 | | **5329** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $130.00 | $130.00 | Customer No Liability Claims |
| Hurtado, Matilde<br>1026 S Railroad Ave Apt B<br>Santa Maria, CA 93458-6422 | | **4599** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hutch, John<br>338 W Sherwood Way Apt 201<br>Madera, CA 93638-2181 | | **7248** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Huth, Melissa<br>565 Sacramento St Apt 10<br>East Palo Alto, CA 94303-1668 | | **4913** | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Huynh, Muoi<br>2558 S King Rd Apt 264<br>San Jose, CA 95122-1855 | | **4974** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| HYDE PARTNERS LLC<br>350 BELLA VISTA AVE<br>BELVEDERE TIBURON, CA 94960-2417 | | 7142 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Iford, Armeka D<br>1025 N Madison St Apt 205<br>Stockton, CA 95202-1281 | | 5394 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ip, Simon<br>141 Kenwood Way<br>San Francisco, CA 94127-2713 | | 6994 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| JABLONSKI, ELLEN<br>55 W BULLARD AVE APT 145<br>CLOVIS, CA 93612-0971 | | 5175 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jacinto, Adelaido<br>2034 E Harvard Ave<br>Fresno, CA 93703-1724 | | 4487 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jagdish Nand 436<br>436 Palo Verde Ave<br>Monterey, CA 93940-5215 | | 7076 | PG&E Corporation | 8/14/2019 | $650,000.00 | $0.00 | $0.00 | $350,000.00 | $1,000,000.00 | Customer No Liability Claims |
| Jamison, Bruce<br>11720 San Pablo Ave Apt 212<br>El Cerrito, CA 94530-1770 | | 5252 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jasper, Mary A<br>403 Brighton Pt<br>Atlanta, GA 30328-1367 | | 5157 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jassi, Satinderpal S<br>8715 Bergamo Cir<br>Stockton, CA 95212-3049 | | 5164 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Jeffrey T Holmes M.D. Inc<br>700 W Parr Ave Ste E<br>Los Gatos, CA 95032-1416 | | 6613 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jin, Kang<br>6710 Lion Way Unit 418<br>Oakland, CA 94621-3383 | | **7361** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $29,874.00 | $29,874.00 | Customer No Liability Claims |
| Joanides, Patricia<br>PO Box 46<br>Woodacre, CA 94973-0046 | | **4858** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johal, Preetpal<br>3035 Duquesne Way<br>Turlock, CA 95382-0722 | | **4713** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $81.69 | $81.69 | Customer No Liability Claims |
| Johnson, April<br>1240 Dana Dr Apt 9<br>Fairfield, CA 94533-3508 | | **6634** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Erik<br>16 Stonehaven Ct<br>Chico, CA 95928-8938 | | **5027** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| Johnson, Joann<br>4950 Clearwood Way<br>Sacramento, CA 95841-3407 | | **6535** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Karen L<br>711 Garner Ave Unit 204<br>Salinas, CA 93905-1083 | | **4934** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Kenisha<br>1105 Algiers Ave<br>San Jose, CA 95122-3204 | | **6192** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Kimberley L<br>3185 Kamille Ct<br>San Francisco, CA 94110-4741 | | **6432** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Laquisha<br>4526 E Huntington Ave<br>Fresno, CA 93702-2902 | | **6128** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| JOHNSON, LURLINE<br>4666 SAN PABLO DAM RD APT 2<br>EL SOBRANTE, CA 94803-3142 | | **6075** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Nathaniel<br>1190 Howard St Apt 526<br>San Francisco, CA 94103-3992 | | **6284** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,100.00 | $900.00 | $3,000.00 | Customer No Liability Claims |
| Johnson, Rachel D<br>1107 E Menlo Ave<br>Fresno, CA 93710-4015 | | **5059** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| JOHNSON, TINA L<br>PO BOX 1145<br>TUOLUMNE, CA 95379-1145 | | **6717** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| JOHNSON, TONYA<br>8875 LEWIS STEIN RD APT 272<br>ELK GROVE, CA 95758-8436 | | **6713** | Pacific Gas and Electric Company | 8/13/2019 | $80.00 | $0.00 | $0.00 | $0.00 | $80.00 | Customer No Liability Claims |
| Jolaoso, Anthony F<br>PO Box 640038<br>San Francisco, CA 94164-0038 | | **5995** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jones, Kari<br>38047 Buxton Cmn<br>Fremont, CA 94536-5105 | | **6387** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jones, Kathleen<br>60 Woodrow Ave<br>Vallejo, CA 94590-7344 | | **6893** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jones, Kayonta<br>1143 Jones Ave<br>Fresno, CA 93706-3624 | | **4819** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jones, Paula<br>2706 Montego Bay St<br>Pittsburg, CA 94565-3212 | | **6495** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jucha, Lisa<br>18104 Regina Ave<br>Torrance, CA 90504-3622 | | **5743** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 238** | | | **$1,650,080.00** | **$0.00** | **$1,030,708.00** | **$591,892.74** | **$3,272,680.74** | |