# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Julian, Dianne M<br>2914 E Home Ave<br>Fresno, CA 93703-3923 | | **5269** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kam, Karen<br>1785 River Run Dr<br>Marysville, CA 95901-8256 | | **5231** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kampa, Laurie<br>3157 Eucalyptus St Apt 6<br>Marina, CA 93933-2773 | | **6750** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kassensalen, Salen<br>8445 E Dinuba Ave # A<br>Selma, CA 93662-2004 | | **7231** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kelley, Carmen<br>1733 Marcie Cir<br>South San Francisco, CA 94080-7241 | | **6206** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kelly, Ronnie<br>100 Penzance Ave Apt 94<br>Chico, CA 95973-8259 | | **6603** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kelly, Sally B<br>506 Fresno St.<br>Fresno, CA 93706-3111 | | **6992** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kemper, Dwight L<br>617 Danrose Dr<br>American Canyon, CA 94503-1327 | | **6303** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kenderova, Elka<br>4455 Melody Dr Apt 101<br>Concord, CA 94521-2801 | | **6896** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kent, Janet 5817 San Vincente Way North Highlands, CA 95660-4842 | | 6690 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Keo, Bunnarom 2501 41st Ave San Francisco, CA 94116-2709 | | 4782 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Khaleck, Phouth 7913 Diana Marie Dr Stockton, CA 95210-2601 | | 7389 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Khaminh, Khane 608 N Thesta St Fresno, CA 93701-2243 | | 4996 | PG&E Corporation | 8/1/2019 | $83.62 | $0.00 | $0.00 | $0.00 | $83.62 | Customer No Liability Claims |
| Kim, Charles 42850 Via Oporto Fremont, CA 94539-5319 | | 6839 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kim, Elaine 5855 Ocean View Dr Oakland, CA 94618-1534 | | 6776 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kistler, Shirley A 7840 Madison Ave Ste 122 Fair Oaks, CA 95628-3589 | | 5108 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kleyman, Valentina 740 La Playa St Apt 411 San Francisco, CA 94121-3266 | | 5936 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kobel, Sharon 247 Baylands Dr Martinez, CA 94553-4141 | | 6041 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kogan, Maya 1099 Fillmore St Apt 7A San Francisco, CA 94115-4796 | | 6795 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Koop, Melissa<br>14500 Las Palmas Dr Unit 8<br>Bakersfield, CA 93306-9547 | | **6703** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kramer, Ana<br>1432 Seymour Cir<br>Lincoln, CA 95648-3289 | | **6021** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kropp, Natalie<br>5541 W Vartikian Ave<br>Fresno, CA 93722-3125 | | **4778** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $641.51 | $641.51 | Customer No Liability Claims |
| Kuang, Wei Zhen<br>35300 Cedar Blvd Apt 326<br>Newark, CA 94560-1242 | | **5436** | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kull, Gail and Terry R<br>34624 Avenue 14<br>Madera, CA 93636-7900 | | **6786** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kunaidy, Darlene K<br>5637 N 10th St Apt 104<br>Fresno, CA 93710-6519 | | **6039** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kung, Peter<br>PO Box 591856<br>San Francisco, CA 94159-1856 | | **5271** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kushnir, Svetlana<br>1120 Hyde St Apt 101<br>San Francisco, CA 94109-3990 | | **6846** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Kwan, May-May<br>115 Wetmore St Apt 4<br>San Francisco, CA 94108-1532 | | **5219** | Pacific Gas and Electric Company | 8/5/2019 | $700.00 | $0.00 | $2,850.00 | $0.00 | $3,550.00 | Customer No Liability Claims |
| Kwong, Jackie<br>2455 Vinton Ave<br>Dublin, CA 94568-4351 | | **6204** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lacerda, Shannon<br>6475 Hastings Pl Lot 13<br>Gilroy, CA 95020-6703 | | **6990** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lamont Brown/ Hillard Chapel AME Zion<br>209 S C St<br>Stockton, CA 95205-5601 | | **6821** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lancaster, Michael R<br>PO Box 2812<br>Richmond, CA 94802-2812 | | **6074** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lane, Walter A<br>8478 Ney Ave<br>Oakland, CA 94605-4129 | | **7077** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lane-Jordan, Linda<br>9772 Elmview Dr<br>Oakland, CA 94603-1974 | | **4464** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Laranang, Simone<br>1130 3rd Ave Apt 1307<br>Oakland, CA 94606-2245 | | **4337** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Larkins, Denise<br>1376 Branham Ln Unit 3<br>San Jose, CA 95118-2549 | | **7084** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Larry Willis, The Gables Win Country Inn<br>4257 Petaluma Hill Rd<br>Santa Rosa, CA 95404-9796 | | **7462** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $32,000.00 | $32,000.00 | Customer No Liability Claims |
| Lau, Sun King<br>2555 International Blvd Apt 309<br>Oakland, CA 94601-1550 | | **6836** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lawlor, Charlotte<br>4449 S Carpenter Rd Spc B12<br>Modesto, CA 95358-8679 | | 6624 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Le Blanc, Leana<br>1548 Nob Hill Ave<br>Pinole, CA 94564-2427 | | 6208 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Le, Khanh<br>2916 Madeline St<br>Oakland, CA 94602-3337 | | 6926 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Le, Long<br>3109 Seacrest Ave Apt P5<br>Marina, CA 93933-3010 | | 6932 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Le, Thuan<br>8648 Territorial Way<br>Elk Grove, CA 95624-4515 | | 5255 | PG&E Corporation | 8/6/2019 | $756.00 | $0.00 | $0.00 | $0.00 | $756.00 | Customer No Liability Claims |
| Le, Tim<br>100 Loma Vista Ct.<br>Los Gatos, CA 95032-2418 | | 6483 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| LEAFA, MARIA<br>89-1021 PIKAIOLENA ST<br>BAY POINT, HI 96752-4159 | | 4393 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Leal, Juan A<br>3569 Kirkwood DR<br>San Jose, CA 95117-1551 | | 5034 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $596.58 | $596.58 | Customer No Liability Claims |
| Lee, Alberta<br>6441 Cormorant Cir<br>Rocklin, CA 95765-5804 | | 4560 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lee, Dong<br>5150 Case Ave Apt N210<br>Pleasanton, CA 94566-3213 | | 5325 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lee, Guessie<br>890 Dixieanne Ave<br>Sacramento, CA 95815-3157 | | 4712 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lee, Kimberly<br>5979 Devecchi Ave Apt 167<br>Citrus Heights, CA 95621-5901 | | 6286 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $1,085.00 | $0.00 | $1,085.00 | Customer No Liability Claims |
| Lee, Margaret T<br>4457 8th Ave<br>Sacramento, CA 95820-1405 | | 6657 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $122,200.00 | $0.00 | $122,200.00 | Customer No Liability Claims |
| Lee, Patrick P<br>683 Saint Francis Blvd<br>Daly City, CA 94015-4249 | | 6058 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lee, Rojinae<br>5625 E Balch Ave Apt 120<br>Fresno, CA 93727-4608 | | 5114 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $943.00 | $943.00 | Customer No Liability Claims |
| Leiby, Julie<br>1090 Main St Apt 102<br>Redwood City , CA 94063-1932 | | 5125 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lengvenis, Patricia A<br>12344 Twentysix Mile Rd #61<br>Oakdale, CA 95361 | | 6141 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Leos, Carolina<br>3027 Doris Ln<br>Bakersfield, CA 93304-4722 | | 4247 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Leung, Jack<br>654 Jackson St Apt 5<br>San Francisco, CA 94133-5014 | | 6909 | PG&E Corporation | 8/14/2019 | $58,000,000.00 | $0.00 | $0.00 | $0.00 | $58,000,000.00 | Customer No Liability Claims |
| Leung, Paul<br>50 Theta Ave<br>Daly City, CA 94014-3827 | | 6783 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| LEVIN, JOAN<br>228 FILBERT ST.<br>SAN FRANCISCO, CA 94133-3216 | | 4833 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lewenfus, Michael<br>121 S Glenroy Ave<br>Los Angeles, CA 90049-3109 | | 4991 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lewis 151, Delilah<br>Karen Leigh 153 C/O Delilah Lee Lewis 153 Precita Ave<br>San Francisco, CA 94110-4620 | | 7139 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lewis, Delilah<br>151 Precita Ave<br>San Francisco, CA 94110-4620 | | 6927 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lewis, Gwendolyn<br>33180 Pahubich Dr<br>Tollhouse, CA 93667-9614 | | 7113 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Leyva, Desiree<br>3535 35th Street<br>Sacramento, CA 95817 | | 3958 | PG&E Corporation | 7/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Leyva, Norma<br>421 Sterling Rd<br>Bakersfield, CA 93306-6339 | | 5280 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Li, Lu<br>4131 Shelter Cove Ct<br>Antioch, CA 94531-9113 | | 6419 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Li, Meixia<br>100 Genoa Ct<br>Walnut Creek, CA 94598-3611 | | 6714 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Li, Meiyun<br>111 Jones St Apt 902<br>San Francisco, CA 94102-3937 | | 4835 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lilly, Joseph<br>3211 Trentwood Way<br>Sacramento, CA 95822-5826 | | 4723 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lin, Guo Chao<br>1019 Stockton St Apt 306<br>San Francisco, CA 94108-1141 | | 5180 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lipani, Sheryl<br>43427 Road 415<br>Coarsegold, CA 93614-8909 | | 4729 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Little, Brian<br>2091 W La Loma Dr Apt 3A<br>Rancho Cordova, CA 95670-3263 | | 5265 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Liu, Stanley<br>3961 Monterey Blvd<br>San Leandro, CA 94578-4310 | | 6905 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $9,720.00 | $9,720.00 | Customer No Liability Claims |
| Llanes, Ricky<br>445 Norfolk Dr<br>Pacifica, CA 94044-2022 | | 5360 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Longsworth, Zikia<br>2451 Meadowview Rd Apt 1008<br>Sacramento, CA 95832-1474 | | 5521 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopes, Stephen<br>3323 Deering St<br>Oakland, CA 94601-2723 | | 4336 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopez, Carlos A<br>3569 Gum Tree Dr<br>San Jose, CA 95111-2332 | | 5285 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lopez, Luis Cruz<br>916 D St Apt H<br>Merced, CA 95341-6301 | | 6875 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopez-Jimenez, Shirley<br>316 Del Norte Ave<br>Yuba City, CA 95991-4122 | | 7095 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $950.00 | $0.00 | $950.00 | Customer No Liability Claims |
| Louis, Sandra<br>67 Carol Ln Apt 171<br>Oakley, CA 94561-4459 | | 6911 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lucero, Catherine<br>705 Canal St<br>Merced, CA 95341-6631 | | 4816 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lugue, Maria<br>1311 David Ave<br>Pacific Grove, CA 93950-5508 | | 5965 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lukas, Amanda<br>6518 Cottontail Trl<br>Burlington, KY 41005-7208 | | 4587 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| LUPIAN, LAURA<br>DBA DESTINY'S PRECIOUS GI<br>216 ABBOTT ST<br>SALINAS, CA 93901-4301 | | 6823 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Luu, Muoi<br>14061 Buckner Dr<br>San Jose, CA 95127-3208 | | 6628 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lynch, Jon<br>2012 Sweetwater Dr<br>Modesto, CA 95355-3823 | | 4657 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MABEL MARTIN, DECEASED<br>10501 W INDIAN WELLS DR<br>SUN CITY, AZ 85373-1031 | | 5468 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Macias Jr, Jose<br>421 N Yosemite Ave #1<br>Fresno, CA  93701-1651 | | 4798 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Macias, Mary H<br>588 N Helm Ave Apt C<br>Fresno, CA  93727-2412 | | 5093 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Maciel, Laura<br>Po Box 2764<br>Los Banos, CA  93635-1864 | | 5237 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Madero, Dioselina<br>45 Mono Ave Apt J<br>Oroville, CA  95965-3358 | | 7410 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Magana, Jesus<br>Claudia Zambrano 2991<br>McKenzie Dr<br>Richmond, CA  94806-2612 | | 6292 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Magana, Victor<br>209 Cesa Ave<br>Brentwood, CA  94513-1601 | | 4805 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Magliocca, Joanne<br>PO Box 61<br>Brownsville, CA  95919-0061 | | 4936 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Maher, Ivette R<br>Karim Maher 6205 Brewer Creek Dr<br>Bakersfield, CA  93313-5913 | | 5015 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Majidy, Hamid<br>3907 Oakmore Rd<br>Oakland, CA  94602-1832 | | 6282 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Maldonado, Marisela<br>551 E Wrenwood Ave Apt 105<br>Fresno, CA 93710-6165 | | 7521 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Malmberg, Stephen A<br>221 Earlham Dr<br>Turlock, CA 95382-1713 | | 6743 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Manning, Andrea<br>3987 Anastasia Ln<br>Stockton, CA 95206-6442 | | 7246 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Customer No Liability Claims |
| Manning, Lezzette<br>3762 N Cedar Ave Apt 215<br>Fresno, CA 93726-6031 | | 6202 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Marie, Karla<br>115 G St SPC 9<br>Arcata, CA 95521-6646 | | 6993 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Marin, Maria<br>35525 Linda Dr<br>Fremont, CA 94536-1522 | | 5193 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mariscal, Juan<br>320 Del Norte Ave<br>Yuba City, CA 95991-4122 | | 7477 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $925.00 | $0.00 | $925.00 | Customer No Liability Claims |
| Marroquin, Demetrio<br>4008 Harris Rd<br>Bakersfield , CA 93313-3542 | | 4343 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Marten, Royal<br>PO Box 1193<br>Solvang, CA 93464-1193 | | 7387 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $11,005.00 | $11,005.00 | Customer No Liability Claims |
| Martin, Kristina<br>198 Nueva Ave #A<br>San Francisco, CA 94134-2421 | | 5131 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $15,700.00 | $0.00 | $15,700.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Martinez, Aileen S<br>5108 Comanche Ct<br>Antioch, CA 94531-8403 | | 7216 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez, Angela<br>15931 W Stanislaus Ave<br>Kerman, CA 93630-1050 | | 6522 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez, Rosa<br>7 1st Ave Apt 1<br>Daly City, CA 94014-2606 | | 7048 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez, Violetta<br>669 Lask Dr<br>Yuba City, CA 95991-7301 | | 6199 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez, Yahaira<br>160 1st Ave Apt 7<br>Daly City, CA 94014-2648 | | 7256 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mask, William<br>PO Box 29735<br>Oakland, CA 94604 | | 6610 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $380.00 | $0.00 | $380.00 | Customer No Liability Claims |
| Maslov, Sarah<br>10972 Allison Ranch Rd<br>Grass Valley, CA 95949-9608 | | 4693 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mathews, Harold S<br>4331 Giusti Ct<br>Sacramento, CA 95820-4044 | | 4930 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mathis, Andrea M<br>2848 23rd Ave<br>Oakland, CA 94606-3532 | | 6238 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Mathur, Bhagwan<br>39335 Zacate Ave<br>Fremont, CA 94539-3064 | | 7065 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Matsuoka, Jason<br>40029 Myrtlewood Ct<br>Murrieta, CA  92562-3821 | | 7061 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Matthews, Nelson<br>5436 Toombs St<br>Fair Oaks, CA  95628-3128 | | 4489 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MATUSIAK, DANIELLA<br>225 41ST ST APT 207<br>OAKLAND, CA  94611-5655 | | 5017 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Maya, Mary<br>PO Box 1814<br>Buellton, CA 93427-1814 | | 6751 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mays, Elijah<br>3186 Contra Loma Blvd Apt 120<br>Antioch, CA  94509 | | 4767 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Mccowan, Betty Jean<br>13263 Cedarbrook Way<br>Lathrop, CA  95330 | | 4444 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McCrea, Amanda<br>4013 Thoreson Ct<br>Bakersfield, CA  93309-5927 | | 6604 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McElroy, Clarinda<br>2644 Hinkley Ave<br>Richmond, CA  94804-4044 | | 6636 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McEneany, Regina N<br>810 Maple Ave<br>South San Francisco, CA  94080-2857 | | 5128 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McEntire, Shirley<br>106 N Fowler Ave Apt 106<br>Clovis, CA  93611-0713 | | 7141 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| McFadden, Joyce<br>2425 W Montebello Ave Apt 3<br>Phoenix, AZ 85015-2257 | | **4830** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mcgee, Bob S<br>1101 Cornell Ave<br>Modesto, CA 95350-5002 | | **5042** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McGregor, Candi<br>76043 Bryson Hesperia Rd<br>Bradley, CA 93426-9422 | | **6243** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McKinley, Cathy S<br>200 S N St, Apt 1<br>Madera, CA 93637-4583 | | **6416** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McLaughlin, Tim R<br>1369 Cavalier Ln<br>San Luis Obispo, CA 93405-4942 | | **5051** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mcmanus, Bernard<br>1014 Henry CT<br>Vallejo, CA 94591-4820 | | **5220** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Medlock, Lisa<br>3100 Pullman Ave Apt 103<br>Richmond, CA 94804-3139 | | **6400** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MEISSNER, JOHN J<br>4995 MURPHY CANYON RD<br>STE 100<br>SAN DIEGO, CA 92123-4365 | | **6069** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mendez, Gerardo<br>PO Box 91<br>Grimes, CA 95950-0091 | | **5284** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mendoza, Gustavo<br>6 Natividad Rd<br>Salinas, CA 93906-4005 | | **6951** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mendoza, Victor<br>2744 Reno Drive<br>San Jose , CA  95148 | | **4188** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Merca, Daniel<br>4633 Monument Dr<br>Sacramento, CA  95842-4105 | | **7119** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mercado, Vanessa<br>713 Hogan Ct<br>Atwater, CA  95301-4589 | | **5378** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mesa, Jessica<br>366 Florence St<br>Turlock, CA  95380-4705 | | **5335** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Meyers, Alan M<br>PO Box 2334<br>Anaheim, CA  92814-0334 | | **6406** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MICHAEL CHENG & LILLY S C<br>115 VALE ST<br>DALY CITY, CA  94014-2515 | | **5072** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Michael, Melissa<br>7945 Bancroft Aven Apt A<br>Oakland, CA  94605 | | **4762** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Michel, Felix<br>412 Arvizu Ct<br>Arvin, CA  93203-2440 | | **7537** | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mihalovic, Darryl G<br>3193 Taft Ct<br>Turlock, CA  95382-9180 | | **6513** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mikel, Darnell<br>1071 47th St Apt 5<br>Emeryville, CA  94608-3343 | | **6935** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Miles, Marshall<br>2708 Alcala St<br>Antioch, CA 94509-4803 | | **6521** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $20,580.00 | $20,580.00 | Customer No Liability Claims |
| Mills, Stefanie R<br>23 Natalie Cir<br>Petaluma, CA 94952-3281 | | **5213** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mirijanyan, Flora<br>5247 N Fresno St Apt 104<br>Fresno, CA 93710-6943 | | **5050** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mitchell, Tina<br>134 Del Rio Ct Apt 4<br>Vacaville, CA 95687-4816 | | **5088** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mitchem, Alysse<br>3670 W Atwater Ave<br>Fresno, CA 93711-0800 | | **4879** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Molina, Delia G<br>6226 N Constance Ave<br>Fresno, CA 93722-3309 | | **7295** | Pacific Gas and Electric Company | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Molina, Gloria<br>322 Leon Ave<br>Modesto, CA 95351-3222 | | **4303** | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moon, Min Ho<br>32326 Almaden Blvd Apt 61<br>Union City, CA 94587-2925 | | **4895** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moore, Jacqueline<br>482 W Viento St<br>Tracy, CA 95391-2065 | | **5287** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moore, Lorna<br>80 W Hookston Rd Apt 112<br>Pleasant Hill, CA 94523-4249 | | **5206** | PG&E Corporation | 8/5/2019 | $800.00 | $0.00 | $800.00 | $0.00 | $1,600.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Moore, Roberta<br>626 Mission Bay Blvd N Apt 303<br>San Francisco, CA 94158-2499 | | **7104** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Claims |
| Moreno, Camelia<br>Solis Theresa 814 Saint Elizabeth Dr Apt 171<br>San Jose, CA 95126-3948 | | **5224** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mori, Lillian<br>6564 Heatherwood Way<br>Sacramento, CA 95831-2846 | | **5363** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Morin, Paul<br>2103 Pickwick dr<br>Camarillo, CA 93010-6427 | | **4249** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Morris, Ryan V<br>7925 Talbot Way<br>Citrus Heights, CA 95610-2736 | | **7218** | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Morton, Plushawn C<br>68 Bertha Ln<br>San Francisco, CA 94124-2492 | | **6456** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mosely, Elizabeth<br>131 Bernard St<br>Bakersfield, CA 93305-3402 | | **5188** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mosley, Cynthia<br>7255 Roca Way<br>Sacramento, CA 95842-1653 | | **4524** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moua, Andy Cher<br>5388 E Huffman Ave<br>Fresno, CA 93727-9321 | | **6777** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $1,323.31 | $0.00 | $1,323.31 | Customer No Liability Claims |
| Moua, Thomas<br>9988 E Eight Mile Rd<br>Stockton, CA 95212-9296 | | **5295** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mountbatten, Mary E Box 2 1220 Monument Blvd Apt A2 Concord, CA 94520-4448 | | **5344** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mroz, Mark 6733 Lincoln Oaks Dr Fair Oaks, CA 95628-3111 | | **5712** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Munoz, Martha Elena 2121 Martin Luther King Jr Blvd Apt 101 Fresno, CA 93706 | | **5179** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $503.00 | $503.00 | Customer No Liability Claims |
| Murphy, Jennifer L Stephen P Murphy 750 Mines Pass Prescott, AZ 86301-7639 | | **4943** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MURRY, BRENDA 2107 MANDARIN WAY ANTIOCH, CA 94509 | | **5143** | Pacific Gas and Electric Company | 8/4/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Claims |
| My True Image Manufactor 999 Marina Way S Richmond, CA 94804-3738 | | **7039** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Narciso, Christina 113 Gable Ave Apt D Vacaville, CA 95688-2339 | | **5992** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nardone, Georgina 5911 Morovino Dr Bakersfield, CA 93312-6820 | | **5202** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| Naurath, Deanna 6769 N Valentine Ave Fresno, CA 93711-0951 | | **6914** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Naval, Alicia<br>1954 N 6th St 1954 N 6th St<br>Concord, CA 94519-2216 | | **7528** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $7,500.00 | $0.00 | $7,500.00 | Customer No Liability Claims |
| Navarro, Francisco<br>450 Soberanes St<br>King City, CA 93930-3756 | | **6187** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Navarro, Israel<br>5501 Dunsmuir Rd Apt 46<br>Bakersfield, CA 93309-8521 | | **4238** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Newsom, Bobby<br>C/A Minerva McIntosh 659 Junction Dr Apt D418<br>Allen, TX 75013-5141 | | **7002** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| NG, Anthony<br>4251 Nando Ct<br>Castro Valley, CA 94546-3132 | | **5189** | PG&E Corporation | 8/5/2019 | $4,771.30 | $0.00 | $0.00 | $0.00 | $4,771.30 | Customer No Liability Claims |
| NGEN, MARCUS V<br>4911 GREENSBORO WAY<br>STOCKTON, CA 95207-7538 | | **5060** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ngeth, Jaime T<br>642 Crosswind Dr<br>Sacramento, CA 95838-2228 | | **4773** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ngo Nguyen, Hanh<br>1385 Lucretia Ave, Apt 4202<br>San Jose, CA 95122-3850 | | **7194** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| NGUYEN, JASON<br>DBA Bliss Nail Spa 709 Lincoln Ave<br>Napa, CA 94558-5109 | | **4766** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nguyen, Jim 14432 Taft St Garden Grove, CA 92843-5035 | | 6721 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Nguyen, Khai 830 Le Compte Pl San Jose, CA 95122-3806 | | 4495 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| NGUYEN, TED 1350 OAKLAND RD SPC 134 SAN JOSE, CA 95112-1337 | | 6440 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nguyen, Thu 781 Farm Dr Apt 3 San Jose, CA 95136-1016 | | 6197 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nguyen, Tuy Ngoc 965 S 6th St Unit 12302 San Jose, CA 95112-3964 | | 4947 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nhim, Chim Luan 445 S Airport Way Stockton, CA 95205-6120 | | 4942 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nocito, Dorothy PO Box 1131 Millbrae, CA 94030-5131 | | 5071 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Noorasmai, Monesa 17975 Rusty Plow Ln Lathrop, CA 95330-8995 | | 4891 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nunez, Graciela 322 Vallejo Ave Rodeo, CA 94572-1348 | | 6984 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nunez, Karen G 76 Redwood Ave Sanger, CA 93657-2137 | | 6447 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nunn, Karen L<br>126 E Bellaire Way<br>Fresno, CA 93704-4019 | | **6735** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Obannon, Damon<br>1030 Vaughn Ln<br>Tracy, CA 95376-8752 | | **5716** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Obioma, George<br>163 Del Sur Ct<br>Fairfield, CA 94533-2219 | | **5720** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ocasio, Desi Amor<br>46 Plaza Ct<br>Pittsburg, CA 94565-5925 | | **5476** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ochoa, Claudia & Roman<br>110 Alcantar Cir<br>Sacramento, CA 95834-2700 | | **5003** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| O'Connell, Rosario<br>5366 Cribari Crst<br>San Jose, CA 95135-1312 | | **6771** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Odeh, Fayzeh N<br>1484 W North Way<br>Dinuba, CA 93618-8008 | | **6802** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| OGLE, DEBRA<br>150 CREEKS EDGE WAY APT A<br>SACRAMENTO, CA 95823-3377 | | **4718** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| O'Gorman, Antoinette<br>Steve K Olson 2576 Post St.<br>San Francisco, CA 94115-3313 | | **6655** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Oliva, Erica<br>19 Gardenia Dr Apt 2<br>Salinas, CA 93906-3921 | | 6833 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Olivares, Maria<br>1925 E Mountain View Way<br>Dinuba, CA 93618-9578 | | 6373 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Oliver, Cecilia<br>658 Sanders Ave<br>San Jose, CA 95116-3437 | | 6627 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Om, Ly<br>6910 Mariposa Cir Apt 102<br>Dublin, CA 94568-4337 | | 6298 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| OMRAN, FAKHRIA<br>1209 GINGERWOOD DR<br>MILPITAS, CA 95035-2429 | | 6900 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| O'Neal, Lottie<br>3110 Denver Ave Apt 3<br>Merced, CA 95348-1617 | | 5082 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Onwuzulike, Nnamdi<br>1525 Rampart Way<br>Brentwood, CA 94513-4103 | | 4365 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Orcutt, Joan C<br>1017 Betsy Ross Dr<br>Roseville, CA 95747-6559 | | 5172 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ordway, Helen<br>PO Box 52<br>El Dorado, CA 95623-0052 | | 6936 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ortega, Antonio<br>2367 Robertson Rd<br>Modesto, CA 95358-2267 | | 4340 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Thirty-Fourth Omnibus Objection    **Exhibit 1**    PG&E Corporation and Pacific Gas and Electric Company

Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ortiz, Rosa<br>po box 30491<br>Stockton, CA 95213-0491 | | **5192** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Osborne, Dean Thomas<br>995 Longridge Rd.<br>Oakland, CA 94610 | | **4997** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Osborne, Lawrence W<br>26095 Poppy Dr<br>Willits, CA 95490-9080 | | **4977** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Osgood, Edward<br>6469 Village Center Dr Apt 101<br>Sacramento, CA 95823-7068 | | **6386** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Oswald, Jeannie<br>PO Box 1269<br>Clearlake, CA 95422-1269 | | **5934** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Otis, Lumont M<br>1504 Lassen Ct<br>Vallejo , CA 94591-4022 | | **4501** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Overbey, Colleen<br>8875 Lewis Stein Rd Apt 259<br>Elk Grove, CA 95758-8435 | | **6844** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $50.00 | $0.00 | $50.00 | Customer No Liability Claims |
| Owen, Kristin<br>PO Box 592<br>Clayton, CA 94517-0592 | | **5251** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Padilla, Juan<br>520 Andalucia Dr Apt D<br>Soledad, CA 93960-2596 | | **4771** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Padilla, Nacho<br>PO BOX 1416<br>Tuolumne, CA 95379-1416 | | **6642** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Palconit, Elizabeth 27941 Mandarin Ave Hayward, CA 94544-5064 | | **6934** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Paleja, Charles Jagrutti Paleja 3821 Concord Blvd Concord, CA 94519-1809 | | **7040** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Paleja, Pushpa 4214 Treat Blvd Apt 3 Concord, CA 94521-3462 | | **6953** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Palma, Alberto and Noemi Bulmaro Palma-Martinez 3822 S Fairbanks Ave Sanger, CA 93657-9711 | | **6910** | PG&E Corporation | 8/14/2019 | $250,000.00 | $0.00 | $0.00 | $0.00 | $250,000.00 | Customer No Liability Claims |
| PALOMINOS, LUCILA 2409 TRIDENT DR MODESTO, CA 95355-7917 | | **6663** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pancratz, Michael 4400 The Woods Dr Apt 1524 San Jose, CA 95136-3858 | | **6391** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| Pannell, Yvonne 1514 Ellen Ct Merced, CA 95341-5353 | | **6957** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Parker, Kardica 1141 Jones Ave Fresno, CA 93706-3624 | | **4828** | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Parks, Nalkia 5625 E Balch Ave Apt 120 Fresno, CA 93727-4608 | | **5124** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Parm, Danita 1486 Waverly Way Pittsburg, CA 94565 | | **7195** | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Customer No Liability Claims |
| Patel, Charles 5756 Pacific Ave Ste 1 Stockton, CA 95207-5155 | | **6722** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| PATEL, PRIYANKUMAR ARVIND 2339 S G ST FRESNO, CA 93721-3425 | | **6975** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| PATINO, SALVADOR MARIA SOLEDAD PATINO 1725 JEFFERSON ST APT 3 BAKERSFIELD, CA 93305-4268 | | **4831** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Patterson I, Wallace O 6117 Rosalind Ave Richmond, CA 94805-1550 | | **5030** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| PATTERSON, KASANDRA 10268 S WHITE ROCK RD RANCHO CORDOVA, CA 95670-5824 | | **6090** | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Patton, June 10 ALTA VISTA CT APT F Apt F Novato, CA 94949 | | **7328** | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Paulzon, Richard W 170 Kelloch Ave San Francisco, CA 94134-3219 | | **5727** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pegram, Sandra 167 Portland Ave Auburn, CA 95603-5512 | | **5195** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Pegues, Janell<br>433 W Cortland Ave<br>Fresno, CA 93705-3518 | | 6242 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Penney, Stephanie<br>1295 143rd Ave Apt 1<br>San Leandro, CA 94578-2757 | | 7403 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Donna<br>7900 Barnsley Way<br>Elk Grove, CA 95757-5114 | | 5425 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Erik M<br>378 St Michelle Ct<br>Merced, CA 95348-3360 | | 7324 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Gema<br>1501 Lockwood Dr<br>Ukiah, CA 95482-3807 | | 5159 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Rahmona M<br>11005 Soltierra Pl<br>Bakersfield, CA 93311-2291 | | 4683 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 247** | | | **$58,257,110.92** | **$0.00** | **$172,113.31** | **$131,189.09** | **$58,560,413.32** | |