# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Perez, Sonia<br>5100 Fairfax Rd Apt 1<br>Bakersfield , CA 93306-2825 | | 4350 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Peritore, Philip<br>957 S Wildrose Ln<br>Anaheim, CA 92808-1434 | | 4698 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Petrosyan, Lida<br>2329 Sierra Madre Ct Apt B<br>Rancho Cordova, CA 95670-2124 | | 5129 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pettiford, Marlona<br>1720 Macarthur Blvd Unit 203<br>Oakland, CA 94602-1776 | | 6044 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pettitt, Erin<br>5971 Lake Crest Way Apt 8<br>Sacramento, CA 95822-3324 | | 6073 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pettway, Wanda<br>1200 Davis St Apt 58<br>San Leandro, CA 94577-2579 | | 4969 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Petty Jr, Leonard F<br>2834 Promontory Circle<br>San Ramon, CA 94583-1258 | | 5242 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pevna, John<br>6520 SE Morrison St<br>Portland, OR 97215-2015 | | 5173 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pfister, Jamie<br>737 Everding St<br>Eureka, CA 95503-5470 | | 5477 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pham, Sabrina<br>7916 Splendid Way<br>Elk Grove, CA 95758-5961 | | 4722 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Pham, Xin 1800 Evans Ln Apt 2214 San Jose, CA 95125-6240 | | 5314 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $64.79 | $64.79 | Customer No Liability Claims |
| Pheng, Loeurm 3738 E Washington Ave Fresno, CA 93702-2157 | | 7150 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Philavong, Charlie Khammoun Lackpraseuth 2106 Lansbury St Santa Rosa, CA 95404-8025 | | 6268 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Phillips, Jeri 423 Gregory Ln Apt 68 Fairfield, CA 94533-5957 | | 5385 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Phillips, Kelly 23259 Nikkie Ln Los Gatos, CA 95033-9303 | | 4443 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Picchi, Alta 1542 Bay St Rear Alameda, CA 94501-2320 | | 4494 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pickett, Lehandy Maurice 814 Adams Ct Pinole, CA 94564-2341 | | 6625 | PG&E Corporation | 8/12/2019 | $500,000.00 | $0.00 | $30,000.00 | $0.00 | $530,000.00 | Customer No Liability Claims |
| PICOT, ANGELIQUE 2708 ALCALA ST ANTIOCH, CA 94509 | | 6576 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $12,850.00 | $87,150.00 | $100,000.00 | Customer No Liability Claims |
| Pienado, Rosalie 5017 Oswell Park Dr Bakersfield, CA 93307-7613 | | 4418 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pierce, Ivan 308 Turk St Apt 15 San Francisco, CA 94102 | | 7544 | Pacific Gas and Electric Company | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Pimentel, Marianna 5680 S Zelkovia Ave Del Rey, CA 93616-9778 | | 4923 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $187.00 | $187.00 | Customer No Liability Claims |
| Pittman, Mary L 23848 El Caminito Ct Chowchilla, CA 93610-8503 | | 5272 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pitzer, Dorothy PO Box 212 Hamilton City, CA 95951-0212 | | 4555 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ponce, Agustin Bernardine 915 W Morrison Ave Apt 148 Santa Maria, CA 93458-6033 | | 7117 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Poole, Patricia 6731 Claus Rd Riverbank, CA 95367-2515 | | 6800 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Portillo, Antolin 300 Rios St Apt 207 Mendota , CA 93640-1937 | | 4296 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Posada, Eliza 4754 E Clinton Ave Fresno, CA 93703-2735 | | 5326 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $2,800.00 | $0.00 | $2,800.00 | Customer No Liability Claims |
| Prado, Erika 88 Lute Ct Merced, CA 95341-8020 | | 4998 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Prado, Rosa 402 Godfrey Dr Windsor, CA 95492-8074 | | 6207 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Prince, Joan M 741 W Graaf Ave Ridgecrest, CA 93555-2412 | | 5324 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Prince, Kathy<br>1139 Pacific Ave<br>Alameda, CA 94501-2227 | | 6123 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Profit, Erma<br>2659 Plantation Pl<br>Stockton, CA 95209-4035 | | 6979 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Qarqat, Faqid A<br>1849 Nelson Blvd Apt 204<br>Selma, CA 93662-4301 | | 6376 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Qi, Yongzhi<br>Jie Chen 214 Tanglewood Dr<br>Richmond, CA 94806-5814 | | 7109 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Quach, Diana<br>810 57th St<br>Sacramento, CA 95819-3327 | | 6745 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Quadros, Louis M<br>2163 Ivory Lace Ave<br>Manteca, CA 95337-8989 | | 5277 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Quintana, Rocio<br>1760 Las Vegas St<br>Modesto, CA 95358-5525 | | 5340 | PG&E Corporation | 8/6/2019 | $403.89 | $0.00 | $0.00 | $0.00 | $403.89 | Customer No Liability Claims |
| Quintero, Raymundo<br>220 Balsam St<br>Pittsburg, CA 94565-3749 | | 6544 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Quirarte, Lorena<br>361 Pacemaker Dr<br>Atwater, CA 95301-3839 | | 6347 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Racadag, Cecilio<br>4000 Alan Shepard St Apt 254 Bldg 9<br>Sacramento, CA 95834-7810 | | 6423 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ragler, Stephanie<br>456 W 9th St<br>Pittsburg, CA 94565-2412 | | **7140** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RAJA, MAZHAR HUSSAIN<br>444 E MAGNOLIA ST<br>STOCKTON, CA 95202-1535 | | **6093** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramirez Sanchez, Aurelia<br>1755 E Roberts Ave Apt 208<br>Fresno, CA 93710-6541 | | **7034** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramirez, Victor M<br>1127 W Jewel St<br>Santa Maria, CA 93458-1627 | | **5987** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $275.00 | $275.00 | Customer No Liability Claims |
| Ramos, Luis<br>PO Box 571<br>Tranquillity, CA 93668-0571 | | **4353** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramos, Patricia<br>412 La Esperanza Dr<br>Dixon, CA 95620-3039 | | **6834** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramos, Sulema<br>1305 D Street<br>Marysville, CA 95901-4203 | | **5346** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramseyer, Loretta<br>543 Stoneridge Dr<br>San Luis Obispo, CA 93401-5674 | | **6254** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rands, Linda M<br>2272 Main St Apt 6<br>Escalon, CA 95320-2182 | | **4824** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rankins, Beverly<br>1715 Brush St Apt C<br>Oakland, CA 94612-1354 | | **6864** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ransom, Chantelle 3769 N Abby St Apt 202 Fresno, CA 93726-5408 | | **6413** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Razzak, Muhammad A 5724 Fairbairn Dr North Highlands, CA 95660-4716 | | **7074** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reed, Latasha 959 Torrano Ave Apt 33 Hayward, CA 94542-1847 | | **4711** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reeves, William P.O. Box 22817 SACRAMENTO, CA 95822 | | **4246** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Regon, Denise 130 Jasmine Woods Ct Apt 1D Deltona, FL 32725-9319 | | **5313** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rehlander, Sangdain 45 Villa Ct Fairfield, CA 94533-2526 | | **6377** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $12,000.00 | $0.00 | $12,000.00 | Customer No Liability Claims |
| Reid, Careth Beatrice 1740 E 19Th St Oakland, CA 94606-4026 | | **5983** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reneau, Robert L Thelma Reneau 9121 Aboudara Ct Bakersfield, CA 93311-2106 | | **6876** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $12,500.00 | $12,500.00 | Customer No Liability Claims |
| Renteria, Maria Genoveva 1868 Stratford Ct Salinas, CA 93906-2163 | | **4618** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reyes G, Ignacio Francisco PO Box 1012 Winton, CA 95388-1012 | | **6899** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Reyes, Delfina<br>3201 Loma Verde Dr Apt 136<br>San Jose, CA 95117-3898 | | **4721** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reyes, Rubin<br>705 Ambrose Dr<br>Salinas, CA 93901-1022 | | **7378** | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reyna, John<br>Valentina Garzon Reyna 2529 Garvey Ave<br>Corcoran, CA 93212 | | **5009** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reynolds, Christina N<br>2999 N Texas St Apt 35<br>Fairfield, CA 94533-1281 | | **4982** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Reynolds, Clarissa<br>3714 Ancestor Cir<br>Sparks, NV 89436-8304 | | **6410** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reynoso, Armando<br>& Susana Reynoso 2118 Orchard Rd<br>Vernalis, CA 95385 | | **7250** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reynoso, Fidel<br>PO Box 978<br>Westley, CA 95387-0978 | | **7360** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rhodes, Spencer<br>18038 Neeley Rd<br>Guerneville, CA 95446-9134 | | **5070** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rhodes, Yolandra<br>6603 Bancroft Ave<br>Oakland, CA 94605-2006 | | **5178** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Riascos, Elizabeth 3553 Dimond Ave Apt 3 Oakland, CA 94602-2235 | | **4676** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $8,500.00 | $8,500.00 | Customer No Liability Claims |
| Richard, Lydia J 714 S Haley St Bakersfield, CA 93307-1348 | | **4689** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $600.00 | $0.00 | $600.00 | Customer No Liability Claims |
| Richardson, Joanne C 36948 Niles Blvd Fremont, CA 94536-1647 | | **5980** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Richardson, Valarie 28874 Posey Ave Madera, CA 93638-5865 | | **4224** | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RICHMOND, RAYMOND WEIJUN RICHMOND 7367 FALLWOOD WAY CITRUS HEIGHTS, CA 95621-1312 | | **5081** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ricks, Daniel C 433 W Cortland Ave Fresno, CA 93705-3518 | | **6241** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rideout, Neil C 1565 Madison St Apt 306 Oakland, CA 94612-4511 | | **6397** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ridgle, Kevin 5000 Scarborough Way Sacramento, CA 95823-4132 | | **6462** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |
| Rigling, Terry 1162 Manzanita Dr Pacifica, CA 94044-4349 | | **5057** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rivas, Barbara<br>2501 Bernard St Apt 37<br>Bakersfield, CA 93306-2948 | | 6638 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rivera, Zilverio<br>PO Box 1107<br>Cloverdale, CA 95425-1107 | | 6650 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Roberson, Betty L<br>4860 E Lane Ave Unit 231<br>Fresno, CA 93727-3855 | | 4786 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Roberts, Sungaya<br>Pmb 357 2819 W Clinton Ave Ste 103<br>Fresno, CA 93705-4204 | | 6644 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Carrie<br>16324 Summit Way<br>Delhi, CA 95315-9234 | | 7268 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Diane<br>1610 Purdue Ave<br>East Palo Alto, CA 94303-1239 | | 7525 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Latoya<br>1350 Orchard Ave<br>San Leandro, CA 94577-2616 | | 4510 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Sami<br>5501 Norris Rd Apt 46<br>Bakersfield, CA 93308-2177 | | 7487 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Shamea<br>2125 62nd Ave<br>Sacramento, CA 95822-4628 | | 6950 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ROCCO, RANDALL<br>3120 AMBERFIELD CIR<br>STOCKTON, CA 95219-2337 | | 4496 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rocha, Jesus<br>1621 Madison St<br>Bakersfield, CA  93307-4230 | | **4240** | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | Customer No Liability Claims |
| Rocha, Paulina<br>1810 Midfield Ave Apt 1<br>San Jose, CA  95122-2319 | | **98376** | Pacific Gas and Electric Company | 3/31/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Rocha, Paulina<br>1810 Midfield Ave Apt 1<br>San Jose, CA  95122-2319 | | **6699** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Andres<br>1303 S Hazelwood Blvd<br>Fresno, CA  93702-4013 | | **6892** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Eva<br>Humberto Corro 227 High ST<br>Modesto, CA  95354-0630 | | **6884** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Joanna<br>1000 4th St.<br>Orange Cove, CA  93646-2418 | | **6320** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Margarita<br>1410 Woodside Drive Apt A<br>San Luis Obispo, CA  93401-8628 | | **5170** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Rafael<br>PO Box 5959<br>Stockton, CA  95205-0959 | | **5675** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Yanari<br>1850 Gaston St<br>Wasco, CA  93280-2715 | | **6418** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Roeun, Molly<br>4925 Greensboro Way<br>Stockton, CA  95207-7538 | | **4355** | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Romero, Virginia<br>1717 S M St<br>Bakersfield, CA 93304-5205 | | **6234** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ronquillo, Michelle<br>11680 Camel Rock Dr<br>Reno, NV 89506-7517 | | **5485** | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ronson, Gina P<br>415 1/4 W 25th St<br>Merced, CA 95340-2821 | | **5715** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ROSALES, SELENA<br>5000 FAIRFAX RD APT 6<br>BAKERSFIELD, CA 93306-2822 | | **4692** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rose, Irena<br>1006 Pacific Grove Ln Apt 4<br>Pacific Grove, CA 93950-3851 | | **6868** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability Claims |
| Rose, Opal<br>3703 1/2 Alder Ln Apt B Unit B<br>Tillamook, OR 97141-2773 | | **5207** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ROSEMARYS<br>127 N 1ST ST<br>DIXON, CA 95620-3025 | | **5020** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ross, Jason<br>5689 Playa Del Rey Apt 2<br>San Jose, CA 95123-2822 | | **4965** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Claims |
| Rothbauer, Amy<br>1388 Haight St Apt 115<br>San Francisco, CA 94117-2909 | | **5977** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |
| Rouser, Cheryl<br>20614 Stone Oak Pkwy Apt 1311<br>San Antonio, TX 78258-7386 | | **6514** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Routt, Rita<br>18206 Garmetta Way<br>Lathrop, CA 95330-8530 | | 6412 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rucker, Pearlie<br>4838 Vinewood Way<br>Antioch, CA 94531-8126 | | 5676 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RUELAS, MARIA THERESA<br>165 CARR AVE UNIT B<br>SALINAS, CA 93905-2067 | | 6056 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Ana<br>1628 Beacon Hill Dr<br>Salinas, CA 93906-4900 | | 6991 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Catalina Virgen<br>215 S Ranch St<br>Santa Maria, CA 93454-5320 | | 6395 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Elizabeth<br>15335 Washington Ave Apt 105<br>San Leandro, CA 94579-1842 | | 5113 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Ruiz, Elvira<br>2241 E Lewis Ave #A<br>Fresno, CA 93701-1115 | | 5294 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Jose<br>Teresa Ruiz 959 W 6th St<br>Merced, CA 95341-6615 | | 6084 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Joseph D<br>366 Florence St<br>Turlock, CA 95380-4705 | | 5328 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Lorenzo Trinidad<br>6 Arkwright Ct Apt 10<br>Pacific Grove, CA 93950-5359 | | 7079 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ruiz, Rocio 1760 Las Vegas St Modesto, CA 95358-5525 | | 5337 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RUSSELL, SEKINA 17407 LOGAN ST MARINA, CA 93933-5074 | | 5339 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sabetmehr, Soudabeh 5967 Tanus Cir Rocklin, CA 95677-4303 | | 6727 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sadeghi, Jahangir 428 Grove St San Francisco, CA 94102-4303 | | 6274 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| SAFI, MIRIAM & MASSOUD SAFI 900 CHERRY GLEN TER FREMONT, CA 94536-4255 | | 5322 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Salazar, Mayra 4501 Banning St Bakersfield, CA 93314-8893 | | 6770 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Salcedo, Teresa 3292 Juliet Rd Stockton, CA 95205-7884 | | 4882 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Salgado-Alcala, Juan 2593 Laurel St Apt 64 Napa, CA 94558-5747 | | 6520 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $6,000.00 | $0.00 | $6,000.00 | Customer No Liability Claims |
| Salonga, Cres S 1315 Judy Ln Upland, CA 91784-9271 | | 6536 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Samano, Fernando 132 N 5th St Apt 1 San Jose, CA 95112-5473 | | 7125 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sambrano, Isabel<br>645 W Barstow Ave Apt 115<br>Clovis, CA 93612-1552 | | **7368** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sampson, Joanne<br>829 E 19th St Apt 6<br>Oakland, CA 94606-2554 | | **7196** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanchez, Nora Luz<br>752 S Soderquist Rd<br>Turlock, CA 95380-5106 | | **7227** | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanders, Duane<br>1109 Colorado Ave<br>Turlock, CA 95380-2703 | | **4770** | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanders, Jaesean<br>4850 Kentfield Rd Apt 1<br>Stockton, CA 95207-7329 | | **7491** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanders, Jeremy<br>2205 Peach Ave Apt 39<br>Clovis, CA 93612-3558 | | **6652** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $19,000.00 | $19,000.00 | Customer No Liability Claims |
| Sandifer, Selma<br>7944 Pedrick St<br>Sacramento, CA 95823-4721 | | **7162** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $117.00 | $117.00 | Customer No Liability Claims |
| Sandoval, Armando<br>983 Wallace Dr<br>Woodland, CA 95776-5104 | | **6945** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $981.80 | $981.80 | Customer No Liability Claims |
| Sandoval, Miguel<br>1001 M St<br>Bakersfield, CA 93304-1453 | | **7115** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer No Liability Claims |
| SANDOVAL, STEPHANIE<br>2121 10th St Apt 1<br>Sacramento, CA 95818-2354 | | **5997** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Santana, Juan Manuel<br>854 King St<br>Parlier, CA 93648-2446 | | **6449** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Santiago, Alicia<br>2016 Anson Way<br>Modesto , CA 95355-2607 | | **4981** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Santos, Miriam<br>213 Mary Dr Apt A<br>Santa Maria, CA 93458-3972 | | **5293** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sarabia, Maria Guadalupe<br>1030 Kendrea St Apt E70<br>Mc Farland, CA 93250-1611 | | **6072** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sarenity, Stacey<br>1325 Lincoln Ave<br>Pacific Grove, CA 93950-5520 | | **4926** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schaefer, Martin<br>PO Box 1103<br>Rocklin, CA 95677-1103 | | **4978** | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Scherer, Jerry D<br>6633 Meadowlark Ln<br>Anderson, CA 96007-9704 | | **6707** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schock, Kenneth R<br>Anita Schock 401 Dallas Dr<br>Campbell, CA 95008-5611 | | **5739** | PG&E Corporation | 8/8/2019 | $650,000.00 | $0.00 | $110,000.00 | $0.00 | $760,000.00 | Customer No Liability Claims |
| SCHROEDER, GEORGE<br>PO BOX 722<br>PEBBLE BEACH, CA 93953-0722 | | **6062** | PG&E Corporation | 8/8/2019 | $273.98 | $0.00 | $0.00 | $0.00 | $273.98 | Customer No Liability Claims |
| Sciarini, Mary Ellen<br>410 Sherwood Way<br>Menlo Park, CA 94025-3716 | | **6792** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Scott, Loretta 3000 Jade Way Apt B Modesto, CA 95355-1872 | | **7480** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Seippel, Neil R 106 Appleton Ave San Francisco, CA 94110-5807 | | **5044** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Self, Sandra 1143 Morello Ct Martinez, CA 94553-4712 | | **6530** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Senh, Lin 2170 Meadowglen Ave Sacramento, CA 95832-1217 | | **5989** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Claims |
| SENISHEN, EDWARD CAROLYN SENISHEN 2333 E SONORA ST STOCKTON, CA 95205-6506 | | **6653** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Senn, Angelica R 5441 Atalaya St Atascadero, CA 93422-8889 | | **6609** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Senn, Angelica R 5441 ATALAYA ST ATASCADERO, CA 93422-8889 | | **6611** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sennette, Diana M PO Box 750494 Petaluma, CA 94975-0494 | | **4376** | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Servillo, Carmine 22210 Floral Ave Dinuba, CA 93618-8712 | | **6045** | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Shaffer, Tammy 5631 W Pinedale Ave Fresno, CA 93722-2358 | | **6184** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Shakeel, Adnan 975 W Tennyson Rd Apt 105 Hayward, CA 94544-5142 | | 6723 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| SHAO, WEIMIN 46710 CRAWFORD ST APT 28 FREMONT, CA 94539-7179 | | 5982 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Shareefh, Sameer A Sh Abu Abdil-Raman Shareefh 1163 10TH St Oakland , Ca 94607-2746 | | 4987 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Shemano, Julie 116 Southern Heights Blvd San Rafael, CA 94901-5042 | | 5500 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| SHEPARD, DIANE 8170 CENTER PKWY APT 57 SACRAMENTO, CA 95823-5357 | | 7362 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $7,860.00 | $7,860.00 | Customer No Liability Claims |
| SHERRON, JESSIE J 6852 BARBARA LEE CIR SACRAMENTO, CA 95842-1914 | | 6851 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sherwood, Noella K 1747 Landana DR Concord , CA 94519-1401 | | 6898 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Shirazi, Hadi 7 Rockport Cv San Rafael, CA 94901-4491 | | 4360 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sidhu, Vir 3420 Whistler Ave Modesto, CA 95355-9739 | | 5362 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Silva, Carmella<br>5626 Hillsdale Blvd #1<br>Sacramento, CA 95842-3803 | | 5467 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Silva, Deanna<br>Chris Silva 5651 Mollie Cir<br>Livermore, CA 94551-6974 | | 4724 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Silva, Maria<br>Manuel T Da Silva 278 Eastside Dr<br>San Jose, CA 95127-1956 | | 7108 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Simmons, Annette R<br>2950 Story Rd Apt 6<br>San Jose, CA 95127-3926 | | 6557 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Simpson, Leroy<br>4450 Egret Ct<br>Redding, CA 96002-3541 | | 7385 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,391.44 | $1,391.44 | Customer No Liability Claims |
| Simpson, Roxxane<br>2117 Meadowview Rd<br>Sacramento, CA 95832-1214 | | 4953 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singateh, Tom<br>2332 9th St Apt 1<br>Berkeley, CA 94710-2361 | | 5986 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singh, Balbir K<br>10477 River Bluff LN<br>Stockton , CA 95209-4176 | | 5116 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singh, Mohinder<br>5411 Leandra Ct<br>Keyes, CA 95328-9723 | | 7003 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Singh, Pavitar Komanjit K Hira 1111 Manchester Way Yuba City, CA 95991-3487 | | 5226 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singh, Sandip 5327 Buckwood Way Sacramento, CA 95835-1723 | | 6528 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Skinner, Natasha 1402 Martin Luther King Jr Way Berkeley, CA 94709-1915 | | 6130 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Slaton, Sheryl 2805 La Quinta Dr Apt 505 Sacramento, CA 95826-3471 | | 7249 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |
| Smith, Alonzo 227 Couch Street Vallejo, CA 94590-2960 | | 6518 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Audrey 6109 FootHill Blvd Apt B Oakland , CA 94605-1550 | | 5377 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Clarence R 1643 Alcatraz Ave Berkeley, CA 94703-2611 | | 4917 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Floyd 4457 8th Ave Sacramento, CA 95820-1405 | | 6515 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $12,450.00 | $0.00 | $12,450.00 | Customer No Liability Claims |
| Smith, Hattie Horace Bynes 5462 Brookwood Ln El Sobrante, CA 94803-3883 | | 4857 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Hattie R 5462 Brookwood Ln El Sobrante, CA 94803-3883 | | 4898 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Smith, Latesha 1608 Travion Ct Apt 2 Fairfield, CA 94533-3744 | | 6762 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $238,800.00 | $0.00 | $238,800.00 | Customer No Liability Claims |
| Smith, Randy 10532 Redburn Ln Apt 1 Rancho Cordova, CA 95670-4738 | | 6276 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Sheila 2525 W Lake Van Ness Cir Fresno, CA 93711-7023 | | 4855 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Shirlon 335 Brockton Rio Vista, CA 94571-9785 | | 5308 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Yvette 845 W 21st St Merced, CA 95340-3604 | | 6801 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smythe-Harper, Monica 1125 Juan Jose Lane Tracy, CA 95376 | | 4436 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Solis, Fernando 930 S Madison St #2 Stockton, CA 95206-1219 | | 6538 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Soltero, Luis Rocio Soltero 15567 Vassar Ave San Lorenzo, CA 94580-1066 | | 7533 | Pacific Gas and Electric Company | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Som, Son 1206 7th St Oakland, CA 94607-2101 | | 6364 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sonia Hereida Gonzales Pa<br>PO Box 40771<br>Bakersfield, CA 93384-0771 | | 5278 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Customer No Liability Claims |
| Sorrentino, Therese<br>PO Box 254<br>Folsom, CA 95763-0254 | | 5118 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Soskin, George D<br>1526 Fountain St<br>Alameda, CA 94501-3132 | | 7021 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Soto, Jairo Acosta<br>610 Cedar St<br>Taft, CA 93268-1829 | | 7106 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Soto, Jason<br>4013 Thoreson Ct<br>Bakersfield, CA 93309-5927 | | 6529 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| SPARROW, JAMES<br>DEBORAH SPARROW (TO BE<br>VE 304 CARMEL AVE SPC 52<br>MARINA, CA 93933-3127 | | 4636 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Spencer, Wanda<br>1501 Alamo Dr Apt 32<br>Vacaville, CA 95687-6023 | | 7481 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stallworth, Juanita<br>1039 Burkett Ave<br>Stockton, CA 95205-7224 | | 4889 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stallworth, Tiana<br>General Delivery<br>Merced, CA 95340-9999 | | 5098 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $189.00 | $189.00 | Customer No Liability Claims |
| Station, Next<br>728 Pacific Ave Ste 113<br>San Francisco, CA 94133-4449 | | 5462 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| STEELE, ODESSA 207 PACIFIC AVE APT A FAIRFIELD, CA 94533-2180 | | 5505 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stevenson, Pamela 1004 C St. Apt A Bakersfield, CA 93304-1144 | | 7395 | Pacific Gas and Electric Company | 8/20/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability Claims |
| STEWART, LISA V 2112 SPRINGBROOK LN APT E NEW ORLEANS, LA 70114-8955 | | 5123 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $675.49 | $675.49 | Customer No Liability Claims |
| Stickney, Heather & Robert 206 Falcon Pl Clayton, CA 94517-1902 | | 7110 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stogner, Caprice 2873 Arcade Way SPC 216 Redding, CA 96002-1101 | | 6849 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stokes, Doloris 717 Fargo St Stockton, CA 95204-3536 | | 5456 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stovall, Norell 3996 Majestic Dr Concord, CA 94519-1214 | | 6749 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Strauch, Gary D Tami Strauch 7643 Old Auburn Rd Citrus Heights, CA 95610-3830 | | 4846 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Striplin, Claudette R 1251 N Olive Ave Apt 111 Turlock, CA 95380-7521 | | 5448 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Stubbs, Clarence<br>330 Roberts Ln Apt 8<br>Bakersfield, CA 93308-4386 | | 6546 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sullivan, Caroline<br>1402 Stockton Ave<br>Modesto, CA 95358-2345 | | 4967 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| SULLIVAN, LARRY<br>3115 E 27TH APT C<br>OAKLAND, CA 94601-2744 | | 4728 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sullivan, Misty<br>7006 Eucalyptus Dr Apt C<br>Bakersfield, CA 93306-6015 | | 5461 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| SULLIVAN, MOSES<br>1105 CAREY DR APT 208<br>CONCORD, CA 94520-4334 | | 6070 | PG&E Corporation | 8/8/2019 | $4,820.00 | $0.00 | $5,687.00 | $0.00 | $10,507.00 | Customer No Liability Claims |
| SUMMIT FARMING<br>5 E RIVER PARK PL E STE 101<br>FRESNO, CA 93720-1560 | | 6744 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sumulong, Teresita<br>129 Golden Gate Ave Unit 1000<br>San Francisco, CA 94102-3508 | | 4951 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 | Customer No Liability Claims |
| Susin, Anna<br>6432 Clara Way<br>North Highlands, CA 95660-4002 | | 7000 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $179.00 | $179.00 | Customer No Liability Claims |
| Swaim, Ann D<br>5017 Frontier Ln<br>Roseville, CA 95747-8605 | | 6824 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Swain, Kimberley<br>2701 68th Ave<br>Oakland, CA 94605-2349 | | 4454 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sweetland, Phillip 3413 Tembrook Dr Sacramento, CA 95864-5007 | | 6360 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sylva, Charlotte R 4305 N Pershing Ave Apt 25 Stockton, CA 95207-6958 | | 5388 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Syvilay, Cindy 5440 W. Home Ave. Fresno, CA 93722 | | 4765 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tafaghodi, Alexis 6724 Plymouth Rd Apt 17 Stockton, CA 95207-2338 | | 5053 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Tan, Huichan 333 Baker St Apt 210 San Francisco, CA 94117-2149 | | 6822 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $15.00 | $15.00 | Customer No Liability Claims |
| Tang, Helen Ling 4000 Quimby Rd San Jose, CA 95148-3301 | | 5470 | PG&E Corporation | 8/6/2019 | $30,000.00 | $0.00 | $45,700.00 | $0.00 | $75,700.00 | Customer No Liability Claims |
| Tanksley, Zena 1905 E 19th St Apt 4 Oakland, CA 94606-4167 | | 6358 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tatchem, Pierre 1455 167th Ave Apt 28 San Leandro, CA 94578-2350 | | 5392 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Taukolo, Kapani 2320 Laredo Rd Sacramento, CA 95825-0243 | | 5137 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Taylor, Gina 9909 Walnut St Apt 2 Oakland , CA 94603-2644 | | 5984 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Taylor, Harvey 6296 N Babigian Ave Fresno, CA 93722-7912 | | **6733** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| TAYLOR, LOUISE 188 SUNSET BLVD APT 2 HAYWARD, CA 94541-3891 | | **5332** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Terada, Reiko 1263 HeatherStone Way Sunnyvale, CA 94087-1538 | | **5414** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Theiller, Rudy L Sabrina Theiller 4608 Parktrail CT Santa Rosa, CA 95405-7900 | | **6305** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $5,350.00 | $0.00 | $5,350.00 | Customer No Liability Claims |
| Thevenot, Mark 4740 George Rd Lakeport, CA 95453-9329 | | **7089** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Thomas, Laquisha 5400 Highland Ave Apt 6 Richmond, CA 94804-4968 | | **6307** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thomas, Rosetta 2701 64th Ave Apt 107 Oakland, CA 94605-2031 | | **6607** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| THOMPSON, ELLA 4933 Cougar Peak Ct Antioch , CA 94531-7404 | | **5140** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| THORNE, JAIME 4908 N 9TH ST APT 115 APT 115 FRESNO, CA 93726-0818 | | **4844** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Tillman, Gloria<br>PO Box 537<br>Wasco, CA 93280-0537 | | **6278** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Time, Marie<br>8818 El Prado<br>West Palm Beach, FL 33405 | | **6132** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 245** | | | **$1,185,497.87** | **$0.00** | **$492,887.00** | **$158,305.52** | **$1,836,690.39** | |