| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ABASS, DEBORAH O 2809 LA LOMA DRIVE APT 7 RANCHO CORDOVA, CA 95670 | | 7297 | PG&E Corporation | 8/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aguilar, Erica G 1431 Modoc Ave Menlo Park , CA  94025-1235 | | 7848 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Akaba, Jack T. Tamio 3298 Kato Ct. Cameron Park, CA  95682 | | 7160 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Andrews, Micah J 16981 Rolando Ave Castro Valley, CA 94546-3930 | | 8112 | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Andrews, Micah J 16981 Rolando Ave Castro Valley, CA 94546-3930 | | 8351 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Banner, Erika 12660 El Camino Real Atascadero, CA 93422-6227 | | 7793 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Barajas, Osiris 1155 N Quincy Rd Turlock, CA  95380-3653 | | 7991 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Begun, Mikhail 1835 Lake St Apt 202 San Francisco, CA  94121 | | 6107 | PG&E Corporation | 8/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bell,  Darlene 513 E California Ave Ridgecrest , CA  93555-4209 | | 7720 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bello, Estrellita 1212 Denver Ave Stockton, CA  95206-2810 | | 7942 | Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bello, Jean B<br>Estrellita Bello 1212 Denver Ave<br>Stockton, CA 95206-2810 | | **8122** | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Berscheid, Dannis J<br>4808 Shavano Peak Ct<br>Antioch, CA 94531-8341 | | **7835** | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bill Jr, Gary<br>480 Crescent St Apt 105<br>Oakland, CA 94610-2674 | | **7819** | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bowles, Taneya<br>3470 Figueroa Dr<br>San Leandro, CA 94578-4039 | | **4447** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Customer No Liability Claims |
| Brunngraber, Lee<br>19080 Brook Ln<br>Saratoga, CA 95070-3454 | | **8141** | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bubmyak, Tamara<br>5941 Crowder Way<br>Sacramento, CA 95842-3066 | | **8225** | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Butler, Febbyln<br>PO Box 6206<br>San Pablo, CA 94806-0206 | | **8103** | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chhoeut, Raturna<br>606 E Yorkshire Dr Apt 1<br>Stockton, CA 95207-5936 | | **7640** | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Clayton, Gala N<br>GENERAL DELIVERY<br>Merced, CA 95340-9999 | | **7748** | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Clemons, Rebecca<br>2817 Andrade Ave<br>Richmond, CA 94804-1228 | | **7678** | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Contreras, Alexandra<br>2881 E Huntington Blvd Apt 240<br>Fresno, CA 93721-2321 | | 4368 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $900.00 | $0.00 | $900.00 | Customer No Liability Claims |
| Cooper, Howard<br>534 Ohio Ave Apt 3<br>Richmond, CA 94804-2246 | | 8049 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Darcey, Jill<br>16291 Miramar Pl<br>San Leandro, CA 94578-1168 | | 8083 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $125.00 | $125.00 | Customer No Liability Claims |
| David, Mamie<br>441 Virginia St Apt 4<br>Vallejo, CA 94590-5980 | | 7786 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| DeLara, Elizabeth<br>225 3rd St Apt 2<br>Greenfield, CA 93927-5207 | | 8204 | Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Deleija, Alsi<br>3396 Avalon Ave<br>Madera, CA 93637-5945 | | 7801 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Devore, Nancy<br>PO Box 601894<br>Sacramento, CA 95860-1894 | | 7566 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $7,500.00 | $7,500.00 | Customer No Liability Claims |
| Di Maggio, Angelo<br>12345 Wilder Rd<br>Red Bluff, CA 96080-9714 | | 8106 | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Diao, Jun<br>9847 Selva Way<br>Elk Grove, CA 95757-8251 | | 8197 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Elijah, Tanisha<br>6617 Sky View Dr<br>Bakersfield, CA 93307 | | 7938 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Eltareb, Saba<br>3527 San Isidro Ave<br>Merced, CA  95348-9501 | | 7912 | Pacific Gas and Electric Company | 8/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Erazo, Rene E<br>1450 Hess Road Apt. 2<br>Redwood City, CA  94061-3145 | | 7384 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Escandor, Carlos R<br>152 Oak St Rear<br>Manteca, CA  95337-5641 | | 7968 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Esparza, Ana I<br>1148 E Clinton Ave<br>Fresno, CA  93704-5818 | | 7573 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Flores-Jackson, Olga<br>100 Republic Way<br>Vacaville, CA  95687-6772 | | 7986 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Folmer, Linda E<br>PO Box 887<br>Colfax, CA  95713-0887 | | 7572 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Ghahramani, Edmond<br>2455 Kensington Ct<br>Turlock, CA  95382-9100 | | 7963 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gillen, Ralph B<br>2624 Summer Street<br>EUREKA, CA  95501-4034 | | 4475 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gomez, Jeanette<br>9201 Eucalyptus Dr<br>Bakersfield, CA   93306-6731 | | 8098 | Pacific Gas and Electric Company | 8/29/2019 | $2,800.00 | $0.00 | $0.00 | $0.00 | $2,800.00 | Customer No Liability Claims |
| Gomez, Orlando<br>323 Edith St # A<br>Petaluma, CA  94952-3225 | | 8066 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gonzales, Kathy C<br>226 Soledad St Apt 6<br>Salinas, CA 93901-3526 | | 7994 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Daisy<br>16599 Colonial Dr<br>Fontana, CA 92336-5626 | | 8026 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gordon, Angelique<br>38378 High Ridge Dr<br>Beaumont, CA 92223-8072 | | 7312 | PG&E Corporation | 8/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guifarro, Miriam<br>18 Manzanilla Ct<br>San Pablo, CA 94806-2119 | | 8063 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guzman, Graciela<br>3116 El Camino Ave<br>Sacramento, CA 95821-6017 | | 8051 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hardy, Deshawna M<br>7491 Abiding PL Apt A<br>Sacramento, CA 95823-3567 | | 7742 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Heu, Larry<br>133 Huber Ct<br>Sacramento, CA 95838-4727 | | 8043 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hoang, Sang<br>2151 Plaza De Guadalupe Apt 112<br>San Jose, CA 95116-2554 | | 7613 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hoang, Xuan<br>706 Harvard Avenue Apt 1<br>Santa Clara, CA 95051 | | 8107 | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Howell, Keith A<br>433 N Calaveras St Apt H<br>Fresno, CA 93701-1811 | | 7910 | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Howell, Linda F<br>1315 A St Apt 211A<br>Hayward, CA 94541-2951 | | 7993 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Huynh, Xuan Thi<br>9400 International Blvd Apt 105<br>Oakland, CA 94603 | | 6680 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $95.66 | $0.00 | $95.66 | Customer No Liability Claims |
| Ibrahim, Moath<br>8349 N Saffron Ct<br>Fresno, CA 93720 | | 7577 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |
| Jackson, Tanya<br>802 Belle Ave<br>Bakersfield, CA 93308-4204 | | 8045 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Johns, Tawnya D.<br>9330 Malheur Way<br>Elk Grove, CA 95758-4030 | | 8192 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Carmen<br>526 Morada Ln<br>Stockton, CA 95210-1235 | | 7575 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| JONES, LARRY<br>3553 DIMOND AVE APT 18<br>OAKLAND, CA 94602-2275 | | 6550 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $1,414.00 | $0.00 | $1,414.00 | Customer No Liability Claims |
| Khan, Asina<br>1107 Bieber Ave<br>Menlo Park, CA 94025-1215 | | 8104 | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kinney, Theresa N<br>901 Ardmore Cir<br>Redlands, CA 92374-6205 | | 8062 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Laverne, Alisa<br>490 E 9th St Apt 1<br>Tracy, CA 95376-4041 | | 7845 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lueallen, Lee<br>405 McCord Ave Spc T<br>Bakersfield, CA 93308-4779 | | **8080** | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mack, Leandrea R<br>137 Haas Avenue<br>San Leandro, CA 94577 | | **8145** | Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez, Maria E<br>10990 Avenue 412 Apt C<br>Dinuba, CA 93618-9643 | | **7847** | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mayberry, Michelle<br>8669 Statue Way<br>Elk Grove, CA 95758-9541 | | **7728** | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McCallister, Dr. J. L<br>DBA: Livermore Chiropract<br>Livermore, CA 94550-5613 | | **7827** | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mendez, Hermelinda<br>PO Box 792<br>Chualar, CA 93925-0792 | | **8111** | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $12,850.00 | $0.00 | $12,850.00 | Customer No Liability Claims |
| Meneses, Angelica<br>526 V St<br>Merced, CA 95340 | | **4258** | Pacific Gas and Electric Company | 8/3/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Meza, Jose<br>& Rosa Meza 907 Matmor Rd<br>Woodland, CA 95776-5723 | | **8109** | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Miller, Marilyn<br>700 Longbrook Way Apt 156<br>Pleasant Hill, CA 94523-4868 | | **7833** | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moore, Alyson<br>PO Box 64<br>Isleton, CA 95641-0064 | | **7814** | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $2,400.00 | $2,400.00 | $4,800.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Moore, Thomas G<br>6834 Via Quito<br>Pleasanton, CA 94566-5760 | | 8044 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Much, Vannak<br>338 W Fir Ave Apt D<br>Pinedale, CA 93650-1384 | | 7796 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Murphy, Martha B<br>37147 Lanyard Terr #111<br>Fremont, CA 94536 | | 6224 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $110.00 | $110.00 | Customer No Liability Claims |
| MUSCIO, PETRENA<br>PO BOX 13<br>BLUE LAKE , CA 95525 | | 7840 | Pacific Gas and Electric Company | 8/25/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Myers, Julie<br>707 W Robinson Ave<br>Fresno, CA 93705-2857 | | 7985 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nauheimer, JoAnne<br>722 N Clovis Ave Apt 226<br>Clovis, CA 93611-0367 | | 7787 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Navarrette, Patricia N<br>PO Box 1792<br>Manteca, CA 95336-1153 | | 7644 | Pacific Gas and Electric Company | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Navarro, Sylvia<br>3233 South Bay Drive<br>Sedro Woolley, WA 98284 | | 7768 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nguyen, Johnny Vu<br>8929 Boreal Way<br>Elk Grove, CA 95758 | | 7589 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Customer No Liability Claims |
| Nguyen, Mailinh<br>2352 Mammoth Dr #3<br>San Jose, CA 95116 | | 8221 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nichols, Cameron<br>1462 Snyder St<br>Manteca, CA  95336-6902 | | 7645 | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Norse, Tammie<br>4125 Glascow Dr<br>North Highlands, CA  95660-4121 | | 7482 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nunez, Marcelino<br>1075 W Las Palmas Ave Apt 22D<br>Patterson, CA  95363-8869 | | 7837 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $22.00 | $0.00 | $22.00 | Customer No Liability Claims |
| Orman, Julie<br>2322 Dolphin Dr Bldg 3<br>Richmond, CA  94804-7473 | | 8029 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ostorga, Maria A<br>351 Napa Ave<br>Rodeo, CA  94572-1329 | | 7859 | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| Panasenko, Petr<br>843 Hawthorne St Apt 6<br>Monterey, CA  93940-1148 | | 8059 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Peters, Jermica<br>8282 Calvine Road #2086<br>Sacramento, CA  95828 | | 6302 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Quijano, Manuel<br>315 Capp St<br>San Francisco, CA  94110-1807 | | 7855 | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Ram, Aarti<br>7740 Watt Ave Apt 210<br>Antelope , CA  95843-2268 | | 8115 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RAMIREZ, JOE L<br>1167 E GOLDEN WAY<br>DINUBA, CA  93618-2830 | | 7804 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ramirez, Rolando<br>1032 Keiko St<br>Los Banos, CA 93635-5213 | | 7989 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Raufi, Aziz<br>Anisa Nomair 117 Chesapeake Dr<br>Union City, CA 94587-3636 | | 8223 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Richmond, Rosemary<br>3767 E Tulare St<br>Fresno, CA 93702-2851 | | 8034 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rivera, Maria<br>1205 Comstock Ct<br>Modesto, CA 95351-1732 | | 7992 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rivera, Monica<br>2399 E 14 St.<br>San Leandro, CA 94577 | | 7850 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Carlos Arce<br>1409 Del Monte Ave Apt A<br>Salinas, CA 93905 | | 4792 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Rose, Danielle<br>2365 Mossy Bank Drive Apt 3<br>Sacramento, CA 95833 | | 8176 | Pacific Gas and Electric Company | 9/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Diane E<br>Joel Ruiz 7400 Morningstar Ave<br>Bakersfield, CA 93306-7324 | | 7907 | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Saldana, Jose<br>920 Vida St<br>Soledad, CA 93960-3552 | | 8227 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $100.00 | $0.00 | $100.00 | Customer No Liability Claims |
| Salehi, Rahim P<br>282 Danze Dr Apt 150<br>San Jose, CA 95111-2980 | | 8037 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sanchez, Angela<br>2739 Fine Ave<br>Clovis, CA 93612 | | 8081 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanchez, Dennis<br>318 Towt St<br>Salinas, CA 93905-2435 | | 7824 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Santos, Migdalia<br>8131 Walerga Rd Apt 921<br>Antelope, CA 95843-6150 | | 8050 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Santoyo, Ascension G<br>5362 W Robinson Ave<br>Fresno, CA 93722-7125 | | 7722 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Saulala, Malia L<br>3128 Knowland Ave<br>Oakland, CA 94619-2628 | | 7842 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Savala, Maria Vel<br>425 Queen St Apt 20<br>King City , CA 93930-3718 | | 8032 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schaffer, Alexander<br>1705 Alleghany Dr<br>Austin, TX 78741 | | 8061 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sisneroz, Art<br>&Teresa Ann Sisneroz 2800 W Rumble Rd Apt E5<br>Modesto, CA 95350-0187 | | 7715 | PG&E Corporation | 8/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| SOLARTE, VICTOR<br>406 NORTHWEST HWY<br>FOX RIVER GROVE, IL 60021 | | 4823 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $2,200.00 | $2,200.00 | Customer No Liability Claims |
| Solorio, Guillermo H<br>36848 Orange Grove Ave<br>Madera, CA 93636 | | 7729 | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Spiller, Lori<br>2635 Lancaster Dr Apt 5<br>Richmond, CA 94806-2549 | | 7802 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stoltenberg, Denise<br>PO Box 304<br>Ridgecrest, CA 93556-0304 | | 7599 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Talavera, Hector<br>PO Box 1792<br>Manteca, CA 95336-1153 | | 7641 | Pacific Gas and Electric Company | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tatum, John<br>Demetreal Tatum 2694 W Fairmont Ave Apt 103<br>Fresno, CA 93705-0120 | | 7809 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 | Customer No Liability Claims |
| Thompson, Jeannie<br>750 Mono St Apt 223<br>Fresno, CA 93706-3752 | | 7642 | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tinsley, Francine<br>22 Sarcedo Way<br>American Canyon, CA 94503-1448 | | 6946 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tolon, Pamela<br>7421 S Land Park Dr Apt 57<br>Sacramento, CA 95831-5106 | | 7807 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tomko, Madeline<br>4001 S Watt Ave Apt 144<br>Sacramento, CA 95826-4491 | | 5721 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| TORRES, CHRISTINA<br>2335 S K ST<br>BAKERSFIELD, CA 93304-5179 | | 4912 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Torres, Johanna J<br>324 Perkins Ct<br>Suisun City, CA 94585-4138 | | 6545 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Torres, Maximo<br>912 5th Ave<br>San Bruno, Ca 94066-3221 | | 6227 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Torres-Grijalva, Lucia<br>1833 Gable Ln<br>Santa Maria, CA 93458-7482 | | 4916 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Torrey, Michael John<br>219 Brush St Apt A<br>Alameda, CA 94501-1875 | | 6480 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Toste, Luciano O<br>1509 Grenache Ln<br>Modesto, CA 95358-5661 | | 5303 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Totten, Paula M<br>1915 Georgia St<br>Napa, CA 94559-1140 | | 4460 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tovar, Aurora<br>11 Gardner Ct<br>Novato, CA 94949-4532 | | 7489 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tran, Chon N<br>458 Lewis Road Apt 3<br>San Jose, CA 95111-2146 | | 4380 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tran, Phuong K<br>874 Kramer St<br>San Leandro, CA 94579-2410 | | 6117 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tran, Steve<br>8213 Summer Sunset Dr<br>Sacramento, CA 95828-6911 | | 6673 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Tran, Thach<br>570 Keyes St Apt 401<br>San Jose, CA 95112-2487 | | 5014 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $931.72 | $0.00 | $931.72 | Customer No Liability Claims |
| Tran, Thuy<br>41 Regent St<br>San Francisco, CA 94112-3922 | | 4420 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Trent, Billie<br>6311 E 17th St<br>Oakland, CA 94621-3831 | | 4132 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Trevino, Paul<br>2422 E Holland Ave<br>Fresno, CA 93726-2126 | | 5211 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Trinidad, Ruby P<br>445 Redwood St Apt 341<br>Vallejo, CA 94590-2980 | | 6345 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Trottier, Glenn A<br>5812 14th Ave # B<br>Sacramento, CA 95820-3206 | | 4859 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Troy Foster Jr<br>Kimberly Dawson 1317 Park Central Ct<br>El Sobrante, CA 94803-1251 | | 6211 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Truitt, Jessica<br>41 Coos Bay Ct<br>Pittsburg, CA 94565-7932 | | 5301 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Truong, Norma<br>1622 S McClelland St # A<br>Santa Maria, CA 93454-8626 | | 7197 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Turci, Rufino & Esmeralda<br>1957 Stowe Ave<br>San Jose, CA 95116-2542 | | 5439 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Turner, F Yvonne 3521 Argent St Bakersfield, CA 93304-6401 | | 7372 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Turner, Gary 16385 E 14th St Apt 1124 San Leandro, CA 94578-3241 | | 6308 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ulrike, Sylas 585 9th St Unit 430 Oakland, CA 94607-3824 | | 6647 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ulucan, Ozan 147 Roxanne Ct Apt 1 Walnut Creek, CA 94597-1968 | | 7404 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| UNION BAPTIST CHURCH 1218 E BELLE TER BAKERSFIELD, CA 93307-3810 | | 6258 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Upshire, Joy C 6821 Domingo Dr Rancho Murieta, CA 95683-9475 | | 7534 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Urias, Michaela A 1376 Keywood Ct Concord, CA 94521-3713 | | 5292 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Urizar, Mario Tello 1970 Latham St Apt 54 Mountain View, CA 94040-2143 | | 6773 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ussery, Renee 2776 Sacramento St Berkeley, CA 94702-2337 | | 6931 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Uyeno, Ivan 9480 Rock Springs Rd Newcastle, CA 95658-9317 | | 7215 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Vaia, Adela J<br>1490 Miramar Apt 211<br>San Mateo, CA  94404-2481 | | 5296 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| VALDEZ, MALO<br>DBA EASTBAY FLOORING<br>5940 PACIFIC AVE STE A1<br>STOCKTON, CA  95207-4700 | | 6388 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Customer No Liability Claims |
| Valdivia, Sandra<br>8049 N Poplar Ave Apt 103<br>Fresno, CA  93711-6876 | | 4192 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valencia, Arturo<br>922 Valencia Dr<br>Los Banos, CA  93635-3932 | | 5347 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valencia, Manuel<br>or Socorro 1618 Dixie Dr<br>San Jose, CA  95122-2505 | | 6949 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valencia, Norma<br>Carlos Castaneda 10 Rustic St<br>Hollister, CA  95023-3013 | | 6190 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valencia, Sr Julian<br>1026 E Cornell Ave<br>Fresno, CA  93704-5614 | | 6291 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valladares, Martha<br>6918 E BRADLY AVE<br>Fresno, CA  93727-0871 | | 5234 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valle, Sara<br>4015 Asino Ave<br>Bakersfield, CA  93313-4401 | | 7294 | Pacific Gas and Electric Company | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valley Pride AG CO<br>SE River Park PL E Ste 101<br>Fresno, CA  93720 | | 6903 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Van Le, Khong<br>1001 S Main St Apt J302<br>Milpitas, CA 95035-5361 | | 5153 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vankova, Maria<br>7313 Little Acorn Way<br>Rio Linda, CA 95673-1336 | | 6944 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vargas, Daniel<br>1356 Oak View Cir Apt 351<br>Rohnert Park, CA 94928-3010 | | 6670 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vargas, Marina<br>1655 Little River Dr<br>Salinas, CA 93906-4841 | | 7504 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $17,728.00 | $0.00 | $17,728.00 | Customer No Liability Claims |
| Vasquez, Heriberto P<br>914 Walnut Dr<br>Arvin, CA 93203-2032 | | 6366 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vasquez, Ophelia<br>166 S Madera Ave Apt 81<br>Kerman, CA 93630-1125 | | 6293 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vaysman, Zinaida<br>111 Jones St Apt 507<br>San Francisco, CA 94102-3966 | | 6724 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vega, Charles<br>1206 W Nelson Ave<br>Fowler, CA 93625-4412 | | 4546 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Velasco, Teresa<br>PO Box 422<br>Firebaugh, CA 93622-0422 | | 4591 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Velasquez, Delfina<br>110 W Alvin Dr Apt D<br>Salinas, CA 93906-8367 | | 5732 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Vigil, Rogelio 2531 Dobbins Ln Riverbank, CA 95367-2725 | | 5095 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Villagran, Samuel 100 Hunter Ave Oakland, CA 94603-2031 | | 7257 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Claims |
| Villasana, Luis PO Box 993 Wasco, CA 93280-0993 | | 7518 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vizcarra, Mariana 225 41st St Apt 614 Oakland, CA 94611-5665 | | 4523 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vo, Anh 1520 E Capitol Expy Spc 183 San Jose, CA 95121-1820 | | 5186 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vo, Hoa Van 655 Cherry St Novato, CA 94945-2523 | | 5246 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vonbehren, Marilyn 725 Pinewood Ct Unit 9 Williams, CA 95987-5113 | | 4490 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vrenois, Jay G 950 W Cypress Rd Oakley, CA 94561-2115 | | 7458 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $11,100.00 | $0.00 | $11,100.00 | Customer No Liability Claims |
| VU, RHONDA 38513 FREMONT BLVD FREMONT, CA 94536-6032 | | 5381 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| VUE, VAHMENG 9 PENASCO CT SACRAMENTO, CA 95833-1753 | | 5258 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wahner, Jean 6200 Lancaster Dr Paradise, CA 95969-3515 | | **6831** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wallick, Glenette D 519 W 4th St Stockton, CA 95206-1928 | | **6063** | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| WALTON, EDNA 834 E LORENA AVE FRESNO, CA 93706-4130 | | **6730** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| WARE, N W 18 CLIPPER ST SAN FRANCISCO, CA 94114-3914 | | **6886** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Warren, Dianne 1751 Carroll Ave Apt 324 San Francisco, CA 94124-2979 | | **5061** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Washington, Patricia 10920 Macarthur Blvd Apt 405 Oakland, CA 94605-5230 | | **6264** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Watson, Melissa 950 Beltline Rd Redding, CA 96003-1973 | | **6353** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Way, Marjorie 650 Peartree Dr Watsonville, CA 95076-3632 | | **5390** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wayne, Don H Helen E Sokol 2664 Ptarmigan Dr Apt 1 Walnut Creek, CA 94595-3117 | | **6619** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Webber, Prince E<br>905 Pacheco Rd apt A<br>Bakersfield, CA 93307-5189 | | **6299** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| WEBSTER, SHEILA<br>1727 LUCERNE AVE<br>DOS PALOS, CA 93620-2625 | | **5092** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $100,000.00 | $0.00 | $100,000.00 | Customer No Liability Claims |
| Wendling Jr, Bernhart<br>5654 Juniper St<br>Chino, CA 91710-1940 | | **7122** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Customer No Liability Claims |
| Wener, Michael<br>3014 Grey Eagle Dr<br>Walnut Creek, CA 94595-3908 | | **6632** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $950.00 | $950.00 | Customer No Liability Claims |
| Whaley, Charles A<br>2662 Sonoma Way<br>Pinole, CA 94564-1216 | | **7123** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Wheeler, Carmen<br>1100 Howe Ave Apt 352<br>Sacramento, CA 95825-3429 | | **6209** | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| White Sr, Lamont<br>2493 Lancaster Dr Apt 33<br>Richmond, CA 94806-3083 | | **7843** | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| White, Erma<br>3420 Deer Valley Rd Apt 101<br>Antioch, CA 94531-6691 | | **6712** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Whiteside, Collette V<br>PO Box 66074<br>Stockton, CA 95206 | | **7541** | PG&E Corporation | 8/20/2019 | $2,000.00 | $0.00 | $23,000.00 | $0.00 | $25,000.00 | Customer No Liability Claims |
| Wiggins, La Tanya<br>730 Drake Ave<br>Sausalito, CA 94965 | | **4219** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wilczak, Vivian<br>7835 Prestwick Cir<br>San Jose, CA 95135-2143 | | 7112 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilkerson, Margaret<br>909 24th St<br>Oakland, CA 94607-3403 | | 7549 | Pacific Gas and Electric Company | 8/20/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Williams, Annie<br>4719 50th Ave Apt 87<br>Sacramento, CA 95823-1347 | | 7529 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $5,500.00 | $0.00 | $5,500.00 | Customer No Liability Claims |
| Williams, Bridgette M<br>241 6th St Apt 208A<br>San Francisco, CA 94103-4045 | | 6494 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Gregory R.<br>5950 Marshall St<br>Oakland, CA 94608-2220 | | 6040 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Williams, John C<br>6002 Warren Ridge Dr<br>Bakersfield, CA 93313-5936 | | 6756 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Linda M<br>95 Garrison Ave<br>San Francisco, CA 94134-3200 | | 5355 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Mitch<br>15740 Milbank St<br>Encino, CA 91436-1637 | | 7073 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Syrece<br>22 Benicia Rd<br>Vallejo, CA 94590-7002 | | 5169 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilson, Elizabeth<br>6039 Southerness Dr<br>El Dorado Hills, CA 95762-7690 | | 6094 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Sabrina<br>378 St. Michelle Ct.<br>Merced, CA  95348-3360 | | 7319 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Win-Cowl PhD, Monica<br>3000 Altos Ave Apt 4<br>Sacramento, CA  95815-1157 | | 5283 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $900.00 | $0.00 | $900.00 | Customer No Liability Claims |
| Windham-Orebaugh, Latasha<br>3409 65th St<br>Sacramento, CA  95820-2028 | | 6551 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Wong, Henry<br>726 Oak Grove Ave APT 2<br>Menlo Park, CA  94025-4343 | | 4731 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $490.00 | $490.00 | Customer No Liability Claims |
| Wong, Man K<br>14835 E 14th St Apt 25<br>San Leandro, CA  94578-2986 | | 5435 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wood, Karen<br>3709 3rd Ave<br>Sacramento, CA  95817-2901 | | 4963 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wright, Jennifer<br>6206 Potrero Dr<br>Newark, CA  94560-5620 | | 5710 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability Claims |
| Wroobel, Victor R<br>17100 Knollview Dr<br>Hidden Valley Lake, CA  95467-8072 | | 5058 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wu, Jennifer<br>1336 Grand Ave<br>Piedmont, CA  94610-1020 | | 6863 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wu, Jin Lei<br>457 Westlake Ave<br>Daly City, CA  94014-1926 | | 5717 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Xiong, Chue 2505 S Vagedes Ave Fresno, CA 93706-4766 | | 4605 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Xiong, Kuoa 52 E Dunn Ave #398 Fresno, CA 93706 | | 6294 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yacoub, Ghassan Vera Novosel 822 Andromeda Ln Foster City, CA 94404-2803 | | 7531 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yang, Chue Chao 1167 S Peach Ave Apt 101 Fresno, CA 93727-5353 | | 7058 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| YANG, CHUN GUANG 1664 PINETREE CT SAN JOSE, CA 95131-1935 | | 4941 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yarborough, Bradley 500 Sunrise Ave Apt 23 Roseville, CA 95661-4141 | | 6799 | Pacific Gas and Electric Company | 8/13/2019 | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | Customer No Liability Claims |
| YATES, DORIS 22797 Atherton St Hayward , CA 94541-6609 | | 5257 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yee, Mike 5920 Widgeon Ct Stockton, CA 95207-4540 | | 5228 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yessner, Patty 24021 Basin Harbor Ct Tehachapi, CA 93561-9638 | | 27270 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yoeun, Rom 1919 W Dakota Ave Apt 152 Bldg O Fresno, CA 93705-2383 | | 4613 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Yoon, John Yk<br>Jean Yoon 1635 Gloria Cir<br>Tracy, CA 95377-7205 | | **4799** | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yosief, Rahel<br>909 18th St Apt 103<br>Oakland, CA 94607-3372 | | **5315** | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $174.94 | $174.94 | Customer No Liability Claims |
| Youhana, Peter<br>1985 San Luis St Apt 142<br>Los Banos, CA 93635-5461 | | **6995** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Youkhana, Elena<br>4183 Fosberg Rd<br>Turlock, CA 95382-0371 | | **6384** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Younan, James<br>1502 Quail Ct<br>Turlock, CA 95380-6521 | | **6411** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Young, Mavis J<br>27267 Sleepy Hollow Ave S Apt 104<br>Hayward, CA 94545-4318 | | **4999** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Youngblood, Desiree R<br>2919 9th St Unit 216<br>Berkeley, CA 94710-2733 | | **6214** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| YU, SAI F<br>557 E MARINERS CIR<br>FRESNO, CA 93730-0848 | | **5447** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yuen, Jamie<br>750 Sacramento ST Apt 202<br>San Francisco, CA 94108-2520 | | **4282** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zarate, Maria and Rodrigo<br>2023 Loring Ct<br>Ceres, CA 95307-7405 | | **6280** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Zarate, Rosa<br>1030 W Orange St Apt 5<br>Santa Maria, CA 93458-5454 | | **6306** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ZEPEDA, CATALINA ORTIZ<br>11453 SPEEGLE ST<br>CASTROVILLE, CA 95012-2614 | | **5230** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zhang, Dong G<br>4095 Deer Run Way<br>Sacramento, CA 95823-4415 | | **5243** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zhang, Xiang Guang<br>4717 Percheron Dr<br>Elk Grove, CA 95757-3200 | | **6196** | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $60.31 | $60.31 | Customer No Liability Claims |
| Zhao, Lan<br>3263 La Rochelle Way<br>San Jose, CA 95135-2385 | | **6982** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zheng, Shu Ling<br>799 Oak St Apt 303<br>San Francisco, CA 94117-2584 | | **4709** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zimmer, Helen<br>477 Desert Gold Ter<br>Brentwood, CA 94513-6454 | | **6080** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zoldi, Dumitra<br>7201 Conrad Dr<br>Sacramento, CA 95828-3308 | | **4679** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 246** | | | **$7,300.00** | **$0.00** | **$201,191.38** | **$461,110.25** | **$669,601.63** | |