| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Adams, Cynthia<br>General Delivery<br>Oroville, CA 95965-9999 | | 8834 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alejandes, Jamie<br>7844 Gardella Dr<br>Dublin, CA 94568-1810 | | 9495 | Pacific Gas and Electric Company | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Allen, Roshell<br>5809 Nogal Ave Apt D<br>Bakersfield, CA 93309-4471 | | 8686 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Almanza, Gisela<br>1210 S Rupert Ave<br>Reedley, CA 93654-3831 | | 10016 | PG&E Corporation | 9/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aloudi, Qeys<br>2227 Chester Ln<br>Bakersfield, CA 93304-1920 | | 9155 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $37.08 | $37.08 | Customer No Liability Claims |
| Alsaad, Yousef<br>320 11th St<br>San Francisco, CA 94103-4314 | | 9715 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ambriz, Deborah S<br>204 R St<br>Merced, CA 95341-6796 | | 8240 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Amin, Shamin<br>2226 Chaparral Ct<br>Lodi, CA 95242-4100 | | 9574 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Anderson, Deion<br>Valerie Bailey 5203 Grogan Dr<br>Bakersfield, CA 93313-4575 | | 8312 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aridah, Farid<br>751 Central Park Dr Unit #2922<br>Roseville, CA 95678 | | 8553 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Arroyos, Yajaira<br>Fernando Arroyos PO Box 187<br>Westley, CA 95387 | | 8305 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Asefi, Rajeshni D<br>38471 Berkeley Cmn<br>Fremont, CA 94536 | | 9487 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ayers, Ryan<br>121 Hope St<br>Ramona, CA 92065-3847 | | 8337 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | Customer No Liability Claims |
| Barkefelt, Paula<br>3101 Belle Terrace<br>Bakersfield, CA 93304-4105 | | 9611 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Beed, Peggy<br>1264 P St Unit 112<br>Firebaugh, CA 93622-2302 | | 10785 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $2,650.00 | $0.00 | $2,650.00 | Customer No Liability Claims |
| Beene, Johnny L<br>7155 N Elgin Ave<br>Fresno, CA 93722-9727 | | 9064 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Beilby, James B<br>9587 Setina Pl<br>Sacramento, CA 95827-3910 | | 9005 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Beltran, Zoyla<br>1221 MacArthur Blvd<br>Oakland, CA 94610-2846 | | 9038 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Benitez, Isabel<br>1213 Corwin Dr<br>Manteca, CA 95337-8344 | | 8570 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bermudez, Martha<br>778 Kirkwood Ave<br>San francisco , CA 94124 | | 8696 | PG&E Corporation | 9/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bornacelli, Darlene<br>2600 San Leandro Blvd Apt 113<br>San Leandro, CA 94578-5006 | | 8664 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Boyadzhian, Mary<br>7625 N 1st St Apt 186<br>Fresno, CA 93720-0908 | | 9501 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bradford, Jan<br>PO Box 3021<br>Weaverville, CA 96093-3021 | | 8367 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bravo, Maritza<br>95 Barber Rd<br>Covington, GA 30016 | | 8427 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brown, Sr., Geary L<br>PO Box 882181<br>San Francisco, CA 94188-2181 | | 8665 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brown-Seaton, Elizabeth<br>10944 San Pablo Ave Apt 133<br>El Cerrito, CA 94530-2373 | | 8382 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bruessard, Jimmie<br>4942 Ridgefield Cir<br>Fairfield, CA 94534-6432 | | 8265 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Byrne, Michael J<br>PO Box 4142<br>Clearlake, CA 95422-4142 | | 10167 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carter, Camille<br>3645 Dimond Avenue Apt 2<br>Oakland, CA 94602-2239 | | 8579 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chen, Jian Q.<br>711 Madison St Apt 7<br>Oakland, CA 94607-4710 | | 9233 | PG&E Corporation | 9/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chevreuil, Judith A<br>Eric Chevreuil 190 Bittercreek Dr.<br>Folsom, CA 95630-2307 | | **8580** | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chow, Dellen<br>158 El Rancho Dr<br>South San Francisco, CA 94080-2170 | | **8306** | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Claudio, Linda D<br>3960 N Fruit Ave Apt 112<br>Fresno, CA 93705-2106 | | **9793** | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Collins, Renya<br>1009 Howard St Apt 810<br>San Francisco, CA 94103-3238 | | **8726** | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Comer, Lorna B<br>2810 37th St<br>Sacramento, CA 95817-2911 | | **10031** | PG&E Corporation | 9/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Corona, Gina<br>3808 Northview Dr<br>Modesto, CA 95355-1246 | | **9514** | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Claims |
| Couto, Jimmy<br>3900 Dillingham Ave<br>Modesto, CA 95357 | | **10153** | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Creer, Lawana<br>811 Coral Dr<br>Rodeo, CA 94572-2014 | | **9483** | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| CUEVAS, MARIA RAQUEL<br>10555 CREEKSIDE CIR<br>OAKLAND, CA 94603-2989 | | **8515** | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dahn, Leanette 2813 Atterbury Way Elk Grove, CA 95758-6442 | | 8636 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Davis, Dishina 111 Embarcadero W Apt 1117 Oakland, CA 94607-4504 | | 8251 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Davis, Jennifer 23 Dory Ln Foster City, CA 94404-3987 | | 8365 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Davis, Keionna 612 1/2 Crawford St Bakersfield, CA 93305-2610 | | 8604 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Davis, Lillie Jean 1510 Hellings Ave Richmond, CA 94801-2436 | | 9756 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Davis-Madison, Carol 4303 E Donner Ave Fresno, CA 93726 | | 10788 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Defranco, Anne 548 Charlene Ln Grass Valley, CA 95945-7858 | | 8600 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Degroot, Maria PO Box 4332 Stockton, CA 95204-0332 | | 9562 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Deng, Jin Ming 621 35th St Richmond, CA 94805-1753 | | 10279 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Desrosiers, Mathew 316 Davis Ave Nampa, ID 83651-2009 | | 10256 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dhillon, Gurinder K 3313 N Maple Ave Apt 219 Fresno, CA 93726-7218 | | 9617 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Dillon, Patricia M 210 S. Willow Ave Apt 116 Fresno, CA 93727-3731 | | 8361 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Douglas, Tony 2725 Vallejo Ct Antioch, CA 94531-9070 | | 8918 | Pacific Gas and Electric Company | 9/13/2019 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Customer No Liability Claims |
| Douglass, Gwen 225 Miramonte Rd Walnut Creek, CA 94597-3468 | | 8485 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Edeza, Ida Johnathan Devereaux 35151 Lucerne Rd Apt 9 Soledad, CA 93960-9511 | | 8832 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Edwards, Veretta 2476 Tennessee St Vallejo, CA 94591-4860 | | 9008 | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Egan, Daniel M 626 Rollingwood Dr Vallejo, CA 94591-6736 | | 10303 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Claims |
| Enser, Dru 2351 Wyda Way, Apt 413 Sacramento, CA 95825-1602 | | 8363 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $2,568.66 | $2,568.66 | Customer No Liability Claims |
| Erickson, Kate 22613 Woodridge Dr Apt 18 Hayward, CA 94541-3261 | | 9236 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Esleim, Hanadi<br>95 Professional Center Pkwy Apt A209<br>San Rafael, CA 94903-2752 | | 8323 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Evans, Mary<br>Carl Evans 4425 Belle Ter Apt 1<br>Bakersfield, CA 93309-3953 | | 8893 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Exum, Antonio<br>PO Box 19068<br>Fresno, CA 93790-0068 | | 8689 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Exum, Gracie<br>PO Box 19068<br>Fresno, CA 93790-0068 | | 8692 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Faatiliga, Yvette<br>5670 Allen Ave Apt 4<br>San Jose, CA 95123-2610 | | 9764 | PG&E Corporation | 9/24/2019 | $5,000.00 | $0.00 | $0.00 | $5,000.00 | $10,000.00 | Customer No Liability Claims |
| Fletcher, Alison<br>1039 Leo Way<br>Oakland, CA 94611-1917 | | 9331 | PG&E Corporation | 9/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Flores, Lorena Amador<br>Cesar Tena Tapia 44 Lunsford Dr Apt A<br>Salinas, CA 93906-4076 | | 8518 | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fong, Susan<br>74 Glover St<br>San Francisco, CA 94109-2105 | | 8307 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| GANDY, ROLAND<br>2201 WILSON RD<br>BAKERSFIELD, CA 93304-5039 | | 8499 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garcia, Margaret R<br>1220 Kurt Ave<br>Modesto, CA  95350-5619 | | 8728 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gill, Amrit Pal<br>3658 Figueroa Dr<br>San Leandro, CA  94578-4043 | | 8890 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Goff, Carl<br>Cindy Goff 3133 Stope Dr<br>Placerville, CA  95667-7938 | | 8252 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gomez, Moises<br>PO Box 187<br>Westley, CA  95387-0187 | | 8327 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Griffith, Melanie<br>No address provided | | 8916 | Pacific Gas and Electric Company | 9/14/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Grigsby, Bobby<br>2247 Sandcastle Way<br>Sacramento, CA  95833-3415 | | 8249 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gunnia, Shyamala<br>275 Tradewinds Dr Apt 12<br>San Jose, CA  95123-6032 | | 8618 | PG&E Corporation | 9/9/2019 | $300,000.00 | $0.00 | $75,000.00 | $300,000.00 | $675,000.00 | Customer No Liability Claims |
| Harris, Tonie Lynn<br>PO Box 158<br>Berkeley, CA  94701-0158 | | 8319 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hermoso, Josephine<br>Ricky Hermoso 968 Gellert Boulevard<br>Daly City, CA  94015-2854 | | 8758 | PG&E Corporation | 9/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Holley, Shanikkia<br>3706 El Alisal St<br>Bakersfield, CA  93304 | | 8586 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hook, Georgia<br>133 Southern Cross Ct<br>Roseville, CA 95747-8059 | | **10253** | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hosey, Debra<br>2401 S M St Apt 13<br>Bakersfield, CA 93304-5173 | | **8347** | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Howard, Zakiyyah<br>PO Box 23<br>Citrus Heights, CA 95611-0023 | | **9856** | PG&E Corporation | 9/26/2019 | $0.00 | $0.00 | $0.00 | $1,434.02 | $1,434.02 | Customer No Liability Claims |
| Hudson, Patricia<br>1075 Leconte Ave<br>San Francisco, CA 94124 | | **9082** | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Huesca, Mary<br>3943 E Verrue Ave<br>Fresno, CA 93702-2845 | | **8917** | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Inboon, Kham<br>2933 E Gilbert Ave<br>Fresno, CA 93721-2419 | | **9114** | Pacific Gas and Electric Company | 9/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Inboon, La<br>2779 E Weldon Ave Apt C<br>Fresno, CA 93703-2229 | | **9075** | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jackson, Robert<br>715 Lemon St<br>Vallejo, CA 94590-7244 | | **8821** | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jacobsen, Tressie E<br>24635 Woodacre Ave<br>Hayward, CA 94544-1113 | | **10531** | PG&E Corporation | 9/30/2019 | $27,000.00 | $0.00 | $0.00 | $0.00 | $27,000.00 | Customer No Liability Claims |
| Johnston, Debbie<br>1251 David Dr<br>Oakdale, CA 95361-2675 | | **9296** | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jordan, Simone L<br>2331 92nd Ave<br>Oakland, CA 94603-1858 | | 9591 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jurado, Doreen<br>121 Felix St Apt 14<br>Santa Cruz, CA 95060-4825 | | 8373 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Kastenek, Marie<br>560 Dos Cerros Corte<br>Arroyo Grande, CA 93420-1963 | | 8316 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kopping, Kristin L<br>3393 E YESTERNIGHT ST 100<br>Northwood Commons Pl<br>MERIDIAN, CA 83642-7870 | | 9145 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Labrador, Maribel<br>2173 Beau Pre St<br>Stockton, CA 95206-4720 | | 8357 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lagrutta, Carlin R<br>150 E Fargo St<br>Stockton, CA 95204-2014 | | 8356 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lai, Jessie<br>385 Vista Roma Way Unit 328<br>San Jose, CA 95136-4438 | | 8324 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lawson, Lannette<br>1617 Deems St<br>Pittsburg, CA 94565-3922 | | 8344 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lees, Jeremy<br>2089 N Feland Ave<br>Fresno, CA 93722-5502 | | 9618 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lewis, Kamilah<br>Dwayne Kent 2635 Mathews St<br>Berkeley, CA 94702-2242 | | 8343 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lillian Rodriquez, Deceased 217 Eugene Ave Mount Shasta, CA 96067-2622 | | 9076 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lin, Anna Lee 1181 Cherrybrooke Cmns San Leandro, CA 94578-1981 | | 8837 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lockett, Aldinette PO Box 326 Salinas, CA 93902-0326 | | 8325 | Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lockhart, Darryl W 4534 W Palo Alto Ave Apt 208 Fresno, CA 93722-2908 | | 8614 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Loggins, Matthew Lee 229 San Juan Grade Rd Salinas, CA 93906-1647 | | 9104 | PG&E Corporation | 9/17/2019 | $2,000.00 | $0.00 | $16,500.00 | $2,000.00 | $20,500.00 | Customer No Liability Claims |
| Long, Lenore Rachel Long 749 27th St San Francisco, CA 94131-1812 | | 8487 | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopez, Angelica 2848 Maple Ave Merced, CA 95348-3676 | | 8610 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopez, Baleriana 9288 Emerald Vista Dr Elk Grove, CA 95624-2838 | | 10189 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lucas, Porsche 908 Snead Dr Modesto, CA 95351 | | 8233 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $623.29 | $623.29 | Customer No Liability Claims |
| Madrid, Christina PO Box 8094 Stockton, CA 95208-0094 | | 9029 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Marciel, Antonio<br>118 S J St #102<br>Madera, CA 93637-4509 | | 8620 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martin, Beverly<br>2909 Quinter Way<br>Sacramento, CA 95835-1801 | | 9037 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez Rivera, Manuel<br>Josefina Rodriguez 1625 Sierra Ave<br>Napa, CA 94558-2836 | | 9148 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Matthews, Qisha<br>8161 Palisades Dr Apt 202<br>Stockton, CA 95210-3042 | | 8721 | PG&E Corporation | 9/10/2019 | $800.00 | $0.00 | $800.00 | $800.00 | $2,400.00 | Customer No Liability Claims |
| Mazula, Anatoly<br>4238 Cortright Way<br>North Highlands, CA 95660-3549 | | 9052 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| McCallister, Dr. J. L<br>DBA: Livermore Chiropract 1748 Peary Way<br>Livermore, CA 94550-5613 | | 9323 | PG&E Corporation | 9/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mcconico, Kim<br>525 Sunnyview DR Apt 301 Bldg E<br>Pinhole, CA 94564 | | 10164 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McGowan, Frederick<br>3313 N Maple Ave Apt 206<br>Fresno, CA 93726-7216 | | 8330 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Medina, Rudy<br>2400 Whitley Ave Apt 109<br>Corcoran, CA 93212-2035 | | 10756 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Melendraz, Maria M<br>1195 E Hanford Armona Rd Apt 224<br>Lemoore, CA 93245-4712 | | 8234 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Melgar, Maria Isabelle<br>& Omar Jonathan Melgar 720 Syrah Ct<br>Los Banos, CA 93635-6387 | | 9074 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mendoza, Rosemary<br>440 Buena Vista Blvd<br>Bakersfield, CA 93307-9212 | | 10274 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Michiels, Katherine<br>446 Liberty St<br>San Francisco, CA 94114-2949 | | 8583 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $35,000.00 | $35,000.00 | Customer No Liability Claims |
| Milton, Zedolion<br>2737 29th Ave<br>Sacramento, CA 95820-6322 | | 9065 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mohammad, Gul<br>23540 Maud Ave<br>Hayward, CA 94541-4520 | | 9615 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Montgomery, Quincy<br>3041 Clay St<br>Sacramento, CA 95815 | | 16751 | Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Morales, Gloria<br>11015 Vista Ridge Dr<br>Bakersfield, CA 93311-3237 | | 8822 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moran, Steve L<br>9428 Washington St<br>Upper Lake, CA 95485-9263 | | 8484 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Morrison, Marques<br>630 A St Apt 24<br>Bakersfield, CA 93304-1953 | | 8578 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $2,850.00 | $1,150.00 | $4,000.00 | Customer No Liability Claims |
| Morse, Janet<br>9691 Bob White Ln<br>Terrell, TX 75161-0218 | | 8755 | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Munoz, Arturo<br>1721 Klamath Dr<br>Salinas, CA 93906-2152 | | 8313 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Munoz, Maria<br>1721 Klamath Dr<br>Salinas, CA 93906-2152 | | 8314 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Murray, Yolanda M<br>1926 Alcatraz Ave Apt 2<br>Berkeley, CA 94703-2731 | | 91302 | Pacific Gas and Electric Company | 12/19/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Claims |
| Nardico, Christine<br>2601 Sinclair Ave Apt 6<br>Concord, CA 94519-2648 | | 10791 | PG&E Corporation | 10/3/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nguyen, Vinh<br>1249 Fleming Ave<br>San Jose, CA 95127-3616 | | 10410 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| Nishimura, Sean<br>2167 Laurelei Ave<br>San Jose, CA 95128-1436 | | 8353 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Noriega, Mary<br>2444 Foxglove Way<br>Madera, CA 93637-4925 | | 8345 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nunely, Kathy<br>10 Wild Peach Lane<br>Wellington, NV 89444 | | 9336 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nunes, Gerald A<br>1472 Fairhaven Ct<br>San Jose, CA 95118-1114 | | 8756 | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nusink, Adrienne<br>915 Brookfield Dr<br>Clovis, CA 93612-1911 | | 10155 | PG&E Corporation | 9/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nute, Wame<br>5170 Scarborough Way<br>Sacramento, CA 95823-4135 | | 10273 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $1,300.00 | $1,300.00 | Customer No Liability Claims |
| Oaxaca, Inez<br>4247 W Weldon Ave<br>Fresno, CA 93722-5472 | | 8352 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $276.00 | $276.00 | Customer No Liability Claims |
| O'Neill, Helen A<br>74711 Dillon Rd SPC 416<br>Desert Hot Springs, CA 92241-7908 | | 9156 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Paredes, Ana Ruth<br>320 Washington St Apt 303<br>Daly City, CA 94015-1974 | | 8919 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Partain, Lucas A<br>2968 Aetna Way<br>San Jose, CA 95121-2303 | | 9168 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pena, Sandra<br>541 Osprey Dr<br>Patterson, CA 95363-8713 | | 8371 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Gamaliel<br>1104 Invermay St<br>Bakersfield, CA 93312-5745 | | 8315 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Haydee<br>376 Hibiscus Ln<br>Suisun City, CA 94585-3813 | | 8310 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Perez, Wynonna<br>716 Warford Ave<br>Vallejo, CA 94591-4806 | | 9570 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Perry, Richard<br>2004 E Lone Tree Parkway<br>Eagle Mountain, UT 84005 | | 8865 | Pacific Gas and Electric Company | 9/2/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Customer No Liability Claims |
| Pfaus, Greg<br>1975 42nd St<br>Evans, CO 80620-9568 | | 8881 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pierson, Stacy<br>PO Box 1202<br>Angels Camp, CA 95222-1202 | | 10568 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Priest, Claudrina Nicole<br>1724 68th Ave<br>Oakland, CA 94621-3416 | | 9585 | PG&E Corporation | 9/17/2019 | $2,850.00 | $0.00 | $2,850.00 | $0.00 | $5,700.00 | Customer No Liability Claims |
| Qudus, Wasil<br>122 Amber Sky<br>Irvine , CA 92618-4800 | | 8611 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramirez Rivas, Maria A<br>3506 Mont Blanc Terrace<br>Bakersfield, CA 93306 | | 8683 | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramos, Antonio<br>35 E Gish Rd Apt 306<br>San Jose, CA 95112-4850 | | 9572 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rankin, Ernest<br>835 Madigan Ave<br>Concord, CA 94518-2128 | | 9568 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rapp, Judy<br>3003 Olin Ave Unit 318<br>San Jose, CA 95128-2440 | | 10173 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ray, Nakisha 3222 E Normal Ave Fresno, CA 93703-3120 | | 8874 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reid, Christine 5165 Roundup Way Antioch, CA 94531-8475 | | 10564 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | Customer No Liability Claims |
| RENDON, LORENZO 1480 MARIPOSA WAY FAIRFIELD, CA 94533-9755 | | 8317 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Renteria, Jesus Ysmelda Cardenas 406 A St Bakersfield, CA 93304-1907 | | 8338 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reyes, Montgomery 27261 Sleepy Hollow Ave S Apt 201 Hayward, CA 94545-4317 | | 9051 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reyes, Yolanda 1680 S Waverly LN Fresno, CA 93727-6141 | | 9030 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Customer No Liability Claims |
| Reynoso, Ana 12708 Alta Dr Cutler, CA 93615-2112 | | 8613 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rivera, Boris 6300 Ocean Jasper Dr Bakersfield, CA 93313-5306 | | 9587 | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robert Lazzarini, Deceased 60120 Ridgeview Dr E Bend, OR 97702-9740 | | 9047 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Nicole 104 Roseburg Way Fairfield, CA 94534-2990 | | 8573 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rodriguez, Arturo<br>55 Laguna St Apt 301<br>San Francisco, CA 94102-6346 | | 8601 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rogers, C<br>1019 Vallejo St<br>San Francisco, CA 94133-3609 | | 10333 | PG&E Corporation | 9/24/2019 | $40,000.00 | $0.00 | $0.00 | $0.00 | $40,000.00 | Customer No Liability Claims |
| Rooney, Kevin<br>2114 59th St<br>Sacramento, CA 95817-1742 | | 8598 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruff, Wille Ray<br>41 E Byrd Ave<br>Fresno, CA 93706-4726 | | 8476 | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| Sampson, Misty D<br>1675 Vernon St Unit 18<br>Roseville, CA 95678-3966 | | 10165 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanchez, Nira<br>1449 Chianti Dr<br>Livingston, CA 95334-9470 | | 9575 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sandate, Elizabeth<br>1928 E Muncie Ave<br>Fresno, CA 93720-2340 | | 8877 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sandoval, Gerardo C<br>317 2nd Ave<br>San Francisco, CA 94118 | | 91150 | PG&E Corporation | 12/20/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Sandoval, Gerardo C<br>317 2nd Ave #B<br>San Francisco, CA 94118 | | 8358 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability Claims |
| Sangha, Daljit<br>2309 Wise Oak Ln<br>Ceres, CA 95307-7139 | | 8603 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Santos, Nallely 2073 Santa Rita St Apt 112 Salinas, CA 93906-1929 | | 9520 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Saverimuthu, Logan 5675 La Seyne Pl San Jose, CA 95138-2240 | | 8492 | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Scott, George S 28604 Venus St Hayward, CA 94544-5941 | | 8873 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Scurlock, Ronald 40 Park Vista Circle Sacramento, CA 95831 | | 8929 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sears, Janet 603 Avalon St Morro Bay, CA 93442-1771 | | 8606 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sejour, Dieuveny 1851 70th Ave Oakland, CA 94621-3409 | | 8844 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sharp, Barbara 1032 Stokes Ave Santa Maria, CA 93454-3266 | | 8635 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Shelley, Gradell 1211 Shell Ct Fairfield, CA 94533-7077 | | 9476 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sherpa, Pasang 944 Allview Ave El Sobrante, CA 94803-1001 | | 9329 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Customer No Liability Claims |
| Sifuentes, Maria 7537 Rogers Ln Apt 3 Gilroy, CA 95020-5828 | | 9518 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Silverman, Alan<br>1444 9th Ave<br>San Francisco, CA 94122-3607 | | **10185** | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singh, Ranjina D<br>1219 Malio Dr Apt 101<br>Clovis, CA 93612-2506 | | **8340** | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Dennis<br>2755 San Leandro Blvd Apt 205<br>Bldg 6<br>San Leandro, CA 94578-2592 | | **9003** | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| So, Magdalena<br>153 Sunset Ave<br>Sunnyvale, CA 94086-5901 | | **8624** | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Solis, Tammy<br>1865 Josephine Ave<br>Corcoran, CA 93212-3509 | | **9039** | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Spaniak-Khrimyan, Stephanie<br>3731 S Port Dr<br>Sacramento, CA 95826-5121 | | **8139** | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stafford, Homer<br>802 Kirkham Way Bldg B9 # 90<br>Oakland, CA 94607-2120 | | **7911** | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Steens, Lawanda M<br>2625 F. Coffee Rd #106<br>Modesto, CA 95355 | | **9172** | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stephens, Candace<br>1070 W Griffith Way Apt 126<br>Fresno, CA 93705-2536 | | **8716** | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stewart, Roderick<br>3706 El Alisal Street<br>Bakersfield, CA 93304-6303 | | **8867** | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Stikkelman, Chris<br>3378 Shenandoah Ave<br>Simi Valley, CA  93063-3149 | | 9612 | Pacific Gas and Electric Company | 9/23/2019 | $1,700.00 | $0.00 | $0.00 | $0.00 | $1,700.00 | Customer No Liability Claims |
| Suh, Andrew<br>5797 Beswick Dr<br>San Jose, CA  95123-3610 | | 8507 | Pacific Gas and Electric Company | 9/7/2019 | $0.00 | $0.00 | $0.00 | $1,334.22 | $1,334.22 | Customer No Liability Claims |
| Szumiloski, Kathryn<br>459 Northlake Village Ct<br>Okatie, SC  29909-6551 | | 8046 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tanner, Gail<br>3115 Finnian Way Apt 341<br>Dublin, CA  94568-8671 | | 8723 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $2,500.00 | $5,000.00 | $7,500.00 | Customer No Liability Claims |
| Tate, Michael<br>1680 SW Burlington St<br>Port Saint Lucie, FL  34984 | | 7965 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Terry, Jean S<br>201 Pine Tree Ln<br>Berry Creek , CA  95916-9549 | | 9583 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Tesema, Meleshw Demelash<br>9274 Franklin Blvd Apt 254<br>Elk Grove, CA  95758-5910 | | 8144 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thi Ta, Tuyet<br>2554 S King Rd Apt 209<br>San Jose, CA  95122-1827 | | 8491 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thomas, Erica<br>1580 Morse Ave Apt 10<br>Sacramento, CA  95864-2760 | | 9567 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thomas, Joseph Phillip<br>1420 Lakeshore Ave Apt 17<br>Oakland, CA  94606-1641 | | 7789 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| THOMAS, RUTHIE<br>8250 TOULOUSE WAY<br>STOCKTON, CA 95210-2247 | | **8473** | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thomas, Sheri<br>932 Bernard St Apt B<br>Bakersfield, CA 93305-3344 | | **9794** | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Torres, Margaret<br>616 E Jefferson Ave<br>Reedley, CA 93654-3516 | | **7818** | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tran, Thu Anh<br>9159 Aegina Ct<br>Elk Grove, CA 95758-5105 | | **8052** | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Truong, Donald<br>232 El Rancho Verde Dr<br>San Jose, CA 95116-1532 | | **8295** | PG&E Corporation | 9/5/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Tu, Sinh Van<br>304 Carnel Ave Spc 51<br>Marina, CA 93933-3127 | | **9619** | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vaid, Sarbjit Singh<br>5377 W Homan Ave<br>Fresno, CA 93722-8762 | | **6453** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Valenzuela, Elicia<br>3816 Monitor St<br>Bakersfield, CA 93304-6727 | | **8366** | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vang, Houa Linda<br>11084 E Shields Ave<br>Sanger, CA 93657-9315 | | **7919** | PG&E Corporation | 8/22/2019 | $315,000.00 | $0.00 | $2,090.66 | $350,000.00 | $667,090.66 | Customer No Liability Claims |
| Vergara, Ladeth<br>19885 Wisteria St Apt 7<br>Castro Valley, CA 94546-4170 | | **7913** | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Viveros, Maria Alicia<br>1256 Maya St<br>Parlier, CA 93648-2494 | | 8638 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vongsai, Manh<br>4652 Greensboro Way<br>Stockton, CA 95207-7523 | | 7810 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vu, Andre<br>148 Perry St<br>Milpitas, CA 95035-5710 | | 7811 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| VU, MICHAEL C H<br>DBA VUSA LAW OFFICES 142 E MISSION ST<br>SAN JOSE, CA 95112-5003 | | 8264 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vu, Vanhdy<br>3134 Remington Way<br>San Jose, CA 95148-3036 | | 8136 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vue, Juliette<br>2695 S Tupman Ave<br>Fresno, CA 93706-5354 | | 7725 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| VUE, TOMMY<br>4030 E MCKENZIE AVE<br>FRESNO, CA 93702-2237 | | 8133 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Warren, Amber<br>PO BOX 1804<br>Clearlake Oaks, CA 95423-1804 | | 8592 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $1,468.16 | $1,468.16 | Customer No Liability Claims |
| Warren, Annie L<br>PO Box 12825<br>Fresno, CA 93779-2825 | | 7962 | Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Welch, Allison<br>4800 Burlington St.<br>Santa Rosa, CA 95405-7935 | | 8455 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $1,200.00 | $800.00 | $2,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wells, Elva Faye<br>2412 Berkshire Rd<br>Bakersfield , CA 93313-2218 | | 8364 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wheeler, Kente S<br>3230 Market St<br>Oakland, CA 94608-4307 | | 9517 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Claims |
| Whiles, Denise<br>110 Belle Ave Apt B<br>Bakersfield, CA 93308-4584 | | 8695 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| White, Mitchell A<br>1695 MANGROVE AVE #1076<br>Chico, CA 95926-2647 | | 8110 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $121,000,000.00 | $0.00 | $121,000,000.00 | Customer No Liability Claims |
| William-George, Sheila<br>3623 Townshend Cir<br>Stockton, CA 95212-3481 | | 8308 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Lasharee<br>140 W Main St Apt 2<br>Merced, CA 95340-4955 | | 9484 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Theresa A<br>745 Kentucky St Apt 10<br>Vallejo, CA 94590-5158 | | 8038 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilson, Argrett<br>9330 Malheur Way<br>Elk Grove, CA 95758-4030 | | 8318 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilson, Reyme M<br>3512 Renwick Ave<br>Elk Grove, CA 95758-6446 | | 8845 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilson, Roberta J. & James<br>1625 Cumiskey St<br>Marysville, CA 95901-4411 | | 8362 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $240,000.00 | $240,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Woolf, Lynn 657 Rondee Ln Turlock, CA 95382 | | 6563 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yada, Mercedes & Ann Filor 1680 Merrill Loop San Jose, CA 95124-5812 | | 8495 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yimmer, Almayehu 1081 Newhall St Apt 2 San Jose, CA 95126-1040 | | 9478 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yuke, Jerry 5009 Creek View Way Sacramento, CA 95841-3007 | | 8039 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zazai, Parveen 2446 Wyda Way #2 Sacramento, CA 95825-1143 | | 6972 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $185.00 | $185.00 | Customer No Liability Claims |
| Zhou, Guo Qiang 1776 Oakland Rd Apt 19 San Jose, CA 95131-3577 | | 8255 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 241** | | | **$694,350.00** | **$0.00** | **$121,117,090.66** | **$1,021,176.43** | **$122,832,617.09** | |