| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Affinity Nursing Services<br>Kelly Walubengo 4141 Northgate Blvd Ste 6<br>Sacramento, CA 95834-1231 | | 62935 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ainsworth, Calvin<br>411 Highway 541 S<br>Mount Olive, MS 39119 | | 17443 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alfred, Susan<br>25 Harbour Way Unit 308<br>Richmond, CA 94801 | | 68550 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aquino, Perlita<br>2073 McLaughlin Ave Apt 101<br>San Jose, CA 95122-3326 | | 80011 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Askew, Netta<br>5350 Dunlay Drive Unit 1115<br>Sacramento, CA 95835 | | 80314 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $14,500.00 | $1,250.00 | $15,750.00 | Customer No Liability Claims |
| Atkin, Karlie<br>362 E 4th Ave<br>Chico, CA 95926-3462 | | 81022 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $31,544.00 | $31,544.00 | Customer No Liability Claims |
| Avery, Regina<br>339 W Oak St Apt 20<br>Stockton, CA 95203 | | 68569 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $564.39 | $564.39 | Customer No Liability Claims |
| Battaglia, Sharlene G<br>4781 E Ashlan Apt 108<br>Fresno, CA 93726-2933 | | 68872 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,200.00 | $2,200.00 | Customer No Liability Claims |
| Benipayo, Natilou and Rodrigo Z<br>1651 Allenwood Cir<br>Lincoln, CA 95648-2949 | | 66278 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Berry, Yolanda<br>131 Sawyer St<br>Vallejo, CA 94589-2038 | | 67974 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bhaskar, Swaminathan<br>5035 Shapleigh Ct<br>Dublin, CA 94568-7205 | | 17359 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $9,001.00 | $9,001.00 | Customer No Liability Claims |
| Bradshaw, Francoise<br>9310 Scottsview CT<br>Elk Grove, CA 95758 | | 27349 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Carlyle, Thomas<br>129 Plymouth Ave<br>Bakersfield, CA 93308-4834 | | 19540 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carney, Lubertha<br>5314 Iris Spring Way<br>Elk Grove, CA 95757-3302 | | 79997 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Castaneda, Petra V<br>11823 Iona Ave<br>Hanford, CA 93230-9554 | | 59831 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Custamer No Liability Claims |
| Chu, Pui Yin<br>627 20th Ave<br>San Francisco, CA 94121-3831 | | 81273 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $6,789.12 | $6,789.12 | Customer No Liability Claims |
| Cole, DaNelle S<br>3013 Delta Ave<br>Modesto, CA 95355-1758 | | 67507 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Collins, Dionie<br>1124 Kenwood Ave Apt C<br>Turlock, CA 95380-3340 | | 17429 | PG&E Corporation | 10/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Colombo, Jennifer<br>279 Milagra Drive<br>Pacifica, CA 94044 | | 67882 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $129.00 | $129.00 | Custamer No Liability Claims |
| Cosme, Ana Maria<br>123 Ash Ave<br>Oakdale, CA 95361-3522 | | 70184 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Custamer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cusseaux, Jameelah<br>401 Amber Dr<br>Suisun City , CA  94585-6630 | | 80413 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| DAMODARAN, SATISH<br>3377 CORTESE CIR.<br>SAN JOSE, CA  95127 | | 70415 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Davis, Amy Elizabeth<br>8836 Brown Ave<br>Kenwood, CA  95452 | | 70015 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Eisom, Debbie<br>1015 70th Ave<br>Oakland, CA  94621-3213 | | 30862 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $2,800.00 | $0.00 | $2,800.00 | Custsomer No Liability Claims |
| Erickson, Janelle<br>300 Myers Dr. Apt 27<br>Chowchilla, CA  93610 | | 81169 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $450.00 | $11,550.00 | $12,000.00 | Customer No Liability Claims |
| Esmaeili, Julie L<br>1900 Floyd Avenue<br>Modesto, CA  95355 | | 72709 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $280.00 | $0.00 | $280.00 | Custsomer No Liability Claims |
| Evans, Jayme<br>2226 Burton Dr<br>Cambria, CA  93428-5206 | | 30917 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fausto, Jose<br>989 Marina Drive<br>Napa, CA  94559 | | 77694 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $7,680.00 | $0.00 | $7,680.00 | Customer No Liability Claims |
| Feil, Nicole<br>163 Zafra Dr<br>Fairfield, CA  94533-2830 | | 69451 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Flauta, Rosie Jane<br>1840 Bridle Creek Cir<br>Tracy, CA  95377-0203 | | 80014 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Flowers, John A<br>946 Belmont Pl<br>Pittsburg, CA 94565-6112 | | 30882 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Forch, Carl L<br>Emelyn B Forch 711 N 16th St<br>San Jose, CA 95112-3027 | | 30834 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Foster, Robert E<br>608 Kay Springs CT<br>Morgan Hill, CA 95037-3432 | | 61213 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $694.00 | $694.00 | Customer No Liability Claims |
| Fowler, Catherine<br>6320 Welty Way<br>Sacramento, CA 95824 | | 19541 | Pacific Gas and Electric Company | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| GANDY, TIFFANY<br>PO BOX 461<br>VALLEJO, CA 94590 | | 61487 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Juan Manuel<br>1050 Almond Ave<br>Arbuckle, CA 95912 | | 67304 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability Claims |
| Gethers, Stacey L<br>314 S Woodcrest St Apt 17<br>Durham, NC 27703-3377 | | 70162 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Cestomer No Liability Claims |
| Gramajo, Eulogio<br>1247 Battery St<br>Richmond, CA 94801-1806 | | 19546 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Halliman, Margie<br>PO Box 254<br>Hopkinsville, KY 42241-0254 | | 59873 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harper, Koryen<br>1141 Matterhorn Dr<br>San Jose, CA 95132-2729 | | 70096 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Harrell, Arlan<br>P.O. Box 1387<br>Fresno, CA 93716 | | 59201 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Harvest Properties, Inc.<br>Becherer Kannett & Schweitzer Shahrad Milanfar Benjamin J. Howard 1255 Powell Street<br>Emeryville, CA 94608-2604 | | 79487 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hay, Teresa<br>142 Larkfield Drive<br>Santa Rosa, CA 95403 | | 70127 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Customer No Liability Claims |
| Hickerson, Rick<br>1000 Columbus Ave Apt 19<br>Chico, CA 95926-4374 | | 80224 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hill, Lynn<br>1542 W Windhaven Ave.<br>Gilbert, AZ 85233 | | 75773 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hirzel, Sandra<br>1174 Terra Nova Blvd<br>Pacifica, CA 94044-4309 | | 81410 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $16.66 | $16.66 | Customer No Liability Claims |
| Ho Ang, Kang<br>2327 Mumbert Dr<br>Manteca, CA 95337-7807 | | 70199 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hubbard, Ralph D<br>3218 Bowlin Dr<br>Fairburn, GA 30213-5825 | | 19549 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hundon, Christina V<br>1950 Mello Ct<br>Tracy, CA 95376-2233 | | 68221 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Idowu, Patricia<br>606 E Yorkshire Dr Apt 3<br>Stockton, CA 95207-5936 | | 70236 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| JACKSON, K.<br>1231 141ST AVE<br>SAN LEANDRO, CA 94578-2715 | | 68574 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jackson, Laura<br>182 Appleton Ave Apt 182<br>San Francisco, CA 94110-5807 | | 30799 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Helen J<br>3941 Gardenia Pl<br>Oakland, CA 94605-2236 | | 17437 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Lambert, Geraldine<br>5595 Genoa St Lowr<br>Oakland, CA 94608-3231 | | 19571 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lewis, Lucy<br>12494 Mesa St<br>Victorville, CA 92392-4808 | | 19555 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Long, Cherrish N.<br>1190 S Winery Ave, Unit 210<br>Fresno, CA 93727-6911 | | 19551 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Marshall, Jessica<br>1 Maple St Apt 1203<br>Redwood City, CA 94063-1954 | | 19569 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Molina, Norma<br>6650 N Maroa Ave Apt 124<br>Fresno, CA 93704-1250 | | 19567 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nakauchi, Pascual<br>474 Cascade Way<br>Salinas, CA 93906-2191 | | 17434 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Noa, Edward<br>17 Falcon Crest Circle<br>Napa, CA 94558 | | 64997 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |
| Noyes, Phyliss Jean<br>1295 Hemingway Dr Apt 140<br>Roseville, CA 95747-5864 | | 17332 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pascua, Violet<br>1716 162nd Ave<br>San Leandro, CA 94578-2120 | | 17310 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perkinson, Joanne<br>14604 Skyway<br>Magalia, CA 95954-9999 | | 67070 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Pina, Gabriel<br>2504 Shalda Ct<br>Bakersfield, CA 93305-3152 | | 19562 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pollick, Callen<br>2137 Bohemian Hwy<br>Occidental, CA 95465 | | 55800 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rice, Giovanna<br>1187 Earlton Ln<br>Lincoln, CA 95648-3282 | | 60034 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Andrea Michelle<br>3447 Redwood Ct Apt D<br>Castro Valley, CA 94546-5841 | | 19563 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Roman, Ruth N<br>Maria Lorena Roman 313 L St<br>Lincoln, CA 95648-1631 | | 10732 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanchez, Joel<br>101 Cherokee Dr.<br>West Monroe, LA 71291 | | 64377 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $2,850.00 | $10,000.00 | $12,850.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sanchez, Juan Pablo<br>152 Butterfly Ln Apt 214<br>Santa Rosa, CA 95407-2789 | | 10789 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schwarz, Robert<br>1803 Mentone Ave<br>GROVER BEACH, CA 93433 | | 53831 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schwarz, Robert J<br>1803 Mentone Ave<br>Grover Beach, CA 93433 | | 54717 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schwarz, Robert J<br>1803 Mentone Ave<br>Grover Beach, CA 93433 | | 60003 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Shin, Min<br>1012 Akio Way<br>San Jose, CA 95120 | | 16486 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Customer No Liability Claims |
| Smith, Alma<br>1012 S SIENNA CT<br>ROUND LAKE, IL 60073-5641 | | 61216 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Ayesha<br>1405 Visalia Ave<br>Richmond, CA 94801-2377 | | 66221 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $473.00 | $0.00 | $473.00 | Customer No Liability Claims |
| Smith, Mary Ann<br>1001 Pacheco Rd #B<br>Bakersfield, CA 93307 | | 16859 | PG&E Corporation | 10/3/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thomas, Jessica<br>1118 Woodmere Rd Ste 110<br>Folsom, CA 95630 | | 19535 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | Customer No Liability Claims |
| Turner, Naomi<br>7855 Vantage Ave.<br>North Hollywood, CA 91605 | | 59647 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Vasquez, Miguel<br>Jacqueline Vasquez 24169 Santa Fe Dr<br>Chowchilla, CA 93610-9654 | | 10757 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vazquez, Luis O<br>981 Sunnyslope Rd #D4<br>Hollister, CA 95023-5762 | | 10412 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | Customer No Liability Claims |
| Velasco, John J.<br>1196 W Pinedale Ave<br>Fresno, CA 93711-0725 | | 61214 | PG&E Corporation | 10/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vera, Maria<br>Yvette Vera 8769 Almond Ave<br>Winton, CA 95388-9555 | | 16765 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vogelaar, Carl B<br>3585 Round Barn Blvd #125<br>Santa Rosa, CA 95403 | | 64132 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| Wang, Burchung<br>17143 Guarda Dr<br>Chino Hills, CA 91709 | | 17024 | Pacific Gas and Electric Company | 10/5/2019 | $0.00 | $0.00 | $0.00 | $167.00 | $167.00 | Customer No Liability Claims |
| Washington, Demi<br>1304 1/2 Wilson Ave Apt B<br>Bakersfield, CA 93308-3000 | | 10300 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| WIlson, Dorothy M<br>4939 Scotia Ave<br>Oakland, CA 94605-5652 | | 10259 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Worthy, Kourtney<br>264 Goodman St<br>Bakersfield, CA 93305-2904 | | 17450 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 | Customer No Liability Claims |
| Wu, Carin<br>Justin Bosley 71 Fairlawn Dr<br>Berkeley, CA 94708-2105 | | 10522 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Yu, Man Sze<br>380 Hollister Ave<br>Alameda, CA 94501 | | 30892 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zonou, Gaoussou<br>3220 Duval Rd Apt 2110<br>Austin, TX 78759-3530 | | 10291 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 91** | | | **$0.00** | **$0.00** | **$30,433.00** | **$137,455.17** | **$167,888.17** | |