| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| BROWN, DAVID<br>1605 4TH ST<br>SANTA ROSA, CA 95404-4036 | | 88591 | PG&E Corporation | 12/6/2019 | $0.00 | $0.00 | $19,000.00 | $53,000.00 | $72,000.00 | Customer No Liability Claims |
| Falcon, Mario<br>1475 S. Blossom Dr.<br>Reedley, CA 93654-3632 | | 86574 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harris, Takia<br>2758 St Andrews Dr<br>Brentwood, CA 94513-4626 | | 105770 | PG&E Corporation | 6/5/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Herrod, Pamela<br>3146 S Main St 24D<br>Santa Ana, CA 92707 | | 3627 | Pacific Gas and Electric Company | 7/17/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability Claims |
| Hinojosa, Heather<br>25169 Howard Dr<br>Hemet, CA 92544 | | 87947 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Johnson, Jasmine L<br>1818 Merced Ave<br>Merced, CA 95341-5371 | | 74030 | PG&E Corporation | 10/21/2019 | $7,804.00 | $0.00 | $9,122.00 | $0.00 | $16,926.00 | Customer No Liability Claims |
| Johnson, Roderick B<br>367 24th St Apt 6<br>Oakland, CA 94612-3119 | | 68541 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Khaosaat, Phaysy<br>6107 E Andrews Ave<br>Fresno, CA 93727 | | 67796 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Knight, Robert<br>3945 N Polk Ave<br>Fresno, CA 93722-9763 | | 80094 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Knox, Cecile<br>121 Clark Way<br>Vacaville, CA 95687 | | 81179 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Krahn, Kathleen<br>7444 N. Cedar Ave #211<br>Fresno, CA 93720 | | 67036 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Customer No Liability Claims |
| Landa-Alvarez, Pedro<br>13032 Spruce Grove Rd<br>Lower Lake, CA 95457-9910 | | 87220 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Leo vanMunching Photography, LLC<br>754 Clementina Street<br>San Francisco, CA 94103 | | 74556 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopez, Olive<br>1718 150th Ave<br>San Leandro, CA 94578-1826 | | 76670 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lukaszewicz, Ann<br>13370 Tierra Heights Rd<br>Redding, CA 96003-7489 | | 82627 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Customer No Liability Claims |
| Lukaszewicz, Ann<br>13370 Tierra Heights Rd<br>Redding, CA 96003-7489 | | 81400 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Customer No Liability Claims |
| Maier, Caryn<br>PO Box 2894<br>Paradise, CA 95969 | | 69392 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Manzanares, Sarah<br>847 E Yorkshire Dr<br>Stockton , CA 95207-5930 | | 71954 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $1,100.00 | $0.00 | $1,100.00 | Customer No Liability Claims |
| Martinez, Maria G<br>5865 Deer Creek Way<br>Paso Robles, CA 93446-9247 | | 70179 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mazzocco, B.<br>917 Haven Ave<br>Redwood City , CA | | 79857 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $24,000.00 | $24,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| McCroskey, Patricia L<br>1135 Stewart Ave<br>Chico, CA  95926-4719 | | 81492 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MEHL, GAVIN<br>890 WEDGE WOOD COURT<br>WEST SACRAMENTO, CA 95605 | | 66208 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $85,294.35 | $0.00 | $0.00 | $85,294.35 | Customer No Liability Claims |
| Mercado, Viri Diana<br>233 W J St Apt B<br>Los Banos, CA  93635-4060 | | 80045 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Morrison, Juanita<br>2673 S. Bardell Ave<br>Fresno, CA  93706-5305 | | 69648 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Munoz, Juan<br>5376 E Olive Ave<br>Fresno, CA  93727-2521 | | 69153 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Oilund, Larry<br>211 San Luis Ave<br>San Bruno, CA  94066-5509 | | 81382 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Park, Eunice<br>416 Richmond Dr, Apt 4<br>Millbrae, CA  94030-1635 | | 70454 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pennington, Sharon<br>1950 Nightingale Ave<br>Stockton, CA  95205-7761 | | 70149 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Peters, Constance<br>5389 N Valentine Ave APT 155<br>Fresno , CA  93711-4096 | | 68509 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| QUACH, DINH<br>Re:Baca PO Box 660482<br>Sacramento, CA 95866-0482 | | 80040 | Pacific Gas and Electric Company | 10/18/2019 | $2,341.59 | $0.00 | $37,658.41 | $0.00 | $40,000.00 | Customer No Liability Claims |
| QUACH, DINH<br>Re:Baca PO BOX 660482<br>SACRAMENTO, CA 95866-0482 | | 79970 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $37,658.41 | $2,341.59 | $40,000.00 | Customer No Liability Claims |
| Rivera, Rogelio C<br>Maribel Sepulveda 850 Hillcrest Rd Apt 47<br>Hollister, CA 95023-5018 | | 70189 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Roberts, E<br>P.O. Box 217<br>Artois, CA 95913 | | 80998 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Salcido, Manuel<br>181 Eagle Nest Drive<br>Chico, CA 95928 | | 74808 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Robert J.<br>PO Box 193<br>Mountain Ranch, CA 95246-0193 | | 80191 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $53,000.00 | $53,000.00 | Customer No Liability Claims |
| Stephens, Cody K<br>2728 PILLSBURY ROAD<br>Chico, CA 95973 | | 70470 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | Customer No Liability Claims |
| Streckfus, Dan<br>9435 Konocti Bay Road<br>Kelseyville, CA 95451 | | 67889 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Customer No Liability Claims |
| Sucre-Bremner Inc<br>13701 Skyway<br>Magalia, CA 95954-9765 | | 81360 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sumahit, Andrew R<br>2360 Ithaca St<br>Oroville, CA 95966-6716 | | 81004 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $124.00 | $124.00 | Customer No Liability Claims |
| TAYLOR, CLAUDENE<br>2701 64TH AVE APT 102<br>OAKLAND, CA 94605-2009 | | 81349 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $700.00 | $0.00 | $700.00 | Customer No Liability Claims |
| Thompson, Gregory<br>1203 Ferry Cir<br>Folsom, CA 95630-4011 | | 79978 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wakenie, Omer<br>155 Rancho Manor Ct<br>San Jose, CA 95111-4439 | | 68701 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Walters, Lisa Renee<br>14211 Racine Circle<br>Magalia, CA 95954 | | 75335 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Wendorf, Phyllis<br>PO Box 1222<br>Kenwood, CA 95452 | | 59947 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wheeler, Shandra L<br>2513 Geogia Oak Dr<br>Bakersfield, CA 93311-1706 | | 80564 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $17,050.00 | $0.00 | $17,050.00 | Customer No Liability Claims |
| Wong, Rocky<br>206 E 16th St<br>Antioch, CA 94509 | | 64662 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Customer No Liability Claims |
| Woodford, Jacqueline<br>101 Miramar Ave<br>San Francisco, CA 94112-2253 | | 79891 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Xiong-khaosaat, Thao<br>2866 Robinwood Ave<br>Clovis, CA 93611-3422 | | 68295 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Zhang, Hedy<br>13500 Francisquito Ave Apt B<br>Baldwin Park, CA 91706-4860 | | 80093 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 49** | | | **$10,145.59** | **$85,294.35** | **$122,288.82** | **$4,384,565.59** | **$4,602,294.35** | |