# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Acevedo Rodriguez, Nevada 2335 North Vagedes Apt.#101 Fresno, CA 93705 | | 9026 | Pacific Gas and Electric Company | 9/18/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Damage not caused by PG&E |
| Acevedo Rodriguez, Nevada 2335 North Vagedes Apt.#101 Fresno , CA 93705 | | 9232 | Pacific Gas and Electric Company | 9/18/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Damage not caused by PG&E |
| Acevedo Rodriguez, Nevada 2335 North Vagedes Apt.#101 Apt#101 Fresno , CA 93705 | | 80978 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Damage not caused by PG&E |
| Acevedo Rodriguez, Nevada 2335 North Vagedes Apt.#101 Fresno, CA 93705 | | 7717 | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Acevedo Rodriguez, Nevada 2335 North Vagedes Apt.#101 Fresno, CA 93705 | | 7759 | Pacific Gas and Electric Company | 8/26/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Damage not caused by PG&E |
| Afshar, Behnam c/o Law Office of James Mills 1300 Clay Street, Suite 600 Oakland, CA 94612 | | 68880 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $42,203.16 | $42,203.16 | Damage not caused by PG&E |
| Aison, Marvin 3621 Comanche Way Antelope, CA 95843 | | 67562 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Damage not caused by PG&E |
| Allard, Gayle J. 19361 Middlecamp #1889 Twain Harte, CA 95383 | | 9968 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Damage not caused by PG&E |
| Allen, Marshall 1127 Denver Ave Stockton, CA 95206-2807 | | 5375 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ALLISON, PETER<br>103 W 20TH ST APT D<br>ANTIOCH, CA 94509 | | **5371** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $3,300.86 | $3,300.86 | Damage not caused by PG&E |
| Aluad, Demetria<br>2442 42nd Avenue<br>San Francisco, CA 94116 | | **1804** | Pacific Gas and Electric Company | 3/28/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Damage not caused by PG&E |
| ANNA RIVERA & ARMANDO RIVERA<br>16401 SAN PABLO AVE SPC 343<br>SAN PABLO, CA 94806-1326 | | **5254** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Damage not caused by PG&E |
| ANTHONY VINEYARDS INC<br>5512 VALPRADO RD<br>BAKERSFIELD, CA 93307 | | **7671** | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $8,156.18 | $8,156.18 | Damage not caused by PG&E |
| Appelgren, John<br>1634 Wakefield Terrace<br>Los Altos, CA 94024 | | **2358** | Pacific Gas and Electric Company | 4/17/2019 | $0.00 | $0.00 | $0.00 | $1,737.45 | $1,737.45 | Damage not caused by PG&E |
| Bahr, Stacey<br>144 Hillbrook Dr<br>Los Gatos, CA 95032-4709 | | **6841** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Bahr, Stacey<br>144 Hillbrook Dr<br>Los Gatos, CA 95032-4709 | | **1978** | PG&E Corporation | 4/2/2019 | $28,031.73 | $0.00 | $0.00 | $0.00 | $28,031.73 | Damage not caused by PG&E |
| Bajwa, Sukhjeet<br>9612 Pony Mountain Rd<br>Bakersfield, CA 93313-5371 | | **6978** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $73,883.00 | $73,883.00 | Damage not caused by PG&E |
| Banducci, Bret<br>6363 Parris Lane<br>Eureka, CA 95503 | | **2974** | Pacific Gas and Electric Company | 5/10/2019 | $0.00 | $0.00 | $0.00 | $33,100.00 | $33,100.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bauer, Barry<br>242 W Bluff Ave<br>Fresno, CA 93711 | | 2907 | PG&E Corporation | 5/2/2019 | $0.00 | $0.00 | $0.00 | $8,050.00 | $8,050.00 | Damage not caused by PG&E |
| Beintker, Aimee M<br>36753 Marciel Ave<br>Madera, CA 93636-8563 | | 7230 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $486.04 | $486.04 | Damage not caused by PG&E |
| Bergam, Timothy Paul<br>813 Fairfax Dr.<br>Salinas, CA 93901 | | 133 | Pacific Gas and Electric Company | 2/7/2019 | $0.00 | $0.00 | $0.00 | $4,639.22 | $4,639.22 | Damage not caused by PG&E |
| Berhane, Makeda<br>3508 Faberge Way<br>Sacramento, CA 95826 | | 1248 | PG&E Corporation | 3/3/2019 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Damage not caused by PG&E |
| Berhane, Makeda<br>3508 Faberge Way<br>Sacramento, CA 95826 | | 66232 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $10,500.00 | $10,500.00 | Damage not caused by PG&E |
| Besch, Erfried<br>356 Robles Dr<br>Santa Cruz, CA 95060 | | 3223 | PG&E Corporation | 6/3/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Damage not caused by PG&E |
| Besch, Erfried<br>356 Robles Dr<br>Santa Cruz, CA 95060 | | 87068 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $4,152.00 | $4,152.00 | Damage not caused by PG&E |
| Billeter, Byron<br>3840 Cowell Rd<br>Concord, CA 94518-1657 | | 9173 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $4,371.60 | $4,371.60 | Damage not caused by PG&E |
| Blackbird Vineyards, LLC<br>831 Latour Court, Suite B1<br>Napa, CA 94558 | | 2117 | Pacific Gas and Electric Company | 4/9/2019 | $0.00 | $0.00 | $0.00 | $10,759.59 | $10,759.59 | Damage not caused by PG&E |
| Budderman, Marvin<br>P.O. Box 515<br>Amador City, CA 95601 | | 3916 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $64.61 | $64.61 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Burgess, Kenneth 2830 Greenwood Ave. Morro Bay, CA 93442 | | 1256 | Pacific Gas and Electric Company | 2/28/2019 | $0.00 | $0.00 | $0.00 | $5,624.00 | $5,624.00 | Damage not caused by PG&E |
| Burgess, Kenneth 2830 Greenwood Ave. Morro Bay, CA 93442 | | 2225 | PG&E Corporation | 4/8/2019 | $0.00 | $0.00 | $0.00 | $5,654.95 | $5,654.95 | Damage not caused by PG&E |
| Butler, Mike A 5755 State Highway 49 N # B Mariposa , CA 95338-9522 | | 68734 | PG&E Corporation | 10/15/2019 | $300.00 | $0.00 | $0.00 | $300.00 | $600.00 | Damage not caused by PG&E |
| Button + Turkovich, LLC 24604 Buckeye Rd. Winters, CA 95694 | | 2351 | Pacific Gas and Electric Company | 4/15/2019 | $0.00 | $0.00 | $0.00 | $14,957.82 | $14,957.82 | Damage not caused by PG&E |
| California American Water ATTN: Edie Lemon, Operations Specialist 511 Forest Lodge Road, Suite 100 Pacific Grove, CA 93950 | | 2656 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $36,643.26 | $36,643.26 | Damage not caused by PG&E |
| Cardenas, Jason PO Box 8 Coalinga, CA 93210 | | 1362 | Pacific Gas and Electric Company | 3/11/2019 | $0.00 | $0.00 | $0.00 | $34,442.00 | $34,442.00 | Damage not caused by PG&E |
| Carolyn Wallin representative for Milestone 33 lots 20-27 Kybruz, Ca 2677 Atlas Peak Rd Napa, CA 94558 | | 77532 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Damage not caused by PG&E |
| Castleman, Valri and Christian 750 Highland Dr. Boulder Creek, CA 95006 | | 3063 | Pacific Gas and Electric Company | 5/20/2019 | $0.00 | $0.00 | $0.00 | $2,652.08 | $2,652.08 | Damage not caused by PG&E |
| Cedar Ridge Apple Ranch LLC, Watson, Jay 14951 Sena Lane Sonora, CA 95370 | | 7309 | Pacific Gas and Electric Company | 8/16/2019 | $0.00 | $0.00 | $0.00 | $11,425.00 | $11,425.00 | Damage not caused by PG&E |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CERVANTES, ALFREDO<br>1150 BROOKSIDE DR #609<br>SAN PABLO, CA 94806 | | 7570 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Damage not caused by PG&E |
| Chand, Kiran<br>31 Tanforan Ave<br>San Bruno, CA 94066 | | 8170 | Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $1,050.00 | $1,050.00 | Damage not caused by PG&E |
| Cheatham, Charlie<br>1607 Phillips Ln<br>San Luis Obispo, CA 93401-2529 | | 7239 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $4,217.50 | $4,217.50 | Damage not caused by PG&E |
| Chen, Yu<br>1083 W Remington Dr.<br>Sunnyvale, CA 94087 | | 30833 | Pacific Gas and Electric Company | 10/13/2019 | $0.00 | $0.00 | $0.00 | $6,100.00 | $6,100.00 | Damage not caused by PG&E |
| Cisneros, Juan<br>PO Box 224<br>Chualar, CA 93925-0224 | | 2982 | Pacific Gas and Electric Company | 5/10/2019 | $0.00 | $0.00 | $0.00 | $17,376.12 | $17,376.12 | Damage not caused by PG&E |
| Clawson, Ronald H.<br>1280 Magnolia Ln<br>Lincoln, CA 95648-8425 | | 8757 | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Damage not caused by PG&E |
| Clore, Annie Marie<br>11813 Augusta Drive<br>Salinas, CA 93906 | | 521 | Pacific Gas and Electric Company | 2/15/2019 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 | Damage not caused by PG&E |
| Concord Iron Works, Inc.<br>1501 Loveridge Rd., Box 15<br>Pittsburg, CA 94565 | | 3732 | PG&E Corporation | 7/17/2019 | $0.00 | $0.00 | $0.00 | $30,085.00 | $30,085.00 | Damage not caused by PG&E |
| Cornwell, Jaimee<br>432 E Cambridge Ave.<br>Fresno, CA 93704 | | 4983 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $334.25 | $0.00 | $334.25 | Damage not caused by PG&E |
| Crestbrook Insurance<br>Nationwide c/o Berger Kahn<br>ALC Attn: Craig Simon<br>Irvine, CA 92614 | | 77814 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $17,494.20 | $17,494.20 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Crom, Bruce A<br>15727 Whispering Woods Trail<br>Redding, CA 96001 | | 190 | PG&E Corporation | 2/11/2019 | $0.00 | $0.00 | $0.00 | $17,954.00 | $17,954.00 | Damage not caused by PG&E |
| Cumine, Suzanne<br>10561 Cypress Ct<br>Cupertino, CA 95014 | | 1811 | Pacific Gas and Electric Company | 3/27/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Damage not caused by PG&E |
| Cumpston, William T<br>14195 Eastwood Ct<br>Red Bluff, CA 96080-7826 | | 70168 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $860.00 | $860.00 | Damage not caused by PG&E |
| Cumpston, William T<br>14195 Eastwood Ct<br>Red Bluff, CA 96080-7826 | | 2046 | Pacific Gas and Electric Company | 4/2/2019 | $0.00 | $0.00 | $827.40 | $0.00 | $827.40 | Damage not caused by PG&E |
| D.A. Wood Construction, Inc. a California corporation<br>963 Shepard CT<br>Oakdale, CA 95361 | | 8627 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $27,009.30 | $27,009.30 | Damage not caused by PG&E |
| Dalldorf, Felix<br>14890 Leigh Ave<br>San Jose, CA 95124-4520 | | 6136 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $3,430.00 | $3,430.00 | Damage not caused by PG&E |
| Dalton, Stuart<br>156 East Creek Drive<br>Menlo Park, CA 94025-3660 | | 7078 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $3,525.46 | $3,525.46 | Damage not caused by PG&E |
| Davis, William<br>109 Beardsley Ave Apt A<br>Bakersfield, CA 93308 | | 7152 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Damage not caused by PG&E |
| Davison, Asher<br>1825 Shasta Street<br>Richmond, CA 94804 | | 1533 | Pacific Gas and Electric Company | 3/15/2019 | $0.00 | $0.00 | $0.00 | $580.25 | $580.25 | Damage not caused by PG&E |
| Dean, Gary A.<br>27 Avondale Avenue<br>Redwood City, CA 94062-1707 | | 9939 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $13,751.14 | $13,751.14 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| DeGrandmont, Todd 302 Palin Avenue Galt, CA 95632 | | **2370** | Pacific Gas and Electric Company | 4/16/2019 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Damage not caused by PG&E |
| Dodson, Nichole 203 Glenwood Rd., P.O. Box 1396 Grass Valley, CA 95945 | | **62480** | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $63.16 | $63.16 | Damage not caused by PG&E |
| Dolan, Robert 1001 State Hwy 49 Placerville, CA 95667 | | **478** | PG&E Corporation | 2/12/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Damage not caused by PG&E |
| Dometita, Joseph 307 N Amphlett Blvd San Mateo, CA 94401 | | **3879** | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $111,000.00 | $111,000.00 | Damage not caused by PG&E |
| Doolittle-Foulks, Jacque V 1606 McCleary Way Bakersfield, CA 93307-5633 | | **5502** | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Damage not caused by PG&E |
| Duerksen, Sharon 1773 So. Church Ave. Reedley, CA 93654 | | **7166** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $6,334.27 | $6,334.27 | Damage not caused by PG&E |
| Duey, Arthur F 15285 Banner Lava Cap Rd Nevada City, CA 95959-8908 | | **8569** | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $217.30 | $0.00 | $217.30 | Damage not caused by PG&E |
| Dusart, Deborah 71 Primrose Ave. Auburn, CA 95603 | | **9627** | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | Damage not caused by PG&E |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| East Bay Municipal Utility District (EBMUD) EBMUD Risk Management 375 11th Street, MS #409 Oakland, CA 94607 | | 79479 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,913.07 | $2,913.07 | Damage not caused by PG&E |
| East Bay Municipal Utility District (EBMUD) EBMUD Risk Management 375 11th Street, MS #409 Oakland, CA 94607 | | 79318 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $13,627.18 | $13,627.18 | Damage not caused by PG&E |
| East Bay Municipal Utility District (EBMUD) EBMUD Risk Management 375 11th Street, MS #409 Oakland, CA 94607 | | 79287 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $39,939.36 | $39,939.36 | Damage not caused by PG&E |
| Eben 818 LLC 818 Wake Forest Dr. Mountain View, CA 94043 | | 3922 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $10,593.00 | $0.00 | $10,593.00 | Damage not caused by PG&E |
| Eggleston, Coaster Lee Weil, Gotshal & Manges LLP New York, NY 10153-0119 | | 7081 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Damage not caused by PG&E |
| Esurance property and Casualty Insurance Company ESU-0275699 PO Box 745754 Los Angeles, CA 90074-2754 | | 4283 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $3,543.06 | $3,543.06 | Damage not caused by PG&E |
| Etringer, Andrew 145 Dufour St. Santa Cruz, CA 95060 | | 91 | Pacific Gas and Electric Company | 2/5/2019 | $0.00 | $0.00 | $0.00 | $598.00 | $598.00 | Damage not caused by PG&E |
| Express Plumbing 307 N Amphlett Blvd San Mateo, CA 94401 | | 124 | Pacific Gas and Electric Company | 2/8/2019 | $0.00 | $0.00 | $0.00 | $31,450.00 | $31,450.00 | Damage not caused by PG&E |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fair Harbor Capital, LLC as Transferee of D.M. Alegre Construction Inc. Attn: Fredric Glass New York, NY 10023 | Fair Harbor Capital, LLC Attn: Fredric Glass Ansonia Finance Station PO Box 237037 New York, NY 10023 100% | 1292 | Pacific Gas and Electric Company | 3/3/2019 | $0.00 | $0.00 | $0.00 | $3,493.42 | $3,493.42 | Damage not caused by PG&E |
| FARRIER, MARGARET L 518 LOMA ALTA RD CARMEL, CA 93923-9449 | | 5276 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Damage not caused by PG&E |
| Faulkner, Felecia 1347 McAllister St #C San Francisco, CA 94115 | | 7689 | Pacific Gas and Electric Company | 8/20/2019 | $13,439.50 | $0.00 | $0.00 | $0.00 | $13,439.50 | Damage not caused by PG&E |
| Feldberg, Mark I Was Wrong, Inc. 100 N Biscayne Blvd, Ste 3000 Miami, FL 33132 | | 1249 | Pacific Gas and Electric Company | 3/4/2019 | $0.00 | $0.00 | $18,756.42 | $22,609.49 | $41,365.91 | Damage not caused by PG&E |
| FIRST HYBRID INC. 6371 HIGHWAY 147 4790 CAUGHLIN PKWY #515 RENO, NV 89519 | | 7138 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Fong Farms, Inc. 33379 County Road 20 Woodland, CA 95695 | | 1633 | Pacific Gas and Electric Company | 3/11/2019 | $0.00 | $0.00 | $0.00 | $5,475.67 | $5,475.67 | Damage not caused by PG&E |
| FORD, SADIE M 5526 MORSE DRIVE OAKLAND, CA 94605 | | 1178 | Pacific Gas and Electric Company | 2/28/2019 | $0.00 | $0.00 | $2,850.00 | $6,050.00 | $8,900.00 | Damage not caused by PG&E |
| Gerstner, Martha 163 Via La Cumbre Greenbrae, CA 94904 | | 3524 | Pacific Gas and Electric Company | 7/2/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Damage not caused by PG&E |
| Giberson, Alan 15561 Glen Una Drive Los Gatos, CA 95030 | | 8169 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $1,758.00 | $1,758.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Giovinco, Joseph 50 Camino Margarita Nicasio, CA 94946 | | 6006 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $34,989.90 | $34,989.90 | Damage not caused by PG&E |
| Glover, Verda J. 4101 Spaulding St Antioch, CA 94531 | | 8135 | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $65,259.57 | $0.00 | $65,259.57 | Damage not caused by PG&E |
| Goldberg, Jerald N 5821 Hazel Ave. Richmond, CA 94805 | | 2979 | PG&E Corporation | 5/11/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Damage not caused by PG&E |
| Gonzales, Roxanne PO Box 1111 Pioneer, CA 95666 | | 8858 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $6,325.00 | $6,325.00 | Damage not caused by PG&E |
| Gray, Jocelyn 1368 Via Alta Santa Maria, CA 93455 | | 2058 | Pacific Gas and Electric Company | 4/2/2019 | $0.00 | $0.00 | $0.00 | $1,329.00 | $1,329.00 | Damage not caused by PG&E |
| Great American Insurance Group AgriBusiness Division James P. Maschinot, Claim Specialist PO Box 1239 Cincinnati, OH 45201-1239 | | 2436 | PG&E Corporation | 4/18/2019 | $0.00 | $0.00 | $0.00 | $10,949.91 | $10,949.91 | Damage not caused by PG&E |
| Greek Orthodox Monastery of the Theotokos the Life Giving Spring P.O. Box 549 Dunlap, CA 93621 | | 3546 | PG&E Corporation | 7/2/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Damage not caused by PG&E |
| Greenberg, Todd 47 Bolinas Rd Fairfax, CA 94930 | | 77335 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $37,635.04 | $37,635.04 | Damage not caused by PG&E |
| Hadley, Bobby G PO Box 129 Arcata, CA 95518-0129 | | 8137 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $980.00 | $980.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hall, Debra & James Thompson 602 Glenloch Way Emerald Hills, CA 94062 | | 59 | Pacific Gas and Electric Company | 2/4/2019 | $0.00 | $0.00 | $0.00 | $2,751.60 | $2,751.60 | Damage not caused by PG&E |
| Hamilton, Monty PO Box 1517 Cobb, CA 95426 | | 2113 | Pacific Gas and Electric Company | 4/8/2019 | $0.00 | $0.00 | $0.00 | $994.00 | $994.00 | Damage not caused by PG&E |
| Harkness, Debra Caramel 40 Valle Vista Avenue #231 Vallejo, CA 94590 | | 7007 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Damage not caused by PG&E |
| Harrison, Natassia 3224 Glen St Eureka, CA 95503 | | 4037 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $1,745.25 | $1,745.25 | Damage not caused by PG&E |
| Hawkins, Preston 1240 WARNER ST APT 5 CHICO, CA 95926 | | 9477 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Damage not caused by PG&E |
| Hayes, Kenneth Clara E Hayes 110 Lake Dr San Bruno, CA 94066-2512 | | 7121 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Damage not caused by PG&E |
| Haynam, Dan Kevin Guibara Millennium Flats 42 Arch St, Ste E Redwood City , CA 94062 | | 2089 | Pacific Gas and Electric Company | 4/6/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Damage not caused by PG&E |
| Hicks, Annette 3038 E Illonis Ave #101 Fresno, CA 93701 | | 9411 | PG&E Corporation | 9/21/2019 | $14,000.00 | $0.00 | $16,850.00 | $14,000.00 | $44,850.00 | Damage not caused by PG&E |
| Hitching, Bob 26270 Taaffe Rd Los Altos Hills, CA 94022 | | 3911 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $492.00 | $492.00 | Damage not caused by PG&E |
| Hitching, Robert Andrew 26270 Taaffe Road Los Altos Hills, CA 94022 | | 1291 | PG&E Corporation | 3/4/2019 | $0.00 | $0.00 | $0.00 | $704.47 | $704.47 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hoekstra, Bud POB 234 Glencoe, CA 95232-0234 | | 5075 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $5,239.50 | $5,239.50 | Damage not caused by PG&E |
| Hookstra, James & Patricia PO Box 1257 Diamond Springs, CA 95619 | | 1289 | Pacific Gas and Electric Company | 3/4/2019 | $0.00 | $0.00 | $0.00 | $42,946.75 | $42,946.75 | Damage not caused by PG&E |
| Hornstein, Joel 329A Albion Avenue Woodside, CA 94062 | | 7192 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $1,152.12 | $1,152.12 | Damage not caused by PG&E |
| Hoytt, Lisa M. P.O. Box 746 Sausalito, CA 94966 | | 3754 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $1,787.50 | $1,787.50 | Damage not caused by PG&E |
| Hudelson, James 2300 Berkeley Road Hughson, CA 95326 | | 802 | Pacific Gas and Electric Company | 2/15/2019 | $0.00 | $0.00 | $0.00 | $4,869.73 | $4,869.73 | Damage not caused by PG&E |
| Hudson, Donna 607 E Floradora Ave Fresno, CA 93728-1721 | | 4787 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $2,396.00 | $2,396.00 | Damage not caused by PG&E |
| Hudson, Joshua W 3445 C St Rocklin, CA 95677-2528 | | 5519 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $333.00 | $333.00 | Damage not caused by PG&E |
| Hunt, Walter 4199 Burgundy Way Napa, CA 94558 | | 4125 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Damage not caused by PG&E |
| Huynh, Lien 15799 Grayson Rd Lathrop, CA 95330 | | 2638 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Damage not caused by PG&E |
| Inoue, Sachi 403 West Merle Court San Leandro, CA 94577 | | 185 | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $0.00 | $190.00 | $190.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jacobs, James<br>PO Box 146<br>Lakehead , CA  96051-0146 | | **7917** | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $8,660.00 | $8,660.00 | Damage not caused by PG&E |
| Jayasuriya, Yasmin L<br>450 North Civic Drive 305<br>Walnut Creek, CA  94596-3312 | | **7214** | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Damage not caused by PG&E |
| Jefferson, Tyisha<br>1375 Quail Valley Run<br>Oakley, CA  94561 | | **599** | Pacific Gas and Electric Company | 2/15/2019 | $1,234.21 | $0.00 | $0.00 | $0.00 | $1,234.21 | Damage not caused by PG&E |
| Johnson, Theodis R<br>7521 Sterling Dr<br>Oakland, CA  94605-3018 | | **6250** | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Damage not caused by PG&E |
| Johnstone, Patti N<br>1140 Lea Dr<br>Novato, CA  94945-3306 | | **5260** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $364.00 | $364.00 | Damage not caused by PG&E |
| Kastl, Lance<br>12150 San Mateo Rd<br>Half Moon Bay, CA  94019 | | **3870** | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $2,604.00 | $2,604.00 | Damage not caused by PG&E |
| Kawane, Takufumi<br>667 Cherry Ave.<br>San Bruno , CA  94066 | | **8200** | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $748.36 | $748.36 | Damage not caused by PG&E |
| Kennedy, Michael<br>3265 Bryant St<br>Palo Alto, CA  94306 | | **71102** | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $40,240.00 | $40,240.00 | Damage not caused by PG&E |
| KENT, DOUGLAS<br>PO BOX 183<br>ORICK, CA  95555-0183 | | **70342** | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $7,891.69 | $7,891.69 | Damage not caused by PG&E |
| Klassen, Frank<br>6037 E. Billings St.<br>Mesa, CA  85205 | | **4389** | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $7,500.00 | $7,500.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kontech USA, Inc<br>7901 Stoneridge Drive, Ste. 538<br>Pleasanton, CA 94588 | | **16832** | Pacific Gas and Electric Company | 10/1/2019 | $0.00 | $0.00 | $0.00 | $25,025.00 | $25,025.00 | Damage not caused by PG&E |
| Kornitz, Roni<br>1026 Cascade Dr<br>Sunnyvale, CA 94087 | | **9738** | Pacific Gas and Electric Company | 9/25/2019 | $0.00 | $0.00 | $0.00 | $1,005.00 | $1,005.00 | Damage not caused by PG&E |
| Krause, James D.<br>351 Golf Ct<br>Santa Rosa, CA 95409 | | **1674** | Pacific Gas and Electric Company | 3/22/2019 | $0.00 | $0.00 | $0.00 | $133.61 | $133.61 | Damage not caused by PG&E |
| Krell, Bruce E.<br>1455 S Whitehall Lane<br>St. Helena, CA 94574 | | **1077** | PG&E Corporation | 2/24/2019 | $0.00 | $0.00 | $0.00 | $10,395.00 | $10,395.00 | Damage not caused by PG&E |
| Landes, Francine<br>1 Harbor Point Dr Apt 209<br>Mill Valley, CA 94941-3247 | | **7735** | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $29.08 | $29.08 | Damage not caused by PG&E |
| Leon, Adriana<br>378 Madrid Street<br>San Francisco, CA 94112-2021 | | **67024** | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $200.75 | $200.75 | Damage not caused by PG&E |
| LEON, JOSE<br>378 MADRID STREET<br>SAN FRANCISCO, CA 94112-2021 | | **64793** | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $200.75 | $200.75 | Damage not caused by PG&E |
| Lipsett, Andrew<br>434 Vidal Dr<br>San Francisco, CA 94132 | | **4863** | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $1,920.00 | $1,920.00 | Damage not caused by PG&E |
| Liu, Zhengrong<br>722 Barneson Ave.<br>San Mateo, CA 94402 | | **10175** | PG&E Corporation | 10/1/2019 | $0.00 | $0.00 | $0.00 | $705.16 | $705.16 | Damage not caused by PG&E |
| Loder, Carolyn Clark<br>1112 E Driftwood Drive<br>Tempe, AZ 85283 | | **8851** | PG&E Corporation | 9/15/2019 | $0.00 | $0.00 | $0.00 | $10,200.00 | $10,200.00 | Damage not caused by PG&E |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Loehr, Robert<br>15711 Highland Drive<br>San Jose, CA 95127 | | 4141 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $1,625.00 | $1,625.00 | Damage not caused by PG&E |
| Loguidice, Joseph<br>144 Dufour Street<br>Santa Cruz, CA 95060-5913 | | 16730 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $2,075.82 | $2,075.82 | Damage not caused by PG&E |
| Los Lagos Golf, LLC<br>Los Lagos Golf Course 2995 Tuers Rd<br>San Jose, CA 95121 | | 1461 | PG&E Corporation | 3/12/2019 | $0.00 | $0.00 | $0.00 | $89,000.00 | $89,000.00 | Damage not caused by PG&E |
| MacDonald, Steve<br>566 Gonzales Dr<br>Vacaville, CA 95688-2037 | | 7732 | Pacific Gas and Electric Company | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Magee, Jimmy<br>1710 S M St Apt B<br>Bakersfield, CA 93304-5296 | | 6726 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Damage not caused by PG&E |
| Malik, Mohammad S<br>Teahira Malik 4001 La Colina Rd<br>El Sobrante, CA 94803-2917 | | 9610 | Pacific Gas and Electric Company | 9/23/2019 | $5,000.00 | $0.00 | $0.00 | $10,800.00 | $15,800.00 | Damage not caused by PG&E |
| Mancia, Mario<br>33 N 13th Street<br>Merced, CA 95340 | | 4677 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 | Damage not caused by PG&E |
| Manuel, Hector<br>1304 Knotts St Apt B<br>Bakersfield, CA 93305-3129 | | 4097 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $200.00 | $0.00 | $200.00 | Damage not caused by PG&E |
| Marasco, Judith<br>751 North Westhaven Drive<br>Trinidad, CA 95570 | | 1731 | PG&E Corporation | 3/14/2019 | $0.00 | $0.00 | $0.00 | $5,365.00 | $5,365.00 | Damage not caused by PG&E |
| Marino, Eugene & Sharon<br>2249 Chelmsford Dr<br>Modesto, CA 95356-2422 | | 4544 | Pacific Gas and Electric Company | 8/2/2019 | $2,085.00 | $0.00 | $0.00 | $0.00 | $2,085.00 | Damage not caused by PG&E |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Marotta, Paul<br>1342 Rollins Road<br>Burlingame, CA 94010 | | 1070 | PG&E Corporation | 2/19/2019 | $0.00 | $0.00 | $100.00 | $0.00 | $100.00 | Damage not caused by PG&E |
| Martin, James B<br>PO Box 20037<br>Castro Valley, CA 94546 | | 17131 | Pacific Gas and Electric Company | 10/6/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Damage not caused by PG&E |
| Martinez, Raquel<br>3604 Tom Lane<br>Stockton, CA 95206 | | 4502 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Damage not caused by PG&E |
| Matheson, Paul & Tracy<br>17101 Brandt Road<br>Lodi, CA 95240 | | 575 | Pacific Gas and Electric Company | 2/18/2019 | $0.00 | $0.00 | $0.00 | $4,652.21 | $4,652.21 | Damage not caused by PG&E |
| McAboy, John<br>7 Hilldale Ct.<br>Orinda, CA 94563 | | 3220 | Pacific Gas and Electric Company | 5/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| McElhatton, Julie<br>1161 Bosworth St<br>San Francisco, CA 94131 | | 1415 | Pacific Gas and Electric Company | 3/11/2019 | $0.00 | $0.00 | $0.00 | $475.00 | $475.00 | Damage not caused by PG&E |
| MCH Electric, Inc.<br>7693 LONGARD ROAD<br>LIVERMORE, CA 94551 | | 4817 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $4,160.00 | $4,160.00 | Damage not caused by PG&E |
| MCH Electric, Inc.<br>7693 Longard Road<br>Livermore, CA 94551 | | 5268 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $2,664.00 | $2,664.00 | Damage not caused by PG&E |
| McIntosh, Jennie C<br>1317 83rd Ave<br>Oakland, CA 94621-1811 | | 4592 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Damage not caused by PG&E |
| Menefee, Marc D<br>PO Box 3434<br>Arnold, CA 95223-3434 | | 6437 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $970.00 | $970.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mercury Insurance Company Subrogee for Krista Jann P.O BOX 10730 Santa Ana, CA 92711 | | 3839 | Pacific Gas and Electric Company | 7/17/2019 | $0.00 | $0.00 | $0.00 | $12,636.89 | $12,636.89 | Damage not caused by PG&E |
| Merenda, Jack 1200 S Carpenter Rd #112 Modesto, CA 95351-2129 | | 9620 | PG&E Corporation | 9/23/2019 | $295.00 | $0.00 | $295.00 | $295.00 | $885.00 | Damage not caused by PG&E |
| Miller, Craig N 550 Old Airport Road Auburn, CA 95603-9550 | | 7336 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $399.96 | $399.96 | Damage not caused by PG&E |
| Miller, Rhonda 28030 Crow Rd Eugene, OR 97402 | | 2948 | Pacific Gas and Electric Company | 5/9/2019 | $0.00 | $0.00 | $0.00 | $7,375.00 | $7,375.00 | Damage not caused by PG&E |
| Miller, Tasha Nicole 2346 Scribner St. Stockton, CA 95206 | | 4104 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Minor, Wallace 9316 E St. Oakland, CA 94603 | | 4266 | PG&E Corporation | 7/30/2019 | $55,000.00 | $0.00 | $12,000.00 | $0.00 | $67,000.00 | Damage not caused by PG&E |
| Mirhaj, Linet 5903 Cabral Ave San Jose, CA 95123 | | 6247 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Damage not caused by PG&E |
| Miroyan, Chris 218 Coronado Drive Aptos, CA 95003 | | 1859 | Pacific Gas and Electric Company | 3/25/2019 | $0.00 | $0.00 | $0.00 | $1,096.85 | $1,096.85 | Damage not caused by PG&E |
| Mission Valley Rock Co. Joseph Audal 3000 Executive Parkway Suite 240 San Ramon, CA 94583 | | 64053 | Pacific Gas and Electric Company | 10/17/2019 | $56,827.97 | $0.00 | $0.00 | $0.00 | $56,827.97 | Damage not caused by PG&E |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Moreno, Marc 22069 Crystal Falls Drive Sonora, CA 95370 | | 1043 | Pacific Gas and Electric Company | 2/23/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Damage not caused by PG&E |
| MPVCA Berkeley, LLC 2420 Camino Ramon #215 San Ramon, CA 94583 | | 7981 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $119,955.00 | $119,955.00 | Damage not caused by PG&E |
| Munsinger, Betty L 523 Leon Ave Modesto, CA 95351-3759 | | 70509 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $35,000.00 | $35,000.00 | Damage not caused by PG&E |
| Narayanaswamy, Naveen 1242 88th Ave Oakland, CA 94621 | | 5403 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $1,221.94 | $1,221.94 | Damage not caused by PG&E |
| Nationwide Agribusiness Ins Company Berger Kahn ALC Attn: Craig Simon 1 Park Plaza irvine, CA 92614 | | 79427 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $56,500.00 | $56,500.00 | Damage not caused by PG&E |
| Navarro, Manuel PO Box 176 Chualar, CA 93925-0176 | | 10293 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $3,235.26 | $0.00 | $3,235.26 | Damage not caused by PG&E |
| Nelson, Gary 7127 Laketrail Court Granite Bay, CA 95746 | | 78733 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $14,033.00 | $14,033.00 | Damage not caused by PG&E |
| Nidds, Mildred 340 Yerba Buena Ave San Francisco, CA 94127 | | 3854 | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Ogburn, Joann 19352 Inspiration Dr W Pioneer, CA 95666-9126 | | 6401 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $8,500.00 | $8,500.00 | Damage not caused by PG&E |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Olson, Eric<br>4168 Howe Street<br>Oakland, CA 94611 | | 80644 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Damage not caused by PG&E |
| Ordon, Kristen<br>P.O. Box 744<br>Isleton, CA 95641 | | 123 | Pacific Gas and Electric Company | 2/6/2019 | $0.00 | $0.00 | $3,166.00 | $0.00 | $3,166.00 | Damage not caused by PG&E |
| OZVEREN, SEVAL<br>14901 BRONSON AVE<br>SAN JOSE, CA 95124 | | 16812 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $748.36 | $0.00 | $748.36 | Damage not caused by PG&E |
| Paragon Subrogation Services<br>a/s/o CSAA & Santiago Ramos<br>P.O. Box 3757<br>Chatsworth, CA 91313 | | 7132 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $9,528.05 | $9,528.05 | Damage not caused by PG&E |
| Parham, Eric S.<br>128 Hillbrook Drive<br>Los Gatos, CA 95032 | | 3454 | Pacific Gas and Electric Company | 6/25/2019 | $0.00 | $0.00 | $0.00 | $4,351.79 | $4,351.79 | Damage not caused by PG&E |
| Partovi, Bijan<br>PO Box 1158<br>South Pasadena, CA 91031-1158 | | 8718 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Damage not caused by PG&E |
| Pastime Brew LLC<br>3255 Lopes Crt<br>Hayward, CA 94541 | | 2661 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $10,015.84 | $10,015.84 | Damage not caused by PG&E |
| Perrill, Beth<br>21071 Gary Drive #112<br>Hayward, CA 94544 | | 80997 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,046.75 | $2,046.75 | Damage not caused by PG&E |
| Perry, Edgar<br>2540 Market Ave<br>San Pablo, CA 94806-4542 | | 7087 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Philadelphia Indemnity Insurance Company<br>Perry E. Rhoads, Esq. Robinson Dilando 801 S. Grand Ave. Ste 500<br>Los Angeles , CA  90017 | | **7672** | Pacific Gas and Electric Company | 8/20/2019 | $0.00 | $0.00 | $0.00 | $25,693.10 | $25,693.10 | Damage not caused by PG&E |
| PICKELL, STAN D<br>221 AMEND CT<br>EL SOBRANTE, CA  94803-2601 | | **4335** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Damage not caused by PG&E |
| Pidgett, Charles<br>27095 Antelope Dr<br>Pioneer, CA  95666 | | **86987** | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | Damage not caused by PG&E |
| Pisa, Josephine<br>330 Menhaden Ct.<br>Foster City, CA  94404 | | **121** | PG&E Corporation | 2/5/2019 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | Damage not caused by PG&E |
| Piserchio, Philip J<br>1620 Claremont Dr<br>San Bruno, CA  94066 | | **2017** | Pacific Gas and Electric Company | 3/21/2019 | $0.00 | $0.00 | $0.00 | $13,489.00 | $13,489.00 | Damage not caused by PG&E |
| POWELL, ALICE<br>PO BOX 906<br>COLUMBIA, CA  95310 | | **58012** | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $26,000.00 | $26,000.00 | Damage not caused by PG&E |
| Putman, Carol<br>1013 Panadero Way<br>Clayton, CA  94517 | | **9128** | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $2,456.09 | $2,456.09 | Damage not caused by PG&E |
| Putman, Carol<br>1013 Panadero Way<br>Clayton, CA  94517 | | **9060** | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $610.29 | $610.29 | Damage not caused by PG&E |
| Ragan, Tristan<br>2387 Meadowbrook Drive<br>Eureka, CA  95503 | | **7667** | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $1,027.75 | $1,027.75 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ramirez, Hedgar<br>PO Box 1392<br>San Juan Bautista, CA 95045-1392 | | **8584** | PG&E Corporation and Pacific Gas and Electric Company | 9/9/2019 | $50,000.00 | $0.00 | $15,700.00 | $134,300.00 | $200,000.00 | Damage not caused by PG&E |
| Ransdell, Scott<br>23705 County Road 96<br>Woodland, CA 95695 | | **20052** | Pacific Gas and Electric Company | 10/12/2019 | $0.00 | $0.00 | $0.00 | $21,763.40 | $21,763.40 | Damage not caused by PG&E |
| Reed, Mildred N<br>33858 Elderberry Ln<br>North Fork, CA 93643 | | **7540** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Damage not caused by PG&E |
| Richards, Andrew<br>11179 Saddle Rd<br>Monterey, CA 93940-6679 | | **9238** | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $6,415.32 | $6,415.32 | Damage not caused by PG&E |
| Richards, Andrew M<br>11179 Saddle Road<br>Monterey, CA 93940 | | **8852** | Pacific Gas and Electric Company | 9/15/2019 | $0.00 | $0.00 | $0.00 | $6,200.00 | $6,200.00 | Damage not caused by PG&E |
| River Valley Dairy LLC<br>22700 S Cornelia Ave<br>Riverdale, CA 93656 | | **16797** | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $22,100.93 | $22,100.93 | Damage not caused by PG&E |
| Robert J. Ernst, III; Katherine Ernst<br>4500 Viejo Rd.<br>Carmel, CA 93923 | | **3444** | Pacific Gas and Electric Company | 6/24/2019 | $0.00 | $0.00 | $0.00 | $10,077.04 | $10,077.04 | Damage not caused by PG&E |
| ROBINETT, JOHN T<br>508 ECHO VALLEY RD<br>SALINAS, CA 93907 | | **4210** | Pacific Gas and Electric Company | 7/30/2019 | $10,000.00 | $0.00 | $0.00 | $64,800.00 | $74,800.00 | Damage not caused by PG&E |
| Rodriguez, Nevada Acevedo<br>2335 N. Vagedes Apt. #101<br>Fresno, CA 93705 | | **9226** | Pacific Gas and Electric Company | 9/18/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Damage not caused by PG&E |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Romriell, Randy<br>665 Sierra Point Road<br>Brisbane, CA 95004-1621 | | 4338 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $14,619.00 | $14,619.00 | Damage not caused by PG&E |
| Ross, Duncan<br>6341 Rambling Way<br>Magalia, CA 95954 | | 2183 | Pacific Gas and Electric Company | 4/12/2019 | $0.00 | $0.00 | $0.00 | $27,084.00 | $27,084.00 | Damage not caused by PG&E |
| Rucker, Joshua<br>21 Prendergast Lane<br>Watsonville, CA 95076 | | 109 | Pacific Gas and Electric Company | 2/6/2019 | $0.00 | $0.00 | $0.00 | $1,231.08 | $1,231.08 | Damage not caused by PG&E |
| Russell, Wendy<br>P.O. Box 1207<br>Santa Cruz, CA 95061 | | 74 | Pacific Gas and Electric Company | 2/5/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Damage not caused by PG&E |
| Safeco Insurance<br>Subrogation Claim# 038330940<br>PO Box 515097<br>Los Angeles, CA 90051 | | 103382 | PG&E Corporation | 4/22/2020 | $38,472.87 | $0.00 | $0.00 | $0.00 | $38,472.87 | Damage not caused by PG&E |
| Safeco Insurance as subrogee for Benjamin Privitt claim# 038990772<br>PO Box 515097<br>Los Angeles, CA 90051 | | 1433 | Pacific Gas and Electric Company | 3/13/2019 | $0.00 | $0.00 | $0.00 | $3,549.83 | $3,549.83 | Damage not caused by PG&E |
| Salsipuedes Sanitary District<br>739 East Lake Ave., #2<br>Watsonville, CA 95076 | | 1309 | Pacific Gas and Electric Company | 3/5/2019 | $0.00 | $0.00 | $0.00 | $39,495.00 | $39,495.00 | Damage not caused by PG&E |
| San Andreas Mutual Water Company<br>166 Palm Lane<br>La Selva Beach, CA 95076 | | 6003 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $702.47 | $702.47 | Damage not caused by PG&E |
| Santa Cruz County Sanitation District<br>Beatriz Barranco 701 Ocean Street, Room 410<br>Santa Cruz, CA 95060 | | 3202 | Pacific Gas and Electric Company | 5/31/2019 | $0.00 | $0.00 | $0.00 | $64,943.00 | $64,943.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Schmidt, Helga M.<br>3076 Strawberry Hill Rd.<br>Pebble Beach, CA 93953 | | 5978 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $4,463.32 | $4,463.32 | Damage not caused by PG&E |
| Seitelman, Robert<br>2724 Eccleston Avenue<br>Walnut Creek, CA 94597 | | 1039 | Pacific Gas and Electric Company | 2/21/2019 | $0.00 | $0.00 | $2,850.00 | $754.81 | $3,604.81 | Damage not caused by PG&E |
| Sheridan, Matthew C.<br>142 11th Avenue<br>San Francisco, CA 94118 | | 191 | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $0.00 | $2,240.00 | $2,240.00 | Damage not caused by PG&E |
| Simmons, Roberta<br>205 Vista Prieta Ct<br>Santa Cruz, CA 950622 | | 8687 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Damage not caused by PG&E |
| Smith, Benjamin<br>15825 Verde DR<br>Salinas, CA 93907-8719 | | 6759 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Damage not caused by PG&E |
| Solomon, Karen M<br>PO Box 42<br>Ben Lomond, CA 95005-0042 | | 6794 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Damage not caused by PG&E |
| Spencer, Robert B<br>730 Horseshoe Hill Rd<br>Bolinas, CA 94924-9700 | | 4681 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Damage not caused by PG&E |
| Staggs Construction, Inc.<br>2779 Prosser Road<br>Sebastopol, CA 95472 | | 2303 | Pacific Gas and Electric Company | 4/15/2019 | $0.00 | $0.00 | $6,217.36 | $1,659.64 | $7,877.00 | Damage not caused by PG&E |
| Starkey, Edwin<br>2021 Glen Abbey St<br>Atwater, CA 95301-4842 | | 5139 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $310.00 | $310.00 | Damage not caused by PG&E |
| Stein, Sheila<br>11070 Red Dog Rd<br>Nevada City, CA 95959-9506 | | 5501 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $17,625.00 | $17,625.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Tesch, Jim<br>Sharon Tesch 691 Greenstone Way<br>Angels Camp, CA 95222-9556 | | **5019** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $145,000.00 | $145,000.00 | Damage not caused by PG&E |
| The Hartford as subrogee of James and Shannon Israel<br>PO Box 14272<br>Lexington, KY 40512 | | **2786** | Pacific Gas and Electric Company | 4/24/2019 | $0.00 | $0.00 | $0.00 | $9,107.30 | $9,107.30 | Damage not caused by PG&E |
| The PIKS Group<br>684 Jay Street<br>Los Altos, CA 94022 | | **4306** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Damage not caused by PG&E |
| Thomas, Victoria<br>c/o Brent Kernan, attorney at law<br>P.O. Box 20630<br>Piedmont, CA 94620 | | **1895** | PG&E Corporation | 4/2/2019 | $0.00 | $0.00 | $0.00 | $20,528.97 | $20,528.97 | Damage not caused by PG&E |
| Tisdale, Darrin SR<br>3928 N Lafayette Ave<br>Fresno, CA 93705-2230 | | **7792** | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Damage not caused by PG&E |
| Troy, Angela<br>814 Barneson Ave<br>San Mateo, CA 94402-3417 | | **8632** | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $423.35 | $423.35 | Damage not caused by PG&E |
| Truong, Hiep<br>1 Mandalay Place, Unit 1811<br>South San Francisco, CA 94080 | | **9791** | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $1,850.00 | $1,850.00 | Damage not caused by PG&E |
| Tuttle, Richard<br>191 S Elm St<br>Arroyo Grande, CA 93420 | | **325** | PG&E Corporation | 2/12/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ungerman, Garth & Terri 328 S. Oro Ave. Stockton, CA 95215 | | **1397** | Pacific Gas and Electric Company | 3/11/2019 | $0.00 | $0.00 | $0.00 | $12,249.92 | $12,249.92 | Damage not caused by PG&E |
| Ungerman, Garth & Terri 328 S. Oro Ave. Stockton, CA 95215 | | **4309** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $12,324.82 | $12,324.82 | Damage not caused by PG&E |
| Union Sanitary District Shawn Nesgis 5072 Benson Road Union City, CA 94587 | | **1535** | Pacific Gas and Electric Company | 3/18/2019 | $0.00 | $0.00 | $0.00 | $85,368.48 | $85,368.48 | Damage not caused by PG&E |
| Urban, Josefina 918 First St. Galt, CA 95632 | | **7383** | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Damage not caused by PG&E |
| VARDAPETIAN, ARTHUR PO BOX 5789 FRESNO, CA 93755 | | **3915** | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | Damage not caused by PG&E |
| VELASCO, WILLIAM VERIZA RITA CRUZ 25800 INDUSTRIAL BLVD APT 332 BLDG D HAYWARD, CA 94545-2935 | | **7211** | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Damage not caused by PG&E |
| Volta Community Services District P.O. Box 2406 Los Banos, CA 93635 | | **3573** | Pacific Gas and Electric Company | 7/11/2019 | $0.00 | $0.00 | $0.00 | $5,381.00 | $5,381.00 | Damage not caused by PG&E |
| Wagner, Richard 6 Grand View Terrace San Francisco, CA 94114 | | **1972** | Pacific Gas and Electric Company | 3/28/2019 | $0.00 | $0.00 | $0.00 | $16,300.31 | $16,300.31 | Damage not caused by PG&E |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wallin, Carolyn<br>2677 Atlas Peak Road<br>Napa, CA 94558 | | 6233 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Wallin, Carolyn<br>2677 Atlas Peak Road<br>Napa, CA 94558 | | 8576 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Wang, Jane<br>19291 De Havilland Drive<br>Saratoga, CA 95070 | | 10702 | PG&E Corporation | 10/3/2019 | $0.00 | $0.00 | $0.00 | $2,317.00 | $2,317.00 | Damage not caused by PG&E |
| Wang, Jane<br>19291 De Havilland Drive<br>Saratoga, CA 95070 | | 10744 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $625.00 | $625.00 | Damage not caused by PG&E |
| Warren, Benjamin<br>6229 Shelter Creek Lane<br>San Bruno, CA 94066 | | 1119 | Pacific Gas and Electric Company | 2/25/2019 | $0.00 | $0.00 | $0.00 | $484.07 | $484.07 | Damage not caused by PG&E |
| Whitelaw, Ryan<br>4455 Nova Drive<br>Santa Cruz, CA 95062 | | 3596 | Pacific Gas and Electric Company | 7/15/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Damage not caused by PG&E |
| Wilber & Associates O/B/O Liberty Mutual Group A/S/O Mazzi, Anthony<br>210 Landmark Dr<br>Normal, IL 61761 | | 3241 | PG&E Corporation | 6/3/2019 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Damage not caused by PG&E |
| Wilford, Pamela<br>P.O. Box 635<br>Cobb, CA 95426-0635 | | 5474 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Damage not caused by PG&E |
| Willems, Bruce<br>1546 46th Avenue<br>San Francisco, CA 94122 | | 1073 | Pacific Gas and Electric Company | 2/25/2019 | $0.00 | $0.00 | $0.00 | $2,261.92 | $2,261.92 | Damage not caused by PG&E |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wilson, Murry<br>PO Box 5423<br>San Luis Obispo, CA 93403-5423 | | **6385** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Damage not caused by PG&E |
| Winter, James<br>220 Blackfield Dr<br>Tiburon, CA 94920 | | **3576** | Pacific Gas and Electric Company | 7/11/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Damage not caused by PG&E |
| Wiseblood, Joy<br>1216 Lake Court<br>Pebble Beach, CA 93953 | | **8646** | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $129.60 | $129.60 | Damage not caused by PG&E |
| Wong, Dennis<br>655 Eastwood Way<br>Mill Valley, CA 94941-3904 | | **8214** | Pacific Gas and Electric Company | 9/3/2019 | $0.00 | $0.00 | $0.00 | $37,558.17 | $37,558.17 | Damage not caused by PG&E |
| Ye, Jian<br>20413 Glen Brae Court<br>Saratoga, CA 95070 | | **3984** | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $325.00 | $325.00 | Damage not caused by PG&E |
| Zarate, Jorge Rodriguez<br>24221 S. Chrisman Road Spc 101<br>Tracy, CA 95304 | | **949** | PG&E Corporation | 2/17/2019 | $0.00 | $0.00 | $0.00 | $754.26 | $754.26 | Damage not caused by PG&E |
| Zarrin, Simon<br>13751 Harleigh Ct<br>Saratoga, CA 95070 | | **9134** | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $0.00 | $1,727.00 | $1,727.00 | Damage not caused by PG&E |
| Zumot, Talal J<br>2200 Crestmoor Dr<br>San Bruno, CA 94066 | | **4745** | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 | Damage not caused by PG&E |
| **Claims To Be Expunged Totals** | | **Count: 248** | | | **$284,686.28** | **$0.00** | **$222,399.92** | **$2,528,392.98** | **$3,035,479.18** | |