| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 2124 Bancroft Way, LLC c/o Hoge, Fenton, Jones & Appel, Inc. Attn: Sblend A. Sblendorio 4309 Hacienda Drive, #350 Pleasanton, CA 94588 | | 68137 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $24,515.00 | $24,515.00 | Damage not caused by PG&E |
| Allied P&C Insurance Company Berger Kahn ALC Nationwide c/o Craig S. Simon 1 Park Plaza, Suite 340 Irvine, CA 92614 | | 79801 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,477.11 | $3,477.11 | Damage not caused by PG&E |
| Allstate Insurance (Cote) Law Offices of Gregory Lucett 330 N. Brand Blvd., Suite 900 Glendale, CA 91203 | | 9077 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $54,587.18 | $54,587.18 | Damage not caused by PG&E |
| ALLSTATE INSURANCE COMPANY LAW OFFICES OF GREGORY J. LUCETT MICHAEL HAUS, ESQ 330 NORTH BRAND BLVD., SUITE 900 GLENDALE, CA 91203 | | 2376 | Pacific Gas and Electric Company | 4/17/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Damage not caused by PG&E |
| Allstate Insurance Company a/s/o Robert J. Ford Law Offices of Gregory J. Lucett Michael Haus, Esq. 330 North Brand Blvd., Suite 900 Glendale, CA 91203 | | 1290 | PG&E Corporation | 3/4/2019 | $0.00 | $0.00 | $0.00 | $21,292.61 | $21,292.61 | Damage not caused by PG&E |
| Allstate Northbrook Indemnity Company as Subrogee of David Noble Claim# 0526197909.1 Law Offices of Gregory J. Lucett 330 North Brand Boulevard., Suite 900 Glendale, CA 91203 | | 3534 | Pacific Gas and Electric Company | 7/2/2019 | $0.00 | $0.00 | $0.00 | $1,627.38 | $1,627.38 | Damage not caused by PG&E |
| Astrin, Deborah J. & Norman R. 8528 Lakewood Ave. Cotati, CA 94931 | | 96351 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $63,219.99 | $63,219.99 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker, Dave<br>6146 Berkshire Way<br>Paradise, CA 95969 | | 77997 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $962.60 | $0.00 | $962.60 | Damage not caused by PG&E |
| Boland, Timothy<br>2275 Silver Stone Street<br>Royal Oaks, CA 95076 | | 80565 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $1,399.00 | $1,399.00 | Damage not caused by PG&E |
| Brenner, Avi<br>14757 Sanctum Pl<br>Nevada City , CA 95959-9527 | | 69714 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Damage not caused by PG&E |
| CSAA IG<br>PO BOX 24523<br>OAKLAND, CA 94623 | | 2285 | Pacific Gas and Electric Company | 4/15/2019 | $0.00 | $0.00 | $0.00 | $5,824.09 | $5,824.09 | Damage not caused by PG&E |
| CSAA Insurance aso Giani Alves<br>PO Box 24523<br>Oakland, CA 94623 | | 2717 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $4,156.34 | $4,156.34 | Damage not caused by PG&E |
| CSAA Insurance Exchange<br>Michael, Tran, Goldberg, et al. Stanley Michael, Esq. 3055 Oak Road, MS W270<br>Walnut Creek, CA 94597 | | 1608 | Pacific Gas and Electric Company | 3/12/2019 | $0.00 | $0.00 | $0.00 | $507.92 | $507.92 | Damage not caused by PG&E |
| CSAA Insurance Exchange (CSAA)<br>Michael, Tran, Goldberg & Costello Stanley J. Michael 3055 Oak Road, Ms W270<br>Walnut Ceek, CA 94597 | | 2884 | Pacific Gas and Electric Company | 5/1/2019 | $0.00 | $0.00 | $0.00 | $4,163.51 | $4,163.51 | Damage not caused by PG&E |
| CSAA Insurance Exchange as Subrogee of Constrance Henderson<br>Michael, Tran, Goldberg, et al. Stanley J. Michael 3055 Oak Road, MS W270<br>Walnut Creek, CA 94597 | | 3378 | PG&E Corporation | 6/17/2019 | $0.00 | $0.00 | $0.00 | $1,663.19 | $1,663.19 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CSAA Interinsurance Exchange AAA Claims Dept. Atn.; Clm # 1003-08-8961 PO Box 24523 Oakland, CA 94623 | | 1008 | Pacific Gas and Electric Company | 2/19/2019 | $2,663.19 | $0.00 | $0.00 | $0.00 | $2,663.19 | Damage not caused by PG&E |
| Curtis, Marylin R PO Box 585 Pollock Pines, CA 95726 | | 80691 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $7,355.00 | $7,355.00 | Damage not caused by PG&E |
| Daphnis, Nikos 67 Fairlawn Drive Berkeley, CA 94708 | | 79256 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Damage not caused by PG&E |
| Davidson, Steven K 2760 W Fir Ave Fresno, CA 93711 | | 71738 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,256.00 | $2,256.00 | Damage not caused by PG&E |
| Deborah J Astrin & Norman R. Astrin 8528 Lakewood Ave. Cotati, CA 94931 | | 59418 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| DHKK,INC. 19740 MISSION BLVD HAYWARD, CA 94541-1235 | | 66464 | PG&E Corporation | 10/19/2019 | $0.00 | $0.00 | $7,990.43 | $0.00 | $7,990.43 | Damage not caused by PG&E |
| Enos, Roxanne 3349 El Dorado Royale Dr Cameron Park, CA 95682-8643 | | 81036 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $14,033.00 | $14,033.00 | Damage not caused by PG&E |
| Enterprise Rent A Car PO Box 801770 Kansas City, MO 64180 | | 196 | PG&E Corporation | 2/11/2019 | $0.00 | $0.00 | $0.00 | $6,763.90 | $6,763.90 | Damage not caused by PG&E |
| Erickson, Janelle 300 Myers Dr. Apt 27 Chowchilla, CA 93610 | | 81196 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $450.00 | $11,550.00 | $12,000.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Floyd M. Fulton & Kaye M. Fulton Trust dated 11/19/1996 Steven D. Fulton 4262 Rocky Ridge Ct Paradise, CA 95969 | | 82576 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| GEO Auto Body 608 S. Amphlett Blvd. San Mateo, CA 94401 | | 63977 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $60,000.00 | $60,000.00 | Damage not caused by PG&E |
| Golden State Broadcasting Krev-FM Candlestick Hill Tranmitter PO Box 1300 Fair Oaks, CA 95628-1300 | | 80938 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $11,034.00 | $11,034.00 | Damage not caused by PG&E |
| Jurkovic, Michael PO Box 3179 San Ramon, CA 94583 | | 80468 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $80,000.00 | $80,000.00 | Damage not caused by PG&E |
| Konopka, John 550 Terrace Ave Half Moon Bay, CA 94019 | | 78587 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $19,200.00 | $19,200.00 | Damage not caused by PG&E |
| Leland Creek Improvement Association Attn: Rose Louis-President 1905 Edgebrook Dr. #C Modesto, CA 95354 | | 76921 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,521.17 | $5,521.17 | Damage not caused by PG&E |
| Massis, Nimer George S. Wynns, Attorney at Law 124 Brewster Street San Francisco, CA 94110-5304 | | 79252 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $21,924.60 | $21,924.60 | Damage not caused by PG&E |
| McGrath, H.R. Bob 4712 Montgomery Ln Santa Rosa, CA 95409 | | 67276 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $15,970.00 | $15,970.00 | Damage not caused by PG&E |
| McTurk, Janet 24670 Lower Trial Carmel, CA 93923 | | 53826 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mercury Insurance Company as subrogee of Rachel Brewer and Andrew Dobbs<br>PO Box 10730<br>Santa Ana, CA 92711 | | 2937 | Pacific Gas and Electric Company | 5/7/2019 | $0.00 | $0.00 | $0.00 | $11,482.35 | $11,482.35 | Damage not caused by PG&E |
| Mid-Century Insurance Company Berger Kahn ALC Farmers c/o Craig Simon 1 Park Plaza, Suite 340<br>Irvine, CA 92614 | | 77987 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $19,669.93 | $19,669.93 | Damage not caused by PG&E |
| Morton, Clyde<br>Carol A. Iantuano 2357 Hagen Oaks Dr<br>Alamo, CA 94507-2208 | | 80171 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Damage not caused by PG&E |
| Moss, Claudia Elizabeth<br>2841 Valleywood Drive<br>San Bruno, CA 94066 | | 80764 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Damage not caused by PG&E |
| Muessel, Christopher A<br>7730 Silverado Trail<br>Napa, CA 94558 | | 75887 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Damage not caused by PG&E |
| Nationwide Agribusiness Insurance Company<br>Yost & Baill Attn: David Taylor 220 South 6th Street, Suite 2050<br>Minneapolis, MN 55402 | | 3092 | Pacific Gas and Electric Company | 5/21/2019 | $0.00 | $0.00 | $0.00 | $59,500.00 | $59,500.00 | Damage not caused by PG&E |
| Nelsen, Roxanne C.<br>868 Parma Way<br>Los Altos, CA 94024 | | 16990 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $20,011.56 | $20,011.56 | Damage not caused by PG&E |
| Nelson, Quentin R.<br>222 Needles Way<br>Folsom, CA 95630 | | 71742 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $14,033.00 | $14,033.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Owens, Lonnie Leo<br>Patriot Ranch 38541 Peterson Road<br>Auberry, CA 93602 | | 77544 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Damage not caused by PG&E |
| Progressive Select Insurance Company<br>PO Box 512929<br>Los Angeles, CA 90051 | | 2972 | Pacific Gas and Electric Company | 5/10/2019 | $0.00 | $0.00 | $0.00 | $6,139.93 | $6,139.93 | Damage not caused by PG&E |
| RUBIO, ANDRES<br>545 N. SHASTA AVE.<br>STOCKTON, CA 95205 | | 56276 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Damage not caused by PG&E |
| Sawyer, Marguerite<br>139 W. Lassen Ave Apt 29<br>Chico, CA 95973 | | 59635 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $22,000.00 | $22,000.00 | Damage not caused by PG&E |
| Shell, Marc<br>330 Bridgeview Drive<br>Auburn, CA 95603 | | 79138 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $60,000.00 | $60,000.00 | Damage not caused by PG&E |
| Shen, Edward<br>28947 Thousand Oaks Blvd. Unit 143<br>Agoura Hills, CA 91301 | | 17214 | Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $9,340.00 | $9,340.00 | Damage not caused by PG&E |
| State Farm Mutual Insurance Companies<br>PO Box 52250<br>Phoenix, AZ 85072-2250 | | 8656 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $5,630.66 | $5,630.66 | Damage not caused by PG&E |
| Sun Lakes Construction Company of California<br>Attn: Brian Smith 2185 The Alameda Suite 150<br>San Jose, CA 95126 | | 80092 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $10,232.12 | $10,232.12 | Damage not caused by PG&E |
| Thomas E. Zewart MD, PhD, Inc<br>15 Ryan Court<br>Monterey, CA 93953 | | 30985 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $35,595.46 | $35,595.46 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Thurlow, John<br>27 Home Rd<br>Woodside, CA 94062 | | 30809 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $40,000.00 | $40,000.00 | Damage not caused by PG&E |
| Vie-Del Company<br>PO BOX 2908<br>Fresno, CA 93745 | | 59573 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $12,850.00 | $46,346.24 | $59,196.24 | Damage not caused by PG&E |
| Wade, Mark<br>3640 Garnet Road<br>Pollock Pines, CA 95726 | | 80561 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Damage not caused by PG&E |
| WALKER, QUEDELLIS<br>P.O. BOX 1304<br>LOWER LAKE, CA 95457 | | 78944 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Damage not caused by PG&E |
| Wright, Elisabeth<br>PO Box 594<br>Corte Madera, CA 94976-0594 | | 10267 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Damage not caused by PG&E |
| YARNELL, DANIELLE<br>424 MAUREEN LN<br>PLEASANT HILL, CA 94523-2134 | | 66157 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Damage not caused by PG&E |
| YOLO COUNTY TRANSPORTATION AND CALTIP<br>YORK RISK ATTN: KATHLEEN TURNER 1101 CREEKS RIDGE STE 100<br>ROSEVILLE, CA 95678 | | 17241 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $26,965.82 | $26,965.82 | Damage not caused by PG&E |
| Zoellner, Leah<br>3366 Ponderosa Rd PO Box 503<br>Arnold, CA 95223 | | 58602 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $10,500.00 | $10,500.00 | Damage not caused by PG&E |
| **Claims To Be Expunged Totals** | | **Count: 58** | | | **$2,663.19** | **$0.00** | **$22,753.03** | **$999,438.06** | **$1,024,854.28** | |