| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aldred, Fred Mark<br>PO BOX 462<br>Paradise, CA 95967 | | 81418 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Post-Petition Claims |
| Ballard, Gloria<br>2945 Castle Drive<br>San Jose, CA 95125 | | 1970 | Pacific Gas and Electric Company | 3/29/2019 | $0.00 | $0.00 | $0.00 | $2,340.00 | $2,340.00 | Post-Petition Claims |
| Blaine Spears or Vanessa Stenz<br>10728 Glenbrook Estates Ct.<br>Grass Valley, CA 95945 | | 2740 | Pacific Gas and Electric Company | 4/23/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | PSPS Claims |
| Bock, Mia<br>4868 Shetland Avenue<br>Oakland, CA 94605 | | 57398 | Pacific Gas and Electric Company | 10/15/2019 | $100.00 | $0.00 | $0.00 | $250.00 | $350.00 | Post-Petition Claims |
| Bonnema, Christopher L.<br>c/o Paul F. Ready Farmer & Ready 1254 Marsh Street, PO Box 1443<br>San Luis Obispo, CA 93406 | | 19871 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $115,189.32 | $0.00 | $0.00 | $115,189.32 | Post-Petition Claims |
| Bonnema, Christopher L.<br>c/o Paul F. Ready Farmer & Ready 1245 Marsh Street, PO Box 1443<br>San Luis Obispo, CA 93406 | | 106176 | PG&E Corporation | 6/29/2020 | $0.00 | $115,189.32 | $0.00 | $0.00 | $115,189.32 | Post-Petition Claims |
| CAMUNEZ, JOHN<br>1305 ADAMS STREET<br>SALINAS, CA 93906 | | 1841 | Pacific Gas and Electric Company | 3/31/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | PSPS Claims |
| Cano, Samuel<br>28300 Christopher Ln<br>Los Altos Hills, CA 94022-1802 | | 6929 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post-Petition Claims |
| Cates, Hali<br>PO Box 513<br>Clearlake Oaks, CA 95423 | | 60604 | Pacific Gas and Electric Company | 10/21/2019 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | Post-Petition Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cho, Cho M<br>6748 Mission Street Box #227<br>Daly City, CA 94014 | | 80686 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | PSPS Claims |
| Christ The Lord Episcopal<br>592A Tennent Ave<br>Pinole, CA 94564-1629 | | 10157 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $8,119.75 | $8,119.75 | Post-Petition Claims |
| City of Santa Rosa<br>Office of the City Attorney Sue Gallagher, City Attorney 100 Santa Rosa Avenue, Room 8<br>Santa Rosa, CA 95404 | | 97016 | Pacific Gas and Electric Company | 2/25/2020 | $0.00 | $0.00 | $0.00 | $61,894.47 | $61,894.47 | Post-Petition Claims |
| Cokley, Larry<br>Ellen Cokley 2720 Oharte Rd<br>San Pablo, CA 94806-1430 | | 59884 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $8,600.00 | $0.00 | $8,600.00 | Post-Petition Claims |
| Eichenseer, Thea & Heinz<br>PO Box 2364<br>Flournoy, CA 96029-2364 | | 8102 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $10,136.00 | $10,136.00 | Post-Petition Claims |
| Engel, George L.<br>12116 Horseshoe Lane<br>Nevada City, CA 95959-3570 | | 80033 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $25,070.72 | $0.00 | $25,070.72 | PSPS Claims |
| EPS Inc., dba Express Plumbing<br>307 N Amphlett Blvd<br>San Mateo, CA 94401 | | 4127 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $19,500.00 | $19,500.00 | Post-Petition Claims |
| Foley, Eric<br>15195 Konocti View Rd.<br>Clear Lake, CA 95422 | | 67903 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $900.00 | $0.00 | $900.00 | PSPS Claims |
| Fugate, Bryan<br>Andrea Newell 4427 Arabian Rd<br>Livermore, CA 94551-5403 | | 7305 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Post-Petition Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fuller, Donald P<br>113 Acacia Ave<br>Oroville, CA 95966-3658 | | 68560 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $1,228.89 | $0.00 | $1,228.89 | Post-Petition Claims |
| Gage, Patrick<br>1440 41st Street<br>Sacramento, CA 95819 | | 66219 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | PSPS Claims |
| Gemmell, Eileen<br>12512 Davan Drive<br>Silver Spring, MD 20904 | | 56932 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | Post-Petition Claims |
| GIANTS LIQUOR AND FOOD SERVICE<br>235 E MIDDLEFIELD RD. STE-1<br>MOUNTAIN VIEW, CA 94043 | | 4423 | Pacific Gas and Electric Company | 7/20/2019 | $0.00 | $0.00 | $0.00 | $1,125.00 | $1,125.00 | Post-Petition Claims |
| Giuseppe's Cucina Italiana<br>891 Price Street<br>Pismo Beach, CA 93449 | | 2227 | Pacific Gas and Electric Company | 4/8/2019 | $0.00 | $0.00 | $0.00 | $5,800.00 | $5,800.00 | PSPS Claims |
| Gutierrez, Beatrice T<br>Hugo Reynoso 25456 S Schulte Rd Ste 2<br>Tracy, CA 95377-9709 | | 5181 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Post-Petition Claims |
| Hamilton, Rodney A<br>491 Monument Rd<br>Rio Dell, CA 95562-1646 | | 7311 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $1,460.00 | $1,460.00 | Post-Petition Claims |
| Humphrey, Levi L<br>PO Box 103<br>Redway, CA 95560 | | 57824 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $8,500.00 | $8,500.00 | Post-Petition Claims |
| Hunt, Roxanne<br>330 W Acacia St Apt 30<br>Stockton, CA 95203-2544 | | 7144 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $120.00 | $120.00 | Post-Petition Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kampmann, Pete L<br>4955 Wilson Hill Rd<br>Manton, CA  96059-8623 | | 8262 | Pacific Gas and Electric Company | 9/3/2019 | $0.00 | $0.00 | $0.00 | $1,195.45 | $1,195.45 | Post-Petition Claims |
| Kohn, Brenda F<br>5 Ahab Drive<br>Muir Beach, CA  94965 | | 65461 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | Post-Petition Claims |
| Maravilla, Evangelina<br>4602 Walnut St<br>Oakland, CA  94619 | | 991 | Pacific Gas and Electric Company | 2/21/2019 | $0.00 | $0.00 | $0.00 | $417.92 | $417.92 | Post-Petition Claims |
| Mark A. Klein and Janet S. Klein, husband and wife<br>19405 Park Ridge Drive<br>Hidden Valley Lake, CA  95467 | | 80500 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $18,025.00 | $18,025.00 | PSPS Claims |
| Mass, Elliot<br>13455 Paintbrush Lane<br>Pine Grove, CA  95665 | | 8776 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $633.00 | $633.00 | PSPS Claims |
| MECHAM, KENT<br>818 STELLA ST<br>VALLEJO, CA  94589-2046 | | 6928 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Post-Petition Claims |
| Nikcevic, Paul<br>70 Gresham Lane<br>Atherton, CA  94027 | | 2132 | Pacific Gas and Electric Company | 4/11/2019 | $0.00 | $0.00 | $0.00 | $3,520.17 | $3,520.17 | Post-Petition Claims |
| Parks, George & Marlene<br>6069 Greenleaf Ln.<br>Foresthill, CA  95631 | | 6592 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $221.50 | $221.50 | PSPS Claims |
| Porter, Charles<br>2956 Coloma Street<br>Placerville, CA  95667 | | 4277 | Pacific Gas and Electric Company | 8/3/2019 | $0.00 | $0.00 | $0.00 | $1,554.75 | $1,554.75 | Post-Petition Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Qu, XiaoXia<br>Minggang Ji 22030 Mount Eden Rd<br>Saratoga, CA 95070-9729 | | 10563 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $893.60 | $0.00 | $893.60 | Post-Petition Claims |
| SALLAY, JOHN A<br>3258 SILVERADO CT<br>LAFAYETTE, CA 94549-5333 | | 4492 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $1,772.29 | $1,772.29 | Post-Petition Claims |
| Santa Cruz County Sanitation District<br>Beatriz Barranco 701 Ocean Street, Room 410<br>Santa Cruz, CA 95060 | | 9154 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $21,059.64 | $21,059.64 | Post-Petition Claims |
| Saucedo, Sergio Javier<br>PO Box 2367<br>Marysville, CA 95901-0084 | | 80967 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $540.63 | $540.63 | Post-Petition Claims |
| Simmons, Darryl<br>7010 Sprig Way<br>Anderson, CA 96007 | | 1873 | Pacific Gas and Electric Company | 3/29/2019 | $0.00 | $0.00 | $0.00 | $55.00 | $55.00 | Post-Petition Claims |
| Sorensen, Dennis<br>568 Viejo Rd<br>Carmel, CA 93923 | | 3040 | Pacific Gas and Electric Company | 5/17/2019 | $0.00 | $0.00 | $0.00 | $6,119.86 | $6,119.86 | Post-Petition Claims |
| Strange, Diane Schock<br>5840 Pony Express Trail #41<br>Pollock Pines, CA 95726 | | 6468 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $1,920.00 | $0.00 | $1,920.00 | PSPS Claims |
| Tint, Lawrence<br>1621 NW Lacamas Drive<br>Camas, WA 98607 | | 16755 | Pacific Gas and Electric Company | 10/5/2019 | $0.00 | $0.00 | $0.00 | $1,710.81 | $1,710.81 | PSPS Claims |
| Villalobos, Robert & Marie<br>6085 Shasta Rd.<br>Garden Valley, CA 95633 | | 3784 | Pacific Gas and Electric Company | 7/17/2019 | $0.00 | $0.00 | $0.00 | $933.79 | $933.79 | PSPS Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Warzyca, Maria<br>2720 E Olive Ave<br>Merced, CA 95340-8321 | | 10307 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Post-Petition Claims |
| Wilcox, Timothy & Jana<br>978 Carmel St<br>Morro Bay, CA 93442-2650 | | 70206 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 | Post-Petition Claims |
| Xu, Xiaopeng<br>624 Talbot Ave<br>Albany, CA 94706-1308 | | 7723 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Post-Petition Claims |
| Young, Jim<br>18925 Summit Rd<br>Paynes Creek, CA 96075-9729 | | 5718 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | PSPS Claims |
| **Claims To Be Expunged Totals** | | **Count: 49** | | | $400.00 | $230,378.64 | $38,613.21 | $408,105.03 | $677,496.88 | |