| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aguilar, Carlos<br>2354 Davis Ct.<br>Placerville, CA  95667 | | 3291 | Pacific Gas and Electric Company | 6/12/2019 | $0.00 | $0.00 | $0.00 | $780.00 | $780.00 | Rule 2 Claims |
| AIG Property Casualty Company<br>American International Group, Inc. c/o: Russell L. Lippman 80 Pine Street, 13th Floor<br>New York, NY  10005 | | 79484 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $99,604.21 | $99,604.21 | Rule 2 Claims |
| Allstate Insurance (Medearis)<br>Law Offices of Gregory Luchtt<br>330 N. Brand Blvd., Suite 900<br>Glendale, CA  91203 | | 7075 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $60,248.24 | $60,248.24 | Rule 16 Claims |
| Amaral, Scott<br>Cheryl Amaral 972 Florence Rd<br>Livermore, CA  94550-5541 | | 6907 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Statute of Limitations Passed |
| Amiot, Bonnie<br>3000 Summit Road<br>San Bruno, CA  94066 | | 4388 | PG&E Corporation and Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $13,558.23 | $13,558.23 | Rule 2 Claims |
| Amiot, Bonnie<br>3000 Summit Road<br>San Bruno, CA  94066 | | 2038 | Pacific Gas and Electric Company | 4/1/2019 | $0.00 | $0.00 | $0.00 | $15,135.10 | $15,135.10 | Rule 2 Claims |
| Argonza, Corazon<br>2620 S. King Rd.<br>San Jose, CA  95122 | | 2614 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $1,327.88 | $1,327.88 | Rule 14 Claims |
| BALDWIN, CHAZ<br>16770 BUNNY LN<br>ANDERSON, CA  96007 | | 3802 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $1,220.77 | $1,220.77 | Rule 14 Claims |
| Basmayor, Valentina<br>PO Box 13025<br>Aiea, HI  96701 | | 7925 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $1,267.00 | $1,267.00 | Rule 2 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bernardo, Sharon<br>959 Candlewood Dr<br>El Dorado Hills, CA 95762 | | 2735 | Pacific Gas and Electric Company | 4/23/2019 | $0.00 | $0.00 | $0.00 | $3,283.00 | $3,283.00 | Rule 16 Claims |
| Blue Polk, LLC<br>2215 Chestnut St #2<br>San Francisco, CA 94123 | | 725 | Pacific Gas and Electric Company | 2/13/2019 | $0.00 | $0.00 | $0.00 | $10,977.64 | $10,977.64 | Rule 14 Claims |
| Book, David L.<br>23830 Fairfield Place<br>Carmel, CA 93923-9467 | | 7013 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $288.68 | $288.68 | Rule 2 Claims |
| Borelli, John J.<br>PO Box 22275<br>Carmel, CA 93922 | | 1935 | Pacific Gas and Electric Company | 3/29/2019 | $0.00 | $0.00 | $0.00 | $2,207.20 | $2,207.20 | Rule 2 Claims |
| Bowen, Winston<br>15340 Seadrift Ave.<br>Caspar, CA 95420 | | 17100 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $303.40 | $303.40 | Rule 2 Claims |
| Briggs, Rob<br>1101 Fairlawn Ct Apt 3<br>Walnut Creek, CA 94595-2868 | | 6325 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Statute of Limitations Passed |
| Brinton, William<br>19201 Highway 12, #402<br>Sonoma, CA 95476 | | 64462 | PG&E Corporation | 10/19/2019 | $0.00 | $0.00 | $0.00 | $10,750.00 | $10,750.00 | Rule 16 Claims |
| Burgos, Efrain<br>3741 Madera Way<br>San Bruno, CA 94066 | | 517 | PG&E Corporation | 2/15/2019 | $0.00 | $0.00 | $0.00 | $5,480.21 | $5,480.21 | Rule 2 Claims |
| Carlomagno, Joe<br>1139 Mc Clelland Drive<br>Novato, CA 94945 | | 4519 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $831.89 | $831.89 | Rule 2 Claims |
| Chang, Paul<br>20500 Town Center Ln Unit 161<br>Cupertino, CA 95014-3216 | | 4867 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Statute of Limitations Passed |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CHIU, SHAUN<br>2309 Poppy Dr.<br>BURLINGAME, CA 94010 | | 2732 | Pacific Gas and Electric Company | 4/24/2019 | $0.00 | $0.00 | $0.00 | $2,225.00 | $2,225.00 | Rule 2 Claims |
| Cho, Cho M<br>6748 Mission Street, Box #227<br>Daly City, CA 94014 | | 80592 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $515.20 | $515.20 | Rule 2 Claims |
| Coleman, Douglas<br>P.O. Box 5783<br>Santa Maria, CA 93456 | | 1174 | PG&E Corporation | 2/26/2019 | $0.00 | $0.00 | $0.00 | $352.59 | $352.59 | Rule 2 Claims |
| Concord Iron Works, Inc.<br>1550 Loveridge Rd., Box 15<br>Pittsburg, CA 94565 | | 990 | Pacific Gas and Electric Company | 2/20/2019 | $0.00 | $0.00 | $0.00 | $30,084.85 | $30,084.85 | Rule 2 Claims |
| Crone, Christopher<br>3835 Mountcliff Ct.<br>San Jose, CA 95136 | | 10278 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $19,000.00 | $19,000.00 | Statute of Limitations Passed |
| CSAA Insurance Exchange as subrogee of Florence Oliver<br>Dorothy T. Tran, Esq. SB# 269617 Michael, Tran, Goldberg, et al. 3055 Oak Road, MS W270 1001-48-7025<br>Walnut Creek, CA 94597 | | 3575 | PG&E Corporation | 7/11/2019 | $0.00 | $0.00 | $0.00 | $9,721.89 | $9,721.89 | Statute of Limitations Passed |
| Dauphine, Richard<br>980 Cass St<br>Monterey, CA 93940-4548 | | 6053 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Rule 2 Claims |
| DeBose, Tandra<br>1475 Excelsior Ave<br>Oakland, CA 94602 | | 7769 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $3,125.00 | $3,125.00 | Statute of Limitations Passed |
| Del Toro, Manuel & Susana Del Toro & Darin & Lori Sundgren<br>PO Box 81564<br>Bakersfield, CA 93380 | | 17119 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $3,919.82 | $3,919.82 | Rule 2 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dickey, James<br>107 Littlefield Road<br>Monterey, CA 93940 | | 981 | PG&E Corporation | 2/25/2019 | $0.00 | $0.00 | $0.00 | $560.00 | $560.00 | Rule 2 Claims |
| Dremann, Craig Carlton<br>P.O. Box 361<br>Redwood City, CA 94064 | | 67781 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | Statute of Limitations Passed |
| Drummond, Roger<br>935 Oakes St<br>East Palo Alto, CA 94303 | | 1455 | Pacific Gas and Electric Company | 3/12/2019 | $0.00 | $0.00 | $0.00 | $1,778.90 | $1,778.90 | Rule 2 Claims |
| Eastman, Darren<br>21446 Oneda Ct.<br>Los Gatos, CA 95033 | | 64083 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $226.78 | $0.00 | $226.78 | Rule 14 Claims |
| Engelman, Betina<br>1339 Valencia Avenue<br>Stockton, CA 95209 | | 70319 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $2,212.00 | $0.00 | $2,212.00 | Rule 2 Claims |
| Fire Insurance Exchange<br>Farmers c/o Craig Simon Berger Kahn ALC 1 Park Plaza, Suite 340<br>Irvine, CA 92614 | | 79626 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $12,974.67 | $12,974.67 | Rule 16 Claims |
| Fonseca, Charlie<br>7 Manor Rd<br>Fairfax, CA 94930-1407 | | 7323 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Rule 16 Claims |
| Foxworthy, Sara<br>4184 Burnett Road<br>Lincoln, CA 95648 | | 1148 | Pacific Gas and Electric Company | 2/25/2019 | $0.00 | $0.00 | $0.00 | $284.06 | $284.06 | Rule 2 Claims |
| Ganley, Marie<br>Lorna Ganley PO Box 16<br>Lacerne, CA 95458 | | 30920 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $1,512.78 | $1,512.78 | Rule 14 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garrison, Gayle<br>1201 Monument Blvd. #75<br>Concord, CA 94520 | | 3775 | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $700.00 | $0.00 | $700.00 | Rule 2 Claims |
| Giuseppe's Cucina Italiana<br>891 Price Street<br>Pismo Beach, CA 93449 | | 1800 | Pacific Gas and Electric Company | 3/19/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Rule 14 Claims |
| Gould, Bryan<br>70 Pleasant Lane<br>San Rafael, CA 94801 | | 2047 | Pacific Gas and Electric Company | 4/2/2019 | $0.00 | $0.00 | $0.00 | $5,191.00 | $5,191.00 | Rule 2 Claims |
| Grady, Linda<br>2307 Allen Dr<br>Auburn, CA 95602 | | 1193 | Pacific Gas and Electric Company | 2/28/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Rule 16 Claims |
| Grady, Linda<br>2307 Allen Dr<br>Auburn, CA 95602 | | 80248 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,359.07 | $2,359.07 | Rule 16 Claims |
| Green, Willie & Ora<br>2845 Magnolia Street<br>Oakland, CA 94608 | | 80673 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $30,877.00 | $30,877.00 | Statute of Limitations Passed |
| Guan, Yue Feng<br>4008 California St<br>San Francisco, CA 94118 | | 937 | Pacific Gas and Electric Company | 2/22/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Rule 2 Claims |
| Guerrero, Desiree<br>1108 W Cornell Ave Unit A<br>Fresno, CA 93705-3963 | | 7031 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Rule 14 Claims |
| Halliwell, Mikel S<br>1463 Ormsby Dr<br>Sunnyvale, CA 94087-4246 | | 70278 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $4,041.06 | $4,041.06 | Rule 2 Claims |
| Halvorsen, Ross E<br>1415 Jackson st<br>Jasper, IN 47546-2011 | | 4838 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Statute of Limitations Passed |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Heck, Colleen<br>17906 Pesante Road<br>Prunedale, CA 93907 | | 701 | PG&E Corporation | 2/13/2019 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | Rule 2 Claims |
| Hejazi, Henry<br>105 Rowan Tree Ln<br>Hillsborough, CA 94101 | | 73 | Pacific Gas and Electric Company | 2/5/2019 | $0.00 | $0.00 | $0.00 | $3,927.54 | $3,927.54 | Rule 2 Claims |
| Hejazi, Henry<br>105 Rowan Tree Ln<br>Hillsborough, CA 94101 | | 1207 | Pacific Gas and Electric Company | 2/28/2019 | $0.00 | $0.00 | $0.00 | $3,478.91 | $3,478.91 | Rule 2 Claims |
| Hodges, Brittany<br>3525 Joanne Lane<br>Cottonwood, CA 96022 | | 689 | Pacific Gas and Electric Company | 2/20/2019 | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 | Rule 14 Claims |
| Hughes, David<br>24622 Cypress Dr<br>Willits, CA 95490-8555 | | 17427 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $428.00 | $428.00 | Rule 14 Claims |
| Hurtado, Raul<br>111 Lomitas Avenue<br>South San Francisco, CA 94080 | | 800 | Pacific Gas and Electric Company | 2/14/2019 | $0.00 | $0.00 | $0.00 | $2,800.00 | $2,800.00 | Rule 2 Claims |
| Jahns, Jessica<br>28299 Sweetland Rd<br>North San Juan, CA 95960 | | 1143 | PG&E Corporation | 2/25/2019 | $0.00 | $0.00 | $0.00 | $3,789.82 | $3,789.82 | Rule 2 Claims |
| JBG,LLC<br>JOE BALDANZI 1300 HOWARD STREET<br>BURLINGAME, CA 94010 | | 1014 | Pacific Gas and Electric Company | 2/20/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Rule 14 Claims |
| Johnson, Ruth<br>751 W Birch Ave<br>Clovis, CA 93611-6790 | | 8339 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $425.00 | $425.00 | Statute of Limitations Passed |
| Junemann, Michael<br>3001 Evergreen Ave. Suite B<br>West Sacramento, CA 95691 | | 3972 | Pacific Gas and Electric Company | 7/18/2019 | $0.00 | $0.00 | $2,850.00 | $7,507.60 | $10,357.60 | Rule 16 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kahlon, Kanwaljit<br>5135 Mertola Drive<br>El Dorado Hills, CA  95762 | | 1153 | Pacific Gas and Electric Company | 2/27/2019 | $0.00 | $0.00 | $0.00 | $8,953.20 | $8,953.20 | Rule 2 Claims |
| Kaur, Tajinder<br>662 Kirk Glen Drive<br>San Jose, CA  95133 | | 4301 | Pacific Gas and Electric Company | 8/2/2019 | $3,845.99 | $0.00 | $3,845.99 | $0.00 | $7,691.98 | Statute of Limitations Passed |
| Kautz, Paulo<br>228 Main Street<br>Salinas, CA  93901 | | 8629 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $7,289.01 | $7,289.01 | Rule 14 Claims |
| Kent, Matthew W.<br>7243 Shelter Creek Lane<br>San Bruno, CA  94066 | | 186 | Pacific Gas and Electric Company | 2/12/2019 | $0.00 | $0.00 | $0.00 | $100.42 | $100.42 | Rule 14 Claims |
| Kings Canyon Unified School District<br>Attn: Aide Garza 1801 10th Street<br>Reedley, CA  93654 | | 3866 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $19,577.94 | $19,577.94 | Rule 16 Claims |
| Kleis, Jeffery<br>2 Hazelbranch<br>Aliso Viejo, CA | | 79473 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $17,940.00 | $17,940.00 | Rule 14 Claims |
| Klinger, Barry<br>3105 Lone Tree Way Ste C<br>Antioch, CA  94509-4974 | | 8342 | Pacific Gas and Electric Company | 9/4/2019 | $4,953.00 | $0.00 | $0.00 | $0.00 | $4,953.00 | Statute of Limitations Passed |
| Knopf, Tracy L<br>PO Box 1088<br>Twain Harte, CA  95383-1088 | | 6191 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Statute of Limitations Passed |
| Larin, Amada M.<br>3975 Rigel Avenue<br>Lompoc, CA  93436 | | 164 | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $0.00 | $475.00 | $475.00 | Rule 16 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Larson, Loretta<br>P.O. Box 191<br>Riverbank, CA 95367 | | 1711 | Pacific Gas and Electric Company | 3/18/2019 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Rule 14 Claims |
| Larzelere, Jennifer<br>143 Bennett St.<br>Grass Valley, CA 95945 | | 6011 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $8,080.00 | $8,080.00 | Rule 2 Claims |
| Laurel Dental San Carlos-Wu, Jean<br>1267 Laurel Street<br>San Carlos, CA 94070 | | 4358 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 2 Claims |
| Laurel Dental San Carlos-Wu, Jean<br>1267 Laurel Street<br>San Carlos, CA 94070 | | 4399 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $1,112.66 | $1,112.66 | Rule 2 Claims |
| Ledgerwood, Susan<br>7915 Cohasset Rd<br>Chico, CA 95973-8838 | | 76463 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $15,412.00 | $15,412.00 | Rule 14 Claims |
| Leverone, Elece<br>575 Aguajito Road<br>Carmel, CA 93923 | | 931 | PG&E Corporation | 2/18/2019 | $0.00 | $0.00 | $0.00 | $8,857.23 | $8,857.23 | Rule 2 Claims |
| Lovinger, Joy<br>68 Sunrise Mtn Rd<br>Cazadero, CA 95421 | | 117 | PG&E Corporation | 2/6/2019 | $0.00 | $0.00 | $0.00 | $766.13 | $766.13 | Rule 2 Claims |
| Ly, Ngan T.<br>Motherhood Nails Salon 127 Keller Street<br>Petaluma, CA 94952 | | 2232 | Pacific Gas and Electric Company | 4/10/2019 | $0.00 | $0.00 | $0.00 | $4,625.73 | $4,625.73 | Rule 2 Claims |
| Ly, Nhan<br>680 Barber Lane<br>Milpitas, CA 95035 | | 112 | PG&E Corporation | 2/7/2019 | $0.00 | $0.00 | $0.00 | $6,111.35 | $6,111.35 | Statute of Limitations Passed |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Magnoli, Lynn<br>50 W. Main St.<br>LOS GATOS, CA 95030 | | 16850 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $4,623.00 | $4,623.00 | Rule 14 Claims |
| Magnoli, Lynn<br>50 W. Main St.<br>Los Gatos, CA 95030 | | 16980 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $1,614.00 | $1,614.00 | Rule 14 Claims |
| Magnoli, Lynn<br>50 W. Main St.<br>Los Gatos, CA 95030 | | 16924 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $1,750.00 | $1,750.00 | Rule 14 Claims |
| Magnoli, Lynn<br>50 W. Main St.<br>Los Gatos, CA 95030 | | 16766 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $1,338.70 | $1,338.70 | Rule 14 Claims |
| Magnoli, Lynn<br>50 W. Main St.<br>Los Gatos, CA 95030 | | 16851 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $5,448.00 | $5,448.00 | Rule 14 Claims |
| Magnoli, Lynn<br>50 W. Main St.<br>Los Gatos, CA 95030 | | 16848 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $1,825.00 | $1,825.00 | Rule 14 Claims |
| Martinez, Cassandra<br>1761 Burbeck Ave<br>Richmond , CA 94801-2420 | | 61217 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Rule 2 Claims |
| MATTHEWS, TIM<br>1440 CASTILLO AVE<br>BURLINGAME, CA 94010 | | 2831 | Pacific Gas and Electric Company | 4/28/2019 | $0.00 | $0.00 | $0.00 | $15,629.50 | $15,629.50 | Rule 2 Claims |
| McDonald, Steven<br>3175 Somerset Drive<br>Lafayette, CA 94549 | | 80425 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Rule 16 Claims |
| McLeese, Charlene<br>2391 Coachman Rd.<br>Mariposa, CA 95338 | | 78945 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,275.77 | $1,275.77 | Rule 2 Claims |

Forty-Third Omnibus Objection | Exhibit 1 | PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mehrok, Gurmeet<br>1437 W Imola Ave<br>Napa, CA 94559 | | 88448 | Pacific Gas and Electric Company | 12/10/2019 | $0.00 | $0.00 | $0.00 | $9,300.00 | $9,300.00 | Rule 2 Claims |
| Mitzel, Rebecca<br>1001 Pinewood Dr.<br>San Jose, CA 95129 | | 81059 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,965.85 | $3,965.85 | Rule 2 Claims |
| Modesto Irrigation District<br>c/o Sean M. Neal Duncan, Weinberg, Genzer & Pembroke, P.C. 915 L Street, Suite 1410<br>Sacramento, CA 95814 | | 65833 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $3,000.76 | $3,000.76 | Statute of Limitations Passed |
| Morey, Suzanne<br>3600 High Meadow Dr Apt 29<br>Carmel, CA 93923-9406 | | 6216 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Statute of Limitations Passed |
| NEW DIM SUM KING INC<br>99 SKYLINE PLZ<br>DALY CITY, CA 94015-3822 | | 4540 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Rule 2 Claims |
| Nextgen Property Ventures DBA Portola Property Management<br>1210 Brommer St.<br>Santa Cruz, CA 95062 | | 68 | PG&E Corporation | 2/5/2019 | $0.00 | $0.00 | $0.00 | $785.00 | $785.00 | Rule 2 Claims |
| Pascoe, Michael<br>465 N Whisman Rd Ste 100<br>Mountain View, CA 94043-5722 | | 6231 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $845.00 | $845.00 | Rule 14 Claims |
| Patria's (Kim Mikhail)<br>228 Main Street<br>Salinas, CA 93901 | | 2692 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $17,441.01 | $17,441.01 | Rule 14 Claims |
| Payne, Renata<br>251 Encinada Dr<br>Salinas, CA 93901-2913 | | 86575 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $7,372.89 | $0.00 | $7,372.89 | Statute of Limitations Passed |

Case: 19-30088    Doc# 9462-1    Filed: 11/05/20    Entered: 11/05/20 20:26:42    Page 10 of 14

Page 10

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Petty, Doris<br>3800 Q Street Apt 9<br>Bakersfield, CA 93301-1438 | | 4377 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Statute of Limitations Passed |
| Powell, Kristine<br>4964 Tony Ave<br>San Jose, CA 95124 | | 1418 | Pacific Gas and Electric Company | 3/10/2019 | $0.00 | $0.00 | $0.00 | $448.95 | $448.95 | Rule 2 Claims |
| Price, Marsha<br>1075 Vallejo St UPPR<br>San Francisco, CA 94133-3619 | | 55802 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Statute of Limitations Passed |
| Rainforest Cafe<br>Linda Marie Loxterman, Claims Representative 1510 West Loop South<br>Houston, CA 77027 | | 6249 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $17,600.00 | $17,600.00 | Statute of Limitations Passed |
| Randol, Blake M<br>18065 Bonanza Dr<br>Twain Harte, CA 95383 | | 16890 | PG&E Corporation | 10/8/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Rule 16 Claims |
| Rivers, Veta<br>1751 Carroll Ave Apt 337<br>San Francisco, CA 94124 | | 10108 | PG&E Corporation | 9/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Statute of Limitations Passed |
| Roa, Roberto and Maria Adoracion<br>819 San Lucas Avenue<br>Mountain View, CA 94043-1916 | | 80076 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Statute of Limitations Passed |
| Schuetz, Thomas<br>6785 Keren Marie Ave.<br>Las Vegas, CA 89110 | | 63358 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $2,269.00 | $2,269.00 | Rule 16 Claims |
| Serpa, David<br>18465 Del Norte Dr<br>Cottonwood, CA 96022 | | 6809 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | Rule 14 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Shalileh, Shiryn<br>2228 San Pablo Ave<br>Berkeley, CA 94702 | | 3449 | Pacific Gas and Electric Company | 6/24/2019 | $0.00 | $0.00 | $2,121.61 | $0.00 | $2,121.61 | Rule 14 Claims |
| Shaw, Bruce and Kathleen<br>566 Viejo Rd<br>Carmel, CA 93923 | | 1722 | Pacific Gas and Electric Company | 3/18/2019 | $0.00 | $0.00 | $0.00 | $23,210.73 | $23,210.73 | Rule 2 Claims |
| Shen, Ye<br>112 Cityview Drive<br>Daly City, CA 94014 | | 4545 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $79,794.00 | $79,794.00 | Rule 14 Claims |
| Shon, Fay<br>522 Jackson Dr<br>Santa Rosa, CA 95409-4212 | | 19557 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $80,000.00 | $80,000.00 | Rule 16 Claims |
| Silva, Kasey<br>24665 Cabrillo St<br>Carmel , CA 93923 | | 795 | Pacific Gas and Electric Company | 2/14/2019 | $0.00 | $0.00 | $0.00 | $2,003.00 | $2,003.00 | Rule 14 Claims |
| Singh, Tajinder<br>1180 Cadillac Ct<br>Milpitas, CA 95035 | | 4235 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Rule 14 Claims |
| Siri Humber - tenant or Len Teasley (home owner)<br>22 Bedford Cove<br>San Rafael, CA 94901 | | 181 | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $0.00 | $516.55 | $516.55 | Rule 2 Claims |
| Slattery, Jennifer<br>4839 Vanderbilt Dr<br>San Jose, CA 95130-2148 | | 6548 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $219.46 | $219.46 | Rule 2 Claims |
| Smith, Kamaya<br>2108 Spanos St Apt 3<br>Antioch, CA 94509-3125 | | 59782 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Statute of Limitations Passed |
| Stephens, Jennifer<br>2512 Hazelwood Way<br>East Palo Alto, CA 94303 | | 4425 | PG&E Corporation | 7/21/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Rule 14 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Tarke, Stephen<br>9441 West Butte Rd<br>Live Oak, CA 95953 | | 1254 | PG&E Corporation | 3/5/2019 | $0.00 | $0.00 | $0.00 | $10,259.60 | $10,259.60 | Rule 2 Claims |
| THAING, J.L<br>P.O BOX 2097<br>Lodi, CA 95241 | | 30843 | Pacific Gas and Electric Company | 10/12/2019 | $0.00 | $0.00 | $0.00 | $1,760.00 | $1,760.00 | Rule 14 Claims |
| The Regents of the University of California<br>Sedgwick PO Box 14670<br>Lexington, KY 40512 | | 3165 | Pacific Gas and Electric Company | 5/28/2019 | $0.00 | $0.00 | $0.00 | $38,905.98 | $38,905.98 | Rule 2 Claims |
| Tulare County Stockyard L<br>9641 Avenue 384<br>Dinuba, CA 93618-9544 | | 4663 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Rule 14 Claims |
| Valley Forge Insurance Company<br>CNA Attn: John Werdell 801 Warrenville Rd. Ste 700<br>Lisle, IL 60532 | | 30959 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $15,400.73 | $15,400.73 | Rule 14 Claims |
| Valley Forge Insurance Company<br>CNA Attn: John Werdell 801 Warrenville Rd. Ste 700<br>Lisle, IL 60532 | | 57518 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $32,374.84 | $32,374.84 | Rule 14 Claims |
| Vertin, Janet<br>157 No. 4th St.<br>San Jose, CA 95112 | | 452 | PG&E Corporation | 2/12/2019 | $0.00 | $0.00 | $0.00 | $170.00 | $170.00 | Rule 14 Claims |
| Vierck, Paul W<br>1715 Webster St Apt 307<br>San Francisco, CA 94115-3265 | | 5086 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $980.00 | $980.00 | Rule 14 Claims |
| Weiss, Rhonda<br>PO Box 343<br>Redwood Estates, CA 95044 | | 72 | Pacific Gas and Electric Company | 2/4/2019 | $0.00 | $0.00 | $0.00 | $17,492.43 | $17,492.43 | Statute of Limitations Passed |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wheeler, Dorcas<br>3019 Shasta Way<br>Santa Rosa, CA 95403 | | 80179 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $31,020.00 | $31,020.00 | Rule 16 Claims |
| Wheeler, Dorcas<br>3019 Shasta Way<br>Santa Rosa, CA 95403 | | 79932 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $30,020.00 | $30,020.00 | Rule 16 Claims |
| Wilkinson, Lyla<br>884 Juanita Drive<br>Walnut Creek, CA 94595 | | 78415 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $1,380.99 | $1,380.99 | Statute of Limitations Passed |
| Williams, Oreyonia<br>4350 GALBRATH DR APT 179<br>SACRAMENTO, CA 95842-4303 | | 8033 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $4,268.00 | $0.00 | $4,268.00 | Statute of Limitations Passed |
| Witt, Stephanie<br>435 E. Blithedale Ave<br>Mill Valley, CA 94941 | | 3501 | Pacific Gas and Electric Company | 6/28/2019 | $6,925.47 | $0.00 | $0.00 | $0.00 | $6,925.47 | Rule 2 Claims |
| Wright, Daniel G and Verna<br>9108 Irish Creek Ln<br>Redding, CA 96001-9747 | | 5036 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $1,300.00 | $1,300.00 | Rule 14 Claims |
| **Claims To Be Expunged Totals** | | **Count: 128** | | | **$16,824.46** | **$0.00** | **$23,897.27** | **$1,093,711.73** | **$1,134,433.46** | |