# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ahadzadah, Abdul Hamid 2019 Rapallo Way Bay Point, CA 94565 | | **3753** | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | No Liability Claims |
| Alaei, Abbas 2614 Lunar Ln Apt 4 Sacramento, CA 95864-7756 | | **6138** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $650.00 | $650.00 | No Liability Claims |
| Allen, Alexander 19195 Old Winery Rd Sonoma, CA 95476-4857 | | **8360** | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | No Liability Claims |
| Allstate Insurance PO BOX 21169 Roanoke, VA 24018 | | **1374** | Pacific Gas and Electric Company | 3/6/2019 | $0.00 | $0.00 | $0.00 | $28,954.55 | $28,954.55 | No Liability Claims |
| Allstate Insurance re Christopher Lowman PO Box 660636 Dallas, TX 75266 | | **578** | Pacific Gas and Electric Company | 2/19/2019 | $0.00 | $0.00 | $0.00 | $9,316.00 | $9,316.00 | No Liability Claims |
| Allstate Insurance Company PO Box 21169 Roanoke, VA 24019 | | **1591** | Pacific Gas and Electric Company | 3/12/2019 | $0.00 | $0.00 | $0.00 | $39,144.05 | $39,144.05 | No Liability Claims |
| American Financial Bob Amick ROSEVILLE , CA 95678-0790 | | **5165** | PG&E Corporation | 8/6/2019 | $5,600.00 | $0.00 | $29,400.00 | $0.00 | $35,000.00 | No Liability Claims |
| Amico, Silvia 1025 Vintage Dr Rio Vista, CA 94571-9775 | | **7966** | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | No Liability Claims |
| Ashishkumar Patel, Anastasia Patel Ashishkumar D. Patel and Anastasia E. Patel Revocable Trust of September 4, 2013 Skikos, Crawford, Skikos & Joseph One Sansome Street Suite 2830 San Francisco, CA 984104 | | **66036** | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $9,746.61 | $9,746.61 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Avila, Sabrina<br>14290 Walnut Ave<br>Clearlake, CA 95422 | | **65709** | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | No Liability Claims |
| Baatin, Adeelah<br>2200 Prince Street<br>Berkeley, CA 94705 | | **7339** | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | No Liability Claims |
| Baker, Glenn Gary<br>Coombs & Dunlap, LLP Valerie E. Clemen 1211 Division Street<br>Napa, CA 94559 | | **69361** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | No Liability Claims |
| Balani, Jai<br>2058 Monroe St<br>Santa Clara, CA 95050 | | **80287** | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $973.00 | $973.00 | No Liability Claims |
| Bardin, Jason<br>355 Race St Apt 410<br>San Jose, CA 95126-3479 | | **4933** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | No Liability Claims |
| Batiste, Kenneth<br>2709 Sunset Ave<br>Oakland, CA 94601 | | **6027** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | No Liability Claims |
| Berens, Rodger<br>511 Winterhaven Way<br>Arroyo Grande, CA 93420 | | **70441** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,849.18 | $3,849.18 | No Liability Claims |
| Blank, Curt A<br>6635 E Floradora Ave<br>Fresno, CA 93727-1721 | | **6715** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $960.00 | $960.00 | No Liability Claims |
| Bolanos, Aldon<br>925 G St<br>Sacramento, CA 95814-1801 | | **5185** | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $2,089.69 | $2,089.69 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Botts Orchard<br>Steven and Judy Botts 24700 Pedan Ave<br>Corning, CA 96021 | | **16727** | PG&E Corporation | 9/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Boyd, Katina<br>Isco Box 3034<br>Vallejo, CA 94590 | | **9914** | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $40,000.00 | $40,000.00 | No Liability Claims |
| Brambila, Cristina<br>1469 Springdale Dr<br>Woodland, CA 95776 | | **3957** | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $11,185.90 | $11,185.90 | No Liability Claims |
| Braveman, Michaela<br>239 Walcott Way<br>Pacific Grove, CA 93950 | | **56** | Pacific Gas and Electric Company | 2/4/2019 | $0.00 | $0.00 | $0.00 | $1,989.19 | $1,989.19 | No Liability Claims |
| Bray, Ken W<br>2615 Forest Avenue<br>Chico, CA 95928 | | **70722** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $40,000.00 | $40,000.00 | No Liability Claims |
| Brazer, Dennis<br>4800 Silverado Dr<br>Fairfield, CA 94534-6820 | | **79414** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $35,000.00 | $35,000.00 | No Liability Claims |
| BROWN, DAVID<br>1330 SILVER OAK WAY<br>SACRAMENTO, CA 95831-4080 | | **6071** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $2,200.00 | $2,200.00 | $4,400.00 | No Liability Claims |
| Brown, Rod<br>PO Box 506<br>Camino, CA 95709-0506 | | **6296** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $675.00 | $0.00 | $675.00 | No Liability Claims |
| Buckman, Kirk<br>2020 San Miguel Ave<br>Santa Rosa, CA 95403 | | **79005** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Burks, Mary<br>6222 Cahalan Ave<br>San Jose, CA 95123-4504 | | 9303 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | No Liability Claims |
| Camargo, Ronaldo C.<br>2000 Crystal Springs Rd Apt #211<br>San Bruno, CA 94066 | | 619 | Pacific Gas and Electric Company | 2/20/2019 | $0.00 | $0.00 | $0.00 | $1,049.00 | $1,049.00 | No Liability Claims |
| Castaneda, Jose B<br>790 El Camino Paraiso<br>Hollister, CA 95023-4213 | | 8194 | Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | No Liability Claims |
| Ceja, Steven<br>10256 E. Eight Mile Road<br>Stockton, CA 95212 | | 3962 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $2,070.00 | $2,070.00 | No Liability Claims |
| Chan, Michael<br>1841 28th Ave<br>San Francisco, CA 94122 | | 67821 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | No Liability Claims |
| Chase, Melissa<br>1250 Walnut Avenue<br>Yuba City, CA 95991 | | 80443 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 | No Liability Claims |
| Chiu, Carey<br>42 Park Plaza Dr<br>Daly City, CA 94015-1301 | | 60000 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | No Liability Claims |
| Chow, Andy<br>99 Skyline plaza<br>Daly City, CA 94015 | | 4479 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Chow, Andy<br>99 Skyline plaza<br>Daly City, CA 94015 | | 4638 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Chow, Michael<br>415 La Jolla Ave<br>San Mateo, CA 94403 | | 76916 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Clark, Kenneth 1530 Saint Francis Road Santa Rosa, CA 95409 | | **81247** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | No Liability Claims |
| Colland, Alizabeth 333 Enterprise Dr. #25 Rohnert Park, CA 94928 | | **59607** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Liability Claims |
| Continental Casualty Company CNA Attn: John Werdell 801 Warrenville Rd. Ste 700 Lisle, IL 60532 | | **57481** | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $7,302.35 | $7,302.35 | No Liability Claims |
| Core, Marc 154 Oso Viejo Boulder Creek, CA 95006 | | **65601** | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $2,441.07 | $2,441.07 | No Liability Claims |
| Cretin, Melody 2478 La Reina St Pinole, CA 94564-1534 | | **5321** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | No Liability Claims |
| Cross, Becky 454 Rockerfeller Rd Berry Creek, CA 95916-9725 | | **6646** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $720.00 | $0.00 | $720.00 | No Liability Claims |
| Crowley, Kristi M John Crowley 3240 Professional Dr Auburn, CA 95602-2409 | | **6541** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $4,250.00 | $4,250.00 | No Liability Claims |
| CSAA Insurance Exchange as subrogee of Monica Alexander Stanley J. Michael, SB# 145596 Michael, Tran, Goldberg, et al. 3055 Oak Road, Mailstop W270 Walnut Creek, CA 94597 | | **3562** | PG&E Corporation | 7/10/2019 | $0.00 | $0.00 | $0.00 | $1,086.87 | $1,086.87 | No Liability Claims |
| CUESTA LA HONDA GUILD PO BOX 518 LA HONDA, CA 94020-0518 | | **2412** | PG&E Corporation | 4/15/2019 | $0.00 | $0.00 | $0.00 | $10,419.38 | $10,419.38 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| D W Towers<br>3071 Wood DR<br>Cambria, CA 93428-4323 | | **7298** | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $800.00 | $0.00 | $800.00 | No Liability Claims |
| D.A. Wood Construction, Inc. a California corporation<br>963 Shepard Ct<br>Oakdale, CA 95361 | | **8640** | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| Dadhania, Hasumati<br>1001 S Main St Apt M201<br>Milpitas, CA 95035-8502 | | **5235** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $290.00 | $290.00 | No Liability Claims |
| DADHANIA, JAYSHRI<br>378 GERALD CIR<br>MILPITAS, CA 95035-8916 | | **5253** | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $375.00 | $375.00 | No Liability Claims |
| DARYL PAO LINDO INSURANCE<br>1960 DEL PASO RD STE 146<br>SACRAMENTO, CA 95834-7709 | | **5458** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $2,780.00 | $0.00 | $2,780.00 | No Liability Claims |
| de Lumen, Jennifer<br>6847 S M St<br>Tacoma, WA 98408 | | **8768** | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $80.00 | $80.00 | No Liability Claims |
| Decker, Raymond G<br>2987 Bennett Ridge Rd<br>Santa Rosa, CA 95404 | | **10513** | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $1,380.00 | $1,380.00 | No Liability Claims |
| DeHan, Sandra C.<br>16115 E 14th Street, SPC 12<br>San Leandro, CA 94578-3032 | | **81072** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $1,145.57 | $0.00 | $1,145.57 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dometita, Joseph<br>307 N Amphlett Blvd<br>San Mateo, CA 94401 | | **3878** | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | No Liability Claims |
| Dometita, Joseph<br>307 N Amphlett Blvd<br>San Mateo, CA 94401 | | **3851** | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $11,000.00 | $11,000.00 | No Liability Claims |
| Dumbadse, Christopher<br>P.O. Box 14621<br>Santa Rosa, CA 95402 | | **66665** | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Liability Claims |
| Erickson, Kyle<br>1214 Pistache Avenue<br>Solvang, CA 93463 | | **60951** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $15,000.00 | $0.00 | $15,000.00 | No Liability Claims |
| Erris Pipelines<br>717 Lexington Way<br>Burlingame, CA 94010 | | **1431** | Pacific Gas and Electric Company | 3/12/2019 | $0.00 | $0.00 | $0.00 | $15,418.59 | $15,418.59 | No Liability Claims |
| Espanola, Ernita<br>15415 Marty Drive<br>Glen Ellen, CA 95442 | | **166** | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $160.00 | $0.00 | $160.00 | No Liability Claims |
| ESTATE OF HOMER KNAPP-CHRISTOPHER J. LEANDERS, TRUSTEE OF THE HOMER L. KNAPP & ARBUTUS J. KNAPP 1999 TRUST<br>30 Indian Pipe<br>Trabuco Canyon, CA 92679-4206 | | **68293** | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Etta Bacharach Testamentary A & B Trusts<br>c/o Mark Borsuk, Inc. 1626 Vallejo St.<br>San Francisco, CA 94123 | | **56201** | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $66,428.29 | $66,428.29 | No Liability Claims |
| Farr, Gina<br>336 Forrest Ave<br>Fairfax, CA 94930 | | **7586** | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $2,850.00 | $2,850.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fecker, Stefan<br>920 University St.<br>Healdsburg, CA 95448 | | 66250 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $8,800.00 | $0.00 | $8,800.00 | No Liability Claims |
| Ferencz, Karl E<br>7920 Beverly Dr<br>Rohnert Park, CA 94928-4008 | | 61215 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $14,684.00 | $14,684.00 | No Liability Claims |
| FIELD, TODD<br>2327 BARTLETT ST<br>OAKLAND, CA 94601 | | 2206 | Pacific Gas and Electric Company | 4/15/2019 | $0.00 | $0.00 | $0.00 | $4,541.45 | $4,541.45 | No Liability Claims |
| Fisher, Kristen<br>16101 Fern Way<br>Guerneville, CA 95446 | | 3831 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $5,426.58 | $5,426.58 | No Liability Claims |
| Forsyth, Dillon<br>1790 Bollinger Lane<br>Sebastopol, CA 95472 | | 167 | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $0.00 | $1,400.00 | $1,400.00 | No Liability Claims |
| From The Ground Up, INC<br>3334 Industrial Drive<br>Santa Rosa, CA 95403 | | 71577 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $51,000.00 | $51,000.00 | No Liability Claims |
| GADDINI, DAWN<br>971 LIVORNA RD<br>ALAMO, CA 94507 | | 6018 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $1,087.13 | $1,087.13 | No Liability Claims |
| Garcia CH, Ricardo Ernesto<br>5607 42nd St Apt 1<br>Sacramento, CA 95824-1314 | | 7745 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | No Liability Claims |
| Garcia, Gloria<br>122 5th St<br>Woodland, CA 95695-3329 | | 8690 | Pacific Gas and Electric Company | 9/10/2019 | $3,450.00 | $0.00 | $0.00 | $0.00 | $3,450.00 | No Liability Claims |
| Garcia, Nina<br>15117 Olympic Dr Apt 411 Bldg 4-A<br>Clearlake, CA 95422-8003 | | 6154 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $8,260.00 | $0.00 | $8,260.00 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gill, Bill R<br>Donnald D Gill 11650 Lucy Ln<br>Redding, CA 96003-1647 | | 8311 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | No Liability Claims |
| Grange Insurance Association<br>200 Cedar St<br>Seattle, WA 98121 | | 79152 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $23,795.55 | $23,795.55 | No Liability Claims |
| Grapes<br>454 East Main Street<br>Ventura, CA 93001 | | 77003 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $45,000.00 | $45,000.00 | No Liability Claims |
| Green, Holden<br>Po Box HG<br>Los Gatos, CA 95031-0810 | | 4972 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Grieder, Stephanie<br>358 Rio Lindo Ave<br>Chico, CA 95926 | | 6941 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| Griffin, Denise<br>PO Box 690172<br>Stockton, CA 95269-0172 | | 6122 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $5,950.00 | $5,950.00 | No Liability Claims |
| Gutierrez, Alex<br>6236 Hwy. 140<br>Midpines, CA 95345-9701 | | 61285 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $2,850.00 | $150.00 | $3,000.00 | No Liability Claims |
| Hale, Arabella<br>3005 Holiday Ln<br>Modesto, CA 95350-0208 | | 8329 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | No Liability Claims |
| Hall, Sabrina<br>1674 Kirkwood Ave., Apt. B<br>San Francisco, CA 94124 | | 2994 | Pacific Gas and Electric Company | 5/14/2019 | $0.00 | $0.00 | $0.00 | $5,143.00 | $5,143.00 | No Liability Claims |
| Hardgrave, John P<br>Po Box 422<br>Forest Knolls, CA 94933-0422 | | 5074 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $2,908.00 | $2,908.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Harrentsian, Antranick<br>8065 Dorian Way<br>Fair Oaks, CA 95628-5014 | | **6009** | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 | No Liability Claims |
| Harrison, Ronette<br>2440 Cabrillo Ct<br>Hanford, CA 93230-1382 | | **3691** | Pacific Gas and Electric Company | 7/17/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | No Liability Claims |
| Hee, Jackson C<br>265 Pinebrook Dr # 15<br>Hyde Park, NY 12538-1853 | | **8493** | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $8,350.00 | $8,350.00 | No Liability Claims |
| Heifferon, Chun Cha<br>1364 Fullerton Lane<br>Fullerton, CA 92833 | | **3850** | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | No Liability Claims |
| Heilmann, Cara<br>14 Camino Del Diablo<br>Orinda, CA 94563 | | **70701** | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $908.00 | $908.00 | No Liability Claims |
| Holmes, Brenda<br>2200 Sycamore Dr. Apt#-I-146<br>Antioch, CA 94509 | | **81181** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Liability Claims |
| Huang, Jieyi<br>1255 Detroit Ave Apt 15<br>Concord, CA 94520-3681 | | **6185** | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $575.00 | $575.00 | No Liability Claims |
| Hubley, Greg<br>2136 Sand Pt Rd PO Box 1325<br>Discovery Bay, CA 94505-7325 | | **10793** | Pacific Gas and Electric Company | 10/3/2019 | $0.00 | $0.00 | $0.00 | $2,850.00 | $2,850.00 | No Liability Claims |
| Hufnagel, Craig A.<br>15596 Shannon Way<br>Nevada City, CA 95959 | | **81170** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $28,813.00 | $28,813.00 | No Liability Claims |
| Hunte-Durham, Madison<br>5960 S Land Park Dr. #172<br>Sacramento, CA 95022 | | **79080** | PG&E Corporation | 10/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Huynh, Thanh<br>688 W Lisbon Ln<br>Clovis, CA 93619 | | **30942** | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | No Liability Claims |
| IBANEZ, VICTOR & SARAH<br>148 SANTA HELENA AVE UPPER<br>SAN BRUNO, CA 94066 | | **4150** | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $1,000,000.00 | No Liability Claims |
| Jack, Pamela<br>610 Yellow Hammer<br>Lakeport, CA 95453 | | **3662** | PG&E Corporation | 7/21/2019 | $0.00 | $0.00 | $825.00 | $0.00 | $825.00 | No Liability Claims |
| Jackson, Terrie<br>2633 Fulton Ave Apt 8<br>Sacramento, CA 95821-5726 | | **7245** | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,285.00 | $1,285.00 | No Liability Claims |
| Johnson, Tracy<br>41152 Fremont Blvd Apt 109<br>Fremont , CA 94538-4881 | | **19548** | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | No Liability Claims |
| Jones, Jane<br>33078 Soquel St<br>Union City, CA 94587-5558 | | **17444** | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Kanaan, Hala<br>Cliff Carter, Carter Wolden Curtis, LLP 1111 Exposition Blvd. Suite 602<br>Sacramento , CA 95815 | | **3086** | PG&E Corporation | 5/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Kashifi, Hosey<br>Mojaddidi & Associates 3330 Clayton Rd #C<br>Concord, CA 94519 | | **9633** | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | No Liability Claims |
| KEITH, FREDERICK<br>1841 CARMEL AVE<br>STOCKTON, CA 95204-5220 | | **6504** | PG&E Corporation | 8/12/2019 | $750.00 | $0.00 | $1,500.00 | $750.00 | $3,000.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kendall, Michelle M<br>3539 Koso St<br>Davis, CA 95618-6042 | | 96344 | PG&E Corporation | 1/3/2020 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | No Liability Claims |
| King, Suzanne<br>22 Terra Vista Ave Apt A6<br>San Francisco, CA 94115-3892 | | 4756 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 | No Liability Claims |
| Kinner, John Carl<br>P.O. Box 5<br>Big Bend, CA 96011 | | 61586 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Liability Claims |
| Knisley, Dennis K<br>23943 Myrtle St<br>Hayward, CA 94541-6325 | | 7515 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $29,360.00 | $29,360.00 | No Liability Claims |
| Kramlich, Richard<br>1450 Walnut Drive<br>Oakville, CA 94562 | | 81126 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | No Liability Claims |
| Lam, Bill<br>4223 N Bengston Ave Apt C<br>Fresno, CA 93705-1926 | | 5091 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | No Liability Claims |
| Lee, Adam S<br>166 Los Palmos DR<br>San Francisco, CA 94127-2312 | | 4330 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | No Liability Claims |
| Lee, Christopher<br>814 St Elizabeth Dr Apt 354<br>San Jose, CA 95127 | | 4177 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | No Liability Claims |
| Leon de Garcia, Josefina<br>PO Box 401<br>Boyes Ht Spgs, CA 95416 | | 3559 | PG&E Corporation | 7/9/2019 | $0.00 | $0.00 | $7,359.05 | $0.00 | $7,359.05 | No Liability Claims |
| Li, Yinan<br>255 Howes Ct.<br>Los Gatos, CA 95032 | | 8817 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $675.00 | $675.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lin, Chao Ming<br>67 Randoph Ave.<br>South San Francisco, CA | | **87971** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,500.00 | $5,500.00 | No Liability Claims |
| LOPEZ, ESPERANZAN<br>108 GARTH STREET<br>NAPA, CA 94558 | | **30999** | Pacific Gas and Electric Company | 10/14/2019 | $700.00 | $0.00 | $700.00 | $0.00 | $1,400.00 | No Liability Claims |
| LUCIA MAR UNIFIED SCHOOL DISTRICT<br>222 Stanley Ave.<br>ARROYO GRANDE, CA 93420 | | **4410** | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $2,034.04 | $2,034.04 | No Liability Claims |
| Lumsden, Thomas<br>Thomas Lumsden, Trustee for Lumsden-Assadi 2017 Revocable Trust 11 Hawkins Way<br>Larkspur, CA 94939-1518 | | **70313** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $19,320.00 | $19,320.00 | No Liability Claims |
| Macan, Nicole<br>1812 16th Street<br>Eureka, CA 95501 | | **3964** | Pacific Gas and Electric Company | 7/28/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| Madrigal, Jose<br>5 Randolph St<br>Napa, CA 94559-3912 | | **7259** | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| MANISAP, MICHELLE B.<br>CHAMPA GLOBAL TRADING<br>7323 CONVOY CT.<br>SAN DIEGO, CA 92111 | | **4795** | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | No Liability Claims |
| Maureen M. Bryan Ferguson, for Brigitte Haggs<br>319 Lennon Lane<br>Walnut Creek, CA 94598 | | **78504** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $45,000.00 | $45,000.00 | No Liability Claims |
| MAYERS, STEVE<br>397 IMPERIAL WAY APT 109<br>DALY CITY, CA 94015-2555 | | **4530** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| McCann, Joe<br>201 Chris St<br>Windsor, CA 95492 | | **78132** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $38,000.00 | $38,000.00 | No Liability Claims |
| McCombe, Lori<br>361 McCall Dr<br>Benicia, CA 94510-3969 | | **9054** | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $1,859.69 | $1,859.69 | No Liability Claims |
| McGlothern, James<br>1520 Foster Rd<br>Napa, CA 94558-6530 | | **17485** | PG&E Corporation | 10/1/2019 | $0.00 | $0.00 | $0.00 | $27,000.00 | $27,000.00 | No Liability Claims |
| McNeal, Linton<br>Linton's Catering Service P.O. Box 1423<br>Richmond, CA 945801 | | **57298** | Pacific Gas and Electric Company | 10/16/2019 | $5,700.00 | $0.00 | $0.00 | $5,700.00 | $11,400.00 | No Liability Claims |
| Meadows, Shewana<br>41 Scoles Ct<br>Sacramento, CA 95838-4743 | | **6779** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $7,667.71 | $7,667.71 | No Liability Claims |
| Mercado, Antonio Ramos<br>Mojaddidi & Associates Attn: Tariq Mojaddidi 3330 Clayton Rd #C<br>Concord, CA 94519 | | **321** | PG&E Corporation | 2/12/2019 | $14,000.00 | $0.00 | $1,000.00 | $0.00 | $15,000.00 | No Liability Claims |
| Miao, Zhouhui<br>13741 Saratoga Vista Ave<br>Saratoga, CA 95070 | | **113** | Pacific Gas and Electric Company | 2/8/2019 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | No Liability Claims |
| Michael Smith & Covina Slabbekorn<br>1392 Beacon Way<br>Ukiah, CA 95482-6508 | | **8643** | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $770.00 | $1,030.00 | $1,800.00 | No Liability Claims |
| Minikes, Laurence<br>230 Coleman Dr<br>San Rafael, CA 94901-1209 | | **81221** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| MI-WUK Heights Mutual Water Company<br>PO Box 384<br>Mi Wuk Village, CA 95346 | | **3867** | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $33,664.21 | $33,664.21 | No Liability Claims |
| Mociun, Melanie<br>437 Molino Ave<br>Mill Valley, CA 94941 | | **7661** | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $840.00 | $840.00 | No Liability Claims |
| Moeller, Bertha<br>16401 San Pablo Ave SPC 106<br>San Pablo, CA 94806-1314 | | **7412** | PG&E Corporation | 8/19/2019 | $1,200.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | No Liability Claims |
| Monterey County Regional Fire District<br>19900 Portola Drive<br>Salinas, CA 93908 | | **1632** | Pacific Gas and Electric Company | 3/11/2019 | $0.00 | $0.00 | $0.00 | $2,305.93 | $2,305.93 | No Liability Claims |
| Moore, B Frank<br>13714 Nimshew Rd<br>Magalia, CA 95954-9690 | | **5517** | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Moore, Gordon<br>Scott Grometer<br>Redwood City, CA 94062-4104 | | **80903** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $31,755.08 | $31,755.08 | No Liability Claims |
| Naines, Ron<br>PO Box 351<br>Point Reyes Station, CA 94956-0351 | | **4695** | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $650.00 | $650.00 | No Liability Claims |
| Nantze, John<br>Jill Nantze PO Box 734<br>Newcastle, CA 95658-0734 | | **8897** | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | No Liability Claims |
| Nasir, Javid<br>1250 Germano Way<br>Pleasanton, CA 94566 | | **3641** | Pacific Gas and Electric Company | 7/18/2019 | $0.00 | $0.00 | $0.00 | $5,995.58 | $5,995.58 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Oei, Tony<br>DBA Lulu Construction 2054 Sloat Blvd<br>San Francisco, CA 94116-2824 | | **5481** | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | No Liability Claims |
| Olen, Richard<br>150 Rose St<br>San Francisco, CA 94102 | | **3048** | Pacific Gas and Electric Company | 5/20/2019 | $0.00 | $0.00 | $0.00 | $94,000.00 | $94,000.00 | No Liability Claims |
| Pao, Daryl<br>3022 Trap Rock Way<br>Sacramento, CA 95835-1858 | | **6532** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,795.00 | $0.00 | $2,795.00 | No Liability Claims |
| Perrando, John<br>168 Meernaa Avenue<br>Fairfax, CA 94930 | | **80838** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $27,226.41 | $27,226.41 | No Liability Claims |
| Pettis, David<br>14940 Auburn Road<br>Grass Valley, CA 95949 | | **80830** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Liability Claims |
| Pittman, Adell<br>4142 The Masters Dr<br>Fairfield, CA 94533-9509 | | **5106** | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | No Liability Claims |
| Powers & Lobl Construction, Inc.<br>Brownstein Law Group, P.C. Josh Brownstein 7250 Redwood Boulevard, Suite 300<br>Novato, CA 94945 | | **79828** | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $14,338.00 | $14,338.00 | No Liability Claims |
| Ramirez, Gloria<br>200 Misty Glade Ln Apt F<br>Watsonville, CA 95076-4131 | | **6731** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $80.00 | $80.00 | No Liability Claims |
| Ramos, Maria C<br>PO BOX 1094<br>CALIPATRIA, CA 92233-1094 | | **5389** | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| RANGEL, RAMON &RAMONA RANGEL 9510 GOLDEN STATE BLVD MADERA, CA 93637-9155 | | 5026 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $4,489.03 | $4,489.03 | No Liability Claims |
| RASMUSSEN, GERALD 11419 SUNSET PL GRASS VALLEY, CA 95949 | | 73316 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | No Liability Claims |
| REAL EQUITY INVESTMENT GROUP I, LLC 1155-C ARNOLD DR #246 MARTINEZ, CA 94553 | | 3665 | Pacific Gas and Electric Company | 7/21/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | No Liability Claims |
| Roche Molecular Systems Attn: Ted Schnipper 4300 Hacienda Dr Pleasanton, CA 94588 | | 3371 | Pacific Gas and Electric Company | 6/14/2019 | $0.00 | $0.00 | $0.00 | $23,834.29 | $23,834.29 | No Liability Claims |
| Rogers, Ian 1220 West View Drive Berkeley, CA 94705 | | 79907 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $4,200.00 | $4,200.00 | No Liability Claims |
| Ross, Selena 33461 Cessna Ave Paynes Creek, CA 96075-9726 | | 5968 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $200.00 | $0.00 | $200.00 | No Liability Claims |
| Sahoo, Rashmi Ranjan 645 Vasona St Milpitas, CA 95035 | | 71713 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | No Liability Claims |
| Sayles, Beatrice 3009 TRUDI WAY MODESTO, CA 95354 | | 4218 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $4,267.00 | $4,267.00 | No Liability Claims |
| Scherer, John and Julia 1278 35th Ave San Francisco, CA 94122 | | 76798 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Schuetter Family Trust<br>1312 Pintail Dr<br>Suisun City, CA 94585 | | 70535 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,800.00 | $4,800.00 | No Liability Claims |
| Seddon, Janet<br>4540 Hidden Springs Rd<br>Santa Rosa, CA 95404-9744 | | 7405 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | No Liability Claims |
| Shaw, Bill<br>17180 Vintage Drive<br>Grass Valley, CA 95949 | | 3845 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | No Liability Claims |
| SIG Deductible Fund c/o<br>Woodruff Sawyer & Company<br>Angelo, Kilday & Kilduff, LLP<br>601 University Avenue, Suite 150<br>Sacramento, CA 95825 | | 2797 | Pacific Gas and Electric Company | 4/26/2019 | $0.00 | $0.00 | $0.00 | $13,292.54 | $13,292.54 | No Liability Claims |
| Sislian, Charles<br>7672 S Cornelia Ave<br>Fresno, CA 93706-9424 | | 6236 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $462.00 | $462.00 | No Liability Claims |
| Sisters Outreach Care Fac<br>1347 90th Ave<br>Oakland, CA 94603-1309 | | 6265 | PG&E Corporation | 8/9/2019 | $7,443.32 | $0.00 | $2,850.00 | $0.00 | $10,293.32 | No Liability Claims |
| Smith, William<br>14801 State Highway 160 Spc 23<br>Isleton, CA 95641-9783 | | 6720 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $500.00 | $500.00 | $1,000.00 | No Liability Claims |
| Smudski, Laurence<br>P.O. Box 672<br>Pleasant Grove, CA 95668 | | 80617 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $23,250.00 | $23,250.00 | No Liability Claims |
| Snyder, Carrie<br>1435 Mills Ct<br>Menlo Park, CA 94025-3131 | | 17432 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Spears, Blaine<br>10728 Glenbrook Estates Ct.<br>Grass Valley, CA 95945 | | 4383 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | No Liability Claims |
| Stanislaus County Public Works<br>1716 Morgan Rd.<br>Modesto , CA 95358 | | 56952 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $147,927.76 | $147,927.76 | No Liability Claims |
| Starkey, Jennifer G.<br>4541 E. Dakota Ave.<br>Fresno, CA 93726 | | 4668 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $7,070.00 | $0.00 | $7,070.00 | No Liability Claims |
| State Farm a/s/o Ava Arroyo<br>P.O. Box 106172<br>Atlanta, GA 30348 | | 3404 | Pacific Gas and Electric Company | 6/19/2019 | $0.00 | $0.00 | $0.00 | $3,724.73 | $3,724.73 | No Liability Claims |
| Steele, Sean<br>1251 Sandelin Ave<br>San Leandro, CA 94577-3956 | | 9042 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Storms, Martin<br>6121 West Second Street Bobby Thompson, Esq. 700 Airport Boulevard, Suite 160<br>Rio Linda, CA 95673 | | 72305 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Sun, Ping<br>17645 River Run Rd.<br>Salinas, CA 93908 | | 1072 | Pacific Gas and Electric Company | 2/24/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | No Liability Claims |
| Surprise<br>4048 Piedmont Ave<br>Oakland, CA 94611-5209 | | 6496 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $950.00 | $950.00 | No Liability Claims |
| Swalley, Elaine<br>7461 Blossomwood Ave<br>Sebastopol, CA 95472-4346 | | 7382 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| TANNER, RICHARD S NANETTE C TANNER PO BOX 474 590 E HWY 4 MURPHYS, CA 95247 | | **30916** | PG&E Corporation | 10/14/2019 | $0.00 | $0.00 | $0.00 | $5,614.26 | $5,614.26 | No Liability Claims |
| The Regents of the University of California Office of the General Counsel Attn: Rhonda S. Goldstein 1111 Franklin Street, 8th Floor Oakland, CA 94607-5200 | | **61276** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Thibodeaux, Christy 461 Harding Ave Apt D Sacramento, CA 95833-2565 | | **10261** | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | No Liability Claims |
| Tracy Nick and Haisam Nijem 221 Union St. Unit C San Rafael, CA 94901 | | **1934** | Pacific Gas and Electric Company | 3/30/2019 | $0.00 | $0.00 | $0.00 | $23,553.00 | $23,553.00 | No Liability Claims |
| Tran, Thanh C 2620 Alvin Ave Apt 210 San Jose, CA 95121-1612 | | **6852** | PG&E Corporation | 8/13/2019 | $2,901.00 | $0.00 | $54,755.84 | $17,409.00 | $75,065.84 | No Liability Claims |
| Trembath, Bonnie 566 Banyan Circle Walnut Creek, CA 94598 | | **80471** | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Tres Lago Home Owners Assoc. Collins Management Company c/o Rhi Harris 500 Alfred Nobel Drive, Suite 250 Hercules, CA 94547 | | **66812** | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $27,000.00 | $27,000.00 | No Liability Claims |
| Trinity Church Youth Center, Richard Myers 1328 Escalon Avenue Escalon, CA 95320 | | **6023** | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | No Liability Claims |
| Tsunekawa, Steven 717 Pardee Court Discovery Bay, CA 94505 | | **8211** | Pacific Gas and Electric Company | 9/3/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Turnbull, Susana 3056 Lamberson Ct Santa Rosa, CA 95403-2504 | | 7322 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | No Liability Claims |
| Twincreeks South Poolside Homeowners Association c/o Common Interest Management 315 Diablo Rd. - #221 Danville, CA 94526 | | 1390 | Pacific Gas and Electric Company | 3/11/2019 | $0.00 | $0.00 | $0.00 | $1,730.00 | $1,730.00 | No Liability Claims |
| United Services Automobile Association Law Offices of Shawn E. Caine, APC Shawn E. Caine 1221 Camino Del Mar Del Mar, CA 92014 | | 72544 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $38,000.00 | $38,000.00 | No Liability Claims |
| Vazquez, Eloisa 457 Valverde Dr South San Francisco, CA 94080-5630 | | 7217 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | No Liability Claims |
| Villarreal, Monica 6600 Montecito Blvd #33 Santa Rosa, CA 95409 | | 19894 | Pacific Gas and Electric Company | 10/10/2019 | $1,000.00 | $0.00 | $0.00 | $1,000.00 | $2,000.00 | No Liability Claims |
| Vogan, Michael C 264 W Deodar LN Lemoore, CA 93245 | | 3692 | PG&E Corporation | 7/18/2019 | $0.00 | $0.00 | $0.00 | $1,706.25 | $1,706.25 | No Liability Claims |
| Vos, John A. 1430 Lincoln Avenue San Rafael, CA 94901 | | 62490 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | No Liability Claims |
| Wahbba, Inas Carter Wolden Curtis, LLP Cliff Carter 1111 Exposition Blvd. Suite 602 Sacramento , CA 95815 | | 3081 | PG&E Corporation | 5/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Walker, Wanda<br>29 13th St Apt B<br>Richmond, CA 94801-3578 | | **5528** | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $214.00 | $0.00 | $214.00 | No Liability Claims |
| WANG, DANIEL<br>338 SPEAR STREET, UNIT 25C<br>SAN FRANCISCO, CA 94105 | | **70807** | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $5,584.75 | $5,584.75 | No Liability Claims |
| Warren, Kimberlie<br>24012 Second Street<br>Hayward, CA 94541 | | **7812** | Pacific Gas and Electric Company | 8/24/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | No Liability Claims |
| WEISS, DONNA<br>273 Anchor Ct.<br>BOULDER CREEK, CA 95006 | | **1262** | Pacific Gas and Electric Company | 2/21/2019 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | No Liability Claims |
| White, Tina<br>4482 N. Hughes Ave<br>Fresno, CA 93705 | | **3712** | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | No Liability Claims |
| Wiese, Chelsea<br>1575 Brown St<br>Napa, CA 94559-1836 | | **6716** | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $600.00 | $1,800.00 | $2,400.00 | No Liability Claims |
| Willow Glen Partners<br>PO Box 2357<br>Healdsburg, CA 95448 | | **8602** | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | No Liability Claims |
| Wills, Dean<br>1234 Kains Avenue<br>Berkeley, CA 94706 | | **75943** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $534.54 | $1,025.00 | $1,559.54 | No Liability Claims |
| Wister, Robert B.<br>26256 Hickory Ave<br>Hayward, CA 94544-3112 | | **8671** | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $440.00 | $440.00 | No Liability Claims |
| Yarborough, Cherazette<br>1761 Marco Polo Way Apt 1<br>Burlingame, CA 94010-5454 | | **4856** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Zambrano, Danny 200 Rosita Court Vacaville, CA 95687 | | **67831** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $7,700.00 | $7,700.00 | No Liability Claims |
| Zambrano, Danny 200 Rosita Court Vacaville, CA 95687 | | **64797** | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $7,200.00 | $7,200.00 | No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 204** | | | **$42,744.32** | **$0.00** | **$222,814.00** | **$3,050,676.69** | **$3,316,235.01** | |