| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aditajs, Mara K<br>1329 Chestnut Lane<br>Davis, CA 95616-1306 | 1513 | Pacific Gas and Electric Company | 3/18/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $8,235.00<br>$4,395.50 | $8,235.00<br>$4,395.50 | Fair Value |
| Alberts, Helen & David<br>813 57th Street<br>Oakland, CA 94608 | 79292 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $9,931.00<br>$4,931.00 | $9,931.00<br>$4,931.00 | Fair Value |
| Analog Devices<br>275 S. Hillview Drive<br>Milpitas, CA 95035 | 6118 | PG&E Corporation | 8/9/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $274,501.00<br>$115,401.98 | $274,501.00<br>$115,401.98 | Fair Value |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br><br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9th Floor<br>New York, NY 10036<br>100% | 3619 | Pacific Gas and Electric Company | 7/15/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $42,164.50<br>$23,834.00 | $42,164.50<br>$23,834.00 | Fair Value |
| Avila, Yolanda<br>7050 E. Huntsman Ave.<br>Selma, CA 93662 | 3009 | Pacific Gas and Electric Company | 5/14/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $649.00<br>$426.71 | $649.00<br>$426.71 | Fair Value |
| Baldwin Contracting Co., Inc. dba Knife River Construction<br>1764 Skyway<br>Chico, CA 95928 | 139 | PG&E Corporation | 2/7/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $9,535.62<br>$9,535.62 | $9,535.62<br>$9,535.62 | Fair Value |
| Barhart, John<br>25961 Sylvan Rd<br>Pioneer, CA 95666 | 10083 | PG&E Corporation | 9/27/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $10,000.00<br>$1,100.00 | $10,000.00<br>$1,100.00 | Fair Value |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| BHH, Inc.<br>c/o San Carlos Agency, Inc PO Box 22123<br>Carmel, CA  93922 | 2199 | PG&E Corporation | 4/8/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $550.68<br>$550.68 | $550.68<br>$550.68 | Fair Value |
| BOYLE, DAN<br>18500 FOSTER RD<br>LOS GATOS, CA  95030-7163 | 5029 | PG&E Corporation | 8/1/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $1,000.00<br>$1,000.00 | $1,000.00<br>$1,000.00 | Fair Value |
| Bray, Geri R.<br>1445 Lincoln Way<br>Auburn, CA  95603 | 1613 | PG&E Corporation | 3/8/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $14,253.33<br>$6,753.33 | $14,253.33<br>$6,753.33 | Fair Value |
| Bresnahan, Francis<br>54 Maybeck St.<br>NOVATO, CA  94949 | 17186 | PG&E Corporation | 10/7/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $1,050.00<br>$1,050.00 | $1,050.00<br>$1,050.00 | Fair Value |
| Bshara, Dina<br>14 Verano Dr<br>South San Francisco, CA  94080 | 75 | Pacific Gas and Electric Company | 2/5/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $117.40<br>$117.40 | $117.40<br>$117.40 | Fair Value |
| Butler, Maurice Brendan<br>114 South Weed Blvd.<br>Weed, CA  96094 | 8625 | PG&E Corporation | 9/9/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $5,286.00<br>$2,657.50 | $5,286.00<br>$2,657.50 | Fair Value |
| Cahoon, Cellan<br>12349 whiteley creek trl<br>BRAINERD, MN  56401-5740 | 10056 | PG&E Corporation | 9/27/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $10,000.00<br>$1,100.00 | $10,000.00<br>$1,100.00 | Fair Value |
| Carey, Erin<br>37452 Palo Colorado Rd<br>Carmel, CA  93923 | 1436 | PG&E Corporation | 3/14/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $5,973.67<br>$5,973.67 | $5,973.67<br>$5,973.67 | Fair Value |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Castellanos, Alex<br>551 Flynn Ave<br>Redwood City, CA  94063 | 115 | Pacific Gas and Electric Company | 2/7/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $119.00<br>$119.00 | $119.00<br>$119.00 | Fair Value |
| Cheng, Tony<br>591 Crawford Dr.<br>Sunnyvale, CA  94087 | 3500 | Pacific Gas and Electric Company | 6/28/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $56,200.00<br>$9,568.70 | $56,200.00<br>$9,568.70 | Fair Value |
| Cordova, Carlos<br>3971 Mission St Apt 2<br>San Francisco, CA  94112-1028 | 9167 | PG&E Corporation | 9/17/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $2,000.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $5,000.00<br>$0.00 | $7,000.00<br>$0.00 | Fair Value |
| Cordova, Carlos and Martha<br>3971 Mission Street, #2<br>San Francisco, CA  94112 | 9140 | PG&E Corporation | 9/17/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $10,000.00<br>$0.00 | $15,000.00<br>$1,612.00 | $25,000.00<br>$1,612.00 | Fair Value |
| CSAA Insurance Exchange as subrogee of Santiago Martinez<br>Stanley J. Michael, SB# 145596<br>Michael, Tran, Goldberg, et al 3055 Oak Road, MS 270 1002-86-7690<br>Walnut Creek, CA  94597 | 3566 | PG&E Corporation | 7/10/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $5,108.90<br>$5,108.90 | $5,108.90<br>$5,108.90 | Fair Value |
| Dawson, William<br>15003 Riverdale Dr. East #3<br>Carmel, IN  46033 | 987 | Pacific Gas and Electric Company | 2/21/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $486.00<br>$486.00 | $486.00<br>$486.00 | Fair Value |
| ESCOBEDO, WILLIAM G<br>LYNN ESCOBEDO 1391 IRIS AVE<br>OAKDALE, CA  95361-2869 | 8752 | Pacific Gas and Electric Company | 9/11/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $100.00<br>$42.50 | $100.00<br>$42.50 | Fair Value |
| Finks, Glenn<br>2230 DAWSON COVE LN S<br>Clovis, CA  93611-5994 | 992 | Pacific Gas and Electric Company | 2/20/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $2,075.44<br>$2,075.44 | $2,075.44<br>$2,075.44 | Fair Value |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fire Insurance Exchange<br>1860 Meadow Vista Rd<br>Meadow Vista, CA 95722 | 7878 | PG&E Corporation | 8/23/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $4,421.20<br>$3,264.41 | $4,421.20<br>$3,264.41 | Fair Value |
| GARE, DANIEL<br>106 LA PASADA WAY<br>SAN RAFAEL, CA 94903-2955 | 71176 | Pacific Gas and Electric Company | 10/17/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $3,000.00<br>$500.00 | $3,000.00<br>$500.00 | Fair Value |
| Garibay, Adan<br>225 E Dana St<br>Nipoma, CA | 71805 | PG&E Corporation | 10/17/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $1,100.00<br>$599.94 | $1,100.00<br>$599.94 | Fair Value |
| Gaskins, George W<br>3187 Soda Canyon Road<br>Napa, CA 97558 | 1725 | Pacific Gas and Electric Company | 3/18/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $625.00<br>$625.00 | $625.00<br>$625.00 | Fair Value |
| Gauthier, Leonard L<br>25848 Sylvan Rd<br>Pioneer, CA 95666 | 10068 | PG&E Corporation | 9/27/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $10,000.00<br>$1,100.00 | $10,000.00<br>$1,100.00 | Fair Value |
| Gordon N. Ball, Inc.<br>Hal Stober 333 Camile Ave<br>Alamo, CA 94507 | 4463 | PG&E Corporation | 8/1/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $93,108.48<br>$57,791.00 | $93,108.48<br>$57,791.00 | Fair Value |
| Haaland, John<br>Stephen Beals PLC PO Box 2210<br>Salinas, CA 93902 | 80741 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $26,371.76<br>$19,851.71 | $26,371.76<br>$19,851.71 | Fair Value |
| Haaland, John<br>Stephen Beals PLC PO Box 2210<br>Salinas, CA 93902 | 61284 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $25,975.46<br>$0.00 | $25,975.46<br>$0.00 | Fair Value |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hanns, Michael 9710 Sheldon Avenue Live Oak, CA 95953 | 1843 | Pacific Gas and Electric Company | 3/29/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $10,500.00 | $10,500.00 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $10,500.00 | $10,500.00 | |
| Hartnett, Phil 25824 Sylvan Rd Pioneer, CA 95666 | 10632 | PG&E Corporation | 9/27/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | |
| HOBBS, LORI 3485 STABLE LANE SANTA CRUZ, CA 95065 | 59453 | PG&E Corporation | 10/18/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $33,660.00 | $33,660.00 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $33,660.00 | $33,660.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | 16774 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $174.20 | $174.20 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,638.86 | $1,638.86 | |
| HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | 16782 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $599.00 | $599.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | 16872 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $517.80 | $517.80 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | 16873 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $26.99 | $26.99 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | 16884 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $609.16 | $609.16 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | 16883 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $183.21 | $183.21 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | 16882 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $249.99 | $249.99 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Kawashima, Rumi S. 3336 Melendy Drive San Carlos, CA 94070 | 934 | Pacific Gas and Electric Company | 2/19/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $9,690.00 | $9,690.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $3,298.94 | $3,298.94 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Killens, Michael<br>2462 Mavis Street<br>Oakland, CA 94601 | 16877 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $16,016.00<br>$1,500.00 | $16,016.00<br>$1,500.00 | Fair Value |
| KOCH, ERIC<br>16678 TOPPING WAY<br>LOS GATOS, CA 95032 | 3927 | PG&E Corporation | 7/24/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $523.47<br>$523.47 | $523.47<br>$523.47 | Fair Value |
| Koogler, Mark L.<br>457 E. Shelldrake Cir.<br>Fresno, CA 93730 | 71388 | PG&E Corporation | 10/17/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $330.00<br>$330.00 | $330.00<br>$330.00 | Fair Value |
| Lau, Hing Moon<br>12 Santa Fe Ave<br>San Francisco, CA 94124-2216 | 9832 | Pacific Gas and Electric Company | 9/25/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $10,000.00<br>$1,000.00 | $10,000.00<br>$1,000.00 | Fair Value |
| Leiser, Nathan<br>1262 Heavenly Dr<br>Martinez, CA 94554 | 1064 | Pacific Gas and Electric Company | 2/25/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $2,200.58<br>$2,003.75 | $2,200.58<br>$2,003.75 | Fair Value |
| Linda Manzano, Home Sold 9/2019<br>3857 Maudray Way<br>Carmichael, CA 95608 | 9957 | PG&E Corporation | 9/27/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $10,000.00<br>$1,100.00 | $10,000.00<br>$1,100.00 | Fair Value |
| Littlejohn III, Ben<br>911 Leo Way<br>Oakland, CA 94611 | 67 | PG&E Corporation | 2/4/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $1,812.90<br>$1,812.90 | $1,812.90<br>$1,812.90 | Fair Value |
| LIU, SONG<br>2990 SUMMIT DR.<br>HILLSBOROUGH, CA 94010 | 2975 | PG&E Corporation | 5/10/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $200.00<br>$200.00 | $200.00<br>$200.00 | Fair Value |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lopez, Ruth<br>120 Bonita Ct<br>Rodeo, CA 94572-1835 | 9210 | PG&E Corporation | 9/19/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $2,000.00<br>$0.00 | $2,000.00<br>$0.00 | Fair Value |
| Manetas, Michael<br>1094 Birch Ave<br>McKinleyville, CA 95519 | 63 | Pacific Gas and Electric Company | 2/5/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $973.98<br>$973.98 | $973.98<br>$973.98 | Fair Value |
| Martinez, Marlene<br>1223 Ribisi Cir<br>San Jose, CA 95131 | 19565 | Pacific Gas and Electric Company | 10/8/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $212.00<br>$212.00 | $212.00<br>$212.00 | Fair Value |
| McCrary, Maurice<br>1117 Derby St.<br>Berkeley, CA 94702 | 461 | Pacific Gas and Electric Company | 2/15/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $2,600.00<br>$1,233.78 | $2,600.00<br>$1,233.78 | Fair Value |
| McDaniel, Alanna<br>25972 Sylvan Rd<br>Pioneer, CA 95666 | 10063 | PG&E Corporation | 9/27/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $10,000.00<br>$1,100.00 | $10,000.00<br>$1,100.00 | Fair Value |
| Mearns, William<br>8149 Elphick Ln.<br>Sebastopol, CA 95472 | 3556 | Pacific Gas and Electric Company | 7/9/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $2,801.00<br>$2,801.00 | $2,801.00<br>$2,801.00 | Fair Value |
| MetLife Auto & Home<br>PO Box 2204<br>Charlotte, NC 28241 | 3409 | PG&E Corporation | 6/20/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $5,423.26<br>$5,423.26 | $5,423.26<br>$5,423.26 | Fair Value |
| Mid-Century Insurance Company<br>Berger Kahn ALC Farmers c/o Craig<br>Simon 1 Park Plaza, Suite 340<br>Irvine, CA 92614 | 70412 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $153.99<br>$6,786.96 | $153.99<br>$6,786.96 | Fair Value |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Millbrae Heights Homeowners Association c/o Common Interest Mgmt Services 1720 S. Amphlett Blvd., Suite 130 San Mateo, CA 94402 | 2207 | PG&E Corporation | 4/8/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $1,610.00 | $1,610.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,610.00 | $1,610.00 | |
| National Subrogation Services Attn: Judy Speroff, Karen Gibson 100 Crossways Park West Suite 415 Woodbury, NY 11797 | 7978 | Pacific Gas and Electric Company | 8/27/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $13,177.98 | $13,177.98 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $7,888.30 | $7,888.30 | |
| NICHOLSON, JANET 3109 BAYER ST MARINA, CA 93933 | 5966 | PG&E Corporation | 8/5/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $1,023.49 | $1,023.49 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $511.75 | $511.75 | |
| Nielsen, Eric Canyon Rd 292 San Benancio Rd Salinas, CA 93908-9182 | 57958 | Pacific Gas and Electric Company | 10/17/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $4,426.65 | $4,426.65 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $2,213.33 | $2,213.33 | |
| O'Neil, Jacqueline 6020 Sunset Lane Tilghman, MD 21671 | 1685 | Pacific Gas and Electric Company | 3/19/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $130,604.08 | $130,604.08 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $887.75 | $887.75 | |
| Parkinson, Sylvia 3747 Hennessy Place Santa Rosa, CA 95403 | 607 | PG&E Corporation | 2/13/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $22,000.00 | $22,000.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $3,966.00 | $3,966.00 | |
| Perez, Noe 224 GARNSEY AVE Bakersfield, CA 93309 | 201 | PG&E Corporation | 2/12/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $2,189.89 | $2,189.89 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $2,189.89 | $2,189.89 | |
| Perry, John 350 Court St. Woodland, CA 95695 | 994 | Pacific Gas and Electric Company | 2/23/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $62,579.15 | $62,579.15 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $55,000.00 | $55,000.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ponder Environmental Services, Inc.<br>Joe Anderson Compliance Manager<br>4563 E. 2nd Street<br>Benicia, CA 94510 | 1724 | Pacific Gas and Electric Company | 3/22/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $12,617.45 | $12,617.45 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $7,970.74 | $7,970.74 | |
| Praxis Consulting Inc A/S/O Pacific Specialty Insurance<br>P.O. Box 5<br>Muncie, IN 47308 | 2947 | PG&E Corporation | 5/9/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $13,237.06 | $13,237.06 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $13,237.06 | $13,237.06 | |
| Progressive West Insurance Company<br>Claim 172929637 PO Box 512929<br>Los Angeles, CA 90051-0929 | 3337 | Pacific Gas and Electric Company | 6/11/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $5,729.78 | $5,729.78 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $5,229.78 | $5,229.78 | |
| Self, James<br>25964 Sylvan Rd<br>Pioneer, CA 95666 | 10069 | PG&E Corporation | 9/27/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | |
| Shadow Woods Homeowners Association<br>c/o Associa 4305 Hacienda Dr. #140<br>Pleasanton, CA 94588 | 10156 | Pacific Gas and Electric Company | 9/27/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $15,375.02 | $15,375.02 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $7,412.47 | $7,412.47 | |
| Shou Kun Huang/Henry Huang<br>2635 Market St.<br>Oakland, CA 94607 | 7920 | Pacific Gas and Electric Company | 8/27/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $8,200.00 | $8,200.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $3,836.55 | $3,836.55 | |
| Simmons, Roland P<br>PO Box 982<br>Plymouth, CA 95669 | 80516 | Pacific Gas and Electric Company | 10/19/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $1,198.88 | $1,198.88 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,198.88 | $1,198.88 | |
| Sorensen, Dennis<br>568 Viejo Rd<br>Carmel, CA 93923 | 1510 | Pacific Gas and Electric Company | 3/19/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $8,295.90 | $8,295.90 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $5,885.90 | $5,885.90 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| State Farm a/s/o Leslie Poortman<br>PO BOX 106172<br>Atlanta, GA  30348 | 3044 | Pacific Gas and Electric Company | 5/17/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $4,700.42 | $4,700.42 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $4,700.42 | $4,700.42 | |
| State Farm Mutual Automobile Insurance Company<br>Attn: Matthew Melick, A3 One State Farm Plaza<br>Bloomington, IL  61710 | 58061 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $70,843.84 | $70,843.84 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $13,032.42 | $13,032.42 | |
| Staude, Greg<br>25974 Sylan Rd<br>Pioneer, CA  95666 | 10059 | PG&E Corporation | 9/27/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | |
| Tae Hee Corporation<br>30 Vista St<br>Watsonville, CA  95076-2913 | 4825 | Pacific Gas and Electric Company | 7/30/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $2,700.00 | $1,100.00 | $3,800.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,900.00 | $1,900.00 | |
| TEUFEL, MARGARET<br>2840 BELLAIRE PLACE<br>OAKLAND, CA  94601 | 4370 | PG&E Corporation | 7/31/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $1,476.43 | $1,476.43 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,162.27 | $1,162.27 | |
| THAI, KHAM  VAN<br>FRUITVALE MOBIL 3070 FRUITVALE AVE<br>OAKLAND, CA  94602 | 2105 | Pacific Gas and Electric Company | 4/7/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $4,772.37 | $0.00 | $4,772.37 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $2,237.37 | $2,237.37 | |
| The Regents of the University of California<br>Sedgwick PO Box 14670<br>Lexington, KY  40512 | 3164 | Pacific Gas and Electric Company | 5/28/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| The Travelers Indemnity Company c/o Mary C. Duffy Boardman, Executive Counsel One Tower Square 0000-08MSA Hartford, CT 06183 | 59825 | Pacific Gas and Electric Company | 10/17/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $44,000.00 | $44,000.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $22,000.00 | $22,000.00 | |
| Vereeke, David 3324 Ptarmigan Dr Apt 2A Walnut Creek, CA 94595 | 9130 | PG&E Corporation | 9/11/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $1,816.00 | $1,816.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,816.00 | $1,816.00 | |
| Vereeke, David 3324 Ptarmigan Dr Walnut Creek, CA 94595 | 1588 | PG&E Corporation | 3/21/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $11,600.00 | $11,600.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| VonWin Capital Management, L.P. as Transferee of Michael & Tiffani Minafo Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 **Claim Transferred To:** VonWin Capital Management, LP Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 100% | 58331 | Pacific Gas and Electric Company | 10/17/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $1,264.00 | $1,264.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $573.42 | $573.42 | |
| Walker, Onnyx c/o Adler Law Group, APLC Attn: Geoffrey Eric Marr 402 West Broadway, Ste. 860 San Diego, CA 92101 | 30795 | Pacific Gas and Electric Company | 10/15/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | |
| Watergate Community Association Attn: Kim Adolf 8 Captain Drive Emeryville, CA 94608 | 155 | Pacific Gas and Electric Company | 2/8/2019 | Filed/Sched. Claim Amount: | $0.00 | $0.00 | $0.00 | $14,798.07 | $14,798.07 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $7,339.00 | $7,339.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Weaver, John I<br>2948 E Joaquin Place<br>Fresno, CA 93726 | 2932 | PG&E Corporation | 5/6/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $8,000.00<br>$3,000.00 | $8,000.00<br>$3,000.00 | Fair Value |
| Wilson, Cynthia<br>481 Ash St<br>Los Osos, CA 93402-2501 | 68287 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $10,000.00<br>$0.00 | $0.00<br>$544.95 | $10,000.00<br>$544.95 | Fair Value |
| Wimmer, Richard<br>25973 Sylvan Rd<br>Pioneer, CA 95666 | 10066 | PG&E Corporation | 9/27/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $10,000.00<br>$1,100.00 | $10,000.00<br>$1,100.00 | Fair Value |
| Woody, Gary E.<br>10216 East 8 Mile Rd<br>Stockton, CA 95212 | 1007 | PG&E Corporation | 2/19/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $8,635.43<br>$4,754.64 | $8,635.43<br>$4,754.64 | Fair Value |
| Yamashita, Iwao<br>2 Lewis Road<br>Watsonville, CA 95076 | 2893 | Pacific Gas and Electric Company | 5/1/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $642.84<br>$267.61 | $642.84<br>$267.61 | Fair Value |
| Yurkevich, Gennadiy<br>Simon Granat 8 Keystone Way, #3B<br>San Francisco, CA 94127 | 1092 | PG&E Corporation | 2/22/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $18,000.00<br>$6,000.00 | $18,000.00<br>$6,000.00 | Fair Value |
| Yurkevich, Gennadiy<br>Simon Granat<br>San Francisco, CA 94127 | 3561 | Pacific Gas and Electric Company | 7/9/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $26,000.00<br>$0.00 | $26,000.00<br>$0.00 | Fair Value |
| Zapien, Liliana<br>12394 Avenue 22<br>Chowchilla, CA 93610 | 66980 | Pacific Gas and Electric Company | 10/20/2019 | Filed/Sched. Claim Amount:<br>Reduced Claim Amount: | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $7,400.00<br>$3,700.00 | $7,400.00<br>$3,700.00 | Fair Value |
| Totals | Count: 95 | | | | $2,000.00 | $0.00 | $27,472.37 | $1,440,938.33 | $1,470,410.70 | |