# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation         Bankruptcy Case No. 19-30088-DM
         and                           Chapter 11
Pacific Gas and Electric Company

## CORRECTED
## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Canyon Capital Advisors LLC, Citadel Advisors LLC, Davidson Kempner Capital Management LP, Farallon Capital Management LLC, Sculptor and Varde Partners, Inc.- Dkt #9403**

**Memorandum Decision Disallowing Administrative Expense Claims- Dkt. #9333**

**Order Disallowing Administrative Expense Claims of Canyon Capital Advisors LLC et al. - Dkt. #9335**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

ROPES & GRAY LLP         for **Elliott Management Corporation**
Rocky C. Tsai
3 Embarcadero Center
San Francisco, CA 94111

**-and-**

ROPES & GRAY LLP
Gregg M. Galardi
Keith H. Wofford
Daniel G. Egan
1211 Avenue of the Americas
New York, NY 10036
**-and-**
ROPES & GRAY LLP
Andrew G. Devore
Prudential Tower
800 Boylston St.
Boston, MA 02199

KELLER BENVENUTTI KIM, LLP          for **PG& E Corporation and**
Tobias S. Keller                              **Pacific Gas & Electric Company**
Jane Kim
Peter J. Benvenutti
650 California St., #1900
San Francisco, CA 94108
**-and-**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Ray C. Schrock, P.C.
Jessica Liou
Theodore E. Tsekerides
767 Fifth Ave.
New York, NY 10153-0119

HOGAN LOVELLS LLP          for **Pacific Investment Management Company**
David P. Simonds
Edward J. McNeilly
1999 Avenue of the Stars, #1400
Los Angeles, CA 90067
**-and-**
HOGAN LOVELLS LLP
Michael C. Hefter
Matthew Ducharme
390 Madison Ave.
New York, NY 10017

WILMER CUTLER PICKERING HALE and DORR LLP   for **Canyon Capital Advisors LLC**
Christopher T. Casamassima                          **et al.**
350 South Grand Ave., #2100
Los Angeles, CA 90071
**-and-**

WILMER CUTLER PICKERING HALE and DORR LLP
Philip D. Anker
Allyson Pierce
250 Greenwich St.
New York, NY 10007


_DaWana L. Chambers_

Date: November 6, 2020                    Deputy Clerk