BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Attorneys for the Fire Victim Trustee

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **DECLARATION OF HON. ELLEN JAMES (RET.) IN SUPPORT OF FIRE VICTIM TRUSTEE'S MOTION FOR THE PARTIAL WITHDRAWAL OF THE BANKRUPTCY REFERENCE FOR THE LIMITED PURPOSE OF THE APPOINTMENT OF THE HON. ELLEN SICKLES JAMES (RET.) AS SPECIAL MASTER PURSUANT TO FED. R. CIV. PROC. 53** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

JAMES DECL. ISO MOTION
FOR SPECIAL MASTER

I, the Hon. Ellen Sickles James (Ret.), pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1. In conjunction with the administration of the PG&E Fire Victim Trust (the "**Fire Victim Trust**"), the Hon. John K. Trotter (Ret.), in his official capacity as trustee (the "**Trustee**") of the Fire Victim Trust, has proposed that I serve as Special Master to review and implement measures for the protection of the financial interests of minors and adult persons with a disability in amounts to be paid to such persons by the Fire Victim Trust in satisfaction of claims against the debtors in the above-captioned chapter 11 cases. I submit this declaration in support of the Trustee's *Notice of Motion and Motion for Partial Withdrawal of the Bankruptcy Reference for the Limited Purpose of the Appointment of the Hon. Ellen Sickles James (Ret.) as Special Master Pursuant to Fed. R. Civ. Proc. 53* (the "**Motion**").

2. I am a retired judge having served on the bench for over twenty years, starting in 1976 as a Municipal Judge in the Mt. Diablo Judicial District of Contra Costa County and, thereafter from 1982 through 1997, in the Contra Costa Superior Court. In 1991, I became the Presiding Judge of the Civil Division, Contra Costa County Superior Court. Following my retirement from the bench in 1997, I joined JAMS where I have practiced law as a Neutral since that time. I am an attorney in good standing, licensed to practice law in the state of California. My curriculum vitae, setting out my nearly fifty years of legal experience, is annexed hereto.

3. As a Superior Court Judge and in prior Special Master assignments, I have presided over scores of litigation matters involving claims asserted on behalf of minors. I am fully familiar with state law requirements and practice regarding review of minors' settlements, restrictions on the payment of attorneys' fees, costs and expenses from the proceeds of litigation involving minors and the handling of funds belonging to minors. My career as a California state court judge and my subsequent career as a mediator, arbitrator Judge Pro-Tem, and Special Master, have made me well-qualified to resolve issues that arise in litigation involving minors and persons with disabilities.

4. I am not aware of any reason my impartiality might be questioned in the role of Special Master for the Fire Victim Trust. Specifically:

    a. I am not aware of any personal bias or prejudice concerning any persons who hold claims against the Trust;

    b. I have not had any personal involvement in or association with the PG&E Chapter 11 Cases;

    c. I have not expressed any opinion regarding the claims of any persons who hold claims against the Trust;

    d. I do not have any financial interest in the settlement of claims held by persons against the Trust, nor do I have any other interest that could be substantially affected by the outcome of any claim determinations made by the Trust; and

    e. I am not a fire victim or related to a fire victim in any way, nor am I related to anyone who may have an interest that would be substantially affected by any person's claim determination.

Dated November 5, 2020.　　　　　　　　By: _/s/ Ellen Sickles James_
　　　　　　　　　　　　　　　　　　　　　　　Hon. Ellen Sickles James (Ret.)

JAMES DECL. ISO MOTION
FOR SPECIAL MASTER

JAMES DECL. ISO MOTION
FOR SPECIAL MASTER