**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Carol C. Villegas
Jeffrey A. Dubbin (SBN 287199)
Aram Boghosian
140 Broadway
New York, New York 10005

*Lead Counsel to Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Bankruptcy Counsel to Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill
Nicole Fulfree
Colleen Maker
One Lowenstein Drive
Roseland, New Jersey 07068

*Bankruptcy Counsel to Lead Plaintiff and the Class*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                    Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**ORDER GRANTING *EX PARTE* MOTION OF SECURITIES LEAD PLAINTIFF PURSUANT TO B.L.R. 9006-1 TO EXTEND TIME TO FILE REPLY TO REORGANIZED DEBTORS' OBJECTION [DKT NO. 9375] AND BAUPORT GROUP SECURITIES L.L.C.'S OBJECTION [DKT NO. 9374] TO SECURITIES LEAD PLAINTIFF'S MOTION TO APPLY BANKRUPTCY RULE 7023 AND CERTIFY A LIMITED CLASS [DKT NO. 9152]**<br><br>Related Document: Dkt<br><br>[No hearing requested] |

Upon the Motion, dated November 6, 2020 (the "**Motion to Extend Time**"),[1] of Securities

Lead Plaintiff pursuant to Rule 9006-1 of the Bankruptcy Local Rules for the United States District

---

[1] Capitalized terms used but not defined herein have the meanings given in *Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class* [Dkt No. 9152] or the Motion to Extend Time, as applicable.

Court for the Northern District of California, for entry of an order extending the time for Securities Lead Plaintiff to file a reply to the Reorganized Debtors' Objection [Dkt No. 9375] and Baupost Group Securities L.L.C.'s Objection [Dkt No. 9374] to Securities Lead Plaintiff's Rule 7023 Motion [Dkt No. 9152], as more fully set forth in the Motion to Extend Time; and this Court having jurisdiction to consider the Motion to Extend Time and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion to Shorten Time and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Extend Time having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion to Extend Time and the Etkin Declaration submitted in support thereof; and this Court having determined that the legal and factual bases set forth in the Motion to Extend Time and the Etkin Declaration establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Extend Time is granted.

2. Securities Lead Plaintiff shall have to and including November 11, 2020, at noon Pacific Time, to file its Reply to the Reorganized Debtors' Objection [Dkt No. 9375] and Baupost's Objection [Dkt No. 9374] to Securities Lead Plaintiff's Rule 7023 Motion [Dkt No. 9152].

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**END OF ORDER**