Monica Staar
PGE Customer/Claimant
PO Box 128
Angels Camp, CA 95222


FILED
NOV 06 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT of CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E Corporation,
and
Pacific Gas and Electric Company,

Debtors

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

Lead Case Jointly Administered

RESPONSE TO DEBTORS' TWENTIETH OMNIBUS OBJECTION to CLAIMS (INCORRECT DEBTOR CLAIMS)

1. The Objection was received on 2 November 2020 with a deadline for Response set for 3 November 2020

2. The Claims submitted were filed with PGE as instructed by their phone personnel.

3. The Claims arise from the administration by PGE of its ongoing Energy Assistance Program for low income individuals and households.

4. The contractor for PGE in my area is Heath and Associates. Their local subcontractor disappeared from their place of business. When I contacted Heath and Associates, I was told to file my claim directly with PGE

Case: 19-30088    Doc# 9473    Filed: 11/06/20    Entered: 11/06/20 15:20:53    Page 1 of 3

5. I was given a free refrigerator to replace a working one as part of the household energy audit. When it failed, the subcontractor repeatedly told me they could not replace a refrigerator unless it was 20 years old. When I attempted to have them served at the address listed with the Secretary of State, they had disappeared with no forwarding address. I then approached Heath who instructed me to file the claim directly with PGE. I did this.

6. The amounts of the claim cover the cost of a new refrigerator comparable to the one I had, the cost of frozen and refrigerated food which was lost (itemized in small claims pleadings) and spoiled refrigerated medication. Additional costs accrued from trips into town every other day (20 miles) to purchase block ice and groceries since I had no way to store perishable food other than in a cooler. The temperatures of 90-115°F meant the blocks of ice did not last more than two days and milk spoiled rapidly.

7. When I called PGE as instructed by Heath, their employee guided me through the process of filing the claim.

Respectfully submitted,

Monica Staar

MONICA STAAR
CLAIMANT

3. November 2020

STAAR
PO Box 128
Angels Camp, CA 95222

SACRAMENTO CA 957
3 NOV 2020 PM 2 L

RECEIVED
NOV 06 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

FILED
NOV 06 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

United States Bankruptcy Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, California 94102

94102-34899