DAVID Z. SKULJAN, SBN 118371
8201 Camino Colegio, Ste. 118
Rohnert Park, CA 94928
Telephone 707-701-1402
email dzskuljan@gmail.com

Attorney for Francine and William Maffei,
And Diane Smario, Creditors and Fire Victim Claimants

FILED
NOV 0 6 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

-AND-

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

) BANKRUPTCY CASE NO.: 19-30088 (DM)
) Chapter 11
) (Lead Case0
) (Jointly Administered)
)
) NOTICE OF COMPLIANCE WITH
) CALIFORNNIA RULES OF COURT
) RULE 9.20

Please take notice that on October 8, 2020, the State Bar of California, Review Department, entered an order suspending the undersigned's practice of law effective November 2, 2020, pending disposition of proceedings in case number SBC -20-C-30606.

Dated: November 1, 2020

/s/ David Z. Skuljan

David Z. Skuljan

-- 1
NOTICE OF COMPLIANCE OF CALIFORNIA RULES OF COURT RULE 9.20

PROOF OF SERVICE

In re PG&E, et al., U.S. Bankruptcy Court, Northern District of California, San Francisco Division
Case No. 19-30088(DM), Chapter 11 (Lead Case)

I am a citizen of the United States. My address is 8201 CAMINO COLEGIO, NO. 118, ROHNERT PARK, California, 94928, and I am over the age of 18 years and not a party to this legal action.

ON: November 2, 2020, I served the following documents:

1. Notice of Compliance with California Rules of Court, Rule 9.20

BY UNITED STATES MAIL: I enclosed the documents in an envelope addressed to the person(s) listed above by sending them U.S. Certified Mail, certified mail postage prepaid and Return Receipt Requested.

NAME AND ADDRESS OF THE PRESONS AND ENTITIES SERVED:

| 1 | 2 | 3 |
|---|---|---|
| Tobias S. Keller, Esq. | US. Bankruptcy Court | FIRE VICTIMS TRUST |
| Jane Kim. Esq. | 450 Golden Gate Avenue | P.O. BOX 25936 |
| KELLER BENVENUTTI KIM LLP | Mail Box 36099 | RICHMOND, VA 23660 |
| 650 CALIFORNIA ST., SUITE 1900 | San Francisco, CA 94102 | |
| SAN FRANCSCO, CA 94108 | | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 2, 2020, at Rohnert Park, California

David Z. Skuljan

**DAVID Z. SKULJAN**
**Attorney at Law**

8201 Camino Colegio, Ste.118
Rohnert Park, CA 94928

Telephone: 707.701.1402
email: dzskuljan@gmail.com

November 1, 2020

RE: Notice of Compliance with California Rules of Court, Rule 9.20
    PG&E Corp., Case no. 19-30088 (DM)
    Claimants: William and Francine Maffei, Prime Clerk Claim No. 63838
                Diane Smario, Prime Clerk Claim No. 74631

Dear Clerk of the Bankruptcy Court:

Enclosed is the original and a Proof of Service of Notice of Compliance with California Rules of Court, Rule 9.20. The rules require that it be served Certified Mail, Return Receipt Requested. On October 14, 2020, both claims have been finalized and submitted through the Fire Victims Trust portal. Both clients have received notice of my interim suspension. Would you please file the Notice and return a filed, stamped copy in the enclosed, self-addressed, and stamped envelope.

Thank you for your courtesy and cooperation in this matter. Should you have any questions please do not hesitate to call.

Respectfully,

*[signature]*

David Skuljan

DAVID Z. SKULJAN
8201 CAMINO COLEGIO, STE. 118
ROHNERT PARK, CA 94928

U.S. POSTAGE PAID
FCM LETTER
ROHNERT PARK, CA
94928
NOV 02, 20
AMOUNT
$7.10
R2305K132875-20

1000
94102

7019 0700 0001 4338 7426

RECEIVED
NOV 06 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

U.S. BANKRUPTCY COURT
450 GOLDEN GATE AVENUE
M. BOX 36099
SAN FRNCISCO, CA 94102