**BROWN RUDNICK LLP**
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

**BROWN RUDNICK LLP**
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

*Attorneys for Trustee and Claims Administrator*

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CERTIFICATE OF SERVICE** |
| ☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors** | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

/ / /

/ / /

/ / /

/ / /

STATE OF CALIFORNIA )
)
COUNTY OF ORANGE )

I am over the age of 18 and not a party to the above-entitled action. My business address is 2211 Michelson Drive, Seventh Floor, Irvine, California 92612.

On November 6, 2020, at my place of business, I served a true and correct copy of the following document(s):

**NOTICE OF MOTION FOR PARTIAL WITHDRAWAL OF THE BANKRUPTCY REFERENCE FOR THE LIMITED PURPOSE OF APPOINTING THE HON. ELLEN SICKLES JAMES (RET.) AS SPECIAL MASTER PURSUANT TO FED. R. CIV. PROC. 53;**

**MOTION FOR PARTIAL WITHDRAWAL OF THE BANKRUPTCY REFERENCE FOR THE LIMITED PURPOSE OF APPOINTING THE HON. ELLEN SICKLES JAMES (RET.) AS SPECIAL MASTER PURSUANT TO FED. R. CIV. PROC. 53;**

**NOTICE OF ERRATA TO MOTION FOR PARTIAL WITHDRAWAL OF THE BANKRUPTCY REFERENCE FOR THE LIMITED PURPOSE OF APPOINTING THE HON. ELLEN SICKLES JAMES (RET.) AS SPECIAL MASTER PURSUANT TO FED. R. CIV. PROC. 53**

in the manner indicated below:

■ BY ELECTRONIC FILING said document(s) and transmission of the Notification of Election Filing by the Clerk to a Registered Participant(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

■ SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) November 6, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

■ SERVED BY UNITED STATES MAIL - I served the following persons and/or entities at the last known addresses in this proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

**SEE ATTACHED SERVICE LIST**

This Certificate was executed on November 6, 2020, at Orange, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| Dated: November 6, 2020 | // JEANNIE MENDEZ |
| | JEANNIE MENDEZ |

**SERVED VIA ELECTRONIC SERVICE (ECF)**

| | |
|---|---|
| Elliot Adler | eadler@theadlerfirm.com, bzummer@theadlerfirm.com |
| Aaron L. Agenbroad | alagenbroad@jonesday.com, saltamirano@jonesday.com |
| Pamela Allen | pallen@dir.ca.gov |
| Annadel A. Almendras | annadel.almendras@doj.ca.gov |
| Destiny N. Almogue | Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com |
| Monique D. Almy | malmy@crowell.com |
| Dana M. Andreoli | dandreoli@steyerlaw.com, mterry@steyerlaw.com |
| Anne Andrews | aa@andrewsthornton.com, aandrews@andrewsthornton.com |
| Philip Anker | Philip.Anker@wilmerhale.com, whdocketing@wilmerhale.com |
| Richard L. Antognini | rlalawyer@yahoo.com, hallonaegis@gmail.com |
| Tyson Arbuthnot | tarbuthnot@rjo.com, jyeung@rjo.com |
| Lauren T. Attard | lattard@bakerlaw.com, agrosso@bakerlaw.com |
| Herb Baer | hbaer@primeclerk.com, ecf@primeclerk.com |
| Kathryn E. Barrett | keb@svlg.com, amt@svlg.com |
| Chris Bator | cbator@bakerlaw.com, jmcguigan@bakerlaw.com |
| Ronald S. Beacher | rbeacher@pryorcashman.com |
| Hagop T. Bedoyan | hbedoyan@kleinlaw.com, ecf@kleinlaw.com |
| Andrew David Behlmann | abehlmann@lowenstein.com, elawler@lowenstein.com |
| Tanya Behnam | tbehnam@polsinelli.com, tanyabehnam@gmail.com |
| James C. Behrens | jbehrens@milbank.com, mkoch@milbank.com |
| Jacob Taylor Beiswenger | jbeiswenger@omm.com, llattin@omm.com |
| James T. Bentley | james.bentley@srz.com, Kelly.Knight@srz.com |
| Peter J. Benvenutti | pbenvenutti@kbkllp.com |
| Robert Berens | rberens@smtdlaw.com, sr@smtdlaw.com |
| Ronald F. Berestka | rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com |
| Heinz Binder | heinz@bindermalter.com |
| Jared D. Bissell | jared.bissell@troutman.com |
| Neil Jon Bloomfield | njbloomfield@njblaw.com, gklump@njblaw.com |
| Jason Blumberg | jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov |
| Paige Boldt | pboldt@wattsguerra.com, cwilson@wattsguerra.com |
| Ameneh Maria Bordi | ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com |
| Jason Borg | jborg@jasonborglaw.com |
| Mark Bostick | mbostick@wendel.com, bankruptcy@wendel.com |
| James L. Bothwell | jbothwell@hueneninkahn.com, jguzman@hueneninkahn.com |
| Peter R. Boutin | peter.boutin@kyl.com, lara.joel@kyl.com |
| Erin N. Brady | enbrady@jonesday.com |
| Lee Brand | lee.brand@pillsburylaw.com, docket@pillsburylaw.com |
| Gregory A. Bray | gbray@milbank.com |
| Michael D. Breslauer | mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com |
| W. Steven Bryant | , molly.batiste-debose@lockelord.com |
| Chane Buck | cbuck@jonesday.com |
| Kathlene Burke | kathlene.burke@skadden.com, burke.kathlene@gmail.com |
| Elizabeth J. Cabraser | ecabraser@lchb.com, awolf@lchb.com |
| Anthony P. Cali | anthony.cali@stinson.com, lindsay.petrowski@stinson.com |
| Peter C. Califano | pcalifano@cwclaw.com |

**SERVED VIA ELECTRONIC SERVICE (ECF)**

| | |
|---|---|
| Steven M. Campora | scampora@dbbwc.com, nlechuga@dbbwc.com |
| Leah E. Capritta | leah.capritta@hklaw.com, lori.labash@hklaw.com |
| Nicholas A. Carlin | nac@phillaw.com, rac@phillaw.com |
| Katherine Rose Catanese | kcatanese@foley.com |
| Barry A. Chatz | barry.chatz@saul.com, barry.chatz@gmail.com |
| Karen J. Chedister | kchedister@h-jlaw.com |
| Christina Lin Chen | christina.chen@morganlewis.com, christina.lin.chen@gmail.com |
| Richard A. Chesley | richard.chesley@dlapiper.com, bill.countryman@dlapiper.com |
| Kevin Chiu | kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com |
| Jacquelyn H. Choi | jacquelyn.choi@rimonlaw.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Robert N.H. Christmas | rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com |
| Jae Angela Chun | ajc@chun.law, teresa@tosdallaw.com |
| Gerard T. Cicero | GCicero@brownrudnick.com, NKhalatova@brownrudnick.com |
| Louis J. Cisz | lcisz@nixonpeabody.com |
| Alicia Clough | aclough@loeb.com |
| Tiffany Strelow Cobb | tscobb@vorys.com |
| John B. Coffman | john@johncoffman.net |
| Kevin G. Collins | kevin.collins@btlaw.com |
| Brian S. Conlon | bsc@phillaw.com, rac@phillaw.com |
| Charles Cording | ccording@willkie.com, mao@willkie.com |
| Manuel Corrales | mannycorrales@yahoo.com, hcskanchy@hotmail.com |
| Anne Costin | anne@costinlawfirm.com |
| Donald H. Cram | dhc@severson.com |
| Ashley Vinson Crawford | avcrawford@akingump.com, dkrasa-berstell@akingump.com |
| J. Russell Cunningham | rcunningham@dnlc.net, emehr@dnlc.net |
| Keith J. Cunningham | , rkelley@pierceatwood.com |
| Keith J. Cunningham | kcunningham@pierceatwood.com, rkelley@pierceatwood.com |
| James D. Curran | jcurran@wolkincurran.com, dstorms@wolkincurran.com |
| Tambra Curtis | tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org |
| Ashleigh A. Danker | ashleigh.danker@dinsmore.com |
| Stacy A. Dasaro | sdasaro@goodwinlaw.com |
| James M. Davis | jdavis@cglaw.com |
| Nicolas De Lancie | ndelancie@jmbm.com |
| Judith A. Descalso | , jad_9193@ecf.courtdrive.com |
| Andrew G. Devore | andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com |
| Erin Elizabeth Dexter | edexter@milbank.com |
| Shounak S. Dharap | ssd@arnslaw.com, mec@arnslaw.com |
| Kathryn S. Diemer | kdiemer@diemerwei.com |
| Kathryn S. Diemer | kdiemer@diemerwhitman.com |
| John P. Dillman | houston_bankruptcy@publicans.com |

63775063 v1-WorkSiteUS-035945/0001

**SERVED VIA ELECTRONIC SERVICE (ECF)**

| | |
|---|---|
| Caroline R. Djang | caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com |
| Krystal Dong | ykdong@gmail.com |
| Jonathan R. Doolittle | jonathan.doolittle@pillsburylaw.com |
| Jonathan R. Doolittle | jdoolittle@reedsmith.com |
| Jennifer V. Doran | jdoran@hinckleyallen.com |
| Dustin M. Dow | ddow@bakerlaw.com, jmcguigan@bakerlaw.com |
| Jamie P. Dreher | jdreher@downeybrand.com |
| Todd Dressel | tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com |
| Geoffrey B. Dryvynsyde | gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
| Jeffrey Aaron Dubbin | jdubbin@labaton.com, echan-lee@labaton.com |
| Matthew Ducharme | matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com |
| Cecily Ann Dumas | cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
| Dennis F. Dunne | cprice@milbank.com, jbrewster@milbank.com |
| Dennis F. Dunne | ddunne@milbank.com, jbrewster@milbank.com |
| Huonganh Annie Duong | annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| Luke N. Eaton | eatonl@pepperlaw.com, monugiac@pepperlaw.com |
| Kevin M. Eckhardt | keckhardt@hunton.com, candonian@huntonak.com |
| Daniel G. Egan | daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com |
| Joseph A. Eisenberg | JAE1900@yahoo.com |
| Michele Ellison | mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| David Emerzian | , Melany.Hertel@mccormickbarstow.com |
| G. Larry Engel | larry@engeladvice.com |
| Krista M. Enns | kenns@beneschlaw.com |
| Scott Esbin | sesbin@esbinalter.com |
| Joseph M. Esmont | jesmont@bakerlaw.com |
| Michael P. Esser | michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com |
| Richard W. Esterkin | richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
| Michael S. Etkin | metkin@lowenstein.com |
| Jacob M. Faircloth | jacob.faircloth@smolsonlaw.com |
| Brett D. Fallon | bfallon@morrisjames.com, wweller@morrisjames.com |
| Michael C. Fallon | , manders@fallonlaw.net |
| Joana Fang | jf@kbklawyers.com, icd@kbklawyers.com |
| Joseph Kyle Feist | jfeistesq@gmail.com, info@norcallawgroup.net |
| David M. Feldman | DFeldman@gibsondunn.com |
| Matthew A. Feldman | mfeldman@willkie.com |
| Jennifer Feldsher | jennifer.feldsher@morganlewis.com, renee.robles@morganlewis.com |
| Mark E. Felger | mfelger@cozen.com |
| James J. Ficenec | James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com |
| John D. Fiero | jfiero@pszjlaw.com, ocarpio@pszjlaw.com |
| Kimberly S. Fineman | kfineman@nutihart.com, admin@nutihart.com |
| Stephen D. Finestone | sfinestone@fhlawllp.com |
| Timothy M. Flaherty | tflaherty@mpplaw.com |

| | |
|---|---|
| Daniel I. Forman | dforman@willkie.com |
| Jonathan Forstot | jonathan.forstot@troutman.com, john.murphy@troutman.com |
| Jonathan Forstot | , john.murphy@troutman.com |
| Matthew Hampton Foushee | hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
| Carolyn Frederick | cfrederick@prklaw.com |
| Peter Friedman | pfriedman@omm.com |
| Roger F. Friedman | rfriedman@rutan.com, csolorzano@rutan.com |
| Xiyi Fu | jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| Lars H. Fuller | lfuller@bakerlaw.com |
| Thomas M. Gaa | tgaa@bbslaw.com |
| Larry W. Gabriel | lgabriel@bg.law, nfields@bg.law |
| Gregg M. Galardi | gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com |
| Richard L. Gallagher | richard.gallagher@ropesgray.com |
| Craig Solomon Ganz | ganzc@ballardspahr.com, hartt@ballardspahr.com |
| Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Oscar Garza | ogarza@gibsondunn.com |
| Lisa S. Gast | lsg@dwgp.com, lmk@dwgp.com |
| Paul R. Gaus | paul.gaus@mccormickbarstow.com |
| Duane M. Geck | dmg@severson.com |
| Evelina Gentry | evelina.gentry@akerman.com, robdiwa@akerman.com |
| Janet D. Gertz | jgertz@btlaw.com, amattingly@btlaw.com |
| Christopher Gessner | cgessner@akingump.com, NYMCO@akingump.com |
| R. Dale Ginter | dginter@downeybrand.com |
| Jon T. Givens | givensjt@gmail.com, cwilson@wattsguerra.com |
| Barry S. Glaser | bglaser@lkfirm.com |
| Paul R. Glassman | pglassman@sycr.com |
| Gabriel I. Glazer | gglazer@pszjlaw.com |
| Gabrielle Glemann | gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| Jaime Godin | Jtouchstone@fddcm.com |
| Matthew A. Gold | courts@argopartners.net |
| Eric D. Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Craig Goldblatt | Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com |
| Amy L. Goldman | goldman@lbbslaw.com |
| Eric S. Goldstein | egoldstein@goodwin.com |
| Rhonda Stewart Goldstein | Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |
| Richard H. Golubow | rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| Michael J. Gomez | mgomez@frandzel.com, dmoore@frandzel.com |
| Michael W. Goodin | mgoodin@clausen.com, mgenova@clausen.com |
| Eric R. Goodman | egoodman@bakerlaw.com |
| Mark A. Gorton | mgorton@boutinjones.com, cdomingo@boutininc.com |
| Mark A. Gorton | mgorton@boutininc.com, cdomingo@boutininc.com |
| Michael I. Gottfried | MGottfried@elkinskalt.com, AAburto@elkinskalt.com |
| Louis Gottlieb | Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| Eric A. Grasberger | eric.grasberger@stoel.com, docketclerk@stoel.com |
| Debra I. Grassgreen | , hphan@pszjlaw.com |
| Debra I. Grassgreen | dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |

| | |
|---|---|
| Eric A. Gravink | eric@rhrc.net |
| Elizabeth A. Green | egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| Tracy Green | tgreen@wendel.com, bankruptcy@wendel.com |
| Mitchell B. Greenberg | mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com |
| Brian Gregory | b.gregory@veenfirm.com, EL.Team@Veenfirm.com |
| Susan Sieger Grimm | SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com |
| Stuart G. Gross | sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| Carl L. Grumer | cgrumer@manatt.com, mchung@manatt.com |
| Elizabeth M. Guffy | eguffy@lockelord.com, autodocket@lockelord.com |
| Lloyd C. Guintivano | anitag@co.lake.ca.us, lloydg@co.lake.ca.us |
| Cameron Gulden | cameron.m.gulden@usdoj.gov |
| Gokalp Y. Gurer | ggurer@akk-law.com |
| Mirco J. Haag | mhaag@buchalter.com, dcyrankowski@buchalter.com |
| Laurie Hager | lhager@sussmanshank.com |
| J. Noah Hagey | hagey@braunhagey.com, tong@braunhagey.com |
| Oren Buchanan Haker | oren.haker@stoel.com, rene.alvin@stoel.com |
| Kristopher M. Hansen | dmohamed@stroock.com, mmagzamen@stroock.com |
| Adam C. Harris | adam.harris@srz.com, james.bentley@srz.com |
| Robert G. Harris | rob@bindermalter.com |
| Christopher H. Hart | chart@nutihart.com, nwhite@nutihart.com |
| Bryan L. Hawkins | bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| Jennifer C. Hayes | jhayes@fhlawllp.com |
| Geoffrey A. Heaton | gheaton@duanemorris.com, dmicros@duanemorris.com |
| Michael C. Hefter | michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com |
| Alaina R. Heine | alaina.heine@dechert.com, brett.stone@dechert.com |
| Cristina A. Henriquez | chenriquez@mayerbrown.com |
| Stephen E. Hessler, P.C. | , jozette.chong@kirkland.com |
| Matthew Heyn | matthew.heyn@doj.ca.gov |
| Sean T. Higgins | aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| Morgan R. Hirst | mhirst@jonesday.com, mmelvin@jonesday.com |
| Michael R. Hogue | hoguem@gtlaw.com, navarrom@gtlaw.com |
| David Holtzman | david.holtzman@hklaw.com |
| Alexandra S. Horwitz | allie.horwitz@dinsmore.com |
| Linda Tai Hoshide | , noemi.santiago@wilsonelser.com |
| Marsha Houston | mhouston@reedsmith.com, hvalencia@reedsmith.com |
| Shane Huang | shane.huang@usdoj.gov |
| Brian D. Huben | hubenb@ballardspahr.com |
| Kelly L. Huey | khuey@burkeandkesslerlaw.com |
| Jonathan Hughes | , jane.rustice@aporter.com |
| Edward R. Huguenin | ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com |
| Michael A. Isaacs | Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |
| Mark V. Isola | mvi@sbj-law.com |

**SERVED VIA ELECTRONIC SERVICE (ECF)**

| | |
|---|---|
| J. Eric Ivester | Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| J. Eric Ivester | , Andrea.Bates@skadden.com |
| Kizzy L. Jarashow | KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com |
| Ivan C. Jen | ivan@icjenlaw.com |
| Amanda Jereige | AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com |
| Monique Jewett-Brewster | mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| James O. Johnston | jjohnston@jonesday.com |
| Chris Johnstone | chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| Andrew Jones | andrew@ajoneslaw.com |
| Gregory K. Jones | GJones@dykema.com, cacossano@dykema.com |
| John L. Jones | JJones@chwlaw.us, JLJones2@outlook.com |
| Robert A. Julian | rjulian@bakerlaw.com, hhammonturano@bakerlaw.com |
| George H. Kalikman | , sdavenport@schnader.com |
| Roberto J. Kampfner | rkampfner@whitecase.com, mco@whitecase.com |
| Bonnie E. Kane | bonnie@thekanelawfirm.com, skane@thekanelawfirm.com |
| Gary M. Kaplan | gkaplan@fbm.com, calendar@fbm.com |
| Eve H. Karasik | ehk@lnbyb.com |
| Michael G. Kasolas | trustee@kasolas.net, CA30@ecfcbis.com, ecf.alert+Kasolas@titlexi.com |
| Elyssa S. Kates | ekates@bakerlaw.com |
| Ori Katz | okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| William M. Kaufman | wkaufman@smwb.com |
| Jane G. Kearl | jkearl@watttieder.com, jbenton@watttieder.com |
| Tobias S. Keller | tkeller@kbkllp.com |
| Tobias S. Keller | tkeller@kellerbenvenutti.com |
| Lynette C. Kelly | ustpregion17.oa.ecf@usdoj.gov |
| Matthew K. Kelsey | mkelsey@gibsondunn.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com, kristina.terlaga@procopio.com |
| Erica L. Kerman | ekerman@willkie.com |
| Samuel A. Khalil | skhalil@milbank.com, jbrewster@milbank.com |
| Samuel M. Kidder | skidder@ktbslaw.com |
| Marc Kieselstein | , carrie.oppenheim@kirkland.com |
| Jane Kim | jkim@kbkllp.com |
| Mary H. Kim | Mary.Kim@dechert.com, brett.stone@dechert.com |
| Kody D. L. Kleber | kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| Matthew Ryan Klinger | mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com |
| Bradley C. Knapp | bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| Kelly V. Knight | kelly.knight@srz.com |
| Lydia Vanessa Ko | Lvko@stonelawoffice.com |
| Thomas F. Koegel | tkoegel@crowell.com |
| Katherine Kohn | kkohn@groom.com, ashahinllari@groom.com |
| Andy S. Kong | kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| Anna Kordas | akordas@jonesday.com, mmelvin@jonesday.com |
| Alan W. Kornberg | , akornberg@paulweiss.com |
| Bernard Kornberg | bjk@severson.com |

| | |
|---|---|
| David I. Kornbluh | dik@millermorton.com, mhr@millermorton.com |
| Lauren Kramer | lkramer@rjo.com |
| Jeffrey C. Krause | jkrause@gibsondunn.com |
| Thomas R. Kreller | tkreller@milbank.com |
| Lindsey E. Kress | lkress@lockelord.com, autodocket@lockelord.com |
| Hannah C. Kreuser | hkreuser@porterlaw.com, ooberg@porterlaw.com |
| Michael Thomas Krueger | michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| Marek P. Krzyzowski | MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com |
| Robert T. Kugler | robert.kugler@stinson.com |
| Duane Kumagai | dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com |
| Brendan M. Kunkle | bkunkle@abbeylaw.com, lmeyer@abbeylaw.com |
| Alisa C. Lacey | alisa.lacey@stinson.com, karen.graves@stinson.com |
| Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| Richard A. Lapping | rich@trodellalapping.com |
| Omeed Latifi | olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| John E. Lattin | jlattin@ostergar.com, cslovenec@ostergar.com |
| Paul J. Laurin | plaurin@btlaw.com, slmoore@btlaw.com |
| Michael Lauter | mlauter@sheppardmullin.com |
| Kenneth T. Law | klaw@bbslaw.com |
| Francis J. Lawall | francis.lawall@troutman.com, susan.henry@troutman.com |
| Andrew Michael Leblanc | ALeblanc@milbank.com |
| Erica Lee | Erica.Lee@doj.ca.gov |
| Scott Lee | scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| Paul J. Leeds | leedsp@higgslaw.com |
| Edward J. Leen | eleen@mkbllp.com |
| Lisa Lenherr | llenherr@wendel.com, bankruptcy@wendel.com |
| Matthew A. Lesnick | matt@lesnickprince.com, jmack@lesnickprince.com |
| Bryn G. Letsch | bletsch@braytonlaw.com |
| David B. Levant | david.levant@stoel.com, rene.alvin@stoel.com |
| Andrew H. Levin | alevin@wcghlaw.com |
| David Levine | dnl@groom.com |
| Marc A. Levinson | Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| Dara Levinson Silveira | dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com |
| Alexander James Demitro Lewicki | kdiemer@diemerwei.com |
| Alexander James Demitro Lewicki | alewicki@diemerwei.com |
| William Thomas Lewis | wtl@roblewlaw.com, kimwrenn@msn.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com |
| William S. Lisa | , jcaruso@nixonpeabody.com |
| William S. Lisa | wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| Jonathan A. Loeb | jon.loeb@bingham.com |
| Michael B. Lubic | michael.lubic@klgates.com |
| John William Lucas | , ocarpio@pszjlaw.com |
| Joseph R. Lucia | PersonalInjuryGroup@RLSlawyers.com |
| Jane Luciano | jane-luciano@comcast.net |

63775063 v1-WorkSiteUS-035945/0001

| | |
|---|---|
| Kerri Lyman | klyman@irell.com, #-FirmPSDocketing@Steptoe.com |
| Carissa A. Lynch | Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov |
| John H. MacConaghy | macclaw@macbarlaw.com, smansour@macbarlaw.com; kmuller@macbarlaw.com |
| Iain A. Macdonald | iain@macfern.com, ecf@macfern.com |
| Tracy L. Mainguy | tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| Samuel R. Maizel | samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| Adam Malatesta | adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| Katharine Malone | malonek@gtlaw.com |
| Liam K. Malone | malone@oles.com, shahin@oles.com |
| Michael W. Malter | michael@bindermalter.com |
| Craig Margulies | cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| Geoffrey E. Marr | gemarr59@hotmail.com |
| Richard A. Marshack | rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com |
| Catherine Martin | cmartin@simon.com, rtucker@simon.com; bankruptcy@simon.com |
| Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com |
| David P. Matthews | jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| Patrick C. Maxcy | patrick.maxcy@snrdenton.com |
| James J. Mazza | james.mazza@skadden.com, wendy.lamanna@skadden.com |
| Benjamin P. McCallen | bmccallen@willkie.com |
| Thomas E. McCurnin | tmccurnin@bkolaw.com, kescano@bkolaw.com |
| Hugh M. McDonald | , john.murphy@troutman.com |
| Hugh M. McDonald | hugh.mcdonald@troutman.com, john.murphy@troutman.com |
| C. Luckey McDowell | Luckey.McDowell@Shearman.com |
| Matthew D. McGill | MMcGill@gibsondunn.com |
| Melissa C. McLaughlin | mcmclaughlin@venable.com, ataylor@venable.com |
| Edward Joseph McNeilly | edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com |
| Scott H. McNutt | SMcNutt@ml-sf.com, csnell@ml-sf.com |
| Thomas Melone | Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
| Peter Meringolo | peter@pmrklaw.com |
| Frank A. Merola | lacalendar@stroock.com, mmagzamen@stroock.com |
| Jennifer L. Mersing | jennifer.mersing@stoel.com, lisa.petras@stoel.com |
| Joshua M. Mester | jmester@jonesday.com |
| Matthew D. Metzger | belvederelegalecf@gmail.com |
| Merle C. Meyers | mmeyers@mlg-pc.com |
| Randy Michelson | randy.michelson@michelsonlawgroup.com |
| Gerardo Mijares-Shafai | Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com |
| Joel S. Miliband | jmiliband@brownrudnick.com |
| Joseph G. Minias | jminias@willkie.com |

## SERVED VIA ELECTRONIC SERVICE (ECF)

| | |
|---|---|
| M. David Minnick | dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| Benjamin Mintz | benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com |
| Nancy Mitchell | nmitchell@omm.com |
| Thomas C. Mitchell | tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com |
| John A. Moe | john.moe@dentons.com, glenda.spratt@dentons.com |
| Aaron J. Mohamed | ajm@brereton.law, aaronmohamedlaw@gmail.com |
| Kevin Montee | kmontee@monteeassociates.com |
| Christopher D. Moon | chris@moonlawapc.com, kevin@moonlawapc.com |
| David W. Moon | lacalendar@stroock.com, mmagzamen@stroock.com |
| Diane Marger Moore | dmargermoore@baumhedlundlaw.com |
| Erika L. Morabito | emorabito@foley.com, hsiagiandraughn@foley.com |
| Candace J. Morey | cjm@cpuc.ca.gov |
| Courtney L. Morgan | morgan.courtney@pbgc.gov |
| Richard Morin | , 6863427420@filings.docketbird.com |
| Kimberly S. Morris | kmorris@bakerlaw.com, tpetre@bakerlaw.com |
| Rodney Allen Morris | Rodney.Morris2@usdoj.gov |
| Joshua D. Morse | Joshua.Morse@dlapiper.com, docket@pillsburylaw.com |
| Andrew H. Morton | andrew.morton@stoel.com, lisa.petras@stoel.com |
| Thomas G. Mouzes | tmouzes@boutinjones.com, cdomingo@boutininc.com |
| Peter S. Munoz | pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| John Leland Murphree | LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com |
| Bennett J. Murphy | bmurphy@bennettmurphylaw.com |
| Michael S. Myers | myersms@ballardspahr.com |
| Alan I. Nahmias | anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| David L. Neale | dln@lnbrb.com |
| David L. Neale | dln@lnbyb.com |
| David Neier | dneier@winston.com |
| Brittany J. Nelson | bnelson@foley.com, hsiagiandraughn@foley.com |
| Michael S. Neumeister | MNeumeister@gibsondunn.com |
| Howard S. Nevins | hnevins@hsmlaw.com |
| Samuel A. Newman | sam.newman@sidley.com, laefilingnotice@sidley.com |
| Melissa T. Ngo | ngo.melissa@pbgc.gov, efile@pbgc.gov |
| Mario R. Nicholas | mario.nicholas@stoel.com, ana.trask@stoel.com |
| Sean Nolan | snolan@akingump.com, NYMCO@akingump.com |
| Gregory C. Nuti | gnuti@nutihart.com, nwhite@nutihart.com |
| Abigail O'Brient | aobrient@mintz.com, docketing@mintz.com |
| Alicia D. O'Neill | aoneill@wattsguerra.com, cwilson@wattsguerra.com |
| Julie E. Oelsner | joelsner@weintraub.com, bjennings@weintraub.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Aron M. Oliner | roliner@duanemorris.com, dmicros@duanemorris.com |
| Matthew Jon Olson | matt@macfern.com, stell.laura@dorsey.com |
| Scott Olson | solson@vedderprice.com, nortega@vedderprice.com |
| Steven M. Olson | smo@smolsonlaw.com |
| Aram Ordubegian | Ordubegian.Aram@ArentFox.com |
| Keith C. Owens | kowens@venable.com, bclark@venable.com;khoang@venable.com |

63775063 v1-WorkSiteUS-035945/0001

| | |
|---|---|
| Gabriel Ozel | , gabeozel@gmail.com |
| Amy S. Park | amy.park@skadden.com, alissa.turnipseed@skadden.com |
| Donna Taylor Parkinson | donna@parkinsonphinney.com |
| Peter S. Partee | ppartee@huntonak.com, candonian@huntonak.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| Kenneth Pasquale | , mlaskowski@stroock.com |
| Larry Allan Peluso | pelusolaw@gmail.com, firm@pelusolaw.net |
| Valerie Bantner Peo | vbantnerpeo@buchalter.com |
| Yosef Peretz | , skim@peretzlaw.com |
| Christian A. Pereyda | CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com |
| Thomas R. Phinney | tom@parkinsonphinney.com |
| R. Alexander Pilmer | alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| M. Ryan Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| Estela O. Pino | epino@epinolaw.com, rmahal@epinolaw.com |
| Gregory Plaskett | GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM |
| Mark D. Plevin | mplevin@crowell.com |
| Steven G. Polard | spolard@eisnerlaw.com, calendar-lao@ropers.com |
| Mark D. Poniatowski | ponlaw@ponlaw.com |
| Cara M. Porter | Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov |
| William L. Porter | bporter@porterlaw.com, Ooberg@porterlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Douglas B. Provencher | dbp@provlaw.com |
| Stacey C. Quan | squan@steyerlaw.com, pspencer@steyerlaw.com |
| Amy C. Quartarolo | amy.quartarolo@lw.com |
| Lary Alan Rappaport | lrappaport@proskauer.com, PHays@proskauer.com |
| Justin E. Rawlins | justinrawlins@paulhastings.com |
| Hugh M. Ray | hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| Paul F. Ready | smeyer@farmerandready.com |
| Caroline A. Reckler | caroline.reckler@lw.com |
| David M. Reeder | david@reederlaw.com, secretary@reederlaw.com |
| Steven J. Reisman | sreisman@katten.com, nyc.bknotices@kattenlaw.com |
| Jeffrey M. Reisner | jreisner@irell.com, #-FirmPSDocketing@Steptoe.com |
| Jack A. Reitman | , srichmond@lgbfirm.com |
| Emily P. Rich | erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| David J. Richardson | drichardson@bakerlaw.com, aagonzalez@bakerlaw.com |
| Christopher O. Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| David B. Rivkin | drivkin@bakerlaw.com, jmeeks@bakerlaw.com |
| John R. Rizzardi | kcoselman@cairncross.com, tnguyen@cairncross.com |
| Daniel Robertson | robertson.daniel@pbgc.gov, efile@pbgc.gov |
| Michael Rogers | mrogers@lambertrogers.com, jan@lambertrogers.com |
| Jorian L. Rose | jrose@bakerlaw.com |
| Laurence M. Rosen | lrosen@rosenlegal.com, zstanco@rosenlegal.com |
| Paul M. Rosenblatt | prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com |

| | |
|---|---|
| David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com |
| Allan Robert Rosin | arrosin@alr-law.com |
| Jay M. Ross | jross@hopkinscarley.com, eamaro@hopkinscarley.com |
| Gregory A. Rougeau | grougeau@brlawsf.com |
| Stacy H. Rubin | rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com |
| Jason C. Rubinstein | jrubinstein@fklaw.com, mclerk@fklaw.com |
| Nathan Q. Rugg | nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| Thomas B. Rupp | trupp@kbkllp.com |
| Eric E. Sagerman | esagerman@bakerlaw.com |
| Robert Sahyan | rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com |
| Gregory M. Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com |
| Jonathan C. Sanders | jsanders@stblaw.com |
| Nanette D. Sanders | nanette@ringstadlaw.com, becky@ringstadlaw.com |
| Natalie Kathleen Sanders | natalie.sanders@bakerbotts.com |
| Lovee Sarenas | Lovee.sarenas@lewisbrisbois.com |
| Sunny S. Sarkis | sunny.sarkis@stoel.com, dawn.forgeur@stoel.com |
| Patricia Savage | psavesq@gmail.com, jodi.savage@gmail.com |
| Sblend A. Sblendorio | sas@hogefenton.com |
| Francis O. Scarpulla | fos@scarpullalaw.com, cpc@scarpullalaw.com |
| Daren M Schlecter | daren@schlecterlaw.com, info@schlecterlaw.com |
| Bradley R. Schneider | bradley.schneider@mto.com |
| Harvey S. Schochet | Harveyschochet@dwt.com |
| Nathan A. Schultz | nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com |
| Lisa Schweitzer | lschweitzer@cgsh.com |
| Eric J. Seiler | eseiler@fklaw.com, mclerk@fklaw.com |
| David B. Shemano | dshemano@pwkllp.com |
| James A. Shepherd | jim@jsheplaw.com, shepIGN@gmail.com |
| Leonard M. Shulman | lshulman@shbllp.com |
| Andrew I. Silfen | andrew.silfen@arentfox.com |
| Wayne A. Silver | w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| Brandt Silver-Korn | bsilverkorn@edelson.com, docket@edelson.com |
| Craig S. Simon | csimon@bergerkahn.com, aketcher@bergerkahn.com |
| Gerald Singleton | gerald@slffirm.com, BKECFCANB@SLFfirm.com |
| Steven J. Skikos | sskikos@skikos.com, mmontoya@skikos.com |
| Michael K. Slattery | mslattery@lkfirm.com, rramirez@lkfirm.com |
| Dania Slim | dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| Jennifer N. Slocum | jennifer.slocum@stoel.com, docketclerk@stoel.com |
| Aaron C. Smith | asmith@lockelord.com, autodocket@lockelord.com |
| Alan D. Smith | adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| Jan D. Sokol | jdsokol@lawssl.com, dwright@lawssl.com |
| Randye B. Soref | rsoref@polsinelli.com |
| Joseph Sorkin | jsorkin@akingump.com, NYMCO@akingump.com |
| Bennett L. Spiegel | blspiegel@jonesday.com |

**SERVED VIA ELECTRONIC SERVICE (ECF)**

| | |
|---|---|
| Michael St. James | ecf@stjames-law.com |
| Diane C. Stanfield | diane.stanfield@alston.com, nelly.villaneda@alston.com |
| Howard J. Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| Harriet A. Steiner | harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| Lillian G. Stenfeldt | lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com |
| Lillian G. Stenfeldt | lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com |
| Cheryl L. Stengel | clstengel@outlook.com, stengelcheryl40@gmail.com |
| David M. Stern | dstern@ktbslaw.com |
| Geoffrey S. Stewart | gstewart@jonesday.com, mmelvin@jonesday.com |
| Alan J. Stone | AStone@milbank.com, DMcCracken@Milbank.com |
| Jason D. Strabo | jstrabo@mwe.com, shill@mwe.com |
| Michael H. Strub | mstrub@irell.com, mhstrub1@gmail.com |
| Rebecca Suarez | rsuarez@crowell.com |
| Brad T. Summers | , docketing-pdx@lanepowell.com |
| Kristine Theodesia Takvoryan | ktakvoryan@ckrlaw.com |
| Derrick Talerico | dtalerico@ztlegal.com, sfritz@ztlegal.com |
| Kesha Tanabe | kesha@tanabelaw.com |
| Mary Ellmann Tang | mtang@frenchlyontang.com, mwoodward@frenchlyontang.com |
| Elizabeth Lee Thompson | ethompson@stites.com, docketclerk@stites.com |
| John C. Thornton | jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| Elisa Tolentino | cao.main@sanjoseca.gov |
| Meagan S. Tom | Meagan.tom@lockelord.com, autodocket@lockelord.com |
| Edward J. Tredinnick | etredinnick@greeneradovsky.com |
| Matthew Jordan Troy | matthew.troy@usdoj.gov |
| Rocky C. Tsai | rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com |
| Michael Tye | Michael.Tye@usdoj.gov |
| Gary D. Underdahl | gunderdahl@askllp.com, lmiskowiec@askllp.com |
| Elijah Marcus Underwood | eliunderwood@kroghdecker.com, juliamartell@kroghdecker.com |
| Andrew Van Ornum | avanornum@vlmglaw.com, hchea@vlmglaw.com |
| Shmuel Vasser | shmuel.vasser@dechert.com, brett.stone@dechert.com |
| Victor A. Vilaplana | vavilaplana@foley.com, rhurst@foley.com |
| Marta Villacorta | marta.villacorta@usdoj.gov |
| Carol C. Villegas | cvillegas@labaton.com, NDonlon@labaton.com |
| John A. Vos | InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| Bao M. Vu | bao.vu@stoel.com, sharon.witkin@stoel.com |
| Nicholas Wagner | kschemen@wagnerjones.com, bwagner@wagnerjones.com |
| Jonathan D. Waisnor | jwaisnor@willkie.com, mao@willkie.com |
| Riley C. Walter | ecf@W2LG.com |
| Phillip K. Wang | phillip.wang@rimonlaw.com |
| Samuel M. Ward | sward@barrack.com, cfessia@barrack.com |
| Philip S. Warden | philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com |
| Gregory P. Waters | gwaters@elllaw.com, gregorywatersesq@gmail.com |
| Guy L. Watts | gwatts@wattsguerra.com, cwilson@wattsguerra.com |
| Mikal C. Watts | mcwatts@wattsguerra.com, cwilson@wattsguerra.com |

| | |
|---|---|
| Lindsi M. Weber | lweber@polsinelli.com, yderac@polsinelli.com |
| Joseph M. Welch | jwelch@buchalter.com, dcyrankowski@buchalter.com |
| David Walter Wessel | DWessel@efronlawfirm.com, hporter@chdlawyers.com |
| Joseph West | westjoseph@earthlink.net, josephw998@gmail.com |
| Drew M. Widders | dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
| Jason P. Williams | , maryanne@wplgattorneys.com |
| Eric R. Wilson | kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| Kimberly S. Winick | kwinick@clarktrev.com, knielsen@clarktrev.com |
| Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com |
| David Wirt | david.wirt@hklaw.com, denise.harmon@hklaw.com |
| Ryan A. Witthans | rwitthans@fhlawllp.com |
| Keith H. Wofford | keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com |
| Risa Lynn Wolf-Smith | rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Douglas Wolfe | dwolfe@asmcapital.com |
| Andrea Wong | wong.andrea@pbgc.gov, efile@pbgc.gov |
| Christopher Kwan Shek Wong | christopher.wong@arentfox.com |
| David A. Wood | dwood@marshackhays.com, lbuchanan@marshackhays.com |
| Kirsten A. Worley | kw@wlawcorp.com, admin@wlawcorp.com |
| Kinga Wright | kinga.wright@lockelord.com, autodocket@lockelord.com |
| Antonio Yanez | ayanez@willkie.com |
| Cathy Yanni | cathy@cathyyanni.com, pstrunk@browngreer.com |
| Andrew Yaphe | andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| Stephanie Yee | syee@janglit.com, klockwood@janglit.com |
| Tacie H. Yoon | tyoon@crowell.com |
| Bennett G. Young | byoung@jmbm.com, jb8@jmbm.com |
| Christopher L. Young | cyoung@cairncross.com, nspringstroh@cairncross.com |
| Nicole M. Zeiss | nzeiss@labaton.com |
| Paul H. Zumbro | mao@cravath.com |
| Brittany Zummer | bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| Dario de Ghetaldi | deg@coreylaw.com, lf@coreylaw.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA EMAIL*

| **Weil, Gotshal & Manges**<br><br>Matthew Goren<br>Stephen Karotkin<br>Jessica Liou | Counsel to Debtors:<br><br>Email: matthew.goren@weil.com<br>Email: stephen.karotkin@weil.com<br>Email: jessica.liou@weil.com |
|---|---|
| **Keller Benvenutti Kim LLP**<br><br>Tobias S. Keller – *On ECF List*<br>Jane Kim – *On ECF List* | Counsel to Debtors:<br><br>Email: tkeller@kbkllp.com<br>Email: jkim@kbkllp.com |
| **Stroock & Stoock & Lavan LLP**<br><br>Kristopher M. Hansen – *On ECF List*<br>Frank A. Merola – *On ECF List*<br>Erez E. Gilad<br>Matthew G. Garofalo | Counsel for the administrative agent under the Debtors' debtor in possession financing facilities<br><br>Email: khansen@stroock.com<br>Email : fmerola@stroock.com<br>Email: egilad@stroock.com<br>Email: mgarofalo@stroock.com |
| **Davis Polk & Wardwell LLP**<br><br>Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich | Counsel for the agent under the Debtors' proposed debtor in possession financing facilities<br><br>Email: eli.vonnegut@davispolk.com<br>Email: david.schiff@davispolk.com<br>Email: timothy.graulich@davispolk.com |
| **Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br><br>Alan W. Kornberg– *On ECF List*<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly | Counsel to California Public Utilities Commission<br><br>Email: akornberg@paulweiss.com<br>Email: bhermann@paulweiss.com<br>Email: wrieman@paulweiss.com<br>Email: smitchell@paulweiss.com<br>Email: ndonnelly@paulweiss.com |
| **U.S. Department of Justice**<br>**Federal Energy Regulatory Commission**<br><br>Danielle A. Pham | Interested Party United States on behalf of the Federal Energy Regulatory Commission<br><br>Email: danielle.pham@usdoj.gov |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA EMAIL (con't)*

| **Office of the United States Trustee**: | U.S. Trustee: |
|---|---|
| Timonthy Lafredi– *On ECF List*<br>James L. Snyder<br>Marta E. Villacorta | Email: timothy.s.laffredi@usdoj.gov<br>Email: James.L.Snyder@usdoj.gov<br>Email : Marta.Villacorta@usdoj.gov |
| **U.S. Nuclear Regulatory Commission**<br>Attn: General Counsel<br>Washington, DC 20555-0001<br><br>Anita Ghosh Naber | U.S. Nuclear Regulatory Commission<br><br><br>Email: anita.ghoshnaber@nrc.gov |
| **Milbank, LLP**<br><br>Dennis F. Dunne– *On ECF List*<br>Samuel A. Khalil– *On ECF List*<br>Gregory A. Bray– *On ECF List*<br>Thomas R. Kreller– *On ECF List* | Counsel For The Official Committee Of Unsecured Creditors:<br><br>Email: ddunne@milbank.com<br>Email: skhalil@milbank.com<br>Email: gbray@milbank.com<br>Email: tkreller@milbank.com |
| **Baker and Hostetler LLP**<br><br>Cecily Ann Dumas– *On ECF List*<br>Eric E. Sagerman– *On ECF List* | Counsel For The Official Committee Of Tort Claims:<br><br>Email: cdumas@bakerlaw.com<br>Email: esagerman@bakerlaw.com |
| **Jones Day**<br><br>Bruce S. Bennett<br>Joshua M. Mester– *On ECF List*<br>James O. Johnston– *On ECF List* | PG&E Shareholders<br><br>Email: bbennett@jonesday.com Email: jmester@jonesday.com<br>Email: jjohnston@jonesday.com |
| **Akin Gump Strauss Hauer & Feld LLP**<br><br>Ashley Vinson Crawford– *On ECF List*<br>Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter | Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company<br><br>Email: avcrawford@akingump.com<br>Email: mstamer@akingump.com<br>Email: idizengoff@akingump.com<br>Email : dbotter@akingump.com |

63775063 v1-WorkSiteUS-035945/0001

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA EMAIL (con't)*

| | |
|---|---|
| **Braunhagey & Borden LLP**<br><br>J. Noah Hagey– *On ECF List*<br>Jeffrey M. Theodore<br>David H. Kwasniewski<br>Andrew Levine | Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company<br><br>Email: hagey@braunhagey.com<br>Email: theodore@braunhagey.com<br>Email : kwasniewski@braunhagey.com<br>Email : levine@braunhagey.com |
| **US Securities and Exchange Commission**<br><br>Attn: Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington, DC 20549<br><br>**US Securities and Exchange Commission**<br>Attn: Jina Choi, Regional Director<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104 | **US Securities and Exchange Commission**<br><br>Email: secbankruptcy@sec.gov<br><br><br><br>Email: sanfrancisco@sec.gov |
| **Office of the California Attorney General**<br><br>Margarita Padilla<br>Danette Valdez | Office of the California Attorney General<br><br>Email: Margarita.Padilla@doj.ca.gov<br>Email: Danette.Valdez@doj.ca.gov |
| **Office of the California Attorney General**<br><br>c/o Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>Attn: Paul Pascuzzi – *On ECF List* | Office of the California Attorney General<br><br>Email: ppascuzzi@ffwplaw.com |
| **Cravath, Swaine & Moore LLP**<br><br>Paul H. Zumbro – *On ECF List*<br>Kevin J. Orsini<br>George E. Zobitz<br>Stephen M. Kessing<br>Nicholas A. Dorsey<br>Omid H. Nasab | Special Counsel to Debtors:<br><br>Email: pzumbro@cravath.com<br>Email: korsini@cravath.com<br>Email: jzobitz@cravath.com<br>Email: skessing@cravath.com<br>Email: ndorsey@cravath.com<br>Email: onasab@cravath.com |

Case: 19-30088    Doc# 9478    Filed: 11/06/20    Entered: 11/06/20 16:13:07    Page 18 of 27
63775063 v1-WorkSiteUS-035945/0001

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA EMAIL (con't)*

| | |
|---|---|
| **Reed Smith LLP**<br><br>David E. Weiss<br>Peter Munoz – *On ECF List* | Counsel for Certain Fire Victim Creditors<br><br>Email: DWeiss@ReedSmith.com<br>Email: PMunoz@ReedSmith.com |
| **Willkie Farr & Gallagher LLP**<br><br><br>Matthew A. Feldman– *On ECF List*<br>Joseph G. Minias– *On ECF List*<br>Daniel I. Forman– *On ECF List*<br>Benjamin P. McCallen– *On ECF List* | Counsel for Ad Hoc Group of Subrogation Claim Holders<br><br>Email: mfeldman@willkie.com<br>Email: jminias@willkie.com<br>Email: dforman@willkie.com<br>Email: bmccallen@willkie.com |
| **Diemer & Wei, LLP**<br><br>Kathryn S. Diemer– *On ECF List* | Counsel for Ad Hoc Group of Subrogation Claim Holders<br><br>Email: kdiemer@diemerwei.com |

63775063 v1-WorkSiteUS-035945/0001

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL*

| | |
|---|---|
| **PG&E Corporation**<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177 | Debtor |
| **Pacific Gas and Electric Company**<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>PO Box 770000<br>San Francisco, CA 94177 | Debtor |
| **Office of the United States Attorney for the Northern District of California**<br>Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Office of the United States Attorney for the Northern District of California |
| **US Securities and Exchange Commission**<br><br>Attn: Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington, DC 20549 | **US Securities and Exchange Commission**<br><br>Email: secbankruptcy@sec.gov |
| **US Securities and Exchange Commission**<br>Attn: Jina Choi, Regional Director<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104 | Email: sanfrancisco@sec.gov |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104-5016 | Internal Revenue Service |

63775063 v1-WorkSiteUS-035945/0001

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Harrison M. Thorne<br>Eric McDonough VedderPrice<br>1925 Century Park East, Suite 1900<br>Los Angeles, CA 90067 | Counsel for A Plus Tree Inc.<br><br>Email: hthorne@vedderprice.com<br>Email: emcdonough@vedderprice.com |
| Douglas Fuchs<br>Matthew Bouslog<br>Oscar Garza<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071 | Counsel for Accenture LLP<br><br>Email: DFuchs@gibsondunn.com<br>Email: MBouslog@gibsondunn.com<br>Email: OGarza@gibsondunn.com |
| Brendan P. Bradley<br>Gordon Rees Scully Mansukhani<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Counsel for ACRT Pacific, LLC<br><br>Email: bbradley@grsm.com |
| Brendan P. Bradley<br>Gordon Rees Scully Mansukhani<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Counsel for ACRT, Inc<br><br>Email: bbradley@grsm.com |
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Arbormetrics Solutions, LLC<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Arbormetrics Solutions, LLC<br><br>Email: ROliner@duanemorris.com |
| Daniel C. Curth<br>Goldstein & McClintock LLLP<br>111 W. Washington Street Suite 1221<br>Chicago, IL 60602 | Counsel for Arcadis US |

63775063 v1-WorkSiteUS-035945/0001

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Jonathan A. Shapiro<br>Evan Smith<br>Daniel Martin<br>Natalie Young<br>Baker Botts L.L.P.<br>101 California Street, Ste 3600<br>San Francisco, CA 94111 | Counsel for Black & Veatch Construction, Inc.<br><br>Email: jonathan.shapiro@bakerbotts.com<br>Email: evan.smith@bakerbotts.com<br>Email: daniel.martin@bakerbotts.com<br>Email: natalie.young@bakerbotts.com |
| John H. Conrad<br>Michelle Rosenberg<br>Marion Hack<br>Pepper Hamilton, LLP<br>350 South Grand Avenue<br>Two California Plaza, Suite 3400<br>Los Angeles, California 90071 | Counsel for Burns & McDonnell Engineering Co., Inc.<br><br>Email: conradj@pepperlaw.com<br>Email: hackm@pepperlaw.com<br>Email: rosenbem@pepperlaw.com |
| Jared Kim<br>California Forestry and Vegetation Management, Inc.<br>143 W Main St., Suite 8<br>Merced, CA 95340 | Counsel for CA Forestry & Veg. Management, Inc.<br><br>Email: jkim@cfvminc.com |
| Nick Zinkin<br>Janis Barbosa<br>Kathryn Gold<br>5 River Park Pl. W., Ste. 204<br>Fresno, CA 93720 | Counsel for CA Forestry & Veg. Management, Inc.<br><br>Email: NZinkin@nz-law.com<br>Email : Janis@nz-law.com<br>Email : Kathryn@nz-law.com |
| Matthew Ball<br>Michael Lubic<br>Jonathan Cohen<br>K&L Gates<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994 | Counsel for CN Utility Consulting, Inc.<br><br>Email: matthew.ball@klgates.com<br>Email: michael.lubic@klgates.com<br>Email : Jonathan.Cohen@klgates.com |

63775063 v1-WorkSiteUS-035945/0001

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for Crux Subsurface, Inc.<br><br>Email: mcargnel@shb.com<br>Email: eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| Aldo E. Ibarra<br>Penney Azizi<br>Robert Blum<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | Counsel for Davey Resource Group<br><br>Email: aibarra@nixonpeabody.com<br>Email: pazizi@nixonpeabody.com<br>Email: rblum@nixonpeabody.com |
| Aldo E. Ibarra<br>Penney Azizi<br>Robert Blum<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | Counsel for Davey Tree Expert Company\<br><br>Email: aibarra@nixonpeabody.com<br>Email: pazizi@nixonpeabody.com<br>Email: rblum@nixonpeabody.com |
| Aldo E. Ibarra<br>Penney Azizi<br>Robert Blum<br>Nixon Peabody LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111 | Counsel for Davey Tree Expert Company\<br><br>Email: aibarra@nixonpeabody.com<br>Email: pazizi@nixonpeabody.com<br>Email: rblum@nixonpeabody.com |
| James Ficenec<br>Lee Havilyn<br>Newmeyer Dillion<br>1333 N. California Blvd., Suite 600<br>Walnut Creek, CA 94596 | Counsel for Exponent, Inc.<br><br>Email: James.Ficenec@ndlf.com<br>Email: Havilyn.Lee@ndlf.com |
| Douglas Provencher<br>Provencher & Flatt LLP<br>823 Sonoma Avenue<br>Santa Rosa, CA 95404 | Counsel for  Family Tree Service, Inc.<br><br>Email: dbp@provlaw.com |
| Michael J. LeVangie<br>LEVANGIE LAW GROUP<br>2021 N Street<br>Sacramento, CA 95811 | Counsel for High Country Forestry<br><br>Email: Michael.levangie@llg-law.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Lynde Selden III<br>KEEGIN HARRISON LLP<br>1000 Fourth Street, Suite 600<br>San Rafael, CA 94901 | Counsel for Mario's Tree Service<br><br>Email: lselden@keeginharrison.com |
| Kennison Lay<br>Sam Newman<br>Douglas A. Axel<br>Celia H. Spalding<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, California 90013 | Counsel for McKinsey & Company Inc<br><br>Email: klay@sidley.com<br>Email: sam.newman@sidley.com<br>Email: daxel@sidley.com<br>Email: cspalding@sidley.com |
| Craig Wallace<br>SMITH CURRIE<br>275 Battery Street, Suite 1300<br>San Francisco, CA 94111 | Counsel for MLU Services, Inc.<br><br>Email: cwwallace@smithcurrie.com |
| Jamie Dreher<br>Bradley Carroll<br>Downey Brand<br>621 Capitol Mall | 18th Floor<br>Sacramento, CA 95814 | Counsel for Mountain F. Enterprises, Inc.<br><br>Email: jdreher@DowneyBrand.com<br>Email: bcarroll@DowneyBrand.com |
| Timothy A. Charshaf, Esq.<br>Zemog Management Company, LLC<br>1180 Iron Point Road, Suite 350<br>Folsom, California 95630 | Counsel for Mountain F. Enterprises, Inc. |
| Douglas Stevens<br>Rosalind Chandler<br>Marsh & McLennan Companies, Inc.<br>1166 Avenue of the Americas<br>New York, NY 10036 | Counsel for Oliver Wyman, Inc.<br><br>Email: Douglas.Stevens@mmc.com<br>Email : Rosalind.Chandler@mmc.com |
| Harris B. Winsberg<br>Matthew Roberts<br>Troutman Sanders<br>600 Peachtree Street NE, Suite 3000<br>Atlanta, GA 30308 | Counsel for Osmose Utilities Services, Inc.<br><br>Email: harris.winsberg@troutman.com<br>Email : Matthew.Roberts2@troutman.com |

63775063 v1-WorkSiteUS-035945/0001

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for PAR Electrical Contractors, Inc.<br><br>Email: mcargnel@shb.com<br>Email: eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| William Bogdan<br>Michael McConathy<br>Hinshaw & Culbertson LLP<br>One California Street, 18th Floor<br>San Francisco, CA 94111 | Counsel for A Plus Tree Inc.<br><br>Email: wbogdan@hinshawlaw.com<br>Email : MMcConathy@hinshawlaw.com |
| Brian C. Walsh<br>Doug Alvarez<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102 | Counsel for PricewaterhouseCoopers`<br><br>Email : brian.walsh@bclplaw.com<br>Email: doug.alvarez@bclplaw.com |
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for Quanta Energy Services LLC<br><br>Email: mcargnel@shb.com<br>Email :eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| Michael S. Cargnel<br>Eva Weiler<br>Mark Moedritzer<br>Shook, Hardy & Bacon L.L.P.<br>2555 Grand Blvd.,<br>Kansas City, MO 64108-2613 | Counsel for Quanta Technology.<br><br>Email: mcargnel@shb.com<br>Email :eweiler@shb.com<br>Email: mmoedritzer@shb.com |
| Ingrid Hackett<br>General Counsel<br>10033 MLK St. N., Suite 200<br>St. Petersburg, FL 33716 | Counsel for Quantum Spatial, Inc.<br><br>Email: ihackett@quantumspatial.com |

63775063 v1-WorkSiteUS-035945/0001

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

| | |
|---|---|
| Jaime B. Herren<br>Holland & Knight LLP<br>50 California Street, Suite 2800<br>San Francisco, California 94111 | Counsel for Reax Engineering, Inc.<br><br>Email: jaime.herren@hklaw.com |
| Michael I. Kim<br>CKB VIENNA LLP<br>10390 Commerce Center Drive, Suite 110<br>Rancho Cucamonga, CA 91730<br>[Unable Fwd 8-26-20] | Counsel for The Original Mowbrays Tree Service, Inc.<br><br>Email: mkim@ckbvienna.com |
| Andrew Johnson<br>TRC Solutions<br>10 Maxwell Drive, Suite 200<br>Clifton Park, NY 12065 | Counsel for TRC Solutions, Inc.<br><br>Email: amjohnson@trccompanies.com |
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Trees, LLC<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Trees, LLC<br><br>Email: ROliner@duanemorris.com |
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Utility Tree Service, LLC<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Utility Tree Service, LLC<br><br>Email: ROliner@duanemorris.com |

63775063 v1-WorkSiteUS-035945/0001

1

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**
*SERVED VIA U.S. MAIL (con't)*

2

3

| | |
|---|---|
| Randy W. Gimple, Esq.<br>Asheesh Mohindru<br>Carlson, Calladine & Peterson LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, California 94111 | Counsel for Western Environmental Consultants<br><br>Email: rgimple@ccplaw.com<br>Email : amohindru@ccplaw.com |
| Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | Counsel for Western Environmental Consultants<br><br>Email: ROliner@duanemorris.com |
| Matthew Ball<br>Michael Lubic<br>Jonathan Cohen<br>K&L GATES<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994 | Counsel for Wright Tree Service, Inc.<br><br>Email: matthew.ball@klgates.com<br>Email: michael.lubic@klgates.com<br>Email: Jonathan.Cohen@klgates.com |
| Matthew Ball<br>Michael Lubic<br>Jonathan Cohen<br>K&L GATES<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994 | Counsel for Wright Tree Service of the West, Inc.<br><br>Email: matthew.ball@klgates.com<br>Email: michael.lubic@klgates.com<br>Email: Jonathan.Cohen@klgates.com |
| Marc Levinson<br>ORRICK<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105 | Counsel for KPMG LLP<br><br>Email: malevinson@orrick.com |
| | |

63775063 v1-WorkSiteUS-035945/0001