MAYER BROWN LLP

Brian Trust (*Pro hac vice*)
btrust@mayerbrown.com
Joaquin C de Baca (*Pro hac vice*)
jcdebaca@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Ankur Mandhania (SBN 302373)
amandhania@mayerbrown.com
575 Market St., Suite 2500
San Francisco, California 94105-3670
Telephone:   (415) 874-4230
Facsimile:   (650) 331-2060

*Attorney for Creditor*
BNP Paribas

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>Debtor.<br><br>Tax I.D. No. 94-3234914 | Case Nos.  19-30088 DM<br><br>19-30089 DM<br><br>Chapter 11 |
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtor.<br><br>Tax I.D. No. 94-0742640 | **NOTICE OF APPEARANCE, WITHDRAWAL, AND SUBSTITUTION OF COUNSEL FOR CREDITOR BNP PARIBAS** |

**PLEASE TAKE NOTICE** that pursuant to Local Rule 5-1(c)(2), Ankur Mandhania

NOTICE OF APPEARANCE, WITHDRAWAL, AND SUBSTITUTION OF COUNSEL FOR CREDITOR BNP PARIBAS,
Case Nos. 19-30088 DM & 19-30089 DM

Case: 19-30088   Doc# 9479   Filed: 11/06/20   Entered: 11/06/20 16:51:46   Page 1 of 6

hereby files his appearance as counsel for creditor BNP Paribas to advise the Court and all parties that Mr. Mandhania (SBN 302373) will substitute for counsel Cristina Henriquez (SBN 317445) in the above-captioned, consolidated cases. Legal representation for BNP Paribas otherwise remains the same.   Please add Mr. Mandhania's e-mail (amandhania@mayerbrown.com) to the e-filing list.

Withdrawing counsel for Creditor BNP Paribas is:

> Cristina A. Henriquez, Esq.
> MAYER BROWN LLP
> Two Palo Alto Square, Suite 300
> 3000 El Camino Real
> Palo Alto, California  94306-2112
> Telephone:    (650) 331-2000
> Facsimile:    (650) 331-2060
> Email: chenriquez@mayerbrown.com

All pleadings, orders, and notices should henceforth be served upon the following current counsel for BNP Paribas:

> Ankur Mandhania, Esq.
> MAYER BROWN LLP
> 575 Market St., Suite 2500
> San Francisco, California  94105-3670
> Telephone:    (415) 874-4230
> Facsimile:    (650) 331-2060
> Email: amandhania@mayerbrown.com

> Brian Trust, Esq.  (*pro hac vice*)
> Joaquin C de Baca, Esq. (*pro hac vice*)
> MAYER BROWN LLP
> 1221 Avenue of the Americas
> New York, New York 10020
> Telephone: (212) 506-2500
> Facsimile:  (212) 262-1910
> Email: btrust@mayerbrown.com
> Email: jcdebaca@mayerbrown.com

The undersigned consent to the above withdrawal and substitution of counsel.

2

NOTICE OF APPEARANCE, WITHDRAWAL, AND SUBSTITUTION OF COUNSEL FOR CREDITOR BNP PARIBAS, Case Nos. 19-30088 DM & 19-30089 DM

Case: 19-30088    Doc# 9479    Filed: 11/06/20    Entered: 11/06/20 16:51:46    Page 2 of 6

Dated: November 6, 2020         MAYER BROWN LLP

                                By: _____/s/ Ankur Mandhania_____
                                        Ankur Mandhania
                                        Attorney for Creditor BNP Paribas

Dated: November 6, 2020         MAYER BROWN LLP

                                By: _____/s/ Cristina A. Henriquez_____
                                        Cristina Henriquez

Dated: November 6, 2020         BNP Paribas

                                By: _____/s/ Dennis O'Meara_____
                                        Dennis OMeara
                                        Co-Head, Managing Director
                                        Power, Utilities, and Renewable Energy

3

NOTICE OF APPEARANCE, WITHDRAWAL, AND SUBSTITUTION OF COUNSEL FOR CREDITOR BNP PARIBAS,
Case Nos. 19-30088 DM & 19-30089 DM

Case: 19-30088    Doc# 9479    Filed: 11/06/20    Entered: 11/06/20 16:51:46    Page 3 of 6

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: November 6, 2020

MAYER BROWN LLP

By: */s/ Ankur Mandhania*
Ankur Mandhania
Attorney for Creditor BNP Paribas

4

NOTICE OF APPEARANCE, WITHDRAWAL, AND SUBSTITUTION OF COUNSEL FOR CREDITOR BNP PARIBAS,
Case Nos. 19-30088 DM & 19-30089 DM

Case: 19-30088    Doc# 9479    Filed: 11/06/20    Entered: 11/06/20 16:51:46    Page 4 of 6

**[PROPOSED] ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: _____, 2020

By: _____
JUDGE OF THE UNITED STATES
BANKRUPTCY COURT

5

NOTICE OF APPEARANCE, WITHDRAWAL, AND SUBSTITUTION OF COUNSEL FOR CREDITOR BNP PARIBAS,
Case Nos. 19-30088 DM & 19-30089 DM

Case: 19-30088    Doc# 9479    Filed: 11/06/20    Entered: 11/06/20 16:51:46    Page 5 of 6

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020, I electronically filed the above NOTICE OF APPEARANCE, WITHDRAWAL, AND SUBSTITUTION OF COUNSEL FOR CREDITOR BNP PARIBAS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to e-mail addresses on file with the Court's ECF System.

                                                    */s/ Ankur Mandhania*
                                                       Ankur Mandhania
                                        Attorney for Creditor BNP Paribas

6

NOTICE OF APPEARANCE, WITHDRAWAL, AND SUBSTITUTION OF COUNSEL FOR CREDITOR BNP PARIBAS,
Case Nos. 19-30088 DM & 19-30089 DM

Case: 19-30088    Doc# 9479    Filed: 11/06/20    Entered: 11/06/20 16:51:46    Page 6 of 6