|                              |                          |
| ---------------------------- | ------------------------ |
| In re:                       | Bankruptcy Case          |
| PG&E CORPORATION,            | No. 19-30088 (DM)        |
| - and -                      |                          |
| PACIFIC GAS AND ELECTRIC     | Chapter 11               |
| COMPANY,                     | (Lead Case)              |
| Debtors.                     | (Jointly Administered)   |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CERTIFICATE OF SERVICE**

I, Jean-Christophe Gache, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On November 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by first class mail on the Notice Parties List attached hereto as **Exhibit A**:

- Memorandum Decision Disallowing Administrative Expense Claims [Docket No. 9333]

- Order Disallowing Administrative Expense Claims of Canyon Capital Advisors LLC Et Al [Docket No. 9335]

- Notice of Appeal and Statement of Election to Have Appeal Heard by District Court [Docket No. 9403]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 9th day of November 2020, at New York, NY.

/s/ Jean-Christophe Gache
Jean-Christophe Gache

**Exhibit A**

Exhibit A
Notice Parties Service List
Served via first class mail

| Description | Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| WILMER CUTLER PICKERING HALE and DORR LLP | Attn: Christopher T. Casamassima | c/o Canyon Capital Advisors LLC et al. | 350 South Grand Ave., #2100 | Los Angeles | CA | 90071 | |
| WILMER CUTLER PICKERING HALE and DORR LLP | Attn: Philip D. Anker & Allyson Pierce | 250 Greenwich St. | | New York | NY | 10007 | |