1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PHILIP S.  WARDEN (54572)
2  philip.warden@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
3  San Francisco, CA 94111-5998
   Telephone:     415.983.1000
4  Facsimile:     415.983.1200

5
   Counsel to Chevron Master Pension Trust
6  and Chevron UK Pension Plan

7

8                 IN THE UNITED STATES BANKRUPTCY COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10
11  **IN RE:**                            ) No. 19-30088 (DM)
                                          )
12  **PG&E, CORPORATION**                 ) CHAPTER 11
                                          )
13  **and**                              ) Adversary Proc No. Lead Case
                                          ) (Jointly Administered)
14  **PACIFIC GAS AND ELECTRIC COMPANY**, )
                                          )
15            **Debtors**.                ) **CERTIFICATE OF SERVICE**
                                          )
16  ____    Affects PG&E Corporation      ) Date:      November 17, 2020
            Affects Pacific Gas and Electric ) Time:      11:00 a.m. (PT)
17  ____    Company                       ) Before:    Video Conference
      X     Affects both Debtors          )
18                                        ) **Related Docket No.:** 9152
    *All papers shall be filed in the Lead Case, No. 19- )
19  30088 (DM)*.                          )
                                          )
20                                        )
                                          )
21                                        )

22

23

24

25

26

27

28

Case No. 19-30088(DM)                                           4813-2093-5377.v1

I, **Philip S. Warden**, hereby declare:

I am a citizen of the United States, over the age of 18 years and not a party to the above-entitled action.

I am an employee of Pillsbury Winthrop Shaw Pittman LLP, and my business address is Four Embarcadero Center, 22 Floor, San Francisco, CA 94111.

On **November 9, 2020**, I served a true copy of the following document(s):

**CHEVRON'S RESPONSE TO THE REORGANIZED DEBTORS' OBJECTION TO SECURITIES LEAD PLAINTIFF'S RENEWED MOTION TO APPLY BANKRUPTCY RULE 7023 AND CERTIFY A LIMITED CLASS**

On **November 9, 2020**, I caused notice to be provided through ECF notification on all persons registered as participants in the Court's ECF system, or by electronic mail as indicated below.

***By Electronic Mail:***

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Pamela Allen    pallen@dir.ca.gov
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Destiny N. Almogue    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker    Philip.Anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 9487-1    Filed: 11/09/20    Entered: 11/09/20 18:39:25    Page 2 of 14

4812-2093-5377.v1

| | |
|---|---|
| 1 | • Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com |
| | • Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com |
| 2 | • Jason Borg    jborg@jasonborglaw.com |
| 3 | • Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com |
| | • James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com |
| 4 | • Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com |
| | • Erin N. Brady    enbrady@jonesday.com |
| 5 | • Lee Brand    lee.brand@pillsburylaw.com, docket@pillsburylaw.com |
| | • Gregory A. Bray    gbray@milbank.com |
| 6 | • Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com |
| 7 | • W. Steven Bryant    , molly.batiste-debose@lockelord.com |
| | • Chane Buck    cbuck@jonesday.com |
| 8 | • Kathlene Burke    kathlene.burke@skadden.com, burke.kathlene@gmail.com |
| | • Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com |
| 9 | • Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com |
| 10 | • Peter C. Califano    pcalifano@cwclaw.com |
| | • Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com |
| 11 | • Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com |
| | • Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com |
| 12 | • Katherine Rose Catanese    kcatanese@foley.com |
| | • Barry A. Chatz    barry.chatz@saul.com, barry.chatz@gmail.com |
| 13 | • Karen J. Chedister    kchedister@h-jlaw.com |
| | • Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com |
| 14 | • Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com |
| 15 | • Kevin Chiu    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com |
| | • Jacquelyn H. Choi    jacquelyn.choi@rimonlaw.com |
| 16 | • Shawn M. Christianson    schristianson@buchalter.com |
| | • Robert N.H. Christmas    rchristmas@nixonpeabody.com, |
| 17 |   nyc.managing.clerk@nixonpeabody.com |
| | • Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com |
| 18 | • Gerard T. Cicero    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com |
| 19 | • Louis J. Cisz    lcisz@nixonpeabody.com |
| | • Alicia Clough    aclough@loeb.com |
| 20 | • Tiffany Strelow Cobb    tscobb@vorys.com |
| | • John B. Coffman    john@johncoffman.net |
| 21 | • Kevin G. Collins    kevin.collins@btlaw.com |
| 22 | • Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com |
| | • Charles Cording    ccording@willkie.com, mao@willkie.com |
| 23 | • Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com |
| | • Anne Costin    anne@costinlawfirm.com |
| 24 | • Donald H. Cram    dhc@severson.com |
| | • Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com |
| 25 | • J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net |
| 26 | • Keith J. Cunningham    , rkelley@pierceatwood.com |
| | • Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com |
| 27 | • James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com |
| 28 | - 3 -<br>CERTIFICATE OF SERVICE |

4812-2093-5377.v1

| | |
|---|---|
| 1 | • Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org |
| 2 | • Ashleigh A. Danker    ashleigh.danker@dinsmore.com |
| | • Stacy A. Dasaro    sdasaro@goodwinlaw.com |
| 3 | • James M. Davis    jdavis@cglaw.com |
| 4 | • Nicolas De Lancie    ndelancie@jmbm.com |
| | • Judith A. Descalso    , jad_9193@ecf.courtdrive.com |
| 5 | • Andrew G. Devore    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com |
| | • Erin Elizabeth Dexter    edexter@milbank.com |
| 6 | • Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com |
| | • Kathryn S. Diemer    kdiemer@diemerwei.com |
| 7 | • Kathryn S. Diemer    kdiemer@diemerwhitman.com |
| 8 | • John P. Dillman    houston_bankruptcy@publicans.com |
| | • Caroline R. Djang    caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com |
| 9 | • Krystal Dong    ykdong@gmail.com |
| | • Jonathan R. Doolittle    jonathan.doolittle@pillsburylaw.com |
| 10 | • Jonathan R. Doolittle    jdoolittle@reedsmith.com |
| 11 | • Jennifer V. Doran    jdoran@hinckleyallen.com |
| | • Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com |
| 12 | • Jamie P. Dreher    jdreher@downeybrand.com |
| | • Todd Dressel    tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com |
| 13 | • Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
| | • Jeffrey Aaron Dubbin    jdubbin@labaton.com, echan-lee@labaton.com |
| 14 | • Matthew Ducharme    matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com |
| 15 | • Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
| | • Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com |
| 16 | • Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com |
| 17 | • Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| 18 | • Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com |
| | • Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com |
| 19 | • Daniel G. Egan    daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com |
| | • Joseph A. Eisenberg    JAE1900@yahoo.com |
| 20 | • Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| 21 | • David Emerzian    , Melany.Hertel@mccormickbarstow.com |
| | • G. Larry Engel    larry@engeladvice.com |
| 22 | • Krista M. Enns    kenns@beneschlaw.com |
| | • Scott Esbin    sesbin@esbinalter.com |
| 23 | • Joseph M. Esmont    jesmont@bakerlaw.com |
| 24 | • Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com |
| | • Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
| 25 | • Michael S. Etkin    metkin@lowenstein.com |
| 26 | • Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com |
| | • Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com |
| 27 | • Michael C. Fallon    , manders@fallonlaw.net |
| 28 | - 4 -<br>CERTIFICATE OF SERVICE |

4812-2493-5377.v1

|   |   |
|---|---|
| 1 | • Joana Fang   jf@kbklawyers.com, icd@kbklawyers.com |
|   | • Joseph Kyle Feist   jfeistesq@gmail.com, info@norcallawgroup.net |
| 2 | • David M. Feldman   DFeldman@gibsondunn.com |
| 3 | • Matthew A. Feldman   mfeldman@willkie.com |
|   | • Jennifer Feldsher   jennifer.feldsher@morganlewis.com, renee.robles@morganlewis.com |
| 4 | • Mark E. Felger   mfelger@cozen.com |
|   | • James J. Ficenec   James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com |
| 5 | • John D. Fiero   jfiero@pszjlaw.com, ocarpio@pszjlaw.com |
|   | • Kimberly S. Fineman   kfineman@nutihart.com, admin@nutihart.com |
| 6 | • Stephen D. Finestone   sfinestone@fhlawllp.com |
| 7 | • Timothy M. Flaherty   tflaherty@mpplaw.com |
|   | • Daniel I. Forman   dforman@willkie.com |
| 8 | • Jonathan Forstot   jonathan.forstot@troutman.com, john.murphy@troutman.com |
|   | • Jonathan Forstot   , john.murphy@troutman.com |
| 9 | • Matthew Hampton Foushee   hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
| 10 | • Carolyn Frederick   cfrederick@prklaw.com |
|   | • Peter Friedman   pfriedman@omm.com |
| 11 | • Roger F. Friedman   rfriedman@rutan.com, csolorzano@rutan.com |
|   | • Xiyi Fu   jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| 12 | • Lars H. Fuller   lfuller@bakerlaw.com |
| 13 | • Thomas M. Gaa   tgaa@bbslaw.com |
|   | • Larry W. Gabriel   lgabriel@bg.law, nfields@bg.law |
| 14 | • Gregg M. Galardi   gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com |
|   | • Richard L. Gallagher   richard.gallagher@ropesgray.com |
| 15 | • Craig Solomon Ganz   ganzc@ballardspahr.com, hartt@ballardspahr.com |
|   | • Jeffrey K. Garfinkle   jgarfinkle@buchalter.com |
| 16 | • Oscar Garza   ogarza@gibsondunn.com |
| 17 | • Lisa S. Gast   lsg@dwgp.com, lmk@dwgp.com |
|   | • Paul R. Gaus   paul.gaus@mccormickbarstow.com |
| 18 | • Duane M. Geck   dmg@severson.com |
|   | • Evelina Gentry   evelina.gentry@akerman.com, robdiwa@akerman.com |
| 19 | • Janet D. Gertz   jgertz@btlaw.com, amattingly@btlaw.com |
|   | • Christopher Gessner   cgessner@akingump.com, NYMCO@akingump.com |
| 20 | • R. Dale Ginter   dginter@downeybrand.com |
| 21 | • Jon T. Givens   givensjt@gmail.com, cwilson@wattsguerra.com |
|   | • Barry S. Glaser   bglaser@lkfirm.com |
| 22 | • Paul R. Glassman   pglassman@sycr.com |
|   | • Gabriel I. Glazer   gglazer@pszjlaw.com |
| 23 | • Gabrielle Glemann   gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
|   | • Jaime Godin   Jtouchstone@fddcm.com |
| 24 | • Matthew A. Gold   courts@argopartners.net |
|   | • Eric D. Goldberg   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 25 | • Craig Goldblatt   Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com |
| 26 | • Amy L. Goldman   goldman@lbbslaw.com |
|   | • Eric S. Goldstein   egoldstein@goodwin.com |
| 27 | • Rhonda Stewart Goldstein   Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |
| 28 | |

- 5 -

CERTIFICATE OF SERVICE

4812-2593-5377.v1

| | |
|---|---|
| 1 | • Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| | • Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com |
| 2 | • Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com |
| 3 | • Eric R. Goodman    egoodman@bakerlaw.com |
| | • Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com |
| 4 | • Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com |
| | • Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com |
| 5 | • Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| | • Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com |
| 6 | • Debra I. Grassgreen    , hphan@pszjlaw.com |
| 7 | • Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| | • Eric A. Gravink    eric@rhrc.net |
| 8 | • Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| | • Tracy Green    tgreen@wendel.com, bankruptcy@wendel.com |
| 9 | • Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com |
| 10 | • Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com |
| | • Susan Sieger Grimm    SSieger-Grimm@brownrudnick.com, |
| 11 | NKhalatova@brownrudnick.com |
| | • Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com |
| 12 | • Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| | • Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com |
| 13 | • Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com |
| 14 | • Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us |
| | • Cameron Gulden    cameron.m.gulden@usdoj.gov |
| 15 | • Gokalp Y. Gurer    ggurer@akk-law.com |
| | • Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com |
| 16 | • Laurie Hager    lhager@sussmanshank.com |
| 17 | • J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com |
| | • Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com |
| 18 | • Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com |
| | • Adam C. Harris    adam.harris@srz.com, james.bentley@srz.com |
| 19 | • Robert G. Harris    rob@bindermalter.com |
| | • Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com |
| 20 | • Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 21 | • Jennifer C. Hayes    jhayes@fhlawllp.com |
| | • Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com |
| 22 | • Michael C. Hefter    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com |
| | • Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com |
| 23 | • Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
| 24 | • Matthew Heyn    matthew.heyn@doj.ca.gov |
| | • Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| 25 | • Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com |
| | • Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com |
| 26 | • David Holtzman    david.holtzman@hklaw.com |
| | • Alexandra S. Horwitz    allie.horwitz@dinsmore.com |
| 27 | • Linda Tai Hoshide    , noemi.santiago@wilsonelser.com |
| 28 | - 6 - |
| | CERTIFICATE OF SERVICE |

4812-2093-5377.v1

| | |
|---|---|
| 1 | • Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |
| 2 | • Shane Huang    shane.huang@usdoj.gov |
| | • Brian D. Huben    hubenb@ballardspahr.com |
| 3 | • Kelly L. Huey    khuey@burkeandkesslerlaw.com |
| | • Jonathan Hughes    , jane.rustice@aporter.com |
| 4 | • Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com |
| 5 | • Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |
| | • Mark V. Isola    mvi@sbj-law.com |
| 6 | • J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| | • J. Eric Ivester    , Andrea.Bates@skadden.com |
| 7 | • Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com |
| 8 | • Ivan C. Jen    ivan@icjenlaw.com |
| 9 | • Amanda Jereige    AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com |
| | • Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| 10 | • James O. Johnston    jjohnston@jonesday.com |
| | • Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| 11 | • Andrew Jones    andrew@ajoneslaw.com |
| 12 | • Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com |
| | • John L. Jones    JJones@chwlaw.us, JLJones2@outlook.com |
| 13 | • Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com |
| | • George H. Kalikman    , sdavenport@schnader.com |
| 14 | • Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com |
| | • Bonnie E. Kane    bonnie@thekanelawfirm.com, skane@thekanelawfirm.com |
| 15 | • Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com |
| 16 | • Eve H. Karasik    ehk@lnbyb.com |
| | • Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com |
| 17 | • Elyssa S. Kates    ekates@bakerlaw.com |
| 18 | • Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| | • William M. Kaufman    wkaufman@smwb.com |
| 19 | • Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com |
| | • Tobias S. Keller    tkeller@kbkllp.com |
| 20 | • Tobias S. Keller    tkeller@kellerbenvenutti.com |
| 21 | • Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov |
| | • Matthew K. Kelsey    mkelsey@gibsondunn.com |
| 22 | • Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com |
| | • Erica L. Kerman    ekerman@willkie.com |
| 23 | • Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com |
| 24 | • Samuel M. Kidder    skidder@ktbslaw.com |
| | • Marc Kieselstein    , carrie.oppenheim@kirkland.com |
| 25 | • Jane Kim    jkim@kbkllp.com |
| | • Mary H. Kim    Mary.Kim@dechert.com, brett.stone@dechert.com |
| 26 | • Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| | • Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com |
| 27 | • Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| 28 | - 7 -<br>CERTIFICATE OF SERVICE |

4812-2793-5377.v1

| | |
|---|---|
| 1 | • Kelly V. Knight    kelly.knight@srz.com |
| | • Lydia Vanessa Ko    Lvko@stonelawoffice.com |
| 2 | • Thomas F. Koegel    tkoegel@crowell.com |
| 3 | • Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com |
| | • Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| 4 | • Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com |
| | • Alan W. Kornberg    , akornberg@paulweiss.com |
| 5 | • Bernard Kornberg    bjk@severson.com |
| | • David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com |
| 6 | • Lauren Kramer    lkramer@rjo.com |
| 7 | • Jeffrey C. Krause    jkrause@gibsondunn.com |
| | • Thomas R. Kreller    tkreller@milbank.com |
| 8 | • Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com |
| | • Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com |
| 9 | • Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| 10 | • Marek P. Krzyzowski    MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com |
| 11 | • Robert T. Kugler    robert.kugler@stinson.com |
| | • Duane Kumagai    dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com |
| 12 | • Brendan M. Kunkle    bkunkle@abbeylaw.com, lmeyer@abbeylaw.com |
| 13 | • Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com |
| | • Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| 14 | • Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| | • Richard A. Lapping    rich@trodellalapping.com |
| 15 | • Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| | • John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com |
| 16 | • Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com |
| 17 | • Michael Lauter    mlauter@sheppardmullin.com |
| | • Kenneth T. Law    klaw@bbslaw.com |
| 18 | • Francis J. Lawall    francis.lawall@troutman.com, susan.henry@troutman.com |
| | • Andrew Michael Leblanc    ALeblanc@milbank.com |
| 19 | • Erica Lee    Erica.Lee@doj.ca.gov |
| | • Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| 20 | • Paul J. Leeds    leedsp@higgslaw.com |
| 21 | • Edward J. Leen    eleen@mkbllp.com |
| | • Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com |
| 22 | • Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com |
| | • Bryn G. Letsch    bletsch@braytonlaw.com |
| 23 | • David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com |
| | • Andrew H. Levin    alevin@wcghlaw.com |
| 24 | • David Levine    dnl@groom.com |
| | • Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| 25 | • Dara Levinson Silveira    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com |
| 26 | • Alexander James Demitro Lewicki    kdiemer@diemerwei.com |
| | • Alexander James Demitro Lewicki    alewicki@diemerwei.com |
| 27 | • William Thomas Lewis    wtl@roblewlaw.com, kimwrenn@msn.com |
| 28 | - 8 - <br> CERTIFICATE OF SERVICE |

4832-2993-5377.v1

| | |
|---|---|
| 1 | • Lauren Lifland    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com |
| | • William S. Lisa    , jcaruso@nixonpeabody.com |
| 2 | • William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| 3 | • Jonathan A. Loeb    jon.loeb@bingham.com |
| | • Michael B. Lubic    michael.lubic@klgates.com |
| 4 | • John William Lucas    , ocarpio@pszjlaw.com |
| | • Joseph R. Lucia    PersonallnjuryGroup@RLSlawyers.com |
| 5 | • Jane Luciano    jane-luciano@comcast.net |
| | • Kerri Lyman    klyman@irell.com, #-FirmPSDocketing@Steptoe.com |
| 6 | • Carissa A. Lynch    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov |
| 7 | • John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com |
| 8 | • Iain A. Macdonald    iain@macfern.com, ecf@macfern.com |
| | • Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 9 | |
| 10 | • Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| | • Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| 11 | • Katharine Malone    malonek@gtlaw.com |
| | • Liam K. Malone    malone@oles.com, shahin@oles.com |
| 12 | • Michael W. Malter    michael@bindermalter.com |
| | • Ankur Mandhania    amandhania@mayerbrown.com |
| 13 | • Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| 14 | • Geoffrey E. Marr    gemarr59@hotmail.com |
| | • Richard A. Marshack    rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com |
| 15 | • Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com |
| | • Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com |
| 16 | • David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| 17 | • Patrick C. Maxcy    patrick.maxcy@snrdenton.com |
| | • James J. Mazza    james.mazza@skadden.com, wendy.lamanna@skadden.com |
| 18 | • Benjamin P. McCallen    bmccallen@willkie.com |
| 19 | • Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com |
| | • Hugh M. McDonald    , john.murphy@troutman.com |
| 20 | • Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com |
| | • C. Luckey McDowell    Luckey.McDowell@Shearman.com |
| 21 | • Matthew D. McGill    MMcGill@gibsondunn.com |
| 22 | • Melissa C. McLaughlin    mcmclaughlin@venable.com, ataylor@venable.com |
| | • Edward Joseph McNeilly    edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com |
| 23 | |
| 24 | • Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com |
| | • Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
| 25 | • Peter Meringolo    peter@pmrklaw.com |
| | • Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com |
| 26 | • Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com |
| | • Joshua M. Mester    jmester@jonesday.com |
| 27 | • Matthew D. Metzger    belvederelegalecf@gmail.com |
| 28 | - 9 -<br>CERTIFICATE OF SERVICE |

4812-2093-5377.v1

| | |
|---|---|
| 1 | • Merle C. Meyers    mmeyers@mlg-pc.com |
| 2 | • Randy Michelson    randy.michelson@michelsonlawgroup.com |
|  | • Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com |
| 3 | • Joel S. Miliband    jmiliband@brownrudnick.com |
| 4 | • Joseph G. Minias    jminias@willkie.com |
|  | • M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| 5 | • Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com |
| 6 | • Nancy Mitchell    nmitchell@omm.com |
|  | • Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com |
| 7 | • John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com |
| 8 | • Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com |
|  | • Kevin Montee    kmontee@monteeassociates.com |
| 9 | • Christopher D. Moon    chris@moonlawapc.com, kevin@moonlawapc.com |
| 10 | • David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com |
|  | • Diane Marger Moore    dmargermoore@baumhedlundlaw.com |
| 11 | • Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com |
|  | • Candace J. Morey    cjm@cpuc.ca.gov |
| 12 | • Courtney L. Morgan    morgan.courtney@pbgc.gov |
| 13 | • Richard Morin    , 6863427420@filings.docketbird.com |
|  | • Kimberly S. Morris    kmorris@bakerlaw.com, tpetre@bakerlaw.com |
| 14 | • Rodney Allen Morris    Rodney.Morris2@usdoj.gov |
|  | • Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com |
| 15 | • Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com |
|  | • Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com |
| 16 | • Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| 17 | • John Leland Murphree    LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com |
| 18 | • Bennett J. Murphy    bmurphy@bennettmurphylaw.com |
|  | • Michael S. Myers    myersms@ballardspahr.com |
| 19 | • Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
|  | • David L. Neale    dln@lnbrb.com |
| 20 | • David L. Neale    dln@lnbyb.com |
| 21 | • David Neier    dneier@winston.com |
|  | • Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com |
| 22 | • Michael S. Neumeister    MNeumeister@gibsondunn.com |
|  | • Howard S. Nevins    hnevins@hsmlaw.com |
| 23 | • Samuel A. Newman    sam.newman@sidley.com, laefilingnotice@sidley.com |
|  | • Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov |
| 24 | • Mario R. Nicholas    mario.nicholas@stoel.com, ana.trask@stoel.com |
|  | • Sean Nolan    snolan@akingump.com, NYMCO@akingump.com |
| 25 | • Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com |
| 26 | • Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com |
|  | • Alicia D. O'Neill    aoneill@wattsguerra.com, cwilson@wattsguerra.com |
| 27 | • Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com |
| 28 | - 10 -<br>CERTIFICATE OF SERVICE |

| | |
|---|---|
| 1 | • Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov |
| | • Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com |
| 2 | • Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com |
| 3 | • Scott Olson    solson@vedderprice.com, nortega@vedderprice.com |
| | • Steven M. Olson    smo@smolsonlaw.com |
| 4 | • Aram Ordubegian    Ordubegian.Aram@ArentFox.com |
| | • Keith C. Owens    kowens@venable.com, bclark@venable.com;khoang@venable.com |
| 5 | • Gabriel Ozel    , gabeozel@gmail.com |
| | • Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com |
| 6 | • Donna Taylor Parkinson    donna@parkinsonphinney.com |
| 7 | • Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com |
| | • Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| 8 | • Kenneth Pasquale    , mlaskowski@stroock.com |
| | • Larry Allan Peluso    pelusolaw@gmail.com, firm@pelusolaw.net |
| 9 | • Valerie Bantner Peo    vbantnerpeo@buchalter.com |
| 10 | • Yosef Peretz    , skim@peretzlaw.com |
| | • Christian A. Pereyda    CPereyda@maynardcooper.com, |
| 11 | mshabpareh@maynardcooper.com |
| | • Thomas R. Phinney    tom@parkinsonphinney.com |
| 12 | • R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| | • M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| 13 | • Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com |
| 14 | • Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, |
| | HKHAPPYGRL1@GMAIL.COM |
| 15 | • Mark D. Plevin    mplevin@crowell.com |
| | • Steven G. Polard    spolard@eisnerlaw.com, calendar-lao@ropers.com |
| 16 | • Mark D. Poniatowski    ponlaw@ponlaw.com |
| 17 | • Cara M. Porter    Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov |
| | • William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com |
| 18 | • Christopher E. Prince    cprince@lesnickprince.com |
| | • Douglas B. Provencher    dbp@provlaw.com |
| 19 | • Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com |
| | • Amy C. Quartarolo    amy.quartarolo@lw.com |
| 20 | • Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com |
| 21 | • Justin E. Rawlins    justinrawlins@paulhastings.com |
| | • Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| 22 | • Paul F. Ready    smeyer@farmerandready.com |
| | • Caroline A. Reckler    caroline.reckler@lw.com |
| 23 | • David M. Reeder    david@reederlaw.com, secretary@reederlaw.com |
| | • Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com |
| 24 | • Jeffrey M. Reisner    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com |
| 25 | • Jack A. Reitman    , srichmond@lgbfirm.com |
| | • Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 26 | • David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com |
| | • Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| 27 | • David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com |
| 28 | - 11 -<br>CERTIFICATE OF SERVICE |

| | |
|---|---|
| 1 | • John R. Rizzardi   kcoselman@cairncross.com, tnguyen@cairncross.com |
| 2 | • Daniel Robertson   robertson.daniel@pbgc.gov, efile@pbgc.gov |
| | • Michael Rogers   mrogers@lambertrogers.com, jan@lambertrogers.com |
| 3 | • Jorian L. Rose   jrose@bakerlaw.com |
| | • Laurence M. Rosen   lrosen@rosenlegal.com, zstanco@rosenlegal.com |
| 4 | • Paul M. Rosenblatt   prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com |
| 5 | • David A. Rosenzweig   david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com |
| 6 | • Allan Robert Rosin   arrosin@alr-law.com |
| 7 | • Jay M. Ross   jross@hopkinscarley.com, eamaro@hopkinscarley.com |
| | • Gregory A. Rougeau   grougeau@brlawsf.com |
| 8 | • Stacy H. Rubin   rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com |
| | • Jason C. Rubinstein   jrubinstein@fklaw.com, mclerk@fklaw.com |
| 9 | • Nathan Q. Rugg   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| 10 | • Thomas B. Rupp   trupp@kbkllp.com |
| | • Eric E. Sagerman   esagerman@bakerlaw.com |
| 11 | • Robert Sahyan   rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com |
| | • Gregory M. Salvato   gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com |
| 12 | • Jonathan C. Sanders   jsanders@stblaw.com |
| | • Nanette D. Sanders   nanette@ringstadlaw.com, becky@ringstadlaw.com |
| 13 | • Natalie Kathleen Sanders   natalie.sanders@bakerbotts.com |
| | • Lovee Sarenas   Lovee.sarenas@lewisbrisbois.com |
| 14 | • Sunny S. Sarkis   sunny.sarkis@stoel.com, dawn.forgeur@stoel.com |
| 15 | • Patricia Savage   psavesq@gmail.com, jodi.savage@gmail.com |
| | • Sblend A. Sblendorio   sas@hogefenton.com |
| 16 | • Francis O. Scarpulla   fos@scarpullalaw.com, cpc@scarpullalaw.com |
| | • Daren M Schlecter   daren@schlecterlaw.com, info@schlecterlaw.com |
| 17 | • Bradley R. Schneider   bradley.schneider@mto.com |
| | • Harvey S. Schochet   Harveyschochet@dwt.com |
| 18 | • Nathan A. Schultz   nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com |
| 19 | • Lisa Schweitzer   lschweitzer@cgsh.com |
| | • Eric J. Seiler   eseiler@fklaw.com, mclerk@fklaw.com |
| 20 | • David B. Shemano   dshemano@pwkllp.com |
| | • James A. Shepherd   jim@jsheplaw.com, shepIGN@gmail.com |
| 21 | • Leonard M. Shulman   lshulman@shbllp.com |
| 22 | • Andrew I. Silfen   andrew.silfen@arentfox.com |
| | • Wayne A. Silver   w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| 23 | • Brandt Silver-Korn   bsilverkorn@edelson.com, docket@edelson.com |
| | • Craig S. Simon   csimon@bergerkahn.com, aketcher@bergerkahn.com |
| 24 | • Gerald Singleton   gerald@slffirm.com, BKECFCANB@SLFfirm.com |
| | • Steven J. Skikos   sskikos@skikos.com, mmontoya@skikos.com |
| 25 | • Michael K. Slattery   mslattery@lkfirm.com, rramirez@lkfirm.com |
| 26 | • Dania Slim   dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| | • Jennifer N. Slocum   jennifer.slocum@stoel.com, docketclerk@stoel.com |
| 27 | • Aaron C. Smith   asmith@lockelord.com, autodocket@lockelord.com |
| 28 | - 12 -<br>CERTIFICATE OF SERVICE |

4813-2023-5377.v1

| | |
|---|---|
| 1 | • Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| | • Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com |
| 2 | • Randye B. Soref    rsoref@polsinelli.com |
| 3 | • Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com |
| | • Bennett L. Spiegel    blspiegel@jonesday.com |
| 4 | • Michael St. James    ecf@stjames-law.com |
| | • Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com |
| 5 | • Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| | • Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| 6 | • Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com |
| 7 | • Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com |
| | • Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com |
| 8 | • David M. Stern    dstern@ktbslaw.com |
| | • Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com |
| 9 | • Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com |
| 10 | • Jason D. Strabo    jstrabo@mwe.com, shill@mwe.com |
| | • Michael H. Strub    mstrub@irell.com, mhstrub1@gmail.com |
| 11 | • Rebecca Suarez    rsuarez@crowell.com |
| | • Brad T. Summers    , docketing-pdx@lanepowell.com |
| 12 | • Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com |
| | • Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com |
| 13 | • Kesha Tanabe    kesha@tanabelaw.com |
| | • Mary Ellmann Tang    mtang@frenchlyontang.com, mwoodward@frenchlyontang.com |
| 14 | • Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com |
| 15 | • John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| | • Elisa Tolentino    cao.main@sanjoseca.gov |
| 16 | • Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com |
| | • Edward J. Tredinnick    etredinnick@greeneradovsky.com |
| 17 | • Matthew Jordan Troy    matthew.troy@usdoj.gov |
| 18 | • Rocky C. Tsai    rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com |
| | • Michael Tye    Michael.Tye@usdoj.gov |
| 19 | • Gary D. Underdahl    gunderdahl@askllp.com, lmiskowiec@askllp.com |
| | • Elijah Marcus Underwood    eliunderwood@kroghdecker.com, |
| 20 | juliamartell@kroghdecker.com |
| 21 | • Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com |
| | • Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com |
| 22 | • Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com |
| | • Marta Villacorta    marta.villacorta@usdoj.gov |
| 23 | • Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com |
| | • John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| 24 | • Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com |
| | • Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com |
| 25 | • Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com |
| 26 | • Riley C. Walter    ecf@W2LG.com |
| | • Phillip K. Wang    phillip.wang@rimonlaw.com |
| 27 | • Samuel M. Ward    sward@barrack.com, cfessia@barrack.com |
| 28 | - 13 -<br>CERTIFICATE OF SERVICE |

| | |
|---|---|
| 1 | • Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com |
| 2 | • Gregory P. Waters    gwaters@elllaw.com, gregorywatersesq@gmail.com |
| | • Guy L. Watts    gwatts@wattsguerra.com, cwilson@wattsguerra.com |
| 3 | • Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com |
| | • Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com |
| 4 | • Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com |
| | • David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com |
| 5 | • Joseph West    westjoseph@earthlink.net, josephw998@gmail.com |
| | • Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
| 6 | • Jason P. Williams    , maryanne@wplgattorneys.com |
| | • Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| 7 | • Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com |
| 8 | • Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com |
| 9 | • David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com |
| | • Ryan A. Witthans    rwitthans@fhlawllp.com |
| 10 | • Keith H. Wofford    keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com |
| | • Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| 11 | • Douglas Wolfe    dwolfe@asmcapital.com |
| 12 | • Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov |
| | • Christopher Kwan Shek Wong    christopher.wong@arentfox.com |
| 13 | • David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com |
| | • Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com |
| 14 | • Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com |
| 15 | • Antonio Yanez    ayanez@willkie.com |
| | • Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com |
| 16 | • Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| | • Stephanie Yee    syee@janglit.com, klockwood@janglit.com |
| 17 | • Tacie H. Yoon    tyoon@crowell.com |
| | • Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com |
| 18 | • Christopher L. Young    cyoung@cairncross.com, nspringstroh@cairncross.com |
| 19 | • Nicole M. Zeiss    nzeiss@labaton.com |
| | • Paul H. Zumbro    mao@cravath.com |
| 20 | • Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| | • Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com |
| 21 | |
| 22 | |
| 23 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Francisco, California on **November 9, 2020**. |
| 24 | |
| 25 | _/s/ Philip S. Warden_____ |
| 26 | Philip S. Warden |
| 27 | |
| 28 | - 14 - CERTIFICATE OF SERVICE |

4813-2043-5377.v1