

**Signed and Filed: November 10, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>　　　- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>　　Electric Company<br>☒ Affects both Debtors<br><br>*　All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER ON EX PARTE REQUEST FOR RULE 2004 SUBPOENAS**

　　The court routinely issues Fed. R. Bankr. P. 2004 orders and authorizes issuance of related subpoenas on an *ex parte* basis. Where there are good faith objections, the parties are directed to meet and confer; if disputes persist, the court typically conducts an expedited telephonic hearing to resolve them.

1   In this massive case the Fire Victim Trustee has moved *ex
2   parte* for an order and authority to issue subpoenas directed at
3   one named party, the Subrogation Wildfire Trust ("Subrogation
4   Trust") and countless unnamed parties (Dkt. No. 9483) (the "2004
5   Request").
6   Within hours counsel for the Subrogation Trust informed the
7   courtroom deputy that it wished to be heard in opposition.  The
8   court can only guess how many others might also wish to be
9   heard, but the 2004 Request does not even identify them.  With
10  routine Rule 2004 applications, the court is advised of the
11  identity of the respondents.  That procedure has not been
12  followed here, a situation that is not acceptable.
13  Accordingly, the clerk is directed not to issue any Rule
14  2004 orders or subpoenas in response to the 2004 Request.  The
15  Subrogation Trust, and any other known or likely target of the
16  2004 Request, may file a response no later November 20, 2020.
17  The court will consider any responses and thereafter take
18  whatever action it considers appropriate.
19                     *** END OF ORDER***