UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On November 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Memorandum Decision Disallowing Administrative Expense Claims [Docket No. 9333]

- Order Disallowing Administrative Expense Claims of Elliott Management Corporation [Docket No. 9334]

- Order Disallowing Administrative Expense Claims of Canyon Capital Advisors LLC et al. [Docket No. 9335]

- Order Disallowing Administrative Expense Claims of Pacific Investment Management Company LLC [Docket No. 9336]

- Notice of Appeal and Statement of Election to Have Appeal Heard by the District Court [Docket No. 9398]

- Notice of Appeal and Statement of Election to Have Appeal Heard by District Court [Docket No. 9403]

- Notice of Appeal and Statement of Election to Have Appeal Heard by District Court [Docket No. 9405]

3. On November 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on (1) WILMER CUTLER PICKERING HALE and DORR LLP, Attn: Christopher T. Casamassima, 350 South Grand Ave., #2100 Los Angeles, CA 90071; and (2) WILMER CUTLER PICKERING HALE and DORR LLP, Attn: Philip D. Anker & Allyson Pierce, 250 Greenwich St. New York, NY 10007:

- Memorandum Decision Disallowing Administrative Expense Claims [Docket No. 9333]

- Order Disallowing Administrative Expense Claims of Pacific Investment Management Company LLC [Docket No. 9336]

- Notice of Appeal and Statement of Election to Have Appeal Heard by District Court [Docket No. 9405]

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 10th day of November 2020, at New York, NY.

                                        */s/ Alain B. Francoeur*
                                        Alain B. Francoeur

2

Case: 19-30088   Doc# 9490   Filed: 11/10/20   Entered: 11/10/20 14:43:59   Page 2 of 4

SBF_47871

# **Exhibit A**

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| HOGAN LOVELLS LLP | Attn: David P. Simonds & Edward J. McNeilly | 1999 Avenue of the Stars, #1400 | | Los Angeles | CA | 90067 |
| HOGAN LOVELLS LLP | Attn: Michael C. Hefter & Matthew Ducharme | 390 Madison Ave. | | New York | NY | 10017 |
| KELLER BENVENUTTI KIM, LLP | Attn: Tobias S. Keller, Jane Kim, & Peter J. Benvenutti | 650 California St., #1900 | | San Francisco | CA | 94108 |
| Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | | San Francisco | CA | 94102 |
| ROPES & GRAY LLP | Attn: Rocky C. Tsai | 3 Embarcadero Center | | San Francisco | CA | 94111 |
| ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, & Daniel G. Egan | 1211 Avenue of the Americas | | New York | NY | 10036 |
| ROPES & GRAY LLP | Attn: Andrew G. Devore | Prudential Tower | 800 Boylston St. | Boston | MA | 02199 |
| WEIL, GOTSHAL & MANGES LLP | Attn: Stephen Karotkin, Richard W. Slack, Jessica Liou, Theodore E. Tsekerides, & Matthew Goren | 767 Fifth Ave. | | New York | NY | 10153-0119 |