| | |
|---|---|
| 1 | **LABATON SUCHAROW LLP**<br>Thomas A. Dubbs |
| 2 | Carol C. Villegas<br>Jeffrey A. Dubbin (SBN 287199) |
| 3 | 140 Broadway<br>New York, New York 10005 |
| 4 | |
| 5 | *Lead Counsel to Lead Plaintiff and the Class* |
| 6 | **MICHELSON LAW GROUP**<br>Randy Michelson (SBN 114095) |
| 7 | 220 Montgomery Street, Suite 2100<br>San Francisco, California 94104 |
| 8 | *Local Bankruptcy Counsel to Lead Plaintiff*<br>*and the Class* |
| 9 | |
| 10 | **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*) |
| 11 | Andrew Behlmann (*pro hac vice*)<br>Scott Cargill |
| 12 | Colleen Maker<br>One Lowenstein Drive |
| 13 | Roseland, New Jersey 07068 |
| 14 | *Special Bankruptcy Counsel to Lead Plaintiff*<br>*and the Class* |
| 15 | *(additional Counsel on Exhibit A)* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER PURSUANT TO B.L.R. 9013-1(c) AUTHORIZING OVERSIZE BRIEFING FOR SECURITIES LEAD PLAINTIFF'S REPLY IN FURTHER SUPPORT OF MOTION TO APPLY BANKRUPTCY RULE 7023 AND CERTIFY A LIMITED CLASS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | [No Hearing Requested] |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

The Court, having reviewed the *Ex Parte Application for Order Pursuant to B.L.R. 9013-1(c) Authorizing Oversize Briefing for Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class* (the "**Application**"), filed on November 11, 2020; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted, as provided herein.

2. The Securities Lead Plaintiff is authorized to file and serve the Reply (as defined in the Application), in excess of 15 pages, but not to exceed 28 pages (exclusive of any schedules or exhibits thereto and/or any declarations filed in connections therewith).

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

** END OF ORDER **

# EXHIBIT A
## COUNSEL

| | |
|---|---|
| **LABATON SUCHAROW LLP**<br>Thomas A. Dubbs<br>Carol C. Villegas<br>Jeffrey A. Dubbin (SBN 287199)<br>140 Broadway<br>New York, New York 10005<br>Telephone   212-907-0700<br>tdubbs@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com<br><br>*Lead Counsel to Lead Plaintiff and the Class* | **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**<br>James M. Wagstaffe (SBN 95535)<br>Frank Busch (SBN 258288)<br>100 Pine Street, Suite 725<br>San Francisco, California 94111<br>Telephone   415-357-8900<br>wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com<br><br>*Liaison Counsel for the Class* |
| **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin *(pro hac vice)*<br>Andrew Behlmann *(pro hac vice)*<br>Scott Cargill<br>Colleen Maker<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone   973-597-2500<br>Facsimile   973-597-2333<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>scargill@lowenstein.com<br>cmaker@lowenstein.com<br><br>*Special Bankruptcy Counsel to Lead Plaintiff and the Class* | **MICHELSON LAW GROUP**<br>Randy Michelson, Esq. (SBN 114095)<br>220 Montgomery Street, Suite 2100<br>San Francisco, CA 94104<br>Telephone   415-512-8600<br>Facsimile   415-512-8601<br>randy.michelson@michelsonlawgroup.com<br><br>*Local Bankruptcy Counsel to Lead Plaintiff and the Class* |
| **ROBBINS GELLER RUDMAN & DOWD LLP**<br>Darren J. Robbins (SBN 168593)<br>Brian E. Cochran (SBN 286202)<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>Telephone   619-231-1058<br>darrenr@rgrdlaw.com<br>bcochran@rgrdlaw.com | **ROBBINS GELLER RUDMAN & DOWD LLP**<br>Willow E. Radcliffe (SBN 200089)<br>Kenneth J. Black (SBN 291871)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Telephone   415-288-4545<br>willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com |
| **VANOVERBEKE, MICHAUD & TIMMONY, P.C.**<br>Thomas C. Michaud<br>79 Alfred Street<br>Detroit, Michigan 48201<br>Telephone   313-578-1200<br>tmichaud@vmtlaw.com | |

*Additional Counsel for the Securities Act Claims*