BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

*Counsel for Fire Victim Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                   **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF MOTION FOR PARTIAL WITHDRAWAL OF THE BANKTUPRCY REFERENCE FOR THE LIMITED RESPONSE OF APPOINTING THE HON. ELLEN SICKLES JAMES (RET.) AS SPECIAL MASTER PURUANT TO FED. R. CIV. PROC. 53**<br><br>**Date:**      **TBD**<br>**Time**      **TBD**<br>**Place:**     **TBD**<br><br>**Objection deadline: November 20, 2020**<br>               **4:00 p.m. (Pacific Time)** |

**NOTICE OF MOTION FOR PARTIAL WITHDRAWAL OF THE BANKTUPRCY REFERENCE FOR THE LIMITED RESPONSE OF APPOINTING THE HON. ELLEN SICKLES JAMES (RET.) AS SPECIAL MASTER PURUANT TO FED. R. CIV. PROC. 53**

Case: 19-30088    Doc# 9406-1    Filed: 11/06/20    Entered: 11/06/20 15:08:43    Page 1 of 3

**PLEASE TAKE NOTICE THAT** on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in the above captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** on July 1, 2020, the Effective Date of the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Docket No. 8048] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**") occurred.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to 28 U.S.C. § 157(d) the Honorable John K. Trotter (Ret.), in his official capacity as trustee (the "Trustee") of the PG&E Fire Victim Trust (the "Fire Victim Trust" or the "Trust"), by and through his attorneys, Brown Rudnick LLP, has filed the *Motion for Partial Withdrawal of the Bankruptcy Reference for the Limited Purpose of Appointing the Hon. Ellen Sickles James (Ret.) as Special Master Pursuant to Fed. R .Civ. Proc. 53 (*the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** the Motion may be heard by the United States District Court for the Northern District of California (the "District Court") at a date and time to be set by the District Court, however, any relief requested in the Motion may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE THAT** any oppositions or responses to the Motion must be in writing, filed with the District Court, and served on the counsel for the Trustee at the above referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on November 20, 2020. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996] (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no

2

**NOTICE OF MOTION FOR PARTIAL WITHDRAWAL OF THE BANKTUPRCY REFERENCE FOR THE LIMITED RESPONSE OF APPOINTING THE HON. ELLEN SICKLES JAMES (RET.) AS SPECIAL MASTER PURUANT TO FED. R. CIV. PROC. 53**

Case: 19-30088    Doc# 9506-1    Filed: 11/06/20    Entered: 11/06/20 05:39:43    Page 2 of 83

opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims again, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 for U.S. based parties; or +1(929) 333-8977 for International parties or by e-mail at pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 6, 2020

BROWN RUDNICK LLP

/s/ Joel S. Miliband
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

and

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel for Fire Victim Trustee*

3

**NOTICE OF MOTION FOR PARTIAL WITHDRAWAL OF THE BANKTUPRCY REFERENCE FOR THE LIMITED RESPONSE OF APPOINTING THE HON. ELLEN SICKLES JAMES (RET.) AS SPECIAL MASTER PURUANT TO FED. R. CIV. PROC. 53**

Case: 19-30088    Doc# 9506-1    Filed: 11/06/20    Entered: 11/06/20 05:33:43    Page 3 of 83