BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone:  (949) 752-7100
Facsimile:  (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

Attorneys for the Fire Victim Trustee

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **NOTICE OF ERRATA TO MOTION FOR PARTIAL WITHDRAWAL OF THE BANKRUPTCY REFERENCE FOR THE LIMITED PURPOSE OF APPOINTING THE HON. ELLEN SICKLES JAMES (RET.) AS SPECIAL MASTER PURSUANT TO FED. R. CIV. PROC. 53** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date:  TBD<br>Time:  TBD<br>Ctrm:  TBD<br>Place:  TBD<br>Judge:  TBD |

1     PLEASE TAKE NOTICE that the Motion For Partial Withdrawal Of The Bankruptcy
2  Reference For The Limited Purpose Of Appointing The Hon. Ellen Sickles James (RET.) As
3  Special Master Pursuant To Fed. R. Civ. Proc. 53 (the "Motion") (Docket No 8080),
4  inadvertently omitted the curriculum vitae to the Declaration of Honorable Ellen James (Ret.) In
5  Support Of the Motion.
6     A true and correct copy of the curriculum vitae is attached hereto as Exhibit "1."

DATED: November 6, 2020

                                                           BROWN RUDNICK LLP

                                                           /s/ Joel S. Miliband
                                                           Joel S. Miliband (SBN 077438)
                                                           (JMiliband@brownrudnick.com)
                                                           2211 Michelson Drive
                                                           Seventh Floor
                                                           Irvine, California 92612
                                                           Telephone:   (949) 752-7100
                                                           Facsimile:    (949) 252-1514

                                                           and

                                                           BROWN RUDNICK LLP
                                                           David J. Molton (SBN 262075)
                                                           (Dmolton@brownrudnick.com)
                                                           Seven Times Square
                                                           New York, New York 10036
                                                           Telephone:   (212) 209-4800
                                                           Facsimile:    (212) 209-4801

                                                           Attorneys for the Fire Victim Trustee

63900803 v1-WorkSiteUS-035945/0001

Case: 19-30088    Doc# 9507-2    Filed: 11/06/20    Entered: 11/06/20 08:33:43    Page 2 of 6

EXHIBIT "1"

EXHIBIT "1"





# Hon. Ellen Sickles James (Ret.)

**Case Manager**

Jesse Dienner
T: 415-774-2626
F: 415-982-5287
Two Embarcadero Center, Suite 1500, San Francisco, CA 94111
jdienner@jamsadr.com

# Biography

Available to conduct virtual/remote mediations, arbitrations and other ADR proceedings on a variety of online platforms, including Zoom.

**Hon. Ellen Sickles James (Ret.)**, is known for her exceptional settlement skills and ability to connect to counsel and clients in both a personal and professional manner.  A respected and experienced mediator, Judge James communicates effectively and patiently to bring closure to the diverse range of complex issues she handles. Through the thousands of cases she has settled nationwide, Judge James has earned the reputation of having a dedicated, compassionate and creative command.

# ADR Experience and Qualifications

Since 1997, Judge James has served throughout the United States as a JAMS mediator, arbitrator, Judge Pro-Tem, and special master in multi-party, complex litigation in a multitude of areas of civil law.  She has mediated hundreds of complex personal injury, wrongful death, and employment cases.  She has expertise in business, commercial, real estate, and attorney fee disputes as well as a myriad of professional liability cases. Her work has resulted in the settlement of complicated insurance coverage cases, wills and trusts, and construction litigation matters.

# Representative Matters

- **Aviation:** personal injuries, wrongful deaths and property damage including major airline, helicopter, small aircraft, and hot air balloon accidents
- **Business:** law firm dissolutions and contract disputes
- **Class action:** class action lawsuit brought against major national theater group where settlement resulted

Hon. Ellen Sickles James (Ret.) | JAMS Neutral | General Biography
Two Embarcadero Center • Suite 1500 • San Francisco, CA 94111 • Tel 415-982-5267 • Fax 415-982-5287 • www.jamsadr.com

Case: 19-30088    Doc# 9500-2    Filed: 11/06/20    Entered: 11/06/20 08:39:43    Page 4 of 6

- in a court-enforceable commitment to a timetable for installing captioning technology for the hearing impaired in every theater in California that is converted to digital projection
- **Construction:** large developments with multiple construction and land acquisition issues, including mold
- **Employment:** sexual harassment, racial, sexual, age discrimination and wage and hour class actions, theft of trade secret cases against former employees, ERISA claims
- **Environmental:** toxic release from refineries resulting in thousands of claims for personal injury and property damage
- **Fraud:** credit card fraud class actions
- **Insurance:** coverage issues related to auto accident bodily injury, property damage to residential and commercial structures, bad faith disputes, entitlement to disability benefits, and inter-carrier disputes
- **Landlord tenant:** class actions involving failure to return security deposits, failure to itemize statement of security deposit deductions, and development project issues
- **Personal Injury:** major pipeline explosion injury cases; amusement park catastrophic injury cases, medical malpractice injury claims, wrongful death claims, highly sensitive and emotionally charged cases involving abuse and injuries to children
- **Probate:** wills and trust disputes
- **Product liability:** vehicular airbags, tractors, farm equipment, construction equipment and commercial machinery
- **Professional Liability:** legal, dental, medical, accounting, and chiropractic malpractice
- **Public entity:** disputes between counties, cities and public transportation systems
- **Real Estate:** lease, boundary, sales and commission disputes
- **Trade Secrets:** settled a case involving allegations of trade secret theft by former employees

**Virtual/Remote Mediations Handled**

- **Personal Injury:**
  - Successfully mediated cases involving traumatic brain injury from car accidents, gym equipment, turbulent airplane landing and falling wooden pallet at a big box store
  - Mediated to resolution highly sensitive cases involving claims of sexual assault
- **Product Liability:**
  - Successfully mediated catastrophic injuries including acute liver failure requiring a liver transplant caused by a dietary supplement
- **Breach of Contract:**
  - Successfully mediated a breach of contract between a care facility and physical therapist
- **ERISA:**
  - Successfully mediated mental health care actions
- **Employment:**
  - Successfully mediated wrongful termination cases involving discrimination and harassment
- **Real Property:**
  - Successfully mediated cases involving claims of wrongful foreclosure causing the forfeiture of the family home

**Virtual/Remote Arbitrations Handled**

- Arbitrated cases involving wrongful termination
- Arbitrated breach of a city's responsibility for landslide on claimant's property

# Honors, Memberships, and Professional Activities

- Recognized as a "Top Neutral," *Daily Journal* Top California Neutrals List, 2013
- Member, Gender Task Force, JAMS, 2008-present
- Distinguished Mediator of the Year Award, San Francisco Trial Lawyers' Association, 2008
- Member, Committee on Mediator Ethical Guidance, American Bar Association Dispute Resolution Section, 2006-present
- Adjunct Professor at Boalt Hall School of Law, University of California 2002 and 2003
- Lecturer for The American Bar Association, CEB, The Rutter Group, and numerous local Bar Associations and community groups
- Above and Beyond Award, Alameda County Trial Lawyers Association, 1998

Hon. Ellen Sickles James (Ret.) | JAMS Neutral | General Biography
Two Embarcadero Center • Suite 1500 • San Francisco, CA 94111 • Tel 415-982-5267 • Fax 415-982-5287 • www.jamsadr.com

Case: 19-30088    Doc# 9500-2    Filed: 11/06/20    Entered: 11/06/20 08:39:43    Page 6 of 66
Case: 19-30088    Doc# 9477-2    Filed: 11/06/20    Entered: 11/06/20 08:33:43    Page 5 of 6

- Served on the Judicial Council Complex Litigation Task Force, 1997-1999 and the Judicial Council Task Force on the Quality of Justice, 1997-1999
- Chairperson, Contra Costa Superior Court Trials Committee and Civil Bench Bar Committee, 1991-1997
- Organized Contra Costa Judicial Council Trials Management Program, 1991
- Trial Judge of the Year, Alameda-Contra Costa Trial Lawyers Association, 1987
- Member, Judicial Council Blue Ribbon Panel of Experts on Arbitrator Ethics

**ADR Profiles**
- "Flexible Thinker," *Daily Journal*, ADR Profile, February 23, 2018
- "Olive Branch Bearer," *Daily Journal*, ADR Profile, April 29, 2011

# Background and Education

- Presiding Judge, Civil Division, Contra Costa County Superior Court, 1991-1997
- Superior Court Judge Liaison to First District Court of Appeal, 1990-1997
- Presiding Judge, Superior Court Appellate Division, 1986
- Associate Justice, (pro tem), First District Court of Appeal, 1985
- Judge, Mt. Diablo Judicial District Municipal Court, 1976-1982; (elected Presiding Judge, 1978)
- J.D., University of California, Berkeley School of Law (formerly Boalt Hall School of Law), 1969
- B.A., Sarah Lawrence College, 1965

# Practice Areas

- Arbitration
- Aviation
- Business/Commercial
- Class Action/Mass Tort
- Construction Defect
- Employment
- Environmental
- Estates/Probate/Trusts
- Insurance
- Personal Injury/Torts
- Professional Liability
- Real Property
- Special Master/Discovery Referee

# Locations

- San Francisco, California
- Sacramento, California
- Santa Rosa, California
- Silicon Valley, California
- Walnut Creek, California

Available nationwide ›

**Disclaimer**

This page is for general information purposes. JAMS makes no representations or warranties regarding its accuracy or completeness. Interested persons should conduct their own research regarding information on this website before deciding to use JAMS, including investigation and research of JAMS neutrals. See More