1  Emanuel C. Grillo (*pro hac vice forthcoming*)
   emanuel.grillo@bakerbotts.com
2  BAKER BOTTS L.L.P.
   30 Rockefeller Plaza
3  New York, NY 10112-4498
   Telephone: 212.408.2519
4  Facsimile: 212.259.2519

5  Kevin Chiu (*admitted pro hac vice*)
   kevin.chiu@bakerbotts.com
6  BAKER BOTTS L.L.P.
   2001 Ross Avenue, Suite 900
7  Dallas, TX 75201-2980
   Telephone: 214.953.6417
8  Facsimile: 214.661.4417

9  Natalie K. Sanders, CA Bar No. 329916
   natalie.sanders@bakerbotts.com
10 BAKER BOTTS L.L.P.
   1001 Page Mill Road
11 Building One, Suite 200
   Palo Alto, California 94304-1007
12 Telephone: 650.739.7536
   Facsimile: 650.739.7636

*Counsel for Centaurus Capital LP
and Wright Solar Park LLC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>      - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                     **Debtors.** | Bankruptcy Case<br>No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF CENTAURUS CAPITAL LP AND WRIGHT SOLAR PARK LLC TO DEBTORS' SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS** |

**PLEASE TAKE NOTICE** that Centaurus Capital LP and Wright Solar Park LLC, each a creditor and party in interest in the above-captioned, jointly administered cases of PG&E Corporation and Pacific Gas and Electric Company, hereby withdraw their *Limited Objection of Centaurus Capital LP and Wright Park LLC to Debtors' Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* [Docket No. 7285].

Dated: November 12, 2020

**BAKER BOTTS L.L.P.**

*/s/ Kevin Chiu*

Emanuel C. Grillo (*pro hac vice forthcoming*)
emanuel.grillo@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone:   212.408.2519
Facsimile:   212.259.2519

Kevin Chiu (*admitted pro hac vice*)
kevin.chiu@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX  75201-2980
Telephone:   214.953.6417
Facsimile:   214.661.4417

Natalie K. Sanders, CA Bar No. 329916
natalie.sanders@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304-1007
Telephone:   650.739.7536
Facsimile:   650.739.7636

*Counsel for Centaurus Capital LP and Wright Solar Park LLC*