

Signed and Filed: November 12, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**RECOMMENDATION REGARDING MOTION FOR**
**PARTIAL WITHDRAWAL OF REFERENCE**

    The Honorable John K. Trotter (Ret.), in his official capacity as trustee (the "Trustee") of the PG&E Fire Victim Trust filed a motion for partial withdrawal of reference for the limited purpose of appointing the Hon. Ellen Sickles James (Ret.) as special master pursuant to Fed. R. Civ. Proc. 53 (Dkt. No. 9470) (the "Motion"). I find the Trustee's request is

-1-

appropriate and because there is doubt whether the bankruptcy court can appoint a special master, I recommend partial withdrawal of reference for the reason stated in the Motion and in accordance with B.L.R. 5011-2(b).

*** END OF RECOMMENDATION***