Entered on Docket
November 12, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 12, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

```
             UNITED STATES BANKRUPTCY COURT

             NORTHERN DISTRICT OF CALIFORNIA

In re:                             ) Bankruptcy Case
                                   ) No. 19-30088-DM
PG&E CORPORATION,                  )
                                   ) Chapter 11
         - and -                   )
                                   ) Jointly Administered
PACIFIC GAS AND ELECTRIC COMPANY,  )
                                   )
         Reorganized Debtors.      )
                                   )
                                   )
☐ Affects PG&E Corporation         )
☐ Affects Pacific Gas and          )
     Electric Company              )
                                   )
☒ Affects both Debtors             )
                                   )
* All papers shall be filed in     )
the Lead Case, No. 19-30088 (DM).  )
                                   )
```

### RECOMMENDATION REGARDING MOTION FOR
### PARTIAL WITHDRAWAL OF REFERENCE

The Honorable John K. Trotter (Ret.), in his official capacity as trustee (the "Trustee") of the PG&E Fire Victim Trust filed a motion for partial withdrawal of reference for the limited purpose of appointing the Hon. Ellen Sickles James (Ret.) as special master pursuant to Fed. R. Civ. Proc. 53 (Dkt. No. 9470) (the "Motion"). I find the Trustee's request is

1 appropriate and because there is doubt whether the bankruptcy
2 court can appoint a special master, I recommend partial
3 withdrawal of reference for the reason stated in the Motion and
4 in accordance with B.L.R. 5011-2(b).

*** END OF RECOMMENDATION***