**APPEAL, WDREF, CLMAGT, JNTADMN**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
### Bankruptcy Petition #: 19-30088

|  |  |
|---|---|
| *Assigned to:* Judge Dennis Montali | *Date filed:* 01/29/2019 |
| Chapter 11 | *Plan confirmed:* 06/20/2020 |
| Voluntary | *341 meeting:* 04/29/2019 |
| Asset | *Deadline for filing claims:* 10/21/2019 |
|  | *Deadline for filing claims (govt.):* 10/21/2019 |

| *Debtor* | | |
|---|---|---|
| **PG&E Corporation**<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177<br>SAN FRANCISCO-CA<br>(929) 333-8977<br>Tax ID / EIN: 94-3234914 | represented by | **Max Africk**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>*TERMINATED: 11/12/2019*<br><br>**Peter J. Benvenutti**<br>Keller Benvenutti Kim LLP<br>650 California St. 19th Fl.<br>San Francisco, CA 94108<br>(415) 364-6798<br>Email: pbenvenutti@kbkllp.com<br><br>**Kevin Bostel**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br><br>**Lee Brand**<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center, 22nd Fl.<br>San Francisco, CA 94111-5998<br>415-983-1116<br>Email: lee.brand@pillsburylaw.com<br><br>**Timothy G. Cameron**<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY 10019<br>(212) 474-1120<br><br>**Jared R. Friedmann**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153<br>(212) 310-8000<br><br>**Andriana Georgallas**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br><br>**Stuart J. Goldring**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153<br>(212) 310-8000<br><br>**Matthew Goren**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000 |

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796-0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364-6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861-2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861-5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415-364-6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP

825 Eighth Avenue
New York, NY 10019
212-474-1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415-636-9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683-9100
Email: bradley.schneider@mto.com

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153-0119
(212) 310-8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333-8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415)705-3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7-500
Sacramento, CA 95814
(916) 930-2076
Email: jason.blumberg@usdoj.gov

**Cameron Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784-5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 252-2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee - San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535-5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee - SF
450 Golden Gate Ave.
Suite 05-0153
San Francisco, CA 94102
(415) 705-3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 252-2062
Email: marta.villacorta@usdoj.gov

| | | |
|---|---|---|
| *Creditor Committee*<br>**Official Committee Of Unsecured Creditors** | represented by | **Paul S. Aronzon**<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>(424) 386-4000<br>Email: paronzon@milbank.com |

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386-4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386-4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835-7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5000
Email: skhalil@milbank.com

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386-4463
Email: tkreller@milbank.com

|  |  |
|---|---|
|  | **Andrew Michael Leblanc**<br>Milbank LLP<br>1850 K St., NW, #1100<br>Washington, DC 20006<br>(202) 835-7500<br>Email: ALeblanc@milbank.com |
|  | **Alan J. Stone**<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 530-5000<br>Email: AStone@milbank.com |
| *Creditor Committee*<br>**Official Committee of Tort Claimants** | represented by **Lauren T. Attard**<br>Baker Hostetler LLP<br>11601 Wilshire Blvd. #1400<br>Los Angeles, CA 90025-0509<br>(310) 820-8800<br>Email: lattard@bakerlaw.com |
|  | **Chris Bator**<br>Baker & Hostetler LLP<br>127 Public Square #2000<br>Cleveland, OH 44114<br>(216) 621-0200<br>Email: cbator@bakerlaw.com |
|  | **Dustin M. Dow**<br>Baker & Hostetler LLP<br>127 Public Square #2000<br>Cleveland, OH 44114<br>(216) 621-0200<br>Email: ddow@bakerlaw.com |
|  | **Cecily Ann Dumas**<br>Baker and Hostetler LLP<br>Transamerica Pyramid Center<br>600 Montgomery Street, Suite 3100<br>San Francisco, CA 94111-2806<br>415-659-2600<br>Email: cdumas@bakerlaw.com |
|  | **Joseph M. Esmont**<br>Baker & Hostetler LLP<br>127 Public Sq., #2000<br>Cleveland, OH 44147<br>(216) 861-7835<br>Email: jesmont@bakerlaw.com |
|  | **Lars H. Fuller**<br>Baker & Hostetler LLP<br>1801 California St #4400<br>Denver, CO 80202<br>(303) 764-4114<br>Email: lfuller@bakerlaw.com |
|  | **Eric R. Goodman**<br>Baker & Hostetler LLP<br>Key Tower, 127 Public Sq., #2000<br>Cleveland, OH 44114-1214<br>(216) 621-0200<br>Email: egoodman@bakerlaw.com |
|  | **Elizabeth A. Green**<br>BakerHostetler LLP<br>200 S. Orange Ave. #2300<br>Orlando, FL 32801<br>(407) 649-4000<br>Email: egreen@bakerlaw.com |
|  | **Robert A. Julian**<br>Baker and Hostetler LLP |

Transamerica Pyramid Center  
600 Montgomery Street, Suite 3100  
San Francisco, CA 94111-2806  
(415) 569-2600  
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, NY 10111  
(212) 589-4227  
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**  
Baker & Hostetler LLP  
811 Main St., #1100  
Houston, TX 77005  
(713) 703-1315  
Email: kkleber@bakerlaw.com

**John H. MacConaghy**  
MacConaghy and Barnier  
645 1st St. W #D  
Sonoma, CA 95476  
(707) 935-3205  
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**  
Baker & Hostetler LLP  
Transamerica Pyramid Center  
600 Montgomery Street, Suite 3100  
San Francisco, CA 94111  
(415) 659-2600  
Email: kmorris@bakerlaw.com

**David J. Richardson**  
Baker & Hostetler, LLP  
11601 Wilshire Blvd.,  
14th Floor  
Los Angeles, CA 90025  
(310) 442-8858  
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**  
Baker and Hostetler LLP  
1050 Connecticut Ave., N.W., #1100  
Washington, DC 20036  
(202) 861-1731  
Email: drivkin@bakerlaw.com

**Jorian L. Rose**  
Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, NY 10111  
(212) 589-4200  
Email: jrose@bakerlaw.com

**Eric E. Sagerman**  
Baker and Hostetler LLP  
11601 Wilshire Blvd. #1400  
Los Angeles, CA 90025  
(310) 442-8875  
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**  
Baker & Hostetler LLP  
Key Tower, 127 Public Sq., #2000  
Cleveland, OH 44114-1214  
(614) 462-2677  
Email: cwoltering@bakerlaw.com  
*TERMINATED: 04/01/2020*

| Filing Date | # | Docket Text |
|---|---|---|
| 11/06/2020 | 9470 (19 pgs; 2 docs) | Motion for Withdrawal of Reference *Motion for Partial Withdrawal of the Bankruptcy Reference for the Limited Purpose of Appointing the Hon. Ellen Sickles James (Ret.) as Special Master Pursuant to Fed. R. Civ. Proc. 53* Fee Amount $181. Filed by Other Prof. John K. Trotter (Attachments: # 1 Declaration Declaration of Hon. Ellen James (Ret.) in Support of Fire Victim Trustee's Motion for the Partial Withdrawal of the Bankruptcy Reference for the Limited Purpose of the Appointment of the Hon. Ellen Sickles James (Ret.) as Special Master) (Miliband, Joel) (Entered: 11/06/2020) |
| 11/06/2020 | 9471 (5 pgs; 2 docs) | Joinder *of San Bernardino County Employees' Retirement Association to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* (RE: related document(s)9189 Objection). Filed by Creditor San Bernardino County Employees' Retirement Association (Attachments: # 1 Certificate of Service) (Ward, Samuel) (Entered: 11/06/2020) |
| 11/06/2020 | 9472 (16 pgs; 3 docs) | Ex Parte Motion to Extend Time */ Ex Parte Motion Of Securities Lead Plaintiff Pursuant To B.L.R. 9006-1 To Extend Time To File Reply To Reorganized Debtors Objection [Dkt No. 9375] And Baupost Group Securities, L.L.C.S Objection [Dkt No. 9374] To Securities Lead Plaintiffs Motion To Apply Bankruptcy Rule 7023 And Certify A Limited Class [Dkt No. 9152]* Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Attachments: # 1 Declaration of Michael Etkin, Esq. in Support # 2 Proposed Order) (Michelson, Randy) (Entered: 11/06/2020) |
| 11/06/2020 | 9473 (3 pgs) | Response to Debtor's (RE: related document(s)9269 Omnibus Objection to Claims (Twentieth) (Incorrect Debtor Claims)). Filed by Creditor Monica Starr (dc) (Entered: 11/06/2020) |
| 11/06/2020 | 9474 (101 pgs) | Certificate of Service (RE: related document(s)9472 Motion to Extend Time). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy). Related document(s) 9374 Objection of Baupost Group Securities, L.L.C. to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class Objection filed by Interested Party The Baupost Group, L.L.C., 9375 Objection filed by Debtor PG&E Corporation. Modified on 11/9/2020 (dc). (Entered: 11/06/2020) |
| 11/06/2020 | 9475 (4 pgs) | Notice of Compliance with California Rules of Court Rule 9.20. Filed by Creditors Francine and William Maffei, Fire Victims. (dc) (Entered: 11/06/2020) |
| 11/06/2020 | 9476 (3 pgs) | Notice Regarding *Notice Of Motion For Partial Withdrawal Of The Bankruptcy Reference For The Limited Purpose Of Appointing The Hon. Ellen Sickles James (Ret.) As Special Master Pursuant To Fed. R. Civ. Proc. 53* (RE: related document(s)9470 Motion for Withdrawal of Reference *Motion for Partial Withdrawal of the Bankruptcy Reference for the Limited Purpose of Appointing the Hon. Ellen Sickles James (Ret.) as Special Master Pursuant to Fed. R. Civ. Proc. 53* Fee Amount $181. Filed by Other Prof. John K. Trotter (Attachments: # 1 Declaration Declaration of Hon. Ellen James (Ret.) in Support of Fire Victim Trustee's Motion for the Partial Withdrawal of the Bankruptcy Reference for the Limited Purpose of the Appointment of the Hon. Ellen Sickles James (Ret.) as Special Master)). Filed by Other Prof. John K. Trotter (Miliband, Joel) (Entered: 11/06/2020) |
| 11/06/2020 | 9477 (6 pgs) | Notice Regarding *Notice Of Errata To Motion For Partial Withdrawal Of The Bankruptcy Reference For The Limited Purpose Of Appointing The Hon. Ellen Sickles James (Ret.) As Special Master Pursuant To Fed. R. Civ. Proc. 53* (RE: related document(s)9470 Motion for Withdrawal of Reference *Motion for Partial Withdrawal of the Bankruptcy Reference for the Limited Purpose of Appointing the Hon. Ellen Sickles James (Ret.) as Special Master Pursuant to Fed. R. Civ. Proc. 53* Fee Amount $181. Filed by Other Prof. John K. Trotter (Attachments: # 1 Declaration Declaration of Hon. Ellen James (Ret.) in Support of Fire Victim Trustee's Motion for the Partial Withdrawal of the Bankruptcy Reference for the Limited Purpose of the Appointment of the Hon. Ellen Sickles James (Ret.) as Special Master)). Filed by Other Prof. John K. Trotter (Miliband, Joel) (Entered: 11/06/2020) |
| 11/06/2020 | 9478 (27 pgs) | Certificate of Service (RE: related document(s)9476 Notice, 9477 Notice). Filed by Other Prof. John K. Trotter (Miliband, Joel) (Entered: 11/06/2020) |
| 11/06/2020 | 9479 (6 pgs) | Substitution of Attorney . Attorney Cristina A. Henriquez terminated. Ankur Mandhania added to the case. Filed by Creditor BNP Paribas (Mandhania, Ankur) (Entered: 11/06/2020) |
| 11/06/2020 | 9480 (31 pgs; 4 docs) | Motion to Join Real Party in Interest for Claim Previously Filed; or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to FED.R.BANKR>PROC. 9006(b)(1) Filed by Creditor(s) Sharon Slaton and A.E.P and Molin-Wilcoxen Camp Fire Victims Group (Attachments: # 1 Notice of Motion # 2 Declaration # 3 Certificate of Service) (Widders, Drew) Modified on 11/9/2020 DEFECTIVE ENTRY: Notice of Hearing to be filed separately.(dc) (Entered: 11/06/2020) |

| | | |
|---|---|---|
| 11/06/2020 | 9481<br>(31 pgs; 4 docs) | Motion to Join Real Party in Interest for Claim Previously Filed; or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to FED.R.BANKR>PROC. 9006(b)(1) Filed by Creditor(s) Rebecca Cleary and S.F. and Molin-Wilcoxen Camp Fire Victims Group (Attachments: # 1 Notice of Motion # 2 Declaration # 3 Certificate of Service) (Widders, Drew) Modified on 11/9/2020 DEFECTIVE ENTRY: Notice of Hearing to be filed separately.(dc) (Entered: 11/06/2020) |
| 11/06/2020 | 9482<br>(31 pgs; 4 docs) | Motion to Join Real Party in Interest for Claim Previously Filed; or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to FED.R.BANKR>PROC. 9006(b)(1) Filed by Creditor(s) Richard M. Ruhman and Denise Ann Eaton-Ruhman and Molin-Wilcoxen Camp Fire Victims Group (Attachments: # 1 Notice of Motion # 2 Declaration # 3 Certificate of Service) (Widders, Drew) Modified on 11/9/2020 DEFECTIVE ENTRY: Notice of Hearing to be filed separately.(dc) (Entered: 11/06/2020) |
| 11/09/2020 | 9483<br>(27 pgs) | Motion *Ex Parte Motion Of The Fire Victim Trustee Pursuant To Federal Rule Of Bankruptcy Procedure 2004 For Entry Of An Order Authorizing Service Of Subpoenas On The Subrogation Wildfire Trust, Subrogation Wildfire Claimants, And Insurers With Claim Files* Filed by Other Prof. John K. Trotter (Miliband, Joel) (Entered: 11/09/2020) |
| 11/09/2020 | 9484<br>(5 pgs) | Notice Regarding *Certificate of No Objection of Deloitte & Touche LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of June 1, 2020 Through July 1, 2020* (RE: related document(s)8769 Statement of Deloitte & Touche LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2020 Through July 1, 2020 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Detailed Time Entries) (Levinson Silveira, Dara)). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) Modified on 11/12/2020 DEFECTIVE ENTRY: PDF is blank on page(s) 5. (dc) (Entered: 11/09/2020) |
| 11/09/2020 | 9485<br>(15 pgs) | Certificate of Service (RE: related document(s)9483 Motion Miscellaneous Relief). Filed by Other Prof. John K. Trotter (Miliband, Joel) (Entered: 11/09/2020) |
| 11/09/2020 | 9486<br>(4 pgs) | Certificate of Service *of Jean-Christophe Gache Regarding Memorandum Decision Disallowing Administrative Expense Claims, Order Disallowing Administrative Expense Claims of Canyon Capital Advisors LLC Et Al and Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* Filed by Other Prof. Prime Clerk LLC (related document(s)9333 Memorandum Decision, 9335 Order, 9403 Notice of Appeal). (Baer, Herb) (Entered: 11/09/2020) |
| 11/09/2020 | 9487<br>(22 pgs; 2 docs) | Response *Chevron's Response to the Reorganized Debtors' Objection to Securities Lead Plaintiff's Renewed Motion to Apply Bakruptcy Rule 7023 and Certify a Limited Class* (RE: related document(s)9152 Motion Miscellaneous Relief). Filed by Creditors Chevron UK Pension Plan, Chevron Master Pension Trust (Attachments: # 1 Certificate of Service) (Warden, Philip) (Entered: 11/09/2020) |
| 11/10/2020 | 9488<br>(4 pgs) | Objection *Limited Objection of the United States of America to Motion for Entry of an Order Extending Deadline for the Reorganized Debtors to Object to Claims* (RE: related document(s)9355 Motion to Extend Time). Filed by Creditor United States of America (Troy, Matthew) (Entered: 11/10/2020) |
| 11/10/2020 | 9489<br>(2 pgs) | Order On Ex Parte Request For Rule 2004 Subpoenas (Related Doc # 9483) (lp) (Entered: 11/10/2020) |
| 11/10/2020 | 9490<br>(4 pgs) | Certificate of Service *of Alain B. Francoeur Regarding Memorandum Decision Disallowing Administrative Expense Claims, Order Disallowing Administrative Expense Claims of Elliott Management Corporation, Order Disallowing Administrative Expense Claims of Canyon Capital Advisors LLC et al., Order Disallowing Administrative Expense Claims of Pacific Investment Management Company LLC, Notice of Appeal and Statement of Election to Have Appeal Heard by the District Court, Notice of Appeal and Statement of Election to Have Appeal Heard by District Court and Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* Filed by Other Prof. Prime Clerk LLC (related document(s)9333 Memorandum Decision, 9334 Order on Motion to Reconsider, 9335 Order, 9336 Order, 9398 Notice of Appeal, 9403 Notice of Appeal, 9405 Notice of Appeal and Statement of Election). (Malo, David) (Entered: 11/10/2020) |
| 11/10/2020 | 9491<br>(1 pg) | Clerk's Notice RE Hearing on Calendar via Zoom Webinar Scheduled for **11/17/2020 at 11:00 AM** (RE: related document(s)8964 Motion *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims*, 9152 Motion *Securities Lead Plaintiffs Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class*). (lp) (Entered: 11/10/2020) |
| 11/11/2020 | 9492<br>(70 pgs; 3 docs) | Reply */ Securities Lead Plaintiffs Reply In Further Support Of Motion To Apply Bankruptcy Rule 7023 And Certify A Limited Class* (RE: related document(s)9152 Motion Miscellaneous Relief). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Attachments: # 1 Declaration of Adam D. Walter in Support # 2 Declaration of Andrew D. Bradt in Support) (Michelson, Randy) (Entered: 11/11/2020) |

| | | |
|---|---|---|
| 11/11/2020 | 9493 (9 pgs; 2 docs) | Ex Parte Motion *Ex Parte Application For Order Pursuant To B.L.R. 9013-1(C) Authorizing Oversize Briefing For Securities Lead Plaintiffs Reply In Further Support Of Motion To Apply Bankruptcy Rule 7023 And Certify A Limited Class* Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Attachments: # 1 Proposed Order) (Michelson, Randy) (Entered: 11/11/2020) |
| 11/11/2020 | 9494 (190 pgs) | Certificate of Service (RE: related document(s)9492 Reply, 9493 Motion Miscellaneous Relief). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 11/11/2020) |
| 11/11/2020 | 9495 (38 pgs; 2 docs) | Motion to Allow Claims *Motion to Allow/Deem Timely Late Filing of Proof of Claim By Tamara Natalie Winters; Memorandum of Points and Authorities; Declaration of Erika L. Vasquez in Support* Filed by Creditor SLF Fire Victim Claimants (Attachments: # 1 Certificate of Service) (Masud, Laila) (Entered: 11/11/2020) |
| 11/11/2020 | 9496 (25 pgs; 2 docs) | Notice of Hearing (RE: related document(s)9495 Motion to Allow Claims *Motion to Allow/Deem Timely Late Filing of Proof of Claim By Tamara Natalie Winters; Memorandum of Points and Authorities; Declaration of Erika L. Vasquez in Support* Filed by Creditor SLF Fire Victim Claimants (Attachments: # 1 Certificate of Service)). **Hearing scheduled for 12/15/2020 at 10:00 AM via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Filed by Creditor SLF Fire Victim Claimants (Attachments: # 1 Certificate of Service) (Masud, Laila) (Entered: 11/11/2020) |
| 11/12/2020 | 9497 (2 pgs) | Acknowledgment of Receipt by District Court of Notice of Appeal to District Court. Case Number: 20-cv-07865-HSG (RE: related document(s)9398 Notice of Appeal, 9408 Transmission of Notice of Appeal to District Court). (dc) (Entered: 11/12/2020) |
| 11/12/2020 | 9498 (2 pgs) | Acknowledgment of Receipt by District Court of Notice of Appeal to District Court. Case Number: 20-cv-07911-HSG (RE: related document(s)9403 Notice of Appeal, 9410 Transmission of Notice of Appeal to District Court). (dc) (Entered: 11/12/2020) |
| 11/12/2020 | 9499 (2 pgs) | Acknowledgment of Receipt by District Court of Notice of Appeal to District Court. Case Number: 20-cv-07912-HSG (RE: related document(s)9405 Notice of Appeal and Statement of Election, 9412 Transmission of Notice of Appeal to District Court). (dc) (Entered: 11/12/2020) |
| 11/12/2020 | 9500 (38 pgs; 5 docs) | Transmittal of Documents on Withdraw of Reference (RE: related document(s)9470 Motion for Withdrawal of Reference *Motion for Partial Withdrawal of the Bankruptcy Reference for the Limited Purpose of Appointing the Hon. Ellen Sickles James (Ret.) as Special Master Pursuant to Fed. R. Civ. Proc. 53* Fee Amount $181.). (Attachments: # 1 Notice of Motion # 2 Notice of Errata # 3 Docket Sheet) (dc) (Entered: 11/12/2020) |
| 11/12/2020 | 9501 (2 pgs) | Withdrawal of Documents *Notice of Withdrawal of Limited Objection of Centaurus Capital LP and Wright Solar Park LLC to Debtors Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts* (RE: related document(s)7285 Objection). Filed by Interested Partys Centaurus Capital LP, Wright Solar Park LLC (Chiu, Kevin) (Entered: 11/12/2020) |
| 11/12/2020 | 9502 (2 pgs) | Recommendation Regarding Motion for Partial Withdrawal of Reference (RE: related document(s)9470 Motion for Withdrawal of Reference filed by Other Prof. John K. Trotter). (lp) (Entered: 11/12/2020) |
| 11/12/2020 | 9503 (4 pgs) | Certificate of Service *of Sonia Akter Regarding Certificate of No Objection Regarding Fourteenth Monthly Fee Application of Deloitte & Touche LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2020 Through July 1, 2020 Certificate of No Objection Regarding Fourteenth Monthly Fee Application of Deloitte & Touche LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2020 Through July 1, 2020* Filed by Other Prof. Prime Clerk LLC (related document(s)9484 Notice). (Baer, Herb) (Entered: 11/12/2020) |