Form NTCTWBK

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: PG&E Corporation | Case No.: 19–30088 |
| Debtor(s) | Chapter: 11 |

### TRANSMITTAL OF DOCUMENTS: WITHDRAW OF REFERENCE

Pursuant to Bankruptcy Local Rule 5011–2(a), copies of the following documents are hereby transmitted to the District Court for the above referenced bankruptcy case:

- ☐ Motion to Withdraw the Reference
- ☐ Memorandum in Support of Motion to Withdraw the Reference
- ☐ Declaration in Support of Motion to Withdraw the Reference
- ☑ Bankruptcy Docket Sheet
- ☑ Recommendation of Bankruptcy Judge pursuant to B.L.R. 5011–2(b)
- ☐ Certification pursuant to B.L.R. 9015–2(b) – Jury trial demand
- ☐ Certification pursuant to B.L.R. 9015–2(d) – Personal injury tort/wrongful death claim
- ☐ Adversary Proceeding Complaint
- ☑ Other: Certificate of Service by filed Other Prof. John K. Trotter related to Notice of Motion and Notice of Errata to the Motion for Partial Withdrawal of Reference

*Please acknowledge receipt of this Transmittal by returning a copy to the Bankruptcy Court showing the District Court case number.*

Dated: 11/12/20

                                                Edward J. Emmons
                                                Clerk of Court
                                                United States Bankruptcy Court

                                                By: DaWana Chambers
                                                    Deputy Clerk

---

For District Court Use Only

DISTRICT COURT CASE NUMBER: _____

Date: _____

By: _____