# EXHIBIT A
## LIST OF MOVANTS

1. Gross, Kai
   1328 Cashew Rd
   Santa Rosa, CA 95403-1543
   Parent: Kathleen Gross

2. B.G. (a minor)
   2683 Bennett Ridge Rd
   Santa Rosa CA 95404-9525
   Parents: Raymond and Kirsten Guanella

3. J.G. (a minor)
   2683 Bennett Ridge Rd
   Santa Rosa, CA 95404-9525
   Parents: Raymond and Kirsten Guanella

4. Huber, Alexander A.
   2166 Wedgewood Way
   Santa Rosa, CA 95404-7676
   Parent: Brenda Gormley

5. Huber, Sean-Paul G.
   2166 Wedgewood Way
   Santa Rosa, CA 95404-7676
   Parent: Brenda Gormley

6. E.W. (a minor)
   4696 Paulette Place
   Santa Rosa CA 95403
   Parents: Ryan and Kristina Watanabe

7. Watanabe, Amaya
   4696 Paulette Place
   Santa Rosa CA 95403
   Parents: Ryan and Kristina Watanabe