# EXHIBIT A
## LIST OF MOVANTS

1. Gearing, Olivia Claire
   2150 Vintage Cir
   Santa Rosa, CA 95404-1351
   Parents: Vincent and Christina Gearing

2. Gearing, Samuel Vincent
   2150 Vintage Cir
   Santa Rosa, CA 95404-1351
   Parents: Vincent and Christina Gearing

3. Gustavson, Max
   1328 Cashew Rd
   Santa Rosa, CA 95403-1543
   Parents: Andy and Susan Gustavson

4. Harrison, Riley
   3609 Aaron Dr
   Santa Rosa CA 95404-1504
   Parents: Jennifer and Miles Harrison

5. Vidaurri, Marina
   2220 Newgate Court
   Santa Rosa CA 95404
   Parents: David Vidaurri and Margaret Marquez

6. Weil, Sydney
   190 Ursuline Road
   Santa Rosa CA 95403
   Parents: Joshua Weil and Claire Mollard

7. Weil, Caleb
   190 Ursuline Road
   Santa Rosa CA 95403
   Parents: Joshua Weil and Claire Mollard

8. Weinert, Dana
   4465 Parker Hill Rd
   Santa Rosa, CA 95405
   Parents: Ashley Weinert and Melinda Lansdowne

9. Weitzenberg, Gavin
   3554 Southridge Drive
   Santa Rosa CA 95403
   Parents: Todd and Tracy Weitzenberg

10. Weitzenberg, Trevor
    3554 Southridge Drive
    Santa Rosa CA 95403
    Parents: Todd and Tracy Weitzenberg

11. Welch, Travis
    3963 Shelter Glen Way
    Santa Rosa CA 95404
    Parents: David and Lydia Welch

12. Wulbrecht, Derek Douglas
    3942 Shelter Glen Way
    Santa Rosa CA 95404
    Parents: Angela and Doug Wulbrecht

13. Wulbrecht, Tamara Sakile
    3942 Shelter Glen Way
    Santa Rosa CA 95404
    Parents: Angela and Doug Wulbrecht