BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:	(212) 209-4800
Facsimile:	(212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:	(949) 752-7100
Facsimile:	(949) 252-1514

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SUPPLEMENT TO MOTION OF THE FIRE VICTIM TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF SUBPOENAS ON THE SUBROGATION WILDFIRE TRUST, SUBROGATION WILDFIRE CLAIMANTS, AND INSURERS WITH CLAIM FILES**<br><br>[No Hearing Required Per L.B.R 2004-1(a)] |

The Honorable John K. Trotter (Ret.), in his capacity as the Fire Victim Trustee (the "**Trustee**"), by and through his undersigned counsel, hereby submits this Supplement to the Rule 2004 Motion (Dkt. No. 9483) filed on November 9, 2020.[1]

Attached hereto as **Exhibit 1** is a chart that specifically identifies each insurance company that has Claim Files and claims-related documents for insured fire victims. Exhibit 1 identifies related or affiliated parties, where applicable, which is why Exhibit 1 includes 402 entries.

The Fire Victim Trust is working with the Wildfire Subrogation Trust on a stipulated order pursuant to which the Wildfire Subrogation Trust would voluntarily and promptly provide insurance information to the Fire Victim Trust. If an agreement is reached with the Wildfire Subrogation Trust and a stipulated order is entered, the Fire Victim Trust would withdraw without prejudice its request to serve a Subpoena on the Wildfire Subrogation Trust.

The Rule 2004 Motion, as amended by this Supplement, seeks authority to serve Subpoenas on the insurance companies identified on Exhibit 1 hereto and the Wildfire Subrogation Trust (assuming no agreement is reached) and no other parties.

As set forth in the Rule 2004 Motion, the Fire Victim Trust's access to the insurance information is a gatekeeping issue for insured Fire Victim Claims. The Fire Victim Trust cannot make payments to fire victims under Section VII.B. of the CRP unless and until there is a "Final Determination" of the claim. A "Final Determination" cannot be made with respect to an insured Fire Victim Claim until the requested insurance information is produced to the Fire Victim Trust. In order to ensure that each Final Determination is accurate and done in accordance with California law, as required by Section I of the CRP, the Trustee must be able to (a) verify that the fire victim does not have insurance for a particular claim or (b) verify all relevant insurance information pertaining to insured Fire Victim Claims. This is a matter of critical importance to the Trustee's ability to make payments to fire victims in accordance with the Plan and the Confirmation Order.

/ / /

/ / /

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Rule 2004 Motion.

The Trustee is willing to provide any additional information that the Court requests in support of the Rule 2004 Motion so that payments can be made to fire victims.

DATED: November 13, 2020         BROWN RUDNICK LLP

By: /s/ Joel S. Miliband
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted *pro hac vice*)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to the Fire Victim Trustee*

# EXHIBIT "1"

| | FVT Insurance Companies |
|---|---|
| | **Insurance Company** |
| 1. | 21st Century Insurance Company |
| 2. | ACE American Insurance Company |
| 3. | Admiral Insurance Company |
| 4. | Adventist Risk Management, Inc. |
| 5. | Aegis Security Insurance Company |
| 6. | AGCS Marine Insurance Company |
| 7. | Agent Alliance Insurance Company |
| 8. | AIG Europe Limited |
| 9. | AIG Property Casualty Company |
| 10. | Alliance United Insurance Company |
| 11. | Allianz Global Risks US Insurance Company |
| 12. | Allianz Marine Insurance Company |
| 13. | Allied P&C Insurance Company |
| 14. | Allied World Assurance Company (US) Inc. |
| 15. | Allied World Assurance Company, Ltd |
| 16. | Allied World Specialty Insurance Company |
| 17. | Allmerica Financial Benefit Insurance Company |
| 18. | Allstate Fire and Casualty Insurance Company |
| 19. | Allstate Indemnity Company |
| 20. | Allstate Insurance Company |
| 21. | Allstate Northbrook Indemnity Company |
| 22. | Allstate Property and Casualty Insurance Company |
| 23. | Am. Reliable Insurance Company |
| 24. | AMCO Insurance Company |
| 25. | American Alternative Insurance Company |
| 26. | American Automobile Association |
| 27. | American Automobile Insurance Company |
| 28. | American Bankers Insurance Company |
| 29. | AMERICAN BANKERS INSURANCE COMPANY |
| 30. | American Casualty Company |
| 31. | American Economy |
| 32. | American Family Home Insurance Company |
| 33. | American Fire & Casualty |
| 34. | American Guarantee & Liability Insurance Company |
| 35. | American Home Assurance Company |
| 36. | American Insurance Company (The) |
| 37. | American Modern Home Insurance Company |
| 38. | American Modern Insurance |
| 39. | American National Insurance Company |
| 40. | American National Property and Casualty |
| 41. | American Reliable Insurance Company |
| 42. | AMERICAN SECURITY INSURANCE CO |
| 43. | American States |
| 44. | American States Preferred Insurance Company |

| | |
|---|---|
| 45. | American Strategic Insurance Corp |
| 46. | American Zurich Insurance Company |
| 47. | Ameriprise |
| 48. | AmGUARD Insurance Company |
| 49. | Amica Mutual Insurance Company |
| 50. | AmTrust International |
| 51. | AmTrust Syd 1206 |
| 52. | ANPAC |
| 53. | Arch Insurance Company |
| 54. | Arch Specialty Insurance Company |
| 55. | Argo Group |
| 56. | ARGONAUT GREAT CENTRAL INSURANCE COMPANY |
| 57. | Armed Forces Insurance Exchange |
| 58. | Ascot Underwriting Ltd. |
| 59. | ASI Select Insurance Corp |
| 60. | Aspen American Insurance Company |
| 61. | Aspen Insurance Company |
| 62. | Aspen Insurance UK Limited |
| 63. | Aspen Specialty Insurance Company |
| 64. | Associated Indemnity Corporation |
| 65. | Association of California Water Agencies Joint Powers Insurance Authority |
| 66. | Asta Managing Agency Limited |
| 67. | Atlantic Specialty Insurance Company |
| 68. | AWAC London Lloyds |
| 69. | AXIS INSURANCE COMPANY |
| 70. | AXIS Specialty Europe SE |
| 71. | Bankers Standard Insurance Company |
| 72. | Barbican Managing Agency Limited |
| 73. | Berkley National Insurance Company |
| 74. | Berkley Regional Insurance Company |
| 75. | Berkshire Hathaway Specialty Insurance |
| 76. | Brit Global Specialty |
| 77. | Brit UW Ltd |
| 78. | Butte Schools Self-Funded Programs Joint Powers Authority |
| 79. | CAIC |
| 80. | California Automobile Insurance Company |
| 81. | California Capital Insurance Company |
| 82. | California Casualty Indemnity Exchange |
| 83. | CALIFORNIA FAIR PLAN ASSOCIATION |
| 84. | California Mutual |
| 85. | Canopius Managing Agents Limited |
| 86. | Canopius US Insurance, Inc. |
| 87. | Capitol Indemnity Corporation a/s/o Assisted Freedom, Inc. dba Home Instead Senior Care #377 |
| 88. | Capitol Indemnity Corporation a/s/o Chul Kim dba Foster's Freeze |
| 89. | Capitol Specialty Insurance Company |
| 90. | Capitol Specialty Insurance Company a/s/o Ben Lucas d/b/a Eye of Jade Tattoo |
| 91. | CAPRI |
| 92. | Catholic Mutual Group |

| | |
|---|---|
| 93. | Catlin Specialty Insurance Company |
| 94. | Century National Insurance Company |
| 95. | Certain Underwriters at Lloyd's of London |
| 96. | Certain Underwriters at Lloyd's, London |
| 97. | Certain Underwriters at Lloyds, London-Brit Syndicate 2987 |
| 98. | Certain Underwriters at Lloyds, London-Brit Syndicate 2987 and Brit Syndicate 2988 |
| 99. | Chubb Custom Insurance Company |
| 100. | Church Insurance Company of Vermont |
| 101. | Church Mutual Insurance Company |
| 102. | CIC |
| 103. | Cincinnati Insurance Company |
| 104. | Citation Insurance Company |
| 105. | Citizens Insurance Company of America |
| 106. | Citizens Insurance Company of Midwest |
| 107. | Civil Service Employees Insurance Company |
| 108. | COAST NATIONAL INSURANCE COMPANY |
| 109. | COLONY INSURANCE COMPANY |
| 110. | Commerce West Insurance Company |
| 111. | Continental Casualty Company |
| 112. | Continental Insurance Company |
| 113. | Corporate Deals - Reinsurance |
| 114. | Crestbrook Insurance Company |
| 115. | Crestmont Insurance Company |
| 116. | Crusader Insurance Company |
| 117. | CSAA |
| 118. | CSE Safeguard Insurance Company |
| 119. | CSEICO |
| 120. | CSESG |
| 121. | Dentists Insurance Company |
| 122. | Depositors Insurance Company |
| 123. | Eagle West Insurance Company |
| 124. | Employers Insurance Company of Wausau |
| 125. | Employers Mutual Casualty Company |
| 126. | Encompass Insurance Company |
| 127. | Endurance American Specialty |
| 128. | Endurance American Specialty Insurance Company |
| 129. | Endurance Specialty Insurance Company |
| 130. | Essentia Insurance Company |
| 131. | Esurance |
| 132. | Evanston Insurance Company |
| 133. | Everest Indemnity Insurance Company |
| 134. | Everest National Insurance Company |
| 135. | Everest Reinsurance Company |
| 136. | Farmers Insurance Company of Idaho |
| 137. | Farmers Insurance Company of Oregon |
| 138. | Farmers Insurance Exchange |
| 139. | FARMERS SPECIALTY INSURANCE COMPANY |
| 140. | Federal Insurance Company |

| | |
|---|---|
| 141. | Federated Mutual Insurance Company |
| 142. | Federated Service Insurance Company |
| 143. | FFIC |
| 144. | Fidelity and Deposit Company of Maryland |
| 145. | Fidelity and Guaranty Insurance Underwriters Inc. |
| 146. | Financial Indemnity Company |
| 147. | Financial Pacific Insurance Company |
| 148. | Fire Insurance Exchange |
| 149. | Fireman's Fund Insurance Company |
| 150. | First American Property & Casualty |
| 151. | First American Specialty Insurance |
| 152. | First National Insurance Company of America |
| 153. | First Specialty Insurance Corporation |
| 154. | Florists' Mutual Insurance Company |
| 155. | FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN |
| 156. | FOREMOST PROPERTY AND CASUALTY INSURANCE COMPANY |
| 157. | FOREMOST SIGNATURE INSURANCE COMPANY |
| 158. | Freedom Specialty / Whic |
| 159. | GAR |
| 160. | GCUBE Insurance Services, Inc.; GCUBE Underwriting Limited |
| 161. | GEICO |
| 162. | GEICO Advantage |
| 163. | GEICO CASUALTY COMPANY |
| 164. | GEICO GENERAL INSURANCE COMPANY |
| 165. | GEICO INDEMNITY COMPANY |
| 166. | Gencon Insurance Company of Vermont |
| 167. | General Casualty Company of Wisconsin |
| 168. | General Insurance Company of America |
| 169. | General Security Company of Arizona |
| 170. | General Security Indemnity Company of America |
| 171. | General Security Indemnity Company of Arizona |
| 172. | Generali US Branch |
| 173. | GIC |
| 174. | Golden Eagle Insurance |
| 175. | Gotham Insurance Company |
| 176. | GOVERNMENT EMPLOYEES INSURANCE COMPANY |
| 177. | Grange Insurance Association |
| 178. | Granite State Insurance Company |
| 179. | Great American Alliance Insurance Company |
| 180. | Great American Assurance Company |
| 181. | Great American E&S Insurance Company |
| 182. | Great American Insurance Company |
| 183. | Great American Insurance Company of New York |
| 184. | Great American Spirit Insurance Company |
| 185. | Great Divide Insurance Company |
| 186. | Great Lakes |
| 187. | Great Northern Insurance Company |
| 188. | Greenwich Insurance Company |

| | |
|---|---|
| 189. | GuideOne Mutual Insurance Company |
| 190. | GuideOne Specialty Mutual Insurance Company |
| 191. | Hamilton Reinsurance |
| 192. | Hanover American Insurance Company |
| 193. | Hanover Insurance Company |
| 194. | Hartford Accident & Indemnity Company |
| 195. | Hartford Casualty Insurance Company |
| 196. | Hartford Fire Insurance Company |
| 197. | Hartford Underwriters Insurance Company |
| 198. | HDI Global SE |
| 199. | Homeland Insurance Company of New York |
| 200. | Homesite Insurance Company of California |
| 201. | Homesite Insurance Company of the Midwest |
| 202. | Horace Mann Insurance Company |
| 203. | Horace Mann Property & Casualty |
| 204. | Houston Casualty Company |
| 205. | Houston Casualty Company, London Branch |
| 206. | Houston Specialty US |
| 207. | Hudson Insurance Company |
| 208. | Illinois Farmers Insurance Company |
| 209. | Illinois Union Insurance Company |
| 210. | Indemnity Insurance Company of North America |
| 211. | Indian Harbor Insurance Company |
| 212. | Infinity Insurance Company |
| 213. | Infinity Select Insurance Company |
| 214. | Integon National Insurance Co |
| 215. | Integon Preferred Insurance Company |
| 216. | Interinsurance Exchange of the Automobile Club |
| 217. | International Insurance Company of Hannover SE |
| 218. | Interstate Fire & Casualty Company |
| 219. | Ironshore Indemnity Inc |
| 220. | Ironshore Insurance LTD |
| 221. | Ironshore Specialty Insurance Company |
| 222. | Kemper Independence Insurance Company |
| 223. | Kookman Best Insurance Company, Ltd. US Branch |
| 224. | Landmark American Insurance Company |
| 225. | Lemonade Insurance Company |
| 226. | Lexington Insurance Company - Boston |
| 227. | Lexington Insurance Company |
| 228. | Lex-London a Div. of AIG Europe Ltd. |
| 229. | Lex-London, a Division of Chartis Europe Limited |
| 230. | Liberty Insurance Corporation |
| 231. | Liberty Managing Agency Limited |
| 232. | Liberty Mutual Fire Insurance Company |
| 233. | Liberty Mutual Insurance Company |
| 234. | Liberty Mutual Insurance Europe SE (Lux) |
| 235. | Lloyds (Atrium) |
| 236. | Lloyds (Novae) |

| | |
|---|---|
| 237. | LM General Insurance Company |
| 238. | LM Insurance Corporation |
| 239. | LTD |
| 240. | Mapfire Insurance Company |
| 241. | Markel American Insurance Company |
| 242. | Markel Bermuda Limited |
| 243. | Markel Insurance Company |
| 244. | Markel International Insurance Company, Inc. |
| 245. | Mass Bay Insurance Company |
| 246. | Maxum Indemnity Company |
| 247. | MCC |
| 248. | Mennonite Aid Plan of the Pacific Coast |
| 249. | Merced Property & Casualty Company in Liquidation |
| 250. | Mercury Casualty Company |
| 251. | Mercury Insurance Company |
| 252. | Mesa Underwriters Specialty |
| 253. | Metropolitan Direct Property and Casualty Insurance Company |
| 254. | MIC |
| 255. | Mic General Insurance Corp. |
| 256. | Mid-Century Insurance Company |
| 257. | Midvale Indemnity Company |
| 258. | Mitsui Sumitomo Insurance Company of America |
| 259. | Monterey Insurance Company |
| 260. | MS Amlin Underwriting Limited |
| 261. | National Casualty Company |
| 262. | National Fire & Marine Insurance Company |
| 263. | National Fire Insurance Company of Hartford |
| 264. | National General Assurance Company |
| 265. | National General Insurance Company |
| 266. | National General Premier Insurance Company |
| 267. | National Surety Corporation |
| 268. | National Union Fire Insurance Company |
| 269. | National Union Fire Insurance Company of Pittsburgh, PA |
| 270. | Nationwide Agribusiness Ins NAIC |
| 271. | Nationwide Insurance Company of America |
| 272. | Nationwide Mutual Fire Insurance Company |
| 273. | Nationwide Mutual Insurance Company |
| 274. | Nautilus Insurance Company |
| 275. | New Hampshire Insurance Company |
| 276. | New York Marine and General Insurance Company |
| 277. | Nonprofits Insurance Alliance of California |
| 278. | North Light Specialty Insurance Company |
| 279. | Northfield Insurance Company |
| 280. | NOVA Casualty Company Program |
| 281. | Novae 2007 Syndicate |
| 282. | Occidental Fire and Casualty Company of North Carolina |
| 283. | Ohio Casualty |
| 284. | Ohio Security |

| | |
|---|---|
| 285. | Oregon Mutual Insurance |
| 286. | Pacific Indemnity Company |
| 287. | Pacific Property and Casualty Company |
| 288. | Pacific Specialty Insurance Company |
| 289. | Peconic Insurance Company of Phoenix, AZ |
| 290. | Peerless Indemnity Insurance |
| 291. | Peerless Insurance Company |
| 292. | Penn-Star Insurance Company |
| 293. | Permanent General Assurance Corporation |
| 294. | Pharmacists Mutual Insurance Company |
| 295. | Philadelphia Indemnity Insurance Company |
| 296. | Praetorian Insurance Company |
| 297. | Privilege Underwriters Reciprocal Exchange |
| 298. | Progressive Casualty Insurance Company |
| 299. | Progressive Direct Insurance Company |
| 300. | Progressive Express Insurance Company |
| 301. | Progressive Premier Insurance Company of IL |
| 302. | Progressive Select Insurance Company |
| 303. | Progressive Universal Insurance Company |
| 304. | Progressive West Insurance Company |
| 305. | Property & Casualty Insurance Company Of Hartford |
| 306. | Property Joint Underwriting Association |
| 307. | QBE European Operations |
| 308. | QBE Insurance Corporation |
| 309. | Regent Insurance Company |
| 310. | Residence Mutual Insurance Company |
| 311. | Riverport Insurance Company |
| 312. | RiverStone Managing Agency Ltd, for and on behalf of syndicate 780 |
| 313. | RiverStone Managing Agency Limited as successor to Advent Underwriting Limited |
| 314. | Royal & Sun Alliance Insurance Company/Certain Underwriters at Lloyds |
| 315. | Royal & Sun Alliance Insurance PLC U.K. |
| 316. | RSUI Group, Inc. |
| 317. | RSUI Indemnity Company |
| 318. | SAFECO Insurance Company of America |
| 319. | SAFECO Insurance Company of Illinois |
| 320. | Safeco Insurance Company of Oregon |
| 321. | Scottsdale Indemnity Company |
| 322. | Scottsdale Insurance Company |
| 323. | Security National Insurance Company |
| 324. | Seneca |
| 325. | Sentinel Insurance Company, Ltd. |
| 326. | Sentry Insurance A Mutual Company |
| 327. | Sentry Select Insurance Company |
| 328. | Sequoia Insurance Company |
| 329. | Somo Japan Insurance Company of America |
| 330. | Sompo International Insurance |
| 331. | Spinnaker Insurance Company |
| 332. | St Paul Fire and Marine |

| | |
|---|---|
| 333. | STANDARD GUARANTY INSURANCE CO |
| 334. | Star Insurance Company |
| 335. | Starr Surplus Lines insurance Company |
| 336. | State Farm County Mutual Insurance Company of Texas |
| 337. | State Farm Fire & Casualty Company |
| 338. | State Farm General Insurance Company |
| 339. | State Farm Mutual Automobile Insurance Company |
| 340. | State National Insurance Company |
| 341. | Steadfast Insurance Company |
| 342. | Stillwater Insurance Company |
| 343. | Stillwater Property & Casualty Insurance Company |
| 344. | Sutter Insurance Company |
| 345. | Technology Insurance Company, Inc. |
| 346. | The Fidelity & Deposit Company of Maryland |
| 347. | The First Liberty Insurance Corp |
| 348. | The Hanover Casualty Company |
| 349. | The Insurance Company of the State of Pennsylvania |
| 350. | The North River Insurance Company |
| 351. | The Northfield Insurance Company |
| 352. | The Princeton Excess & Surplus Lines Insurance Company |
| 353. | The Standard Fire Insurance Company |
| 354. | The Travelers Home and Marine Insurance Company |
| 355. | The Travelers Indemnity Company |
| 356. | The Travelers Indemnity Company of America |
| 357. | Titan Insurance Company |
| 358. | Tokio Marine America Insurance Company |
| 359. | Tokio Marine Kiln Syndicates 510 & 1880 |
| 360. | Topa Insurance Company |
| 361. | Transportation Insurance Company |
| 362. | Travelers Casualty Insurance Company of America |
| 363. | Travelers Commercial Insurance Company |
| 364. | Travelers Indemnity Company of Connecticut |
| 365. | Travelers Property Casualty Company of America |
| 366. | Travelers Property Casualty Insurance Company |
| 367. | Truck Insurance Exchange |
| 368. | Trumbull Insurance Company |
| 369. | Tudor Insurance Company |
| 370. | TWE Insurance Company Pte. Ltd. |
| 371. | Twin City Fire Insurance Company |
| 372. | Unigard Insurance Company |
| 373. | United Financial Casualty Company |
| 374. | United Fire and Casualty Insurance Company |
| 375. | United National Insurance Company |
| 376. | United Specialty Insurance Company |
| 377. | United States Fire Insurance Company |
| 378. | United States Liability Insurance Company |
| 379. | Unitrin Direct Insurance Company |
| 380. | Unitrin Direct Property & Casualty Company |

| | | |
|---|---|---|
| 381. | Universal North American Insurance Company |
| 382. | USAA |
| 383. | Valley Forge Insurance Company |
| 384. | Vibe Corporate Member Limited |
| 385. | Vibe Syndicate 5678 |
| 386. | Vibe Syndicate Management Limited |
| 387. | Victoria Fire & Casualty Company |
| 388. | Vigilant Insurance Company |
| 389. | Viking Insurance Company of Wisconsin |
| 390. | VOYAGER INDEMNITY INSURANCE CO |
| 391. | Wawanesa General Insurance Company |
| 392. | Wesco Insurance Company |
| 393. | West American |
| 394. | Westchester Surplus Lines Insurance Company |
| 395. | Western Heritage Insurance Co |
| 396. | Western Mutual Insurance Company |
| 397. | Western World Insurance Company |
| 398. | Westport Insurance Company |
| 399. | Westport Insurance Corporation |
| 400. | XL Insurance America, Inc. |
| 401. | Zenith Insurance |
| 402. | Zurich American Insurance Company |