FILED
NOV 13 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

-----Original Message-----
From: sfoflyman@aol.com
To: sfoflyman@aol.com
Sent: Sun, Nov 8, 2020 1:54 pm

United States Bankruptcy Court Northern District of California San Francisco Division

Reorganized Debtors' Fortieth Omnibus Objection to Claims (no passthrough / passthrough claims)

Bankruptcy Case No. 19-30088 (DM) Chapter 11

Richard Wagner
6 Grand View Terrace
San Francisco, CA 94114
415 864 1284
Debtor 1972
I have owned and resided and maintained this property since 1972.

I respectfully ask the court to NOT sustain the Omnibus Objection to expunge my claim on the basis of my original claim and information presented in this filing on my own behalf .
To the best of my knowledge I present the facts under penalty of perjury.

Summer of 2018 PG &E did work on their equipment in an underground box on my property, it necessitated tearing up my sidewalk. Case #6883478860

When the first rain storms occurred in December the front of my house, my entryway and my garage became flooded. I called 311 for direction as I was concerned about sewage backing up into
these areas.

As directed I spoke with Fred Roach sewer department who said they would come to the property in question.Case #9984773
I had to call several times before any action was taken. Cases were opened each time I called. #9958444, 9976544, 10405928, 10458255

January 28, 2019 Kevin from PUC called and told me they were out several times and flashed the lines and it was clear. Kevin asked me if work had been done on the sidewalk and I said yes P G & E. He thought possibly cement had gotten into the lines.
Finally on January 31, 2019 Dante from the sewer department told me pipes might be clogged but no matter what it would all get fixed within 3 weeks.

The supervisor Frank from PUC on 2/25/2019 informed me a pipe got crushed as a result of dirt being compacted when P G & E put in the new sidewalk.

I spoke with Susan from P G & E claims department on 2/27/2019 in a telephone conversation and she advised to mitigate damages and to than file a claim which I did and is now in dispute.

I called a plumber, Cabrillo who did the repair work and submitted the bill. They advised me that indeed the pipe where P G & E had worked and paved over had been crushed and caused the
back up of water into my entryway, the front of my house and my garage.

Pictures of the crushed pipe and flooded areas were submitted along with the plumbers bill with the original claim fro $16,300.31.

Based on what I was told by the PUC, sewer department and my plumber, I submitted this claim and look for reimbursement of the damage caused by P G & E.

Thank you for this opportunity to present this information.

Richard Wagner. Nov 9, 2020

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS)**<br><br>**Response Deadline:**<br>**December 1, 2020, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: December 15, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

