KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON CERTAIN OF THE REORGANIZED DEBTORS' OMNIBUS OBJECTIONS TO CLAIMS**<br><br>**Re: Dkt. Nos. 8978, 8981, 8983, 9064, 9070, 9073, 9076, 9078**<br><br>Date: December 15, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on June 30. 2020, the Bankruptcy Court entered the *Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections*, dated June 30, 2020 [Docket No. 8228] (the "**Omnibus Objections Procedures Order**"), pursuant to which the Bankruptcy Court established procedures by which the Debtors and Reorganized Debtors could file objections to multiple Claims (as defined therein).

### Sixth Through Eighth Omnibus Objection Responses

**PLEASE TAKE FURTHER NOTICE** that on September 3, 2020, in accordance with the Omnibus Objections Procedures Order, the Reorganized Debtors filed the *Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 8978] (the "**Sixth Omnibus Objection**"), *Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 8981] (the "**Seventh Omnibus Objection**"), and the *Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims)* [Dkt. No. 8983] (the "**Eighth Omnibus Objection**," and, collectively, the "**Sixth Through Eighth Omnibus Objections**"). The Notices of Hearing filed concurrently with the Sixth Through Eighth Omnibus Objections [Dkt. Nos. 8980, 8982, 8985] established that: (1) if any Responses (as defined therein) were received, the hearing before the Bankruptcy Court on the Sixth Through Eighth Omnibus Objections was scheduled for October 13, 2020, at 10:00 a.m. (Pacific Time); (2) any Responses to the Sixth through Eighth Omnibus Objections must have been in writing, filed with the Bankruptcy Court, and served on the counsel for the Reorganized Debtors at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on September 29, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors received informal responses to the Sixth Omnibus Objection from KB Home Central Valley Division, KB Home North Bay, Inc., KB Home Northern California Division, KB Home Sacramento, Inc., KB Home, a California Corporation, In-N-Out Burgers, and Carl Arena (collectively, the "**Sixth Omnibus Objection Responses**").

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors received informal responses to the Seventh Omnibus Objection from Fremont Pat Ranch LLC and KB Home, a Delaware Corporation (collectively, the "**Seventh Omnibus Objection Responses**").

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors received a formal response to the Eighth Omnibus Objection from the Mendocino County Inland Water Agency and Power Commission [Docket No. 9309] (the "**Eighth Omnibus Objection Responses**").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Sixth Through Eighth Omnibus Objections solely with respect to the Sixth Through Eighth Omnibus Objection Responses previously was continued to November 17, 2020.

### Twelfth Through Seventeenth Omnibus Objection Responses

**PLEASE TAKE NOTICE** that on September 17, 2020, in accordance with the Omnibus Objections Procedures Order, the Reorganized Debtors filed the *Reorganized Debtors' Twelfth*

*Omnibus Objection to Claims (Duplicate Claims)* [Dkt. No. 9064] (the "**Twelfth Omnibus Objection**"), the *Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims)* [Dkt. No. 9070] (the "**Fourteenth Omnibus Objection**"), the *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9073] (the "**Fifteenth Omnibus Objection**"), the *Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9078] (the "**Seventeenth Omnibus Objection,**" and, collectively, the "**Twelfth Through Seventeenth Omnibus Objections**"). The Notices of Hearing filed concurrently with the Twelfth Through Seventeenth Omnibus Objections [Dkt. Nos. 9066, 9072, 9075, 9077, and 9079] established that: (1) if any Responses (as defined therein) were received, the hearing before the Bankruptcy Court on the Twelfth Through Seventeenth Omnibus Objections was scheduled for October 28, 2020, at 10:00 a.m. (Pacific Time); (2) any Responses to the Twelfth Through Seventeenth Omnibus Objections must have been in writing, filed with the Bankruptcy Court, and served on the counsel for the Reorganized Debtors at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on October 14, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors received informal responses to the Twelfth Omnibus Objection from the Bureau of Land Management and the U.S. Forest Service (collectively, the "**Twelfth Omnibus Objection Responses**").

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors received informal responses to the Fourteenth Omnibus Objection from Clean Energy, Little Diversified Architectural Consulting, Inc., and Sequoia Engineering & Design Associates (collectively, the "**Fourteenth Omnibus Objection Responses**").

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors received informal responses to the Fifteenth Omnibus Objection from the Solano Irrigation District, Arlington Wind Power Project LLC, and Rising Tree Wind Farm II LLC, (collectively, the "**Fifteenth Omnibus Objection Responses**").

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors received informal responses to the Sixteenth Omnibus Objection from Fair Harbor Capital LLC as transferee of Barrier1 Systems Inc. and Josephine Lucero, and Vendor Recovery Fund IV, LLC (collectively, the "**Sixteenth Omnibus Objection Responses**").

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors received informal responses to the Seventeenth Omnibus Objection from Mark Cameron and the U.S. Fish and Wildlife Service (the "**Seventeenth Omnibus Objection Responses,**" and, collectively, the "**Twelfth Through Seventeenth Omnibus Objection Responses**").

**PLEASE TAKE FURTHER NOTICE** that the Twelfth Through Seventeenth Omnibus Objection Responses previously were continued to November 17 through the *Reorganized Debtors' Report on Responses to Eleventh Through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket No. 9342].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Sixth Through Eighth Omnibus Objections and Twelfth Through Seventeenth Omnibus Objections *solely with respect to the specific claims that are identified in the Omnibus Objection Responses and in the above paragraphs of this Notice* will be **further continued** to the next omnibus hearing, on December 15, 2020 at 10:00 a.m. (Pacific Time). The response deadlines are further continued to December 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC , at

| | |
|---|---|
| 1 | https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website. |
| 2 | |

Dated:  November 13, 2020        **KELLER BENVENUTTI KIM LLP**

   */s/ Dara L. Silveira*
   Dara L. Silveira

   *Attorneys for Debtors and Reorganized Debtors*