| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| | Richard W. Slack (*pro hac vice*) |
| 2 | (richard.slack@weil.com) |
| | Jessica Liou (*pro hac vice*) |
| 3 | (jessica.liou@weil.com) |
| | Matthew Goren (*pro hac vice*) |
| 4 | (matthew.goren@weil.com) |
| 5 | New York, NY 10153-0119 |
| | Tel: (212) 310-8000 |
| 6 | Fax: (212) 310-8007 |
| 7 | KELLER BENVENUTTI KIM LLP |
| | Tobias S. Keller (#151445) |
| 8 | (tkeller@kbkllp.com) |
| | Peter J. Benvenutti (#60566) |
| 9 | (pbenvenutti@kbkllp.com) |
| | Jane Kim (#298192) |
| 10 | (jkim@kbkllp.com) |
| 11 | 650 California Street, Suite 1900 |
| | San Francisco, CA 94108 |
| 12 | Tel: (415) 496-6723 |
| | Fax: (650) 636-9251 |

*Attorneys for Debtors and Reorganized Debtors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case Nos. 19-30088 (DM) (Lead Case) (Jointly Administered) |
| PG&E CORPORATION, | |
| - and - | **REORGANIZED DEBTORS' QUALIFIED ACCEPTANCE OF TENTATIVE RULING ON MOTION FOR ENTRY OF AN ORDER EXTENDING DEADLINE FOR THE REORGANIZED DEBTORS TO OBJECT TO CLAIMS** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| **Debtors.** | Date: November 17, 2020 |
| ☐ Affects PG&E Corporation | Time: 10:00 a.m. (Pacific Time) |
| ☐ Affects Pacific Gas and Electric Company | Place: **(Telephonic or Video Only)** |
| ☒ Affects both Debtors | United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| * *ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).* | San Francisco, CA 94102 |
| | **(Hearing to be canceled)** |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), have received the Court's tentative ruling on its *Motion for* Entry of an Order Extending Time for Reorganized Debtors to Object to Claims (the "**Motion**"). The Debtors accept the tentative ruling, subject to the following qualification:

As set forth in its limited opposition, the United States has filed "a number of substantial Class 4B Utility General Unsecured Claims" against the Utility. The Debtors are aware of several claims that are identified as claims of the United States (*e.g.,* "United States Department of Agriculture" and "United States of America on behalf of its Nuclear Regulatory Commission"), as well as claims that are claims of the United States but would not be located in a database search for "United States" (*e.g.*, "Department of the Interior - Bureau of Land Management"). Thus, to insure that the parties have the same understanding as to the total universe of claims of the United States asserted in the Chapter 11 Cases, the Reorganized Debtors request that the United States identify all of its claims so that unidentified claims of the United States are not inadvertently allowed prior to the Reorganized Debtors completing their reconciliation of such claims. A proposed revised form of order on the Motion, revised with (new) paragraph 4 to reflect the Court's ruling and the request contained herein, is attached hereto as **Exhibit A**.

On November 15, 2020, counsel for the United States advised the undersigned that the proposed order is acceptable in form to the United States.

Dated: November 16, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

*/s/ Tobias S. Keller*
Tobias S. Keller

*Attorneys for Debtors and Reorganized Debtors*