**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR NOVEMBER 17, 2020, 10:00 A.M. AND 11:00 A.M. OMNIBUS HEARINGS**<br><br>Date:  November 17, 2020<br>Time:  10:00 and 11:00 a.m. (Pacific Time)<br>Place: (Telephone and Video Conference)<br>          United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
NOVEMBER 17, 2020, 10:00 A.M. AND 11:00 A.M. (PACIFIC TIME)
OMNIBUS HEARINGS**

I: <u>**MATTERS SCHEDULED TO BE HEARD AT 10:00 A.M. (PACIFIC TIME) IN MAIN CASE: No. 19-30088 (DM)**</u>

*UNCONTESTED MATTERS GOING FORWARD*

 1. **Reorganized Debtors' Eighteenth Omnibus Objection to Claims**: *Reorganized Debtors' Eighteenth Omnibus Objection to Claims (Amended and Superseded Claims)* [**Dkt. 9263**].

  <u>Response Deadline</u>: November 3, 2020, at 4:00 p.m. (Pacific Time).

  <u>Response Filed</u>:

  A. Asplundh Construction, LLC's Statement of Non-Opposition and Reservation of Rights Re Reorganized Debtors' Eighteenth Omnibus Objection to Claims [**Dkt. 9351**].

  <u>Related Documents</u>:

  B. Declaration of Robb McWilliams in Support of Reorganized Debtors' Eighteenth Omnibus Objection to Claims (Amended and Superseded Claims) [**Dkt. 9264**].

  C. Reorganized Debtors' Report on Responses to Eighteenth through Twenty-Fourth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9521**].

  <u>Status</u>: This matter is going forward on an uncontested basis.

 2. **Reorganized Debtors' Twenty-First Omnibus Objection to Claims**: *Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims)* [**Dkt. 9272**].

  <u>Response Deadline</u>: November 3, 2020, at 4:00 p.m. (Pacific Time).

  <u>Related Document</u>:

  A. Declaration of Robb McWilliams in Support of Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims) [**Dkt. 9273**].

  B. Reorganized Debtors' Report on Responses to Eighteenth through Twenty-Fourth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9521**].

  <u>Status</u>: This matter is going forward on an uncontested basis

3. **Reorganized Debtors' Twenty-Second Omnibus Objection to Claims**: *Reorganized Debtors' Twenty-Second Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 9275**].

    Response Deadline: November 3, 2020, at 4:00 p.m. (Pacific Time).

    Related Document:

        A.    Declaration of Robb McWilliams in Support of Reorganized Debtors' Twenty-Second Omnibus Objection to Claims (Satisfied Claims) [**Dkt. 9276**].

        B.    Reorganized Debtors' Report on Responses to Eighteenth through Twenty-Fourth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9521**].

    Status: This matter is going forward on an uncontested basis

4. **Reorganized Debtors' Twenty-Third Omnibus Objection to Claims**: *Reorganized Debtors' Twenty-Third Omnibus Objection to Claims (No Liability Claims)* [**Dkt. 9278**].

    Response Deadline: November 3, 2020, at 4:00 p.m. (Pacific Time).

    Responses Filed:

        A.    Asplundh Construction, LLC's Response and Reservation of Rights Re Reorganized Debtors' Twenty-Third Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9352**].

        B.    Utility Tree Service, LLC's Response and Reservation of Rights Re Reorganized Debtors' Twenty-Third Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9353**].

    Related Document:

        C.    Declaration of Robb McWilliams in Support of Reorganized Debtors' Twenty-Third Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9279**].

        D.    Reorganized Debtors' Report on Responses to Eighteenth through Twenty-Fourth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9521**].

    Status: This matter is going forward on an uncontested basis.

5. **Reorganized Debtors' Twenty-Fourth Omnibus Objection to Claims**: *Reorganized Debtors' Twenty-Fourth Omnibus Objection to Claims (Plan Passthrough Environmental Claims)* [**Dkt. 9281**].

    Response Deadline: November 3, 2020, at 4:00 p.m. (Pacific Time).

Related Document:

A. Declaration of David Kraska in Support of Reorganized Debtors' Twenty-Fourth Omnibus Objection to Claims (Plan Passthrough Environmental Claims) [**Dkt. 9282**].

B. Reorganized Debtors' Report on Responses to Eighteenth through Twenty-Fourth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9521**].

Status: This matter is going forward on an uncontested basis.

## CONTESTED MATTERS GOING FORWARD

6. **Reorganized Debtors' Seventh Omnibus Objection to Claims**: *Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 8981**].

Response Deadline: September 29, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. John Wrynn's Response to Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims) (Doc. No. 8681) [**Dkt. 9162**].

B. David E. Parks' Response to Seventh Omnibus Objection to Claims [**Dkt. 9163**].

Related Documents:

C. Declaration of Robb McWilliams in Support of Reorganized Debtors' Sixth and Seventh Omnibus Objections to Claims (Satisfied Claims) [**Dkt. 8979**].

D. Reorganized Debtors' Report on Responses to Seventh Omnibus Objection to Claims (Satisfied Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9215**].

E. Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objection to Claims [**Dkt. 9346**].

F. Declaration of Dara L. Silveira in Further Support of Reorganized Debtors' Third, Fifth, Sixth, Seventh, and Fourteenth Omnibus Objections to Claims [**Dkt. 9349**].

G. Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 9520**].

Related Order:

H. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims) [**Dkt. 9370**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Status: This matter has been resolved by order [**Dkt. 9370**]. This matter has been continued to December 15, 2020 as to Fremont Pat Ranch LLC and KB Home, a Delaware Corporation [**Dkt. 9520**]. This matter is going forward with respect to the Claim of John Wrynn [**Dkt. 9162**].

7. **Reorganized Debtors' Nineteenth Omnibus Objection to Claims**: *Reorganized Debtors' Nineteenth Omnibus Objection to Claims (Amended and Superseded Claims)* [**Dkt. 9266**].

Response Deadline: November 3, 2020, at 4:00 p.m. (Pacific Time).

Response Filed:

A. Letter to Court Filed by Creditor Edgar Perry [**Dkt. 9340**].

Related Documents:

B. Declaration of Robb McWilliams in Support of Reorganized Debtors' Nineteenth Omnibus Objection to Claims (Duplicative Claims) [**Dkt. 9267**].

C. Reorganized Debtors' Report on Responses to Eighteenth through Twenty-Fourth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9521**].

Status: This matter is going forward on an uncontested basis, except with respect to the Claims of Edgar Perry [**Dkt. 9340**], which are going forward on a contested basis.

8. **Reorganized Debtors' Twentieth Omnibus Objection to Claims**: *Reorganized Debtors' Twentieth Omnibus Objection to Claims (Incorrect Debtor Claims)* [**Dkt. 9269**].

Response Deadline: November 3, 2020, at 4:00 p.m. (Pacific Time).

Response Filed:

A. Response to Debtors' Twentieth Omnibus Objection to Claims (Incorrect Debtor Claims) [**Dkt. 9473**].

Related Documents:

B. Declaration of Robb McWilliams in Support of Reorganized Debtors' Twentieth Omnibus Objection to Claims (Incorrect Debtor Claims) [**Dkt. 9270**].

C. Reorganized Debtors' Report on Responses to Eighteenth through Twenty-Fourth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9521**].

Status: This matter is going forward on an uncontested basis, except with respect to the Claims of Monica Staar, which are going forward on a contested basis.

II: **MATTERS SCHEDULED TO BE HEARD AT 11:00 A.M. (PACIFIC TIME) IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

9. **Reorganized Debtors' Motion to Strike Bradt Declaration**: *Reorganized Debtors' Motion to Strike Declaration of Andrew S. Bradt* [**Dkt. 9522**].

   Response Deadline: No response deadline was set.

   Related Document:

   A. Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9492**].

   Related Order:

   B. Order Regarding Motions (1) to Approve Securities ADR Procedures and (2) to Apply FRBP 7023 [**Dkt. 9527**].

   Status: This matter is going forward on a contested basis.

10. **Reorganized Debtors' ADR Motion (Subordinated Securities Claims)**: *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [**Dkt. 8964**].

    Response Deadline: October 5, 2020, at 4:00 p.m. (Pacific Time).

    Responses Filed:

    A. Stipulation Continuing Hearing on the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims and Other Scheduling Matters [**Dkt. 9030**].

    B. Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9189**].

    C. Chevron's Objection to the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9190**].

    D. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9191**].

    E. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9192**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| F. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9193**]. |
| G. | Notice of Joinder by FRT in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9194**]. |
| H. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9195**]. |
| I. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9196**]. |
| J. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9197**]. |
| K. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9198**]. |
| L. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9199**]. |
| M. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9200**]. |
| N. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9201**]. |
| O. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9207**]. |
| P. | Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9208**]. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Q. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9209**].

R. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9210**].

S. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9211**].

T. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9213**].

U. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9214**].

V. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9216**].

W. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9218**].

X. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9219**].

Y. Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9220**].

Z. Joinder of Fort Worth Employee's Retirement Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9225**].

AA. Joinder of Government Employees' Retirement System of the Virgin Islands to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9226**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

BB. Joinder of City & County of Swansea Pension Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9227**].

CC. Joinder of Iowa Public Employees' Retirement System to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9228**].

DD. Joinder of Strathclyde Pension Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9229**].

EE. Joinder of Worcestershire County Council to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9230**].

FF. Joinder of Local 580 Annuity Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9233**].

GG. Joinder of Local 580 Insurance Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9234**].

HH. Joinder of Local 580 Pension Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9235**].

II. Joinder of International Brotherhood of Teamsters Local 282 Benefit Trust Funds to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9236**].

JJ. Joinder of Lehigh County Employee Pension Board to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9237**].

KK. Joinder of Board of Education Employees' Pension Fund of Essex County to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9238**].

LL. Joinder of Sheet Metal Workers' Local #19 Pension Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9239**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

MM.    Joinder of Sheet Metal Workers' Local #19 Health & Welfare Fund to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9240**].

NN.    Joinder of the City of Philadelphia Board of Pensions and Retirement to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9241**].

OO.    Joinder of the City of Philadelphia Sinking Fund Commission to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9242**].

PP.    Joinder of the Laborers' and Retirement Board Employees' Annuity and Benefit Fund of Chicago to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9243**].

QQ.    Notice of Joinder by Claimant in Securities Lead Plaintiff PERA's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9244**].

RR.    Joinder to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9252**].

SS.    Joinder of San Bernardino County Employee's Retirement Association to Securities Lead Plaintiff's Objection to Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [D.I. 9189] [**Dkt. 9471**].

<u>Related Documents</u>:

TT.    Declaration of Michael A. Keable in Support of the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 8965**].

UU.    Declaration of Richard W. Slack in Support of the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 8966**].

VV.    Reorganized Debtors' Reply in Further Support of the Motion to Approve Securities ADR and Related Procedures for Resolving Submitted Securities Claims [**Dkt. 9378**].

WW.    Declaration of Edward J. Radetich, Jr. in Support of the Reorganized Debtors' Reply in Further Support of the Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [**Dkt. 9379**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Orders:

XX. Order Granting Stipulation Continuing Hearing on the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims and Other Scheduling Matters [**Dkt. 9036**].

YY. Order Regarding Motions (1) to Approve Securities ADR Procedures and (2) to Apply FRBP 7023 [**Dkt. 9527**].

Status: This matter is going forward on a contested basis.

11. **Securities Lead Plaintiff's Memo in Support of Motion to Apply Bankr. Rule 7023**: *Securities Lead Plaintiff's Memorandum of Points and Authorities in Support of Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class* [**Dkt. 9152**].

Response Deadline: October 29, 2020.

Responses Filed:

A. Objection of Baupost Group Securities, L.L.C. to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9374**].

B. Reorganized Debtors' Objection to Securities Lead Plaintiff's Renewed Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9375**].

C. Declaration of Michael A. Keable in Support of the Reorganized Debtors' Objection to Securities Lead Plaintiff's Renewed Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9376**].

D. Declaration of Pamela E. Herlich in Support of the Reorganized Debtors' Objection to Securities Lead Plaintiff's Renewed Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9377**].

E. Declaration of Robb McWilliams in Support of the Reorganized Debtors' Objection to Securities Lead Plaintiff's Renewed Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9381**].

F. Chevron's Response to the Reorganized Debtors' Objection to Securities Lead Plaintiff's Renewed Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9487**].

Related Documents:

G. Securities Lead Plaintiff's Request for Judicial Notice in Support of Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9156**].

H. Declaration of Chad Coffman, CFA in Support of Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9157**].

I. Request for Hearing Regarding Scheduling of PERA Renewed 7023 Motion [**Dkt. 9245**].

J. Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9492**].

Related Order:

K. Order Regarding Motions (1) to Approve Securities ADR Procedures and (2) to Apply FRBP 7023 [**Dkt. 9527**].

Status: This matter is going forward on a contested basis.

*RESOLVED AND CONTINUED MATTERS*

12. **Reorganized Debtors' Motion to Strike Chevron Response**: *Reorganized Debtors' Motion to Strike Chevron's Improper Response to the Reorganized Debtors' Objection to Renewed 7023 Motion [Dkt. No. 9487]* [**Dkt. 9506**].

Response Deadline: No response deadline was set.

Related Document:

A. Chevron's Response to the Reorganized Debtors' Objection to Securities Lead Plaintiff's Renewed Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [**Dkt. 9487**].

Related Order:

B. Order Regarding Motions (1) to Approve Securities ADR Procedures and (2) to Apply FRBP 7023 [**Dkt. 9527**].

Status: This matter has been resolved and taken off calendar by order [**Dkt. 9527**].

13. **Claims Objection Deadline Extension Motion**: *Motion for Entry of an Order Extending Deadline for the Reorganized Debtors to Object to Claims* [**Dkt. 9355**].

Response Deadline: November 10, 2020, at 4:00 p.m. (Pacific Time).

Response Filed:

A. Limited Objection of the United States of America to Motion for Entry of an Order Extending Deadline for the Reorganized Debtors to Object to Claims [**Dkt. 9488**].

Related Document:

B. Declaration of Robb McWilliams in Support Motion for Entry of an Order Extending Deadline for the Reorganized Debtors to Object to Claims [**Dkt. 9356**].

C.  Reorganized Debtors' Qualified Acceptance of Tentative Ruling on Motion for Entry of an Order Extending Deadline for the Reorganized Debtors to Object to Claims [**Dkt. 9523**].

Status:  This matter has been resolved and taken off calendar by November 16, 2020 Docket Text Order.

14.  **Fee Examiner's Final Fee App Compromises**: *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (1st Set)* [**Dkt. 9358**].

Response Deadline: November 10, 2020.

Related Documents:

A.  Final Fee Application of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 15, 2019 through June 20, 2020 [**Dkt. 8887**].

B.  Final Fee Application of Development Specialists, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses (March 20, 2019 through October 31, 2019) [**Dkt. 8889**].

C.  Fourth Interim and Final Application of Jenner & Block LLP as Special Corporate Defense and Energy Counsel to the Debtors for Compensation for Services Rendered and Reimbursement of Expenses Incurred During (I) the Fourth Interim Compensation Period of February 1, 2020 through July 1, 2020, and (II) the Final Compensation Period of January 29, 2019 through July 1, 2020 [**Dkt. 8949**].

D.  Summary Sheet to Fifth Interim and Final Fee Application of Cravath, Swaine & Moore LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for (I) the Fifth Interim Period June 1, 2020 through and Including July 1, 2020 and (II) the Final Fee Period January 29, 2019 through and Including July 1, 2020 [**Dkt. 8951**].

Status:  This matter has been resolved and dropped from the calendar per the November 13, 2020 Docket Text Order. The Court approves of the compromises reached by the Fee Examiner with the applicants and will enter orders approving the fees and expenses on a final basis.

15.  **CSAA Insurance Exchange's Motion to Deem Timely Late Filing of Proof of Claim**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange; Memorandum of Points and Authorities; Declaration of Laura Brown and Declaration of Stephanie A. Yee* [**Dkt. 9140**].

Response Deadline: October 21, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.  Reorganized Debtors' Opposition to Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange [**Dkt. 9329**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

B. Declaration of Hal Smeltzer in Support of Reorganized Debtors' Opposition to Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange [**Dkt. 9330**].

C. Declaration of Peter J. Benvenutti in Support of Reorganized Debtors' Opposition to Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange [**Dkt. 9331**].

Status: This matter has been continued to December 15, 2020 per the November 12, 2020 Docket Text Order.

16. **Reorganized Debtors' Sixth Omnibus Objection to Claims**: *Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 8978**].

Response Deadline: September 29, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Request for Notice Response to Omnibus Objection Filed by Creditor Krystal Dong [**Dkt. 9107**].

B. County of Lake's Statement of Non-Opposition and Reservation of Rights Re Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) [**Dkt. 9167**].

Related Documents:

C. Declaration of Robb McWilliams in Support of Reorganized Debtors' Sixth and Seventh Omnibus Objections to Claims (Satisfied Claims) [**Dkt. 8979**].

D. Notice of Withdrawal of Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) with Respect to Vantage Wind Energy LLC (Claim No. 9877) [**Dkt. 9123**].

E. Reorganized Debtors' Report on Responses to Sixth Omnibus Objection to Claims (Satisfied Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9212**].

F. Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objection to Claims [**Dkt. 9346**].

G. Declaration of Dara L. Silveira in Further Support of Reorganized Debtors' Third, Fifth, Sixth, Seventh, and Fourteenth Omnibus Objections to Claims [**Dkt. 9349**].

H. Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 9520**].

Related Orders:

I. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) [**Dkt. 9260**].

J.  Order Expunging Claim Nos. 74986 and 78306 (Righetti Ranch, LP) Pursuant to Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) [**Dkt. 9369**].

Status:  This matter has been resolved by orders [**Dkts. 9260 and 9369**]. This matter has been continued to December 15, 2020 as to KB Home Central Valley Division; KB Home North Bay, Inc.; KB Home Northern California Division; KB Home Sacramento, Inc.; KB Home, a California Corporation; In-N-Out Burgers; and Carl Arena [**Dkt. 9520**].  A settlement is pending with respect to Docket No. 9107.

17.  **Reorganized Debtors' Eighth Omnibus Objection to Claims**: *Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims)* [**Dkt. 8983**].

Response Deadline: September 29, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.  Arbormetrics Solutions, LLC's Opposition to Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9134**].

B.  Trees, LLC's Opposition to Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9135**].

C.  Mendocino County Inland Water & Power Commission's Response and Opposition to Reorganized Debtors' Eighth Omnibus Objection (ECF No. 8983) [**Dkt. 9309**].

Related Documents:

D.  Declaration of Robb McWilliams in Support of Reorganized Debtors' Eighth and Ninth Omnibus Objections to Claims (No Liability Claims) [**Dkt. 8984**]

E.  Reorganized Debtors' Revised Report on Responses to Eighth Omnibus Objection to Claims (No Liability Claims) and Request for Order by Default as to Unopposed Objections [**Dkt. 9284**]

F.  Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objection to Claims [**Dkt. 9346**].

G.  Reorganized Debtors' Request for Orders by Default as to Unopposed Objections in Eighth and Fifteenth Omnibus Objections to Claims [**Dkt. 9518**].

H.  Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 9520**].

Related Order:

I.  Amended Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [**Dkt. 9295**].

Status:  This matter has been resolved by order [**Dkt. 9295**]. This matter has been continued to December 15, 2020 as to MCIWAPC [**Dkt. 9520**].

18. **Reorganized Debtors' Twelfth Omnibus Objection to Claims**: *Reorganized Debtors' Twelfth Omnibus Objection to Claims (Duplicative Claims)* [**Dkt. 9064**].

Response Deadline: October 14, 2020, at 4:00 p.m. (Pacific Time).

Related Documents:

A. Declaration of Robb McWilliams in Support of Reorganized Debtors' Twelfth Omnibus Objections to Claims (Duplicative Claims) [**Dkt. 9065**]

B. Reorganized Debtors' Report on Responses to Eleventh through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9342**].

C. Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 9520**].

Status:  The objections have been resolved or continued as set forth in the Reorganized Debtors' report [**Dkt. 9342**]. This matter has been continued to December 15, 2020 as to the Bureau of Land Management and the U.S. Forest Service [**Dkt. 9520**].

19. **Reorganized Debtors' Fourteenth Omnibus Objection to Claims**: *Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims)* [**Dkt. 9070**].

Response Deadline: October 14, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. VonWin Capital Management, LP's Response in Opposition to Reorganized Debtors' Fourteenth Omnibus Objections to Claims (Books and Records Claims) [**Dkt. 9315**].

B. Response to Fourteenth and Fifteenth Omnibus Objections by Reorganized Debtors [**Dkt. 9316**].

Related Documents:

C. Declaration of Robb McWilliams in Support of Reorganized Debtors' Fourteenth Omnibus Objections to Claims (Books and Records Claims) [**Dkt. 9071**]

D. Reorganized Debtors' Report on Responses to Eleventh through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9342**]

E. Notice of Continued Hearing on Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims) Solely with Respect to Claim No. 2859 (Robert K. Vogel) [**Dkt. 9348**]

F. Declaration of Dara L. Silveira in Further Support of Reorganized Debtors' Third, Fifth, Sixth, Seventh, and Fourteenth Omnibus Objections to Claims [**Dkt. 9349**].

G. Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 9520**].

Related Order:

H. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims) [**Dkt. 9362**].

Status: The objections have been resolved or continued as set forth in the Reorganized Debtors' report [**Dkt. 9342**] and the Silveira Declaration [**Dkt. 9349**]. This matter has been continued to December 15, 2020 as to Clean Energy; Little Diversifies Architectural Consulting, Inc.; and Sequoia Engineering & Design Associates [**Dkt. 9520**].

20. **Reorganized Debtors' Fifteenth Omnibus Objection to Claims**: *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 9073**].

Response Deadline: October 14, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Objection of Solano Irrigation District to Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims) Concerning Claim No 1952 [**Dkt. 9255**].

B. Declaration of Cammie Morin in Support of Solano Irrigation District's Opposition to the Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims) Concerning Claim No. 1952 [**Dkt. 9256**].

C. Response to Fourteenth and Fifteenth Omnibus Objections by Reorganized Debtors [**Dkt. 9316**]

Related Documents:

D. Declaration of Robb McWilliams in Support of Reorganized Debtors' Fifteenth through Seventeenth Omnibus Objections to Claims (Satisfied Claims) [**Dkt. 9074**]

E. Notice of Withdrawal of Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims) with Respect to Certain Claims [**Dkt. 9124**].

F. Reorganized Debtors' Report on Responses to Eleventh through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9342**].

G. Reorganized Debtors' Request for Orders by Default as to Unopposed Objections in Eighth and Fifteenth Omnibus Objections to Claims [**Dkt. 9518**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

H. Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 9520**].

Related Order:

I. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims) [**Dkt. 9363**].

Status: The objections have been resolved or continued as set forth in the Reorganized Debtors' report [**Dkt. 9342**]. This matter has been continued to December 15, 2020 as to the Solano Irrigation District, Arlington Wind Power Project LLC, and Rising Tree Wind Farm II LLC [**Dkt. 9520**].

21. **Reorganized Debtors' Sixteenth Omnibus Objection to Claims**: *Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 9076**].

Response Deadline: October 14, 2020, at 4:00 p.m. (Pacific Time).

Related Documents:

A. Declaration of Robb McWilliams in Support of Reorganized Debtors' Fifteenth through Seventeenth Omnibus Objections to Claims (Satisfied Claims) [**Dkt. 9074**].

B. Reorganized Debtors' Report on Responses to Eleventh through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9342**].

C. Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 9520**].

Related Order:

D. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims) [**Dkt. 9364**].

Status: The objections have been resolved or continued as set forth in the Reorganized Debtors' report [**Dkt. 9342**]. This matter has been continued to December 15, 2020 as to Fair Harbor Capital LLC as transferee of Barrier1 Systems Inc. and Josephine Lucero; and Vendor Recovery Fund IV, LLC [**Dkt. 9520**].

22. **Reorganized Debtors' Seventeenth Omnibus Objection to Claims**: *Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 9078**].

Response Deadline: October 14, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Response of the City and County of San Francisco to Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims) and Reservation of Rights [**Dkt. 9291**].

B. South San Joaquin Irrigation District's Response to Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims) as it Applies to Claim of "Tri-Dam Project" [**Dkt. 9304**].

Related Documents:

E. Declaration of Robb McWilliams in Support of Reorganized Debtors' Fifteenth through Seventeenth Omnibus Objections to Claims (Satisfied Claims) [**Dkt. 9074**]

F. Reorganized Debtors' Report on Responses to Eleventh through Seventeenth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9342**]

G. Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 9520**].

Related Order:

H. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims) [**Dkt. 9365**].

Status: The objections have been resolved or continued as set forth in the Reorganized Debtors' report [**Dkt. 9342**]. This matter has been continued to December 15, 2020 as to Mark Cameron and the U.S. Fish and Wildlife Service [**Dkt. 9520**].

23. **Hopkins' Motion to Join Real Party in Interest**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Join Real Party in Interest for Claim Previously Filed; or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1)* [**Dkt. 9204**].

Response Deadline: November 10, 2020.

Response Filed:

A. Stipulation Enlarging Time for Bryar Hopkins and E.M.H. (a Minor) to File Proof of Claim [**Dkt. 9321**].

Related Order:

B. Order Approving Stipulation Enlarging Time for Bryar Hopkins and E.M.H. (a Minor) to File Proof of Claim [**Dkt. 9328**].

Status: This matter has been resolved by stipulation [**Dkt. 9321**] and taken off calendar by order [**Dkt. 9328**].

24. **Degrado Motion to Allow/Deem POCs Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proofs of Claim by Daniel Degrado and Norma Ann Degrado; Memorandum of Points and Authorities; Declaration of Erika L. Vasquez in Support* [**Dkt. 9326**].

Response Deadline: November 3, 2020.

Response Filed:

A. Stipulation Enlarging Time for Daniel Degrado and Norma Ann Degrado to File Proofs of Claim [**Dkt. 9354**].

Related Order:

B. Order Approving Stipulation Enlarging Time for Daniel Degrado and Norma Ann Degrado to File Proofs of Claim [**Dkt. 9385**].

Status: This matter has been resolved by stipulation [**Dkt. 9354**] and taken off calendar by order [**Dkt. 9385**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 16, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*