Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com

Eric Seiler (admitted *pro hac vice*)
Jason C. Rubinstein (admitted *pro hac vice*)
Michael S. Palmieri (admitted *pro hac vice*)
FRIEDMAN KAPLAN SEILER AND ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone (212) 833-1103
Facsimile (212) 373-7903
Email: eseiler@fklaw.com

*Attorneys for Securities Claimant*
*Baupost Group Securities, L.L.C*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>    -and-<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>    Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Chapter 11<br><br>Case No. 19-30088 (DM)<br>(Jointly Administered)<br><br>**STIPULATION AS TO THE PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO'S MOTION TO APPLY BANKRUPTCY RULE 7023 AND CERTIFY A LIMITED CLASS** |

**WHEREAS**, on September 28, 2020, the Public Employees Retirement Association of New Mexico's ("**PERA**") filed a Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [Dkt. No. 9152] (the "**Motion**");

**WHEREAS**, PERA's Motion seeks, among other things, an order (i) applying Bankruptcy Rule 7023 to all Rescission or Damage Claims[1] (classified as Plan Classes 9A, 10A-II, and 10B, the "**Securities Claims**"), and (ii) certifying a limited, mandatory class under FED. R. CIV. P. 23(b)(1)

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

consisting of Securities Claimants holding the Securities Claims—specifically all those who purchased or otherwise acquired PG&E's publicly traded securities from April 29, 2015 through November 15, 2018 (inclusive), with valid Securities Class Claims (the "**Relevant Class**");

**WHEREAS**, Baupost Group Securities, L.L.C. ("**Baupost**") represents it is acting as trading nominee for certain funds managed by The Baupost Group, L.L.C. that are the beneficial owners of certain of the Debtors' equity securities at issue in the Motion;

**WHEREAS**, Baupost further represents it is a Securities Claimant and a substantial holder of Securities Claims, specifically claims in Class 10A-II under the Debtors' confirmed Plan, *see* Claim Nos. 100269 and 100309;

**WHEREAS**, on October 29, 2020, Baupost filed an objection to the Motion [Dkt. No. 9374] (the "**Objection**"), which objected to the certification of a mandatory class of Securities Claimants under FED. R. CIV. P. 23(b)(1);

**WHEREAS**, on November 11, 2020, PERA filed Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class [Dkt. No. 9492] (the "**Reply**");

**WHEREAS**, in its Reply, PERA contends that the "Court retains the discretion to allow individual claimants to opt out of a Rule 23(b)(1) class;" and

**WHEREAS**, PERA agrees to support any application that Baupost may make to opt out from a mandatory class of Securities Claimants;

**IT IS HEREBY STIPULATED AND AGREED** by and among PERA, Baupost, and their undersigned counsel as follows:

1. Baupost hereby withdraws its Objection to the Motion;

2. PERA and its undersigned counsel agree and acknowledge that they will not challenge any basis asserted by Baupost for any application by Baupost to opt out of the Relevant Class and/or any mandatory class of Securities Claimants that the Court may certify under FED. R. CIV. P. 23(b)(1);

3. In the event that (i) the Court certifies the Relevant Class or another mandatory class of Securities Claimants under FED. R. CIV. P. 23(b)(1), and (ii) Baupost, in its sole discretion, elects to move to opt out from said class, then PERA and its undersigned counsel will support any motion or application that Baupost may make to opt out from said class.

Dated:   November 16, 2020

| PACHULSKI STANG ZIEHL & JONES LLP | LABATON SUCHAROW LLP |
|---|---|
| */s/ Debra I. Grassgreen* <br> Isaac M. Pachulski <br> Debra I. Grassgreen <br><br> - and - <br><br> FRIEDMAN KAPLAN SEILER & ADELMAN LLP <br><br> */s/ Eric Seiler* <br> Eric Seiler (admitted *pro hac vice*) <br> Jason C. Rubinstein (admitted *pro hac vice*) <br> Michael S. Palmieri (admitted *pro hac vice*) <br><br> *Attorneys for Securities Claimant Baupost Group Securities, L.L.C* | */s/ Thomas A. Dubbs* <br> Thomas A. Dubbs <br> Carol C. Villegas <br> Jeffrey A. Dubbin <br><br> LOWENSTEIN SANDLER LLP <br><br> */s/ Michael S. Etkin* <br> Michael S. Etkin (admitted *pro hac vice*) <br> Andrew Behlmann (admitted *pro hac vice*) <br> Scott Cargill <br> Colleen Maker <br><br> - and - <br><br> MICHELSON LAW GROUP <br><br> */s/ Randy Michelson* <br> Randy Michelson <br><br> *Attorneys for Public Employees Retirement Association of New Mexico* and *the Relevant Class* |