PGEclaims@kbkllp.com, CANB-EMERGENCY-FILINGS@canb.uscourts.gov,

United States Bankruptcy Court Northern District of California San Francisco Division
450 Golden Gate Ave, San Francisco, CA

In re:
PG&E Corporation, Pacific Gas And Electric Company, Debtors
Case # 19-30088 (DM)

Claim # 1073, filed 02/25/2019, $2,261.62
Bruce Willems, 1546 46th Avenue, San Francisco, CA 94122

Stated reason for disallowance: "Damage not caused by PG&E"

Response: Claim should not be disallowed on the basis that the reason for disallowance is not true, as shown in the original claim. PG&E caused the damage and was deemed liable by the employee.

I declare under penalty of perjury that my statement is true. The original PG&E employee who issued my "incident card" also signed his name to the statement.
Bruce Willems
1546 46th Avenue
San Francisco, CA, 94122
415-860-4716
bwillems@mac.com

