# CLERK'S NOTICE RE PG&E CORPORATION, 19-30088 DM

HEARING TO BE HELD VIA VIDEO CONFERENCE on **November 18, 2020, at 10:30 AM**, will be conducted by **Judge Dennis Montali** through Zoom Webinar.

**Note: Prior to joining the Webinar, please ensure that your Zoom profile reflects your first name, last name, and the entity you represent**.

**Please click the link below to join the webinar:**

https://www.zoomgov.com/j/1606890096?pwd=STVsd1RqY0xxbENia0M1SEhuS205Zz09

**Passcode: 550694**

**Or Telephone: Dial(for higher quality, dial a number based on your current location):**

US: +1 669 254 5252  or +1 646 828 7666

Webinar ID: 160 689 0096

Passcode: 550694

**International numbers available:** https://www.zoomgov.com/u/afutWfQUE

**Note: Parties who dial-in via phone are in listen-only mode. They will not have a live line to address the court.**

ATTORNEYS AND OTHERS INTENDING TO APPEAR AND BE HEARD ON MATTERS ON THE CALENDAR SHOULD **NOT** REGISTER WITH COURTCALL AS THEY HAD IN THE PAST.

**Advance notification of those wishing to address the Court is not required.**

## Important Notice to the Media and Public

Persons granted remote access to hearings and other proceedings held before the Court via Zoom or any other communication service are reminded that recording, photographing, rebroadcasting or retransmission of such proceedings (including streaming, screen-shots or any other audio or video reproduction) is absolutely prohibited by policy of the Judicial Conference of the United States.

A violation of these prohibitions is subject to sanctions, including but not limited to removal of court-issued media credentials, restricted access to future hearings, or any other sanctions deemed necessary by the Court. *

Please see https://www.canb.uscourts.gov/procedure/zoom for information on preparing for and participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing.

---

* General Order 38 (Fourth Amended): Matters Pending In The Northern District of California In Re: Covid-19 Public Health Emergency, at paragraph 5; United States District Court, Northern District of California General Order 58, at paragraph III