PORTER LAW GROUP, INC.
William L. Porter [133968]
Hannah C. Kreuser [322959]
7801 Folsom Boulevard, Suite 101
Sacramento, California 95826
Telephone: 916-381-7868
Facsimile: 916-381-7880

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>○ Affects PG&E Corporation<br><br>X Affects Pacific Gas and Electric Company<br><br>○ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br>19-30089 (DM)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**WITHDRAWAL OF PROOF OF CLAIM BY NEW WEST PARTITIONS (CLAIM NO. 2459)** |

Pursuant to the Federal Rules of Bankruptcy Procedure, Rule 3006, NEW WEST PARTITIONS ("NWP"), by and through its undersigned counsel, hereby respectfully withdraws its remaining proof of claim (Claim Number 2459) in full. Claim Number 2459 was filed in this case on April 18, 2019, in the amount of $447,303.39. Although NWP also filed a second proof of

1

claim, Claim Number 2435, on April 18, 2019, Claim Number 2435 was expunged by court order on September 20, 2020.

Dated: November 17, 2020

**PORTER LAW GROUP, INC.**

By: /s/ Hannah C. Kreuser
    William L. Porter
    Hannah C. Kreuser
    Attorneys for NEW WEST PARTITIONS