**LAW OFFICE OF ROBERT M. BONE**
ROBERT M. BONE, SBN 181526
bob@robertbonelaw.com
645 Fourth Street, Suite 205
Santa Rosa, CA 95404
Telephone:	(707) 525-8999
Facsimile:	(707) 542-4752

DANIEL F. CROWLEY, ESQ. (SBN 130261)
DANIEL CROWLEY & ASSOCIATES
P. O. Box R
San Rafael, California 94913
Telephone:	(415) 723-5800
Facsimile:	(415) 785-3389

Attorney for Claimants
Dr. Jiries and Cindy Mogannam

UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[] Affects PG&E Corporation<br>[] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All paper shall be filed in the Lead Case, No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**NOTICE OF HEARING PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO JOIN REAL PARTY IN INTEREST FOR CLAIM PREVIOUSLY FILED; OR, IN THE ALTERNATIVE, TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)**<br><br>Date: 12/15/20<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Telephonic/Video Appearances Only<br>    United States Bankruptcy Court<br>    Courtroom 17,<br>    450 Golden Gate Ave., 16th Floor<br>    San Francisco, CA<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: December 8, 2020 |

Law Office of Robert M. Bone
645 Fourth Street, Suite 205
Santa Rosa, California 95404
Telephone: (707) 525-8999

**PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider the Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Join Real Party in Interest for Claim Previously Filed; Or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1) ("Motion"), on December 15, 2020 (Pacific Time) via video conferencing or telephone.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Motion is December 8, 2020.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be viewed and obtained: (1) by accessing the Court's website at http://www.canb.uscourts.gov, (2) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (3) from the Debtor's notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or 1 (929) 333-8977 for international parties or by email at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 17, 2020.  Law Office of Robert M. Bone

By: */s/ Robert M. Bone*
ROBERT M. BONE
Attorneys for Claimants