

Signed and Filed: November 17, 2020

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7
   *Attorneys for Debtors and Reorganized Debtors*
8

9              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
10                 **SAN FRANCISCO DIVISION**

11

12 | **In re:** | Bankruptcy Case No. 19-30088 (DM)
13 |            | Chapter 11
   | **PG&E CORPORATION,** |
14 |            | (Lead Case) (Jointly Administered)
   |   **- and -**  |
15 |            | **ORDER DISALLOWING AND EXPUNGING**
   | **PACIFIC GAS AND ELECTRIC** | **PROOFS OF CLAIM PURSUANT TO**
16 | **COMPANY,** | **REORGANIZED DEBTORS' EIGHTEENTH**
   |            | **OMNIBUS OBJECTION TO CLAIMS**
17 |        **Debtors.** | **(AMENDED AND SUPERSEDED CLAIMS)**

18 | ☐ Affects PG&E Corporation | **[Re:  Dkt. No. 9263]**
   | ☐ Affects Pacific Gas and Electric Company
19 | ☒ Affects both Debtors

20 | *All papers shall be filed in the Lead Case,*
   | *No. 19-30088 (DM).*
21

22

23

24

25

26

27

28

Upon the *Reorganized Debtors' Report on Responses to Eighteenth Through Twenty-Fourth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9521] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Eighteenth Omnibus Objection to Claims (Amended and Superseded Claims)* [Docket No. 9263] (the "**Eighteenth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Rosemount, Inc. | 2718 10085 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 1, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on December 15, 2020, at 10:00 a.m. |
| 9351 | Asplundh Construction, LLC | 7976 17001 | Claimant does not oppose disallowance of its Claim as set forth in the *Statement of Non-Opposition and Reservation of Rights re Reorganized Debtors' Eighteenth Omnibus Objection to Claims* [Docket No. 9351]. |
| Informal | TRC Master Fund LLC as transferee of B&B Plumbing & Construction Inc. | 2733 | The Reorganized Debtors have reached a settlement of this Claim that moots the Eighteenth Omnibus Objection. |
| Informal | TRC Master Fund LLC as transferee of B&B Plumbing & Construction Inc. | 16919 | The Reorganized Debtors have reached a settlement of this Claim that moots the Eighteenth Omnibus Objection. |
| Informal | VonWin Capital Management, L.P. as transferee of Craig Communications Inc. | 1743 | The Reorganized Debtors have reached a settlement of this Claim that moots the Eighteenth Omnibus Objection. |
| Informal | Citigroup Financial Products Inc. | 75045 | The Reorganized Debtors have reached a settlement of this Claim that moots the Eighteenth Omnibus Objection. |
| Informal | Citigroup Financial Products Inc. as transferee of Phillips and Jordan, Incorporated | 3447 | The Reorganized Debtors have reached a settlement of this Claim that moots the Eighteenth Omnibus Objection. |
| Informal | Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP | 64138 | The Reorganized Debtors have reached a settlement of this Claim that moots the Eighteenth Omnibus Objection. |

2. The Claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

1    3.    This Court shall retain jurisdiction to resolve any disputes or controversies arising from

2    this Order.

3                                    *** END OF ORDER ***

# Exhibit 1

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection |
|---|---|---|---|---|
| Asplundh Construction, LLC<br>Duane Morris, LLP Aron M. Oliner, Geoffrey A. Heaton One Market Plaza Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | 7976 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,043,616.14 (U)<br>$3,043,616.14 (T) | Amended and Superseded |
| Bauer's Intelligent Transportation<br>Pier 50<br>San Francisco, CA 94158-2193 | 3195 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$264,305.42 (U)<br>$264,305.42 (T) | Amended and Superseded |
| California Department of Parks and Recreation<br>Legal Office Attn: Parveen Kasraee PO Box 942896<br>Sacramento, CA 94296 | 60903 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$472,000.00 (U)<br>$472,000.00 (T) | Amended and Superseded |
| Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013 | 59054 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,131,256.94 (U)<br>$10,131,256.94 (T) | Amended and Superseded |

## SURVIVING CLAIMS

| Claim # | Debtor | Name and Address of Claimant | Claim Amount and Priority (1) |
|---|---|---|---|
| 17001 | Pacific Gas and Electric Company | Asplundh Construction, LLC<br>Duane Morris, LLP Aron M. Oliner, Geoffrey A. Heaton One Market Plaza Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,170,913.06 (U)<br>$4,170,913.06 (T) |
| 71819 | Pacific Gas and Electric Company | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$264,305.42 (U)<br>$264,305.42 (T) |
| 87625 | Pacific Gas and Electric Company | California Department of Parks and Recreations<br>Legal Office Attn: Parveen Kasraee PO Box 924896<br>Sacramento, CA 94296 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$472,000.00 (U)<br>$472,000.00 (T) |
| 105589 | Pacific Gas and Electric Company | Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley<br>New York, NY 10013 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,212,879.23 (U)<br>$9,212,879.23 (T) |

(1) In the "Claim Amount and Priority" column, (A) = administrative expense claim, (S) = secured claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Case: 19-30088    Doc# 9555    Filed: 11/17/20    Entered: 11/17/20 15:20:52    Page 5 of 21

# Exhibit 1

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection |
|---|---|---|---|---|
| Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. <br><br> New York, NY 10013 <br><br> **Claim Transferred To:** <br> Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. <br><br> New York, NY 10013 | 59224 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $1,067,198.65 (U) <br> $1,067,198.65 (T) | Amended and Superseded |
| Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. <br><br> New York, NY 10013 <br><br> **Claim Transferred To:** <br> Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. <br><br> New York, NY 10013 | 61318 | PG&E Corporation | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $10,131,256.94 (U) <br> $10,131,256.94 (T) | Amended and Superseded |
| Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. <br><br> New York, NY 10013 <br><br> **Claim Transferred To:** <br> Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. <br><br> New York, NY 10013 | 73730 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $10,131,256.94 (U) <br> $10,131,256.94 (T) | Amended and Superseded |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| Citigroup Financial Products Inc. <br> Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl. Trading Tower 6th Floor <br><br> New York, NY 10013 | 77007 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $1,067,198.65 (U) <br> $1,067,198.65 (T) |
| Citigroup Financial Products Inc. <br> Attn: Kenneth Keeley <br><br> New York, NY 10013 | 105589 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $9,212,879.23 (U) <br> $9,212,879.23 (T) |
| Citigroup Financial Products Inc. <br> Attn: Kenneth Keeley <br><br> New York, NY 10013 | 105589 | Pacific Gas and Electric Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $9,212,879.23 (U) <br> $9,212,879.23 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Case: 19-30088   Doc# 9555   Filed: 11/17/20   Entered: 11/17/20 01:52:00   Page 6 of 21

# Exhibit 1

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Basis For Objection | Claim Amount and Priority (1) | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013 | 75297 | PG&E Corporation | Amended and Superseded | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,131,256.94 (U)<br>$10,131,256.94 (T) | Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley<br>New York, NY 10013 | 105589 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,212,879.23 (U)<br>$9,212,879.23 (T) |
| Dimeter Master Fund LP as Transferee of Cowen Special Investments LLC<br>Attn: Christopher Kenny 24 W 40th Street, 5th<br>10700 Bigge Avenue<br>New York, NY 10018<br>**Claim Transferred To:**<br>Dimeter Master Fund LP<br>Attn: Christopher Kenny 24 W 40th Street, 5th<br>New York, NY 10018 | 2767 | Pacific Gas and Electric Company | Amended and Superseded | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,472,745.51 (U)<br>$1,472,745.51 (T) | Dimeter Master Fund LP as Transferee of Cowen Special Investments LLC<br>Attn: Christopher Kenny 24 W 40th Street, 5th Fl.<br>New York, NY 10018 | 3244 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,472,745.51 (U)<br>$1,472,745.51 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>DC Opportunities Fund I LP – Series C<br>Marble Ridge Capital LP Attn: Kamand Daniels 1250 Broadway, Suite 2601<br>New York, NY 10001<br>Ownership by Invoice | 8954 | PG&E Corporation | Amended and Superseded | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,733,996.00 (U)<br>$2,733,996.00 (T) | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Case: 19-30088    Doc# 9555    Filed: 11/17/20    Entered: 11/17/20 17:03:54    Page 7 of 21

# Exhibit 1

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection |
|---|---|---|---|---|
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>Marble Ridge TC LP<br>c/o Kannand Daniels c/o Marble Ridge Capital LP<br>1250 Broadway, Suite 2601<br>New York, NY 10001<br>Ownership by Invoice | 8954 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,733,996.00 (U)<br>$2,733,996.00 (T) | Amended and Superseded |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>Marble Ridge TC LP<br>c/o Kannand Daniels c/o Marble Ridge Capital LP<br>1250 Broadway, Suite 2601<br>New York, NY 10001<br>Ownership by Invoice | 8954 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,733,996.00 (U)<br>$2,733,996.00 (T) | Amended and Superseded |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>Marble Ridge TC LP<br>c/o Kannand Daniels c/o Marble Ridge Capital LP<br>1250 Broadway, Suite 2601<br>New York, NY 10001<br>Ownership by Invoice | 8957 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,733,996.00 (U)<br>$2,733,996.00 (T) | Amended and Superseded |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>MRC Opportunities Fund I LP – Series C<br>c/o Marble Ridge Capital LP Attn: Kannand Daniels 1250 Broadway, Suite 2601<br>New York, NY 10001 | 8957 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,733,996.00 (U)<br>$2,733,996.00 (T) | Amended and Superseded |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

# Exhibit 1

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Debtor | Claim # | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Ownership by Invoice<br>Granite Construction Company<br>Jody Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>Granite Construction Company<br>Jody Murray 585 West Beach Street<br>Watsonville, CA 95076<br>Ownership by Invoice | Pacific Gas and Electric Company | 8957 | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,733,996.00 (U)<br>$2,733,996.00 (T) | Amended and Superseded | Granite Construction Company<br>Jody Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |
| JPMorgan Chase Bank, N.A.<br>Attn: Brian M. Ercolani 500 Stanton<br>Christiana Rd., NCCS, Floor 01 500 Stanton<br>Christiana Rd., NCCS, Floor 01<br>Newark, DE 19713<br>**Claim Transferred To:**<br>JPMorgan Chase Bank, N.A.<br>Attn: Brian M. Ercolani 500 Stanton<br>Christiana Rd., NCCS, Floor 01<br>Newark, DE 19713<br>0% | Pacific Gas and Electric Company | 9268 | $261,775.56 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,557.44 (U)<br>$264,333.00 (T) | Amended and Superseded | JPMorgan Chase Bank, N.A.<br>Attn: Brian M. Ercolani 500 Stanton<br>Christiana Rd., NCCS, Floor 01<br>Newark, DE 19713 | 88011 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$264,333.00 (U)<br>$264,333.00 (T) |
| JPMorgan Chase Bank, N.A.<br>Attn: Brian M. Ercolani 500 Stanton<br>Christiana Rd., NCCS, Floor 01 500 Stanton<br>Christiana Rd., NCCS, Floor 01<br>Newark, DE 19713<br>**Claim Transferred To:**<br>JPMorgan Chase Bank, N.A.<br>Attn: Brian M. Ercolani 500 Stanton<br>Christiana Rd., NCCS, Floor 01<br>Newark, DE 19713<br>P% | Pacific Gas and Electric Company | 9351 | $16,990.25 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$279,580.75 (U)<br>$296,571.00 (T) | Amended and Superseded | JPMorgan Chase Bank, N.A.<br>Attn: Brian M. Ercolani 500 Stanton<br>Christiana Rd., NCCS, Floor 01<br>Newark, DE 19713 | 88010 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$296,571.00 (U)<br>$296,571.00 (T) |

(1) In the "Claim Amount and Priority" column, (A) = administrative expense claim, (S) = secured claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

# Exhibit 1

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| JP Morgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd., NCCS, Floor 01 500 Stanton Christiana Rd., NCCS, Floor 01 Newark, DE 19713 **Claim Transferred To:** JPMorgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd., NCCS, Floor 01 Newark, DE 19713 100% | 9366 | Pacific Gas and Electric Company | $50,000.00 (S) $0.00 (A) $0.00 (P) $304,038.00 (U) $354,038.00 (T) | Amended and Superseded | JP Morgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd, NCCS Floor 01 Mail Code DE3-3127 Newark, DE 19713 | 88020 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $354,038.00 (U) $354,038.00 (T) |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601 New York, NY 10001 **Claim Transferred To:** Marble Ridge TC LP Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601 New York, NY 10001 % | 2930 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $2,784,567.74 (U) $2,784,567.74 (T) | Amended and Superseded | Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601 New York, NY 10001 | 79304 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $2,784,567.74 (U) $2,784,567.74 (T) |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601 New York, NY 10001 **Claim Transferred To:** MRC Opportunities Fund I L.P. – Series C c/o Marble Ridge Capital LP Atm: Kamand Daniels 1250 Broadway, Suite 2601 New York, NY 10001 % | 2930 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $2,784,567.74 (U) $2,784,567.74 (T) | Amended and Superseded | Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601 New York, NY 10001 | 79304 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $2,784,567.74 (U) $2,784,567.74 (T) |

(1) In the "Claim Amount and Priority" column, (A) = administrative expense claim, (S) = secured claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

# Exhibit 1

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br><br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601 New York, NY 10001<br><br>Claim Transferred To:<br>Marble Ridge TC LP<br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601 New York, NY 10001 | 3467 | Pacific Gas and Electric Company | $0.00 (S)<br>$769,705.85 (A)<br>$0.00 (P)<br>$3,514,820.05 (U)<br>$4,284,525.90 (T) | Amended and Superseded | Marble Ridge Capital LP as Investment Manager for MRC Opportunities Fund I LP - Series C and Marble Ridge Master Fund LP<br><br>Marble Ridge Capital LP 1250 Broadway Suite 2601<br><br>New York, NY 10001 | 66927 | Pacific Gas and Electric Company | $0.00 (S)<br>$769,705.85 (A)<br>$0.00 (P)<br>$3,514,820.05 (U)<br>$4,284,525.90 (T) |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br><br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601 New York, NY 10001<br><br>Claim Transferred To:<br>MRC Opportunities Fund I LP – Series C<br>c/o Marble Ridge Capital LP Attn: General Counsel 1250 Broadway, Suite 2601 New York, NY 10001 | 3467 | Pacific Gas and Electric Company | $0.00 (S)<br>$769,705.85 (A)<br>$0.00 (P)<br>$3,514,820.05 (U)<br>$4,284,525.90 (T) | Amended and Superseded | Marble Ridge Capital LP as Investment Manager for MRC Opportunities Fund I LP - Series C and Marble Ridge Master Fund LP<br><br>Marble Ridge Capital LP 1250 Broadway Suite 2601<br><br>New York, NY 10001 | 66927 | Pacific Gas and Electric Company | $0.00 (S)<br>$769,705.85 (A)<br>$0.00 (P)<br>$3,514,820.05 (U)<br>$4,284,525.90 (T) |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br><br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601 New York, NY 10001 | 61902 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,185,818.00 (U)<br>$13,185,818.00 (T) | Amended and Superseded | Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br><br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br><br>New York, NY 10001 | 89521 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,900,153.00 (U)<br>$12,900,153.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 7

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (I) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (I) |
| Olympus Peak Master Fund LP as Transferee of analyoorp, Inc. Attn: Leah Silverman New York, NY 10151 **Claim Transferred To:** Olympus Peak Master Fund LP Attn: Leah Silverman 745 Fifth Avenue Suite 1604 New York, NY 10151 | 1082 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $75,000.00 (U) $75,000.00 (T) | Amended and Superseded | OPeak LLC as Transferee of Olympus Peak Master Fund L.P. Attn: Todd Westhus 745 Fifth Avenue Suite 1604 New York, NY 10151 | 61531 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $75,000.00 (U) $75,000.00 (T) |
| Siemens Industry, Inc. McGuireWoods LLP Attn: Joseph Sheerin Gateway Plaza 800 East Canal Street Richmond, VA 23219 | 64116 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $40,007.55 (U) $40,007.55 (T) | Amended and Superseded | Siemens Industry, Inc. McGuireWoods LLP Attn: Joseph Sheerin Gateway Plaza 800 East Canal Street Richmond, VA 23219 | 78984 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $61,017.33 (U) $61,017.33 (T) |
| SPCP Group, LLC as Transferee of D P Nicoli Attn: Brian Jarmain 2 Greenwich Plaza, 1st Floor Greenwich, CT 06830 **Claim Transferred To:** SPCP Group, LLC Attn: Brian Jarmain 2 Greenwich Plaza, 1st Floor Greenwich, CT 6830 | 3367 | PG&E Corporation | $246,762.06 (S) $0.00 (A) $0.00 (P) $0.00 (U) $246,762.06 (T) | Amended and Superseded | SPCP Group, LLC as transferee of DP Nicoli, Inc. c/o Pryor Cashman LLP Attn: Ronald S. Beacher 7 Times Square New York, NY 10036 | 17258 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $246,762.06 (U) $246,762.06 (T) |
| SPCP Group, LLC as Transferee of Parmeter General Engineers & Services, Inc. Attn: Operations Greenwich, CT 06830 **Claim Transferred To:** SPCP Group, LLC Attn: General Counsel Mail Code: 11084 P.O. | 1328 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $1,291,026.00 (U) $1,291,026.00 (T) | Amended and Superseded | SPCP Group, LLC as Transferee of Parmeter General Engineers & Services, Inc. Attn: Operations Greenwich, CT 06830 | 3255 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $1,291,026.00 (U) $1,291,026.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Case: 19-30088   Doc# 9555   Filed: 11/13/20   Entered: 11/13/20 01:52:... Page ...
of 21

# Exhibit 1

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Sunbelt Rentals, Inc. Attn: Tonya Poolela 7626 NE Killingsworth Portland, OR 97218 | 78131 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$67,575.28 (U)<br>$67,575.28 (T) | Amended and Superseded | Sunbelt Rentals, Inc. Attn: Tonya Poolela 7626 NE Killingsworth St Portland, OR 97218 | 106236 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$174,277.11 (U)<br>$174,277.11 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 1303 | Pacific Gas and Electric Company | $46,668.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$46,668.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 64429 | Pacific Gas and Electric Company | $46,668.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$46,668.00 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 1306 | Pacific Gas and Electric Company | $52,872.30 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$52,872.30 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 67885 | Pacific Gas and Electric Company | $52,872.30 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$52,872.30 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 1335 | Pacific Gas and Electric Company | $343,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$343,500.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) & WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 66481 | Pacific Gas and Electric Company | $343,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$343,500.00 (T) |

(1) In the "Claim Amount and Priority" column, (A) = administrative expense claim, (S) = secured claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 9

# Exhibit 1

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 1338 | Pacific Gas and Electric Company | $18,600.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$18,600.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 66147 | Pacific Gas and Electric Company | $18,600.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$18,600.00 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 1365 | Pacific Gas and Electric Company | $261,010.41 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$261,010.41 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 70902 | Pacific Gas and Electric Company | $261,010.40 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$261,010.40 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2773 | Pacific Gas and Electric Company | $7,725.60 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7,725.60 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 70946 | Pacific Gas and Electric Company | $7,725.60 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$7,725.60 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2777 | Pacific Gas and Electric Company | $140,330.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$140,330.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 69412 | Pacific Gas and Electric Company | $140,330.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$140,330.00 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2779 | Pacific Gas and Electric Company | $42,957.51 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$42,957.51 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 72184 | Pacific Gas and Electric Company | $42,957.51 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$42,957.51 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

# Exhibit 1

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2782 | Pacific Gas and Electric Company | $49,816.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $49,816.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 68960 | Pacific Gas and Electric Company | $49,816.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $49,816.00 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2792 | Pacific Gas and Electric Company | $1,430,199.25 (S) $0.00 (A) $0.00 (P) $0.00 (U) $1,430,199.25 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 71205 | Pacific Gas and Electric Company | $1,430,199.25 (S) $0.00 (A) $0.00 (P) $0.00 (U) $1,430,199.25 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2822 | Pacific Gas and Electric Company | $134,595.40 (S) $0.00 (A) $0.00 (P) $0.00 (U) $134,595.40 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 67767 | Pacific Gas and Electric Company | $134,595.40 (S) $0.00 (A) $0.00 (P) $0.00 (U) $134,595.40 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2823 | Pacific Gas and Electric Company | $63,660.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $63,660.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 71225 | Pacific Gas and Electric Company | $63,660.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $63,660.00 (T) |
| WBox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 2824 | Pacific Gas and Electric Company | $34,272.04 (S) $0.00 (A) $0.00 (P) $0.00 (U) $34,272.04 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) & WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 67756 | Pacific Gas and Electric Company | $34,272.04 (S) $0.00 (A) $0.00 (P) $0.00 (U) $34,272.04 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

# Exhibit 1

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (I) | Basis For Objection | | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (I) |
| Wbox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2825 | Pacific Gas and Electric Company | $25,600.00 (S) / $0.00 (A) / $0.00 (P) / $0.00 (U) / $25,600.00 (T) | Amended and Superseded | | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 67758 | Pacific Gas and Electric Company | $25,600.00 (S) / $0.00 (A) / $0.00 (P) / $0.00 (U) / $25,600.00 (T) |
| Wbox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2826 | Pacific Gas and Electric Company | $90,500.00 (S) / $0.00 (A) / $0.00 (P) / $0.00 (U) / $90,500.00 (T) | Amended and Superseded | | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 71217 | Pacific Gas and Electric Company | $90,500.00 (S) / $0.00 (A) / $0.00 (P) / $0.00 (U) / $90,500.00 (T) |
| Wbox 2019-6 LLC as Transferee of A.J. Excavation, Inc. c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 2827 | Pacific Gas and Electric Company | $65,500.00 (S) / $0.00 (A) / $0.00 (P) / $0.00 (U) / $65,500.00 (T) | Amended and Superseded | | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 71790 | Pacific Gas and Electric Company | $65,500.00 (S) / $0.00 (A) / $0.00 (P) / $0.00 (U) / $65,500.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. c/o Mark Strefling 3033 Excelsior Blvd, Ste Minneapolis, MN 55416 | 1337 | Pacific Gas and Electric Company | $294,500.00 (S) / $0.00 (A) / $0.00 (P) / $0.00 (U) / $294,500.00 (T) | Amended and Superseded | | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 67715 | Pacific Gas and Electric Company | $294,500.00 (S) / $0.00 (A) / $0.00 (P) / $0.00 (U) / $294,500.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. c/o Mark Strefling 3033 Excelsior Blvd, Ste. Minneapolis, MN 55416 | 1340 | Pacific Gas and Electric Company | $51,375.00 (S) / $0.00 (A) / $0.00 (P) / $0.00 (U) / $51,375.00 (T) | Amended and Superseded | | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 70889 | Pacific Gas and Electric Company | $51,375.00 (S) / $0.00 (A) / $0.00 (P) / $0.00 (U) / $51,375.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Case: 19-30088    Doc# 9553    Filed: 11/17/20    Entered: 11/17/20 17:01:52    Page 16 of 21

# Exhibit 1

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 1342 | Pacific Gas and Electric Company | $489,050.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$489,050.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 69370 | Pacific Gas and Electric Company | $489,050.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$489,050.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 1343 | Pacific Gas and Electric Company | $105,225.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$105,225.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 70932 | Pacific Gas and Electric Company | $105,225.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$105,225.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 1370 | Pacific Gas and Electric Company | $34,350.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$34,350.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 69388 | Pacific Gas and Electric Company | $34,350.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$34,350.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 1482 | Pacific Gas and Electric Company | $18,920.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$18,920.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 69381 | Pacific Gas and Electric Company | $18,920.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$18,920.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

# Exhibit 1

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Att: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2776 | Pacific Gas and Electric Company | $447,004.15 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$447,004.15 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 70113 | Pacific Gas and Electric Company | $447,004.15 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$447,004.15 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Att: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2778 | Pacific Gas and Electric Company | $232,012.43 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$232,012.43 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 70938 | Pacific Gas and Electric Company | $232,012.43 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$232,012.43 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Att: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2780 | Pacific Gas and Electric Company | $86,322.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$86,322.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) & WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 71195 | Pacific Gas and Electric Company | $86,322.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$86,322.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Att: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2781 | Pacific Gas and Electric Company | $14,968.95 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$14,968.95 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Atm: Scott Specken Minneapolis, MN 55416 | 71171 | Pacific Gas and Electric Company | $14,968.95 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$14,968.95 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Case: 19-30088   Doc# 9555   Filed: 11/17/20   Entered: 11/17/20 17:01:52   Page 18 of 21

# Exhibit 1

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | Basis For Objection | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (I) | | | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (I) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2791 | Pacific Gas and Electric Company | $310,299.20 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$310,299.20 (T) | | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 70960 | Pacific Gas and Electric Company | $310,299.20 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$310,299.20 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2793 | Pacific Gas and Electric Company | $214,117.96 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$214,117.96 (T) | | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 67687 | Pacific Gas and Electric Company | $214,117.96 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$214,117.96 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2819 | Pacific Gas and Electric Company | $76,123.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$76,123.00 (T) | | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 67757 | Pacific Gas and Electric Company | $76,123.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$76,123.00 (T) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2844 | Pacific Gas and Electric Company | $19,413.70 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$19,413.70 (T) | | Amended and Superseded | WBox 2020-1 LLC (44%) and WBox 2019-6 LLC (56%) c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 67761 | Pacific Gas and Electric Company | $19,413.70 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$19,413.70 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

# Exhibit 1

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Asymmetric Partners, LP as Transferee of A.J. Excavation, Inc. Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | 2927 | Pacific Gas and Electric Company | $4,329,640.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,329,640.00 (T) | Amended and Superseded | WBox 2020-1 LLC (44%) & WBox 2019-6 LLC (56%) c/o Whitebox Advisors Minneapolis, MN 55416 | 67783 | Pacific Gas and Electric Company | $4,329,640.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,329,640.00 (T) |
| Whitebox Multi Strategy Partners, LP as Transferee of Surf To Snow Environmental Resource Management Attn: Chris Hardy 3033 Excelsior Blvd, Ste 300 221 Sansome Street, Third Flr Minneapolis, MN 55416 | 2548 | Pacific Gas and Electric Company | $0.00 (S)<br>$328,449.47 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$328,449.47 (T) | Amended and Superseded | WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Suite 43W Minneapolis, MN 55416 | 69010 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) |
| Whitebox Multi Strategy Partners, LP as Transferee of Surf To Snow Environmental Resource Management Attn: Chris Hardy 3033 Excelsior Blvd, Ste 300 221 Sansome Street, Third Floor Minneapolis, MN 55416 | 3065 | Pacific Gas and Electric Company | $0.00 (S)<br>$328,449.47 (A)<br>$0.00 (P)<br>$388,509.44 (U)<br>$716,958.91 (T) | Amended and Superseded | WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Suite 43W Minneapolis, MN 55416 | 69010 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Allison Sierra, Inc. c/o Whitebox Advisors Minneapolis, MN 55416-4675 | 2438 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$588,105.00 (U)<br>$588,105.00 (T) | Amended and Superseded | WBox 2019-6 LLC as Transferee of Allison Sierra, Inc. c/o Whitebox Advisors Minneapolis, MN 55416 | 57966 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$606,392.00 (U)<br>$606,392.00 (T) |

(1) In the "Claim Amount and Priority" column, (A) = administrative expense claim, (S) = secured claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Case: 19-30088    Doc# 9555    Filed: 11/17/20    Entered: 11/17/20 17:01:52    Page 20 of 21

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Basis For Objection |
|---|---|---|---|---|---|
| Whitebox Multi-Strategy Partners, LP as Transferee of Allison Sierra, Inc. c/o Whitebox Advisors Minneapolis, MN 55416-4675 | 8127 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$588,105.00 (U)<br>$588,105.00 (T) | | Amended and Superseded |
| Whitebox Multi-Strategy Partners, LP as Transferee of Picarro, Inc. Attn: Scott Specken Minneapolis, MN 55416 | 2200 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | | Amended and Superseded |
| Whitebox Relative Value Partners, LP as Transferee of Tetra Tech Inc Attn: Scott Specken Minneapolis, MN 55416-4675 | 19896 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$401,362.01 (U)<br>$401,362.01 (T) | | Amended and Superseded |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | |
|---|---|---|---|---|
| WBox 2019-6 LLC as Transferee of Allison Sierra, Inc c/o Whitebox Advisors Minneapolis, MN 55416 | 57966 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$606,392.00 (U)<br>$606,392.00 (T) | |
| WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 70068 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | |
| WBox 2019-7 LLC c/o Whitebox Advisors Attn: Scott Specken Minneapolis, MN 55416 | 88570 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$401,362.01 (U)<br>$401,362.01 (T) | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim, and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 17