

Signed and Filed: November 17, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)**<br><br>[Re: Dkt. No. 9266] |

Upon the *Reorganized Debtors' Report on Responses to Eighteenth Through Twenty-Fourth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9521] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Nineteenth Omnibus Objection to Claims (Duplicative Claims)* [Docket No. 9266] (the "**Nineteenth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Angela Rodgers | 31029<br>56866 | The Nineteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | SPCP Group, LLC | 3255<br>27374 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 1, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on December 15, 2020, at 10:00 a.m. |
| 9340 | Edgar Perry | 92615<br>106158 | The Reorganized Debtors' counsel spoke to Claimant by telephone on November 10, 2020, and attempted to explain that the Reorganized Debtors only were seeking to disallow and expunge one of his claims, Claim No. 92615, and that Claim No. 106158 would remain on the claims register subject to further objection. Claimant requested this message be conveyed by United States Mail, which the Reorganized Debtors' counsel did on November 12.<br><br>If necessary, the Reorganized Debtors are prepared to address the Nineteenth Omnibus Objection with respect to this Claim at the hearing. |
| Informal | Burney Forest Products | 53844 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 1, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on December 15, 2020, at 10:00 a.m. |
| Informal | Ernie & Sons Scaffolding Inc. | 6967 | The Reorganized Debtors have reached a settlement of this Claim that moots the Nineteenth Omnibus Objection. |

2. The Claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| 3 Day Blinds, LLC 167 Technology Drive Irvine, CA 92618 | 1273 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,995.25 (U)<br>$53,995.25 (T) | Duplicative Claims (Identical) | Rocky Point Claims LLC as Transferee of 3 Day Blinds, LLC Attn: Edward Waters P.O. Box 165 Norwalk, CT 06853 | 1350 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,995.25 (U)<br>$53,995.25 (T) |
| Aguayo, Jr., Gustavo Carlson & Johnson, LLP 2107 N. Broadway, Suite 309 Santa Ana, CA 92706-2634 | 35525 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Duplicative Claims (Identical) | Aguayo, Jr., Gustavo Carlson & Johnson, LLP 2107 N. Broadway, Suite 309 Santa Ana, CA 92706-2634 | 30988 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC Attn: David Leinwand New York, NY 10036 **Claim Transferred To:** Avenue Strategic Opportunities Fund, LP Attn: David Leinwand 11 West 42nd Street, 9th Floor New York, NY 10036 17% | 2739 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,730.00 (U)<br>$1,730.00 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC Attn: David Leinwand New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC Attn: David Leinwand New York, NY 10036 **Claim Transferred To:** Avenue Strategic Opportunities Fund, LP Attn: David Leinwand 11 West 42nd Street, 9th Floor New York, NY 10036 35% | 2744 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,180.00 (U)<br>$3,180.00 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC Attn: David Leinwand New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 1

# Exhibit 1

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9thFloor<br>New York, NY 10036<br>100% | 2747 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,012.50 (U)<br>$1,012.50 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9thFloor<br>New York, NY 10036<br>100% | 2750 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,726.25 (U)<br>$4,726.25 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9thFloor<br>New York, NY 10036<br>100% | 2751 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,310.00 (U)<br>$2,310.00 (T) | Duplicative Claims (Partially Identical) | Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection |
|---|---|---|---|---|
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9thFloor<br>New York, NY 10036<br>100% | 2752 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$562.50 (U)<br>$562.50 (T) | Duplicative Claims (Partially Identical) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9thFloor<br>New York, NY 10036<br>100% | 2758 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,605.00 (U)<br>$1,605.00 (T) | Duplicative Claims (Partially Identical) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9thFloor<br>New York, NY 10036<br>100% | 2760 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$672.50 (U)<br>$672.50 (T) | Duplicative Claims (Partially Identical) |
| Avila, Yolanda<br>7050 E. Huntsman Ave.<br>Selma, CA 93662 | 4325 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$649.00 (U)<br>$649.00 (T) | Duplicative Claims (Identical) |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |
| Avenue Strategic Opportunities Fund, LP as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036 | 3175 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,798.75 (U)<br>$15,798.75 (T) |
| Avila, Yolanda<br>7050 E. Huntsman Ave.<br>Selma, CA 93662 | 3009 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$649.00 (U)<br>$649.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 3

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| BESS TESTLAB INC<br>2463 TRIPALDI WAY<br>HAYWARD, CA 94545 | 105572 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$102,324.18 (U)<br>$102,324.18 (T) | Duplicative Claims (Partially Identical) | BESS TESTLAB INC<br>2463 TRIPALDI WAY<br>HAYWARD, CA 94545 | 105541 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$146,387.68 (U)<br>$146,387.68 (T) |
| Cardenas, Jason<br>PO Box 8<br>Coalinga, CA 93210 | 7950 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,442.00 (U)<br>$34,442.00 (T) | Duplicative Claims (Identical) | Cardenas, Jason<br>PO Box 8<br>Coalinga, CA 93210 | 1362 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,442.00 (U)<br>$34,442.00 (T) |
| CHERNOH EXCAVATING INC<br>PO BOX 426 9730 LEE BARR RD<br>Lower Lake, CA 95457 | 3858 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,600.00 (U)<br>$26,600.00 (T) | Duplicative Claims (Identical) | CHERNOH EXCAVATING, INC.<br>PO BOX 426<br>LOWER LAKE, CA 95457 | 1774 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,600.00 (U)<br>$26,600.00 (T) |
| City Wide Property Services, Inc.<br>3054 Gold Canal Drive<br>Rancho Cordova, CA 95670 | 4428 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,625.20 (U)<br>$9,625.20 (T) | Duplicative Claims (Identical) | City Wide Property Services, Inc.<br>3054 Gold Canal Drive<br>Rancho Cordova, CA 95670 | 3260 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,625.20 (U)<br>$9,625.20 (T) |
| Cold-Tech Refrigeration, Inc<br>651 N 30th Street<br>Las Vegas, NV 89101 | 1799 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,535.84 (U)<br>$2,535.84 (T) | Duplicative Claims (Partially Identical) | Cold-Tech Refrigeration, Inc<br>PO Box 33686<br>Las Vegas, NV 89133-3686 | 5155 | PG&E Corporation | $3,200.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,535.84 (U)<br>$5,735.84 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 4

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| County of San Mateo<br>455 County Center<br>Redwood City, CA 94063 | 2600 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,912.84 (U)<br>$3,912.84 (T) | Duplicative Claims (Identical) | COUNTY OF SAN MATEO<br>455 COUNTY CENTER 3RD FLOOR<br>REDWOOD CITY, CA 94063 | 2565 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,912.84 (U)<br>$3,912.84 (T) |
| HEARTWOOD STUDIOS INC<br>2121 S EL CAMINO REAL, STE 100<br>SAN MATEO, CA 94403-1859 | 3615 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,975.00 (U)<br>$63,975.00 (T) | Duplicative Claims (Identical) | HEARTWOOD STUDIOS INC<br>2121 S EL CAMINO REAL, STE 100<br>SAN MATEO, CA 94403-1859 | 2299 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,975.00 (U)<br>$63,975.00 (T) |
| Ken and Carol Link (Digger Creek Ranch Hydroelectric)<br>Attn: Ken Link DIGGER CREEK HYDRO<br>13895 Spring Valley Road<br>Morgan Hill, CA 95037 | 3995 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,896.82 (U)<br>$17,896.82 (T) | Duplicative Claims (Substantively Identical) | Link, Kenneth or Carol<br>13895 Spring Valley Rd.<br>Morgan Hill, CA 95037 | 1571 | Pacific Gas and Electric Company | $0.00 (S)<br>$13,011.50 (A)<br>$0.00 (P)<br>$4,885.32 (U)<br>$17,896.82 (T) |
| Marble Ridge Capital LP as Investment Manager for MRC Opportunities Fund I LP - Series C and Marble Ridge Master Fund LP<br>Demand Daniels General Counsel/Chief Compliance Officer 1250 Broadway, Suite 2601<br>New York, NY 10001<br>**Claim Transferred To:**<br>Marble Ridge Capital LP<br>Demand Daniels General Counsel/Chief Compliance Officer 1250 Broadway, Suite 2601<br>New York, NY 10001<br>100% | 60066 | Pacific Gas and Electric Company | $0.00 (S)<br>$769,705.85 (A)<br>$0.00 (P)<br>$3,514,820.05 (U)<br>$4,284,525.90 (T) | Duplicative Claims (Identical) | Marble Ridge Capital LP as Investment Manager for MRC Opportunities Fund I LP - Series C and Marble Ridge Master Fund LP<br>Marble Ridge Capital LP 1250 Broadway Suite 2601<br>New York, NY 10001 | 66927 | Pacific Gas and Electric Company | $0.00 (S)<br>$769,705.85 (A)<br>$0.00 (P)<br>$3,514,820.05 (U)<br>$4,284,525.90 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 5

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Margie Thompson, Linda Thompson and Ovante Kendall<br>Law Office of Susan Kang Gordon Susan Y. Kang Gordon, Esq. 21C Orinda Way #162<br>Orinda, CA 94563 | 77375 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$565,393.00 (U)<br>$565,393.00 (T) | Duplicative Claims (Identical) | Margie Thompson, Linda Thompson and Ovante Kendall<br>Law Office of Susan Kang Gordon Susan Y. Kang Gordon, Esq. 21C Orinda Way #162<br>Orinda, CA 94563 | 77417 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$565,396.00 (U)<br>$565,396.00 (T) |
| Marotta, Paul<br>1342 Rollins Road<br>Burlingame, CA 94010 | 5068 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100.00 (U)<br>$100.00 (T) | Duplicative Claims (Substantively Identical) | Marotta, Paul<br>1342 Rollins Road<br>Burlingame, CA 94010 | 1070 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$100.00 (P)<br>$0.00 (U)<br>$100.00 (T) |
| Newcomb Tree Experts Inc.<br>PO Box 390848<br>Mountain View, CA 94039 | 2540 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$126,057.56 (U)<br>$126,057.56 (T) | Duplicative Claims (Partially Identical) | Newcomb Tree Experts Inc<br>5112 Everglades Park Dr<br>Fremont, CA 94538 | 92606 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$220,858.69 (U)<br>$220,858.69 (T) |
| Orozco, Lizette<br>6804 Doncaster Ave<br>Bakersfield, CA 93307-8840 | 4117 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$398.44 (U)<br>$398.44 (T) | Duplicative Claims (Partially Identical) | Orozco, Lizette<br>6804 Doncaster Ave<br>Bakersfield, CA 93307-8840 | 7808 | Pacific Gas and Electric Company | $398.44 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$398.44 (T) |
| SPCP Group, LLC as Transferee of Daleo, Inc<br>Attn: Brian Jarmain and Operations 2<br>Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br>**Claim Transferred To:**<br>SPCP Group, LLC<br>Attn: Chris Wahl Mail Code: 11084 PO Box 7780<br>Philadelphia, PA 19176-0280 | 3231 | Pacific Gas and Electric Company | $636,889.71 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,537.07 (U)<br>$663,426.78 (T) | Duplicative Claims (Identical) | SPCP Group, LLC as Transferee of Daleo, Inc<br>Attn: Brian Jarmain and Operations 2<br>Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830 | 3221 | Pacific Gas and Electric Company | $636,889.71 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,537.07 (U)<br>$663,426.78 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 6

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Spectrum Properties Inc.<br>Twi Irons 411 Davis Street, Suite 102<br>VACAVILLE, CA  95688 | 87066 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$54,769.94 (U)<br>$54,769.94 (T) | Duplicative Claims<br>(Substantively Identical) | Spectrum Properties Inc.<br>Twi Irons 411 Davis Street, Suite 102<br>Vacaville, CA  95688 | 61242 | PG&E Corporation | $54,769.94 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$54,769.94 (T) |
| Union Sanitary District<br>Shawn Nesgis 5072 Benson Road<br>Union City, CA  94587 | 57214 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$85,368.48 (U)<br>$85,368.48 (T) | Duplicative Claims<br>(Identical) | Union Sanitary District<br>Shawn Nesgis 5072 Benson Road<br>Union City, CA  94587 | 1535 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$85,368.48 (U)<br>$85,368.48 (T) |
| VAN DYKEN EVERETT<br>3611 RIDGEWOOD RD<br>WILLITS, CA  95490 | 4139 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | Duplicative Claims<br>(Identical) | Dyken, Everett Van<br>3611 Ridgewood Road<br>Willits, CA  95490 | 2035 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000.00 (U)<br>$2,000.00 (T) |
| VonWin Capital Management, L.P. as Transferee of Solarenewal, LLC<br>Attn: General Counsel 261 Fifth Avenue, 22nd Floor<br>New York, NY 10016<br>100%<br>**Claim Transferred To:**<br>VonWin Capital Management, LP<br>Attn: General Counsel 261 Fifth Avenue, 22nd Floor<br>New York, NY 10016<br>100% | 30961 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$495,748.80 (U)<br>$495,748.80 (T) | Duplicative Claims<br>(Partially Identical) | VONWIN CAPITAL MANAGEMENT, LP<br>261 Fifth Avenue, 22nd Floor<br>NEW YORK, NY  10016 | 57976 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$565,896.96 (U)<br>$565,896.96 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 7

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 59735 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | Duplicative Claims (Identical) | WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 70068 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) |
| WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | 59736 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) | Duplicative Claims (Identical) | WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Suite 43W Minneapolis, MN 55416 | 69010 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) |
| WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416<br>**Claim Transferred To:**<br>WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 70% | 72104 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$165,053.33 (U)<br>$165,053.33 (T) | Duplicative Claims (Substantively Identical) | Whitebox Multi-Strategy Partners, LP as Transferee of Sentinel Peak Resources California LLC Attn: Keith Fischer 3033 Excelsior Blvd., Ste 300 Minneapolis, MN 55416 | 1545 | Pacific Gas and Electric Company | $0.00 (S)<br>$49,195.23 (A)<br>$0.00 (P)<br>$115,858.10 (U)<br>$165,053.33 (T) |
| WELDSTAR COMPANY ATTN: MATT STEPHENS 1750 MITCHELL RD AURORA, IL 60505 | 4196 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,058.30 (U)<br>$4,058.30 (T) | Duplicative Claims (Substantively Identical) | WELDSTAR COMPANY ATTN: MATT STEPHENS 1100 HAMILTON AVE. UNIVERSITY PARK, IL 60484 | 1795 | Pacific Gas and Electric Company | $0.00 (S)<br>$4,058.30 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,058.30 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 8

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection |
|---|---|---|---|---|
| WESTERN WEATHER GROUP INC<br>686 RIO LINDO AVE<br>CHICO, CA 95926 | 4159 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$743.49 (U)<br>$743.49 (T) | Duplicative Claims (Identical) |

## SURVIVING CLAIMS

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|
| Western Weather Group, Inc<br>Don Schukraft 686 Rio Lindo Ave<br>Chico, CA 95926 | 2055 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$743.49 (U)<br>$743.49 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 9