

Signed and Filed: November 17, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS (INCORRECT DEBTOR CLAIMS)**<br><br>[Re: Dkt. No. 9269] |

Upon the *Reorganized Debtors' Report on Responses to Eighteenth Through Twenty-Fourth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9521] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Twentieth Omnibus Objection to Claims (Incorrect Debtor Claims)* [Docket No. 9269] (the "**Twentieth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Bestwall, LLC | 65587<br>65524 | The Twentieth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | State Farm General Insurance Company | 58088<br>58302 | By agreement with Claimant, Claim No. 58088 shall be disallowed and expunged, and Claim No. 58302 shall survive. |
| Informal | Monica Staar | 86862<br>86898 | The Reorganized Debtors' counsel emailed Claimant on November 9, 2020, and explained that the Reorganized Debtors are only objecting to one of her claims, Claim No. 86862, asserted against PG&E Corporation. That claim is substantively identical to Claim No. 86898, asserted against Pacific Gas and Electric Company. The Reorganized Debtors have not yet received a response.<br><br>If necessary, the Reorganized Debtors are prepared to address the Twentieth Omnibus Objection with respect to this Claim at the hearing. |
| Informal | Gowan Construction Company, Inc. | 64156 | The Reorganized Debtors have reached a settlement of this Claim that moots the Twentieth Omnibus Objection. |
| Informal | Vedder Price P.C. | 1227 | The Reorganized Debtors have reached a settlement of this Claim that moots the Twentieth Omnibus Objection. |

2. The Claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | |
| ADVANCED UTILITY SOLUTIONS INC<br>8080 SANTA TERESA BLVD STE 230<br>GILROY, CA 95020 | 3849 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,335.00 (U)<br>$21,335.00 (T) | Incorrect Debtor<br>(Substantively Identical) | Advanced Utility Solutions, Inc.<br>8080 Santa Teresa Blvd #230<br>Gilroy, CA 95020 | 2056 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,355.49 (U)<br>$21,355.49 (T) | |
| Air, Weather & Sea Conditions, Inc.<br>Jay Rosenthal, President / CEO P.O. Box 512<br>Pacific Palisades, CA 90272 | 105759 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,008.00 (U)<br>$8,008.00 (T) | Incorrect Debtor<br>(Substantively Identical) | Air, Weather & Sea Conditions, Inc.<br>P.O. Box 512<br>Pacific Palisades, CA 90272 | 105760 | Pacific Gas and Electric Company | $8,008.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,008.00 (T) | |
| BPS SUPPLY GROUP<br>P.O. BOX 639<br>BAKERSFIELD, CA 93302 | 4137 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,611.66 (U)<br>$12,611.66 (T) | Incorrect Debtor<br>(Substantively Identical) | BPS Supply Group<br>3301 Zachary Ave<br>Shafter, CA 93263 | 1566 | Pacific Gas and Electric Company | $0.00 (S)<br>$11,739.10 (A)<br>$0.00 (P)<br>$872.56 (U)<br>$12,611.66 (T) | |
| Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley<br>New York, NY 10013<br>**Claim Transferred To:**<br>Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley 388 Greenwich Street, Trading Tower 6th Fl.<br>New York, NY 10013<br>100% | 105588 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,212,879.23 (U)<br>$9,212,879.23 (T) | Incorrect Debtor<br>(Identical) | Citigroup Financial Products Inc.<br>Attn: Kenneth Keeley<br>New York, NY 10013 | 105589 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,212,879.23 (U)<br>$9,212,879.23 (T) | |
| Community Choice Financial<br>6785 Bobcat Way<br>Dublin, OH 43016 | 1357 | Pacific Gas and Electric Company | $0.00 (S)<br>$2,430.54 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,430.54 (T) | Duplicative Claims<br>(Partially Identical) | Community Choice Financial<br>6785 Bobcat Way<br>Dublin, OH 43016 | 3505 | PG&E Corporation | $0.00 (S)<br>$2,430.54 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,430.54 (T) | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 1

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| FORD, SADIE M<br>586 MORSE DRIVE<br>OAKLAND, CA 94605 | 19916 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,900.00 (U)<br>$8,900.00 (T) | Incorrect Debtor<br>(Substantively Identical) | FORD, SADIE M<br>5526 MORSE DRIVE<br>OAKLAND, CA 94605 | 1178 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$2,850.00 (P)<br>$6,050.00 (U)<br>$8,900.00 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>Marble Ridge TC LP<br>Kamand Daniels c/o Marble Ridge Capital LP<br>1250 Broadway, Suite 2601<br>New York, NY 10001<br>Ownership by Invoice | 92620 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) | Incorrect Debtor<br>(Identical) | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>MRC Opportunities Fund I LP – Series C<br>Marble Ridge Capital LP Attn: Kamand Daniels 1250 Broadway, Suite 2601<br>New York, NY 10001<br>Ownership by Invoice | 92620 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) | Incorrect Debtor<br>(Identical) | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |
| Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>**Claim Transferred To:**<br>Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076<br>Ownership by Invoice | 92620 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) | Incorrect Debtor<br>(Identical) | Granite Construction Company<br>Jordy Murray 585 West Beach Street<br>Watsonville, CA 95076 | 92448 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,038,821.98 (U)<br>$2,038,821.98 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 2

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Humboldt Bay Municipal Water District<br>828 7th Street<br>Eureka, CA 95501-1114 | 2224 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$77,135.03 (U)<br>$77,135.03 (T) | Incorrect Debtor<br>(Substantively Identical) | Humboldt Bay Municipal Water District<br>828 7th Street<br>Eureka, CA 95501-1114 | 2148 | Pacific Gas and Electric Company | $0.00 (S)<br>$57,329.60 (A)<br>$0.00 (P)<br>$19,805.43 (U)<br>$77,135.03 (T) |
| Integrated Industrial Supply, Inc.<br>P.O.Box 7410<br>Santa Maria, CA 93456 | 1672 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,135.44 (U)<br>$27,135.44 (T) | Incorrect Debtor<br>(Substantively Identical) | Integrated Industrial Supply, Inc.<br>P.O.Box 7410<br>Santa Maria, CA 93456 | 1574 | Pacific Gas and Electric Company | $0.00 (S)<br>$23,906.08 (A)<br>$0.00 (P)<br>$3,229.36 (U)<br>$27,135.44 (T) |
| Jimenez, Liliana<br>Law Office of James Bachan Attn: James Bachan, Esq. 2648 International Blvd., Ste. 801<br>Oakland, CA 94601 | 87631 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Incorrect Debtor<br>(Substantively Identical) | Jimenez, Liliana<br>c/o Law Office of James Bachan Attn: James Bachan, Esq.<br>Oakland, CA 94601 | 3571 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000,000.00 (U)<br>$10,000,000.00 (T) |
| Motahari-Fard, Saeedeh<br>Law Offices of Steven D. Hoffman Attn: Saeedeh Motahari-Fard 563 South Murphy Avenue<br>Sunnyvale, CA 94086 | 3883 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,567.00 (U)<br>$31,567.00 (T) | Incorrect Debtor<br>(Identical) | Motahari-Fard, Saeedeh<br>Law Offices of Steven D. Hoffman Attn: Saeedeh Motahari-Fard<br>Sunnyvale, CA 94086 | 3882 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,576.00 (U)<br>$31,576.00 (T) |
| Rutenburg, Maria<br>930 Far Creek Way<br>Redwood City, CA 94062 | 3647 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Incorrect Debtor<br>(Substantively Identical) | Rutenburg, Maria<br>930 Far Creek Way<br>Redwood City, CA 94062 | 3650 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$2,850.00 (P)<br>$2,150.00 (U)<br>$5,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Starkey, Jennifer G.<br>4541 E. Dakota Ave.<br>Fresno, CA 93726 | 3909 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,070.00 (U)<br>$7,070.00 (T) | | Incorrect Debtor<br>(Substantively Identical) | Starkey, Jennifer G.<br>4541 E. Dakota Ave.<br>Fresno, CA 93726 | 4668 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$7,070.00 (P)<br>$0.00 (U)<br>$7,070.00 (T) |
| State Farm General Insurance Company<br>Attn: Jordan B Everakes Grotefeld Hoffman, L.L.P.<br>Larkspur, CA 94939 | 58088 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,237,034.46 (U)<br>$2,237,034.46 (T) | | Incorrect Debtor<br>(Identical) | State Farm General Insurance Company<br>Attn: Jordan B Everakes Grotefeld Hoffman, L.L.P.<br>Larkspur, CA 94939 | 58302 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,327,034.46 (U)<br>$2,327,034.46 (T) |
| Travelers Casualty Insurance Company of America<br>The Travelers Indemnity Company c/o Mary C. Duffy Boardman Executive Counsel 1 Tower Square, 0000-08MS<br>Hartford, CT 06183 | 60262 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$267,913.71 (U)<br>$267,913.71 (T) | | Incorrect Debtor<br>(Partially Identical) | Travelers Casualty Insurance Company of America<br>The Travelers Indemnity Company c/o Mary C. Duffy Boardman Executive Counsel - Corporate Litigation One Tower Square 0000-08MSA<br>Hartford, CT 6183 | 103956 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$291,672.08 (U)<br>$291,672.08 (T) |
| Whitebox Multi-Strategy Partners, LP<br>Andrew M. Thau Whitebox Advisors LLC 280 Park Avenue, Suite 43W<br>New York, NY 10017 | 68840 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) | | Incorrect Debtor<br>(Identical) | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Suite 43W<br>Minneapolis, MN 55416 | 69010 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$716,958.91 (U)<br>$716,958.91 (T) |
| Whitebox Multi-Strategy Partners, LP<br>Andrew M. Thau Whitebox Advisors LLC 280 Park Avenue, Suite 43W<br>New York, NY 10017 | 71743 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$165,053.33 (U) | | Incorrect Debtor<br>(Substantively Identical) | Whitebox Multi-Strategy Partners, LP as Transferee of Sentinel Peak Resources California LLC<br>Attn: Keith Fischer 3033 Excelsior Blvd., Ste 300<br>Minneapolis, MN 55416 | 1545 | Pacific Gas and Electric Company | $0.00 (S)<br>$49,195.23 (A)<br>$0.00 (P)<br>$115,858.10 (U) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Whitebox Multi-Strategy Partners, LP as Transferee of Picarro, Inc. Attn: Scott Specken Minneapolis, MN 55416 | 69 | PG&E Corporation | $165,053.33 (T)<br>$0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | Incorrect Debtor (Identical) | WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416 | 70068 | Pacific Gas and Electric Company | $165,053.33 (T)<br>$0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".