**Entered on Docket**
**November 17, 2020**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



**Signed and Filed: November 17, 2020**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**<br><br>**[Re: Dkt. No. 9272]** |

Upon the *Reorganized Debtors' Report on Responses to Eighteenth Through Twenty-Fourth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9521] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9272] (the "**Twenty-First Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Asplundh Construction, LLC | 17001 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 1, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on December 15, 2020, at 10:00 a.m. |
| Informal | Sierra Pacific Industries | 2377 | The Claimant has confirmed to the Reorganized Debtors that Claim No. 2377 has been satisfied in its entirety. Accordingly, it will be expunged. |
| Informal | W. Bradley Electric, Inc. | 67191 | The Reorganized Debtors have reached a settlement of this Claim that moots the Twenty-First Omnibus Objection. |
| Informal | Aramark Refreshment Services, LLC | 3582 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 1, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on December 15, 2020, at 10:00 a.m. |
| Informal | McMaster-Car Supply Co. | 2362 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 1, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on December 15, 2020, at 10:00 a.m. |
| Informal | Burney Forest Products | 2255 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 1, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on December 15, 2020, at 10:00 a.m. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Southwest Research Institute | 1787 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 1, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on December 15, 2020, at 10:00 a.m. |
| Informal | Burns & McDonnell Engineering Company, Inc. | 76752 | The Reorganized Debtors have reached a settlement of this Claim that moots the Twenty-First Omnibus Objection. |
| Informal | Airgas Specialty Products | 2175 | The Reorganized Debtors have reached a settlement of this Claim that moots the Twenty-First Omnibus Objection. |

2. The Claims listed in the column headed "Claims to be Reduced or Disallowed" in **Exhibit 1** hereto are reduced and/or disallowed as set forth therein.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ABEC Bidart-Stockdale LLC<br>c/o California Bioenergy LLC 500 N. Akard Street, Suite 1500<br>Dallas, TX 75201 | **2507** | Pacific Gas and Electric Company | 4/20/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $6,147.50 | $0.00 | $1,375.83 | $7,523.33 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $6,147.50 | $0.00 | $0.00 | $6,147.50 | |
| Amador Valley Industries LLC<br>3110 Busch Rd<br>Pleasanton, CA 94566 | **4270** | Pacific Gas and Electric Company | 7/30/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $5,560.03 | $5,560.03 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Bakersfield III LLC<br>4900 Hopyard Road Ste 310<br>Pleasanton, CA 94588 | **2130** | Pacific Gas and Electric Company | 4/8/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $866.75 | $0.00 | $908.56 | $1,775.31 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $866.75 | $0.00 | $0.00 | $866.75 | |
| Consumers Energy Company<br>Attn: Legal Dept One Energy Plaza<br>Jackson, MI 49201 | **6034** | Pacific Gas and Electric Company | 8/7/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $7,737.30 | $7,737.30 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $420.00 | $420.00 | |
| Contrarian Funds, LLC as Transferee of Twin Valley Hydro G Neil Tocher Inc dba Twin Valley Hydro<br>Attn: Alisa Mumola<br>Greenwich, CT 06830 | **1361** | Pacific Gas and Electric Company | 3/12/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $17,193.04 | $0.00 | $3,212.98 | $20,406.02 | Books and Records |
| **Claim Transferred To:**<br>Contrarian Funds, LLC<br>Attn: 392426 500 Ross St 154-0455<br>Pittsburgh, PA 15262<br>100% | | | | **Reduced Claim Amount:** | $0.00 | $17,193.04 | $0.00 | $0.00 | $17,193.04 | |



Case: 19-30088 Doc# 9558 Filed: 11/17/20 Entered: 11/17/20 17:25:43 Page 5 of 9

# Exhibit 1



Case: 19-30088 Doc# 9558 Filed: 11/17/20 Entered: 11/17/20 17:25:43 Page 6 of 9

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CRG Financial LLC as Transferee of Shamrock Utilities LLC<br>Attn: Robert Axenrod<br>Cresskill, NJ 07626<br>**Claim Transferred To:**<br>CRG Financial LLC<br>Attn: Robert Axenrod 100 Union Ave<br>Cresskill, NJ 7626<br>100% | **2040** | Pacific Gas and Electric Company | 4/1/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $5,424.09<br><br>$5,424.09 | $0.00<br><br>$0.00 | $2,620.86<br><br>$0.00 | $8,044.95<br><br>$5,424.09 | Books and Records |
| CRG Financial LLC as Transferee of Shamrock Utilities LLC<br>Attn: Robert Axenrod<br>Cresskill, NJ 07626<br>**Claim Transferred To:**<br>CRG Financial LLC<br>Attn: Robert Axenrod 100 Union Ave<br>Cresskill, NJ 7626<br>100% | **2054** | Pacific Gas and Electric Company | 4/1/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $4,602.46<br><br>$4,602.46 | $0.00<br><br>$0.00 | $1,638.32<br><br>$0.00 | $6,240.78<br><br>$4,602.46 | Books and Records |
| CRG Financial LLC as Transferee of Shamrock Utilities LLC<br>Attn: Robert Axenrod<br>Cresskill, NJ 07626<br>**Claim Transferred To:**<br>CRG Financial LLC<br>Attn: Robert Axenrod 100 Union Ave<br>Cresskill, NJ 7626<br>100% | **1980** | Pacific Gas and Electric Company | 4/1/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $4,504.84<br><br>$4,504.84 | $0.00<br><br>$0.00 | $1,231.39<br><br>$0.00 | $5,736.23<br><br>$4,504.84 | Books and Records |
| Diameter Master Fund LP as Transferee of Cowen Special Investments LLC<br>Attn: Christopher Kenny 24 W 40th Street, 5th Fl.<br>New York, NY 10018<br>**Claim Transferred To:**<br>Diameter Master Fund LP<br>Attn: Christopher Kenny 24 W 40th Street, 5th Fl.<br>New York, NY 10018<br>100% | **3244** | Pacific Gas and Electric Company | 6/4/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☑<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $1,472,745.51<br><br>$1,410,106.34 | $1,472,745.51<br><br>$1,410,106.34 | Books and Records |

# Exhibit 1



Case: 19-30088 Doc# 9558 Filed: 11/17/20 Entered: 11/17/20 17:25:48 Page 7 of 9

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Examinetics<br>10561 Barkley St Ste 400<br>Overland Park, KS 66212 | **103376** | PG&E Corporation | 4/21/2020 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $11,240.25 | $11,240.25 | Books and Records |
| | | | | Unliquidated ☐ | | | | | | |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $2,355.00 | $2,355.00 | |
| Fair Harbor Capital, LLC as Transferee of Oakley Executive RV and Boat Storage<br>Ansonia Finance Station<br>New York, NY 10023<br>**Claim Transferred To:**<br>Fair Harbor Capital, LLC<br>Ansonia Finance Station Attn: Fredric Glass PO Box 237037<br>New York, NY 10023<br>100% | **2602** | Pacific Gas and Electric Company | 4/22/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $5,173.51 | $0.00 | $2,086.12 | $7,259.63 | Books and Records |
| | | | | Unliquidated ☐ | | | | | | |
| | | | | **Reduced Claim Amount:** | $0.00 | $5,173.51 | $0.00 | $0.00 | $5,173.51 | |
| HAT CREEK HEREFORD RANCH POWER<br>41363 OPDYKE LANE<br>HAT CREEK, CA 96040 | **1381** | Pacific Gas and Electric Company | 3/9/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $875.12 | $0.00 | $381.59 | $1,256.71 | Books and Records |
| | | | | Unliquidated ☐ | | | | | | |
| | | | | **Reduced Claim Amount:** | $0.00 | $875.12 | $0.00 | $0.00 | $875.12 | |
| Humboldt Bay Municipal Water District<br>828 7th Street<br>Eureka, CA 95501-1114 | **2148** | Pacific Gas and Electric Company | 4/11/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $57,329.60 | $0.00 | $19,805.43 | $77,135.03 | Books and Records |
| | | | | Unliquidated ☐ | | | | | | |
| | | | | **Reduced Claim Amount:** | $0.00 | $57,329.60 | $0.00 | $0.00 | $57,329.60 | |
| Kettleman Solar LLC<br>c/o Allco Renewable Energy Limited<br>1740 Broadway, 15th Floor<br>New York, NY 10019 | **2616** | Pacific Gas and Electric Company | 4/22/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $3,168.15 | $0.00 | $197.54 | $3,365.69 | Books and Records |
| | | | | Unliquidated ☐ | | | | | | |
| | | | | **Reduced Claim Amount:** | $0.00 | $3,168.15 | $0.00 | $0.00 | $3,168.15 | |
| Link, Kenneth or Carol<br>13895 Spring Valley Rd.<br>Morgan Hill, CA 95037 | **1571** | Pacific Gas and Electric Company | 3/21/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $13,011.50 | $0.00 | $4,885.32 | $17,896.82 | Books and Records |
| | | | | Unliquidated ☐ | | | | | | |
| | | | | **Reduced Claim Amount:** | $0.00 | $13,011.50 | $0.00 | $0.00 | $13,011.50 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mega Renewables<br>10050 Bandley Drive<br>Cupertino, CA 95014 | **1407** | Pacific Gas and Electric Company | 3/15/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $9,385.78 | $0.00 | $3,289.77 | $12,675.55 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $9,385.78 | $0.00 | $0.00 | $9,385.78 | |
| Oracle America, Inc., including in its capacity as successor in interest to Opower, Inc., ("Oracle")<br>Shawn M. Christianson, Esq. Buchalter, a Professional Corporation 55 Second Street, 17th Floor<br>San Francisco, CA 94105 | **78399** | Pacific Gas and Electric Company | 10/21/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,312,898.15 | $1,312,898.15 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,011,743.29 | $1,011,743.29 | |
| Panoche Energy Center, LLC<br>Crowell & Moring Thomas Koegel<br>Three Embarcadero Center<br>San Francisco, CA 94111 | **2391** | Pacific Gas and Electric Company | 4/17/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $3,267,742.57 | $0.00 | $0.00 | $3,267,742.57 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $392,196.94 | $0.00 | $0.00 | $392,196.94 | |
| Performance Contracting, Inc.<br>Howard S. Nevins, Hefner, Stark & Marois LLP 2150 River Plaza Drive, Suite 450<br>Sacramento, CA 95833 | **8132** | PG&E Corporation | 8/29/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $180,426.15 | $0.00 | $0.00 | $0.00 | $180,426.15 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $40,760.00 | $40,760.00 | |
| Phillips 66 Company<br>c/o Candace Schiffman, Sr. Counsel<br>2331 CityWest Blvd., N-1364<br>Houston, TX 77042 | **2301** | Pacific Gas and Electric Company | 4/15/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $145,584.44 | $0.00 | $2,151.19 | $147,735.63 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $145,584.44 | $0.00 | $0.00 | $145,584.44 | |
| PKMJ TECHNICAL SERVICES INC<br>400 ROUSER ROAD<br>MOON TOWNSHIP, PA 15108 | **78165** | Pacific Gas and Electric Company | 10/18/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $59,103.00 | $59,103.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $21,103.00 | $21,103.00 | |
| Software AG USA, Inc.<br>Attn: Stan Smith 11700 Plaza America Drive Suite 700<br>Reston, VA 20190 | **2476** | Pacific Gas and Electric Company | 4/18/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $199,935.00 | $199,935.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $87,934.01 | $87,934.01 | |



Case: 19-30088 Doc# 9558 Filed: 11/17/20 Entered: 11/17/20 17:25:43 Page 8 of 9

# Exhibit 1

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Steve Halsey Electric<br>6350 County Rd 23<br>Orland, CA 95963 | **4684** | PG&E Corporation | 7/25/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $22,255.00 | $0.00 | $22,255.00 | Books and Records |
| | | | | Unliquidated ☐ | | | | | | |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $12,232.33 | $12,232.33 | |
| TRC Master Fund LLC as Transferee of AREC #2 LLC<br>Attn: Terrel Ross PO Box 633<br>Woodmere, NY 11598<br>**Claim Transferred To:**<br>TRC Master Fund LLC<br>Attn: Terrel Ross PO Box 633<br>Woodmere, NY 11598<br>100% | **2487** | Pacific Gas and Electric Company | 4/20/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $70,799.94 | $0.00 | $24,465.38 | $95,265.32 | Books and Records |
| | | | | Unliquidated ☐ | | | | | | |
| | | | | **Reduced Claim Amount:** | $0.00 | $70,799.94 | $0.00 | $0.00 | $70,799.94 | |
| Whitebox Multi-Strategy Partners, LP as Transferee of Sentinel Peak Resources California LLC<br>Attn: Keith Fischer 3033 Excelsior Blvd., Ste 300<br>Minneapolis, MN 55416<br>**Claim Transferred To:**<br>WBox 2019-6 LLC<br>Attn: Keith Fischer 3033 Excelsior Blvd., Ste 300<br>Minneapolis, MN 55416<br>100% | **1545** | Pacific Gas and Electric Company | 3/25/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $49,195.23 | $0.00 | $115,858.10 | $165,053.33 | Books and Records |
| | | | | Unliquidated ☐ | | | | | | |
| | | | | **Reduced Claim Amount:** | $0.00 | $49,195.23 | $0.00 | $0.00 | $49,195.23 | |
| **Totals** | **Count: 25** | | | | **$180,426.15** | **$3,661,004.52** | **$22,255.00** | **$3,253,327.62** | **$7,117,013.29** | |



Case: 19-30088 Doc# 9558 Filed: 11/17/20 Entered: 11/17/20 17:25:43 Page 9 of 9