

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: November 17, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>　- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　　　Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>[Re: Dkt. No. 9275] |

Upon the *Reorganized Debtors' Report on Responses to Eighteenth Through Twenty-Fourth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9521] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Twenty-Second Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9275] (the "**Twenty-Second Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | CA BTM Energy Storage, LLC | 30941 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 29, 2020. If the objection cannot be resolved, it will be continued to the omnibus hearing, on January 12, 2021, at 10:00 a.m. |
| Informal | CA Energy Storage Holdings, LLC | 30944 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 29, 2020. If the objection cannot be resolved, it will be continued to the omnibus hearing, on January 12, 2021, at 10:00 a.m. |
| Informal | GSA Solar, LLC | 31024 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 29, 2020. If the objection cannot be resolved, it will be continued to the omnibus hearing, on January 12, 2021, at 10:00 a.m. |
| Informal | Global Ampersand LLC | 27367 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 1, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on December 15, 2020, at 10:00 a.m. |
| Informal | Panoramic Investments | 1932 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 1, 2020. If the objection cannot be resolved, it will be continued to the next omnibus hearing, on December 15, 2020, at 10:00 a.m. |

2. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Adobe Solar, LLC c/o Southern Power Company Troutman Sanders LLP Attn: Chris B. Winsberg, Esq. Attn: Matthew G. Roberts, Esq. 600 Peachtree St. NE, Suite 3000 Atlanta, GA 30308 | | 78967 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $1,091,193.53 | $0.00 | $0.00 | $1,091,193.53 | Electric Generation Interconnection Claims |
| Algonquin SKIC 20 Solar, LLC Husch Blackwell LLP Mark T. Benedict 4801 Main Street, Suite 1000 Kansas City, MO 64112 | | 60373 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $73,488.96 | $73,488.96 | Cure Payments |
| Algonquin SKIC 20 Solar, LLC Husch Blackwell LLP Mark T. Benedict 4801 Main Street, Suite 1000 Kansas City, MO 64112 | | 2672 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $2,621.25 | $2,621.25 | Cure Payments |
| Blackwell Interconnection (Q0023WD) Confidential - Available Upon Request | | 883640 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $253,638.77 | $253,638.77 | Electric Generation Interconnection Claims |
| Cal SP V (Q550) Confidential - Available Upon Request | | 883643 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $19,518.55 | $19,518.55 | Electric Generation Interconnection Claims |
| California Valley PV (First Solar) (Q766) Confidential - Available Upon Request | | 883645 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $507,890.50 | $507,890.50 | Electric Generation Interconnection Claims |
| Comer Construction, Inc. 4679 Calabasas Rd #333 CALABASAS, CA 91302 | | 4394 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $3,155.90 | $3,155.90 | Main Line Extension Reimbursement Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Corcoran West Project (Q558) Confidential - Available Upon Request | | 883567 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $250,067.89 | $250,067.89 | Electric Generation Interconnection Claims |
| Cottonwood Solar, LLC McGuireWoods LLP Aaron G. McCollough 77 W. Wacker Dr. Ste 4100 Chicago, IL 60601 | | 10242 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $320,287.50 | $320,287.50 | Electric Generation Interconnection Claims |
| Crestwood Inergy NU Confidential - Available Upon Request | | 883568 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $610,859.98 | $610,859.98 | Electric Generation Interconnection Claims |
| Desert Topaz PV2 (First Solar) (Q242) Confidential - Available Upon Request | | 883572 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,281,072.40 | $2,281,072.40 | Electric Generation Interconnection Claims |
| FF RE Corcoran City (Q094WD) Confidential - Available Upon Request | | 883574 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $102,091.08 | $102,091.08 | Electric Generation Interconnection Claims |
| Kent South (Q650AB) Confidential - Available Upon Request | | 883588 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $530,578.01 | $530,578.01 | Electric Generation Interconnection Claims |
| Kent South Switching Station (Q650AB) Confidential - Available Upon Request | | 883589 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,205,583.23 | $1,205,583.23 | Electric Generation Interconnection Claims |
| Lakeview Solar (Q127) Confidential - Available Upon Request | | 883591 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,444,052.36 | $3,444,052.36 | Electric Generation Interconnection Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Live Oak Limited Attn: Kristen Mohun 919 Milam St Ste 2300 Houston, TX 77002 | | 79583 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $913.26 | $913.26 | Cure Payments |
| Kittrick Limited Attn: Kristen Mohun 919 Milam St Ste 2300 Houston, TX 77002 | | 79685 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $277,333.68 | $277,333.68 | Cure Payments |
| Mirion Technologies 2652 McGaw Ave Irvine, CA 92614 | | 1792 | Pacific Gas and Electric Company | 3/27/2019 | $0.00 | $0.00 | $0.00 | $34,402.95 | $34,402.95 | Cure Payments |
| Nor Cal Rentals & Sales Incorporated 8227 Commercial Way Redding, CA 96002 | | 1233 | PG&E Corporation | 3/2/2019 | $0.00 | $0.00 | $0.00 | $12,430.26 | $12,430.26 | Other Satisfied |
| Oakley Generating Station (Q258) Confidential - Available Upon Request | | 883604 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,517,243.00 | $5,517,243.00 | Electric Generation Interconnection Claims |
| OPeak LLC as Transferee of Olympus Peak Master Fund L.P. Attn: Todd Westhus 745 Fifth Avenue Suite 1604 New York, NY 10151 | OPeak LLC Attn: Todd Westhus 745 Fifth Avenue Suite 1604 New York, NY 10151 100% | 61531 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | Cure Payments |
| Panoche Energy Center, LLC Power Plant Management Services, LLC Attn: Mike Shott 5433 W. Panoche Rd Firebaugh, CA 93622 | | 8291 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $392,196.94 | $0.00 | $4,227,100.35 | $4,619,297.29 | Cure Payments |
| Elnpjack Solar I, LLC Mary M. Caskey, Esq. Haynsworth Sinkler Boyd, PA PO Box 11889 Columbia, SC 29211-1889 | | 56577 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $342,940.08 | $342,940.08 | Electric Generation Interconnection Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| RE Adams East LLC McGuireWoods LLP Aaron G. McCollough 77 W. Wacker Dr. Ste 4100 Chicago, IL 60601 | | 10241 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $321,221.32 | $321,221.32 | Electric Generation Interconnection Claims |
| RE Kent South LLC McGuireWoods LLP Aaron G. McCollough 77 W. Wacker Dr. Ste 4100 Chicago, IL 60601 | | 79019 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,733,078.86 | $1,733,078.86 | Electric Generation Interconnection Claims |
| RE Old River One LLC McGuireWoods LLP Attn: Aaron G. McCollough 77 W. Wacker Dr., Suite 4100 Chicago, IL 60601 | | 10244 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $226,233.01 | $226,233.01 | Electric Generation Interconnection Claims |
| Elwood Solar (Q744) Confidential - Available Upon Request | | 883611 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,921,898.42 | $1,921,898.42 | Electric Generation Interconnection Claims |
| Elwood Solar (Q744) - Settled Portion Confidential - Available Upon Request | | 883612 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,083,055.07 | $1,083,055.07 | Electric Generation Interconnection Claims |
| Regulus Solar, LLC c/o TerraForm Power, LLC Attn: Legal 200 Liberty Street, 14th Floor New York, NY 10281 | | 75729 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $4,420,427.27 | $4,420,427.27 | Electric Generation Interconnection Claims |
| South Kern Solar (NU) (Q653EA) Confidential - Available Upon Request | | 883618 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $343,476.30 | $343,476.30 | Electric Generation Interconnection Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| SPVUSA Solar Farm (Q653F) Confidential - Available Upon Request | | 883620 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $627,800.42 | $627,800.42 | Electric Generation Interconnection Claims |
| SP Anderson II Solar NU (Q643G) Confidential - Available Upon Request | | 883621 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $186,061.03 | $186,061.03 | Electric Generation Interconnection Claims |
| Tesla-Stockton Cogen Confidential - Available Upon Request | | 883623 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $177,637.86 | $177,637.86 | Electric Generation Interconnection Claims |
| The Metropolitan Water District of Southern California Attnt Yamasaki, Group Manger, Water System Operations 700 N. Alameda St. 700 N. Alameda Street Los Angeles, CA 90012 | | 78475 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $10,136.06 | $10,136.06 | Cure Payments |
| Three Rocks Solar (Q612) Confidential - Available Upon Request | | 883624 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $699,518.28 | $699,518.28 | Electric Generation Interconnection Claims |
| Tillamook People's Utility District 1115 Pacific Ave Tillamook, OR 97141 | | 2014 | Pacific Gas and Electric Company | 3/26/2019 | $0.00 | $0.00 | $0.00 | $462,665.23 | $462,665.23 | Other Satisfied |
| Vega Solar, LLC c/oLongroad Solar Portfolio Holdings, LLC 330 Congress Street, 6th Floor Boston, MA 02210 | | 9147 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $2,897,867.00 | $2,897,867.00 | Electric Generation Interconnection Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| WBox 2019-6 LLC c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500 Minneapolis, MN 55416 | WBox 2019-6 LLC Whitebox Advisors LLC Scott Specken 3033 Excelsior Blvd, Suite 300 Minneapolis, MN 55416 100% | 58416 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $165,053.53 | $165,053.53 | Cure Payments |
| WBox 2019-6 LLC c/o Whitebox Advisors Minneapolis, MN 55416 | | 2002 | Pacific Gas and Electric Company | 4/4/2019 | $0.00 | $0.00 | $0.00 | $108,510.46 | $108,510.46 | Cure Payments |
| Wildwood Solar l, LLC Mary M. Caskey, Esq. Haynsworth Sinkler Boyd, PA PO Box 11889 Columbia, SC 29211-1889 | | 55753 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $377,965.25 | $377,965.25 | Electric Generation Interconnection Claims |
| Claims To Be Expunged Totals | | Count:40 | | | $0.00 | $1,483,390.47 | $0.00 | $35,854,875.35 | $37,338,265.82 | |