

Signed and Filed: November 17, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**<br><br>[Re: Dkt. No. 9278] |

Upon the *Reorganized Debtors' Report on Responses to Eighteenth Through Twenty-Fourth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9521] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Twenty-Third Omnibus Objection to Claims (No Liability Claims)* [Docket No. 9278] (the "**Twenty-Third Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Phillips 66 Pipeline LLC | 97934 | Following consultation with the Claimant, the Reorganized Debtors agreed to revise this Order to include the additional language in para. 2 below. |
| 9352 | Asplundh Construction, LLC | 97049 | Claimant contends that Claim No. 97049 is a Fire Victim Claim as defined in the Plan. Claim No. 97049 thus shall for all purposes be treated and classified as a Fire Victim Claim under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. Claimant shall have no further recourse against the Debtors or Reorganizted Debtors, as applicable, with respect to Claim No. 97049 or the Fire Victim Claim asserted therein. |
| 9353 | Utility Tree Service, LLC | 97051 | Claimant contends that Claim No. 97051 is a Fire Victim Claim as defined in the Plan. Claim No. 97051 thus shall for all purposes be treated and classified as a Fire Victim Claim under the Plan, and shall be fully assumed by, and the sole responsibility of, the Fire Victim Trust and subject to the Channeling Injunction, to be administered, processed, settled, disallowed, resolved, liquidated, satisfied, and/or paid in accordance with the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. Claimant shall have no further recourse against the Debtors or Reorganized Debtors, as applicable, with respect to Claim No. 97051 or the Fire Victim Claim asserted therein. |

2.      With respect to MLX Claims, the Reorganized Debtors view this as a purely administrative matter. The Reorganized Debtors seek only to expunge the proofs of claim filed on account of the MLX Claims, and any ongoing obligations will not be discharged. Any amounts the Reorganized Debtors are to owe on account of the MLX Claims will be paid in the ordinary course. Each such Claimant retains its non-bankruptcy remedies with respect to post-petition claims under the MLX Programs.

3.      The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

4.      This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Asplundh Construction, LLC Jayne Morris, LLP Aron M. Oliner, Geoffrey A. Heaton One Market Plaza Spear Street Tower, Suite 2200 San Francisco, CA 94105-1127 | | 97049 | Pacific Gas and Electric Company | 2/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| COUNTY OF MADERA 200 W 4TH ST 3RD FL MADERA, CA 93637 | | 7779 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $6,924.00 | $6,924.00 | Engineering Advances and Other Refunds |
| DEDOMENICO, DENNIS 670 ALVARADO RD BERKELEY, CA 94705 | | 3778 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $453.44 | $453.44 | Engineering Advances and Other Refunds |
| Dellinges, Alex 71 Willow Ave MILLBRAE, CA 94030-2536 | | 5087 | Pacific Gas and Electric Company | 8/2/2019 | $175,505.38 | $0.00 | $0.00 | $0.00 | $175,505.38 | Equity Interest Claims |
| DMP DEVELOPMENT CORP 2001 HOWARD ST. # 211 BRENDA, CA 93637 | | 4405 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Engineering Advances and Other Refunds |
| DMP DEVELOPMENT CORP 2001 HOWARD ST. # 211 BRENDA, CA 93637 | | 4572 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Engineering Advances and Other Refunds |
| Grutta, Rosafina R 127 School Ave Stockton, CA 95205-3464 | | 6368 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| Monarch Dunes, LLC Att: Ross Kay 655 Brea Canyon Road Walnut, CA 91789 | | 64064 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Engineering Advances and Other Refunds |
| Salazar Family Trust 29107 Cantera Drive Hayward, CA 94544 | | 103383 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $36,400.00 | $36,400.00 | Equity Interest Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Patel, Jignesh 4322 Starr Street Apt 1 Fremont, CA 94539 | | 16728 | Pacific Gas and Electric Company | 10/6/2019 | $0.00 | $0.00 | $0.00 | $11,979.47 | $11,979.47 | Engineering Advances and Other Refunds |
| Patel, Kanu 204 Belmont Ter Fremont, CA 94539 | | 8748 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Engineering Advances and Other Refunds |
| Phillips 66 Pipeline LLC Candace S. Schiffman Senior Council 2331 CityWest Blvd, N-1364 Houston, TX 77042 | | 97934 | Pacific Gas and Electric Company | 3/6/2020 | $0.00 | $0.00 | $0.00 | $471,808.27 | $471,808.27 | Main Line Extension Reimbursement Claims |
| QUINTERO, CIRO NELSON 8 HARRISON GARDEN BLVD N NORTH YORK TORONTO, ON M2N 7E2 | | 106181 | PG&E Corporation | 7/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Equity Interest Claims |
| RICHMOND AMERICAN HOMES OR NORTHERN, Inc 610 E HARBOR CENTER, STE 150 SUN CITY, CA 94585 | | 3994 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Engineering Advances and Other Refunds |
| SAFEWAY INC. ALBERTSONS COMPANIES, INC. MICHAEL DINGEL, ESQ. 250 PARKCENTER BLVD BOISE, ID 83706 | | 80805 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| San Mateo County Transportation Authority Wendel Rosen LLP c/o Lisa Lenherr, Esq. 1111 Broadway, 24th Floor Oakland, CA 94607 | | 78639 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Engineering Advances and Other Refunds |
| SCHANDLER, JON 5 FOX DEN ROAD MOUNT KISCO, NY 10549 | | 98540 | PG&E Corporation and Pacific Gas and Electric Company | 4/2/2020 | $0.00 | $0.00 | $0.00 | $1,126.58 | $1,126.58 | Equity Interest Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| The Bank of New York Mellon Robert P. Simons, Esq. Reed Smith LLP 225 Fifth Avenue Pittsburgh, PA 15222 | | 56924 | PG&E Corporation | 10/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Utility Tree Service, LLC Diane Morris, LLP Aron M. Oliner & Geoffrey A. Heaton One Market Plaza Spear Street Tower, Ste 2200 San Francisco, CA 94105-1127 | | 97051 | Pacific Gas and Electric Company | 2/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| WC Clovis 6186, LLC 176 Tollhouse Road, Suite 103 Clovis, CA 93611 | | 59214 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $36,000.00 | $36,000.00 | Main Line Extension Reimbursement Claims |
| Westlands Water District 3130 N. Fresno Street Fresno, CA 93703 | | 74669 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $36,041.34 | $36,041.34 | Main Line Extension Reimbursement Claims |
| Zinn, Sheron H 16 Palantine Hill Las Vegas, NV 89117 | | 106232 | PG&E Corporation | 8/6/2020 | $0.00 | $0.00 | $0.00 | $14,158.06 | $14,158.06 | Equity Interest Claims |
| **Claims To Be Expunged Totals** | | **Count:22** | | | **$175,505.38** | **$0.00** | **$0.00** | **$690,891.16** | **$866,396.54** | |