**Entered on Docket**
**November 17, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 17, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>  - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>  Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (PLAN PASSTHROUGH ENVIRONMENTAL CLAIMS)**<br><br>[Re: Dkt. No. 9287] |

Upon the *Reorganized Debtors' Report on Responses to Eighteenth Through Twenty-Fourth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9521] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Twenty-Fourth Omnibus Objection to Claims (Plan Passthrough Environmental Claims)* [Docket No. 9281] (the "**Twenty-Fourth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | California State Agencies | | Following consultation with the Claimant, the Reorganized Debtors agreed to revise this Order to include the additional language in para. 3 that references the Plan's treatment of Environmental Claims and Environmental Performance Obligations. |
| Informal | Federal Agencies | | Following consultation with the Claimant, the Reorganized Debtors agreed to revise this Order to include the additional language in para. 3 that references the Plan's treatment of Environmental Claims and Environmental Performance Obligations. |

2. The Claims listed in the column headed "Claim/Schedule to be Expunged" in **Exhibit 1** hereto are expunged.

3. For the avoidance of doubt, nothing herein shall modify the Plan or the Confirmation Order [Docket No. 8053], including without limitation paragraph 67(b) of the Confirmation Order, which provides that all Environmental Claims held by any Governmental Unit (as defined therein) and Environmental Performance Obligations to any Governmental Unit shall survive the Chapter 11 Cases as if they had not been commenced and be determined in the ordinary course of business, including in the manner and by the administrative or judicial tribunals in which such Environmental Claims or Environmental Performance Obligations would have been resolved or adjudicated if the Chapter 11 Cases had not been commenced; provided, that nothing in the Confirmation Order, the Plan, or the Plan Documents shall alter any legal or equitable rights or defenses of the Debtors or the Reorganized Debtors under non-bankruptcy law with respect to any such Environmental Claims or Environmental Performance Obligations. For the avoidance of doubt, the Debtors and the Reorganized Debtors shall not raise the discharge injunction as a defense to the Environmental Claims or Environmental Performance Obligations.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 201 River Street LLC 307 17th Ave Santa Cruz, CA 95062 | | 71760 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| 2035 North Pacific Avenue LLC 2035 North Pacific Avenue Santa Cruz, CA 95060 | | 20048 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Plan Passthrough Environmental Claims |
| Athletics Investment Group LLC as its Successor(s) in Interest and Assigns Oakland Athletics DLonra Ellis, Esq. Oakland Coliseum, 7000 Coliseum Way Oakland, CA 94621 | | 79610 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California State Water Resources Control Board Attn: John Russell, Deputy Director of Administrative Services 1001 I Street Sacramento, CA 95814 | | 72175 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Barrel Company LLC 423rd Street San Francisco, CA 94107 | | 79269 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Coastal Commission Attn: Alison Dettmer, Deputy Director 45 Fremont St, Suite 2000 San Francisco, CA 94105 | | 57757 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Fish & Wildlife Ming J. Park 455 Golden Gate Ave, Suite 11000 San Francisco, CA 94102 | | 106241 | Pacific Gas and Electric Company | 8/12/2020 | $0.00 | $0.00 | $0.00 | $295,169.30 | $295,169.30 | Plan Passthrough Environmental Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Department of Water Resources Danette E. Valdez 455 Golden Gate Avenue San Francisco, CA 94102 | | 78229 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Water Resources Attn: Danette E. Valdez Supervising Deputy Attorney General San Francisco, CA 94102 | | 74869 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Water Resources Attn: Danette E. Valdez Supervising Deputy Attorney General 455 Golden Gate Avenue San Francisco, CA 94102 | | 72187 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Water Resources Attn: Danette E. Valdez Supervising Deputy Attorney General San Francisco, CA 94102 | | 78084 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Water Resources Attn: Danette E. Valdez Supervising Deputy Attorney General San Francisco, CA 94102 | | 78091 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Water Resources Attn: Danette E. Valdez Supervising Deputy Attorney General San Francisco, CA 94102 | | 77978 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $66,209.00 | $66,209.00 | Plan Passthrough Environmental Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Department of Water Resources Attn: Danette E. Valdez Supervising Deputy Attorney Counsel 455 Golden Gate Avenue San Francisco, CA 94102 | | 78394 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Department of Water Resources Attn: Danette E. Valdez Supervising Deputy Attorney General San Francisco, CA 94102 | | 78085 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California Regional Water Quality Control Board, Lahontan Region Cy Alexander Deputy Attorney General 455 Golden Gate Ave. San Francisco, CA 94102 | | 82517 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Regional Water Quality Control Board, San Francisco Bay Region Ian R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | | 72181 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $560.46 | $560.46 | Plan Passthrough Environmental Claims |
| California Regional Water Quality Control Board, San Francisco Bay Region Ian R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | | 74805 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,812.88 | $2,812.88 | Plan Passthrough Environmental Claims |
| California Regional Water Quality Control Board, San Francisco Bay Region Ian R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | | 77786 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $4,358.02 | $4,358.02 | Plan Passthrough Environmental Claims |
| California Regional Water Quality Control Board, San Francisco Bay Region Ian R. Hoffman Deputy Attorney General Natural Resources Law Section 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | | 78012 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $17,047.70 | $17,047.70 | Plan Passthrough Environmental Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Water Resources Control Board Sara D. Van Loh Deputy Attorney General California Department of Justice 1515 Clay Street, Suite 2000 Oakland, CA 94612 | | 59863 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California State Water Resources Control Board Sara D. Van Loh Deputy Attorney General California Department of Justice 1515 Clay Street, Suite 2000 Oakland, CA 94612 | | 60302 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California State Water Resources Control Board Noelle Smith Deputy Attorney General California Attorney General's Office San Francisco, CA 94102 | | 74911 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California State Water Resources Control Board Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 78719 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $5,524.87 | $5,524.87 | Plan Passthrough Environmental Claims |
| California State Water Resources Control Board John Russell, Deputy Director of Administrative Services 1001 I Street Sacramento, CA 95814 | | 97812 | Pacific Gas and Electric Company | 3/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| California State Water Resources Control Board Tiffany Yee, Deputy Attorney General Office of the Attorney General 1515 Clay Street, 20th Floor 20th Floor Oakland, CA 94612 | | 60269 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,552.24 | $2,552.24 | Plan Passthrough Environmental Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Water Resources Control Board Attn: Ian R. Hoffman, Deputy Attorney General Natural Resources Law Section California Department of Justice 455 Golden Gate Avenue, Suite 11000 San Francisco, CA 94102 | | 77972 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,812.88 | $2,812.88 | Plan Passthrough Environmental Claims |
| Central Valley Regional Water Quality Control Board Attn: Jessica Jahr, Office of Chief Counsel State Water Resources Control Board State Water Resources Control Board 1001 I Street Sacramento, CA 95814 | | 75221 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,204.53 | $2,204.53 | Plan Passthrough Environmental Claims |
| Cutsworth, Dana P 2247 Durant Avenue Suite 204 Berkeley, CA 94704 | | 87951 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $1,000,000.00 | Plan Passthrough Environmental Claims |
| Eureka Forest Products, Inc., a California corporation 1076 West 14th Street Eureka, CA 95501 | | 8589 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $275,000.00 | $275,000.00 | Plan Passthrough Environmental Claims |
| Ford Motor Company c/o K&L Gates LLP Attn: Joseph F Lagrotteria One Newark Center, Tenth Floor Newark, NJ 07102 | | 68928 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| Fort Mojave Indian Tribe The McDonald Law Firm, LC Steven P. McDonald, Esq. 1609 Soledad Ave. La Jolla, CA 92037-3817 | | 55478 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $292,750.00 | $292,750.00 | Plan Passthrough Environmental Claims |
| Plumas Audubon Society Attn: Lindsay Wood 429 Main Street Quincy, CA 95971 | | 4574 | Pacific Gas and Electric Company | 8/2/2019 | $358,891.38 | $0.00 | $0.00 | $0.00 | $358,891.38 | Plan Passthrough Environmental Claims |

Case: 19-30088    Doc# 9561    Filed: 11/17/20    Entered: 11/17/20 17:44:24    Page 10 of 11

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Regional Water Quality Control Board, Central Valley Region Jessica Jahr, Senior Staff Counsel Office of Chief Counsel State Water Resources Control Board 1001 I Street Sacramento, CA 95814 | | 60240 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| Regional Water Quality Control Board, Central Valley Region Office of the Attorney General Tiffany Yee, Deputy Attorney General 1515 Clay Street, 20th Floor Oakland, CA 94612 | | 77458 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $5,524.87 | $5,524.87 | Plan Passthrough Environmental Claims |
| **Claims To Be Expunged Totals** | | **Count:35** | | | **$358,891.38** | **$0.00** | **$0.00** | **$3,972,526.75** | **$4,331,418.13** | |