**Entered on Docket
November 17, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Isaac M. Pachulski (CA Bar No. 62337)
Debra I. Grassgreen (CA Bar No. 169978)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
Email: dgrassgreen@pszjlaw.com

Eric Seiler (admitted *pro hac vice*)
Jason C. Rubinstein (admitted *pro hac vice*)
Michael S. Palmieri (admitted *pro hac vice*)
FRIEDMAN KAPLAN SEILER AND ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone (212) 833-1103
Facsimile (212) 373-7903
Email: eseiler@fklaw.com

*Attorneys for Securities Claimant
Baupost Group Securities, L.L.C*

Signed and Filed: November 17, 2020



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Chapter 11<br><br>Case No. 19-30088 (DM)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION AS TO THE PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO'S MOTION TO APPLY BANKRUPTCY RULE 7023 AND CERTIFY A LIMITED CLASS** |

      The Court, having reviewed the *Stipulation as to the Public Employees Retirement Association of New Mexico's Motion to Apply Bankruptcy Rule 7023 and Certify A Limited Class* filed on November 16, 2020 (the "**Stipulation**"),[1] entered into by Baupost Group Securities, L.L.C. in the above-captioned cases, on the one hand, and Public Employees Retirement Association of New Mexico and the Relevant Class (collectively, the "**Parties**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved.

**END OF ORDER**