MORGAN, LEWIS & BOCKIUS LLP
Richard W. Esterkin (SBN 70769)
300 South Grand Ave.
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501
richard.esterkin@morganlewis.com

*Attorneys for the State of Oregon by and through the Oregon Investment Council on behalf of each of the Oregon Public Employees Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fund*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (SHANNON B. WOLF)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☒ Affects Pacific Gas and Electric Company | |
| ☐ Affects both Debtors | Hearing: November 18, 2020 |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Place:   US Bankruptcy Court<br>         Via CourtCall/Video |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Shannon B. Wolf, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac* basis representing the State of Oregon by and through the Oregon Investment Council on behalf of each of the Oregon Public Employees Retirement Fund, Common School Fund, Oregon Short Term Fund and Industrial Accident Fund in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of that attorney is:

   Richard W. Esterkin

   Morgan, Lewis & Bockius LLP

   300 South Grand Avenue, Suite 2200

   Los Angeles, California 90071

   (213) 613-2500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2020

_____
Shannon B. Wolf



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Shannon Blank Wolf

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of June, 2010**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **12th day of November, 2020**.



Robert D. Mayberger

Clerk

Case: 19-30088   Doc# 9566   Filed: 11/18/20   Entered: 11/18/20 09:04:19   Page 3 of 3