1          UNITED STATES BANKRUPTCY COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                    -oOo-

4  In Re:                     ) Case No. 19-30088
                              ) Chapter 11
5  PG&E CORPORATION AND PACIFIC  )
   GAS AND ELECTRIC COMPANY,   ) San Francisco, California
6                              ) Tuesday, November 17, 2020
                  Debtors.    ) 10:00 AM
7  _____  )
                                REORGANIZED DEBTORS'
8                               NINETEENTH OMNIBUS OBJECTION
                                TO CLAIMS (DUPLICATIVE
9                               CLAIMS) FILED BY PG&E
                                CORPORATION [9266] (RE EDGAR
10                              PERRY)

11                              REORGANIZED DEBTORS'
                                TWENTIETH OMNIBUS OBJECTION
12                              TO CLAIMS (INCORRECT DEBTOR
                                CLAIMS) FILED BY PG&E
13                              CORPORATION [9269] (RE MONICA
                                STARR)
14
                    TRANSCRIPT OF PROCEEDINGS
15         BEFORE THE HONORABLE DENNIS MONTALI
               UNITED STATES BANKRUPTCY JUDGE
16

17 APPEARANCES (Via CourtCall):
   For the Debtor:          DARA L. SILVEIRA, ESQ.
18                          Keller Benvenutti Kim LLP
                            650 California Street
19                          Suite 1900
                            San Francisco, CA 94108
20                          (415)364-6793

21 Also Present:            Edgar Perry
                            Individual Claimant
22

23

24

25

escribers
(973)404-5550 | operations@escribers.net | www.escribers.net

```
1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18   Court Recorder:              LORENA PARADA/ANKEY THOMAS
                                  United States Bankruptcy
                                  Court
19                                450 Golden Gate Avenue
                                  San Francisco, CA 94102
20

21   Transcriber:                 COLIN RICHILANO
                                  eScribers, LLC
22                                7227 N. 16th Street
                                  Suite #207
23                                Phoenix, AZ 85020
                                  (973)406-2250
24

25   Proceedings recorded by electronic sound recording;
     transcript provided by transcription service.
```

(973)406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   SAN FRANCISCO, CALIFORNIA, TUESDAY, NOVEMBER 17, 2020, 10:00 AM

2                              -oOo-

3        (Call to order of the Court.)

4            THE COURTROOM DEPUTY:  We are now live.  Please

5   proceed.

6            MR. PERRY:  Hello.

7            MS. SILVEIRA:  Thank you.

8            THE COURTROOM DEPUTY:  Court is now in session.  The

9   honorable Dennis Montali presiding.  Calling the matter of PG&E

10  Corporation.

11           THE COURT:  All right.  Good morning, everyone on the

12  call.  This is Judge Montali.  I apologize for delays.  I'm

13  having serious communication problems from my home, and I

14  believe there's at least somebody who keeps wanting to be

15  heard; you'll be heard in a moment.

16           Let me ask, who is on the call for the debtor,

17  appearing today?

18           MS. SILVEIRA:  Good morning, Your Honor.  This is Dara

19  Levinson Silveira from Keller Benvenutti Kim on behalf of the

20  debtors and reorganized debtors.  Peter Benvenutti is also on

21  the line.

22           THE COURT:  Okay.  Thank you for the update on the

23  schedule and the agenda that you've given me.

24           The way I see it, we have only three omnibus claimants

25  that need to be dealt with:  Mr. Wrynn, Mr. Perry, if he's on

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    the call, and Ms. -- sorry, I don't have her name, sorry -- Ms.

2    Sinar (sic phonetic) -- Starr, rather, excuse me.  So am I

3    right, do you know of anything else that are action items this

4    morning?

5           MS. SILVEIRA:  No, Your Honor.  Just those three.

6           THE COURT:  Something came in on the docket yesterday

7    from a person named Mr. Willams (phonetic), but it wasn't in --

8    Bruce Willams, who has claim number 1073.  Are you familiar

9    with his situation?

10          MS. SILVEIRA:  Yes, Your Honor.  I believe that

11   response relates to one of the omnibus claims objections we

12   just filed last week --

13          THE COURT:  Okay.

14          MS. SILVEIRA:  -- with respect to customer liability

15   claims.

16          THE COURT:  Okay.  That's what I thought.  Okay. Now I

17   will -- Mr. Perry, are you on the call?

18          MR. PERRY:  Yes, sir.

19          THE COURT:  Okay.

20          MR. PERRY:  First of all, I would like to --

21          THE COURT:  Excuse me.

22          MR. PERRY:  -- point out that the --

23          THE COURT:   Mr. Perry, hold it.  Mr. Perry, I'm under

24   tremendous inconvenience here from a communication, so you need

25   to listen to me for a minute, and then I'll do my best to

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   listen to you.

2           MR. PERRY:  Yes, sir.

3           THE COURT:  You believe that you have a claim and

4   you -- you have a claim for 3,000 dollars because of a trimming

5   that you didn't approve of; that's the issue, right?

6           MR. PERRY:  That is correct, but it's not my fault

7   someone --

8           THE COURT:  Hold on.

9           MR. PERRY:  -- presented the claim.

10          THE COURT:  Mr. Perry, I didn't say it was your fault.

11          Ms. Silveira, what's the debtor's defense to the

12  claim?

13          MS. SILVEIRA:  Your Honor, the debtors are --

14          MR. PERRY:  Yeah, there's only one claim.

15          THE COURT:  Mr. Perry?  Mr. Perry?  Mr. Perry, be

16  quiet for a minute, please.

17          MR. PERRY:  Yes.

18          THE COURT:  I'm trying to figure out your claim.

19          MR. PERRY:  Okay.  Okay.

20          THE COURT:  Let Ms. Silveira, who is PG&E's lawyer,

21  respond to my question.

22          Ms. Silveira?

23          MS. SILVEIRA:  Your Honor, Mr. Perry has filed two

24  claims, each for 3,000 dollars, each stemming from what we

25  believe is the same incident.  These are claims 92615 and

PG&E Corporation and Pacific Gas and Electric Company

1   106158.  The nineteenth omnibus claim objection only objects to

2   one of them, to claim number 92615.  We propose to keep the

3   other claim on the claims register, subject to potential future

4   objection.

5            THE COURT:  Is there any way of telling Mr. Perry that

6   his one claim for 3,000 dollars will be accepted, or does he

7   have to anticipate some fighting about that going forward,

8   sometime in the future?

9            MS. SILVEIRA:  Your Honor, I can certainly expedite

10  the review of it, but at the moment we're not prepared to speak

11  to whether it will be allowed or not, but we can certainly

12  speed up our review.

13           THE COURT:  Mr. Perry, what Ms. Silveira just

14  confirmed, what I believe, is no one has said you don't have a

15  claim for 3,000 dollars yet.  All they're saying is you don't

16  have two claims for 3,000 dollars.  And you do not have two

17  claims, do you?

18           MR. PERRY:  I wrote to the courts explaining that one

19  of the claims was duplicated by someone, and --

20           THE COURT:  Okay.  That's all you need to say.

21           MR. PERRY:  -- I only have one claim.

22           THE COURT:  Okay.  Mr. Perry, that's all.  I'm going

23  to sustain the objection to the duplicate claim, and whether

24  it's number 92615 or 106953, whatever the number is that Ms.

25  Silveira -- and I don't care what the number of the claim is,

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1  we're just getting rid of -- and all the company is doing is

2  eliminating duplicate claims.

3      You will have one claim on file for 3,000 dollars, and

4  I've asked her to put that one claim up for consideration, and

5  maybe the company will accept it and pay you, and maybe not,

6  but if the company doesn't agree to one claim for 3,000

7  dollars, there will be another chance for you to argue your

8  case in front of me at some date in the future.

9      So I'm going to sustain the objection, based upon

10  duplication only, and tell Ms. Silveira to provide an order

11  that simply preserves for future consideration one claim by Mr.

12  Edgar Perry for 3,000 dollars, and that's all I'm going to do

13  today.

14      All right.

15      MR. PERRY:  Yeah, that is correct.

16      THE COURT:  Okay.  That's all we need to do.

17      Ms. Starr, are you on the call today?

18      Ms. Silveira, have you heard from Ms. Starr?

19      MS. SILVEIRA:  Ms. Starr and I emailed yesterday, Your

20  Honor, and I sent her an email about a week ago explaining,

21  similar to Mr. Perry, we were only objecting to one of her

22  claims and asked if she wanted to go forward with the hearing.

23  I believe the resolution was that she understood only one of

24  her claims would be disallowed and expunged and the other would

25  survive, but I didn't receive email confirmation of that, and I

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    also didn't receive email confirmation as to whether she would

2    be attending today.

3             THE COURT:  All right.  Operator, is Monica Starr on

4    the phone call today?

5             THE CLERK:  No, Your Honor.  She is not.

6             THE COURT:  Okay.  Ms. Silveira, I, again, because of

7    the confusion with a lot of things, I reviewed Ms. Starr's

8    letter of -- or her filing of November 6th, but I don't believe

9    she mentioned anything about duplicates.  So once again, in

10   preparing, I was not ready to deal with the duplicate.

11            I will sustain the debtors' objection based upon

12   duplicate, and please make sure that whatever the claim

13   number -- the correct claim number that survives it as -- being

14   the claim rather than the duplicate claim survives for some

15   future consideration, okay?

16            MS. SILVEIRA:  Yes, thank you, Your Honor.

17            THE COURT:  And then finally, is Mr. Wrynn on the

18   phone?

19            THE CLERK:  Excuse me, Your Honor, this is Ms. Parada.

20            Mr. Wrynn attempted to call me on my line while we had

21   started the court hearing, and he's left some voicemail

22   messages that I have not been able to check this morning, as we

23   were in court.

24            THE COURT:  Okay.  Okay.  Ms. Silveira, Mr. Wrynn

25   seems to argue that he only has a claim for interest.  Is this,

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   again, another duplication that we're dealing with, or is it

2   something else?

3           MS. SILVEIRA:  No, Your Honor, this relates to

4   satisfaction of his claim.  I will say I was in communication

5   with Mr. Wrynn yesterday.  He expressed his intention to

6   participate in the hearing, but indicated that he was having

7   trouble connecting through CourtCall; that CourtCall was

8   telling him something about only being available on Zoom.  So I

9   directed him to Ms. Parada, but I do believe he was intending

10  for the hearing to go forward.  I'm certainly happy to explain

11  the reorganized debtors' position, but I don't want to

12  prejudice Mr. Wrynn if he wasn't able to call in.

13          THE COURT:  Okay.  Well, Mr. Wrynn is suffering from

14  the same problem that the Court is suffering, with

15  communications problems today.  I'm going to simply just

16  continue Mr. Wrynn's objection to the next omnibus hearing,

17  which I think is December 15th, right?

18          MS. SILVEIRA:  Yes, Your Honor, and we'll see if we

19  can resolve his claim in the meantime.

20          THE COURT:  Okay.  Is there anyone else on this call

21  that believes there's something that I should be dealing with

22  on our 10 o'clock calendar?

23          All right.  For counsel who are monitoring the case

24  and plan to participate at 11, at the Zoom hearing, at the

25  moment, at 10:27 or whatever it is, I'm not positive we're

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    going to be able to have the Zoom hearing at 11.  In the next

2    twenty minutes, I hope to see if the problem that I'm having, I

3    believe through the neighborhood, not just my home, is

4    resolved, and if I'm not able to conduct the hearing at 11.  My

5    courtroom deputy, Ms. Parada, will have to notify people at the

6    Zoom conference at 11.  So there's nothing I can do about it

7    now but use the next twenty minutes to see if I can get the

8    thing working.  And for those of you that have seen my Zoom

9    system fail in the past, this is something different.

10            So with that, I'm going to conclude the 10 o'clock

11    hearing.  Thank you all for your time and patience, and I may

12    be talking to some or more of you at 11.  That will be the end

13    of the hearing for now.

14            MS. SILVEIRA:  Thank you, Your Honor.

15        (Whereupon these proceedings were concluded)

16

17

18

19

20

21

22

23

24

25

eScribers
(973) 406-2250 | operations@escribers.net | www.escribers.net
of 15

1                              I N D E X

2       RULINGS:                                  PAGE LINE

3       Omnibus objection to duplicative claims Re      6     23

4       Edgar Perry sustained

5       Omnibus objection to incorrect debtor claims    8     12

6       Re Monica Starr sustained

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                        C E R T I F I C A T I O N

3

4    I, Colin Richilano, certify that the foregoing transcript is a

5    true and accurate record of the proceedings.

6

7

8

9    _____

10   /s/ COLIN RICHILANO

11

12   eScribers

13   7227 N. 16th Street, Suite #207

14   Phoenix, AZ 85020

15

16   Date:  November 18, 2020

17

18

19

20

21

22

23

24

25

**A**

able (4)
8:22;9:12;10:1,4
accept (1)
7:5
accepted (1)
6:6
action (1)
4:3
again (3)
8:6;9;9:1
agenda (1)
3:23
ago (1)
7:20
agree (1)
7:6
allowed (1)
6:11
anticipate (1)
6:7
apologize (1)
3:12
appearing (1)
3:17
approve (1)
5:5
argue (2)
7:7;8:25
attempted (1)
8:20
attending (1)
8:2
available (1)
9:8

**B**

based (2)
7:9;8:11
behalf (1)
3:19
believes (1)
9:21
Benvenutti (2)
3:19,20
best (1)
4:25
Bruce (1)
4:8

**C**

calendar (1)
9:22
CALIFORNIA (1)
3:1
Call (10)
3:3,12,16;4:1,17;
7:17;8:4,20;9:12,20
Calling (1)
3:9
came (1)
4:6
can (5)
6:9,11;9:19;10:6,7
care (1)
6:25
case (2)
7:8;9:23
certainly (3)
6:9,11;9:10
chance (1)
7:7
check (1)
8:22
claim (26)
4:8;5:3,4,9,12,14,18;
6:1,2,3,6,15,21,23,25;
7:3,4,6,11;8:12,13,14,
14,25;9:4,19
claimants (1)
3:24
claims (8)
4:11,15;5:24,25;6:3,
16,17,19;7:2,22,24
CLERK (2)
8:5,19
communication (3)
3:13;4:24;9:4
communications (1)
9:15
company (3)
7:1,5,6
conclude (1)
10:10
concluded (1)
10:15
conduct (1)
10:4
conference (1)
10:6
confirmation (2)
7:25;8:1
confirmed (1)
6:14
confusion (1)
8:7
connecting (1)
9:7
consideration (3)
7:4,11;8:15
continue (1)
9:16
Corporation (1)
3:10
counsel (1)
9:23
Court (30)
3:3,8,11,22;4:6,13,
16,19,21,23;5:3,8,10,
15,18,20;6:5,13,20,22;
7:16;8:3,6,17,21,23,24;
9:13,14,20
CourtCall (2)
9:7,7
COURTROOM (3)
3:4,8;10:5
courts (1)
6:18
customer (1)
4:14

**D**

Dara (1)
3:18
date (1)
7:8
deal (1)
8:10
dealing (2)
9:1,21
dealt (1)
3:25
debtor (1)
3:16
debtors (3)
3:20,20;5:13
debtors' (2)
8:11;9:11
debtor's (1)
5:11
December (1)
9:17
defense (1)
5:11
delays (1)
3:12
Dennis (1)
3:9
DEPUTY (3)
3:4,8;10:5
different (1)
10:9
directed (1)
9:9
disallowed (1)
7:24
docket (1)
4:6
dollars (8)
5:4,24;6:6,15,16;7:3,
7,12
duplicate (5)
6:23;7:2;8:10,12,14
duplicated (1)
6:19
duplicates (1)
8:9
duplication (2)
7:10;9:1

**E**

Edgar (1)
7:12
eliminating (1)
7:2
else (3)
4:3;9:2,20
email (3)
7:20,25;8:1
emailed (1)
7:19
end (1)
10:12
everyone (1)
3:11
excuse (3)
4:2,21;8:19
expedite (1)
6:9
explain (1)
9:10
explaining (2)
6:18;7:20
expressed (1)
9:5
expunged (1)
7:24

**F**

fail (1)
10:9
familiar (1)
4:8
fault (2)
5:6,10
fighting (1)
6:7
figure (1)
5:18
file (1)
7:3
filed (2)
4:12;5:23
filing (1)
8:8
finally (1)
8:17
First (1)
4:20
forward (3)
6:7;7:22;9:10
FRANCISCO (1)
3:1
front (1)
7:8
future (5)
6:3,8;7:8,11;8:15

**G**

given (1)
3:23
Good (2)
3:11,18

**H**

happy (1)
9:10
heard (3)
3:15,15;7:18
hearing (10)
7:22;8:21;9:6,10,16,
24;10:1,4,11,13
Hello (1)
3:6
hold (2)
4:23;5:8
home (2)
3:13;10:3
Honor (13)
3:18;4:5,10;5:13,23;
6:9;7:20;8:5,16,19;9:3,
18;10:14
honorable (1)
3:9
hope (1)
10:2

**I**

incident (1)
5:25
inconvenience (1)
4:24
indicated (1)
9:6
intending (1)
9:9
intention (1)
9:5
interest (1)
8:25
issue (1)
5:5
items (1)
4:3

**J**

Judge (1)
3:12

**K**

keep (1)
6:2
keeps (1)
3:14
Keller (1)
3:19
Kim (1)
3:19

**L**

last (1)

Case: 19-30088    Doc# 9568    Filed: 11/18/20    Entered: 11/18/20 11:30:48    Page 13
of 15

4:12
**lawyer (1)**
5:20
**least (1)**
3:14
**left (1)**
8:21
**letter (1)**
8:8
**Levinson (1)**
3:19
**liability (1)**
4:14
**line (2)**
3:21;8:20
**listen (1)**
4:25;5:1
**live (1)**
3:4
**lot (1)**
8:7

**M**

**matter (1)**
3:9
**may (1)**
10:11
**maybe (2)**
7:5,5
**meantime (1)**
9:19
**mentioned (1)**
8:9
**messages (1)**
8:22
**minute (2)**
4:25;5:16
**minutes (2)**
10:2,7
**moment (3)**
3:15;6:10;9:25
**Monica (1)**
8:3
**monitoring (1)**
9:23
**Montali (2)**
3:9,12
**more (1)**
10:12
**morning (4)**
3:11,18;4:4;8:22

**N**

**name (1)**
4:1
**named (1)**
4:7
**need (4)**
3:25;4:24;6:20;7:16
**neighborhood (1)**
10:3

**next (3)**
9:16;10:1,7
**nineteenth (1)**
6:1
**notify (1)**
10:5
**NOVEMBER (2)**
3:1;8:8
**number (7)**
4:8;6:2,24,24,25;
8:13,13

**O**

**objecting (1)**
7:21
**objection (6)**
6:1,4,23;7:9;8:11;
9:16
**objections (1)**
4:11
**objects (1)**
6:1
**o'clock (2)**
9:22;10:10
**omnibus (4)**
3:24;4:11;6:1;9:16
**once (1)**
8:9
**one (13)**
4:11;5:14;6:2,6,14,
18,21;7:3,4,6,11,21,23
**only (9)**
3:24;5:14;6:1,21;
7:10,21,23;8:25;9:8
**oOo- (1)**
3:2
**Operator (1)**
8:3
**order (2)**
3:3;7:10
**out (2)**
4:22;5:18

**P**

**Parada (3)**
8:19;9:9;10:5
**participate (2)**
9:6,24
**past (1)**
10:9
**patience (1)**
10:11
**pay (1)**
7:5
**people (1)**
10:5
**PERRY (27)**
3:6,25;4:17,18,20,22,
23,23;5:2,6,9,10,14,15,
15,15,17,19,23;6:5,13,
18,21,22;7:12,15,21

**person (1)**
4:7
**Peter (1)**
3:20
**PG&E (1)**
3:9
**PG&E's (1)**
5:20
**phone (2)**
8:4,18
**phonetic (2)**
4:2,7
**plan (1)**
9:24
**Please (3)**
3:4;5:16;8:12
**point (1)**
4:22
**position (1)**
9:11
**positive (1)**
9:25
**potential (1)**
6:3
**prejudice (1)**
9:12
**prepared (1)**
6:10
**preparing (1)**
8:10
**presented (1)**
5:9
**preserves (1)**
7:11
**presiding (1)**
3:9
**problem (2)**
9:14;10:2
**problems (2)**
3:13;9:15
**proceed (1)**
3:5
**proceedings (1)**
10:15
**propose (1)**
6:2
**provide (1)**
7:10
**put (1)**
7:4

**Q**

**quiet (1)**
5:16

**R**

**rather (2)**
4:2;8:14
**ready (1)**
8:10
**receive (2)**

7:25;8:1
**register (1)**
6:3
**relates (2)**
4:11;9:3
**reorganized (2)**
3:20;9:11
**resolution (1)**
7:23
**resolve (1)**
9:19
**resolved (1)**
10:4
**respect (1)**
4:14
**respond (1)**
5:21
**response (1)**
4:11
**review (2)**
6:10,12
**reviewed (1)**
8:7
**rid (1)**
7:1
**right (7)**
3:11;4:3;5:5;7:14;
8:3;9:17,23

**S**

**same (2)**
5:25;9:14
**SAN (1)**
3:1
**satisfaction (1)**
9:4
**saying (1)**
6:15
**schedule (1)**
3:23
**seems (1)**
8:25
**sent (1)**
7:20
**serious (1)**
3:13
**session (1)**
3:8
**sic (1)**
4:2
**SILVEIRA (23)**
3:7,18,19;4:5,10,14;
5:11,13,20,22,23;6:9,
13,25;7:10,18,19;8:6,
16,24;9:3,18;10:14
**similar (1)**
7:21
**simply (2)**
7:11;9:15
**Sinar (1)**
4:2
**situation (1)**

4:9
**somebody (1)**
3:14
**someone (2)**
5:7;6:19
**sometime (1)**
6:8
**sorry (2)**
4:1,1
**speak (1)**
6:10
**speed (1)**
6:12
**Starr (5)**
4:2;7:17,18,19;8:3
**Starr's (1)**
8:7
**started (1)**
8:21
**stemming (1)**
5:24
**subject (1)**
6:3
**suffering (2)**
9:13,14
**sure (1)**
8:12
**survive (1)**
7:25
**survives (2)**
8:13,14
**sustain (3)**
6:23;7:9;8:11
**system (1)**
10:9

**T**

**talking (1)**
10:12
**telling (2)**
6:5;9:8
**thought (1)**
4:16
**three (2)**
3:24;4:5
**today (6)**
3:17;7:13,17;8:2,4;
9:15
**tremendous (1)**
4:24
**trimming (1)**
5:4
**trouble (1)**
9:7
**trying (1)**
5:18
**TUESDAY (1)**
3:1
**twenty (2)**
10:2,7
**two (3)**
5:23;6:16,16

Min-U-Script®

Case: 19-30088    Doc# 9568    Filed: 11/18/20    Entered: 11/18/20 11:30:48    Page 14
of 15

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

(2) lawyer - two

## U

**under (1)**
4:23
**understood (1)**
7:23
**up (2)**
6:12;7:4
**update (1)**
3:22
**upon (2)**
7:9;8:11
**use (1)**
10:7

## V

**voicemail (1)**
8:21

## W

**way (2)**
3:24;6:5
**week (2)**
4:12;7:20
**what's (1)**
5:11
**Whereupon (1)**
10:15
**Willams (2)**
4:7,8
**working (1)**
10:8
**wrote (1)**
6:18
**Wrynn (7)**
3:25;8:17,20,24;9:5,
12,13
**Wrynn's (1)**
9:16

## Y

**yesterday (3)**
4:6;7:19;9:5

## Z

**Zoom (5)**
9:8,24;10:1,6,8

## 1

**10 (2)**
9:22;10:10
**10:27 (1)**
9:25
**106158 (1)**
6:1
**106953 (1)**
6:24

**1073 (1)**
4:8
**11 (5)**
9:24;10:1,4,6,12
**15th (1)**
9:17
**17 (1)**
3:1

## 2

**2020 (1)**
3:1

## 3

**3,000 (8)**
5:4,24;6:6,15,16;7:3,
6,12

## 6

**6th (1)**
8:8

## 9

**92615 (3)**
5:25;6:2,24

Min-U-Script®

Case: 19-30088    Doc# 9568    Filed: 11/18/20    Entered: 11/18/20 11:30:48    Page 15
of 15

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

(3) under - 92615