# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dchambers | Date Created: 11/19/2020 |
| Case: 19–30088 | Form ID: TRANSC | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Dara Levinson Silveira     dsilveira@kbkllp.com

TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
intp     Edgar Perry     2540 Market Ave.     San Pablo, CA 94806–4542

TOTAL: 1