ROPES & GRAY LLP
Rocky C. Tsai (CA Bar No. 221452)
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6369
Facsimile: (415) 315-6350
Email: rocky.tsai@ropesgray.com

ROPES & GRAY LLP
Andrew G. Devore (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Email: andrew.devore@ropesgray.com

ROPES & GRAY LLP
Gregg M. Galardi (admitted *pro hac vice*)
Keith H. Wofford (admitted *pro hac vice*)
Daniel G. Egan (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: gregg.galardi@ropesgray.com
      keith.wofford@ropesgray.com
      daniel.egan@ropesgray.com

*Counsel to Elliott Management Corporation, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                   Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPELLANT ELLIOTT MANAGEMENT CORPORATION'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

Elliott Management Corporation, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it ("Elliott" or "Appellant"), by and through its undersigned counsel, Ropes & Gray LLP, hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following statement of issues and designation of the items to be included in the record in connection with Elliott's appeal from (i) the *Order Disallowing Administrative Expense Claims of Elliott Management Corporation* entered on October 22, 2020 [D.I. 9334] (the "Order") by the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), and (ii) the related *Memorandum Decision Disallowing Administrative Expense Claims* dated October 22, 2020 [D.I. 9333] (the "Memorandum Decision") issued by the Bankruptcy Court.

**STATEMENT OF ISSUES ON APPEAL**

1. Whether the Bankruptcy Court erred in ruling that Elliott's request for allowance and payment of an administrative expense claim under section 503(b)(1) of the Bankruptcy Code for damages arising out of the Debtors' postpetition breach of a Restructuring Support Agreement was barred as a matter of law by the release provisions of Section 10.9(b) of the Debtors' chapter 11 plan and paragraph 56 of the order confirming the Debtors' chapter 11 plan (the "Confirmation Order").

**DESIGNATION OF RECORD ON APPEAL**

Appellant hereby designates the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| | **Item** | **Filing/Entry Date** | **Docket No.**[1] |
|---|---|---|---|
| 1. | Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and | 01/03/2020 | 5267 |

---

[1] Unless otherwise indicated, all references herein to "Docket No." shall be to the docket maintained in the above-captioned chapter 11 cases.

| | | | |
|---|---|---|---|
| | Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry Into and Performance Under, Debt Financing Commitment Letters and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims | | |
| 2. | Declaration of Kenneth S. Ziman in Support of Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims | 01/03/2020 | 5268 |
| 3. | Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief | 01/27/2020 | 5519 |
| 4. | Declaration of Jason P. Wells in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief | 01/27/2020 | 5520 |
| 5. | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020 | 01/31/2020 | 5590 |
| 6. | Transcript of the Hearing Held on February 4, 2020 | 02/05/2020 | 5634 |
| 7. | Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Approving and Authorizing the Debtors to Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief | 02/05/2020 | 5637 |
| 8. | Notice of Withdrawal of Chapter 11 Plan of Reorganization | 02/05/2020 | 5644 |

| | | | |
|---|---|---|---|
| 9. | Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation | 02/11/2020 | 5732 |
| 10. | Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims | 03/02/2020 | 6013 |
| 11. | Declaration of Kenneth S. Ziman in Support of Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims | 03/03/2020 | 6014 |
| 12. | Notice Regarding Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims | 03/11/2020 | 6261 |
| 13. | Order (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Equity Backstop Commitment Letters and (II) Authorizing Incurrence, Payment and Allowance of Related Premiums and Expenses as Administrative Expense Claims | 03/16/2020 | 6321 |
| 14. | Order (I) Approving Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (II) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (III) Establishing and Approving Plan Solicitation and Voting Procedures; (IV) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (V) Granting Related Relief | 03/17/2020 | 6340 |

| | | | |
|---|---|---|---|
| 15. | Transcript of the Hearing Held on March 16, 2020 | 03/19/2020 | 6371 |
| 16. | Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 05/22/2020 | 7528 |
| 17. | Debtors' Motion for Entry of an Order (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Amended Equity Backstop Commitment Documents and (II) Authorizing Incurrence, Payment and Allowance of Related Premiums as Administrative Expense Claims | 06/09/2020 | 7848 |
| 18. | Declaration of Kenneth S. Ziman in Support of Debtors' Motion for Entry of an Order (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Amended Equity Backstop Commitment Documents and (II) Authorizing Incurrence, Payment and Allowance of Related Premiums as Administrative Expense Claims | 06/09/2020 | 7849 |
| 19. | Order Shortening Time for Hearing on Debtors' Motion for Entry of an Order (I) Approving Terms of, and Debtors' Entry Into And Performance Under, Amended Equity Backstop Commitment Documents And (II) Authorizing Incurrence, Payment And Allowance of Related Premiums As Administrative Expense Claims | 06/09/2020 | 7863 |
| 20. | Order (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Amended Equity Backstop Commitment Documents and (II) Authorizing Incurrence, Payment and Allowance of Related Premiums as Administrative Expense Claims | 06/16/2020 | 7972 |
| 21. | Transcript of the Hearing Held on June 16, 2020 | 06/17/2020 | 7984 |
| 22. | Memorandum Decision - Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 06/17/2020 | 8001 |
| 23. | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 06/19/2020 | 8048 |
| 24. | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 06/20/2020 | 8053 |

| | | | |
|---|---|---|---|
| 25. | Notice Regarding Entry of Confirmation Order and Occurrence of Effective Date of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 07/02/2020 | 8252 |
| 26. | Motion of Elliott Management Corporation for (I) Allowance and Payment of Administrative Expense Claim and (II) to the Extent Necessary, Reconsideration and Relief from the Confirmation Order Pursuant to Federal Rule of Civil Procedure 60(b) | 07/24/2020 | 8536 |
| 27. | Joinder in the Pending Elliott Motion and Request for Allowance and Payment of Administrative Expense Claim | 08/04/2020 | 8663 |
| 28. | Joinder of Pacific Investment Management Company LLC in the Pending Elliott Motion and Request for Allowance and Payment of Administrative Expense Claim | 08/07/2020 | 8704 |
| 29. | Transcript of the Status Conference Held on August 7, 2020 | 08/10/2020 | 8719 |
| 30. | Order Regarding Scheduling with Respect to Elliott Management Corporation Motion for Allowance and Payment of Administrative Expense Claim and Related Joinders | 08/11/2020 | 8746 |
| 31. | Reorganized Debtors' Initial Opposition to Elliott Management Corporation's Motion for Allowance and Payment of Administrative Expense Claim and Reconsideration of Confirmation Order and Related Joinders | 08/26/2020 | 8864 |
| 32. | Elliott Management Corporation's Response to Reorganized Debtors' Initial Opposition to Motion for (I) Allowance and Payment of Administrative Expense Claim and (II) to the Extent Necessary, Reconsideration and Relief from the Confirmation Order Pursuant to Federal Rule of Civil Procedure 60(b) | 09/14/2020 | 9032 |
| 33. | Additional RSA Noteholders' Response to the Reorganized Debtors' Initial Opposition to Elliott Motion for Allowance and Payment of Administrative Expense Claim and Reconsideration of Confirmation Order and Related Joinders | 09/14/2020 | 9034 |
| 34. | Reorganized Debtors' Reply in Support of Initial Opposition to Elliott Management Corporation's | 09/25/2020 | 9143 |

| | | | |
|---|---|---|---|
| | | Motion for Allowance and Payment of Administrative Expense Claim and Reconsideration of Confirmation Order and Related Joinders | | |
| | 35. | Transcript of the Hearing Held on October 13, 2020 | 10/14/2020 | 9307 |
| | 36. | Memorandum Decision Disallowing Administrative Expense Claims | 10/22/2020 | 9333 |
| | 37. | Order Disallowing Administrative Expense Claims of Elliott Management Corporation | 10/22/2020 | 9334 |
| | 38. | Order Disallowing Administrative Expense Claims of Canyon Capital Advisors LLC et al. | 10/22/2020 | 9335 |
| | 39. | Order Disallowing Administrative Expense Claims of Pacific Investment Management Company LLC | 10/22/2020 | 9336 |
| | 40. | Notice of Appeal and Statement of Election to Have Appeal Heard by the District Court filed by Elliott Management Corporation | 11/04/2020 | 9398 |
| | 41. | Notice of Appeal and Statement of Election to Have Appeal Heard by the District Court filed by Canyon Capital Advisors LLC, Citadel Advisors LLC, Davidson Kempner Capital Management LP, Farallon Capital Management, L.L.C., Sculptor Master Fund, Ltd., Sculptor Enhanced Master Fund, Ltd., Sculptor Credit Opportunities Master Fund, Ltd., Sculptor GC Opportunities Master Fund, Ltd., Sculptor SC II, LP, and Värde Partners, Inc. | 11/04/2020 | 9403 |
| | 42. | Notice of Appeal and Statement of Election to Have Appeal Heard by the District Court filed by Pacific Investment Management Company LLC | 11/04/2020 | 9405 |

Appellant reserves the right to amend, modify, and/or supplement the foregoing issues and designations.

# CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellant hereby certifies that it is not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Dated: November 18, 2020

**ROPES & GRAY LLP**

By: __/s/ Rocky C. Tsai_____

Rocky C. Tsai (CA Bar No. 221452)
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6369
Facsimile: (415) 315-6350

-and-

**ROPES & GRAY LLP**
Gregg M. Galardi (admitted *pro hac vice*)
Keith H. Wofford (admitted *pro hac vice*)
Daniel G. Egan (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

-and-

**ROPES & GRAY LLP**
Andrew G. Devore (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Counsel to Elliott Management Corporation, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it*