David P. Simonds (Bar No. 214499)
Edward J. McNeilly (Bar No. 314588)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
david.simonds@hoganlovells.com
edward.mcneilly@hoganlovells.com

Michael C. Hefter (*pro hac vice* pending)
Matthew Ducharme (*pro hac vice* pending)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-310
michael.hefter@hoganlovells.com
matthew.ducharme@hoganlovells.com

*Counsel to Pacific Investment Management Company LLC, as investment adviser or manager for certain funds and accounts that were Consenting Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**  **PG&E CORPORATION,**  -and-  **PACIFIC GAS AND ELECTRIC COMPANY,**  **Reorganized Debtors.**  ☐ Affects PG&E Corporation  ☐ Affects Pacific Gas and Electric Company  ☒ Affects both Debtors  *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)  Chapter 11  (Lead Case)  (Jointly Administered)  **CERTIFICATE OF SERVICE** |

TRACY SOUTHWELL

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. I am employed by Hogan Lovells US LLP and my business address is 1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067.

2. I certify that on November 18, 2020, I caused a true copy of the *Statement of Issues to be Presented on Appeal and Designation of Record on Appeal of Appellant Pacific Investment Management Company LLC* [ECF No. 9572] to be served via email on the parties listed on the annexed **Exhibit A**.

Los Angeles, California  /s/ *Tracy Southwell*

Dated: November 19, 2020  Tracy Southwell

# EXHIBIT A

| Party | Counsel | Email |
|---|---|---|
| **Reorganized Debtors** | **WEIL, GOTSHAL & MANGES LLP**<br>Stephen Karotkin<br>Ray C. Schrock, P.C<br>Jessica Liou<br>Theodore E. Tsekerides<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller<br>Peter J. Benvenutti<br>Jane Kim | stephen.karotkin@weil.com<br>ray.schrock@weil.com<br>jessica.liou@weil.com<br>theodore.tsekerides@weil.com<br><br><br>tkeller@kbkllp.com<br>pbenvenutti@kbkllp.com<br>jkim@kbkllp.com |
| **Elliott** | **ROPES & GRAY LLP**<br>Rocky C. Tsai<br>Andrew G. Devore<br>Gregg M. Galardi<br>Keith H. Wofford<br>Daniel G. Egan | rocky.tsai@ropesgray.com<br>andrew.devore@ropesgray.com<br>gregg.galardi@ropesgray.com<br>keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com |
| **Additional RSA Noteholders** | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Christopher T. Casamassima<br>Philip D. Anker<br>Allyson Pierce | chris.casamassima@wilmerhale.com<br>philip.anker@wilmerhale.com<br>allyson.pierce@wilmerhale.com |
| **Office of the United States Trustee** | Attn: James L. Snyder<br>Timothy Lafreddi, Esq.<br>Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |