# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 11/20/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 10 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Jennifer Feldsher | jennifer.feldsher@morganlewis.com |
| aty | Kizzy L. Jarashow | KJarashow@goodwinlaw.com |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Philip S. Warden | philip.warden@pillsburylaw.com |

TOTAL: 4

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 | |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |
| aty | Thomas A. Dubbs | Labaton Sucharow LLP | 140 Broadway | New York, NY 10005 | |
| | MICHAEL P. CANTY | THOMAS A. DUBBS | Labaton Sucharow LLP | 140 Broadway | New York, NY 10005 |
| | JACK NOLAN | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 | |

TOTAL: 5