Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
Shane Howarter (SBN 311970)
showarter@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Telephone:      415.732.3777
Facsimile:      415.732.3791

Attorneys for CARA FENEIS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor. | Case No. 19-30089 (DM)<br><br>Chapter 11<br><br>**DECLARATION OF YOSEF PERETZ IN SUPPORT OF CARA FENEIS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:   December 15, 2020<br>Time:   10:00 a.m.<br>Ctrm:   17<br>Judge:  Hon. Dennis Montali |

I, Yosef Peretz, declare as follows:

1. I am the principal of Peretz & Associates, counsel of record for the Claimant in this matter, CARA FENEIS ("Feneis"). I make this declaration in Support of Feneis' Motion for Relief from the Automatic Stay. If called as witness in this matter I would and could competently testify to the following.

2. I represent Feneis in her suit against Debtor PACIFIC GAS AND ELECTRIC COMPANY ("PG&E") in connection with whistleblower retaliation and wrongful termination claims arising from Feneis' employment with PG&E, brought in the Superior Court of California, County of Alameda, Case No. RG17866484.

3. Over the following months after PG&E filed its answer to Feneis' Complaint, the parties engaged in extensive written discovery.

4. On May 11, 2018, PG&E served responses to form and special interrogatories, requests for admission, and requests for production of documents.

5. After the parties' met and conferred regarding those responses, PG&E provided supplemental responses on July 27, 2018.

6. To date, PG&E has produced nearly 4,000 pages of documents in response to Claimant's requests. Additionally, PG&E issued document subpoenas to various of Claimant's healthcare providers, who subsequently produced hundreds of pages of medical records.

7. While the Alameda Superior Court case was pending, the parties were close to completing all written discovery, and were in the process of setting up and taking depositions.

8. Three depositions have already been noticed in Feneis' case in Alameda Superior Court, and Feneis estimates that at least ten more are likely to proceed to complete the discovery process altogether.

9. The Alameda Court initially set the case for a jury trial on January 14, 2019, which was later continued to September 30, 2019 so that parties could participate in private mediation. Prior to the Automatic Stay, Feneis and PG&E had scheduled mediation for May 9, 2019, which was only vacated upon PG&E's fililng of bankruptcy and the automatic stay on Claimant's action.

10. On February 13, 2019, PG&E notified Feneis in an email that stated, "Given PG&E's bankruptcy proceeding, PG&E cannot participate in the mediation in good faith. As such, we will need to cancel the mediation."

11. Accordingly, Feneis and PG&E cannot engage in mediation in good faith until Feneis is granted relief from the Automatic Stay.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge and as to such matters, I am informed and believe that they are true and correct.

Executed on November 19, 2020 at San Francisco, California


Yosef Peretz

DECLARATION OF YOSEF PERETZ IN SUPPORT OF CARA FENEIS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY
- 3 -