UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PACIFIC GAS AND ELECTRIC COMPANY

Debtor(s)

Bankruptcy No.: 19-30089(DM)
R.S. No.:
Hearing Date: December 15, 2020
Time: 10:00 a.m.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019    Chapter: 11
    Prior hearings on this obligation: N/A    Last Day to File §523/§727 Complaints: 06/29/2019

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:     $_____      Source of value:_____
   Contract Balance:      $_____      Pre-Petition Default:   $_____
   Monthly Payment:       $_____           No. of months: _____
   Insurance Advance:     $_____      Post-Petition Default:  $_____
                                                No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value:_____    If appraisal, date:_____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.           $_____      Pre-Petition Default:   $_____
   As of (date): _____                     No. of months: _____
   Mo. payment:           $_____      Post-Petition Default:  $_____
   Notice of Default (date): _____         No. of months: _____
   Notice of Trustee's Sale: _____    Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   Position                 Amount           Mo. Payment        Defaults

   1st Trust Deed:_____      $_____      $_____      $_____
   2nd Trust Deed:_____      $_____      $_____      $_____
   _____:
   _____:
   _____:
                (Total)    $_____      $_____      $_____

(D) Other pertinent information: Relief is sought as to litigation against the Debtor in the Superior Court of California, County of Alameda, Case No. RG17866484.

Dated: 11/19/20

_____
Signature
_____
Yosef Peretz
Print or Type Name

Attorney for    Cara Feneis

CANB Documents Northern District of California