Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
Shane Howarter (SBN 311970)
showarter@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Telephone:   415.732.3777
Facsimile:    415.732.3791

Attorneys for CARA FENEIS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PACIFIC GAS AND ELECTRIC COMPANY,

　　　　Debtor.

Case No.  19-30089 (DM)

Chapter 11

<u>CERTIFICATE OF SERVICE</u>

Date:   December 15, 2020
Time:  10:00 a.m.
Ctrm:   17
Judge: Hon. Dennis Montali

I, Kelsi Lerner, declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years of age and not a party to this action. My business address is Peretz & Associates, 22 Battery Street, Ste 202, San Francisco, CA, 94111.

2. I certify that on November 19, 2020, I caused a true and correct copy of the following documents to be served by the method set forth on the Notice Parties Service List attached hereto as Exhibit A:

- **RELIEF FROM STAY COVER SHEET**

CERTIFICATE OF SERVICE
- 1 -

- **CARA FENEIS' NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

- **CLAIMANT CARA FENEIS' MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT STATE COURT JURY TRIAL OF CARA FENEIS V. PACIFIC GAS AND ELECTRIC COMPANY (CASE NO. RG17866484)**

- **CARA FENEIS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

- **DECLARATION OF YOSEF PERETZ IN SUPPORT OF CARA FENEIS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I declare under penalty of perjury under the laws of the United State of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed in San Francisco, California.

Dated: November 20, 2020        PERETZ & ASSOCIATES

By: _____
Kelsi Lerner

## Exhibit "A"

Notice Parties Service List

Jamie Rudman
Nicole Torrado
SANCHEZ & AMADOR, LLP
1300 Clay Street, Suite 600
Oakland, California 94612

to be delivered by

    **[ X ]**    **ELECTRONIC TRANSMISSION:** I sent an e-mail inclusive of the above document(s) via electronic transmission (e-mail) to the e-mail address designated for each party identified above.