| | |
|---|---|
| 1 | Yosef Peretz (SBN 209288) |
| | yperetz@peretzlaw.com |
| 2 | Shane Howarter (SBN 311970) |
| | showarter@peretzlaw.com |
| 3 | PERETZ & ASSOCIATES |
| | 22 Battery Street, Suite 200 |
| 4 | San Francisco, CA 94111 |
| | Telephone:    415.732.3777 |
| 5 | Facsimile:    415.732.3791 |
| 6 | Attorneys for CARA FENEIS |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　Debtor. | Case No.  19-30089 (DM)<br><br>Chapter 11<br><br>**CARA FENEIS' NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Date:** December 15, 2020<br>**Time:** 10:00 a.m.<br>**Ctrm:** 17<br>**Judge:** Hon. Dennis Montali |

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY
### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, on December 15, 2020, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Dennis Montali of United States Bankruptcy Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, 16th Floor, Courtroom 17, CARA FENEIS ("Feneis"), will and hereby does move the Court for relief from the automatic stay.

NOTICE OF CARA FENEIS'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

- 1 -

Case: 19-30088    Doc# 9583-5    Filed: 11/20/20    Entered: 11/20/20 10:51:04    Page 1 of 2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 19, 2020 | PERETZ & ASSOCIATES |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Yosef Peretz |
| | | Attorneys for CARA FENEIS |