Alan I. Nahmias, Esq. SBN 125140
**MIRMAN, BUBMAN & NAHMIAS, L.L.P.**
21860 Burbank Boulevard, Suite 360
Woodland Hills, California 91367
Telephone:     (818) 995-2555
Facsimile:      (818) 451-4620
Email:            anahmias@mbnlawyers.com

Attorneys for EN Engineering, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PACIFIC GAS & ELECTRIC COMPANY<br><br>        Debtor. | Case No. 19-30088-DM<br><br>Chapter 11<br><br>NOTICE OF REQUEST FOR REMOVAL FROM NOTICE |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that the undersigned hereby requests that he be removed from the list of parties receiving notice in the above-captioned case. Specifically, he requests that he no longer receive Notices of Electronic Filing through ECF, either at his primary email address

///
///
///
///
///
///
///
///

or secondary email address. The undersigned further requests that he not be served with any court notices, pleadings, orders or other filings in this case via United States mail, hand delivery, courier, facsimile, email or any other means.

```
Alan I. Nahmias
Mirman, Bubman & Nahmias, LLP
21860 Burbank Boulevard, Suite 360
Woodland Hills, CA  91367
Telephone:   818-995-2555
Primary Email:        anahmias@mbnlawyers.com
Secondary Email:      jdale@mbnlawyers.com
```

Dated: November 20, 2020

Respectfully submitted,
MIRMAN, BUBMAN & NAHMIAS, LLP

By: _____
ALAN I. NAHMIAS
Attorneys for EN Engineering, LLC