DIEMER & WEI, LLP
Kathryn S. Diemer (#133977)
55 S. Market Street, Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Edwin J. Harron (*pro hac vice forthcoming*)
Sara Beth A.R. Kohut (*pro hac vice forthcoming*)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
skohut@ycst.com

*Counsel to the Subrogation Wildfire Trust*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects Both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |

I, Alexander J. Lewicki, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 55 S Market Street, Suite 1420, San Jose, CA, 95113.

2. I certify that on November 20, 2020, I caused a true and correct copy of each of the following documents to be served via CM/ECF NOTICE OF ELECTRONIC FILING to all ECF Notice Recipients:

    - **OBJECTION TO EX PARTE MOTION OF THE FIRE VICTIM TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF SUBPOENAS ON THE SUBROGATION WILDFIRE TRUST, SUBROGATION WILDFIRE CLAIMANTS, AND INSURERS WITH CLAIM FILES.**

3. I certify that on November 20, 2020, I caused a true and correct copy of each of the above documents to be served via ELECTRONIC MAIL to all parties listed in Exhibit A.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon as a witness I could and would testify thereto.

Executed on November 20, 2020

*/s/ Alexander J. Lewicki*
Alexander J. Lewicki

# **EXHIBIT A**

BROWN RUDNICK LLP
David J. Molton - DMolton@brownrudnick.com
Eric R. Goodman – EGoodman@brownrudnick.com
Joel S. Miliband – JMiliband@brownrudnick.com

*Attorneys for Fire Victim Trustee*