| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Joshua D. Morse (SBN 211050)<br>Lee Brand (SBN 287110)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200<br>Email: joshua.morse@pillsburylaw.com<br>    lee.brand@pillsburylaw.com |
| 6 | *Special Counsel to Debtors*<br>*and Reorganized Debtors* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**SUPPLEMENTAL DISCLOSURE FOR FIRST INTERIM AND FINAL FEE APPLICATION OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM DECEMBER 1, 2019 THROUGH JULY 1, 2020**<br><br>Date:  TBD<br>Time:  TBD (Pacific Time)<br>Place:  United States Bankruptcy Court<br>    Courtroom 17, 16th Floor<br>    San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br><br>**Objection Deadline:  September 20, 2020,<br>    4:00 p.m. (Pacific Time** |

4812-0488-9041

Pillsbury Winthrop Shaw Pittman LLP ("**Pillsbury**"), special counsel to PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession in the above-captioned chapter 11 cases, hereby supplements its *First Interim and Final Fee Application of Pillsbury Winthrop Shaw Pittman LLP for Allowance and Payment of Compensation and Reimbursement of Expenses from December 1, 2019 Through July 1, 2020* [Docket No. 8919] (the "**Application**"). Initially defined terms not otherwise defined herein shall have the meaning ascribed to such term in the Application.

Attached hereto as **Exhibit 1** is a summary and comparison of the aggregate blended hourly rates billed by Pillsbury's timekeepers in all domestic offices to non-bankruptcy maters during the prior twelve (12) month rolling period and the blended hourly rates billed to the Debtors during the Compensation Period.

Attached hereto as **Exhibit 2** is a summary comparing Pillsbury's budget for each of the Specific Matters to the compensation sought for each Specific Matter pursuant to the Application.

Dated: November 23, 2020              Respectfully submitted,

                                              **PILLSBURY WINTHROP SHAW PITTMAN LLP**

                                              By:   */s/ Joshua D. Morse*

                                                        Joshua D. Morse

                                            *Special Counsel to Debtors and Reorganized Debtors*

**EXHIBIT 1**

| Category of Timekeeper | BLENDED HOURLY RATE (ROUNDED TO THE NEAREST $) | |
|---|---|---|
| | Billed by timekeepers in all domestic offices, excluding bankruptcy | Billed in the Application |
| Partners | $918 | $857 |
| Counsel / Of Counsel / Senior Counsel | $779 | $729 |
| Associate | $548 | $581 |
| Blended Attorney Rate | $750 | $737 |

4812-0488-9041

**EXHIBIT 2**

| Specific Matter | Fees Budgeted | Fees Sought |
|---|---|---|
| Oakland Office Project | $1,000,000 | $85,991.20 |
| Energy Supply Advice | $312,500 | $241,439.40 |
| Nuclear Work | $110,000 | $22,492.00 |
| Environmental Advice | $80,000 | $43,663.00 |
| Litigation Advice | $50,000 | $8,539.20 |
| **Total** | $1,552,500 | $402,124.80 |

4812-0488-9041

# NOTICE PARTIES

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:   Janet Loduca, Esq.
77 Beal Street
San Francisco, CA 94105

Keller & Benvenutti LLP
Attn:   Tobias S. Keller, Esq.
        Jane Kim, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108

Weil, Gotshal & Manges LLP
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 17
Attn:   Andrew Vara, Esq.
        Timothy Laffredi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn:   Dennis F. Dunne, Esq.
        Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn:   Paul S. Aronzon, Esq.
        Gregory A. Bray, Esq.
        Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
Attn:   Eric Sagerman, Esq.,
        Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402

4812-0488-9041