# EXHIBIT A

## SUPPLEMENTAL CERTIFICATION

4812-0488-9041

Joshua D. Morse (SBN 211050)
Lee Brand (SBN 287110)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: joshua.morse@pillsburylaw.com
       lee.brand@pillsburylaw.com

*Special Counsel to Debtors
and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY, | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**SUPPLEMENTAL CERTIFICATION OF JOSHUA D. MORSE IN SUPPORT OF FIRST INTERIM AND FINAL FEE APPLICATION OF PILLSBURY WINTHROP SHAW PITTMAN LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM DECEMBER 1, 2019 THROUGH JULY 1, 2020**<br><br>Date:  TBD<br>Time:  TBD (Pacific Time)<br>Place:  United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102<br>Judge:  Hon. Dennis Montali<br><br>**Objection Deadline: September 20, 2020,<br>                         4:00 p.m. (Pacific Time** |

I, Joshua D. Morse, hereby certify that:

1. I am an attorney licensed to practice law in the State of California. I am a partner with the applicant firm Pillsbury Winthrop Shaw Pittman LLP ("**Pillsbury**"), Special Counsel to PG&E Corporation and Pacific Gas and Electric Company in connection with the above-referenced chapter 11 cases.

2. This Supplemental Certification is made in connection with the *Supplemental Disclosure for First Interim and Final Fee Application of Pillsbury Winthrop Shaw Pittman LLP for Allowance and Payment of Compensation and Reimbursement of Expenses from December 1, 2019 Through July 1, 2020* (the "**Supplemental Disclosure**"), which provides additional information inadvertently left out of the *First Interim and Final Fee Application of Pillsbury Winthrop Shaw Pittman LLP for Allowance and Payment of Compensation and Reimbursement of Expenses from December 1, 2019 Through July 1, 2020* [Docket No. 8919] (the "**Application**")[1] and supplements the Certification contained therein.

3. **Exhibit 1** to the Supplemental Disclosure compares the blended hourly rate billed by attorneys in Pillsbury's domestic offices to non-bankruptcy matters during the prior twelve (12) month period with blended hourly rates billed by attorneys to the Debtors in connection with the Chapter 11 Cases during the Compensation Period.

4. **Exhibit 2** to the Supplemental Disclosure compares Pillsbury's budget for each of the Specific Matters to the compensation sought for each Specific Matter pursuant to the Application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of November 2020, in Hillsborough, California.

By: */s/ Joshua D. Morse*
    Joshua D. Morse

---

[1] Initially defined terms not otherwise defined herein shall have the meaning ascribed to such term in the Application.

4812-0488-9041