DIEMER & WEI, LLP
Kathryn S. Diemer (#133977)
55 S. Market Street, Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Edwin J. Harron (*pro hac vice forthcoming*)
Sara Beth A.R. Kohut (*pro hac vice forthcoming*)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
skohut@ycst.com

*Counsel to the Subrogation Wildfire Trust*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| **-and-** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

□ Affects PG&E Corporation

□ Affects Pacific Gas and Electric Company

■ Affects Both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)

1    **PLEASE TAKE NOTICE** that Young Conaway Stargatt & Taylor, LLP and Diemer

2    & Wei, LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases

3    as counsel to the Subrogation Wildfire Trust pursuant to section 1109(b) of title 11 of the United

4    States Code, 11 U.S.C §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017(a),

5    9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"),

6    and request that copies of any and all notices and papers filed or entered in these cases be given to

7    and served upon the following:

8

9    DIEMER & WEI, LLP
     Kathryn S. Diemer (#133977)
10   55 S. Market Street, Suite 1420
     San Jose, CA 95113
11   Telephone: 408-971-6270
     Facsimile: 408-971-6271
12   Email: kdiemer@diemerwei.com

13

14   YOUNG CONAWAY STARGATT
     & TAYLOR, LLP
15   Edwin J. Harron (*pro hac vice forthcoming*)
     Sara Beth A.R. Kohut (*pro hac vice forthcoming*)
16   Rodney Square, 1000 North King Street
17   Wilmington, DE 19801
     Telephone: (302) 571-6600
18   Facsimile: (302) 571-1253
     Email: eharron@ycst.com
19           skohut@ycst.com

20

21   Dated: November 23, 2020               DIEMER & WEI, LLP
                                            Kathryn S. Diemer (#133977)
22                                          55 S. Market Street, Suite 1420
                                            San Jose, CA 95113
23                                          Telephone: 408-971-6270
                                            Facsimile: 408-971-6271
24                                          Email: kdiemer@diemerwei.com

25
                                            */s/ Kathryn S. Diemer*
26                                          Kathryn S. Diemer

27

28

1

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Edwin J. Harron (*pro hac vice forthcoming*)
Sara Beth A.R. Kohut (*pro hac vice forthcomin*g)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
skohut@ycst.com

*Counsel to the Subrogation Wildfire Trust*

2