MATTHEW R. EASON, ESQ. (SBN 160148)
KYLE K. TAMBORNINI, ESQ. (SBN 160538)
EASON & TAMBORNINI, A LAW CORPORATION
1234 H STREET, SUITE 200
SACRAMENTO, CA 95814
TELEPHONE (916) 438-1819
FACSIMILE (916) 438-1820

Attorneys for Judith Reel

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANSISCO DIVISION

| | |
|---|---|
| In Re: | Case No.:   19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE OF WITHDRAWL OF CLAIM OF JUDITH REEL** |
| Debtors. | |

Judith Reel, claimant in the above referenced Chapter 11 Bankruptcy, hereby withdraws her claim.   Judith Reel's proof of claim number is 9602 and the claim support ID number is 99040701183559.

Dated: November 23, 2020

Eason & Tambornini

_____
Matthew R. Eason, ESQ.
Counsel for Plaintiff

1

NOTICE OF WITHDRAWL OF CLAIM OF JUDITH REEL

**PROOF OF SERVICE**

I, Angelica Saechao, hereby declare and state that:

I am over the age of eighteen years, employed in the County of Sacramento, California, and not a party to the within action. My business address is 1819 K Street, Suite 200, Sacramento, California.

On November 23, 2020, I served the within:

**NOTICE OF WITHDRAWL OF MOTION TO SET ASIDE DISMISSAL AND ENTER JUDGMENT PURSUANT TO STIPULATION**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin<br>Ray C. Schrock, P.C.<br>Jessica Liou<br>Matthew Goren<br>767 Fifth Avenue<br>New York, NY 10153-0119 | KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller<br>Jane Kim<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |

[X]　　(BY MAIL)　I caused such envelopes with postage fully prepaid to be placed in the United States mail at Sacramento, California.

[ ]　　(BY FEDERAL EXPRESS)　I caused such envelope(s) to be placed in the Federal Express repository at Sacramento, California.

[ ]　　(BY FACSIMILE/TELECOPIER)　I personally sent to the addressee's telecopier number (stated above) a true copy of the above-described documents. **Thereafter, I caused a true copy to be placed in the United States mail at Sacramento, California, with first-class postage affixed thereto.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed November 23, 2020, at Sacramento, California.

_____
ANGELICA SAECHAO

2