**Entered on Docket**
**November 23, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: November 23, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>   Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:  December 15, 2020<br>Time:  10:00 AM (PST)<br>Via Tele/Videoconference |

## SECOND ORDER ON EX PARTE REQUEST FOR RULE 2004 SUBPOENAS AND SETTING HEARING

Since the court issued its *Order on Ex Parte Request for Rule 2004 Subpoenas* (Dkt. No. 9489), the Fire Victim Trustee has filed a *First Supplement to Motion of the Fire Victim Trustee Pursuant to FRBP 2004 for Entry of an Order Authorizing Service of Subpoenas on the Subrogation Wildfire Trust, Subrogation Wildfire Claimants, and Insurers with Claim Files* (Dkt. No.

-1-

9514) and a *Second Supplement to Motion of the Fire Victim Trustee Pursuant to FRBP 2004 for Entry of an Order Authorizing Service of Subpoenas on the Subrogation Wildfire Trust, Subrogation Wildfire Claimants, and Insurers with Claim Files* ("Second Supplement to Rule 2004 Motion") (Dkt. No. 9585). The only other relevant filing has been the Subrogation Wildfire Trust's *Objection to Ex Parte Motion of the Fire Victim Trustee Pursuant to FRBP 2004 for Entry of an Order Authorizing Service of Subpoenas on the Subrogation Wildfire Trust, Subrogation Wildfire Claimants, and Insurers with Claim Files* (Dkt. No. 9587).

Based upon the information from those documents, the court ORDERS that the Clerk issue Rule 2004 orders or subpoenas as may specifically submitted by counsel for the Fire Victim Trustee, and directed at any of the parties identified in the Second Supplement to Rule 2004 Motion (Dkt. No. 9585) as Non-Cooperating Carriers in Exhibit B thereto.

Further, based upon the ongoing efforts of counsel for the Fire Victim Trust and the Subrogation Wildfire Trust to resolve their differences on these Rule 2004 issues, the court will convene a status conference on December 15, 2020, at 10:00 AM to be advised of any unresolved Rule 2004 issues remaining between the two trusts. No later than December 11, 2020, counsel for the Fire Victim Trust should file a status conference statement.

*** END OF ORDER***