SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |
| PG&E CORPORATION, | |
| - and - | |
| PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 |
| Debtors. | **NOTICE OF HEARING ON FINAL APPLICATIONS ALLOWING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF MULTIPLE FEE APPLICANTS BASED UPON COMPROMISES WITH THE FEE EXAMINER (2nd SET)** |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors | |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Hearing: |

Date:    December 15, 2020
Time:    10:00 a.m. (Pacific Time)
Place:   (Telephonic/Video Appearances Only)
         United States Bankruptcy Court
         Courtroom 17,
         450 Golden Gate Ave., 16th Floor
         San Francisco, CA

Judge:   Hon. Dennis Montali

Objection Deadline:  December 8, 2020

NOTICE OF HEARING ALLOWING AND
AUTHORIZING PAYMENT OF FINAL FEE
APPLICATIONS (2nd SET)

**PLEASE TAKE NOTICE** that this Notice seeks Court consideration and approval of previously filed Final Fee Applications based upon compromises between the Fee Examiner and various professionals.

The subject and compromised Final Fee Applications are as follows:

A. Baker & Hostetler LLP ["Baker & Hostetler"], (Doc. 8895, filed August 28, 2020)

B. Coblentz Patch Duffy & Bass LLP ["Coblentz"], (Doc. 8940, filed August 31, 2020)

C. Keller Benvenutti Kim LLP ["Keller Benvenutti"], (Doc. 8883, filed August 28, 2020)

D. KPMG LLP ["KPMG"], (Doc. 8921, filed August 31, 2020)

E. Milbank LLP ["Milbank"], (Doc. 8885, filed August 28, 2020)

F. Munger Tolles & Olson LLP ["Munger Tolles"], (Doc. 8943, Filed August 31, 2020)

G. Simpson Thacher & Bartlett LLP ["Simpson Thacher"], (Doc. 8901, Filed August 28, 2020)

H. Trident DMG LLC ["Trident"], (Doc. 8866, Filed August 26, 2020)

I. Weil Gotschal & Manges LLP ["Weil Gotschal"], (Doc. 8898, Filed August 28, 2020)

**PLEASE TAKE FURTHER NOTICE** that the particulars of each compromise are set forth in the following Exhibits:

Exhibit A (Baker & Hostetler)

Exhibit B (Coblentz)

Exhibit C (Keller Benvenutti)

Exhibit D (KPMG)

2          NOTICE OF HEARING ALLOWING AND
AUTHORIZING PAYMENT OF FINAL FEE
APPLICATIONS (2nd SET)

Exhibit E (Milbank)

Exhibit F (Munger Tolles)

Exhibit G (Simpson Thacher)

Exhibit H (Trident)

Exhibit I (Weil Gotschal)

These exhibits are incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that on October 5, 2020, the Court entered its

*Order Setting Deadline for Filing Final Fee Applications and Setting Procedures for Hearings*

(**"Final Fee Hearings Order")** [Doc. No. 9202]. Under the Final Fee Hearings Order, the Fee

Examiner is authorized to set Final Fee Application hearings on "PG&E open calendar dates," and

to provide 21 days notice. By this Notice, the Fee Examiner sets these four Final Fee Applications

on November 17, 2020, which is a PG&E open calendar date. The Fee Examiner will use his best

efforts to reach as many compromises as possible to be heard on December 15, 2020, which is the

last "open calendar date" of 2020. Any Final Fee Applications outstanding at that time will be

heard in 2021.

**PLEASE TAKE FURTHER NOTICE** that on February 28, 2019, the Court entered its

*Order Authorizing Debtors to Establish Procedures for Interim Compensation and*

*Reimbursement of Expenses of Professionals* (**"Interim Compensation Order")** [Doc. No. 701].

Under the Interim Compensation Order, estate professionals are paid 80% of fees and 100% of

expenses on a monthly basis (a so-called <u>Knudsen</u> Order). The Interim Compensation Order

contemplates filing interim applications (to recover the 20% "holdback" on fees). All payments of

NOTICE OF HEARING ALLOWING AND
AUTHORIZING PAYMENT OF FINAL FEE
APPLICATIONS (2nd SET)

interim compensation are subject to the requirement that final fee applications be filed. Although interim fee applications are contemplated, they were not mandated.

**PLEASE TAKE FURTHER NOTICE** that on May 29, 2019, the Court entered its *Order Appointing Fee Examiner and Establishing Procedures for Consideration of Fee Compensation and Reimbursement of Expenses* (**"Order Appointing Fee Examiner")** [Doc. No. 2267]. The Order Appointing Fee Examiner establishes a procedure for review and resolution of interim fee applications.

**PLEASE TAKE FURTHER NOTICE** that on December 18, 2019, the Court entered its *Amended Order Granting Fee Examiner Motion to Approve Fee Procedures* ("**Amended Fee Procedures Order**") [Doc. No. 5168]. The Amended Fee Procedures Order approves the Fee Examiner's Protocol and adopts the Fee Examiner's recommendations as to the coordination and scheduling of hearings. On January 20, 2020, this Court entered its *Second Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures* (the "**Second Amended Order**") [Doc. No. 5572], which added certain disclosure and notice requirements.

**PLEASE TAKE FURTHER NOTICE THAT** ¶2(b) of the Second Amended Order requires that any Notice regarding compensation must set forth the following:

(1) Each applicant and the party represented by the applicant,

(2) the date range for the services for which the compensation is being sought, and

(3) the amount of fees applied for and the amount of expenses requested.

This detail is set forth as to each Interim Fee Applicant in the Exhibits attached hereto and incorporated by this reference.

4

**PLEASE TAKE FURTHER NOTICE THAT** on August 29, 2020, the Fee Examiner Filed his *Fee Examiner's Second Report on Status of Fee and Expenses Submitted, Approved and Pending* ("**Fee Examiner's Second Status Report**") [Doc. No. 8903]. The Fee Examiner's Second Status Report sets forth the overall status of fee applications as of August 28, 2020 and also sets forth the Fee Examiner's objectives and timetable to resolve all Final Fee Applications.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hear and consider the Fee Application Compromises on December 15, 2020 at 10:00 a.m. (Pacific Time) (the "**Hearing on Fee Application Compromises**") via video conferencing or telephone. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the subject compromises is December 8, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Compromise Fee Applicants, subject to Court Approval, have each agreed to the stipulated reduction indicated on **Exhibits A B, C, D, E, F, G, H** and **I** and that the Fee Examiner will submit orders reflecting the stipulated reductions, or the Fee Examiner will approve the form of orders submitted by the Fee Applicants.

**PLEASE TAKE FURTHER NOTICE THAT** the Fee Examiner has previously provided the Office of the United States Trustee with the amount of each such compromise, and that the Office of the United States Trustee has not objected to any compromise. If the United States

5                  NOTICE OF HEARING ALLOWING AND
                   AUTHORIZING PAYMENT OF FINAL FEE
                   APPLICATIONS (2nd SET)

1 Trustee objects to a compromise, the Fee Examiner will withdraw that compromise from this

2 Amended Notice.

3      **PLEASE TAKE FURTHER NOTICE THAT** following the entry of appropriate orders

4 with respect to each of the Compromise Fee Applicants, Debtors will be authorized to pay the

5 "Net Amount Outstanding" as set forth in the **Exhibits**, subject to confirmation by the Fee

6 Examiner, that Compromise Fee Applicants have credited against the "Net Amount Outstanding"

7 any amounts received between the time of filing this Notice and the date of Court approval.

      **PLEASE TAKE FURTHER NOTICE THAT** copies of the Final Fee Applications can

8 be viewed and/or obtained:  (i) by accessing the Court's website at http://www.canb.uscourts.gov,

9 (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco,

10 CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at

http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based

11 parties; or +1 (929) 333-8977 for international parties or by e-mail at:  pginfo@primeclerk.com.

12 Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

13 DATED: November 23, 2020          SCOTT H. MCNUTT

14

15

16                              By:    */Scott H. McNutt /*
                                      Scott H. McNutt

17                                    Counsel to the Fee Examiner

18

19

20

21
                                    6

# EXHIBIT A

EXHIBIT A
To

Notice of Hearing on Final Fee Applications (2nd Set)

(Baker & Hostetler LLP)

(Noticed for Hearing December 15, 2020)

Prior Compromises and Currently Proposed Compromise

The First Interim Fee Application of Baker & Hostetler LLP ("Baker") [Dkt. No. 2995] resulted in a voluntary reduction by Baker of $370,716.33 and an interim award. Baker's Second Interim Fee Application [Dkt. No. 4733] resulted in a voluntary reduction by Baker of $474,363.45 and an interim award. Baker's Third Interim Fee Application [Dkt. No. 6286] resulted in a voluntary reduction by Baker of $634,315.48 and an interim award. Baker's Fourth Interim Fee Application [Dkt. No. 8403] resulted in a voluntary reduction by Baker of $592,105.85 and an interim award. The amounts of these voluntary reduced Interim Awards are reflected in the approved sums re: Baker's, First, Second, Third and Fourth Fee Applications set forth below, and reflect voluntary reductions of $2,071,501.11 to Baker's previously filed First, Second, Third and Fourth Interim Fee Applications. Following the filing of Baker's Fifth Interim and Final Fee Application [Dkt. No. 8895], Baker has agreed to a voluntary reduction of $157,280.65 in connection with its Fifth Interim and Final Fee Application, which sum is reflected as a separate line item below. Baker's total voluntary reductions to its filed Fee Applications in these Bankruptcy Cases, therefore, total $2,228,781.76.

Expert and Pass-Through Expenses

Please note: Of the $7,738,395.46 dollars indicated as expenses, approximately 82 percent were Expert Pass Through Expenses. Of these, the majority 55% were for one expert, StoneTurn. This expert was the TCC's principal expert on modeling damages in all the contexts this issue arose during the course of the bankruptcy proceedings. The remaining amounts were spread between fifteen other experts, who included linemen, vegetation experts formally employed by other power companies, a mapping and PTSD expert . Because the treatment of experts is complicated, and the role of the Fee Examiner in reviewing these fees was unusual, some background explanation is useful.

In a letter agreement between the TCC and the Office of the UST, TCC's counsel was authorized to employ experts and to bill these experts as expenses on Baker's invoices. In this way the confidentiality of the expert's work would be maintained. This arrangement was in place before the employment of the Fee Examiner. Baker passed-through more than $6,000,000 in expert fees in this manner. The Fee Examiner determined that he was required to review the Expert Pass Through Expenses for two reasons. First, the supervising law firm is obligated to supervise experts, and the Fee Examiner is obligated to ensure the supervising firm is in fact supervising the subject experts' fees. Second, since the experts were employed for litigation and did not assist the TCC with their duties some of the experts are not professionals, however arguably some of the

11/23/2020 3:30 PM                                                                                                    FINAL

experts, and likely StoneTurn could be a professional and the Fee Examiner should have a role in reviewing these fees.

As regards the Expert Pass Through Expenses, the Fee Examiner and Baker (on behalf of StoneTurn) have agreed to a reduction of $48,000.00 on total StoneTurn fees of $ 4,336,352.08 . Of the remaining $1, 986,092.83 in Expert Pass Through Expenses, the great majority of issues related to sorting out the application of retainers received by nearly a dozen experts. These were complex as Baker, as a firm, had advanced these retainers in order to get up to speed as quickly as possible on behalf of the wildfire victims. This led to some complicated accounting issues, all of which have been accounted for between the Fee Examiner and Baker. Baker has demonstrated that all of the experts who received retainers, in fact applied the retainer except one expert, who will refund $2,515.52.

<u>Summary of All Fees and Expenses and Total Amount Outstanding</u>

| | |
|---|---|
| Name of Final Fee Applicant: | Baker & Hostetler LLP |
| Party Represented: | Counsel to the Official Committee of Tort Claimants |
| Date Range for Which Compensation is Sought: | February 15, 2019 to July 1, 2020 |
| Total Fees Approved by Interim Orders to Date (Re: Baker's First, Second, Third and Fourth Interim Fee Applications For Date Range February 15, 2019 to May 31, 2020) : | $46,478,496.67 |
| Total Non-Expert Pass Through Expenses Approved by Interim Orders to Date (Re: Baker's First, Second, Third and Fourth Interim Fee Applications For Date Range February 15, 2019 to May 31, 2020): | $ 1,393,903.30 |
| Amount of Negotiated Fees Not Subject To Previous Interim Orders (Re: Baker's Fifth Interim and Final Fee Application For Date Range June 1, 2020 to July 1, 2020): | $ 3,748,676.16 |
| Amount of Negotiated Non-Expert Pass Through Expenses Not Subject To Previous Interim Orders (Re: Baker's Fifth Interim and Final Fee Application For Date Range June 1, 2020 to July 1, 2020): | $ 26,059.62 |
| Total Interim Approved and Negotiated Fees and Non-Expenses Requested: | $51,647,135.75 |

| | |
|---|---|
| Total Expert Pass Through Expenses: | $ 6,322,444.91 |
| (Less) Reduction per Compromise with Fee Examiner re Expert Pass Through Expenses (Stone Turn Compromise): | ($ 50,515.52) |
| Grand Total Amount Requested to be Awarded per Final Fee Application: | $ 57,919,065.14 |
| (Less) Total Allowed Fees and Costs Paid To Date: | ($57,292,435.86) |
| Total Amount Outstanding: | $ 626,629.28 |

# EXHIBIT B

EXHIBIT B
To

Notice of Hearing on Final Fee Applications (2nd Set)

(Coblentz Patch Duffy & Bass LLP)

(Noticed for Hearing December 15, 2020)

Please Note:  The First Interim Fee Application of Coblentz Patch Duffy & Bass LLP ("Coblentz") [Dkt. No. 4754] resulted in a voluntary reduction by Coblentz of $30,000 and an interim award. Coblentz's Second Interim Fee Application [Dkt. No. 6306] resulted in a voluntary reduction by Coblentz of $22,500 and an interim award.  The amounts of these voluntary reduced Interim Awards are reflected in the Approved sums re Coblentz's First and Second Fee Applications set forth below, and reflect voluntary reductions of $52,500 to Coblentz's previously filed First and Second Interim Fee Applications.  Following the filing of Coblentz's Third Interim and Final Fee Application [Dkt. No. 8940], Coblentz has agreed to an additional voluntary reduction of $30,000 in fees in connection with its Third Interim and Final Fee Application, which sum is reflected as a separate line item below.  Coblentz's total voluntary reductions to its filed Fee Applications in these Bankruptcy Cases, therefore, total $82,500.

Please Note Further:  The last item set forth below indicates a "Total Amount Outstanding" that is lower than the "Not Yet Paid" amount indicated on page 4, line 6 of the Summary Sheet of Coblentz's Third Interim and Final Fee Application due to Coblentz's voluntary reduction in connection with its Third Interim and Final Fee Application.  The Fee Examiner will require Coblentz, as well as all other Final Fee Applicants, to reconcile the "Total Amount Outstanding" prior to approving any form of Order awarding final fees.

| | |
|---|---|
| Name of Final Fee Applicant: | Coblentz Patch Duffy & Bass LLP |
| Party Represented: | Special Counsel to Debtors and Debtors in Possession |
| Date Range for Which Compensation is Sought: | January 29, 2019 to July 1, 2020 |
| Total Fees Approved by Interim Orders to Date (Re Coblentz First and Second Interim Fee Applications For Date Ranch January 29, 2019 to January 31, 2020) : | $1,722,295.31 |

Total Expenses Approved by Interim Orders to Date (Re Coblentz First and Second Interim Fee Applications For Date Range January 29, 2019 to January 31, 2020):       $28,602.68

Amount of Fees Not Subject To Previous Interim Orders (Re Coblentz Third Interim Fee Application For Date Range February 1, 2020 to July 1, 2020 And Re Coblentz Final Fee Application):       $1,022,895.38

Amount of Expenses Not Subject To Previous Interim Orders (Re Coblentz Third Interim Fee Application For Date Range February 1, 2020 to July 1, 2020 And Re Coblentz Final Fee Application):       $14,405.72

Total Fees and Expenses Requested:       $2,788,199.09

(Less) Additional Reduction per Compromise with Fee Examiner re Coblentz Third Interim and Final Fee Application:       ($30,000.00)

Grand Total Amount Requested to be Awarded per Final Fee Application:       $2,758,199.09

(Less) Total Allowed Fees and Costs Paid To Date:       ($2,575,512.01)

Total Amount Outstanding:       $182,687.08

# EXHIBIT C

EXHIBIT C

To

Notice of Hearing on Final Fee Applications (2nd Set)

(Keller Benvenutti Kim LLP)

(Noticed for Hearing December 15, 2020)

Please Note: Keller has previously reached agreement with the Fee Examiner on three prior Interim Applications (Doc. No. 3099, Doc. No. 4714 and Doc. No. 6275).  These were approved by this Court and reflect $82,500 in Court-approved reductions.  In this Final Fee Application, Keller and the Fee Examiner agree to an additional $30,000 reduction, for a total reduction of $112,500.

| | |
|---|---|
| Name of Final Fee Applicant: | Keller Benvenutti Kim LLP |
| Party Represented and Role: | Debtors' Co-Counsel |
| Date Range for Which Compensation is Sought: | January 29, 2019 to July 1, 2020 |
| Total Fees Requested: | $ 3,441,585.00 |
| Total Expenses Requested: | $    195,682.81 |
| Total: | $ 3,637,267.81 |
| (Less) Agreed Reductions with Fee Examiner: | ($112,500.00) |
| Grand Total Amount Requested to Be Awarded per Final Fee Application: | $ 3,524,767.81 |
| (Less) Total Amount previously Paid to Applicant: | ($3,371,892.81) |
| Total Amount Outstanding: | **$    152,875.00** |

# EXHIBIT D

EXHIBIT D

To

Notice of Hearing on Final Fee Application (2nd Set)

(KPMG LLP)

(Noticed For Hearing December 15, 2020)


Please Note:  KPMG LLP's (KPMG) First Interim Fee Application (Doc. No. 2992) resulted in a voluntary reduction of $50,000.00 and an interim award.  KPMG's Second Interim Fee Application (Doc. No. 5618) resulted in a voluntary reduction of $85,000.00 and an interim award.  KPMG's Third Interim Fee Application (Doc. No. 8341) resulted in a voluntary reduction of $75,000.00 and an interim award.  These Interim Awards are as reflected below and reflect a $210,000.00 reduction already taken.  In response to the Fourth Interim and Final Fee Application, KPMG has agreed to a voluntary reduction of an additional $50,000.00, which is shown as a deduction, below.


| | |
|---|---|
| Name of Final Fee Applicant: | KPMG LLP |
| Party Represented: | Debtor (KPMG were Information Technology, Risk and Legal Support Consultants) |
| Date Range for Which Compensation Is Sought: | January 29, 2019 through July 1, 2020 |
| Total Fees Approved by Interim Orders To Date (For Date Range January 29, 2019 Through January 31, 2020): | $ 13,087,580.12 |
| Total Expenses Approved by Interim Orders to Date (For Date Range January 29, 2019 Through January 31, 2020): | $    740,111.30 |
| Amount of Fees Not Subject to Previous Interim Orders (For Date Range February 1, 2020 Through July 1, 2020): | $   5,228,788.31 |
| Amount of Expenses Not Subject to Previous Interim Orders (For Date Range February 1, 2020 Through July 1, 2020): | $     82,247.16 |

(Less) Voluntary Reduction (Final
Compensation Period):                          $      (57,885.50)

Grand Total Amount Requested to
Be Awarded:                                        $  19,080,841.39

(Less) Additional Reduction per
Compromise with Fee Examiner
(4th Interim Period):                            $      (50,000.00)

(Less) Total Allowed Fees Paid to Date:    $ (17,270,610.77)

(Less) Total Allowed Expenses Paid
To Date:                                            $     (822,358.46)

Total Amount Outstanding:                    $      937,872.16

# EXHIBIT E

EXHIBIT E
To
Notice of Hearing on Final Fee Applications (2nd Set)

(Milbank LLP)

(Noticed for Hearing December 15, 2020)

| | |
|---|---|
| Name of Final Fee Applicant: | Milbank LLP |
| Party Represented and Role: | Counsel for the Official Committee of Unsecured Creditors |
| Date Range for Which Compensation Is Sought: | February 12, 2019 to July 31, 2020 |
| Total Fees Requested: | $ 28,307,647.25 |
| Total Expenses Requested: | $ 922,318.05 |
| Total: | $ 29,229,965.30 |
| (Less): Total Fees Paid: | $(23,356,137.65) |
| (Less): Total Expenses Paid: | $ (899,847.76) |
| (Less): Total Fees and Expenses Paid Per June/July Monthly:[1] | $ (769,270.69) |
| (Less): Fee Examiner Reduction[2] | $ (1,461,498.00) |
| Total Outstanding: | $ 2,743,211.20 |

---

[1]   Received on October 19, 2020, after the Final Fee Application submission.
[2]   Agreed to with the Fee Examiner on November 10, 2020.

# EXHIBIT F

EXHIBIT F

To

Notice of Hearing on Final Fee Applications (2nd Set)

(Munger, Tolles & Olson LLP)

(Noticed for Hearing December 15, 2020)

Please Note:  The numbers below are as calculated through the filing of the Final Fee Application.  Munger Tolles will reconcile with the Fee Examiner the amount outstanding prior to the submission of any Order on this Final Fee Application.

| | |
|---|---|
| Name of Final Fee Applicant: | Munger, Tolles & Olson LLP |
| Party Represented: | Attorneys for Reorganized Debtors |
| Date Range for Which Compensation is Sought: | January 29, 2019 Through July 1, 2020 |
| Total Fees Requested Through Interim Applications to Date (January 29, 2019 – May 31, 2020): | $ 40,744,167.00 |
| Total Expenses Requested Through Interim Applications to Date (January 29, 2019 – May 31, 2020): | $   1,529,997.59 |
| Total: | $ 42,274,164.59 |
| (Less) Total Fee Examiner Compromised Reductions in Connection to Interim Applications to Date (January 29, 2019 – May 31, 2020): | $  (1,390,000.00) |
| Total Fees and Expenses Approved to Date: | $ 40,884,164.59 |
| Amount of Fees Not Subject to Previous Interim Fee Application Orders (June 1, 2020 – July 1, 2020): | $   1,657,356.90 |
| Amount of Expenses Not Subject to Previous Interim Fee Application Orders (June 1, 2020 – July 1, 2020) | $       4,947.50 |

| | | |
|---|---|---|
| (Less) Additional Reductions per Compromise with Fee Examiner: | $ | (75,000.00) |
| (Less) Total Amount of Fees and Expenses Paid up to Filing of Final Fee Application: | $ | (31,926,064.04) |
| Total Amount Outstanding up to Filing of Final Fee Application: | $ | 10,545,404.95 |

# EXHIBIT G

EXHIBIT G

To

Notice of Hearing on Final Fee Applications (2nd Set)

(Simpson Thacher & Bartlett LLP)

(Noticed for Hearing December 15, 2020)

Please Note: Simpson Thacher has previously reached agreement with the Fee Examiner on three prior Interim Applications (Doc. No. 3157, Doc. No. 4767 and Doc. No. 6331). These were approved by this Court and reflect $282,000 in Court-approved reductions. In this Final Fee Application, Simpson and the Fee Examiner agree to an additional $285,000 reduction, for a total reduction of $567,000.

| | |
|---|---|
| Name of Final Fee Applicant: | Simpson Thacher & Bartlett LLP |
| Party Represented and Role: | Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors |
| Date Range for Which Compensation is sought: | January 29, 2019 through July 1,2020 |
| Total Fees Requested: | $ 12,331,175.50 |
| Total Expenses Requested: | $      184,906.72 |
| Total: | $ 12,516,082.22 |
| (Less) Agreed Reductions with Fee Examiner: | $    (567,000.00) |
| Grand Total Amount Requested to Be Awarded per Final Fee Application: | $ 11,949,082.22 |
| (Less) Total Amount Previously Paid to Applicant: | $ (11,262,803.72) |
| Total Outstanding: | $      686,278.50 |

# EXHIBIT H

EXHIBIT H

To

Notice of Hearing on Final Fee Applications (2nd Set)

(Trident DMG LLC)

(Noticed for Hearing December 15, 2020)


| | |
|---|---|
| Name of Final Fee Applicant: | Trident DMG LLC |
| Party Represented: | Official Committee of Tort Claimants (Communications Consultant) |
| Date Range for Which Compensation is Sought: | July 18, 2019 Through June 30, 2020 |
| Total Fees Requested: | $ 412,500.00 |
| Total Expenses Requested: | $ 28,846.15 |
| Total: | $ 441,346.15 |
| (Less) Agreed Reduction with Fee Examiner: | $ (500.00) |
| Grand Total Amount Requested to be Awarded per Final Fee Application: | $ 441,346.15 |
| (Less) Total Amount Previously Paid to Applicant:[1] | $ (433,267.48) |
| Total Outstanding: | $ 7,578.67 |

[1] Includes $70,000.00 in payments received since Final Fee Application was filed.

11/23/2020 4:25 PM                                                                                                FINAL

# EXHIBIT I

EXHIBIT I

To

Notice of Hearing on Final Fee Application (2nd Set)

(Weil Gotshal & Manges LLP)

(Noticed for Hearing December 15, 2020)

| | |
|---|---|
| Name of Final Fee Applicant: | Weil Gotschal & Manges LLP |
| Party Represented: | Debtors and Debtors in Possession |
| Date Range for Which Compensation is Sought: | January 29, 2019 through July 1, 2020 |
| Total Fees and Expenses Sought Pursuant to Final Fee Application: | $ 55,167,226.98 |
| (Less) Fee Examiner Agreed Reduction of 4.25%[1]: | $ (2,344,607.15) |
| Total Fees and Expenses to Be Allowed: | $ 52,822,619.83 |
| (Less) Total Fees and Expenses Paid to Date: | $(46,501,046.98) |
| Balance of Fees and Expenses to Be Paid: | $   6,321,572.85 |

---

[1] Includes the $420,000 compromised reduction resulting from Second Interim Fee Application