United States Bankruptcy Court Northern District of California San Francisco Division

RE: PG&E Corporation and Pacific Gas and Electric Company

Bankruptcy Case No. 19-30088 (DM)

Notice of the Reorganized Debtors' Forty-First Omnibus Objection to Claims (No Liability/Passthrough Claims)

Creditor Name: McGrath, H.R. Bob
Claim: 67276
Total Amount: $15,970.00

To Whom It May Concern:

PG&E started the Camp Fire which burned down the house at 6900 Quail Way in Paradise, CA. PG&E then hired crews to perform cleanup for fire victims, and to log dead trees. The logging crew contracted by PG&E, in the process of removing trees, destroyed the previously working septic system at 6900 Quail Way. You are right that the Camp Fire started by PG&E equipment didn't crush the septic system, but your contracted crew(s)s did, making the replacement costs of $15,970.00 the responsibility of PG&E.

Declaration:
Under penalty of perjury I, Harold R. "Bob" McGrath, do declare the statement above and those statements of fact previously filed in this matter to be true based on my personal knowledge of the property, the chain of events, and the facts of the matter.

Truly,

*/signature/*

H.R. Bob McGrath
4712 Montgomery Lane
Santa Rosa, CA 95409
hrbobmcgrath@gmail.com
mcg.sales@comcast.net