**Magneson Excavating, Inc.**
PO Box 441
Biggs, CA 95917
530-815-4522

COPY

**Proposal**

PROPOSAL NO.
SHEET NO.
DATE

PROPOSAL SUBMITTED TO:
NAME: Bob McGrath
ADDRESS: ~~675 Sunset Dr.~~ xxxxxxxxxxxxxx 6900 Quail Way
Paradise, CA
PHONE NO.: 707-210-7974

WORK TO BE PERFORMED AT:
ADDRESS:
DATE OF PLANS:
ARCHITECT:

fourteen

14500.00

We hereby propose to furnish the materials and perform the labor necessary for the completion of

As per our conversation, I understand that you will install a new septic tank at 6900 Quail Way for your quoted price of 14,500.00 to include the new tank (1,500 gal.) and the tight lines to the existing leach field. In addition you will include abandoning the existing septic tank to code

If job is started and escrow drops, job must be paid in full with in ten (10) days of com
If non-escrow job a 50% (Fifty Percent) materials draw is requested to start job.

NOTE - TANK And Leech Lines were dammaged by PG+E when Removed Trees. See Attached Diagram oA Location and Photos

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of _____ Dollars ($ _____) with payments to be made as follows.

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Respectfully submitted _____

Per _____

Note — this proposal may be withdrawn by us if not accepted within _____ days.

**ACCEPTANCE OF PROPOSAL**

The above prices, specifications, and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature _____

Date _____ Signature _____

3-12