MAGNESON EXCAVATION
P.O. Box 441
Biggs Ca, 95917
Phone 530-815-4522

copy 

**Proposal**

PROPOSAL NO.
SHEET NO.
DATE

PROPOSAL SUBMITTED TO:
NAME
ADDRESS: 675 Sunset Dr.
PHONE NO.

WORK TO BE PERFORMED AT:
ADDRESS
DATE OF PLANS
ARCHITECT

fifteen
1500.00

We hereby propose to furnish the materials and perform the labor necessary for the completion of
**Proposal to remove dead tree and slash**

If job is started and escrow drops, job must be paid in full with in ten (10) days of co
If non-escrow job a 50% (Fifty Percent) materials draw is requested to start job.

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of _____ Dollars ($ _____ ) with payments to be made as follows.

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Respectfully submitted _____
Per _____
Note — this proposal may be withdrawn by us if not accepted within _____ days.

**ACCEPTANCE OF PROPOSAL**

The above prices, specifications, and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature _____
Date _____ Signature _____

Case: 19-30088    Doc# 9597-2    Filed: 11/23/20    Entered: 11/24/20 06:57:48    Page 1 of 1