UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In Re: | * | |
| PGE CORPORATION, | * | |
| and | * | Case No.: 19-30088 (DM) |
| PACIFIC GAS AND ELECTRIC | * | Chapter 11 (Lead Case) |
| COMPANY, | * | (Jointly Administered) |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION RESPONSE TO NOTICE OF THE REORGANIZED DEBTORS FORTY-FIFTH ONMIBUS OBJECTION TO CLAIMS (REDUCED AND ALLOWED CLAIMS)**

CLAIMANT: JACQUELINE O'NEIL

CLAIM NO: 1685

CLAIM AMOUNT: $130,604.08 (Fair Value)

**EXPLANATION FOR THE AMOUNT OF THE PROOF OF CLAIM**

On or about August 9, 2018, without our permission or knowledge, PGE came onto our private property and cleared about 200,000 square feet of extreme sloping land. There was no erosion control performed. Instead, debris, logs, trash, cans, a broken fence and destroyed gate were left.

On or about December 1, 2018, I returned home after being out of town for almost 2 months to find that PGE AGAIN came onto my property a second time. They cleared about another 1,000 trees - approximately 160,000 square feet with zero material management or erosion control. I've met with several PGE representatives – one guy just last week, in fact. He agreed with me that the clearing was excessive (well over 200 feet of clearing) and the material left on the slope should have been removed or chipped or something. It is a fire enhancer with so much dry kindling left all over the hill. We have been clearing it for over a year now and you can barely tell. The cost to repair and fix the damage will be almost 200x times what this order is suggesting we should be reimbursed.

I will also note that the PGE Representative who I met with last week stated that PGE is responsible for removing all of the debris and wood that they cut. You would not believe the amount of debris (including their trash) and wood that was left on our property. The amount still remaining is unbelievable. That is why I filed this claim. It seems that this is a PGE responsibility and I have no idea why I am spending upwards of $130,000 to do their job.

We have been repairing the damage ever since the incident as we can afford to do so. There is a new gate, a new fence and some clearing of materials and some erosion control for the sloping hill. We have also moved fences from other parts of the property in an effort to control deer (and now bear) from entering and eating our crops. We estimated that we lost over $10,000 in fruit during the 2018 season due to the missing fence (taken down by PGE) in August – the prime of our season – from a local bear.

Also, the erosion is terrible and we have not had the resources to put in the erosion control and new plantings that are necessary to preserve the hill. The estimate I have from our local landscaper is below. We are still replacing damaged fence as we can but have hoped that this claim will provide the necessary resources to fix the damage done to our property - not by the fire but actually actively by the PGE contractors. They should pay to replace and fix the damage they have done to our private property. It was certainly not within their rights or the easement that they have to access it.

You have claimed that the FMV of this claim is $800 however, I've already spent over 20 times that amount – actually much more. That amount doesn't even fix the gate that PGE removed and "threw" into the woods – it is still there up in a tree if you can believe that. I just received this notice and have less than a week to file a response so do not have time to do an actual accounting of my expenses to date. I did meet with our landscaper and he stands by the estimate below as the actual Fair Value of needed repairs.

These are the reasons that the Bankruptcy Court should not sustain the Omnibus Objection.

My name is: Jacqueline O'Neil

My address is: 3485 Old Lawley Toll Road, Calistoga, CA  94515

My phone number is:  443-362-0990


Under penalty of perjury

*Jacqueline O'Neil*            *November 23, 2020*

---

Jacqueline O'Neil – property owner

Oneil Property
3485 Old Lawley Toll Road, Calistoga, CA
Erosion Control
Estimate

Erosion Control - Area 120ft x 3000 feet

| | | | | | |
|---|---|---|---|---|---|
| Square Feet: | 360,000 | | | | |
| Estimate to Correct: | $ 130,604.08 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Wattles - Every 50 feet | https://www.saraglove.com/products/straw-wattle-9-x-25?gclid=Cj0KCQiA-onjBRDSARIsAEZXcKadF5kqVCYtaa | | | | | |
| Linear Feet: | | 7200 | | | | |
| Pallet of Wattles | | | 14 | 25 feet | 350 | Linear Feet |
| | | | | | 20.57142857 | Pallets need |
| | | | | $ | 322.00 | Price per Pa |
| | | | | $ | 6,762.00 | Cost |
| | | | | $ | 490.25 | Tax |
| | | | | $ | 200.00 | Shipping |
| | | | | $ | 7,452.25 | Total Cost |

Erosion Control Blankets        https://www.walmart.com/ip/DEWITT-Erosion-Control-Blanket-8-x-112-5

| | | | | |
|---|---|---|---|---|
| Square Feet: | 360,000 | | | |
| Blanket | | 896 | | |
| Blankets needed | 401.79 | | | |
| | | 112.21 | price per blanket | |
| | $ 44,996 | | | |
| | $ 3,487 | | tax | |
| | | | Free Shipping | |
| | $ 48,483 | | Total Cost | |

| | | | |
|---|---|---|---|
| Seed | https://hancockseed.com/collections/erosion-control-seed/products/hancocks-erosion-control-seed-mix | | |
| Square Feet: | 360,000 | | |
| 50 lbs | | | covers 5,000 square feet |
| | 72 | | bags needed |
| | $ 181.99 | | per bag |
| | $ 13,103.28 | | Cost |
| | $ 1,015.50 | | Tax |
| | free | | Shipping |
| | $ 14,118.78 | | Total cost |

| | | | |
|---|---|---|---|
| Planting hydrocover | https://www.plantingtree.com/products/triplestart-hydrocover-seed-starter?variant=912812933124&matcht mG_8FtW3xcHGgeA0YD3tOUKCW8xzBzepH7AV0qe3xUf8DwVMaAonOEALw_wcB | | |
| Square Feet: | 360,000 | | |
| Bag - 40 pounds | | 1.875 | 75 lbs per 1000 sq feet |
| | 675 | | bags needed |
| | $ 70.00 | | per bag |

Case: 19-30088    Doc# 9600    Filed: 11/23/20    Entered: 11/24/20 09:03:49    Page 3 of 4

4851-9407-1465, v. 1

|  |  |  |  |
|---|---|---|---|
| $ 47,250.00 |  | Cost |  |
| $ 3,661.88 |  | Tax |  |
| free |  | Shipping |  |
| **$ 50,911.88** |  | **Total cost** |  |

Fence replacement -   https://www.deerbusters.com/14-gauge-pvc-coated-welded-wire/

|  |  |  |
|---|---|---|
| 100 feet x 8ft | $ 639.95 |  |
| posts | $ 95.00 |  |
|  | $ 56.96 | Tax |
|  | $ 500.00 | Labor |
|  | **$ 1,291.91** | Total cost to date |

Gate replacement -   https://www.deerbusters.com/gates/dual-driveway-gates/for-7-5-deer-fence/dual-driveway-gate-for-7-5-fenc

|  |  |  |
|---|---|---|
| Gate for 8'fence | $ 688.95 |  |
|  | $ 53.39 | Tax |
|  | $ 500.00 | Labor |
|  | **$ 1,242.34** | Total cost to date |

| Retaining Wall at Road to Creek: | **$ 2,500.00** | Estimate from Contractor |
|---|---|---|

| Supplies:  Gas, Gloves, etc. | **$ 250.00** |  |
|---|---|---|

Labor:

|  |  |  |  |
|---|---|---|---|
| Workers: 3 people | 240 | 15 | $ 3,600.00 |
| Supervisor | 80 | 30 | $ 2,400.00 |
|  |  |  | **$ 6,000.00** |

Thank you for your attention to this matter on my behalf.

Jacqueline O'Neil