CAIRNCROSS & HEMPELMANN
JOHN RIZZARDI (*pro hac vice*)
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 254-4444
Facsimile: (206) 587-2308
JRizzardi@cairncross.com

HOGE FENTON
SBLEND A. SBLENDORIO (109903)
4309 Hacienda Drive, Suite 350
Pleasanton, CA 94588
Telephone: (925) 224-7780
Sblend.Sblendorio@hogefenton.com

*Attorneys for Interested Party Winding Creek Solar LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **NOTICE OF CHANGE IN COUNSEL** |

NOTICE IS HEREBY GIVEN that Christopher L. Young hereby withdraws as attorney of record for Interested Party Winding Creek Solar LLC. John R. Rizzardi of Cairncross & Hempelmann, P.S. remains as counsel of record for Winding Creek Solar LLC.

Dated: November 24, 2020    Withdrawing Attorney:

By: */s/ Christopher L. Young*
CHRISTOPHER L. YOUNG (*pro hac vice*)

| | |
|---|---|
| 1 | Remaining Attorney: |
| 2 | CAIRNCROSS & HEMPELMANN, P.S. |
| 3 | |
| 4 | By: /s/ John R. Rizzardi |
|   | JOHN R. RIZZARDI (*pro hac vice*) |
| 5 | |
|   | *Attorneys for Winding Creek Solar LLC* |
| 6 | |