Signed and Filed: November 23, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

| | |
|---|---|
| Robert A. Julian (SBN 88469) | |
| Cecily A. Dumas (SBN 111449) | |
| BAKER & HOSTETLER LLP | |
| Transamerica Pyramid Center | |
| 600 Montgomery Street, Suite 3100 | |
| San Francisco, CA 94111-2806 | |
| Telephone: 415.659.2600 | |
| Facsimile: 415.659.2601 | |
| Email: rjulian@bakerlaw.com | |
| Email: cdumas@bakerlaw.com | |

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | |
| - and - | Chapter 11 (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | **ORDER GRANTING FINAL FEE APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (MARCH 20, 2019 THROUGH OCTOBER 31, 2019)** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | [Relates to Dkt. No. 8889] |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**THIS MATTER** came before the Court upon consideration of the *Final Fee Application Of Development Specialists, Inc. For Allowance And Payment Of Compensation And Reimbursement Of Expenses (March 20, 2019 Through October 31, 2019)* [Docket No. 8889] (the "**Final Fee Application**") filed by Development Specialists, Inc. ("**DSI**"), financial advisors for the Official Committee of Tort Claimants ("**TCC**") and the *Notice Of Hearing On Final Applications Allowing And Authorizing Payment Of Fees And Expenses Of Multiple Fee Applicants Based Upon Compromises With The Fee Examiner (1st Set)* [Docket No. 9358] (the "**Compromise**"). Based upon the Court's review and consideration of the Final Fee Application, the Declaration of Bradley D. Sharp submitted in support of the Final Fee Application, and the Compromise, and no objections or responses to the Final Fee Application having been filed, and upon the other records and pleadings filed in the above-captioned chapter 11 cases, and the Court having issued a Docket Order on November 13, 2020 allowing the Final Fee Application in the amounts reflected in the Compromise; and sufficient cause having been shown therefor.

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Final Fee Application was duly given, and that such notice was appropriate and sufficient under the particular circumstances. It appears to the Court that good cause exists for final approval of the fees that DSI requested in the Final Fee Application, pursuant to Section 330 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees requested in the Final Fee Application, as reflected in the Compromise, are reasonable and have been earned.

**THE COURT FURTHER FINDS** that (i) as of the date of the Final Fee Application, DSI has been paid **$1,830,291.72,** consisting of $1,780,836.50 in fees and $49,455.22 in expenses and; (ii) the remaining balance due and owing to DSI is **$0.00**, as reflected in the Compromise.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Final Fee Application is approved.

2. DSI is awarded a total amount of **$1,830,291.72, consisting of $1,780,836.50 in compensation and $49,455.22 in expenses**.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3. This Order finally adjudicates all claims of DSI for compensation and expenses for the period set forth in the Final Fee Application. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

APPROVED AS TO FORM AND CONTENT:

*/s/ Scott H. McNutt*
Scott H. McNutt
Counsel to the Fee Examiner

**\*\*\* END OF ORDER \*\*\***