Paul Marotta
1342 Rollins Road
Burlingame, CA 94010

November 15, 2020

The Honorable Dennis Montali
United States Bankruptcy Judge
United States Bankruptcy Court
Northern District of California
San Francisco Division
Court Room 17, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: PG&E's objection to my $100 claim for lost work
Claim 1070
In re: PG&E Corporation
Case #19-30088 (DM)

Dear Judge Montali:

On or about November 5, 2016 I was working in my office when my power went out. I found a PG&E crew about a block away. I received no notice. I bill by the hour at $365 and lost about 20 minutes of work. I wrote PG&E about my claim and they ignored me. Ever since then, every time I have paid a PG&E bill I've included my $100 claim on the memo line of my check (on probably close to 46 checks to date). No one from PG&E has ever inquired about that while cashing my checks (totaling approximately $18,400). Since there is no competition to PG&E I have no choice but to use their service or go without electricity. I can't choose a better provider, cheaper rates, more responsive management, etc. Now, PG&E is apparently wasting thousands of dollars opposing my $100 claim. What is wrong with these vultures? They shouldn't be reorganized; they should be broken up. And, they can't even be bothered to actually mail me a copy of their objection to my claim. I have to send away for it, like a decoder ring. If you are a court of equity, please reject their opposition and allow my claim. PG&E caused my loss, ignored my letters, and doesn't care at all about me. There is nothing I can do about that except go without power. I submit to your judgement on this letter. Thank you very much. Sorry PG&E is wasting your time with this.

**Best Regards,**

Paul Marotta

cc: Under Penalty of Perjury I declare that I mailed a copy of this letter to Kelleer Benvenutti Kimm LLP, Tobias S. Keller, Peter J .Benvenutti, Jane Kim, 650 California Street, Suite 1900, San Francisco, CA 94108

Paul Marotta
1342 Rollins Road
Burlingame, CA 94010

The Honorable Dennis Montali
United States Bankruptcy Court
San Francisco Division
Court Room 17, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

INSPECTED BY
NOV 18 2020
U.S. MARSHALS SERVICE

SAN FRANCISCO CA 940
16 NOV 2020PM 5 L

RECEIVED
NOV 20 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

94102-342515

Case: 19-30088    Doc# 9603    Filed: 11/20/20    Entered: 11/24/20 12:25:22    Page 2 of 2