# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Victor Wong, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On November 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Edgar Perry at an address that has been redacted in the interest of privacy:

- Order Disallowing and Expunging Claim No. 92615 (Edgar Perry) Pursuant to Reorganized Debtors' Nineteenth Omnibus Objection to Claims (Duplicative Claims) [Docket No. 9578]

3. On November 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Monica Starr at an address that has been redacted in the interest of privacy:

- Order Disallowing and Expunging Claim No. 86862 (Monica Staar) Pursuant to Reorganized Debtors' Twentieth Omnibus Objection to Claims (Incorrect Debtor Claims) [Docket No. 9579]

4. On November 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Edward F. George, Irene George, and Thomas A. George at addresses that has been redacted in the interest of privacy:

- Order Disallowing and Expunging Claim No. 5239 (Irene George) Pursuant to Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [Docket No. 9580]

5. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 25th day of November 2020, at New York, NY.

                                               */s/ Victor Wong*
                                               Victor Wong

SRF 48394