| | |
|---|---|
| 1 | RICHARD A. MARSHACK, #107291 |
| | rmarshack@marshackhays.com |
| 2 | LAILA MASUD, #311731 |
| | lmasud@marshackhays.com |
| 3 | MARSHACK HAYS LLP |
| | 870 Roosevelt |
| 4 | Irvine, California 92620 |
| | Telephone: (949) 333-7777 |
| 5 | Facsimile: (949) 333-7778 |

Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Email:  gerald@slffirm.com
          glocurto@slffirm.com

Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

In re

PG&E CORPORATION,

    and

PACIFIC GAS AND ELECTRIC COMPANY

    Debtors

Affects:
☐ PG&E Corporation
☐ Pacific Gas & Electric Company
☒ Both Debtors

\* All papers shall be filed in the Lead Case,
  No. 19-30088 (DM).

Case No. 19-30088 (DM)

Chapter 11

(Lead Case–Jointly Administered)

NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF AMENDED PROOF OF CLAIM BY MICHAEL LYNN MARHENKE, MICHELE MARIE HOOKER, BRUCE ROBERT MARHENKE, AND STEVE ROBERT MARHENKE, AS VESTED BENEFICIARIES OF THE 1999 MARHENKE FAMILY TRUST

Date: January 12, 2021
Time: 10:00 a.m. (Pacific)
Place: **Telephonic Appearances Only**
      United States Bankruptcy
Court: Courtroom 17, 16th Floor
      San Francisco, CA 94102
Objection Deadline: December 29, 2020

1

**PLEASE TAKE NOTICE** that on November 25, 2020, as Dk. No. 9611, the Singleton Law Firm ("SLF") filed a motion Michael Lynn Marhenke ("Mike"), Michele Marie Hooker ("Michele"), Bruce Edward Marhenke ("Bruce") , and Steve Robert Marhenke ("Steven") (collectively "Beneficiaries" or "Movants") to deem timely a late filed amended proof of claim ("Motion").

**PLEASE TAKE NOTICE** that the telephonic hearing on the Motion will take place on January 12, 2021, at 10:00 a.m. (Pacific Time) in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA 91402.

**PLEASE TAKE NOTICE** that all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the SLF Fire Victim Claimants at the above-referenced addresses so as to be received by the time set by the Bankruptcy Court. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (EFC No. 1996) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE THAT** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime

2

1  Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for

2  U.S.-based parties; or +1 (929) 333-8977 for International parties or by email at:

3  pgeinfo@primeclerk.com.

4      Note that a PACER password is needed to access documents on the Bankruptcy Court's

5  website.

6

7  Dated: November 25, 2020       MARSHACK HAYS LLP

8                                           /s/ Laila Masud

9                             BY: RICHARD A. MARSHACK
                               LAILA MASUD

10                            ATTORNEYS FOR SLF CLAIMANTS