IN RE: PG&E CORPORATION
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
Case Number: 19-30088(DM)

## **PROOF OF SERVICE**

I, Geoffrey E. Marr, declare:

That I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the action; I am not a registered California process server; and I am employed in the County of San Diego, State of California, in which county the within-mentioned service occurred. My business address is 402 West Broadway, Suite 860, San Diego, CA 92101.

On **November 25, 2020,** I caused the following document(s) to be served:

**DECLARATION OF ONNYX WALKER IN OPPOSITION TO DEBTORS' FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (REDUCED AND ALLOWED CLAIMS)**

**MEMORANDUM OF POINTS & AUTHORITIES FILED BY ONNYX WALKER IN OPPOSTION TO DEBTORS' FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (REDUCED AND ALLOWED CLAIMS)**

The manner of service was:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. The following person(s) are on the Electronic Mail Notice to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| WEIL, GOTSHAL, & MANGES LLP<br>Stephen Karotkin<br>767 Fifth Avenue<br>New York, NY 10153<br>E-mail: stephen.karotkin@weil.com | |
| KELLER & BENVENUTTI LLP<br>Tobias S. Keller<br>Peter J. Benvenutti<br>650 California St, Suite 1900<br>San Francisco, CA 94108<br>E-mail: tkeller@kellerbenvenutti.com<br>E-mail: pbenvenutti@kellerbenvenutti.com | |

**II.  U.S. POSTAL MAIL**

__X__  by mailing a copy thereof to each addressee named hereafter at the address(es) listed below.  I sealed each envelope and, with the postage thereon fully prepaid, I placed each for deposit in the United States Postal Service, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed **November 25, 2020** at San Diego, California.

*/s/Geoffrey E. Marr*
Geoffrey E. Marr