Tracy Green (Bar No. 114876)
tgreen@wendel.com
Miguel Saldaña (Bar No. 299960)
msaldana@wendel.com
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Tel.: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Claimant
Etta Bacharach Testamentary A & B Trusts

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In Re

PG&E CORPORATION

- and -

PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,

Debtors.

Case No. 19-30088 (DM)
Chapter 11

**DECLARATION OF MARK BORSUK IN OPPOSITION TO REORGANIZED DEBTOR'S FORTY-FOURTH OMNIBUS OBJECTION**

**[RE CLAIM NO. 56201]**

Date:  December 15, 2020
Time:  10:00 a.m.
Place: U.S. Bankruptcy Court
       San Francisco, California
Judge: Hon. Dennis Montali

I, Mark Borsuk, hereby declare as follows:

1. At all times relevant to this declaration, I was the Property Manager for the commercial building located at 4881 Telegraph Ave. in Oakland, CA ("Property"), which is owned by The Etta Bacharach Testamentary A & B Trusts (the "Claimant"), of which I am also a successor trustee. I submit this declaration in support of Claimant's Opposition to Reorganized Debtor's Forty-Fourth Omnibus Objection and in support of Proof of Claim No. 56201 filed in the amount of $66,428.29 (the "Claim"). I have personal knowledge of the matters set forth below and, if called to testify, would testify competently thereto.

2. Beginning in 2017, Claimant's tenant, the Children's Hospital Pediatric Dental Clinic and I as property manager and successor trustee consulted with PG&E regarding a project that would expand the power supply to the Property ("Project").

3. On April 11, 2017, PG&E's Engineering and Planning Department provided engineering plans that supposedly mapped out the location of existing underground power lines and also mapped the location where the electrical vault was located and where the trenches should be dug in furtherance of the Project (the "Plan"). A true and correct copy of the Plan is attached hereto as **Exhibit A**.

4. Claimant's contractor for the Project was Gill's Electric, Inc. ("Contractor"). Beginning on January 19, 2018, the Contractor began digging the 5'x10' hole in the exact location specified in PG&E's Plans, as well as digging a trench along one of the busiest streets in Oakland, Shattuck Avenue. Several feet into excavation, the Contractor's employees encountered three large electrical conduits. Luckily, the employees noticed the conduits just in time, and immediately ceased all work on the Project before someone was electrocuted. A picture of the previously unmarked electrical conduits is attached hereto as **Exhibit B**.

5. Thereafter I had multiple telephone calls and email communications with PG&E about rectifying this problem. We were under a deadline to provide electricity to the tenant that was about to move its business into our Property, and the tenant needed electricity to operate. Notably, on April 26, 2018, I contacted Thomas Guarino of the PG&E East Bay Public Affairs Team (e-mail: TGG3@pge.com) ("Guarino"). I informed Guarino about the undisclosed

underground lines, and Guarino acknowledged that PG&E provided faulty information.

6. Guarino e-mailed his PG&E colleague, Terry Walker-Mullings, to request that PG&E expedite the processing of revised plans to assist us in completing the project to minimize further delays.

7. There never was any dispute that PG&E was at fault in any of my communications. When Guarino reached out to his colleague for assistance, his e-mail admitted that it was PG&E's fault:

> "Terry: given PG&E's role in providing wrong information initially is there any way we can help Mark out and move this up the queue?" A true and correct copy of the April 26, 2020 e-mail that I received in the normal course of business is attached hereto as **Exhibit C**.

8. In recognition of their error, PG&E provided revised plans that accurately mapped the underground lines and Claimant was ultimately able to proceed with the Project. However, PG&E's error caused a substantial delay to the Project, and increased the expenses. Claimant had to accrue costs for remediation work and to effectively re-do the excavation work for the Project.

9. True and correct copies of the invoices which detail the damages are attached to the Claim filed on October 10, 2019. The Claim amount is $66,428.29 and documentation was submitted with a breakdown of the damages calculation (Exhibit B to the Claim) as well as individual invoices/statements to substantiate the amounts incurred by Claimant (Exhibits B-D).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco on November 25, 2020.

                            ____/s/ Mark Borsuk_____
                            Mark Borsuk

# EXHIBIT A



# EXHIBIT B



**EXHIBIT C**

From: Guarino, Thomas <TGG3@pge.com>
Sent: Thursday, April 26, 2018 2:00 PM
To: Mark Borsuk <mark@borsuk.com>; Walker-Mullings, Terry <TMM8@pge.com>
Cc: Tyurin, Vitaly <VxT4@pge.com>
Subject: FW: 4881 Telegraph Ave., Oakland: Children's Hospital Pediatric Dental Clinic 800A upgrade delay

Mark: thanks for the update.

Terry: given PG&E's role in providing wrong information initially – is there any way we can help Mark out and move this up in the queue? Appreciate anything you can do.

Thanks,

Tom Guarino
PG&E East Bay Public Affairs Team
Cell: 510.847.6154


From: Mark Borsuk [mailto:mark@borsuk.com]
Sent: Thursday, April 26, 2018 10:31 AM
To: Guarino, Thomas
Subject: 4881 Telegraph Ave., Oakland: Children's Hospital Pediatric Dental Clinic 800A upgrade delay

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

April 26, 2018

SUBJECT:   Children's Hospital Pediatric Dental Clinic
           4881 Telegraph Ave., Oakland 94609

Tom:

1. We have a hook-up scheduling problem for upgrading the power for our tenant: **Children's Hospital Pediatric Dental Clinic**.

2. When PG&E provided the 800A engineering plans to our electrician, Gills Electric, the new vault's location was misidentified.  See attached plan.

3. On January 29, when digging the sidewalk vault, we discovered 12,000-volt lines.  See attached photo.