| | |
|---|---|
| 1 | Tracy Green (Bar No. 114876)<br>tgreen@wendel.com |
| 2 | Miguel Saldaña (Bar No. 299960)<br>msaldana@wendel.com |
| 3 | **WENDEL ROSEN LLP**<br>1111 Broadway, 24th Floor |
| 4 | Oakland, CA 94607-4036<br>Tel.: (510) 834-6600 |
| 5 | Fax: (510) 834-1928 |
| 6 | Attorneys for Claimant |
| 7 | Etta Bacharach Testamentary A & B Trusts |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,<br><br>Debtors. | Case No. 19-30088 (DM)<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: December 15, 2020<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>       San Francisco, California<br>Judge: Hon. Dennis Montali |

I, Donna Cresswell, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

CERTIFICATE OF SERVICE      1

On the date set forth below I caused to be served the following document(s):

**CLAIMANT'S OPPOSITION TO REORGANIZED DEBTOR'S FORTY-FOURTH OMNIBUS OBJECTION [RE CLAIM NO. 56201]**

**DECLARATION OF MARK BORSUK IN OPPOSITION TO REORGANIZED DEBTOR'S FORTY-FOURTH OMNIBUS OBJECTION [RE CLAIM NO. 56201]**

on each party listed below in the following manner:

[X]  **ECF RECIPIENTS**

[X]  **BY ELECTRONIC MAIL**: by transmitting via email said document(s) to the email address set forth below.

Peter J. Benvenutti  PGEclaims@kbkllp.com
pbenvenutti@kellerbenvenutti.com

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on November 25, 2020, at Oakland, California.

*/s/ Donna Cresswell*
DONNA CRESSWELL