```
Shou Kun Huang/Henry Huang
2635 Market Street
Oakland, CA 94607
(510) 424-5755
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)(Jointly Administered)<br><br>**INTERESTED PARTY SHOU KUN HUANG'S RESPONSE TO REORGANIZED DEBTOR'S FORTY-FIFTH OMNIBUS OJBECTION TO CLAIMS (REDUCED AND ALLOWED CLAIMS)**<br><br>Claim No. 7920 |

### STATEMENT IN OPPOSITION TO OMNIBUS OJBECTION

On June 21, 2019, PG&E damaged a sewer line outside my house. Both the city and PG&E advised me to contact a plumbing company to fix the sewer and to submit a claim to PG&E. I paid $8,200 in repairs. I have submitted receipts for $7,000 from Gly Construction and $673.09 from Larrieta Sanitation. These receipts total to $7,673.09. Instead of estimating "fair-market value", PG&E simply took that total and divided it by half. That is not an estimate of fair value and my documentation proves that I paid well over the amount PG&E is offering.

Dated: November 24, 2020

By: *Shou Kun Huang*
Shou Kun Huang/Henry Huang

Shou Kun Huang/Henry Huang
2635 Market Street
Oakland, CA 94607
(510) 424-5755

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)(Jointly Administered)<br><br>**INTERESTED PARTY SHOU KUN HUANG'S DECLARATION IN SUPPORT OF RESPONSE TO REORGANIZED DEBTOR'S FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (REDUCED AND ALLOWED CLAIMS)**<br><br>Claim No. 7920 |

## <u>DECLARATION OF SHOU KUN HUANG</u>

I, Shou Kun Huang, "Henry Huang," declare the following is true and correct, and if called as a witness, I could competently testify to the matters hereinafter set forth which are within my personal knowledge.

### DESCRIPTION OF CASE

1. I am the owner of the property located at 2635 Market Street, Oakland CA, 94619.

2. On, or about, June 21, 2019 PG&E broke a sewer outside my house.

---

**DECLARATION OF SHOU KUN HUANG**　　　　　CLAIM 7920　　　Page 1

3. Courtney Holmes, Sewer Maintenance Leader for the City of Oakland, told me to contact PG&E to repair the broken side sewer and to contact a plumbing company. A true and correct copy of the note from Courtney Holmes is attached as Exhibit "A."

4. A service technician from PG&E, "Thomas," also advised that I call a plumbing company to repair the sewer and to submit a claim with PG&E. A true and correct copy of the PG&E Service Report is attached as Exhibit "B."

5. On, or about, July 3, 2019, I paid $673.09 to the city of Oakland for a permit to begin repairs. A true and correct copy of the Permit Filing is attached as Exhibit "C."

6. On, or about, July 12, 2019, I paid $7,000.00 to Gly Construction, Inc. for the total cost of repairs. A true and correct copy of the receipt from Gly Construction is attached as Exhibit "D."

7. The new repairs were also tested for compliance by the East Bay Municipal Utility District. A true and correct copy of the Compliance Certificate is attached as Exhibit "E."

Wherefore I am respectfully requesting that the does not sustain Reorganized Debtor's Forty-Fifth Omnibus Objection to Claims.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 11/24/20

*Shou Kun Huang*
Shou Kun Huang

DECLARATION OF SHOU KUN HUANG          CLAIM 7920          Page 2

# EXHIBIT A



OF OAKLAND

TION RESIDENT
R MERCHANT
E CONTACT US

rm you that our Sewer Maintenance
access your property for the

main and/or structures
our city main and/or structures
est of your sewer lateral from inside
usiness.

office at (510)615-5969 during normal
nday through Friday to schedule an

Atrey Holmes  Date 6-21-2019
(Print)

from the Public Works Department
Call Center **Monday through Friday,**
and 4:30pm, at (510) 615-5566 or
CallCenter@oaklandnet.com. You can
porting form to report a problem at
ndpw.com/Page876.aspx

Please Contact
PGE To repair Broken
Side Sewer

City came and inspected there
main sewer line there
Sewer line is Clear

Have Roter Rooter
inspect Side Sewer with
Camera in get video proof
of lateral.

Cartney Holmes
Sewer leader
6-21-2019

(2)

# EXHIBIT B

# Pacific Gas and Electric Company

## SERVICE REPORT
### PG&E Visited your Property Today to Service Your Account

5

Valued Customer: 2635 Market St. Oak  
Address

Service Date/Time: 6.21.19  A.M./**P.M.**

Service Technician: Thomas   Confirmation/Field Order # _____

Transaction Type: 62996 - 0078

☐ SORRY WE MISSED YOU: Unfortunately we were not able to complete your service request because it requires your presence or the presence of an adult. Please call us at 1-800-743-5000

☐ SORRY WE MISSED YOU: Please see reverse side for additional information

### Gas Service
Service/Inspection of Gas Equipment

| Appliance Type | Inspected | Cleaned Burner Pilot | Filter Inspected | Adjusted | Repaired | Gas Leak Repaired | Appliance Parts Replace Program | Unsafe Condition Identified | Refer to Licensed Contractor |
|---|---|---|---|---|---|---|---|---|---|
| Range | | | | | | | | | |
| Oven | | | | | | | | | |
| Water Heater | | | | | | | | | |
| Heating Appliance | | | | | | | | | |
| Dryer | | | | | | | | | |
| Pool/Spa Heater | | | | | | | | | |
| Other | | | | | | | | | |

### Electric Service
Service/Inspection of Electric Equipment

| Equipment Type | Inspected | Voltage Read | Problem Corrected | Parts/Contractor Referral | Unsafe Condition Identified | Refer to Dealer |
|---|---|---|---|---|---|---|
| Service Panel | | | | | | |
| Voltage Problem | | | | | | |
| Complete Outage | | | | | | |
| Partial Outage | | | | | | |
| Electric Range | | | | | | |
| Electric Water Heater | | | | | | |
| Other | | | | | | |

### Remarks:

Advising to call Roto Rooter or any other plumbing company to have sewer checked + repaired + then call PG+E to put a claim in if you believe we broke your sewer. No gas smell

Ask for claims.  
Courtney Holmes - Oakland Sewer Leader advised as well

Case # _____

### Additional PG&E Work Required

☐ The work you requested will require additional PG&E follow up or repairs to complete. Please refer to your case number above when calling for additional information regarding your request.

### Thank you for the opportunity to serve you

Were you satisfied with the service? Yes ☐  No ☐  If your answer is "No" how can we improve?

Comments   See the back of this form for additional services

(31)

# EXHIBIT C

Permits for which no major inspection has been approved within 180 days shall expire by limitation. No refund more than 180 days after expiration or final.



# CITY OF OAKLAND
### 250 FRANK H. OGAWA PLAZA · 2ND FLOOR · OAKLAND, CA 94612

Planning and Building Department
www.oaklandnet.com

PH: 510-238-3891
FAX: 510-238-2263
TDD: 510-238-3254

2635 MARKET ST (left margin)
2635 MARKET ST (right margin)

| | | |
|---|---|---|
| Permit No: | SL1901391 | OPW - Sewer Lateral |
| Job Site: | 2635 MARKET ST | |
| Parcel No: | 005 045100800 | |
| District: | | |

Filed Date: 7/3/2019
Schedule Inspection by calling: 510-238-3444

**Project Description:** Repair/replace sewer lateral and EXCAVATE in PUBLIC RIGHT-OF-WAY. Overflow device may be needed. If working within 25' feet of a monument you must comply with State Law 8771, contact the Inspector prior to starting excavation: minimum $5,800.00 fine for non-compliance. Comply with all terms of City of Oakland Public Works Standards, Street Excavation Rules, Revised March 2015 and City Council Ordinance No. 13300 C.M.S. Five days prior notice required for work lasting five days or less in business/commercial districts; 72 hour notice in residential districts. Ten days prior notice required for work lasting six days or more in all districts. USA # and date must be provided in order to have a permit issued. Permit valid 90 days. Call PWA INSPECTION prior to start: 510-238-3651 or email PWA_inspections@oaklandnet.com. USA #x917922392

*inspection 7-10-19*

**Related Permits:**

| | Name | Applicant | Address | Phone | License # |
|---|---|---|---|---|---|
| Owner: | HUANG NUAN J & HENRY | | 2635 MARKET ST OAKLAND, CA | | |
| Contractor: | LARRIETA SANITATION CONSTRUCTION | | 1818 74TH AVENUE OAKLAND, CA | (510) 773-0518 | 1007540 |
| Contractor: | Rene Larrieta | X | 1818 74TH AVENUE OAKLAND, CA | (510) 773-0518 | |

*7/12/19 PBMUD PSL VERIFICATION TEST PASSED (RH)*

**PERMIT DETAILS:** Building/Private Infrastructure/Sewer Lateral/NA

### General Information
| | | | |
|---|---|---|---|
| Sewer Type: | Sewer Repair & Sidewalk/Roadway | Street Excavation Permit Required: | Yes |
| Special Provisions: | | Tree Removal Involved: | |

**TOTAL FEES TO BE PAID: $673.09**

| | | | | | |
|---|---|---|---|---|---|
| Application Fee | $70.00 | Recrd Mangmnt & Tech Enhancement Fee | $86.52 | Sewer With Private Property & Sidewalk/Roadway | $516.57 |

Plans Checked By _____  Date _____  Permit Issued By _____  Date 7-3-15
                                      Finalized By _____  Date _____

(4)

Case: 19-30088   Doc# 9619   Filed: 11/30/20   Entered: 11/30/20 10:03:19   Page 10 of 14

# EXHIBIT D

# 快速通渠
## GLY CONSTRUCTION, INC. 22907
## EXPRESS PLUMBING
LIC:951522

11381 SKYLINE BLVD
OAKLAND

2311 Coral Sea Street
Alameda, CA 94501
Tel: (510) 882-1048
(510) 261-6888
(415) 613-6669
Fax: (510) 261-6988
huahaigly@yahoo.com

| Customer Name | Date |
|---|---|
| SHOU KUN HUANG | 7/12/2019 |

**Job Address:** 2635 MARKET ST.
**Billing Address:** CA 94614
**City:** OAKLAND **Zip:** CA 94607
**Phone:** 510-424-5155 **Fax:**

**Warranty:** Warranty only applies to the work on written contract is performed by service technician. Any work has been performed by previous technicians will not be covered under this contract. Any hidden defect, will be charged on revised written contract.

$ _____

### SERVICE AGREEMENT
此估價不包括內眼看不見的部分零件及所須人工、稅項等。如在工作途中發現新問題，須簽一份新合約。因通渠引至渠道爆裂本公司無須負上責任

THE ESTIMATED PRICE DOES NOT INCLUDE ANY HIDDEN DEFECT FOR EXTRA COSTS, OTHER TAX, IF ANY. OR LABOR, WHICH MAY BE REQUIRED AFTER THE WORK BEGINS. ADDITIONAL WRITTEN AUTHORIZATION FROM CUSTOMER WILL BE OBTAINED BEFORE WORKING FOR ANY ADDITIONAL OR EXTENDED WORK.

I HEREBY AUTHORIZE THE PERFORMANCE OF THE WORK, SUBJECT TO ALL THE TERMS AND CONDITIONS SET FORTH ON THIS CONTRACT PLUS ANY TAXES UPON COMPLETION. THIS INVOICE IS DUE AND PAYABLE ON RECEIPT.

更換熱水爐、暖氣喉、暖氣、水龍頭、銅管、排水管、廁所和室內裝修等一切工程。

**ACTUAL**

### DESCRIPTON SERVICE AND MATERIALS

To replace the main sewer lateral from the side of the house to the city main. approx 90ft of 4" SDR 17 pipe by trenchless method. To pull permits from the city department. To saw cut the sidewalk, break the concrete, dig up 3 holes, connect the pipe to the main sewer pipe. passed inspection. 20 years certificate from the EBMU.

Total cost parts, permits fee, certificate fee and labor:

① paid: 7/01/2019 check # 1069 $1000

**RECOMMENDATIONS:**

② paid cash: $6000

| | |
|---|---|
| Service Sub Total | |
| Sale Tax | |
| Please Pay This Amout | $7000 |

ORIGNAL ESTIMATE $
X _____ SIGNATURE

ADDITIONAL WORK $ ___ X ___ INITIALS

ADDITIONAL WORK $ ___ X ___ INITIALS

ACTUAL TOTAL $ <7>

X _____ SIGNATURE

請留意：如業主不付足所須的人工及費用，本公司有權根據加州法例3084及3146將所屬物業扣起和執祖。如業主想取消此付手續費。工作完成後，請在十天內付清所欠款項，超過期限收1.5%手續費。 Mechanic Lien your attention is directed to California Civil code section 3084 and 3146, California code of civil procedure which requires us to notify you that if bills are not paid in full for labor, service equipment of materials furnished, or to be furnished the improved property which is described hereon) may be subject to mechanic s lien. Terms: Net cash 10 days after completion of work. A Service charge of 1.5% per month

# EXHIBIT E


**EAST BAY MUNICIPAL UTILITY DISTRICT**

**Regional Private Sewer Lateral Program**

# Compliance Certificate for Private Sewer Lateral

Parcel Address: **2635 MARKET ST, OAKLAND**
Parcel Number: **005 -0451-008-00**
Expiration Date: **07/12/2039**

Certificate Number: **63685**
Issue Date: **07/12/2019**
Type: **Compliance: replaced lateral**

Special Instructions:
Retain this PSL certificate for your records for any future parcel sale, re-model greater than $100,000, or change of water meter size.

This certificate was issued solely on the basis of the performance of the tested sewer lateral in a verification test performed in the presence of EBMUD personnel. The verification test is designed for the sole purpose of determining whether the tested portion of a sewer lateral is free from leaks at the time the test is performed. By issuing this certificate, EBMUD warrants only that the tested portion of the sewer lateral passed a verification test on the date indicated. EBMUD makes no warranty, representation, or guarantee as to the sewer laterals existing or future condition or its compliance with the legal standards of any other jurisdiction, including building or construction standards without limitation. EBMUD expressly disclaims any and all warranties, both express and implied, as to the sewer laterals condition or compliance with legal standards and shall bear no liability in connection therewith.

⟨8⟩