To: United States Bankruptcy Court Northern District of California San Francisco Division/ Keller Benvenutti Kim LLP

Subject: **Omnibus Objection Response Claim #2974**

I, Bret Banducci, would like to object on the grounds, PG&E did cause damage to my property at 1958 Ridgewood Dr. in Eureka, California starting 4/19/2018. PG&E promised to fix the damage from tree removal, but filed for Chapter 11 Bankruptcy, not allowing them to fund the project as promised. PG&E has documentation that supports my claim.

I have further documentation that was submitted with my original claim that I am more than happy to submit again as documentation. Furthermore, I declare under penalty and perjury that the facts and statements are true to my claim. PG&E has provided me with a statement, verifying they have all documentation that is in favor and supports my claim in being resolved and or settled.

Please feel free to contact me with any questions.

Best Regards,

Bret Banducci
1958 Ridgewood Dr. / 6363 Parris Lane
Eureka, Ca 95503
hotsnow777@aol.com
707-845-2480
Claim# 2974 (case #19-30088 DM)

 Gmail     Kassidy Banducci <kassidy.d.banducci@gmail.com>

# Fwd: Parris Lane tree removal
1 message

**Bret Banducci** <hotsnow777@aol.com>     Fri, Nov 27, 2020 at 8:30 AM
To: Kassidy Banducci <kassidy.d.banducci@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Bret Banducci <hotsnow777@aol.com>
> **Date:** November 24, 2020 at 9:29:35 AM PST
> **To:** "Leah, Family Tree" <lmarshall@familytree-service.com>
> **Subject: Re: Parris Lane tree removal**
>
> Leah,
> Thank you for your response. I should be able to get everything from Travis at this point. I have been dealing with this for sometime as it is wrapped up in the courts. They have denied my claim as of now so I have to file an objection. This seems to be the way this process works, unfortunately. I am trying to obtain any documentation to support my claim. Someone at some point may reach out to you or Travis for a statement to support my claim in addition to the documentation that supports it as well.
>
> Regards,
> Bret Banducci
>
> Sent from my iPhone
>
>> On Nov 24, 2020, at 7:41 AM, Leah, Family Tree <lmarshall@familytree-service.com> wrote:
>>
>> Good morning Bret,
>>
>> I sent all of the documentation I had regarding this work to Travis Springer, the VPM in Humboldt. I believe he was working with you to help resolve this. Do you need anything else from me? I was not able to find any photos of the damage or the leaning trees, unfortunately.
>>
>> Thanks,
>>
>> Leah Marshall
>> Family Tree Service
>> (707)357-5183
>>
>> On Mon, Nov 9, 2020 at 1:18 PM Bret Banducci <hotsnow777@aol.com> wrote:
>>> Leah,
>>>
>>> Hope this email finds you well. I received results back from my PG&E court claim that states there was no evidence/documentation of damages at my residence during the tree removal. Can you provide documentation for me to submit to the court.
>>>
>>> Regards,
>>>
>>> Bret Banducci
>>> 707-845-2480



**Kassidy Banducci <kassidy.d.banducci@gmail.com>**

# Fwd: 1958 Ridgewood/ 6363 Paris Ln Eureka.
1 message

**Bret Banducci** <hotsnow777@aol.com>     Tue, Nov 24, 2020 at 10:38 AM
To: Kassidy Banducci <kassidy.d.banducci@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "Springer, Travis" <TSSa@pge.com>
> **Date:** November 23, 2020 at 4:21:30 PM PST
> **To:** Bret Banducci <hotsnow777@aol.com>
> **Subject: RE: 1958 Ridgewood/ 6363 Paris Ln Eureka.**
>
> Bret,
>
> My records reflect a tree work date of 6/13/18.   Sorry for the typo below.
>
> Travis Springer
>
> Vegetation Program Manager-Humboldt
>
> Tssa@pge.com
>
> 707-561-2145
>
> ISA Certified Arborist WE-12695A
>
> *Changes included in this email are contemplated as precautionary measures following the 2017 and 2018 wildfires intended to reduce future wildfire risk.*
>
> **From:** Bret Banducci <hotsnow777@aol.com>
> **Sent:** Monday, November 23, 2020 3:29 PM
> **To:** Springer, Travis <TSSa@pge.com>
> **Subject:** Re: 1958 Ridgewood/ 6363 Paris Ln Eureka.

Case: 19-30088    Doc# 9620    Filed: 11/27/20    Entered: 11/30/20 10:24:38    Page 3 of 12

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening a achments.\*\*\*\*\***

Thank you very much. The tree work originally took place 4/19/2018. Let me know if that supports your records.

Best,

Bret

Sent from my iPhone

On Nov 23, 2020, at 1:59 PM, Springer, Travis <TSSa@pge.com> wrote:

Bret,

I was able to find documentation on the emergency tree removals that took place 6/13/20. The documentation that I have is internal to PGE and I cannot give it to you. Please have the claims person reach out to me if they need additional information

Travis Springer

Vegetation Program Manager-Humboldt

Tssa@pge.com

707-561-2145

ISA Certified Arborist WE-12695A

*Changes included in this email are contemplated as precautionary measures following the 2017 and 2018 wildfires intended to reduce future wildfire risk.*

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening a achments.\*\*\*\*\***



# Fwd: Asphalt Estimate Mercer Fraser

1 message

**Bret Banducci** &lt;hotsnow777@aol.com&gt;  Fri, Nov 27, 2020 at 8:34 AM
To: Kassidy Banducci &lt;kassidy.d.banducci@gmail.com&gt;

Sent from my iPhone

Begin forwarded message:

> **From:** Bret Banducci &lt;hotsnow777@aol.com&gt;
> **Date:** March 14, 2019 at 8:08:45 AM PDT
> **To:** leah.marshall@pge.com
> **Subject: Fwd: Asphalt Estimate Mercer Fraser**
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** &lt;shannon@sjlconstruction.net&gt;
>> **Date:** March 11, 2019 at 9:25:24 AM PDT
>> **To:** Hotsnow777@aol.com
>> **Subject: Asphalt Estimate Mercer Fraser**
>>
>> Here is the estimate from Mercer Fraser for your driveway
>>
>> Thank You,
>> Shannon Leonardo
>> SJL Construction, Inc.
>>
>> 707-496-9629  Cell
>> 707-682-6150  Office
>> 707-682-6167  Fax
>>
>> http://www.sjlconstruction.net

📎 **Parris Lane Mercer Quote.pdf**
15K



# MERCER-FRASER COMPANY

GENERAL CONTRACTORS AND ENGINEERS
*Since 1870*
P.O.Box 1006 Eureka, California   95502-1006
California License # 105709

PHONE: (707) 443-6371                                                                                        FAX: (707) 443-0277

# PROPOSAL

DATE: January 7, 2019                                                                TO:  SJL Construction Inc.

ATTN : Shannon Leonardo                                                       Re:  **Parris Lane Driveway Paving**

This Quote Is Good For *30 Days* From Above Date

*This Proposal is Limited to the Follow Items of Work:*

| Item | Description | Quantity/Unit | Unit Price |
|---|---|---|---|
| **Base Bid** | **Grind, Place Base and Pave 4200 SF of Driveway** | 1/LS | $19,300.00 |
| **Addon #1** | **Prep Driveway and Pave 4900 SF** | 1/LS | $13,800.00 |

**Base Bid Conditions:**
- Place 0.2' of Aggregate Base on Subgrade for 1800 SF.
- Place 0.4' of HMA over Base Grade Surface and 0.2' over overlay limits.
- Grindings can be stockpiled onsite for owner's use is he wants.
- 1-year warranty on material defects for this section.

**Addon #1 Conditions:**
- Place 0.2' of HMA on dig out section and 0.15' over overlay limits.
- Grindings can be stockpiled onsite for owners' use is he wants.
- 2-year warranty on material defects for this section.

**Terms and Conditions:**
- Excludes any grade corrections.
- Excludes the moving of existing structures or objects(stumps).
- Excludes any conflicts with underground utilities. Underground utilities must be identified by owner and marked previously to mobilization.
- Excludes unsuitable subgrade. If this is encountered the contractor will perform additional work on an extra work basis.

Sincerely,

Kody King
Project Engineer/Estimator
707-599-6365
**MERCER - FRASER COMPANY**



Kassidy Banducci <kassidy.d.banducci@gmail.com>

# Fwd: Driveway paving
2 messages

**Bret Banducci** <hotsnow777@aol.com>  Fri, Nov 27, 2020 at 8:38 AM
To: Kassidy Banducci <kassidy.d.banducci@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "Marshall, Leah" <L3MN@pge.com>
> **Date:** April 23, 2019 at 2:14:52 PM PDT
> **To:** Bret Banducci <hotsnow777@aol.com>
> **Subject: RE: Driveway paving**
>
> Good afternoon, Bret.
>
> I enquired with our claims department and they sent me a copy of the attached letter that was mailed to you on 4/4/19. Apparently, you will have to refile the claim with the Bankruptcy Court. All the information for how to do that is contained in the letter.
>
> Please let me know if you have any questions.
>
> Thank you,
>
> Leah Marshall
> PG&E VPM, Humboldt
> Office: (707)445-5668
> Leah.Marshall@pge.com
>
>
> -----Original Message-----
> From: Bret Banducci <hotsnow777@aol.com>
> Sent: Thursday, April 18, 2019 11:38 AM
> To: Marshall, Leah <L3MN@pge.com>
> Subject: Re: Driveway paving
>
> *****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
>
> Leah,
>
> I still haven't heard anything and was wondering how to proceed on the paving job. If you have any information that would be helpful.
>
> Thanks,
>
> Bret Banducci
> 1958 Ridgewood Eureka, Ca
> 707-845-2480
>
> Sent from my iPhone
>
> On Mar 25, 2019, at 8:17 AM, Marshall, Leah <L3MN@pge.com> wrote:

Bret,

I sent the quote to the claims department the same day you sent it to me. I hadn't heard back from them, so I followed up this morning with another email.

Thank you,

Leah Marshall

PG&E VPM, Humboldt

Office: (707)445-5668

[Leah.Marshall@pge.com](Leah.Marshall@pge.com)

-----Original Message-----

From: Bret Banducci <[hotsnow777@aol.com](hotsnow777@aol.com)>

Sent: Friday, March 22, 2019 9:08 PM

To: Marshall, Leah <[L3MN@pge.com](L3MN@pge.com)>

Subject: Driveway paving

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Leah,

I wanted to check in with you on the status of this project?

Regards,

Bret Banducci

[6363 Parris Ln Eureka, Ca](#)

707-845-2480

Sent from my iPhone

📄 mmt1131659411.docx
26K

---

**Bret Banducci** <hotsnow777@aol.com>  Fri, Nov 27, 2020 at 8:39 AM
To: Kassidy Banducci <kassidy.d.banducci@gmail.com>

[Quoted text hidden]

---


mmt1131659411.docx
26K



April 4, 2019

Bret Banducci
1958 Ridgewood Dr.
Eureka, CA

Re:  Claim Number: 2018432845

Dear Bret Banducci,

Thank you for submitting your claim. On January 29, 2019, (the "Filing Date") PG&E filed for Chapter 11 in the U.S. Bankruptcy Court for the Northern District of California.

Under Bankruptcy Court rules, claims related to matters occurring prior to the Filing Date are required to be addressed as a part of the Company's Chapter 11 case. As a result, if your claim is related to matters occurring prior to the Filing Date, you will need to refile your claim directly with the Bankruptcy Court.

Information and documents related to the Company's Chapter 11 cases, including information regarding how to file a claim, will be available on a website administered by our claims agent, at https://restructuring.primeclerk.com/pge. In addition, you can call the Restructuring Hotline at 844-339-4217 (for calls originating outside of the U.S. please dial +1 929-333-8977) or you can send an email to pgeinfo@primeclerk.com.

Please note that based on information currently available, it is anticipated that any claims submitted for incidents occurring on or after January 29, 2019, will be handled in the normal course.

We regret any inconvenience this process may cause and we remain committed to working with you to address any issues you may have.

Sincerely,


Jodi Zamora
Claims Investigator
111 Stony Circle
Santa Rosa, CA  95401



Case: 19-30088    Doc# 9620    Filed: 11/27/20    Entered: 11/30/20 10:24:38    Page 11 of 12

