**Entered on Docket**
**November 30, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| 1  Michael S. Danko (SBN 111359) | Signed and Filed: November 30, 2020 |
| 2  Kristine K. Meredith (SBN 158243) | |
|    **DANKO MEREDITH** | |
| 3  333 Twin Dolphin Drive, Suite 145 | |
|    Redwood Shores, California 94065 | |
| 4  Telephone: (650) 453-3600 | _____ |
|    Facsimile: (650) 394-8672 | **DENNIS MONTALI** |
| 5  mdanko@dankolaw.com | **U.S. Bankruptcy Judge** |
|    kmeredith@dankolaw.com | |

| | |
|---|---|
| Eric Gibbs (SBN 178658) | Dario de Ghetaldi (SBN 126782) |
| Dylan Hughes (SBN 209113) | Amanda L. Riddle (SBN 215221) |
| **GIBBS LAW GROUP LLP** | **COREY, LUZAICH** |
| 505 14th Street, Suite 1110 | **DE GHETALDI & RIDDLE LLP** |
| Oakland, California 94612 | 700 El Camino Real |
| Telephone: (510) 350-9700 | P.O Box 669 |
| Facsimile: (510) 350-9701 | Millbrae, California 94030 |
| ehg@classlawgroup.com | Telephone: (650) 871-5666 |
| dsh@classlawgroup.com | Facsimile: (650) 871-4144 |
| | deg@coreylaw.com |
| | alr@coreylaw.com |

Attorneys for
*Michael Lamberts and Martha Lamberts*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 |
| | Chapter 11 |
| **PG&E CORPORATION,** | (Lead Case) |
| & | |
| | **ODER AUTHORIZING** |
| **PACIFIC GAS AND ELECTIC COMPANY,** | **WITHDRAWAL OF COUNSEL** |
| | |
| **Debtors.** | |

1

**THIS CAUSE** having come before the Court, upon the Motion to Withdraw of the law firm of Danko Meredith, as counsel for Plaintiffs, Michael and Martha Lambert, and the Court having reviewed the motion, and being otherwise fully advised in the premise, it is hereby:

ORDERED AND ADJUDGED that

1. The Motion to Withdraw is hereby GRANTED.
2. Danko Meredith is hereby permitted to withdraw as counsel for forthwith and shall have no further obligation in this matter.

**END OF ORDER**