**KROGH & DECKER, LLP**
SHAWN M. KROGH, SBN 227116
shawnkrogh@kroghdecker.com
ELI UNDERWOOD, SBN 267665
eliunderwood@kroghdecker.com
555 Capitol Mall, Suite 700
Sacramento, California 95814
Telephone: 916.498.9000
Facsimile: 916.498.9005

Attorneys for Creditor
Starch Concrete, Inc.

THE UNITED STATES BANKRUPTCY COURT

THE NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>—and—<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | CASE NO: 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered with Case No. 10-30089 DM)<br><br>**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby request that he be removed from the list of parties receiving notice in the above-captioned case. Specifically, he requests that he no longer receive Notices of Electronic Filing through ECF, either at his primary e-mail address or secondary e-mail address. The undersigned further request that he not be served with any court notices, pleadings, orders, or other filings in this case via United States mail, hand delivery, courier, facsimile, e-mail, or any other means.

///

Eli Underwood
Krogh & Decker, LLP
555 Capitol Mall, Suite 700
Sacramento, California 95814
Telephone: 916.498.9000
Primary Email: eliunderwood@kroghdecker.com
Secondary Email: juliamartell@kroghdecker.com

DATED: November 30, 2020  **Respectfully submitted,**

By: /S/ Eli Underwood
ELI UNDERWOOD
**KROGH & DECKER, LLP**
Attorneys for Starch Concrete, Inc.

NOTICE OF REQUEST FOR REMOVAL FROM SERVICE

2