United States Bankruptcy Court
Northern District of California
San Francisco Division

In re: PG&E Corporation and
Pacific Gas and Electric Company ) Case No.: 19-30088 (DM)
) Chapter 11
Plaintiff, ) PLEADING TITLE
)
vs. )
) Omnibus Objection to the reduction of the
Maurice Brendan Butler ) Request for damages by Claimant #8625
Claimant #8625 )
)
Defendant )
)

Dated this 19th day of November, 2020

*/s/ M. Brendan Butler*

To remind the court of the events that transpired regarding this claim for damages, two lines connecting the utility pole wires to the house shorted out and threw sparks below and started a fire. This could have been another major fire in the Sonoma County in the area of Forestville in the Russian River area. Luckily the occupant of the house heard the loud sound of arcing and went out to investigate. When she saw the fire she screamed and a neighbor called the fire department and assisted the tenant in putting out the fire. When the Forestville Fire Department arrived they made sure the fire was properly extingushed and called PG&E to correct the problem of the arced wires. When the PG&E repairman completed his repairs and the electricity would not turn back on in the house an electrician had to be called . Lady Bee Electrician service did some temporary repairs but said that further damage

had been done by the short circuit and more complex repairs had to be done that would amount to five thousand two hundred eighty-six dollars. PG&E offered to settle for two thousand six hundred fifty seven dollars and fifty cents. I declined.

I feel it unreasonable to expect that I foot the bill for a problem that arose not only by the short circuit of PG&E's wiring but in changes to the procedural policies of PG&E. Specifically two breaker boxes could no longer be connected to one line feed and both boxes would require replacement to a different configuration.

Thanks to the quick actions and bravery of the occupant of the house and the neighbor, possibly the lives of many people and millions of dollars in damages were averted. It may have saved PG&E millions and it should not fall on the claimant to share the responsibility of failed PG&E equipment that caused these proceedings.

I declare under the penalty of perjury that the foregoing statement is true and accurate to the best of my knowledge.

Signed: Maurice Brendan Butler

*M. Brendan Butler* (signature)

114 South Weed Blvd. Weed, CA. 96094

(650) 255-4615