**DAVID S. HOFFMAN**
**Attorney at Law**
**1500 E. Hamilton Ave. #118**
**Campbell, CA 95008**

**David S. Hoffman** **State Bar No: 151656**

**Telephone: 408/412-8427**
**Telefax: 408/412-8425**

Attorneys for RHONDA A. WEISS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br>PG&E CORPORATION,<br>-and-<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors | Case No. 19-30088 (DM)<br>Chapter 11<br>**DECLARATION OF RHONDA A. WEISS IN SUPPORT OF RESPONSE TO FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS**<br>Date: December 15, 2020<br>Time: 4 p.m.<br>Place: San Francisco, CA<br>Ctrm: 17, 16th Floor - Telephonic Appearance Only<br>Judge: Dennis Montali |

**DECLARATION OF RHONDA A. WEISS**

I, RHONDA A. WEISS, declare:

1. As to the following facts, I know them to be true of my own personal knowledge, and if called upon, I could and would testify competently thereto.

2. On the evening of February 3, 2016, at approximately 11 p.m., I was awakened from sleep due to a power surge so powerful that it caused a surge protector inside my home to catch fire. I grabbed my pants, keys and phone, escaped from the house and called 911. The following day, I

had my house inspected and it was determined that the surge had destroyed my electrical system and major and minor appliances.

3. On February 8, 2016, I contacted PG&E and spoke with Morgan in the Claims Department in Sacramento. I asked how the claim process works and was advised that PG&E would be email claim forms to me. I was further advised that I had three years from the date of the damage to make the claim and provide supporting documents.

4. On February 11, 2016, I again contacted the PG&E claims department and spoke with Stacey in Fresno to ask about how to replace appliances that were damaged by the power surge. Stacy advised me to have a contractor verify which items and appliances were damaged and not working; to itemize all the items in a written statement and submit copies of the receipts. She also advised me that I could submit more than one claim, as receipts for the replacement items were purchased.This was confirmed by a Bea, a supervisor whom I spoke with on May 4, 2016.

5. On June 2, 2016, I submitted my claim on line, and was issued claim number A16109926. A copy of the responsive email from PG&E assigning the claim number is attached hereto as **Exhibit A.**

6. On June 7, 2016, I spoke with PG&E employee Miriam Bolcom who advised me that the claim could not be processed because not all receipts were provided. I said that I had been told different things from various PG&E representatives, and was told to submit what I had. She confirmed that amount I had submitted was more than $4,000 and asked if the total would be over $5,000. I replied yes. I told her there was an outstanding issue with being overcharged by the electrician and that I still had other things that needed to be replaced, but that I had to have my wiring repaired first. She said, as prior PG&E representatives had also told me, that I had 3 years to submit claims. Finally, Miriam Bolcom told me that she would have to reassign my claim because she only handled claims up to $5,000.

7. On June 14, 2016, I communicated with PG&E employee Kenya Owens about the age of the appliances that were destroyed by the power surge.

8. On January 31, 2019, I emailed the remainder of my supporting documentation to claimsdocs@pge.com. I followed up by mailing copies of my claim to Prime Clerk on February 1, 2019. A true and correct copy of my claim as submitted, is attached hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 30, 2020, at Los Gatos, California.

__/s/ *Rhonda A. Weiss*___________________
RHONDA A. WEISS

Exhibits:

Case: 19-30088 Doc# 9629 Filed: 11/30/20 Entered: 11/30/20 13:01:46 Page 3 of 32

# EXHIBIT A

 Rhonda W <rhonda.weiss@gmail.com>

## PG&E Online Claim Form Submission Confirmation-A16109926

**pg&eclaims@pge.com** <pg&eclaims@pge.com> Thu, Jun 2, 2016 at 11:35 AM
To: rhonda.weiss@gmail.com

Dear Rhonda Weiss,

Thank you for submitting your claim online. Please print this page for your records.

Your Claim Number is **A16109926**

Your claims manager will contact you within the next 7 days and provide his/her contact information. If you have any questions, you can contact our help desk at 415-973-4548. Please do not reply to this email.

**If you have not provided supporting documents OR have additional documents to submit (e.g., Receipt, or Estimates for items claimed) please submit through one of the following:**

**1. E-Mail to:** mailto:claimsdocs@pge.com?subject=A16109926

**2. Fax to:** (925) 459-7326 with a copy of this confirmation page

**3. Or US Mail to:**

Pacific Gas and Electric Company
PG&E Law – Online Claims
1850 Gateway Blvd. 6th Floor
Concord, CA 94520

Please include your Claim Number with all correspondence.

It is Pacific Gas and Electric Company's policy to promptly and fairly respond to customers' claims. All claims are evaluated on a case-by-case basis. It is our goal to resolve your claim within 30 days of receipt. However, some claims do take longer to investigate and resolve. When our investigation is complete, we will either call you or send you a letter explaining what we found and the basis for our decision. If you have questions or concerns, please give us a call, at your convenience, to check on the status of your claim.

Thank you for your courtesy and cooperation in this matter.

PG&E Claims

EXHIBIT A

# EXHIBIT B

**PG&E CLAIM**

**Claim Number: A16109926**

**Customer: Rhonda Weiss**
**Billing Address: PO Box 343, Redwood Estates, CA 95044**
**Service Address: 17760 Navajo Trail, Los Gatos, CA 95033**

**Send via email to: claimdocs@pge.com?subject=A16109926**
**Send via US Mail to: Pacific Gas and Electric Company, PG&E Law – Online Claims, 1850 Gateway Blvd, 6th Floor, Concord, CA 94520**

Following this page, please find:

- PG&E Claims documents with Claim Number
- Spreadsheet listing the damaged items and replacement and/or repair cost.
- Supporting invoices

Total pages including this page: 26

1/26

# PG&E Claims

## Thank you for submitting your claim online.

Your claim submission has been received. Please print this page for your records.

**Your Claim Number is A16109926**

Your claims manager will contact you within the next 7 days and provide his/her contact information. If you have any questions, you can contact our help desk at 415-973-4548.

**If you have not uploaded supporting documents or have additional documents, please submit using one of the following methods:**

**1. Email to:** mailto:claimdocs@pge.com?subject=A16109926

**2. Fax to:** (925) 459-7326 with a copy of this confirmation page.

**3. Or US Mail to:**

Pacific Gas and Electric Company
PG&E Law – Online Claims
1850 Gateway Blvd. 6th Floor
Concord, CA 94520

**Please include your Claim Number with all correspondence.**

It is Pacific Gas and Electric Company's policy to promptly and fairly respond to customers' claims. All claims are evaluated on a case-by-case basis. It is our goal to resolve your claim within 30 days of receipt. However, some claims do take longer to investigate and resolve. When our investigation is complete, we will either call you or send you a letter explaining what we found and the basis for our decision. If you have questions or concerns, please give us a call, at your convenience, to check on the status of your claim.

Thank you for your courtesy and cooperation in this matter.

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2016 Pacific Gas and Electric Company. All rights reserved.

2/26

**PG&E CLAIM**
**Claim Number: A16109926**
**Customer: Rhonda Weiss**
**Billing Address: PO Box 343, Redwood Estates, CA 95044**
**Service Address: 17760 Navajo Trail, Los Gatos, CA 95033**

| Item | Comment | Amount |
|---|---|---|
| | | |
| Clothes Dryer | Previously submitted this receipt, but did not get reimbursed. 1-2 years old. | $996.42 |
| Refrigerator | Previously submitted this receipt, but did not get reimbursed. Approximately 1 year old. | $2,951.28 |
| 3 Space Heaters | Previously submitted this receipt, but did not get reimbursed. Less than 1 year old. | $206.59 |
| 2 Surge Protectors | Previously submitted this receipt, but did not get reimbursed. Less than 1 year old. | $43.48 |
| Tankless Hot Water Heater | Previously submitted this receipt, but did not get reimbursed. Approx 5 years old. | $228.75 |
| Outdoor Lights - Parts<br>Outdoor Lights - Installation | Approx 5 years old. | $733.10<br>$450.00 |
| Light bulbs | Age less than 1 year. 4 Receipts. | $84.38 |
| Bathroom Exhaust Fan w/Light - Part<br>Bathroom Exhaust Fan - Installation | Approx 5 years old. | $143.02<br>$1,200.00 |
| Mitsubishi MiniSplit Heater/AC | Was able to be repaired. | $765.00 |
| Propane Furnace | Circuit board damaged and not repairable. Replaced with comparable unit. Age unknown.<br>Cash Discount on Furnace<br>Santa Clara County Permit<br>HERS Testing | $5,200.00<br><br>-$104.00<br>$112.21<br>$250.00 |
| Electrical | Check & repair damaged electrical. More than one electrician was hired to complete the work. The first electrician billed through a general contractor who overcharged me in the amount of $5668.71. I disputed this charge with the assistance of a lawyer and the CSLB. After going to small claims court to resolve the dispute, the bill was reduced to $2188.73. This amount and the legal fees ($936.00) total $3124.73, which is 55% of the original invoice.<br>Electrical Work-via Chris Sands Construction, Inc<br>Lawyer-David Hoffman<br>Electrial Work-Boss & Son Electric<br>Electrial Work-Boss & Son Electric. While here repairing damage, they relocated my thermostat which took one hour, but this was not part of the damage so I deducted one-hour of labor on the invoice. | <br><br><br>$2,188.73<br>$936.00<br>$306.14<br>$791.74 |
| Transformer for Puck Lights | Lights ok, but transformer damaged. Purchased new transformer. | $9.59 |
| Portable Telephones | Approximately 3 years old. Did not yet replace. | |
| Apple Laptop-MacbookPro | Aproximately 5 years old. Did not yet replace. Been using other computer. | |
| | | |
| Total | | $17,492.43 |

3/26

CLAIM: A16109926

**From:** HomeDepot@homedepot.com (HomeDepot@homedepot.com)

**To:** rawraw11@yahoo.com;

**Date:** Wednesday, February 10, 2016 4:52 PM

Please keep this email for your records.
Please add **HomeDepot@homedepot.com** to your address book. **Learn how.**

More saving. **More doing.**

Order Confirmation

APPLIANCES BATH LIGHTING FANS FLOORING OUTDOORS TOOLS & HARDWARE

**Order Number:** W458756477 **Order Date:** Feb 10, 2016 7:46 PM EST

Dear Rhonda A,

## Your Order is Confirmed

Thank you for shopping at homedepot.com. Please retain this e-mail for your records. If your order also contained non-appliance items, a separate order confirmation will be sent to you.

### Your Scheduled Delivery Date is February 13, 2016

Track Your Order or Change Delivery Date

| Delivery Address | Special Delivery Instructions |
|---|---|
| Rhonda Weiss<br>17760 Navajo Trail<br>LOS GATOS, CA, US 95033<br>(408)884-8199 | None |

| Product Description | Unit Price | Qty | Total |
|---|---|---|---|
| **7.4 cu. ft. Electric Dryer with Steam in White**<br>Model# DLEX3570W<br>Internet/Catalog# 205140062 | $745.20 | 1 | $745.20 |
| **Parts & Services:** | | | |
| 5YR PROTECTION PLAN | $125.00 | 1 | $125.00 |
| Dryer Power Cord | $20.96 | 1 | $20.96 |
| Haul Away Your Old Appliance | $15.00 | 1 | $15.00 |
| Semi-Rigd Dryer Duct | $24.99 | 1 | $24.99 |

| | |
|---|---|
| **Appliance Subtotal** | **$931.15** |
| Promotional Discounts | $0.00 |
| Delivery Charge | $0.00 |
| Estimated Sales Tax | $65.27 |
| **Total** | **$996.42** |

4/26

CLAIM: A16109926

INVOICE

AIRPORT HOME APPLIANCE
966 SOUTH BASCOM AVENUE
SAN JOSE, CA 95128
Phone (408) 200-2100

| | |
|---|---|
| Invoice | S90655 |
| Date | 02-17-16 |
| Store | SJC |
| Type | Delivery |
| Printed | 021716 21:43 |
| Customer ID | 6506002025 |

| Bill to | Ship to |
|---|---|
| RHONDA WEISS<br>17760 NAVAJO TRAIL<br>LOS GATOS, CA 95033 | RHONDA WEISS<br>17760 NAVAJO TRAIL<br>LOS GATOS, CA 95033 |

| Warehouse | P/O Number | Delivery Date | Terms | Sold At | | Bill to Phones | Ship to Phones |
|---|---|---|---|---|---|---|---|
| PDC | | 02-20-16 | | SJC | Home | [illegible] | [illegible] |
| Salesperson | | Salesperson | | | Work | | |
| 371 ZACHARY TOWNSEND | | 312 JANELLE CEDUSKY | | | Cell | | |
| zarchary@airportappliance.com | | janelle@airportappliance.com | | | Email | RHONDA.WEISS@GMAIL.COM | |

DELIVER INSTALL NEW UNIT MOVE OLD ONE

| Item Number | Description | Brand | Order | Ship | Each Price | Extended |
|---|---|---|---|---|---|---|
| LFXC24726S | 24 CU.FT. 3 DOOR FRE<br>Serial#____ | LGS | 1 | 0 | 2399.99 | 2399.99 |
| 5304493869 | 6 FT POLY WATER LINE | FRIP | 1 | 0 | 14.99 | 14.99 |
| DESMALLTRUCK | SMALL TRUCK NEEDED FOR DEL | LABOR | 1 | 0 | 74.99 | 74.99 |
| DESTANDARDDE | BASIC DEL FREE STANDING ITEM | LABOR | 1 | 0 | | |
| 850760135 | 60 MO ANY REFRIGERATOR <$3000<br>**Warranty covers the following items:**<br>LFXC24726S 24 CU.FT. 3 DOOR F | EPP | 1 | 0 | 250.00 | 250.00 |

AX 1006 Auth=823098 Credit Card 2951.28

| | |
|---|---|
| Sales Amount | 2739.97 |
| Sales Tax | 211.31 |
| Total | 2951.28 |
| Balance Due | .00 |

All sales final on special order product. All others 25% Restocking fee

5/26

CLAIM: A16109926

Santa Cruz #149
220 Sylvania Ave
Santa Cruz, CA 95060
(831) 469-0961

1E Member 111758128840
962687 SURGE PROTEC 19.99 A
962687 SURGE PROTEC 19.99 A
SUBTOTAL 39.98
TAX 3.50
**** TOTAL [redacted]

XXXXXXXXXXX[redacted] SWIPED
Seq#: 13204 App#: 545286
American Express Resp: APPROVED
Tran ID#: 606200013204....
Merchant ID: 99014911

APPROVED - Purchase
AMOUNT: $43.48
03/02/2016 11:45 149 13 56 135

$43.48

American Express 43.48
CHANGE 0.00

A 8.75% TAX 3.50
TOTAL TAX 3.50
TOTAL NUMBER OF ITEMS SOLD = 2
[redacted] 11:45 149 13 56 135
OP#: 135 Name: VIRG
Thank You!
Please Come Again
Whse:149 Trm:13 Trn:56 OP:135

COSTCO WHOLESALE

Sunnyvale #423
150 Lawrence Station RD
Sunnyvale, CA 94086
(408) 730-1892

B2 Member 111758128840
896795 MICA HEATER 74.99 A
896795 MICA HEATER 74.99 A
879639 TOWER HEATER 39.99 A
SUBTOTAL 189.97
TAX 16.62
**** TOTAL [redacted]

XXXXXXXXXXX[redacted] SWIPED
Seq#: 11470 App#: 508236
American Express Resp: APPROVED
Tran ID#: 605000011470....
Merchant ID: 99042311

APPROVED - Purchase
AMOUNT: $206.59
02/19/2016 16:00 423 11 136 45

$206.59

American Express 206.59
CHANGE 0.00

A 8.75% TAX 16.62
TOTAL TAX 16.62
TOTAL NUMBER OF ITEMS SOLD = 3
[redacted] 16:00 423 11 136 45

Executive members earn a 2% reward annually up to $750.00, or approximately $3.77 on this purchase. They also get added benefit & larger discounts on Costco Services like Travel. See Membership for exclusions and details.

OP#: 45 Name: MARIA L.
Thank You!
Please Come Again
Whse:423 Trm:11 Trn:136 OP:45

6/26

CLAIM: A16109926

CLOUD CO.
"SINCE 1962"

HOME IMPROVEMENT CENTER

SEE SOME OF THE TERMS AND CONDITIONS OF SALE (OR CREDIT) ON REVERSE SIDE

R.V. Cloud Co.

② COMPUTER MAILED CUSTOMER INVOICE AND WRITTEN CONTRACT

WHOLESALE PLUMBING-OPEN TO THE PUBLIC-SINCE 1946
3000 WINCHESTER BLVD. CAMPBELL, CA 95008-6599
BUSINESS OFFICE (408) 378-7943

Business Office / Accounting FAX-408-378-0561-FAX
Dispatch / Shipping
Returns / Receiving FAX-408-874-9772-FAX
Plumbing Department FAX-408-379-7249-FAX
www.rvcloud.com

This Computer Invoice prices and totals the SAME exact identical products of the earlier dated FIRST HANDWRITTEN INVOICE of this exact same transaction.

"SOLD" TO:
SANDS CONSTRUCTION
17755 NAVAJO TRAIL
LOS GATOS, CA.
95030

SHIP TO:
SANDS CONSTRUCTION
17755 NAVAJO TRAIL
LOS GATOS, CA.
95030

Page 1

| USE THIS ORDER NO. BELOW WHEN REFERRING TO THIS COMPUTER GENERATED ORDER NO. | DATE THIS MATERIAL WAS FIRST ORDERED | CUSTOMERS REFER TO THE INVOICE NO. INSIDE OF THE RED BOX | SLSM. | CUSTOMER ORIGINAL FIRST HANDWRITTEN INVOICE NO. | DATE THIS COMPUTER INVOICE WAS PROCESSED |
|---|---|---|---|---|---|
| SA876 | 3/23/16 | | 15 | 48876 | 3/25/16 |

CUSTOMER'S REGULAR ACCOUNT NO.: 90205-000
YOUR P.O. NO.:
SHIPPED VIA: W/C

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM | DESCRIPTION | PRICE PER | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | EFMAX SP 35 | 209.860 | | 209.86 |

********** WE CAN NOT ISSUE CREDIT FOR ITEMS RETURNED AFTER 60 DAYS, **********
AND CUSTOMER MUST SHOW PROOF OF PURCHASE (INVOICE NUMBER & DATE OF INVOICE).

FOLD HERE

2

| MISC. CHARGES | NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|---|
| | .00 | 209.86 | 18.89 | .00 | $228.75 |

ALL TERMS AND CONDITIONS SET FORTH ON REVERSE SIDE ARE ALSO PART OF THIS INVOICE AND WRITTEN CONTRACT. If this account is referred to any attorneys for collection, regardless of the outcome, Debtor agrees to pay attorney's fees for Seller's attorney and full costs in the event suit is filed. Debtor also agrees that attorney's fees will be allowed in "Clerks Default Judgments" against debtor as an individual(s) and/or business even though debtor's individual signature isn't present on this invoice or any invoice.

② COMPUTER MAILED CUSTOMER INVOICE AND WRITTEN CONTRACT

CUSTOMERS TO REFER TO THIS NUMBER

48876

REVISION "D"

7/26

CLAIM: A16109926

# Order #67316917

**Status:** Order Received

**Purchased On:** Build.com

Your order will appear as **"Build-Charge.com"** on your credit card statement.

## Shipping:

Rhonda Weiss

***** ******** **

***

Redwood Estates, CA 95044

***-***-****

Standard Delivery

## Billing:

Rhonda Weiss

**** *** ***

Redwood Estates, CA 95044

***-***-****

**** **** **** 4822

Expires 06/19

**Park Harbor PHEL3205** Weaver 12" Wide 2 Light Flush Mount Outdoor Ceiling Fixture — **$107.19**

Color/Finish: Chocolate Bronze

$107.19 (Qty. 1)

**Park Harbor PHEL3200** Weaver 10" Tall Single Light Outdoor Wall Sconce — **$576.36**

Color/Finish: Chocolate Bronze

$64.04 (Qty. 9)

| | |
|---|---|
| Subtotal: | $683.55 |
| Shipping: | -- |
| Tax: | $49.55 |
| **Grand Total:** | **$733.10** |

8/26

CLAIM: A16109926

Wyatt Enterprises, LLC.
PO BOX 3021, Los Altos, CA 94024-0021
(415) 420 - 8851
Tax ID # 38-3666723

**Invoice No.** 14033

# INVOICE

| **Customer** | | | |
|---|---|---|---|
| Name | Rhonda Weiss | | |
| Address | 17760 Navajo Trail | | |
| City | Los Gatos | State CA | ZIP 95033 |
| Phone | (408) 884 - 8199 | | |

| **Misc** | |
|---|---|
| Date | 10/22/2017 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 6 | Remove damaged exterior lights & install 10 new customer supplied lights | $ 75.00 | $ 450.00 |
| | PG&E Claim # A16109926 | | |
| | *Paid Cash on 10/22/2017* | | |
| | | SubTotal | $ 450.00 |
| | | Shipping | |
| | Tax Rate(s) | | |
| | | TOTAL | $ 450.00 |

| **Payment** | Other |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

Office Use Only

*Payment due in full 30 days after receipt*

*Thank You!*

9/26

CLAIM. A16109926

Santa Cruz #149
220 Sylvania Ave
Santa Cruz, CA 95060
(831) 469-0961

D2 Member [illegible]
**********Bottom of Basket**********
***********BOB Count 0 ************

| | | |
|---|---|---|
| E | [illegible] | [illegible] |
| E | [illegible] | [illegible] |
| E | [illegible] | [illegible] |
| E | [illegible] | [illegible] |
| E | [illegible] | [illegible] |
| E | [illegible] | [illegible] |
| | [illegible] | [illegible] |
| | 1026593 40W OMNI 3PK | 9.99 A |
| | 0000146799 CPN/1026593 | 6.00- |
| | 1026593 40W OMNI 3PK | 9.99 A |
| | 0000146799 CPN/1026593 | 6.00- |
| E | [illegible] | [illegible] |
| E | [illegible] | [illegible] |
| E | [illegible] | [illegible] |
| | SUBTOTAL | 57.91 |
| | TAX | 2.53 |
| | **** TOTAL | 60.44 |

XXXXXXXXXXXX[illegible] SWIPED
Seq#: 11803 App#: 22367D
Visa Resp: APPROVED
Tran ID#: [illegible]....
Merchant ID: 99014911

APPROVED - Purchase
AMOUNT: $60.44
07/05/2016 12:20 149 11 142 167

| | |
|---|---|
| Visa | 60.44 |
| CHANGE | 0.00 |

| | |
|---|---|
| A 8.75% TAX | 2.53 |
| TOTAL TAX | 2.53 |
| TOTAL NUMBER OF ITEMS SOLD = | 9 |
| COUPONS TENDERED | $ 12.00 |

07/05/2016 12:20 149 11 142 167
OP#: 1?7 Name: michelle
Thank You!
Please Come Again
Whse:149 Trm:11 Trn:142 OP:167

Light bulbs = $9.99
$9.99
Tax = $1.75
Coupons = -12.00
$9.73

Santa Cruz #149
220 Sylvania Ave
Santa Cruz, CA 95060
(831) 469-0961

HO Member [illegible]
***********Bottom of Basket***********
***********BOB Count 0 *************

| | |
|---|---|
| 1088072 60W 6 PACK | 14.99 A |
| 0000172813 /1088072 | 5.00- |
| 1088072 60W 6 PACK | 14.99 A |
| 0000172813 /1088072 | 5.00- |
| SUBTOTAL | 19.98 |
| TAX | 2.70 |
| **** TOTAL | 22.68 |

XXXXXXXXXXXX[illegible] CHIP Read
AID: A0000000031010
Seq# 9121 App#: 01979D
Visa Resp: APPROVED
Tran ID#: [illegible]....
Merchant ID: 990149

APPROVED - Purchase
AMOUNT: $22.68
09/29/2017 16:04 149 9 325 127

| | |
|---|---|
| Visa | 22.68 |
| CHANGE | 0.00 |

| | |
|---|---|
| A 9.0% TAX | 2.70 |
| TOTAL TAX | 2.70 |
| TOTAL NUMBER OF ITEMS SOLD = | 2 |
| INSTANT SAVINGS | $ 10.00 |

09/29/2017 16:04 149 9 325 127
OP#: 127 Name: ANABELL
Thank You!
Please Come Again
Whse:149 Trm:9 Trn:325 OP:127

Light Bulbs $22.68
Light Bulbs $ 9.73
$32.41

10/26

CLAIM: A16109926

More saving.
More doing.

1855 HILLSDALE AVENUE
SAN JOSE, CA 95124 (408)978-6807

1009 00024 71068 04/20/16 01:52 PM
CASHIER BERNADINE - BLZ459B

[illegible] 1[illegible]

046677434700 PLC18WPL-C <A> 6.97
PLC 18W PL-C 4PIN CFLNI SW 1PK
017801859416 23W CFL <A> 7.77
FEIT 23W TWIST CFL GU24 2700K

Light bulbs = $14.74

| | | |
|---|---|---|
| | SUBTOTAL | 16.72 |
| | SALES TAX | 1.46 |
| | TOTAL | $18.18 |
| XXXXXXXX0096 | GIFT CARD | 18.18 |
| CARD BALANCE | 23.92 | |
| | | TA |

Tax $1.29
$16.03

1009 24 71068 04/20/2016 0351

RETURN POLICY DEFINITIONS

| | POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|---|
| A | 1 | 90 | 07/19/2016 |

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

11/26

CLAIM: A16109926

We received your order!

From: The Home Depot (HomeDepot@orders.homedepot.com)
To: RAWRAW11@YAHOO.COM
Date: Tuesday, October 3, 2017, 10:26 AM PDT

More saving. More doing.

DOWNLOAD OUR APP

## THANKS FOR YOUR ORDER, RHONDA!

You will receive a shipping confirmation email once your order has shipped.

CHECK ORDER STATUS

| Order Number | Order Date |
|---|---|
| C786406641 | Oct 03, 2017 |

### Ship to Home Items

Shipping Address:

Rhonda Weiss
21432 BROADWAY RD
UNIT 343
Redwood Estates, CA
95044

| Item | Unit Price | Qty | Item Total |
|---|---|---|---|
| Philips 60W Equivalent Soft White Dusk-Till-Dawn A19 LED Light Bulb (4-Pack)<br>Store SKU #1002229042<br>Internet #300613324<br>Est Arrival: 2017-10-09 - 2017-10-11 | $32.97 | 1 | $32.97 |

Check Order Status

| | |
|---|---|
| Subtotal | $429.26 |
| Discount | -$17.24 |
| Shipping | $17.24 |
| Sales Tax | $38.64 |
| Order Total | $467.90 |

YOU MIGHT ALSO LIKE

$1,897.20

$99.00

$32.97
+ $2.97 tax
$35.94

TOTAL:
9.73
22.68
16.03
35.94
$84.38

12/26

CLAIM: A16109926

Thank You for Your ^ Build.com^ Order #68763900

From: Build.com (customerservice@build.com)

To: rlwraw11@yahoo.com

Date: Wednesday, May 9, 2018, 1:06 PM PDT

Your Product Expert. At your service
(800) 375-3403 | Live Chat

Bathroom | Kitchen | Lighting | Hardware | Savings

Looking for the perfect product? Download our new shopping app! App Store

## Thank you for your order!

Emails with tracking information will be sent when items ship

Order #68763900
1 Item(s). Total: $143.02
Placed On: 05/09/2018

**View Order Summary**

### Shipping

Standard Delivery

Rhonda Weiss
21432 Broadway Road #
343
Redwood Estates, CA 95044
4088848199

### Payment

Visa **** **** **** [redacted] - $143.02

Rhonda Weiss
PO BOX 343
Redwood Estates, CA 95044
4088848199

### Items Purchased

WhisperFit 110 CFM 0.4 Sone Ceiling Mounted Energy Star Rated Bath Fan with Light

Color/Finish: White
1 @ $133.36 $133.36

| | |
|---|---|
| Subtotal: | $133.36 |
| Discount: | -$0.00 |
| Shipping: | $0.00 |
| Tax: | $9.66 |
| Grand Total: | $143.02 |

$143.02

### Online Returns are Quick & Easy!

You may initiate a return for most item(s)* within 30 days of receipt for a refund. Returns requested 31 - 60 days after receipt will only qualify for store credit.

Initiate a Return Online | Return Policy

* Returns policy for [illegible]

CLAIM: A16109926

Wyatt Enterprises, LLC.
PO BOX 3021, Los Altos, CA 94024-0021
(415) 420 - 8851
Tax ID # 38-3666723

**Invoice No.** 15045

# INVOICE

**Customer**

Name: Rhonda Weiss
Address: 17760 Navajo Trail
City: Los Gatos State CA ZIP 95033
Phone: (408) 884 - 8199

**Misc**

Date: 5/27/2018
Order No.
Rep
FOB

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Remove damaged bathroom exhaust fan + lights & install new customer supplied units | $ 1,200.00 | $ 1,200.00 |
| | PG&E Claim # A16109926 | | |
| | *Paid Cash on 5/27/2018* | | |

| | |
|---|---|
| SubTotal | $ 1,200.00 |
| Shipping | |
| Tax Rate(s) | |
| **TOTAL** | $ 1,200.00 |

**Payment** Other

Comments
Name
CC #
Expires

Office Use Only

*Payment due in full 30 days after receipt*

*Thank You!*

14/26

CLAIM: A16109926

Residential

Heating and Air Conditioning, Inc.

65 Cristich Lane, Campbell, CA 95008
Ph: (408) 377-4073 Lic # 705554

# Invoice

| Date | Invoice No. |
|---|---|
| 10/23/2018 | 48879 |

PAID 10/23/2018

| Bill To |
|---|
| Rhonda Weiss<br>PO Box 343<br>Redwood Estates, CA 95044 |

| Job Name |
|---|
| 17760 Navajo Trail<br>Los Gatos, CA 95033 |

| P.O. No. / Job Name | Terms | Rep | Service Date |
|---|---|---|---|
| | Due on receipt | JS | 10/23/2018 |

| Qty | Item | Description | Rate | Amount |
|---|---|---|---|---|
| 1.5 | Service Labor | Diagnostic Service, 10/08/2018 | 132.00 | 198.00 |
| 1 | 0104 0075 | Mitsubishi Electric Cooling & Heating Unit: repaired electrical, installed new pump, 10/23/2018 | 567.00 | 567.00 |

Questions about this billing? Please contact Trina at (408) 484-6311

Past Due Accounts are Subject to a 1% Monthly Finance Charge after 30 Days.

| | |
|---|---|
| Subtotal | $765.00 |
| Sales Tax (9.0%) | $0.00 |
| Payments/Credits | -$765.00 |
| Balance Due | $0.00 |

15/26

CLAIM: A16109926

Heating and Air Conditioning, Inc.

65 Cristich Lane, Campbell, CA 95008
Ph: (408) 377-4073 Lic # 705554

# Invoice

| Date | Invoice No. |
|---|---|
| 4/25/2018 | 47374 |

| Bill To | Job Name |
|---|---|
| Rhonda Weiss<br>17760 Navajo Trail<br>Los Gatos, CA 95033 | 17760 Navajo Trail<br>Los Gatos, CA 95033 |

| Terms | Rep | Project/Job |
|---|---|---|
| Due on receipt | NM | |

| Qty | Item | Description | ContrAmt | Prior Amt | Prior % | Curr % | Total % | Amount |
|---|---|---|---|---|---|---|---|---|
| 0.1 | Con | 10% Deposit Payment Due on Base Contract, 04/19/2018 | 5,200.00 | | | 10.00% | 10.00% | 520.00 |

Questions about this billing? Please contact Susie Wright at (408) 484-6318 or susie@resiheat.com

**Past Due Accounts are Subject to a 1% Monthly Finance Charge after 30 Days.**

| | |
|---|---|
| **Subtotal** | $520.00 |
| **Sales Tax (9.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $520.00 |

See next page for total

16/26

CLAIM: A16109926

Residential
Heating and Air Conditioning, Inc.

65 Cristich Lane, Campbell, CA 95008
Ph: (408) 377-4073 Lic # 705554

# Invoice

| Date | Invoice No. |
|---|---|
| 5/31/2018 | 47634 |

| Bill To | Job Name |
|---|---|
| Rhonda Weiss<br>PO Box 343<br>Redwood Estates, CA 95044 | 17760 Navajo Trail<br>Los Gatos, CA 95033 |

| Terms | Rep | Project/Job |
|---|---|---|
| Due on receipt | NM | |

| Qty | Item | Description | ContrAmt | Prior Amt | Prior % | Curr % | Total % | Amount |
|---|---|---|---|---|---|---|---|---|
| 0.8 | Con | Base Contract, signed 04/25/2018, billed per proposal terms | 5,200.00 | 520.00 | 10.00% | 80.00% | 90.00% | 4,160.00 |
| 0.9 | Con | 2% Discount for Payment by Check, eCheck, or cash | -104.00 | | | 90.00% | 90.00% | -93.60 |
| 1 | Permit | County of Santa Clara Permit | 112.21 | | | 100.00% | 100.00% | 112.21 |

Questions about this billing? Please contact Susie Wright at (408) 484-6318 or susie@resiheat.com

**Past Due Accounts are Subject to a 1% Monthly Finance Charge after 30 Days.**

| | |
|---|---|
| **Subtotal** | $4,178.61 |
| **Sales Tax (9.0%)** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,178.61 |

$5200.00
− $104.00 Discount
+ $112.21 Permit
$5208.21

17/26

CLAIM: A16109926

ELEM3NTS

INVOICE

1718 Creek Drive
San Jose, CA 95125
Phone 408.634.6690

June 21, 2018

Client:
Rhonda Weiss
17760 Navajo Trail, Los Gatos, CA 95033

Contact Info:
Email:
rhonda.weiss@gmail.com
Phone:
408-884-8199

Comments or special instructions:

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | HERS Testing | $250 | $250 |
| | | SUBTOTAL | $250 |
| | | ALREADY PAID | $250 |
| | | SHIPPING & HANDLING | - |
| | | TOTAL DUE | $0 |

Make all checks payable to ELEMENTS
If you have any questions concerning this invoice, contact Alfredo Baccari – 408.634.6690
Thank you for your business!

18/26

CLAIM: A16109926

California State License #527879

# Chris Sands Construction, Inc.

17755 Navajo Trail
Los Gatos, CA. 95033

**To:** Rhonda Weiss
17760 Navajo Trail
Los Gatos, CA. 95033

**Date:** April 7, 2016

**Reference Statement:** Inspect and repair electric where needed. Replace Insta Hot Water Heater.

**Labor:**

| | |
|---|---|
| Sands Construction | ~~$198.00~~ |

**Materials:**

| | | |
|---|---|---|
| Edison's Electric | | ~~$3,920.00~~ |
| Electrical Parts | | ~~$540.00~~ |
| Hot Water Heater | | ~~$231.83~~ |
| | | ~~$4,886.83~~ |
| | ~~8% Profit~~ | ~~$390.94~~ |
| | ~~8% Overhead~~ | ~~$390.94~~ |
| | Total Due | ~~$5,668.71~~ $2,188.73 |

July 18, 2017

Per California Superior Court, Small Claims Division (Case 17SC067007) heard by Commissioner Lisa Steingart on July 18, 2017, this invoice has been adjusted through mediation

The total amount owed is now **$2,188.73**

A copy of this adjusted invoice has been sent to the defendant, Rhonda Weiss and to the court. Total amount due to be paid within one week. Upon payment, a "Request for Dismissal" will be filed with the court.

Telephone (408)353-1450 Fax: (408) 353-6707

Terms: Net Cash Finance Charge is 2% Per Month on Balance Past Due

19/26

CLAIM: A16109926

**DAVID S. HOFFMAN**
Attorney at Law
1500 East Hamilton Ave., #118
Campbell, CA 95008
Telephone (408) 412-8427
Telefax (408) 412-8425

*Invoice submitted to:*

Rhonda Weiss
PO Box 343
Redwood Estates, CA 95044

April 24, 2017

*In Reference To:* Contractor/Electrician Dispute

*Invoice* #9715472

*File* # 17041801

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/18/2017 | Meeting with Rhonda Weiss re: contractor and electrician issue (initial consult) | 1.00<br>360.00/hr | NO CHARGE |
| | Phone call with client after hours, re service of small claims claim from CHris Sands Construction | 0.20<br>360.00/hr | 72.00 |
| | **For professional services rendered** | 1.20 | **$72.00** |
| | Balance due | | $72.00 |

Payments or credits received after the billing date above will appear on next month's statement.

Please write your file number on your check and make your check payable to David S. Hoffman.
***THANK YOU***

The information on this invoice is confidential and covered by the attorney-client privilege. The protection of this privilege can be lost if the information is disclosed to third parties, including outside accountants. We recommend that the information be maintained as strictly confidential.

(Hoffman P 1 of 4)
Total on p. 4 = $936.00

20/26

CLAIM: A16109926

**DAVID S. HOFFMAN**

Attorney at Law
1500 East Hamilton Ave., #118
Campbell, CA 95008

Telephone (408) 412-8427
Telefax (408) 412-8425

*Invoice submitted to:*

Rhonda Weiss
PO Box 343
Redwood Estates, CA 95044

May 19, 2017

*In Reference To:*Contractor/Electrician Dispute

*Invoice* #9715506

*File* # 17041801

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2017 | Meeting with client to review CSLB submission | 0.50<br>360.00/hr | 180.00 |
| | **For professional services rendered** | 0.50 | **$180.00** |
| | **Previous balance** | | **$72.00** |
| 5/9/2017 | Payment - thank you. Check No. 1336 | | ($72.00) |
| | **Total payments and adjustments** | | **($72.00)** |
| | Balance due | | $180.00 |

Payments or credits received after the billing date above will appear on next month's statement.

Please write your file number on your check and make your check payable to David S. Hoffman.
***THANK YOU***

The information on this invoice is confidential and covered by the attorney-client privilege. The protection of this privilege can be lost if the information is disclosed to third parties, including outside accountants. We recommend that the information be maintained as strictly confidential.

(Hoffman P. 2 of 4)

21/26

CLAIM: A16109926

**DAVID S. HOFFMAN**
Attorney at Law
1500 East Hamilton Ave., #118
Campbell, CA 95008
Telephone (408) 412-8427
Telefax (408) 412-8425

*Invoice submitted to:*

Rhonda Weiss
PO Box 343
Redwood Estates, CA 95044

June 29, 2017

*In Reference To:* Contractor/Electrician Dispute

*Invoice* #9715541

*File* #17041801

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 5/24/2017 Meeting with client to discuss CSLB and Small Claims matters | 1.00<br>360.00/hr | 360.00 |
| **For professional services rendered** | 1.00 | **$360.00** |
| **Previous balance** | | **$180.00** |
| 6/11/2017 Payment - thank you. Check No. 1340 | | ($180.00) |
| **Total payments and adjustments** | | **($180.00)** |
| Balance due | | $360.00 |

Payments or credits received after the billing date above will appear on next month's statement.

Please write your file number on your check and make your check payable to David S. Hoffman.
***THANK YOU***

The information on this invoice is confidential and covered by the attorney-client privilege. The protection of this privilege can be lost if the information is disclosed to third parties, including outside accountants. We recommend that the information be maintained as strictly confidential.

(Hoffman P. 3 of 4)

22/26

CLAIM: A16109926

**DAVID S. HOFFMAN**
Attorney at Law
1500 East Hamilton Ave., #118
Campbell, CA 95008
Telephone (408) 412-8427
Telefax (408) 412-8425

*Invoice submitted to:*
Rhonda Weiss
PO Box 343
Redwood Estates, CA 95044

July 24, 2017
*In Reference To:* Contractor/Electrician Dispute
*Invoice* #9715567
*File* #17041801

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/10/2017 | Meeting with client to review the small claims hearing and recent CSLB mediation process | 0.90<br>360.00/hr | 324.00 |
| | **For professional services rendered** | 0.90 | $324.00 |
| | **Previous balance** | | $360.00 |
| 7/21/2017 | Payment - thank you. Check No. 1344 | | ($360.00) |
| | **Total payments and adjustments** | | ($360.00) |
| | Balance due | | $324.00 |

Payments or credits received after the billing date above will appear on next month's statement.

Please write your file number on your check and make your check payable to David S. Hoffman.
***THANK YOU***

The information on this invoice is confidential and covered by the attorney-client privilege. The protection of this privilege can be lost if the information is disclosed to third parties, including outside accountants. We recommend that the information be maintained as strictly confidential.

Total:
| | |
|---|---|
| 4/18/2017 | 72.00 |
| 5/1/2017 | 180.00 |
| 5/24/2017 | 360.00 |
| 7/10/2017 | 324.00 |
| | $936.00 |

(Hoffman P.4 of 4)

23/26

CLAIM: A16109926

# Boss & Son Electric

19276 Mallory Canyon Road
Salinas, CA 93907-1251
831-915-2966
WizardofWire@gmail.com
License No. 890386
Since 1987

*billed to:*
Rhonda Weiss
17760 Navajo Trail
Los Gatos, CA 95033

**Invoice Date:** February 5, 2017
Amount Due: $306.14

*Work Completed*
- Checked power at the dryer 240v outlet.
- Checked power at the laundry ceiling light.
- Installed a motion sensor for the front porch light.
- Replaced the motion sensor light on the side of the garage.

| Quantity | Description | Price (ea) | Sub-Total |
|---|---|---|---|
| 1 | 1 gang cut-in box | $2.52 | $2.52 |
| 1 | 1 gang w/p blank | $1.68 | $1.68 |
| 1 | Mini Motion Swivel Sensor | $65.78 | $65.78 |
| 6' | 14/3 Romex | $0.36 | $2.16 |
| | | ***Total Material:*** | $72.14 |

Labor Charges

| | | | |
|---|---|---|---|
| 1 | October 27, 2016 Danny | $78.00 | $78.00 |
| 2 | October 27, 2016 Andy | $78.00 | $156.00 |
| | | ***Total Labor:*** | $234.00 |

Amount Due: **$306.14**

Thank You for Your Business!

24/26

CLAIM: A16109926

# Boss & Son Electric

19276 Mallory Canyon Road
Salinas, CA 93907-1251
831-915-2966
WizardofWire@gmail.com
License No. 890386
Since 1987

*billed to:*
Rhonda Weiss
17760 Navajo Trail
Los Gatos, CA 95033

**Invoice Date:** April 23, 2017
Amount Due: **$869.74**

*Work Completed*

- Installed 7 low voltage LED step lights.
- Replaced the old dial transformer with a digital transformer with a photocell for auto-on function at dusk.
- Relocated the thermostat from the hallway to the kitchen.
- Reinstalled the puck lights in the downstairs bedroom cabinet. Verified puck lights work but will require a new transformer.

| Quantity | Description | Price (ea) | Sub-Total |
|---|---|---|---|
| 1 | Low voltage lighting transformer | $71.49 | $71.49 |
| 20' | door bell wire | $0.18 | $3.60 |
| 7 | Low voltage LED step lights | $22.45 | $157.15 |
| 50' | 16/2 outdoor landsacpe cable | $0.27 | $13.50 |
| | | ***Total Material:*** | $245.74 |

**Labor Charges**

| | | | |
|---|---|---|---|
| 5 | April 21, 2017 Andy | $78.00 | $390.00 |
| 3 | April 21, 2017 Danny | $78.00 | $234.00 |
| | | ***Total Labor:*** | $624.00 |

Amount Due: **$869.74**

Less 1 hour labor for moving thermostat — $78.00

$791.74

Thank You for Your Business!

25/26

CLAIM: A16109926

## Final Details for Order #113-2573004-8153040

Print this page for your records.

**Order Placed:** April 26, 2017
**Amazon.com order number:** 113-2573004-8153040
**Order Total: $9.59**

### Shipped on April 30, 2017

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *LE Power Adapter, Transformers, Power Supply For LED Strip, Output 12V DC, 3A Max, 36 Watt Max, UL Listed*<br>Sold by: NEON MART (seller profile)<br><br>Condition: New<br>In original package | $9.59 |

**Shipping Address:**
Rhonda Weiss
21432 BROADWAY RD UNIT 343
REDWOOD ESTATES, CA 95044-2009
United States

**Shipping Speed:**
Two-Day Shipping

Item(s) Subtotal: $9.59
Shipping & Handling: $0.00
-----
Total before tax: $9.59
Sales Tax: $0.00
-----
**Total for This Shipment: $9.59**
-----

### Payment information

**Payment Method:**
[redacted] | Last digits: [redacted]

**Billing address**
[redacted]
[redacted]
[redacted]4
[redacted]

Item(s) Subtotal: $9.59
Shipping & Handling: $0.00
-----
Total before tax: $9.59
Estimated tax to be collected: $0.00
-----
**Grand Total: $9.59**

**Credit Card transactions** [redacted] April 30, 2017: $9.59

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2019, Amazon.com, Inc. or its affiliates

26/26