**DAVID S. HOFFMAN**
**Attorney at Law**
**1500 E. Hamilton Ave. #118**
**Campbell, CA   95008**

David S. Hoffman          State Bar No: 151656

**Telephone:  408/412-8427**
**Telefax:       408/412-8425**

Attorneys for RHONDA A. WEISS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:  December 15, 2020<br>Time:  4 p.m.<br>Place: San Francisco, CA<br>Ctrm: 17, 16th Floor - Telephonic Appearance Only<br>Judge: Dennis Montali |

1

**CERTIFICATE OF SERVICE BY ECF**

State of California        }
County of Santa Clara      }

I, the undersigned, declare as follows:

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 1500 E. Hamilton Ave. #115, Campbell, CA 95008.

On November 30, 2020, I served the foregoing documents described as:

**1.   RHONDA A. WEISS' RESPONSE TO THE FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY/PASS-THROUGH CLAIMS)**

**2.   DECLARATION OF RHONDA A. WEISS IN SUPPORT OF RESPONSE TO FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS**

on the interested parties via ECF addressed as follows:

KELLER BENVENUTTI KIM LLP
Peter J. Benvenutti
Counsel for Reorganized Debtors

PGEclaims @kbkllp.com

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U. S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 30, 2020            _____*/s/ David S. Hoffman*_____
                                                David S. Hoffman

2
Case: 19-30088    Doc# 9630    Filed: 11/30/20    Entered: 11/30/20 13:03:21    Page 2 of 2