Dorcas Wheeler, In Pro Per
3019 Shasta Way
Santa Rosa, CA 95403
(559) 917-8557
dorcaswheeler@gmail.com

DORCAS WHEELER, IN PRO PER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PG&E Corporation<br><br>-and-<br><br>Pacific Gas and Electric Company,<br><br>  Debtors | Bankruptcy Case No.: 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>RESPONSE TO THE NOTICE OF THE REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS REPORT OF ARBORIST<br><br>**DATE: December 15, 2020**<br>**TIME:   10:00 a.m. (Pacific Time)**<br><br>**PLACE: (Telephonic Appearances Only)**<br>        **United States Bankruptcy Court**<br>        **Courtroom: 17, 16th Floor**<br>        **San Francisco, CA 94102** |

**RESPONSE OF CREDITOR DORCAS WHEELER TO THE NOTICE OF THE REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS REPORT OF ARBORIST**

- 1 -
RESPONSE TO THE NOTICE OF THE REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS REPORT OF ARBORIST