1  Dorcas Wheeler, In Pro Per
   3019 Shasta Way
2  Santa Rosa, CA 95403
   (559) 917-8557
3  dorcaswheeler@gmail.com

4  DORCAS WHEELER, IN PRO PER

5

6

7              UNITED STATES BANKRUPTCY COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  PG&E Corporation                    ) Bankruptcy Case No.: 19-30088 (DM)
                                       ) Chapter 11
10 -and-                               ) (Lead Case) (Jointly Administered)
                                       )
11 Pacific Gas and Electric Company,   ) DECLARATION OF CREDITOR IN
                                       ) SUPPORT OF RESPONSE TO THE NOTICE
12   Debtors                           ) OF THE REORGANIZED DEBTORS'
                                       ) FORTY-THIRD OMNIBUS OBJECTION TO
13                                     ) CLAIMS
                                       ) (NO LIABILITY/PASSTHROUGH CLAIMS)
14                                     )
                                       ) DATE:  December 15, 2020
15                                     ) TIME:  10:00 a.m. (Pacific Time)
                                       )
16                                     ) PLACE: (Telephonic Appearances Only)
                                       )        United States Bankruptcy Court
17 _____       )        Courtroom: 17, 16th Floor
                                       )        San Francisco, CA 94102

18

19 I, Dorcas Wheeler, declare:

20

21   1. I am the Creditor in the above referenced matter,

22   2. I have owned the property at 1721 N. Recreation (built in 1967), Fresno, CA since

23      2009,

24   3. Prior to April 28, 2017, I had not been contacted by Debtors regarding my trees

25      located on my residential property at 1721 N. Recreation Ave., Fresno, CA.

26   4. I did not on April 28, 2017 or on any date, authorize Debtors to cut, trim, or prune

27      my trees at the Recreation address.

28

- 1 -

DECLARATION OF CREDITOR DORCAS WHEELER IN SUPPORT OF RESPONSE TO THE NOTICE OF THE REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY/PASSTHROUGH CLAIMS)

Case: 19-30088 Doc# 26636 Filed: 11/30/20 Entered: 11/30/20 16:03:19 Page 1

5. On April 28, 2017, a Friday, Arbor Day, I was notified by my tenants at 1721 N. Recreation Ave., at 8:10 p.m., that PG&E was in the back yard, in the process of massacring my trees on the rear boundary line of my property.

6. I asked my tenants to be put in phone contact with the tree trimming workers and I spoke to an individual named Jeff Spartz, the foreman of the PG&E subcontracted Trees Inc. crew.

7. I made my objections to Mr. Spartz re: lack of notice of the pruning, lack of authorization, and the lateness of the hour. Mr. Spartz informed me that he and his crew had already put in a 10 hour day before arriving at my house and they were tired and it was getting dark outside but that **they were not going to stop** their "work" despite my objections and insistence that they cease and desist,

8. I immediately (to no avail) began calling the PG&E complaint/claims line to get someone to make the pruners stop.

9. I made numerous calls to the claims line in the ensuing days and was given the claim #8191058109.

10. At this point, the most immediate need was to get all the debris left by the trimmers removed from the property. I was eventually put in contact with Joe Stewart of PG&E Vegetative Maintenance (Fresno/Kern), who after multiple requests agreed to send out a crew to remove all the debris.

11. Contemporaneously, I hired John K. Pape of Kuhtz-Pape, Registered and Certified Consulting Arborists to assess my damages (see attached letter to Exhibit #5).

12. Mr. Pape came out 5.2.2017 and thereafter provided me with a lengthy report on the status of the improperly trimmed trees. That report indicated that my damages were $31,020.00.

13. Mr. Stewart was able to get a crew out (after Mr. Pape had done his assessment of my damages) and suggested to me that he had done all he could to satisfy my claim for damages and that my next step would be to contact lawclaims@pge.com.

Case: 19-30088    Doc# 8533-3    Filed: 07/30/20    Entered: 07/30/20 16:03:19    Page 2 of 4

1    14. On 5/11/2017, I emailed lawclaims@pge.com and refiled my complaint.  Later that
2        day I received an email back from Kristen Jensen, Pacific Gas & Electric-Law
3        Department at 1455 E. Shaw Ave. Fresno, CA 93710, who acknowledged receipt of
4        my claim and informed me that she was my claims administrator but that there was
5        a new claim number to reference: 2017400625 (Exhibit 2 attached to Response).
6    15. On 5/12/2020, I received another email from Ms. Jensen informing me that she
7        "regret(s) that we cannot accept your claim" with the attached "Rule 16" (see Exhibit
8        #4 attached to Points and Authorities)
9    16. No further contact with the debtors other than the instant action has been had.
10
11   I declare under penalty of perjury that the foregoing is true and correct.
12   Executed on November 30, 2020.
13
14   DATED: November 30, 2020
15
16                                                    Dorcas Wheeler
17                                                    In Pro Per
18
19
20
21
22
23
24
25
26
27
28
                                            - 3 -

DECLARATION OF CREDITOR DORCAS WHEELER IN SUPPORT OF RESPONSE TO THE NOTICE OF THE
REORGANIZED DEBTORS' EIGHTY-BURD OMNIBUS OBJECTION TO CLAIMS (NO
LIABILITY/PASS-THROUGH CLAIMS)

Case: 19-30088   Doc# 9652-3   Filed: 11/30/20   Entered: 11/30/20 16:04:19   Page 3
of 4



PO Box 8672, Fresno, CA 93747
Website: www.kuhtzpape.com
Tel: (559) 426-6181
Fax: (559) 426-6169
Email: info@kuhtzpape.com

May 17, 2017

Dorcas Wheeler
3019 Shasta Way
Santa Rosa, CA 95403
dorcaswheeler@gmail.com

**Subject: Trees at 1721 N. Recreation Avenue, Fresno, CA**

Ms. Wheeler:

Enclosed is a report based on my site visit and inspection of the recently heavily pruned trees in the back yard at 1721 N. Recreation Avenue, Fresno, CA. The report summarizes my observations, and conclusions in regard to the condition, and value of the trees. This cover letter is to be considered part of the report and may not be used separately.

Should you have any questions regarding my report, please contact me at your convenience. Thank you for the opportunity to be of service.

Sincerely,

Founding Partner
ASCA Registered Consulting Arborist #585
ISA Certified Arborist #WE-3517

Exhibit #5