Simon R. Mayer
Texas State Bar No. 24060243
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, TX 77002

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY

                                    Debtor(s).

Case No.   19-3008
Chapter    11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, ____Simon R. Mayer_____, an active member in good standing of the bar of __Texas_____, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Lloyd's Register Quality _____ in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
      Kinga L. Wright
      101 Montgomery Street, Suite 1950, San Francisco, CA
      (415) 318-8810.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __11/30/2020_____

/s/ *Simon R. Mayer*
Simon R. Mayer