Richard S. Tanner
P.O. Box 474
590 E Highway 4
Murphys, CA 95247
RNTanner@yahoo.com
(209) 728-2736

November 30, 2020

The Honorable Judge Dennis Montali
United States Bankruptcy Court
Courtroom 17, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Honorable Judge Dennis Montali,

RE: PG&E Corporation -and- Pacific Gas and Electric Company

Bankruptcy Case No. 19-30088 Chapter 11

PG&E's Omnibus Objection of Claim# 30916. This is a Response to request approval of distribution on Claim No. 30916

   (i) Bankruptcy Court - United States Bankruptcy Court, Northern District of California, San Francisco Division

   Reorganized Debtor - PG&E Corporation and Pacific Gas and Electric Company

   Case Number 19-3008

   Notice of the Reorganized Debtors' Forty-Fourth OMNIBUS Objection to Claims

   (ii) Creditor - Richard S Tanner

   Proof of Claim No. 30916

   (iii) Explanation for the amount of Proof of Claim: The amounts claimed, $5,614.26, are the costs covering the electrical repair and costs of appliances and electronics damaged during the installation of the PG&E smart meter.

Statement setting forth the reasons why the court should not sustain the Omnibus objection: The damages being claimed were caused by faulty installation of the PG&E smart meter. Due to the age of the home objections were made to PG&E personnel and PG&E assured us that having the smart meter installed would not cause damage and would improve the accuracy of electrical use readings. However, during installation appliances, electronics and electricity were damaged/compromised.

(iv) I Richard S Tanner declare under penalty of perjury that I have the knowledge and relevant facts that support the Response.

(vi) Richard S Tanner, PO Box 474, 590 E Hwy 4, Murphys, CA 95247
Telephone 209-728-2736

(vii) Richard S Tanner, PO Box 474, 590 E Hwy 4, Murphys, CA 95247
Telephone 209-728-2736. Email RNTanner@yahoo.com

The attached supporting file provides detailed documentation as presented to Prime Clerk for Claim No. 30916

Sincerely,

Richard S Tanner

Attachments:
1. Notice of 44th Omnibus Objection to PG&E Claim No. 30916
2. Richard S Tanner Creditor Proof of Claim for PG&E Claim # 30916