## United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

[X] PG&E Corporation (19-30088)

[ ] Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

**Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.**

### Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | RICHARD S TANNER<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Other names the creditor used with the debtor — RICHARD S TANNER & NANETTE C TANNER |
| 2. Has this claim been acquired from someone else? | [X] No<br>[ ] Yes. From whom? _____ |

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| RICHARD S TANNER & NANETTE C TANNER<br>PO BOX 474<br>590 E HWY 4<br>MURPHYS, CA 95247 | RICHARD S TANNER & NANETTE C TANNER<br>PO BOX 474<br>MURPHYS, CA 95247 |
| Contact phone 2097282736 | Contact phone 2097688012 |
| Contact email RNTANNER@YAHOO.COM | Contact email _____ |

| | |
|---|---|
| 4. Does this claim amend one already filed? | [X] No<br>[ ] Yes. Claim number on court claims registry (if known)_____ Filed on ___/___/_____    MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | [X] No<br>[ ] Yes. Who made the earlier filing? _____ |

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   3   5   3   6

**7. How much is the claim?**   $ 5614.26    **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

damages, time & materials resulting from meter upgrade

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | | **Amount entitled to priority** |
|---|---|---|---|
| | ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ | Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ | Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ | Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☑ I am the creditor.<br>☐ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

**Signature:** *Richard S. Tanner (Oct 14, 2019)*

**Email:** RNTANNER@YAHOO.COM

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Richard Stephen Tanner | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 590 E Hwy 4 | | |
| | Number        Street | | |
| | Murphys | CA | 95247 |
| | City | State | ZIP Code |
| Contact phone | 209-728-2736 | Email | RNTANNER@YAHOO.COM |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **I have supporting documentation.**
    **(attach below)**

☐ **I do <u>not</u> have supporting documentation.**

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Proof of Claim

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**

# Electronic Proof of Claim_ZAZUX27395

Final Audit Report                                    2019-10-14

| | |
|---|---|
| Created: | 2019-10-14 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAArZAhqeWhYOczTeBq53_m32TqKKys_dX8 |

## "Electronic Proof of Claim_ZAZUX27395" History

Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2019-10-14 - 6:49:58 PM GMT

Web Form filled in by Richard S. Tanner (RNTANNER@YAHOO.COM)
2019-10-14 - 8:31:59 PM GMT- IP address: 184.23.183.175

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.102 Safari/537.36 Edge/18.18362)
2019-10-14 - 8:32:02 PM GMT- IP address: 184.23.183.175

Signed document emailed to Richard S. Tanner (RNTANNER@YAHOO.COM) and Prime Clerk E-Filing
(efiling@primeclerk.com)
2019-10-14 - 8:32:02 PM GMT



Case: 19-30088    Doc# 9637-2    Filed: 11/30/20    Entered: 12/01/20 07:57:52    Page 8 of 25

# Checkout

Return to Cart

## Getting your order

 How do you want to get this item?

○ **Pickup at a Best Buy store**

○ **Deliver it to me (installation and hookup not included)**          $110.00
We'll deliver your package and put it in the room of your choice.

○ **Delivery with Connection to Existing Waterline**          **FREE**
**& Required Parts**
Does your existing refrigerator have an ice maker? If so, we'll deliver and install your new Refrigerator to an existing ice maker water supply.
**Note:** Additional parts, extensive labor and permit charges are extra.

| Connection to Existing Waterline | **FREE** |
|---|---|
| Smart Choice - Stainless-Steel Refrigerator Waterline Kit Required for Hook-Up - Silver | *Already added* |

○ **Delivery with Refrigerator: New Water Supply Line Installation**   $134.99
**& Required Parts**
If you do not have an existing ice maker, we'll deliver and install your new Refrigerator, which includes installation of a new, dedicated ice maker water supply with shut-off valve.
**Note:** Additional parts, extensive labor and permit charges are extra.

| Refrigerator: New Water Supply Line Installation | $134.99 |
|---|---|
| Smart Choice - Stainless-Steel Refrigerator Waterline Kit Required for Hook-Up - Silver | *Already added* |

## Optional Services

☑ Professionally haul away and recycle your old item, or move it to   $19.99
another spot in your home. Learn more

## Delivery Address

**First Name**
Richard & Nanette

**Last Name**
Tanner

**Address**                          Military (AFO.FPO) | International Customers
590 E Hwy 4                                          Hide Suggestions

### Order Summary



Delivery

| LG - 21.6 Cu. Ft. French Door Refrigerator - | **$1,499.99** Qty 1 Remove |
|---|---|
| Smart Choice - Stainless-Steel Refrigerator | **$29.99** Qty 1 Remove |
| Professionally haul away and recycle your old item, or | **$19.99** Qty 1 Remove |

| Item Subtotal | $1,549.97 |
|---|---|
| Delivery | $110.00 |
| Estimated Sales Tax  7.25% | Not Calculated |

+ Use a Best Buy Tax Exempt Quick Card

Help

**Total**          **$1,659.97**
                    120.35
                 $ 1,780.32

Case: 19-30088    Doc# 9637-2    Filed: 11/30/20    Entered: 12/01/20 07:57:52    Page 9
of 25

cross street Apple Blossom

| City | State | ZIP Code |
|------|-------|----------|
| Murphys | CA | 95247 |

☐ Remember this information for next time
☐ Save this as my billing address

## Contact Information

**Email Address**
rntanner@yahoo.com

**Phone Number**
209 728 2736

☐ Text me updates about all my Best Buy orders.

**Continue to Schedule Service**

Terms and Conditions    Privacy    Interest-Based Ads

Give Feedback    Mobile Site

Help

Prices and offers are subject to change. © 2019 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the Tag Design, MY BEST BUY, and BESTBUY.COM are trademarks of Best Buy and its affiliated companies.

PG&E Claims Form – S

PG&E Customer Account No. 6340456353-6
Richard S Tanner
Nanette C Tanner
590 E HWY 4
MURPHYS, CA 95247

Description of Incident: August 14, 2018

On August 14, 2018. Per PG&E FIELD ORDER #9227293577, Meter #1010459254 was installed, replacing our #088314 on our property at 590 E Hwy 4, Murphys, California 95247, by PG&E employee Nick W.

My wife Nanette, and her friend was home during the installation of the new upgraded meter. She was with her friend on the computer in the study and the lights were suddenly flashing on and off a few times. Then is happened again but this time they did not come back on. Then she noticed that the electricity hadn't come back on elsewhere inside the house either. The computer she was using (there are 2) and the printer both were not working. Nanette got PG&E employee Nick W.'s attention as he was walking to his truck to leave. Nick came back and he was able to turn the electricity back on. He talked with Nanette and said the meter was not installed properly but that he was able to turn on the electricity in the house again; noting that *still* the computer and the printer were not working.

We made an appointment for Nick W. to come back when we found out many other appliances and electrical in the house were also not working.


On August 16, 2018 PG&E meterman Nick W. returned with his supervisor. We met and discussed what we were experiencing. Nick W. and his supervisor checked over the downstairs floor and the basement.

- The GE kitchen refrigerator wasn't working right, it was beeping and keep beeping like it wasn't closed when it definitely was closed.
- The radio suddenly put out such a strong loud static we could not hear the radio.
- The dish washer didn't work right
- TV wouldn't work
- The surge protector the computer desk was ruined
- The TV and dvd player and other appliances which we had not initially noticed or thought to check were not working.
- Kitchen light flickered.
- The other kitchen refrigerator in the pantry area was not keeping ice cream frozen and did not keep the items on the door very cold.
- Nanette had called Nick because the sprinklers did not come on as usual. They discussed the situation and she called a landscape company to come and replace the sprinkler source box

PG&E Customer Account No. 6340456353-6 Richard and Nanette Tanner 209-728-2736

# Checkout

Return to Cart

## Getting your order

 How do you want to get this item?

○ **Pickup at a Best Buy store**

○ **Deliver it to me (installation and hookup not included)**   $110.00
We'll deliver your package and put it in the room of your choice.

○ **Delivery with Connection to Existing Waterline & Required Parts**   **FREE**
Does your existing refrigerator have an ice maker? If so, we'll deliver and install your new Refrigerator to an existing ice maker water supply.
**Note:** Additional parts, extensive labor and permit charges are extra.

  Connection to Existing Waterline   **FREE**
  Smart Choice - Stainless-Steel Refrigerator
  Waterline Kit Required for Hook-Up - Silver   *Already added*

○ **Delivery with Refrigerator: New Water Supply Line Installation & Required Parts**   $134.99
If you do not have an existing ice maker, we'll deliver and install your new Refrigerator, which includes installation of a new, dedicated ice maker water supply with shut-off valve.
**Note:** Additional parts, extensive labor and permit charges are extra.

  Refrigerator: New Water Supply Line Installation   $134.99
  Smart Choice - Stainless-Steel Refrigerator
  Waterline Kit Required for Hook-Up - Silver   *Already added*

## Optional Services

 Professionally haul away and recycle your old item, or move it to another spot in your home. Learn more   $19.99

## Delivery Address

**First Name**
Richard & Nanette

**Last Name**
Tanner

**Address**
590 E Hwy 4

Military (AFO.FPO) | International Customers
Hide Suggestions



### Order Summary

**Delivery**

| | | |
|---|---|---|
| LG - 21.6 Cu. Ft. French Door Refrigerator - | **$1,499.99** Qty 1 Remove | |
| Smart Choice - Stainless-Steel Refrigerator | **$29.99** Qty 1 Remove | |
| Professionally haul away and recycle your old item, or | **$19.99** Qty 1 Remove | |

| | |
|---|---|
| Item Subtotal | $1,549.97 |
| Delivery | $110.00 |
| Estimated Sales Tax   7.25% | Not Calculated |

+ Use a Best Buy Tax Exempt Quick Card

Help

**Total**   **$1,659.97**

*120.35*

*$ 1,780.32*

Case: 19-30088   Doc# 9637-2   Filed: 11/30/20   Entered: 12/01/20 07:57:52   Page 12 of 25

cross street Apple Blossom

| City | State | ZIP Code |
|------|-------|----------|
| Murphys | CA | 95247 |

☐ Remember this information for next time
☐ Save this as my billing address

## Contact Information

**Email Address**
rntanner@yahoo.com

**Phone Number**
209 728 2736

☐ Text me updates about all my Best Buy orders.

**Continue to Schedule Service**

Prices and offers are subject to change. © 2019 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the Tag Design, MY BEST BUY, and BESTBUY.COM are trademarks of Best Buy and its affiliated companies.

Case: 19-30088    Doc# 9637-2    Filed: 11/30/20    Entered: 12/01/20 07:57:52    Page 13 of 25



# The Frog Hollow
### green group inc.

PO Box 898    667 S. Main Street
Angels Camp, CA  95222

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/20/2018 | 0000026745 |

| Bill To |
|---------|
| Parts/Labor Customers |

| Ship To |
|---------|
| Richard & Nanette Tanner<br>590 E. Hwy 4<br>Murphys, CA 95247 |

| P.O. No. | Terms | Due Date | Project |
|----------|-------|----------|---------|
|  | COD | 8/20/2018 |  |

| Quantity | Description | U/M | Rate | Amount |
|----------|-------------|-----|------|--------|
| 1 | Replaced irrigation controller<br>------------------------------<br>Once controller was installed we set up a basic program and ran the system. There are some heads not working correctly.  If you would like us to come replace/repair these heads please let us know. |  | 380.00<br>0.00<br>0.00 | 380.00<br>0.00<br>0.00 |

Past due payments shall bear interest at the rate of 2% per month, until paid in full.

| Subtotal | $380.00 |
|----------|---------|
| Sales Tax (7.5%) | $0.00 |
| **Total** | **$380.00** |

www.thefroghollow.com          209.736.0924          fax 209.736.4789          info@thefroghollow.com

# INVOICE

## Metildi Electric, Inc.

License #653920
1616 Vine Maple Dr
Murphys CA 95247

Cell: (916) 337-6744
email: metildi@sbcglobal.net

*handwritten: pd 1/31/19 ✓ # 3153 DTN ✓ ing*

**DATE:** January 6, 2019
**INVOICE #** 8734

**FOR:** Tanner residence

**BILL TO:**
Richard&Nanette Tanner
PO Box 474
Muphys CA 95247

| DESCRIPTION | AMOUNT |
|---|---|
| Install a new outlet for the dish washer. | |
| Labor and Materials | $100.00 |
| | |
| **TOTAL** | **$100.00** |

Due upon receipt. Please make all checks payable to **Metildi Electric, Inc.**

*THANK YOU FOR YOUR BUSINESS!*

| | | | | |
|---|---|---|---|---|
| | Attach statement itemizing interest, fees, expenses, or other | | | |
| | charges required by Bankruptcy Rule 3001(c)(2)(A). | | | |
| | | | | |
| | | | | |
| SPRINKLER SYSTEM BOX | Frog Hollow green group inc | $ 380.00 | | |
| NEW OUTLET | Metildi Electric | $ 100.00 | | |
| | Receipt for Dish Washer - new | $ 998.67 | | |
| | Electrician check wiring - Jack Anderson | $100.00 | | |
| | Television - a gift, no receipt / equal value | $ 424.96 | | |
| | CD player - a gift, no receipt / equal value | $ 535.71 | | |
| Repaired | light fixture in kitchen - installed new bulbs and ends | $ - | | |
| | Refrigerator #1 - no longer available, choose similar one | $1,780.32 | | |
| | Refrigerator #2 - no longer available, choose similar one | $ 674.60 | | |
| | Surge Protector | 50.08 | | |
| | total | $ 4,994.26 | 4,994.26 | |
| | RICHARD S TANNER & NANETTE C TANNER PO BOX 474 590 E HWY 4 MURPHYS, CA 95247 | | 5,044.68 5,044.34 | |
| | 209-728-2736 or 209-768-8012 | | | |
| | PG&E acct# 6340456353-6 | | | |
| | 15.5 hours X $40 preparing claim | $ 15.50 | 40 | $ 620.00 |
| | | | | $5,614.26 |
| | | | | $ 5,664.34 |



**$10 off** your online order of $50 or more — Get started

**$10 off** your online order of $50 or more — Get started

Staples Sites ⌄

Search for all your business needs

Search

20+ Employees | Set Your Store | Weekly Ad

Reorder | Sign In | Help

PRODUCTS ⌄ | SERVICES & SOLUTIONS ⌄ | DEALS | WORKLIFE ⌄ | MEMBERSHIP



**COASTWIDE** PROFESSIONAL | **100% READY.** | Built to spec. Made for efficiency. — Shop now

Ad Feedback

Home / Batteries & Power / Power Management / Surge Protectors & Power Monitors



### Staples Joule 24502 10 Outlet 3750 Home and Office Surge Protector, 6' Cord

Item #: 199684 | Model #: 24502

★★★★★ 85 Reviews

Each
Open a More Account and save

◉ Delivered within 1-6 business days

**$46.59**

View more purchasing options ⌄

View product details

Qty: 1 — Add to cart

*(handwritten)* + 3.49 tax
$50.08



**Product details** Specifications Reviews

**NXT** TECHNOLOGIES › Technology made for work and ready for life. — Shop now

Ad Feedback

## Supplies and accessories



| | | | | | |
|---|---|---|---|---|---|
| NXT Technologies™ 7-Outlet Surge Protector, 6'... 1 Each ★★★★★ 21 Get it by Mon, Oct 21 **$17.99** | APC Essential SurgeArrest 6-Outlets Surge Protector, 6'... 1 Each ★★★★★ 5 Get it by Mon, Oct 21 **$12.79** | Staples 2-Pack, 6-Outlet 500 Joules Surge Protecto... 2/Pack ★★★★★ 3 Get it by Mon, Oct 21 **$18.79** | NXT Technologies™ 6-Outlet Surge Protector, 4'... 1 Each ★★★★★ 47 Get it by Mon, Oct 21 **$9.99** | NXT Technologies™ 8-Outlet 2 USB Surge... 1 Each ★★★★★ 39 Get it by Mon, Oct 21 **$29.99** | NXT Technologies™ 6-Outlet Surge Protector, 8'... 1 Each ★★★★★ 20 Get it by Mon, Oct 21 **$14.99** |

## Product details

Deliver reliable power to a range of devices with this Staples 6-foot 10-outlet home and office surge protector.

☐ We turned on your electricity. However, due to your absence, the main switch at the meter panel was left in the off position. To obtain power follow the instructions below the checked box.

**Note: All major electric appliances should be in the "off" position before turning on the main switch. If you live in an apartment complex and cannot locate the meter panel, please contact your apartment manager.**

"X" indicates meter location



Front of Building

☐ Circuit Breaker(s)

**MAIN BREAKER**

Push switch to "ON"

☐ Fuses

ON

Pull out and turn 180° to reposition with "ON" at the top

☐ Disconnect Handle

Push handle to "ON"

☐ The gas/electric meter was read and/or tested as part of our investigation into your billing inquiry. A PG&E representative will contact you to follow up on your inquiry.

The electric meter has been left  ☐ On  ☐ Off

The electric meter reading is ...............

The gas meter has been left  ☐ On  ☐ Off

The gas meter reading is ...............

**If you have questions about today's work, please contact us at:**

Residential Customers **1-800-743-5000**
Agriculture Customers **1-877-311-3276**
Business/Commercial Customers **1-800-468-4743**

Our Customer Service Representatives are available to assist you 24 hours a day, 7 days a week. For more information about PG&E, visit www.pge.com

Para obtener mayor información, por favor llame al **1-800-660-6789**

欲知詳情或索取中文相關資料，請撥 **1-800-893-9555**



"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2013 Pacific Gas and Electric Company. All rights reserved. PG&E prints its materials with soy-based inks on recycled paper.

CPUC Form # 62-3531B
Reorder # M621786



# An update on your service.

## Here is information about our visit to your property today.

Date: 8/14/18          Time: 11:15          (AM)PM

Address: 590 E. HWY 4

Field Order Number: 9227293577

**We were not able to complete our work today for the following reasons:**

☐ We did not have access to the meter(s) or other PG&E equipment. Call us at **1-800-743-5000** to schedule an appointment.

☐ Customer-owned equipment needs repair. See additional comments below.

| Work Performed | | Comments |
|---|---|---|
| Meter Maintenance | ☐ Electric<br>☐ Gas | |
| Installed/Changed Meter | ☒ Electric<br>☐ Gas | INSTALLED SMART METER |
| Tested Meter | ☐ Electric<br>☐ Gas | |
| Read Meter | ☐ Electric<br>☐ Gas | |
| Inspected/Sealed Meter | ☐ Electric<br>☐ Gas | |
| Service Turned ☐On ☐Off | ☐ Electric<br>☐ Gas | |

☐ See reverse side for additional details.

**Our work today may have required a momentary interruption of your electric service, and you may need to reset digital clocks on your appliances and equipment. We apologize for any inconvenience this may have caused.**

PG&E is proud to be your energy provider. We are dedicated to being proactive about safety and reliability. The meter at your property is safe and operating correctly.

We value your feedback. If you would like to provide feedback on today's service, please visit us at www.pge.com/FieldFeedback to complete a brief survey.

Thank you for the opportunity to serve you.

NICK W.   510 672-0575
**Service Technician**

**Additional Comments:**

REMOVED NON SMART METER # C8834 READ

INSTALLED SMART METER # 1010459254

COMPUTER AND PRINTER NOT WORKING AT TIME OF CHANGE

Case: 19-30088    Doc# 9637-2    Filed: 11/30/20    Entered: 12/01/20 07:57:52    Page 19 of 25

☐ We turned on your electricity. However, due to your absence, the main switch at the meter panel was left in the off position. To obtain power follow the instructions below the checked box.

**Note: All major electric appliances should be in the "off" position before turning on the main switch. If you live in an apartment complex and cannot locate the meter panel, please contact your apartment manager.**

"X" indicates meter location

Front of Building

---

☐ Circuit Breaker(s)

**MAIN BREAKER**
ON — OFF
ON  ON
ON  ON
ON  ON
ON  ON

Push switch to "ON"

☐ Fuses

ON

Pull out and turn 180° to reposition with "ON" at the top

☐ Disconnect Handle

Push handle to "ON"

---

☐ The gas/electric meter was read and/or tested as part of our investigation into your billing inquiry. A PG&E representative will contact you to follow up on your inquiry.

The electric meter has been left   ☐ On   ☐ Off

The electric meter reading is

The gas meter has been left   ☐ On   ☐ Off

The gas meter reading is

**If you have questions about today's work, please contact us at:**

Residential Customers **1-800-743-5000**
Agriculture Customers **1-877-311-3276**
Business/Commercial Customers **1-800-468-4743**

Our Customer Service Representatives are available to assist you 24 hours a day, 7 days a week. For more information about PG&E, visit www.pge.com

Para obtener mayor información, por favor llame al **1-800-660-6789**

欲知詳情或索取中文相關資料，請撥 **1-800-893-9555**



"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2013 Pacific Gas and Electric Company. All rights reserved. PG&E prints its materials with soy-based inks on recycled paper.

CPUC Form # 62-3531B
Reorder # M621786



# An update on your service.

## Here is information about our visit to your property today.

Date: 8/16/18          Time: 1:30          AM (PM)

Address: 590 E. HWY 4

Field Order Number: 922576-0418

### We were not able to complete our work today for the following reasons:

☐ We did not have access to the meter(s) or other PG&E equipment. Call us at
**1-800-743-5000** to schedule an appointment.

☐ Customer-owned equipment needs repair. See additional comments below.

| Work Performed | | Comments |
|---|---|---|
| Meter Maintenance | ☐ Electric ☐ Gas | |
| Installed/Changed Meter | ☐ Electric ☐ Gas | |
| Tested Meter | ☐ Electric ☐ Gas | |
| Read Meter | ☐ Electric ☐ Gas | |
| (Inspected/Sealed Meter) | ☒ Electric ☐ Gas | |
| Service Turned ☐ On ☐ Off | ☐ Electric ☐ Gas | |

☐ See reverse side for additional details.

**Our work today may have required a momentary interruption of your electric service, and you may need to reset digital clocks on your appliances and equipment. We apologize for any inconvenience this may have caused.**

PG&E is proud to be your energy provider. We are dedicated to being proactive about safety and reliability. The meter at your property is safe and operating correctly.

We value your feedback. If you would like to provide feedback on today's service, please visit us at www.pge.com/FieldFeedback to complete a brief survey.

Thank you for the opportunity to serve you.

NICK W.
**Service Technician**

**Additional Comments:**

CRIMPED SERVICE & HOUSE NEUTRAL TOGETHER - PREVIOUSLY TWISTED TOGETHER

CLAIM HOTLINE = 415-973-4548

COMPUTER & PRINTER WORKING - SURGE PROTECTOR BROKEN

2 SPRINKLER CONTROL BOXS DAMAGED - TV & DVD/VHS PLAYER DAMAGED

FRIDGE DAMAGED & CAUSING RF NOISE





*Refrigerators*

# Frigidaire FFHT2021TW - refrigerator/freezer - top-freezer - freestanding - white Specs



*https://www.lowes.com/pd/Frigidaire-20-4-cu-ft-Top-Freezer-Refrigerator-White/1000226525?cm_mmc=shp-_-c-_-prd-_-app-_-google-_-lia-_-118-_-refrigerators-_-1000226525-_-0&store_code=2335&cm_mmc=src-_-c-_-prd-_-app-_-google-_-appliances-_-MHLIA_APP_Appliances_High%20Priority-_--_-0-_-0&gclid=EAIaIQobChMI55DD5Oru5AIVgchkCh0kIgDDEAYYASABEgJdBfD_BwE&gclsrc=aw.ds*



Case: 19-30088    Doc# 9637-2    Filed: 11/30/20    Entered: 12/01/20 07:57:52    Page 24 of 25

*Refrigerators*

# Frigidaire FFHT2021TW - refrigerator/freezer - top-freezer - freestanding - white Specs



https://www.lowes.com/pd/Frigidaire-20-4-cu-ft-Top-Freezer-Refrigerator-White/1000226525?cm_mmc=shp-_-c-_-prd-_-app-_-google-_-lia-_-118-_-refrigerators-_-1000226525-_-0&store_code=2335&cm_mmc=src-_-c-_-prd-_-app-_-google-_-appliances-_-MHLIA_APP_Appliances_High%20Priority-_--_-0-_-0&gclid=EAIaIQobChMI55DD5Oru5AIVgchkCh0kIgDDEAYYASABEgJdBfD_BwE&gclsrc=aw.ds

