THOMAS E. BOZE, COUNTY COUNSEL (SBN 209790)
Todd E. James, Deputy County Counsel (SBN 279339)
Daniel P. Solish, Deputy County Counsel (SBN 279446)
Stanislaus County Counsel
1010 10ᵗʰ Street, Suite 6400
Modesto, CA 95354
(209) 525-6376
(209) 525-4473 (fax)
cocolaw@stancounty.com

Attorneys for County of Stanislaus

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br>and<br>Pacific Gas and Electric Company,<br><br>               Debtors.<br><br>_  Affects PG&E Corporation<br><br>X  Affects Pacific Gas and Electric<br>Company<br><br>_  Affects Both Debtors | Bankruptcy Case No. 19-30088(DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF FREDERIC CLARK IN SUPPORT OF COUNTY OF STANISLAUS' RESPONSE TO REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY/PASSTHROUGH CLAIMS) – STANISLAUS COUNTY PUBLIC WORKS CLAIM NO. 56952**<br><br>Date:     December 15, 2020<br>Time:    10:00 a.m. (Pacific Time)<br>Place:   (Telephonic Appearance Only)<br>           United States Bankruptcy Court<br>           Courtroom 17, 16ᵗʰ Floor<br>           San Francisco, CA 94102 |

## DECLARATION OF FREDERIC CLARK

I, FREDERIC CLARK, declare and state as follows to the best of my personal knowledge:

1.     I have personal knowledge of the facts set forth herein. If called upon to testify as to the truth of the contents of this declaration, I could and would competently so testify.

2.     I am employed with the County of Stanislaus ("County") as a Deputy Public Works

Declaration of Frederic Clark In Support of Response to Objection

Director. My current duties include oversight of the Development Services Division, which includes issuance of Right of Way Encroachment Permits. I have approximately 40 years of experience in the field and have held my current position since 2016. Prior to my current position I was employed with the City of Manteca as the Community Development Director.

3. On March 28, 2017, Pacific Gas and Electric Company ("Utility") applied for and received an Encroachment Permit ("Permit") from the County of Stanislaus for traffic control and road closure in order to replace three existing valves in Riverbank, CA. Attached hereto as **Exhibit "A"** is a true and correct copy of the Encroachment Permit.

4. The Permit and Chapter 13.04 of the Stanislaus County Code required the Utility to leave the detour route, Central Ave., Mesa Dr., and Snedigar Rd., in as good a condition as before the encroachment. Attached hereto as **Exhibit "B"** is a true and correct copy of Chapter 13.04 of the Stanislaus County Code.

5. The detour route was damaged as result of the Utility's work and the Utility failed to repair the damage.

6. The County restored the detour route at a cost of $237,927.76 and invoiced the Utility for this work on July 3, 2018.

7. On April 19, 2019, the Couny sent the utility a second invoice in the amount of $147,927.76, reducing the amount due by applying a $90,000 credit from a previous payment. Attached hereto as **Exhibit "C"** is a true and correct copy of the April 19, 2019 invoice. As of the date of this Declaration, the invoice remains unpaid.

8. The County filed Claim No. 56952 to recover the $147,927.76 on October 15, 2019. Attached hereto as **Exhibit "D"** is a true and correct copy of Claim No. 56952.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the date noted below in Modesto, California.

DATED: November 30, 2020

_____
Frederic Clark

Declaration of Frederic Clark In Support of Response to Objection

EXHIBIT "A"



# ENCROACHMENT/CONSTRUCTION PERMIT

**Stanislaus County Department of Public Works**
**Development Services**
1010 10th Street, Suite 4204, Modesto, CA 95354
Phone:(209)525-4130  Fax:(209)525-6507
E-mail: pwpermits@stancounty.com

| | |
|---|---|
| Permit No: | **ENCR 120 - 2017** |
| Application Date | 3/28/2017 |
| Inspection Fee | $90,630.00 |

**Billing Status:** ☐ Paid in Full  ☑ To Be Billed  ☐ Fee Waived

| Applicant: | PG&E PM74004851 | | CAMS No: | |
|---|---|---|---|---|
| Purpose: | Replace three existing valves on Claus Road. Permit is for traffic control and road closure/detour ONLY within County Right-of-Way. Additional permits may be needed from the City of Riverbank. | | Deposit: | |
| | | | Receipt #: | |
| | | | Liability Insurance? ☑ | $1,000,000 |
| | | | License No: | 339629 |

| Site Description | County Right-of-Way | | | APN#: | 132-049-024 |
|---|---|---|---|---|---|
| Site Address: | Santa Fe Street @ Claus Road | City: Riverbank | State: CA | Zip: 95367 | |
| Mailing Address: | 6121 Bollinger Canyon Road | City: San Ramon | State: CA | Zip: 94583 | |
| Telephone: | (925) 244-3269 | Email: b1hz@pge.com | | | |

**Status:** Pending ☐  Active ☐  Issued ☑  Closed ☐
Start: 4/24/2017
Anticipated End Date: 6/2/2017
Final Acceptance:

☐ **PMA**   ☐ **Annual Blanket Permit**   ☑ **PGE Specific?**   ☑ **TDN Required?**   ☑ **Major Permit**   ☐ **Minor Permit**   ☐ **Minimal Permit**

The undersigned is hereby applying for a permit to work in the Public right-of-way at the following locations, subject to the provisions required by Streets and Highways Code 1450-1496 and the Stanislaus County Encroachment Permit Conditions as shown on the back of this permit and made a part of here to. In addition, the applicant will adhere to all general notes and any special conditions as specified.

**GENERAL NOTES:**

1. Construction shall be done in accordance to County Standards and California Storm Water Pollution Prevention Plan (SWPPP) Best Management Practices (BMP).
2. Applicant shall be responsible for maintaining liability insurance in the amount shown above. A liability insurance certificate policy shall be provided prior to any construction activity.
3. All construction traffic control shall conform to the California Manual on Uniform Traffic Control Devices (CAMUTCD) and per-approved detour plan.
4. All construction plans (if required) must be attached with permit.
5. Road Closures will require approval from County Traffic Division. Any impacts to traffic will require a 48 hour advance notice to the Traffic Engineer.
6. Please see Conditions page which must be attached to the permit at all times.
7. Call Inspector a minimum of 5 days prior to starting work, so Traffic Delay Notification can be processed.
8. This permit is valid for six months from date of issuance.
9. Portable Message boards must be out a minimum of 5 days prior to starting work.
10. City of Riverbank will inspect all work for this project.
11. Any additional days of full road closure over 20 will be billed at end of project    *Another fee is being discussed/negotiation ongoing*

**ASSIGNED INSPECTOR:** Steve Song   (Call 209-968-3119)

Plans:
TC Plans: ..\Encroachment Permi
Lat: 37.735998   Long: -120.922177   Map https://www.goo

☑ Project in NPDES Red Zon
☐ ESCP Required?
☐ Post-Develop. Req?
☐ SWPPP Req?

ESCP Review Date
Post-Dev. Review Date
SWPPP Review Date

| Encroachment / Construction Permit Fee Item | Quantity | Fee | Total | |
|---|---|---|---|---|
| **Excavation Permit Fee** | 0 | $40 | $0.00 | **Project Risk Level:** |
| Excavation Inspection Fee (per 500 ft in unpaved areas) | 0 | $190 | $0.00 | |
| Excavation Inspection Fee (per 250 ft in paved areas) | 0 | $190 | $0.00 | |
| Encroachment Permit Fee for Driveway Construction | 0 | $190 | $0.00 | **Project Construction Type:** |
| Utility Trench Cuts ($7.30/sf, for roads with PCI rating > 50) | 0 | $7.30 | $0.00 | |
| **Construction Permit Fee** | 1 | $60 | $60.00 | **Inspection Frequency:** |
| Curb  Gutter (per 250 LF) | 0 | $190 | $0.00 | |
| Sidewalk (per 250 LF) | 0 | $190 | $0.00 | Project-Size: 0.00 acres |
| Matching Pavement | 0 | $190 | $0.00 | Disturbed-Area: 0.00 acres |
| Pipeline Maintenance Agreement | 0 | $285 | $0.00 | |
| Plan Review | 0 | $95 | $0.00 | **Utility Trench Calcs** |
| General Construction Inspection Services | 2 | $95 | $190.00 | Surface Type: |
| Traffic Control Review and Traffic Delay Notification | 2 | $190 | $380.00 | Length: 0 ft |
| Road Closure Fee  ADT= 8743  No. of Days: 20 | $4,500 | $90,000.00 | Width: 0 ft |
| NPDES Permit Review (Risk Level 1 = $450, Risk Level 2 = $675, Risk Level 3 = $855 | $0.00 | Trench Area: 0 sq-ft |
| **Total Encroachment Permit Fee:** | | | $90,630.00 | PCI (0-100): 0 |

I, the undersigned, certify that I have read and understand the entire permit (page 1 and 2) and will abide by the conditions and requirements as set forth.

Signed By: _Kirstin Trapp_    4/21/17

4/21/2017
Permit Issue Date

Approved by County Road Commissioner (CRC): Matt Machado    Permit Issued by: Rich Brown    Page 1

Case: 19-30088   Doc# 9638-1   Filed: 12/01/20   Entered: 12/01/20 10:20:45   Page 4 of 22

# STANISLAUS COUNTY ENCROACHMENT PERMIT CONDITIONS

The undersigned is hereby applying for a permit to work in the Public right-of-way at the site address as shown on this permit, subject to the provisions required by Streets and Highways Code 1450-1496 and the following permit conditions as noted below:

STANISLAUS COUNTY ENCROACHMENT PERMIT CONDITIONS

1. ACCEPTANCE OF THE PROVISIONS: It is understood and agreed by the Permittee that all conditions have been read, and understood. The Permittee agrees to comply with all conditions.

2. KEEP PERMIT ON WORK SITE: This permit, or a complete copy, shall be kept at the site of the work and upon request must be shown to any County representative or law enforcement officer.

3. PERMITS FROM OTHER AGENCIES: Permittee must obtain all other permits required by other public or private agencies or individuals necessary in order to perform the intended work. It shall be the responsibility of the Permittee to notify the utility and cable TV companies prior to starting any construction that may involve their underground or overhead utilities.

4. INSURANCE: Owners, developers or contractors must provide certificates of insurance in an amount of at least $1,000,000 or as determined by the Department.

5. BONDS: A cash deposit, performance bond, letter of credit or other approved form of security shall be submitted in an amount equal to 100% of the value of the work performed within the County right of way or easement.

6. INSPECTION NOTIFICATION: The Permittee shall notify the Department of Public Works Encroachment Inspector assigned to this project, shown on page 1, a minimum of two (2) working days prior to performance of any work under this permit. Any work performed without inspection or contrary to Stanislaus County Public Works Standard Construction Specifications, Standard Details or approved plans shall be deemed non-complying and will not be accepted by the County.

7. TRAFFIC CONTROL: Construction traffic control shall conform to the current edition of the "California Manual on Uniform Traffic Control Devices", as published by the State of California, Department of Transportation.

8. PERMIT EXPIRATION: This permit is valid for a period of six months as measured from the construction start date or until liability insurance expires, whichever comes first, unless otherwise specified on Page one under General Notes.

9. UNDERGROUND SERVICE ALERT: Permittee must notify Underground Service Alert (USA) at 800-642-2444 or 1-800-227-2600 at least 48 hours in advance of start of work for location of underground utilities.

10. GUARANTEE: For a period of one year after acceptance by the Department of Public Works, the Permittee shall guarantee all work performed under this permit. Any failure caused by defective materials or workmanship shall be promptly repaired or replaced at the Permittee's expense. Failure of the Permittee to make such corrections will cause the County to make or have made any necessary repairs at the Permittee's expense.

11. STORAGE OF MATERIAL: Excavated material, sand, gravel, or any construction materials and debris shall not be stockpiled in the County right-of-way.

12. PUBLIC CONVENIENCE:

(a) The Permittee shall conduct his operations as to offer the least obstruction and inconvenience to the public and abutting property owners. The Permittee shall have under construction no greater amount of work than he can properly secure at the end of the workday with due regard to the safety of the public.

(b) Unless otherwise provided in the permit, all public traffic shall be permitted to pass through the work with as little inconvenience and delay as possible.

(c) The Permittee at his expense shall remove spillage resulting from hauling operations along or across any publicly traveled way immediately.

(d) Convenient access to driveways, houses, and buildings along the work shall be maintained and temporary approaches to crossings or intersecting highways shall be provided and kept in good condition. When the abutting property owner's access across the right-of-way line is to be eliminated, or to be replaced under the permit by other access facilities, the existing access shall not be closed until the replacement access facilities are usable.

(e) Standard work hours will be 7:00am to 5:00pm, Monday through Friday, Unless pre-approved by County Engineer and listed on page 1 of this permit under General Notes.

(f) If ordered by the Inspector, water shall be supplied by the Permittee to alleviate or prevent dust nuisance.

13. SAFETY:

(a) General - The Permittee shall be solely and completely responsible for the conditions of the job site, including safety of all persons and property during performance of the work. This requirement shall not be limited to normal working hours. Safety provisions shall conform to all applicable Federal, State, and local laws, ordinances, and codes, and to the rules and regulations established by the California Division of Industrial Safety, and to other rules of law applicable to the work.

(b) The services of the Inspector in conducting construction review of the Permittee's performance is not intended to include review of the adequacy of the Permittee's work methods, equipment, bracing or scaffolding or safety measures, in, on, or near the construction site, and shall not be construed as supervision of the actual construction nor make the Inspector or the County responsible for providing a safe place for the performance of work by the Permittee, Contractor, subcontractors, or suppliers; or for access, visits, use work, travel or occupancy by any person.

(c) The Permittee shall instruct all personnel working in potentially hazardous work areas as to potential dangers and shall provide such necessary safety equipment and instruction as is necessary to prevent injury to personnel and damage to property. Special care shall be exercised relative to electrical work, work involving excavation and in sump pump work.

(d) All work and materials shall be in strict accordance with all applicable State, Federal and local laws, rules, regulations, and codes.

(e) Nothing in this permit is to be construed to permit work not conforming to governing law.

(f) Shoring and Trench Safety Plan - Attention is directed to Section 832 of the Civil Code of the State of California, Section 6705 of the State Labor Code, and the Construction Safety Orders of the State of California Division of Industrial Safety.

14. PROTECTION OF PERSON AND PROPERTY:

(a) The Permittee shall take whatever precautions are necessary to prevent damage to all existing improvements, including above ground and underground utilities, trees, shrubbery that is not specifically shown to be removed, fences, signs, mailboxes, survey markers and monuments, buildings, structures, the County's property, adjacent property, and any other improvements or facilities within or adjacent to the work. If such improvements or property are injured or damaged by reason of the Permittee's operations, they shall be replaced or restored, at the Permittee's expense, to a condition at least as good as the condition they were in prior to the start of the Permittee's operations.

(b) The Permittee shall adopt all practical means to minimize interference to traffic and public inconvenience, discomfort or damage. The Permittee shall protect against injury to any pipes, conduits or other structures crossing the trenching or encountered in the work and shall be responsible for any injury done to such pipes or structures, or damage to property resulting there from. He shall support or replace any such structures without delay.

(c) The Permittee shall pay the entire expense of replacing the highway in as good condition as before.

15. RESPONSIBILITY FOR REPAIR OF FACILITIES: All public or private facilities, including but not limited to, gravel surfacing at existing canals, structures, telephone cables, roadways, curbs, gutters, parking lots, private drives, levees and embankments for creeks, ponds and reservoirs disturbed during construction of the work shall be repaired and/or replaced by the Permittee to match facilities existing prior to construction. In addition, the Permittee shall be responsible for any settlement damage to such facilities or adjoining areas for a period of one year after acceptance of such

16. COUNTY'S REPAIR: In the event the Permittee refuses or neglects to make good any loss or damage for which he is responsible under this permit, the County may itself, or by the employment of others, make good any such loss or damage, and the cost and expense of doing so, including any reasonable engineering, legal and other consultant fees, and any costs of administrative and managerial services, shall be charged to the Permittee.

17. CONTRACTOR'S LICENSE NOTICE: Contractors are required by law to be licensed and regulated by the Contractor's State License Board. Any questions concerning a contractor may be referred to the registrar, Contractor's State License Board, 9821 Business Park Dr., Sacramento, California or by visiting www.cslb.ca.gov or by calling 1-800-321-CSLB (2752).

18. INDEMNITY AND LITIGATION COST:

(a) The Permittee specifically obligates himself and hereby agrees to protect, hold free and harmless, defend and indemnify the County, the Engineer, his consultants, and each of their officers, employees and agents, from any and all liability, penalties, costs, losses, damages, expenses, causes of action, claims or judgments, including attorney's fees, which arise out of or are in any way connected with the Permittee's, his Contractor's, or his subcontractors' or suppliers' performance of work under this permit. To the extent legally permissible, this indemnity and hold harmless agreement by the Permittee shall apply to any acts or omissions, whether active or passive, on the part of the Permittee or his agents, employees and representatives, resulting in liability irrespective of whether or not any acts or omissions of the parties to be indemnified hereunder may also have been a contributing factor to the liability.

(b) In any and all claims against the County or the Engineer and his consultants, and each of their officers, employees and agents by any employee of the Permittee, his Contractor, any Subcontractor, anyone directly or indirectly employed by any of them, or anyone for whose acts any of them may be liable, the indemnification of obligation under this Section shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the Contractor or any Subcontractor under Workmen's Compensation status, disability benefit statutes, or other employee benefit statutes.

19. MONUMENT PRESERVATION PROTECTION: Contractor is responsible for preservation and/or perpetuation of all existing monuments which control subdivisions, tracts, boundaries, streets, highways, easements, or other right-of-way, easements, or provide survey control which will be disturbed or removed due to contractor's work. Contractor shall provide a minimum of 10 working days notice to project engineer/surveyor prior to disturbance or removal of existing monuments. Project engineer/surveyor shall coordinate with contractor to reset monuments or provide permanent witness monuments and file the required documentation with the County Surveyor pursuant to Business and Professional Code section 8771.

I, the undersigned, certify that I have read and understand the entire permit (page 1 and 2) and will abide by the conditions and requirements as set forth.

Signed By: _Kirstin Trapp_   Date 4/21/17   4/21/2017

Case: 19-30088   Doc# 9638-1   Filed: 12/01/20   Entered: 12/01/20 10:20:45   Page 5 of 22

EXHIBIT "B"

Stanislaus County Code

Up      Previous      Next      Main      Collapse      Search      Print

Title 13 STREETS, SIDEWALKS AND PUBLIC PLACES

## Chapter 13.04 EXCAVATIONS AND INSTALLATIONS

### 13.04.010 Definitions.

As used in this chapter the following terms shall have the following meaning:

A. "Applicant" means any person applying for permission of the board of supervisors or the written permit of the road commissioner as provided for in this chapter.

B. "County" means Stanislaus County, California.

C. "New or different use" means a change in use of an existing installation or structure constituting a substantially increased burden upon a county highway or other public place.

D. "Permittee" means any person who has received the permission of the board of supervisors or the written permit of the road commissioner as provided for in this chapter.

E. "Person" means any individual, municipal, quasi-municipal, public or private corporation and any improvement, water, sanitary, irrigation or other public district.

F "Road commissioner" means the road commissioner of the county.

G. "Work day" means every day other than a Saturday, Sunday or legal holiday. (Prior code §5-12).

### 13.04.020 Approval required.

It is unlawful for any person not having a franchise or other authority of law to make any excavation in or upon any county highway or other public place or to construct, install or make a new or different use of any siphon, bridge, pipeline, conduit or similar structure in, along, upon or across any county highway, or other public place without first obtaining permission of the board of supervisors so to do. It is unlawful for any person having permission of the board of supervisors, a franchise, or other authority of law, to make any excavation in or upon any county highway or to construct, install or make a new or different use of any siphon, bridge, pipeline, conduit or similar structure in, along, upon or across any county highway, or other public place without first applying for and obtaining a permit from the road commissioner as provided in this chapter. (Prior code §5-1).

### 13.04.030 Siphon or culvert--Use required.

It is unlawful for any person to convey or permit flow or discharge of water from one side of a county highway to the other except through a siphon, culvert or bridge (Prior code §5-2).

### 13.04.040 Siphon or culvert--Construction standards.

A siphon or culvert shall consist of either concrete or corrugated iron pipe extending the full width of the highway right-of-way and to the edges thereof. It shall form a leakproof connection with any existing or hereafter installed pipe, conduit or other enclosed artificial watercourse approaching within fifty feet of the siphon or culvert, water from or to which naturally flows, or artificially is caused to flow, to or from the siphon or culvert. Any such siphon or culvert shall be constructed in accordance with plans and specifications approved by and on file in the office of the road commissioner. (Prior code §5-2(a)).

### 13.04.050 Bridge construction standards.

A bridge shall have a clear width or improved roadway of not less than thirty-two feet and shall be constructed of reinforced concrete in accordance with plans and specifications approved by and on file in the office of the road commissioner. (Prior code §5-2(b)).

Case: 19-30088    Doc# 9638-1    Filed: 12/01/20    Entered: 12/01/20 10:20:45    Page 7 of 22

## 13.04.060 Maintenance required.

All such siphons, bridges, pipelines, culverts, or similar structures installed or constructed pursuant to permits as provided in this chapter shall be maintained and kept in good repair by the permittee. The permittee shall execute a maintenance agreement with the county providing for future maintenance of the installation or construction. The agreement shall be in a form provided by the county and accepted on behalf of the county by the director or his authorized deputy. (Ord. CS 34 §1, 1983; prior code §5-2(c)).

## 13.04.070 Repairs or improvements.

Any applicant desiring to make new or different use of any existing siphon, culvert or bridge shall make such repairs and improvements therein as may in the opinion of the road commissioner be necessary. (Prior code §5-2 (d)).

## 13.04.080 Underground utilities--Depth.

All underground gas, water, electrical or other pipelines, conduits and similar structures permitted to be installed in, along or across a county highway shall be buried as provided in this chapter and shall be laid at a clear depth and have a cover of not less than two and one-half feet below the surface of the highway at the point of installation whichever is the lower. (Prior code §5-3).

## 13.04.090 Underground utilities--Variance in depth requirement.

Whenever in the opinion of the road commissioner such installation may not be laid and covered at such depth by reason of an existing obstruction, the road commissioner may grant a variance of six inches from such clear depth and cover upon the condition that the applicant assumes all risk and responsibility for injury to the installation or the county, its officers and employees occasioned by reason of the reduced clear depth or cover. (Prior code §5-3(a)).

## 13.04.100 Underground utilities—Access facilities.

The requirements of Sections 13.04.070 through 13.04.090 shall not apply to installations necessarily rising to or emerging from the surface of the ground as in the case of manholes and electrical or telephone lines ascending poles. (Prior code §5-3(b)).

## 13.04.110 Permit application--Information required.

A.   Applications for permits provided in this chapter shall be made in writing in such form as may be prescribed by the road commissioner.

B.   The application shall show at least the following information:

1.   Estimated cost to the county of repairing damage to the highway or other public place caused by the excavation required by any burying, laying or installing of an underground pipe, line, conduit, or similar structure;

2.   Plans and a brief description of the proposed excavation and installation;

3.   Location of the excavation and installation;

4. Estimated time necessary to complete the making, filling, compacting and resurfacing of the excavation and installation;

5.   The necessity for excavating in a county highway or other public place;

6.   Proposed date of commencement of work. (Prior code §5-4(a)).

## 13.04.120 Permit application--Deposit required.

Case: 19-30088   Doc# 9638-1   Filed: 12/01/20   Entered: 12/01/20 10:20:45   Page 8
of 22

The application shall be accompanied by a deposit of cash, certified check, cashier's check, bond executed in favor of the county by a surety company or other undertaking acceptable to the road commissioner in a sum not less than the amount estimated in the application as the cost of repairing damage to the road, and conditioned upon the applicant's faithfully performing all work to be done under the permit applied for, and conforming to all conditions or restrictions which may be specified in the permit to the satisfaction of the road commissioner. In lieu of the deposit required with each application, any applicant may make a blanket deposit in a form and amount acceptable to the road commissioner, which shall remain on deposit until returned or exonerated by the road commissioner, as security for the performance of any permit for work to be done under this chapter then pending or thereafter submitted. (Ord. CS 22 §1, 1983; prior code §5-4(b)).

## 13.04.130 Permit application--Approval or rejection.

Upon receiving an application to excavate and make an installation in a county highway, the road commissioner shall either approve it or reject it. If the application is approved, the road commissioner shall cause the deposit, if any, to be paid into the county treasury and shall issue a written permit authorizing the excavation and installation, which permit shall embody and be subject to all of the conditions of this chapter and to such further conditions as the road commissioner may deem for the best interests of the county in each application. In the event the application is rejected, any deposit or bond made and delivered in connection therewith shall be forthwith returned to the applicant together with the reason for such rejection and recommendations for modification of the application. Applicant may thereupon submit a new application or, if dissatisfied with the rejection, may make a similar application in a similar manner to the board of supervisors. (Prior code §5-4(c)).

## 13.04.140 Permit--Issuance without board order.

A.  Notwithstanding any other provisions in this chapter, the road commissioner shall have the power to issue encroachment permits to public agencies, without prior order of the board of supervisors, to construct an encroachment within, along or across a county right-of-way.

B.  Notwithstanding any other provision in this chapter, the road commissioner shall have the power to issue encroachment permits to any person, without prior order of the board of supervisors, to construct an encroachment which crosses a county right-of-way.

C.  The following definitions apply in this section:

"Construct" means and includes installation, construction, reconstruction, placement, maintenance and/or repair.

"Encroachment" means and includes any siphon, pipeline, conduit, culvert, cable or other similar structure for purposes such as sewer, storm drainage, water, gas, electricity, cable television or radio, telephone, telegraph or other public utility.

"Public agencies" means and includes cities, districts, public utility companies and authorized franchises. (Ord. CS 411, §§1-3, 1990).

## 13.04.150 Standards compliance.

All proposed siphons, culverts, bridges, excavations and installations in, along, upon or across the county highways shall be made in accordance with the plans and descriptions approved by and filed in the office of the road commissioner, and shall be subject to the conditions imposed in Sections 13.04.140 through 13.04.190. (Prior code §5-5).

## 13.04.160 Inspection and restoration required.

The road commissioner shall have the right to inspect the work to be performed and to prescribe any and all conditions pertaining to such construction or excavation and installation. Written notice shall be given to the road commissioner not less than three work days prior to the commencement of any work under the permit granted unless the date of commencement has been specified in the application or permit. The permittee shall properly compact and resurface the backfilled material in a manner acceptable to the road commissioner and, in the event of any settlement of

Case: 19-30088    Doc# 9638-1    Filed: 12/01/20    Entered: 12/01/20 10:20:45    Page 9 of 22

backfill from any cause whatsoever on the county highway where the installation was made, the permittee shall make necessary repairs to the damaged area. (Ord. CS 34 §2, 1983 prior code §5-5(a))

### 13.04.170 Grade change alterations.

If at any time after the installation the county finds it necessary and proper to change the grade in or make a new alignment of any county highway where such installation is made, the permittee, upon written demand by the county, shall at permittee's sole expense alter any of such installations or structures which may be in conflict with the new grade or alignment; provided, however, that this section shall cease to apply when the county highway becomes a state freeway. (Prior code §5-5(b)).

### 13.04.180 Access and safety precautions.

Unless otherwise expressly permitted by the road commissioner, permittee shall, during the entire period of construction, maintain access to traffic over, upon and across the county highways and approaches thereto so as not unreasonably to hinder, render inconvenient or interfere with the public use thereof or with persons lawfully entitled to the use thereof. It shall be the duty of the permittee to place and maintain lights at each end of any such excavation, and at distances of not more than fifty feet along the line thereof, from sunset of each day to sunrise of the next day, until the excavation is entirely refilled; and the permittee shall safeguard the excavation by such other barriers, signs and measures as may be necessary and proper in each case to provide for the safety of persons, animals and vehicles using the highway. (Prior code §5-5(c)).

### 13.04.190 Diligent completion.

After the excavation is commenced, the work of making, filling, compacting and resurfacing it shall be prosecuted with due diligence, from day to day until completed, and so as not to obstruct the highway more than is reasonably necessary. (Prior code §5-5(d)).

### 13.04.200 County completion.

If any construction excavation or installation is not completed in the manner and within the time required by any of the provisions of this chapter, the road commissioner shall notify the permittee of such defect in writing and if the permittee fails to commence the work of remedying the defect within five days, the road commissioner shall, at the sole cost and expense of the permittee, cause the defect to be remedied in the proper manner and shall restore the highway to its original condition. (Prior code §5-5(e)).

### 13.04.210 Inspection authorized and fees.

Every construction, excavation or installation permitted in this chapter may be inspected by the road commissioner and the applicant shall pay to the road commissioner the reasonable cost of such inspection. (Prior code §5-6).

### 13.04.220 Deposit--Holding.

Any deposit or bond made and delivered pursuant to this chapter shall be held by the auditor or road commissioner, respectively, and returned or retained as directed in this chapter. (Prior code §5-7).

### 13.04.230 Deposit--Return.

In the event the construction, excavation or installation is properly completed by the permittee to the satisfaction of the road commissioner, whose sole judgment and decision in the matter shall be final and conclusive, the bond filed shall be returned to the permittee by the road commissioner. In all cases of cash deposits, the road commissioner shall request the county auditor to return the deposit, and the auditor shall draw a warrant on the county treasurer for the proper amount (Ord. CS 22 §1, 1983; prior code §5-7(a)).

## 13.04.240 Deposit--Collection of fees and damages.

No such bond or deposit shall be returned to the permittee until the reasonable inspection fees and the amount of any damage to the county by reason of the exercise of the permit has been paid to the county. If all such fees and damages are not paid to the county within a reasonable time after completion of the work contemplated by the permit, then the county shall retain so much of the deposit as the board of supervisors determines it may be entitled to under this chapter upon the bond therefor. (Prior code §5-7(b)).

## 13.04.250 Liability.

Permittee is responsible for all liability for personal injury or property damage which may arise out of work permitted and done under a permit or which may arise out of failure on the permittee's part to perform his obligations under any permit in respect to maintenance. In the event any claim of liability is made against the county, or any department, officer, or employee therefor, permittee shall defend, indemnify and hold them and each of them, harmless from such claim. (Prior code §5-8).

## 13.04.260 Emergency maintenance or repair.

Any permittee lawfully maintaining any underground installation in, along, upon or across any county highway by virtue of a permit obtained under this chapter may, without first obtaining a new permit, perform any emergency maintenance or repair such installation. Notice of any such emergency maintenance or repair work shall be given to the road commissioner as soon as practicable and thereafter the permittee shall comply with all pertinent provisions of this chapter. (Prior code §5-9).

## 13.04.270 Surface or overhead installations.

Nothing in this chapter shall be construed to apply to poles, lines, fences, wires or other surface or overhead installations in county highways; provided, however, that no person having permission of the board of supervisors, a franchise or other authority of law so to install such surface or overhead installations, shall do so without first consulting with and fully advising the road commissioner. Persons maintaining such surface or overhead installations need not consult with or advise the road commissioner concerning matters of normal maintenance or the routine providing of new service to the customers of such person. (Prior code §5-10).

## 13.04.280 Map of installations.

All persons maintaining underground gas, water, electrical or other pipelines, conduits or similar structures, in the county highways or other public places heretofore installed pursuant to permission of the board of supervisors, a franchise or other authority of law, shall maintain reasonably current maps of such installations and structures which shall be open to the inspection of the road commissioner. Upon the written request of the road commissioner such persons shall, within a reasonable time, furnish to the road commissioner a map or maps or copies thereof showing the nature, extent and location of all structures or installations specified. (Prior code §5-11).

View the mobile version.

Case: 19-30088    Doc# 9638-1    Filed: 12/01/20    Entered: 12/01/20 10:20:45    Page 11 of 22

EXHIBIT "C"



STANISLAUS COUNTY

REMIT TO

P.O. BOX 770
1010 10TH STREET, SUITE #5100
MODESTO, CALIFORNIA 95353

COUNTY OF STANISLAUS AUDITOR-CONTROLLER
PO BOX 770
MODESTO CA. 95353-0770

Ship To

| NUMBER | | 51995 | Invoice |
|---|---|---|---|
| DATE | | 19-APR-19 | |
| PURCHASE ORDER NUMBER | | | PAGE 1 of 1 |
| CURRENCE | | | |
| CUSTOMER NUMBER | | | |
| SALESORDER NUMBER | | 1635 | LOCATIONNR SAN RAMON- |

Bill To

PACIFIC GAS & ELECTRIC
ATTN JOYCELYN POWELL / GAS TRANSMISSION
6121 BOLLINGER CANYON RD
SAN RAMON CA 94583

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| UPON RECEIPT | 19-APR-19 | | | | | |

| ITEM NO | | | QUANTITY | | | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | ORDERED | BACKORD. | SHIPPED | | | |
| 1 | Invoice | | 1 | | 1 | | 147,927.76 | 147,927.76 |
| 1181 | Cost of Repair to the detour roads in Riverbank due to replacing valves, less $90,000 credit for pmt of Enc Pmt 102-2017 PM74004851 | | | | | | | |

SPECIAL INSTRUCTIONS

...estions on this invoice, please call Sharon 209-525-

| | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| | 147,927.76 | 0.00 | 0.00 | 147,927.76 Currency: U |

Case: 19-30088    Doc# 9638-1    Filed: 12/01/20    Entered: 12/01/20 12:28:45    Page 13 of 22

EXHIBIT "D"

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

**Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.**

## Part 1:   Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Stanislaus County Public Works |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor   No |

| | |
|---|---|
| 2. **Has this claim been acquired from someone else?** | ☒ No <br> ☐ Yes. From whom? _____ |

| | | |
|---|---|---|
| 3. **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Stanislaus County Public Works <br> 1716 Morgan Rd <br> Modesto, CA  95358-5805 <br><br><br><br> Contact phone 209-525-4181 <br> Contact email Andrewss@stancounty.com | **Where should payments to the creditor be sent?** (if different) <br><br> County of Stanislaus Auditor-Controller <br> PO Box 770 <br> Modesto, CA  95353-0770 <br><br><br><br> Contact phone 209-525-6398 <br> Contact email genestm@stancounty.com |

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☒ No <br> ☐ Yes.   Claim number on court claims registry (if known)_____   Filed on _____/_____/_____ <br> <div align="right">MM / DD / YYYY</div> |

| | |
|---|---|
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ |

**6. Do you have any number you use to identify the debtor?**

☐ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   1   6   3   5

**7. How much is the claim?**

$ 147927.76

**Does this amount include interest or other charges?**

☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Cost of repair to the detour roads in Riverbank due to replacing valves.

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

     **Nature of property:**

     ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
     ☐ Motor vehicle
     ☐ Other. Describe: _____

     **Basis for perfection:** _____

     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

     **Value of property:**      $_____

     **Amount of the claim that is secured:**    $_____

     **Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

     **Amount necessary to cure any default as of the date of the petition:**    $_____

     **Annual Interest Rate** (when case was filed) _____%
     ☐ Fixed
     ☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

Case: 19-30088    Doc# 9638-1    Filed: 12/01/20    Entered: 12/01/20 10:20:45    Page 16 of 22

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:    Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Sharon K. Andrews*
Sharon K. Andrews (Oct 15, 2019)

Email: Andrewss@stancounty.com

_____
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Sharon | Kay | Andrews |
| | First name | Middle name | Last name |
| Title | Accounting Technician | | |
| Company | Stanislaus County Public Works | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1716 Morgan Road | | |
| | Number          Street | | |
| | Modesto | CA | 95358-5805 |
| | City | State | ZIP Code |
| Contact phone | 209-525-4181 | Email | Andrewss@stancounty.com |

Case: 19-30088    Doc# 9638-1    Filed: 12/01/20    Entered: 12/01/20 10:20:45    Page 17 of 22

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)

☐ I do <u>not</u> have supporting documentation.

📎 Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Proof of Claim

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian. For example, write A.B., a minor child (John Doe, parent).** See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**



# STANISLAUS COUNTY

P.O. BOX 770
1010 10ᵀᴴ STREET, SUITE #5100
MODESTO, CALIFORNIA 95353

**REMIT TO**

COUNTY OF STANISLAUS AUDITOR-CONTROLLER
PO BOX 770
MODESTO CA 95353-0770

**Invoice**

| NUMBER | 51995 | | |
|---|---|---|---|
| DATE | 19-APR-19 | PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | | | |
| CURRENCY | | | |
| SALES ORDER NUMBER | | | |
| CUSTOMER NUMBER | 1635 | LOCATION | SAN RAMON- |

**Bill To**

PACIFIC GAS & ELECTRIC
ATTN JOYCELYN POWELL / GAS TRANSMISSION
6121 BOLLINGER CANYON RD
SAN RAMON CA 94583

**Ship To**

| TERMS | DUE DATE | SALESPERSON | CUSTOMER CONTACT | SHIP DATE | SHIP VIA | SHIPPING REFERENCE |
|---|---|---|---|---|---|---|
| UPON RECEIPT | 19-APR-19 | | | | | |

| ITEM NO | | ORDERED | BACKORD | SHIPPED | | |
|---|---|---|---|---|---|---|
| | | **QUANTITY** | | | **TAX** | **UNIT PRICE** | **EXTENDED AMOUNT** |

| ITEM 20 | Invoice | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Cost of Repair to the detour roads in Riverbank due to replacing valves, less $90,000 credit for pmt of Enc Pmt 102-2017 PM74004851 | 1 | 147,927.76 | 1 | 0.00 | 147,927.76 | 147,927. |

**SPECIAL INSTRUCTIONS**
181
uestions on this invoice, please call Sharon 209-525-

| | SUBTOTAL | TAX | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| | 147,927.76 | 0.00 | 0.00 | 147,927. |
| | | | | Currency: USD |

Case: 19-30088   Doc# 9638-1   Filed: 12/01/20   Entered: 12/01/20 18:20:45   Page 21 of 22

# Electronic Proof of Claim_UUTD@27386

Final Audit Report                                                              2019-10-15

| | |
|---|---|
| Created: | 2019-10-15 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA54QpkxW_IJuyMRbXMwqtx5y1xXJSqODz |

## "Electronic Proof of Claim_UUTD@27386" History

📄 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2019-10-15 - 6:10:29 PM GMT

📎 Sharon K. Andrews (Andrewss@stancounty.com) uploaded the following supporting documents:
📎 Attachment
2019-10-15 - 6:15:35 PM GMT

📄 Web Form filled in by Sharon K. Andrews (Andrewss@stancounty.com)
2019-10-15 - 6:15:35 PM GMT- IP address: 63.197.119.253

✒️ (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36)
2019-10-15 - 6:15:39 PM GMT- IP address: 63.197.119.253

✅ Signed document emailed to Sharon K. Andrews (Andrewss@stancounty.com) and Prime Clerk E-Filing
(efiling@primeclerk.com)
2019-10-15 - 6:15:39 PM GMT