THOMAS E. BOZE, COUNTY COUNSEL (SBN 209790)
Todd E. James, Deputy County Counsel (SBN 279339)
Daniel P. Solish, Deputy County Counsel (SBN 279446)
Stanislaus County Counsel
1010 10th Street, Suite 6400
Modesto, CA 95354
(209) 525-6376
(209) 525-4473 (fax)
cocolaw@stancounty.com

Attorneys for County of Stanislaus

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,
and
Pacific Gas and Electric Company,

               Debtors.

_   Affects PG&E Corporation

X   Affects Pacific Gas and Electric Company

_   Affects Both Debtors

Bankruptcy Case No. 19-30088(DM)
Chapter 11
(Lead Case) (Jointly Administered)

**CERTIFICATE OF SERVICE**

Date: December 15, 2020
Time: 10:00 a.m. (Pacific Time)
Place: (Telephonic Appearance Only)
United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

1

# DECLARATION OF SERVICE

I declare that I am employed in the County of Stanislaus, State of California, I am over the age of eighteen years and not a party to the within entitled cause, and my business address is: **City-County Administration Building, 1010 Tenth Street, Suite 6400, Modesto, California 95354.** On **December 1, 2020,** I served the following document(s) in the manner(s) indicated below:

1. **RESPONSE TO REORGANIZED DEBTORS' FORTY-FOURTH OMIBUS OBJECTION TO CLAIMS (NO LIABILITY/PASSTHROUGH CLAIMS) - STANISLAUS COUNTY PUBLIC WORKS CLAIM NO. 56952**

2. **DECLARATION OF FREDERIC CLARK IN SUPPORT OF COUNTY OF STANISLAUS' RESPONSE TO REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY/PASSTHROUGH CLAIMS) - STANISLAUS COUNTY PUBLIC WORKS CLAIM NO. 569852**

[ ] (U.S. MAIL): I caused true and correct copies of the above document(s), by following ordinary business practices, to be placed and sealed in an envelope at the **Stanislaus County Counsel's Office, 1010 Tenth Street, Suite 6400, Modesto, CA 95354,** for collection and mailing in the United States Postal Service. The envelope(s) were addressed to the below-named addressee(s). I am familiar with the Stanislaus County Counsel's office practice for collection and processing of correspondence for mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

**Keller Benbenutti Kim LLP**
**Attorneys for Reorganized Debtors**

Peter J. Benvenutti
PGEclaims@kbkllp.com

[ X ] **(ONLY BY ELECTRONIC TRANSMISSION)** Pursuant to F.R.Civ.P. 5 on December 1, 2020, I served the above-listed persons and/or entities by email as follows.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **December 1, 2020.**

Jennifer West

2