**LAW OFFICE OF ROBERT M. BONE**
ROBERT M. BONE, SBN 181526
bob@robertbonelaw.com
645 Fourth Street, Suite 205
Santa Rosa, CA 95404
Telephone:   (707) 525-8999
Facsimile:   (707) 542-4752

DANIEL F. CROWLEY, ESQ. (SBN 130261)
DANIEL CROWLEY & ASSOCIATES
P. O. Box R
San Rafael, California 94913
Telephone:   (415) 723-5800
Facsimile:   (415) 785-3389
Attorney for Claimants
Nader and Laurice Mogannam

UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtors.<br><br>[] Affects PG&E Corporation<br>[] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All paper shall be filed in the Lead Case, No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**NOTICE OF WITHDRAWAL OF CLAIMANTS MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO JOIN REAL PARTY IN INTEREST FOR CLAIM PREVIOUSLY FILED; OR, IN THE ALTERNATIVE, TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1); DOCKET NO. 9552**<br><br>Date: 12/15/20<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Telephonic/Video Appearances Only<br>      United States Bankruptcy Court<br>      Courtroom 17,<br>      450 Golden Gate Ave., 16th Floor<br>      San Francisco, CA<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: December 8, 2020 |

- 1 -

On November 17, 2020, Claimants Nader and Laurice Mogannam filed their Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 To Join Real Party In Interest for Claim Previously Filed; Or, In the Alternative, To Enlarge Time To File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1), Dkt No. 9552. Claimants Mogannam now files this Notice to inform the Court that they are withdrawing their previously filed Motion Pursuant to Fed. R. Bankr. Proc 7015 and 7017, Dkt No. 9552.

Dated: December 1, 2020  Law Office of Robert M. Bone

By: */s/ Robert M. Bone*
ROBERT M. BONE
Attorneys for Claimants