**In RESPONSE to the Omnibus Objection defined herein, we offer the following:**

**Valri and Christian Castleman**
**CLAIM No. 3063**

750 Highland Drive
Boulder Creek, CA 95006
(831) 818-1996
vccastleman@comcast.net

28th November 2020

**United States Bankruptcy Court**
**Northern District of California**
**San Francisco Division**

In re:
PG&E Corporation,
-and-
Pacific Gas and Electric Company,
Debtors.
AFFECTS BOTH DEBTORS

Bankruptcy Case No. 19-30088
Chapter 11
NOTICE OF THE REORGANIZED DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY/PASSTHROUGH CLAIMS)

To Keller Benvenutti Kim LLP and the United States Bankruptcy Court,

We, Valri and Christian Castleman, in response to the above named Omnibus Objection, oppose the disallowance to our proofs of claim (number 3063) for the amount of $2,652.08. This total includes the following: One power tool battery charger for $30.20; one garage door opener for $169.95; one oven for $2141.93; one hot tub controller, shipping and repair service call for $310.00 (cost of the actual item was covered under manufacturer warranty).

The Omnibus Objection states that the Basis for Objection is "Damage not caused by PG&E". We disagree, and ask the court not to sustain the Omnibus Objection in our case. In explanation of events leading to the failure of the above listed items please know that:
On January 15, 2019 there was a widespread power outage due to winter storms in our area.

We received notification by text from PG&E on January 15, 2019 that power had been restored at 8:06pm. It was not restored at our home at 750 Highland Drive, Boulder Creek, CA 95006, so we contacted PG&E. We had been, and continued to be, receiving fluctuating, "dirty" power in a "brownout" state. Using a plug-in volt meter, we were able to determine that the voltage was fluctuating between approximately 45 volts to over 110 volts (based on our best recollection and relevant knowledge of electrical power).

A crew was sent on January 17, 2019 (a day and a half later) to evaluate the situation, and they determined that the PG&E transformer at the pole in front of our house was bad. They shut off power completely at the pole, which finally ended the fluctuating power arriving at our home. This left us without power until late evening on January 18, 2019 when our power was restored after complete replacement of the defective transformer.

When power was restored, we discovered that the bad transformer and the power fluctuations it caused had destroyed a number of items in our home, the most important of which we are asking to be reimbursed for in this claim.

We, Christian Castleman and Valri Castleman, declare under penalty of perjury that we have personal knowledge of the relevant facts offered here in support of this Response.

Sincerely,

Valri Castleman
Christian Castleman