Kinga L. Wright (CA State Bar No. 313827)
**LOCKE LORD LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: 415-318-8810
Facsimile: 415-676-5816
Email: kinga.wright@lockelord.com

Simon R. Mayer
Texas State Bar No. 24060243
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-223-3717
Email: simon.mayer@lockelord.com

Attorneys for
*Lloyd's Register Quality Assurance, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>──────────────────────────────<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*<br><br>──────────────────────────────| ) Case No. 19-30088 (DM)<br>)<br>) Chapter 11<br>) (Lead Case) (Jointly Administered)<br>)<br>) **LLOYD'S REGISTER QUALITY**<br>) **ASSURANCE, INC.'S RESPONSE**<br>) **TO REORGANIZED DEBTORS'**<br>) **TWENTY-EIGHTH OMNIBUS**<br>) **OBJECTION TO CLAIMS (BOOKS AND**<br>) **RECORD CLAIMS)**<br>)<br>) **Hearing Information:**<br>) Date: December 15, 2020<br>) Time: 10:00 a.m. (Pacific Time)<br>) Place: (Telephonic Appearances Only)<br>) United States Bankruptcy Court<br>) Courtroom 17, 16th Floor<br>) San Francisco, CA 94102<br>)<br>) **Related to Docket No. 9427** |

TO THE HONORABLE DENNIS MONTALI,
UNITED STATES BANKRUPTCY JUDGE,

Lloyd's Register Quality Assurance, Inc. ("**Lloyd's Register**") hereby files its Response to Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims (Books and Records Claims) (the "**28th Omnibus**") [Docket No. 9427] filed by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company ("**Pacific Gas**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") and in support thereof, respectfully states as follows:

## BACKGROUND

1.      On January 29, 2019 (the "**Petition Date**"), each of the Debtors filed their voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.      On September 23, 2019, Lloyd's Register timely filed its proof of claim at claim number 9488 (the "**Proof of Claim**"), a copy of which is attached hereto as **Exhibit A**.[1]  The Proof of Claim asserts a general unsecured claim against Pacific Gas in the total amount of $153,398.60 for services provided pre-petition to the Debtor related to PASS55 and ISO certifications and assessments.   The Proof of Claim is supported by seven (7) invoices, which detail the services provided and their related costs.  [*See* Exhibit A-2 through A-8].

3.      On July 1, 2020, the Bankruptcy Court entered the *Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections, dated June 30, 2020* [Docket No. 8228] (the "**Omnibus Objections Procedures Order**").

4.      On or about July 23, 2020, Lloyd's Register received a check from the Debtor in the amount of $1,427.85 purportedly related to a cure amount.  Other than that payment, Lloyd's

---

[1]   The Proof of Claim is incorporated by reference.

Register has not received any post-petition payments related to the Proof of Claim or any of the invoices. The $151,970.75 ($153,398.60 minus $1,427.85) remains due and owing.

5. On November 5, 2020, the Reorganized Debtors filed the 28th Objection. In the 28th Objection, the Reorganized Debtors request that the Court reduce the Proof of Claim from $153,398.60 to $104,979.91. The Reorganized Debtors assert that the basis for their objection is that the amount asserted in the Proof of Claim is higher than are reflected in the Reorganized Debtors' books and records. The 28th Objection does not indicate which of the invoices attached to the Proof of Claim, if any, are in dispute.

## RESPONSE

6. Other than that payment of $1,427.85, all seven invoices attached to the Proof of Claim remain due and owing.

7. The Reorganized Debtors have not met their burden of proof and their objection should be overruled. Rule 3001(f) of the Federal Rules of Bankruptcy Procedure provides that "[a] proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim." FED. R. BANKR. P. 3001(f). Accordingly, "a proof of claim that alleges sufficient facts to support liability satisfies the claimant's initial obligation to proceed, after which the burden shifts to the objector to produce sufficient evidence to negate the prima facie validity." *Lampe v. Payne (In re Lampe)*, 665 F.3d 506, 514 (3d Cir. 2011). As the objecting party, the Reorganized Debtors have the burden of overcoming the prima facie presumption. *See VFB LLC v. Campbell Soup Co.*, 482 F.3d 624, 636 (3d Cir. 2007) ("A creditor's prima facie valid claim shifts the burden to the debtor to produce evidence equal in force to the prima facie case.").

8. The Omnibus Objections Procedures Order requires that an omnibus claim objection be accompanied by an affidavit or declaration that supports the omnibus objection. [Docket No. 8228 ¶ 2.D.]. The conclusory statements in the 28th Objection and the McWilliams Declaration,

filed at Docket Number 9428, are insufficient to overcome the prima facie validity of Lloyd's Register's Proof of Claim. Further, the 28th Objection does not provide reasonable notice to Lloyd's Register regarding the legal and factual basis of the Reorganized Debtors' objection. The legal and factual basis for a claim objection must be clear and supported by someone with personal knowledge.

Based on the foregoing, Lloyd's Register Quality Assurance, Inc. respectfully requests that the Reorganized Debtors' 28th Objection be overruled and that the Court grant Lloyd's Register Quality Assurance, Inc. such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Kinga L. Wright
Kinga L. Wright (CA State Bar No. 313827)
**LOCKE LORD LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: 415-318-8810
Facsimile: 415-676-5816
Email: kinga.wright@lockelord.com

Simon R. Mayer
Texas State Bar No. 24060243
*(Pro Hac Vice Pending)*
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-223-3717
Email: simon.mayer@lockelord.com

*Attorneys for*
*Lloyd's Register Quality Assurance, Inc.*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served through the Court's ECF system on December 1, 2020 on all parties registered for electronic service.

*/s/ Kinga L. Wright*
Kinga L. Wright

5