**United States Bankruptcy Court, Northern District of California**

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

**Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Lloyd's Register Quality Assurance, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Locke Lord, LLP
c/o Simon R. Mayer
600 Travis St., Suite 2800
Houston, Texas 77002

Contact phone (713) 226-1507
Contact email simon.mayer@lockelord.com

Where should payments to the creditor be sent? (if different)

Lloyd's Register Quality Assurance, Inc.
P.O. Box 301030
Dallas, Texas 75303-1030

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

| | | |
|---|---|---|
| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** | |
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____ | |
| 7. How much is the claim? | $ 153398.60 . Does this amount include interest or other charges?<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). | |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>**Services performed.** | |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable | |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ | |

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Robert Sluijter*
Robert Sluijter (Sep 23, 2019)

**Email:** simon.mayer@lockelord.com

Signature

**Print the name of the person who is completing and signing this claim:**

Name: Robert Sluijter
First name / Middle name / Last name

Title: Treasurer

Company: Lloyd's Registery Qaulity Assurance, Inc.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1330 Enclave Parkway, Suite 200
Number / Street
Houston    TX    77077
City / State / ZIP Code

Contact phone: 281-398-7370    Email: robert.sluijter@lr.org

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.  ☐ I do **not** have supporting documentation.
  (attach below)

📎 Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                  12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

# Exhibit A

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re: | § | Bankruptcy Case No. 19-30088 (DM) |
| | § | |
| PG&E CORPORATION | § | Chapter 11 (Lead Case) |
| | § | |
| - and - | § | (Jointly Administered) |
| | § | |
| PACIFIC GAS AND ELECTRIC COMPANY | § § | |
| | § | |
| Debtors | § | |

## LLOYD'S REGISTER QUALITY ASSURANCE, INC.'S SUMMARY OF EXHIBITS

**Exhibit 1:** Summary of Claim (2 pages);

**Exhibit 2:** Invoice 900-100083 (1 page);

**Exhibit 3:** Invoice 900-102607 (1 page);

**Exhibit 4:** Invoice 900-101309 (1 page);

**Exhibit 5:** Invoice 900-102212 (1 page);

**Exhibit 6:** Invoice 900-102211 (1 page);

**Exhibit 7:** Invoice 900-102556 (1 page); and

**Exhibit 8:** Invoice 900-102703 (1 page).

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re: § | Bankruptcy Case No. 19-30088 (DM) | |
| § | | |
| PG&E CORPORATION § | Chapter 11 (Lead Case) | |
| § | | |
| - and - § | (Jointly Administered) | |
| § | | |
| PACIFIC GAS AND ELECTRIC § | | |
| COMPANY § | | |
| § | | |
| Debtors § | | |

**LLOYD'S REGISTER QUALITY ASSURANCE, INC.'S
SUMMARY OF CLAIM AND RESERVATION OF RIGHTS**

| Exhibit | Invoice | Amount |
|---|---|---|
| 2 | 900-100083 | $567.60 |
| 3 | 900-102607 | $3,200.00 |
| 4 | 900-101309 | $9,759.25 |
| 5 | 900-102212 | $57,100.00 |
| 6 | 900-102211 | $22,174.97 |
| 7 | 900-102556 | $40,100.00 |
| 8 | 900-102703 | $20,496.78 |
| | | |
| **Total Due as of January 29, 2019:** | | **$153,398.60** |

**Reservation of Rights**

In submitting its Proof of Claim, Lloyd's Register Quality Assurance, Inc. does not waive any obligations owed to it, any right to any security that may be determined to be held by it or for its benefit, or any rights of action that it may have against the Debtor Pacific Gas and Electric Company or any other person or entity including, without limitation, (a) rights against co-obligors, principals, guarantors, or successors-in-interest; (b) the right to assert some or all of the their attorney's fees and costs incurred in connection with this jointly administered bankruptcy case as an administrative claim; (c) or the right to assert any of the matters asserted herein by way of defense, counterclaim, offset or recoupment against any claim asserted by or on behalf of the Debtor or any representative or affiliate thereof, or successor thereto.

In submitting this proof of claim, Lloyd's Register Quality Assurance, Inc. does not waive or release:

    a.    Any rights to a trial by jury in any proceeding as to any matters so triable, whether or not the same are designated legal or equitable rights in any case, controversy or

       proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 11 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    b.    Their right to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge; or

    c.    Their right to an election or remedy.

Lloyd's Register Quality Assurance, Inc. reserves its right to amend or supplement this claim against the Debtor Pacific Gas and Electric Company.

# Exhibit A



Lloyd's Register Quality Assurance, Inc.
1330 Enclave Parkway, Suite 200
Houston, Texas 77077
United States
Tel: +1 281 675 3100
Email: INVOICING@LR.ORG

**Invoice: 900-100083**

| | |
|---|---|
| **Invoice Address:** | **Invoice Issue Date:** 07/30/2018 |
| Pacific Gas and Electric Co. | **Sales Order Number:** 4956097 |
| 245 Market Street MC N4G | **Contract Number:** |
| San Francisco CA 94105 | **Client Number:** 702837 |
| United States | |

| Activity | Product | Quantity | Net Price | Tax Rate | Net Value |
|---|---|---|---|---|---|
| | Flights | 1 ea | 567.60 USD / 1 Each | 0 % | 567.60 USD |

**Description:**

Reference: UQA1781580267907A
Contact Name: Amit Gupta
Product(s): ISO 14001:2004, ISO 14001:2015, RC 14001:2015
RC14001 - USA ACC scheme
Location(s): , Hayward & San Francisco, CA
Contract: UQA00000965

Assessor: RUTH ARISMAN
06/03/18 To 06/08/18

*Expenses not included on previous invoice # 17007939*

| | |
|---|---|
| **Total Item Net Value** | 567.60 USD |
| **Total** | 567.60 USD |

**Payment Terms:** 30 days net

Invoice Number must be quoted on the payment

Remittances should be emailed to INVOICING@LR.ORG and please include Invoice Numbers on Payment:

All checks should be made payable & mailed to:
Lloyd's Register Quality Assurance, Inc.
P.O. Box 301030
Dallas, Texas 75303-1030

USD Wires:
JPMorgan Chase
712 Main St.
Houston, TX 77002

Transfer:
ACH:
Account:
SWIFT:

Lloyd's Register Group Ltd., its affiliates and subsidiaries and their respective officers, employees or agents are, individually and collectively, referred to as 'Lloyd's Register'. Lloyd's Register assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on information or advice howsoever provided, unless that person has signed a contract with the relevant Lloyd's Register entity for the provision of information or advice and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.

Lloyd's Register Quality Assurance, Inc.
1330 Enclave Parkway, Suite 200, Houston Texas 77077
Federal Tax ID
Registered for GST in Canada

Page: 1 / 1

Case: 19-30088    Doc# 9645-1    Filed: 12/01/20    Entered: 12/01/20 11:34:24    Page 10
of 17

Exhibit 2

# Exhibit A



**Lloyd's Register Quality Assurance, Inc.**
1330 Enclave Parkway, Suite 200
Houston, Texas 77077
United States
Tel: +1 281 675 3100
Email: INVOICING@LR.ORG

# Invoice: 900-102607

**Invoice Address:**
Pacific Gas and Electric Co.
245 Market Street MC N4G
San Francisco CA 94105
United States

| | |
|---|---|
| **Invoice Issue Date:** | 01/22/2019 |
| **Sales Order Number:** | 4971291 |
| **Contract Number:** | UQA00000965 |
| **PO Number:** | 2700115774 |
| **Client Number:** | 702837 |

| Activity | Product | Quantity | Net Price | Tax Rate | Net Value |
|---|---|---|---|---|---|
| Remote Review | P666 - RC 14001:2015 | 1 wday | 1,600.00 USD / 1 Working day(s) | 0 % | 1,600.00 USD |
| Remote Review | P082 - ISO 14001:2015 | 1 wday | 1,600.00 USD / 1 Working day(s) | 0 % | 1,600.00 USD |

**Description:**

Contact Name: Monica Yankowski
Product(s): ISO 14001:2015, RC 14001:2015
Location(s): Hayward-CA, San Francisco-CA, San Ramon-CA (Remote)
BOS46527

Tadros, Samer
29-30-SEP-2018

| | |
|---|---|
| **Total Item Net Value** | **3,200.00 USD** |
| **Total** | **3,200.00 USD** |

**Payment Terms:** 30 days net

Invoice Number must be quoted on the payment

---

Remittances should be emailed to INVOICING@LR.ORG and please include Invoice Numbers on Payment:

All checks should be made payable & mailed to:
Lloyd's Register Quality Assurance, Inc.
P.O. Box 301030
Dallas, Texas 75303-1030

USD Wires:
JPMorgan Chase
712 Main St.
Houston, TX 77002

Transfer:
ACH:
Account:
SWIFT:

Lloyd's Register Quality Assurance, Inc.
1330 Enclave Parkway, Suite 200, Houston Texas 77077
Federal Tax ID
Registered for GST in Canada

Lloyd's Register Group Ltd., its affiliates and subsidiaries and their respective officers, employees or agents are, individually and collectively, referred to as 'Lloyd's Register'. Lloyd's Register assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on information or advice howsoever provided, unless that person has signed a contract with the relevant Lloyd's Register entity for the provision of information or advice and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.



**Lloyd's Register Quality Assurance, Inc.**
1330 Enclave Parkway, Suite 200
Houston, Texas 77077
United States
Tel: +1 281 675 3100
Email: INVOICING@LR.ORG

# Invoice: 900-101309

**Invoice Address:**
Pacific Gas & Electric Company
P.O. BOX 7760
San Francisco CA 94120-7760
United States

| | |
|---|---|
| **Invoice Number:** | 900-101309 |
| **Invoice Issue Date:** | 10/10/2018 |
| **Sales Order Number:** | 4955694 |
| **PO Number:** | 2700047567 |
| **Project Number:** | PRJ11082788 |
| **Client Number:** | 645976 |

**Client Address:**
Pacific Gas & Electric Company
P.O. BOX 7760
San Francisco CA 94120-7760
United States

"This Contract Work Authorization ("CWA") No. C4341 is issued under and pursuant to the Master Service Agreement
No. 4400011100 (C572) dated November 2, 2016 (the "MSA") between the below-named Contractor ("Contractor"), a
Delaware corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters
located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant
to and in accordance with the terms and conditions of the MSA"

| Description | Net Amount | Tax Rate | Tax Amount | Gross Amount |
|---|---:|---:|---:|---:|
| Bernard Woods Flight | 8,180.95 USD | 0.00 % | 0.00 USD | 8,180.95 USD |
| Bernard Woods Last Drop Tavern | 114.69 USD | 0.00 % | 0.00 USD | 114.69 USD |
| Bernard Woods - Gatherings | 24.15 USD | 0.00 % | 0.00 USD | 24.15 USD |
| Bernard Woods - Subway Dinner | 12.12 USD | 0.00 % | 0.00 USD | 12.12 USD |
| Public Transport | 20.00 USD | 0.00 % | 0.00 USD | 20.00 USD |
| Hotel SF Marriott date Feb 2nd | 386.70 USD | 0.00 % | 0.00 USD | 386.70 USD |
| Bernard Woods - BART public transport | 14.53 USD | 0.00 % | 0.00 USD | 14.53 USD |
| Hotel SF Marriott date 1/27 to 1/31 | 1,006.11 USD | 0.00 % | 0.00 USD | 1,006.11 USD |
| **Total Item Net Value** | | | | **9,759.25 USD** |
| **Total** | | | | **9,759.25 USD** |

Remittances should be emailed to INVOICING@LR.ORG and please include Invoice Numbers on Payment:

| | | |
|---|---|---|
| All checks should be made payable & mailed to:<br>Lloyd's Register Quality Assurance, Inc.<br>P.O. Box 301030<br>Dallas, Texas 75303-1030 | USD Wires:<br>JPMorgan Chase<br>712 Main St.<br>Houston, TX 77002 | Transfer:<br>ACH:<br>Account:<br>SWIFT: |

Lloyd's Register Quality Assurance, Inc.
1330 Enclave Parkway, Suite 200, Houston Texas 77077
Federal Tax ID
Registered for GST in Canada

Lloyd's Register Group Ltd., its affiliates and subsidiaries and their respective officers,
employees or agents are, individually and collectively, referred to as 'Lloyd's Register'.
Lloyd's Register assumes no responsibility and shall not be liable to any person for any
loss, damage or expense caused by reliance on information or advice howsoever
provided, unless that person has signed a contract with the relevant Lloyd's Register
entity for the provision of information or advice and in that case any responsibility or
liability is exclusively on the terms and conditions set out in that contract.



Lloyd's Register Quality Assurance, Inc.
1330 Enclave Parkway, Suite 200
Houston, Texas 77077
United States
Tel: +1 281 675 3100
Email: INVOICING@LR.ORG

# Invoice: 900-102212

**Invoice Address:**
Pacific Gas & Electric Company
P.O. BOX 7760
San Francisco CA 94120-7760
United States

| | |
|---|---|
| **Invoice Number:** | 900-102212 |
| **Invoice Issue Date:** | 12/14/2018 |
| **Sales Order Number:** | 4955128 |
| **PO Number:** | 2700131894 |
| **Project Number:** | PRJ11082635 |
| **Client Number:** | 645976 |

**Client Address:**
Pacific Gas & Electric Company
P.O. BOX 7760
San Francisco CA 94120-7760
United States

TIME ONLY
To undertake a 6-month PASS55/ISO55001 surveillance visit and a recertification assesment against API1173 on PG&E Gas Operations. NOVEMBER AUDIT

| Description | Net Amount | Tax Rate | Tax Amount | Gross Amount |
|---|---|---|---|---|
| PASS55/ISO55001 Time | 57,100.00 USD | 0.00 % | 0.00 USD | 57,100.00 USD |
| **Total Item Net Value** | | | | **57,100.00 USD** |
| **Total** | | | | **57,100.00 USD** |

**Payment Terms:** 30 days net
Invoice Number must be quoted on the payment

Remittances should be emailed to INVOICING@LR.ORG and please include Invoice Numbers on Payment:

All checks should be made payable & mailed to:
Lloyd's Register Quality Assurance, Inc.
P.O. Box 301030
Dallas, Texas 75303-1030

USD Wires:
JPMorgan Chase
712 Main St.
Houston, TX 77002

Transfer:
ACH:
Account:
SWIFT:

Lloyd's Register Quality Assurance, Inc.
1330 Enclave Parkway, Suite 200, Houston Texas 77077
Federal Tax ID
Registered for GST in Canada

Lloyd's Register Group Ltd., its affiliates and subsidiaries and their respective officers, employees or agents are, individually and collectively, referred to as 'Lloyd's Register'. Lloyd's Register assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on information or advice howsoever provided, unless that person has signed a contract with the relevant Lloyd's Register entity for the provision of information or advice and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.



Lloyd's Register Quality Assurance, Inc.
1330 Enclave Parkway, Suite 200
Houston, Texas  77077
United States
Tel: +1 281 675 3100
Email: INVOICING@LR.ORG

# Invoice: 900-102211

**Invoice Address:**
Pacific Gas & Electric Company
P.O. BOX 7760
San Francisco CA  94120-7760
United States

| | |
|---|---|
| **Invoice Number:** | 900-102211 |
| **Invoice Issue Date:** | 12/14/2018 |
| **Sales Order Number:** | 4955128 |
| **PO Number:** | 2700131894 |
| **Project Number:** | PRJ11082635 |
| **Client Number:** | 645976 |

**Client Address:**
Pacific Gas & Electric Company
P.O. BOX 7760
San Francisco CA  94120-7760
United States

EXPENSES ONLY

To undertake a 6-month PASS55/ISO55001 surveillance visit and a recertification assesment against API1173 on PG&E Gas Operations. NOVEMBER AUDIT

| Description | Net Amount | Tax Rate | Tax Amount | Gross Amount |
|---|---|---|---|---|
| expenses | 22,174.97 USD | 0.00 % | 0.00 USD | 22,174.97 USD |
| **Total Item Net Value** | | | | **22,174.97 USD** |
| **Total** | | | | **22,174.97 USD** |

**Payment Terms:**    30 days net

Invoice Number must be quoted on the payment

Remittances should be emailed to INVOICING@LR.ORG and please include Invoice Numbers on Payment:

All checks should be made payable & mailed to:
Lloyd's Register Quality Assurance, Inc.
P.O. Box 301030
Dallas, Texas  75303-1030

USD Wires:
JPMorgan Chase
712 Main St.
Houston, TX  77002

Transfer:
ACH: ▮
Account: ▮
SWIFT: ▮

Lloyd's Register Quality Assurance, Inc.
1330 Enclave Parkway, Suite 200, Houston Texas  77077
Federal Tax ID ▮
Registered for GST in Canada ▮

Lloyd's Register Group Ltd., its affiliates and subsidiaries and their respective officers, employees or agents are, individually and collectively, referred to as 'Lloyd's Register'. Lloyd's Register assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on information or advice howsoever provided, unless that person has signed a contract with the relevant Lloyd's Register entity for the provision of information or advice and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.

# Exhibit A



Lloyd's Register Quality Assurance, Inc.
1330 Enclave Parkway, Suite 200
Houston, Texas 77077
United States
Tel: +1 281 675 3100
Email: INVOICING@LR.ORG

# Invoice: 900-102556

**Invoice Address:**
Pacific Gas & Electric Company
P.O. BOX 7760
San Francisco CA 94120-7760
United States

| | |
|---|---|
| **Invoice Number:** | 900-102556 |
| **Invoice Issue Date:** | 01/18/2019 |
| **Sales Order Number:** | 4988755 |
| **PO Number:** | 2700179189 |
| **Project Number:** | PRJ11090411 |
| **Client Number:** | 645976 |

**Client Address:**
Pacific Gas & Electric Company
P.O. BOX 7760
San Francisco CA 94120-7760
United States

a) To undertake a gap analysis against the requirements of PAS55 & ISO55001 for PG&E Electric Operations
b) On site services to be delivered w/c 7th and 14th January 2019

| Description | Net Amount | Tax Rate | Tax Amount | Gross Amount |
|---|---|---|---|---|
| Gap Analysis Pass55 & ISO55001 TIME | 40,100.00 USD | 0.00 % | 0.00 USD | 40,100.00 USD |
| **Total Item Net Value** | | | | **40,100.00 USD** |
| **Total** | | | | **40,100.00 USD** |

**Payment Terms:** 30 days net

Invoice Number must be quoted on the payment

---

Remittances should be emailed to INVOICING@LR.ORG and please include Invoice Numbers on Payment:

All checks should be made payable & mailed to:
Lloyd's Register Quality Assurance, Inc.
P.O. Box 301030
Dallas, Texas 75303-1030

USD Wires:
JPMorgan Chase
712 Main St.
Houston, TX 77002

Transfer:
ACH: 
Account:
SWIFT:

Lloyd's Register Quality Assurance, Inc.
1330 Enclave Parkway, Suite 200, Houston Texas 77077
Federal Tax ID
Registered for GST in Canada

Lloyd's Register Group Ltd., its affiliates and subsidiaries and their respective officers, employees or agents are, individually and collectively, referred to as 'Lloyd's Register'. Lloyd's Register assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on information or advice howsoever provided, unless that person has signed a contract with the relevant Lloyd's Register entity for the provision of information or advice and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.



Lloyd's Register Quality Assurance, Inc.
1330 Enclave Parkway, Suite 200
Houston, Texas 77077
United States
Tel: +1 281 675 3100
Email: INVOICING@LR.ORG

# Invoice: 900-102703

**Invoice Address:**
Pacific Gas & Electric Company
P.O. BOX 7760
San Francisco CA 94120-7760
United States

| | |
|---|---|
| **Invoice Number:** | 900-102703 |
| **Invoice Issue Date:** | 01/29/2019 |
| **Sales Order Number:** | 4988755 |
| **PO Number:** | 2700179224 |
| **Project Number:** | PRJ11090411 |
| **Client Number:** | 645976 |

**Client Address:**
Pacific Gas & Electric Company
P.O. BOX 7760
San Francisco CA 94120-7760
United States

"a) To undertake a gap analysis against the requirements of PAS55 & ISO55001 for PG&E Electric Operations
b) On site services to be delivered w/c 7th and 14th January 2019
"
EXPENSES ONLY
PO # 2700179224

| Description | Net Amount | Tax Rate | Tax Amount | Gross Amount |
|---|---|---|---|---|
| Peter Glaholm Expenses | 4,844.24 USD | 0.00 % | 0.00 USD | 4,844.24 USD |
| Bernie Woods Expenses | 15,652.54 USD | 0.00 % | 0.00 USD | 15,652.54 USD |
| **Total Item Net Value** | | | | **20,496.78 USD** |
| **Total** | | | | **20,496.78 USD** |

**Payment Terms:** 30 days net
Invoice Number must be quoted on the payment

Remittances should be emailed to INVOICING@LR.ORG and please include Invoice Numbers on Payment:

All checks should be made payable & mailed to:
Lloyd's Register Quality Assurance, Inc.
P.O. Box 301030
Dallas, Texas 75303-1030

USD Wires:
JPMorgan Chase
712 Main St.
Houston, TX 77002

Transfer:
ACH:
Account:
SWIFT:

Lloyd's Register Quality Assurance, Inc.
1330 Enclave Parkway, Suite 200, Houston Texas 77077
Federal Tax ID
Registered for GST in Canada

Lloyd's Register Group Ltd., its affiliates and subsidiaries and their respective officers, employees or agents are, individually and collectively, referred to as 'Lloyd's Register'. Lloyd's Register assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on information or advice howsoever provided, unless that person has signed a contract with the relevant Lloyd's Register entity for the provision of information or advice and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.



# Electronic Proof of Claim_K*HJW27386

Final Audit Report  2019-09-23

| | |
|---|---|
| Created: | 2019-09-23 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAf01mcPKxl4tOH87-vBoi61cMPrqRjcSh |

## "Electronic Proof of Claim_K*HJW27386" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2019-09-23 - 5:02:57 PM GMT

- Robert Sluijter (simon.mayer@lockelord.com) uploaded the following supporting documents:
  - Attachment
  
  2019-09-23 - 5:09:53 PM GMT

- Web Form filled in by Robert Sluijter (simon.mayer@lockelord.com)
  2019-09-23 - 5:09:53 PM GMT- IP address: 4.31.138.202

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; WOW64; Trident/7.0; rv:11.0) like Gecko)
  2019-09-23 - 5:09:55 PM GMT- IP address: 4.31.138.202

- Signed document emailed to Prime Clerk E-Filing (efiling@primeclerk.com) and Robert Sluijter (simon.mayer@lockelord.com)
  2019-09-23 - 5:09:55 PM GMT