**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Case No. 19-30088 (DM) |
| | § | |
| **PG&E CORPORATION** | § | Chapter 11 |
| | § | |
| **-and-** | § | (Lead Case) (Jointly Administered) |
| | § | |
| **PACIFIC GAS AND ELECTRIC** | § | |
| **COMPANY,** | § | |
| | § | |
| **Debtors.** | § | |

**DECLARATION OF CHARMAINE MCKINNEY IN SUPPORT OF LLOYD'S REGISTER QUALITY ASSURANCE, INC.'S RESPONSE TO REORGANIZED DEBTORS' TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**

I, Charmaine McKinney, hereby declare as follows:

**BACKGROUND**

1.      I am the Collections Manager for North America with Lloyd's Register Quality Assurance, Inc. ("*Lloyd's Register*").

2.      I make this declaration in support of Lloyd's Register's *Response to Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims (Books and Records Claims)* (the "*Response*"). In my capacity as Collections Manager for North America at Lloyd's Register I am one of the persons responsible for collections of Lloyd's Register's accounts receivable for all of North America. All of the facts set forth in this Declaration are based on my personal knowledge, my review of the invoices attached to the Lloyd's Register's Proof of Claim[2] and other relevant documents, or on information provided by Lloyd's Register's employees and advisors. If I were called to testify, I could and would testify to each of the facts set forth herein.

---

[2]  Capitalized terms not defined herein shall have the same definition as set forth in the Response.

6

3. I, or one or more of Lloyd's Register's employees operating under my supervision and/or my direction, have reviewed Lloyd's Register's books and records, including the invoices and correspondence with Pacific Gas and Electric Company, and the facts and circumstances set forth in the Response regarding the Proof of Claim.

4. Based on my review, and upon consultation with Lloyd's Register's counsel, I submit that the facts and circumstances set forth in the Motion are true and accurate to the best of my knowledge, information and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 30, 2020

Charmaine McKinney
Collections Manager
Lloyd's Register Quality Assurance, Inc.