| | |
|---|---|
| 1<br>2<br>3<br>4 | Richard A. Lapping (SBN: 107496)<br>TRODELLA & LAPPING LLP<br>540 Pacific Avenue<br>San Francisco, CA  94133<br>Telephone:     (415) 399-1015<br>Facsimile:      (415) 651-9004<br> *Rich@TrodellaLapping.com* |
| 5 | Attorneys for Todd Greenberg |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | In re: | Case No.: 19-30088-DM |
| 12 | PG&E CORPORATION, | Chapter 11 |
| 13 | -and- | **RESPONSE BY TODD GREENBERG TO REORGANIZED DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS)** |
| 14 | PACIFIC GAS & ELECTRIC COMPANY, | |
| 15 | Debtors. | |
| 16<br>17 | ☐ Affects PG&E Corporation<br>■ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | Date:  December 15, 2020<br>Time:  10:00 a.m.<br>Place:  (Telephonic Appearances Only)<br>         Courtroom 17<br>         450 Golden Gate Avenue, 16th Floor<br>         San Francisco, California<br>Judge: Hon. Dennis Montali |
| 18<br>19 | * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Creditor Todd Greenberg ("Greenberg") hereby opposes the omnibus objection by Reorganized Debtors with respect to Greenberg's Claim No. 77335 and seeks a hearing on the merits.

As indicated in the accompanying Declaration of Todd Greenberg, the property damage occurred between February 14 and February 21, 2016.  Accordingly, the three-year statute of limitations for property damage, California Code of Civil Procedure section 338, had not lapsed at

1

the time that PG&E filed this case on January 29, 2019.

Claimant Todd Greenberg seeks recovery of damages under California Civil Code Section 3333 and other applicable statutes or principles of law for all detriment to him and his real and personal property caused by the actions of PG&E.

Dated: December 1, 2020  TRODELLA & LAPPING LLP

By:   /s/ Richard A. Lapping
      Richard A. Lapping
      Attorneys for Todd Greenberg