**Cover page**
**November 25, 2020**

**TO:**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

**FROM:**
Alan Giberson
15561 Glen Una Drive
Los Gatos, CA 95030
agmglwv@gmail.com
408.354.2726

**RE:**
**In re: PG&E CORPORATION, and PACIFIC GAS AND ELECTRIC COMPANY, Debtors.** Chapter 11.
**Case No. 19-30088 (DM); Response Opposing** Reorganized Debtors' Fortieth Omnibus Objection to Claims

Please see attached two-page letter containing my response opposing PG&E Debtors' Fortieth Omnibus Objection to Claims (seeking to disallow and/or expunge my request for distribution). It explains circumstances of the damage caused by Debtors' failure(s), and reasons damage caused merits distribution. The attached response was also sent via e-mail to Reorganized Debtors' Counsel at PGEclaims@kbkllp.com today.

Alan Giberson
15561 Glen Una Drive
Los Gatos, CA 95030
agmglwv@gmail.com
Tel: 408 354 2726

**FILED**
DEC - 1 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RESPONSE OPPOSING REORGANIZED DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS SEEKING TO DISALLOW AND/OR EXPUNGE CLAIMANTS' REQUEST FOR DISTRIBUTION**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION



Bankruptcy Case No. 19-30088 (DM)

**In re: PG&E CORPORATION, and PACIFIC GAS AND ELECTRIC COMPANY, Debtors.** Chapter 11.
REORGANIZED DEBTORS: PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY

**ALAN GIBERSON**, Pro Se Claimant
**ASSIGNED CLAIM NO.: 8169**

**REJECTION OF DEBTORS' CLAIM:** Claimant Alan Giberson opposes Reorganized Debtors PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY ("Debtors") Fortieth Omnibus Objection to claims, which Fortieth Objection seeks to disallow and/or expunge Claimant's request for distribution. Debtors are responsible for damages in the amount of $1,758.00 to Claimant's property due to harm from Debtors' failure adequately to maintain Debtors' aged and failing equipment that caused a fire, explosion and the loss of multiple appliances at Claimant's home. Appliances damaged, and cost assigned to each piece of equipment so damaged, were detailed in Claimant's communication to PG&E on or about March 19, 2018 (subject: Power loss with surges and damage—12/29/17). Those claims totaled $1,758.
**EVENT**: On or about December 29, 2017, the neutral feed wire from PG&E's transformer failed, having not been maintained for some 60 years or more, creating a hazardous "open neutral" condition and a sustained overvoltage at Claimant's PG&E-maintained service entrance. This caused a fire on Claimant's premises, explosion of overvoltage protective device(s), and destruction of items of Claimant's property, including many electronic devices.
**SUBSEQUENT DEBTOR RESPONSE:** A subsequent PG&E letter, March 27, 2018 ("RE PG&E Claim No. 2017416615"), sought to attribute the power outage to "an animal/squirrel that came in contact and damaged PG&E's facilities." This was not a possible cause, as the neutral conductor that failed is at ground potential and could not react to a squirrel or other alleged animal in any way that would cause the observed results. There was no evidence of animal activity, and PG&E's own technician explained that the neutral feed failed because it was old.
**HOUSE FIRE AVERTED:** Had family not been home at the time of the episode, the home itself might well have been lost to fire. Debtors have at all times unconscionably sought to avoid blame for the episode, first claiming—after the fact—that the episode never happened, then admitting that PG&E personnel had indeed had to remedy the transformer problem, but refusing to accept responsibility. This episode was preventable through proper equipment,

operation and maintenance. Relief is appropriate, not just on Claimant's behalf (who should be made whole regarding losses suffered), but in the broader context of the public interest in seeing utilities properly install and maintain their equipment, and as a deterrent to future utility improper behavior, so that others will not similarly be subject to the fear of losing a house due to utility misfeasance.

To the best of my knowledge, belief and information, I declare under penalty of perjury that the above statements detail relevant facts that support my claim to distribution from Debtors.

Dated: November 25, 2020

/s/ Alan Giberson

Pro Se Claimant
ASSIGNED CLAIM NO.: 8169

**PRIORITY MAIL®**
FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT™

APPLY PRIORITY MAIL POSTAGE HERE

Alan Giberson
15561 Glen Una Drive
Los Gatos, CA 95030

RECEIVED
DEC -1 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA



1006



94102

U.S. POSTAGE PAID
PM 1-Day
LOS GATOS, CA
95030
NOV 25, 20
AMOUNT
$7.75
R2307M152631-09

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102

Case: 19-30088    Doc# 9647    Filed: 12/01/20    Entered: 12/01/20 12:21:04    Page 4 of 4