# Andrew Etringer

145 Dufour St.• Santa Cruz, CA 95060• Phone: 206.397.2026
E-Mail: andrew.etringer@gmail.com

Date: December 1, 2020

United States Bankruptcy Court for the Northern District of California (San Francisco Division)

Pacific Gas & Electric Company (Reorganized Debtors)

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

NOTICE OF THE REORGANIZED DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS)

Proof of Claim Number: 91

Amount of Claim: $ 598.00

To Whom It May Concern:

I am writing to express my **opposition** to the disallowance and/or expungement of my Objected-To Proof of Claim (Number 91). The amount of this claim is $598 US Dollars. The Bankruptcy Court should not sustain the Omnibus Objection set forth for several reasons. PG&E was responsible for the power surge and subsequent damages in my home resulting from the improper installation of a transformer in my neighborhood.

At 2:00pm on May 3rd, 2018, a power surge occurred at my home in Santa Cruz. I was home at the time and noticed that my internet router began to emit smoke with the scent of an electrical burn. Several fire trucks showed up on my street as many neighbors reported the incident. I described my property losses in a claim to PG&E in August of 2018 (Claim Number: A18125211). I was compensated with a settlement check in the amount of $598.00 issued on December 26, 2018. The check was not deposited in a timely manner. I received a letter from PG&E on January 29, 2019 stating that my check will no longer be valid, and that I will need to re-file the claim with the Bankruptcy Court. I did so on February 5, 2019.

My wife Nicole Feldl has personal knowledge of the relevant facts that support this response. Please direct any responses to myself. My address, telephone number, and email address (preferred) can be found at the top of this letter.

Sincerely,

*Andrew Etringer*

Andrew Etringer