Cynthia Ann Wilson     Claim number: 68287

Objection:  The cost to replace damaged Chairlift.

   The offer of $544.95 is totally unacceptable for a $6,900 Chairlift.  The Chairlift, which was surged by a PG&E wire from their pole to our home, became unfixable.  The Chairlift surged was a curved lift, priced at $13,000.  The Chairlift we are willing to compromise with PG&E, is two straight lifts that meet on the landing for $6,900.

   I am 76 and Al is 71, he has been disabled for ten years.  The Chairlift is his way to get out of the house.  Our home is above the garage and now he has it get down twenty stairs to get to a Doctor's appointment, it takes considerable time for him to accomplish this with my help.

   If it would make things easier PG&E can replace the Chairlift themselves.

I declare under the penalty of perjury that I have personnel knowledge of these facts which are true and correct.

Signed:                                              Date:

Cynthia Ann Wilson
481 Ash Street
Los Osos, California 93402
(805) 234-3516
I am the party to resolve objection

SRF 47877

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

> THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO REDUCE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.
>
> CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.
>
> IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217
>
> THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>NOTICE OF THE REORGANIZED DEBTORS' FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (REDUCED AND ALLOWED CLAIMS)<br><br>Response Deadline:<br>December 1, 2020, 4:00 p.m. (PT)<br><br>Hearing Information If Timely Response Made:<br>Date: December 15, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |



P.O. Box 1087·Grover Beach, CA 93483·Ph: (805) 215-3722·Fax: (805) 481-1437

CA LIC # 878001   C-11

11-19-20

To Cynthia Wilson,

Heacock elevator has inspected the custom curve chairlift at 481 Ash st in Los Osos ca. again and has determined it to be damaged beyond repair due to power surges to main control board( parts no longer available).

$ 6900.00 to replace with 2-straight bruno elan chairs(new)

This is a much less alternative to new custom curve chairlift
New curve chair $13,000.00

These chairs are in stock and can be installed within a days notice.

Please call with any questions   Thanks Dave Heacock.

(805) 215-3722

# ZUMWALT ELECTRIC

LIC. NO. 681885
P.O. BOX 453 • CAMBRIA • CA 93428
(805) 927-8545

**INVOICE** 3558

DATE: 12/2/17

CUSTOMER ORDER NO: ___

NAME: Wilson, Los Osos

| ITEM | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Test & check breakers Result — PG&E problem | | 85.00 |
| | 2nd trip Replace breaker | | 80.00 |
| | Total | | 165.00 |
| | paid Thanks KZ | | |

THANK YOU

Case: 19-30088  Doc# 9652  Filed: 12/01/20  Entered: 12/01/20 13:52:32  Page 4 of 6



**Pacific Heating and Sheet Metal**
1600 Main Street • Morro Bay, CA 93442
(805) 772-4404 • FAX (805) 772-1120

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/27/2017 | 6243112717 |

PAID

| BILL TO | JOB NAME |
|---|---|
| Wilson, Cynthia<br>481 Ash<br>Los Osos, CA 93402 | Wilson, Cynthia<br>481 Ash<br>Los Osos, CA 93402 |

| TECHNICIAN | TERMS |
|---|---|
|  | Due on receipt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Labor<br>Replace 24 volt transformer blown after power surge. Check furnace operation.<br>Please mail a paid invoice in the mail. As soon as possible. | 1 | 95.00 | 95.00 |
| 40 VA transformer | 1 | 28.00 | 28.00T |
| Paid Check #2812 |  | -125.17 | -125.17 |
| Sales Tax |  | 7.75% | 2.17 |

License # 578710  PacificHeatMorroBay@gmail.com
Thank you for allowing us to be of service!

**Total** $0.00

Case: 19-30088    Doc# 9652    Filed: 12/01/20    Entered: 12/01/20 13:52:32    Page 5 of 6



# CAL FIRE
## Interagency Report of Incident and Dispatch Action

| | |
|---|---|
| Incident Number: | 17-CASLU 013419 |
| Incident Name: | ASH ST LOS_OSOS |
| Event Number: | 17018275 |

## Detail Report-All Segment

### Incident Location
Incident Status: CLS

- Location: 481 ASH ST, LOS_OSOS
- Apartment:
- Lo Cross: 1941 BLK FEARN AVE
- Hi Cross: 1990 BLK PINE AVE
- City: LOS_OSOS
- County: SAN LUIS OBISPO
- Map Page: 631_G_6
- Loc Com:

- Latitude: 35.316503
- Agency: CASBY
- Dispatch Zone: AG
- Longitude: -120.845128
- Jurisdiction: CASBY
- Battalion:
- Legal: 13_T30S_R10E_M
- DPA Agency: CASBY
- Resp. Area: B-15
- UTM: 10 695891 3910273
- Atom: B-15

| LEGAL | 13_T30S_R10E_M | THBROS | 631_G_6 |
| 0 | | 0 | |

### Reporting Party Information
- Caller Name:
- Caller Phone:
- Caller Loc:
- Call Source: FLD

### Incident Type/Response Information
- Final Incident Type: FIRE, FALSE ALARM SMK CK
- Initial Incident Type: FIRE, SMOKE CHECK
- Dispatch Level: M
- Response Plan: MISC
- Response Level: 1

### Incident Date/Time Summary

| | Date | Time | Personnel ID | CAD Workstation |
|---|---|---|---|---|
| Incident Call Rec.: | | | | |
| Incident Keystroke: | | | | |
| Incident Entry: | 11/27/2017 | 5:13:28 | MCASEY | SLUCAD01 |
| Incident Dispatch: | 11/27/2017 | 5:13:28 | MCASEY | SLUCAD01 |
| Incident Closed: | 11/27/2017 | 5:48:33 | | |

### Fire Information
- Status:
- Contained:
- Controlled:
- Fire Report Person: ROGERS, BRENT
- Total Acres Burned:
- Investigation Report Person:

### Time Summary:

| DSP | ENR | WAI | ONS | AAC | CLS |
|---|---|---|---|---|---|
| 5:13:28 | 5:13:28 | 5:13:28 | 5:16:13 | 5:33:09 | 5:48:33 |

### Unit Status Details
**ME15**

| DSP | ENR | ONS | RTQ | AV |
|---|---|---|---|---|
| 05:13:31 | 05:13:31 | 05:16:28 | 05:27:56 | 05:33:09 |

**MR15**

| DSP | ENR | ONS | AOR |
|---|---|---|---|
| 05:13:28 | 05:13:28 | 05:16:13 | 05:27:47 |

### Incident Remarks:
11/27/2017  5:13:28   PHONE IN REPORT SMELL OF SMOKE IN THE RESIDENCE.   MCASEY

THE UNDERSIGNED HEREBY CERTIFIES THIS REPORT IS A TRUE COPY OF THE RECORD ON FILE.

Signature: *Loree McRoberts*   Date: 5-6-20

Loree McRoberts
Office Technician, Prevention
CAL FIRE/San Luis Obispo County Fire