# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jean-Christophe Gache, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On November 30, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Disallowing and Expunging Claim No. 20020 (Halkirk I Wind Project LP) Pursuant to Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims), a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 1st day of December 2020, at New York, NY.

*/s/ Jean-Christophe Gache*
Jean-Christophe Gache

# Exhibit A

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| c/o Capital Power Corporation | | 1200 - 10423 101 St. N.W. | Edmonton | AB | T5H 0E9 | Canada |
| Dentons US LLP | Attn: Lauren Macksoud, Esq. | 1221 Avenue of the Americas | New York | NY | 10020-1089 | |

**Exhibit B**

SRF 48620



Signed and Filed: November 30, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7

*Attorneys for Debtors and Reorganized Debtors*
8

9                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION

11

12  In re:                                    Bankruptcy Case No. 19-30088 (DM)

13  **PG&E CORPORATION,**                     Chapter 11

14        - and -                             (Lead Case) (Jointly Administered)

15  **PACIFIC GAS AND ELECTRIC**              **ORDER DISALLOWING AND EXPUNGING
    **COMPANY,**                              CLAIM NO. 20020 (HALKIRK I WIND
16                                            PROJECT LP) PURSUANT TO
                Debtors.                      REORGANIZED DEBTORS' FIFTEENTH
17                                            OMNIBUS OBJECTION TO CLAIMS
                                              (SATISFIED CLAIMS)**
18  ☐ Affects PG&E Corporation
    ☐ Affects Pacific Gas and Electric Company  [Re:  Dkt. No. 9074, 9518]
19  ☒ Affects both Debtors

20  *\* All papers shall be filed in the Lead Case,
    No. 19-30088 (DM).*
21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Upon the *Reorganized Debtors' Request for Order by Default as to Unopposed Objections in Eighth and Fifteenth Omnibus Objections to Claims* [Docket No. 9518] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9074] (the "**Fifteenth Omnibus Objection**") with respect to Claim No. 20020 (Halkirk I Wind Project LP), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, |

**IT IS HEREBY ORDERED THAT:**

1. Claim No. 20020 (Halkirk I Wind Project LP) shall be disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

**Court Service List**

c/o Capital Power Corporation
1200 - 10423 101 St. N.W.
Edmonton, AB T5H 0E9

Lauren Macksoud, Esq.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089