```
ROBERT J. ERNST III
KATHERINE R. ERNST, Creditors
4500 Viejo Road
Carmel, CA 93923
831-753-6125

In Pro Per
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors, | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)(Jointly Administered)<br><br>**RESPONSE OF CREDITOR TO TO DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS**<br><br>**Declaration of Robert J. Ernst III: Claim No. 3444**<br><br>Date: Hearing: December 15, 2020<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, ROBERT J. ERNST III, declare:

1. I am a creditor of one or both of the debtors in this action. My claim No. is 3444.

2. I am a citizen of California and over the age of 18. I reside at 4500 Viejo Road, Carmel, CA 93923. The facts stated herein are of my own knowledge, except as to those stated on information and belief, and of those I believe them to be true.

3. I am a customer of PG&E, which provides electricity to my home at 4500 Viejo Road, Carmel, CA 93923. I am informed and believe that PG&E is required to deliver a current at regulated voltage to my residence, compatible with the Uniform Building Code and the electrical standards for standard household appliances and instruments, including forced air heaters, stereo gear, and surge protectors.

1

3. On January 6, 2019 at approximately 6:30 p.m. the electrical wiring in my home was struck by a powerful electrical surge, or spike. I was standing in the kitchen of my home when this happened. I heard buzzing, circuit breakers snapping and lightbulbs popping for a second or two. The lightbulbs in the kitchen glowed with great intensity for a second, and many of them blew out. The lightbulbs in fixtures down the hallway blew out with loud pops.

4. Following this incident I switched tripped circuit breakers back on and I discovered many items in my home were ruined by the electrical spike.

5. The industrial strength surge protector, installed on the main electrical service line coming into my house was blown. This unit was designed to shunt a current many times the normal voltage supplied by PG&E. I had previously had this surge protector installed by an electrician because of other spikes in the electric service that caused damage. At least 6 indoor surge protectors, which computers and audio-visual equipment were plugged into for protection were ruined. I took one of them apart and found that a large capacitor in it actually had blown apart. I hired an electrician to replace the ruined surge protectors both on the outside of the building, on the main line, and inside in the circuit boxes. The electrician's bill was $2,099.52. (See attached claim form pages 1 and 4 with attached invoices).

6. The electrical spike ruined some of my stereo and tv equipment, all of which was plugged into surge protectors. The spike damaged an audio/visual amplifier, a high-end dvd/compact disc player, power adaptor, and surge protector. My audio/visual contractor replaced the damaged equipment, and the charge was $2,348.63. (See attached claim form pages 1 and 2 with attached invoices).

7. The spike also ruined the cooktop stove in my kitchen. It burned up the electronic lighters, which ignite the gas when a burner is turned on. The repairman advised that it was very difficult to fix the stove and that it was actually cheaper to buy a replacement rather than pay the labor to fix the damaged one. The cost of the new stove was $2,308.03. (See attached claim form pages 1 and 3 and attached invoice).

8. I discovered immediately after the spike that the forced air heater for one wing of the house was not working. The heater repairman determined that the spike had ruined the blower

motor and modulator in the unit and had damaged a thermostat. He found that flame sensors in that heater unit and in a second forced air heating unit in another wing of the house were also damaged and repaired. The repair/replacement cost was $3,320.86. (See attached claim forms pages 1 and 5 with attached invoices).

9. This is not the first instance of PG&E equipment causing unregulated electrical current flows resulting in damaging spikes to my residence. I have in the past had to replace many surge protectors, an expensive battery charger, stereo amplifiers, computers, two ovens, three forced air heaters and numerous other appliances. I did not in those instances make a claim with PG&E, but instead tried to deal with the ongoing and repeated problem of spikes, by installing surge protectors, indoors, outdoors and in the circuit breaker boxes. My efforts to protect my home did not work with the huge spike on January 6, 2019. Since this spike occurred, PG&E has removed hundreds of trees in our neighborhood that threatened to fall on the company's power lines. While the power company's recent efforts are commendable, the work should have been done years ago.

10. My nearest neighbors, Bruce Shaw and Dennis Sorensen also suffered even greater damages than I did from this spike. They have also filed claims for their losses. I am informed and believe that many others in our neighborhood also suffered damage. I am informed and believe that PG&E has objected to all of our claims, but has stated a different reason for said objections in each case. In my case PG&E states that the reason for its objection is that PG&E did not cause this damage. I did not generate the electricity that came into my home from PG&E's power lines. PG&E did, and PG&E did not control the current.

11. My total claim is $10,077.04. This incident was clearly the fault of PG&E's failure to deliver electrical power at the regulated voltage. PG&E has a history of unregulated power service in my neighborhood and despite its recent efforts to fix the problem, should pay my claim.

I declare under penalty of perjury of the laws of the State of California that the foregoing statement is of my own knowledge except those statements made under information and belief, and as to those things, I believe them to be true.

Dated: November 27, 2020

*[signature]*

ROBERT J. ERNST III

# CLAIM FORM


Pacific Gas and Electric Company

Mail To:
PG&E Law - Claims Dept.
1850 Gateway Blvd. 6th Floor
Concord, CA 94520 -OR-
Email to: LawClaims@pge.com -OR-
Fax to: 925-459-7326
Helpline phone: 415-973-4548

62-1444
Rev 2/2011

**PLEASE PRINT**

X Mr./   Mrs.   / Ms.   / Dr.

| Last Name | First Name | Spouse's Name | Work Telephone | Home Telephone |
|---|---|---|---|---|
| Ernst | Robert | Katherine Ernst | (831) 753-6125 | (831) 373-8033 |

| Business name (if claim is for business) | PG&E Account Number |
|---|---|
|  |  |

| Mailing Address - Street | | | | Apt. Number |
|---|---|---|---|---|
| 4500 Viejo Road | | | | |
| City | State | Zip Code | Email Address | |
| Carmel | CA | 93923 | bobernst@pacbell.net | |
| Date of Incident | Time | Location of Incident (check if same as mailing address [X]) | | |
| 01/06/2019 | 06:30 AM x/PM | | | |

**Description of Incident**

Intense power surge from PG&E power lines damaged several expensive appliances and built in house wide surge protectors.

Stovetop igniters were ruined. It was cheaper to replace than repair. House forced air heater blower motor was ruined.

House-wide surge protectors were ruined. Audio-visual equipment was ruined (Blue Ray player and Amplifier). Several other

plug in surge protectors were ruined, along with a coffee maker and several lightbulbs.

**PROPERTY DAMAGE:** Attach repair estimates, invoices, proof of purchase, or supporting documents. (Do Not Send Originals).
**FOOD SPOILAGE:** Include a separate itemized list of each item of food spoiled and documentation of cost.
**NOTE:** Under California damages law you are entitled to reimbursement for the lesser of fair market value or the cost to repair your damaged property. We use the replacement cost of the item and depreciate that amount to arrive at the fair market value. You may consider consulting with your insurance carrier.

| Item Description | Make/Brand | Model: Name /Number/Size | Age | Amount Claimed |
|---|---|---|---|---|
| Audio Visual Receiver Amplifier | See Attached | | | 2,348.63 |
| House wide surge protectors | See Attached | | | 2,099.52 |
| Stovetop | See Attached | | | 2,308.03 |
| Heater motor replacement | See Attached | | | 3,320.86 |
| | | | | |
| | | | Total Amount Claimed | $ 10,077.04 |

Were you injured?  ☐ Yes   ☒ No   If yes, please describe:

Other Losses (lost wages, lost revenue, medical expenses, etc.) Use Additional paper if necessary

Please see attached additonal forms and invoices

Sound Design, JRBC Electric, Mike's Appliances, Wilson Plumbing / Heating

Witnesses: Name, Address, and Telephone   ☐ PG&E Employee   ☒ Other

Dennis Sorensen, 568 Viejo Rd, Carmel, CA

I understand that Pacific Gas and Electric Company will review all documentation in support of this claim. I certify that the foregoing is true and correct.

Prepared By  Robert Ernst           Relationship to Claimant

Signature  *Robert J Ernst*          Date  6/20/19

ROBERT J. ERNST III CLAIM

page 1

# CLAIM FORM


**Pacific Gas and Electric Company**

Mail To:
PG&E Law - Claims Dept.
1850 Gateway Blvd. 6th Floor
Concord, CA 94520 -OR-
Email to: LawClaims@pge.com -OR-
Fax to: 925-459-7326
Helpline phone: 415-973-4548

62-1444
Rev 2/2011

**PLEASE PRINT**

Mr./ Mrs. / Ms. / Dr.

| Last Name | First Name | Spouse's Name | Work Telephone | Home Telephone |
|---|---|---|---|---|
| Ernst | Robert | Katherine Ernst | (831) 753-6125 | (831) 373-8033 |

| Business name (if claim is for business) | PG&E Account Number |
|---|---|
| | |

| Mailing Address - Street | Apt. Number |
|---|---|
| 4500 Viejo Road | |

| City | State | Zip Code | Email Address |
|---|---|---|---|
| Carmel | CA | 93923 | bobernst@pacbell.net |

| Date of Incident | Time | Location of Incident (check if same as mailing address [X]) |
|---|---|---|
| 01/06/2019 | 06:30 AM ×/PM | |

**Description of Incident**

SEE INVOICE ATTACHED FROM SOUND DESIGN, INC.

AUDIO VISUAL EQUIPMENT

PROPERTY DAMAGE: Attach repair estimates, invoices, proof of purchase, or supporting documents. (Do Not Send Originals).
FOOD SPOILAGE: Include a separate itemized list of each item of food spoiled and documentation of cost.
NOTE: Under California damages law you are entitled to reimbursement for the lesser of fair market value or the cost to repair your damaged property. We use the replacement cost of the item and depreciate that amount to arrive at the fair market value. You may consider consulting with your insurance carrier.

| Item Description | Make/Brand | Model: Name /Number/Size | Age | Amount Claimed |
|---|---|---|---|---|
| Audio Visual Receiver Amplifier | Sony | STR-za1100ES | 2 | 863.00 |
| Surge Protector / Conditioner | Wattbox | WB 300 IP | 2 | 279.95 |
| power adapter | Belker | 36v 5-15v universal | 2 | 29.80 |
| Blue Ray player | Sony | UBP-X1000-ES | 2 | 499.99 |
| Labor | | | | 546.25 |
| Tax | | | | 129.64 |
| | | | **Total Amount Claimed** | **$ 2,348.63** |

Were you injured? ☐ Yes  [X] No   If yes, please describe:

Other Losses (lost wages, lost revenue, medical expenses, etc.) Use Additional paper if necessary

Please see attached additonal form and invoices

Witnesses: Name, Address, and Telephone   ☐ PG&E Employee   [X] Other

Dennis Sorensen, 568 Viejo Rd, Carmel, CA

I understand that Pacific Gas and Electric Company will review all documentation in support of this claim. I certify that the foregoing is true and correct.

Prepared By Robert Ernst                Relationship to Claimant

Signature                                Date



Sound Design A.V.
92 C Monterey Salinas Hwy
Salinas, Ca 93908
Ca Lic 667282

Safety First

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/7/2019 | 14884 |

| BILL TO |
|---|
| Robert Ernst<br>4500 Viejo Rd.<br>Carmel, CA 93923 |

| SHIP TO |
|---|
| Ernst Robert<br>4500 Viejo Rd.<br>Carmel, CA 93923 |

| Your PO # | TERMS | DUE DATE | SALES PE... | Your PO # |
|---|---|---|---|---|
|  | Credit Card | 1/7/2019 | JJ |  |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|---|---|---|---|---|---|
| STRZA1100ES | SONY STR-ZA1100ES - AV RECEIVER - 7.2 CHANNEL | 1 | 863.00 | 1/7/2019 | 863.00T |
| WB-300-IP-3 | IP Controllable 3 Outlet (3 Controlled) Compact Power Conditioner with Auto Reboot | 1 | 279.95 |  | 279.95T |
| 36W 5V-15V Universal ... | Belker 36W 5V-15V Universal AC DC Adapter Power Supply for LCD LED Strip Light Router HUB Speaker Smart Phone Tablet 1A 2A 3A 3000mA Max | 1 | 29.80 |  | 29.80T |
| UBP-X1000ES | 4K Ultra HD Blu-ray Player | 1 | 499.99 |  | 499.99T |
| Labor 1 | Installation, One Man @95.00 per hour, Service Report #JJ<br>1. Mrs. Ernst called in 1/7/2019 and reported their Living Room TV was not displaying its inputs<br>2. Went onsite AVR was not working on or resetting<br>3. AVR was removed for replacement<br>4. Customer approved replacement of AVR and will be replaced with a new one<br>5. Replaced power supply to their modem | 2.25 | 95.00 | 1/7/2019 | 213.75 |
| Labor 1 | Installation, One Man @95.00 per hour, Service Report #JJ<br>1. Installed AVR and made all proper connections- complete<br>2. Plugged Wattbox to internet- complete<br>3. Replaced power supply for modem- complete<br>4. Test system- complete<br><br>follow up;<br>1. get wattbox on OVRC<br>2. Replace blu ray player<br>Notes; Blu ray player was damaged in power outage- customer approved replacement for new one | 3.5 | 95.00 | 1/8/2019 | 332.50 |

PAID

**Total**

**Balance Due**

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 831-422-2350 | 831-422-3921 | info@sounddesignav.com | www.sounddesignav.com |

Page 1

ROBERT J. ERNST III CLAIM

Case: 19-30088   Doc# 9656   Filed: 12/01/20   Entered: 12/01/20 15:44:43   Page 7 of 16



**Sound Design A.V.**
92 C Monterey Salinas Hwy
Salinas, Ca 93908
Ca Lic 667282

Safety First

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/7/2019 | 14884 |

| BILL TO | SHIP TO |
|---|---|
| Robert Ernst<br>4500 Viejo Rd.<br>Carmel, CA 93923 | Ernst Robert<br>4500 Viejo Rd.<br>Carmel, CA 93923 |

| Your PO # | TERMS | DUE DATE | SALES PE... | Your PO # |
|---|---|---|---|---|
|  | Credit Card | 1/7/2019 | JJ |  |

| ITEM | DESCRIPTION | QTY | RATE | SERVICED | AMOUNT |
|---|---|---|---|---|---|
|  | Sales Tax in Monterey County |  | 7.75% |  | 129.64 |

PAID

| | |
|---|---|
| **Total** | $2,348.63 |
| **Balance Due** | $0.00 |

This is a special order, parts and labor can not be returned or refunded. By purchasing these items you understand terms and conditions. An exchange or store credit can be done upon approval fees will apply.

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 831-422-2350 | 831-422-3921 | info@sounddesignav.com | www.sounddesignav.com |

ROBERT J. ERNST III CLAIM
Case: 19-30088    Doc# 9656    Filed: 12/01/20    Entered: 12/01/20 15:44:43    Page 8 of 16

# CLAIM FORM

**Pacific Gas and Electric Company**

Mail To:
PG&E Law - Claims Dept.
1850 Gateway Blvd. 6th Floor
Concord, CA 94520 -OR-
Email to: LawClaims@pge.com -OR-
Fax to: 925-459-7326
Helpline phone: 415-973-4548

62-1444
Rev 2/2011

**PLEASE PRINT**

Mr./ Mrs. / Ms. / Dr.

| Last Name | First Name | Spouse's Name | Work Telephone | Home Telephone |
|---|---|---|---|---|
| Page 3 Ernst Claim | | | ( ) | ( ) |

Business name (if claim is for business) | PG&E Account Number

Mailing Address - Street | Apt. Number

City | State | Zip Code | Email Address

| Date of Incident | Time | Location of Incident (check if same as mailing address ☐) |
|---|---|---|
| 01/06/2019 | AM /PM | |

**Description of Incident**

SEE INVOICE ATTACHED FROM MIKE'S APPLIANCE

**PROPERTY DAMAGE:** Attach repair estimates, invoices, proof of purchase, or supporting documents. (Do Not Send Originals).
**FOOD SPOILAGE:** Include a separate itemized list of each item of food spoiled and documentation of cost.
**NOTE:** Under California damages law you are entitled to reimbursement for the lesser of fair market value or the cost to repair your damaged property. We use the replacement cost of the item and depreciate that amount to arrive at the fair market value. You may consider consulting with your insurance carrier.

| Item Description | Make/Brand | Model: Name /Number/Size | Age | Amount Claimed |
|---|---|---|---|---|
| Stove Top | Dacor | HPTC466GS | 1 | 1,910.00 |
| LABOR | | | | 250.00 |
| TAX | | | | 148.03 |
| | | | | |
| | | | | |
| | | | Total Amount Claimed | $ 2,308.03 |

Were you injured? ☐ Yes ☐ No If yes, please describe:

Other Losses (lost wages, lost revenue, medical expenses, etc.) Use Additional paper if necessary

Witnesses: Name, Address, and Telephone | ☐ PG&E Employee ☐ Other

I understand that Pacific Gas and Electric Company will review all documentation in support of this claim. I certify that the foregoing is true and correct.

Prepared By | Relationship to Claimant

Signature | Date

ROBERT J. ERNST III CLAIM

*page 3*

**Mike's Appliance, Inc.**
1219 Forest Ave., Ste. A
Pacific Grove, CA 93950
831-375-6260 Voice, 831-375-8814 Fax

| Name, Address and Telephone Numbers for the Paying Party | | Invoice Number |
|---|---|---|
| ERNST, KATE/BOB | | 408879 |
| 4500 VIEJO RD | | Date Order Taken and Completed |
| CARMEL, CA 93923 | | 2/1/19 |
| 831-373-8033 | 831-601-0236 CELL | 4/3/19 |

| Name, Address and Telephone Numbers for the Service Location (if different from above) | Item Make and Type |
|---|---|
| | DACOR |
| | COOKTOP, GAS |
| | Purchase Date |
| | |
| | Model and Serial Numbers |
| | HPCT466GS |
| | M-A-19100012 |

**Description of Symptoms and/or Customer's Request**
REMOVE/HAUL AWAY OLD THERMADOR & DELIVER/INSTALL NEW UNIT.

**Service Performed**
REMOVED/HAULED AWAY OLD UNIT. CUT TILE FOR PROPER INSTALL. INSTALLED NEW UNIT.

**Parts Used**

| Qty | Part | Description | Price | Total |
|---|---|---|---|---|
| 1 | HPCT466 | dacor cooktop, lp stainless steel | 1,910.00 | 1,910.00 |

4/30/19 Issuing check of $300 due to over payment

**Record of Times at Location**

| | | | | |
|---|---|---|---|---|
| BC | 3/11 MON | 14:00 | 15:00 | 01:00 |
| BC | 4/3 WED | 11:00 | 12:30 | 01:30 |

**Payments Received**
2/6/19 Check#3512 $300.00
4/29/19 Check#3594 $2,308.03
4/30/19 Check#17202 ($300.00)
BALANCE DUE 0.00

| | |
|---|---|
| Parts Total | 1,910.00 |
| Service Call | |
| Labor | 250.00 |
| Sales Tax | 148.03 |
| Invoice Total | 2,308.03 |

**Technician's Signature**
BRENT C.

**Customer Signature**

Copyright 2019 by Rossware Computing (www.rossware.net)

ROBERT J. ERNST III CLAIM

# CLAIM FORM


Pacific Gas and Electric Company

Mail To:
PG&E Law - Claims Dept.
1850 Gateway Blvd. 6th Floor
Concord, CA 94520 -OR-
Email to: LawClaims@pge.com -OR-
Fax to: 925-459-7326
Helpline phone: 415-973-4548

62-1444
Rev 2/2011

**PLEASE PRINT**

Mr./  Mrs.  / Ms.  / Dr.

| Last Name | First Name | Spouse's Name | Work Telephone | Home Telephone |
|---|---|---|---|---|
| ERNST CLAIM PAGE 4 | | | ( ) | ( ) |

| Business name (if claim is for business) | | | PG&E Account Number | |
|---|---|---|---|---|
| | | | | |

| Mailing Address - Street | | | | Apt. Number |
|---|---|---|---|---|

| City | State | Zip Code | Email Address |
|---|---|---|---|

| Date of Incident | Time | Location of Incident (check If same as mailing address ☐ ) |
|---|---|---|
| 01/06/2019 | AM /PM | |

**Description of Incident**

SEE INVOICE ATTACHED FROM JRBC ELECTRIC

PROPERTY DAMAGE: Attach repair estimates, invoices, proof of purchase, or supporting documents. (Do Not Send Originals).
FOOD SPOILAGE: Include a separate itemized list of each item of food spoiled and documentation of cost.
NOTE: Under California damages law you are entitled to reimbursement for the lesser of fair market value or the cost to repair your damaged property. We use the replacement cost of the item and depreciate that amount to arrive at the fair market value. You may consider consulting with your insurance carrier.

| Item Description | Make/Brand | Model: Name /Number/Size | Age | Amount Claimed |
|---|---|---|---|---|
| BREAKERS, TPS HOME SURGE | | | | 1,667.02 |
| PROTECTOR, SQUARE D SURGE | | | | |
| PROTECTOR, PANEL | | | | |
| | | | | |
| LABOR | | | | 432.50 |
| | | | | |
| | | | Total Amount Claimed | $ 2,099.52 |

Were you injured? ☐ Yes  ☐ No   If yes, please describe:

Other Losses (lost wages, lost revenue, medical expenses, etc.) Use Additional paper if necessary

Witnesses: Name, Address, and Telephone    ☐ PG&E Employee   ☐ Other

I understand that Pacific Gas and Electric Company will review all documentation in support of this claim. I certify that the foregoing is true and correct.

Prepared By                                           Relationship to Claimant

Signature                                             Date

JRBC Electric
PO Box 497
Carmel Valley, CA 93924

# Invoice

| Date | Invoice # |
|---|---|
| 4/23/2019 | 2015 |

**Bill To**

Mr. Bob Ernst
4500 Viejo Road
Carmel, CA 93923

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Materials - 1515 Breaker, 2020 Breaker, Square D Surge Arrester, 125Amp 12/24 CKT panel, SP 20Amp breakers, TPS Home Surge, Square D Surge Arrester | 1,667.02 | 1,667.02 |
| 4 | 4/18 Curtis | 80.00 | 320.00 |
| 1.5 | 4/18 Scott | 75.00 | 112.50 |
| | Labor and material to add surge protection at main panel and at sub panel in pantry. Add surge protector breaker, add subpanel in laundry with surge protector breaker. Garage panel will need to be changed to add surge protection breaker. | | |

E-mail: jrbcelectric@comcast.net

**Total** $2,099.52

# CLAIM FORM

**Pacific Gas and Electric Company**

Mail To:
PG&E Law - Claims Dept.
1850 Gateway Blvd. 6th Floor
Concord, CA 94520 -OR-
Email to: LawClaims@pge.com -OR-
Fax to: 925-459-7326
Helpline phone: 415-973-4548

62-1444
Rev 2/2011

**PLEASE PRINT**

Mr./ Mrs. / Ms. / Dr.

| Last Name | First Name | Spouse's Name | Work Telephone | Home Telephone |
|---|---|---|---|---|
| Ernst Claim page 5 | | | ( ) | ( ) |

| Business name (if claim is for business) | PG&E Account Number |
|---|---|
| | |

| Mailing Address - Street | Apt. Number |
|---|---|
| | |

| City | State | Zip Code | Email Address |
|---|---|---|---|

| Date of Incident | Time AM /PM | Location of Incident (check if same as mailing address ☐ ) |
|---|---|---|

**Description of Incident**

See Attached Invoice Wilson Plumbing / Heating

**PROPERTY DAMAGE:** Attach repair estimates, invoices, proof of purchase, or supporting documents. (Do Not Send Originals).
**FOOD SPOILAGE:** Include a separate itemized list of each item of food spoiled and documentation of cost.
**NOTE:** Under California damages law you are entitled to reimbursement for the lesser of fair market value or the cost to repair your damaged property. We use the replacement cost of the item and depreciate that amount to arrive at the fair market value. You may consider consulting with your insurance carrier.

| Item Description | Make/Brand | Model: Name /Number/Size | Age | Amount Claimed |
|---|---|---|---|---|
| Heater Repair / motor heat sensors | | | | |
| thermostat | | | | 3,320.86 |
| | | | | |
| | | | | |
| | | | | |
| | | | Total Amount Claimed | $ 3,320.86 |

Were you injured? ☐ Yes ☐ No If yes, please describe:

Other Losses (lost wages, lost revenue, medical expenses, etc.) Use Additional paper if necessary

Witnesses: Name, Address, and Telephone ☐ PG&E Employee ☐ Other

I understand that Pacific Gas and Electric Company will review all documentation in support of this claim. I certify that the foregoing is true and correct.

Prepared By                                     Relationship to Claimant

Signature                                       Date



CA License No. 312880

Monterey Peninsula 375-4591
Carmel 624-4591
Marina 384-4591
Salinas 757-4591


PAID IN FULL

Date: 05/01/19
Tech Name: Richard Johnson
Job Start Date: 05/01/19
Completion Date: 05/01/19
$3,320.86-Paid By: Check

### Job Location:
Name: ROBERT/KATE ERNST
Address: 4500 VIEJO RD.
City State Zip: CARMEL, CA 93923
Phone: 8313738033

### Bill To:
Name: ROBERT/KATE ERNST
Address: 4500 VIEJO RD.
City State Zip: CARMEL, CA 93923
Phone: 8313738033

**What is New in Plumbing** is Symmons New Symmetrix kitchen, tub, and shower valves include lifetime warranty on leakage and mitch 2. Wilson's Plumbing & Heating highly recommends the Whirlaway Garbage Disposal with Lifetime Corrosion Warranty.

Diagnosis: Blower motor modulator and housing Premier Setback Thermostat repair Flame sensor repair Flame sensor Replace blower in Hall Furnace in the hall. Made repairs to flame sensor for master bedroom furnace replaced thermostat for master bedroom

| Task No | Qty | Description | Price |
|---|---|---|---|
| 1903231-1 | 1 | BLOWER MOTOR MODULATOR AND HOUSING | $4,159.75 |
| 20200 | 1 | Premier Setback Thermostat | $328.22 |
| 1903231-2 | 1 | repair Flame sensor | $187.10 |
| 1903231-2 | 1 | repair Flame sensor | $187.10 |

Work Auth: I, the undersigned, am owner/authorized representative/tenant of the premises at which the work mentioned above is to be done. I hereby authorize you to perform Diagnosis/Solution, and to use such labor and materials as you deem advisable. A monthly service charge of 1.5% will be added after 30 days, up to $1000. I agree to pay reasonable attorney's fees and court costs in the event of legal action. If my check is returned for insufficient funds, I could be liable for 3 times the amount of the check or $500, whichever is more, plus the face value of the check and court costs. I have read and agree to all the terms and conditions set forth on the face hereof, and have received a a copy of the contract and Notice to Owner (Section 7018.5 Contractors License Law).

Coupons: $0.00
Tax: $131.21
TOTAL: $3,320.86
Preferred Pricing

Signature:
I do hereby state that the above work has been installed in a workmanlike manner.
Employee: Richard Johnson

Signature:

Work Acceptance: I find the service rendered and material installed in connection with the above work mentioned to have been completed in a satisfactory manner. I agree that the amount set forth on this contract in the space labeled "Total" to be the total and complete flat rate/minimum charge.

Signature:

ROBERT J. ERNST III
KATHERINE R. ERNST Creditors
4500 Viejo Road
Carmel, CA 93923
831-753-6125
bobernst@pacbell.net

In Pro Per

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

And

PACIFIC GAS AND ELECTRIC COMPANY

Debtors,

) Bankruptcy Case No. 19-30088 (DM)
)
) Chapter 11
) (Lead Case)(Jointly Administered)
)
) PROOF OF SERVICE BY ELECTRONIC SERVICE

_____

1. I am at least 18 years old.

   a. My business address is: 149 Bonifacio Place, Monterey, CA 93940

   b. My electronic service address is: bobernst@pacbell.net

2. I electronically served the following documents:

   Response of Creditor to Debtor's Fortieth Omnibus Objection to Claims; Declaration of Robert J. Ernst III

3. I electronically served the documents listed in 2 as follows:

   a. Name of person(s) served: Tobias Keller, Peter J. Benvenutti, Jane Kim,

   b. Electronic service address of persons served:     PGEclaims@kbkllp

   c: On Date: November 27, 2020

Date: November 27, 2020

1 | I declare under penalty of perjury under the laws of the State of California that the foregoing is
2 | true and correct.

*[signature]*

ROBERT J. ERNST III