Malcolm A. Mackenzie, SBN 48278
Valerie E. Clemen, SBN 253849
Coombs & Dunlap, LLP
1211 Division Street
Napa, California 94559
Telephone: (707) 252-9100
Facsimile: (707) 252-8516

Attorneys for Claimant
Glenn Gary Baker

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

- and –

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

□ Affects PG&E Corporation
□ Affects Pacific Gas and Electric Company
■ Affects both Debtors
*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**DECLARATION OF PATRICK FEISTEL IN SUPPORT OF CLAIMANT GLENN GARY BAKER'S RESPONSE TO REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS)**

**Response Deadline: December 1, 2020**

**Hearing Information If Timely Response Made**:
Date: December 15, 2020
Time: 10 a.m. (Pacific Time)
Place: (Telephonic Appearances Only
United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

I, Patrick Feistel, declare:

1. I am the Property Manager for Glenn Gary Baker, Claimant in the above-referenced action and have personal knowledge of the information provided in this Declaration.

2. Due to the fires started by PG&E, we had damage and losses to Claimant Glenn Gary Baker's property, located at 6210 Dry Creek Road, Napa, California (hereinafter "Property").

3. The fire destroyed the water tanks, lines, piping, and attachments. The water lines are over a mile and a quarter from the spring to the house. The cost for new water tanks, lines, piping, and attachments totaled $10,503.21; attached hereto as Exhibit A are true and correct copies of invoices from American Tank Company and Wyatt Irrigation Company for the new water tanks, lines, piping, and attachments. To install the new water tanks, lines, piping, and attachments required 360 labor hours at $25 per hour, for a total cost of $9,000.

4. The fire also destroyed approximately 75% of the two miles of cattle fencing on the Property. The materials to replace the cattle fencing included: 30 rolls of barbed wire at $89.99/roll ($2,699.70), 750 T posts at $4.49 a piece ($3,367.50), 75 wooden posts at $10.99 a piece ($824.25). The total materials cost was $6,891.45 plus tax $499.63 = $7,391.08. The total cost of labor to repair the cattle fencing destroyed by the fire was $7,500 (approximately 300 hours for installation at $25/hour).

5. The fire further destroyed approximately 40 trees that required removal. Attached as Exhibit B are photos I took of trees on the Property that were burned and killed by the fire. We have removed approximately 20 trees thus far, but the rest of the dead trees still need to be removed. We utilized the services of Pacific Tree Care to help remove the burned trees at a total cost of $2,000 thus far. The value of the destroyed trees is to be determined by an arborist.

6. After the fire, PG&E entered the Property without permission and cut down five old growth Redwood trees, the largest measuring five feet in diameter. The Redwood trees were located near the top of the Property near the spring, nowhere near the power lines. After cutting down the trees, PG&E left all of the logs and debris at the location and never hauled it away. Attached as Exhibit C is a photo I took of the large Redwood tree that PG&E cut down. The value of these trees is to be determined by an arborist.

7. There was additional extensive tree removal by PG&E at the front of the Property, with over 150 trees cut down, even though some of those trees were over 60 feet away from the power lines. During this work, PG&E demolished approximately 25% of the two miles of cattle fencing on the Property with their bulldozers and heavy equipment. Attached as Exhibit D are photos I took of

cattle fences on the Property destroyed by PG&E's tree work. The materials to replace the cattle fencing included: 10 rolls of barbed wire at $89.99/roll ($899.90), 250 T posts at $4.49 a piece ($1,112.50), 25 wooden posts at $10.99 a piece ($274.75). The total materials cost was $2,297.15 plus tax $166.54 = $2,463.69. The total cost of labor to repair the cattle fencing destroyed by the fire was $2,500 (approximately 100 hours for installation at $25/hour). The value of the trees PG&E cut down is to be determined by an arborist.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Napa, California, December 1, 2020.

_____
Patrick Feistel

# EXHIBIT A



# American
## TANK COMPANY

Invoice # 101479A
Date 10/05/18
Page 1
SUMMARY COPY

| Bill To | Ship To |
|---|---|
| Pat Feistel<br>1195 Mee Lane<br>SAINT HELENA, CA 94574 | ATC - Windsor<br>501 American Way<br>WINDSOR, CA 95492 |

| Customer No. | Sales Person | Reference # | Source | Terms |
|---|---|---|---|---|
| 44902 | SLE/SLE | | 1 /INTERNET | PRE-PAID BY CHECK |

| Ordered By | Warehouse | Phone Number | Total Wt. | Zone | PKG | Ship Via |
|---|---|---|---|---|---|---|
| | | (707) 321-1463 | 2535.0 Lbs | 1 | 2 | WC |

**ORDER CANCELLATION CHARGES:** Processed Orders - 25% Cancellation Charge
Shipped Orders - All Sales Final/No Returns or Exchanges

| Qty | B/O | Ship | Item # | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2 | 0 | 2 | WATER 41375 CAH | Water Storage Tank - Norwesco<br>5,000 Gal Dark Green Water Tank w/FTG (102"D x 152"H) | 2225.07 | 4450.13 |
| 2 | 0 | -- | SSF 5000 W | Super Saver Freight<br>Super Saver Freight 5000 Gallon Tank | 300.00 | 600.00 |
| 1 | 0 | 1 | WATER 41375 CAH | Water Storage Tank - Norwesco<br>5,000 Gal Dark Green Water Tank w/FTG (102"D x 152"H) | 2225.07 | 2225.07 |
| 1 | 0 | -- | SSF 5000 W | Super Saver Freight<br>Super Saver Freight 5000 Gallon Tank | 300.00 | 300.00 |

MERCHANDISE INVOICE TOTAL $ 7575.20
STATE SALES TAX $ 549.20
COUNTY SALES TAX $ 66.28
INVOICE TOTAL $ 8190.68
CHECK #:3015 $ -8190.68
BALANCE FOR THIS ORDER $ 0.00



Remit To:
Wyatt Irrigation Co.
747 Yolanda Ave.
Santa Rosa, CA 95404-6325

| Page | Date Printed | Invoice No. |
|---|---|---|
| 1 | 9/05/18 | 352922 00 |

**To Reorder Contact Us At**
Phone No. : 707-578-3747
Fax No .. : 707-578-3958    DB# 03

Sold To:

WYATT IRRIGATION NAPA
CASH/CREDIT CARD SALES
4407 SOLANO AVE
NAPA, CA 94558-1613

Ship To:

| Customer Number | Customer Purchase Order | Salesman | Type Shipment | Ship VIA | Date Shipped |
|---|---|---|---|---|---|
| 00891-009939 | | 010-HOUSE ACCOUNT | Stock | WILL CALL | 9/05/18 |

THANK YOU FOR YOUR ORDER!

| Units Ordered | U/M | Item Description | Units Shipped | B/C | Price | Per | Discount | Extended | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 2,000 | EA | 1 80# UTILITY POLY PIPE PP8010500 | 2,000 | | .2251 | | .00 | 450.20 | T |
| 12 | EA | 1429-010 1 PVC IXI CPL 1429010 | 12 | | 1.1197 | | .00 | 13.44 | T |
| 1 | EA | 1436-010    1 PVC INS X MIP 1436010 | 1 | | 1.1177 | | .00 | 1.12 | T |
| 1 | EA | 438-335 3X1    S40 SPGXF BUSH 438335 | 1 | | 3.6217 | | .00 | 3.62 | T |
| 1 | EA | 429-030 3" PVC40 COUPLING 429030 | 1 | | 4.2826 | | .00 | 4.28 | T |
| 20 | EA | TC.5716 57 SERIES HOSE CLAMP SS16 | 20 | | 1.0900 | | .00 | 21.80 | T |

Terms: Monthly Service Charge May Be Applied To Past Due Accounts.
C.O.D.

**Pay full balance by 9/06/18**

| Tax Area ID: | | Net Sales | 494.46 |
|---|---|---|---|
| CA - 050552220 | | Freight | .00 |
| State Tax % | 6.000 | State Tax | 29.67 |
| Local Tax % | 1.750 | Local Tax | 8.65 |
| | | Invoice Amount | **532.78** |



When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries please call (707) 251-3747.
T&C: You agree that the sale of these products/services is subject to all of our standard terms and conditions of sale located at www.winsupplyinc.com/tcsale.

INVOICELP : Laser Invoice



```
Remit To:                                          Page    Date Printed   Invoice No.
Wyatt Irrigation Co.                                 1       9/25/18       353735 00
747 Yolanda Ave.                            To Reorder Contact Us At
Santa Rosa, CA 95404-6325                   Phone No. : 707-578-3747
                                            Fax No .. : 707-578-3958      DB# 17
```

Sold To:

**WYATT IRRIGATION NAPA**
**CASH/CREDIT CARD SALES**
**4407 SOLANO AVE**
**NAPA, CA 94558-1613**

Ship To:

| Customer Number 00891-009939 | Customer Purchase Order | Salesman 010-HOUSE ACCOUNT | Type Shipment Stock | Ship VIA WILL CALL | Date Shipped 9/25/18 |
|---|---|---|---|---|---|

**THANK YOU FOR YOUR ORDER!**

| Units Ordered | U/M | Item Description | Units Shipped | B/C | Price | Per | Discount | Extended | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 1,800 | EA | 27706 1-1/2 S40 PVC PIPE P4015 | 1,800 | | .5400 | | .00 | 972.00 | T |
| 4 | EA | 2622-015 1-1/2 SXS PVC BALL VL | 4 | | 15.0126 | | .00 | 60.05 | T |
| 3 | EA | 401-015 1-1/2" PVC SCH40 TEE 401015 | 3 | | 1.1910 | | .00 | 3.57 | T |
| 3 | EA | 417-015 1-1/2 SCH40 45 DEG ELL 417015 | 3 | | 1.2958 | | .00 | 3.89 | T |
| 9 | EA | 406-015 1-1/2 S40 90 ELL 406015 | 9 | | .9079 | | .00 | 8.17 | T |
| 2 | EA | 447-015 1-1/2 SLIP PVC40 CAP 447015 | 2 | | .6000 | | .00 | 1.20 | T |
| 16 | EA | TC.5712 1/2-1-1/4 SLS CLAMP SS12 | 16 | | 1.0900 | | .00 | 17.44 | T |
| 2 | EA | 1406-010 1 PVC IXI 90 ELL 1406010 | 2 | | 1.7936 | | .00 | 3.59 | T |
| 4 | EA | 1429-010 1 PVC IXI CPL 1429010 | 4 | | .8413 | | .00 | 3.37 | T |
| 1 | EA | 1436-010    1 PVC INS X MIP 1436010 | 1 | | .8348 | | .00 | .83 | T |
| 1 | EA | 1435-010    1 PVC INS X FIP 1435010 | 1 | | 3.5480 | | .00 | 3.55 | T |
| 1 | EA | PVC17G-030 1QT PVC-17 HVY BDY 1 QT HEAVY BODY GRAY | 1 | | 23.2914 | | .00 | 23.29 | T |
| 1 | EA | PRIM70P-030 1QT PRIMER-70 PRP 1 QUART PURPLE PRIMER | 1 | | 18.0851 | | .00 | 18.09 | T |

Terms: Monthly Service Charge May Be Applied To Past Due Accounts.
**C.O.D.**

**Pay full balance by   9/26/18**

| Tax Area ID: CA - 050552220 | Net Sales | 1,119.04 |
|---|---|---|
| | Freight | .00 |
| State Tax %   6.000 | State Tax | 67.14 |
| Local Tax %   1.750 | Local Tax | 19.59 |
| | Invoice Amount | **1,205.77** |



When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund
    transfer from your account or to process the payment as a check transaction. For inquiries please call (707) 251-3747.
T&C: You agree that the sale of these products/services is subject to all of our standard terms and conditions of sale located at
    www.winsupplyinc.com/tcsale.

INVOICELP : Laser Invoice



Remit To:
**WYATT**
*A WinWholesale Company*
Wyatt Irrigation Co.
747 Yolanda Ave.
Santa Rosa, CA 95404-6325

| Page | Date Printed | Invoice No. |
|---|---|---|
| 1 | 9/28/18 | 353869 00 |

To Reorder Contact Us At
Phone No. : 707-578-3747
Fax No .. : 707-578-3958    DB# 20

Sold To:

**WYATT IRRIGATION NAPA**
**CASH/CREDIT CARD SALES**
**4407 SOLANO AVE**
**NAPA, CA  94558-1613**

Ship To:

| Customer Number | Customer Purchase Order | Salesman | Type Shipment | Ship VIA | Date Shipped |
|---|---|---|---|---|---|
| 00891-009939 | | 010-HOUSE ACCOUNT | Stock | WILL CALL | 9/28/18 |

THANK YOU FOR YOUR ORDER!

| Units Ordered | U/M | Item Description | Units Shipped | B/C | Price | Per | Discount | Extended | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 12 | EA | 436-015 1-1/2 S40 MIP ADPT 436015 | 12 | | 1.0000 | | .00 | 12.00 | T |
| 2 | EA | 457-015 11/2 PVC UNION SOCXSOC 457015 | 2 | | 13.1935 | | .00 | 26.39 | T |
| 1 | EA | 437-210 11/2X3/4 S40 S/S BUSH 437210 | 1 | | .9283 | | .00 | .93 | T |
| 1 | EA | 402-210 1-1/2X3/4 PVC40 SXSXF 402210 | 1 | | 3.5170 | | .00 | 3.52 | T |
| 1 | EA | TA-SW520 3/4 X 520 TEFLON TAPE TT07  3/4 X 520 TEFLON TAPE | 1 | | 1.1441 | | .00 | 1.14 | T |
| 4 | EA | 759T07 1-1/2 IPS FP BALL VALVE VB15 | 4 | | 34.0000 | | .00 | 136.00 | T |
| 1 | EA | VP2000 2 RATCHET PIPE CUTTER VICTOR 2 RATCHET PIPE CUTTER | 1 | | 105.9920 | | .00 | 105.99 | T |

Terms: Monthly Service Charge May Be Applied To Past Due Accounts.
C.O.D.

**Pay full balance by   9/29/18**

| Tax Area ID: | | Net Sales | 285.97 |
|---|---|---|---|
| CA - 050552220 | | Freight | .00 |
| State Tax % | 6.000 | State Tax | 17.16 |
| Local Tax % | 1.750 | Local Tax | 5.00 |
| | | Invoice Amount | **308.13** |


**WYATT**
*A WinWholesale Company*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund
   transfer from your account or to process the payment as a check transaction. For inquiries please call (707) 251-3747.
T&C: You agree that the sale of these products/services is subject to all of our standard terms and conditions of sale located at
   www.winsupplyinc.com/tcsale.

INVOICELP : Laser Invoice



**Remit To:** WYATT
A WinWholesale Company
Wyatt Irrigation Co.
747 Yolanda Ave.
Santa Rosa, CA 95404-6325

| Page | Date Printed | Invoice No. |
|---|---|---|
| 1 | 10/11/18 | 354331 00 |

To Reorder Contact Us At
Phone No. : 707-578-3747
Fax No .. : 707-578-3958   DB# 09

**Sold To:**

WYATT IRRIGATION NAPA
CASH/CREDIT CARD SALES
4407 SOLANO AVE
NAPA, CA 94558-1613

**Ship To:**

| Customer Number | Customer Purchase Order | Salesman | Type Shipment | Ship VIA | Date Shipped |
|---|---|---|---|---|---|
| 00891-009939 | | 010-HOUSE ACCOUNT | Stock | WILL CALL | 10/11/18 |

THANK YOU FOR YOUR ORDER!

| Units Ordered | U/M | Item Description | Units Shipped | B/C | Price | Per | Discount | Extended | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 3 | EA | 759T07 1-1/2 IPS FP BALL VALVE VB15 | 3 | | 39.7968 | | .00 | 119.39 | T |
| 3 | EA | 775-080090 1-1/2X3 SCH80 NIP 81503 | 3 | | .8373 | | .00 | 2.51 | T |
| 5 | EA | 436-015 1-1/2 S40 MIP ADPT 436015 | 5 | | .7306 | | .00 | 3.65 | T |
| 3 | EA | 439-251 2X1-1/2 PVC40 MXF BSH 439251 | 3 | | 2.0807 | | .00 | 6.24 | T |
| 2 | EA | 457-015 11/2 PVC UNION SOCXSOC 457015 | 2 | | 9.6395 | | .00 | 19.28 | T |
| 1 | EA | PVC17G-020 1PT PVC-17 HVY BDY 1 PT HEAVY BODY GRAY | 1 | | 14.2715 | | .00 | 14.27 | T |
| 1 | EA | PRIM70P-020 1PT PRIMER-70 PRP 1 PINT PURPLE PRIMER | 1 | | 11.1646 | | .00 | 11.16 | T |
| 2 | EA | 1436-010   1 PVC INS X MIP 1436010 | 2 | | 1.0805 | | .00 | 2.16 | T |
| 2 | EA | 407-211 1-1/2X1 PVC40 SXF 90 L 407211 | 2 | | 2.4857 | | .00 | 4.97 | T |
| 3 | EA | 1406-010 1 PVC IXI 90 ELL 1406010 | 3 | | 2.3131 | | .00 | 6.94 | T |
| 6 | EA | 429-015 1-1/2 SXS PVC40 COUP 429015 | 6 | | .6274 | | .00 | 3.76 | T |
| 5 | EA | 436-251 2X1-1/2 SCH 40 M/A 436251 | 5 | | 2.4383 | | .00 | 12.19 | T |
| 4 | EA | 406-015 1-1/2 S40 90 ELL 406015 | 4 | | .9803 | | .00 | 3.92 | T |
| 2 | EA | 401-015 1-1/2" PVC SCH40 TEE 401015 | 2 | | 1.2675 | | .00 | 2.53 | T |
| 2 | EA | 118-15 11/2 FLOSPAN REPR COUP SF15 | 2 | | 7.6791 | | .00 | 15.36 | T |
| 16 | EA | TC.5712 1/2-1-1/4 SLS CLAMP SS12 | 16 | | 1.0900 | | .00 | 17.44 | T |
| 1 | EA | TA-SW520 3/4 X 520 TEFLON TAPE TT07   3/4 X 520 TEFLON TAPE | 1 | | .9629 | | .00 | .96 | T |

Terms: Monthly Service Charge May Be Applied To Past Due Accounts.
C.O.D.

**Pay full balance by 10/12/18**

| Tax Area ID: | | Net Sales | 246.73 |
|---|---|---|---|
| CA - 050552220 | | Freight | .00 |
| State Tax % | 6.000 | State Tax | 14.81 |
| Local Tax % | 1.750 | Local Tax | 4.31 |
| | | Invoice Amount | **265.85** |


WYATT
A WinWholesale Company

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries please call (707) 251-3747.
T&C: You agree that the sale of these products/services is subject to all of our standard terms and conditions of sale located at www.winsupplyinc.com/tcsale.

INVOICELP : Laser Invoice

# EXHIBIT B



Case: 19-30088    Doc# 9657-2    Filed: 12/01/20    Entered: 12/01/20 15:46:02    Page 11 of 20








Case: 19-30088    Doc# 9657-2    Filed: 12/01/20    Entered: 12/01/20 15:46:02    Page 15 of 20

# EXHIBIT C



# EXHIBIT D





Case: 19-30088   Doc# 9657-2   Filed: 12/01/20   Entered: 12/01/20 15:46:02   Page 20 of 20