Jerome M. Behrens, SBN 60550
Shawn A. VanWagenen, SBN 295146
**LOZANO SMITH**
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone: (559) 431-5600
Facsimile: (559) 261-9366

Attorney for Creditor
KINGS CANYON UNIFIED SCHOOL DISTRICT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors | Case No. 19-30088<br><br>**DECLARATION OF DR. TERRY BRADLEY IN SUPPORT OF RESPONSE TO DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO ALLOWANCE OF CLAIM NO. 3866 FILED BY KINGS CANYON UNIFIED SCHOOL DISTRICT** |

I, Dr. Terry Bradley, declare as follows:

1. I have extensive experience managing public works projects for school districts. I served as a school administrator at Clovis Unified School District for many years. I now provide consultant services for various school districts in the Central Valley.

2. I am currently serve as a consultant to the Kings Canyon Unified School District ("District") to assist with, among other things, public works projects.

3. I submit this declaration in support of the District's response to PG&E's Forty-Third Omnibus Objection to Claim No. 3866 filed contemporaneously herewith.

LOZANO SMITH
7404 N. Spalding Avenue Fresno, CA 93720-3370
Tel 559-431-5600 Fax 559-261-9366

4. In my role as a consultant, I am familiar with the facts alleged in Claim No. 3866 filed by the District in the amount of $19,577.94. A true and correct copy of Claim No. 3866 is attached hereto as Exhibit A.

5. I have reviewed Claim No. 3866 and the facts contained therein are true and correct to the best of my knowledge.

6. Claim No. 3866 does not "assert amounts for removal/trimming of trees, overgrown vegetation impeding access to the Debtors' facilities, and/or the consequences of open locking gates" as stated in PG&E's Forty-Third Omnibus Objection.

7. Claim No. 3866 resulted from design flaws in PG&E's electronic underground specifications.

8. Attached hereto as Exhibit B is a true and correct copy of change order in the amount of $19,577.94 paid by District as a result of PG&E's defective design standards.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on DEC 1, 2020, 2020, in FRESNO, California.

_____
Dr. Terry Bradley

# EXHIBIT A

United States Bankruptcy Court, Northern District of California

Fill in this information to identify the case (Select only one Debtor per claim form):

[X] PG&E Corporation (19-30088)

[ ] Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Kings Canyon Unified School District
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

[✓] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Kings Canyon Unified School District
Attn: Aide Garza
1801 10th Street
Reedley, CA 93654

Contact phone 559-305-7010
Contact email garza-a@kcusd.com

Where should payments to the creditor be sent? (if different)

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**

[✓] No
[ ] Yes. Claim number on court claims registry (if known) _____
Filed on ___ / ___ / ____
             MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

[✓] No
[ ] Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|
| 7. How much is the claim? | $ 19,577.94_____. Does this amount include interest or other charges?<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br>Remedial work required due to incorrect plans provided by Debtor. |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br><br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No
☐ Yes. Check one:

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $_____

☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $_____

☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Jerome M. Behrens*
Jerome M. Behrens (Jul 22, 2019)

**Email:** jbehrens@lozanosmith.com

Signature

Print the name of the person who is completing and signing this claim:

Name: Jerome  M.  Behrens
      First name  Middle name  Last name

Title: Attorney at Law

Company: Lozano Smith, LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 7404 N. Spalding Avenue
Number  Street
Fresno  CA  93720
City  State  ZIP Code

Contact phone: 559-431-5600  Email: jbehrens@lozanosmith.com

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation. (attach below)  ☐ I do <u>not</u> have supporting documentation.

 Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION** When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                       12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of January 29, 2019.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

   Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information.** Leave out or redact confidential information both in the claim and in the attached documents.

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at https://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. § 507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Please send completed Proof(s) of Claim to:**

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

| Do not file these instructions with your form |
|---|

Pacific Gas and Electric Company (PG&E)
Transformer Pad Chronology for
Kings Canyon Unified School District (District)
at 1535 N. Reed Avenue, Reedley, CA
Attached to Proof of Claim by District for Damages Against PG&E

| Date | Event |
|---|---|
| 11/14/17 | Initial letter from PG&E by Edwin Rodriguez regarding design of the transformer pad (the Transformer pad) for a District school facility at 1535 N. Reed Avenue, Reedley, CA. (erroneously identified by PG&E located at 905 N. Reed Avenue). District selects PG&E's Electronic Rule No. 16. Under Rule 16, PG&E "will be responsible for planning, designing, and engineering." See link at http://www.pge.com/tariffs/. See attached letter. |
| 12/20/17 | Electronic Underground Specifications prepared by PG&E with Edwin Rodriguez designated as PG&E's representative. See attached. |
| 11/5/18 | First inspection by PG&E of Transformer pad where staking was done by the District's contractor, Durham Construction Company, Inc. (Durham). Overall design plans, including the Transformer pad for the school facility, including elevations, was available for PG&E's review and were prepared by Integrated Designs by SOMAM, Inc. |
| 11/6/18 – 11/25/18 | Construction of Transformer pad completed. |
| 11/26/18 | Site visit by PG&E Monique Shadez for Edwin Rodriguez. At this time, although the construction work had been completed by Durham, PG&E requires that the Transformer pad be dropped by 18" due to PG&E's stated need for additional protection and to add 3 bollards AFTER the Transformer pad was constructed. Durham's representative, Larry McCrain, attempted several times to reach Edwin Rodriguez to discuss request due to the pad already being set along with the retaining wall. No response received. |
| 11/27/18 | District called PG&E Cheryl Marcellin-McClane for a teleconference regarding PG&E's requirement to lower the Transformer pad. This would require the District to remove Transformer pad which was already set with the retaining wall. Conference call with all parties was scheduled for 12/13/18. |
| 12/13/18 | CONFERENCE CALL attended by:<br>1. PG&E – Jim Hunter, Nickie McPherson, Laura Tieman & Cheryl Marcelli-McClane<br>2. Durham Construction – Larry McCrain & Julio Marroquin<br>3. KCUSD – Dr. Terry Bradley & Aide Garza<br>4. Integrated Designs – Felipe Ceballos |

Narrative notes of conference call:

Per Felipe  The elevation for the building, curb, gutter and grading were established from the beginning.

Per Larry  When came out for 1st inspection it was staked where it would be placed. PG&E could have requested, at any time, to look at plans if there were any questions. Retaining wall had to be removed. Had to excavate down additional 18" and reset elevation, reroute underground, 90 degree sweep changes (all sweeps had to be redone).

Per Dr. Bradley

PG&E laid out where the pad would be and location never changed. Rule 16 design was followed in its entirety and District being made to incur additional District costs of $19,577.94 to Durham by change order. To meet the scheduled school opening date in January 2019, District has no choice but to proceed with PG&E requirement to reset and lower the Transformer pad.

Accordingly, Transformer pad to be reset. Per Jim Hunter of PG&E, the retaining wall will no longer be required and that a slope will be sufficient. Larry McCrain of Durham will call and notify Nickie McPherson of PG&E for a final inspection.

Per Cheryl  Invoice of additional cost incurred to be submitted as a claim to PG&E.

2/27/19  Durham change order invoicing District in the amount of $19,577.94 which was paid by the District. See attached change order.



November 14, 2017

This letter provides information on the design bid costs if you choose an Applicant Designer in lieu of PG&E providing the design.

DR. JOHN QUINTO
KINGS CANYON UNIFIED SCHOOL DISTRICT
1801 10TH ST
REEDLEY, CA 93654

REFERENCES
E Notification # 113120297
E-PM # 31365144

RE: 905 N REED AVE, REEDLEY, CA, 93654

Dear DR. JOHN QUINTO,

We at PG&E sincerely appreciate your business. This letter describes the Applicant Design Option provision of PG&E's Gas and/or Electric Rules 15 and 16. A copy of Gas and/or Electric Rule 15 and 16 can be obtained at http://www.pge.com/tariffs/ or by contacting me at the number shown below.

Under the Applicant Design Option provision of PG&E's Gas and /or Electric Rules 15 and 16, you have a choice to design that portion of the new service extension normally designed by PG&E. Under this selection, you or your contractor would be responsible to design the installation of the gas and/or electric facilities within the PG&E specified project boundaries in accordance with PG&E standards. PG&E tariffs also require the designed product to be signed and stamped by a Registered Professional Engineer (PE). **If you should desire to review PG&E's Applicant Design guidelines, they are available upon request.**

Should you select this option your Design Credit for the Electric job is $4355.14.

**Please email or contact me confirming your choice for** Electric design. I look forward to working with you towards the successful completion of your project.

Sincerely,

Edwin Rodriguez
PG&E Representative
EXRW@PGE.com
Phone: 559-263-5288

Case: 19-30088    Doc# 9658-1    Filed: 12/01/20    Entered: 12/01/20 15:52:49    Page 12 of 19

| Estimator: | Robert Luna | | | | Notification# | 113120297 |
|---|---|---|---|---|---|---|
| ADE: | Anthony Ferreira | | Electric Underground | | PM Order# | 31365144 |
| Rep: | Edwin Rodriguez | | Specifications | | D&C # | |
| Supervisor: | Roberto Rodriguez | | | | Date: | 12/20/2017 |

| Applicant: | Kings Canyon Unified School District |
|---|---|
| Location: | 905. N. Reed Avenue, Reedley CA |

| Service Voltage | 277/480 | Main Size | 1200 | 1ph.Load: | | kva. | 3ph.Load: | 565 | kva. |
|---|---|---|---|---|---|---|---|---|---|
| SC Amps Sym. | 30000 | | | | | | | | |
| Primary Cable: | Number: | 3 | Size: | 1/0 AL. | EPR - CONC - ENCAP - PE 25KV | | | | |
| Service Cable: | 6 | 1.000 AL. XLP, 600V. | | 2 | 350 AL. XLP, 600V. | | | | |
| | Number | Hot legs number and size | | Number | Neutral number and size | | | | |

Applicant to Provide and Install Conduit, Trench, and Substructures
(As indicated below and/or on the attached drawing)

| Primary: Conduit–Size | 4" | No. | 1 | Bend–Radius | 36"/60" | Degrees | 90/45 |
|---|---|---|---|---|---|---|---|
| Secondary: Conduit–Size | | No. | | Bend–Radius | | Degrees | |
| Service: Conduit–Size | 5" | No. | 4 | Bend–Radius | 36" | Degrees | 90 |
| Streetlight: Conduit–Size | | No. | | Bend–Radius | | Degrees | |

| Primary Trench: Overall Depth * | | 42" | Minimum Cover | 36" |
|---|---|---|---|---|
| Secondary Trench: Overall Depth: * | 3 | | Minimum Cover | |
| Service Trench: Overall Depth: * | 3 | 32" | Minimum Cover | 24" |
| Streetlight Trench: Overall Depth: * | 3 | | Minimum Cover | |

| | Type / Style: | Size: | Code: | |
|---|---|---|---|---|
| Transformer Pad: (Type, Size, and Code) | IIE | "Loop Style" 106"x 90" | 040292 | Barrier ☐ |
| Primary J-Box Pad: (Type, Size, and Code) | P/M 3-Wire | 36"x 72"x 5" | 360038 | Post Req. ☐ |
| | Type / Style: | Size: | Traffic Load: | Code: |
| Primary Pull Box: (Type, Size, and Code) | Equip./ Splice | 3'x 5'x 3'.6" | IVT. | 025601 |
| Sec. / Svc. Box / Ped: (Type, Size, Code) | | | | |

All Applicant Installations must pass PG&E inspection, do not backfill* the trench until it has been inspected and approved.
Call the construction Department at (559)263-7212 48 hours in advance for inspection.
Cost of PG&E supplied materials are subject to change if this design is altered by the applicant.

Please contact Edwin Rodriguez at (559)263-5268 of any changes or need for additional information.

[X] Please Call USA 800-642-2444 at least 48 hours prior to excavating this area:
[ ] All existing facility locations are approximate, verify with hand tool excavation.

1 Mains 201 Amp and above, lugs to be supplied by pg&e.
2 Conduit to be direct burial (DB), PVC marked ASTM F512 DB120PVC or schedule 40 marked UL Approved 90°C. Conduit above ground level to meet Engr. Standard Dwgs. *All conduits shall be proven free and clear of dirt, rocks, etc. by means of a mandrel, wire brush, etc. A polyester pulling tape shall be installed in all conduits and attached to an end cap. (No manufactured bends or use of heat shall be used to obtain conduit sweeps.)
3 Conduit depths are shown as minimums and may need to be increased when entering or leaving secondary splice boxes

REFERENCE DRAWINGS are available via the PG&E web site at: http://www.pge.com/greenbook. Refer to the Electric and Gas Service Requirements (Green Book) Section 3, Electric Service - Underground. Or you may contact your PG&E representative for copies of the following.

| [X] | Corrosion Resistant Ground Rods and Ground Rod Clamps | 013103 |
|---|---|---|
| [ ] | Secondary Enclosures for Electric Underground (secondary service) | 028025 |
| [X] | Concrete Pad for Three-Phase, Loop Style Pad-Mounted Transformers | 045292 |
| [X] | Loc, Clearance, and Mechanical Details for Pad-Mounted and Subsurface Equipment. | 051122 |
| [X] | Terminating UG. Electric Service 0-600 Volt in Customer-Owned Facilities. | 058817 |
| [X] | Landscape Screen for Pad-Mounted Transformers | 063423 |
| [ ] | Methods and Requirements for Installing Res. UG. Elec. Service 0-600V. | 063927 |
| [X] | Methods and Requirements for Installing Comm. UG. Elec. Service 0-600V. | 063928 |
| [ ] | Requirements for Bus Duct Entrance Termination Unit for Use With P/M Transformers. | 063929 |
| [X] | Installation of Pad-Mounted, Load-Break Junction. | 066212 |

31365144 Elec Ug Spec Sheet.xlsm     version-2.1     12/20/2017

# Applicant Notes

Refer to Electric & Gas Service Requirements (Green Book) or Separate PG&E Standard Drawings.
Contact Your PG&E Representative for Copies, or Access https://www.pge.com/greenbook.

☑ **Conduit, Trenching and Backfill:**

| # | |
|---|---|
| 1 | All dimensions and locations are estimated, approximate and may be superseded by a JOINT TRENCH or COMPOSITE DRAWING. |
| 2 | Applicant to provide and install all underground facilities shown on this drawing in accordance with PG&E engineering standards and the following. |
| 3 | Applicant to provide all TRENCHING, SHADING, BACKFILL, AND COMPACTION. |
| 4 | 4" of sand is required above and below conduit if native soil is not free of rocks, hardpan, etc. Backfill shall meet approval of PG&E Inspector. |
| 5 | Service Conduit: 063927, Page 2 Tbl.1 & 2 (Residential.) |
|   | Service Conduit: 063928, Page 3 Tbl.1, 2, & 3 (Commercial / Industrial) |
| 6 | Distribution Conduit: PG&E Drawing 062288, Pages 1-14. |
| 7 | Provide long conduit sweeps where indicated. Recommended sweep radius (10' OF RADIUS PER INCH OF CONDUIT DIAMETER; Example: 4" CONDUIT = 40' RADIUS. |
| 8 | Manufactured bends or application of heat shall not be used to obtain long conduit sweeps. Do not exceed 300 degrees of bends including feed location. |
| 9 | All conduits shall be proven FREE and CLEAR, and a POLYESTER PULLING TAPE installed |
| 10 | Manufactured bends are not to be CUT, SHORTENED, or ALTERED in any way. |
| 11 | Install: a) Temporary caps on conduits stubbed at riser poles, pads, and boxes |
|   | b) Permanent caps on buried conduits ends |
|   | c) End Bell Fittings are required for all conduits entering an enclosure knockout or pad window (they must be grouted) |
|   | d) 36" minimum bend radius for primary conduit. |
|   | e) 24" minimum bend radius for service and secondary conduit. |
| 12 | Identify ends of buried conduit with a vertical conduit scrap installed from ridged cap to ground level. |
| 13 | Conduits entering primary boxes shall be at a right angle to the window or wall. |

☐ **Subsurface Transformers and enclosures / sec. Boxes and Pedestals:**

☑ **Padmounted Transformers, Switches, and Junction Boxes:**

| # | |
|---|---|
| 19 | Concrete and Precast Pads for Three Phase Transformers: 045292 Pages 1-7 |
| 20 | Single Phase and Duplex Padmounted Transformer Pads: PG&E drawing 064300, Pages 1-6 |
| 21 | Concrete Pads for PMH Load-Break Switches: PG&E drawing 053318, Pages 9-12 |
| 22 | Concrete Pads for Padmounted Fused Switches PMH 41 & 43: PG&E drawing 081043, Pages 9-12 |
| 23 | Precast Pad for Padmounted Capacitor: PG&E drawing 068197, Page 4 & 13-14 |
| 24 | Precast Pads for Padmounted Primary Junction: PG&E drawing 068212, Pages 5-8 |

☑ **Grounds, Barrier Protection, and Landscape:**

| # | |
|---|---|
| 25 | Ground Rods: 012109, Pages 1-3. |
| 26 | Applicant to install all ground rods and interconnecting wire between grounds. |
| 27 | Protection (BARRIER POST) for padmounted equipment: 051122, Pages 8-25 |
| 28 | Final determination of barrier post installation and number will be by PG&E Inspector. |
| 29 | Landscape Screening: 063422, Pages 1-12 |

☐ **Safety & Workmanship:**

☐ **Insert Drawing:**

31365144 Elec Ug Spec Sheet.xlsm     version-2.1     12/20/2017



**DURHAM CONSTRUCTION COMPANY, INC.**
WWW.DURHAM-CONSTRUCTION.COM
PHONE: (559) 294-9500
FAX: (559) 294-9200

TITLE: Re-setting of PG&E Pad

DATE: February 22, 2019

PROJECT: Reedley Middle College High School
JOB NUMBER: 18-04

TO: Integrated Designs by SOMAM
6011 N. Fresno Street Suite 130
Fresno, CA 93710

ATTN: Felipe Ceballos

OWNER: Kings Canyon Unified School District
1801 10th Street,
Reedley, CA 93654

ATTN: Dr. John Quinto

CHANGE ORDER REQUEST: 59
RFP:
RFI:
SI:
CCD:

DESCRIPTION: PG&E instructed Durham Construction to lower and re-set the transformer pad

Durham Construction Company, Inc. is requesting __0__ Calendar Days Time Extension for the work described below.
* Time extension request will be based upon approval date of this COR.

**BASE COST PROPOSAL**

| VENDOR | DESCRIPTION | QTY | UNIT | MATERIAL | EQUIPMENT | LABOR | VENDOR COST | TOTAL |
|---|---|---|---|---|---|---|---|---|
| VUE | Reset transformer pad | 1 | LS | $0.00 | $0.00 | $0.00 | $15,309.25 | $15,309.25 |
| DCCI | Metal bollards | 1 | LS | $0.00 | $0.00 | $0.00 | $745.03 | $745.03 |
| CVEAS | Re-staking new location of PG&E pad | 1 | LS | $0.00 | $0.00 | $0.00 | $925.00 | $925.00 |
| Maurin Construction | Provide concrete landing at pad | 1 | LS | $0.00 | $0.00 | $0.00 | $1,481.77 | $1,481.77 |
| SUBCONTRACTOR SUBTOTAL | | | | | | | | $18,461.05 |
| CONTRACTOR Overhead & Profit for self-performed work 5% | | | | | | | | $923.05 |
| CONTRACTOR SUBTOTAL | | | | | | | | $0.00 |
| SUBTOTAL | | | | | | | | $19,384.10 |
| Contractor's Bond & Liability Insurance 1% | | | | | | | | $193.84 |
| GRAND TOTAL | | | | | | | | $19,577.94 |

Approval: Durham Construction
By: [signature]
Date: 2.22.19

Approval: Kings Canyon Unified School District
By: [signature]
Date: 3/5/19

Approval: Integrated Designs by SOMAM
By: [signature]
Date: 3/5/19

# Electronic Proof of Claim_Z!UPJ27395

Final Audit Report            2019-07-22

| | |
|---|---|
| Created: | 2019-07-22 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAALxlR2izSv5CPl2uPMc1REyNtPi33wBXX |

## "Electronic Proof of Claim_Z!UPJ27395" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2019-07-22 - 6:28:56 PM GMT

- Jerome M. Behrens (jbehrens@lozanosmith.com) uploaded the following supporting documents:
  - Attachment
  
  2019-07-22 - 6:35:13 PM GMT

- Web Form filled in by Jerome M. Behrens (jbehrens@lozanosmith.com)
  2019-07-22 - 6:35:13 PM GMT- IP address: 12.69.229.228

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/64.0.3282.140 Safari/537.36 Edge/18.17763)
  2019-07-22 - 6:35:15 PM GMT- IP address: 12.69.229.228

- Signed document emailed to Jerome M. Behrens (jbehrens@lozanosmith.com) and Prime Clerk E-Filing (efiling@primeclerk.com)
  2019-07-22 - 6:35:15 PM GMT

Prime Clerk    POWERED BY Adobe Sign

# EXHIBIT B

# DURHAM CONSTRUCTION COMPANY, INC.
WWW.DURHAM-CONSTRUCTION.COM
PHONE: (559) 294-9500
FAX: (559) 294-9200

**TITLE:** Re-setting of PG&E Pad
**DATE:** February 22, 2019
**PROJECT:** Reedley Middle College High School
**JOB NUMBER:** 18-04

**TO:** Integrated Designs by SOMAM
6011 N. Fresno Street Suite 130
Fresno, CA 93710

**ATTN:** Felipe Ceballos

**OWNER:** Kings Canyon Unified School District
1801 10th Street,
Reedley, CA 93654

**ATTN:** Dr. John Quinto

**CHANGE ORDER REQUEST:** 59
RFP:
RFI:
SI:
CCD:

**DESCRIPTION:** PG&E instructed Durham Construction to lower and re-set the transformer pad

Durham Construction Company, Inc. is requesting __0__ Calendar Days Time Extension for the work described below.
* Time extension request will be based upon approval date of this CCR.

### BASE COST PROPOSAL

| VENDOR | DESCRIPTION | QTY | UNIT | MATERIAL | EQUIPMENT | LABOR | VENDOR COST | TOTAL |
|---|---|---|---|---|---|---|---|---|
| VUE | Reset transformer pad | 1 | LS | $0.00 | $0.00 | $0.00 | $15,309.25 | $15,309.25 |
| DCCI | Metal bollards | 1 | LS | $0.00 | $0.00 | $0.00 | $745.03 | $745.03 |
| CVEAS | Re-staking new location of PG&E pad | 1 | LS | $0.00 | $0.00 | $0.00 | $925.00 | $925.00 |
| Maurin Construction | Provide concrete landing at pad | 1 | LS | $0.00 | $0.00 | $0.00 | $1,451.77 | $1,451.77 |
| SUBCONTRACTOR SUBTOTAL | | | | | | | | $18,481.05 |
| CONTRACTOR Overhead & Profit for self-performed work 5% | | | | | | | | $923.05 |
| CONTRACTOR SUBTOTAL | | | | | | | | $0.00 |
| SUBTOTAL | | | | | | | | $19,384.10 |
| Contractor's Bond & Liability Insurance 1% | | | | | | | | $193.84 |
| GRAND TOTAL | | | | | | | | $19,577.94 |

Approval: Durham Construction
By: [signature]
Date: 2/22/19

Approval: Kings Canyon Unified School District
By: [signature]
Date: 3/5/19

Approval: Integrated Designs by SOMAM
By: [signature]
Date: 3/5/19