1 Marguerite Sawyer
2 In Pro Per
3 139 W. Lassen Ave. Apt. #29
  Chico, CA 95973
4 Tel: 916-205-8718
5
6
7
8 RE: PG & E Corporation
9
10   -and-
11
   Pacific Gas And Electric Company
12
13
14
15            UNITED STATES BANKRUPCTY COURT
              NORTHERN DISCTRICT OF CALIFORNIA
16              SAN FRANCISCO DIVISION
17
18 Bankruptcy Case No 19-30088 (DM)
19
   Chapter 11
20
21 NOTICE OF THE REORGANIZED DEBTOR'S FORTY-FIRST OMNIBUS OBJECTION TO
22 CLAIMS
23
   RESPONSE DEADLINE Dec 1, 2020
24
25 Hearing date December 15, 2020 10 am pacific Telephonic appearances only
26
27 Original claim form submission Primeclerk A19132673
28

# OPPOSITION OF DISALLOWED / STATEMENT

Creditor name: Marguerite Sawyer

Claim/Scheduled to be disallowed and expunged 59635

Debtor: Pacific Gas and Electric Company

Date filed/scheduled 10/16/2019

General unsecured $22,000.00

Total Amount $22,000.00

Basis for objection: Damage not caused by PG and E

I, creditor, Marguerite Sawyer, own a duplex rental at 912 5th Street in Orland, California 95973. In December 2017 it was damaged due to a PG and E pole fire. PG and E paid and agreed portion to my insurance for damages. The problem I am submitting for happened as of December 2018 when the rebuild was almost complete just waiting for meter placement. It wasn't until this point in the construction that the builder, Josh Bailey of Allstar Buidling Services was notified by Ann Husted of P G and E that there was a much more serious problem then just bringing out new meters. This caused a 10 month delay to get these units rented. Current rent is 1,050 for Unit A and 1,175.00 for Unit B. Because of the Camp Fire units were renting immediately but because of this and other P G and E lack of communication the completion of the project was so delayed that I am looking to recover lost rents for 10 months at a total of $22,000.00

There is a string of emails here to show starting June, 2018 Josh Bailey AllStar Building Services was beginning the process of re-hooking up power and gas to the property at 912 5th Street, Orland, CA 95973 PG and E application number 115007795. Josh was given Amy Husted as contact for this project. Panels going in August 2018 per July 30, 2018 email from Josh to Amy Husted. September 19, 2018 email from Amy Husted out of office after no response. December 7, 2018. A reply was sent by Amy Husted that work was on hold due to Camp Fire email December 10, 2018. At this point Amy notes that the gas wasn't just turned off but that the gas line was cut off from the main service line and that an entirely new line would need to be paid for. Another email inquiry sent to Amy Husted January 14, 2019, Amy responded apologizing for delays (at this point 4 months of delays/lack of response

or action by PG and E. January 23, 2019 No action per email from Josh Bailey to Amy Husted. Another four months went by before May when Todd Cash was put at the help of the PG and E problem to replace this line at 912 5th Street Orland, CA. The line which PG and E cut off at the main due to a fire caused by P G and E pole in December of 2017. After Todd Cash of P G and E took over we were given a bill to pay the monies were submitted immediately this was May 2019. There is an email from Josh Allstar Building to me stating that there was an environmental hiccup of some sort June 2019. Then nothing from PG and E except to state there was a coordinator needed to bore under the concrete etc from Todd email dated June 10, 2019 with a minimum time-frame of 3 weeks before the work can be done. The work was completed in August at which time the rest of the waiting projects could be completed. At this point the delays were about 12 months in total. I am requesting 10 months of missed rent from January 2019 when the project should have completed instead at that point we found out there had been a much bigger problem not previously identified by P G and E, through October, 2019 when I was able to advertise and rent the units.

I declare this statement
to be true under penalty
of perjury.

Margaret Sawyer          11-27-2020

Marguerite Sawyer


# Claim form submission A19132673

2 messages

**Margie Sawyer** <margiesawyer10@gmail.com>      Sat, Oct 12, 2019 at 1:21 PM
To: pgeinfo@primeclerk.com
Cc: Josh Bailey | Allstar Building Services <josh@abschico.com>
Bcc: margiesawyer10 <margiesawyer10@gmail.com>

Am I to submit this directly to Bankrupcty court? If I am can you please provide the address, fax, or email to send this to? Please let me know how to proceed?

For your reference here is addendum to my claim A19113273 with some more detail and supporting documents:

My name is Marguerite Sawyer (aka Margie Sawyer), I own a duplex at 912 th Street in Orland California.

On October 11th, 2017 my Father, Guido A. Baroni passed and a duplex property located at 912 5th Street in Orland, CA was left to me in the trust set up by my Mother and Father. Prior to the property transferring into my name a PG and E pole caught the duplex on fire on December 16, 2017. This was established and PG and E did pay some damages to my insurance company for their fault. See the original claim letter from the insurance under my Father's name attached.

The rebuild neared completion December 7th, 2018 and by errors and incorrect information provided by agents of PG and E there was found after much delay that the gas line had been condemned. PG and E took some months before finally replacing the gas line and installing the required two new meters. When this was finally done a change was made by the City of Orland and some more work was needed to final since the project was delayed by 10 months due to P G and E. The project was signed off by the City of Orland on October 7, 2019 and is ready to rent. I am in process of renting it now.

 774K

**PGE Info** <pgeinfo@primeclerk.com>                Mon, Oct 14, 2019 at 3:37 PM
To: "margiesawyer10@gmail.com" <margiesawyer10@gmail.com>
Cc: "josh@abschico.com" <josh@abschico.com>

Margie,

Thank you for contacting Prime Clerk. Prime Clerk is the court appointed claims and noticing agent in the chapter 11 cases commenced by PG&E and its primary operating subsidiary (collectively, the "Debtors"). As such, we are not permitted to provide legal or financial advice.

If the date of the incident or loss occurred before the January 29, 2019 petition date, you must submit a claim in these Bankruptcy proceedings in order to retain your right to recovery. Information and instructions regarding filing a claim are available here: https://restructuring.primeclerk.com/pge/EPOC-Index.

Additional information regarding these proceedings is available here: https://restructuring.primeclerk.com/pge/Home-Index.

**PLEASE NOTE: The deadline to file claims other than 503(b)(9) claims, including General Claims, Fire Claims, Wildfire Subrogation Claims, Customer Claims, and Governmental Unit Claims, is <u>October 21, 2019 at 5pm (Prevailing Pacific Time</u>). All claims must have been received by Prime Clerk PRIOR to this deadline in order to be considered timely filed. Prime Clerk will process proofs of claim received after the deadline; however, the Debtors may object to such claims on the grounds of lateness, among other reasons.**

**PLEASE NOTE: The deadline for filing 503(b)(9) claims expired on April 22, 2019. Any such claim must have been received by this deadline to be considered filed in a timely filed. Prime Clerk will continue to process claims received after the deadline; however, any such claim may be objected to by the Debtors on the grounds of lateness, among other reasons.**

**PLEASE NOTE: We are not authorized to accept claims by email or fax, and any documents or information provided via either of these methods will not constitute a claim in these cases.**

Please let us know if we can be of further assistance.

Regards,

Prime Clerk Inquiries



# GLENN COUNTY 2019 - 2020 PROPERTY TAX BILL
**Department of Finance - Tax Collector**
516 W. Sycamore St., Willows, CA 95988

## SECURED TAX ROLL FOR FISCAL YEAR JULY 1, 2019 THROUGH JUNE 30, 2020

| PROPERTY INFORMATION | IMPORTANT MESSAGES |
|---|---|
| **ASMT NUMBER:** 040-215-002-000  TAX RATE AREA: 001-000<br>FEE PARCEL NUMBER: 040-215-002-000  ACRES: 0.12<br>LOCATION:  912 FIFTH ST<br>ASSESSED OWNER:  SAWYER MARGUERITE F S/S | Please read the back of this bill for IMPORTANT information. Pay by phone at (877) 470-6240. View or pay your bill at www.countyofglenn.net |

SAWYER MARGUERITE F S/S           2-M200575
139 W LASSEN AVE # 29
CHICO CA 95973

2019 - 2020

## COUNTY VALUES, EXEMPTIONS AND TAXES

| | VALUE DESCRIPTION | ASSESSED VALUES | X TAX RATE / 100 | = COUNTY TAX |
|---|---|---|---|---|
| **PHONE #S**<br>**COLLECTOR**  (530) 934-6410<br>PAYMENT INFORMATION | LAND<br>STRUCTURAL IMPROVEMENTS | 36,346<br>145,408 | | |
| **ASSESSOR**  (530) 934-6402<br>VALUES / EXEMPTIONS<br>ADDRESS CHANGES | | | | |
| **AUDITOR**  (530) 934-6476<br>TAX RATES | | | | |
| | NET TAXABLE VALUE | 181,754 | 1.000000 | 1,817.54 |

## VOTER APPROVED TAXES, TAXING AGENCY DIRECT CHARGES AND SPECIAL ASSESSMENTS

| PHONE #S | DESCRIPTION | ASSESSED VALUES | X TAX RATE / 100 | = AGENCY TAX |
|---|---|---|---|---|
| (530) 865-1200 | ORLAND UNIFIED BOND - SERIES A | 181,754 | 0.058759 | 106.80 |
| (530) 865-1200 | ORLAND UNIFIED BOND - SERIES B | 181,754 | 0.018319 | 33.30 |
| (530) 865-1200 | ORLAND UNIFIED BOND - SERIES C | 181,754 | 0.001772 | 3.22 |
| (530) 895-2353 | BUTTE COLLEGE BOND 2002A - 2012 REFUNDING | 181,754 | 0.009114 | 16.56 |
| (530) 895-2353 | BUTTE COLLEGE BOND 2002B - 2015 REFUNDING | 181,754 | 0.011459 | 20.82 |
| (530) 895-2353 | BUTTE COLLEGE BOND 2002C - 2017 REFUNDING | 181,754 | 0.013762 | 25.02 |
| (530) 895-2353 | BUTTE COLLEGE BOND D - 2016J SERIES A | 181,754 | 0.006794 | 12.34 |
| (530) 934-6530 | SOLID WASTE DISPOSAL FEE | | DIRECT CHARGE | 85.48 |
| (800) 273-5167 | GLENN VALLEYWIDE MOSQUITO | | DIRECT CHARGE | 32.56 |

AGENCY TAXES+DIRECT CHARGES+FEES                    336.10

Case: 19-30088    Doc# 9659    Filed: 12/01/20    Entered: 12/01/20 16:04:32    Page 6 of 45



# PG&E Online Claim Form Submission Confirmation-A19132673

1 message

**pg&eclaims@pge.com** <pg&eclaims@pge.com>
To: margiesawyer10@gmail.com

Wed, Sep 18, 2019 at 3:48 PM

Dear Margie Sawyer,

Thank you for submitting your claim online. This communication serves to acknowledge receipt of your claim. Please print this page for your records.

Your Claim Number is **A19132673**

On January 29, 2019, (the "Filing Date") PG&E filed for Chapter 11 in the U.S. Bankruptcy Court for the Northern District of California.

Under Bankruptcy Court rules, claims related to matters occurring prior to the Filing Date are required to be addressed as a part of the Company's Chapter 11 case. As a result, if your claim is related to matters occurring prior to the Filing Date, you will need to refile your claim directly with the Bankruptcy Court.

Information and documents related to the Company's Chapter 11 cases, including information regarding how to file a claim, will be available on a website administered by our claims agent, at https://restructuring.primeclerk.com/pge. In addition, you can call the Restructuring Hotline at 844-339-4217 (for calls originating outside of the U.S. please dial +1 929-333-8977) or you can send an email to pgeinfo@primeclerk.com.

Please note that based on information currently available, it is anticipated that any claims submitted for incidents occurring on or after January 29, 2019, will be handled via the standard PG&E claims process.

**If you have not provided supporting documents OR have additional documents to submit (e.g., Receipt, or Estimates for items claimed) please submit through one of the following:**

**1. E-Mail to:** mailto:claimsdocs@pge.com?subject=A19132673

**2. Fax to:** (925) 459-7326 with a copy of this confirmation page

**3. Or US Mail to:**

Pacific Gas and Electric Company
PG&E Law – Online Claims
1850 Gateway Blvd. 3rd Floor
Concord, CA 94520

Please include your Claim Number with all correspondence.

It is Pacific Gas and Electric Company's policy to promptly and fairly respond to customers' claims.

If you have questions or concerns regarding your claim please call our claims helpline at (415) 973-4548.

Thank you for your courtesy and cooperation in this matter.

Sincerely,

PG&E Claims Department

**Josh Bailey | Allstar Building Services**

| | |
|---|---|
| **From:** | Do-not-reply@pge.com |
| **Sent:** | Saturday, June 30, 2018 12:05 AM |
| **To:** | Josh Bailey | Allstar Building Services |
| **Cc:** | BLF9@pge.com |
| **Subject:** | Warning: PG&E Intent to Cancel Project 114250533 |



*Pacific Gas and Electric Company*

6/30/2018

**Your application is scheduled**
**for cancellation in 30 days.**
**Please read for more information.**

Josh Bailey                                    114250533
Allstar Building Services                       Fire Damage Repair
CHICO CA 95928                                  912 5TH ST, APT B
                                                ORLAND CA 95963
josh@abschico.com

Dear Josh Bailey,

At Pacific Gas and Electric Company (PG&E), we are committed not only to delivering safe and reliable energy, but also to helping you achieve your project goals. We have noticed your project has become inactive and we understand that your project needs may have changed.

**What to expect**

If you would like to continue making progress with your project, please contact me at your earliest convenience. Unless we hear from you, your application will be cancelled **30** days from the date of this letter.

Certain projects require advanced charges, such as a deposit for the engineering cost known as an Engineering Advance. If you have paid an Engineering Advance or other advanced charges, and your costs do not exceed that amount, you will be refunded the difference.

I can be reached via email or at **530-894-4713** during normal business hours. We remain committed to helping you achieve your project goals and look forward to hearing from you.

Sincerely,

Bradley Featherston
SP&D Representative
Pacific Gas and Electric Company

1

**Josh Bailey | Allstar Building Services**

| | |
|---|---|
| **From:** | Featherston, Bradley <BLF9@pge.com> |
| **Sent:** | Thursday, July 26, 2018 3:31 PM |
| **To:** | Josh Bailey | Allstar Building Services |
| **Cc:** | Husted, Amy |
| **Subject:** | Notification 114250533 912 5th St Orland Fire |

Josh,

Amy Husted will be helping you out when you are ready for meters.  Her contact info: cell 530-720-5490 office 530-894-4733

Thanks
Brad Featherston
Senior Electric Engineer/Estimator
PG&E Service Planning & Estimating
460 Rio Lindo Ave.
Chico, CA 95926
Internal: 758-4713
External: 530-894-4713
Cell: 530-513-2607

"Genius is one percent inspiration and ninety-nine percent perspiration."

Thomas Edison

1

## Josh Bailey | Allstar Building Services

**From:** Josh Bailey | Allstar Building Services
**Sent:** Tuesday, September 18, 2018 4:31 PM
**To:** Featherston, Bradley
**Cc:** Husted, Amy
**Subject:** FW: Notification 114250533 912 5th St Orland Fire

Hi Brad, I am thinking maybe I don't have the correct email address for Amy. I am hoping to get a service set up at this address – can you help me get started?

Thanks so much,

Josh
530.514.2878

**From:** Josh Bailey | Allstar Building Services
**Sent:** Wednesday, September 12, 2018 9:30 AM
**To:** 'Husted, Amy' <ALHT@pge.com>
**Subject:** FW: Notification 114250533 912 5th St Orland Fire

Hi Amy, I apologize if you already responded to this email – but I can't find anything on my end. Its looking like the city will be giving me a tag for this panel tomorrow – what can I do to get the connection started?

Thanks much,

Josh
530.514.2878

**From:** Josh Bailey | Allstar Building Services
**Sent:** Monday, July 30, 2018 2:21 PM
**To:** 'Husted, Amy' <ALHT@pge.com>
**Cc:** 'lightitupelectric.dave@yahoo.com' <lightitupelectric.dave@yahoo.com>
**Subject:** RE: Notification 114250533 912 5th St Orland Fire

Hi Amy, We did finally get a permit from the city. Dave from Light it Up Electric will be installing the panels soon.

Can you tell me, what will be needed to turn on the permanent power for these 3 meters (in the owners name)?

Thanks so much,

Josh Bailey
530.514.2878

**From:** Featherston, Bradley <BLF9@pge.com>
**Sent:** Thursday, July 26, 2018 3:31 PM
**To:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Cc:** Husted, Amy <ALHT@pge.com>
**Subject:** Notification 114250533 912 5th St Orland Fire

1

## Josh Bailey | Allstar Building Services

**From:** Josh Bailey | Allstar Building Services
**Sent:** Wednesday, September 19, 2018 3:40 PM
**To:** Husted, Amy
**Subject:** RE: Notification 114250533 912 5th St Orland Fire

Hi Amy, a woman named Natalie had contacted me & said she was working on it.

Not sure how this factors in, but wanted you to know that we had talked.

Thanks!

**From:** Husted, Amy <ALHT@pge.com>
**Sent:** Wednesday, September 19, 2018 3:28 PM
**To:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Cc:** Featherston, Bradley <BLF9@pge.com>
**Subject:** RE: Notification 114250533 912 5th St Orland Fire

*Hi Josh,*

*I am currently out of the office and in Stockton. I will be out of my meeting soon and I will give you a call in regards to this project that Brad moved over to me.*

*Thanks*

*Amy Husted*
**Senior New Business Representative-NV Chico**
530.894.4733 office / 530.720.5490 cell
Click here to access the PG&E Greenbook
Click here to Submit an Application
Click here to access Customer Connections Online



**Pacific Gas and Electric Company**

**From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Sent:** Tuesday, September 18, 2018 4:31 PM
**To:** Featherston, Bradley <BLF9@pge.com>
**Cc:** Husted, Amy <ALHT@pge.com>
**Subject:** FW: Notification 114250533 912 5th St Orland Fire

1

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Brad, I am thinking maybe I don't have the correct email address for Amy. I am hoping to get a service set up at this address – can you help me get started?

Thanks so much,

Josh
530.514.2878

**From:** Josh Bailey | Allstar Building Services
**Sent:** Wednesday, September 12, 2018 9:30 AM
**To:** 'Husted, Amy' <ALHT@pge.com>
**Subject:** FW: Notification 114250533 912 5th St Orland Fire

Hi Amy, I apologize if you already responded to this email – but I can't find anything on my end. Its looking like the city will be giving me a tag for this panel tomorrow – what can I do to get the connection started?

Thanks much,

Josh
530.514.2878

**From:** Josh Bailey | Allstar Building Services
**Sent:** Monday, July 30, 2018 2:21 PM
**To:** 'Husted, Amy' <ALHT@pge.com>
**Cc:** 'lightitupelectric.dave@yahoo.com' <lightitupelectric.dave@yahoo.com>
**Subject:** RE: Notification 114250533 912 5th St Orland Fire

Hi Amy, We did finally get a permit from the city. Dave from Light it Up Electric will be installing the panels soon.

Can you tell me, what will be needed to turn on the permanent power for these 3 meters (in the owners name)?

Thanks so much,

Josh Bailey
530.514.2878

**From:** Featherston, Bradley <BLF9@pge.com>
**Sent:** Thursday, July 26, 2018 3:31 PM
**To:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Cc:** Husted, Amy <ALHT@pge.com>
**Subject:** Notification 114250533 912 5th St Orland Fire

Josh,

Amy Husted will be helping you out when you are ready for meters. Her contact info: cell 530-720-5490 office 530-894-4733

Thanks
Brad Featherston

Senior Electric Engineer/Estimator
PG&E Service Planning & Estimating
460 Rio Lindo Ave.
Chico, CA 95926
Internal: 758-4713
External: 530-894-4713
Cell: 530-513-2607

"Genius is one percent inspiration and ninety-nine percent perspiration."

Thomas Edison

3

## Josh Bailey | Allstar Building Services

| | |
|---|---|
| **From:** | Luz Recto <luz_recto@farmersinsurance.com> |
| **Sent:** | Tuesday, January 15, 2019 3:02 PM |
| **To:** | Josh Bailey | Allstar Building Services |
| **Cc:** | Margie Sawyer |
| **Subject:** | RE: 912 5th St Orland - FW: PG&E # 115007795 gas hookup - 3010009541-1-1 |

Hi Josh,

Thank you for this update. I can see how frustrating this portion has become. Let me know when PG&E gets you a firmer date.

Luz Recto
Special General Adjuster, Large Loss Property
(707) 953-5987
Fire Insurance Exchange

**From:** Josh Bailey | Allstar Building Services [mailto:josh@abschico.com]
**Sent:** Tuesday, January 15, 2019 11:33 AM
**To:** Luz Recto <luz_recto@farmersinsurance.com>
**Cc:** Margie Sawyer <margiesawyer10@gmail.com>
**Subject:** [EXTERNAL] 912 5th St Orland - FW: # 115007795 gas hookup

Luz, I am having a heck of a time getting PG&E to get the gas meters set. I was working on this before the Paradise fire, but our contact went cold after the fire. I was able to reach a manager yesterday who seemed to have motivated our contact to get going again. Apparently the gas service was capped out in the street at the time of the fire. Now they are trying to decide who's responsibility it is to bring the gas back to the house.

We are all anxious to get this job closed out. Will update you as soon as I hear something.

Josh

**From:** Josh Bailey | Allstar Building Services
**Sent:** Monday, January 14, 2019 2:41 PM
**To:** Husted, Amy <ALHT@pge.com>
**Subject:** Re: # 115007795 gas hookup

Hi Amy, thank you. Yes, this property needs gas. Can you estimate the time & cost if it is on the customer?

Thanks,

Josh

Sent from my iPhone

On Jan 14, 2019, at 2:37 PM, Husted, Amy <ALHT@pge.com> wrote:

> *HI Josh,*

1

*I do apologize for any delays I was out of the office half the day on Thursday and did not return until today. I have reached out to my supervisor to get an answer if you the customer was responsible for the cost to bring the gas service back to the property or if it is the cost of PG&E. I understand from the picture it looks like there is possible gas at this location however as stated in the below email the gas service was cut off at the main during the fire. There is no gas on the property at this time. My question to you is if the cost is on the customer to bring the gas service back to the property is this something you would like to move forward with? If so I will continue and get this engineered ASAP so I can get the contracts out to you and get a crew to replace the gas service at this location.*

*Thanks*

*Amy Husted*

**Senior New Business Representative-NV Chico**
530.894.4733 office/530.720.5490 cell
Click here to access the PG&E Greenbook

Click here to Submit an Application

Click here to access Customer Connections Online

<image001.jpg>

**From:** Fritze, Natalie
**Sent:** Monday, January 14, 2019 12:01 PM
**To:** Husted, Amy <ALHT@pge.com>
**Subject:** # 115007795 gas hookup

Hi Amy,
Have you been able to contact this customer back?  There is a referral on this.
Thanks,
Natalie

**From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Sent:** Monday, January 14, 2019 11:11 AM
**To:** Husted, Amy <ALHT@pge.com>
**Cc:** Featherston, Bradley <BLF9@pge.com>
**Subject:** [spam] FW: App # 115007795 gas hookup

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Hi Amy,

2

Just reaching out again. I am feeling pretty desperate to get something going on this. I have left several texts and voicemails for you – I am thinking maybe you are not servicing this application anymore? I am trying to call PG&E again. Please let me know if you can still help.

Thanks much,

Josh Bailey
530.514.2878

**From:** Josh Bailey | Allstar Building Services
**Sent:** Tuesday, December 25, 2018 11:26 AM
**To:** 'Husted, Amy' <ALHT@pge.com>
**Subject:** RE: App # 115007795 gas hookup

Hi Amy,

Can I get an update on this job? Everyone is getting pretty anxious.

Thanks so much,

Josh

**From:** Husted, Amy <ALHT@pge.com>
**Sent:** Monday, December 10, 2018 7:14 AM
**To:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Subject:** RE: App # 115007795 gas hookup

*Good Morning Josh,*

*Yes that is what it looked like when I came out as well, however after doing some research on this to see why this was cut off like this I have come to find out that the gas crew at the time of the fire actually cut off the gas service at the main. They did not remove the riser and just cut it off and left it there. There is no gas service coming to the property. The crews placed a marker ball at the location of the cut off at the main. PG&E needs to come back out and replace the service. Per the GSR it looking like the cost is on OGE, but I am still getting clarification on that since my ADE has been out of the office. With that being said I have been pushing this to get into estimating but with the Camp Fire everything has been put on hold, but I will be working with my estimator this morning to see if we can get this completed for you ASAP and get this service reinstalled.*

Thanks

*Amy Husted*
**Senior New Business Representative-NV Chico**
530.894.4733 office / 530.720.5490 cell
Click here to access the **PG&E Greenbook**

Case: 19-30088    Doc# 9659    Filed: 12/01/20    Entered: 12/01/20 16:04:32    Page 16 of 45

Click here to Submit an Application

Click here to access Customer Connections Online

<image001.jpg>

**From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Sent:** Friday, December 07, 2018 4:27 PM
**To:** Husted, Amy <ALHT@pge.com>
**Subject:** Re: App # 115007795 gas hookup

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Unless I am missing something, here is the supply. One of the guys said there was a "vampire stake" in the stub out - indicating the broken off stick was the only thing holding the gas... What do you see on your end?

Thanks,

Josh

<image002.jpg>
Sent from my iPhone

On Dec 7, 2018, at 3:06 PM, Husted, Amy <ALHT@pge.com> wrote:

> HI Josh,
>
> I called you back and let you a voicemail, I have been looking into this gas project and if you could please give me a call back so we can discuss that would be great.
>
> Thanks
>
> *Amy Husted*
> **Senior New Business Representative-NV Chico**
> 530.894.4733 office / 530.720.5490 cell
> Click here to access the PG&E Greenbook
> Click here to Submit an Application
> Click here to access Customer Connections Online
>
> <image001.jpg>

4

**From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Sent:** Friday, December 07, 2018 12:44 PM
**To:** Husted, Amy <ALHT@pge.com>
**Subject:** App # 115007795 gas hookup

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Hi Amy,

I have sent a few texts, but I am wanting to follow up on the gas service at 912 5th St in Orland. App # 115007795. We are ready for some service over there, can you update me on the timeline?

I am sure it is quite a roller coaster on your end, I appreciate your looking into this.

Thanks much,

Josh Bailey
Allstar Building Services
530.514.2878

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

## Josh Bailey | Allstar Building Services

**From:** Josh Bailey | Allstar Building Services
**Sent:** Friday, February 22, 2019 12:40 PM
**To:** alht@pge.com
**Subject:** Fwd: # 115007795 gas hookup

Hi Amy, I am having trouble logging in to see the status of this app.  I am trying to open my application, but It is asking for a security code.  Do you have this?  Any update on this job?

Thanks, Josh

Sent from my iPad

Begin forwarded message:

> **From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
> **Date:** January 28, 2019 at 9:05:46 AM PST
> **To:** "Husted, Amy" <ALHT@pge.com>
> **Subject: FW: # 115007795 gas hookup**
>
> Here was my response @ 2:41
>
> **From:** Josh Bailey | Allstar Building Services
> **Sent:** Wednesday, January 23, 2019 11:57 AM
> **To:** 'Husted, Amy' <ALHT@pge.com>
> **Subject:** FW: # 115007795 gas hookup
>
> Amy – any action on this?  Please update me asap either way.  Thanks
>
> Josh
>
> **From:** Josh Bailey | Allstar Building Services
> **Sent:** Monday, January 14, 2019 2:41 PM
> **To:** Husted, Amy <ALHT@pge.com>
> **Subject:** Re: # 115007795 gas hookup
>
> Hi Amy, thank you.  Yes, this property needs gas.  Can you estimate the time & cost if it is on the customer?
>
> Thanks,
>
> Josh
>
> Sent from my iPhone
>
> On Jan 14, 2019, at 2:37 PM, Husted, Amy <ALHT@pge.com> wrote:
>
> > *HI Josh,*

1

*I do apologize for any delays I was out of the office half the day on Thursday and did not return until today. I have reached out to my supervisor to get an answer if you the customer was responsible for the cost to bring the gas service back to the property or if it is the cost of PG&E. I understand from the picture it looks like there is possible gas at this location however as stated in the below email the gas service was cut off at the main during the fire. There is no gas on the property at this time. My question to you is if the cost is on the customer to bring the gas service back to the property is this something you would like to move forward with? If so I will continue and get this engineered ASAP so I can get the contracts out to you and get a crew to replace the gas service at this location.*

*Thanks*

*Amy Husted*

**Senior New Business Representative-NV Chico**
530.894.4733 office / 530.720.5490 cell
Click here to access the PG&E Greenbook
Click here to Submit an Application
Click here to access Customer Connections Online

<image001.jpg>

**From:** Fritze, Natalie
**Sent:** Monday, January 14, 2019 12:01 PM
**To:** Husted, Amy <ALHT@pge.com>
**Subject:** # 115007795 gas hookup

Hi Amy,
Have you been able to contact this customer back?  There is a referral on this.
Thanks,
Natalie

**From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Sent:** Monday, January 14, 2019 11:11 AM
**To:** Husted, Amy <ALHT@pge.com>
**Cc:** Featherston, Bradley <BLF9@pge.com>
**Subject:** [spam] FW: App # 115007795 gas hookup

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Hi Amy,

2

Just reaching out again. I am feeling pretty desperate to get something going on this. I have left several texts and voicemails for you – I am thinking maybe you are not servicing this application anymore? I am trying to call PG&E again. Please let me know if you can still help.

Thanks much,

Josh Bailey
530.514.2878

**From:** Josh Bailey | Allstar Building Services
**Sent:** Tuesday, December 25, 2018 11:26 AM
**To:** 'Husted, Amy' <ALHT@pge.com>
**Subject:** RE: App # 115007795 gas hookup

Hi Amy,

Can I get an update on this job? Everyone is getting pretty anxious.

Thanks so much,

Josh

**From:** Husted, Amy <ALHT@pge.com>
**Sent:** Monday, December 10, 2018 7:14 AM
**To:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Subject:** RE: App # 115007795 gas hookup

*Good Morning Josh,*

*Yes that is what it looked like when I came out as well, however after doing some research on this to see why this was cut off like this I have come to find out that the gas crew at the time of the fire actually cut off the gas service at the main. They did not remove the riser and just cut it off and left it there. There is no gas service coming to the property.* The crews placed a marker ball at the location of the cut off at the main. PG&E needs to come back out and replace the service. Per the GSR it looking like the cost is on OGE, but I am still getting clarification on that since my ADE has been out of the office. With that being said I have been pushing this to get into estimating but with the Camp Fire everything has been put on hold, but I will be working with my estimator this morning to see if we can get this completed for you ASAP and get this service reinstalled.

Thanks

3

*Amy Husted*

**Senior New Business Representative-NV Chico**
530.894.4733 office/530.720.5490 cell
Click here to access the PG&E Greenbook
Click here to Submit an Application
Click here to access Customer Connections Online

<image001.jpg>

**From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Sent:** Friday, December 07, 2018 4:27 PM
**To:** Husted, Amy <ALHT@pge.com>
**Subject:** Re: App # 115007795 gas hookup

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Unless I am missing something, here is the supply.  One of the guys said there was a "vampire stake" in the stub out - indicating the broken off stick was the only thing holding the gas...  What do you see on your end?

Thanks,

Josh

<image002.jpg>
Sent from my iPhone

On Dec 7, 2018, at 3:06 PM, Husted, Amy <ALHT@pge.com> wrote:

> *HI Josh,*
>
> *I called you back and let you a voicemail, I have been looking into this gas project and if you could please give me a call back so we can discuss that would be great.*
>
> *Thanks*
>
> *Amy Husted*
> **Senior New Business Representative-NV Chico**
> 530.894.4733 office/530.720.5490 cell
> Click here to access the PG&E Greenbook
> Click here to Submit an Application
> Click here to access Customer Connections Online

4

&lt;image001.jpg&gt;

**From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Sent:** Friday, December 07, 2018 12:44 PM
**To:** Husted, Amy <ALHT@pge.com>
**Subject:** App # 115007795 gas hookup

*****CAUTION: This email was sent from an EXTERNAL source.
Think before clicking links or opening attachments.*****
Hi Amy,

I have sent a few texts, but I am wanting to follow up on the gas service
at 912 5th St in Orland.  App # 115007795.  We are ready for some
service over there, can you update me on the timeline?

I am sure it is quite a roller coaster on your end, I appreciate your
looking into this.

Thanks much,

Josh Bailey
Allstar Building Services
530.514.2878

5

**Josh Bailey | Allstar Building Services**

| | |
|---|---|
| **From:** | Josh Bailey | Allstar Building Services |
| **Sent:** | Tuesday, February 26, 2019 2:50 PM |
| **To:** | 'Fritze, Natalie' |
| **Subject:** | FW: # 115007795 gas hookup |

Natalie, left a message for you & then discovered that your email was still in my system. Not sure where the disconnect is between amy and I, but wanted to loop you in until we get to the end of this.

Thanks much,

Josh Bailey
530.514.2878

**From:** Josh Bailey | Allstar Building Services
**Sent:** Tuesday, February 26, 2019 2:31 PM
**To:** 'Husted, Amy' <ALHT@pge.com>
**Cc:** Margie Sawyer <margiesawyer10@gmail.com>
**Subject:** FW: # 115007795 gas hookup

Amy, it sounds like you spoke with Margie today. I am not sure where the disconnect is – my email reply was sent to you at 2:41 on January 14th following your 2:37 message. My reply made it clear we wanted to move forward. You can see this exchange in the conversation of our email threads.

Anyhow, can you please respond to my request for the password so that I can get logged into the online portal?

Thanks much,

Josh

**From:** Josh Bailey | Allstar Building Services
**Sent:** Friday, February 22, 2019 12:40 PM
**To:** alht@pge.com
**Subject:** Fwd: # 115007795 gas hookup

Hi Amy, I am having trouble logging in to see the status of this app. I am trying to open my application, but It is asking for a security code. Do you have this? Any update on this job?

Thanks, josh

Sent from my iPad

Begin forwarded message:

> **From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
> **Date:** January 28, 2019 at 9:05:46 AM PST
> **To:** "Husted, Amy" <ALHT@pge.com>
> **Subject:** FW: # 115007795 gas hookup

1

Here was my response @ 2:41

**From:** Josh Bailey | Allstar Building Services
**Sent:** Wednesday, January 23, 2019 11:57 AM
**To:** 'Husted, Amy' <ALHT@pge.com>
**Subject:** FW: # 115007795 gas hookup

Amy – any action on this?  Please update me asap either way.  Thanks

Josh

**From:** Josh Bailey | Allstar Building Services
**Sent:** Monday, January 14, 2019 2:41 PM
**To:** Husted, Amy <ALHT@pge.com>
**Subject:** Re: # 115007795 gas hookup

Hi Amy, thank you.  Yes, this property needs gas.  Can you estimate the time & cost if it is on the customer?

Thanks,

Josh

Sent from my iPhone

On Jan 14, 2019, at 2:37 PM, Husted, Amy <ALHT@pge.com> wrote:

> HI Josh,
>
> *I do apologize for any delays I was out of the office half the day on Thursday and did not return until today. I have reached out to my supervisor to get an answer if you the customer was responsible for the cost to bring the gas service back to the property or if it is the cost of PG&E. I understand from the picture it looks like there is possible gas at this location however as stated in the below email the gas service was cut off at the main during the fire. There is no gas on the property at this time. My question to you is if the cost is on the customer to bring the gas service back to the property is this something you would like to move forward with? If so I will continue and get this engineered ASAP so I can get the contracts out to you and get a crew to replace the gas service at this location.*
>
> *Thanks*
>
> *Amy Husted*
> **Senior New Business Representative-NV Chico**
> **530.894.4733 office/530.720.5490 cell**

2

Click here to access the <u>PG&E Greenbook</u>

Click here to <u>Submit an Application</u>

Click here to access <u>Customer Connections Online</u>

&lt;image001.jpg&gt;

**From:** Fritze, Natalie
**Sent:** Monday, January 14, 2019 12:01 PM
**To:** Husted, Amy &lt;<u>ALHT@pge.com</u>&gt;
**Subject:** # 115007795 gas hookup

Hi Amy,
Have you been able to contact this customer back? There is a referral on this.
Thanks,
Natalie

**From:** Josh Bailey | Allstar Building Services &lt;<u>josh@abschico.com</u>&gt;
**Sent:** Monday, January 14, 2019 11:11 AM
**To:** Husted, Amy &lt;<u>ALHT@pge.com</u>&gt;
**Cc:** Featherston, Bradley &lt;<u>BLF9@pge.com</u>&gt;
**Subject:** [spam] FW: App # 115007795 gas hookup

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Hi Amy,

Just reaching out again. I am feeling pretty desperate to get something going on this. I have left several texts and voicemails for you – I am thinking maybe you are not servicing this application anymore? I am trying to call PG&E again. Please let me know if you can still help.

Thanks much,

Josh Bailey
530.514.2878

**From:** Josh Bailey | Allstar Building Services
**Sent:** Tuesday, December 25, 2018 11:26 AM
**To:** 'Husted, Amy' &lt;<u>ALHT@pge.com</u>&gt;
**Subject:** RE: App # 115007795 gas hookup

Hi Amy,

Can I get an update on this job? Everyone is getting pretty anxious.

Thanks so much,

Josh

3

**From:** Husted, Amy <ALHT@pge.com>
**Sent:** Monday, December 10, 2018 7:14 AM
**To:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Subject:** RE: App # 115007795 gas hookup

*Good Morning Josh,*

*Yes that is what it looked like when I came out as well, however after doing some research on this to see why this was cut off like this I have come to find out that the gas crew at the time of the fire actually cut off the gas service at the main. They did not remove the riser and just cut it off and left it there. There is no gas service coming to the property.* The crews placed a marker ball at the location of the cut off at the main. PG&E needs to come back out and replace the service. Per the GSR it looking like the cost is on OGE, but I am still getting clarification on that since my ADE has been out of the office. With that being said I have been pushing this to get into estimating but with the Camp Fire everything has been put on hold, but I will be working with my estimator this morning to see if we can get this completed for you ASAP and get this service reinstalled.

Thanks

*Amy Husted*
**Senior New Business Representative-NV Chico**
530.894.4733 office  530.720.5490 cell
Click here to access the PG&E Greenbook
Click here to Submit an Application
Click here to access Customer Connections Online

<image001.jpg>

**From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Sent:** Friday, December 07, 2018 4:27 PM
**To:** Husted, Amy <ALHT@pge.com>
**Subject:** Re: App # 115007795 gas hookup

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

4

Unless I am missing something, here is the supply. One of the guys said there was a "vampire stake" in the stub out - indicating the broken off stick was the only thing holding the gas... What do you see on your end?

Thanks,

Josh

<image002.jpg>
Sent from my iPhone

On Dec 7, 2018, at 3:06 PM, Husted, Amy <ALHT@pge.com> wrote:

> HI Josh,
>
> I called you back and let you a voicemail, I have been looking into this gas project and if you could please give me a call back so we can discuss that would be great.
>
> Thanks
>
> *Amy Husted*
> **Senior New Business Representative-NV Chico**
> **530.894.4733 office / 530.720.5490 cell**
> Click here to access the **PG&E Greenbook**
> Click here to **Submit an Application**
> Click here to access **Customer Connections Online**
>
> <image001.jpg>
>
> **From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
> **Sent:** Friday, December 07, 2018 12:44 PM
> **To:** Husted, Amy <ALHT@pge.com>
> **Subject:** App # 115007795 gas hookup
>
> *****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
> Hi Amy,
>
> I have sent a few texts, but I am wanting to follow up on the gas service at 912 5th St in Orland. App # 115007795. We are ready for some service over there, can you update me on the timeline?
>
> I am sure it is quite a roller coaster on your end, I appreciate your looking into this.

5

Thanks much,

Josh Bailey
Allstar Building Services
530.514.2878

6


## 116622640 912 5th St, Orland
4 messages

**Josh Bailey | Allstar Building Services**
<josh@abschico.com>
To: Todd Cash PG&E <TCC8@pge.com>
Cc: Natalie Marshall <Natalie@cypm.net>, Margie Sawyer <margiesawyer10@gmail.com>

Mon, May 6, 2019 at 2:57 PM

Hi Todd, in emailing Amy, Natalie responded and mentioned you were the new contact on this project. Amy and I had discussed that PG&E would do the trench and the backfill + concrete work. I don't see reference to this on the contract. Can you please clarify the PG&E scope of work? Can you tell me if there are any costs or items outside of the contract that the owner will be responsible for to finish this project?


Thanks much,


Josh Bailey

530.514.2878




**From:** Josh Bailey | Allstar Building Services
**Sent:** Monday, May 06, 2019 9:46 AM
**To:** Husted, Amy <ALHT@pge.com>
**Cc:** Margie Sawyer <margiesawyer10@gmail.com>
**Subject:** RE: NOT# 116622640 9*12 5th St, Orland


Hi Amy,


Thank you for this. In looking at the contract, I am a little unclear. Is this a "turn key" project. Will there be any owner responsibility costs or tasks in addition to PG&E's work? PG&E is doing the trench & concrete patch back correct?

Please let me know.


Thanks, Josh


**From:** Husted, Amy <ALHT@pge.com>
**Sent:** Monday, May 06, 2019 9:39 AM
**To:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Cc:** Margie Sawyer <margiesawyer10@gmail.com>
**Subject:** RE: NOT# 116622640 9*12 5th St, Orland


Hi Josh,


I have attached the contract above. You can print it out, sign and submit with monies to the address at the bottom left corner of the first page.

PG&E CFM.PPC Department

PO BOX 997340

Sacramento, Can 95899


You should be able to sign and make the payment online from the customer portal, I am not sure what the issue is with the portal at this time. So instead of delaying this project jut go ahead and print it form here.


Thanks


## Amy Husted

## Pacific Gas & Electric

Senior New Business Representative-Fresno

530.720.5490 cell

**Click here to access the** <u>PG&E Greenbook</u>

**Click here to Submit an Application**

**Click here to access Customer Connections Online**

**From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Sent:** Monday, May 06, 2019 9:29 AM
**To:** Husted, Amy <ALHT@pge.com>
**Cc:** Margie Sawyer <margiesawyer10@gmail.com>
**Subject:** FW: NOT# 116622640 9*12 5th St, Orland

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Good morning Amy, I can see that the contract is complete. I am logged into the customer portal & can see the pending contracts page. The contract is listed, but I can't find anywhere to view it.

Is it supposed to be ready for print?

Thanks,

Josh

**From:** Josh Bailey | Allstar Building Services
**Sent:** Monday, April 29, 2019 2:19 PM
**To:** Margie Sawyer <margiesawyer10@gmail.com>
**Subject:** FW: NOT# 116622640 9*12 5th St, Orland

**From:** Husted, Amy <ALHT@pge.com>
**Sent:** Monday, April 29, 2019 1:19 PM
**To:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Subject:** RE: NOT# 116622640 9*12 5th St, Orland

Hi Josh,

I just sent you a different email that has the security code on it for you log into the account. You will not see the contract yet as it has been completed but is in for approval right now. I would say you should see if by Thursday

Thanks

## Amy Husted

## Pacific Gas & Electric

Senior New Business Representative NV-Chico

530.894.4733 office /530.720.5490 cell

**Click here to access the <u>PG&E Greenbook</u>**

**Click here to Submit an Application**

**Click here to access Customer Connections Online**

**From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Sent:** Monday, April 29, 2019 12:40 PM
**To:** Husted, Amy <ALHT@pge.com>
**Subject:** RE: NOT# 116622640 9*12 5th St, Orland

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Amy, I am able to log into the portal, but I only see the Electrical Panel job. I am wondering if there are two separate portals – can you confirm the Application & security for me to get logged in?


Thanks,

Josh



**From:** Husted, Amy <ALHT@pge.com>
**Sent:** Monday, April 29, 2019 8:34 AM
**To:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Subject:** RE: NOT# 116622640 9*12 5th St, Orland


HI Josh,


Estimate was approved on Friday and I will be working on your contracts this morning. The contracts will come through electronically to your PG&E customer portal. Please let me know if you have set up that account so you can receive the contracts. If not please set that up and I can give you the info you need to get that completed.


Thanks


# Amy Husted

## Pacific Gas & Electric

Senior New Business Representative NV-Chico

530.894.4733 office /530.720.5490 cell

**Click here to access the <u>PG&E Greenbook</u>**

**Click here to Submit an Application**

**Click here to access Customer Connections Online**

**From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Sent:** Monday, April 29, 2019 7:20 AM
**To:** Husted, Amy <ALHT@pge.com>
**Cc:** margiesawyer10@gmail.com
**Subject:** Re: NOT# 116622640 9*12 5th St, Orland

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Good morning Amy, can you give me an update on this? Also, will the estimate/contract be mailed or emailed? Can you confirm which mailing addresses you have?

Thanks, Josh

Sent from my iPhone

On Apr 2, 2019, at 12:50 PM, Husted, Amy <ALHT@pge.com> wrote:

Hi Josh,

It was a pleasure speaking with you this afternoon just wanted to follow up with an email as well. The job is still scheduled for design/estimating for April 18th. It stated that it should only take my estimator 8 hours to complete the

design/estimate. It will them go in for any corrections. Once approved I can get the contracts out to you. Please let me know if you have any questions.

Thanks

**Amy Husted**

**Pacific Gas & Electric**

Senior New Business Representative NV-Chico

530.894.4733 office /530.720.5490 cell

**Click here to access the <u>PG&E Greenbook</u>**

**Click here to Submit an Application**

**Click here to access Customer Connections Online**

---

**Josh Bailey | Allstar Building Services**      Wed, May 8, 2019 at 7:59
<josh@abschico.com>      AM
To: Todd Cash PG&E <TCC8@pge.com>
Cc: "Husted, Amy" <ALHT@pge.com>, Natalie Marshall <Natalie@cypm.net>, Margie Sawyer <margiesawyer10@gmail.com>

Good morning Todd.  I really need some help on this.  Time is of the essence & we really need to get this going.

[Quoted text hidden]

---

**Cash, Todd** <TCC8@pge.com>      Wed, May 8, 2019 at 2:01 PM
To: Josh Bailey | Allstar Building Services <josh@abschico.com>
Cc: "Husted, Amy" <ALHT@pge.com>, Natalie Marshall <Natalie@cypm.net>, Margie Sawyer <margiesawyer10@gmail.com>

Josh,

I looked in the notes in SAP on your job and it says Natalie emailed you a copy of your contract because you elected to have your contract mailed to you.

Once we get the signed contract back we can schedule your job for construction.

Thank you

Todd Cash

530 894-4781

[Quoted text hidden]

---

**Husted, Amy** <ALHT@pge.com>                                    Wed, May 8, 2019 at 2:15 PM
To: "Cash, Todd" <TCC8@pge.com>, Josh Bailey | Allstar Building Services <josh@abschico.com>
Cc: Natalie Marshall <Natalie@cypm.net>, Margie Sawyer <margiesawyer10@gmail.com>

HI Josh,

In regards to your email below PG&E is trenching and backfilling. They will saw cut the concrete for the walk way where the new service is being installed. PG&E will then put in a tag to have the sawcut re-cemented for you. It will not happen that same day will but we will be taking care of that for you as well. Hope this helps. If you have any other questions I am more then happy to help answer them for you since I have been working on this project with you for quite some time.

[Quoted text hidden]

 Gmail

**Margie Sawyer <margiesawyer10@gmail.com>**

# Fwd: 35078336_912 5TH ST, ORLAND
11 messages

**Josh Bailey | Allstar Building Services**
<josh@abschico.com>
To: "margiesawyer10@gmail.com" <margiesawyer10@gmail.com>

Wed, May 29, 2019 at 5:11 PM

Margie, I will message you in the morning, but Todd is our of the office.  I emailed his supervisor earlier today.

Josh

Sent from my iPhone

Begin forwarded message:

> **From:** Josh Bailey | Allstar Building Services <josh@abschico.com>
> **Date:** May 29, 2019 at 1:18:56 PM PDT
> **To:** "Fritze, Natalie" <NLF7@pge.com>
> **Subject: FW: 35078336_912 5TH ST, ORLAND**
>
> Natalie, Now Todd is out of the office.  We are desperate for an update.
>
> Do you have any info on this?
>
> Thanks,
>
> Josh
>
> **From:** Cash, Todd <TCC8@pge.com>
> **Sent:** Tuesday, May 21, 2019 4:11 PM
> **To:** Jackson, Lawrence <LWJ3@pge.com>
> **Cc:** Josh Bailey | Allstar Building Services <josh@abschico.com>
> **Subject:** 35078336_912 5TH ST, ORLAND

Hey Larry,

Josh Bailey is calling checking on this job, it shows an outstanding Enviro Serv dependency in process.

Do you know what the holdup is here?

Thanks, Todd Cash

---

**Margie Sawyer** <margiesawyer10@gmail.com>     Thu, May 30, 2019 at 8:27 AM
To: Josh Bailey | Allstar Building Services <josh@abschico.com>

Can you remind her my insurance reimbursement runs out July 1? Thank you Josh
[Quoted text hidden]
--

*Margie*

---

**Josh Bailey | Allstar Building Services**     Thu, May 30, 2019 at 9:19
<josh@abschico.com>     AM
To: Margie Sawyer <margiesawyer10@gmail.com>

Margie, I have forward this to every contact that is involved. Will send you an update immediately when I here something.

Josh

**From:** Josh Bailey | Allstar Building Services
**Sent:** Thursday, May 30, 2019 9:18 AM
**To:** Jackson, Lawrence <LWJ3@pge.com>

Hi Larry, any update on this?  We are really hopeful for an update.  This project was an insurance claim & the insurance company is only able to pay on this claim for another couple of weeks.  If there are any delays or additional costs, it is imperative that we know asap.

Thanks much,

[Quoted text hidden]

---

**Margie Sawyer** <margiesawyer10@gmail.com>                Thu, May 30, 2019 at 3:38 PM
To: Josh Bailey | Allstar Building Services <josh@abschico.com>

Can you ask Luz to replyand confirmed she received the information about the money sent into PG and E?

thank you Josh

[Quoted text hidden]

--

*Margie*

---

**Josh Bailey | Allstar Building Services**              Thu, May 30, 2019 at 3:47
<josh@abschico.com>                                                          PM
To: Margie Sawyer <margiesawyer10@gmail.com>

Luz has an adjustment check ready to send you.  I think it is about $16,400 & includes the PG&E stuff.  She wants it to be the final check, so I have not pushed her to send it because we are still a bit unsettled with the city of orland.  They required an energy test on the HVAC system (which is complete) and I want to make sure they don't need anything else from us.  I was hoping to hear from the city this week, but its gonna be next week at this point.  Luz will add the cost of the test in & anything else needed from the city before she sends the $$.

[Quoted text hidden]

---

**Josh Bailey | Allstar Building Services**              Wed, Jun 5, 2019 at 8:07
<josh@abschico.com>                                                          AM
To: Todd Cash PG&E <TCC8@pge.com>
Cc: Margie Sawyer <margiesawyer10@gmail.com>

Good morning Todd, I really need to get an update on this.  Can you help me?


Josh



**From:** Josh Bailey | Allstar Building Services
**Sent:** Wednesday, May 29, 2019 1:17 PM
**To:** Todd Cash PG&E <TCC8@pge.com>
**Subject:** FW: 35078336_912 5TH ST, ORLAND


Hi Todd, any update on this?


Thanks,

[Quoted text hidden]

---

**Josh Bailey | Allstar Building Services**                    Wed, Jun 5, 2019 at 9:19
<josh@abschico.com>                                                                    AM
To: Margie Sawyer <margiesawyer10@gmail.com>
Cc: "luz_recto@farmersimsurance.com" <luz_recto@farmersimsurance.com>


Margie, looks like they got past the environmental hiccup & sounds like we are waiting
for construction date.


Josh



**From:** Cash, Todd <TCC8@pge.com>
**Sent:** Wednesday, June 05, 2019 9:16 AM
**To:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Cc:** Fritze, Natalie <NLF7@pge.com>
**Subject:** RE: 35078336_912 5TH ST, ORLAND

Josh,

The permits are complete now, I left a message for our Gas Const Coordinator to please get this job on the schedule.

Thanks, Todd

---

**From:** Josh Bailey | Allstar Building Services [mailto:josh@abschico.com]
**Sent:** Wednesday, June 05, 2019 8:08 AM
**To:** Cash, Todd
**Cc:** Margie Sawyer
**Subject:** FW: 35078336_912 5TH ST, ORLAND

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

[Quoted text hidden]

---

**Josh Bailey | Allstar Building Services**                    Mon, Jun 10, 2019 at 2:35
<josh@abschico.com>                                                                  PM
To: Todd Cash PG&E <TCC8@pge.com>
Cc: Margie Sawyer <margiesawyer10@gmail.com>, Luz Recto
<luz_recto@farmersinsurance.com>

Todd, did we get a date yet?

**From:** Josh Bailey | Allstar Building Services
**Sent:** Wednesday, June 05, 2019 9:19 AM
**To:** Cash, Todd <TCC8@pge.com>
**Subject:** RE: 35078336_912 5TH ST, ORLAND

Thanks Todd

**From:** Cash, Todd <TCC8@pge.com>
**Sent:** Wednesday, June 05, 2019 9:16 AM
**To:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Cc:** Fritze, Natalie <NLF7@pge.com>
**Subject:** RE: 35078336_912 5TH ST, ORLAND

Josh,

The permits are complete now, I left a message for our Gas Const Coordinator to please get this job on the schedule.

Thanks, Todd

**From:** Josh Bailey | Allstar Building Services [mailto:josh@abschico.com]
**Sent:** Wednesday, June 05, 2019 8:08 AM
**To:** Cash, Todd
**Cc:** Margie Sawyer
**Subject:** FW: 35078336_912 5TH ST, ORLAND

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Good morning Todd, I really need to get an update on this. Can you help me?

[Quoted text hidden]

**Josh Bailey | Allstar Building Services**                      Tue, Jun 25, 2019 at 1:53
<josh@abschico.com>                                                                         PM
To: "Cash, Todd" <TCC8@pge.com>
Cc: Margie Sawyer <margiesawyer10@gmail.com>

Hi Todd, customer is concerned the cost and time frame might be changing? Amy & I had discussed that the contract amount would be for turn key service & no other costs are anticipated on this line set & meters.

Any thoughts on this & any update on the schedule?


Thanks,


Josh


**From:** Cash, Todd <TCC8@pge.com>
**Sent:** Monday, June 10, 2019 3:04 PM
**To:** Josh Bailey | Allstar Building Services <josh@abschico.com>
**Cc:** Fritze, Natalie <NLF7@pge.com>
**Subject:** RE: 35078336_912 5TH ST, ORLAND


Josh,


The gas coordinator just came by and said he is going to have to bore underneath all the concrete, this takes 3 weeks to coordinate with all other utilities in the area.


He is aware of the urgency on this job.


Thank you

Todd Cash

530 894-4781

[Quoted text hidden]

---

**Cash, Todd** <TCC8@pge.com>                                    Tue, Jun 25, 2019 at 2:29 PM
To: Josh Bailey | Allstar Building Services <josh@abschico.com>
Cc: Margie Sawyer <margiesawyer10@gmail.com>

Josh,

As far as I know I don't think there are any additional costs. I heard they will be doing this soon. There was a 3 week minimum notice timeframe we had to give other utilities

Incidental to this project before we can bore the service in.

Thanks, Todd

**From:** Josh Bailey | Allstar Building Services [mailto:josh@abschico.com]
**Sent:** Tuesday, June 25, 2019 1:54 PM
**To:** Cash, Todd
**Cc:** Margie Sawyer
**Subject:** RE: 35078336_912 5TH ST, ORLAND

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***

[Quoted text hidden]

---

**Margie Sawyer** <margiesawyer10@gmail.com>          Wed, Jun 26, 2019 at 8:16 AM
To: "Cash, Todd" <TCC8@pge.com>
Cc: Josh Bailey | Allstar Building Services <josh@abschico.com>

This is going to be a huge relief. We should be getting close! Thank you Both!

[Quoted text hidden]
--

*Margie*