Response to:

NOTICE OF HEARING ON REORGANIZED DEBTORS' FORTY-FORTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS)

In the Bankruptcy Case No. 19-30088 (DM) by:

| | | |
|---|---|---|
| Ken W. Bray | and: | Ken W. Bray |
| P.O. Box 897 | | P.O. Box 387 |
| Menlo Park, CA 94026 | | Chico, CA 95927 |

Tel: 650-714-5409

Note: The Exhibit 1 address of 2615 Forest Avenue is incorrect and not my address.

Proof of Claim No: 70722   $40,000

1) Explanation for the amount of proof of claim: See Exhibit "A" also Exhibits "D, E, F"

2) Statement why the Bankruptcy Court should not sustain the Omnibus Objection: See Exhibit "B"

3) Declaration of Person with Knowledge: See Exhibit "C"

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS)**<br><br>**Response Deadline:**<br>**December 1, 2020, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: December 15, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Additional Exhibits:

Exhibit "D"  Ken Bray disability award

Exhibit "E"  Article 09 November 2018 Palo Alto Online:
"Smoke from Camp Fire causing unhealthy air on Peninsula"

Exhibit "F"  Article 19 November 2018 Palo Alto Online:
"Locals cope with lingering smoky conditions"

EXHIBIT "A"

AN EXPLANATION FOR THE AMOUNT OF CLAIM
To the court:

The Camp Fire (Paradise, California and vicinity) caused me to suffer greatly and aggravated my disabled condition. I believe compensation for this incomprehensible event is reasonable.

Attached is my disability award Exhibit "D". I am essentially allergic to smoke and hydrocarbons and exposure to even low levels causes severe pain in my muscles and joints to the point of intolerable pain and suffering. It slows my mental function as well and I become bedridden. In addition the inhalation of particulates from the fire is dangerous and injurious to the lungs.

Although I was in the San Francisco area when the fire started, the smoke came and covered the Bay area for weeks with unhealthy and unbreathable air. I was trapped and panicked that my possessions in my apartment and in storage in Chico would be lost to the raging fire.
See Exhibit "E" 9 November 2018 news article and Exhibit "F" 19 November 2018 news article.

In addition to the physical suffering, I was emotionally traumatized. It was even more painful to know that what I was breathing was the remains of a community I called "Home" since 1976. Friends houses, local landmarks, memories of 40 plus years were burned and coming down on us as ashes, not to mention the ashes of the people that succumbed to the fire. My inventions are stored in buildings on the East Side of Chico that was threatened by the inferno.
I was horrified that they could be lost. Due to the Chaos and my illness, I was not able to go to my Chico apartment to protect anything.

I have friends in Paradise that lost everything. My wedding venue on Wagstaff Road from 1976 was also destroyed. Memories, friends, community, feelings of safety, all gone.

PG & E needs to be financially penalized for their misdeeds.
$40,000 is reasonable for what I suffered.

This is why I have asked the court to allow my claim to proceed.
The whole thing is very sad and depressing.

Exhibit "B"

REASONS WHT THE BANKRUPTCY COURT
SHOULD NOT SUSTAIN THE OMNIBUS OBJECTION:

PG&E CLAIMS "NO LIABILITY" and wants to disallow and expunge my claim.

I claim that PG&E is liable for causing the smoke that blanketed the San Francisco Bay area and smothered the area for weeks. I suffered greatly, more than most. again See Exhibits "E & F"

I claim that PG&E is liable for causing this human nightmare of pain and suffering to other and for me as well. I was terrified and I am still grieving over the losses and the destruction.

For these reasons, I ask that the Bankruptcy Court should not sustain the Omnibus Objection in my case and allow my claim to proceed.

EXHIBIT "C"

DECLARATION:

I declare that under penalty of perjury, that I have personal knowledge of the relevant facts that support Mr. Bray's response.

Signed: 01 December 2020

Susan C.H. Lee
1420 Franks Ln
Menlo Park, CA 94025

Tel: 650-906-6803

Susan C.H. Lee

Signed _____

# Exhibit "D"

# WORKERS' COMPENSATION APPEALS BOARD

### STATE OF CALIFORNIA

| | | |
|---|---|---|
| Ken W. Bray | Applicant | Case No. ▆▆▆ 079 730 (Transferred to Santa Monica) |
| vs. | | Stipulations with Request for Award |
| United Airlines | Defendants | |

The parties hereto stipulate to the issuance of an Award and/or Order, based upon the following facts, and waive the requirements of Labor Code Section 5313:

1. **Ken W. Bray** (Employee), born ▆▆-50, while employed within the State of California as **Flight Attendant** (Occupation) on **1986 to 12-11-95** (Date of Injury), by **United Airlines** (Employer), whose compensation insurance carrier was **Alexis Risk Management**, sustained injury arising out of and in the course of employment **Psyche, internal, neurological, musculoskeletal** (Parts of body injured).

2. The injury caused temporary disability for the period ▆▆-96 through ▆▆-00, for which indemnity is payable at $▆▆/wk per week, less credit for such payments previously made. (per Commutation, after 4-1-02 and continuing for 902.3 weeks, the TTD rate will be $▆▆/wk per Order of the Court)

3. The injury caused permanent disability of **100** %, for which indemnity is payable at $▆▆/wk per week beginning ▆▆-00, in the sum of $ **TTD for life**, less credit for such payments previously made. (payment of $▆▆/wk for life after 902.3 weeks at $▆▆)

An informal rating has ▆▆▆▆ been previously issued. (Select one)

4. There is ▆▆▆▆ ▆▆▆▆ need for medical treatment to cure or relieve from the effects of said injury. (Select one) Primary Treating Physician is ▆▆▆▆▆▆▆, MD who has approved the Life Care Plan filed in this matter.


DWC WCAB FORM 5 (REV. 5-95)     (Page 1)

DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF INDUSTRIAL ACCIDENTS
AB 99021
WCAB-1

Case: 19-30088    Doc# 9661    Filed: 12/01/20    Entered: 12/01/20 16:10:40    Page 7 of 13

# Exhibit "E"

# Smoke from Camp Fire causing unhealthy air on Peninsula

Heavy smoke brings in particulate pollution to region

by Kevin Forestieri / Mountain View Voice

Uploaded: Fri, Nov 9, 2018, 8:49 am
Updated: Fri, Nov 9, 2018, 3:18 pm

Bay Area residents are being advised to stay inside and keep doors and windows closed, as smoke blows into the region from a major fire in Butte County.

The Palo Alto Fire Department's engine 65 team was deployed to the Camp Fire on Thursday afternoon as part of a Santa Clara County strike team.

**Wildfire smoke impacts Bay Area conditions**

Smoke from the Camp Fire, which had scorched 70,000 acres in Northern California as of Friday morning, moved into the Bay Area from the northeast, impacting air quality throughout the morning. Data collected by an air quality station in Redwood City shows Peninsula residents are getting some of the worst of it, reaching "unhealthy" levels as of 6 a.m.

Those conditions, caused by fine particulate matter in the air, worsened as the morning progressed, according to the Bay Area Air Quality Management District (BAAQMD).

The unhealthy designation means that everyone is advised to avoid breathing the outdoor air until smoke levels subside, and that exposure can lead to coughing, a dry scratchy throat and irritated sinuses, according to a BAAQMD press release. Elderly residents, children and people with respiratory illnesses are at particularly high risk, and should take extra precautions to steer clear of the smoke.

**School activities rescheduled due to poor air quality**

Outdoor activities at local schools have been significantly scaled back. All activities at Palo Alto Unified School District campuses have been moved inside, according to Superintendent Don Austin.

Paly football's scheduled Central Coast Section playoff game against Los Gatos in Palo Alto at 7 p.m. Friday has been rescheduled to 6 p.m. Monday, according to school officials.

The CCS cross country championships featuring participants from multiple Midpeninsula high schools that was originally set for Saturday has also been moved to Monday.

Free face masks are being provided for free to Foothill College students at the campus Smart Shop and this afternoon at Health Services, according to student newspaper The Script.

The college has also canceled all athletic events and community education swimming that were scheduled for Friday and Saturday, Foothill officials said in a tweet. Outdoor classes have been also been instructed to move indoors.

**Agencies offer health protection tips**

The Santa Clara County Public Health Department released a statement Friday encouraging residents to frequently check air quality levels, and that active wildfires combined with changing wind patterns makes smoke levels both variable and unpredictable. "Air quality may improve at times or get worse, very quickly," according to the department.

The public health department encouraged residents to stay indoors anytime they can see or smell smoke, and urged a cautious approach to using masks. So-called N-95 masks, while they can protect against air pollutants, can actually have adverse effects.

"Masks such as the N-95 are not effective for untrained users and may be more harmful than helpful for people with lung or heart conditions," according to the statement.

Bandanas and surgical masks do not protect against wildfire smoke particles, the statement said.

It is recommended to limit outdoor activities as much as possible. Smoke from wildfires contains chemicals, gases and fine particles that are harmful. The biggest hazard is from breathing in the fine particles, which can reduce lung function, worsen asthma and exacerbate existing heart and lung conditions, according to BAAQMD.

**Spare the Air alert, red flag warning issued**

In an unusual move, BAAQMD has issued a Winter Spare the Air Alert from Friday all the way through Monday because of heavy smoke and particulates drifting into the Bay Area from the Camp Fire.

In addition, the National Weather Service has simultaneously issued a red flag warning and a frost warning for the region this weekend — fire danger is high for the Santa Cruz Mountains, the North Bay and the East Bay hills because of windy, dry conditions in the forecast, yet frost is also likely because of overnight temperatures dropping into the low 30s Saturday morning, mainly in the North Bay and southern Salinas valleys.

Case: 19-30088    Doc# 9661    Filed: 12/01/20    Entered: 12/01/20 16:10:40    Page 9 of 13

The outdoor and indoor burning of wood or any other solid fuel is banned during this Winter Spare the Air Alert.

The extended air quality alert was issued because smoke from the Camp Fire continues to cause elevated levels of particulate pollution in the region, especially impacting the North Bay and East Bay, officials said.

Unhealthy air quality conditions are expected to persist through Monday and perhaps longer as northeasterly winds, forecast for the weekend, will continue to drive smoke this way. In addition, a continuing high-pressure system over Northern California is trapping the bad air at ground level.

Outdoor and indoor burning of wood or any other solid fuel is prohibited for the duration of the alert.

People can find out when a Spare the Air alert is in effect by visiting www.sparetheair.org, calling 877-4NO-BURN (466-2876), downloading the Spare the Air smartphone app for iPhone or Android or connecting with Spare the Air on Facebook, Twitter or YouTube.

*Kevin Forestieri writes for the Mountain View Voice, the sister publication of PaloAltoOnline.com. Palo Alto Weekly and Bay City News Service contributed to this report.*

© 2020 Palo Alto Online. All rights reserved.

# Exhibit "F"

# Locals cope with lingering smoky conditions

Many are staying indoors, wearing masks while outdoors to protect health

by Palo Alto Weekly staff / Palo Alto Weekly

Uploaded: Fri, Nov 16, 2018, 3:45 pm
Updated: Mon, Nov 19, 2018, 8:27 am

Many Palo Alto residents are spending more time indoors this week, skipping their regular activities as smoky conditions caused by the Camp Fire in Butte County nearly 200 miles away persist on the Peninsula.

A Spare the Air alert has been issued for the Bay Area every day since the night of Nov. 8 as a result of the Camp Fire, which has burned through 153,336 acres of Northern California as of Friday morning, Nov. 23. The alert is in effect through Wednesday, Nov. 21.

Regional air quality district officials said the bad air quality will continue into the week of Thanksgiving. The increasingly poor air quality prompted officials at local school districts, private schools, community colleges and universities to cancel classes and sporting events as regional air quality readings crossed into the "very unhealthy" range Thursday.

The Weekly put a call out on social media for readers to tell us how they're coping with the poor air quality.

While most said their lives had been impacted in some way or another, they acknowledged that the smoky conditions we're experiencing here are nothing compared to the hardships faced by those in Butte County.

"I'm coping from the smoky by donating to the families impacted by the Camp Fire. We have so little to complain about when their whole lives have been changed so dramatically," said resident Ann Crichton. "The smoke is a reminder that the particulates in the air were someone's home, car, beautiful and peaceful life floating around."

Another resident echoed that sentiment on Instagram: "Better than those in Paradise. We can't complain."

Some said they're donning paper masks and continuing to go about their usual business. Others said they've had to alter their daily routines.

As of Friday afternoon, ACE Hardware on Alma Street in Palo Alto ran out of N95 masks to filter out smoke while walking outdoors, but hope to get more soon, according to an automated voicemail on the store's main number.

Resident Raymond Lucas said he's had to skip his swim workout.

"Rinconada Pool has been closed all week. Not able to swim makes it harder to cope," he wrote.

One resident has had to use an inhaler every morning as needed for asthma. Another said she had to remove the doggie door on her patio slider after the living room started to smell like smoke. Others said the smoke is so awful, they've had to stay inside with the windows closed.

"I feel awful. Sometimes it's hard to breathe," wrote Weekly reader Beth Eisenberg Pennay.

"I went out a few times and felt like I was eating ash," Karen Ambrose Hickey wrote.

Psychologist Thomas Plante, a professor at Santa Clara and Stanford universities, said this is only the second time in 42 years that he hasn't been able to take his daily run due to outdoor conditions. The first time he skipped his daily run was last year during the Sonoma fires, he tweeted on Thursday.

Susan Wyle said her biggest challenge has been keeping her dog, Polly, active without going outside.

She said Polly is "high energy and used to being outside in nature every day for at least an hour walk."

After looking for creative solutions online, she's been able to find all kinds of ways to keep Polly busy indoors, including hiding kibble at the bottom of a laundry basket with all her toys piled into the basket and wrapping kibble in paper, then stuffing it into toilet paper rolls.

"Turns out that the mental challenge really does tire them out," she posted on Facebook. "Challenge to our Silicon Valley entrepreneurs: Make a doggie face mask that can fit different sizes and protect our pets!"

Emily Ridgway posted, "You cope by being grateful that you have been spared and send in contributions for the people who weren't so fortunate."

The Camp Fire has killed 85 people and was 100 percent contained as of Sunday morning, Nov. 25, according to Cal Fire. The region was under a Spare the Air alert from the night the fire started through Wednesday, Nov. 21.

The smoke has created a health risk for residents, in particular, children, the elderly and those with respiratory conditions. People are advised to stay indoors and to keep their windows and doors closed.

In an advisory issued Friday, Santa Clara County public health officials advised people to set their air-conditioning units to re-circulate to prevent outside air from getting inside, using portable HEPA filters to improve indoor air quality and frequently changing their home heating system's integrated air filter "with a properly rated particulate filter."

Case: 19-30088    Doc# 9661    Filed: 12/01/20    Entered: 12/01/20 16:10:40    Page 12 of 13

The county will also be operating a clean air center at the Opportunity Center at 33 Encina Ave. on weekdays from 8 a.m.-4 p.m., county officials announced late Friday afternoon. For a full list of the county's clean air centers, in addition to cold weather shelters, visit sccgov.org.

**Related content:**

- Ways to help victims of the Camp Fire

© 2020 Palo Alto Online. All rights reserved.