LEONIDOU & ROSIN
Professional Corporation
A. Robert Rosin (SBN 115245)
arrosin@alr-law.com
Gregory S. Gerson (SBN 318795)
ggerson@alr-law.com
777 Cuesta Drive, Suite 200
Mountain View, CA 94040
Telephone: (650) 691-2888

Attorneys for Creditor
GORDON N. BALL, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors. | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>Hearing:<br><br>Date: December 15, 2020<br>Time: 10:00 a.m. |

## DECLARATION OF LANE GROVER IN SUPPORT OF RESPONSE TO OBJECTION

I, Lane Grover, hereby declare under penalty of perjury as follows:

1.     I am a project manager employed by Gordon N. Ball, Inc. ("GNB"). I am over the age of eighteen years and I am authorized to make this declaration on behalf of GNB. I am a custodian of records of GNB.

2.     Except where indicated otherwise, the facts stated herein are within my personal knowledge and if called upon to testify to the same I could and would testify competently thereto. Some of the facts presented herein are based on the books and records of GNB. Those books and records are maintained in the regularly conducted activity of the business, and making those records is a regular practice of the business.

1

DECLARATION OF LANE GROVER IN SUPPORT OF RESPONSE TO OBJECTION

C:\Users\lgrover\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\ALX9HS19\PG E Bankruptcy Decl. Grover ISO Response (0024595z x9F7BE).docx

Case: 19-30088   Doc# 9662   Filed: 12/01/20   Entered: 12/01/20 16:17:16   Page 1 of 92

3. GNB is a general engineering construction company located in Contra Costa County.

4. On or about August 31, 2017, GNB and the City of San Francisco ("City") entered a contract under which GNB was to perform construction work on the Transbay Transit Center Streetscape project ("Project"), identified as City contract number 2862J ("Contract"). The Contract is an exhibit to GNB's Response to Objection filed herewith.

5. In December 2017, GNB discovered the undisclosed underground utilities, including a live power line, belonging to Pacific Gas and Electric Company ("PG&E") which were directly in the way of the proposed Project work. These utilities were located at or near the northside of Mission Street and Shaw Alley, near Golden Gate University.

6. After discovery, PG&E did not perform its obligation to relocate the utilities in conflict with the Project work until July 2018.

7. GNB reasonably mitigated the impact of the seven-month period between the discovery and relocation of PG&E's utility facilities; GNB's Claim seeks compensation for 36 days of delay.

8. In the Summer of 2019, I submitted on behalf of GNB a Proof of Claim ("Claim") in this bankruptcy proceeding. Attached hereto as **Exhibit A** is a true and correct copy of the Claim. The Claim was assigned number 4463.

9. While box number 7 of the Claim states a claim amount of $93,108.48, this was a typographical error and the actual amount is $98,103.48 as indicated in several places in the attachments to the Claim, including the very first page of attachments.

10. The Claim is not one for property damage. It is based on an obligation that PG&E assumed by contract.

11. The basis of the Claim is extra Project work and delay caused by the undisclosed presence of Debtor PG&E's underground utility facilities. The Claim includes approximately eighty (80) pages of backup for the claimed amount, a spreadsheet itemizing the damages, and included the Eichleay formula upon which the home office overhead component of the Claim was based.

---

2

DECLARATION OF LANE GROVER IN SUPPORT OF RESPONSE TO OBJECTION

C:\Users\lgrover\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\AL X9HS!9\PG E Bankruptcy Decl. Grover ISO Response (00245952x9F7BE).docx

Case: 19-30088    Doc# 9662    Filed: 12/01/20    Entered: 12/01/20 16:17:16    Page 2 of 92

12.    GNB received an email, dated October 8, 2020, from PG&E representative Debbie Whisenhunt, which made a settlement proposal of 62% concerning the Claim but included no explanation or rationale for the amount offered.

13.    I made several attempts to contact Ms. Whisenhunt, but my calls went to a voicemail box which said it was "full" and my emails were not returned until two weeks after the Debtors' objection to the Claim was filed.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in _Alamo_, California on December _1_, 2020.

_____
Lane Grover

DECLARATION OF LANE GROVER IN SUPPORT OF RESPONSE TO OBJECTION

EXHIBIT A

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

**Debtor:** Gordon N. Ball, Inc.

**Case Number:** A19130183

RECEIVED
AUG 0 1 2019
Prime Clerk LLC



193008880001985

## Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Gordon N. Ball, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Hal Stober | Gordon N. Ball, Inc. |
| Name | Name |
| 333 Camille Ave | 333 Camille Ave |
| Number     Street | Number     Street |
| Alamo     CA     94507 | Alamo     CA     94507 |
| City     State     ZIP Code | City     State     ZIP Code |
| Contact phone 925 838 5675 | Contact phone |
| Contact email hstober@ballconco.com | Contact email |

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) A19130183   Filed on 01/29/2019
                                                                          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☑ No Copy Provided

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

| | |
|---|---|
| 7. **How much is the claim?** | $ _____ 93,108.48 . **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Extra work due to conflicts w/ PG&E UG utilities on SFDPW 2862J |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**            $ _____<br>**Amount of the claim that is secured:**    $ _____<br><br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $ _____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410                     **Proof of Claim**                          page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*                                                    **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).                                    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).             $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).                                            $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).       $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).           $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.           $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    06/06/2019
                    MM / DD / YYYY

Lane Grover
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name       Lane Grover
           First name          Middle name          Last name

Title      Project Manager

Company    Gordon N. Ball, Inc.
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    333 Camille Ave
           Number       Street

           Alamo                          CA        94507
           City                           State     ZIP Code

Contact phone   9252602116              Email  lrgrover@ballconco.com



October 30, 2018                                    Correspondence No. 245-023

Joseph Liu

**Gordon N. Ball Inc.**     Construction Manager
San Francisco Public Works
30 Van Ness Avenue, 5th Floor
**General Engineering Contractors**     San Francisco, CA 94102

·

Project:     Transbay Transit Center Streetscape Phase I
Contract No. FCA17101 / ID No. 2862J
**Tel 925.838.5675**         Gordon N. Ball, Inc. Job# 245

**Fax 925.838.5915**     Subject:     COR - PGE Utility Conflict at north side of Mission/Shaw Alley
Reference:     12/4/17 email *"Transbay Streetscape – Unmarked Utility", GNB Letters 14, 16, 19.*

·

Ladies and Gentlemen,

**333 Camille Avenue**     In accordance with Section 6.04, Gordon N. Ball, Inc., hereby submits a Change Order Request in
the amount of $98,103.48 as compensation for the delay experienced on the project as a result
**Alamo, CA 94507**     of the unknown PGE utility in direct conflict with the Work on the north side of Mission and
Shaw Alley. See attached backup detailing the costs. Should you have any questions, please
·     don't hesitate to contact me directly.

Sincerely,

GORDON N. BALL, INC.

Lane Grover
Project Manager
CC:File

Gordon N. Ball, Inc.
Transbay Terminal Contract TG12.1 (Subcontract No. 301001201)
Change Order Request
PGE Delay at North Mission & Shaw Alley

| Resource | Quantity | Unit | Unit Cost | Labor | Equipment | Material | Subcontract | Total Cost | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **PGE Delay** | | | | | | | | **$ 98,103.48** | |
| | | | | | | | | | |
| **1** | **Additional Traffic Control** | | | | | | | **$ 27,804.00** | |
| | | | | | | | | | |
| 1.1 **Traffic Control Rental** | 1 | LS | $ 18,900.00 | | | | | $ 18,900.00 | |
| Pedestrian Barricades Around Work Area | 9 | Months | $ 2,100.00 | | | $ 18,900.00 | | | 35 units from 12/14/17 - 8/4/18 |
| | | | | | | | | | |
| 1.2 **Maintain Barriers** | 1 | LS | $ 3,654.00 | | | | | $ 3,654.00 | |
| Foreman | 8 | Hrs | $ 85.00 | $ 680.00 | | | | | |
| F250 Truck | 8 | Hrs | $ 18.00 | | $ 144.00 | | | | |
| Laborer - 2EA | 16 | Hrs | $ 55.00 | $ 880.00 | | | | | |
| Replace Damaged/Missing Barriers | 5 | EA | $ 250.00 | | | $ 1,250.00 | | | |
| Replace Stolen Cones | 20 | EA | $ 35.00 | | | $ 700.00 | | | |
| | | | | | | | | | |
| 1.3 **Revised Traffic Control Plans** | 1 | LS | $ 1,050.00 | | | | | $ 1,050.00 | Revised TCPs required due to incomplete work on the North side of Mission |
| TCPs | 3 | EA | $ 350.00 | | | $ 1,050.00 | | | |
| | | | | | | | | | |
| 1.4 **Additional Rental of Barricades** | 1 | LS | $ 4,200.00 | | | | | $ 4,200.00 | Required to mobilize double the pedestrian barricades because the quantity we could have used was occupied protecting the demo area under delay. Used at 1st and Mission |
| Pedestrian Barricade Rental | 2 | Month | $ 2,100.00 | | | $ 4,200.00 | | | |
| **2** | **Backfill Excavation for Safety** | | | | | | | **$ 4,967.00** | |
| | | | | | | | | | |
| 2.1 **Haul in and Place Material** | 1 | LS | $ 2,441.00 | | | | | $ 2,441.00 | |
| Foreman | 4 | Hrs | $ 85.00 | $ 340.00 | | | | | |
| F250 Truck | 4 | Hrs | $ 18.00 | | $ 72.00 | | | | |
| Operator | 4 | Hrs | $ 76.00 | $ 304.00 | | | | | |
| Laborer - 4EA | 16 | Hrs | $ 55.00 | $ 880.00 | | | | | |
| Trucking | 4 | Hrs | $ 105.00 | | $ 420.00 | | | | 4 Hr Minimum |
| Excavator | 4 | Hrs | $ 85.00 | | $ 340.00 | | | | |
| Arrow Board | 1 | EA | $ 85.00 | | $ 85.00 | | | | |
| | | | | | | | | | |
| 2.2 **Remove Temp Fill for Contract C&G Work** | 1 | LS | $ 2,526.00 | | | | | $ 2,526.00 | |
| Foreman | 4 | Hrs | $ 85.00 | $ 340.00 | | | | | |
| F250 Truck | 4 | Hrs | $ 18.00 | | $ 72.00 | | | | |
| Operator | 4 | Hrs | $ 76.00 | $ 304.00 | | | | | |
| Laborer - 4EA | 16 | Hrs | $ 55.00 | $ 880.00 | | | | | |
| Trucking | 4 | Hrs | $ 105.00 | | $ 420.00 | | | | 4 Hr Minimum |
| Excavator | 4 | Hrs | $ 85.00 | | $ 340.00 | | | | |
| Arrow Board | 2 | EA | $ 85.00 | | $ 170.00 | | | | |
| | | | | | | | | | |
| **3** | **Additional Paving Mobilization** | | | | | | | **$ 15,646.00** | |
| | | | | | | | | | |
| 3.1 **Pave** | 1 | LS | $ 15,646.00 | | | | | $ 15,646.00 | Pave south side of Mission street only. As roadbase remained exposed for longer than SFDPW spec allowed due to delay in relocating the lines in conflict |
| OT Rates as paving was performed on Saturday | | | | | | | | | |
| Foreman | 8 | Hrs | $ 107.00 | $ 856.00 | | | | | |
| F250 Truck | 8 | Hrs | $ 18.00 | | $ 144.00 | | | | |
| Operator - 2EA | 16 | Hrs | $ 98.50 | $ 1,576.00 | | | | | |
| Laborer - 5EA | 40 | Hrs | $ 69.00 | $ 2,760.00 | | | | | |
| Trucking | 8 | Hrs | $ 105.00 | | $ 840.00 | | | | |
| Skip Loader | 1 | Day | $ 640.00 | | $ 640.00 | | | | |
| Roller 51" | 1 | Day | $ 600.00 | | $ 600.00 | | | | |
| Roller 47" | 1 | Day | $ 560.00 | | $ 560.00 | | | | |
| Sweeper | 1 | Day | $ 2,000.00 | | $ 2,000.00 | | | | |
| Equipment Mob | 1 | LS | $ 1,500.00 | | $ 1,500.00 | | | | |
| Plant Opening Fee | 1 | LS | $ 4,000.00 | | | $ 4,000.00 | | | Performed work on Saturday |
| Arrow Board | 2 | EA | $ 85.00 | | $ 170.00 | | | | |

Case: 19-30088   Doc# 9662   Filed: 12/01/20   Entered: 12/01/20 16:17:16   Page 9 of 92

Gordon N. Ball, Inc.
Transbay Terminal Contract TG12.1 (Subcontract No. 301001201)
**Change Order Request**
**PGE Delay at North Mission & Shaw Alley**

| Resource | Quantity | Unit | Unit Cost | Labor | Total Cost - Component Equipment | Material | Subcontract | Total Cost | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **4** | **Demo Duct Bank in Conflict with Work** | | | | | | | **$ 14,146.00** | |
| | | | | | | | | | |
| **4.1 Attempted Demo and Coordination** | 1 | LS | $ 3,512.00 | | | | | **$ 3,512.00** | PGE Failed to Properly Notify GNB the work was |
| | | | | | | | | | not complete. Spent the day trying to figure it out |
| Foreman | 8 | Hrs | $ 85.00 | $ 680.00 | | | | | with the QEW. Finally discovered line was still |
| F250 Truck | 8 | Hrs | $ 18.00 | | $ 144.00 | | | | active. |
| Operator | 8 | Hrs | $ 76.00 | $ 608.00 | | | | | |
| Laborer - 2EA | 16 | Hrs | $ 55.00 | $ 880.00 | | | | | |
| Excavator w/ Hammer | 1 | Day | $ 750.00 | | $ 750.00 | | | | |
| Dump Truck | 8 | Hrs | $ 35.00 | | $ 280.00 | | | | |
| Arrow Board | 2 | EA | $ 85.00 | | $ 170.00 | | | | |
| | | | | | | | | | |
| **4.2 Demo Duct Bank (3) Locations** | 1 | LS | $ 7,034.00 | | | | | **$ 7,034.00** | |
| | | | | | | | | | |
| Foreman | 12 | Hrs | $ 85.00 | $ 1,020.00 | | | | | |
| F250 Truck | 4 | Hrs | $ 18.00 | | $ 72.00 | | | | |
| Operator | 12 | Hrs | $ 76.00 | $ 912.00 | | | | | |
| Laborer - 4EA | 48 | Hrs | $ 55.00 | $ 2,640.00 | | | | | |
| Excavator w/ Hammer | 2 | Day | $ 750.00 | | $ 1,500.00 | | | | |
| Dump Truck | 12 | Hrs | $ 35.00 | | $ 420.00 | | | | |
| Concrete Disposal Fee | 2 | LDS | $ 150.00 | | | $ 300.00 | | | small bobtail dumptruck |
| Arrow Board | 2 | EA | $ 85.00 | | $ 170.00 | | | | |
| | | | | | | | | | |
| **5** | **Resurvey Costs** | | | | | | | **$ 1,800.00** | |
| | | | | | | | | | |
| **5.1 Resurvey C&G** | 1 | LS | $ 1,800.00 | | | | | **$ 1,800.00** | survey points were wiped out with installation of new |
| | | | | | | | | | duct bank. Required survey to replace all points. |
| F3 Survey | 8 | Hrs | $ 225.00 | | | $ 1,800.00 | | | 2-man survey crew |
| | | | | | | | | | |
| **6** | **Develop Price to Install Alternate Foundations** | | | | | | | **$ 2,640.00** | |
| | | | | | | | | | Alt foundations needed due to PGE obstruction |
| **6.1 Field Review** | 1 | LS | $ 840.00 | | | | | **$ 840.00** | These costs were not allowed to be included in SFDPW |
| | | | | | | | | | quote |
| Foreman | 4 | Hrs | $ 85.00 | $ 340.00 | | | | | |
| Project Engineer | 4 | Hrs | $ 75.00 | $ 300.00 | | | | | |
| Project Manager | 2 | Hrs | $ 100.00 | $ 200.00 | | | | | |
| | | | | | | | | | |
| **6.2 Develop Estimate** | 1 | LS | $ 1,800.00 | | | | | **$ 1,800.00** | |
| | | | | | | | | | |
| Estimator | 8 | Hrs | $ 125.00 | $ 1,000.00 | | | | | |
| Project Engineer | 8 | Hrs | $ 75.00 | $ 600.00 | | | | | |
| Project Manager Review | 2 | Hrs | $ 100.00 | $ 200.00 | | | | | |
| | | | | | | | | | |
| **7** | **Extended Overhead Due to Delay** | | | | | | | **$ 16,092.00** | |
| | | | | | | | | | |
| **7.1 Daily Extended Overhead** | 1 | LS | $ 16,092.00 | | | | | **$ 16,092.00** | Based on the Eichleay method. Backup attached. |
| | | | | | | | | | Calculated from the end of June, upon completion of all other |
| Overhead | 36 | Day | $ 447.00 | | | $ 16,092.00 | | | work, to 8/4/18 when the foundations were installed |
| | | | | | | | | | |
| **Total Cost of Work** | | | | $ 10,180.00 | $ 12,023.00 | $ 48,292.00 | $ - | $ - | **$ 79,495.00** |
| | | | | | | | | | |
| Labor Burden | 11 | % | | $ 2,109.80 | | | | | $ 2,109.80 |
| Labor Markup (Added After Burden) | 35 | % | | $ 7,451.43 | | | | | $ 7,451.43 |
| Equipment Markup | 15 | % | | | $ 1,803.45 | | | | $ 1,803.45 |
| Materials Markup | 15 | % | | | | $ 7,243.80 | | | $ 7,243.80 |
| Subcontractor Markup | 10 | % | | | | | $ - | | $ - |
| | | | | | | | | | |
| **TOTAL LS PRICE PROPOSAL** | | | | | | | | **$ 98,103.48** | |



CMC Traffic Control Specialist
3450 Third Street Unit 3G
San Francisco, CA 94124
**Phone:** (415) 206-1700
**Fax:** (415) 206-1711

# Invoice

| Invoice Number |
|---|
| 7946 |
| Invoice Date |
| 1/5/2018 |

**Bill To:** Gordon N. Ball Inc.
333 Camille Avenue

Alamo, CA 94507

**Re:** 2862J Transbay Transit Center
Transbay Transit Center

San Francisco, CA

| Job No | Customer Job No | Customer PO | Payment Terms | | Due Date |
|---|---|---|---|---|---|
| 1390 | 245 | | Net 30 Days | | 2/4/2018 |

| | Description | Quantity | U/M | Rate/Unit | Price |
|---|---|---|---|---|---|
| 1/3/2018 | Traffic Control Drawings 011-016-WO #37723 | 6.00 | EA | 350.00 | 2,100.00 |
| 1/4/2018 | Traffic Control Drawings 017-WO #37725 | 1.00 | EA | 350.00 | 350.00 |
| 1/5/2018 | Traffic Control Drawings 018-WO #37728 | 1.00 | EA | 350.00 | 350.00 |

| | | |
|---|---|---|
| Subtotal | $ | 2,800.00 |
| Sales Tax (if applicable) | $ | 0.00 |
| Less Retention | $ | 0.00 |
| **Total Due** | **$** | **2,800.00** |

*Thank you for your business!*



CMC Traffic Control Specialist
3450 Third Street Unit 3G
San Francisco, CA 94124
Phone: (415) 206-1700
Fax: (415) 206-1711

GORDON N. BALL, INC

# Invoice

| Invoice Number |
|---|
| 8089 |
| Invoice Date |
| 1/22/2018 |

JAN 2 6 2018

RECEIVED

**Bill To:** Gordon N. Ball Inc.
333 Camille Avenue

Alamo, CA 94507

**Re:** 2862J Transbay Transit Center
Transbay Transit Center

San Francisco, CA

| Job No | Customer Job No | Customer PO | | Payment Terms | | Due Date |
|---|---|---|---|---|---|---|
| 1390 | 245 | | | Net 30 Days | | 2/21/2018 |
| Description | | | Quantity | U/M | Rate/Unit | Price |
| ADA Plastic Barricades-12/26/17-1/22/18-1/mo-WO #32040 | | | 35.00 | EA | 60.00 | 2,100.00 |
| Alum Sign 30x24 Rental-12/26/17-1/22/18-1/mo-WO #32040 | | | 1.00 | EA | 70.00 | 70.00 |

2450/

| | | |
|---|---|---|
| Subtotal | $ | 2,170.00 |
| Sales Tax (if applicable) | $ | 0.00 |
| Less Retention | $ | 0.00 |
| **Total Due** | **$** | **2,170.00** |

*Thank you for your business!*



# SYAR INDUSTRIES, INC.

| Remit To: | P.O. BOX 2540<br>NAPA, CA 94558-0524<br>(707) 252-8711 | INV. | **692934** |
|---|---|---|---|

PLEASE NOTE OUR REMITTANCE
ADDRESS HAS CHANGED

| | DATE | **06/23/18** |
|---|---|---|

GORDON N. BALL, INC

INVOICE TO:
GORDON N BALL INC
333 CAMILLE AVENUE

ALAMO, CA 94507

JUN 2 8 2018

RECEIVED

SHIPPED TO:
TRANSBAY TRANSIT CENTER

100 FIRST STREET

SAN FRANCISCO, CA

| CUSTOMER NO. | SHIPPED FROM | FOB | CONTRACT NO. | PURCHASE ORDER | JOB NUMBER |
|---|---|---|---|---|---|
| 32896 | LAKE HERMAN ASPHALT | PICKUP | | | 245 |

| S/R | QUANTITY | UNIT | DESCRIPTION | PRODUCT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| S | 1.00 | DAY | PLANT OPENING FEE - AC SAT | 2253 | 4,000.00 | 4,000.00 |
| S | 54.62 | TON | 1/2" HMA TYPE A/B PG 64-10 | 310111500 | 71.00 | 3,878.02 |

2451

| | Sales Tax | 581.01 |
|---|---|---|
| | TOTAL | 8,459.03 |

| | | |
|---|---|---|
| Discount Amount | $54.62 | DISCOUNT ALLOWED IF PAID BY THE 10th OF THE FOLLOWING MONTH. |
| Tax on Discount | $4.03 | TERMS: Discount 10th / Net 30th |
| You may Deduct | $58.65 | |

1.50% Per Month FINANCE CHARGE on Past Due Accounts which is 18.00% ANNUAL PERCENTAGE RATE

## Lane Grover

| | |
|---|---|
| **From:** | Mitch Gardner |
| **Sent:** | Friday, October 26, 2018 10:15 AM |
| **To:** | Lane Grover |
| **Cc:** | Hal Stober |
| **Subject:** | RE: Cost of Delay - Company Overhead Job 245 |
| **Attachments:** | JOB245OHCLAIM.xlsx |

Based on the attached – from job inception through substantial completion ( period ending 09/30/18)  :

| | |
|---|---|
| Total Job 245  Billings | $     1,443,917 |
| Total Company Billings | $  38,383,314 |
| Job  245  Percentage of Total Billings | 3.76 % |
| Total Applicable GNB Home Office Overhead | $     3,755,873 |
| GNB Overhead applicable to Job 245  ( 3.76 %) | $      141,220 |
| Total Calendar Days , 11/28/17 to 10/10/18 | 316 |
| Daily Overhead Rate as of October 10,2018 | $ 447  per CD |

Please let me know if you have any questions, or need anything else.

Thanks!



website | map | email

**Mitchell F. Gardner, CPA | Controller**

**Gordon N. Ball Inc.**
General Engineering Contractors

333 Camille Avenue ▪ Alamo, CA 94507
Office: 925 838 5675 ▪ Cell: 925 383 0696 ▪ Fax: 925 838 5915
License #710807

Please consider the environment before printing this email 

---

**From:** Lane Grover
**Sent:** Friday, October 19, 2018 3:03 PM
**To:** Mitch Gardner
**Cc:** Hal Stober
**Subject:** FW: Cost of Delay - Company Overhead

Mitch,

1

I'm going to put together an extended overhead COR to SFDPW on job 245. Can you please calculate **Total Company Billings** and **Total Office Overhead** during the following time-frame?

11/28/17 (START WORK) – 10/10/18 (SUBSTANTIAL COMPLETION)



**Lane Grover**
*Project Manager*

Gordon N. Ball, Inc. | General Engineering Contractors

333 Camille Avenue | Alamo, CA 94507

(925) 838-5675 | phone
(925) 260-2116 | mobile
(925) 838-5915 | fax
website | vCard | map | email

This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

**From:** Hal Stober
**Sent:** Friday, October 19, 2018 2:28 PM
**To:** Lane Grover <lgrover@ballconco.com>
**Subject:** FW: Cost of Delay - Company Overhead



**Hal Stober**
*President*

Gordon N. Ball, Inc. | General Engineering Contractors

333 Camille Avenue | Alamo, CA 94507

(925) 838-5675 | phone
(925) 838-5915 | fax
website | vCard | map | email

**From:** Hal Stober
**Sent:** Monday, May 02, 2016 3:42 PM
**To:** Hal Stober <hstober@ballconco.com>; Fred Velasco <fvelasco@ballconco.com>
**Subject:** Cost of Delay - Company Overhead

The Basic Eichleay Formula

The basic Eichleay calculation normally comes at the end of a project when all work has been completed. In that case, the following 3 step calculation is used to determine damages.

1. Allocable Overhead. This is a calculation to determine the portion of the home office overhead that should be allocated to this project. This project is expected to pay it's fair share of home office overhead and this is a way of calculating that amount.

$$\frac{\text{Total contract billings}}{\text{Total company billings}} \quad \text{X} \quad \begin{array}{c}\text{Total home}\\ \text{office overhead}\end{array} \quad = \quad \begin{array}{c}\text{This project's}\\ \text{allocable overhead}\end{array}$$

2

2. Daily allocable overhead. Next, we want to determine a daily rate for the allocation of home office overhead.



3. Home office overhead damages. This is simply a matter of multiplying the number of compensable delay days by the daily allocable overhead rate.





website | map | email

**Hal Stober | President**

Gordon N. Ball Inc.
General Engineering Contractors

333 Camille Avenue ▪ Alamo, CA 94507
Office: 925.838.5675 ▪ Fax: 925.838.5915
License #710807

Please consider the environment before printing this email 

4

# INVOICE

Number: 1257

Date: 8/04/18

**Bill to:**

PACIFIC GAS & ELECTRIC CO
Attn: Accounts Payable
77 Beale Street
San Francisco, CA

**Job:**

| Customer Code | Purchase Order No. | Salesperson | Terms |
|---|---|---|---|
| PG&E8 | | | NET 30 |

| Remarks: | PG&E UTILITY CONFLICT WITH CONTRACT 2862J |
|---|---|

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| 1.000 | PG&E UTILITY CONFLICT | LS | 98,103.48 | 98,103.48 |

| | | |
|---|---|---|
| | Subtotal: | 98,103.48 |
| | Total: | 98,103.48 |

*GORDON N. BALL, INC.*

*333 CAMILLE AVENUE*                                    *ALAMO, CA 94507- 2411*
*925 838- 5675*

## Lane Grover

| From: | Matt Turner |
|---|---|
| Sent: | Wednesday, April 10, 2019 1:29 PM |
| To: | Lane Grover |
| Subject: | FW: Transbay Streetscape - Unmarked Utility |
| Attachments: | 20171214_133420_resized.jpg; 20171214_133349_resized.jpg |



**Matt Turner**
*Project Engineer*

Gordon N. Ball, Inc. | General Engineering Contractors
333 Camille Avenue | Alamo, CA 94507
(925) 838-5675 x 2313 | phone
(925) 854-8674 | mobile
(925) 838-5915 | fax
website | vCard | map | email

**From:** Lane Grover <lgrover@ballconco.com>
**Sent:** Thursday, December 14, 2017 2:41 PM
**To:** 'Liu, Joseph (DPW)' <joseph.liu@sfdpw.org>
**Cc:** Bhatia, Arun (DPW) (arun.bhatia@sfdpw.org) <arun.bhatia@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Drew Walker (dwalker@hoseley.com) <dwalker@hoseley.com>; Hal Stober <hstober@ballconco.com>; Jeff Jones <jjones@ballconco.com>; Mike Olden <MOlden@ballconco.com>; jeffrey.khou@sfdpw.org; mike@jdb-construction.com; Herman Lee <hlee@bayarealightworks.com>
**Subject:** Transbay Streetscape - Unmarked Utility

Joseph,
We found *another* unmarked utility. This one appears to be in direct conflict with the foundations and possibly the DI too. It's a red concrete capped 3" plastic line, about 3.5ft from existing brick line. We'll call 811 and notify them, but PGE locator doesn't think it's his. Could this be Muni power?
Regards,

Lane Grover
925 260 2116



website | map | email

**Lane Grover**

Gordon N. Ball Inc.
General Engineering Contractors

333 Camille Avenue ▪ Alamo, CA 94507
Office: 925 838 5675 ▪ Fax: 925 838 5915

License #710807

Please consider the environment before printing this email 

1

## Lane Grover

| | |
|---|---|
| **From:** | Liu, Joseph (DPW) <joseph.liu@sfdpw.org> |
| **Sent:** | Friday, January 5, 2018 10:43 AM |
| **To:** | Fisher, Tony |
| **Cc:** | Cairns, Shannon (DPW); Huff, Nicolas (DPW); Lane Grover; Bhatia, Arun (DPW); Cayabyab Jr, Edison (DPW); Khou, Jeffery (DPW) |
| **Subject:** | RE: Unmarked Electrical Duct Bank Mission Street (btw 1st and 2nd Street) |

Hi Tony,

Thanks for setting up the utility locators to revisit the site this morning. They were able to confirm that the duct bank in question is a PG&E facility. Since this duct bank is in conflict with our new proposed facilities, our project manager and engineering group would like to reach out to PG&E regarding a relocation or work around strategy. Should I direct them to you or is there another contact at PG&E that handles these sort of conflicts?

Thanks, Joe



Joseph Liu, PE
Construction Manager

Project Management & Construction | San Francisco Public Works | City and County of San Francisco
30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | 1-415-919-8074 | sfpublicworks.org · twitter.com/sfpublicworks

**From:** Liu, Joseph (DPW)
**Sent:** Thursday, January 04, 2018 2:18 PM
**To:** 'Fisher, Tony' <APF4@pge.com>
**Cc:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Lane Grover <lgrover@ballconco.com>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Cayabyab Jr, Edison (DPW) <edison.cayabyab@sfdpw.org>; Khou, Jeffery (DPW) <Jeffery.Khou@sfdpw.org>
**Subject:** RE: Unmarked Electrical Duct Bank Mission Street (btw 1st and 2nd Street)

Hi Tony,

I took a look at the map you sent over and looks like the duct bank we ran across is one of your facility, running from MH 7962-P to 1301. I highlighted it on the drawing. From your drawings that conduit run indicates 3-5" conduits which would match up with the approximately 18" wide duct bank we encountered.

My contractor Gordon N. Ball actually got your field locator Jeff on site this morning and he only verified the lines coming out of MH 1302, therefore did not confirm that the duct bank we ran across was indeed a PG&E facility.

Would you be able to get someone from PG&E back on site do another verification based on this drawing?

Thanks, Joe



Joseph Liu, PE
Construction Manager

1

Case: 19-30088    Doc# 9662    Filed: 12/01/20    Entered: 12/01/20 16:17:16    Page 20 of 92

Project Management & Construction | San Francisco Public Works | City and County of San Francisco
30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | 1-415-919-8074 | sfpublicworks.org · twitter.com/sfpublicworks

---

**From:** Fisher, Tony [mailto:APF4@pge.com]
**Sent:** Thursday, January 04, 2018 1:40 PM
**To:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>
**Cc:** Fisher, Tony <APF4@pge.com>
**Subject:** RE: Unmarked Electrical Duct Bank Mission Street (btw 1st and 2nd Street) (resending with compressed photos)

Hi Joe,

Map per your request.
Thanks,

*Tony Fisher*
*Pacific Gas & Electric Company*
*Industrial Power Engineer*
*San Francisco Division*
☎ *415-695-3535*

**From:** Liu, Joseph (DPW) [mailto:joseph.liu@sfdpw.org]
**Sent:** Thursday, January 04, 2018 12:30 PM
**To:** Fisher, Tony
**Cc:** Cairns, Shannon (DPW); Huff, Nicolas (DPW); Cayabyab Jr, Edison (DPW); Lane Grover; Fredriksson, Joshua; Jang, Stanley; Bhatia, Arun (DPW)
**Subject:** RE: Unmarked Electrical Duct Bank Mission Street (btw 1st and 2nd Street) (resending with compressed photos)

*****CAUTION**: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Tony,

I was wondering if you had a chance to look into the utility duct bank described in my email last week. Can you confirm if it belongs to PG&E.

Thanks, Joe

Joseph Liu, PE
Construction Manager

Project Management & Construction | San Francisco Public Works | City and County of San Francisco
30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | 1-415-919-8074 | sfpublicworks.org · twitter.com/sfpublicworks

---

**From:** Liu, Joseph (DPW)
**Sent:** Friday, December 29, 2017 3:23 PM
**To:** 'Fisher, Tony' <APF4@pge.com>
**Cc:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cayabyab Jr,

Edison (DPW) <edison.cayabyab@sfdpw.org>; 'Lane Grover' <lgrover@ballconco.com>
**Subject:** Unmarked Electrical Duct Bank Mission Street (btw 1st and 2nd Street) (resending with compressed photos)

Hi Tony,

We are working on a project (2862J Transbay Streetscape) in downtown San Francisco on Mission Street and ran across an unmarked duct bank near 1st street. We excavated an area adjacent to the curb on the north side of Mission from Ecker Street towards 2nd Street (in front of the Golden Gate University). This duct bank runs through our entire excavation and there are PG&E manholes on both ends of our excavation.

Can you confirm if this is a PG&E electrical duct bank and if so is it active? Our contractor, Gordon N. Ball, have been trying to confirm with one of your field locator, Jeff, but have not received an answer. We are planning on installing CIDH piles and a new catch basin in this area that are in conflict with this duct bank.

Thanks and Happy New Year, Joe




Joseph Liu, PE
Construction Manager

Project Management & Construction | San Francisco Public Works | City and County of San Francisco
30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | 1-415-919-8074 | sfpublicworks.org · twitter.com/sfpublicworks

3

## Lane Grover

| | |
|---|---|
| **From:** | Liu, Joseph (DPW) <joseph.liu@sfdpw.org> |
| **Sent:** | Monday, February 12, 2018 3:14 PM |
| **To:** | Lane Grover |
| **Subject:** | FW: 2862J Transbay (Mission St.) 11427888 |

FYI, Sean Sanders from PGE.

**From:** Cairns, Shannon (DPW)
**Sent:** Tuesday, February 06, 2018 1:30 PM
**To:** Cayabyab Jr, Edison (DPW) <edison.cayabyab@sfdpw.org>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>
**Subject:** FW: 2862J Transbay (Mission St.) 11427888

Hi, Edison.

Could you please put in a request for PG&E to relocate their facility on Mission at 1st in front of Starbucks (see email below)? I realize we will likely end up regrading instead, but I think this is the way to notify PG&E of the resulting cost to them of our redesign.

Thanks!
Shannon

Shannon Cairns
(415) 581-2576

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Tuesday, February 06, 2018 1:21 PM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** RE: 2862J Transbay (Mission St.) 11427888

Hi Shannon,

I just left you a voicemail, our current design and estimating timeframe is approximately eight weeks. I have requested an application be created on your behalf for this relocation. In the future (such as for the potential two projects mentioned below), please submit an application for such relocation requests at www.pge.com/cco.

Please feel free to contact me with any questions.

Thank you,

---------------------------------------------------

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com

1

 **Pacific Gas and Electric Company**

For SAWA related inquiries, send email to: PGEDistribution@pge.com

---

**From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
**Sent:** Friday, February 02, 2018 1:42 PM
**To:** Sanders, Sean
**Subject:** RE: 2862J Transbay (Mission St.)

*****CAUTION**: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Hi, Sean.

Thanks for the update. I'll get back to you about the Mission and 1st Street conflicts.

As for the conflict in front of GGU, when will you have your assessment complete? As you know, this is causing us a delay and we will need to close up the construction site and pave over it if this takes much longer to resolve.

Shannon

Shannon Cairns
(415) 581-2576

---

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Friday, February 02, 2018 12:26 PM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** RE: 2862J Transbay (Mission St.)

Hi Shannon,

It was great meeting you last week pertaining to your relocation request of the 3, 5" conduits in front of Golden Gate University near the corner of Mission St. and Ecker. Engineering is currently assessing the relocation for design for this location.
For the additional two locations (Mission x 1st. & 1st x Minna St.), please let me know what your team's decision is pertaining to a potential redesign due to the congestion in the first location and a customer owned vault for the second location. For the customer owned vault at 1st. St. and Minna St., PG&E's requirement is to maintain a 3' clearance.

Please feel free to contact me with any questions.

Thank you,
-------------------------------------------------
**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com

**Pacific Gas and Electric Company**

For SAWA related inquiries, send email to: PGEDistribution@pge.com

Case: 19-30088    Doc# 9662    Filed: 12/01/20    Entered: 12/01/20 16:17:16    Page 24 of 92

**From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
**Sent:** Wednesday, January 24, 2018 5:09 PM
**To:** Sanders, Sean
**Subject:** RE: 2862J Transbay (Mission St.)

\*\*\*\*\***CAUTION:** This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\*

Hi, Sean.

Let's meet on Mission Street in front of Golden Gate University on the north side of Mission between 1st and 2nd. You'll see the construction site.

See you then.

Shannon

Shannon Cairns
(415) 581-2576

---

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Wednesday, January 24, 2018 7:42 AM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** RE: 2862J Transbay (Mission St.)

Good morning Shannon,

Thank you for the drawing. The required individuals on PG&E's end have confirmed the Thursday 11am meeting time. Would you like to meet at Mission St. and Anthony St.? Please let me know what works best for you.

Thanks,

---

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com


*Pacific Gas and Electric Company*

For SAWA related inquiries, send email to: PGEDistribution@pge.com

---

**From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
**Sent:** Monday, January 22, 2018 1:54 PM
**To:** Sanders, Sean
**Subject:** RE: 2862J Transbay (Mission St.)

\*\*\*\*\***CAUTION:** This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\*

Hi, Sean.

Here is a drawing that is to scale showing the pole and duct bank conflict.

3

See you on site on Thursday at 11 AM.

Shannon

Shannon Cairns
(415) 581-2576

---

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Monday, January 22, 2018 12:58 PM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** RE: 2862J Transbay (Mission St.)

Hi Shannon,

Thank you for taking the time to speak with me on the phone this morning. As discussed, PG&E will need to receive scalable civil drawings for our engineer to be able to review prior to discussing on-site. I am waiting for one more person to confirm on my end but we are planning on meeting on Thursday at 11am.

Please let me know if there are any questions.

Thanks,

---

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com


*Pacific Gas and Electric Company*

For SAWA related inquiries, send email to: PGEDistribution@pge.com

---

**From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
**Sent:** Monday, January 22, 2018 10:20 AM
**To:** Sanders, Sean
**Subject:** RE: 2862J Transbay (Mission St.)

\*\*\*\*\***CAUTION**: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\*
Hi, Sean.

I just left you a voicemail, so you can delete it if you're reading this. Yes, we'd like to meet to discuss the conflict between the PG&E duct bank and our 2 traffic light poles and catch basin on Mission Street. I've checked with the people from the City that will need to attend and our preferred time if 11AM this Thursday. Please let me know if that works for you and your team.

Give me a call anytime to discuss. I'm in the office today, but in meetings 1:30 -3:30.

Shannon

Shannon Cairns

4

(415) 581-2576

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Monday, January 22, 2018 9:30 AM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** 2862J Transbay (Mission St.)

Hi Shannon,

I received your email address as the project manager contact for 2862J, attached. It's my understanding that there is a potential relocation request as part of the Streetscape project, is that correct? It's also my understanding that there is a possibility for installation of city streetlights through an aerial basement to avoid the relocation and you would like to arrange a site meeting to discuss this.
Please confirm my understanding and feel free to give me a call with any questions. I would also like to arrange a site visit with you/your team. I will need to coordinate with a couple of individuals on my side for the field meeting, so appreciate if we can discuss a couple of meeting option timeframes. I am still waiting for confirmation from one individual, but two of the potential time slots are this Wednesday (~10:30am) or Thursday (~11am) morning.

Thank you,

--------------------------------------------------

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com

**Pacific Gas and Electric Company**

For SAWA related inquiries, send email to: PGEDistribution@pge.com

5

## Lane Grover

| | |
|---|---|
| **From:** | Lane Grover |
| **Sent:** | Monday, February 12, 2018 3:30 PM |
| **To:** | SZSJ@pge.com |
| **Cc:** | Liu, Joseph (DPW); 'Cairns, Shannon (DPW) (shannon.cairns@sfdpw.org)'; Hal Stober; Jeff Jones; Matt Turner |
| **Subject:** | RE: 2862J Transbay (Mission St.) 11427888 |
| **Attachments:** | 014 - Notice of Delay - Unknown Utility at Shaw Alley.pdf; 016 - Time Impact Analysis - Unknown Utility at Shaw Alley.pdf |

Sean,

Just to make sure the t's are crossed and i's dotted, per my contract with the City and project specification section 00 73 20-1.3B, please accept this as written notification from the Contractor (Gordon N. Ball, Inc.) that we have been delayed as a result of the existing PG&E utility in direct conflict with the Work. See attached letters thus far to the City. Be advised that, due to the overall duration of this delay, GNB is planning on recovering extended overhead, in addition to hard delay costs such as, barricade rentals, remobilization, rework, etc. The total cost to be determined after the extent of the delay is clear. Feel free to call me with any questions.

Regards,

Lane Grover
925 260 2116



**Gordon N. Ball Inc.**
General Engineering Contractors

website | map | email

**Lane Grover**

333 Camille Avenue • Alamo, CA 94507
Office: 925 838 5675 • Fax: 925 838 5915
License #710807

Please consider the environment before printing this email 

**From:** Liu, Joseph (DPW) [mailto:joseph.liu@sfdpw.org]
**Sent:** Monday, February 12, 2018 3:14 PM
**To:** Lane Grover <lgrover@ballconco.com>
**Subject:** FW: 2862J Transbay (Mission St.) 11427888

FYI, Sean Sanders from PGE.

**From:** Cairns, Shannon (DPW)
**Sent:** Tuesday, February 06, 2018 1:30 PM
**To:** Cayabyab Jr, Edison (DPW) <edison.cayabyab@sfdpw.org>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>
**Subject:** FW: 2862J Transbay (Mission St.) 11427888

1

**Lane Grover**

| | |
|---|---|
| **From:** | Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org> |
| **Sent:** | Thursday, May 31, 2018 4:32 PM |
| **To:** | Bhatia, Arun (DPW) |
| **Subject:** | FW: 2862J Transbay (Mission St.) - Not: 114278881 PM: 31379791 |



Josef Munoz
Streets & Highways Section

Infrastructure Design & Construction
San Francisco Public Works
City and County of San Francisco
1680 Mission Street, 3rd Floor
San Francisco, CA 94103
(415) 554-8284
sfpublicworks.org · twitter.com/sfpublicworks

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Thursday, May 10, 2018 7:08 AM
**To:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>
**Cc:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Fredriksson, Joshua <J2F7@pge.com>
**Subject:** RE: 2862J Transbay (Mission St.) - Not: 114278881 PM: 31379791

Hi Joseph,

Yes, that is the correct schedule assuming there are no unforeseen circumstances. Please keep in mind that the three week timeframe ending in 7/14/18 (Saturday) is an approximation at this time.

Thank you,

----------------------------------------------------

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com

*Pacific Gas and Electric Company*

For SAWA related inquiries, send email to: PGEDistribution@pge.com
For SAWA Pothole, Adjustment, Relocation Requests: www.pge.com/cco

1

**From:** Liu, Joseph (DPW) [mailto:joseph.liu@sfdpw.org]
**Sent:** Wednesday, May 09, 2018 2:21 PM
**To:** Sanders, Sean <SZSJ@pge.com>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>
**Cc:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Fredriksson, Joshua <J2F7@pge.com>
**Subject:** RE: 2862J Transbay (Mission St.) - Not: 114278881 PM: 31379791

*****CAUTION:** This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Hi Sean,
I just want to clarify your dates so we can plan our work accordingly:
6/4/18 – PG&E to start construction
6/23/18 – Civil Work will be completed
7/14/18 – 3 weeks from 6/23/18; Electrical work will be completed and we can demolish the duct bank that is currently in conflict

Please correct me if I misunderstood.

Thanks, Joe


Joseph Liu, PE
Construction Manager

Project Management & Construction  |  San Francisco Public Works  |  City and County of San Francisco
30 Van Ness Avenue, 5th Floor  |  San Francisco, CA 94102 | 1-415-919-8074 | sfpublicworks.org · twitter.com/sfpublicworks


**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Friday, May 04, 2018 9:59 AM
**To:** Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Fredriksson, Joshua <J2F7@pge.com>
**Subject:** 2862J Transbay (Mission St.) - Not: 114278881 PM: 31379791

Hi Josef,

This project has been scheduled for construction with a start date of 6/4/2018. This is the earliest date that PG&E can begin work.

The crew hopes to have the civil work completed by 6/23/18 and the electric portion will need to be scheduled approximately three weeks thereafter. Please feel free to contact me with any questions.

Thank you,
-------------------------------------------------
**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com
For SAWA related inquiries, send email to: PGEDistribution@pge.com

2

For SAWA Pothole, Adjustment, Relocation Requests: www.pge.com/cco

---

**From:** Munoz, Josef (DPW) [mailto:Josef.Munoz@sfdpw.org]
**Sent:** Tuesday, April 10, 2018 3:33 PM
**To:** Sanders, Sean <SZSJ@pge.com>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Fredriksson, Joshua <J2F7@pge.com>
**Subject:** RE: 2862J Transbay (Mission St.) - Not: 114278881 PM: 31379791

*****CAUTION:** This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Sean – Please keep us up to date. Our Contractor, Gordon N. Ball, will bill PG&E directly regarding the site issues. Our Contractor will coordinate accordingly.

Thanks,



Josef Munoz
Streets & Highways Section

Infrastructure Design & Construction
San Francisco Public Works
City and County of San Francisco
1680 Mission Street, 3rd Floor
San Francisco, CA 94103
(415) 554-8284
sfpublicworks.org · twitter.com/sfpublicworks

---

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Tuesday, April 10, 2018 1:33 PM
**To:** Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Fredriksson, Joshua <J2F7@pge.com>
**Subject:** RE: 2862J Transbay (Mission St.) - Not: 114278881 PM: 31379791

Hi Josef,

Management has escalated the project to be scheduled for construction. I will continue to provide you with updates as I receive them.

Please feel free to contact me with any questions.

Thanks,
-------------------------------------------------
**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597

3

Email: szsj@pge.com


Pacific Gas and
Electric Company

For SAWA related inquiries, send email to: PGEDistribution@pge.com
For SAWA Pothole, Adjustment, Relocation Requests: www.pge.com/cco

---

**From:** Sanders, Sean
**Sent:** Wednesday, April 04, 2018 7:17 AM
**To:** Munoz, Josef (DPW)
**Cc:** Liu, Joseph (DPW); Cairns, Shannon (DPW)
**Subject:** RE: 2862J Transbay (Mission St.) - Not: 114278881 PM: 31379791

Josef,

Management is hoping to receive an update on Friday and I will relay the information as it is provided.

Please feel free to contact me with any questions.

Thank you,

---------------------------------------------

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com

Pacific Gas and
Electric Company

For SAWA related inquiries, send email to: PGEDistribution@pge.com
For SAWA Pothole, Adjustment, Relocation Requests: www.pge.com/cco

---

**From:** Munoz, Josef (DPW) [mailto:Josef.Munoz@sfdpw.org]
**Sent:** Tuesday, April 03, 2018 3:11 PM
**To:** Sanders, Sean
**Cc:** Liu, Joseph (DPW); Cairns, Shannon (DPW)
**Subject:** RE: 2862J Transbay (Mission St.) - Not: 114278881 PM: 31379791

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Sean – That's great news. How much longer for us to know when the relocation will take place?

Thanks for your help,

Josef Munoz
Streets & Highways Section

Infrastructure Design & Construction
San Francisco Public Works
City and County of San Francisco

4

1680 Mission Street, 3rd Floor
San Francisco, CA 94103
(415) 554-8284
sfpublicworks.org · twitter.com/sfpublicworks

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Tuesday, April 03, 2018 7:43 AM
**To:** Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** RE: 2862J Transbay (Mission St.) - Not: 114278881 PM: 31379791

Good morning Josef,

The PG&E estimate/design has been completed and I am currently working with management to have the job scheduled for construction. Please feel free to contact me with any questions.

Thank you,

------------------------------------------------

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com

 **Pacific Gas and Electric Company**

For SAWA related inquiries, send email to: PGEDistribution@pge.com
For SAWA Pothole, Adjustment, Relocation Requests: www.pge.com/cco

**From:** Munoz, Josef (DPW) [mailto:Josef.Munoz@sfdpw.org]
**Sent:** Wednesday, March 21, 2018 4:07 PM
**To:** Sanders, Sean
**Cc:** Liu, Joseph (DPW); Cairns, Shannon (DPW)
**Subject:** RE: 2862J Transbay (Mission St.) - Not: 114278881 PM: 31379791

\*\*\*\*\***CAUTION**: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\*

Sean – Thanks for the quick response. If anything else comes up I'll let you know.

Josef Munoz
Streets & Highways Section

Infrastructure Design & Construction
San Francisco Public Works
City and County of San Francisco
1680 Mission Street, 3rd Floor
San Francisco, CA 94103
(415) 554-8284
sfpublicworks.org · twitter.com/sfpublicworks

5

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Wednesday, March 21, 2018 4:04 PM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>
**Subject:** 2862J Transbay (Mission St.) - Not: 114278881 PM: 31379791

Hi Josef,

Please see my responses below, in red.

We spoke last week regarding the PG&E ductbank. PG&E will relocate the ductbank out of our sidewalk widening area in order for the City to install our needed infrastructure i.e. catch basin, poles, etc. I'm aware that PG&E will inform the City their relocation plans during the first week of April [correct] but wanted to do our best to coordinate in advance to reduce the impact to the surrounding businesses & community:

- Can PG&E provide an estimated scheduled start date or month for this work? We have an open worksite at this location since December due to this conflict.
  - PG&E is unable to lock down a construction schedule until the estimate is complete. The crew hours and material is part of our design/estimate, which will be required for scheduling construction
- How will PG&E intend to "relocate the ductbank"? Pull the wires and leave the abandoned conduits in place? Can our Contractor work on the adjacent work i.e. curb and gutter.
  - Yes, PG&E typically abandons the conduits in place. The duct bank relocation will be shown on the construction drawing that PG&E creates as part of its design. Please ensure that your team is following USA North 811 practices and CPUC General Order Number 128 with particular attention to "Protection"

Finally, please know that in the future the City intends to extend the full block face between 2nd St and 1st St along Mission St. Also, Oceanwide Project between Ecker and 1st St along Mission St is an approved project currently in construction that will also be widening the sidewalk. I'm not sure if this information is helpful but gives some foresight of work to come.

- If you are interested in pursuing additional relocations, potholes or adjustments, it is requested that you file an application at www.pge.com/cco along with any relevant documents. This is the recommended method to efficiently engage resources and have a PM assigned. Unfortunately, email notification is not sufficient to initiate a project. Since the City and PG&E Management are still discussing this process, you may opt to submit the request via Envista. However, please keep in mind that this will result in delays since we will be starting from scratch.

Thank you,

---

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com

**Pacific Gas and Electric Company**

For SAWA related inquiries, send email to: PGEDistribution@pge.com
For SAWA Pothole, Adjustment, Relocation Requests: www.pge.com/cco

---

**From:** Munoz, Josef (DPW) [mailto:Josef.Munoz@sfdpw.org]
**Sent:** Wednesday, March 21, 2018 2:21 PM
**To:** Sanders, Sean
**Cc:** Cairns, Shannon (DPW); Liu, Joseph (DPW)
**Subject:** RE: 2862J Transbay PG&E Ductbank Conflict- Golden Gate University - Mission/Shaw Alley Crossing

6

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Sean –

We spoke last week regarding the PG&E ductbank. PG&E will relocate the ductbank out of our sidewalk widening area in order for the City to install our needed infrastructure i.e. catch basin, poles, etc. I'm aware that PG&E will inform the City their relocation plans during the first week of April but wanted to do our best to coordinate in advance to reduce the impact to the surrounding businesses & community:

- Can PG&E provide an estimated scheduled start date or month for this work? We have an open worksite at this location since December due to this conflict.
- How will PG&E intend to "relocate the ductbank"? Pull the wires and leave the abandoned conduits in place? Can our Contractor work on the adjacent work i.e. curb and gutter.

Finally, please know that in the future the City intends to extend the full block face between 2nd St and 1st St along Mission St. Also, Oceanwide Project between Ecker and 1st St along Mission St is an approved project currently in construction that will also be widening the sidewalk. I'm not sure if this information is helpful but gives some foresight of work to come.



Thanks,


Josef Munoz
Streets & Highways Section

Infrastructure Design & Construction
San Francisco Public Works
City and County of San Francisco
1680 Mission Street, 3rd Floor
San Francisco, CA 94103
(415) 554-8284
sfpublicworks.org · twitter.com/sfpublicworks

---

Hi Sean –

Thanks for all your help on this project while I've been away on Paternity Leave. I left you a message earlier today. I work for Public Works in our Streets and Highways Section. I'm the primary designer for the curb ramps and bulb-out

7

work for contract 2862J Transbay Transit Center Phase 1 . I've been briefed on the PG&E duct bank conflict at our Mission and Shaw Alley Crossing fronting Golden Gate University (GGU) along with other items (which we can discuss in separate emails). I believe your engineers are looking into the GGU duct bank conflict and needed approx. 8 weeks from approx. Feb 2. We are approx. 6 weeks in and wanted to see if there are any updates on this conflict. As you know we can't proceed with construction until the duct bank is relocated. The duct bank needs to be relocated in order for us to install our pole foundations and our catch basin/inlet (circled in blue below) for drainage. The designers are actively looking at all possibilities. I personally looked at alternate designs for drainage and didn't come up with any feasible design since the duct bank runs parallel to the existing curb spanning our sidewalk widening. Just curious do you know how far the duct bank goes west (red arrow below) of our sidewalk widening?



I'm aware that PG&E inputted this conflict into PG&E's Customer Connections (CC) Portal on our behalf. I've been Cc'd on other projects regarding SF Public Works and PG&E's CC Portal, and as you know it's being handled at a higher level. At this time I've been advised not to use PG&E's CC but to continue using Envista. I understand that this situation occurred during construction and was spotted in December and since then a field meeting has occurred and PG&E's are on it. Since it is our City protocol to use Envista, I'll formally upload the relocation request to Envista for GGU still. Do you have access to Envista as well?

Thanks and looking forward to working with you,



Josef Munoz
Streets & Highways Section

Infrastructure Design & Construction
San Francisco Public Works
City and County of San Francisco
1680 Mission Street, 3rd Floor
San Francisco, CA 94103
(415) 554-8284
sfpublicworks.org · twitter.com/sfpublicworks

Case: 19-30088    Doc# 9662    Filed: 12/01/20    Entered: 12/01/20 16:17:16    Page 36 of 92

**From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
**Sent:** Tuesday, February 20, 2018 1:53 PM
**To:** Sanders, Sean
**Cc:** Liu, Joseph (DPW); Dhapa, Iqbalbhai (DPW); Fredriksson, Joshua
**Subject:** RE: 2862J Transbay (Mission St.) - Not: 114278881

*****CAUTION**: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi, Sean.

As you can see in the attached email, Iqbal is communicating with Josh Fredriksson about this. The first notification to PG&E regarding this construction conflict was 12/14/17. Iqbal tells me that the 60 day timeframe does not apply to conflicts that are identified during construction and utility companies shall resolve these conflicts as soon as possible to minimize their cost. Any extra costs that the contractor or the City incurs due to this conflict are PG&E's responsibility.

As Josh suggested, Iqbal, Josh, you and I should have a call to discuss this.

Shannon

Shannon Cairns
(415) 581-2576

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Wednesday, February 14, 2018 8:59 AM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>
**Subject:** RE: 2862J Transbay (Mission St.) - Not: 114278881

Hi Shannon,

According to our records, PG&E first received notification from DPW regarding the potential conflict near Mission St. x Ecker St. on 1/4/18, email attached. PG&E received the City's scaled drawing on 1/22/18 (email attached) and met on-site to discuss our options on 1/25/18. The following week PG&E began assessing the project for estimating and were able to provide DPW with an 8 week lead time, which is within the 60 day timeframe outlined by the 2017 SAWA agreement. Timeframes can potentially be adjusted if work falls out of the schedule.

Please let me know if you have any questions.

Thanks,
-------------------------------------------------

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com


*Pacific Gas and Electric Company*

For SAWA related inquiries, send email to: PGEDistribution@pge.com

**From:** Lane Grover [mailto:lgrover@ballconco.com]
**Sent:** Monday, February 12, 2018 3:30 PM

9

**To:** Sanders, Sean
**Cc:** Liu, Joseph (DPW); 'Cairns, Shannon (DPW) (shannon.cairns@sfdpw.org)'; Hal Stober; Jeff Jones; Matt Turner
**Subject:** RE: 2862J Transbay (Mission St.) 11427888

*****CAUTION:** This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Sean,

Just to make sure the t's are crossed and i's dotted, per my contract with the City and project specification section 00 73 20-1.3B, please accept this as written notification from the Contractor (Gordon N. Ball, Inc.) that we have been delayed as a result of the existing PG&E utility in direct conflict with the Work. See attached letters thus far to the City. Be advised that, due to the overall duration of this delay, GNB is planning on recovering extended overhead, in addition to hard delay costs such as, barricade rentals, remobilization, rework, etc. The total cost to be determined after the extent of the delay is clear. Feel free to call me with any questions.

Regards,

Lane Grover
925 260 2116



Gordon N. Ball Inc.
General Engineering Contractors

website | map | email

**Lane Grover**

333 Camille Avenue ▪ Alamo, CA 94507
Office: 925 838 5675 ▪ Fax: 925 838 5915

License #710807

Please consider the environment before printing this email 

---

**From:** Liu, Joseph (DPW) [mailto:joseph.liu@sfdpw.org]
**Sent:** Monday, February 12, 2018 3:14 PM
**To:** Lane Grover <lgrover@ballconco.com>
**Subject:** FW: 2862J Transbay (Mission St.) 11427888

FYI, Sean Sanders from PGE.

---

**From:** Cairns, Shannon (DPW)
**Sent:** Tuesday, February 06, 2018 1:30 PM
**To:** Cayabyab Jr, Edison (DPW) <edison.cayabyab@sfdpw.org>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>
**Subject:** FW: 2862J Transbay (Mission St.) 11427888

Hi, Edison.

Could you please put in a request for PG&E to relocate their facility on Mission at 1st in front of Starbucks (see email below)? I realize we will likely end up regrading instead, but I think this is the way to notify PG&E of the resulting cost to them of our redesign.

10

Thanks!
Shannon

Shannon Cairns
(415) 581-2576

---

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Tuesday, February 06, 2018 1:21 PM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** RE: 2862J Transbay (Mission St.) 11427888

Hi Shannon,

I just left you a voicemail, our current design and estimating timeframe is approximately eight weeks. I have requested an application be created on your behalf for this relocation. In the future (such as for the potential two projects mentioned below), please submit an application for such relocation requests at www.pge.com/cco.

Please feel free to contact me with any questions.

Thank you,

----------------------------------------------------

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com


*Pacific Gas and Electric Company*

For SAWA related inquiries, send email to: PGEDistribution@pge.com

---

**From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
**Sent:** Friday, February 02, 2018 1:42 PM
**To:** Sanders, Sean
**Subject:** RE: 2862J Transbay (Mission St.)

\*\*\*\*\***CAUTION**: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\*
Hi, Sean.

Thanks for the update. I'll get back to you about the Mission and 1st Street conflicts.

As for the conflict in front of GGU, when will you have your assessment complete? As you know, this is causing us a delay and we will need to close up the construction site and pave over it if this takes much longer to resolve.

Shannon

Shannon Cairns
(415) 581-2576

11

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Friday, February 02, 2018 12:26 PM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** RE: 2862J Transbay (Mission St.)

Hi Shannon,

It was great meeting you last week pertaining to your relocation request of the 3, 5" conduits in front of Golden Gate University near the corner of Mission St. and Ecker. Engineering is currently assessing the relocation for design for this location.
For the additional two locations (Mission x 1st. & 1st x Minna St.), please let me know what your team's decision is pertaining to a potential redesign due to the congestion in the first location and a customer owned vault for the second location. For the customer owned vault at 1st. St. and Minna St., PG&E's requirement is to maintain a 3' clearance.

Please feel free to contact me with any questions.

Thank you,

---------------------------------------------------

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com

 **Pacific Gas and Electric Company**

For SAWA related inquiries, send email to: PGEDistribution@pge.com

---

**From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
**Sent:** Wednesday, January 24, 2018 5:09 PM
**To:** Sanders, Sean
**Subject:** RE: 2862J Transbay (Mission St.)

\*\*\*\*\***CAUTION**: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\*
Hi, Sean.

Let's meet on Mission Street in front of Golden Gate University on the north side of Mission between 1st and 2nd. You'll see the construction site.

See you then.

Shannon

Shannon Cairns
(415) 581-2576

---

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Wednesday, January 24, 2018 7:42 AM

12

**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** RE: 2862J Transbay (Mission St.)

Good morning Shannon,

Thank you for the drawing. The required individuals on PG&E's end have confirmed the Thursday 11am meeting time. Would you like to meet at Mission St. and Anthony St.? Please let me know what works best for you.

Thanks,

-------------------------------------------------

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com

 **Pacific Gas and Electric Company**

For SAWA related inquiries, send email to: PGEDistribution@pge.com

---

**From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
**Sent:** Monday, January 22, 2018 1:54 PM
**To:** Sanders, Sean
**Subject:** RE: 2862J Transbay (Mission St.)

*****CAUTION:** This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Hi, Sean.

Here is a drawing that is to scale showing the pole and duct bank conflict.

See you on site on Thursday at 11 AM.

Shannon

Shannon Cairns
(415) 581-2576

---

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Monday, January 22, 2018 12:58 PM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** RE: 2862J Transbay (Mission St.)

Hi Shannon,

Thank you for taking the time to speak with me on the phone this morning. As discussed, PG&E will need to receive scalable civil drawings for our engineer to be able to review prior to discussing on-site. I am waiting for one more person to confirm on my end but we are planning on meeting on Thursday at 11am.

Please let me know if there are any questions.

Thanks,

13

**Sean Sanders**
Senior New Business Representative
Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com



For SAWA related inquiries, send email to: PGEDistribution@pge.com

**From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
**Sent:** Monday, January 22, 2018 10:20 AM
**To:** Sanders, Sean
**Subject:** RE: 2862J Transbay (Mission St.)

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi, Sean.

I just left you a voicemail, so you can delete it if you're reading this. Yes, we'd like to meet to discuss the conflict between the PG&E duct bank and our 2 traffic light poles and catch basin on Mission Street. I've checked with the people from the City that will need to attend and our preferred time if 11AM this Thursday. Please let me know if that works for you and your team.

Give me a call anytime to discuss. I'm in the office today, but in meetings 1:30 -3:30.

Shannon

Shannon Cairns
(415) 581-2576

**From:** Sanders, Sean [mailto:SZSJ@pge.com]
**Sent:** Monday, January 22, 2018 9:30 AM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** 2862J Transbay (Mission St.)

Hi Shannon,

I received your email address as the project manager contact for 2862J, attached. It's my understanding that there is a potential relocation request as part of the Streetscape project, is that correct? It's also my understanding that there is a possibility for installation of city streetlights through an aerial basement to avoid the relocation and you would like to arrange a site meeting to discuss this.
Please confirm my understanding and feel free to give me a call with any questions. I would also like to arrange a site visit with you/your team. I will need to coordinate with a couple of individuals on my side for the field meeting, so appreciate if we can discuss a couple of meeting option timeframes. I am still waiting for confirmation from one individual, but two of the potential time slots are this Wednesday (~10:30am) or Thursday (~11am) morning.

Thank you,

**Sean Sanders**
Senior New Business Representative

14

Service Planning - San Francisco
Phone: (415) 695 - 3597
Email: szsj@pge.com

**Pacific Gas and Electric Company**

PG&E

For SAWA related inquiries, send email to: PGEDistribution@pge.com

15

## Lane Grover

| | |
|---|---|
| **From:** | Lau, Thomas <TxLj@pge.com> |
| **Sent:** | Monday, July 16, 2018 9:50 AM |
| **To:** | Lane Grover |
| **Cc:** | Khou, Jeffery (DPW); Liu, Joseph (DPW); Cairns, Shannon (DPW); Munoz, Josef (DPW); Matt Turner; Huff, Nicolas (DPW); Cisneros, Fernando (DPW); Bhatia, Arun (DPW); Dhapa, Iqbalbhai (DPW); Ruiz, Mary |
| **Subject:** | RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw |

Lane,
A QEW will be on standby on site at 10 am today.

Thomas

**From:** Lane Grover [mailto:lgrover@ballconco.com]
**Sent:** Tuesday, July 10, 2018 12:34 PM
**To:** Lau, Thomas <TxLj@pge.com>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

*****CAUTION**: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

We plan to demo and replace the roadbase this weekend 7/14/18. What is the condition of the two manholes at Shaw/Mission? When the cold mix is removed, is there anything else that needs to be done?

Are you familiar with the relocation work on the north side as well? Is the duct bank at the old curb flowline dead now? If so, can you have a PGE rep onsite 7/16 Monday morning 7am to confirm as we demo through the old concrete encased duct bank? We will be breaking through in three different locations: Catch basin and (2) pole foundations.

Lastly, we have to demo around 1 live highvoltage vault lid at the east end of the north side, near Ecker. See snapshot below. We'll need a PGE standby to be onsite while we perform this work. Please confirm when a standby crew is available.

Case: 19-30088    Doc# 9662    Filed: 12/01/20    Entered: 12/01/20 16:17:16    Page 44 of 92



Need to complete demo of parking strip around manhole and require PGE standby to do so. Adjustment is likely minimal, maybe PGE could adjust at the same time??



**Lane Grover**
*Project Manager*

Gordon N. Ball, Inc. | General Engineering Contractors
333 Camille Avenue | Alamo, CA 94507
(925) 838-5675 | phone
(925) 260-2116 | mobile
(925) 838-5915 | fax
website | vCard | map | email

This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

**From:** Lau, Thomas <TxLj@pge.com>
**Sent:** Thursday, June 28, 2018 2:48 PM
**To:** Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Case: 19-30088    Doc# 9662    Filed: 12/01/20    Entered: 12/01/20 16:17:16    Page 45 of 92

Hi Arun,

The manhole adjustment on Mission and 1st and Mission and Shaw Alley have been completed.

The 2 manhole on Shaw Alley have been lowered and our crew put a temporality covering to keep the restoration material out.   Please have the city contractor complete the restoration on Mission and Shaw Alley soon as this is a temporary fix.

Please provide me a date when your crew will be completing the restoration on Mission and Shaw Alley around our 2 manholes.

Thank you

**Thomas Lau - Senior New Business Representative | Service Planning**
2180 Harrison Street, San Francisco 94110
Phone: (415) 695-3383 | Email: txlj@pge.com



For SAWA related inquiries, send email to: PGEDistribution@pge.com
For SAWA Pothole, Adjustment, Relocation Requests: www.pge.com/cco

**From:** Bhatia, Arun (DPW) [mailto:arun.bhatia@sfdpw.org]
**Sent:** Tuesday, June 26, 2018 1:42 PM
**To:** Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; Lau, Thomas <TxLj@pge.com>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Iqbal,

There are three manholes that need to be raised at the south corner of Mission St at First St. There are two manholes that need to be lowered at the south side of Mission St at Shaw Alley.

Regards,



Arun Bhatia, PE
Resident Engineer

3

Construction Management | Project Management & Construction
San Francisco Public Works
City and County of San Francisco
30 Van Ness Avenue, 5th Floor
San Francisco, CA 94102
Cell | (415) 987-4872
sfpublicworks.org · twitter.com/sfpublicworks

**From:** Dhapa, Iqbalbhai (DPW)
**Sent:** Tuesday, June 26, 2018 1:36 PM
**To:** Lau, Thomas <TxLj@pge.com>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Arun,

I thought there was a manhole that needed to be lowered. Please confirm. Thanks.

Iqbal Dhapa, PE
Deputy Bureau Manager

Bureau of Engineering | San Francisco Public Works | City and County of San Francisco
30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | (415)557-4677 | sfpublicworks.org · twitter.com/sfpublicworks

**From:** Lau, Thomas [mailto:TxLj@pge.com]
**Sent:** Tuesday, June 26, 2018 1:30 PM
**To:** Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Hi Arun,

As discussed on the phone, PGE is schedule to adjust the manholes on Mission at night on Wed, June 27th. We will be raise the manholes to the grade that you have provided to us on the PGE conflict ID list. (attached)

For the manholes in the streets we will be putting a temporary pavement around the manhole once the adjustment is complete. For the manhole in the sidewalk, we will raise it grade and barricade the area to keep it safe. Please have your contractor complete restoration of the area once construction is complete.

If you have any question or concerns, please feel free to contact me.

**Thomas Lau - Senior New Business Representative** | **Service Planning**

4

2180 Harrison Street, San Francisco 94110
Phone: (415) 695-3383 | Email: txlj@pge.com



**Pacific Gas and
Electric Company**

For SAWA related inquiries, send email to: PGEDistribution@pge.com
For SAWA Pothole, Adjustment, Relocation Requests: www.pge.com/cco

**From:** Bhatia, Arun (DPW) [mailto:arun.bhatia@sfdpw.org]
**Sent:** Wednesday, June 13, 2018 11:10 AM
**To:** Lau, Thomas <TxLj@pge.com>
**Cc:** Biondi, Kim <KxTp@pge.com>; Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; PGE Distribution <PGEDistribution@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

*****CAUTION:** This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Hi Thomas,

We are requesting the adjustment of four manholes prior to completion of our work. Two manholes are located in the street at the south corner of Mission and First, and two in the street at south side of Shaw Alley. We will be completing the base repair at the south corner of Mission and First on 6/16/18, and the paving on 6/23/18 (two manhole adjustments – ID 43 and 44). We will be completing the base repair at the south side of Shaw Alley on 6/23/18 (two manhole adjustments – ID 3 and 4).

Additionally, as I mentioned to you, we moved forward with our work and completed the sidewalk at the south corner of First and Mission on 6/7/18. The manhole in the sidewalk at this location is now blocked off, and PG&E is currently out of compliance at this location (One manhole adjustment – ID 50). I have attached two photos of the current condition of the sidewalk at this location.

Last we spoke, you stated your QEW inspector is scheduled to visit all of the manholes on 6/30/18, which will result in PG&E being out of compliance at all locations listed above beginning 6/23/18. I have attached the email chain discussing this, dating back to 5/4/18. I have also attached the PG&E Utility Adjustment Letter transmitted to PG&E in July 2017.

Please let me know what the timeline is to complete these adjustments.

Regards,



Arun Bhatia, PE
Resident Engineer

Construction Management | Project Management & Construction
San Francisco Public Works

5

City and County of San Francisco
30 Van Ness Avenue, 5th Floor
San Francisco, CA 94102
Cell | (415) 987-4872
sfpublicworks.org · twitter.com/sfpublicworks

**From:** PGE Distribution [mailto:PGEDistribution@pge.com]
**Sent:** Wednesday, June 13, 2018 9:34 AM
**To:** Lane Grover <lgrover@ballconco.com>
**Cc:** Lau, Thomas <TxLj@pge.com>; Biondi, Kim <KxTp@pge.com>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Hi Lane,

Please work through your DPW PM to contact their PG&E representative for the project. Thomas Lau (CC'd) is the PG&E contact for the two indicated manhole adjustments and should be in touch with the City contact upon his return to the office later this week.

Thank you,
**SF Service Planning Gas & Electric Distribution Team**

Senior New Business Representative | Service Planning
2180 Harrison Street, San Francisco 94110 | Email: PGEDistribution@pge.com



**From:** Lane Grover [mailto:lgrover@ballconco.com]
**Sent:** Wednesday, June 13, 2018 8:58 AM
**To:** Sanders, Sean <SZSJ@pge.com>
**Cc:** Lau, Thomas <TxLj@pge.com>; Biondi, Kim <KxTp@pge.com>; Bhatia, Arun (DPW) (arun.bhatia@sfdpw.org) <arun.bhatia@sfdpw.org>; Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; 'Liu, Joseph (DPW)' <joseph.liu@sfdpw.org>; 'Cairns, Shannon (DPW)' <shannon.cairns@sfdpw.org>; 'Munoz, Josef (DPW)' <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>
**Subject:** Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Sean,

See attached drawing. Please confirm when PGE can lower the (2) manhole lids. The lid adjacent to the gutter needs to drop approximately 0.4ft. Attached is a picture of that lid.



**Lane Grover**
*Project Manager*



Gordon N. Ball, Inc. | General Engineering Contractors
333 Camille Avenue | Alamo, CA 94507
(925) 838-5675 | phone
(925) 260-2116 | mobile
(925) 838-5915 | fax
website | vCard | map | email

6

Case: 19-30088    Doc# 9662    Filed: 12/01/20    Entered: 12/01/20 16:17:16    Page 49 of 92

This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

7

*************************** **EMAIL 7** ***************************

## Lane Grover

| From: | Liu, Joseph (DPW) <joseph.liu@sfdpw.org> |
|---|---|
| Sent: | Tuesday, July 17, 2018 11:17 AM |
| To: | Lane Grover |
| Cc: | Cairns, Shannon (DPW); Munoz, Josef (DPW); Matt Turner; Huff, Nicolas (DPW); Bhatia, Arun (DPW) |
| Subject: | RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw |

Lane,

As discussed, please reschedule the work at North Shaw for next week. We are coordinating with PG&E to complete the relocation of the electrical feeds in the duct bank. We will schedule a PG&E standby once we get confirmation the relocation is completed. In the meantime, please provide us a preliminary cost estimate for all additional cost incurred by GNB to date for the North Shaw conflict, daily rates for further delays and projected cost to re-sequence the remaining work.

Thanks, Joe

Joseph Liu, PE
Construction Manager

Project Management & Construction | San Francisco Public Works | City and County of San Francisco
30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | 1-415-919-8074 | sfpublicworks.org · twitter.com/sfpublicworks

**From:** Lane Grover [mailto:lgrover@ballconco.com]
**Sent:** Tuesday, July 17, 2018 8:42 AM
**To:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>
**Cc:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; 'Todd Morris' <tmorris@hoseley.com>; Drew Walker (dwalker@hoseley.com) <dwalker@hoseley.com>; baldrydrilling@yahoo.com
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Joseph,

Even if we get the green light by noon today, we will not have time to demo out the duct bank in preparation for the drill rig's mobilization tomorrow. I'll see if the driller can push to Thursday, but we may lose him for several days until Hoseley and the drill rig are available again.

**Lane Grover**
*Project Manager*

Gordon N. Ball, Inc. | General Engineering Contractors
333 Camille Avenue | Alamo, CA 94507
(925) 838-5675 | phone
(925) 260-2116 | mobile
(925) 838-5915 | fax
website | vCard | map | email

This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

1

Case: 19-30088    Doc# 9662    Filed: 12/01/20    Entered: 12/01/20 16:17:16    Page 51 of 92

**From:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>
**Sent:** Monday, July 16, 2018 4:26 PM
**To:** Lane Grover <lgrover@ballconco.com>
**Cc:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Lane,
We've elevated this to PG&E's management and hope to get clarity by tomorrow morning so we can proceed with our work. In the meantime, please do NOT cancel any work activities scheduled. We will let you know by noon tomorrow if crews need to be rescheduled.

Thanks, Joe

Joseph Liu, PE
Construction Manager

Project Management & Construction  |  San Francisco Public Works  |  City and County of San Francisco
30 Van Ness Avenue, 5th Floor  |  San Francisco, CA 94102  |  1-415-919-8074  |  sfpublicworks.org · twitter.com/sfpublicworks

**From:** Lane Grover [mailto:lgrover@ballconco.com]
**Sent:** Monday, July 16, 2018 2:16 PM
**To:** Lau, Thomas <TxLj@pge.com>; szsj@pge.com; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; 'mike@jdb-construction.com' <mike@jdb-construction.com>; Ruiz, Mary <MER3@pge.com>; Sean Silveira <sean@hillsidedrilling.com>; Drew Walker (dwalker@hoseley.com) <dwalker@hoseley.com>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

All,
The QEW had no prior knowledge of the relocation work and cannot confirm the line that is in conflict with the pole foundations and catch basin are dead. He will not authorize us to demo the red-capped concrete ductbank. Can someone please confirm what's going on with the relocation work and if the old lines are dead? We are scheduled to drill on Wednesday and were supposed to have demo'd through today in preparation for Wednesday. Without confirmation and a standby for tomorrow to watch us demo, we may be further delayed in starting the CIDH work. In the meantime, I've called for USA remarks as the QEW suggested.

**Lane Grover**
*Project Manager*
Gordon N. Ball, Inc.  |  General Engineering Contractors
333 Camille Avenue  |  Alamo, CA 94507
(925) 838-5675 | phone
(925) 260-2116 | mobile
(925) 838-5915 | fax
website | vCard | map | email

2

This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

**From:** Lau, Thomas <TxLj@pge.com>
**Sent:** Monday, July 16, 2018 9:50 AM
**To:** Lane Grover <lgrover@ballconco.com>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; Ruiz, Mary <MER3@pge.com>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Lane,
A QEW will be on standby on site at 10 am today.

Thomas

**From:** Lane Grover [mailto:lgrover@ballconco.com]
**Sent:** Tuesday, July 10, 2018 12:34 PM
**To:** Lau, Thomas <TxLj@pge.com>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

*****CAUTION**: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
We plan to demo and replace the roadbase this weekend 7/14/18. What is the condition of the two manholes at Shaw/Mission? When the cold mix is removed, is there anything else that needs to be done?

Are you familiar with the relocation work on the north side as well? Is the duct bank at the old curb flowline dead now? If so, can you have a PGE rep onsite 7/16 Monday morning 7am to confirm as we demo through the old concrete encased duct bank? We will be breaking through in three different locations: Catch basin and (2) pole foundations.

Lastly, we have to demo around 1 live highvoltage vault lid at the east end of the north side, near Ecker. See snapshot below. We'll need a PGE standby to be onsite while we perform this work. Please confirm when a standby crew is available.

Case: 19-30088    Doc# 9662    Filed: 12/01/20    Entered: 12/01/20 16:17:16    Page 53
of 92



Need to complete demo of parking strip around manhole and require PGE standby to do so. Adjustment is likely minimal, maybe PGE could adjust at the same time??

**Lane Grover**
*Project Manager*

Gordon N. Ball, Inc. | General Engineering Contractors
333 Camille Avenue | Alamo, CA 94507
(925) 838-5675 | phone
(925) 260-2116 | mobile
(925) 838-5915 | fax
website | vCard | map | email

This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

**From:** Lau, Thomas <TxLj@pge.com>
**Sent:** Thursday, June 28, 2018 2:48 PM
**To:** Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Hi Arun,

The manhole adjustment on Mission and 1st and Mission and Shaw Alley have been completed.

The 2 manhole on Shaw Alley have been lowered and our crew put a temporality covering to keep the restoration material out. Please have the city contractor complete the restoration on Mission and Shaw Alley soon as this is a temporary fix.

Please provide me a date when your crew will be completing the restoration on Mission and Shaw Alley around our 2 manholes.

Thank you

**Thomas Lau - Senior New Business Representative | Service Planning**
2180 Harrison Street, San Francisco 94110
Phone: (415) 695-3383 | Email: txlj@pge.com



**Pacific Gas and Electric Company®**

For SAWA related inquiries, send email to: PGEDistribution@pge.com
For SAWA Pothole, Adjustment, Relocation Requests: www.pge.com/cco

**From:** Bhatia, Arun (DPW) [mailto:arun.bhatia@sfdpw.org]
**Sent:** Tuesday, June 26, 2018 1:42 PM
**To:** Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; Lau, Thomas <TxLj@pge.com>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Iqbal,

There are three manholes that need to be raised at the south corner of Mission St at First St. There are two manholes that need to be lowered at the south side of Mission St at Shaw Alley.

Regards,



Arun Bhatia, PE
Resident Engineer

5

Construction Management | Project Management & Construction
San Francisco Public Works
City and County of San Francisco
30 Van Ness Avenue, 5th Floor
San Francisco, CA 94102
Cell | (415) 987-4872
sfpublicworks.org · twitter.com/sfpublicworks

**From:** Dhapa, Iqbalbhai (DPW)
**Sent:** Tuesday, June 26, 2018 1:36 PM
**To:** Lau, Thomas <TxLj@pge.com>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Arun,

I thought there was a manhole that needed to be lowered. Please confirm. Thanks.

Iqbal Dhapa, PE
Deputy Bureau Manager

Bureau of Engineering | San Francisco Public Works | City and County of San Francisco
30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | (415)557-4677 | sfpublicworks.org · twitter.com/sfpublicworks

**From:** Lau, Thomas [mailto:TxLj@pge.com]
**Sent:** Tuesday, June 26, 2018 1:30 PM
**To:** Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Hi Arun,
As discussed on the phone, PGE is schedule to adjust the manholes on Mission at night on Wed, June 27th.  We will be raise the manholes to the grade that you have provided to us on the PGE conflict ID list. (attached)

For the manholes in the streets we will be putting a temporary pavement around the manhole once the adjustment is complete.   For the manhole in the sidewalk, we will raise it grade and barricade the area to keep it safe.   Please have your contractor complete restoration of the area once construction is complete.

If you have any question or concerns, please feel free to contact me.

**Thomas Lau - Senior New Business Representative** | **Service Planning**

6

2180 Harrison Street, San Francisco 94110
Phone: (415) 695-3383 | Email: txlj@pge.com



**Pacific Gas and Electric Company®**

For SAWA related inquiries, send email to: PGEDistribution@pge.com
For SAWA Pothole, Adjustment, Relocation Requests: www.pge.com/cco

**From:** Bhatia, Arun (DPW) [mailto:arun.bhatia@sfdpw.org]
**Sent:** Wednesday, June 13, 2018 11:10 AM
**To:** Lau, Thomas <TxLj@pge.com>
**Cc:** Biondi, Kim <KxTp@pge.com>; Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; PGE Distribution <PGEDistribution@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Thomas,

We are requesting the adjustment of four manholes prior to completion of our work. Two manholes are located in the street at the south corner of Mission and First, and two in the street at south side of Shaw Alley. We will be completing the base repair at the south corner of Mission and First on 6/16/18, and the paving on 6/23/18 (two manhole adjustments – ID 43 and 44). We will be completing the base repair at the south side of Shaw Alley on 6/23/18 (two manhole adjustments – ID 3 and 4).

Additionally, as I mentioned to you, we moved forward with our work and completed the sidewalk at the south corner of First and Mission on 6/7/18. The manhole in the sidewalk at this location is now blocked off, and PG&E is currently out of compliance at this location (One manhole adjustment – ID 50). I have attached two photos of the current condition of the sidewalk at this location.

Last we spoke, you stated your QEW inspector is scheduled to visit all of the manholes on 6/30/18, which will result in PG&E being out of compliance at all locations listed above beginning 6/23/18. I have attached the email chain discussing this, dating back to 5/4/18. I have also attached the PG&E Utility Adjustment Letter transmitted to PG&E in July 2017.

Please let me know what the timeline is to complete these adjustments.

Regards,



Arun Bhatia, PE
Resident Engineer

Construction Management | Project Management & Construction
San Francisco Public Works

7

City and County of San Francisco
30 Van Ness Avenue, 5th Floor
San Francisco, CA 94102
Cell | (415) 987-4872
sfpublicworks.org · twitter.com/sfpublicworks

**From:** PGE Distribution [mailto:PGEDistribution@pge.com]
**Sent:** Wednesday, June 13, 2018 9:34 AM
**To:** Lane Grover <lgrover@ballconco.com>
**Cc:** Lau, Thomas <TxLj@pge.com>; Biondi, Kim <KxTp@pge.com>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Hi Lane,

Please work through your DPW PM to contact their PG&E representative for the project. Thomas Lau (CC'd) is the PG&E contact for the two indicated manhole adjustments and should be in touch with the City contact upon his return to the office later this week.

Thank you,
**SF Service Planning Gas & Electric Distribution Team**

Senior New Business Representative | Service Planning
2180 Harrison Street, San Francisco 94110 | Email: PGEDistribution@pge.com



**From:** Lane Grover [mailto:lgrover@ballconco.com]
**Sent:** Wednesday, June 13, 2018 8:58 AM
**To:** Sanders, Sean <SZSJ@pge.com>
**Cc:** Lau, Thomas <TxLj@pge.com>; Biondi, Kim <KxTp@pge.com>; Bhatia, Arun (DPW) (arun.bhatia@sfdpw.org) <arun.bhatia@sfdpw.org>; Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; 'Liu, Joseph (DPW)' <joseph.liu@sfdpw.org>; 'Cairns, Shannon (DPW)' <shannon.cairns@sfdpw.org>; 'Munoz, Josef (DPW)' <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>
**Subject:** Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Sean,

See attached drawing. Please confirm when PGE can lower the (2) manhole lids. The lid adjacent to the gutter needs to drop approximately 0.4ft. Attached is a picture of that lid.

**Lane Grover**
*Project Manager*

Gordon N. Ball, Inc. | General Engineering Contractors
333 Camille Avenue | Alamo, CA 94507
(925) 838-5675 | phone
(925) 260-2116 | mobile
(925) 838-5915 | fax
website | vCard | map | email

8

This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

9

## Lane Grover

| | |
|---|---|
| **From:** | Lane Grover |
| **Sent:** | Wednesday, July 18, 2018 9:33 AM |
| **To:** | 'Lau, Thomas'; 'szsj@pge.com'; 'Liu, Joseph (DPW)'; 'Bhatia, Arun (DPW)' |
| **Cc:** | 'Khou, Jeffery (DPW)'; 'Cairns, Shannon (DPW)'; 'Munoz, Josef (DPW)'; Matt Turner; 'Huff, Nicolas (DPW)'; 'Cisneros, Fernando (DPW)'; 'Dhapa, Iqbalbhai (DPW)'; 'mike@jdb-construction.com'; 'Ruiz, Mary'; Sean Silveira; Drew Walker (dwalker@hoseley.com) |
| **Subject:** | RE: Transbay Streetscape Phase 1 2862J - Duct Bank Relocation |

Please confirm, following the final work this week, that PGE will have a representative onsite Monday morning to confirm and watch us as we demo through the existing duct bank on the north edge of Mission St in three locations. The QEW will also need to stay for the demolition of the parking strip around the High Voltage Vault lid in front of Ecker (snap shot below in earlier email).

Is it possible to have PGE mark ALL LINES THAT ARE TO REMAIN ACTIVE while they are there doing the final work? That would help alleviate confusion come Monday morning.



**Lane Grover**
*Project Manager*

Gordon N. Ball, Inc. | General Engineering Contractors
333 Camille Avenue | Alamo, CA 94507
(925) 838-5675 | phone
(925) 260-2116 | mobile
(925) 838-5915 | fax
website | vCard | map | email

This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

---

**From:** Lane Grover
**Sent:** Monday, July 16, 2018 2:16 PM
**To:** Lau, Thomas <TxLj@pge.com>; szsj@pge.com; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; 'mike@jdb-construction.com' <mike@jdb-construction.com>; Ruiz, Mary <MER3@pge.com>; Sean Silveira <sean@hillsidedrilling.com>; Drew Walker (dwalker@hoseley.com) <dwalker@hoseley.com>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

All,
The QEW had no prior knowledge of the relocation work and cannot confirm the line that is in conflict with the pole foundations and catch basin are dead. He will not authorize us to demo the red-capped concrete ductbank. Can someone please confirm what's going on with the relocation work and if the old lines are dead? We are scheduled to drill on Wednesday and were supposed to have demo'd through today in preparation for Wednesday. Without confirmation and a standby for tomorrow to watch us demo, we may be further delayed in starting the CIDH work. In the meantime, I've called for USA remarks as the QEW suggested.

1



**Lane Grover**
*Project Manager*

Gordon N. Ball, Inc. | General Engineering Contractors

333 Camille Avenue | Alamo, CA 94507

(925) 838-5675 | phone
(925) 260-2116 | mobile
(925) 838-5915 | fax

website | vCard | map | email

This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

**From:** Lau, Thomas <TxLj@pge.com>
**Sent:** Monday, July 16, 2018 9:50 AM
**To:** Lane Grover <lgrover@ballconco.com>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; Ruiz, Mary <MER3@pge.com>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Lane,
A QEW will be on standby on site at 10 am today.

Thomas

**From:** Lane Grover [mailto:lgrover@ballconco.com]
**Sent:** Tuesday, July 10, 2018 12:34 PM
**To:** Lau, Thomas <TxLj@pge.com>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

We plan to demo and replace the roadbase this weekend 7/14/18. What is the condition of the two manholes at Shaw/Mission? When the cold mix is removed, is there anything else that needs to be done?

Are you familiar with the relocation work on the north side as well? Is the duct bank at the old curb flowline dead now? If so, can you have a PGE rep onsite 7/16 Monday morning 7am to confirm as we demo through the old concrete encased duct bank? We will be breaking through in three different locations: Catch basin and (2) pole foundations.

Lastly, we have to demo around 1 live highvoltage vault lid at the east end of the north side, near Ecker. See snapshot below. We'll need a PGE standby to be onsite while we perform this work. Please confirm when a standby crew is available.

2



Need to complete demo of parking strip around manhole and require PGE standby to do so. Adjustment is likely minimal, maybe PGE could adjust at the same time??



**Lane Grover**
*Project Manager*

Gordon N. Ball, Inc. | General Engineering Contractors
333 Camille Avenue | Alamo, CA 94507
(925) 838-5675 | phone
(925) 260-2116 | mobile
(925) 838-5915 | fax
website | vCard | map | email

This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

**From:** Lau, Thomas <TxLj@pge.com>
**Sent:** Thursday, June 28, 2018 2:48 PM
**To:** Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

3

Hi Arun,

The manhole adjustment on Mission and 1st and Mission and Shaw Alley have been completed.

The 2 manhole on Shaw Alley have been lowered and our crew put a temporality covering to keep the restoration material out.   Please have the city contractor complete the restoration on Mission and Shaw Alley soon as this is a temporary fix.

Please provide me a date when your crew will be completing the restoration on Mission and Shaw Alley around our 2 manholes.

Thank you

**Thomas Lau - Senior New Business Representative | Service Planning**
2180 Harrison Street, San Francisco 94110
Phone: (415) 695-3383 | Email: txlj@pge.com



For SAWA related inquiries, send email to: PGEDistribution@pge.com
For SAWA Pothole, Adjustment, Relocation Requests: www.pge.com/cco

---

**From:** Bhatia, Arun (DPW) [mailto:arun.bhatia@sfdpw.org]
**Sent:** Tuesday, June 26, 2018 1:42 PM
**To:** Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; Lau, Thomas <TxLj@pge.com>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Iqbal,

There are three manholes that need to be raised at the south corner of Mission St at First St. There are two manholes that need to be lowered at the south side of Mission St at Shaw Alley.

Regards,



Arun Bhatia, PE
Resident Engineer

4

Construction Management | Project Management & Construction
San Francisco Public Works
City and County of San Francisco
30 Van Ness Avenue, 5th Floor
San Francisco, CA 94102
Cell | (415) 987-4872
sfpublicworks.org · twitter.com/sfpublicworks

**From:** Dhapa, Iqbalbhai (DPW)
**Sent:** Tuesday, June 26, 2018 1:36 PM
**To:** Lau, Thomas <TxLj@pge.com>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Arun,

I thought there was a manhole that needed to be lowered. Please confirm. Thanks.

Iqbal Dhapa, PE
Deputy Bureau Manager

Bureau of Engineering | San Francisco Public Works | City and County of San Francisco
30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | (415)557-4677 | sfpublicworks.org · twitter.com/sfpublicworks

**From:** Lau, Thomas [mailto:TxLj@pge.com]
**Sent:** Tuesday, June 26, 2018 1:30 PM
**To:** Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>
**Cc:** Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; Cisneros, Fernando (DPW) <Fernando.Cisneros@sfdpw.org>; Ramos, Wilson <WxRg@pge.com>; Riordan, Mike <M3RD@pge.com>; Conn, Sebastian <S8CU@pge.com>; Egan, Amanda <AXER@pge.com>; Tam, Clayton (DPW) <Clayton.Tam@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Hi Arun,
As discussed on the phone, PGE is schedule to adjust the manholes on Mission at night on Wed, June 27th. We will be raise the manholes to the grade that you have provided to us on the PGE conflict ID list. (attached)

For the manholes in the streets we will be putting a temporary pavement around the manhole once the adjustment is complete. For the manhole in the sidewalk, we will raise it grade and barricade the area to keep it safe. Please have your contractor complete restoration of the area once construction is complete.

If you have any question or concerns, please feel free to contact me.

**Thomas Lau - Senior New Business Representative | Service Planning**

5

2180 Harrison Street, San Francisco 94110
Phone: (415) 695-3383 | Email: txlj@pge.com



**Pacific Gas and
Electric Company**

For SAWA related inquiries, send email to: PGEDistribution@pge.com
For SAWA Pothole, Adjustment, Relocation Requests: www.pge.com/cco

**From:** Bhatia, Arun (DPW) [mailto:arun.bhatia@sfdpw.org]
**Sent:** Wednesday, June 13, 2018 11:10 AM
**To:** Lau, Thomas <TxLj@pge.com>
**Cc:** Biondi, Kim <KxTp@pge.com>; Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW)
<joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW)
<Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>; PGE
Distribution <PGEDistribution@pge.com>; Lane Grover <lgrover@ballconco.com>; Huff, Nicolas (DPW)
<nicolas.huff@sfdpw.org>; Dhapa, Iqbalbhai (DPW) <Iqbalbhai.Dhapa@sfdpw.org>; Cisneros, Fernando (DPW)
<Fernando.Cisneros@sfdpw.org>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

*****CAUTION:** This email was sent from an EXTERNAL source. Think before clicking links or opening
attachments.*****
Hi Thomas,

We are requesting the adjustment of four manholes prior to completion of our work. Two manholes are located in the
street at the south corner of Mission and First, and two in the street at south side of Shaw Alley. We will be completing
the base repair at the south corner of Mission and First on 6/16/18, and the paving on 6/23/18 (two manhole
adjustments – ID 43 and 44). We will be completing the base repair at the south side of Shaw Alley on 6/23/18 (two
manhole adjustments – ID 3 and 4).

Additionally, as I mentioned to you, we moved forward with our work and completed the sidewalk at the south corner
of First and Mission on 6/7/18. The manhole in the sidewalk at this location is now blocked off, and PG&E is currently
out of compliance at this location (One manhole adjustment – ID 50). I have attached two photos of the current
condition of the sidewalk at this location.

Last we spoke, you stated your QEW inspector is scheduled to visit all of the manholes on 6/30/18, which will result in
PG&E being out of compliance at all locations listed above beginning 6/23/18. I have attached the email chain discussing
this, dating back to 5/4/18. I have also attached the PG&E Utility Adjustment Letter transmitted to PG&E in July 2017.

Please let me know what the timeline is to complete these adjustments.

Regards,



Arun Bhatia, PE
Resident Engineer

Construction Management | Project Management & Construction
San Francisco Public Works

6

City and County of San Francisco
30 Van Ness Avenue, 5th Floor
San Francisco, CA 94102
Cell | (415) 987-4872
sfpublicworks.org · twitter.com/sfpublicworks

**From:** PGE Distribution [mailto:PGEDistribution@pge.com]
**Sent:** Wednesday, June 13, 2018 9:34 AM
**To:** Lane Grover <lgrover@ballconco.com>
**Cc:** Lau, Thomas <TxLj@pge.com>; Biondi, Kim <KxTp@pge.com>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>; Munoz, Josef (DPW) <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>; Fredriksson, Joshua <J2F7@pge.com>
**Subject:** RE: Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

Hi Lane,

Please work through your DPW PM to contact their PG&E representative for the project. Thomas Lau (CC'd) is the PG&E contact for the two indicated manhole adjustments and should be in touch with the City contact upon his return to the office later this week.

Thank you,
**SF Service Planning Gas & Electric Distribution Team**

Senior New Business Representative | Service Planning
2180 Harrison Street, San Francisco 94110 | Email: PGEDistribution@pge.com

---



**Pacific Gas and
Electric Company**

---

**From:** Lane Grover [mailto:lgrover@ballconco.com]
**Sent:** Wednesday, June 13, 2018 8:58 AM
**To:** Sanders, Sean <SZSJ@pge.com>
**Cc:** Lau, Thomas <TxLj@pge.com>; Biondi, Kim <KxTp@pge.com>; Bhatia, Arun (DPW) (arun.bhatia@sfdpw.org) <arun.bhatia@sfdpw.org>; Khou, Jeffery (DPW) <jeffery.khou@sfdpw.org>; 'Liu, Joseph (DPW)' <joseph.liu@sfdpw.org>; 'Cairns, Shannon (DPW)' <shannon.cairns@sfdpw.org>; 'Munoz, Josef (DPW)' <Josef.Munoz@sfdpw.org>; Matt Turner <mturner@ballconco.com>
**Subject:** Transbay Streetscape Phase 1 2862J - Manhole Adjustment @ Mission/Shaw

*****CAUTION:** This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Sean,

See attached drawing. Please confirm when PGE can lower the (2) manhole lids. The lid adjacent to the gutter needs to drop approximately 0.4ft. Attached is a picture of that lid.

**Lane Grover**
*Project Manager*



Gordon N. Ball, Inc. | General Engineering Contractors
333 Camille Avenue | Alamo, CA 94507
(925) 838-5675 | phone
(925) 260-2116 | mobile
(925) 838-5915 | fax
website | vCard | map | email

7

This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

## Lane Grover

| From: | Liu, Joseph (DPW) <joseph.liu@sfdpw.org> |
|-------|-------------------------------------------|
| Sent: | Monday, July 23, 2018 8:22 AM |
| To: | Cairns, Shannon (DPW); Bhatia, Arun (DPW); Huff, Nicolas (DPW); Lane Grover; Matt Turner |
| Cc: | Suskind, Suzanne (DPW); Thomas, John (DPW) |
| Subject: | RE: Mission/Shaw update |

Shannon,

Speaking with Gordon Ball this morning, we've called off the demo for today. I've requested the drillers not be cancelled until we hear further from PG&E. However unless we get clearance from PG&E Today, it is unlikely that we'll be ready to drill the CIDH piles on Wednesday and effectively will not be able to complete our work by the August 10th Transbay opening date.

Thanks, Joe


**Joseph Liu, PE**
Construction Manager

Project Management & Construction | San Francisco Public Works | City and County of San Francisco
30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | 1-415-919-8074 | sfpublicworks.org · twitter.com/sfpublicworks


**From:** Cairns, Shannon (DPW)
**Sent:** Monday, July 23, 2018 7:32 AM
**To:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; lgrover@ballconco.com; mturner@ballconco.com
**Cc:** Suskind, Suzanne (DPW) <suzanne.suskind@sfdpw.org>; Thomas, John (DPW) <John.Thomas@sfdpw.org>
**Subject:** Fwd: Mission/Shaw update

Hi everyone.

I know that Joe was copied in this email from PG&E. I don't have any other news from them. I'll be following up and will keep you informed.

Shannon

Shannon Cairns
415-581-2576

Begin forwarded message:

> **From:** "Chu, Steve" <S4Cv@pge.com>
> **Date:** July 21, 2018 at 6:18:24 PM PDT
> **To:** "Liu, Joseph (DPW)" <joseph.liu@sfdpw.org>, "Cairns, Shannon (DPW)"
> <shannon.cairns@sfdpw.org>

1

**Cc:** "Chu, Steve" <S4Cv@pge.com>
**Subject: RE: Mission/Shaw update**

Hi Shannon,

This email is to follow up with the voicemail I left on your phone.

I was recently informed that the work we had scheduled this evening to relocate the cable has been canceled due to field conditions/operational issues. Any work you have scheduled on Monday (7/23/2018) that is contingent on this relocation work being completed will need to be postponed/rescheduled. There is an issue on the circuit that we need to work on for the cable relocation and we cannot proceed until the issue is identified/resolved. Our Restoration team is currently troubleshooting the issue, but I do not have a an estimated time of restoration for you at this time – should have more information the next 24-48 hours.

I apologize for the bad news and will keep you informed with any pertinent updates I receive on my end.

Best regards,

Steve

**Steve Chu** | Supervisor, Contract Field Ops (SF)
Pacific Gas and Electric Company
415.654.3993 Mobile | Steve.Chu@pge.com
Nothing matters more at PG&E than public, employee and contractor safety.

**From:** Liu, Joseph (DPW) [mailto:joseph.liu@sfdpw.org]
**Sent:** Friday, July 20, 2018 8:16 AM
**To:** Chu, Steve <S4Cv@pge.com>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** RE: Mission/Shaw update

\*\*\*\*\***CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.**\*\*\*\*\*

Thanks Steve,
The QEW last Monday was sent by Thomas Lau from Service Planning. Since our primary contact throughout the relocation process was Sean Sanders, also from Service Planning, we were caught by surprise that the QEW had no knowledge of the primary purpose why we requested his presence. It was fortunate that our crew errored on the side of caution or we would have dug into a live wire. Let's make sure we have right personnel, with the knowledge of the facility, on site next Monday.

Thanks, Joe

Joseph Liu, PE
Construction Manager

Project Management & Construction | San Francisco Public Works | City and County of San Francisco
30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | 1-415-919-8074 | sfpublicworks.org ·
twitter.com/sfpublicworks

**From:** Chu, Steve [mailto:S4Cv@pge.com]
**Sent:** Thursday, July 19, 2018 6:16 PM
**To:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Cc:** Chu, Steve <S4Cv@pge.com>
**Subject:** RE: Mission/Shaw update

Hi Shannon,

On another note, the final deliverable has been received. We have confirmed 5 of 5 required resources and cleared 3 of 3 required deliverables.

As long as there are no unforeseen resource impacts, we are fully coordinated for the work on Saturday night.

Best regards,

Steve

**Steve Chu** | Supervisor, Contract Field Ops (SF)
Pacific Gas and Electric Company
415.654.3993 Mobile | Steve.Chu@pge.com
Nothing matters more at PG&E than public, employee and contractor safety.

**From:** Chu, Steve
**Sent:** Thursday, July 19, 2018 6:11 PM
**To:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Cc:** Chu, Steve <S4Cv@pge.com>
**Subject:** RE: Mission/Shaw update

Hi Joe,

Thank you for the additional information. Would you please clarify how the PG&E QEW onsite on Monday was scheduled? For example, what department provided the QEW and who was contacted to coordinate this resource.

Our team can follow-up via email to confirm the duct bank has been vacated upon completion of the work, but I will need to check within our department to see if a QEW can be onsite to confirm on Monday morning (7/23/2018).

Best regards,

Steve

**Steve Chu** | Supervisor, Contract Field Ops (SF)
Pacific Gas and Electric Company
415.654.3993 Mobile | Steve.Chu@pge.com
Nothing matters more at PG&E than public, employee and contractor safety.

**From:** Liu, Joseph (DPW) [mailto:joseph.liu@sfdpw.org]
**Sent:** Thursday, July 19, 2018 5:26 PM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Cc:** Chu, Steve <S4Cv@pge.com>
**Subject:** Re: Mission/Shaw update

3

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Steve, when our SFPW contractors are tasked to demo facilities of another entity, ie PG&E, we request that a standby is provided to verify on site that the facility is indeed not active, as a safety precaution. Considering what happened on Monday where the PG&E QEW on site was completely clueless regarding the relocation work, we request that someone with knowledge of the relocation work be on site this coming Monday to provide that assurance to our contractor before be demo the duct bank.

Thanks, Joe

 **Joseph Liu, PE**

Construction Manager

Project Management & Construction | San Francisco Public Works | City and County of San Francisco

30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | 1-415-919-8074 | sfpublicworks.org · twitter.com/sfpublicworks

On Jul 19, 2018, at 5:10 PM, Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org> wrote:

> Thanks, Steve.
>
> I'll let Joe Liu chime in about our need for PG&E personnel on-site on Monday morning for the demo.
>
> Shannon
>
> Shannon Cairns
> (415) 581-2576

> **From:** Chu, Steve [mailto:S4Cv@pge.com]
> **Sent:** Thursday, July 19, 2018 4:04 PM
> **To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
> **Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Chu, Steve <S4Cv@pge.com>
> **Subject:** RE: Mission/Shaw update
>
> Hi Shannon,

4

The final deliverable is part of a PG&E process to ensure the electric distribution system is safely operated and setup for the crews to perform their work. This deliverable is typically provided a day or two before the work takes place due to operational and safety reasons. In short, there is low risk that we will not receive this deliverable.

The chances the relocation work will not be completed by Sunday morning is low (low is good) and our team has considered a secondary plan in the event we cannot complete the full scope of the work; duct package would still be vacated in this scenario.

While things look promising, I would like to make clear that there is still a possibility that an unknown risk is identified/realized on the day of the work and could prevent the duct bank from being fully vacated.

I do not know who will be onsite to clear the duck bank for demolition (I do not know if that is a specific request from your team or a procedure unfamiliar to me), but I advise that regardless if someone clears the duct package for demolition, the contractor/crew performing the work needs to safely "window" the ducts to visually ensure there are no unknown cables/facilities before proceeding with the full demolition – safety is the highest priority.

I will update you as soon as the final deliverable is received. Please let me know if you have any questions or concerns in the meantime. Thanks!

Best regards,

Steve

**Steve Chu** | Supervisor, Contract Field Ops (SF)
Pacific Gas and Electric Company
415.654.3993 Mobile | Steve.Chu@pge.com
Nothing matters more at PG&E than public, employee and contractor safety.

**From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
**Sent:** Thursday, July 19, 2018 3:34 PM
**To:** Chu, Steve <S4Cv@pge.com>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>
**Subject:** RE: Mission/Shaw update

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Thanks very much, Steve. I'm glad you were transferred to work in this area!

What will happen if the last of the three deliverables isn't cleared tomorrow? That aside, what are the chances that the electric distribution cable relocation won't happen on Saturday night? Do you have all permits needed from the City to perform the work?

Who will be on site on Monday morning to clear our contractor to demo the duct bank?

Shannon

Shannon Cairns
(415) 581-2576

**From:** Chu, Steve [mailto:S4Cv@pge.com]
**Sent:** Thursday, July 19, 2018 3:29 PM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Cc:** Chu, Steve <S4Cv@pge.com>
**Subject:** RE: Mission/Shaw update

Hi Shannon,

Please see latest update below.

- Fiber Optic cable identified and has been relocated.
- Electric Distribution cable scheduled to be relocated on night of Saturday into Sunday morning.
- 5 of 5 required resources to perform work confirmed.
- 2 of 3 required deliverables to perform work cleared – final deliverable expected tomorrow.

Please let me know if you have any questions. Thanks!

Best regards,

Steve

**Steve Chu** | Supervisor, Contract Field Ops (SF)
Pacific Gas and Electric Company
415.654.3993 Mobile | Steve.Chu@pge.com
Nothing matters more at PG&E than public, employee and contractor safety.

**From:** Chu, Steve
**Sent:** Thursday, July 19, 2018 12:14 PM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Subject:** Re: Mission/Shaw update

Hi Shannon,

Please see requested information below. I kept the status update/summary high level as a majority of the details relate to PG&E internal processes/technical information.

• Fiber Optic cable identified and relocation currently in progress - expected completion by end of today.
• Electric Distribution cable scheduled to be relocated on night of Saturday into Sunday morning.
• 4 of 5 required resources to perform work confirmed - final confirmation pending and seeking response by end of today.
• 1 of 3 required deliverables to perform work cleared - final deliverables expected by end of today and/or tomorrow.

Please let me know if you have any questions.

Best regards,

6

Steve

Steve Chu | Supervisor, Contract Field Ops (SF)
Pacific Gas and Electric Company
415.654.3993 Mobile | Steve.Chu@pge.com
Nothing matters more at PG&E than public, employee and contractor safety.

**From:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Sent:** Thursday, July 19, 2018 11:34:31 AM
**To:** Chu, Steve
**Subject:** Mission/Shaw update

*****CAUTION: This email was sent from an EXTERNAL source. Think before
clicking links or opening attachments.*****
Hi, Steve.

Thanks for your text. When will you be out of your meeting and able to send me a more
detailed update? I will be sending an email to the City Engineer today with the history of
the issue and the current status.

Shannon

<image002.jpg>
Shannon Cairns
Project Manager

Project Management & Construction | San Francisco Public Works | City and County of San
Francisco
30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | (415) 581-2576 | sfpublicworks.org ·
twitter.com/sfpublicworks

## Lane Grover

| From: | Suskind, Suzanne (DPW) <suzanne.suskind@sfdpw.org> |
|---|---|
| Sent: | Tuesday, July 24, 2018 6:28 PM |
| To: | Chu, Steve |
| Cc: | Cairns, Shannon (DPW); Fredriksson, Joshua; Bhatia, Arun (DPW); Liu, Joseph (DPW); Lane Grover; Matt Turner; Cuellar, Alfredo (DPW); Huff, Nicolas (DPW); Yee, Ed (DPW); Thomas, John (DPW) |
| Subject: | Re: Mission/Shaw status? |

Thanks Steve! We appreciate it.

I assume pge does the verifying you refer to below and advises when demo can begin, correct?

Sent from my iPhone

On Jul 24, 2018, at 6:15 PM, Chu, Steve <S4Cv@pge.com> wrote:

> Hi all:
>
> Handoff from the Restoration crew to the Contract crew has been completed. Contract crew expected to begin cable relocation work at 10:00 PM this evening (7/24/2018) with a target completion of 6:00 AM the following morning (7/25/2018). A confirmation email will be sent out once the relocation work has been completed.
>
> **Outstanding Items**
>
> - Confirmation from Matt on when the team will be onsite tomorrow morning (7/25/2018) to begin demolition.
> - Confirmation from PG&E that an employee will be onsite for demo work (unclear if employee required to be present at start or for entire duration).
> - Confirmation from PG&E that the cable relocation work has been completed.
>
> As previously communicated, demolition of the duct package should not begin until it is visually verified to be vacant at multiple points along the run to ensure no unidentified/unknown facilities remain. Verifying that the duct package is vacant within the manholes on each side does not rule out the possibility that there may be an unknown duct/facility that joins or is adjacent to the duct package within the section to be demolished.
>
> Please contact me if you have any questions.
>
> Best regards,
>
> Steve
>
> **Steve Chu** | Supervisor, Contract Field Ops (SF)
> Pacific Gas and Electric Company
> 415.654.3993 Mobile | Steve.Chu@pge.com
> Nothing matters more at PG&E than public, employee and contractor safety.
>
> **From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
> **Sent:** Tuesday, July 24, 2018 4:20 PM

1

**To:** Chu, Steve <S4Cv@pge.com>; Fredriksson, Joshua <J2F7@pge.com>; Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; lgrover@ballconco.com; mturner@ballconco.com; Cuellar, Alfredo (DPW) <Alfredo.Cuellar@sfdpw.org>
**Cc:** Huff, Nicolas (DPW) <nicolas.huff@sfdpw.org>; Yee, Ed (DPW) <Ed.Yee@sfdpw.org>; Suskind, Suzanne (DPW) <suzanne.suskind@sfdpw.org>; Thomas, John (DPW) <John.Thomas@sfdpw.org>
**Subject:** RE: Mission/Shaw status?
**Importance:** High

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Hi, folks.

PG&E work will be complete by tomorrow morning for the duct bank demolition to begin.

**Matt**, please confirm what time your team will be on-site tomorrow morning to begin the demolition. **Steve and Josh**, please confirm that you will have PG&E staff on-site at the time Matt states their work will begin. **Steve**, please email this group when the Restoration team has reported off the circuit, the proper handoff has then place, and your team has begun work. **Steve**, please email this group again when your team's work is complete to confirm we are good to go tomorrow morning.

Steve, thanks for jumping in and getting us this point; Matt, thanks for your flexibility in responding to the changing dates.

Shannon

Shannon Cairns
(415) 581-2576

---

**From:** Chu, Steve [mailto:S4Cv@pge.com]
**Sent:** Tuesday, July 24, 2018 3:32 PM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Cc:** Chu, Steve <S4Cv@pge.com>
**Subject:** RE: Mission/Shaw status?

Hi Shannon,

We are on track to perform the cable reroute tonight. We recently received confirmation from the Restoration team that they will be reporting off the circuit this afternoon.

My team is confirming items with all the key stakeholders to ensure the proper handoff takes place before we report onto the circuit this evening. I will confirm with you once all open items have been addressed.

As for the duct package demo work, I am still awaiting confirmation from our contractor about their earliest start date and expected duration of the work; should receive the information by end of today per the contractor. We can decide the best course of action for the demo work at that time.

Please let me know if you have any other questions in the meantime.

Best regards,

2

Steve

**Steve Chu** | Supervisor, Contract Field Ops (SF)
Pacific Gas and Electric Company
415.654.3993 Mobile | Steve.Chu@pge.com
Nothing matters more at PG&E than public, employee and contractor safety.

**From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
**Sent:** Tuesday, July 24, 2018 3:04 PM
**To:** Chu, Steve <S4Cv@pge.com>
**Subject:** RE: Mission/Shaw status?

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi, Steve.

Will you be working at Mission/Shaw tonight?

Shannon

Shannon Cairns
(415) 581-2576

**From:** Chu, Steve [mailto:S4Cv@pge.com]
**Sent:** Tuesday, July 24, 2018 9:49 AM
**To:** Cairns, Shannon (DPW) <shannon.cairns@sfdpw.org>
**Cc:** Chu, Steve <S4Cv@pge.com>
**Subject:** RE: Mission/Shaw status?

Hi Shannon,

Update from this morning is that equipment was replaced by our Restoration Crews overnight and they are doing additional testing/troubleshooting today.

If all goes well and as planned, our team will be able to perform the cable relocation work tonight into tomorrow morning. This will be contingent on the Restoration crew confirming/clearing the line for our crew to do their work.

**Outstanding Items for Cable Relocation Work to Proceed Night of 7/24/2018**

- Confirmation from Restoration team that testing/troubleshooting completed – will get an update/confirmation this afternoon.
- Electric contract crew availability and coordination – my team working on procuring/confirming resources in anticipation of work proceeding tonight; has not been confirmed yet.

**Other Outstanding Items**

- Steve to confirm with Shannon if PG&E civil contract crew can perform duct package demo/removal – contacted contractor yesterday late-afternoon and will get confirmation today with expected completion timeframe.

Best regards,

3

Steve

**Steve Chu** | Supervisor, Contract Field Ops (SF)
Pacific Gas and Electric Company
415.654.3993 Mobile | Steve.Chu@pge.com
Nothing matters more at PG&E than public, employee and contractor safety.

**From:** Cairns, Shannon (DPW) [mailto:shannon.cairns@sfdpw.org]
**Sent:** Tuesday, July 24, 2018 9:34 AM
**To:** Chu, Steve <S4Cv@pge.com>
**Subject:** Mission/Shaw status?

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****
Hi, Steve.

What's the update on the Mission/Shaw work?

Shannon

<image002.jpg>

Shannon Cairns
Project Manager

Project Management & Construction | San Francisco Public Works | City and County of San Francisco
30 Van Ness Avenue, 5th Floor | San Francisco, CA 94102 | (415) 581-2576 | sfpublicworks.org ·
twitter.com/sfpublicworks

4

## Lane Grover

| | |
|---|---|
| **From:** | Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org> |
| **Sent:** | Friday, July 27, 2018 11:57 AM |
| **To:** | Matt Turner |
| **Cc:** | Lane Grover |
| **Subject:** | FW: Transbay PG&E Conflict - Site visit 7.26.18 8am |

**Importance:** High

Regards,



Arun Bhatia, PE
Resident Engineer

Construction Management | Project Management & Construction
San Francisco Public Works
City and County of San Francisco
30 Van Ness Avenue, 5th Floor
San Francisco, CA 94102
Cell | (415) 987-4872
sfpublicworks.org · twitter.com/sfpublicworks

**From:** Chu, Steve [mailto:S4Cv@pge.com]
**Sent:** Friday, July 27, 2018 7:24 AM
**To:** Bhatia, Arun (DPW) <arun.bhatia@sfdpw.org>; Lau, Thomas <TxLj@pge.com>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cuellar, Alfredo (DPW) <Alfredo.Cuellar@sfdpw.org>; Chu, Steve <S4Cv@pge.com>
**Subject:** RE: Transbay PG&E Conflict - Site visit 7.26.18 8am
**Importance:** High

Hi Arun,

The crew identified another circuit in the duct package yesterday night when doing the duct chipping work. The team is already working on a plan to have it relocated, but I do not have a relocation timeline at this time and hope to have that information to you by the end of today (target).

I will also be looking into how it was missed during our onsite meeting yesterday morning, as a lessons learned, to minimize the chance of this occurring on future relocation projects.

Expect a follow-up communication from PG&E later today.

Please contact me if you have any questions in the meantime.

Best regards,

Steve

1

Steve Chu | Supervisor, Contract Field Ops (SF)
Pacific Gas and Electric Company
415.654.3993 Mobile | Steve.Chu@pge.com
Nothing matters more at PG&E than public, employee and contractor safety.

---

**From:** Chu, Steve
**Sent:** Thursday, July 26, 2018 12:17 PM
**To:** 'Bhatia, Arun (DPW)' <arun.bhatia@sfdpw.org>
**Cc:** 'Liu, Joseph (DPW)' <joseph.liu@sfdpw.org>; 'Cuellar, Alfredo (DPW)' <Alfredo.Cuellar@sfdpw.org>; Chu, Steve <S4Cv@pge.com>
**Subject:** RE: Transbay PG&E Conflict - Site visit 7.26.18 8am
**Importance:** High

Hi Arun,

This email is to follow up with the onsite meeting that took place this morning.

**Summary**

- PG&E verified the location of the three circuits running parallel to the street.
    - (1) recently relocated confirmed to be in the street right outside the excavation area.
    - (2) circuits confirmed to be in the street outside of the excavation area and recently relocated circuit.
- Based on these findings, we do not believe there are any circuits within the drilling area and recommend proceeding with verifying the duct packages.
- Goal is to verify the duct packages this evening so SFDPW can proceed with work tomorrow (if no other PG&E or non-PG&E facilities found).

**Next Steps**

- PG&E Contract crew requested to be onsite this evening (7/26/2018) to verify the conduits are empty (QEWs will be doing the chipping/verification) – pending confirmation of resources.
- Need confirmation from SFDPW if permits required to perform verification work this evening (will involve chipping of the duct packages and potentially grinding a window into any steel conduits.
- If permits required, need support from SPDPW to procure/provide permits.

Please let me know if you have any questions and respond at your earliest convenience. Thanks!

Best regards,

Steve

Steve Chu | Supervisor, Contract Field Ops (SF)
Pacific Gas and Electric Company
415.654.3993 Mobile | Steve.Chu@pge.com
Nothing matters more at PG&E than public, employee and contractor safety.

---

**From:** Chu, Steve
**Sent:** Wednesday, July 25, 2018 3:43 PM
**To:** 'Bhatia, Arun (DPW)' <arun.bhatia@sfdpw.org>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cuellar, Alfredo (DPW) <Alfredo.Cuellar@sfdpw.org>; Chu, Steve <S4Cv@pge.com>
**Subject:** RE: Transbay PG&E Conflict - Site visit 7.26.18 8am

Hi Arun,

Thank you for the follow-up email.

It is unlikely PG&E will be able to provide a timeline on the reroute immediately following the meeting, but we should know more as all the details are gathered and assessed. I will stay involved as needed to help keep this work moving along and get your questions answered (both in terms of scope and timeline).

Per our conversation, a PG&E QEW, Locator, a Field Engineer from my team, and I are confirmed to be onsite tomorrow at 8:00 AM – I am still awaiting confirmation of availability from our Service Planning and Design/Estimating team.

The FE on my team and I are not involved with the work at this point, but will be onsite to support as needed. Once the work is ready for construction, my team would become involved if/when this relocation work is assigned to Contract construction resources.

Best regards,

Steve

**Steve Chu** | Supervisor, Contract Field Ops (SF)
Pacific Gas and Electric Company
415.654.3993 Mobile | Steve.Chu@pge.com
Nothing matters more at PG&E than public, employee and contractor safety.

---

**From:** Bhatia, Arun (DPW) [mailto:arun.bhatia@sfdpw.org]
**Sent:** Wednesday, July 25, 2018 3:08 PM
**To:** Chu, Steve <S4Cv@pge.com>
**Cc:** Liu, Joseph (DPW) <joseph.liu@sfdpw.org>; Cuellar, Alfredo (DPW) <Alfredo.Cuellar@sfdpw.org>
**Subject:** Transbay PG&E Conflict - Site visit 7.26.18 8am

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Steve,

Thanks for all the help coordinating this work. Our field engineer, Alfredo Cuellar, will be onsite tomorrow at 8am to get a better understanding of what needs to be done and answer any questions you may have regarding our scope. As discussed, once the conduits have been verified, please provide me with a timeframe for relocation.

Regards,



Arun Bhatia, PE
Resident Engineer

Construction Management | Project Management & Construction
San Francisco Public Works
City and County of San Francisco
30 Van Ness Avenue, 5th Floor
San Francisco, CA 94102
Cell | (415) 987-4872
sfpublicworks.org · twitter.com/sfpublicworks

3

**From:** Bhatia, Arun (DPW)
**Sent:** Wednesday, July 25, 2018 2:24 PM
**To:** 'Chu, Steve' <S4Cv@pge.com>
**Subject:** Transbay PG&E Conflict

Regards,

 Arun Bhatia, PE
Resident Engineer

Construction Management | Project Management & Construction
San Francisco Public Works
City and County of San Francisco
30 Van Ness Avenue, 5th Floor
San Francisco, CA 94102
Cell | (415) 987-4872
sfpublicworks.org · twitter.com/sfpublicworks

4

Gordon N. Ball, Inc.
Transbay Terminal Contract TG12.1 (Subcontract No. 301001201)
**Change Order Request**
**PGE Delay at North Mission & Shaw Alley**

| | | Resource | Quantity | Unit | Unit Cost | Labor | Equipment | Material | Subcontract | Total Cost | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Cost - Component | | | | |
| | | **PGE Delay** | | | | | | | | **$ 98,103.48** | |
| **1** | | **Additional Traffic Control** | | | | | | | | **$ 27,804.00** | |
| | **1.1** | **Traffic Control Rental** | 1 | LS | $ 18,900.00 | | | | | **$ 18,900.00** | |
| | | Pedestrian Barricades Around Work Area | 9 | Months | $ 2,100.00 | | | $ 18,900.00 | | | 35 units from 12/14/17 - 8/4/18 |
| | **1.2** | **Maintain Barriers** | 1 | LS | $ 3,654.00 | | | | | **$ 3,654.00** | |
| | | Foreman | 8 | Hrs | $ 85.00 | $ 680.00 | | | | | |
| | | F250 Truck | 8 | Hrs | $ 18.00 | | $ 144.00 | | | | |
| | | Laborer - 2EA | 16 | Hrs | $ 55.00 | $ 880.00 | | | | | |
| | | Replace Damaged/Missing Barriers | 5 | EA | $ 250.00 | | | $ 1,250.00 | | | |
| | | Replace Stolen Cones | 20 | EA | $ 35.00 | | | $ 700.00 | | | |
| | **1.3** | **Revised Traffic Control Plans** | 1 | LS | $ 1,050.00 | | | | | **1,050.00** | Revised TCPs required due to incomplete work on the North side of Mission |
| | | TCP's | 3 | EA | $ 350.00 | | | $ 1,050.00 | | | |
| | **1.4** | **Additional Rental of Barricades** | 1 | LS | $ 4,200.00 | | | | | **4,200.00** | Required to mobilize double the pedestrian barricades because the quantity we could have used was occupied protecting the demo area under delay. |
| | | Pedestrian Barricade Rental | 2 | Month | $ 2,100.00 | | | $ 4,200.00 | | | Used at 1st and Mission |
| **2** | | **Backfill Excavation for Safety** | | | | | | | | **$ 4,967.00** | |
| | **2.1** | **Haul in and Place Material** | 1 | LS | $ 2,441.00 | | | | | **$ 2,441.00** | |
| | | Foreman | 4 | Hrs | $ 85.00 | $ 340.00 | | | | | |
| | | F250 Truck | 4 | Hrs | $ 18.00 | | $ 72.00 | | | | |
| | | Operator | 4 | Hrs | $ 76.00 | $ 304.00 | | | | | |
| | | Laborer - 4EA | 16 | Hrs | $ 55.00 | $ 880.00 | | | | | |
| | | Trucking | 4 | Hrs | $ 105.00 | | $ 420.00 | | | | 4 Hr Minimum |
| | | Excavator | 4 | Hrs | $ 85.00 | | $ 340.00 | | | | |
| | | Arrow Board | 1 | EA | $ 85.00 | | $ 85.00 | | | | |
| | **2.2** | **Remove Temp Fill for Contract C&G Work** | 1 | LS | $ 2,526.00 | | | | | **$ 2,526.00** | |
| | | Foreman | 4 | Hrs | $ 85.00 | $ 340.00 | | | | | |
| | | F250 Truck | 4 | Hrs | $ 18.00 | | $ 72.00 | | | | |
| | | Operator | 4 | Hrs | $ 76.00 | $ 304.00 | | | | | |
| | | Laborer - 4EA | 16 | Hrs | $ 55.00 | $ 880.00 | | | | | |
| | | Trucking | 4 | Hrs | $ 105.00 | | $ 420.00 | | | | 4 Hr Minimum |
| | | Excavator | 4 | Hrs | $ 85.00 | | $ 340.00 | | | | |
| | | Arrow Board | 2 | EA | $ 85.00 | | $ 170.00 | | | | |
| **3** | | **Additional Paving Mobilization** | | | | | | | | **$ 15,646.00** | |
| | **3.1** | **Pave** | 1 | LS | $ 15,646.00 | | | | | **15,646.00** | Pave south side of Mission street only. As roadbase remained exposed for longer than SFDPW spec allowed due to delay in relocating the lines in conflict |
| | | OT Rates as paving was performed on Saturday | | | | | | | | | |
| | | Foreman | 8 | Hrs | $ 107.00 | $ 856.00 | | | | | |
| | | F250 Truck | 8 | Hrs | $ 18.00 | | $ 144.00 | | | | |
| | | Operator - 2EA | 16 | Hrs | $ 98.50 | $ 1,576.00 | | | | | |
| | | Laborer - 5EA | 40 | Hrs | $ 69.00 | $ 2,760.00 | | | | | |
| | | Trucking | 8 | Hrs | $ 105.00 | | $ 840.00 | | | | |
| | | Skip Loader | 1 | Day | $ 640.00 | | $ 640.00 | | | | |
| | | Roller 51" | 1 | Day | $ 600.00 | | $ 600.00 | | | | |
| | | Roller 47" | 1 | Day | $ 560.00 | | $ 560.00 | | | | |
| | | Sweeper | 1 | Day | $ 2,000.00 | | $ 2,000.00 | | | | |
| | | Equipment Mob | 1 | LS | $ 1,500.00 | | $ 1,500.00 | | | | |
| | | Plant Opening Fee | 1 | LS | $ 4,000.00 | | | $ 4,000.00 | | | Performed work on Saturday |
| | | Arrow Board | 2 | EA | $ 85.00 | | $ 170.00 | | | | |

Page 1 of 2

Gordon N. Ball, Inc.
Transbay Terminal Contract TG12.1 (Subcontract No. 301001201)
Change Order Request
PGE Delay at North Mission & Shaw Alley

| | | Resource | Quantity | Unit | Unit Cost | Total Cost - Component | | | | Total Cost | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Labor | Equipment | Material | Subcontract | | |
| 4 | | **Demo Duct Bank in Conflict with Work** | | | | | | | | $ 14,146.00 | |
| | 4.1 | **Attempted Demo and Coordination** | 1 | LS | $ 3,512.00 | | | | | $ 3,512.00 | PGE Failed to Properly Notify GNB the work was |
| | | Foreman | 8 | Hrs | $ 85.00 | $ 680.00 | | | | | not complete. Spent the day trying to figure it out |
| | | F250 Truck | 8 | Hrs | $ 18.00 | | $ 144.00 | | | | with the QEW. Finally discovered line was still |
| | | Operator | 8 | Hrs | $ 76.00 | $ 608.00 | | | | | active. |
| | | Laborer - 2EA | 16 | Hrs | $ 55.00 | $ 880.00 | | | | | |
| | | Excavator w/ Hammer | 1 | Day | $ 750.00 | | $ 750.00 | | | | |
| | | Dump Truck | 8 | Hrs | $ 35.00 | | $ 280.00 | | | | |
| | | Arrow Board | 2 | EA | $ 85.00 | | $ 170.00 | | | | |
| | 4.2 | **Demo Duct Bank (3 Locations)** | 1 | LS | $ 7,034.00 | | | | | $ 7,034.00 | |
| | | Foreman | 12 | Hrs | $ 85.00 | $ 1,020.00 | | | | | |
| | | F250 Truck | 4 | Hrs | $ 18.00 | | $ 72.00 | | | | |
| | | Operator | 12 | Hrs | $ 76.00 | $ 912.00 | | | | | |
| | | Laborer - 4EA | 48 | Hrs | $ 55.00 | $ 2,640.00 | | | | | |
| | | Excavator w/ Hammer | 2 | Day | $ 750.00 | | $ 1,500.00 | | | | |
| | | Dump Truck | 12 | Hrs | $ 35.00 | | $ 420.00 | | | | |
| | | Concrete Disposal Fee | 2 | LDS | $ 150.00 | | | $ 300.00 | | | small bobtail dumptruck |
| | | Arrow Board | 2 | EA | $ 85.00 | | $ 170.00 | | | | |
| 5 | | **Resurvey Costs** | | | | | | | | $ 1,800.00 | |
| | 5.1 | **Resurvey C&G** | 1 | LS | $ 1,800.00 | | | | | $ 1,800.00 | survey points were wiped out with installation of new |
| | | F3 Survey | 8 | Hrs | $ 225.00 | | | | $ 1,800.00 | | duct bank. Required survey to replace all points. |
| | | | | | | | | | | | 2-man survey crew |
| 6 | | **Develop Price to Install Alternate Foundations** | | | | | | | | $ 2,640.00 | |
| | | | | | | | | | | | Alt foundations needed due to PGE obstruction |
| | 6.1 | **Field Review** | 1 | LS | $ 840.00 | | | | | $ 840.00 | These costs were not allowed to be included in SFDPW |
| | | Foreman | 4 | Hrs | $ 85.00 | $ 340.00 | | | | | quote |
| | | Project Engineer | 4 | Hrs | $ 75.00 | $ 300.00 | | | | | |
| | | Project Manager | 2 | Hrs | $ 100.00 | $ 200.00 | | | | | |
| | 6.2 | **Develop Estimate** | 1 | LS | $ 1,800.00 | | | | | $ 1,800.00 | |
| | | Estimator | 8 | Hrs | $ 125.00 | $ 1,000.00 | | | | | |
| | | Project Engineer | 8 | Hrs | $ 75.00 | $ 600.00 | | | | | |
| | | Project Manager Review | 2 | Hrs | $ 100.00 | $ 200.00 | | | | | |
| 7 | | **Extended Overhead Due to Delay** | | | | | | | | $ 16,092.00 | |
| | 7.1 | **Daily Extended Overhead** | 1 | LS | $ 16,092.00 | | | | | $ 16,092.00 | Based on the Eichleay method. Backup attached. |
| | | Overhead | 36 | Day | $ 447.00 | | | $ 16,092.00 | | | Calculated from the end of June, upon completion of all other |
| | | | | | | | | | | | work, to 8/4/18 when the foundations were installed |
| | | **Total Cost of Work** | | | | $ 19,180.00 | $ 12,023.00 | $ 48,292.00 | $ - | $ - | $ 79,495.00 | |
| | | Labor Burden | 11 | % | | $ 2,109.80 | | | | | $ 2,109.80 | |
| | | Labor Markup (Added After Burden) | 35 | % | | $ 7,451.43 | | | | | $ 7,451.43 | |
| | | Equipment Markup | 15 | % | | | $ 1,803.45 | | | | $ 1,803.45 | |
| | | Materials Markup | 15 | % | | | | $ 7,243.80 | | | $ 7,243.80 | |
| | | Subcontractor Markup | 10 | % | | | | | $ - | | $ - | |
| | | **TOTAL LS PRICE PROPOSAL** | | | | | | | | | $ 98,103.48 | |

Case: 19-30088    Doc# 9662    Filed: 12/01/20    Entered: 12/01/20 16:17:16    Page 84 of 92



CMC Traffic Control Specialist
3450 Third Street Unit 3G
San Francisco, CA 94124
**Phone:** (415) 206-1700
**Fax:** (415) 206-1711

# Invoice

| Invoice Number |
|---|
| 7946 |
| Invoice Date |
| 1/5/2018 |

**Bill To:** Gordon N. Ball Inc.
333 Camille Avenue

Alamo, CA 94507

**Re:** 2862J Transbay Transit Center
Transbay Transit Center

San Francisco, CA

| Job No | Customer Job No | Customer PO | Payment Terms | | Due Date |
|---|---|---|---|---|---|
| 1390 | 245 | | Net 30 Days | | 2/4/2018 |

| | Description | Quantity | U/M | Rate/Unit | Price |
|---|---|---|---|---|---|
| 1/3/2018 | Traffic Control Drawings 011-016-WO #37723 | 6.00 | EA | 350.00 | 2,100.00 |
| 1/4/2018 | Traffic Control Drawings 017-WO #37725 | 1.00 | EA | 350.00 | 350.00 |
| 1/5/2018 | Traffic Control Drawings 018-WO #37728 | 1.00 | EA | 350.00 | 350.00 |

| | | |
|---|---|---|
| Subtotal | $ | 2,800.00 |
| Sales Tax (if applicable) | $ | 0.00 |
| Less Retention | $ | 0.00 |
| **Total Due** | **$** | **2,800.00** |

*Thank you for your business!*



CMC Traffic Control Specialist
3450 Third Street Unit 3G
San Francisco, CA 94124
Phone: (415) 206-1700
Fax: (415) 206-1711

GORDON N. BALL, INC

# Invoice

| Invoice Number |
|---|
| 8089 |
| **Invoice Date** |
| 1/22/2018 |

JAN 2 6 2018

RECEIVED

**Bill To:** Gordon N. Ball Inc.
333 Camille Avenue

Alamo, CA 94507

**Re:** 2862J Transbay Transit Center
Transbay Transit Center

San Francisco, CA

| Job No | Customer Job No | Customer PO | | | Payment Terms | Due Date |
|---|---|---|---|---|---|---|
| 1390 | 245 | | | | Net 30 Days | 2/21/2018 |
| **Description** | | | Quantity | U/M | Rate/Unit | Price |
| ADA Plastic Barricades-12/26/17-1/22/18-1/mo-WO #32040 | | | 35.00 | EA | 60.00 | 2,100.00 |
| Alum Sign 30x24 Rental-12/26/17-1/22/18-1/mo-WO #32040 | | | 1.00 | EA | 70.00 | 70.00 |

2451/

| | | |
|---|---|---|
| Subtotal | $ | 2,170.00 |
| Sales Tax (if applicable) | $ | 0.00 |
| Less Retention | $ | 0.00 |
| **Total Due** | **$** | **2,170.00** |

*Thank you for your business!*



# SYAR INDUSTRIES, INC.

| Remit To: | P.O. BOX 2540<br>NAPA, CA 94558-0524<br>(707) 252-8711 | INV. | **692934** |
|---|---|---|---|

**PLEASE NOTE OUR REMITTANCE ADDRESS HAS CHANGED**

| | DATE | **06/23/18** |
|---|---|---|

GORDON N. BALL, INC

**INVOICE TO:**
GORDON N BALL INC
333 CAMILLE AVENUE

ALAMO, CA 94507

JUN 28 2018

RECEIVED

**SHIPPED TO:**
TRANSBAY TRANSIT CENTER

100 FIRST STREET

SAN FRANCISCO, CA

| CUSTOMER NO. | SHIPPED FROM | FOB | CONTRACT NO. | PURCHASE ORDER | JOB NUMBER |
|---|---|---|---|---|---|
| 32896 | LAKE HERMAN ASPHALT | PICKUP | | | 245 |

| S/R | QUANTITY | UNIT | DESCRIPTION | PRODUCT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| S | 1.00 | DAY | PLANT OPENING FEE - AC SAT | 2253 | 4,000.00 | 4,000.00 |
| S | 54.62 | TON | 1/2" HMA TYPE A/B PG 64-10 | 310111500 | 71.00 | 3,878.02 |

2451

| | Sales Tax | 581.01 |
|---|---|---|
| | TOTAL | 8,459.03 |

| Discount Amount | $54.62 |
|---|---|
| Tax on Discount | $4.03 |
| You may Deduct | $58.65 |

DISCOUNT ALLOWED IF PAID BY THE 10th OF THE FOLLOWING MONTH.
**TERMS:** Discount 10th / Net 30th

1.50% Per Month FINANCE CHARGE on Past Due Accounts which is 18.00% ANNUAL PERCENTAGE RATE

**Lane Grover**

| | |
|---|---|
| **From:** | Mitch Gardner |
| **Sent:** | Friday, October 26, 2018 10:15 AM |
| **To:** | Lane Grover |
| **Cc:** | Hal Stober |
| **Subject:** | RE: Cost of Delay - Company Overhead Job 245 |
| **Attachments:** | JOB245OHCLAIM.xlsx |

Based on the attached – from job inception through substantial completion ( period ending 09/30/18)  :

| | |
|---|---|
| **Total Job 245  Billings** | $    1,443,917 |
| **Total Company Billings** | $  38,383,314 |
| **Job  245  Percentage of Total Billings** | 3.76 % |
| **Total Applicable GNB Home Office Overhead** | $    3,755,873 |
| **GNB Overhead applicable to Job 245  ( 3.76 %)** | $      141,220 |
| **Total Calendar Days , 11/28/17 to 10/10/18** | 316 |
| **Daily Overhead Rate as of October 10,2018** | $ 447  per CD |

Please let me know if you have any questions, or need anything else.

Thanks!



website | map | email

**Mitchell F. Gardner, CPA | Controller**

Gordon N. Ball Inc.
General Engineering Contractors

333 Camille Avenue · Alamo, CA 94507
Office: 925 838 5675 · Cell: 925 383 0696 · Fax: 925 838 5915
License #710807

Please consider the environment before printing this email 

---

**From:** Lane Grover
**Sent:** Friday, October 19, 2018 3:03 PM
**To:** Mitch Gardner
**Cc:** Hal Stober
**Subject:** FW: Cost of Delay - Company Overhead

Mitch,

1

I'm going to put together an extended overhead COR to SFDPW on job 245. Can you please calculate **Total Company Billings** and **Total Office Overhead** during the following time-frame?

11/28/17 (START WORK) – 10/10/18 (SUBSTANTIAL COMPLETION)



**Lane Grover**
*Project Manager*

Gordon N. Ball, Inc. | General Engineering Contractors
333 Camille Avenue | Alamo, CA 94507
(925) 838-5675 | phone
(925) 260-2116 | mobile
(925) 838-5915 | fax
website | vCard | map | email

This email may contain confidential and/or private information. If you received this email in error please delete and notify sender.

**From:** Hal Stober
**Sent:** Friday, October 19, 2018 2:28 PM
**To:** Lane Grover <lgrover@ballconco.com>
**Subject:** FW: Cost of Delay - Company Overhead



**Hal Stober**
*President*

Gordon N. Ball, Inc. | General Engineering Contractors
333 Camille Avenue | Alamo, CA 94507
(925) 838-5675 | phone
(925) 838-5915 | fax
website | vCard | map | email

**From:** Hal Stober
**Sent:** Monday, May 02, 2016 3:42 PM
**To:** Hal Stober <hstober@ballconco.com>; Fred Velasco <fvelasco@ballconco.com>
**Subject:** Cost of Delay - Company Overhead

The Basic Eichleay Formula

The basic Eichleay calculation normally comes at the end of a project when all work has been completed. In that case, the following 3 step calculation is used to determine damages.

1. Allocable Overhead. This is a calculation to determine the portion of the home office overhead that should be allocated to this project. This project is expected to pay it's fair share of home office overhead and this is a way of calculating that amount.

$$\frac{\text{Total contract billings}}{\text{Total company billings}} \quad X \quad \text{Total home office overhead} \quad = \quad \text{This project's allocable overhead}$$

2

2. Daily allocable overhead. Next, we want to determine a daily rate for the allocation of home office overhead.



3. Home office overhead damages. This is simply a matter of multiplying the number of compensable delay days by the daily allocable overhead rate.



3



website | map | email

**Hal Stober | President**

**Gordon N. Ball Inc.**
**General Engineering Contractors**

333 Camille Avenue ▪ Alamo, CA 94507
Office: 925.838.5675 ▪ Fax: 925.838.5915
License #710807

Please consider the environment before printing this email 

4



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Case: 19-30088    Doc# 9662    Filed: 12/01/20    Entered: 12/01/20 16:17:16    Page 92 of 92