Ned M. Gelhaar (CA SBN 163185)
ENENSTEIN PHAM & GLASS LLP
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
Tel: (310) 899-2070
Fax: (310) 496-1930
ngelhaar@enensteinlaw.com

Attorneys for Claimant
Gordon Moore

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br><br><br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF SCOTT GROMETER IN SUPPORT OF GORDON MOORE'S OPPOSITION TO REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION**<br><br>[RE: CLAIM NO. 80903]<br><br>**DATE:   December 15, 2020**<br>**TIME:   10:00 A.M.**<br>**PLACE: U.S. Bankruptcy Court**<br>          **Courtroom 17, 16th Floor**<br>          **San Francisco, CA  94102**<br>**JUDGE:  Hon. Dennis Montali** |

///

///

///

///

1

Grometer Declaration in Opp'n
to 44th Omnibus Objection

I, SCOTT GROMETER, declare:

1.      I am the Property Manager/Personal Assistant to Gordon Moore ("Moore"), the owner of property located at 100 and 102 Canada Road, Redwood City CA 94062 ("Property"). I submit this Declaration in support of Moore's Opposition to Reorganized Debtors' Forty-Fourth Omnibus Objection and in support of Proof of Claim No. 80903 filed in the amount of $31,755.08 ("Claim"). I have personal knowledge of the following facts and could testify to them in court.

## I.      BACKGROUND

2.      I managed the Property from 1992 to 1995, and from 2001 to the present. As Property Manager, I am responsible for monitoring, maintaining, repairing, and upgrading all structures and systems at this and Moore's other properties, either directly or by hiring contractors and other specialists as needed. I have professional experience in construction management, and have acted as consultant in both architectural preservation and systems design capacities. In addition, I perform all administrative tasks associated with the Property (e.g., mail, service provider management, accounts payable, scheduling, etc.), and am acting personal assistant to Moore and his wife Betty.

3.      The Property receives utility service from PG&E under four separate accounts: 975876300-5, 7288283261-0, 7246616597-3, and 7079949941-6. The last account is billed to the Property's live-in caretaker, but Moore owns the cottage in which the caretaker lives and he pays for its upkeep and repairs.

## II.     THE POWER SURGE

4.      At approximately 13:00 hours on Thursday 21 June, 2018, all PG&E electrical power to the Property was lost. Our emergency backup generator immediately started and provided needed power. I called the PG&E outage line to report the outage, and subsequently drove to the Property entrance located at the intersection of Edgewood and Canada Roads where I found a PG&E vehicle parked at the northwest corner of the intersection. I spoke with the

Grometer Declaration in Opp'n
to 44th Omnibus Objection

PG&E employee who informed me that they were effecting a repair nearby, and that power should be restored soon.

5. At approximately 17:30 hours, our backup generator shut down, and the indicator lights on the transfer switches verified that utility power had been restored. Upon entering the caretaker cottage (102 Canada), I immediately noted smoke and loud buzzing and popping noises. I rushed to the main power distribution panels and shut off the main service breakers for all buildings. I then immediately proceeded to the main estate residence (100 Canada) and found the house also filled with smoke and a strong burning smell.

6. After confirming that there were no active fires in the main buildings, I jumped in my truck and drove back to the Property entrance where a PG&E vehicle was still parked. I told the PG&E employee that power had been restored, but that it was apparently accompanied by a massive and continued surge ("Surge"). The PG&E employee told me that "you should not have any power yet." I assured him that we did have power, that our generator had shut down, and that there appeared to be considerable damage as a result of the Surge. I asked him what happened, and he responded that they must have re-energized the line they were working on without knowing that there was another problem downstream.

7. I returned to the Property and called PG&E to report the problem. I was asked whether it was an emergency or if any wires were down. I responded that there were no visible wires down, but that we had experienced apparent massive shorting and burning at breakers, outlets, appliances, etc. I was instructed that I should call 911 if I suspected any hazardous situation. I explained that I had shut off power to all buildings at the mains, and that there did not seem to be any immediate danger, but could not turn power back on until I could be assured that the circuits were safe. I requested a PG&E safety inspection, and was told that a PG&E employee would be dispatched and would contact me soon. I waited (in the dark) the entire night, but no PG&E representative called or came to the Property. I brought in our own electrician, CS Electric, the following morning and we spent the entire day testing each building and cataloging the damage (to the extent apparent at that time) resulting from the Surge.

3

Grometer Declaration in Opp'n
to 44th Omnibus Objection

### III. PROPERTY DAMAGE CAUSED BY THE SURGE

8.     I accompanied our electrician during his inspection and observed what he observed.  The inspection revealed extensive damage.  Virtually all surge devices were destroyed (some with visible burn marks).  Almost all GFI outlet devices were no longer functional, and many would buzz/smoke when re-energized.  All GFI breakers in main/sub panels were damaged and smelled burnt.  The ovens in both the main house and the cottage no longer worked.  The cottage refrigerator worked for a brief time, but made loud noises and failed thereafter.  One of three furnaces in the main house would not work.  Two of three air conditioning condensers would not start.  The wine cellar cooler in the main house would not work.  The basement propane exhaust fan was dead.  Most equipment with electronic control boards had either blown fuses or actual burnt or damaged electronic components.

9.     It took several days to make the caretaker cottage safe to restore power.  We brought in authorized technicians from Otto's Appliance, El Camino Refrigeration, Izmirian Roofing and Sheetmetal (HVAC systems specialists), and TelePacific Communications to diagnose the failed/failing appliances and equipment.  It took several weeks to safely restore circuits/devices in the main house.  It took many months to finally restore the main house to livability with fully-functional appliances.  We are still finding and repairing items that appear to have been compromised (but did not fully fail) at the time of the Surge.

10.     To date, we have paid in excess of $30,000.00 to outside contractors and for the purchase of replacement appliances/equipment as a direct result of the Surge.  In addition to the purchase and normal installation of appliances, we incurred some additional necessary expense to modify existing cabinetry and openings to accommodate the new appliances.  Every effort was made to source the best fit possible when shopping for appliances, but appliance sizes have changed since the time the originals were installed which necessitated the modifications.

11.     I have not accounted in the Claim for any of the vast number of hours my staff and I have spent in-house for testing, scheduling, supervising, research/shopping for replacement equipment, or accounting.  I also have not accounted for Moore and his wife's loss of the use of

Grometer Declaration in Opp'n
to 44th Omnibus Objection

their residence, which was nearly half of 2018. If anything, the attached accounting for this incident is *very* conservative.

12. I prepared the following chart compiling the damages caused by the Surge. I did so based on my own personal knowledge and a review of the Property's business records. For each item of damage, I have listed the following information: (1) the date(s) the expenses were incurred; (2) a description of the damage; (3) the name of the vendor/subcontractor who provided the needed goods and/or services; (4) the cost of the goods and/or services, all of which have been paid; (5) a description of the damaged item; (6) the approximate date the damaged item was originally installed; (7) whether the item was repaired or replaced; (8) the Exhibit to this Declaration which contains true and correct copies of invoices, receipts, photographs and/or other support for the item of damage; and (9) my additional testimony regarding the item of damage.

| Date | Description | Vendor/Subcontractor | Cost | Damaged Item Description | Damaged Item Original Installation Date | Item Repaired/Replaced | Support at Exhibit | NOTES |
|---|---|---|---|---|---|---|---|---|
| 6/26/18 6/28/18 | *Purchase*: Replacement Burnt Surge/Power strips and outlets. | Roberts Hardware | $121.28 | (4) burnt surge/power strips, (2) burnt duplex outlets, wire nuts. | Surge Strips: 2010; Duplex Outlets: 1994 | Replaced | A | Found smoking/buzzing upon power restoration. ALL surge devices on property found damaged. |
| 6/26/2018 | *Service Visit*: T-1 Box (for phone/internet) | TPx Communications | $899.00 | TPx T1 Box | 2012 | Replaced | B | TPx tested and verified fried. New box installed and programmed |
| 6/26/2018 | *Service Visit*: Appliance technician to | Otto's Appliance Service, Milbrae | $220.00 | | | see Item 5 below | C | control board components visibly burnt. Repair |

5

Grometer Declaration in Opp'n
to 44th Omnibus Objection

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | diagnose dead cottage oven | | | | | | | board/parts no longer available– not repairable. See item #5 below. |
| 6/29/2018 | *Service Visit*: Wine Cellar cooler failure diagnosis and installation of temporary thermostat | El Camino Refrigeration, Pescadero | $328.81 | Shorted/Fried Goldline SP-32 Refrigeration Thermostat with remote | 1995 | Replaced with temporary, non-remote thermostat | D | *Repair still not resolved*- trying to source NOS Goldline unit, or source repairs for existing damaged unit to restore remote capability. |
| 7/6/2018 | *Purchase*: Cottage Oven replacement (unit only). New Unit: 27" GE Electric double oven model #GEPK7500DFWW | University Electric, Santa Clara | $2,757.70 | Kitchen Aid 'Selectra 27' double self-cleaning oven, model #KEBI271YWH-4 | 1994 | Replaced | E | Does not include cabinet alteration and installation/ electrical preparation- see Godoy charges below. See also Item #3 Above for diagnosis. |
| 7/15/2018 | *Service Visit*: Cottage Oven installation preparations including cabinet alteration, electrical | Godoy Construction, Inc. | $700.00 | | | | F | Purchased smallest double oven available, but original cabinetry required substantial modification and deepening to fit. |

6

Grometer Declaration in Opp'n
to 44th Omnibus Objection

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | box move, and drywall replacement | | | | | | | |
| 7/18/2018 | *Purchase*: Cottage Refrigerator replacement (unit only). New Unit: Fisher & Paykel Refrigerator, model #FPRF170BRPW6 | University Electric, Santa Clara | $1,906.41 | Kitchen Aid Top-Freezer model #KTRC22KAWH01 | 1994 | Replaced | G | Advised by repair technician that cost of replacing fried compressor and controls would exceed cost of new unit. New F&P was only available unit that would fit existing opening with only minor carpentry. |
| 7/29/2018 | *Service Visit*: Cottage Refrigerator opening preparation/alteration and installation | Godoy Construction, Inc. | $140.00 | | | | H | Remove old refrigerator, cut-back baseboard trim, remove upper cabinet doors (temporary) for height clearance, install and level new refrigerator (see #7 above). |
| 8/12/2018 | *Service Visit*: Cottage cabinet door cut-down and stain to | Godoy Construction, Inc. | $140.00 | | | | I | New refrigerator 1/2" taller than replaced. Cabinet doors |

7

Grometer Declaration in Opp'n
to 44th Omnibus Objection

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | accommodate taller new refrigerator | | | | | | | removed at time of install were cut-down, stained, and re-installed at later date. |
| 6/22/18 thru 8/16/18 | *Multiple Service Visits*: Electrician safety inspection and testing of all circuits/devices/breakers in all buildings following surge; Replacement of all GFI outlets and breakers (all buildings), Move/prepare power for new cottage oven. | C&S Electric, Half Moon Bay | $9,595.70 | (51) GFCI duplex outlets; (1) GFI switch device; (8) GFI breakers; misc. wire, wire nuts, standard outlets, etc. | (36) GFCI Duplex: 1994; (15) GFCI Duplex: 2009; (3) GFI Breakers: 1994; (5) GFI Breakers: 2009 | replaced | J | Extensive tests/repairs/ replacements at all buildings on property. Includes labor to install (17) surge protection/transient voltage duplex outlets provided by owner. |
| 7/9/2018 | *Purchase*: (17) Leviton 5280-I Decora-Plus Surge/Transient Voltage duplex outlets | Amazon.com | $386.72 | (17) Leviton Surge Outlets tested bad post-surge. | 1995 | replaced | K | Owner purchased (not available locally) and Electrician installed (labor included in #10 above). |

Grometer Declaration in Opp'n
to 44th Omnibus Objection

Case: 19-30088   Doc# 9663-1   Filed: 12/01/20   Entered: 12/01/20 16:19:17   Page 8 of 81

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/19/2018 | *Service Visit*: Appliance technician to diagnose dead Main House oven | Otto's Appliance Service, Milbrae | $145.00 | | | | L | Technician tested board and found burnt components. Advised that needed parts were no longer available. |
| 8/1/2018 | *Purchase*: Replacement Main House Oven: 30" Wolf Double Oven, model #*WODO30CEBTH with black glass option. | University Electric, Santa Clara | $6,942.21 | Thermador CT23003 30" Double convection oven. Display/controls non-responsive. | 1994 | replaced | M | All available 30" models required some cabinet modification. Wolf required least work to fit (see Godoy and C&S Electric invoice below for installation). |
| 1/14/19 thru 1/16/19 | *Service Visits*: Modify existing cabinet to accommodate new Wolf oven; open cabinet back to move electrical service. | Godoy Construction, Inc. | $862.50 | | | | N | remove base shelf and reconstruct at lower height; open cabinet back for electrical relocation; close and finsih back post-electrician; install furring strips at side openings; assist with install; install new toe-kick. |
| 1/16/2019 | *Service Visit*: Electricia | C&S Electric, | $600.00 | | | | O | New oven required electrical |

9

Grometer Declaration in Opp'n
to 44th Omnibus Objection

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | n to move/connect oven electrical service and install new dedicated breaker. | Half Moon Bay | | | | | | service in opposite corner than original. Breaker for new oven required upgrade. |
| 7/12/2018 | *Purchase*: Replacement Basement ventilation fan/duct: model #'s G7587991/G4717142 | Zoro.com | $341.43 | Existing 8" inline fan motor burned out during surge. | 1994 | replaced | P | Fan critical to safety of Main House as is linked to propane sensor and alarm. Original was plastic non-serviceable unit. |
| 7/11/2018 | *Purchase*: CTEK 56-158 Multi US 3300 Automotive Battery Charger | Amazon.com | $59.99 | Direct replacement of identical CTEK unit destroyed by surge. | 2010 | replaced | Q | trickle charger' for owner's car. |
| 2/5/19 thru 8/22/19 | Numerous Service Calls: Diagnosis and repairs of HVAC system damaged during surge. | Izmirian Roofing and Sheet Metal, San Mateo | $5,193.39 | 63w27 Ignition control board; X9953 Harmony III zone control board; (2) 6987 fan motors w/integral ECM control; (2) replaceme | 2009 | replaced | R | 1 of 3 heating units, and 2 of 3 cooling units failed immediately upon surge. Repairs were delayed while sewer and HVAC ductwork were replaced (unrelated to surge). Fan |

Grometer Declaration in Opp'n
to 44th Omnibus Objection

| | | | | | | | | nt fan blades. | blades were rust-welded to motor shafts, so had to be replaced along with new motors. |
|---|---|---|---|---|---|---|---|---|---|
| 9/16/2019 | Purchase: 0676290 SRV Generator Utility Voltage Sensor Board | genparts.com | $414.94 | original board Generac part #67629 had damaged voltage pickup circuitry. | 1995 | replaced | S | | Had noted intermittent problems with 1 of 3 transfer switches not operating properly immediately following surge event (would not return to utillity, and generator would require manual shutdown). Only recently found proper superseded part to repair. |
| | | Total Surge-Caused expenditures, 6/21/18 through 10/17/19: | $31,755.08 | | | | | | |

13.     As to category (6) in the chart, I note that I received an email from Lori Felix (LAFP@PGE.com) on March 11, 2020 asking me to provide this information.  A true and correct copy of the email is attached as Exhibit "T".

Grometer Declaration in Opp'n
to 44th Omnibus Objection

14.     This email did not come from Prime Clerk, with whom I filed the Claim, and I did not receive a follow-up communication in the US Mail as I did with all other communications I received regarding the Claim. In the Official Form 410 Proof of Claim filed in this proceeding, I stated in Section 3 that notices should be sent to Gordon Moore, 100 Canada Road, Redwood City CA 94062.4204. For these reasons, I never responded to the email from Ms. Felix.

15.     Finally, I note that: (a) the exhibits I included with the Claim meticulously detailed these damages, with supporting photographs, and that the general age of the consumer appliances we replaced was apparent from those exhibits, and (b) that more than half of the damages in the Claim were for the cost-efficient repairs of, and replacement parts for, existing systems and equipment.

16.     A true and correct copy of the Proof of Claim (to which the same Exhibits to this Declaration were attached) is attached as Exhibit "U".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this first day of December 2020 at Woodside, California.


SCOTT GROMETER

12

Grometer Declaration in Opp'n
to 44th Omnibus Objection

# EXHIBIT A

6/28/2018 2:13 PM      Sales Receipt #308840
Store: 1

## Roberts Hardware
3044 Woodside Road
Woodside, Ca 94062
650-851-1084



**Bill To:**
Cashier: 1

| Iter Item Name | Qty | Pricext Price |
|---|---|---|
| 325 RECEPT TAMP PRF DE( | 1 | $3.99    $3.99 T |
| 325 RECEPT TAMP PRF DE( | 1 | $3.99    $3.99 T |
| 345 DISC BULLET 22-18G P: | 1 | $1.79    $1.79 T |
| 345 DISC BULLET 22-18G P: | 1 | $1.79    $1.79 T |
| | | Subtotal:   $11.56 |
| Sales Tax | 8.75 % Tax | + $1.01 |
| **RECEIPT TOTAL:** | | **$12.57** |



agree to pay above amount
according to card
   issuer agreement (merchant
agreement
   if credit voucher).

Credit Card: $12.57   XXXX3390
Visa Credit        Expiry Date: XX
Reference # 10001371. Auth=01585A
Job:_____
Thanks for shopping with us!
Merchandise returns must be in original
packaging and saleable

---

6/26/2018 7:47 AM      Sales Receipt #308349
Store: 1

## Roberts Hardware
3044 Woodside Road
Woodside, Ca 94062
650-851-1084



**Bill To:**
Cashier: 2

| Iter Item Name | Qty | Pricext Price |
|---|---|---|
| 353 GFI ST RECEPT TP 20. | 1 | $24.99    $24.99 T |
| 353 GFI ST RECEPT TP 20. | 1 | $24.99    $24.99 T |
| 349 MONSTR 7OUT COMP | 1 | $21.99    $21.99 T |
| 349 MONSTR 8OUT COMP | 1 | $27.99    $27.99 T |
| | | Subtotal:   $99.96 |
| Sales Tax | 8.75 % Tax | + $8.75 |
| **RECEIPT TOTAL:** | | **$108.71** |



I agree to pay above amount
according to card
   issuer agreement (merchant
agreement
   if credit voucher).

Credit Card: $108.71   XXXX339( 
Visa Credit        Expiry Date: XX,
Reference # 10001369( Au .* .319A
Job:_____
Thanks for shopping with us!
Merchandise returns must be in original
packaging and saleable

# EXHIBIT B



# TPX COMMUNICATIONS

## Customer Service Order
515 South Flower Street, 47th Floor • Los Angeles, CA 90071 • (213) 213-3000

**WORK ORDER**
30079

| ORDER/TICKET # 2712169 | ACCT # 131267 |
|---|---|

**Customer** GORDON MOORE
**Address** 100 CANADA RD
**City** Woodside **State** CA **ZIP** 94062 **Date** 6-26-18
**Contact** Scott **Tel No** 650-787-1907

### TYPE OF SERVICE
- ☐ Install
- ☒ Repair
- ☐ Time & Material
- ☐ Survey
- ☐ Other_____

### REASON FOR VISIT
- ☐ New Install
- ☐ Change
- ☐ Add
- ☐ Move
- Cause: _____

| FST Checklist | Y | N |
|---|---|---|
| Start job, contact customer | | |
| Extend circuits | | |
| Test circuits with TPx support | | |
| Mount equipment | | |
| Label equipment | | |
| Configure equipment | | |
| Test voice with customer | | |
| Speed test with customer  D:  U: | | |
| Take 3 installation photos | | |
| Postcard left | | |

### WORK PERFORMED
1. SERVICE DOWN - REPLACING
2.
3. ONSITE - RPR IAD DEAD-REPLACED
4. BULK CONFIG LOAD RROC TRIGGER
5. FOR BTR REGISTER - BTN REGISTER
6. IN/OUT CALLS GOOD - DATA GOOD
7. CUSTOMER POWER SURGE BLEW IAD
8. RECOMMEND UPS TO PROTECT EQUIP
9.
10.

| Add/Rem | Description | Serial Number | Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| ADD | 924 | CFG 1199305 | | | |
| REM | 925 | CFG 0905 276 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Remarks | Start Time: 0825  Stop Time: 0930  DRIVE 85 | |
|---|---|---|
| | Parts Total | 899 — |
| | Trip Charge | |
| | Labor - 1st Hour | |
| Per 1/2 Hr. | Labor - Additional | |
| | TOTAL CHARGES | 899 — |

Customer acknowledges that TPx has satisfactorily completed the work outlined above. Customer shall pay for completed work under the Terms and Conditions to which the Customer agreed on the TPx Account Agreement that governs this Customer Service Order.

**Technician Signature** _(signed)_ **Date** 6-26-18
**Customer Signature** _(signed)_ **Date** 6-26-18

TP109: Rev. 4/17

White – Office Copy    Pink – Customer Copy



Case: 19-30088    Doc# 9663-1    Filed: 12/01/20    Entered: 12/01/20 16:19:17    Page 17
of 81

# EXHIBIT C

*Otto's*
**APPLIANCE SERVICE, INC.**
1663 EL CAMINO
MILLBRAE, CALIF. 94030

87611

| SALES | | SERVICE |
|---|---|---|
| (650) 588-0309 | | REG. NO. A37640 |
| (800) 750-6886 | | FAX 589-3111 |

NAME: Moore

DATE: 6/26/18

ADDRESS: 102 Canada Rd

PUR. ORD. NO.

CITY, STATE, ZIP: Woodside, Ca

PHONE (H) 887/907

PHONE (W)

MAKE: KA   MODEL: KEBI 271YWH 4   SERIAL NO.: XCG901 113

JOB LOCATION

ADDRESS

**NATURE OF SERVICE REQUEST** → Power surge shorted oven control

NO FREE ESTIMATES   **TERMS: NET CASH UPON COMPLETION OF WORK.**

| DESCRIPTION | AMOUNT |
|---|---|
| Part no longer available | |
| Recomend replace ovens | |
| | |
| | |
| | |
| W    H | |
| 26" x 49.5" | |
| 25.25 x 49 | |

**KEEP THIS INVOICE NO OTHER WILL BE SENT.**

REMARKS: Add (KE 257

Thanks Dave

| | |
|---|---|
| TOTAL PARTS | |
| TAX | |
| SERVICE-CALL | 95.00 |
| LABOR | 125.00 |
| TOTAL AMT. DUE | 220.00 |

APPLIANCE IS WORKING TO MY SATISFACTION AND I AGREE TO PAY CHARGES AS SHOWN

CUSTOMER'S SIGNATURE   X

**THIS IS YOUR GUARANTEE**

These charge cover this specific repair job only. We guarantee all parts installed by us for _____ months after the date of repair, but do not guarantee other parts in your appliance. Labor is guaranteed for 30 days. If new repairs become necessary in the future, they are subject to our regular rates. *Guarantee void if appliance is serviced or tampered by others.

Customer authorizes serviceman to proceed with repairs herewith listed on appliance described above and further agrees to terms and guarantee in this contract. Customer further agrees to pay all court, attorney and collection fees that might occur if payment is not made as agreed.





CLASS 2
PART NO:Q0281A
INPUT:120VAC 60Hz
LINE PIN1—PIN3
OUTPUT:27.4VAC 270mA
(LOAD PIN4—PIN5)
5.2VAC C.T 282mA
(LOAD PIN6—PIN8)
LS—9200—PT1 LEI—4  9324
MADE IN  CHINA

# EXHIBIT D

El Camino Refrigeration Inc

6185 Pescadero Creek Rd
Pescadero, CA 94060



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/29/2018 | 18765 |

| Bill To | Ship To |
|---------|---------|
| MOORE ESTATE<br>100  CANADA RDAD<br>WOODIDE,  CA  94062 | MOORE ESTATE<br>100  CANADA RDAD<br>WOODIDE |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| WINE COOLER | Due on receipt | JD | 6/27/2018 | | | |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| | WINE COOLER - GOLDLINE THERMOSTAT SHORTED OUT DUE TO PG&E SERVICE PROBLEM. INSTALLED TEMPORARY THERMOSTAT.  CUSTOMER TO PROVIDE AND INSTALL NEW GOLDLINE THERMOSTAT. | | |
| 1 | PENN  A19ABC-24C THERMOSTAT | 88.56 | 88.56T |
| 1.5 | LABOR/JD<br>VEHICLE CHARGE<br>San Mateo County Sales Tax, 8.75 | 125.00<br>45.00<br>8.75% | 187.50<br>45.00<br>7.75 |

| | Total | $328.81 |
|--|-------|---------|

# EXHIBIT E



# UNIVERSITY ELECTRIC
## HOME APPLIANCE CENTER
*Family Owned & Operated Since 1919*

**Sales Order**

5A

University Electric Co., Inc.
1500 Martin Avenue
Santa Clara, California 95050
(408) 496-0500

**Order Number:** SO39951
**Order Date:** 7/6/2018

**Salesperson:** Adam Heintz
**Customer Number:** 0012681

**Sold To:**

Scott Grometer

**Ship To:**

Scott Grometer
100 Canada Rd.
Woodside, CA 94062

**Phone:** **Email:**
(650) 787-1907

**Alt. Phone:** **Confirm Name:** **Confirm Phone:**

| Customer P.O. | Ship VIA | | Ship Date | PCS | PRO | | |
|---|---|---|---|---|---|---|---|
| | | | 7/6/2018 | 0 | N | | |

| Item Code | | Unit | Ordered | Shipped | Back Order | Price | Amount |
|---|---|---|---|---|---|---|---|
| GEPK7500DFWW | | EACH | 1 | 0 | 0 | 2,530.00 | 2,530.00 |
| 27" GE ELECTRIC DOUBLE OVEN | | | S/N: | | | | |
| WHITE | | | | | | | |

University Electric Co
1500 Martin Ave
SANTA CLARA, CA 95050
408-496-0500
5436845557192621

**SALE**

MID: 2100   Store: 0001   Term: 0001
REF#: 00000006
Batch #: 486   RRN: 818722022356
07/06/18                    15:14:22
Trans ID: 388187800625455
APPR CODE: 00324A
VISA
***********3390                    Chip
                                   **/**

**AMOUNT**          **$2,757.70**

**APPROVED**

Visa Credit
AID: A000000031010
TVR: 80 80 00 80 00
TSI: 78 00

THANK YOU!
CUSTOMER COPY

| | Net Order: | 2,530.00 |
|---|---|---|
| | Less Discount: | 0.00 |
| | Freight: | 0.00 |
| | Sales Tax: | 227.70 |
| | **Order Total:** | 2,757.70 |

**Delivery Comments**

☐ HAUL          ☐ LP GAS

☐ STAIRS        ☐ NAT GAS

...is to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. ...electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check

...M. and 7 P.M on the day before to schedule delivery time. Call 408-980-0307 if you have not been contacted. These prices are quoted ...days. Once ordered prices are held for 90 days and subject to adjustment after that time. You agree that all attorney fees associated ...warded to the prevailing party. Delivery charges and the usual retail sales tax to be added to the above prices. You will be responsible ...over 90 days. All service after purchase will be made by authorized factory service. Any banking fees associated with a canceled order ...ges not reported within 10 days of delivery or will call are the responsibility of the customer. No Returns.





# EXHIBIT F



**Godoy Incorporated**
Phone/Fax: 650 726 0436
P.O. Box 715
Moss Beach, CA 94038
Lic. No. 918814
info@GodoyConstruction.com

GODOY
CONSTRUCTION
GodoyConstruction.com

Gordon E Moore
100 Canada Road.
Woodside CA, 94062

Project: 100 and 102 Canada (Miscellaneous)

7/15/2018

| | |
|---|---|
| 1. Supervision 80 hours at $75/hr | $6,000.00 |
| 2. Carpentry 156.5 hours at $65/hr | $10,172.50 |
| 3. Labor 64 hours at $50/hr | $3,200.00 |
| 4. Materials | $119.53 |

| | |
|---|---|
| Contractors Fee of 15% | $2,923.80 |
| Total Amount Due<br>Note: See attached document | $22,349.83 |

*[Handwritten note in cloud bubble:]* PORTION ATTRIBUTABLE TO OVEN REPLACEMENT:
10 HOURS @ 70⁰⁰/HR
700⁰⁰

*[Handwritten:]* NOTE:
SMALLEST OVEN AVAILABLE WOULD STILL NOT FIT IN ORIGINAL CABINET OPENING. EXTENSIVE CABINET MODIFICATIONS WERE REQUIRED.



**, Inc.**
**KLY TIMESHEET**

**Employee Name -** MARTIN     GODOY

**WEEK ENDING SUNDAY - - - -**          7/15/18

| Date | Job and # | Job Code | Tasks Performed | # Hrs | Daily Total |
|------|-----------|----------|-----------------|-------|-------------|
| Monday 0 7/9/18 | 100 CHAPMAN | | WORK - ON ROOF TILES SUP. | | 8 |
| | | 12 T 12:30 | | | |
| Tuesday 7/10/18 | | | PICKUP MATERIALS SUP. REMOVE BACK DIVIDED ON KITCHEN HTR. AND DRY WALL. INSTALL BACKING FOR SHEE ROCK AND ELECTRIC BOX. | | 8   (4) |
| Wednesday 7/11/18 | | | SUP. INSTALL INSULATION ALL DRYWALL ALL WIND. 47 TOM'S - HOUSE | | 8   (3) |
| | | 12 T 12:30 | | | |
| Thursday 7/12/18 | | | SUP MORE ROOF TILES. lunch WORK WIHT SCOTT @ ROOF | | 8 |
| | | 12-00 12:30 | | | |
| Friday 7/13/18 | | | SUP HELP INSTALL OVEN WIHT? SCOTT @ TOM'S HOUSE LUNCH WORK ON ROOF. | | 8   (3) |
| | | 12-10-1230 | | | |
| Saturday 7/14/18 Sunday 7/15/18 | | | | | |

**Total Hrs -**      40

Employee Signature_____

# EXHIBIT G



**UNIVERSITY ELECTRIC**
**HOME APPLIANCE CENTER**
*Family Owned & Operated Since 1919*



## Sales Order

University Electric Co., Inc.
1500 Martin Avenue
Santa Clara, California 95050
(408) 496-0500

**Order Number:** SO40232
**Order Date:** 7/18/2018

**Salesperson:** Adam Heintz
**Customer Number:** 0012681

**Sold To:**
Scott Grometer
100 Canada Rd
Redwood City, CA 94062
**Phone:**        **Email:**
(650) 787-1907

**Ship To:**
Scott Grometer
100 Canada Rd
Redwood City, CA 94062
**Alt. Phone:**   **Confirm Name:**              **Confirm Phone:**

| Customer P.O. | Ship VIA | Ship Date | PCS | PRO |
|---|---|---|---|---|
| | | 7/18/2018 | 0 | N |

| Item Code | Unit | Ordered | Shipped | Back Order | Price | Amount |
|---|---|---|---|---|---|---|
| FPRF170BRPW6 | EACH | 1 | 0 | 0 | 1,749.00 | 1,749.00 |
| FISHER&PAYKEL REFRIGERATOR | | | | | | |
| S/N: | | | | | | |

| | |
|---|---|
| Net Order: | 1,749.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 157.41 |
| Order Total: | 1,906.41 |

**Delivery Comments**

☐ HAUL     ☐ LP GAS
☐ STAIRS   ☐ NAT GAS

University Electric Co
1500 Martin Ave
SANTA CLARA, CA 95050
408-496-0500
5436845557192621

**SALE**

MID: 2100   Store: 0001   Term: 0001
REF#: 00000014
Batch #: 494   RRN: 819920206565
07/18/18                   13:48:09
Trans ID: 388199748899593
APPR CODE: 05954A
VISA                         Chip
************3390              **/**

**AMOUNT**          **$1,906.41**

APPROVED

Visa Credit
AID: A0000000031010
TVR: 80 80 80 80 00
TSI: 78 00

THANK YOU!
ALL RETURNS AND
CANCELLATIONS SUBJECT
TO RESTOCKING FEES
MANUFACTURER IS
RESPONSIBLE FOR ALL
SERVICE ISSUES

CUSTOMER COPY

...to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. ...ectronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check

1. and 7 P.M on the day before to schedule delivery time. Call 408-980-0307 if you have not been contacted. These prices are quoted ...ays. Once ordered prices are held for 90 days and subject to adjustment after that time. You agree that all attorney fees associated ...rded to the prevailing party. Delivery charges and the usual retail sales tax to be added to the above prices. You will be responsible ...er 90 days. All service after purchase will be made by authorized factory service. Any banking fees associated with a canceled order ...s not reported within 10 days of delivery or will call are the responsibility of the customer. No Returns.





COTTAGE REFRIGERATOR (OLD)

7C

**MODEL** KTRC22KAWH01

**SERIAL** EC0519204

6.5  6.75

**FULL LOAD AMPERES** | **HEATER WATTS** | **OUNCES REFRIGERANT 12**

**DESIGN PRESSURE 140** P.S.I. LOW **330** P.S.I. HIGH

**KITCHENAID, INC.**
**ST. JOSEPH, MI**
**U.S.A. 49085**

60 HERTZ  1 PHASE  115 VOLTS
**TYPE** 22TFA93
**MFG. DATE** 01-93
LISTED HOUSEHOLD REFRIGERATOR
**FILE NO.** LR 5010   **ISSUE NUMBER** 142A

**KitchenAid®**  UL

# EXHIBIT H



GODOY
CONSTRUCTION
GodoyConstruction.com

Gordon E Moore
100 Canada Road.
Woodside CA, 94062

Godoy Incorporated
Phone/Fax: 650 726 0436
P.O. Box 715
Moss Beach, CA 94038
Lic. No. 918814
info@GodoyConstruction.com

7/29/18      Project; Main house Finish work. Drains and (Miscellaneous)

1.Supervision 80 hours at $75/hr                    $6,000.00

2. Carpentry 86 hours at $65/hr                     $5,590.00

3. Labor 152 hours at $50/hr                        $7,600.00

4. Materials                                        $263.95

Subtotal                                            $19,455.95

Plus a contractor's fee of 15% ~~of the cost of materials~~   $2,918.39

Total Amount Due                                    $22,374.34
Note: See attached document

*PORTION ATTRIBUTABLE TO COTTAGE REFRIGERATOR REPLACEMENT: 2.0 HRS @ 70⁰⁰/HR $140⁰⁰*

**Godoy, Inc.**
**WEEKLY TIMESHEET**

Employee Name - MARTIN GODOY

**8B**

WEEK ENDING SUNDAY - - - -    7/22/18

| Date | Job and # | Job Code | Tasks Performed | # Hrs | Daily Total |
|------|-----------|----------|-----------------|-------|-------------|
| Monday 0 7/16/18 | 100 CANADA | | SUP. | | |
| | | | INSTALL COPPER GUTTERS | | 8 |
| | | 12 TO 12:30 | LUNCH. | | |
| | | | KEN WHI TILES. INSTALLATION | | |
| Tuesday 7/17/18 | | | SUP. | | |
| | | | INSTALL PLASTIC SHIMS | | 8 |
| | | 12 TO 12:30 | LUNCH | | |
| | | | | | |
| Wednesday 7/18/18 | | | SUP. | | |
| | | | INSTALL PLASTIC SPACERS. | | 8 |
| | | 12 TO 12:30 | LUNCH | | |
| | | | HELP SCOTT INSTALL | | 2.0 |
| | | | FRIGE AT TOM'S HOUSE | | |
| Thursday 7/19/18 | | | SUP | | |
| | | 12 TO 12:30 | LUNCH | | 8 |
| | | | WORK ON TILE | | |
| | | | AN DOOR MORE | | |
| Friday 7/20/18 | | | SUP - | | |
| | | 12 TO 12:30 | LUNCH | | 8 |
| | | | MOVE SCAFFOLD AN. | | |
| | | | WORK ON CLAY PIPE | | |
| Saturday 7/21/18 Sunday 7/22/18 | | | | | |

Total Hrs -

Employee Signature_____

# EXHIBIT I



GODOY
CONSTRUCTION

GodoyConstruction.com

Gordon E Moore
295 Davenport Road
100 Canada Rd

**Godoy Incorporated**
Phone/Fax: 650 726 0436
P.O. Box 715
Moss Beach, CA 94038
Lic. No. 918814
info@GodoyConstruction.com

**Project: Sewer line and East side doors 1st floor**

8/12/18

1. Supervision 64 hours at $75/hr                    $4,800.00

2. Labor 192 hours at $50 hr                          $9,600.00

3. Materials                                                    $608.42

Subtotal                                                    $15,008.42

Contractor's fee of 15%                             $2,251.26

Total Amount Due                                     $17,259.68
Note: See attached document

*PORTION ATTRIBUTED TO CABINET DOOR CUT-DOWN AND STAIN FOR NEW REFRIGERATOR TOP CLEARANCE:*

*2.0 HOURS @ 70⁰⁰/HR :*

*$140⁰⁰*

**...oy, Inc.**
**...EEKLY TIMESHEET**

**Employee Name -** MARTIN    GODOY

**WEEK ENDING SUNDAY - - - -**     8/5/18

| Date | Job and # | Job Code | Tasks Performed | # Hrs | Daily Total |
|---|---|---|---|---|---|
| Monday 0 7/30/18 | | | | | Ø |
| Tuesday 7/31/18 | | | | | Ø |
| Wednesday 8/1/18 | 100 CANADA | | SUD. CLEAN UP. DIGGING EXPOSE SEWER LINE | | 8 |
| | | 12 TO 12:30 | LUNCH | | |
| | | | MOVE BNL FLOW LINES WHIT SCOTT | | |
| Thursday 8/2/18 | | | SUD DIGGING AND EXPOSE SEWER LINE | | 8 |
| | | 12: TO 12:30 | LUNCH | | |
| | | | REMOVE PAINT FROM TRIM BACK DOOR EXIT 11 11 | | |
| Friday 8/3/18 | | | SUD. DIGGING. | | 8 |
| | | 12 TO 12:30 | LUNCH | | |
| | | | HELP SCOTT CUT AND INSTALL CAB - DOOR A- TRIM HOME | | 20 |
| Saturday 8/4/18 Sunday 8/5/18 | | | | | |

Employee Signature_____

Total Hrs -  24

# EXHIBIT J



**C & S Electric**
420 Garcia Ave.
Half Moon Bay CA. 94019
CA Lic # 430595
650-255-8071

November 2, 2018

Hello Scott,

 PG&E work
Dates and labor:  6/22 - 10.75hrs, 6/27 - 8.75hrs, 6/28 - 9.75hrs, 7/10 - 8.75hrs, 7/19 - 7.75hrs, 7/26 - 4.5hrs, 8/16 - 1hr.  Total hrs 51.25 @ $140/hr = $7,175.00

Moore work
Dates and labor:  7/19 - 1 hr check mains for future surge protectors, 7/26 - 4hrs replace utility pad lights, 8/16 - 6.75hrs Add Green House to generator, 8/20 - 3hrs continue GH Generator work, 2hrs Siemens consultation on surge protectors. Total hours 16.75 hrs @ $140/hr = $$2,345.00

Materials:  2,335.25 GFIs, 85.45 Tom's oven, 151.20 Utility pad lights, 568.38 Green House generator. Total $3,140.26

Total $12,660.26

PORTION THIS INVOICE
ATTRIBUTABLE TO
SURGE

LABOR : $7175⁰⁰
MATERIALS: $2420⁷⁰
$9595⁷⁰



10 B

# EXHIBIT K





## Final Details for Order #114-6358248-1289821

Print this page for your records.

**Order Placed:** July 9, 2018
**Amazon.com order number:** 114-6358248-1289821
**Order Total: $386.72**

## Shipped on July 10, 2018

| **Items Ordered** | **Price** |
|---|---|
| 9 of: *Leviton 5280-I 15-Amp, 125-Volt, Decora Plus Duplex Receptacle, Straight Blade, Industrial Grade, Self Grounding, Surge with Indicator Light, Ivory* | $19.99 |
| Sold by: Amazon.com Services, Inc | |

Condition: New

**Shipping Address:**
Scott Grometer
100 CANADA RD
WOODSIDE, CA 94062-4104
United States

**Shipping Speed:**
One-Day Shipping

## Shipped on July 12, 2018

| **Items Ordered** | **Price** |
|---|---|
| 8 of: *Leviton 5280-I 15-Amp, 125-Volt, Decora Plus Duplex Receptacle, Straight Blade, Industrial Grade, Self Grounding, Surge with Indicator Light, Ivory* | $19.99 |
| Sold by: Amazon.com Services, Inc | |

Condition: New

**Shipping Address:**
Scott Grometer
100 CANADA RD
WOODSIDE, CA 94062-4104
United States

**Shipping Speed:**
One-Day Shipping

## Payment information

(CONT.) →

Case: 19-30088   Doc# 9663-1   Filed: 12/01/20   Entered: 12/01/20 16:19:17   Page 45 of 81

https://www.amazon.com/gp/css/summary/print.html/ref=ppx_od_...

(11 B)

**Payment Method:**
Visa | Last digits: 3390

**Billing address**
Scott Grometer
100 CANADA RD
WOODSIDE, CA 94062-4104
United States

**Credit Card transactions**

Item(s) Subtotal: $339.83
Shipping & Handling:  $15.79
-----
Total before tax: $355.62
Estimated tax to be collected:  $31.10
-----
**Grand Total:** **$386.72**

Visa ending in 3390: July 12, 2018: $386.72

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2019, Amazon.com, Inc. or its affiliates

Case: 19-30088   Doc# 9663-1   Filed: 12/01/20   Entered: 12/01/20 16:19:17   Page 46 of 81



Case: 19-30088    Doc# 9663-1    Filed: 12/01/20    Entered: 12/01/20 16:19:17    Page 47
of 81

# EXHIBIT L

Email Bill To Scott
8710053278 RR Donnelley ©2007. All rights reserved. - 0067

12A

## Otto's
**APPLIANCE SERVICE, INC.**
1663 EL CAMINO
MILLBRAE, CALIF. 94030

SALES
(650) 588-0309
(800) 750-6886

SERVICE
REG. NO. A37640
FAX 589-3111

88503

NAME: Moore

DATE: 7/19/18

ADDRESS: 100 Canada Rd

PUR. ORD. NO. Scott

CITY, STATE, ZIP: Woodside, Cg 94062

PHONE (H): 787-1907

PHONE (W):

MAKE: Thevin  MODEL: CT230 NPRS

SERIAL NO.

JOB LOCATION

ADDRESS

**NATURE OF SERVICE REQUEST** After Power Surge
Cont Set oven

**NO FREE ESTIMATES**     **TERMS: NET CASH UPON COMPLETION OF WORK.**

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Checked unit - Not Repairable | | |
| Parts NLH & R-paired use this | | |
| Est. | | |
| 2-Switches@245°ea | 490 | |
| 2-Displays@150°ea | 300 00 | |
| | 790 00 | |
| | Tax 21 10 | |
| S/c+ Labor | 245 00 | |
| Total | 1106 10 | |

**KEEP THIS INVOICE NO OTHER WILL BE SENT.**

| | | |
|---|---|---|
| TOTAL PARTS | | |
| TAX | | |
| SERVICE-CALL | 9500 | |
| LABOR | 5000 | |
| TOTAL AMT. DUE | 14500 | |

REMARKS

APPLIANCE IS WORKING TO MY SATISFACTION
AND I AGREE TO PAY CHARGES AS SHOWN

CUSTOMER'S SIGNATURE  X

**THIS IS YOUR GUARANTEE**

These charge cover this specific repair job only. We guarantee all parts installed by us for _____ months after the date of repair, but do not guarantee other parts in your appliance. Labor is guaranteed for 30 days. If new repairs become necessary in the future, they are subject to our regular rates. *Guarantee void if appliance is serviced or tampered by others.

Customer authorizes servicemen to proceed with repairs herewith listed on appliance described above and further agrees to terms and guarantee in this contract. Customer further agrees to pay all court, attorney and collection fees that might occur if payment is not made as agreed.

# EXHIBIT M



# Sales Order

13A

University Electric Co., Inc.
1500 Martin Avenue
Santa Clara, California 95050
(408) 496-0500

**Order Number:** SO40551
**Order Date:** 8/1/2018

**Salesperson:** Adam Heintz
**Customer Number:** 0012681

**Sold To:**
Scott Grometer
100 Canada Rd
Redwood City, CA 94062
**Phone:** **Email:**
(650) 787-1907

**Ship To:**
Scott Grometer
100 Canada Rd
Redwood City, CA 94062
**Alt. Phone:** **Confirm Name:** **Confirm Phone:**

| Customer P.O. | Ship VIA | Ship Date | PCS | PRO |
|---|---|---|---|---|
| | | 8/1/2018 | 0 | N |

| Item Code | Unit | Ordered | Shipped | Back Order | Price | Amount |
|---|---|---|---|---|---|---|
| *WODO30CEBTH | EACH | 1 | 0 | 0 | 6,299.00 | 6,299.00 |
| 30" WOLF DOUBLE OVEN | | | | | | |
| | | S/N: | | | | |
| BLACK GLASS | | | | | | |
| /DSDS | | | | | | 70.00 |
| DROP SHIP, IN GARAGE | | | | | | |
| | | S/N: | | | | |
| DOWN 2 FLIGHTS EXTERIOR STAIRS | | | | | | |
| HAUL AWAY REFRIGERATOR, 2 DOUBLE OVENS | | | | | | |
| DEPOSIT OF $6,942.21 ON 8/1/18 | | | | | | |

| | |
|---|---|
| Net Order: | 6,369.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 573.21 |
| **Order Total:** | 6,942.21 |

## DELIVERY INSTRUCTIONS*

Delivery Comments

☐ IN CARTON ON GROUND     ☐ HAUL     ☐ LP GAS

☐ INSTALL     ☐ STAIRS     ☐ NAT GAS

*Minimum charge for delivery $70.00

BY: _____

When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**NOTES:** Dispatcher will call between 4 P.M. and 7 P.M on the day before to schedule delivery time. Call 408-980-0307 if you have not been contacted. These prices are quoted subject to acceptance within 15 days. Once ordered prices are held for 90 days and subject to adjustment after that time. You agree that all attorney fees associated with litigating a dispute will be awarded to the prevailing party. Delivery charges and the usual retail sales tax to be added to the above prices. You will be responsible for storage fees if your job runs over 90 days. All service after purchase will be made by authorized factory service. Any banking fees associated with a canceled order will not be refunded. Any damages not reported within 10 days of delivery or will call are the responsibility of the customer. No Returns.



13B





THERMADOR, A MASCO CO., L.A., CA 90040     94040181

MODEL NO.   CT230 03   SERIAL NO.

RATING 120/208 · 240 VOLTS · 60 Hz · A.C. ONLY · 3 WIRE · 1PH

MANUFACTURED:          APRIL-1994

FCC ID:                                          LISTED 159J

                                         FOR HOUSEHOLD USE

208 VOLTS   33.0 AMPS · 240 VOLTS   38. AMPS   OVEN   ® (UL)

# EXHIBIT N



**GODOY**
CONSTRUCTION
GodoyConstruction.com

**Godoy Incorporated**
Phone/Fax: 650 726 0436
P.O. Box 715
Moss Beach, CA 94038
Lic. No. 918814
info@GodoyConstruction.com

Gordon E Moore
100 Canada Road.
Woodside CA, 94062

Project: Loggia Retrofit & Miscellaneous

2/10/19

1. Supervision 156 hours at $75/hr        $11,700.00

2. Carpentry 176 hours at $65/hr          $11,440.00

3. Materials

Subtotal                                  $23,140.00
Contractor's fee of 15 %                   $3,471.00

Total Amount Due                          $26,611.00
Note: See attached document

*PORTION ATTRIBUTED TO MAIN HOUSE OVEN REPLACEMENT:*

*11.5 HRS @ $75.00/HR.*
*= $862.50*

**TIMESHEET**

**Employee Name -** MARTIN GODOY

**WEEK ENDING SUNDAY - - - -**     **1/20/19**

| | Job and # | Job Code | Tasks Performed | # Hrs | Daily Total |
|---|---|---|---|---|---|
| Monday 0 1/14/19 | 100 CANNON | | SUP PREP INSTALL PLASTIC AT KITCHEN PREP OVEN | | 8   2.5 |
| Tuesday 1/15/19 | | | SUP. PREP AM PROTECT FLOOR PREP OPENIN FU OVEN. CUT MOUNT TO RUN ELECTRIC | | 7.8   4.0 |
| Wednesday 1/16/19 | | | SUP WORK ON OVEN. OPENING. ASSIST ELECTRICIAN RUN INSTALL KITCHEN OVEN. | | 7.8   5.0 |
| Thursday 1/17/19 | | | SUP. ASSIST MIKE RUN WORK CONTROL HOUSE PREP FOR DUCT INSTALL HEAT REGISTER. | | 8 |
| Friday 1/18/19 | | | SUP WORK ON FLOOR | | 8 |
| Saturday 1/19/19 Sunday 1/20/19 | | | | | |

Employee Signature_____

Total Hrs -   38

# EXHIBIT O

C & S Electric
420 Garcia Ave.
Half Moon Bay CA  94019
(650) 255-8071
CA Lic.# 430595

# Invoice

(15)

| DATE | INVOICE # |
|------|-----------|
| 2/6/2019 | 1361 |

| BILL TO | JOB ADDRESS |
|---------|-------------|
| Gordon Moore<br>C/O Scott | |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Extend oven circuit, replace breaker (2 pole 50amp) & install 2 baseboard outlets. | 750.00 |



WORK PERFORMED 1/16/19

PORTION ATTRIBUTED TO OVEN INSTALL IN MAIN HOUSE: $600⁰⁰ (INCLUDES NEW BREAKER)

| | Total | 750.00 |

# EXHIBIT P



# Cash/CC Sales Receipt



909 Asbury Drive
Buffalo Grove IL 60089
www.zoro.com
Tax ID # 27-3596010

**For Questions Please Contact**
http://www.zoro.com/pages/zoro_info/contactus/
(855) 289-9676

| | |
|---|---|
| **Date** | 7/12/2018 |
| **Sales Receipt #** | 5584162 |
| **Customer #** | CUST3408843 |
| **SO #** | Sales Order #SO10089444 |
| **Purchase Order #** | |
| **Shipping Method** | Standard Ground |
| **Tracking #** | 1Z6W75630318414166 |
| | 1Z6W75630318417734 |
| **Payment Method** | VISA |
| **Credit Card #** | ************3390 |

**Bill To**
Scott Grometer
100 Canada Road
6507871907
Woodside CA 94062
United States

**Ship To**
Scott Grometer
100 Canada Road
6507871907
Woodside CA 94062
United States

| Z Number | Item | Quantity | Units | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| G7587991 | Duct Silencer,8 In. Dia. | 1 | EA | Duct Silencer, Fits Duct Dia. 8 In., Material Galvanized Steel, Color Silver | 103.93 | 103.93 |
| G4717142 | Inline Fan,8 In. Dia. | 1 | EA | Inline Fan, Housing Material Galvanized Steel, Fits Duct Dia. 8 In., Voltage 120V, Max. Amps 1.14, Max. Wattage 119, Number of Speeds 1, Housing Dia. 13-3/8 In., Length 13-1/4 In., Motor RPM 2550, CFM @ Duct 461, CFM @ 0.000-In. SP 461, CFM @ 0.100-In. SP 435, CFM @ 0.125-In. SP 429, CFM @ 0.200-In. SP 402, CFM @ 0.250-In. SP 395, CFM @ 0.375-In. SP 355, CFM @ 0.400-In. SP 348, CFM @ 0.450-In. SP 333, CFM @ 0.500-In. SP 323, CFM @ 0.600-In. SP 288, CFM @ 0.750-In. SP 204, CFM @ 0.800-In. SP 240 | 210.02 | 210.02 |

| | |
|---|---|
| **Subtotal** | 313.95 |
| **Shipping Cost (Standard Ground)** | 0.00 |
| **Total Tax** | 27.48 |
| **Total Paid** | $341.43 |

# EXHIBIT Q



*17 A*

## Final Details for Order #114-7978823-2305842
Print this page for your records.

**Order Placed:** July 11, 2018
**Amazon.com order number:** 114-7978823-2305842
**Order Total: $59.99**

### Shipped on July 12, 2018

| Items Ordered | Price |
|---|---|
| 1 of: *CTEK 56-158 MULTI US 3300 12 Volt Fully Automatic 4 Step Battery Charger*<br>Sold by: JBTools (seller profile)<br><br>Condition: New | $59.99 |

**Shipping Address:**
Scott Grometer
100 CANADA RD
WOODSIDE, CA 94062-4104
United States

**Shipping Speed:**
FREE Shipping

### Payment information

**Payment Method:**
Visa | Last digits: 3390

**Billing address**
Scott Grometer
100 CANADA RD
WOODSIDE, CA 94062-4104
United States

| | |
|---|---|
| Item(s) Subtotal: | $59.99 |
| Shipping & Handling: | $6.06 |
| Free Shipping: | -$6.06 |
| | ----- |
| Total before tax: | $59.99 |
| Estimated tax to be collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$59.99** |

**Credit Card transactions**

Visa ending in 3390: July 12, 2018: $59.99

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2019, Amazon.com, Inc. or its affiliates

1 of 1

10/17/19, 9:31 AM



# EXHIBIT R

 **ROOFING AND SHEET METAL**



A Corporation - Fed'l. 94-1072211
State Contractors License No. 277624

229 S. Railroad Avenue   San Mateo, CA 94401-3398
Tel: (650) 342-3200   Fax: (650) 342-6157

# INVOICE

TO:
Moore, Gordon & Betty
Attn: Scott Grometer
100 Canada Road emailonly
sgrometer@gmail.com
Woodside, CA 94062

| | |
|---|---|
| INVOICE NUMBER | 6591 |
| INVOICE DATE | 08/22/19 |
| DUE DATE | 09/01/19 |
| CUSTOMER | 9925 |

| ITEM NO. | DESCRIPTION | QTY. | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| 92 | Service call    2/5/19 | 3.00 | 200.00 | 600.00 |
| 63w27 | Ignition control | 1.00 | 345.00 | 345.00 |
| X9953 | Zone panel Harmony III | 1.00 | 491.67 | 491.67 |
| 92 | Service call   8/16/19 | 2.00 | 200.00 | 400.00 |
| 92 | Service call   8/22/19 | 3.00 | 200.00 | 600.00 |
| 6987 | Motor ECM | 2.00 | 958.34 | 1,916.68 |
| 96381 | Blade | 2.00 | 271.67 | 543.34 |
| | Above changed out due to power surge in June 2018 | | | |

Thank you for your business.
We look forward to serving you again.

- ALL DISCREPANCIES MUST BE REPORTED WITHIN 10 DAYS.
- A MONTHLY SERVICE CHARGE IN THE MAXIMUM LEGAL AMOUNT WILL BE APPLIED TO PAST DUE BALANCES.
- BY ACCEPTING THESE GOODS OR SERVICES, CUSTOMER AGREES THAT THE PREVAILING PARTY IN ANY COLLECTION LITIGATION OR ARBITRATION SHALL BE ENTITLED TO REASONABLE ATTORNEYS FEES AND OTHER LEGAL COSTS AND DAMAGES.

| | |
|---|---|
| SUBTOTAL | 4,896.69 |
| TAX | 296.70 |
| TOTAL DUE | 5,193.39 |



sgrometer@gmail.com
To: richard@izmirian.com
Suspect blown Lennox board also



Hi Richard,

Just checked, and I believe furnace #3 has a blown control board-no diagnostic lights, tripped 3 amp breaker on unit, and board itself smells burnt.  There is still power to the board transformer.  Reset 3 amp breaker, but trips again immediately thereafter.

Blown Harmony III board is also for #3.

Unit is:
Model: G61MPV-60C-091-08
Serial:  5907H13126

Units #1 and 2 appear to be OK, but should still be checked.

Thanks,
Scott
650.787.1907

Sent from my iPhone



Case: 19-30088   Doc# 9663-1   Filed: 12/01/20   Entered: 12/01/20 16:19:17   Page 68 of 81





# EXHIBIT S







# Hello, Scott Grometer

Thank you for your order from Gen-Parts.com. Once your package ships we will send an email with a link to track your order. Returns are permissible only up to 14 days after the parts have been received by the consumer see return policy If you have any questions about your order please contact us at gensales@gen-parts.com or call us at 410-777-5120 Monday - Friday, 9am - 5pm EST.

Your order confirmation is below. Thank you again for your business.

## Your Order #013965 (placed on September 16, 2019 7:34:49 PM EDT)

| Billing Information: | Payment Method: |
|---|---|
| Scott Grometer<br>100 Canada Road<br>Woodside, California, 94062<br>United States<br>T: 6507871907 | **Credit Card Authorize**<br><br>**Credit Card Type:** Visa<br>**Credit Card Number:** xxxx-0566<br>**Processed Amount:** $414.94 |

| Shipping Information: | Shipping Method: |
|---|---|
| Scott Grometer<br>100 Canada Road<br>Woodside, California, 94062<br>United States<br>T: 6507871907 | Shipping & Tax - Please Allow 5-7 Business Days For Ground Delivery. If You Need It Faster Call 410-777-5120 For Rush Delivery. - Flatrate-USA |

| Item | SKU | Qty | Subtotal |
|---|---|---|---|
| **Guaranteed Lowest Price – 0676290SRV – Generac Generator Part Control Boards** | 0676290SRV | 1 | $399.99 |

| | | |
|---|---|---|
| Subtotal | | $399.99 |
| Shipping & Handling | | $14.95 |
| **Grand Total (Excl.Tax)** | | **$414.94** |
| Tax | | $0.00 |
| **Grand Total (Incl.Tax)** | | **$414.94** |

Thank you again, **Gen-Parts.com**



19B



Generac Power Systems, Inc.

2900 Beloit Ave.
Janesville, WI 53546

**PACKING SLIP**

Date: 2019/09/18
Sold-to Party: ICFX DESIGNS, LLC
Shipment: 1527221
Delivery: 89421096
Page 1 of Page. 1

**BILL TO:**
ICFX DESIGNS, LLC
11779 LONE TREE COURT

COLUMBIA, MD 21044
4107775120

**SHIP TO:**
Scott Grometer
Scott Grometer
100 Canada Rd

Redwood City, CA 94062-4104

| ORDER # | PURCHASE ORDER # |
|---|---|
| 1491344 | 1396 |

| SERIAL # | DESCRIPTION |
|---|---|
| | ASSY PCB STANDARD SENSNG |

**0676290SRV**

GENERAC POWER SYSTEMS, INC
COO KOR
ASSY PCB STANDARD SENSNG

# EXHIBIT T

**From:** "Felix, Lori" <LAFP@pge.com>
**Subject: Prime Clerk Claim #: 80903**
**Date:** March 11, 2020 at 12:30:07 PM PDT
**To:** "sgrometer@gmail.com" <sgrometer@gmail.com>

Dear Gordon Moore,

PG&E has received your Proof of Claim file with the Prime Clerk.

In order to ensure that all valid claims receive timely and accurate distributions after the Bankruptcy Court has approved a chapter 11 plan of reorganization, we ask that you provide the ages of items replaced due to this incident.

We are in the process of obtaining additional information from the first responders necessary to evaluate your claim.

Thank you for your assistance.

Please contact me with any questions.

Sincerely,

Lori Felix
Claims Investigator
925 328 6053

# EXHIBIT U

**Pacific Gas and Electric Company**

Mail To:
PG&E Law - Claims Dept.
1850 Gateway Blvd. 3rd Floor
Concord, CA 94520-OR-
Email to: LawClaims@pge.com -OR-
Fax to: 925-459-7326
Helpline phone: 415-973-4548

62-1444
Rev 10/2014

ALSO:
7288283261-0
7246616597-3
7079949941-6 (DAGGETT)

**PLEASE PRINT AND FILL OUT FORM COMPLETELY**

Mr./ Mrs./ Ms./ Dr.

| Last Name | First Name | Spouse's Name | Work Telephone | Home Telephone |
|---|---|---|---|---|
| MOORE | GORDON | BETTY | ( ) | (650) 787-1907 |

Business name (if claim is for business)

PG&E Account Number — **MAIN: 3975876300-5**

| Mailing Address - Street | Apt. Number |
|---|---|
| 100 CANADA ROAD | |

| City | State | Zip Code | Email Address |
|---|---|---|---|
| WOODSIDE | CA | 94062 | SGROMETER@GMAIL.COM |

| Date of Incident | Time | | Location of Incident (check if same as mailing address ☑) |
|---|---|---|---|
| 6-21-2018 | 5:30 | AM/PM | 100 + 102 CANADA |

Description of Incident
MASSIVE PG&E-CAUSED SURGE RESULTING IN
EXTENSIVE PROPERTY DAMAGE

SURGE CONFIRMED BY NEARBY PG&E WORKER AT
TIME OF INCIDENT

[SEE ATTACHED COVER LETTER FOR DETAILS]

**PROPERTY DAMAGE:** Attach repair estimates, invoices, proof of purchase, or supporting documents. **FOOD SPOILAGE:** Include a separate itemized list of each item of food spoiled and documentation of cost.

**NOTE:** Under California damages law you are entitled to reimbursement **for the lesser of fair market value** or the cost to repair your damaged property. We use the replacement cost of the item and depreciate that amount to arrive at the fair market value. You may consider consulting with your insurance carrier.

| Item Description | Make/Brand | Model: Name /Number/Size | Age | Amount Claimed |
|---|---|---|---|---|
| [SEE ATTACHED SPREADSHEET AND SUPPORTING | | | | |
| DOCUMENTS — too NUMEROUS TO LIST HERE ] | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total Amount Claimed | $31 755 00 |

| Were you injured? ☐ Yes ☑ No   If yes, please describe: |
|---|

Other Losses (lost wages, lost revenue, medical expenses, etc.) Use Additional paper if necessary

Witnesses to Incident: Name, Address, and Telephone
ALEX FERNANDEZ
86 CANADA ROAD, WOODSIDE CA 94062

☐ PG&E Employee   ☑ Other

I understand that Pacific Gas and Electric Company will review all documentation in support of this claim. I certify that the foregoing is true and correct.

| Prepared By SCOTT GROMETER | |
|---|---|
| | Relationship to Claimant PERSONAL ASSISTANT |
| Signature | Date 10-17-19 |

**PLEASE, NO STAPLES. BE SURE TO FOLD EXACTLY ON THE EXISTING FOLDS, FOLD ON BOTTOM, TAPE ON TOP.**

**United States Bankruptcy Court, Northern District of California**

Fill in this information to identify the case (Select only one Debtor per claim form):

☐ PG&E Corporation (19-30088)

☑ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | GORDON MOORE | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor  *Scott Grometer  (Assistant)* | |

| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
|---|---|

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

GORDON MOORE
100 CANADA RD
REDWOOD CITY CA  94062-4104

Where should payments to the creditor be sent? (if different)

Name _____

Number _____ Street _____

City _____ State ____ ZIP Code ____

Contact phone  *(650) 787-1907*

Contact email  *SGROMETER@GMAIL.COM*

Contact phone _____

Contact email _____

| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on ____/____/_____<br>MM / DD / YYYY |
|---|---|---|

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |
|---|---|

1930088CUST

Official Form 410

Proof of Claim

page 1

6. **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?**   $ 31,755 08 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

PROPERTY DAMAGE EXPENSE CAUSED BY PG&E SURGE

9. **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Official Form 410

Proof of Claim

page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(  ) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/17/2019  (mm/dd/yyyy)

Signature

Print the name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | SCOTT   KENDALL   GROMETER |
| | First name   Middle name   Last name |
| Title | ASSISTANT TO GORDON & BETTY MOORE |
| Company | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 100   CANADA ROAD |
| | Number   Street |
| | WOODSIDE   CA   94362 - 4104 |
| | City   State   ZIP Code |
| Contact phone | (650) 787-1907   Email   SGROMETER@GMAIL.COM |

Case: 19-30088   Doc# 9663-1   Filed: 12/01/20   Entered: 12/01/20 16:19:17   Page 81 of 81