Ned M. Gelhaar (CA SBN 163185)
ENENSTEIN PHAM & GLASS LLP
12121 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
Tel: (310) 899-2070
Fax: (310) 496-1930
ngelhaar@enensteinlaw.com

Attorneys for Claimant
Gordon Moore

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| | Chapter 11 |
| | (Lead Case) (Jointly Administered) |
| PG&E CORPORATION | **CERTIFICATE OF SERVICE** |
| -and- | [RE: CLAIM NO. 80903] |
| PACIFIC GAS & ELECTRIC COMPANY, | **DATE:** December 15, 2020 |
| Debtors. | **TIME:** 10:00 A.M. |
| | **PLACE:** U.S. Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |
| | **JUDGE:** Hon. Dennis Montali |

///
///
///
///

1

I, the undersigned, declare that I am employed in the County of Clark, Nevada. I am over the age of 18 years and not a party to the within entitled action. My business address is 12121 Wilshire Blvd., Suite 600, Los Angeles, CA 90025.

The instructions accompanying notice of Reorganized Debtors' Forty-Fourth Omnibus Objection states that "if you do NOT have access to the ECF system, service must be made via electronic mail to the Reorganized Debtors' counsel at PGEclaims@kbkllp.com, and you must arrange for the Response to be filed with the Court within two business days thereafter." Pursuant to these instructions, since my firm does not have access to the ECF system for Bankruptcy Court filings, on December 1, 2020, I served the within documents titled as follows:

**GORDON MOORE'S RESPONSE TO REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION;** and

**DECLARATION OF SCOTT GROMETER IN SUPPORT OF GORDON MOORE'S OPPOSITION TO REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION**

on Reorganized Debtors' counsel at approximately 3:30 p.m. Pacific Time by email to PGEclaims@kbkllp.com. In addition, out of an abundance of caution, I also emailed these documents to CANB-EMERGENCY-FILINGS@canb.uscourts.gov.

In addition, I caused these documents to be hand delivered for filing on December 2, 2020, at:

**U.S. Bankruptcy Court**
**Courtroom 17, 16th Floor**
**San Francisco, CA 94102**

_/s/ Michelle Choto_
Michelle Choto