Dorcas Wheeler, In Pro Per
3019 Shasta Way
Santa Rosa, CA 95403
(559) 917-8557
dorcaswheeler@gmail.com

DORCAS WHEELER, IN PRO PER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

PG&E Corporation

-and-

Pacific Gas and Electric Company,

    Debtors

Bankruptcy Case No.: 19-30088 (DM)
Chapter 11
(Lead Case) (Jointly Administered)

PROOF OF SERVICE OF RESPONSE TO THE NOTICE OF THE REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS ON DEBTOR'S

DATE: December 15, 2020
TIME: 10:00 a.m. (Pacific Time)

PLACE: (Telephonic Appearances Only)
United States Bankruptcy Court
Courtroom: 17, 16th Floor
San Francisco, CA 94102

**PROOF OF SERVICE OF RESPONSE OF CREDITOR DORCAS WHEELER TO THE NOTICE OF THE REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS**

    Debtor's counsel was served Creditor Dorcas Wheeler's:

1. Response

2. Response-Report of John Pape

3. Points and Authorities

4. Declaration of Creditor Dorcas Wheeler

- 1 -
PROOF OF SERVICE OF RESPONSE TO THE NOTICE OF THE REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS ON DEBTORS

via email on 11/30/2020, see attached Email dated 11/30/2020, and on 12/1/2020, Debtor's counsel was served Response-Report of John Pape (correction), see attached Email dated 12/1/2020

Dated: 12/2/2020

_____
Creditor, Dorcas Wheeler

- 2 -
PROOF OF SERVICE OF RESPONSE TO THE NOTICE OF THE REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS ON DEBTORS

Case: 19-30088    Doc# 9665    Filed: 12/01/20    Entered: 12/02/20 10:02:54    Page 2 of 4

 Dorcas Wheeler <dorcaswheeler@gmail.com>

## Response of Creditor Dorcas Wheeler to 43rd Omnibus Objection to Claims, Case #19-30088 (DM)

1 message

**Dorcas Wheeler** <dorcaswheeler@gmail.com>  
To: CANB-EMERGENCY-FILINGS@canb.uscourts.gov  
Cc: PGEclaims@kbkllp.com

Mon, Nov 30, 2020 at 2:43 PM

Hello,

I am in pro per in this matter. I do not have access yet to ECF.

I have requested ECF access and training but fear that it will not come in time for me to timely file my documents in the above referenced case.

I live in Santa Rosa and am willing to drive to San Francisco in order to timely file my documents (by tomorrow December 1, 2020 at 4 pm), however, I have been informed via chat that the courts are closed and physical filings are not possible.

The chat person on the court's website advised that my pleadings could be accepted via this email address.

I have attached the documents I would have brought for filing below.

I am hereby emailing the same to Debtor's counsel to PGEclaims@kbkllp.com

**4 attachments**

- Response of Creditor Dorcas Wheeler.pdf  
  8664K
- Response of Creditor Dorcas Wheeler-Report of John Pape.pdf  
  1279K
- Points and Authorities in Support of Creditor Dorcas Wheeler's Response.pdf  
  5256K
- Declaration of Creditor Dorcas Wheeler in Support of Response.pdf  
  4250K



Dorcas Wheeler <dorcaswheeler@gmail.com>

## Response of Creditor Dorcas Wheeler to 43rd Omnibus Objection to Claims, Case #19-30088 (DM)

2 messages

---

**Dorcas Wheeler** <dorcaswheeler@gmail.com>      Mon, Nov 30, 2020 at 2:43 PM
To: CANB-EMERGENCY-FILINGS@canb.uscourts.gov
Cc: PGEclaims@kbkllp.com

Hello,

I am in pro per in this matter. I do not have access yet to ECF.

I have requested ECF access and training but fear that it will not come in time for me to timely file my documents in the above referenced case.

I live in Santa Rosa and am willing to drive to San Francisco in order to timely file my documents (by tomorrow December 1, 2020 at 4 pm), however, I have been informed via chat that the courts are closed and physical filings are not possible.

The chat person on the court's website advised that my pleadings could be accepted via this email address.

I have attached the documents I would have brought for filing below.

I am hereby emailing the same to Debtor's counsel to PGEclaims@kbkllp.com

**4 attachments**

- Response of Creditor Dorcas Wheeler.pdf
  8664K
- Response of Creditor Dorcas Wheeler-Report of John Pape.pdf
  1279K
- Points and Authorities in Support of Creditor Dorcas Wheeler's Response.pdf
  5256K
- Declaration of Creditor Dorcas Wheeler in Support of Response.pdf
  4250K

---

**Dorcas Wheeler** <dorcaswheeler@gmail.com>      Tue, Dec 1, 2020 at 9:54 AM
To: CANB-EMERGENCY-FILINGS@canb.uscourts.gov, PGEclaims@kbkllp.com

Thank you so much for the prompt filing.
Review of the documents reveals that the Arborist Report was not attached to the cover Sheet, please see attached correction for filing.

Again, thank you for your assistance in these trying times.

Debtor's Counsel is hereby noticed as well.

Dorcas Wheeler
[Quoted text hidden]

- Response of Creditor Dorcas Wheeler-Report of John Pape-correction to add Report.pdf
  2498K

Case: 19-30088    Doc# 9665    Filed: 12/01/20    Entered: 12/02/20 10:02:54    Page 4 of 4