```
 1  Blaine R. Cox, State Bar No. 306192
       bcox@damrell.com
 2  DAMRELL, NELSON, SCHRIMP,
       PALLIOS & SILVA
 3  1601 I Street, Fifth Floor
    Modesto, CA 95354
 4  Telephone:  (209) 526-3500
    Facsimile:   (209) 526-3534
 5
    *Attorneys for Creditor*
 6  *D.A. Wood Construction, Inc.*
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **DECLARATION OF JOSH MALCOM IN SUPPORT OF CREDITOR D.A. WOOD CONSTRUCTION INC.'S RESPONSE TO REORGANIZED DEBTOR'S FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debts | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

I, Josh Malcom, declare:

1. I am an individual over the age of 18 years and am employed as the controller for D.A. Wood Construction, Inc. ("D.A. Wood"), a creditor in the above-entitled action.

2. I have personal knowledge of the facts stated in this declaration except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called as a witness, I could and would competently testify thereto.

3. On or around April 22, 2016, a gas line owned/operated by Pacific Gas and Electric Company ("PG&E") was broken in the course of construction work. I am informed and believe

1

DECLARATION OF JOSH MALCOM IN SUPPORT OF CREDITOR D.A. WOOD CONSTRUCTION INC.'S RESPONSE TO REORGANIZED DEBTOR'S FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
CASE NO. 19-30088 (DM)

| | |
|---|---|
| 1 | that PG&E failed to properly identify and mark said gas line to safeguard it and individuals from |
| 2 | harm. |
| 3 | 4. D.A. Wood incurred costs and expenses as a result of PG&E's failure to properly identify |
| 4 | and mark the gas line at issue; including but not limited to, costs to immediately protect and |
| 5 | safeguard the public from PG&E's leaking gas line. |
| 6 | 5. On or around April 22, 2016, I was told by Jason Price, a superintendent with PG&E, to file |
| 7 | a claim with PG&E for the costs and expenses D.A. Wood incurred as a result of the rupture of the |
| 8 | gas line at issue. Thereafter, D.A. Wood filed a claim with PG&E in the amount of $27,009.30 (the |
| 9 | "Claim Amount"). |
| 10 | 6. As of November 30, 2020, no portion of the Claim Amount has been paid to D.A. Wood. |
| 11 | I certify under penalty of perjury that the foregoing is true and correct. Executed on this |
| 12 | 30th day of November, 2020. |

*/s/ Josh Malcom*

2
DECLARATION OF JOSH MALCOM IN SUPPORT OF CREDITOR D.A. WOOD CONSTRUCTION INC.'S RESPONSE TO REORGANIZED DEBTOR'S FORTY-FOURTH OMNIBUS OMNIBUS OBJECTION TO CLAIMS

Case: 19-30088   Doc# 9666-1   Filed: 12/01/20   Entered: 12/02/20 10:31:21   Page 2 of 2