To: UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANFRANCISCO DIVISION

24 November 2020

**FILED**

DEC - 1 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

From: Robert A. Villalobos and Marie T. Villalobos   Claimants
Claim No. 3784
Bankruptcy Case No. 19-30088 (DM)

Subject: Response to Reorganized Debtors' Forty Second Omnibus Objection To Claims
(No Liability-Passthrough Claims)

Our claim was initially filed in small claims court in the County of El Dorado based on losses to electrical equipment (garage door opener and numerous LED bulbs) damaged by a power surge occurring during restoration of power subsequent to a "Public Safety Power Shutoff" (PSPS) by PG&E.

At the request of a PG&E representative's request at the scheduled hearing our case was included in the bankruptcy procedures. Our understanding at the time was that this was procedural, so we did not object.

We have not had the opportunity to present factual evidence to prove our claim is valid.

We, therefore, request the Court to sever our claim from the Omnibus Objection referenced above so that we may proceed with our case.

*Robert A. Villalobos*
*Marie T. Villalobos*

Robert A. Villalobos
Marie T. Villalobos


cc.: KELLER BENVENUTTI KIM @ kbkllp.com

R.A. Villalobos
6085 Shasta Rd.
Garden Valley, CA 95633

RECEIVED
DEC -1 2020 vvt
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

CERTIFIED MAIL

7020 0640 0000 8560 5942

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 GOLDEN GATE AVE. SUITE 36099
SAN FRANCISCO, CA 94102

CASE NO. 19-30088 (DM)

U.S. POSTAGE PAID
FCM LETTER
COOL, CA
95614
NOV 25, 20
AMOUNT
$6.95
R2304N117683-09

Case: 19-30088    Doc# 9670    Filed: 12/01/20    Entered: 12/02/20 12:12:49    Page 2 of 2