Signed and Filed: December 2, 2020



_____
DENNIS MONTALI
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>**FINAL ORDER REGARDING FINAL FEE APPLICATION OF CENTERVIEW PARTNERS LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 15, 2019 THROUGH JUNE 30, 2020**<br><br>Hearing: November 17, 2020 at 10:00 am (PT)<br><br>Location: United States Bankruptcy Court<br>Courtroom 17, 450 Golden Gate Ave., 16th Floor<br>San Francisco, CA<br><br>Re: Docket No. 8887 |

Upon consideration of the *Final Fee Application of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 15, 2019 through June 30, 2020* (the "Final Fee Application") [Docket No. 8887], filed on August 28, 2020 by Centerview Partners LLC ("Centerview"), as investment banker to the official committee of unsecured creditors (the "Committee") of the above captioned debtors and debtors in possession (collectively, the "Debtors"), for the final allowance of fees and expenses incurred during the period of February 15, 2019 through June 30, 2020 (the "Compensation Period"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 701] and the *Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures* (the "Fee Procedures Order") [Docket No. 5168], the Court finds that: (a) it has jurisdiction over the

matters raised in the Final Fee Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested in the Final Fee Application are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed on a final basis; (d) proper and adequate notice of the Final Fee Application and any hearing thereon has been given pursuant to the *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (1st Set)* [Docket No. 9358] (the "Hearing Notice"), no objections to the Final Fee Application having been filed, and no other or further notice is required; and (e) good and sufficient cause exists for granting the relief herein; and that, pursuant to the Fee Procedures Order, Centerview and Bruce A. Markell, the fee examiner appointed in these chapter 11 cases (the "Fee Examiner"), have engaged in arm's length settlement discussions regarding Centerview's fees and expenses, which has resulted in an agreement regarding an overall reduction in the amount of compensation and expenses set forth herein and in the Notice; and after due deliberation upon the Final Fee Application, and in connection with the Interim Compensation Order and Fee Procedure Order, and all other relevant proceedings before the Court in connection with the Final Fee Application; and upon the full record of all proceedings in this case; and sufficient cause having been shown therefor, **IT IS HEREBY ORDERED THAT**:

1. The Final Fee Application is granted and approved as set forth herein, granting Centerview payment in final consideration for its service to the Committee.

2. Centerview shall be allowed as final compensation of fees and reimbursement of expenses for services rendered on behalf of the Committee: (i) a total amount of $15,625,000.00 in fees, (ii) $195,778.54 for the reimbursement of expenses, less (iii) $81,236.01, which is the agreed upon reduction reached with the Fee Examiner, for a total compensation amount of $15,739,542.53;

3. To date, pursuant to the Interim Compensation Order, and as shown in Exhibit A to the Notice (a copy of which is attached to this Order), Centerview has been paid

$3,200,000.00 in fees and $195,778.00 for the reimbursement of expenses, and the Debtors are authorized and directed to pay Centerview $12,143,763.99 in final compensation for the outstanding professional services rendered and in reimbursement of its expenses incurred and outstanding during the Compensation Period.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

5. This Order shall be effective immediately upon entry.

Reviewed and Approved by:

/s/ Scott McNutt
Scott McNutt
Counsel to Fee Examiner