CERTIFICATE OF SERVICE

Case No 19-30088 (DM) 8671


FILED
DEC - 1 2020 wk
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

WISTER Claimant,
v.
Pacific Gas and Electric Company (19-30089)

I, the undersigned hereby certify that I am Claimant in the above titled case.
That on _November 24 2020_, I SERVED a true and correct copys of the attached, by placing said copys in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U. S. Mail, at Bradford Station, Hayward, CA.

> In the Federal Bankrupcy Court
> Honorable Denis Montali presiding
> Courtroom 17, 16th Floor
> 450 Golden Gate Avenue
> San Francisco, CA 94102

_November 24_ 2020

By: _Robert B. Wister_
Robert B. Wister
Claimant Pro Se

Attachments: Pages 1 &A-G exhibits

In the Federal Bankrupcy Court
Honorable Denis Montali presiding
Courtroom 17, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

FILED
DEC - 1 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Judge Montali:
"November 17, 2020, called the number for an Omnibus Objection statement. Did not reach the so called Prime Clerk LLC but PG&E with a 20 minute run around to prevent me from obtaining such statement. This is a violation of all standards of behavior before the courts and will be cited in my Response.

PG&E objection statement 844 339 4217 Prime Clerk, before 1/12/2020.

Case No 19-30088 (DM) 8671" sent to Prime Clerk LLC, Madison Square Gardens.

The above attempt to prevent a claimant from qualifying through obfruscation and indirection is a further example of the assinine methods endemic in structure of PG&E. The refusal to keep or acknowledge records of installations are detailed in this case. This is similar to the case before Judge Alsop on pipelines.

Claimant is Pro Se as is seen in current *In Forma Pauperius* associated with USSC 20-5938.

Summary: Commencing November 18, 2018 there has been obfruscation and litany of ignorance of written demands for statement of eletrical service. As shown in following exhibits a second 100 amp line was installed by GM electric (no longer in existence) May 1986. A limb knocked down the service drop December 1997. The 200 amp service was not restored unknown to the patron. A 10 Hp electrical device continued to be used intermittently with no detectable effect.

Only when a gas water heater failed and an attempt to install an Eco-18 electric heater was the patron informed the service was only 100 amp. That was November 2018. What ensued is detailed in the following copies of a series of written communications. This has had profound health results with eczema and other effects on health of an now 88 year old patron. Money talks. PG&E owns our PUC.

Think ↑

*[signature]*

Robert B. Wister
26256 Hickory Ave.
Haywierd, CA 94544-3112
No Inet; no Email; limited phone 510) 329-9813 M/VM Delete
November 24, 2020
Attachment: Exhibits A-G enlargement on documents submitted to Judge Alsop.

As of the date of serving this paper the Omnibus Objection has not been received.

PG&E  **STATEMENT OF AMPERAGE**  Doc A
Engineering/records  In Re: 115462251/S1213234= <u>INFORMATION ONLY!</u>
24300 Clawiter Rd.
Hayward, CA 94545 forwarded to Sacramento for reply see; 115462251

Photo of weatherhead at location - 7904696533-5.

There is 3 wire entry into the service. This indicates two 120V lines to ground and 240V between active lines. I have registered voltage at a 240V outlet showing 232V.

This would give 120V 100amp service on two legs to ground and 240V 200amp service between active lines. The junction box has 2 100amp breakers to reflect this power available.

Please confirm or provide interpretation of 2 -100 amp breakers as 200 amp service in writing so my electrician can install Eco-18 tankless electric water heater with 2 75amp breakers @240V. 200 AMP INSTALLATION 1989!!

Robert B. Wister
26256 Hickory Ave. Haywierd, CA 94544-3112
November 18, 2018

INSTRUCTIONS TO CONTRACTOR

_____Wye___Delta__circle one

For PG&E_____title/no_____

Date_____

<u>FILL IN AND RETURN!</u>  **NOTHING FURTHER**

Robert B. Wister
26256 Hickory Ave. Haywierd, CA 94544-3112
November 18, 2018

January 10, 2019 third try for simple information. Find someone who is **literate**!
January 17, 2019, PHONE CALL 10A endless blather and NO written information. 2092728651 refused to provide information and launched into meaningless obfruscation. Now forwarding package to CPUC (474835) and will now file suit in Suprior Court as this is now a critical health issue. See enclosed DR statement. RBW
PG&E PO Box 997310, Sacramento, CA 95899-7310

**CPUC 474835** INFORMATION ONLY!! SINCE PG&E HAS REFUSED TO KEEP RECORDS THIS FORMS A PART OF THE PIPELINE CASE. Has been referred to Judge Alsop. STOP the run around crap. RBW. March 9, 2019
AN/115462251 SC/1213234 March 13, 2019 CPUC 471580
July 19, 2019, presented to PG&E gas inspector.

Doc B

This is the breaker panel at 7904696533-5 service location. **UPPER RIGHT ARE TWO 100** amp breakers. This was to use a unit that uses 240V service and high amperage. **Please inform me by letter** of how to proceed. <u>Phone calls do not have any value</u>!



Lower left is 2x30 amp ganged circuit breakers.
SASE enclosed [NOT USED!] cc: CPUC, Judge Alsup. Apparently CPUC or Alsup's clerk has been in contact. This is now Bankrupcy case 19-30088  PoC 8671.

It would seem each of the two 40 amp breakers can be wired separately to each of the two 100 amp service breakers within code requirements. If not, what other method could be used to make this installation? Eco-18 unit.

Ratings are at maximum flow rate of 2.7 gallons per minute and rise from 60°F to 140°F. Actual usage wiill be 2.0 gallons per minute and 60-110° rise or 60% rated. This would be 48 amps.

Sponge bathing from a pan of heated water generates an ongoing rage. This is now 2 weeks old.

**Electrical Specifications by M**

| MODELS | ECO 8 | ECO11 | ECO 18 |
|---|---|---|---|
| ELEMENTS | 1 | 2 | 2 |
| VOLTAGE | 240 V | 240 V | 240 V |
| MAX kW | 8 kW | 13 kW | 18 kW |
| kW PER ELEMENT | 8 kW | 6.5 kW | 9 kW |
| MAX AMPERAGE DRAW | 33 AMPS | 54 AMPS | 75 AMPS |
| REQUIRED BREAKERS | 1 x 40 AMP | 1 X 60 AMP | 2 X 40 AMP |
| REQUIRED WIRE GAUGE | 1 x 8 AWG | 1 x 6 AWG | 2 X 8 AWG |

**Wiring Diagram**

Circuit Break #1 — L1 BLACK, L1 RED
Circuit Breaker #2 — L2 BLACK, L2 RED
Circuit — L3 BLACK

ECO 8 – ECO 11 requires 1 breaker and 1 set of wires

ECO 18 requires 2 sets of breakers and wires

Amperage available at service 7904696533-5._____

Signed _____ title/emp no _____

Date_____

SASE for return of this statement of service.

A common unit of electric current is the ampere, a flow of one coulomb of charge per second, or $6.2 \times 10^{18}$ electrons per second

Sent 11/10/18 with no response. SASE never used. Attempt to force second payment for work done in 1989 due to refusal to keep records. Now renting bathing facility weekly to obtain hot shower. This is now 9 months costing substantial which will be claimed in bankrupcy. RBW August 7, 2019

PG&E  
Engineering/records  
24300 Clawiter Rd.  
Hayward, CA 94545  
Service Agreement ID 7904696005  
RS E1 XB residential

PG&E Doc D  
Vice President P. M. Horgan  
77 Beal St, #100  
San Francisco, CA 94105.

Sir/Madam:

Recently I was informed that I could not install an Eco-18 tankless water heater due to it's peak requirement of 2-40 amp breakers. This is my effort to conserve energy and your system flies in the face of this process due to the 100 amp service that I am told I have at my location - 7904696533-5. November 6, 2018, 11A call to 877-743-7782 will call back within 2 days with information on service. Blathering bullshit non response.

Having occupied this location for now 45 years, I have observed one transformer many years ago desroyed by lighting and more recently another blew up for unknown reasons. It is a specific assumption that replacements were of more capable out put as a matter of normal practice. I am told that I remain on 100 amp service! It should be within the capacity of the current transformer to deliver far more amperage.

Over that period I had improved electrical service installed. **MY PANEL HAS TWO 100 AMP BREAKERS. DOES MY SERVICE ACTUALLY HAVE 200 AMP SERVICE. IS IT DELTA OR WYE?**

My alternative is to install a PV system and leave the grid entirely. Having investigated this, it is more economical than increased base rate charges returning on investment greater than any other process, regardless of my very low current usage. By converting all internal service [no further gas] to electric this is viable.

Several neighbors consulted have expressed desire to go this manner. The several will make a mass conversion to tracking PV very economical due to quantity of installations at one time. Conversion to <u>isolation</u> avoids service charges otherwise set forth.

Think ⇑

Robert B. Wister  
26256 Hickory Ave.  
Haywierd, CA 94544-3112  
No Inet; no Email; limited phone 510) M/Screen-ID or delete  
Internet=sandbox of the certifiably insane. Email=largest known spam can in the world  
[facebook; instagram; Bing; twitter ...&c=never]

Enc: ECO-18 page; breaker panel photo. SASE  
PG&E President:  
This is my third desperate effort to define my service. So far only blather and bullshit.  
Next step is CPUC for their method of obtaining relavent response. November 12, 2018. RBW    240V x 80 amp = 19.2Kw Eco-18 water heater.  
December 10, 2018 this has now become a health problem and is imperative!!  
RBW    Return stupid letter backside to Fresno. This copy to CPUC.



**Pacific Gas and Electric Company**

Customer Relations
PO Box 770000, MailCode B27L
San Francisco, CA 94177
Doc E

February 13, 2019

Mr. Robert B Wister
26256 Hickory Ave
Hayward, CA 94544

Ignores demand for information and assumes a new installation rather than 1989 purchased 200 amp.

Re: Application#115462251

Dear Mr. Wister:

Your inquiry to the California Public Utilities Commission regarding your PG&E Application was referred to PG&E for investigation. Below are the findings:

- You submitted an application to PG&E's Building Renovation Service Center on 12/6/18. The faxed application was incomplete and the BRSC sent you an "incomplete" application letter
- On 12/14/18 you submitted a second incomplete application, you provided no contact number, the BRSC was not able to contact you to finish the application over the phone
- In reviewing the application, it appears that you are upgrading your service, though you did not provide no existing or new panel size or load information
- In order for anyone in our Service Planning Team to help, you need to complete the application by calling the BRSC at 1-877-743-7782. The BRSC will assign the application locally and then someone from the Local Service Planning Team will contact you
- You can also complete application online at https://www3.pge.com/ccoweb/#/login
- Your electrician needs to let you know what your current panel size is as well as what size he needs to install if he needs to upgrade. This is customer equipment and PG&E has no jurisdiction on sizing customer facilities. Once we have that information we can determine if we need to upgrade our facilities

If you have questions regarding your concern, please contact me at 415.266.8671 during the business hours of 8:00 am – 4:30 pm, Monday - Friday.

We value you as a customer and look forward to continuing to serve you in the future.

Sincerely,

*Francisco Ybarra*
Francisco Ybarra
Customer Relations

cc: CPUC

"This document contains confidential Private Customer Information throughout the document and the entire document is submitted under Section 583."

    Totally ignores my request for **current status of my service ONLY.** There was a service upgrade some 25 and more years ago to 200 amp service. The contractor for the installation of circuit breakers and outlets for 240V service is out of business. There are operations as intended with 10Hp device on this service as planned. STOP THE ATTEMPT TO MAKE THIS PHONE TAG AND REPLY IN PRINT!
    HAVE SOMEONE WHO IS LITERATE READ AND RESPOND.



# ALAMEDA HEALTH SYSTEM
## Hayward Wellness Center        Doc F
664 Southland Mall Drive, Hayward, Ca 94545
Phone: (510) 266-1700  Fax: (510) 266-1761

10/31/2017

ROBERT WISTER
26256 HICKORY AVE
HAYWARD, CA 94544-

To Whom It May Concern:

Mr. Wister is a patient in this primary care clinic and has been followed for many years for multiple chronic medical conditions. Most concerning is that he has had serial CAT SCANS evaluating his slowly enlarging thoracic aorta. His aneurysm has enlarged to the degree that surgical repair is recommended. In addition he has developed worsening symptoms likely related to his aneurysm, including palpitations, irregular heartbeats, lightheadedness and dizziness. He has been referred to multiple organizations to evaluate and assist with management and still awaits definitive care.

Please contact me if you require additional information.

Sincerely,

*[signature]* MD

Electronically signed by:
SCHWEITZER, BETH  10/31/2017 10:22 AM

Document generated by: Beth Schweitzer 10/31/2017

Alameda Health System

---

This Dr has been treating me for chronic Lyme CFR 38 § 4.88b.LD...6319 as active disease....100% 088.81 recent ICD-10-CM A69.20, since 2006. Above is one of 54 known symptoms of which I have now had 47.
October 28, 2018 RBW



# APPLICATION FOR SERVICE
Doc G
# EXISTING SERVICE RELOCATE / CHANGE SERVICE
## STATEMENT OF AMPERAGE

Please complete this application and submit the completed form and attachments to PG&E Application for Service at P.O. Box 24047 Fresno CA, 93779-4047. You may also submit applications at www.pge.com/mybusiness/customerservice/otherrequests/newconstruction/ or call 1-877-PGE-SRVC.
*Indicates optional fields.
This application is intended for stand-alone relocation requests. If your project also requires new service, please complete a new service application in place of this one. New service applications can be found at
http://www.pge.com/mybusiness/customerservice/brochuresforms/.

## Project Type

**Type of Work (please choose one)**
☒ Residential Single Family   ☐ Residential Subdivision   ☐ Commercial/Industrial/Agricultural
☐ Mixed Use (Commercial/Residential Combination)   ☐ Agency (City, County, Cal-Trans)

**Reason for Relocation / Rearrangement Request (please check all that apply) ***
☐ Panel/Meter Relocation (Gas & Electric)   ☐ Panel Upgrade (No Load Added)   ☐ Panel Upgrade (Added Load)
☐ Temporarily De-energize Panel   ☐ Temporarily De-energize Service   ☐ Temporarily Disconnect Service
☐ Cut off/Demolition   ☐ Meter or Meter Size Change   ☐ Service Relocation (Pipes & Electric Wires)
☐ Relocate PG&E Facilities (Poles, Boxes, Wires, Pipes, Guys)   ☐ Overhead to Underground Conversion
☒ Other   Installation of Eco-18 tankless water heater see electrical specifications on enclosed sheet.
Description of Work Requested: Review records and state IN WRITING the amperage service Δ or Y.
240v Outlet tested to 233V at one of three such outlets in garage.

## Project Information

☐ Gas   ☐ Electric Overhead   ☐ Electric Underground   ☐ Date Relocation Needed
Project Address or Lot Number   City   County   Zip
Nearest Cross Street
Applicant / Company Name
☒ Individual   ☐ Partnership   ☐ Corporation   ☐ Limited Liability Corporation   ☐ Governmental Agency
☐ Sole Proprietor   ☐ Other
Day Phone (   )   *Cell Phone(   )   *Fax (   )   *Email address
26256 Hickory Ave. Hayward, CA 94544-3112    510) 329-9813   No EMAIL   via e-mail)
Applicant Address   City   State   Zip
*Building Permit Number   *PG&E Acc 7904696533-5   Date PG&E facility rearrangement / relocation needed

PG&E may relocate or rearrange service in accordance with Gas and/or Electric Rules 2, 13, 15, 1, 20, 21 and LS schedules as applicable. There may be circumstances where application of PG&E's distribution/service extension rules would place an undue financial burden on PG&E. In these cases, PG&E may apply the exceptional case provisions of its Rules 15 and 16.

## Thus request is for information only!
## The several attempts was sent to CPUC

Robert B. Wister

Case: 19-30088   Doc# 9672   Filed: 12/01/20   Entered: 12/02/20 12:28:17   Page 9 of 10

26256 Hickory Ave,
Haywierd, CA 94544-3112

Legal Mail

7016 1970 0001 1266 8393

**CERTIFIED MAIL**

RECEIVED
DEC - 1 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In the Federal Bankrupcy Court
Honorable Denis Montali presiding
Courtroom 17, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

U.S. POSTAGE PAID
FCM LETTER
HAYWARD, CA
94541
NOV 24, 20
AMOUNT
$4.25
R2305K138816-02