

JENNER & BLOCK LLP
Brian Hauck
633 West 5th Street
Los Angeles, CA 90071
Tel: (213) 239-2244
bhauck@jenner.com

*Special Corporate Defense & Energy Counsel for Debtors and Debtors in Possession*

Signed and Filed: December 2, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

SCOTT H. MCNUTT (CSBN 104696)
324 Warren Road
San Mateo, CA 94402
Tel: (415) 760-5601
smcnutt@ml-sf.com

*Counsel to the Fee Examiner*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>X Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER ALLOWING THE FOURTH INTERIM AND FINAL APPLICATION OF JENNER & BLOCK LLP, AS SPECIAL CORPORATE DEFENSE COUNSEL TO THE DEBTORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 29, 2019 THROUGH JULY 1, 2020**<br><br>[Related Dkt. Nos.: 8949, 9358]<br><br><u>Hearing Stricken for Lack of Objection:</u><br>Date:    November 17, 2020<br>Time:   10:00 a.m. (Pacific Time)<br>Place:   (Telephonic/Video Appearances Only)<br>             United States Bankruptcy Court<br>             Courtroom 17, 450 Golden Gate Ave.,<br>             16th Floor San Francisco, CA |

Upon consideration of the fourth interim and final application (the "**Application**") of Jenner & Block LLP ("**Applicant**"), as special corporate defense counsel for the above-captioned debtors (the "**Debtors**"), and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and no objections or responses to the Application having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Application resulting from the compromise between the Applicant and the Fee Examiner as set forth in that certain *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (1st Set)* [Docket No. 9358] (the "**Notice of Hearing**"); and the Court having issued a Docket Order, on November 13, 2020, approving the compromise set forth in the Notice of Hearing; and good and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Application is approved on a final basis as reflected herein.
2. The Applicant is awarded final allowance of compensation for professional services rendered during the Application Period in the amount of $11,292,007.20 in fees and $79,866.21 in actual and necessary expenses.
3. The Reorganized Debtors are authorized to make payment to the Applicant of $581,635.74 in allowed fees not already paid by the Debtors or Reorganized Debtors.
4. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

***END OF ORDER***