BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (*pro hac vice*)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Counsel to the Fire Victim Trustee*

DIEMER & WEI, LLP
Kathryn S. Diemer (#133977)
55 S. Market Street, Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Edwin J. Harron (*pro hac vice* pending)
James P. Hughes, Jr. (*pro hac vice* pending)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
jhughes@ycst.com

*Counsel to the Subrogation Wildfire Trust*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects Both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **ORDER RE: STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER ON THE PRODUCTION OF CERTAIN CLAIMS INFORMATION** |

The Court, having considered the Stipulated Confidentiality Agreement and Protective Order on the Production of Certain Claims Information ("**Stipulated Agreement**") among the Subrogation Wildfire Trust (the "**Subrogation Trust**") and the PG&E Fire Victim Trust (the "**FV Trust**") (collectively the "**Parties**"), filed on December 2, 2020 in connection with the above-captioned bankruptcy cases pending before the United States Bankruptcy Court for the Northern District of California (the "**Court**"), and pursuant to stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulated Agreement is granted and approved.

2. Having reviewed the Stipulated Agreement, the Court finds that there is a reasonable and compelling need for the use and disclosure of Claims Information (as defined in the Stipulated Agreement) between the Subrogation Trust and the FV Trust as described therein, which outweighs any privacy concerns associated with the production of the documents or information, and that the Stipulated Agreement provides for reasonably appropriate confidential treatment of the Claims Information and an opportunity for the Subrogation Trust Beneficiaries to raise objections to the disclosure of their Claims Information.

3. In agreeing to provide the Claims Information pursuant to the Stipulated Agreement and pursuant to this Order, the Subrogation Trust and the FV Trustee are acting reasonably, in good faith and are protecting the interests of their respective beneficiaries.

4. Immediately upon entry of this order, the terms and provisions of the Stipulated Agreement shall go into effect.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of the Stipulated Agreement, including any objections filed by the Subrogation Trust Beneficiaries.

**\*\* END OF ORDER \*\***

4