**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496 6723
Fax: (415) 636 9251

*Attorneys for Appellees (Debtors and Reorganized Debtors)*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Reorganized Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Reorganized Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> District Court Case No. 20-cv-07912-HSG <br><br> **APPELLEES' RESPONSE TO PACIFIC INVESTMENT MANAGEMENT COMPANY LLC'S STATEMENT OF ISSUES AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |

PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**" or "**Appellees**") submit this response to the November 18, 2020 filing by Pacific Investment Management Company ("**PIMCO**") of the *Statement of Issues to be Presented on Appeal and Designation of Record on Appeal of Appellant Pacific Investment Management Company LLC* [Dkt. No. 9572] (the "**Statement**") in connection with PIMCO's appeal from (i) the *Order Disallowing Administrative Expense Claims of Pacific Investment Management Company LLC*, entered on October 22, 2020 [Dkt. No. 9336], by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"), and (ii) the Bankruptcy Court's related *Memorandum Decision Disallowing Administrative Expense Claims*, dated October 22, 2020 [Dkt. No. 9333].

I.   **RESPONSE TO STATEMENT OF ISSUES ON APPEAL**

The issue on appeal is whether the Bankruptcy Court abused its discretion in disallowing PIMCO's asserted administrative expense claim under section 503(b)(1) of the Bankruptcy Code for damages arising out of an alleged breach by the Debtors of the Restructuring Support Agreement, dated January 22, 2020.

II.   **DESIGNATION OF RECORD ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

Docket items from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 4446 | Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims | 10/23/2019 |
| 4447 | Declaration of Kenneth S. Ziman in Support of Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and | 10/23/2019 |

| Dkt. No. | Description | Date |
|---|---|---|
|  | (II) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims |  |
| 5101 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019 | 12/12/2019 |
| 5700 | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 2/07/2020 |
| 6217 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 9, 2020 | 3/09/2020 |
| 6219 | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 3/09/2020 |
| 6298 | Statement of the Ad Hoc Committee of Senior Unsecured Noteholders in Support of Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry Into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims | 3/13/2020 |
| 6320 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 3/16/2020 |
| 6322 | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 3/16/2020 |
| 6398 | Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief | 3/20/2020 |
| 6586 | Ex Parte Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Entry of an Order Authorizing the Filing of the RSA Enforcement Motion Under Seal and Granting Related Relief | 4/01/2020 |
| 6587 | Declaration of David H. Botter in Support of the Ex Parte Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Entry of an Order Authorizing the Filing of the RSA Enforcement Motion Under Seal and Granting Related Relief | 4/01/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| 6589 | Ex Parte Motion of the Ad Hoc Committee of Senior Unsecured Noteholders Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion for Enforcement of the Noteholder RSA and Noteholder RSA Letter Agreement | 4/01/2020 |
| 6590 | Declaration of Michael S. Stamer in Support of the Ex Parte Motion of the Ad Hoc Committee of Senior Unsecured Noteholders Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion for Enforcement of the Noteholder RSA and Noteholder RSA Letter Agreement | 4/01/2020 |
| 6591 | Proposed Document Filed Under Seal | 4/01/2020 |
| 6592 | Corrected Proposed Document Filed Under Seal | 4/02/2020 |
| 7521 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated May 22, 2020 | 5/22/2020 |
| 7736 | Notice of Filing of Draft of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 3, 2020 | 6/03/2020 |
| 7814 | Notice of Filing of Draft Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 7, 2020 | 6/07/2020 |
| 7937 | Notice of Filing of Debtors' and Shareholder Proponents' Draft Joint Chapter 11 Plan of Reorganization Dated June 14, 2020 | 6/14/2020 |
| 7949 | Certain Fire Victims' Amended Opposition to Debtors' Motion for Entry of an Order (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Amended Equity Backstop Commitment Documents and (II) Authorizing Incurrence, Payment and Allowance of Related Premiums as Administrative Expense Claims | 6/15/2020 |
| 7950 | William B. Abrams Objection to Debtors' Motion for Entry of an Order (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Amended Equity Backstop Commitment Documents and (II) Authorizing Incurrence, Payment and Allowance of Related Premiums as Administrative Expense Claims Pursuant to U.S.C. §§ 1129(A)(8) and §§ 1129(B) | 6/15/2020 |
| 8252 | Notice of Entry of Confirmation Order and Occurrence of Effective Date of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 7/2/2020 |
| 8537 | Notice of Hearing on Motion of Elliott Management Corporation for (I) Allowance and Payment of Administrative Expense Claim and | 7/24/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| | (II) to the Extent Necessary, Reconsideration and Relief From the Confirmation Order Pursuant to Federal Rule of Civil Procedure 60(B) | |

Hearing Transcripts from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 7637 | May 27, 2020 Hearing Transcript | 5/28/2020 |
| 7665 | May 28, 2020 Hearing Transcript | 5/29/2020 |
| 7701 | May 29, 2020 Hearing Transcript | 6/01/2020 |
| 7710 | June 1, 2020 Hearing Transcript | 6/02/2020 |
| 7784 | June 3, 2020 Hearing Transcript | 6/04/2020 |
| 7809 | June 4, 2020 Hearing Transcript | 6/05/2020 |
| 7843 | June 5, 2020 Hearing Transcript | 6/09/2020 |
| 7869 | June 8, 2020 Hearing Transcript | 6/10/2020 |
| 7932 | June 11, 2020 Hearing Transcript | 6/12/2020 |
| 8066 | June 19, 2020 Hearing Transcript | 6/22/2020 |

The Reorganized Debtors reserve the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

Dated: December 2, 2020

        **WEIL, GOTSHAL & MANGES LLP**

        **KELLER BENVENUTTI KIM LLP**

        By: /s/ Richard W. Slack
        Richard W. Slack
        Peter J. Benvenutti

        *Attorneys for the Appellees (Debtors and Reorganized Debtors)*