1  Michael S. Danko (SBN 111359)
2  Kristine K. Meredith (SBN 158243)
   **DANKO MEREDITH**
3  333 Twin Dolphin Drive, Suite 145
   Redwood Shores, California 94065
4  Telephone: (650) 453-3600
   Facsimile: (650) 394-8672
5  mdanko@dankolaw.com
6  kmeredith@dankolaw.com

   Dario de Ghetaldi (SBN 126782)
   Amanda L. Riddle (SBN 215221)
7  Eric Gibbs (SBN 178658)
   **COREY, LUZAICH**
   Dylan Hughes (SBN 209113)
   **DE GHETALDI & RIDDLE LLP**
8  **GIBBS LAW GROUP LLP**
   700 El Camino Real
9  505 14th Street, Suite 1110
   P.O Box 669
   Oakland, California 94612
   Millbrae, California 94030
10 Telephone: (510) 350-9700
   Telephone: (650) 871-5666
   Facsimile: (510) 350-9701
   Facsimile: (650) 871-4144
11 ehg@classlawgroup.com
   deg@coreylaw.com
   dsh@classlawgroup.com
   alr@coreylaw.com
12
13 Attorneys for:
   *Jackson Lewis*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>&<br><br>**PACIFIC GAS AND ELECTIC COMPANY,**<br><br>                                Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br><br>**NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM OF JACKSON LEWIS**<br><br>**Date: December 15, 2020**<br>**Time: 10:00 a.m.**<br>**Place: United States Bankruptcy Court**<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on December 2, 2020, as Dk. No. 9682, Danko Meredith filed a motion on behalf of Jackson Lewis to allow/deem timely late filed proof of claim ("Motion").

**PLEASE TAKE NOTICE** that the hearing on the Motion will take place on December 15, 2020, at 10:00 a.m. (Pacific Time) in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

**PLEASE TAKE FURTHER NOTICE** that any oppositions to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Claimants at the above-referenced addresses so as to be received by the time set by the Bankruptcy Court. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (ECF No 1996) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other documents filed in the Chapter 11 Cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and it's supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S. based parties; or +1 (929) 333-8977 for International parties or by email at: pgeinfo@primeclerk.com

Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 2, 2020  **DANKO MEREDITH**

　/S/ Kristine Meredith
Kristine K. Meredith (SBN 158243)
Attorney for Claimant
Jackson Lewis