| | |
|---|---|
| BROWN RUDNICK LLP<br>David J. Molton (SBN 262075)<br>(DMolton@brownrudnick.com)<br>Eric R. Goodman (admitted pro hac vice)<br>(EGoodman@brownrudnick.com)<br>Seven Times Square<br>New York, New York 10036<br>Telephone:     (212) 209-4800<br>Facsimile:      (212) 209-4801 | HANSON BRIDGET LLP<br>Linda E. Klamm (SBN 71506)<br>(lklamm@hansonbridgett.com)<br>1676 No. California Blvd., Ste. 620<br>Walnut Creek, CA  94596<br>Telephone:     (415) 995-5084<br>Facsimile:      (415) 541-9366 |

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:     (949) 752-7100
Facsimile:      (949) 252-1514

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>          -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>          **Debtors.**<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>■  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION OF THE FIRE VICTIM TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF SUBPOENA ON THE SUBROGATION WILDFIRE TRUST**<br><br>[No Hearing Required Per L.B.R 2004-1(a)] |

The Honorable John K. Trotter (Ret.), in his capacity as the Fire Victim Trustee (the "**Trustee**"), by and through his undersigned counsel, with the consent of the Wildfire Subrogation Trustee, hereby withdraws without prejudice the Rule 2004 Motion (Dkt. No. 9483) filed on November 9, 2020[1] to the extent that it seeks authority to serve a Subpoena on the Wildfire Subrogation Trust.

DATED: December 2, 2020  BROWN RUDNICK LLP

By: /s/ Joel S. Miliband
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted *pro hac vice*)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to the Fire Victim Trustee*

HANSON BRIDGETT LLP

By: /s/ Linda E. Klamm
Linda E. Klamm (SBN 71506)
(lklamm@hansonbridgett.com)
1676 No. California Blvd., Ste. 620
Walnut Creek, CA 94596
Telephone: (415) 995-5084
Facsimile: (415) 541-9366

*Counsel to the Fire Victim Trustee and the Claims Administrator for the Fire Victim Trust*

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Rule 2004 Motion.