1 | **BROWN RUDNICK LLP**
Joel S. Miliband (SBN 077438)
2 | (JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
3 | Irvine, California 92612
Telephone: (949) 752-7100
4 | Facsimile: (949) 252-1514

5 | **BROWN RUDNICK LLP**
David J. Molton (SBN 262075)
6 | (DMolton@brownrudnick.com)
Eric R. Goodman (admitted *pro hac vice*)
7 | (EGoodman@brownrudnick.com)
Seven Times Square
8 | New York, New York 10036
Telephone: (212) 209-4800
9 | Facsimile: (212) 209-4801

**HANSON BRIDGET LLP**
Linda E. Klamm (SBN 71506)
(lklamm@hansonbridgett.com)
1676 No. California Blvd., Ste. 620
Walnut Creek, CA 94596
Telephone: (415) 995-5084
Facsimile: (415) 541-9366

10 | *Attorneys for Fire Victim Trustee*

11 | **UNITED STATES BANKRUPTCY COURT**

12 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13 | **SAN FRANCISCO DIVISION**

14 |

15 | **In re:**                                     Bankruptcy Case No. 3:19-bk-030088 DM

16 | **PG&E CORPORATION,**                           Chapter 11

17 |                    -and-                        (Lead Case)

18 | **PACIFIC GAS AND ELECTRIC**                     (Jointly Administered)
**COMPANY,**

19 |                    **Debtors.**                 **CERTIFICATE OF SERVICE**

20 |
☐ **Affects PG&E Corporation**
21 | ☐ **Affects Pacific Gas and Electric**
**Company**
22 | ☒ **Affects both Debtors**

23 | *All papers shall be filed in the Lead Case,*
*No. 19-30088 (DM).*
24 |

25 | / / /

26 | / / /

27 | / / /

28 | / / /

63775063 v1-WorkSiteUS-035945/0001

| 1 | STATE OF CALIFORNIA )
| | )
| 2 | COUNTY OF ORANGE )

3    I am over the age of 18 and not a party to the above-entitled action.  My business address is 2211 Michelson Drive, Seventh Floor, Irvine, California 92612.

4

5    On December 2, 2020, at my place of business, I served a true and correct copy of the following document(s): **NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION OF THE FIRE VICTIM TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF SUBPOENA ON THE SUBROGATION WILDFIRE TRUST** in the manner indicated below:

6

7

8    ■    BY ELECTRONIC FILING said document(s) and transmission of the Notification of Election Filing by the Clerk to a Registered Participant(s), addressed as follows:

9

**SEE ATTACHED SERVICE LIST**

10

11    □    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) December 2, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

12

13

14

**SEE ATTACHED SERVICE LIST**

15

16    □    SERVED BY UNITED STATES MAIL - I served the following persons and/or entities at the last known addresses in this proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

17

**SEE ATTACHED SERVICE LIST**

18

19    This Certificate was executed on December 2, 2020, at Orange, California.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

20

21

| Dated:  December 2, 2020 | /s/ Michelle L. Arevalo |
| | Michelle L. Arevalo |

22

23

24

25

26

27

28

63775063 v1-WorkSiteUS-035945/0001

## SERVED VIA ELECTRONIC SERVICE (ECF)

| | |
|---|---|
| Elliot Adler | eadler@theadlerfirm.com, bzummer@theadlerfirm.com |
| Aaron L. Agenbroad | alagenbroad@jonesday.com, saltamirano@jonesday.com |
| Gabrielle L. Albert | galbert@kbkllp.com |
| Pamela Allen | pallen@dir.ca.gov |
| Annadel A. Almendras | annadel.almendras@doj.ca.gov |
| Destiny N. Almogue | Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com |
| Monique D. Almy | malmy@crowell.com |
| Dana M. Andreoli | dandreoli@steyerlaw.com, mterry@steyerlaw.com |
| Anne Andrews | aa@andrewsthornton.com, aandrews@andrewsthornton.com |
| Philip Anker | Philip.Anker@wilmerhale.com, whdocketing@wilmerhale.com |
| Richard L. Antognini | rlalawyer@yahoo.com, hallonaegis@gmail.com |
| Tyson Arbuthnot | tarbuthnot@rjo.com, jyeung@rjo.com |
| Lauren T. Attard | lattard@bakerlaw.com, agrosso@bakerlaw.com |
| Herb Baer | hbaer@primeclerk.com, ecf@primeclerk.com |
| Kathryn E. Barrett | keb@svlg.com, amt@svlg.com |
| Chris Bator | cbator@bakerlaw.com, jmcguigan@bakerlaw.com |
| Ronald S. Beacher | rbeacher@pryorcashman.com |
| Hagop T. Bedoyan | hbedoyan@kleinlaw.com, ecf@kleinlaw.com |
| Andrew David Behlmann | abehlmann@lowenstein.com, elawler@lowenstein.com |
| Tanya Behnam | tbehnam@polsinelli.com, tanyabehnam@gmail.com |
| James C. Behrens | jbehrens@milbank.com, mkoch@milbank.com |
| Jacob Taylor Beiswenger | jbeiswenger@omm.com, llattin@omm.com |
| James T. Bentley | james.bentley@srz.com, Kelly.Knight@srz.com |
| Peter J. Benvenutti | pbenvenutti@kbkllp.com |
| Robert Berens | rberens@smtdlaw.com, sr@smtdlaw.com |
| Ronald F. Berestka | rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com |
| Heinz Binder | heinz@bindermalter.com |
| Jared D. Bissell | jared.bissell@troutman.com |
| Neil Jon Bloomfield | njbloomfield@njblaw.com, gklump@njblaw.com |
| Jason Blumberg | jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov |
| Paige Boldt | pboldt@wattsguerra.com, cwilson@wattsguerra.com |
| Ameneh Maria Bordi | ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com |
| Jason Borg | jborg@jasonborglaw.com |
| Mark Bostick | mbostick@wendel.com, bankruptcy@wendel.com |
| James L. Bothwell | jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com |
| Peter R. Boutin | peter.boutin@kyl.com, lara.joel@kyl.com |
| Erin N. Brady | enbrady@jonesday.com |
| Lee Brand | lee.brand@pillsburylaw.com, docket@pillsburylaw.com |
| Gregory A. Bray | gbray@milbank.com |
| Michael D. Breslauer | mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com |
| W. Steven Bryant | , molly.batiste-debose@lockelord.com |
| Chane Buck | cbuck@jonesday.com |
| Kathlene Burke | kathlene.burke@skadden.com, burke.kathlene@gmail.com |
| Elizabeth J. Cabraser | ecabraser@lchb.com, awolf@lchb.com |
| Anthony P. Cali | anthony.cali@stinson.com, lindsay.petrowski@stinson.com |

1

## SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)

2

3
Peter C. Califano                         pcalifano@cwclaw.com
Steven M. Campora                         scampora@dbbwc.com, nlechuga@dbbwc.com
4
Leah E. Capritta                          leah.capritta@hklaw.com, lori.labash@hklaw.com
Nicholas A. Carlin                        nac@phillaw.com, rac@phillaw.com
5
Katherine Rose Catanese                   kcatanese@foley.com
Barry A. Chatz                            barry.chatz@saul.com, barry.chatz@gmail.com
6
Karen J. Chedister                        kchedister@h-jlaw.com
Christina Lin Chen                        christina.chen@morganlewis.com,
7                                         christina.lin.chen@gmail.com
Richard A. Chesley                        richard.chesley@dlapiper.com,
8                                         bill.countryman@dlapiper.com
Kevin Chiu                                kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
9
Jacquelyn H. Choi                         jacquelyn.choi@rimonlaw.com
Shawn M. Christianson                     schristianson@buchalter.com
10
Robert N.H. Christmas                     rchristmas@nixonpeabody.com,
                                          nyc.managing.clerk@nixonpeabody.com
11
Jae Angela Chun                           ajc@chun.law, teresa@tosdallaw.com
Gerard T. Cicero                          GCicero@brownrudnick.com,
12                                        NKhalatova@brownrudnick.com
Louis J. Cisz                             lcisz@nixonpeabody.com
13
Alicia Clough                             aclough@loeb.com
Tiffany Strelow Cobb                      tscobb@vorys.com
14
John B. Coffman                           john@johncoffman.net
Kevin G. Collins                          kevin.collins@btlaw.com
15
Brian S. Conlon                           bsc@phillaw.com, rac@phillaw.com
Charles Cording                           ccording@willkie.com, mao@willkie.com
16
Manuel Corrales                           mannycorrales@yahoo.com, hcskanchy@hotmail.com
Anne Costin                               anne@costinlawfirm.com
17
Donald H. Cram                            dhc@severson.com
Ashley Vinson Crawford                    avcrawford@akingump.com,
18                                        dkrasa-berstell@akingump.com
J. Russell Cunningham                     rcunningham@dnlc.net, emehr@dnlc.net
19
Keith J. Cunningham                       , rkelley@pierceatwood.com
Keith J. Cunningham                       kcunningham@pierceatwood.com,
20                                        rkelley@pierceatwood.com
James D. Curran                           jcurran@wolkincurran.com, dstorms@wolkincurran.com
21
Tambra Curtis                             tambra.curtis@sonoma-county.org,
                                          Kristin.whalley@sonoma-county.org
22
Ashleigh A. Danker                        ashleigh.danker@dinsmore.com
Stacy A. Dasaro                           sdasaro@goodwinlaw.com
23
James M. Davis                            jdavis@cglaw.com
Nicolas De Lancie                         ndelancie@jmbm.com
24
Judith A. Descalso                        , jad_9193@ecf.courtdrive.com
Andrew G. Devore                          andrew.devore@ropesgray.com,
25                                        nova.alindogan@ropesgray.com
Erin Elizabeth Dexter                     edexter@milbank.com
26
Shounak S. Dharap                         ssd@arnslaw.com, mec@arnslaw.com
Kathryn S. Diemer                         kdiemer@diemerwei.com

27

28

63775063 v1-WorkSiteUS-035945/0001

| | |
|---|---|
| Kathryn S. Diemer | kdiemer@diemerwhitman.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| Caroline R. Djang | caroline.djang@bbklaw.com, |
| | Laurie.Verstegen@bbklaw.com |
| Krystal Dong | ykdong@gmail.com |
| Jonathan R. Doolittle | jonathan.doolittle@pillsburylaw.com |
| Jonathan R. Doolittle | jdoolittle@reedsmith.com |
| Jennifer V. Doran | jdoran@hinckleyallen.com |
| Dustin M. Dow | ddow@bakerlaw.com, jmcguigan@bakerlaw.com |
| Jamie P. Dreher | jdreher@downeybrand.com |
| Todd Dressel | tdressel@mcguirewoods.com, |
| | jtabisaura@mcguirewoods.com |
| Geoffrey B. Dryvynsyde | gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
| Jeffrey Aaron Dubbin | jdubbin@labaton.com, echan-lee@labaton.com |
| Matthew Ducharme | matthew.ducharme@hoganlovells.com, |
| | tracy.southwell@hoganlovells.com |
| Cecily Ann Dumas | cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
| Dennis F. Dunne | cprice@milbank.com, jbrewster@milbank.com |
| Dennis F. Dunne | ddunne@milbank.com, jbrewster@milbank.com |
| Huonganh Annie Duong | annie.duong@mccormickbarstow.com, |
| | dawn.houston@mccormickbarstow.com |
| Luke N. Eaton | eatonl@pepperlaw.com, monugiac@pepperlaw.com |
| Kevin M. Eckhardt | keckhardt@hunton.com, candonian@huntonak.com |
| Daniel G. Egan | daniel.egan@ropesgray.com, |
| | nova.alindogan@ropesgray.com |
| Joseph A. Eisenberg | JAE1900@yahoo.com |
| Michele Ellison | mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| David Emerzian | , Melany.Hertel@mccormickbarstow.com |
| G. Larry Engel | larry@engeladvice.com |
| Krista M. Enns | kenns@beneschlaw.com |
| Scott Esbin | sesbin@esbinalter.com |
| Joseph M. Esmont | jesmont@bakerlaw.com |
| Michael P. Esser | michael.esser@kirkland.com, |
| | michael-esser-3293@ecf.pacerpro.com |
| Richard W. Esterkin | richard.esterkin@morganlewis.com, |
| | melissa.boey@morganlewis.com |
| Michael S. Etkin | metkin@lowenstein.com |
| Jacob M. Faircloth | jacob.faircloth@smolsonlaw.com |
| Brett D. Fallon | bfallon@morrisjames.com, wweller@morrisjames.com |
| Michael C. Fallon | , manders@fallonlaw.net |
| Joana Fang | jf@kbklawyers.com, icd@kbklawyers.com |
| Joseph Kyle Feist | jfeistesq@gmail.com, info@norcallawgroup.net |
| David M. Feldman | DFeldman@gibsondunn.com |
| Matthew A. Feldman | mfeldman@willkie.com |
| Jennifer Feldsher | jennifer.feldsher@morganlewis.com, |
| | renee.robles@morganlewis.com |
| Mark E. Felger | mfelger@cozen.com |
| James J. Ficenec | James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com |
| John D. Fiero | jfiero@pszjlaw.com, ocarpio@pszjlaw.com |

63775063 v1-WorkSiteUS-035945/0001

| | |
|---|---|
| Kimberly S. Fineman | kfineman@nutihart.com, admin@nutihart.com |
| Stephen D. Finestone | sfinestone@fhlawllp.com |
| Timothy M. Flaherty | tflaherty@mpplaw.com |
| Daniel I. Forman | dforman@willkie.com |
| Jonathan Forstot | jonathan.forstot@troutman.com, john.murphy@troutman.com |
| Jonathan Forstot | , john.murphy@troutman.com |
| Matthew Hampton Foushee | hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
| Carolyn Frederick | cfrederick@prklaw.com |
| Peter Friedman | pfriedman@omm.com |
| Roger F. Friedman | rfriedman@rutan.com, csolorzano@rutan.com |
| Xiyi Fu | jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| Lars H. Fuller | lfuller@bakerlaw.com |
| Thomas M. Gaa | tgaa@bbslaw.com |
| Larry W. Gabriel | , nfields@bg.law |
| Gregg M. Galardi | gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com |
| Richard L. Gallagher | richard.gallagher@ropesgray.com |
| Craig Solomon Ganz | ganzc@ballardspahr.com, hartt@ballardspahr.com |
| Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Oscar Garza | ogarza@gibsondunn.com |
| Lisa S. Gast | lsg@dwgp.com, lmk@dwgp.com |
| Paul R. Gaus | paul.gaus@mccormickbarstow.com |
| Duane M. Geck | dmg@severson.com |
| Evelina Gentry | evelina.gentry@akerman.com, robdiwa@akerman.com |
| Janet D. Gertz | jgertz@btlaw.com, amattingly@btlaw.com |
| Christopher Gessner | cgessner@akingump.com, NYMCO@akingump.com |
| R. Dale Ginter | dginter@downeybrand.com |
| Jon T. Givens | givensjt@gmail.com, cwilson@wattsguerra.com |
| Barry S. Glaser | bglaser@lkfirm.com |
| Paul R. Glassman | pglassman@sycr.com |
| Gabriel I. Glazer | gglazer@pszjlaw.com |
| Gabrielle Glemann | gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| Jaime Godin | Jtouchstone@fddcm.com |
| Matthew A. Gold | courts@argopartners.net |
| Eric D. Goldberg | eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| Craig Goldblatt | Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com |
| Amy L. Goldman | goldman@lbbslaw.com |
| Eric S. Goldstein | egoldstein@goodwin.com |
| Rhonda Stewart Goldstein | Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |
| Richard H. Golubow | rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| Michael J. Gomez | mgomez@frandzel.com, dmoore@frandzel.com |
| Michael W. Goodin | mgoodin@clausen.com, mgenova@clausen.com |
| Eric R. Goodman | egoodman@bakerlaw.com |
| Mark A. Gorton | mgorton@boutinjones.com, cdomingo@boutininc.com |
| Mark A. Gorton | mgorton@boutininc.com, cdomingo@boutininc.com |
| Michael I. Gottfried | MGottfried@elkinskalt.com, AAburto@elkinskalt.com |

63775063 v1-WorkSiteUS-035945/0001
6

| | |
|---|---|
| Louis Gottlieb | Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| Eric A. Grasberger | eric.grasberger@stoel.com, docketclerk@stoel.com |
| Debra I. Grassgreen | , hphan@pszjlaw.com |
| Debra I. Grassgreen | dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| Eric A. Gravink | eric@rhrc.net |
| Elizabeth A. Green | egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| Tracy Green | tgreen@wendel.com, bankruptcy@wendel.com |
| Mitchell B. Greenberg | mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com |
| Brian Gregory | b.gregory@veenfirm.com, EL.Team@Veenfirm.com |
| Susan Sieger Grimm | SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com |
| Matthew W. Grimshaw | matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com |
| Stuart G. Gross | sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| Carl L. Grumer | cgrumer@manatt.com, mchung@manatt.com |
| Elizabeth M. Guffy | eguffy@lockelord.com, autodocket@lockelord.com |
| Lloyd C. Guintivano | anitag@co.lake.ca.us, lloydg@co.lake.ca.us |
| Cameron Gulden | cameron.m.gulden@usdoj.gov |
| Mirco J. Haag | mhaag@buchalter.com, dcyrankowski@buchalter.com |
| Laurie Hager | lhager@sussmanshank.com |
| J. Noah Hagey | hagey@braunhagey.com, tong@braunhagey.com |
| Oren Buchanan Haker | oren.haker@stoel.com, rene.alvin@stoel.com |
| Kristopher M. Hansen | dmohamed@stroock.com, mmagzamen@stroock.com |
| Adam C. Harris | adam.harris@srz.com, james.bentley@srz.com |
| Robert G. Harris | rob@bindermalter.com |
| Christopher H. Hart | chart@nutihart.com, nwhite@nutihart.com |
| Bryan L. Hawkins | bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| Jennifer C. Hayes | jhayes@fhlawllp.com |
| Geoffrey A. Heaton | gheaton@duanemorris.com, dmicros@duanemorris.com |
| Michael C. Hefter | michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com |
| Alaina R. Heine | alaina.heine@dechert.com, brett.stone@dechert.com |
| Stephen E. Hessler, P.C. | , jozette.chong@kirkland.com |
| Matthew Heyn | matthew.heyn@doj.ca.gov |
| Sean T. Higgins | aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
| Morgan R. Hirst | mhirst@jonesday.com, mmelvin@jonesday.com |
| Michael R. Hogue | hoguem@gtlaw.com, navarrom@gtlaw.com |
| David Holtzman | david.holtzman@hklaw.com |
| Alexandra S. Horwitz | allie.horwitz@dinsmore.com |
| Linda Tai Hoshide | , noemi.santiago@wilsonelser.com |
| Marsha Houston | mhouston@reedsmith.com, hvalencia@reedsmith.com |
| Shane Huang | shane.huang@usdoj.gov |
| Brian D. Huben | hubenb@ballardspahr.com |
| Kelly L. Huey | khuey@burkeandkesslerlaw.com |
| Jonathan Hughes | , jane.rustice@aporter.com |

1

**SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

2

3  Edward R. Huguenin         ehuguenin@hugueninkahn.com,
                              jguzman@hugueninkahn.com
4  Michael A. Isaacs          Michael.Isaacs@dentons.com,
                              Alissa.Worthing@dentons.com
5  Mark V. Isola              mvi@sbj-law.com
   J. Eric Ivester            Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
6  J. Eric Ivester            , Andrea.Bates@skadden.com
   Kizzy L. Jarashow          KJarashow@goodwinlaw.com,
7                             AFraticelliLouallen@goodwinlaw.com
   Ivan C. Jen                ivan@icjenlaw.com
8  Amanda Jereige             AJereige@winston.com,
                              amanda-jereige-5954@ecf.pacerpro.com
9  Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
   James O. Johnston          jjohnston@jonesday.com
10 Chris Johnstone            chris.johnstone@wilmerhale.com,
                              whdocketing@wilmerhale.com
11 Andrew Jones               andrew@ajoneslaw.com
   Gregory K. Jones           GJones@dykema.com, cacossano@dykema.com
12 John L. Jones              JJones@chwlaw.us, JLJones2@outlook.com
   Robert A. Julian           rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
13 George H. Kalikman         , sdavenport@schnader.com
   Roberto J. Kampfner        rkampfner@whitecase.com, mco@whitecase.com
14 Bonnie E. Kane             bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
   Gary M. Kaplan             gkaplan@fbm.com, calendar@fbm.com
15 Eve H. Karasik             ehk@lnbyb.com
   Michael G. Kasolas         trustee@kasolas.net,
16                            CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
   Elyssa S. Kates            ekates@bakerlaw.com
17 Ori Katz                   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
   William M. Kaufman         wkaufman@smwb.com
18 Jane G. Kearl              jkearl@watttieder.com, jbenton@watttieder.com
   Tobias S. Keller           tkeller@kbkllp.com
19 Tobias S. Keller           tkeller@kellerbenvenutti.com
   Lynette C. Kelly           ustpregion17.oa.ecf@usdoj.gov
20 Matthew K. Kelsey          mkelsey@gibsondunn.com
   Gerald P. Kennedy          gerald.kennedy@procopio.com,
21                            kristina.terlaga@procopio.com
   Erica L. Kerman            ekerman@willkie.com
22 Samuel A. Khalil           skhalil@milbank.com, jbrewster@milbank.com
   Samuel M. Kidder           skidder@ktbslaw.com
23 Marc Kieselstein           , carrie.oppenheim@kirkland.com
   Jane Kim                   jkim@kbkllp.com
24 Mary H. Kim                Mary.Kim@dechert.com, brett.stone@dechert.com
   Kody D. L. Kleber          kkleber@bakerlaw.com, dmartinez@bakerlaw.com
25 Matthew Ryan Klinger       mklinger@sheppardmullin.com,
                              DGatmen@sheppardmullin.com
26 Bradley C. Knapp           bknapp@lockelord.com, Yamille.Harrison@lockelord.com
   Kelly V. Knight            kelly.knight@srz.com
27 Lydia Vanessa Ko           Lvko@stonelawoffice.com

28

## SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)

| | |
|---|---|
| Thomas F. Koegel | tkoegel@crowell.com |
| Katherine Kohn | kkohn@groom.com, ashahinllari@groom.com |
| Andy S. Kong | kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
| Anna Kordas | akordas@jonesday.com, mmelvin@jonesday.com |
| Alan W. Kornberg | , akornberg@paulweiss.com |
| Bernard Kornberg | bjk@severson.com |
| David I. Kornbluh | dik@millermorton.com, mhr@millermorton.com |
| Lauren Kramer | lkramer@rjo.com |
| Jeffrey C. Krause | jkrause@gibsondunn.com |
| Thomas R. Kreller | tkreller@milbank.com |
| Lindsey E. Kress | lkress@lockelord.com, autodocket@lockelord.com |
| Hannah C. Kreuser | hkreuser@porterlaw.com, ooberg@porterlaw.com |
| Michael Thomas Krueger | michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| Marek P. Krzyzowski | MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com |
| Robert T. Kugler | robert.kugler@stinson.com |
| Duane Kumagai | dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com |
| Brendan M. Kunkle | bkunkle@abbeylaw.com, lmeyer@abbeylaw.com |
| Alisa C. Lacey | alisa.lacey@stinson.com, karen.graves@stinson.com |
| Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| Richard A. Lapping | rich@trodellalapping.com |
| Omeed Latifi | olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| John E. Lattin | jlattin@ostergar.com, cslovenec@ostergar.com |
| Paul J. Laurin | plaurin@btlaw.com, slmoore@btlaw.com |
| Michael Lauter | mlauter@sheppardmullin.com |
| Kenneth T. Law | klaw@bbslaw.com |
| Francis J. Lawall | francis.lawall@troutman.com, susan.henry@troutman.com |
| Andrew Michael Leblanc | ALeblanc@milbank.com |
| Erica Lee | Erica.Lee@doj.ca.gov |
| Scott Lee | scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| Paul J. Leeds | leedsp@higgslaw.com |
| Edward J. Leen | eleen@mkbllp.com |
| Lisa Lenherr | llenherr@wendel.com, bankruptcy@wendel.com |
| Matthew A. Lesnick | matt@lesnickprince.com, jmack@lesnickprince.com |
| Bryn G. Letsch | bletsch@braytonlaw.com |
| David B. Levant | david.levant@stoel.com, rene.alvin@stoel.com |
| Andrew H. Levin | alevin@wcghlaw.com |
| David Levine | dnl@groom.com |
| Marc A. Levinson | Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| Dara Levinson Silveira | dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com |
| Alexander James Demitro Lewicki | kdiemer@diemerwei.com |
| Alexander James Demitro Lewicki | alewicki@diemerwei.com |
| William Thomas Lewis | wtl@roblewlaw.com, kimwrenn@msn.com |
| Lauren Lifland | lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com |
| William S. Lisa | , jcaruso@nixonpeabody.com |

| | |
|---|---|
| William S. Lisa | wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| Jonathan A. Loeb | jon.loeb@bingham.com |
| Michael B. Lubic | michael.lubic@klgates.com |
| John William Lucas | , ocarpio@pszjlaw.com |
| Joseph R. Lucia | PersonalInjuryGroup@RLSlawyers.com |
| Jane Luciano | jane-luciano@comcast.net |
| Kerri Lyman | klyman@irell.com, #-FirmPSDocketing@Steptoe.com |
| Carissa A. Lynch | Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov |
| John H. MacConaghy | macclaw@macbarlaw.com, smansour@macbarlaw.com; kmuller@macbarlaw.com |
| Iain A. Macdonald | iain@macfern.com, ecf@macfern.com |
| Tracy L. Mainguy | tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| Samuel R. Maizel | samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| Adam Malatesta | adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| Katharine Malone | malonek@gtlaw.com |
| Liam K. Malone | malone@oles.com, shahin@oles.com |
| Michael W. Malter | michael@bindermalter.com |
| Ankur Mandhania | amandhania@mayerbrown.com |
| Craig Margulies | cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| Geoffrey E. Marr | gemarr59@hotmail.com |
| Richard A. Marshack | rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com |
| Catherine Martin | cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com |
| Laila Masud | lmasud@marshackhays.com, lmasud@ecf.courtdrive.com |
| David P. Matthews | jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com |
| Patrick C. Maxcy | patrick.maxcy@snrdenton.com |
| James J. Mazza | james.mazza@skadden.com, wendy.lamanna@skadden.com |
| Benjamin P. McCallen | bmccallen@willkie.com |
| Thomas E. McCurnin | tmccurnin@bkolaw.com, kescano@bkolaw.com |
| Hugh M. McDonald | , john.murphy@troutman.com |
| Hugh M. McDonald | hugh.mcdonald@troutman.com, john.murphy@troutman.com |
| C. Luckey McDowell | Luckey.McDowell@Shearman.com |
| Matthew D. McGill | MMcGill@gibsondunn.com |
| Melissa C. McLaughlin | mcmclaughlin@venable.com, ataylor@venable.com |
| Edward Joseph McNeilly | edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com |
| Scott H. McNutt | SMcNutt@ml-sf.com, csnell@ml-sf.com |
| Thomas Melone | Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
| Peter Meringolo | peter@pmrklaw.com |
| Frank A. Merola | lacalendar@stroock.com, mmagzamen@stroock.com |
| Jennifer L. Mersing | jennifer.mersing@stoel.com, lisa.petras@stoel.com |
| Joshua M. Mester | jmester@jonesday.com |

| | |
|---|---|
| Matthew D. Metzger | belvederelegalecf@gmail.com |
| Merle C. Meyers | mmeyers@mlg-pc.com |
| Randy Michelson | randy.michelson@michelsonlawgroup.com |
| Gerardo Mijares-Shafai | Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com |
| Joel S. Miliband | jmiliband@brownrudnick.com |
| Joseph G. Minias | jminias@willkie.com |
| M. David Minnick | dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| Benjamin Mintz | benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com |
| Nancy Mitchell | nmitchell@omm.com |
| Thomas C. Mitchell | tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com |
| John A. Moe | john.moe@dentons.com, glenda.spratt@dentons.com |
| Aaron J. Mohamed | ajm@brereton.law, aaronmohamedlaw@gmail.com |
| Kevin Montee | kmontee@monteeassociates.com |
| Christopher D. Moon | chris@moonlawapc.com, kevin@moonlawapc.com |
| David W. Moon | lacalendar@stroock.com, mmagzamen@stroock.com |
| Diane Marger Moore | dmargermoore@baumhedlundlaw.com |
| Erika L. Morabito | emorabito@foley.com, hsiagiandraughn@foley.com |
| Candace J. Morey | cjm@cpuc.ca.gov |
| Courtney L. Morgan | morgan.courtney@pbgc.gov |
| Richard Morin | , 6863427420@filings.docketbird.com |
| Kimberly S. Morris | kmorris@bakerlaw.com, tpetre@bakerlaw.com |
| Rodney Allen Morris | Rodney.Morris2@usdoj.gov |
| Joshua D. Morse | Joshua.Morse@dlapiper.com, docket@pillsburylaw.com |
| Andrew H. Morton | andrew.morton@stoel.com, lisa.petras@stoel.com |
| Thomas G. Mouzes | tmouzes@boutinjones.com, cdomingo@boutininc.com |
| Peter S. Munoz | pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| John Leland Murphree | LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com |
| Bennett J. Murphy | bmurphy@bennettmurphylaw.com |
| Michael S. Myers | myersms@ballardspahr.com |
| Alan I. Nahmias | anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| David L. Neale | dln@lnbrb.com |
| David L. Neale | dln@lnbyb.com |
| David Neier | dneier@winston.com |
| Brittany J. Nelson | bnelson@foley.com, hsiagiandraughn@foley.com |
| Michael S. Neumeister | MNeumeister@gibsondunn.com |
| Howard S. Nevins | hnevins@hsmlaw.com |
| Samuel A. Newman | sam.newman@sidley.com, laefilingnotice@sidley.com |
| Melissa T. Ngo | ngo.melissa@pbgc.gov, efile@pbgc.gov |
| Mario R. Nicholas | mario.nicholas@stoel.com, ana.trask@stoel.com |
| Sean Nolan | snolan@akingump.com, NYMCO@akingump.com |
| Gregory C. Nuti | gnuti@nutihart.com, nwhite@nutihart.com |
| Abigail O'Brient | aobrient@mintz.com, docketing@mintz.com |
| Alicia D. O'Neill | aoneill@wattsguerra.com, cwilson@wattsguerra.com |
| Julie E. Oelsner | joelsner@weintraub.com, bjennings@weintraub.com |

63775063 v1-WorkSiteUS-035945/0001

## SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)

| | |
|---|---|
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| Aron M. Oliner | roliner@duanemorris.com, dmicros@duanemorris.com |
| Matthew Jon Olson | matt@macfern.com, stell.laura@dorsey.com |
| Scott Olson | solson@vedderprice.com, nortega@vedderprice.com |
| Steven M. Olson | smo@smolsonlaw.com |
| Aram Ordubegian | Ordubegian.Aram@ArentFox.com |
| Keith C. Owens | kowens@venable.com, bclark@venable.com;khoang@venable.com |
| Gabriel Ozel | , gabeozel@gmail.com |
| Amy S. Park | amy.park@skadden.com, alissa.turnipseed@skadden.com |
| Donna Taylor Parkinson | donna@parkinsonphinney.com |
| Peter S. Partee | ppartee@huntonak.com, candonian@huntonak.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com, docket@ffwplaw.com |
| Kenneth Pasquale | , mlaskowski@stroock.com |
| Larry Allan Peluso | pelusolaw@gmail.com, firm@pelusolaw.net |
| Valerie Bantner Peo | vbantnerpeo@buchalter.com |
| Yosef Peretz | , skim@peretzlaw.com |
| Christian A. Pereyda | CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com |
| Thomas R. Phinney | tom@parkinsonphinney.com |
| R. Alexander Pilmer | alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| M. Ryan Pinkston | rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| Estela O. Pino | epino@epinolaw.com, rmahal@epinolaw.com |
| Gregory Plaskett | GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM |
| Mark D. Plevin | mplevin@crowell.com |
| Steven G. Polard | spolard@eisnerlaw.com, calendar-lao@ropers.com |
| Mark D. Poniatowski | ponlaw@ponlaw.com |
| Cara M. Porter | Cara.Porter@doj.ca.gov, Taryn.Lovett@doj.ca.gov |
| William L. Porter | bporter@porterlaw.com, Ooberg@porterlaw.com |
| Christopher E. Prince | cprince@lesnickprince.com |
| Douglas B. Provencher | dbp@provlaw.com |
| Stacey C. Quan | squan@steyerlaw.com, pspencer@steyerlaw.com |
| Amy C. Quartarolo | amy.quartarolo@lw.com |
| Lary Alan Rappaport | lrappaport@proskauer.com, PHays@proskauer.com |
| Justin E. Rawlins | justinrawlins@paulhastings.com |
| Hugh M. Ray | hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| Paul F. Ready | smeyer@farmerandready.com |
| Caroline A. Reckler | caroline.reckler@lw.com |
| David M. Reeder | david@reederlaw.com, secretary@reederlaw.com |
| Steven J. Reisman | sreisman@katten.com, nyc.bknotices@kattenlaw.com |
| Jeffrey M. Reisner | jreisner@irell.com, #-FirmPSDocketing@Steptoe.com |
| Jack A. Reitman | , srichmond@lgbfirm.com |
| Emily P. Rich | erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| David J. Richardson | drichardson@bakerlaw.com, aagonzalez@bakerlaw.com |
| Christopher O. Rivas | crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| David B. Rivkin | drivkin@bakerlaw.com, jmeeks@bakerlaw.com |

63775063 v1-WorkSiteUS-035945/0001

| | |
|---|---|
| John R. Rizzardi | kcoselman@cairncross.com, tnguyen@cairncross.com |
| Daniel Robertson | robertson.daniel@pbgc.gov, efile@pbgc.gov |
| Michael Rogers | mrogers@lambertrogers.com, jan@lambertrogers.com |
| Jorian L. Rose | jrose@bakerlaw.com |
| Laurence M. Rosen | lrosen@rosenlegal.com, zstanco@rosenlegal.com |
| Paul M. Rosenblatt | prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com |
| David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com |
| Allan Robert Rosin | arrosin@alr-law.com |
| Jay M. Ross | jross@hopkinscarley.com, eamaro@hopkinscarley.com |
| Gregory A. Rougeau | grougeau@brlawsf.com |
| Stacy H. Rubin | rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com |
| Jason C. Rubinstein | jrubinstein@fklaw.com, mclerk@fklaw.com |
| Nathan Q. Rugg | nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |
| Thomas B. Rupp | trupp@kbkllp.com |
| Eric E. Sagerman | esagerman@bakerlaw.com |
| Robert Sahyan | rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com |
| Gregory M. Salvato | gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com |
| Jonathan C. Sanders | jsanders@stblaw.com |
| Nanette D. Sanders | nanette@ringstadlaw.com, becky@ringstadlaw.com |
| Natalie Kathleen Sanders | natalie.sanders@bakerbotts.com |
| Lovee Sarenas | Lovee.sarenas@lewisbrisbois.com |
| Sunny S. Sarkis | sunny.sarkis@stoel.com, dawn.forgeur@stoel.com |
| Patricia Savage | psavesq@gmail.com, jodi.savage@gmail.com |
| Sblend A. Sblendorio | sas@hogefenton.com |
| Francis O. Scarpulla | fos@scarpullalaw.com, cpc@scarpullalaw.com |
| Daren M Schlecter | daren@schlecterlaw.com, info@schlecterlaw.com |
| Bradley R. Schneider | bradley.schneider@mto.com |
| Harvey S. Schochet | Harveyschochet@dwt.com |
| Nathan A. Schultz | nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com |
| Lisa Schweitzer | lschweitzer@cgsh.com |
| Eric J. Seiler | eseiler@fklaw.com, mclerk@fklaw.com |
| David B. Shemano | dshemano@pwkllp.com |
| James A. Shepherd | jim@jsheplaw.com, shepIGN@gmail.com |
| Leonard M. Shulman | lshulman@shbllp.com |
| Andrew I. Silfen | andrew.silfen@arentfox.com |
| Wayne A. Silver | w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| Brandt Silver-Korn | bsilverkorn@edelson.com, docket@edelson.com |
| Craig S. Simon | csimon@bergerkahn.com, aketcher@bergerkahn.com |
| Gerald Singleton | gerald@slffirm.com, BKECFCANB@SLFfirm.com |
| Steven J. Skikos | sskikos@skikos.com, mmontoya@skikos.com |
| Michael K. Slattery | mslattery@lkfirm.com, rramirez@lkfirm.com |

1 | **SERVED VIA ELECTRONIC SERVICE (ECF) (CON'T)**

2

| | |
|---|---|
| 3 | Dania Slim | dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| 4 | Jennifer N. Slocum | jennifer.slocum@stoel.com, docketclerk@stoel.com |
| | Aaron C. Smith | asmith@lockelord.com, autodocket@lockelord.com |
| 5 | Alan D. Smith | adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| 6 | Jan D. Sokol | jdsokol@lawssl.com, dwright@lawssl.com |
| | Randye B. Soref | rsoref@polsinelli.com |
| 7 | Joseph Sorkin | jsorkin@akingump.com, NYMCO@akingump.com |
| | Bennett L. Spiegel | blspiegel@jonesday.com |
| 8 | Michael St. James | ecf@stjames-law.com |
| | Diane C. Stanfield | diane.stanfield@alston.com, nelly.villaneda@alston.com |
| 9 | Howard J. Steinberg | steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| | Harriet A. Steiner | harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| 10 | Lillian G. Stenfeldt | lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com |
| 11 | Lillian G. Stenfeldt | lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com |
| | Cheryl L. Stengel | clstengel@outlook.com, stengelcheryl40@gmail.com |
| 12 | David M. Stern | dstern@ktbslaw.com |
| | Geoffrey S. Stewart | gstewart@jonesday.com, mmelvin@jonesday.com |
| 13 | Alan J. Stone | AStone@milbank.com, DMcCracken@Milbank.com |
| | Jason D. Strabo | jstrabo@mwe.com, shill@mwe.com |
| 14 | Michael H. Strub | mstrub@irell.com, mhstrub1@gmail.com |
| | Rebecca Suarez | rsuarez@crowell.com |
| 15 | Brad T. Summers | , docketing-pdx@lanepowell.com |
| | Kristine Theodesia Takvoryan | ktakvoryan@ckrlaw.com |
| 16 | Derrick Talerico | dtalerico@ztlegal.com, sfritz@ztlegal.com |
| | Kesha Tanabe | kesha@tanabelaw.com |
| 17 | Mary Ellmann Tang | mtang@frenchlyontang.com, mwoodward@frenchlyontang.com |
| 18 | Elizabeth Lee Thompson | ethompson@stites.com, docketclerk@stites.com |
| | John C. Thornton | jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| 19 | Elisa Tolentino | cao.main@sanjoseca.gov |
| | Meagan S. Tom | Meagan.tom@lockelord.com, autodocket@lockelord.com |
| 20 | Edward J. Tredinnick | etredinnick@greeneradovsky.com |
| | Matthew Jordan Troy | matthew.troy@usdoj.gov |
| 21 | Rocky C. Tsai | rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com |
| | Michael Tye | Michael.Tye@usdoj.gov |
| 22 | Gary D. Underdahl | gunderdahl@askllp.com, lmiskowiec@askllp.com |
| | Elijah Marcus Underwood | eliunderwood@kroghdecker.com, juliamartell@kroghdecker.com |
| 23 | Andrew Van Ornum | avanornum@vlmglaw.com, hchea@vlmglaw.com |
| 24 | Shmuel Vasser | shmuel.vasser@dechert.com, brett.stone@dechert.com |
| | Victor A. Vilaplana | vavilaplana@foley.com, rhurst@foley.com |
| 25 | Marta Villacorta | marta.villacorta@usdoj.gov |
| | Carol C. Villegas | cvillegas@labaton.com, NDonlon@labaton.com |
| 26 | John A. Vos | InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |

27

28

| | |
|---|---|
| Bao M. Vu | bao.vu@stoel.com, sharon.witkin@stoel.com |
| Nicholas Wagner | kschemen@wagnerjones.com, bwagner@wagnerjones.com |
| Jonathan D. Waisnor | jwaisnor@willkie.com, mao@willkie.com |
| Riley C. Walter | ecf@W2LG.com |
| Phillip K. Wang | phillip.wang@rimonlaw.com |
| Samuel M. Ward | sward@barrack.com, cfessia@barrack.com |
| Philip S. Warden | philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com |
| Gregory P. Waters | gwaters@elllaw.com, gregorywatersesq@gmail.com |
| Guy L. Watts | gwatts@wattsguerra.com, cwilson@wattsguerra.com |
| Mikal C. Watts | mcwatts@wattsguerra.com, cwilson@wattsguerra.com |
| Lindsi M. Weber | lweber@polsinelli.com, yderac@polsinelli.com |
| Joseph M. Welch | jwelch@buchalter.com, dcyrankowski@buchalter.com |
| David Walter Wessel | DWessel@efronlawfirm.com, hporter@chdlawyers.com |
| Joseph West | westjoseph@earthlink.net, josephw998@gmail.com |
| Drew M. Widders | dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
| Jason P. Williams | , maryanne@wplgattorneys.com |
| Eric R. Wilson | kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| Kimberly S. Winick | kwinick@clarktrev.com, knielsen@clarktrev.com |
| Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com |
| David Wirt | david.wirt@hklaw.com, denise.harmon@hklaw.com |
| Ryan A. Witthans | rwitthans@fhlawllp.com |
| Keith H. Wofford | keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com |
| Shannon B. Wolf | shannon.wolf@morganlewis.com, renee.robles@morganlewis.com |
| Risa Lynn Wolf-Smith | rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
| Douglas Wolfe | dwolfe@asmcapital.com |
| Andrea Wong | wong.andrea@pbgc.gov, efile@pbgc.gov |
| Christopher Kwan Shek Wong | christopher.wong@arentfox.com |
| David A. Wood | dwood@marshackhays.com, lbuchanan@marshackhays.com |
| Kirsten A. Worley | kw@wlawcorp.com, admin@wlawcorp.com |
| Kinga Wright | kinga.wright@lockelord.com, autodocket@lockelord.com |
| Antonio Yanez | ayanez@willkie.com |
| Cathy Yanni | cathy@cathyyanni.com, pstrunk@browngreer.com |
| Andrew Yaphe | andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| Stephanie Yee | syee@janglit.com, klockwood@janglit.com |
| Tacie H. Yoon | tyoon@crowell.com |
| Bennett G. Young | byoung@jmbm.com, jb8@jmbm.com |
| Christopher L. Young | cyoung@cairncross.com, nspringstroh@cairncross.com |
| Eric G. Young | eyoung@dcalaw.com, Jackie@dcalaw.com |
| Nicole M. Zeiss | nzeiss@labaton.com |
| Paul H. Zumbro | mao@cravath.com |
| Brittany Zummer | bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| Dario de Ghetaldi | deg@coreylaw.com, lf@coreylaw.com |