**KROGH & DECKER, LLP**
SHAWN M. KROGH, SBN 227116
shawnkrogh@kroghdecker.com
ELI UNDERWOOD, SBN 267665
eliunderwood@kroghdecker.com
555 Capitol Mall, Suite 700
Sacramento, California 95814
Telephone: 916.498.9000
Facsimile: 916.498.9005

Attorneys for Creditor
Starch Concrete, Inc.

THE UNITED STATES BANKRUPTCY COURT

THE NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>—and—<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | CASE NO: 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered with Case No. 10-30089 DM)<br><br>**STARCH CONCRETE INC.'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIMS**<br><br>DEPT: 17<br><br>**[RELATES TO CLAIM NOS. 85 and 206)** |

PLEASE TAKE NOTICE THAT Claimant Starch Concrete, Inc., by and through its counsel of record, withdraws its proofs of claims, identified as Claim Numbers 85 and 206, in the above-captioned case.

DATED: November 30, 2020        **Respectfully submitted,**

        By: /S/ Eli Underwood
        ELI UNDERWOOD
        **KROGH & DECKER, LLP**
        Attorneys for Starch Concrete, Inc.