DIEMER & WEI, LLP
Kathryn S. Diemer (#133977)
55 S. Market Street, Suite 1420
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Edwin J. Harron (*pro hac vice forthcoming*)
Sara Beth A.R. Kohut (*pro hac vice forthcoming*)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com
skohut@ycst.com

*Counsel to the Subrogation Wildfire Trust*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects Both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |

I, Alexander J. Lewicki, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 55 S Market Street, Suite 1420, San Jose, CA, 95113.

2. I certify that on December 2, 2020, I caused a true and correct copy of each of the following documents to be served via CM/ECF NOTICE OF ELECTRONIC FILING to all ECF Notice Recipients:

    - **STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER ON THE PRODUCTION OF CERTAIN CLAIMS INFORMATION**

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon as a witness I could and would testify thereto.

Executed on December 3, 2020

*/s/ Alexander J. Lewicki*
Alexander J. Lewicki