| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| BNSF RAILWAY COMPANY 2500 LOU MENK DR FORT WORTH, TX 76131 | 1032934 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $123,259.00 | $123,259.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $23,359.00 | $23,359.00 | |
| CITY OF HAYWARD 777 B ST HAYWARD, CA 94541 | 1032997 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $72,600.52 | $72,600.52 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $51,889.52 | $51,889.52 | |
| Crown Equipment Corporation Sebaly Shillito + Dyer LPA c/o Robert G. Hanseman, Attorney & Agent 40 N. Main St., Ste. 1900 Dayton, OH 45423 | 105968 | PG&E Corporation | 7/29/2020 | Filed/Sched. Claim Amount: Unliquidated ☐ | $9,941.64 | $0.00 | $0.00 | $5,281.44 | $15,223.08 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $2,139.76 | $2,139.76 | |
| Crown Equipment Corporation Sebaly Shillito & Dyer LPA c/o Robert G. Hanseman, Attorney & Agent 40 N. Main St., Ste. 1900 Dayton, OH 45423 | 3502 | PG&E Corporation | 6/28/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $5,275.44 | $5,275.44 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Hain Capital Holdings, LLC as Transferee of Hain Capital Investors Master Fund Ltd. Attn: Cheryl Eckstein 301 Route 17, 7th Floor Rutherford, NJ 07070 **Claim Transferred To:** Hain Capital Holdings, LLC Attn: Cheryl Eckstein 301 Route 17, 7th Floor Rutherford, NJ 7070 100% | 9634 | Pacific Gas and Electric Company | 9/24/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $101,407.55 | $101,407.55 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $39,402.36 | $39,402.36 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| STANFORD UNIVERSITY 3145 PORTER DR PALO ALTO, CA 94304 | 1033305 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $20,550.64 | $20,550.64 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $6,964.75 | $6,964.75 | |
| STANFORD UNIVERSITY 496 LOMITA MALL DURAND BLDG 3RD FL STANFORD, CA 94305-4036 | 1033177 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $33,010.00 | $33,010.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $19,525.00 | $19,525.00 | |
| Vertiv Corporation on behalf of itself and on behalf of Vertiv North America, Inc. c/o Tiffany Strelow Cobb Vorys, Sater, Seymour and Pease LLP 52 East Gay Street Columbus, OH 43215 | 63547 | PG&E Corporation | 10/18/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $143,373.23 | $143,373.23 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $116,524.67 | $116,524.67 | |
| Totals | Count: 8 | | | | $9,941.64 | $0.00 | $0.00 | $504,757.82 | $514,699.46 | |