# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Castillo, Ofelia<br>2228 Moyer Way<br>Chico, CA 95926-2010 | | **106207** | PG&E Corporation | 6/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Crawford, Joe Nathan<br>7840 Bland Lane<br>Memphis, TN 38133 | | **98298** | PG&E Corporation | 3/31/2020 | $0.00 | $0.00 | $0.00 | $7,100.00 | $7,100.00 | Miscellaneous No Liability |
| CURTIS KASTNER, TRUSTEE<br>4984 TILLER TRAIL HWY<br>CANYONVILLE, OR 97417 | | **86914** | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $21,907.47 | $21,907.47 | Miscellaneous No Liability |
| Fortney, David L<br>1027 Sierra Ave<br>Oroville, CA 95965-4237 | | **88582** | PG&E Corporation | 12/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Fuller, Tamiko<br>201 E Garrett Ave Rear<br>Fresno, CA 93706-4718 | | **92151** | PG&E Corporation | 12/23/2019 | $0.00 | $0.00 | $21,308.00 | $0.00 | $21,308.00 | Miscellaneous No Liability |
| Gann, Anna<br>21519 NE 49th Cir<br>Vancouver, WA 98682-9673 | | **87241** | Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Garibay, Elisabeth<br>8237 Don Ave<br>Stockton, CA 95209-2336 | | **87159** | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Garibay, Jacqueline<br>224 S Clovis Ave Apt 130<br>Fresno, CA 93727-4281 | | **88584** | Pacific Gas and Electric Company | 12/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Giles, Jennifer<br>4730 Mentmore Ter<br>Douglasville , GA 30135 | | **87689** | Pacific Gas and Electric Company | 11/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Grijalva, Maurice<br>1924 N Larose Ln<br>Clovis, CA 93619-7692 | | **98846** | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| IORIO, ELIZABETH G.<br>148 AVENIDA BARCELONA<br>SAN CLEMENTE, CA 92672 | | **100683** | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,802.99 | $5,802.99 | Miscellaneous No Liability |
| James, Tina<br>6100 Pleasants Valley Road<br>Vacaville, CA 95688 | | **87163** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Jenkins, Alice<br>304 Berlin Way<br>Patterson, CA 95363 | | **87178** | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Kaahanui-Kapu, Alyse<br>46-270 Kahuhipa St Apt A619<br>Kaneohe, HI 96707 | | **106174** | Pacific Gas and Electric Company | 7/14/2020 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | Miscellaneous No Liability |
| Law Office of Jacques J. Kirch<br>316 South Melrose Drive, Suite 200<br>Vista, CA 92081 | | **98108** | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $57,535.63 | $0.00 | $57,535.63 | Miscellaneous No Liability |
| Mizer, Aileen<br>950 Craven Dr<br>Suisun, CA 94585-3725 | | **106595** | PG&E Corporation | 10/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Nelson, Paul L<br>3580 Grandwood Dr N<br>Fargo, ND 58102 | | **106169** | PG&E Corporation | 7/15/2020 | $0.00 | $0.00 | $0.00 | $17,663.00 | $17,663.00 | Miscellaneous No Liability |
| Richardson, Tianna<br>1758 Thornton Place<br>San Leandro, CA 94577 | | **106509** | Pacific Gas and Electric Company | 9/24/2020 | $0.00 | $0.00 | $18,148.69 | $0.00 | $18,148.69 | Miscellaneous No Liability |
| Royal Aileen Sanchez Mizer<br>950 Craven Dr<br>Suisun, CA 94585-3725 | | **106187** | PG&E Corporation | 7/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Sanchez Mizer, Aileen<br>950 Craven Dr<br>Suisun, CA 94585-3725 | | **106602** | PG&E Corporation | 10/16/2020 | $0.00 | $229,999,997.00 | $0.00 | $0.00 | $229,999,997.00 | Miscellaneous No Liability |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Stevens, Laura<br>509 Emerson St.<br>Fremont, CA 94539 | | **96389** | PG&E Corporation | 1/7/2020 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | Miscellaneous No Liability |
| Torres, Carlos<br>5392 E Jensen Ave<br>Fresno, CA 93725 | | **88583** | Pacific Gas and Electric Company | 12/5/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Miscellaneous No Liability |
| Waterlogic USA<br>3175 Bass Pro Drive<br>Grapevine, TX 76051 | | **106223** | PG&E Corporation | 8/11/2020 | $0.00 | $0.00 | $0.00 | $716.14 | $716.14 | Miscellaneous No Liability |
| West, Scotty<br>750 Via de Luna Apt 7<br>Corona, CA 92882-3084 | | **96928** | PG&E Corporation | 2/7/2020 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Miscellaneous No Liability |
| Yanidis, Peter<br>722 Albemarle St.<br>El Cerrito, CA 94530 | | **92862** | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Miscellaneous No Liability |
| **Claims To Be Expunged Totals** | | **Count: 25** | | | **$0.00** | **$229,999,997.00** | **$101,992.32** | **$133,589.60** | **$230,235,578.92** | |