| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 401 Washington LLC<br>721 N Elm Dr<br>Beverly Hills, CA 90210 | | 87346 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ADAMS, CAMBREIA<br>2991 RUBINO CIR<br>SAN JOSE , CA 95125-6310 | | 88599 | PG&E Corporation | 12/9/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Afghan, Karima<br>3631 Deep Harbor Ct<br>San Jose, CA 95111 | | 87397 | PG&E Corporation | 11/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Anderson, Latoya<br>PO Box 10842<br>Pleasanton, CA 94588-0842 | | 96461 | Pacific Gas and Electric Company | 1/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arntz, Eliot<br>9 Valley View Dr<br>Morristown , NJ 07960 | | 87050 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Attard, Paul and Tamara<br>296 Camino Sobrante<br>Orinda, CA 94563 | | 86968 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $12,850.00 | $987,150.00 | $1,000,000.00 | Customer No Liability Claims |
| Aung, Charles<br>87 Southgate Ave<br>Daly City , CA 94015-3741 | | 87058 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bang, Coleen R<br>7575 Jonquil Ct<br>Reno, NV 89506 | | 87237 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Barker, Edwin<br>PO Box 72802<br>Davis, CA 95617 | | 92630 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Bartoni, Frankie<br>5825 Dresslar Cir<br>Livermore, CA 94550-7195 | | 87208 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bates, Patricia<br>7008 Sugarmill Ct<br>Bakersfield, CA 93306-7508 | | 87454 | PG&E Corporation | 11/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Baxter, Germonie<br>8050 Blackhawk Dr<br>Sacramento, CA 95828-4010 | | 87290 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bay, Tisha<br>30 Dale Ln<br>Redlands, CA 92373-5072 | | 87228 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Beamon, Margaret<br>1233 103rd Ave<br>Oakland, CA 94603-3110 | | 87374 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Benitez, Jesus J<br>453 S 9th St Apt 1<br>San Jose, CA 95112-3746 | | 88585 | Pacific Gas and Electric Company | 12/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Biggane, James<br>5429 Marconi Ave<br>Carmichael, CA 95608 | | 87182 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Customer No Liability Claims |
| Bills, William<br>852 S Rose St<br>Lodi, CA 95240-4625 | | 100800 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Birckhead, Loretta<br>7252 E Highway 20<br>Lucerne, CA 95458-7804 | | 87302 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $794.00 | $794.00 | Customer No Liability Claims |
| Blackmon, Airen<br>PO Box 233335<br>Sacramento, CA 95823 | | 104392 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability Claims |
| Bland, Clayton C.<br>7000 Auburn St. Apt. L4<br>Bakersfield, CA 93306-7234 | | 87513 | PG&E Corporation | 11/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bland, Laura Denice<br>7000 Auburn St Apt L4<br>Bakersfield, CA 93306-7234 | | 87684 | PG&E Corporation | 11/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| BONG O CHOE<br>1901 GLADSTONE WAY<br>SALINAS, CA 93906-7296 | | 87022 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| BRIXEY, CHRIS<br>1449 ANGUS ST<br>PATTERSON, CA 95363-8852 | | 97079 | PG&E Corporation | 3/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bui, Hanh<br>1385 Lucretia Avenue Apt 3104<br>San Jose, CA 95122-3853 | | 87453 | PG&E Corporation | 11/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Custsomer No Liability Claims |
| Caballero, Maria<br>1819 S 4TH St<br>Fresno, CA 93702-4117 | | 87295 | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Custsomer No Liability Claims |
| Caldwell, John D<br>269 Columbus Drive<br>Manteca, CA 95337-7842 | | 87192 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Custsomer No Liability Claims |
| Canseco, Eladia<br>525 I Street Apt 213<br>Davis, CA 95616-3979 | | 87158 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Custsomer No Liability Claims |
| Carrell, Rosemary<br>816 Willis Avenue<br>Madera, CA 93637-2940 | | 87154 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carter, Dawnielle<br>2330 E. Ashlan Ave. Apt. 206<br>Fresno, CA 93726-3105 | | 87687 | PG&E Corporation | 11/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Casillas, Juan<br>1211 S Highland Ave<br>Sanger, CA 93657-8610 | | 105603 | PG&E Corporation | 5/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cass, Caryn<br>2032 Main Street<br>Napa, CA 94559 | | 87185 | Pacific Gas and Electric Company | 11/4/2019 | $0.00 | $0.00 | $60,000.00 | $0.00 | $60,000.00 | Customer No Liability Claims |
| Castro, Antonio<br>244 N Wall Street<br>Shafter, CA 93263-1919 | | 87150 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| CATHEY, HANNAH<br>4113 SKYWAY<br>PARADISE, CA 95969 | | 87104 | PG&E Corporation | 11/4/2019 | $0.00 | $0.00 | $3,350.00 | $9,150.00 | $12,500.00 | Customer No Liability Claims |
| CAZARES, MARIA<br>1009 STEELE CT<br>MODESTO, CA 95351-4722 | | 96902 | PG&E Corporation | 2/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| CHADEMIYEH, HAMID<br>6128 HOLT LN<br>CARIMICHAEL, CA 95608-3972 | | 96534 | PG&E Corporation | 1/13/2020 | $0.00 | $0.00 | $0.00 | $18,000.00 | $18,000.00 | Customer No Liability Claims |
| Chang, Roxanne<br>34 Baywood Ave<br>San Mateo, CA 94402 | | 87117 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chavez, Elizabeth<br>PO BOX 8<br>Denair, CA 95316-0008 | | 87362 | Pacific Gas and Electric Company | 11/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chavez, Juan<br>2109 10th St<br>Berkeley, CA 94710 | | 103990 | Pacific Gas and Electric Company | 5/9/2020 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Chavez, Juanita<br>1025 Taber St<br>West Sacramento, CA 95605 | | 96463 | PG&E Corporation | 1/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chavez, Salvador<br>1025 Taber St<br>West Sacramento, CA 95605-2242 | | 96466 | PG&E Corporation | 1/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chavez, Zachary<br>3275 Western Ave<br>Sacramento, CA 95838-4747 | | 96462 | PG&E Corporation | 1/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cheeseman, Kenneth J<br>9634 Winegar Rd.<br>Redding, CA 96003 | | 89904 | Pacific Gas and Electric Company | 12/19/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Claims |
| Contreras, Ruben<br>10606 Anacostia Way<br>Bakersfield, CA 93311-3202 | | 86934 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Craven, Annie J<br>3801 Lakeside Dr.<br>Richmond, CA 94806 | | 87246 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Danelson, Vickie<br>5210 Steelhead Dr. Box 227<br>Kelseyville, CA 95451 | | 96416 | PG&E Corporation | 1/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Davis, Tameka<br>Aubrey Davis 2137 104th Ave<br>Oakland, CA 94603-3337 | | 87279 | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dixon, Torrey<br>901 Hacienda Dr<br>Bakersfield, CA 93307-4358 | | 105794 | PG&E Corporation | 6/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Duncan, Barbara<br>PO Box 690435<br>Stockton, CA 95269-0435 | | 97075 | PG&E Corporation | 3/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Duong, Nancy<br>12007 Cactus Dr<br>Bakersfield, CA | | 104014 | Pacific Gas and Electric Company | 5/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Duran, Maria<br>PO Box 680<br>Stratford, CA 93266-0680 | | 106209 | PG&E Corporation | 6/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dyson, Desirae J.<br>1680 E Barstow Ave Apt 321<br>Fresno, CA 93710-6595 | | 87053 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Edwards, Gerald D<br>PO Box 3224<br>Paradise, CA 95967-3224 | | 96342 | PG&E Corporation | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Esparza, Cynthia<br>PO Box 9542<br>Fresno, CA 93793-9542 | | 87685 | Pacific Gas and Electric Company | 11/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Custsomer No Liability Claims |
| Farber, Gary M<br>2260 Ivy Rd<br>Oceanside, CA 92054-5647 | | 87091 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Farjardo, Rufina<br>303 Front St Apt 415 Bldg A<br>Salinas, CA 93901-3655 | | 88855 | Pacific Gas and Electric Company | 12/9/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Farrar, Joell R<br>1914 35th Ave<br>Oakland, CA 94601 | | 105548 | Pacific Gas and Electric Company | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ferguson, Marty L<br>1634 Lauren Dr<br>Petaluma, CA 94954-3646 | | 86949 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Flask, Renee<br>1066 41st Ave Unit G205<br>Capitola, CA 95010-3955 | | 87395 | Pacific Gas and Electric Company | 11/7/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Claims |
| Fleary, Monique<br>1305 Interlachen<br>North Lauderdale, FL 33068-3815 | | 87336 | PG&E Corporation | 11/8/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Flippo, Jimmy<br>Dorothy Graham 892 S 4th St<br>Kerman, CA 93630-1622 | | 87694 | Pacific Gas and Electric Company | 11/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Franklin, Janera<br>7610 Weld St<br>Oakland, CA 94621 | | 87464 | Pacific Gas and Electric Company | 11/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Juan V<br>420 Downing Ave<br>Stockton, CA 95206-3745 | | 87367 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guerra, Morena Guadalupe<br>79 Saint Marie Cir<br>Sacramento, CA 95823-3743 | | 87052 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Custormer No Liability Claims |
| Guidry, Bernadine<br>4524 W Palo Alto Ave Apt 101<br>Fresno, CA 93722-2952 | | 96906 | PG&E Corporation | 1/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hammad, Mahmoud<br>9972 W Taron Dr<br>Elk Grove, CA 95757-8160 | | 87495 | Pacific Gas and Electric Company | 11/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hankins, Melissa<br>10 Hillsboro Cir<br>Chico, CA 95926-1518 | | 86971 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Customer No Liability Claims |
| Harden, Ericka<br>2307 Cashaw Way<br>Sacramento, CA 95834-3802 | | 87339 | PG&E Corporation | 11/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harms, Ellis A<br>1075 Fulton Ave Apt 319<br>Sacramento, CA 95825 | | 87054 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harper, Timothy<br>153 Donahue St Apt 12<br>Sausalito, CA 94965-1265 | | 96804 | PG&E Corporation | 1/27/2020 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| HARVEST PROPERTIES, INC SHAHRAD MILANFAR BENJAMIN J HOWARD BECHERER KANNETT& SCHWEITZER 1255 POWELL STREET EMERYVILLE, CA 94608-2604 | | 86979 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Henderson, Markkyle 1502 Jackson St. Apt 302 Oakland, CA 94612-4453 | | 106357 | PG&E Corporation | 8/14/2020 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Customer No Liability Claims |
| Hernandez, Yolanda 124 Dieninger St Vallejo, CA 94589 | | 70729 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $5,368.00 | $0.00 | $5,368.00 | Customer No Liability Claims |
| Hicks, Mechelle 4811 N Hulbert Ave Fresno, CA 93705-0210 | | 92157 | Pacific Gas and Electric Company | 12/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Higuera, Omar 16035 W Kearney Blvd Kerman, CA 93630-8930 | | 88589 | Pacific Gas and Electric Company | 12/9/2019 | $0.00 | $0.00 | $500.00 | $300.00 | $800.00 | Customer No Liability Claims |
| Holmes, Doy Lee 3106 Potter Road South, PO Box 420 Mineral Springs, NC 28108 | | 87197 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Howard, Jory 4712 Shetland Ave Oakland, CA 94605-5629 | | 87036 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ika, Sioana 1962 E Olive Ave Merced, CA 95340-1668 | | 96979 | PG&E Corporation | 2/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Janif, Kamrul 225 San Benito Ave Apt 3 San Bruno, CA 94066-5232 | | 96952 | Pacific Gas and Electric Company | 2/10/2020 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Customer No Liability Claims |

Exhibit 1  —  PG&E Corporation and Pacific Gas and Electric Company, Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| JFF, LLC<br>PO Box 6233<br>Beverly Hills, CA  90212-1233 | | 98387 | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Duana<br>5064 10th Ave<br>Sacramento, CA  95820-2210 | | 87282 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $15,700.00 | $0.00 | $15,700.00 | Customer No Liability Claims |
| Jones, Michael<br>Natalie Jones 8208 Twin Oaks Ave<br>Citrus Heights, CA  95610 | | 91299 | Pacific Gas and Electric Company | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jones, Robert JR<br>1423 168th Ave Apt 4<br>San Leandro , CA  94578-2444 | | 87278 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $1,225.00 | $0.00 | $1,225.00 | Customer No Liability Claims |
| Jourdan, Nathaniel<br>330 E 115th St<br>Los Angeles, CA  90061 | | 86974 | PG&E Corporation | 10/23/2019 | $100,000.00 | $0.00 | $0.00 | $200,000.00 | $300,000.00 | Customer No Liability Claims |
| King, Eddie D<br>3815 Lakeside Dr Apt E104<br>San Pablo, CA  94806-5750 | | 97982 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kingori, Peter<br>10460 El Mercado Dr Apt 6<br>Rancho Cardova, CA  95670 | | 87324 | Pacific Gas and Electric Company | 10/30/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Claims |
| Kitcher, Johnnie M<br>PO BOX 5737<br>Stockton, CA  95205-0737 | | 87156 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Knie, David D<br>14757 Frenchtown Road<br>Brownsville, CA  95919 | | 92231 | PG&E Corporation | 12/27/2019 | $0.00 | $0.00 | $0.00 | $19,261.00 | $19,261.00 | Customer No Liability Claims |
| Koppl, Dr Rudolph<br>PO Box 620027<br>Redwood City, CA  94062-0027 | | 96464 | PG&E Corporation | 1/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lewis, Shawnee<br>3604 Reich Ln<br>Riverbank, CA 95367-2941 | | 105795 | PG&E Corporation | 6/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lilloux, Lurline<br>1962 E Olive Ave<br>Merced, CA 95340-1668 | | 96980 | PG&E Corporation | 2/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lin, Joy<br>2168 Calabazas Blvd<br>Santa Clara, CA 95051 | | 87245 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopez, Aimee<br>950 Tempera Ct<br>Oceanside, CA 92057-7911 | | 91778 | PG&E Corporation | 12/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| LOPEZ, GEORGIANN<br>PO BOX 8213<br>SALINAS, CA 93912-8213 | | 96903 | PG&E Corporation | 2/3/2020 | $0.00 | $0.00 | $11,500.00 | $0.00 | $11,500.00 | Customer No Liability Claims |
| LOPEZ, SERGIO<br>2134 CAMPBELL DR<br>SANTA ROSA, CA 95407-6707 | | 97718 | PG&E Corporation | 3/9/2020 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |
| Louis, Anton<br>8237 Don Ave<br>Stockton, CA 95209-2336 | | 87321 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MADRIGAL, ABRAHAM<br>3818 MIRA SOL DR<br>CERES, CA 95307-7166 | | 96410 | Pacific Gas and Electric Company | 1/7/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Madrigal, Julian<br>9222 Kiefer Blvd Apt 1<br>Sacramento, CA 95826-5483 | | 87227 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mahmood, Daarina<br>2540 Albertine Ln<br>Brentwood, CA 94513-5164 | | 87334 | PG&E Corporation | 10/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Malliaris, Kerry Jean<br>16590 Columbia Drive<br>Castro Valley, CA 94552 | | 91091 | PG&E Corporation | 12/19/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Marina Green Prop<br>PO Box 620027<br>Redwood City , CA 94062-0027 | | 96465 | PG&E Corporation | 1/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Marmolejo, Susan<br>1205 El Rancho Dr<br>Bakersfield, CA 93304-4027 | | 87401 | PG&E Corporation | 11/5/2019 | $1,200.00 | $0.00 | $1,200.00 | $1,200.00 | $3,600.00 | Customer No Liability Claims |
| Marti-Volkoff, Olinda<br>1878 San Jose Ave<br>San Francisco, CA 94112-2459 | | 88064 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $21,395.78 | $0.00 | $21,395.78 | Customer No Liability Claims |
| Matlock, Sabrina<br>26415 Gading Rd. Apt. 3B, Bldg 3<br>Hayward, CA 94544-3605 | | 87629 | PG&E Corporation | 11/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McGloghin, Zacharaiah<br>2395 Hanson Dr<br>Fairfield , CA 94533-8837 | | 87286 | PG&E Corporation | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McKenzie, Paul<br>500 Fullerton Dr<br>Turlock, CA 95382-0319 | | 96798 | PG&E Corporation | 1/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McMurtrie, Flora<br>1779 Duffy Way<br>San Jose, CA 95116-3003 | | 87725 | PG&E Corporation | 11/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Merritt, Sonya D<br>4151 Baine Ave Apt 103D<br>Fremont, CA 94536-4876 | | 87170 | PG&E Corporation | 10/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mihailovich, Diana<br>257 S Mayfair Ave<br>Daly City, CA 94015-1259 | | 87403 | PG&E Corporation | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| MITCHELL, ERICKA<br>8343 ADAGIO WAY<br>CITRUS HEIGHTS, CA 95621-1411 | | 96339 | PG&E Corporation | 1/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mondragon, Angela<br>Pedro Alonzo 1647 E Central Ave<br>Fresno, CA 93725-2706 | | 87317 | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Monelo, Janet L<br>1200 Creekside Dr Apt 1311<br>Folsom, CA 95630-3480 | | 87224 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $180,000.00 | $180,000.00 | Customer No Liability Claims |
| Moore, Nicole<br>1580 Terracina Dr<br>El Dorado Hills, CA 95762-5407 | | 87331 | Pacific Gas and Electric Company | 10/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Myles, Rhonda<br>206 E Arcade St<br>Stockton, CA 95204-3704 | | 87047 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nazar Family Trust<br>29707 Cantera Drive<br>Hayward, CA 94544 | | 99216 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $36,400.00 | $36,400.00 | Customer No Liability Claims |
| Nelson, Zlexus<br>6541 Fenham St<br>Oakland, CA 94621 | | 88093 | Pacific Gas and Electric Company | 12/3/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| NICOLAS, REY<br>PO BOX 4352<br>SANTA CLARA, CA 95056-4352 | | 96904 | Pacific Gas and Electric Company | 2/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nolen, Travis<br>4506 N Fresno St<br>Fresno, CA 93726-2119 | | 88854 | PG&E Corporation | 12/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nunez, Guillermina 44 W I St Apt 46 Los Banos, CA 93635-3523 | | 97076 | PG&E Corporation | 2/28/2020 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | Customer No Liability Claims |
| Ochoa, Jessica 124 Oran Ct Napa, CA 94559-4426 | | 87039 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $1,600.00 | $0.00 | $1,600.00 | Customer No Liability Claims |
| ONeal, Bessie 4974 N Fresno St Apt 134 Fresno, CA 93726 | | 88182 | PG&E Corporation | 12/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| O'Neal, Sean 3041 Notre Dr. Sacramento, CA 95826 | | 87709 | Pacific Gas and Electric Company | 11/21/2019 | $0.00 | $0.00 | $0.00 | $125.00 | $125.00 | Customer No Liability Claims |
| Parkway Cleaners 547 Danby Ct Petaluma, CA 94954 | | 92628 | Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Patel, Chandrakant B Smita C Patel 5573 Saint Andrews Dr Stockton, CA 95219-1919 | | 92581 | PG&E Corporation | 12/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perkins, Barbara 2801 Dover Ave Apt 615 Fairfield, CA 94533-8943 | | 96901 | PG&E Corporation | 1/31/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perkins, John R. 8339 Lan Ark Dr Stockton, CA 95210-1952 | | 88587 | Pacific Gas and Electric Company | 12/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| PETROV, ANNA 5309 FAWN CROSSING WAY ANTELOPE, CA 95843-4645 | | 97719 | PG&E Corporation | 3/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pierce, Moniko J 1237 Russell St Apt 3 Berkeley, CA 94702-2435 | | 96460 | PG&E Corporation | 1/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Price, Jacqueline<br>1800 Evans Lane, Apt 4202<br>San Jose, CA  95125-6247 | | 81358 | Pacific Gas and Electric Company | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rabah, Sana<br>7056 Crow Canyon Rd<br>Castro Valley, CA  94552 | | 98047 | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramos, Martha<br>2429 Wallace St<br>Oakland, CA  94606-3341 | | 87382 | PG&E Corporation | 11/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rangel, Victor<br>P.O. Box 15 26110 Hwy 70<br>Twain, CA  95984 | | 104404 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $123,000.00 | $123,000.00 | Customer No Liability Claims |
| Reid, Lorna Denise<br>2610 Boren Dr<br>San Jose, CA | | 103015 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Richardson, Tyree<br>1151 S Chestnut Ave Unit 280<br>Fresno, CA  93702-3977 | | 87189 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| Ricks, Hester L<br>1122 Martin Ave<br>Fresno, CA  93706-3630 | | 91295 | PG&E Corporation | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Roberts, Vicky Ann<br>475 N San Pablo Ave Apt 101<br>Fresno, CA  93701-1768 | | 87402 | Pacific Gas and Electric Company | 10/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Elizabeth<br>715 S Bradley Rd, Apt 6<br>Santa Maria, CA  93454-6365 | | 106375 | PG&E Corporation | 8/10/2020 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Claims |
| Rodriguez, Joseph<br>4041 N Feland Avenue Apt 103<br>Fresno, CA  93722-4534 | | 87211 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Romero, Lucia<br>5201 Martin Luther King Jr Blvd Apt 16<br>Sacramento, CA  95820-6443 | | 88593 | Pacific Gas and Electric Company | 12/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Russell, Cynthia<br>1212 Ashby Ave Apt F<br>Berkeley, CA  94702-2480 | | 87265 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $1,695.00 | $0.00 | $1,695.00 | Customer No Liability Claims |
| SAECHAO, MEUY<br>17235 VIEW DR<br>COTTONWOOD, CA  96022-8581 | | 87370 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sharma, Pushpa<br>1101 Bajaro Street<br>Salinas, CA  93901 | | 87266 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $169,800.00 | $169,800.00 | Customer No Liability Claims |
| Sievers, Joe F<br>555 Wernmark Dr<br>Red Bluff, CA  96080-4322 | | 86944 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $185,000.00 | $185,000.00 | Customer No Liability Claims |
| Smith, Brenda<br>7327 Weld St<br>Oakland, CA  94621-2711 | | 86969 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Frances<br>1727 Ward St Apt B<br>Berkeley, CA  94703-2164 | | 87028 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Judy<br>2069 ROLLING HILL DR<br>Santa Rosa, CA  95404-2349 | | 87393 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Soo-Hoo, Doris<br>20 Springhill Dr.<br>Cazadero, CA  95421-9618 | | 87723 | Pacific Gas and Electric Company | 11/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sporich, John L. 1061-62nd St. Oakland, CA 94608-2321 | | 87309 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stewart, Dennis Gene 876 Campbell Village Ct. Oakland, CA 94607-1322 | | 87291 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stokes, Juanita 5407 Banderas Way Sacramento, CA 95835-1318 | | 98306 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sun, Daniel K 801 Lippert Ave Fremont, CA 94539-7451 | | 98194 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $59.90 | $59.90 | Customer No Liability Claims |
| Sutton, Brandi R. Chris Sutton; Ray Sutton 1303 Washington Ave. Apt. 7 Bakersfield, CA 93308 | | 87746 | PG&E Corporation | 11/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| TAPALAGA BENNER, JENNIFER 37780 GOLDENROD DR NEWARK, CA 94560-4414 | | 96412 | PG&E Corporation | 1/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tapia, Ada Elizabeth P.O. Box 464 Porterville, CA 93258 | | 78948 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tomas, Juana 15161 W C Street Kerman, CA 93630-1636 | | 87234 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Topete, Miguel 1117 Courtney Way Modesto, CA 95358-1467 | | 87721 | PG&E Corporation | 11/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Torrecilla, Yanira<br>237 S 7th St<br>Richmond, CA | | 103440 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Torres, Denice R<br>412 Cove Ct<br>San Leandro, CA  94578-4632 | | 96396 | Pacific Gas and Electric Company | 1/7/2020 | $0.00 | $0.00 | $0.00 | $11,750.00 | $11,750.00 | Customer No Liability Claims |
| Triggs, Onaje<br>3720 Fruitvale Avenue Apt 10<br>Oakland, CA  94602 | | 87148 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Turner, Kimberley & Steven<br>3110 Loretta Way<br>Santa Rosa, CA  95403 | | 96415 | PG&E Corporation | 1/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valdez, Betty<br>1800 Laguna St Apt 14<br>Concord, CA  94520-2843 | | 96879 | PG&E Corporation | 1/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valdez, Tammy<br>5940 Pacific Ave., #A<br>Stockton, CA  95207 | | 94004 | Pacific Gas and Electric Company | 1/2/2020 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Vega-Martinez, Elsa<br>401 California Ave<br>Madera, CA  93637-3021 | | 96810 | Pacific Gas and Electric Company | 1/27/2020 | $0.00 | $0.00 | $0.00 | $4,800.00 | $4,800.00 | Customer No Liability Claims |
| Watkins, Alton<br>621 Kiowa Cir<br>San Jose, CA  95123 | | 87230 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wax Box Fire Log Corp<br>1791 Highway 99<br>Gridley, CA  95948-2209 | | 87115 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $125,267.00 | $125,267.00 | Customer No Liability Claims |
| Wei, Ling<br>5012 Catanzaro Way<br>Antioch, CA  94531-8133 | | 87247 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Whitenecks, Theo<br>GENERAL DELIVERY<br>MOSS LANDING, CA 95039-9999 | | 96905 | PG&E Corporation | 1/31/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Whong, Arthur H<br>10150 Torre Ave. #224<br>Cupertino, CA 95014 | | 92140 | PG&E Corporation | 12/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Jueleah D<br>120 Dolphin Ct<br>San Francisco, CA 94124-2945 | | 87206 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $65,000.00 | $65,000.00 | Customer No Liability Claims |
| Williams, Rosalind<br>3964 Samuelson Way<br>Sacramento, CA 95834 | | 96825 | PG&E Corporation | 1/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Verdalia<br>5645 Bancroft Ave Apt 3<br>Oakland, CA 94605-1060 | | 104908 | Pacific Gas and Electric Company | 5/12/2020 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Winslow, Wanda M<br>3900 47th Ave Apt 16<br>Sacramento, CA 95824-2450 | | 87430 | Pacific Gas and Electric Company | 11/12/2019 | $0.00 | $0.00 | $0.00 | $492.00 | $492.00 | Customer No Liability Claims |
| Wright, Kyle<br>109 Hazel Trce<br>Hazel Green, AL 35750 | | 101126 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yellow Cab Cooperative In<br>C/O M. Cassidy 2723 Jackson St<br>San Francisco, CA 94115 | | 87314 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $286.77 | $286.77 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 173** | | | **$101,200.00** | **$0.00** | **$157,483.78** | **$2,685,685.67** | **$2,944,369.45** | |