| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Acura Honda Connection<br>1010 Stockton Ave.<br>San Jose, CA  95110 | | 92442 | Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $63,045.00 | $63,045.00 | Damage not caused by PG&E |
| Anderson, Cheryl<br>621 E D St<br>Dixon, CA  95620-3126 | | 87308 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $3,250.00 | $3,250.00 | No Liability Claims |
| Artisan Kulture, Inc<br>36A Mill St<br>Healdsburg, CA  95448 | | 88857 | PG&E Corporation | 12/9/2019 | $0.00 | $0.00 | $0.00 | $3,590.50 | $3,590.50 | Post-Petition Claims |
| Azad, Ali and Kelly<br>547 Danby Ct<br>Petaluma, CA  94954 | | 92627 | Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Baker, Kimberly K<br>PO BOX 484<br>Shingle Springs, CA  95682 | | 92681 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Statute of Limitations Passed |
| BARTON, KRISTIE<br>PO BOX 678<br>CLAYTON, CA  94517-0678 | | 87232 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | No Liability Claims |
| Berkley, Gail W<br>PO Box 731<br>San Mateo, CA  94401-0731 | | 87320 | PG&E Corporation | 11/5/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| BERMUDEZ, RAYMOND FRANK<br>5877 W BEECHWOOD AVE<br>FRESNO, CA  93722 | | 87333 | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $5,460.00 | $0.00 | $5,460.00 | Damage not caused by PG&E |
| Betancourt, Yadira<br>HC 5 Box 93480<br>Arecibo, PR  612 | | 87376 | Pacific Gas and Electric Company | 11/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Bradley, Richard<br>15696 Meridian Rd<br>Chico, CA  95973-9232 | | 87261 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $10,050.00 | $10,050.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bross, Martin<br>5045 Pine Tree Lane<br>Pollock Pines, CA 95726 | | 63713 | Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $10,440.00 | $10,440.00 | No Liability Claims |
| Brown, Ann<br>6028 Albion Little River Rd<br>Little River, CA 95456 | | 87269 | PG&E Corporation | 10/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Bruni, Alex<br>2396 Briarwood Dr<br>San Jose, CA 95125-4915 | | 87349 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | No Liability Claims |
| Butler, Joan<br>1616 S Dora<br>Ukiah, CA 95482 | | 95502 | PG&E Corporation | 1/2/2020 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Post-Petition Claims |
| Calynx Inc<br>Lawrence Epstein 578<br>Washington Blvd #733<br>Marina Del Rey, CA 90292 | | 92214 | Pacific Gas and Electric Company | 12/24/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Damage not caused by PG&E |
| Chibundu, Eunice<br>1690 East Ave<br>Hayward, CA 94541-5315 | | 87280 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Cole, Tristan K.<br>P.O. Box 405<br>Trinidad, CA 95570 | | 67880 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $960.00 | $960.00 | Damage not caused by PG&E |
| Comcast<br>5340 S Quebec St Suite 250S<br>Greenwood Village, CO 80111 | | 96959 | PG&E Corporation | 2/13/2020 | $0.00 | $0.00 | $0.00 | $3,149.20 | $3,149.20 | Damage not caused by PG&E |
| CONSTANTINE, CLIFTON<br>1312 HALE ST<br>VALLEJO, CA 94591-4132 | | 96409 | PG&E Corporation | 1/6/2020 | $0.00 | $0.00 | $34,500.00 | $0.00 | $34,500.00 | No Liability Claims |
| Cotta, Joette<br>920 W 4th St<br>Merced , CA 95341-6674 | | 87262 | Pacific Gas and Electric Company | 10/29/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cotta, Mary<br>Joe Cotta 1354 W 11th St<br>Merced, CA  95341-5725 | | 87390 | Pacific Gas and Electric Company | 10/29/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Damage not caused by PG&E |
| Craven, Tammy<br>6600 Creston Rd<br>Paso Robles, CA  93446 | | 87327 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Post-Petition Claims |
| CVS Health<br>Risk Management /B. Sheehan<br>One CVS Drive MC 2180<br>Woonsocket, RI  02895 | | 96692 | PG&E Corporation | 1/22/2020 | $0.00 | $0.00 | $0.00 | $99,970.90 | $99,970.90 | Rule 14 Claims |
| Davis Paul Managment<br>PO Box 590206<br>San Francisco, CA  94159-0206 | | 92368 | Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Statute of Limitations Passed |
| Davis, Claudia J<br>PO Box 578<br>Kenwood, CA  95452-0578 | | 87060 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | No Liability Claims |
| Davis, Shea<br>PO Box 385<br>Lucerne, CA  95458 | | 88089 | Pacific Gas and Electric Company | 11/29/2019 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 | Post-Petition Claims |
| Dimaio, Christine I<br>314 2nd St<br>Healdsburg, CA  95448-4224 | | 87166 | Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $2,000.00 | $17,328.00 | $19,328.00 | No Liability Claims |
| Downey, Daniel<br>2467 Parquet Ct<br>San Jose, CA  95124 | | 86736 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Damage not caused by PG&E |
| Eghtesad, Nader<br>1120 Finley Rd<br>Plesanton, CA  94588 | | 86923 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $301,000.00 | $301,000.00 | Damage not caused by PG&E |
| Ergas, Sanders<br>653 Cabot Way<br>Napa, CA  94559 | | 86730 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $17,200.00 | $17,200.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Estate of Jacqueline Courtney c/o Dan Courtney 7869 Calle Juela La Jolla, CA 92037 | | 100823 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $19,332.04 | $19,332.04 | Statute of Limitations Passed |
| Everhart, Josie Monica Starr PO Box 128 Angels Camp, CA 95222-0128 | | 87368 | PG&E Corporation | 11/5/2019 | $0.00 | $0.00 | $2,850.00 | $4,890.00 | $7,740.00 | Damage not caused by PG&E |
| Fornaciari, Mary 2032 San Gabriel Way Stockton, CA 95209 | | 93439 | PG&E Corporation | 1/2/2020 | $0.00 | $0.00 | $0.00 | $454.00 | $454.00 | Damage not caused by PG&E |
| Franklin, Dorchester W 889 Emerald Hills Cir Fairfield, CA 94533-9787 | | 88897 | PG&E Corporation | 11/25/2019 | $0.00 | $0.00 | $0.00 | $175.00 | $175.00 | Post-Petition Claims |
| Garcia, Jr., Louis Clara Sanchez 3009 Piedmont Ave Napa, CA 94558-3417 | | 87263 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Liability Claims |
| Greggans, Clarice P.O. Box 1305 Discovery Bay, CA 94505 | | 87202 | Pacific Gas and Electric Company | 11/4/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Rule 2 Claims |
| Grossman, Leanne 4744 El Centro Ave Oakland, CA 94602-1447 | | 87167 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $1,091.00 | $1,091.00 | Statute of Limitations Passed |
| Hamdallah, Tagreed 1258 Alicante Dr. Pacifica, CA 94044-4305 | | 96929 | PG&E Corporation | 2/7/2020 | $0.00 | $0.00 | $0.00 | $3,677.59 | $3,677.59 | Post-Petition Claims |
| Heisig, Kurt 512 Polk Street Monterey, CA 93940 | | 93288 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $7,998.01 | $7,998.01 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hemstalk, Kim<br>PO Box 678<br>Clayton, CA 94517-0678 | | 87218 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Damage not caused by PG&E |
| High Meadow Lane Assoc.<br>24571 Silver Cloud Court #101<br>Monterey, CA 93940 | | 87085 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $1,733.87 | $1,733.87 | Post-Petition Claims |
| Holmes, Maureen<br>14806 Wildlife Drive<br>Magalia, CA 95954 | | 92504 | PG&E Corporation | 12/30/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Damage not caused by PG&E |
| HUGHES, ROBERT T<br>5678 QUEEN ANNE DRIVE<br>SANTA ROSA, CA 95409-3071 | | 96331 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Post-Petition Claims |
| Hunt Sr, Joseph<br>1206 - 104th Avenue<br>Oakland, CA 94603-3117 | | 92618 | Pacific Gas and Electric Company | 12/27/2019 | $0.00 | $0.00 | $0.00 | $154.00 | $154.00 | Statute of Limitations Passed |
| HUYOA, MA CONSUELO<br>2784 ROYAL OAK PL<br>SANTA ROSA, CA 95403-3200 | | 96335 | PG&E Corporation | 12/26/2019 | $0.00 | $0.00 | $0.00 | $3,800.00 | $3,800.00 | No Liability Claims |
| Johnson, Cassandra<br>2420 Willow Pass Rd Unit 314 Bldg 3<br>Bay Point, CA 94565-3374 | | 87273 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Kalbermatter, Erika<br>Jonathan Herschel Bornstein J.H. Bornstein - Attorney at Law 2701 Telegraph Avenue, Suite 200<br>Oakland, CA 94612-1715 | | 92878 | Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $17,500.00 | $17,500.00 | Post-Petition Claims |
| Kamar, Grace<br>12200 Connery Way<br>Bakersfield, CA 93312 | | 86960 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Rivera PD (Atty Yagoubzadeh), Jonathan Yagoubzedeh, Esq. 204 Jackson St. Taft, CA 93268 | | 86915 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $9,142.00 | $9,142.00 | No Liability Claims |
| KOLLMANSBERGER, NONA STEVEN KOLLMANSBERGER 4173 N WISHON AVE FRESNO, CA 93704-4216 | | 87223 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $19,173.93 | $19,173.93 | Rule 2 Claims |
| Lam, Keo 494 Buckskin Pl Vallejo, CA 94591-8434 | | 87356 | Pacific Gas and Electric Company | 11/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| LAWRENCE, DAVID A PO BOX 357 SARATOGA, CA 95071-0357 | | 87162 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $751.84 | $751.84 | Damage not caused by PG&E |
| LEAVITT, MARK G 239 FAIRWAY CT SANTA ROSA, CA 95409-5610 | | 87259 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | No Liability Claims |
| Lecouve, Steve 14817 Orange Blossom Rd Oakdale, CA 95361-9516 | | 87131 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $26,940.00 | $26,940.00 | Damage not caused by PG&E |
| Loughridge, Barbara 1924 LeMay Ave BAKERSFIELD, CA 93304 | | 87142 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $33,751.88 | $33,751.88 | No Liability Claims |
| Martin, Larry 13061 Mooney Flat Rd Smartsville, CA 95977 | | 87087 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $11,015.70 | $0.00 | $11,015.70 | Statute of Limitations Passed |
| McCaffrey, Susan 7450 Cristobal Ave Atascadero, CA 93422 | | 86897 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $577.90 | $577.90 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| McGovern, Charlotte<br>7295 Saroni Dr<br>Oakland, CA 94611 | | 100650 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $515.00 | $515.00 | Post-Petition Claims |
| Merle-Alexa Langona & James L. Tadeo<br>1565 Pyrenees Place<br>Walnut Creek, CA 94598 | | 92223 | Pacific Gas and Electric Company | 12/26/2019 | $0.00 | $0.00 | $0.00 | $475.00 | $475.00 | Damage not caused by PG&E |
| Miller, Alexander H<br>PO Box 1941<br>Los Gatos, CA 95031-1941 | | 87366 | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Minnock, Julie A<br>4344 Del Prado Way<br>Las Cruces, NM 88011 | | 91087 | PG&E Corporation | 12/23/2019 | $0.00 | $0.00 | $0.00 | $7,500.00 | $7,500.00 | Post-Petition Claims |
| Minuteman Adjusters a/s/o Tom Fernandes<br>200 Kaufman Financial Center, Suite 130 30833 Northwestern Hwy<br>Farmington Hills, MI 48334 | | 96899 | Pacific Gas and Electric Company | 2/4/2020 | $0.00 | $0.00 | $0.00 | $20,429.30 | $20,429.30 | Damage not caused by PG&E |
| Modes, Wes<br>548 Redwood Dr<br>Felton, CA 95018-9123 | | 87392 | PG&E Corporation | 11/5/2019 | $0.00 | $0.00 | $2,209.12 | $0.00 | $2,209.12 | Damage not caused by PG&E |
| Mulligan, Dan<br>50 Bloomfield B<br>Sebastopol, CA 95472 | | 97811 | PG&E Corporation | 3/13/2020 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Post-Petition Claims |
| Munder, Allen<br>7865 Lynne Haven Way<br>Salinas, CA 93907-1317 | | 87193 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $1,152.29 | $1,152.29 | Damage not caused by PG&E |
| Musick, James<br>31 Turnagain Rd<br>Kentfield, CA 94904 | | 81208 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Muston, Leona<br>3850 E Eugenia Ave<br>Fresno, CA 93725-1315 | | 87405 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Statute of Limitations Passed |
| NCS A/S/O NATIONWIDE A/S/O J&J ALMONDS<br>Attn: Frank Russo 6644 Valjean Ave # 100<br>Van Nuys, CA 94106 | | 92145 | PG&E Corporation | 12/26/2019 | $0.00 | $0.00 | $0.00 | $7,396.23 | $7,396.23 | Damage not caused by PG&E |
| Nickleberry, Lester<br>PO Box 1007<br>Richmond, CA 94802-0007 | | 87330 | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Nothwang, Kris<br>2239 Pimlico Way<br>Santa Rosa, CA 95401 | | 79662 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $54,000.00 | $54,000.00 | Damage not caused by PG&E |
| Orozco, Monica<br>1350 Pueblo Ave TRLR 211<br>Napa, CA 94558-4854 | | 87251 | PG&E Corporation | 11/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Otis, Lumont<br>1504 Lassen Court<br>Vallejo, CA 94591 | | 92629 | Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | No Liability Claims |
| Pascucci, Carmine C.<br>6 Steelhead Ct<br>Whitethorn, CA 95589 | | 96795 | PG&E Corporation | 1/24/2020 | $0.00 | $0.00 | $0.00 | $2,750.86 | $2,750.86 | Damage not caused by PG&E |
| Pollock, Donna A<br>1571 N. Winery Ave<br>Fresno, CA 93727 | | 96977 | Pacific Gas and Electric Company | 2/18/2020 | $0.00 | $0.00 | $0.00 | $5,658.73 | $5,658.73 | Post-Petition Claims |
| Poskus, Brent<br>3065 Finnian Way #407<br>Dublin, CA 94568 | | 88181 | PG&E Corporation | 12/5/2019 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 | Damage not caused by PG&E |

Forty-Ninth Omnibus Objection    Exhibit 1    PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Powers, Dale A<br>Russel Powers 205 Tahoe Dr<br>Rio Vista, CA 94571-1524 | | 87292 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Rule 14 Claims |
| Pree, Stephen<br>3301 Buchanan Rd Unit 40<br>Antioch, CA 94509 | | 87101 | Pacific Gas and Electric Company | 10/29/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | No Liability Claims |
| Rhinehart, Stephen J.<br>2537 Darroch Ct.<br>Napa, CA 94558 | | 92664 | Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Post-Petition Claims |
| RUDDELL, DEBRA<br>PO BOX 166<br>COBB, CA 95426-0166 | | 87305 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $3,200.00 | $5,000.00 | $8,200.00 | No Liability Claims |
| Safeco Insurance/.General Insurance Company of America<br>PO Box 515097<br>Los Angeles, CA 90051 | | 96898 | Pacific Gas and Electric Company | 2/3/2020 | $0.00 | $0.00 | $0.00 | $38,472.87 | $38,472.87 | Damage not caused by PG&E |
| SAUERS, JERRY<br>32 NORTHSHORE AVE<br>PALM COAST, FL 32137 | | 96408 | PG&E Corporation | 1/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Schafer, Paul<br>896 Sutro Avenue<br>Novato, CA 94947 | | 81440 | Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $3,564.00 | $3,564.00 | Rule 2 Claims |
| Scott, George W<br>2600 Fair St<br>Chico, CA 95928 | | 96450 | Pacific Gas and Electric Company | 1/9/2020 | $0.00 | $0.00 | $3,409.00 | $0.00 | $3,409.00 | No Liability Claims |
| Sorter, Kathy<br>PO Box 5232<br>Salinas, CA 93915-5232 | | 87325 | PG&E Corporation | 11/4/2019 | $0.00 | $0.00 | $0.00 | $4,015.23 | $4,015.23 | Damage not caused by PG&E |
| Sporich, John L.<br>1061-62nd St.<br>Oakland, CA 94608-2321 | | 87190 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |

Case: 19-30088    Doc# 9711-1    Filed: 12/03/20    Entered: 12/03/20 15:49:29    Page 9 of 11

Page 9

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| STAAR, MONICA<br>PO BOX 128<br>ANGELS CAMP, CA 95222 | | 86898 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $2,850.00 | $4,890.00 | $7,740.00 | Damage not caused by PG&E |
| Tang, Helen<br>4000 Quimby Road<br>San Jose, CA 95148 | | 96447 | Pacific Gas and Electric Company | 1/8/2020 | $18,292.32 | $0.00 | $0.00 | $0.00 | $18,292.32 | Post-Petition Claims |
| Thaing, J L<br>522 E Flora St<br>Stockton, CA 95202-1811 | | 86950 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 2 Claims |
| The Estate of Jacqueline Courtney<br>Attn: Dan Courtney 7869 Calle Juela<br>La Jolla, CA 92037 | | 100857 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $117,000.00 | $117,000.00 | Rule 16 Claims |
| Thomas, Kathryn<br>6323 Steiffer RD<br>Magalia, CA 95954 | | 90920 | PG&E Corporation | 12/20/2019 | $0.00 | $0.00 | $0.00 | $466.08 | $466.08 | Damage not caused by PG&E |
| Tittle, Debbie<br>8 Pin Oak Pl<br>Santa Rosa, CA 95409-6037 | | 87268 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| Towery, Faune H<br>Faune Towery, L.Ac. Napa Acupuncture Practice 5 Financial Plaza, Suite 107<br>Napa, CA 94558 | | 89547 | PG&E Corporation | 12/18/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| Vargas, Omar<br>181 W Barham Ave<br>Santa Rosa, CA 95407 | | 82588 | Pacific Gas and Electric Company | 11/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Ward, Sheila M<br>3245 Prentiss St Apt 3<br>Oakland, CA 94601-2652 | | 87277 | PG&E Corporation | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Weeks, Natalie<br>8855 Oliver Place<br>Dublin, CA 94568 | | 92683 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $3,500.00 | $0.00 | $3,500.00 | No Liability Claims |
| Wilk, James H.<br>3242 N. Kildare Ave<br>Chicago, IL 60641 | | 92880 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | No Liability Claims |
| Wong, Glenn<br>PO Box 851<br>Belmont, CA 94002-0851 | | 87499 | PG&E Corporation | 11/13/2019 | $0.00 | $0.00 | $0.00 | $3,293.37 | $3,293.37 | No Liability Claims |
| Zargar, Ali M<br>20630 Carniel Ave<br>Saratoga, CA 95070-3735 | | 87348 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $719.90 | $719.90 | Damage not caused by PG&E |
| Zhao, Congjun<br>1250 El Camino Real Apt 812<br>Millbrae, CA 94030 | | 87231 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $2,700.00 | $2,700.00 | No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 99** | | | **$18,292.32** | **$0.00** | **$77,643.82** | **$1,116,975.52** | **$1,212,911.66** | |