| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DSL Development<br>1966 Tice Valley Blvd #153<br>Walnut Creek, CA 94595 | 92844 | Pacific Gas and Electric Company | 12/31/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $122,638.00 | $122,638.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $15,569.89 | $15,569.89 | |
| Hahn Family Wines<br>1500 Third St. Suite A<br>Napa, CA 94559 | 80483 | Pacific Gas and Electric Company | 10/22/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $96,801.00 | $96,801.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $25,637.17 | $25,637.17 | |
| Vanherweg, Gabrielle<br>P.O. Box 116<br>Pismo Beach, CA 93448 | 61295 | Pacific Gas and Electric Company | 10/24/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $938.85 | $938.85 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $469.43 | $469.43 | |
| Watson, Linda<br>840 So. Fairmont Ave. #9<br>Lodi, CA 95240 | 87109 | Pacific Gas and Electric Company | 11/4/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $47,950.00 | $47,950.00 | Fair Value |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $25,793.25 | $25,793.25 | |
| **Totals** | **Count: 4** | | | | **$0.00** | **$0.00** | **$0.00** | **$268,327.85** | **$268,327.85** | |