| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>***EX PARTE* APPLICATION TO CONTINUE DECEMBER 15, 2020 HEARING ON OMNIBUS CLAIM OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS**<br><br>[No hearing requested] |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the ""**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby submit this *Ex Parte* Application (the "**Application**") for an order continuing the December 15, 2020 hearing (the "**December 15 Hearing**") on the Reorganized Debtors' Fortieth through Forty-Fifth Omnibus Claim Objections [Docket Nos. 9455 – 9466] (collectively, the "**Omnibus Objections**")[1] with respect to certain Claims to March 24, 2021.

On November 5, 2020, the Reorganized Debtors filed the Omnibus Objections, which seek to disallow and expunge or allow in a reduced amount 782 Claims. In the individualized notice sent to each Claimant along with the Omnibus Objections, the Reorganized Debtors stated that if a Claimant opposed disallowance of its Claim (or allowance in a specific Reduced Amount), it must provide, *inter alia*, an explanation for the asserted amount of the Proof(s) of Claim, a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the relevant Omnibus Objection, and a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the statement. The Reorganized Debtors received formal and informal responses to the Omnibus Objections (each, a "**Response**") from 78 Claimants, a list of whom is attached hereto as **Exhibit 1** (collectively, the "**Responding Claimants**").

The Reorganized Debtors hope to resolve the objections to which the Reponses relate consensually, without need for evidentiary hearings before the Court. To that end, the Reorganized Debtors and their advisors are reviewing the Responses and beginning an outreach and negotiation process with the Responding Claimants. Given the volume of the Responses and the factual complexities of each, however, the Reorganized Debtors will not be in a position to update the Court on the status of the Responses at the December 15 Hearing, and setting evidentiary hearings at that time would be premature and inefficient. Such a continuance will not prejudice the Responding Claimants; to the contrary, it will inure to their benefit by providing the Reorganized Debtors adequate time to consider the Responses and attempt to reach an out-of-court resolution with respect to their Claims.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Omnibus Objections.

Given the volume of the Responses and communication difficulties with some of the Responding Claimants, it is not efficient or practical for the Reorganized Debtors to seek consensual continuances of the December 15 Hearing with respect to each Response. However, the Reorganized Debtors are serving this Application on all of the Responding Claimants by either email or First-Class Mail.

WHEREFORE the Reorganized Debtors respectfully request entry of an order continuing the December 15 Hearing with respect to the Responding Claimants' Claims to March 24, 2021.

Dated: December 3, 2020  **KELLER BENVENUTTI KIM LLP**

By: */s/ Dara L. Silveira*
　　　Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*