# Exhibit 1

## (Responding Claimants)

| Docket No. | Claimant | Claim No. |
|---|---|---|
| *Fortieth Omnibus Objection* | | |
| 9516 | Richard Wagner | 1972 |
| 9604 | Todd DeGrandmont | 2370 |
| 9669 | Phil Piserchio | 2017 |
| 9530 | Bruce Willems | 1073 |
| 9620 | Bret and Kassidy Banducci | 2974 |
| 9603 | Paul Marotta | 1070 |
| 9617 | EBEN 818 LLC | 3922 |
| 9618 | Duncan Ray Ross | 2183 |
| 9650 | Andrew Etringer | 91 |
| 9647 | Alan Giberson | 8169 |
| 9656 | Robert Ernst | 3444 |
| 9643 | Valri and Christian Castleman | 3063 |
| 9636 | Bruce E. Krell | 1077 |
| 9646 | Todd Greenberg | 77335 |
| 9664 | Martha Gerstner | 3524 |
| 9668 | Frank Klassen | 4389 |
| Informal | Helga M. Schmidt | 5978 |
| Informal | James Winter | 3576 |
| Informal | Mission Valley Rock Co. | 64053 |
| Informal | D. M. Alegre Construction, Inc. | 1292 |
| Informal | Timothy Bergam | 133 |
| Informal | Lance Kastl | 3870 |
| Informal | Rhonda Miller | 2948 |
| Informal | Joseph C. Loguidice and Stephanie C. Navarrette-Loguidice | 16730 |
| Informal | Annette Hicks | 9411 |

| | *Forty-First Omnibus Objection* | |
|---|---|---|
| 9597 | H. R. Bob McGrath | 67276 |
| 9659 | Marguerite Sawyer | A19132673 |
| 9631 | Christopher A. Muessel | 75887 |
| Informal | Deborah J. & Norman R. Astrin | 96351 |
| Informal | Michael Jurkovic | 80924<br>80468 |
| Informal | State Farm Mutual Insurance Companies (Michael Lane) | 8656 |
| | *Forty-Second Omnibus Objection* | |
| 9634 | Mark A. Klein and Janet S. Klein | 80500 |
| 9653 | G. Larry Engel | 80033 |
| 9670 | Robert and Marie Villalobos | 3784 |
| Informal | Xiaopeng Xu | 7723 |
| | *Forty-Third Omnibus Objection* | |
| 9648 | Darren Eastman | 64083 |
| 9628; 9629 | Rhonda A. Weiss | A16109926 |
| 9644 | Dorcas Wheeler | 79932<br>80179 |
| 9641 | Steven J. McDonald | 80425 |
| 9658 | Kings Canyon Unified School District | 3866 |
| Informal | Tandra DeBose | 7769 |
| Informal | Linda Grady | 1193<br>80248 |
| Informal | Willie and Ora Green | 80673 |
| Informal | Roger Drummond | 1455 |
| | *Forty-Fourth Omnibus Objection* | |
| 9649 | Dean Wills | 75943 |
| 9614 | Etta Bacharach Testamentary A & B Trusts | 56201 |
| 9661 | Ken Bray | 70722 |
| 9637 | Richard S. Tanner | 30916 |
| 9638 | Stanislaus County Public Works | 56952 |
| 9642; 9654 | John A. Vos | 62490 |

| | | |
|---|---|---|
| 9663 | Gordon Moore | 80903 |
| 9657 | Glenn Gary Baker | 69361 |
| 9666 | D.A. Wood Construction Inc. | 8627 |
| 9672 | Robert B. Wister | 8671 |
| Informal | Tracy Nick and Haisam Nijem | 1934 |
| Informal | Todd Field | 2206 |
| Informal | State Farm a/s/o Ava Arroya (T. Henry) | 3404 |
| Informal | University of California | 61276 |
| *Forty-Fifth Omnibus Objection* | | |
| 9600 | Jacqueline O'Neil | 1685 |
| 9667 | Rumi S. Kawashima | 934 |
| 9613 | Onnyx Walker | 30795 |
| 9619 | Shou Kun Huang and Henry Huang | 7920 |
| 9627 | Maurice Brendan Butler | 8625 |
| 9652 | Cynthia Ann Wilson | 68287 |
| 9660 9662 | Gordon N. Ball, Inc. (GNB) | 4463 |
| Informal | Leonard L Gauthier | 10068 |
| Informal | James Self | 10069 |
| Informal | Linda Manzano | 9957 |
| Informal | Phil Hartnett | 10632 |
| Informal | John Barnhardt | 10083 |
| Informal | Cellan Cahoon | 10056 |
| Informal | Alanna McDaniel | 10063 |
| Informal | Greg Staude | 10059 |
| Informal | Richard Wimmer | 10066 |
| Informal | Travelers | 59825 |
| Informal | State Farm a/s/o Leslie Poortman | 3044 |
| Informal | State Farm Mutual Automobile Insurance Company | 58061 |
| Informal | John I Weaver | 2932 |