UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
MATTHEW J. TROY (GABN 717258)
Senior Trial Counsel
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 514-9038
E-mail: matthew.troy@usdoj.gov

DAVID L. ANDERSON (CABN 149604)
United States Attorney

Attorneys for the United States of America

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | ) |
| | ) Bankruptcy Case |
| **PG&E CORPORATION** | ) No. 19-30088 (DM) |
| | ) |
| **- and -** | ) Chapter 11 |
| | ) |
| **PACIFIC GAS AND ELECTRIC** | ) (Lead Case) |
| **COMPANY,** | ) |
| | ) (Jointly Administered) |
| **Debtors.** | ) |
| | ) Judge: Hon. Dennis Montali |
| | ) RE: Docket No. 9563 |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and Electric Company | ) |
| ■ Affects both Debtors | ) |
| | ) |
| *All papers shall be filed in the Lead Case,* | ) |
| *No. 19-30088 (DM).* | ) |
| | ) |

**RESPONSE OF THE UNITED STATES OF AMERICA TO COURT'S ORDER**
**EXTENDING DEADLINE FOR THE REORGANIZED DEBTORS**
**TO OBJECT TO CLAIMS**

The United States of America, on behalf of various federal agencies, hereby files this response

to the Court's *Order Extending Deadline for the Reorganized Debtors to Object to Claims* [Dkt. No.

9563] (the "Order"), dated November 17, 2020.[1]

Paragraph 4 of the Order provides a deadline, subject to further extension, of March 31, 2021, for the Reorganized Debtors to object to United States Claims, which the Order defines as "Class 4B Utility General Unsecured Claims of the United States that are identified by claim number and amount in a writing filed with this Court and served on the Reorganized Debtors on or before December 4, 2020." *Order* at para. 4. The United States files this response to comply with this requirement.

The United States identifies the following claims as United States Claims under the Order.

| Agency | Claim No. | Amount |
|---|---|---|
| United States Forest Service (USFS) | 59493 | $1,973,925.39 |
| USFS | 59662 | $9,895,433.65 |
| USFS | 59664 | $21,029,700.59 |
| USFS | 59712 | $19,466,029.49 |
| USFS | 63837 | $76,554,779.75 |
| National Park Service (NPS) | 63092 | $3,763,144.49 |
| NPS | 63748 | $14,170.15 |
| NPS | 63756 | $90,415.07 |
| Bureau of Land Management | 62632 | $81,167.00 |
| Western Area Power Administration | 17112 | $2,281,500.00 |

Date: December 3, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
DAVID L. ANDERSON (CABN 149604)
United States Attorney

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the Order.

/s/ Matthew J. Troy
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
MATTHEW J. TROY
Senior Trial Counsel
Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2020, I electronically filed the foregoing Response with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Matthew J. Troy
Matthew J. Troy
Senior Trial Counsel
Attorney for the United States