BRENDAN M. KUNKLE (SBN 173292) bkunkle@abbeylaw.com
MICHAEL D. GREEN (SBN 214142) mgreen@abbeylaw.com
**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Telephone: 707-542-5050
Facsimile: 707-542-2589

*Attorneys for Fire Victim Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**AMENDED NOTICE OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOFS OF CLAIM**<br><br>Date: January 12, 2021<br>Time: 10:00 a.m.<br>Dept: Telephonic/Video Appearances Only<br>United States Bankruptcy Court<br>450 Golden Gate Ave.<br>Courtroom 17, 16th Floor, San Francisco, CA<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: January 5, 2021 |

PLEASE TAKE NOTICE that the Bankruptcy Court will hear and consider the Motion to Allow/Deem Timely Late Filing of Proof of Claim by Movants listed on Exhibit A attached hereto, on January 12, 2021 at 10:00 a.m. (Pacific Time) ("Movants' Late Claim Motion") via video conferencing or telephone.

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court

hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that the deadline to object to the Movants' Late Claim Motion is January 5, 2021.

PLEASE TAKE FURTHER NOTICE that copies of the Movants' Late Claim Motion can be viewed and obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: December 3, 2020      **ABBEY, WEITZENBERG, WARREN & EMERY PC**

By:    */s/ Brendan M. Kunkle*
BRENDAN M. KUNKLE (SBN 173292)
**ABBEY, WEITZENBERG, WARREN & EMERY PC**
100 Stony Point Road, Suite 200
Santa Rosa, CA 95401
Telephone:   707-542-5050
Facsimile:    707-542-2589
bkunkle@abbeylaw.com
*Attorneys for Numerous Fire Claimants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

  */s/ Brendan M. Kunkle*
  Brendan M. Kunkle

# EXHIBIT A
## LIST OF MOVANTS

1. Stafford, Jack
   3968 Shelter Glen Way
   Santa Rosa, CA 95404
   Date of Birth: September 13, 1998
   Parents: Chris and Cathleen Stafford

2. Nealon, Bo
   4645 Aptos Court
   Santa Rosa, CA 95403
   Date of Birth: May 21, 1997
   Parents: Michael Nealon

3. Nealon, Sienna
   4645 Aptos Court
   Santa Rosa, CA 95403
   Date of Birth: August 25, 1999
   Parents: Michael Nealon

4. Vierra, Kenleigh
   5366 Linda Lane
   Santa Rosa, CA 95404
   Date of Birth: October 1, 1999
   Parents: Louis and Maria Vierra

5. Vierra Kiernan
   5366 Linda Lane
   Santa Rosa, CA 95404
   Date of Birth: October 1, 1999
   Parents: Louis and Maria Vierra

6. Honighausen, Alexis
   5300 Wikiup Bridge Way
   Santa Rosa, CA 95404-1125
   Date of Birth: December 6, 1996
   Parents: Ulrich and Amanda Honighausen

7. Honighuasen, Elena
   5300 Wikiup Bridge Way
   Santa Rosa, CA 95404-1125
   Date of Birth: January 20, 1999
   Parents: Ulrich and Amanda Honighausen

| | |
|---|---|
| 1 | 8. Lafferty, Roisin |
| 2 | 3906 Hansford Court |
| | Santa Rosa, CA 95404-7678 |
| 3 | Date of Birth: October 3, 1997 |
| | Parents: Patrick Lafferty and Gerardine Finn |
| 4 | |
| | 9. Lafferty, Sinead |
| 5 | 3906 Hansford Court |
| | Santa Rosa, CA 95404-7678 |
| 6 | Date of Birth: July 4, 1994 |
| | Parents: Patrick Lafferty and Gerardine Finn |
| 7 | |
| | 10. Shao, Michelle |
| 8 | 3937 Elkstone Place |
| | Santa Rosa, CA 95404 |
| 9 | Date of Birth: June 14, 1994 |
| | Parents: Yong Shao and Xia Wang |