| From: | CANB Emergency Filings |
|---|---|
| Sent: | Tuesday, December 1, 2020 1:35 PM |
| To: | |
| Cc: | |
| Subject: | FW: Object to Disallowance |



From: TRACY NICK <tracynick@icloud.com>
Sent: Tuesday, December 1, 2020 1:31 PM
To: CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
Cc: Haisam Nijem <haisamnijem@yahoo.com>
Subject: Object to Disallowance

**CAUTION - EXTERNAL:**

Hello,

We received a notice informing us that our case against PGE has been disallowed and we would like to object to this finding. Please see 2 attachments: 1 pdf file of emails between my partner and I and PGE, and 1 copy of a check I paid to Marin H2O.

Bankruptcy Court: Northern District of California, San Francisco Division

Recognized Debtor: Pacific Gas and Electric Company

Case Number: 19-30088 (DM)
Notice of hearing on reorganized debtors' forty-fourth omnibus objection to claims (no liability /pass through claims)

My/Our Name: Tracy Nick and Haisam Nijem
415-515-5928
221 Union St. Unit C
San Rafael, CA 94901

Doc# 9465

1- Amount: $1,000.00. PGE owes us reimbursement in this amount after breaking our sewerage lateral line during line repairs. PGE took responsibility for their actions and reimbursed us based on the estimate and told us to submit remaining balances. The repair came in $1,000 over the estimate and when I submitted the bill, we were told all claims now had to go through this bankruptcy process.

2- During this time, we were also inquiring about faulty repairs PGE made to our home before we purchased it, which is causing our cement stairs to crumble. We were told to file a claim and submit an estimate for repairs. Eventually PGE sent someone out to look at the proposed work and when we inquired about next steps, we were directed to file a claim with this bankruptcy court.

Begin forwarded message:

> **From:** PG&E Claims <pgeclaims@kbkllp.com>
> **Date:** 12/1/2020
> **To:** TRACY NICK <tracynick@icloud.com>
> **Cc:** Haisam Nijem <haisamnijem@yahoo.com>
> **Subject: RE: Object to Disallowance**
>
> Dear Ms. Nick,
>
>
> To arrange filing your claim response and supporting documentation with the Court, please email CANB-EMERGENCY-FILINGS@canb.uscourts.gov. Thank you.
>
> Best,
>
> HADLEY ROBERTS-DONNELLY
>
> Direct: 415.364.6791
>
> Cell: 510.289.4917
>
> Email: hrobertsdonnelly@kbkllp.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.