
October 26, 2017, 6:54:16 PM
1,824 of 3,496

PG&E Digging our street. They broke our sewer and left it. Wrapped a level around it and shredded

Case: 19-30088   Doc# 9725-1   Filed: 12/01/20   Entered: 12/04/20 10:30:55   Page 1 of 20

415-515-5928

[Download from iCloud — Video of our Sewer.zip — 170.23 MB]
[Download from iCloud — Sunday Sew...htmare.mov.zip — 21.63 MB]

On Nov 30, 2017, at 10:08 AM, "Anselmo, Jose" <J1Ar@pge.com> wrote:

Dear Ms. Nick:

As discussed yesterday, in order to determine the exact location of the damage to your sewer lateral please have a plumber conduct a video in your sewer and forward a copy to us for our review. This procedure will help both of us determine the possible cause of your sewer lateral.

Thank you,

*Jose Anselmo*
Claims Investigator
PG&E/Law-Claims
77 Beale Street, Room 3130A
San Francisco CA 94105
415-973-3277
Fax: 415-973-0516



This message and any attached documents contain information that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Anselmo, Jose
**Sent:** Wednesday, November 22, 2017 8:38 AM
**To:** 'tracynick@mac.com'
**Subject:** PG&E Claim: 2017411748

Dear Ms. Nick:

Please be advised, the above mentioned claim has been assigned to me to investigate and determine whether PG&E is liable for this loss.

All claims are evaluated on a case by case basis. It is my goal to resolve your claim within 30 days of assignment. I will be reaching out to our gas department to review your claim. Please provide the name of the PG&E representative who you might have talked to about your claim on 10/26/2017. If you have photos for your damages and invoices for repairs, please forward them to me for our review and to set the appropriate reserve.

You may not combine two claims on a claim form. You will have to file a separate claim for the

incident that happened several years ago (a few years before you purchased your home). Please provide copies of the repair estimate, photos and the approximate date for this separate incident.

Meanwhile, if you have any questions or additional information to send regarding your claim, contact me or send directly to me via email, fax or to my mailing address below. To help expedite, please include your claim number with all correspondence.

Thank you,

*Jose Anselmo*
Claims Investigator
PG&E/Law-Claims
77 Beale Street, Room 3130A
San Francisco CA 94105
415-973-3277
Fax: 415-973-0516

This message and any attached documents contain information that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

This message and any attached documents contain information that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** TRACY NICK [mailto:tracynick@mac.com]
**Sent:** Sunday, December 03, 2017 10:21 PM
**To:** Anselmo, Jose
**Cc:** Haisam Nijem
**Subject:** Re: PG&E Claim: 2017411748



Hello Jose,

Attachments available until January 02, 2018.

I have attached 2 videos upon your request. One is from Thursday afternoon that was shot by a plumber who had just snaked our sewer line after the toilets on the main level of our three unit building began backing up, and the other is from today, Sunday, December 3. The video from Thursday shows that at about 27ft, which is just about where pg&e dug the hole, the sewer line is completely backed up and the camera is covered in sewage. The other video from today, Sunday, shows the sewage backing up and coming up through the hole you dug in the street as well as through the sidewalk. This is what we TOLD you was happening a day or two after you dug up our street. It also shows that we now have to leave the cap off the clean out valve in our yard to keep the sewage from backing up into our home. We now have raw waste running into our yard, down our sidewalk and curb.

This is beyond upsetting at this point. We began calling you a day or two after the work was done in the street and here we are a month later, nothing resolved, and the situation is getting worse by the day. We have called and continue to call and nothing is being done. In desperation today we called PGE today to get help and they sent a technician to check our gas line. IT IS NOT A GAS LINE PROBLEM. Twice we have contacted Marin Sanitation Department to come and check our sewer line. Twice they have sent Rotor Rooter and they have declared that the main sewer line running down the middle of the street is clear. Our plumber has said that our pipe looks fine and the blockage is not on our property. (see video).

We are also going to contact the city of San Rafael County Health Department as well as a lawyer to help us get something done about this. It is unacceptable.

Please look at the videos and contact me ASAP about what your plans are to rectify this. As of now, we have had to have our drain snake twice in a couple of days to keep the sewage from flooding our building. We have spent hundreds of dollars so far and it is going to go up from here. What is your plan?

I am cc ing my partner Haisam on this email as he has more availability to speak on the phone, if necessary, over the next few days. Please include us both on correspondences and call him if I can't pick up the phone.

Tracy

# RE: PG&E Claim: 2017411748

December 4, 2017 at 3:45 PM

From "Anselmo, Jose"

To TRACY NICK

Cc Haisam Nijem



Dear Ms. Nick:

Please obtain a repair estimate for your damaged sewer lateral and provide us a copy for our review and record.

Sincerely,

Jose Anselmo
Claims Investigator
PG&E/Law-Claims
77 Beale Street, Room 3130A
San Francisco CA 94105
415-973-3277
Fax: 415-973-0516

This message and any attached documents contain information that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Anselmo, Jose
**Sent:** Monday, December 04, 2017 10:04 AM
**To:** 'TRACY NICK'
**Cc:** Haisam Nijem
**Subject:** RE: PG&E Claim: 2017411748



Thank you Ms. Nick and Mr. Nijem for your e-mail and attached videos. Just for clarification, your claim was received by the law claims department on 11/21/17 and was acknowledged on 11/22/17.

I have forwarded your e-mail and videos to ur gas department for your review and I will keep you posted.

Sincerely,

Jose Anselmo
Claims Investigator
PG&E/Law-Claims
77 Beale Street, Room 3130A
San Francisco CA 94105
415-973-3277
Fax: 415-973-0516

Sent from my iPhone. Please excuse any typos and my brevity.

Begin forwarded message:

> **From:** "Perkins, Dustin" <DJPk@pge.com>
> **Date:** December 4, 2017 at 3:59:01 PM PST
> **To:** "haisamnigem@yahoo.com" <haisamnigem@yahoo.com>
> **Cc:** "tracynick@mac.com" <tracynick@mac.com>
> **Subject: PG&E Claim # 2017411748**
>
> Haisam,
>
> Thank you for speaking with me this afternoon. As discussed, please obtain a scope and estimate of repair from the plumber of your choice and e-mail it to me for review and consideration. Also, please e-mail to me copies of the invoices documenting the expenses you have incurred to date for video and cleanout services.
>
> Regards,
>
> **Dustin J. Perkins**
> **Senior Claims Investigator - Litigation and Claims**
> **Pacific Gas & Electric Co. - Law Department**
> 111 Stony Circle | Santa Rosa, CA 95401
> Office - (707) 577-7163 | Fax - (707) 577-1085
> Email - dustin.perkins@pge.com

This email message is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this email in error, or are not the named recipient(s), please immediately notify the sender.

**Sent:** Tuesday, December 05, 2017 3:26 PM
**To:** TRACY NICK; Perkins, Dustin
**Subject:** Re: Fwd: PG&E Claim # 2017411748



*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Dustin,

I sent this earlier but I misspelled your address and it bounced back.

We had Ken from Marin H2O come out earlier today. He has a lot of experience and knew a lot about working with PG&E as well as city codes and ordinances and that is why the company sent him. He is working up the bid now. He figured out pretty quickly what happened, which is what we thought all along. When PG&E dug the hole in October they knew they hit our sewer line and that is why they cut off the gas to the building, to limit the amount of water we used knowing we wouldn't want to take a cold shower. And rather than dealing with it in any way they left. They cut off our gas without telling us they shut it off and obviously not explaining why. After several calls to PG&E we were able to get a technician out several nights later and reconnect our gas. He said PG&E had no record they cut off our gas. Last week we were told they did actually have a record that they cut off our gas but they said they didn't note why they did so.

So for over a month now PG&E has been letting our sewage back up into our yard as well as seep up through the hole they dug and letting raw sewage run down the neighborhood and into the storm drain. This is a serious violation with the city and Marin H2O is trying to get everything moving forward ASAP with having the proper agencies come out and mark all the power lines, sewage lines and gas lines so they can fix the issue without doing any further damage.

Our building has multiple units. We have tenants with young children walking over and smelling our own sewage (meaning our own excrement) on a constant basis. The CEO of Marin H2O was shocked that you didn't offer to pay for a hotel for our tenants so they can not have to live with this health and safety hazard that PG&E created. We want you to do that starting now until the sewer line is fixed which unfortunately may still take at least a few days and possibly into early next week. I have made several calls to other plumbers but not a single one has returned my call so the chances of getting things done faster withs someone else doesn't seem likely.

The other issue we were having is that a few years back PG&E cut into our concrete stairs and to work on our gas line. After doing so they or someone they contracted with did a shoddy patchwork job of the stairs. They filled in what they dug and then put a 1/2 inch coating of concrete over the rest of the stairs. You can see where they did this as the entire coating is cracking and falling apart, leaving crack marks and small holes everywhere. I've patched this up a couple of times but it's a constant battle and it's getting worse.

We were told that the stairs would be a separate claim. However, since we are doing all this work now it seems to make sense to take care of it all at once. This would be from both a financial standpoint on your behalf and a convenience factor on our behalf. Actually, it would be more proper to say it would minimize our inconvenience.

We are reasonable people who understand that accidents do happen. And I do appreciate that you are working with us now but the way this has been handled up until now not only lacks common human decency but actually feels malicious. And please keep in mind we are not asking for anything above and beyond we are simply asking for PG&E to make things right now that everyone fully understands what actually happened.

Regards,
Haisam Nijem
(925) 683 - 2698

**From:** TRACY NICK <tracynick@mac.com>
**To:** Haisam Nijem <haisamnijem@yahoo.com>
**Sent:** Tuesday, December 5, 2017 12:21 PM
**Subject:** Fwd: PG&E Claim # 2017411748

# RE: Fwd: PG&E Claim # 2017411748

December 5, 2017 at 4:55 PM

From "Perkins, Dustin"

To Haisam Nijem, TRACY NICK

Cc "Anselmo, Jose", "Shaw, Kevin"

📎 🗋 image001.jpg 1.66 KB



Haisam,

Thank you for your e-mail. As I only took over the handling of your claim late yesterday afternoon, I was not aware of the severity of the sewage leakage issue that you describe. By all means, PG&E will reimburse the occupants of the property for reasonable expenses incurred for alternative housing arrangements until which time repairs and cleanup are completed. Please have each household submit their expense documentation to me via e-mail at dustin.perkins@pge.com.

With regard to the sewer lateral repair, please submit the estimate of repair that you receive via e-mail as well. I am cc'ing my colleague, Jose Anselmo, on this e-mail as I am going to be out of town beginning tomorrow, 12/6/17, and returning on 12/11/17. Mr. Anselmo will be able to assist you if the estimate is submitted while I am out of the office.

Regarding the claim for the damaged steps, please submit to me photographs of the condition you describe and an estimate of repair. Once that information is received we can address that claim simultaneously with the claim involving the sewer lateral.

Regards,

**Dustin J. Perkins**
**Senior Claims Investigator - Litigation and Claims**
**Pacific Gas & Electric Co. - Law Department**
111 Stony Circle | Santa Rosa, CA 95401
Office - (707) 577-7163 | Fax - (707) 577-1085
Email - dustin.perkins@pge.com

*This email message is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this email in error, or are not the named recipient(s), please immediately notify the sender.*

**From:** Haisam Nijem [mailto:haisamnijem@yahoo.com]

Tracy Nick

Sent from my iPhone. Please excuse any typos and my brevity.

Begin forwarded message:

> **From:** TRACY NICK <tracynick@icloud.com>
> **Date:** March 5, 2019 at 9:44:31 PM PST
> **To:** tracynick@icloud.com, haisamnijem@yahoo.com
> **Subject: Fwd: Pge h2o 1 - Jan 6, 2018**
>
> Sent from my iPhone. Please excuse any typos and my brevity.
>
> Begin forwarded message:
>
>> **From:** "Perkins, Dustin" <DJPk@pge.com>
>> **Date:** January 9, 2018 at 2:57:27 PM PST
>> **To:** TRACY NICK <tracynick@icloud.com>, Haisam Nijem <haisamnijem@yahoo.com>
>> **Subject: RE: Pge h2o 1 - Jan 6, 2018**
>>
>> Tracy/Nijem,
>>
>> Thank you for the invoice. Please send me the stair repair estimate when received. Prior to issuing any additional payments we will require that you sign a release. Once the release is signed I will issue one final payment for all outstanding amounts owed. Please call me if you have any questions.
>>
>> Regards,
>>
>> Dustin J. Perkins
>> Senior Claims Investigator - Litigation and Claims
>> Pacific Gas & Electric Co. - Law Department
>> 111 Stony Circle | Santa Rosa, CA 95401
>> Office - (707) 577-7163 | Fax - (707) 577-1085
>> Email - dustin.perkins@pge.com

(9)

This email message is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this email in error, or are not the named recipient(s), please immediately notify the sender.

-----Original Message-----
From: TRACY NICK [mailto:tracynick@icloud.com]
Sent: Tuesday, January 09, 2018 8:55 AM
To: Perkins, Dustin; Haisam Nijem; Anselmo, Jose
Subject: Pge h2o 1 - Jan 6, 2018



*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hello Dustin and Jose,

Here is the final bill from Marin H2O. It looks like it's $1,000 over the estimate and the check you sent us so promptly; thank you!

We are still waiting for an estimate on the stairs.

Thank you,
Tracy
Cc: Haisam Nijem

Scanned with TurboScan.

**Marin H2O, Inc.**

*Culligan*

Water Heaters * Emergency Service
Blockage, Breaks & Leaks * Water, Sewer & Gas
Underground Sewer Repair & Replacement
Waste and Storm Water Recovery Systems
Water Treatment & Filtration

AcctNo: 48848

| | | |
|---|---|---|
| INVOICE NO: | 77707 | Page 1 of 2 |
| Date: | 12/18/2017 | |
| Due Date: | 12/18/2017 | |
| Terms: | | |
| Cust PO: | | |
| Reference: | Service Date: 12/18/2017 | |

**Billing Address:**
NIJEM, HAISAM
221 Union St
San Rafael, CA 94901-3441

**Location Address:**
NIJEM, HAISAM
221 Union St
San Rafael, CA 94901-3441

| ItemNo | Description | Qty | Price | Extended |
|---|---|---|---|---|
| EXCAVATION | EXCAVATION CHECK LIST<br>SIGNED QUOTE _YES _NO<br>EXCAVATION RELEASE _YES _NO<br>PERMIT _YES _NO<br>ENCROACHMENT PERMIT _YES _NO<br>TRAFFIC CONTROLS NEEDED _YES _NO<br>PICTURES OF EXCAVATION SITE WITH USA MARKINGS PRE EXCAVATION.<br>1.PG&E GAS YELLOW<br>2.PG&E ELECTRICAL PINK<br>3.TELECOMUNICATIONS ORANGE<br>4.MUNICIPAL WATER BLUE<br>5.MUNICIPAL SEWER & STORM GREEN | 1.00 | 0.00 | 0.0 |
| PERMITS | PERMITS | 1.00 | 0.00 | 0.00 |
| SANITARYPERMIT | SANITARY PERMIT | 1.00 | 250.00 | 250.00 |
| ENCROACHMENTPERMIT | ENCROACHMENT PERMIT | 1.00 | 350.00 | 350.00 |
| OUTSIDESERVICES | OUTSIDE SERVICES | 1.00 | 0.00 | 0.00 |
| PAVINGSERVICES | PAVING SERVICES - PLUG 2 HOLES FOR RE-PAVE. | 1.00 | 1,500.00 | 1,500.00 |
| SAFETYEQUIPMENT | SAFETY EQUIPMENT<br>TRENCH PLATES: ___YES ___NO<br>SHORING: ___YES ___NO | 1.00 | 0.00 | 0.00 |
| LANDFILLFEES | LANDFILL FEES | 1.00 | 240.00 | 240.00 |
| CRUSHEDROCK | CRUSHED ROCK | 1.00 | 400.00 | 400.00 |
| CONCRETE | CONCRETE - REPLACE SIDEWALK SETIONS TO BE REMOVED TO FACILITATE PIPE BURSTING, REPLACE WALK WAY NEXT TO HOUSE FOR INSERTION PIT/ CLEANOUT INSTALL. REPAIRS TO GUTTER PAN AND CURB DAMAGED DURING ORIGINAL PG&E EXCAVATION. | 1.00 | 4,000.00 | 4,000.00 |
| COMPACTIONTEST | COMPACTION TEST | 2.00 | 250.00 | 500.00 |
| EXCAVATOREQUIPMENT | EXCAVATOR,TRUCK,TRAILER | 1.00 | 750.00 | 750.00 |
| SPECIALTYTOOLS | SPECIALTY TOOLS | 1.00 | 0.00 | 0.00 |
| GENERATOR | GENERATOR | 1.00 | 25.00 | 25.00 |
| COMPACTOR | COMPACTOR | 1.00 | 25.00 | 25.00 |
| JACKHAMMER | JACKHAMMER | 1.00 | 25.00 | 25.00 |
| ZCONCRETESAW | WALK BEHIND WET CONCRETE SAW | 1.00 | 25.00 | 25.00 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| TRENCHLESSREPLACEMNT | TRENCHLESS LATERAL REPLACEMENT | 1.00 | 500.00 | 500.00 |
| USATICKET | USA TICKET NUMBER | 1.00 | 0.00 | 0.00 |
| EXCAVATIONRELEASE | EXCAVATION RELEASE | 1.00 | 0.00 | 0.00 |

Excavation Release:
Marin H20 Inc. uses extreme caution while excavating. However, due to the nature of this type of work, it is not possible to guarantee, during the course of repair, damage will not occur to the property, due to unforeseen circumstances.

This form releases Marin H20, Inc. from any liability for repairs and/or insurance claims for repairs to unmarked lines, and/or accidents beyond our control.

EXTRA FEES: If location is on a moratorium street or alternatives to hot asphalt patch are required.
If sags re-occur after pipebursting, and conventional trenching is necessary.
We WILL NOT be responsible for digging up or repairing any unmarked/mismarked sewer main, water main, gas line, electrical lines or I.T. cables, television wires, septic lines, storm drains, etc. that are damaged during excavation, or a replacement or abatement of wye at street, and additional charges will apply.
If we encounter refusal rock, mud or water, additional charges will apply.
~~Inspection requirements vary/change throughout different municipalities~~ additional charges will apply if at time of permit change order is required.
X_____

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| PLUMBINGLABOR | PLUMBING LABOR EXCAVATOR OPERATION, SITE MANAGEMENT AND OVERSITE PIPE FITTING AND LATERAL CONSTRUCTION | 1.00 | 3,750.00 | 3,750.00 |
| LABORAPPRENTICE | APPRENTICE PLUMBING LABOR TRAFFIC CONTROL EXCAVATION, OFF HAUL SPOILS, BACKFILL | 1.00 | 5,625.00 | 5,625.00 |
| MISCPARTS | PIPE AND FITTINGS | 1.00 | 950.00 | 950.00 |
| PLUMBINGLABOR | PLUMBING LABOR - CHANGE ORDER - HAMMER TAP WYE REPLACEMENT REQUIRED BY SANITARY DIST. | 1.00 | 750.00 | 750.00 |

Remit To:
Marin H20, Inc.
40 Paul Drive
San Rafael, CA 94903
Phone: 415.479.8411

NOTICE: 2.9% convenience fee charges will apply to credit card payments

 

| | |
|---|---|
| Sub Total: | 19,665.00 |
| Sales Tax: | 551.25 |
| Invoice Total: | 20,216.25 |
| Total Amount Due: | $20,216.25 |

INVOICE NO:


Case: 19-30088   Doc# 9725-1   Filed: 12/01/20   Entered: 12/04/20 10:30:55   Page 12 of 20

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---------|------------|-----------|--------|---------|--------|----------------|
| 1130292 | 2487775444 | 12222017 | $19216.25 | 00000000000059978 | 4317046 | 00010061 |

WARNING: THIS DOCUMENT CONTAINS A VOID PANTOGRAPH, COLORED BACKGROUND AND WATERMARK ON THE BACK

**Pacific Gas and Electric Company**
77 Beale Street, San Francisco, CA

THE BANK OF NEW YORK MELLON CORPORATION
53-292
113

Date: 12/06/2017
Check No. 4317046

*NINETEEN THOUSAND TWO HUNDRED SIXTEEN************************************ AND 25/100 DOLLARS
Pay $*********19,216.25*

To The Order Of

TRACY NICK AND HAISAM NIJEM
Re: Sewer Lateral Repairs
221 UNION ST.
SAN RAFAEL CA 94901

ACCOUNTS PAYABLE

David Thomason
VP, CONTROLLER, and CFO

Nicholas Bijur
VP and TREASURER

⑈0004317046⑈ ⑆011302920⑆ 059978⑈

2487775444



Cc: Haisam Nijem

Sent from my iPhone. Please excuse any typos and my brevity.

Begin forwarded message:

> **From:** Haisam Nijem <haisamnijem@yahoo.com>
> **Date:** January 11, 2018 at 2:15:04 PM PST
> **To:** TRACY NICK <tracynick@icloud.com>
> **Subject: Fwd: Proposal you requested for 221 Union Street, San Rafael**
>
>
> I am responding from my iPhone. Please excuse brevity, grammar and typos.
>
>
> Begin forwarded message:
>
>> **From:** "Scott Foster" <scott@vanmiddeconcrete.com>
>> **Date:** January 11, 2018 at 8:50:10 AM PST
>> **To:** <haisamnijem@yahoo.com>
>> **Subject: Proposal you requested for 221 Union Street, San Rafael**
>> **Reply-To:** <scott@vanmiddeconcrete.com>
>>
>> Hi Haisam,
>>
>> Attached is a copy of the proposal you requested.
>> If you have any questions please call 415-459-2530
>> or simply respond to this email.
>>
>> Thank you,
>>
>> Scott Foster
>> Van Midde & Son Concrete
>> 415-459-2530

(11)



# Proposal

**Van Midde & Son Concrete**
490 B Street, San Rafael CA 94901
p. (415) 459-2530
fax. (415) 459-3028
e-mail: info@vanmiddeconcrete.com
website: www.vanmiddeconcrete.com
CA State License: #676584

No. 013983

Date 1/10/2018

| PROPOSAL SUBMITTED TO | PHONE | FAX NUMBER |
|---|---|---|
| Haisam Nijem | 925-683-2698 | |
| | E-MAIL ADDRESS | |
| | haisamnijem@yahoo.com | |
| 221 Union Street | JOB LOCATION | |
| | 221 Union Street, San Rafael | |
| CITY, STATE, ZIP | ESTIMATOR | |
| San Rafael, CA | Scott Foster | |

We hereby submit the following specifications and estimates:
Job Description:

Remove and replace existing concrete front entry steps, landings and small walls.
Excavate soil as needed to meet new grades. Haul away debris to recycling center.
Install new concrete with a colored and stamped textured finish. Seal concrete when cured.
Concrete will be reinforced with 1/2" rebar. Install concrete planter at gas meter area.
L.S. $22,550.00

Excluding: permits, waterproofing, irrigation, and hand-railing.

If in the event it becomes necessary for contractor by lien or other action to enforce collection of any amount payable by buyer hereunder, buyer agrees to pay contractor all expenses including interest and attorney's fees. Finance charges of 1 1/2% per month (18% annual percentage rate) on overdue accounts may be charged.
In the State of California contractors are required by law to be licensed and regulated by the Contractor's State License Board. Any questions concerning a contractor may be referred to the Registrar of the Board whose address is:
Contractor's State License Board, PO Box 26000, Sacramento, CA 95826 or web address: http://www.cslb.ca.gov

**We Propose** hereby to furnish material and labor complete in accordance with the above specifications, for the sum of:
**SEE ABOVE LUMP SUM AMOUNT(S)**

PAYMENTS TO BE MADE AS FOLLOWS: **PROGRESSIVE BILLING, FULL BALANCE DUE UPON COMPLETION OF JOB**

Terms and Conditions:
All material is guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry all necessary insurance. Our workers are fully covered by Worker's Compensation Insurance. If either party becomes involved in litigation arising out of this agreement, the court shall award costs/expenses including attorney fees to the party justly entitled to them.

Authorized Signature: *Ted Van Midde III*

Note: This proposal may be withdrawn by us if not accepted within ____10____ days.

**Acceptance of Proposal** - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of Acceptance: _____  Signature: _____

Signature: _____

# During the course of construction the following conditions may apply to this contract. It is requested you review and initial each one.

INITIALS

1. If the fine grade is being provided by another contractor or the owner, please be advised that if the grade falls above or below 1 inch, the additional labor and material needed to correct the grade will be billed to the owner.

   _____

2. Van Midde & Son Concrete is not responsible for underground utilities.

   _____

3. If, during the course of our work, underground utilities are interfered with, we can endeavor to repair them ourselves with the cost of $75.00 per man/ per hour, plus materials being paid by the owner of the project or the owner may hire an outside repairman.

   _____

4. Any changes in the project after the layout and form work is established will be billed to the owner at $75.00 per man/ per hour plus materials.

   _____

5. If we agree to remove an existing driveway of either asphalt or concrete, our bid is based on the assumption that the material to be removed is between 4" to 6" thick. If the old material is thicker than 6" and/or we run into wire or steel, the bid for this phase of the contract will have to be re-negotiated with the owner.

   _____

6. Please be advised that concrete can crack after installation, even though we take great care to create control joints to avoid them. They will most likely be small shrinkage cracks that will not affect the serviceability of the slab.

   _____

Comments:




Please initial all the above items and sign the acceptance below.

Thank you, and we look forward to working with you on your project.

By my/our signature below, I/we agree to all the conditions of this contract:


_____ Date_____


_____ Date_____

# RE: Proposal you requested for 221 Union Street, San Rafael

January 18, 2018 at 5:08 PM

From "Perkins, Dustin"

To TRACY NICK

Cc Haisam Nijem

📎 image001.jpg 1.66 KB

Hi Tracy,

Thank you for the estimate. I have placed a call to the estimator, Scott Foster. I plan on scheduling a meeting with him to inspect the stairs and discuss his proposal. I will let you know when that is coordinated.

Regards,


**Dustin J. Perkins**
Senior Claims Investigator - Litigation and Claims
Pacific Gas & Electric Co. - Law Department
111 Stony Circle | Santa Rosa, CA 95401
Office - (707) 577-7163 | Fax - (707) 577-1085
Email - dustin.perkins@pge.com

This email message is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this email in error, or are not the named recipient(s), please immediately notify the sender.

---

**From:** TRACY NICK [mailto:tracynick@icloud.com]
**Sent:** Thursday, January 11, 2018 2:25 PM
**To:** Perkins, Dustin
**Cc:** Haisam Nijem
**Subject:** Fwd: Proposal you requested for 221 Union Street, San Rafael

Hello Dustin,

The bid for the concrete just came in. I've attached the invoice in this email.

Thank you,
Tracy

# FW: Final Reimbursement Fwd: Pge h2o 1 - Jan 6, 2018

March 13, 2019 at 10:01 AM

From "Perkins, Dustin"

To "De Luca, Maria(Law-Claims)"

Cc "tracynick@icloud.com"

📎 image001.jpg 1.66 KB

Maria,

Can you please contact Tracy Nick to discuss the further handling of her damage claim?

Thank you.

**Dustin Perkins**
**Sr. Government Relations Representative**
**EPWC Agency Liaison Support| North Bay, Sonoma**
**Pacific Gas & Electric Co.**
111 Stony Circle | Santa Rosa, CA 95401
Office - (707) 577-7163 | Fax - (707) 577-1085
Email - dustin.perkins@pge.com

*This email message is confidential, intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this email in error, or are not the named recipient(s), please immediately notify the sender.*

**From:** TRACY NICK <tracynick@icloud.com>
**Sent:** Wednesday, March 13, 2019 9:52 AM
**To:** Perkins, Dustin <DJPk@pge.com>; mariad@uognj.com; haisamnijem@yahoo.com
**Subject:** Final Reimbursement Fwd: Pge h2o 1 - Jan 6, 2018

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hello Dustin and Maria, I would like to please get final reimbursement for the thousand dollars for the work that was done last year to fix the sewer lateral. As you can see from the emails below, I thought we were waiting for release documentation. Could you please send that over as well as a check and we can both move on from this.

Thank you,

# FW: Bankruptcy Letter

March 14, 2019 at 9:18 AM

From "De Luca, Maria(Law-Claims)"

To "tracynick@icloud.com"



📎 mmt1111167911.docx 38.57 KB

Tracy- Attached is a letter concerning PG&E's Chapter 11 filing. You will have to submit your claim to the Bankruptcy Court. Maria

**From:** De Luca, Maria(Law-Claims)
**Sent:** Thursday, March 14, 2019 9:10 AM
**To:** De Luca, Maria(Law-Claims)
**Subject:** Bankruptcy Letter

mmt1111167911
38.57 KB

DownloadOpen in Pages