

Case: 19-30088    Doc# 9725-2    Filed: 12/01/20    Entered: 12/04/20 10:30:55    Page 1 of 1