| | |
|---|---|
| From: | CANB Emergency Filings |
| Sent: | Tuesday, December 1, 2020 3:38 PM |
| To: | |
| Cc: | |
| Subject: | FW: Omnibus Objection |



**From:** Tbergam@gmail.com <tbergam@gmail.com>
**Sent:** Tuesday, December 1, 2020 2:23 PM
**To:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Subject:** Fwd: Omnibus Objection

**CAUTION - EXTERNAL:**

Please see objection to decision below

Begin forwarded message:

> **From:** PG&E Claims <pgeclaims@kbkllp.com>
> **Date:** December 1, 2020 at 1:37:19 PM PST
> **To:** Tbergam@gmail.com
> **Subject: RE: Omnibus Objection**
>
> Hi Mr. Bergam,
>
> In order for your response to be legitimate given the objection deadline of 4 PM today, you will need to send your documentation to the court filing email below. The email is CANB-EMERGENCY-FILINGS@canb.uscourts.gov. Thank you!
>
> Best,
>
> HADLEY ROBERTS-DONNELLY
> Direct: 415.364.6791
> Cell: 510.289.4917

Email: hrobertsdonnelly@kbkllp.com



**From:** Tbergam@gmail.com <tbergam@gmail.com>
**Sent:** Tuesday, December 1, 2020 1:03 PM
**To:** PG&E Claims <pgeclaims@kbkllp.com>
**Subject:** Re: Omnibus Objection

Thanks but this says invalid email. In letter I received I was instructed to send to you
Tim bergam

> On Nov 30, 2020, at 12:54 PM, PG&E Claims <pgeclaims@kbkllp.com> wrote:
>
> Dear Mr. Bergam,
>
> To arrange filing your claim response and supporting documentation with the Court, please email CANB-EMERGENCY-FILINGS@canb.uscourts.gov. Thank you.
>
> Best,
>
> HADLEY ROBERTS-DONNELLY
>
> Direct: 415.364.6791
>
> Cell: 510.289.4917
>
> Email: hrobertsdonnelly@kbkllp.com
>
> <image002.png>
>
> **From:** tbergam <tbergam@gmail.com>
> **Sent:** Sunday, November 29, 2020 8:40 PM
> **To:** PG&E Claims <pgeclaims@kbkllp.com>
> **Subject:** Omnibus Objection
>
> To whom it may concern:
> I, Timothy Bergam, disagree with the decision for PGE to dismiss my claim. I would like to state my objections on December 15 2020 with the Honorable Dennis Montali, United States Bankruptcy Judge.
> Requested info from letter denying my claim:
>
> i: United States Bankruptcy Court; Courtroom 17, 16th Floor; San Francisco, CA 94102
>
> ii: Timothy Bergam; Claim Number (with PGE) 133; Bankruptcy case #: 19-30088 (DM). The claim amount is from the appliances and property damaged through faults in the electricity lines leading to my home. Head crew member explained to me that this was the fault of PGE and not my own. He was the one who informed me of filing a claim .**Debtor Name:** Pacific Gas and Electric Company.
>
> iii: damage to my property occurred because of a down/bad neutral line. PGE employee informed me that this was through the fault of PGE. Several tests were performed on

our power and all work performed was outside my home and was through faulty lines leading to my home

iv: I, Tim Bergam, understand under penalty of perjury, I am the person with relevant facts that support the response

v: (there was no 'v' in the letter. the letter skipped step 5; there was i;ii;iii;iv;vi; and vii)

vi: Timothy Bergam; 813 Fairfax Dr.; Salinas, CA 93901
   cel: 503-853-4054. I do not have legal representation. I received this letter only a few days ago and am responding promptly to dispute the ruling. I have not been given enough time to research or find legal help.

Overall, the letter sent to me denying my claim was confusing and I am unclear if I am submitting my objection to denial of claim to the proper channels. As far as I know, I have. Directions were not clear, even one of the steps in what I should include in this email was missing; completely skipped over making it even more confusing.
Letter also states I "must arrange for the Response to be filed with the Court within two business days thereafter."
Please file this response with the Court.
Thank you.
Tim Bergam
503.853.4054

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

3

Case: 19-30088    Doc# 9726    Filed: 12/01/20    Entered: 12/04/20 10:44:56    Page 3 of 3