| | |
|---|---|
| **From:** | CANB Emergency Filings |
| **Sent:** | Tuesday, December 1, 2020 4:05 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | FW: Response to Debtors Forty Fourth Omnibus Objection to Claims |
| **Attachments:** | PGE Claim 041519 smaller.pdf; Todd K field repsonse of service.pdf |



---

From: Todd Field <todd.field@gmail.com>
Sent: Tuesday, December 1, 2020 3:59 PM
To: CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
Subject: Fwd: Response to Debtors Forty Fourth Omnibus Objection to Claims

**CAUTION - EXTERNAL:**

In response to PG&E Corporation & Pacific Gas and Electric Company

United States Bankruptcy Court
Northern District of California
San Francisco Division

Bankruptcy Case No. 19-30088

Todd K Field
Claim Number 2206

Synopsis:
A power outage surge in Oakland, CA caused damage to several electrical and mechanical systems in our home located at 2327 Bartlett St. Oakland, CA 94601.

PGE Representatives responded the night of January 6th, 2019 night and noted in PGE's accounts that the damage occurred due to a storm surge and would be eligible for reimbursement. This occurred about 2 weeks prior to Debtors entering bankruptcy.

Please see attached documentation detailing my claim on PG&E.

I hereby declare, under penalty of perjury, that these facts and claims are truthful and relevant and am representing my own interest in this claim. Please direct all responses directly to me.

Sincerely,

Todd K Field
2327 Bartlett St.
Oakland, CA 94601
510-679-9635
todd.field@gmail.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.