April 15, 2019

Address: 2327 Bartlett St.
          Oakland, CA 94601

RE: PG&E Claim from power surge January 6th, 2019

Brief Narrative -

A power surge on January 6th knocked out power to 1500 or so residents in the Peralta Hacienda area where our property is located. When power was restored that day, we discovered several non operating appliances including our heat and hot water. PG&E responded that night with a service call and the technician noted that the power failure and surge damaged several items in our household as power to our panel was good. This was noted in the service records.

Heat was restored after an electrician was able to repair damaged elements and bypass an old circuit box. Repair cost: $367.50

Our electric tankless hot water heater was installed with a non code compliant electrical panel servicing its large power requirements. We spent $135 to assess that it was beyond repair and estimate for replacement and install was $1,867, plus another $3,000 to bring the electrical panel up to code. Instead we replaced it with a more energy efficient and serviceable tankless gas water heater. Cost $3,800. Total cost: $3,935

Additional damage included:
- Washing machine power board. Repair cost: $75
- LED bedroom light: Replacement cost: $80
- Vizio TV power board. Repair cost: $83.95

Total cost: $4,541.45


Thank you,


Todd Field & Michelle Draeger



3542 Fruitvale Ave #101
Oakland, CA 94602
(510) 710-0534
micahelectric.co
Micah@micahelectric.co
Micah Jackson-Sattler Owner
License #930002

# Invoice

Invoice No: 262
Date: 01/08/2019

| Bill To: | Todd Field |
| | Todd.field@gmail.com |
| | 2327 Bartlett St |
| | Oakland, CA, 94601 |

| Description | Quantity | Rate | Amount |
| --- | --- | --- | --- |
| Troubleshooting and Repair<br>Check non working lights and plugs throughout home and repair if practicable.<br><br>12/9/2019. MJS found bad GFCI in bathroom, blown fuses in fuse box and furnace. Removed fuse in fuse box and connected to AFCI circuit | | | |
| Time and Materials Pricing Basis -<br>Work to be done on Time & Materials Basis as follows:<br>All Journeyman labor @ $150 for 1st hour and $125 per hour afterward .<br>Materials at cost + 10%.<br>Other expenses, if any, as incurred.<br>3.5% Fee for Credit Card<br>Time billed is for all time related to job including all site work, one way traveling, special material acquisition, loading and cleanup. | 1 | $367.50 | $367.50 |



| | Subtotal | $367.50 |
| --- | --- | --- |
| | TAX 9.75% | $0.00 |
| | TAX 0% | $0.00 |
| | Total | $367.50 |
| | PAID | $367.50 |
| | **Balance Due** | **$0.00** |

Terms and Conditions

All material is standard and guaranteed unless otherwise noted. All work to be completed in a workmanlike manner according to standard practices. For fixed price jobs any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. For Time and Materials Basis jobs, any additional work which is requested or required and authorized will not require written change orders and will be billed at the above rates. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, accident and other necessary insurance. All work done to the requirements of the National Electrical Code and other applicable codes unless otherwise noted. All work guaranteed for one year from date of installation.
Permits and inspections as required, to be furnished by owner.
Openings may be necessary to install wiring. Patching and repairing not included. Patching available on request.

# Hassler

**Heating | Cooling | Energy Upgrades**

1537 South 56th Street, El Cerrito, CA 94530
License #770180

www.hasslerheating.com
Office: (510) 848-3030
Fax: (510) 263-6554

**INVOICE** 22356

| | | |
|---|---|---|
| MAKE | Tempra | MAKE |
| MODEL | | MODEL |
| SERIAL NUMBER | 223425-9132 | SERIAL NUMBER |
| MAKE | | MAKE |
| MODEL | | MODEL |
| SERIAL NUMBER | | SERIAL NUMBER |

**BILL TO**

**NAME:** Todd Field
**STREET:** 2327 Bartlett St
**CITY:** Oakland CA
**ZIP CODE:** 94601
**DATE:** 1-9-19
**PHONE:** (510) 679-9635
**TECHNICIAN:** Tony

### DESCRIPTION OF OUR SERVICES TODAY

Found fried control board in electric tankless water heater. Can not test other components before replacing board. Recommend new unit.

| QTY. | TASKS AND/OR PARTS | MEMBERSHIP SAVINGS | REGULAR PRICE |
|---|---|---|---|
| | Diagnostic Fee | | 135 - |

FILTERS x x
FILTERS x x
BELTS

**TOTAL INVESTMENT**

WARRANTY START TRAVEL
WARRANTY CALL COMPLETED

### PROFESSIONAL RECOMMENDATIONS

Customer would like estimate for gas tankless

**TERMS:** RESIDENTIAL C.O.D. ☐ COMMERCIAL ON ACCOUNT • NET 30 DAYS ☐
**PAID:** ☐ NO CHARGE ☐ PREPAID CARD NAME
☒ CHECK # 2543 ☐ CASH ☐ CREDIT CARD

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

**CUSTOMER SIGNATURE** DATE

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

☐ REGULAR ☐ WARRANTY

**TOTAL INVESTMENT**

## Thank You!

**TOTAL** $135 -

THANK YOU FOR CHOOSING US! A KIND WORD ABOUT YOUR EXPERIENCE ON REVIEW BASED WEBSITES, COMMUNITY FORUMS, OR SOCIAL MEDIA MEANS A GREAT DEAL TO OUR FAMILY BUSINESS!

Case: 19-30088   Doc# 9727-1   Filed: 12/01/20   Entered: 12/04/20 11:16:10   Page 3 of 7

# Water Heaters Masters, Inc.

2330 Bates Ave Suite D5  
Concord, California 94520  
United States  

(925) 363-4965  
waterheatersmasters@gmail.com  
Lic.# 888593  

Invoice Submitted To:
## Todd Field
2327 Bartlett St  
Oakland, California 94601  
United States  



# INVOICE

| | |
|---|---|
| Invoice # | 664870A |
| Invoice Date | 10-Jan-2019 |
| Terms | 1-Payment Due At Job Completion |
| Fieldworker | Jorge Rodriguez |

| Job Code | Job Address |
|---|---|
| 664870 | 2327 Bartlett St, Oakland, California, 94601, United States |

| Description | Qty | Unit Price ($) | Sub Total ($) |
|---|---|---|---|
| Discount (Yelp Coupon-HE/Tankless) | 1.00 | -100.00 | -100.00 |
| Services Provided, See Job Details. | 1.00 | 3,900.00 | 3,900.00 |

| | |
|---|---|
| Total: | $ 3,800.00 |
| Grand Total: | $ 3,800.00 |
| Amount Paid: | $ 3,800.00 |
| Amount Due: | $ 0.00 |

**Location:** Basement  
**Model #:** RUR199I  
**Serial #:** KJ.BA-105555  
**Warranty:** 15years tankless heat exchanger 5 year internal parts  1 year parts&labor  

**Job Details :**

Installed a Rinnai RUR199i With about 5 ft of 2" PVC pipe that was run through the side of the house, 5 ft of 3/4" trac pipe for the gas with a 3/4x2 ft galvanized nipple & a 3/4"x24" gas flex, 10 ft of copper for hot and cold water line, 5 ft of 3/4" copper pipe for the t&p & condensation line that was run into a sub pump, removal & disposal of the old tank.  
Model # RUR199i  
Serial # KJ.BA-105555  
Amount charge $3800 with web coupon.  
01/10/19  

Customer Signature :

# ABM APPLIANCE & ELECTRONIC SERVICES, INC.

Main office: (702) 260-9481    Fax: (702) 361-8153    № **53240**

| JOB NAME | | BUSINESS PHONE | ESTIMATE ONLY |
|---|---|---|---|
| Todd Field | ☐ YP  ☐ OLD CUST.  ☐ OTHER  ☐ REFERRAL | | |

**JOB ADDRESS:** 2327 Bartlett st

**CITY:** Oakland CA   **ZIP:** 94601

**CUSTOMER ORDER NUMBER:** GH738480

**AUTHORIZED BY:** Washer

| TYPE/NAME APPLIANCE | (1) Whirlpool | (2) |
|---|---|---|
| MODEL NO. | WTW8000BW0 | |
| SERIAL NO. | C43471160 | |

**SERVICE REQUESTED:** 1-11-19

| QTY | PART NUMBER | DESCRIPTION | UNIT COST | PART(S) COST |
|---|---|---|---|---|
| 1 | | Control board | | |
| | | (No focus) | | |

**SERVICE PERFORMED:**
4.2
White
Top load
w/o lid
w/ washing
in speed
soil level

**PARTS/MATERIALS**
TAX
TECHNICAL SERVICES
REMOVAL/REINSTALLATION
SERVICE CALL
DISCOUNT
MINIMUM SERVICE CHARGE
SHIPPING, DELIVERY CHARGE
TOTAL
DEPOSIT (+/-)
BALANCE DUE

**Technician Name:** Arslan

## ESTIMATE ONLY
PERMISSION TO ENTER PREMISES FOR PURPOSE OF GIVING A WRITTEN ESTIMATE (before actual work is performed, where possible) IS HEREBY AUTHORIZED

I ALSO AGREE TO PAY FOR SERVICE CALL AND THE MINIMUM LABOR NECESSARY TO PERFORM THIS ESTIMATE

I UNDERSTAND THAT AN ADDITIONAL SIGNATURE BELOW IS REQUIRED TO AUTHORIZE THE ACTUAL REPAIR(S)

X _____
Customer signature

## AUTHORIZATION TO REPAIR
AN ESTIMATE OF $ _____ includes ESTIMATE ONLY COSTS (above) PARTS AND RELATED JOB LABOR, REMOVAL, AND/OR REINSTALLATION is hereby given
I HEREBY AUTHORIZE THE REPAIR(S) AND AGREE TO PAY FOR SAID REPAIRS(S) UPON COMPLETION OF JOB. FURTHERMORE, IF SAID REPAIR REQUIRES A PART ORDER.
I UNDERSTAND THAT THE DEPOSITED AMOUNT SHALL APPLY TO THE COMPLETION OF THIS REPAIR and that there will be NO ADDITIONAL TRIP & TRUCK CHARGES ONLY PART(S), RELATED LABOR, or REMOVAL/REINSTALLATION COSTS. Cancellation of this repair may result in said deposit becoming non-refundable, depending on possible restocking charges, shipping and handling.
IF UPON CLOSER ANALYSIS, ADDITIONAL REPAIRS ARE NEEDED, YOU WILL BE CONTACTED FOR AUTHORIZATION TO COVER ADDITIONAL CHARGES.
UNLESS INDICATED OTHERWISE ANY PARTS REPLACED WILL BE LEFT AT JOB SITE (except factory exchange or warranty parts)
An expressed mechanics lien is hereby acknowledged on this estimate and/or repair to secure the amount of actual costs.

X _____
Customer signature
☐ CHECK BOX if you wish old part removed

## LIMITED LIABILITY
OUR INSURANCE CARRIER REQUIRES US TO INFORM YOU THAT DUE TO THE NATURE OF YOUR APPLIANCE(S) INSTALLATION, ANY DAMAGE INCURRED BY OUR SERVICE TECHNICIANS TO THE PRODUCT THE SURROUNDING CABINETS, OR THE FLOOR COVERING, WHEN REMOVING YOUR APPLIANCE FOR REPAIR(S) AND IN PERFORMING THE REQUESTED SERVICE(S) WILL BE YOUR RESPONSIBILITY, AND RELIEVE US OF ANY COST OF REPAIRS. SHOULD DAMAGE OCCUR. (Naturally, we will be as careful as possible)

X _____
Customer signature    Date
(MUST BE SIGNED BEFORE ANY WORK CAN BE PERFORMED)

## AT COMPLETION OF WORK
I AGREE TO PAY ABM APPLIANCE REPAIR, INC A FEE OF $25.00 FOR EACH RETURNED CHECK.
I UNDERSTAND THAT IF DURING ANY APPLICABLE REPAIR/WARRANTY PERIOD THE EQUIPMENT MALFUNCTIONS UNDER NORMAL USAGE, THE TECHNICARE AGREE TO MAKE A SERVICE CALL WITHIN 24 HOURS OF FIRST RECEIVING NOTICE FROM CUSTOMER (EXCEPT SUNDAYS, HOLIDAYS). ABM SHALL NOT BE RESPONSIBLE FOR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO FOOD SPOILAGE, WATER/FLOORING DAMAGE, DAMAGE DUE TO IMPROPER ELECTRICAL OR OTHER UTILITY CONNECTIONS. I AGREE TO PAY ALL EXPENSES INCURRED IN ANY COLLECTION ACTION BROUGHT AGAINST ME TO RECOVER UNPAID BILL. EXPENSES SHALL INCLUDE, BUT NOT LIMITED TO REASONABLE ATTORNEY'S FEES AND COST.

X _____
Customer signature    Date
TERM: C.O.D., CASH, CHECK, VISA or M.C.
PAID BY:

"WE APPRECIATE YOUR BUSINESS"

Case: 19-30088    Doc# 9727-1    Filed: 12/01/20    Entered: 12/04/20 11:16:10    Page 5 of 7

Home / Lighting / Flush Mount Lights

Model # IUY8011L/BN    Internet #206667105    Store SKU #1001720431



Share    Save to Favorites    Print

Exclusive

### Hampton Bay

## 15 in. 225-Watt Equivalent Brushed Nickel Integrated LED Flushmount with Frosted Glass Shade

★★★★★ (183)    Write a Review    Questions & Answers (25)

- Brushed nickel finish adds a clean, bright look to your decor
- Can be used with most standard wall dimmers
- Light color temperature is 3000K - bright white

**$72.00** (limit 6 per order)

Fixture Color/Finish: **Brushed Nickel**



Actual Color Temperature (K): **3000**



Todd Field <todd.field@gmail.com>

# Newegg.com - Invoice

**Newegg.com** <info@newegg.com>  Wed, Mar 27, 2019 at 1:30 PM
To: todd.field@gmail.com





**Customer ID:** todd.field@gmail.com
**Account Number:** 26750169

**Dear Todd K Field,**

Thank you for shopping at Newegg Marketplace.

This is the invoice and receipt for your recent order. Please keep a copy for your records.

**Invoice Summary:**

Your Sales Order Number:   436161394

Order Date:   03/27/2019

| Billing Information | Shipping Information |
|---|---|
| Todd K Field<br>2327 Bartlett St<br>Oakland, CA 94601-3210<br>United States<br>510-679-9635 | Todd Field<br>2327 Bartlett St<br>Oakland, CA 94601-3210<br>United States<br>510-679-9635 |

Invoice Number:   168715676
Invoice Date:   3/27/2019 9:05:08 AM
Seller Name: The TV ChopShop

**Item List:**

| Item | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 9SIAED16K97060 | Vizio E600I-B3 E601I-A3 E601I-A3E Power Supply 09-60CAP000-00 | 1 | $59.95 | $59.95 |

**Payment Summary:**

| | |
|---|---|
| Payment Term: | VISA |
| Subtotal: | $59.95 |
| Tax: | $5.55 |
| Gift Wrap: | $0.00 |
| Shipping and Handling: | $18.45 |
| EggPoints: | $0.00 |
| Total Amount: | $83.95 |

Two-Day Shipping
**Tracking Your Order:** 786282478650

If you have any questions or need further assistance, please visit our Customer Service Contact Us Page.

**Case: 19-30088    Doc# 9727-1    Filed: 12/01/20    Entered: 12/04/20 11:16:10    Page 7 of 7**