| | | |
|---|---|---|
| From: | ▮▮▮▮ | |
| Sent: | Wednesday, December 2, 2020 3:04 PM | |
| To: | ▮▮▮▮ | |
| Cc: | ▮▮▮▮ | |
| Subject: | FW: Bankruptcy case no: 19-30088（DM） | |



-----Original Message-----
From: CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
Sent: Wednesday, December 2, 2020 2:55 PM
To: ▮▮▮▮
Subject: FW: Bankruptcy case no: 19-30088（DM）

_____

From: Xiaopeng Xu
Sent: Wednesday, December 2, 2020 2:54:26 PM (UTC-08:00) Pacific Time (US & Canada)
To: CANB Emergency Filings
Subject: Bankruptcy case no: 19-30088（DM）

CAUTION - EXTERNAL:


Dear Clerk,

I am writing to get compensation from the case listed in the Subject line. PG&E's power outrage on October 8, 2019 caused food and meat in both of refrigerators spoiled, and I am seeking a damage of at least $50.

Sincerely,

Xiaopeng Xu

624 Talbot Ave
Albany, CA 94706

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.