

Signed and Filed: December 4, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Michael S. Danko (SBN 111359)
Kristine K. Meredith (SBN 158243)
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, California 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672
mdanko@dankolaw.com
kmeredith@dankolaw.com

Eric Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com

Dario de Ghetaldi (SBN 126782)
Amanda L. Riddle (SBN 215221)
**COREY, LUZAICH
DE GHETALDI & RIDDLE LLP**
700 El Camino Real
P.O Box 669
Millbrae, California 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
deg@coreylaw.com
alr@coreylaw.com

Attorneys for
*Michael Lamberts and Martha Lamberts*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>**&**<br><br>**PACIFIC GAS AND ELECTIC COMPANY,**<br><br>Debtors. | Case No. 19-30088<br>Chapter 11<br>(Lead Case)<br><br>**AMENDED ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |

1

**THIS CAUSE** having come before the Court, upon the Motion to Withdraw of the law firm of Danko Meredith, as counsel for Plaintiffs, Michael and Martha Lamberts, and the Court having reviewed the motion, and being otherwise fully advised in the premise, it is hereby:ORDERED AND ADJUDGED that

1. The Motion to Withdraw is hereby GRANTED.
2. Corey, Luzaich, de Ghetaldi & Riddle LLP, Danko Meredith, and Gibbs Law Group LLP are hereby permitted to withdraw as counsel for forthwith and shall have no further obligation in this matter.

**END OF ORDER**