**From:** CANB Emergency Filings
**Sent:** Thursday, December 3, 2020 9:33 AM
**To:**
**Cc:**
**Subject:** FW: Response to Objection regarding PG&E claim
**Attachments:** image003.jpg; Electronic Proof of Claim - signed (1).pdf



---

**From:** Roger Drummond <roger.drummond@gmail.com>
**Sent:** Wednesday, December 2, 2020 9:08 PM
**To:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Subject:** Fwd: Response to Objection regarding PG&E claim

<mark>CAUTION - EXTERNAL:</mark>

(To whom it may concern),
Hadley Roberts-Donnelly asked that I email this information to your email address after receiving it at the required email identified in the attached documentation.
Attached: 2 pictures of the Objection Paperwork, a PDF of the original claim, and the requested response in the below email.

Please let me know of any additional step required on my part.


Cheers,
Roger
Roger.Drummond@gmail.com   Mobile: 734-495-0525


---------- Forwarded message ---------
**From: PG&E Claims** <pgeclaims@kbkllp.com>
**Date:** Tue, Dec 1, 2020 at 1:37 PM
**Subject:** RE: Response to Objection regarding PG&E claim
**To:** Roger Drummond <roger.drummond@gmail.com>

Dear Mr. Drummond,

To arrange filing your claim response and supporting documentation with the Court, please email CANB-EMERGENCY-FILINGS@canb.uscourts.gov. Thank you.

Best,

Hadley Roberts-Donnelly

Direct: 415.364.6791

Cell: 510.289.4917

Email: hrobertsdonnelly@kbkllp.com



**From:** Roger Drummond <roger.drummond@gmail.com>
**Sent:** Tuesday, December 1, 2020 12:55 PM
**To:** PG&E Claims <pgeclaims@kbkllp.com>
**Subject:** Response to Objection regarding PG&E claim

Attached: Objection and Initial Proof of Claim containing required names, case numbers, etc. (US Bankruptcy Court Northern District of CA, SF Division / PG&E Corporation -and- Pacific Gas and Electric Company / Lead Case 19-30088 (DM) / Claim 1455 / etc)

Concise statement: I would appreciate it if the Court would reconsider paying this damage. This was not Wildfire damage and PG&E already told me they would cover the damage prior to the claim getting absorbed into the bankruptcy proceedings. PG&E representatives admitted that the severe power surges and roughly 45 seconds of erratic brownout/surges should not have been allowed to affect our house so significantly when their damage took out power to our entire city/neighborhood. I talked with multiple employees over the days as they repaired transformers near our house and fixed wires that had been damaged. I understand to expect the occasional shutoff and even the random minor surge, but this event blew out 1/4th of our lightbulbs in the house and took out 1/3rd of our sensitive electronic equipment. You could see smoke damage where it tried to start a fire inside the PCs, and it melted the laptop

power supply. That is a lot more than a minor surge in voltage, and it should not have been allowed to keep fluctuating for nearly 1 minute. I don't believe it is reasonable to have dedicated power supplies for every outlet and lightbulb in the house.

I know that this is a small amount of money for most people, but for me it was quite significant. It devastated my startup company plans and there was no way to recover everything I lost, and I wasn't greedy in asking for this little portion. But with the help of PG&E employees, I at least thought it reasonable that they should cover the physical damage that they incurred. It was even worse that our house experienced another surge 1 year later so they still hadn't quite fixed their equipment to prevent it, but at least that time we had less equipment to damage.

Thank you for your time, and I hope that you allow PG&E to at least make right on this small portion of the damage.

Roger Drummond

935 Oakes St

East Palo Alto, CA 94303-2555

734-495-0525



Cheers,
Roger
[Roger.Drummond@gmail.com](mailto:Roger.Drummond@gmail.com)        Mobile: 734-495-0525

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.