# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Roger Drummond
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☐ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
935 Oakes St
East Palo Alto, CA 94303

Contact phone 734-495-0525
Contact email roger.drummond@gmail.com

Where should payments to the creditor be sent? (if different)

Contact phone
Contact email

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on ___ / ___ / ___ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☐ Yes. Who made the earlier filing? _____

Proof of Claim page 1

Case: 19-30088    Doc# 9733-1    Filed: 12/01/20    Entered: 12/04/20 12:06:47    Page 1 of 12

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?** $ 1778.90 . Does this amount include interest or other charges?
   ☐ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.
   Damaged computers from 30-60seconds of wild voltage surging during power outage

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $ _____
   **Amount of the claim that is secured:** $ _____
   **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $ _____

   **Annual Interest Rate** (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☐ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11. **Is this claim subject to a right of setoff?**
    ☐ No
    ☐ Yes. Identify the property: _____

Official Form 410                                    Proof of Claim                                           page 2

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☒ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Roger Drummond*
Roger Drummond (Mar 11, 2019)

Email: roger.drummond@gmail.com

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Roger Eugene Drummond
        First name    Middle name    Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 935 Oakes St
         Number    Street

East Palo Alto                CA       94303
City                          State    ZIP Code

Contact phone: 734-495-0525    Email: roger.drummond@gmail.com

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **I have supporting documentation.** (attach below)  ☐ **I do not have supporting documentation.**

 Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                                         12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/pge.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**

# CLAIM FORM

**Pacific Gas and Electric Company**

Mail To:
PG&E Law - Claims Dept.
1850 Gateway Blvd. 6th Floor
Concord, CA 94520 -OR-
Email to: LawClaims@pge.com -OR-
Fax to: 925-459-7326
Helpline phone: 415-973-4548

62-1444
Rev 2/2011

**PLEASE PRINT**

[X] Mr./   Mrs.   / Ms.   / Dr.

| Last Name | First Name | Spouse's Name | Work Telephone | Home Telephone |
|---|---|---|---|---|
| Drummond | Roger | | (734) 4950525 | (734) 4950525 |

| Business name (if claim is for business) | PG&E Account Number |
|---|---|
| | 0194388485-6 |

| Mailing Address - Street | Apt. Number |
|---|---|
| 935 Oakes St | |

| City | State | Zip Code | Email Address |
|---|---|---|---|
| East Palo Alto | CA | 94303 | roger.drummond@gmail.com |

| Date of Incident | Time | Location of Incident (check If same as mailing address [X]) |
|---|---|---|
| 3/12/2018 | 9:00 AM  [X]/PM | |

**Description of Incident**

On March12 2018 around 9pm, we lost power to our neighborhood. The room lights got dim and then insanely bright and then bounced between dim and blinding for between 30seconds to a minute. I was doing work on my laptop when I heard a POP from it, and a sizzle from my desk PC and smelled smoke. 1/2hr later power came back, bouncing too bright for 30seconds again. Apple would repair the MacbookPro for $566.50, but not the customizing & M500 SSD. The custom desktop gets stuck booting and nobody can fix it and I can't afford a replacement. It took 3 weeks to get an old computer working to start making apps again. (Thanks to the PGE employee who helped me finally fill out this form with costs).

PROPERTY DAMAGE: Attach repair estimates, invoices, proof of purchase, or supporting documents. (Do Not Send Originals).
FOOD SPOILAGE: Include a separate itemized list of each item of food spoiled and documentation of cost.
NOTE: Under California damages law you are entitled to reimbursement for the lesser of fair market value or the cost to repair your damaged property. We use the replacement cost of the item and depreciate that amount to arrive at the fair market value. You may consider consulting with your insurance carrier.

| Item Description | Make/Brand | Model: Name /Number/Size | Age | Amount Claimed |
|---|---|---|---|---|
| Customized MacBookPro for dev | Apple | MacBookPro W804701YFXH | 7 | 566.50 |
| M500 1TB SSD | Crucial | M500 ($299+tax) | 3 | 322.49 |
| desktop PC | Gigabyte | Z97X-Gaming | 2 | 141.36 |
| desktop PC processor | Intel | i7-4790K | 2 | 313.20 |
| desktop PC graphics board | ASUS nVidia | GeForce GTX970 4GB | 2 | 369.74 |
| desktop harddrive failed | Seagate | Barracuda ST31500341AS | 1 | 65.61 |
| | | | Total Amount Claimed | $ 1778.90 |

Were you injured?   Yes   No [X]   If yes, please describe:

Other Losses (lost wages, lost revenue, medical expenses, etc.) Use Additional paper if necessary

I lost a year of data but can't put a value on it. I lost the mobile app I was developing, but no way to estimate how much money it would have made. The original laptop was 7 years old, but it was revamped around 3 years ago.

Witnesses: Name, Address, and Telephone       PG&E Employee [ ]   Other [ ]

I understand that Pacific Gas and Electric Company will review all documentation in support of this claim. I certify that the foregoing is true and correct.

Prepared By **Roger Drummond**       Relationship to Claimant

Signature *[signed]*       Date **3/11/2019**

Case: 19-30088    Doc# 9733-1    Filed: 12/01/20    Entered: 12/04/20 12:06:47    Page 7 of 12



## CLAIMS PROCESS

We understand you have sustained a loss and you believe PG&E may be responsible. If we prove to be responsible, we want to promptly and fairly compensate you. To evaluate your claim, we must determine how the incident happened, whether or not we caused it, and compensate you fairly under the law. Below are some frequently asked questions about submitting a claim to Pacific Gas and Electric Company.

**WHAT IS THE CLAIMS POLICY AND PROCESS?** It is PG&E's policy to respond to claims promptly and fairly. We evaluate each claim based on the information you provide and our investigation. The time to investigate your claim will depend on the information you provide and the complexity of the incident. Our goal is to reach a decision on your claim within 30 days of its receipt. However, if there are complex issues involved, or if we need additional information, the process may take longer.

**WHO IS RESPONSIBLE FOR DAMAGES?** Generally speaking, PG&E is responsible for damages that result from its negligence. If any person, business or property is damaged because PG&E does something unreasonable, or because we unreasonably fail to do something that should have been done, then we are obligated to reimburse reasonable damages. We are not responsible for damages that we do not cause or that are the result of forces beyond our control. For example, in most instances we are not responsible for power outages or voltage fluctuations caused by earthquakes, weather conditions (such as lightning, floods, heavy storms, extreme heat or winds) curtailments or outages initiated at the direction of any electric grid operator or due to a failure of gas supplies not caused by us. There may be situations in which PG&E is only partially responsible for a loss. In those cases we will offer to pay our fair share.

**WHAT IS YOUR RESPONSIBILITY?** You have a duty to mitigate your damages, which means that you have to minimize the loss, and to make sure that losses or expenses incurred because of an incident are not accumulating needlessly and that they are reasonable in relation to the loss.

**WHAT DO YOU NEED TO PROVIDE?** You should retain copies of all receipts so you can provide full and accurate documentation of your losses or damages. You can help us expedite your claim by completing the claim form as thoroughly as possible, and by enclosing appropriate photographs and supporting documentation. Below are general examples.

| Property Damage | Personal Injury* | Lost Wages | Business Losses | Miscellaneous Losses | Food Spoilage** |
|---|---|---|---|---|---|
| Detailed repair estimates | Date of Birth | Amount of time off | Tax records | Hotel receipts | Itemized purchase receipts |
| Detailed repair invoices | Gender | Employer's verification | Bank statements | Restaurant receipts | Itemized list of cost and type of food |
| Purchase receipts | Treatment bills | Payroll stubs | Payroll records | Car rental receipts | List to identify if items were frozen or refrigerated |
| Appraisals | *Treatment records | | Revenue statements | | Photographs |
| Photographs | Prescription receipts | | Expense statements | | |
| Rental receipts | | | Sales Receipts | | |

*For personal injury losses, be prepared to provide your Social Security Number and to approve PG&E's request for records from your medical provider(s).

**Food spoilage claims are evaluated based on the recommended guidelines from the US Department of Agriculture:
1. A fully stocked freezer will usually keep food frozen for 2 days after losing power, if the door remains closed.
2. A half-full freezer will usually keep food frozen about 1 day, if the door remains closed.
3. Food will usually stay cold in the refrigerator up to 4 hours, if the door remains closed.

**WHAT ARE YOUR CLAIM OPTONS?** You may wish to refer your claim to your insurance company, which may be able to reimburse you without an investigation and, depending on your coverage, may pay replacement values for damaged items. Your insurance company will seek reimbursement from PG&E.

**WHAT IF YOUR CLAIM IS DENIED?** If your claim is denied, we will send a letter explaining the reason. It may be because of a gas or electric rule that applies to your situation. These rules are on file with the California Public Utilities Commission (CPUC). They have the same effect as other laws. If you are not satisfied with our decision and explanation, you have the right to file a court action, including a small claims action. The small claims court hears matters not exceeding $7,500. The small claims process does not involve attorneys.

**IS THERE A TIME LIMIT ON FILING A CLAIM OR A COURT ACTION?** It is always best to submit a claim as soon as possible. PG&E is guided by claims experience and applicable time limits for filing legal actions, if the claim is denied. Our experience indicates that food spoilage and similar claims should be made promptly, and, therefore, such claims will only be paid if they are submitted and resolved within one year from the date of the incident. If you wish to file a court action, there are various time limits set by California law. Generally, these are: personal injury, 2 years from the date of the injury; personal inconvenience (such as a meal out), 1 year; business interruption or economic loss with no property damage, 2 years; tangible property damage, 3 years. If you have questions regarding these limits, you should consult an attorney.

**WHAT IS THE ROLE OF THE CALIFORNIA PUBLIC UTILITIES COMMISSION (CPUC)?** The CPUC sets general rules relating to claims process, but it does not rule on the underlying merits of a claim. If you have a billing dispute that you are unable to resolve with PG&E personnel, the appropriate remedy is to file a complaint with the CPUC. For further information about the role of the CPUC, you can call 800-649-7570 or visit its website at www.cpuc.ca.gov.

## GENIUS BAR

Please retain this document for your records.

Ca B[AR #£ 79236  
16-Mar-18

Apple Palo Alto  
Tel: 650 798 2800

### Genius Bar Work Authorization

Repair No: R21I4259807

**Product Information**

Warranty Status: Out of Warranty (OW)  
Model: -VIN,Madlook Pro (15-inch Mid 2010)  
Date of Purchase: 26-Dec-10

Serial No: W804701YFXH

**Customer Information**

Roger Drummond  
USA

**Problem Description/Diagnosis**

Issue: customer states the mac shows graphics distortion and the Mac crashes.  
Steps to Reproduce: Ver fe d issue in store. Progress bar makes it half way and stops before cis r f ing to Apple Logo. MRI (Mobile Resource Inspector) shows same d-tortion but passes. VST failed to run.

Cosmetic Condit io n: Abrasions on all edges of top case  
Pr posed Reso lu t n: Replace MLB (Main Logic Board) out of warranty $566 plus tax.  
Esti a ted Turn Around Time: We'll call you in 3-5 days

Mac OS Vernon: 10.12.x  
Hard Drive Size: 500gb  
Memory Size: 8gb  
iLlfe Version: Unknown  
Employee 973529748

**Repair Estimate**

| Item Number | Description | Price | Amount Due Customer KBB |
|---|---|---|---|
| 66H362 | Log ic Board, 2.66 GHz | $ 487.50 | $ 487.50 |
| 51490LU A | Hardware Repair Labor | $ 79.00 | $ 79.00 |
| | Total (Tax not included) | $ 566.50 | $ 566.50 |

By s,gnon g be low. I agree that

- the R epa ir Terms and Cond1uons on the reverse sid e of this page will apply to the service of the pro duc t identifieda bove

- Apple ,s no t r espon sible for any l ; co rr upt i n ; breach of t e data on my product during servi ; and

- a> loss f data ma1/ oc ur asa result of the service, It" my re spon sibility to make backup copy of my data before brin g ing my product to Apple for ,ce

- Apple may u" parts or products that are new or equivalent to new n reliability and performance.

---

Dear Roger Drummond,

**Tori** you tor shopping 41 **Newegg!**

We're delgh'led we had Mla.1 you were looking for!

further ve ad11cetlon T Pre\eri delays pie'z e gi pped wit in + 2 bus ness da ys in sc me card15der ha:s oo file New egg t ae O s.ure tha1)ur b a l g add ra5.ll and phone ru Below5 t((MS ordercon tnn e lion Aea I; a 6UJ lo profe c:to..- W!ltom m from debilre :9B eap a DOp)' tor your records..

C""8<:k 1/0lM' order 9ta1us.

### Order Summary

Sol.,. Ordor Numb«: 22745S3:16  
Se le i Order Cate; 4/3120153·4:7:31F'M  
Shipping Metho·d· -, -. Eggsaver (4,7 bu•. dal•),

1 • /tt!Ml.QQ) Crucial M5oo CT960 7mm MIH9 5 nwn adapdr  
$1.l 9lll OCRS AlR Vo-  S ll=  USO 3.0 Rash Orr Mio

Su b ota t  
T ax $3 l l 98  
$23.40  
Shipping and Handling: $1.92  
Total Amouni: $337,30

BIL\lng In1ormatlo n  
Pa)l),111  
Roger On.mli000d  
935 Oalces St  
Eo•t Palo Alto.CA 94:Iro-2$5  
United 9t

Please brina this auote to a front r.:hP:r.:kout  r ,...; czt-=-r to rr.mnli:ot-,=, tr  ;i,n c:i..::ic tion.

#3 - Palo Alto

i!foP ff gec v§4306
PHONE: 656-496-6000
FAX:   650-496-6018

J mo i    JUSlJbi
CUSTOMER#: 286573ti
DATE Sun Mar 20 13:42:30 201
EXPIRATION DATE: Sat Mar 26 23:59:59 2011
PAGE: 1

| CUS  OILLING INFORMA   N | STOHER  AT!<->ll  ROGER  | C;US R SHIPPING RMAT  DRUM!f:IND | |
|---|---|---|---|

| PROOOCT COD! | | Unit Price | Adjusca.nts | ».t Price | Quantity | E.xt . Price | Sales Associate |
|---|---|---|---|---|---|---|---|
| 7]5858286022) | 8125515 Jnul Core i5-t6901t | 219.00) | -n .oo j | 111.00! | | 118.00jCuckn, 8r--1h y , t7JJ01 | |
| Ad Exph:u,  2016/03/26 | Opto J.90GHz CPO | | | | | | |
| 2  818313020529 | 1655H0 Gigebyte Z97X-Guiing l | 129.99( | o.oo! | 129.99 ) | | 129.99 !cn den, Bradley ,17ll01 ; | |
| Fry's Finance Plan! FRYS12 | Intel  U7 Chipset | | | | | | |
| | Support OORl Dual CH | | | | | | |
| | Killer !2200 LAH | | | | | | |

- continued on Next Page -

3/20/2016 I






ASUS
IN SEARCH OF INCREDIBLE
STRIX
OC EDITION
Recommended System requirements
GEFORCE GTX
NVIDIA SHIELD READY
Tracking Number: 1113167013601513
Print and Sign Your Rebate Form
Mail In Rebate Form
SAMPLE AGE, Not the actual size

# Electronic Proof of Claim

Final Audit Report                                               2019-03-12

| | |
|---|---|
| Created: | 2019-03-12 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAHF6i16FYN7DS3j2p-DcnDTljyd0U_huy |

## "Electronic Proof of Claim" History

- Widget created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2019-03-12 - 0:56:20 AM GMT

- Roger Drummond (roger.drummond@gmail.com) uploaded the following supporting documents:
  - Attachment
  2019-03-12 - 1:19:57 AM GMT

- Widget filled in by Roger Drummond (roger.drummond@gmail.com)
  2019-03-12 - 1:19:57 AM GMT- IP address: 73.231.37.45

- (User email address provided through API User-Agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_14_1) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/71.0.3578.98 Safari/537.36)
  2019-03-12 - 1:20:00 AM GMT- IP address: 73.231.37.45

- Signed document emailed to Roger Drummond (roger.drummond@gmail.com) and Prime Clerk E-Filing (efiling@primeclerk.com)
  2019-03-12 - 1:20:00 AM GMT

Prime Clerk | POWERED BY Adobe Sign