December 1, 2020

Keller Benvenutti KIM LLP
Tobias S. Keller
Peter J. Benvenutti
Jane Kim
650 California Street, Suite 1900
San Francisco, CA 94108

United States Bankruptcy Court
Northern District of California
San Francisco Division

In re:
PG&E Corporation,
and
Pacific Gas and Electronic Company

Debtors

Affects both Debtors

All Papers shall be filed in the lead Case, No
19-30088 (DM)

| |
|---|
| Bankruptcy Case No. 19-30088 (DM) |
| Chapter 11 |
| (Lead Case) (Jointly Administered) NOTICE OF THE REORGANIZED DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS) |
| Response Deadline: December 1, 2020, 4:00 p.m. (PT) |

Answer to Objection of Claim:

Our names are Joseph C. Loguidice and Stephanie C. Navarrette-Loguidice. We received a notice in the mail in regards to objecting to our claim we submitted prior to the deadline so that the Debtor can pay our claim that was due to a power surge on May 3, 2018. The power surge was caused by a transformer that was incorrectly grounded according to what a PGE representative, Melissa Snyder, had mentioned at the time. Several appliances in the house were damaged. We replaced them all; sent the receipts along with a cost for our time spent on the activity to PGE via a claim.

We do not think the Debtor should be allowed to object to paying this claim or have it purged.

Our neighborhood was affected by the event, and several neighbors suffered loss with miscellaneous appliances – one neighbor had a fan catch on fire. On that day, the Fire Department was dispatched.

We hereby certify that on this 1st day of December, 2020, a copy of this forgoing response was delivered on
Keller Benvenutti KIM LLP
Tobias S. Keller
Peter J. Benvenutti
Jane Kim
650 California Street, Suite 1900
San Francisco, CA 94108

In the following manner: PGEclaims@kbkllp.com

/s/ /s/

# United States Bankruptcy Court, Northern District of California

Fill in this information to identify the case (Select only one Debtor per claim form):

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | _Joseph C. LoGuidice_ <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br> _144 Dufour Street_ <br> _Santa Cruz CA_ <br> _95060-5913_ <br><br> Contact phone _831-588-9054_ <br> Contact email _jos.log49670@gmail.com_ | Where should payments to the creditor be sent? (if different) <br><br> Contact phone _____ <br> Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No <br> ☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____ <br>                         MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ |

Case: 19-30088    Doc# 9734    Filed: 12/03/20    Entered: 12/04/20 12:22:00    Page 3 of 37

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---------|---------------------------------------------------------------------|

**6. Do you have any number you use to identify the debtor?**

☒ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ _2,075.82_ . Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_damages due to power surge$_

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

Case: 19-30088    Doc# 9734    Filed: 12/03/20    Entered: 12/04/20 12:22:00    Page 4 of 37

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.

$ _____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:** **Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   09/24/2019
                   MM / DD / YYYY

Signature   *Joseph C Loguidice*

Print the name of the person who is completing and signing this claim:

Name      JOSEPH        Charles        Loguidice
          First name    Middle name    Last name

Title     _____

Company   _____
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   144 Dufour Street
          Number    Street
          Santa Cruz        CA        95060-5913
          City              State     ZIP Code

Contact phone   831-589-9054        Email   jos.loc4967@Gmail.com

---

Case: 19-30088    Doc# 9734    Filed: 12/03/20    Entered: 12/04/20 12:22:00    Page 5 of 37

October 2, 2019

To Whom it May Concern:

The claim submitted is due to property damage received when a power surge took place on May 5, 2018, along with the cost of time I spent on gathering all the information in this submission. I have included email conversations between PG&E representatives that I communicated with in regards to the power surge.

Prior to the power surge, we were experiencing unusual flickering of lights, bulbs burning out in different areas of the house on the same day or within a couple of days of each burn out. There was one plug that experienced popping sounds before blowing out, it had a smell of electrical smoke. Other plugs around the house also experienced electrical smoke and damage to items. There was a smaller power surge a few days before the major one on the 5th – this is when our first plug popped and we thought it was on fire because of the smell.

I was told the reason why the power surge took place was due to a wire not correctly being grounded at a nearby pole, which led to the fluctuations prior to and the big power surge itself. The power surge affected over a dozen homes in the area, one of which started a small electrical fire in one of the homes. For this claim, it is mainly to replace the damaged items that no longer worked after the surge; inspection, testing, and replacing of plugs; inspection of refrigerator and replacement of parts that burnt out as a result of the surge; trees that died after not receiving water due to the drip system timer no longer working; and the time I took in gathering all the necessary documents. There is a blue ray DVD/wifi player I had not yet replaced that was damaged, but I used an average based on web prices. Since I have not yet had it done, I also added the service fee it will cost to install the drip system using the same electrician that came out to the house to inspect the plugs since he is the one that will install it.

This has been a huge inconvenience to deal with when adding up all the small details while still trying to manage my daily life. From having to find the time to go to each store, using up gas and time, searching the web, finding an electrician and how to get someone to service the frig, setting up appointments for visits, trying to follow up with PGE reps because they don't call you back, and most of all the feeling of being unsafe because you think every time there is a noise that perhaps it's another plug popping that could turn into a potential fire, like what happened to our neighbor. I really hope that we receive the amount being requested so we can finally close this chapter.

Please make the check out to Joseph Loguidice.

Thank you.

Regards,
Joe and Stephanie Loguidice

## RE: 5-3-18 Power Surge Meet-Up Request

Yahoo/Home

• **Snyder, Melissa** <MAGy@pge.com>

To:Stephanie Navarrette

May 17, 2018 at 11:34 AM

Stephanie,

While I do not have Bruce Richardson's (claims investigator) contact for you, I did just receive word that investigators are in route to Santa Cruz as we speak.  They will be available to speak to customers.

Melissa / 831-713-9336

-----Original Message-----

From: Stephanie Navarrette [mailto:snavarrette08@yahoo.com]

Sent: Wednesday, May 16, 2018 3:36 PM

To: Snyder, Melissa <MAGy@pge.com>

Subject: RE: 5-3-18 Power Surge Meet-Up Request

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hello Melissa,

I wanted to touch base with you  to let you know that I have not heard back from  The investigator as of yet. Is there a name and contact information I can be provided so I may contact them?

Thank you so much, I appreciate your time.

Warm Regards,

Stephanie

## RE: 5-3-18 Power Surge Meet-Up Request
Yahoo/Home

- **Snyder, Melissa** <MAGy@pge.com>

To:Stephanie Navarrette

May 14, 2018 at 8:48 AM

Stephanie,

I have been advised that a claims investigator will be reaching out to you.

Please let me know if this does not happen by Wednesday.

Melissa Snyder | PG&E Central Coast Division
831.713.9336 cell | melissa.snyder@pge.com


-----Original Message-----
From: Stephanie Navarrette [mailto:snavarrette08@yahoo.com]
Sent: Monday, May 14, 2018 8:13 AM
To: Snyder, Melissa <MAGy@pge.com>
Subject: RE: 5-3-18 Power Surge Meet-Up Request

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hello Melissa,

I will file a claim after we have someone come out to talk with us. Although I believe other neighbors have already filed a claim, I am taking extra precaution in ensuring other appliances are working ok.

In addition, I am also going to have my wires tested and a whole house power surge placed in our power box, both of which I would like to add to the claim. Is there anyone I can speak to to ensure the service and item can be covered or find out what other process/paperwork I need to file?

I have already filed the complaint asking for the meeting. My claim, as I understand it, is separate than resolving the complaint I have. I don't believe I should have to file a claim of damaged appliances in order to have someone come out and speak to us. Other neighbors are also waiting, it's getting a bit frustrating that it's taking this long to get our questions answered. We want reassurance of our safety and answers to questions so we can all move on.

Do you have the investigator contact information?

Thank you so much!

Warm Regards,
Stephanie


## RE: 5-3-18 Power Surge Meet-Up Request
Yahoo/Home

- **Snyder, Melissa** <MAGy@pge.com>

    To:Stephanie Navarrette

    May 11, 2018 at 2:59 PM

    Stephanie,

    A meeting arrangement will also be coordinated thru the claims department.  Please let me know when you have submitted a claim and I'll be sure to follow up with the investigator to assure proper correspondence.

    Best,

    Melissa Snyder | PG&E Central Coast Division
    831.713.9336 cell | melissa.snyder@pge.com


    -----Original Message-----
    From: Stephanie Navarrette [mailto:snavarrette08@yahoo.com]
    Sent: Friday, May 11, 2018 1:41 PM
    To: Snyder, Melissa <MAGy@pge.com>
    Subject: RE: 5-3-18 Power Surge Meet-Up Request

    *****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

    Hello Melissa,

    Yes, I plan submitting a claim. However, I am also following up with you to coordinate a date and time with you, or someone who is familiar with PGE, and someone from the restoration company to meet with the neighbors that were affected with the surge.

    It has been over a week and we would like to meet with someone soon.

    Please let me know what dates and times work for you, preferably next week (Thursday, or Friday) during the weeknight around 7pm will work best.

    Thank you.

    Warm Regards,
    Stephanie



    **Snyder, Melissa** <MAGy@pge.com>
    To:Stephanie Navarrette
    May 11, 2018 at 11:42 AM

    Stephanie,


    Thanks for your submittal.  Please submit an official claim to PG&E's law/claims department at the following link.

This will not only capture property damage but also create proper documentation of the concerns mentioned below.

**Melissa Snyder** | PG&E Central Coast Division
831.713.9336 cell | melissa.snyder@pge.com

**From:** Stephanie Navarrette [mailto:snavarrette08@yahoo.com]
**Sent:** Tuesday, May 08, 2018 12:02 PM
**To:** Snyder, Melissa <MAGy@pge.com>
**Subject:** 5-3-18 Power Surge Meet-Up Request

*****CAUTION:** This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hello Melissa,

I spoke with you yesterday in regards to the power surge that took place on 5-3-18.

I had mentioned that I have several questions, some for general understanding and others that are specific to the event. You had asked if I can send them to you so you can have time to research, if necessary. I have included them below.

I look forward to hearing back on a meeting time and date. We would like the date and time to be during the week and after 6pm.

**General Questions of Understanding:**

1. What testing precautions are in place to ensure homes are protected from a power surge by a transformer?

2. How is it that a transformer can create a power surge that makes appliances catch fire?

3. Is there a safety standard in place that would prevent transformers from these types of surges taking place?

4. Are the transformers 100% QA inspected?

5. Where are transformers typically produced?

6. What monitoring system is in place at PG&E that warns about a power surge in any area?

7. Assuming there is a warning system in place, what is the protocol that takes place to resolve the issue and how do customers get notified?

8. Are the smart boxes able to send an alert to PG&E if there is a surge?

9. What certifications are required for the restoration group to be considered qualified to install the poles?

**Specific Questions to Event:**

10. Where was the transformer produced that created the power surge on 5-3-18?

11. Two-three month ago, a new pole was installed, was a new transformer also installed or was it the same transformer that was on the previous pole?

12. What test was done to ensure the transformer worked properly after it was installed?

13. How soon after the installation was done that the test took place?

14. Were any of the workers that installed the transformer working under supervision in a training capacity?

15. What caused the transformer to create a power surge on 5-3-18?

16. Was there any warning at PGE, days earlier, of a power surge leading up to 5-3-18?

17. How many PG&E staff were dispatched to the incident?

18. Many people were not home at the time, how did PGE warn customers about the power surge and provide the process on how to file a claim?

19. We were unaware when the transformer was fixed, why didn't PG&E reach out to customers afterwards to let us know the transformer was fixed and it was safe to turn on the power?

20. There was heavy electrical smell in our home, how can our homes be tested to check if our electrical lines have not been compromised due to the surge?

21. If we run into residual issues with appliances not working properly, how long afterwards can we still file a claim?

22. Is there an after-action report that we can read?

Thank you so much!

Warm Regards,

Stephanie

408-417-8373

We respect your privacy. Please review our privacy policy for more information.
http://www.pge.com/en/about/company/privacy/customer/index.page

## RE: Power Surge Meeting

From:  Richardson III, Bruce (BERC@pge.com)

To:  snavarrette08@yahoo.com

Date:  Tuesday, March 26, 2019, 04:01 PM PDT

Hello Stephanie,

On January 29, 2019, PG&E filed for Chapter 11 in the U.S. Bankruptcy Court for the Northern District of California.

Under Bankruptcy Court rules, claims related to matters occurring prior to the filing date are required to be addressed as a part of the Company's Chapter 11 cases.  As a result, you will need to file your claim directly with the Bankruptcy Court.

Information and documents related to the Company's Chapter 11 cases, including information regarding how to file a claim, are available on a website administered by our claims agent: https://restructuring.primeclerk.com/pge. In addition, you can call the Restructuring Hotline at 844-339-4217 (for calls originating outside of the U.S. please dial +1 929-333-8977) or you can send an email to pgeinfo@primeclerk.com.

We regret any inconvenience this process may cause, and we remain committed to working with you to address any issues you may have.

Sincerely,

**Bruce Richardson**

**Claims Investigator – Litigation and Claims**

**Pacific Gas & Electric Company**

6111 Bollinger Canyon Road

San Ramon, CA 94583

Office: (925) 380-7053

Fax: (925) 328-6165

E-mail: BERC@pge.com

**From:** Stephanie Navarrette <snavarrette08@yahoo.com>
**Sent:** Monday, March 25, 2019 10:12 PM
**To:** Richardson III, Bruce <BERC@pge.com>
**Subject:** Re: Power Surge Meeting

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hello Bruce,

I never hear back from you after we spoke in August of last year. Your manager was on vacation at that time and you had to speak with him about the claim I wanted to submit. I would like to submit the claim so we can receive the check for the damages we incurred prior to and after the power surge.

When you had visited our house while canvassing the neighborhood, I had asked if the whole-house power surge protector could be added to the claim. At the time, you said to add the item to the claim. I called you back in August to let you know I would add it – we were waiting to hear back from the electrician on cost. At that time, you had said your manager was on vacation and you would need to speak to him first.

Since I had an issue placing the claim online, you had said I can call you and submit the claim. When would be a good time to do so? I work from 8-5 so if you are available before or after that timeframe, it would be great to get this done.

On Friday, May 18, 2018, 2:42:29 PM PDT, Stephanie Navarrette <snavarrette08@yahoo.com> wrote:

Hello Bruce and happy Friday!

Joe and I want to thank you for visiting us yesterday. You provided some good feedback and we were very happy that you and your supervisor were in the neighborhood canvasing those of us who were affected.

We will set up an electrical inspection as soon as we can as we have not had time to get to calling around the past couple of days. Plus, we would like to get the whole-house power surge so the electrician can install at the same time (reduces charges on the visit).

Finally, after your visit, and knowing you and Mike were canvassing the neighborhood, we are not sure a meeting still needs to take place. It sounded like you two had spoken to several people and more efforts were made to speak to everyone. We posted on Nextdoor.com about your visit, your contact information, and about the feeling that a meeting is not needed. If we still get requests to pursue the meeting, we will let you know. We do not anticipate it, though - but you never know.

We will be in touch to submit the claim.

Thanks again for taking the time to stop by. Have a great weekend!!

Warm Regards,

Stephanie and Joe

# Plugs

$151.87




plugs

Rewards (Standard Credit)

My Best Buy
Member ID 1053799170

JOSEPH,
Thanks for shopping at Best Buy today!
Your My Best Buy balance as of 04/21/2018
Posted points: 321
Go to BestBuy.com for more info

        Devices that can be activated and
        cell phones have a 14-day return
          policy for all customers.
          15-day return period on
          almost everything else.

      Restocking fee applies on select items

        A valid receipt is required for all
      returns. Except where prohibited, we may
      request an ID. ID info may be stored in a
        secure, encrypted database used for
          tracking returns and exchanges.

        Returned items missing accessories are
        subject to a missing part fee. Best Buy
        reserves the right to deny any return.

      For return policy details and a complete

```
||||||||||||||||||||||||||||||||||||||||||||||||||
     0000107723238349139814644280452239
```

********** START RECEIPT **********

        Welcome to Best Buy #797
              2650 41ST AVE
            SOQUEL, CA 95073

      Val #:000107-723238-349139-814644-280452-239

      0797 004 8546 08/09/18 14:32



      8632019    123063-00          49.99
        MP 650 GOLD 6-OUTLET 2-USB WA
        Sales Tax            4.26
      8632019    123063-00          49.99
        MP 650 GOLD 6-OUTLET 2-USB WA
        Sales Tax            4.25
      4689081    RF-HTS2715          39.99
        ROCKETFISH 7-OUTLET SURGE PRO
        Sales Tax            3.39
                              ----------
                        Subtotal  139.97
                        Sales Tax  11.90
                              ==========
                          Total   151.87

      **********9183  Lookup  USD$    151.87
      BBY CARD
      Approval #00716

list of exceptions, ask for a policy
brochure or go to www.BestBuy.com/Returns.

To learn about our privacy practices
please visit www.BestBuy.com/privacy.

Your Customer Service PIN is:
0797 004 8546 080918

************ END RECEIPT ************

=====================================

plugs

# Paper Shredder



$49.99
  4.50 tax
 54.49



paper Shredder



**Santa Cruz #149**
220 Sylvania Ave
Santa Cruz, CA 95060
(831) 469-0961

Member 811563599000
*********Bottom of Basket***********
**********BOB Count 0 ***************
723675 **KLNX FAM**      17.99 A
607373 SAN PELL15PK      18.59 A
7300000000 CA REDEMP VA   1.50 A
3258929 BOUNTY SAS       19.99 A
0000188272 /BOUNTY ADV    4.00-A
1358822 CHARMIN          21.49 A
0000188279 / CHARMIN      4.50-A
1212001 SHREDDER12S      49.99 A
895103 PACIFICO          22.99 A
ate of Birth = xx/xx/xx KEYED
6000000000 CA REDEMP VA   1.20 A
       SUBTOTAL         145.24
       TAX               13.07
**** TOTAL             158.31
-------------------------------------
XXXXXXXXXXX8235      CHIP Read
D: A0000000980840  VERIFIED BY PIN
q# 4403      App#: 000655
T/Debit    Resp: APPROVED
an ID#: 815300004403....
rchant ID: 990149

PROVED - Purchase
OUNT: $158.31
/02/2018 14:22 149 4 129 42
-------------------------------------
     EFT/Debit        158.31
     CHANGE             0.00

9.0% TAX             13.07
OTAL TAX             13.07
TAL NUMBER OF ITEMS SOLD =   6
STANT SAVINGS       $ 8.50
7/02/2018 14:22 149 4 129 42
#: 42 Name: Noah
      Thank You!
   Please Come Again
Whse:149 Trm:4 Trn:129 OP:42

# Trees



1) lemon tree
   $62



62
71
59
total 192



3) Fig tree
   $71

2) lime tree
   $59

Didn't realize the drip timmer was damaged until trees started to die,

*trees*



You're shopping
**Santa Clara**

Search

Cart | 0 items

Home > Outdoors > Garden Center > Plants & Garden Flowers > Trees > Fruit Trees

# Shop **7** results for Fruit Trees



Sort By: Top Sellers

**Your Selection:**   Common Name: Lemon Tree

## Get It Fast

In Stock at Store Today

## Top Filters

### Department

Outdoors
Garden Center
Plants & Garden Flowers
Trees
Fruit Trees

## More Ways to Filter

### Hardiness Zone

☐ 10 (30 to 40 F) (7)
☐ 11 (40 to 50 F) (3)
☐ 12 (50 to 60 F) (2)
☐ 9 (20 to 30 F) (7)

☐ Compare

**Van Zyverden** Lemon Citrus Tree - Improved Meyer - 1 Plant
Model# 83903
(11)
$**62**⁹⁹ /package

✕ Out of stock online
✕ Not sold in stores
See similar items

☐ Compare

**Gurney's** 4 in  Pot White Flowers to Yellow Fruit Small Meyer Lemon Tree Live Fruiting Tropic
Model# 69391
(7)
$**24**⁰⁰

✕ Out of stock online
✕ Not sold in stores
See similar items

☐ Compare

**Van Zyverden** Lemon Citrus Tree - Eureka - 1 Plant
Model# 83904
(2)
$**62**⁹⁹ /package

✕ Out of stock online
✕ Not sold in stores
See similar items

☐ Compare



**Van Zyverden** Black Mission Fig Tree (1-Plant)
Model# 83918

$**71**⁹⁹ /package ←

 

Search our store | Search

📞 Call 🛒 Cart Cart ⌄

9am-7pm ET M-F | 9am-5pm ET Sat | 12pm-6pm ET Sun



**Call to Order!**
**(888) 228-7115**

**Fast Free Shipping**
**On All Orders $119+**

Shrubs & Hedges ⌄ | Privacy & Evergreen ⌄ | Trees ⌄ | Fruit Trees & Bushes ⌄ | Indoor/Patio ⌄ | 🛒 | 👤 Account ⌄ | Growing Zone: 9 ⌄

Vines ⌄ | Perennials ⌄ | More ... ⌄

Search our store | 🔍 Search

 

**EXTENDED FOR TODAY ONLY!**
**Free Avocado Tree!** WITH ANY PURCHASE OVER $249
1-2FT HASS AVOCADO TREE - LIMIT ONE PER ORDER
LAST CHANCE! SALE ENDS TONIGHT AT MIDNIGHT!
AVAILABLE ONLY WHILE SUPPLIES LAST!
**$50 VALUE!**

Home › Fruit Trees › Citrus Trees › Key Lime Tree

# Key Lime Tree

⭐⭐⭐⭐½ 23 Reviews

# Key Lime Tree

⭐⭐⭐⭐½ 23 Reviews

_trees_

| | |
|---|---|
| 1-2 ft. Tree | $59.99 |
| 2-3 ft. Tree | $79.99 |
| 3-4 ft. Tree | $99.99 |
| 4-5 ft. Tree | $119.99 |
| 5-6 ft. Tree | $139.99 |
| 6-7 ft. Tree | $159.99 |
| Lemon/Lime Combo Pack  ($44.99 each) | $89.99 |

- Ships : Tomorrow, September 20th

**Quantity:**

−        **1**        +

Add to Cart

📞 **CALL TO ORDER! (888) 228-7115**
**9AM – 7PM ET M-F | 9AM – 5PM ET SAT | 12PM – 6PM ET SUN**

## Invoice of Time Used

Due to the power surge, many hours of my time have gone into research, emails, phone calls, and driving to and from stores to purchase appliances. In doing so, I feel my time should be charged back to PG&E. If the claims investigator were to do all the work I have put into this process, they would charge their normal fees to customers. Since the power surge was the fault of PG&E I only see that it is a reasonable and fair request to charge my time.

Invoice of personal time using the claims investigator salary per hour at 10 hours (hours are lower than the actual time, but I feel it is reasonable):
Note: I provided two sources.
https://www.glassdoor.com/Salary/Pacific-Gas-and-Electric-Claims-Investigator-Salaries-E15208_D_KO25,44.htm of 64k or $30.77/hour
https://www.paysa.com/salaries/pacific-gas-and-electric-company--claims-investigator of 75,744 or $36.42/hour

 A) 10 hours x $30.77 = $307.70  or ✓

https://www.dir.ca.gov/dlse/faq_minimumwage.htm

**Schedule for California Minimum Wage rate 2017-2023.**

| Date | Minimum Wage for Employers with 25 Employees or Less | Minimum Wage for Employers with 26 Employees or More |
|---|---|---|
| January 1, 2017 | $10.00/hour | $10.50/hour |
| January 1, 2018 | $10.50/hour | $11.00/hour |
| January 1, 2019 | $11.00/hour | $12.00/hour |
| January 1, 2020 | $12.00/hour | $13.00/hour |
| January 1, 2021 | $13.00/hour | $14.00/hour |
| January 1, 2022 | $14.00/hour | $15.00/hour |
| January 1, 2023 | $15.00/hour | |

If using the salary of the PG&E claims investigator salary is not acceptable, than the use of the California minimum rate should be acceptable, though I don't feel it is reasonable enough:

or B) 10 hours x 10.50 = $105 ⟵

# Toaster

# $ 141.97



*toaster*

# WILLIAMS-SONOMA

2855 Stevens Creek Blvd
Santa Clara, CA 95050
(408) 985-1507

ASSOCIATE # 358563

BRVL DC TSTR 2SLC    5219902    129.95 T

| | |
|---|---|
| SUBTOTAL | $129.95 |
| LOCAL MDSE TAX 9.250 | $12.02 |
| FOOD TAX 0.000% | $0.00 |
| CANDY/SNACK TAX 0.00 | $0.00 |
| APPAREL TAX 9.250% | $0.00 |
| **TOTAL** | **$141.97** |
| AMEX | $141.97 |

05/09/18 15:13:48
SALE
Account AMEX ************4006
Cardholder:LOGUIDICE/JOSEPH
Application PAN:************4006
Card Entry Mode:Chip Read
Result:CAPTURED
Authorization Code:888557
Approved Amount:USD$ 141.97
Signature Captured
AID:A000000025010801

An original receipt or gift
receipt is required for all
returns and exchanges.
Items can be returned within
30 days. Returns with
a gift receipt will be refunded in
the form of a Merchandise Credit
for the purchased amount.
Returns with an original receipt
will be refunded in the original
form of payment. Cash and check
refunds over $100 will be issued
as a company check that
may take up to 14 business days
from the time of request.

We cannot accept returns on food,
monogrammed/PZ items,

www.williams-sonoma.com/creditcard

Williams Sonoma Credit Cardholders
Earn 5% Back in Rewards for every $1
you spend at Williams-Sonoma

05-09-2018  03:14:18PM 6009 01 5052 4770

1000176600090915052477O

feedback.
take note of the last 14 digits
below. You'll need them to give
williams-sonoma.com/feedback
shopping experience with us at
Please share your Williams Sonoma
We value your opinion!

**thekeyrewards.com**
rewards. Join The Key for free at
family of brands, you could be earning
Every time you shop across our
**EARN 3x BACK IN REWARDS**

williams-sonoma.com/creditcard
a credit card at
WilliamsSonoma, apply today for
every $1 you spend at
to earn 5% back in rewards for
**EARN 5% BACK IN REWARDS**

whichever date is later.
or within 90 days of purchase,
within 90 days of your event
in the form of merchandise credit
Gift Registry items are refunded

for price adjustments.
Prior purchases are not eligible
returned.
'97, '98 or '99 cannot be
year. Final sale items ending in
damaged through normal wear and
from the vendor, or items
upholstery, items shipped directly

Refrigerator
Diagnostic
and
Repair

$ 99 Diagnostic
$ 400.79 Repair

499.79 ←

## Customer Information

| | | |
|---|---|---|
| Name: | JOSEPH LOGUIDICE | |
| Address: | 144 DUFOUR ST | |
| City, ST, Zip: | SANTA CRUZ | CA 95060 |
| Contact #: | 831-426-7954 | |

## Service Order Information

| | |
|---|---|
| Date: | 5/30/18 |
| Unit:/SO #: | UNIT 8366 SO# 41001845 |
| Tech ID: | 121562 |
| Type: | Estimate ☒ Repair ☒ |
| Estimated Date of Completion (Estimates only) | 6/6/18 |
| | Reschedule: Date: 6/6/18 Time Window: 1-5PM |

## Parts Detail

| Part # | Part Description | Qty | Amount |
|---|---|---|---|
| W10124096 | SUB MOTOR-CONDENSER | 1 | $133.75 |
| | | | |
| | | | |
| | | | |
| | | | |

Parts listed with the last character of "R" will be a rebuilt or core part and should be returned to the manufacturer. Non-core parts have been offered to the customer for retention.

## Labor Detail

| Job Code Description | Amount |
|---|---|
| CONDENSER FAN MOTOR/LABOR | 255.00 |
| | |
| | |
| | |

## Miscellaneous Sales (HW / PA)

| Description | Amount |
|---|---|
| | |
| | |
| | |

Transaction Type: SALE ☐ DEPOSIT ☐ ORDER ☐

| | |
|---|---|
| Part Total: | $133.75 |
| Labor Total: | $255.00 |
| Total Deductions: | |
| Part Tax: | $12.04 |
| Labor Tax: | |
| Pre-Paid Amount: | $400.79 |
| Total Amount Collected: | |
| Payment Method: CK ☐ CC ☒ | $400.79 |
| Payment Method Amount: | 9642 |
| Last 4 Digits of CC: **** **** **** | 259400968 |
| Authorization #: | |
| Payment Method 2: CK ☐ | |
| Payment Method Amount 2: | |

## Merchant Information

| | Repair Services |
|---|---|
| Name: | |
| Address: | |
| City, ST, Zip | |
| Contact #: | |
| Terminal ID #: | |
| Sears BEAR: C-1428 | Sears CSLB: 25455 |
| A & E BEAR: C-61621 | A & E CSLB: 980540 |

Cardholder acknowledges receipt of goods and/or services described above in the amount of the Total shown hereon and agrees to be bound by the terms of the Cardholder's Account Agreement with the Issuer identified hereon.
**Customer Signature:**

Repair Guarantee: If, within 90 days from the date of repair, your merchandise fails to operate for reasons related to the original repair service, we will replace any parts that failed due to defects in material or workmanship and perform any labor related to the original repair service free of charge.
Multi Service Discount: If Preventative Maintenance was performed on your merchandise, and with 90 days you schedule repair service on the same product, we will apply 50% of your prior maintenance charge to your current repair bill.

Date of Performance is disclosed in accordance with Section 9844 of the California Business and Professions Code) for repair shall be given to the customer by the service dealer in writing, and the service dealer may not charge for work done or parts supplied in excess of the estimate without prior consent of the customer. Where provided in writing, the service dealer may charge a reasonable fee for services provided in determining the nature of the malfunction in

From: **Sears Home Services** noreply@shs.com
Subject: **Tomorrow's Sears Appointment Confirmation**
Date: June 5, 2018 at 8:51 PM
To: jos.top1967@gmail.com

*Refrigerator Diagnostic*



Get appointment support
or call 1-800-4-MY-HOME

## Your repair appointment is tomorrow

**Service date**
Jun 6

**Brand & Product**
Kenmore Refrigerator

**Technician arrival window***
1:00 PM to 5:00 PM

Diagnostic **fee†**
$99.00



Protect all your home's appliances and systems. Ask
your tech how you can save with a Home Warranty

 Sign up for text messages

Track real-time updates about your service.

Make your appliance easily accessible.



Please secure your pets.

## What to expect next

**When your technician's on the way**
We'll call, email, or text to let you
know they're on the way.

**You will receive an estimate**
Before any repairs are completed,
your technician will provide an
estimate.

***Technician arrival window:**

Order Number:

*Refrigerator Diagnostic*

000836641001845

The time period during which your technician is scheduled to arrive to diagnose the issue with your appliance.

†**Diagnostic Fee: $99.00**
The diagnostic fee is the cost to have a tech come to your home and provide a repair estimate. If you decide to proceed with the repair, your total costs will include the diagnostic fee and labor, plus any parts and applicable sales tax. If you decline the repair, you will still be responsible for the diagnostic fee.

Our customer support is here to help you in any way we can. Call us at 1-800-4-MY-HOME (1-800-469-4663).

Cancel or reschedule your appointment.

**Accepted forms of payment:**
Credit card (Sears Card, Sears MasterCard, Visa, MasterCard, American Express, Discover Card), Sears gift card and personal checks (with proof of valid driver's license available for technician to view on day of service).

Service Address & Phone Numbers:
**144 DUFOUR ST**
**SANTA CRUZ, CA**
**(831) 426-7954**

Ordered By:
**Joseph Loguidice**

©2017 Sears Brands, LLC, 3333 Beverly Road, Hoffman Estates, IL 60179. All Rights Reserved.

# BluRay HDMI DVD Player

## $81





Did not replace as of yet, but provided an Amazon printout of same/similar player. I originally paid $150. The cost of $81 includes the average of 5 prices after throwing out the lowest and highest prices. The player was in excellent condition, therefore, using the "very Good" condition.

*Handwritten top right:* BluRay HDMI DVD Player

prime student | Get **FREE** delivery

Try Prime

Browsing History   stephanie's Amazon.com

EN   Hello, stephanie   Orders   Try Prime   Cart   2

All Electronics   Deals   Best Sellers   TV & Video   Audio & Home Theater   Computers   Camera & Photo   Wearable Technology   Car Electronics & GPS

Add to Cart

‹ Return to product information   Have one to sell?   Every purchase on Amazon.com is protected by an A-to-z guarantee.   Feedback on this page? Tell us what you think

Ad feedback

## Sony BDP-S580 Blu-ray Disc Player (Black)
by Sony

637 customer reviews   Share

Compare:   **Offers for this product**   Offers for this product and similar products

| Refine by Clear all | Price + Shipping | Condition (Learn more) | Delivery | Seller Information | Buying Options |
|---|---|---|---|---|---|
| **Shipping**<br><br>Free shipping<br><br>**Condition**<br>New<br>Used<br>　Like New<br>　Very Good<br>　Good<br>　Acceptable | **$39.99**<br>+ $7.49 shipping +<br>$0.00 estimated tax | **Used – Very Good**<br>NO REMOTE******* NO REMOTE CONTROL..... NO REMOTE | • Arrives between September 11-16.<br>• Want it delivered Thursday, September 12? Choose **Expedited Shipping** at checkout.<br>• Shipping rates and return policy. | **thedealman13**<br>80%<br>positive. (79 total ratings) | Add to cart |
| | **$64.95**<br>& FREE Shipping +<br>$0.00 estimated tax | **Used – Acceptable**<br>Tested and cleaned, the unit does have some cosmetic light scuffs... » Read more  | • Arrives between September 11-13.<br>• Ships from SC, United States.<br>• Shipping rates and return policy. | **Blue House**<br>95%<br>positive over the past 12 months. (4,181 total ratings) | Add to cart |
| | **$62.99**<br>+ $9.31 shipping +<br>$0.00 estimated tax | **Used – Very Good**<br>Includes remote control. Looks great and works flawlessly. Ships ... » Read more | • Arrives between September 11-16.<br>• Want it delivered Thursday, September 12? Choose **Expedited Shipping** at checkout.<br>• Shipping rates and return policy. | **Broomstick6**<br>85%<br>positive over the past 12 months. (197 total ratings) | Add to cart |
| | **$79.99**<br>& FREE Shipping<br>Details + $0.00 estimated tax | **Used – Good**<br>The unit does have some cosmetic light scuffs and signs of use. N... » Read more | FULFILLMENT BY AMAZON<br>• Want it delivered Sunday, September 8? Choose Two-Day Shipping at checkout. See details<br>• Shipping rates and return policy. | **American Quality Mercantile**<br>100%<br>positive over the past 12 months. (6 total ratings) | Add to cart |
| | **$86.88**<br>& FREE Shipping +<br>$0.00 estimated tax | **Used – Like New**<br>Great condition. The Blu-ray player is in perfect condition, but ... » Read more | • Arrives between September 11-16.<br>• Want it delivered Tuesday, September 10? Choose Two-Day Shipping at checkout.<br>• Shipping rates and return policy. | **QC_Wholesale**<br>100%<br>positive over the past 12 months. (2 total ratings) | Add to cart |
| | **$79.95** | **Used – Very Good** | • Arrives between September 11-16. | **Feedthejoy** | Add to cart |

*Handwritten calculations (left margin):*

63
86
80
80
100
409
81
5 ⟌ 409
40
9
5
4

$81  ↑

|  |  |  |  |
|---|---|---|---|
| + $7.49 shipping + $0.00 estimated tax | Comes with Power cord and remote | • Want it delivered Tuesday, September 17? Choose **Expedited Shipping** at checkout.<br>• Shipping rates and return policy. | 100% **positive** over the past 12 months. (63 total ratings) |
| **$79.99**<br>+ $7.49 shipping + $0.00 estimated tax | **Used – Very Good**<br>**FREE GIFT! Working, HD 3-D Sony BDP-S580 Blu-ray Disc Player (Bla... » Read more** | • **Arrives between** September 12-27.<br>• Want it delivered Tuesday, September 17? Choose **Expedited Shipping** at checkout.<br>• Shipping rates and return policy. | HERBERT B. WILLIAMS JR<br>99% **positive.** (196 total ratings) | Add to cart |
| **$89.97**<br>+ $7.49 shipping + $0.00 estimated tax | **Used – Good**<br>Good condition. Some cosmetic blemishes/scratches and minor scuff... » Read more | • **Arrives between** September 12-27.<br>• Want it delivered Tuesday, September 17? Choose **Expedited Shipping** at checkout.<br>• Shipping rates and return policy. | novaeta<br>98% **positive** over the past 12 months. (1,130 total ratings) | Add to cart |
| **$99.99**<br><br>& **FREE Shipping**<br>Details + $0.00 estimated tax | **Used – Very Good**<br>FULFILLMENT BY AMAZON | • Want it delivered Monday, September 9? Choose **One-Day Shipping** at checkout. See details<br>• Shipping rates and return policy. | Illumin8 International<br>94%<br>**positive.** (72 total ratings) | Add to cart |
| **$169.00**<br>+ $7.17 shipping + $0.00 estimated tax | **Used – Very Good**<br>Comes with remote and 30-day warranty! | • **Arrives between** September 11-16.<br>• **Ships from** CA, United States.<br>• Shipping rates and return policy. | transbiz<br>80% **positive** over the past 12 months. (4,605 total ratings) | Add to cart |

← Previous    1   2    Next →

## Related to items you viewed

Page 1 of 9



DriftAway Mia Stripe Room Darkening Grommet Unlined Window Curtains 2 Panels Each 52 Inch by...
409
$35.99



Schylling 2149 Lava The Original Colormax Lamp with Volcano Decal Base, 4.0" x 4.0" x 14.5", Color...
1,951
$23.38



Lava The Original 2117 14.5-Inch Silver Base Lamp with Orange Wax in Blue Liquid
4,870
$14.71



Samsung BD-J5100 BD-JM51 Curved Blu-Ray Player 2015 Model (Renewed)
675
$59.95

## Top picks for you

Page 1 of 9

# Drip System Timer



$187 timer
$130 ← to have it installed.

317

no reciept for
installation since
we have not yet
scheduled it. Using
the cost from
the electrician
we already paid
for the other
services he provided

(see plug repairs
for reference)

*Drip System Timer*

**Pickup Date: 2018-09-09**

# Pick Up in Store Items

| Pickup Store | Pickup Person |
|---|---|
| Soquel, #6968<br>2600 41st Avenue<br>Soquel, CA 95073<br>831-462-5650 | Joseph Loguidice |

| Item | Unit Price | Qty | Item Total |
|---|---|---|---|
| **Rain Bird 8-Zone Smart Irrigation Wi-Fi Timer**<br><br>Store SKU #1001677367<br>Internet #206758969<br><br>Est Pickup Date:<br>**2018-09-14 - 2018-09-19** | $139.00 | 1 | $139.00 |

**Check Order Status** >

| | |
|---|---|
| Subtotal | $172.57 |
| Shipping | $0.00 |
| Sales Tax | $14.67 |
| **Order Total** | $187.24 |


**SAVE $5 NOW & HUNDREDS LATER**

SAVINGS DELIVERED RIGHT TO YOUR INBOX

SIGN UP TODAY >

**YOU MIGHT ALSO LIKE**



**Wynn Electric** license# 932218
**Full Service** Electrical Company
321 Trescony St. Suite B
Santa Cruz, Ca. 95060

**INVOICE**          0239

**(831) 345-2679**

Joseph Ioguidice
144 Dufore st
Santa Cruz CA 95060

DATE 4-27-18   JOB NO. _____
JOB NAME Upstairs Outlet
JOB LOCATION Repair

TERMS

| DESCRIPTION | PRICE | AMOUNT |
|---|---|---|
| Repair upstairs plug, | | |
| Junction Failed, Repair | | |
| Pigtail wires with Wire nut | paid B/W | |
| install new outlet | | |
| Labor 2 hrs @ $65⁰⁰ per hr | 130⁰⁰ | ← |

A few days prior to event,
Experienced several electrical surges
(abnormalities) leading up to the big
power outage.
This was done after 1st poping of
electrical plug took place.

THANK YOU

**Wynn Electric license# 932218**
**Full Service Electrical Company**
321 Trescony St. Suite B
Santa Cruz, Ca. 95060

**(831) 345-2679**

**INVOICE**

0240

Joseph Logidice
144 Dufore St
Santa Cruz CA 95060

DATE 8-8-18 JOB NO. _____

JOB NAME Surge Inspection

JOB LOCATION _____

TERMS

| DESCRIPTION | PRICE | AMOUNT |
|---|---|---|
| Inspect & Test, Post Surge | | |
| Outlets, Main Breaker Box | | |
| Tignten Connections | | |
| Change out & pigtail | | |
| 3 - Outlets | | |
| 3 hours Labor @ $65⁰⁰ per hr | 195⁰⁰ | |
| material | 5⁰⁰ | |
| | | |
| Grand Total | $200⁰⁰ | |

This service took place after the power
outage to inspect and fix the
other plugs that were blown
out.

THANK YOU