| From: | CANB Emergency Filings |
|---|---|
| Sent: | Friday, December 4, 2020 8:41 AM |
| To: | |
| Cc: | |
| Subject: | FW: -PGE bankrupcy case no.19-30088, claim no.80248 respone to omnibus objection |
| Attachments: | mai pham letter.jpg |



From: Linda Grady <ladygrady11@gmail.com>
Sent: Thursday, December 3, 2020 8:24 PM
To: CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
Subject: -PGE bankrupcy case no.19-30088, claim no.80248 respone to omnibus objection

**CAUTION - EXTERNAL:**

To Whom It May Concern, I was referred to you by Hadley Roberts-Donnelly at KBK regarding my claim for damages to my property incurred on October 6, 2018. I received the enclosed letter from Mai Pham, claims adjuster at PGE. It was originally thought that the tree that was on the ground wire to my house was on my property. It was not. It is on my neighbors property. Mai Pham was aware of this. I did not have any receipts for the damaged items as I purchased my house from my deceased parent's estate and I was unable to find any. I did send her receipts for new items I had to purchase, along with multiple photos of the tree and relationship of the tree to my house. It really felt like she was stalling me. Next thing I got from her was an email saying my claim would now have to be filed with the bankruptcy court. I witnessed the whole incident and the repairman was clearly at fault. He even said "oops" when he cut the wrong line. Thank you for your reconsideration. I can be reached at (530)870-0930. email ladygrady11@gmail.com (home) or linda.a.grady@usps.gov (work). Sincerely, Linda Grady

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.