

**Pacific Gas and Electric Company**
Law - Claims

November 26, 2018

Linda Grady
2307 Allen Drive
Auburn, CA 95602

Re: PG&E Claim No.: A18126443
Date of Incident: October 6, 2018

Dear Ms. Grady:

Thank you for your patience while we investigated your claim. As you are aware, we will be compensating for 50% of your damages.

The following documentations are required to process the payment on your claim:

- Photos of your damaged appliances (including the model/serial number)
- Original receipts of your damaged appliances
- Repair estimates for your damaged appliances

PG&E's goal is to process legitimate claims within 30 days after receiving all pertinent documents. Please forward the required documents to process your claim.

We will hold your file in abeyance pending your response to our request for supporting documentation.

If you have any questions or additional information that you wish us to consider, please contact me at 415-973-4741. Please always refer to your claim number in any communication.

Sincerely,

*[signature]*

Mai Pham
Claims Investigator
77 Beale St
Mail Code: B30A
San Francisco CA 94105