P. G. & E. Law- Claims Department
1850 Gateway Boulevard – Sixth Floor
Concord, California 94520


**FILED**
DEC - 4 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Date of loss: February 13, 2019

Bruce & Kathleen Shaw
566 Viejo Road
Carmel, California 93923
(831) 646-1937

On February 13, 2019 we had a massive power surge that tripped the main breaker on both of our outside panels and tripped many breakers on our 3 subpanels. Our electrical service was out for an extended period. When the power came back on the 7 items listed on our claim form were damaged or destroyed.

See attached claim and invoices for repairs or replacements.

We are submitting this claim for reimbursement.

Sincerely yours,

Bruce & Kathleen Shaw

# CLAIM FORM

**Pacific Gas and Electric Company**

Mail To:
PG&E Law - Claims Dept.
1850 Gateway Blvd. 6th Floor
Concord, CA 94520 -OR-
Email to: LawClaims@pge.com -OR-
Fax to: 925-459-7326
Helpline phone: 415-973-4548

62-1444
Rev 2/2011

**PLEASE PRINT**

Mr. / Mrs. / Ms. / Dr.

| Last Name | First Name | Spouse's Name | Work Telephone | Home Telephone |
|---|---|---|---|---|
| SHAW | BRUCE | KATHLEEN | (831) 915-6029 | (831) 646-1937 |

| Business name (if claim is for business) | PG&E Account Number |
|---|---|
| RESIDENCE | 0592455804-1 |

Mailing Address - Street: 566 VIEJO ROAD    Apt. Number: —

| City | State | Zip Code | Email Address |
|---|---|---|---|
| CARMEL | CA | 93923 | SHAWDOGS@AOL.COM |

| Date of Incident | Time | Location of Incident (check if same as mailing address ☒) |
|---|---|---|
| 2-13-19 | PM | |

Description of Incident: SEE ATTACHED LETTER

**PROPERTY DAMAGE:** Attach repair estimates, invoices, proof of purchase, or supporting documents. (Do Not Send Originals).
**FOOD SPOILAGE:** Include a separate itemized list of each item of food spoiled and documentation of cost.
**NOTE:** Under California damages law you are entitled to reimbursement for the lesser of fair market value or the cost to repair your damaged property. We use the replacement cost of the item and depreciate that amount to arrive at the fair market value. You may consider consulting with your insurance carrier.

| | Item Description | Make/Brand | Model: Name /Number/Size | Age | Amount Claimed |
|---|---|---|---|---|---|
| ① | MIELE DRYER | MIELE | T9802 | 7YR | 786.11 |
| ② | DISH WASHER | MIELE | 62/102 748457 | 5YR | 588.59 |
| ③ | CANNON PRINTER | CANNON | IMAGECLASS MF733CDW | 4YR | 753.74 |
| ④ | SURGE PROTECTORS | VARIOUS BRANDS | | | 298.32 |
| ⑤ | TOILET | TOTO | WASHLET S350E | 1 MO | 175.00 |
| ⑥ | WELL PUMP CONTROLLER | AQUAVAR SOLO | 3AS30 | 1 MO | 3,026.40 |
| | ✳ SEE OTHER SIDE ✳ | | | Total Amount Claimed | $5723.15 ← TOTAL PAID BY US. |

Were you injured? ☐ Yes ☒ No   If yes, please describe:

Other Losses (lost wages, lost revenue, medical expenses, etc.) Use Additional paper if necessary

Witnesses: Name, Address, and Telephone    ☒ PG&E Employee   ☐ Other

I understand that Pacific Gas and Electric Company will review all documentation in support of this claim. I certify that the foregoing is true and correct.

Prepared By: *Bruce Shaw*
Signature: *Bruce Shaw / Kathleen Shaw*
Relationship to Claimant:
Date: 3-15-19

Case: 19-30088    Doc# 9737-1    Filed: 12/04/20    Entered: 12/04/20 14:13:33    Page 2 of 11

ITEMS ① AND ② CLOTHS DRYER/DISHWASHER $1374.70

# Duncan's Appliance Service & Installation
655 Broadway Ave
Seaside, CA 93955
831-394-3354

**Job Work Order**

☐ ESTIMATE (VALID FOR 30 DAYS)

DATE: 3/5/19
☑ SERVICE  ☐ WILL CALL  ☐ INSTALL  ☐ DELIVER
PHONE: 351-915-6029
NAME: Bruce Shaw
MAKE: Miele
ADDRESS: 560 Virgo
MODEL: T9800 / G6305SCU
Monterey
SERIAL:
ITEM TO BE SERVICED: Dryer / D/W
NATURE OF SERVICE REQUEST:

| QTY. | PART # | DESCRIPTION OF PARTS OR MATERIALS | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Trip/Dins FRR | | 170 — |
| 2 | | Labor For 2 Mach $95 x | | 190 — |
| 1 | | Filter For Dryer | | 313.58 |
| 1 | | Filter For D/W | | 580.59 |
| | | | | |
| | | Paid w/ check # 1094 | | |

LABOR PERFORMED:
Dryer sr# 40/090700176
D/W sr# 62/102748457

TOTAL MATERIALS: 894.17
TAX: 84.95
TOTAL LABOR: 360 —
Ship: 35.58
TOTAL AMOUNT: 1374.70

DATE WANTED: | DEPOSIT: | RECEIVED BY:

ESTIMATES ARE FOR LABOR ONLY, MATERIAL ADDITIONAL. WE WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE CAUSED BY FIRE, THEFT, TESTING, OR ANY OTHER CAUSES BEYOND OUR CONTROL.

AUTHORIZED BY:

**Job Work Order DUPLICATE**

adams T6868  10-11

TERMS - NET CASH
NO GOODS HELD OVER 30 DAYS

Case: 19-30088   Doc# 9737-1   Filed: 12/04/20   Entered: 12/04/20 14:13:33   Page 3 of 11

# Office DEPOT
## OfficeMax

SAND CITY - (831) 394-2582   ITEM ③ CANNON PRINTER $753.74
02/16/2019   1:52 PM

22VT3YAPY43YMEEWH

```
SALE              867-2-8755-898715-19.1.3
219702  PRINTER,MULTI,      529.99SS
   Instant Savings          -190.00
            You Pay          339.99SS
128367  CARTIDGE,COLOR       110.99
            You Pay          110.99SS
876820  CARTIDGE,COLOR       110.99
            You Pay          110.99SS
976797  CARTIDGE,COLOR       110.99
   Coupon - 71411863          -33.30
            You Pay           77.69SS
325238  CARTIDGE,COLOR        83.99
            You Pay           83.99SS
Coupon Number - SKT8F3HSB8TPGP

         Subtotal:           723.65
        Sales Tax:            59.70
            Total:           783.35
   Rewards Cert 3383:         22.66

   Rewards Cert 6118:          6.95

     MasterCard 6510:        (753.74)

AUTH CODE 17766P
TDS Chip Read
AID A0000000041010   MasterCard
TVR 0000008000
CVS No Signature Required
```

---

BRUCE SHAW 5620209816
Congratulations! You've reached VIP
Rewards status. You'll now get 5% back
in rewards on ink, toner, paper, and
print/copy/ship services, plus a
special birthday offer. Visit
officedepot.com/rewards.

Total Savings:
**$223.30**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
WE WANT TO HEAR FROM YOU!


Visit survey.officedepot.com
and enter the survey code below:
**15D7 DT5X 2RKE**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Case: 19-30088   Doc# 9737-1   Filed: 12/04/20   Entered: 12/04/20 14:13:33   Page 4 of 11

ITEM ④



More saving.
More doing.

1590 CANYON DEL REY BLVD
SEASIDE, CA 93955 (831)583-0778

6967 00002 34542    02/18/19  12:23 PM
CASHIER RUTH

6970670970269 6 OTLT SRG <A>
  6 OUTLET WALL MOUNT SURGE PRTCTR
  3@9.97                         29.91
649532619047 8OUT USBCOAX <A>
  CET 8-OUTLET SURGE PROTECT 6FT USB
  2@29.97                        59.94

                SUBTOTAL          89.85
                SALES TAX          8.31
                TOTAL            $98.16
XXXXXXXXXXXX5836 HOME DEPOT
                              USD$ 98.16
AUTH CODE 018345/4023831              IA
AID A0000000049999D8400303    THD PLCC CON



6967 02 34542 02/18/2019 0465

        RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
  A     11       365         02/18/2020

*********************************************
          DID WE NAIL IT?

  Take a short survey for a chance TO WIN
      A $5,000 HOME DEPOT GIFT CARD

              Opine en español

           www.homedepot.com/survey

           User ID: H8B 76340 69375
           PASSWORD: 19118 69373

   Entries must be completed within 14 days
    of purchase. Entrants must be 18 or
     older to enter. See complete rules on
         website. No purchase necessary.

From: **Amazon.com** shipment-tracking@amazon.com
Subject: Your Amazon.com order of 3x "HOLSEM 12 Outlets Surge..." has shipped!
Date: February 20, 2019 at 11:06 PM
To: shawdogs@aol.com

2-13-19
INCIDENT

ITEM ④



Hi bruce, your package will arrive:

Friday, February 22

Track package

REPLACEMENT
SURGE PROTECTORS

ON THE WAY

3 of: HOLSEM 12 Outlets Surge...

Order #113-1537337-2225006

SHIP TO

Kathleen Shaw
566 Viejo Rd...

SHIPMENT TOTAL
$83.67

Return or replace items in Your Orders

Bargain recommendations

*2-13-19*
*INCIDENT*

*ITEM (4)*

From: **Amazon.com** shipment-tracking@amazon.com
Subject: Your Amazon.com order of 3x "Tripp Lite ULTRABLOK428..." has shipped!
Date: February 20, 2019 at 9:07 PM
To: shawdogs@aol.com

# amazon                              Shipping Confirmation

Hello bruce shaw, kathleen shaw,

3 "Tripp Lite ULTRABLOK428..." have shipped.

Details                    *SURGE PROTECTORS*
Order #113-7165831-0561863     *REPLACEMENTS*

Arriving:                       Shipped to:
Wednesday, February 27 -        **Kathleen Shaw**
Wednesday, March 6              **566 Viejo Rd...**

|                          | Total Before Tax:   | $108.12  |
|--------------------------|---------------------|----------|
| Track your package       | Tax Collected:      | $8.37    |
|                          | **Shipment Total:** | **$116.49** |

Order details

We hope to see you again soon.

**Amazon.com**

Recommended for you based on Tripp Lite ULTRAB...

  HP Laserjet Pro
M402dn Monochrome...
$219.00

  HP LaserJet Pro
M477fdn All-in-One...
$329.99

Unless otherwise noted, items sold by Amazon.com are subject to sales tax in select states in accordance with the applicable laws of that state. If your order contains one or more items from a seller other than Amazon.com, it may be subject to state and local sales tax, depending upon the sellers business policies and the location of their operations. Learn more about tax and seller information.

Items in this shipment may be subject to California's Electronic Waste Recycling Act. For any items not sold by Amazon.com or Amazon Digital Services, Inc. that are subject to that Act, the seller of that item is responsible for submitting the California Electronic Waste Recycling fees on your behalf.

Your invoice can be accessed here.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to




ITEM (5) $175

2-13-19 INCIDENT

| Date: | 2/25/2019 | Repair Number 01593235 |
|---|---|---|
| Ship Information | Ground | |
| Customer Name | KATHLEEN SHAW | |
| Company | KATHLEEN SHAW | |
| Address | 566 VIEJO RD | |
| City, State Zip | CARMEL, CA 93923 | |
| Phone | (831) 9156029 | |

| Model: | S350E - SW584 |
|---|---|

### Parts Detail

| Part | Description | List | Cost |
|---|---|---|---|
| THU9439 | AC Control Board | $80.00 | $0.00 |
| THU9442 | S350e DC Control Board | $79.00 | $0.00 |

### Labor Detail

| Type | List | Cost |
|---|---|---|
| Washlet Repair | $175 | $175.00 |

### Shipping Detail

| Shipping Suggested | Shipping Actual |
|---|---|
| Domestic Shipping - Washlet | |

### Payment Information Currency Code: USD

| Make Check Payable to: TOTO USA | Parts: | $0.00 |
|---|---|---|
| Send Payment to: TOTO USA, Inc.<br>P.O. Box 101388<br>Atlanta, GA 30392 | Sales Tax*: | $0.00 |
| Write Case # **01593235** On Your Check | Labor: | $175.00 |

# Superior Pump Co.

# Invoice

7960 B Soquel Drive #293
Aptos, CA 95003
Ph # 831-688-PUMP (7867)
Ph # 510-487-PUMP (7867)
Fax #    831-726-1200

| Date | 3/4/2019 |
|---|---|
| Invoice # | FIELD |

**JOB ADDRESS**

**Name / Address**

BRUCE SHAW
566 VIEJO ROAD
CARMEL, CA 93923

| Service Man | Terms |
|---|---|
| JASON | Due on receipt |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | 1 MAN SERVICE CALL TO CHECK THE NEW WELL PUMP CONTROLLER AFTER CUSTOMER REPORTED ANOTHER POWER SURGE. FOUND THE CIRCUIT BOARD ON THE NEW PUMP CONTROLLER BURNED UP. | 120.00 | 120.00 |
| 1 | FRANKLIN SUB DRIVE SOFT START CONTROLLER FOR UP TO 3HP MOTORS | 2,592.00 | 2,592.00T |
|  | 1 MAN SERVICE CALL TO REMOVE AND REPLACE THE WELL PUMP CONTROLLER AND TEST THE WELL PUMP FOR PROPER OPERATION. | 120.00 | 120.00 |
|  | Sales Tax | 7.50% | 194.40 |

*Pchek # 1093*

| **Total** | $3,026.40 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Total Due** | $3,026.40 |

*ITEM ⑦ $103.99*


# BED BATH & BEYOND

Bed Bath & BEYOND #1229
117 GENERAL STILWELL DRIVE
MARINA, CA 93933
(831) 582-2708

1229 02/18/19-1147 351918 53-3499

RVN # 0122-9349-9053-0218-1900

```
COFMKR KSELECT BLK    1T
61124736890    OUR PRICE    129.99
      20% OFF ITEM    T    26.00-
             YOUR PRICE    103.99
KEURIG MY KCUP UNI    1T
61124736498    OUR PRICE     14.99
        SUBTOTAL          118.98
        TAX                10.41
   **** BALANCE           129.39
        CASH              140.39
        CHANGE             11.00
YOUR TOTAL SAVINGS $       26.00

        COUPONS APPLIED: 1
   1- 20% OFF ITEM    $   26.00
```

02/18/19 1147 1229 53 3499 351918



RVN # 0122-9349-9053-0218-1900

THANKS FOR SHOPPING BED BATH & BEYOND
PROOF OF PURCHASE REQUIRED FOR RETURN
Visit bedbathandbeyond.com/returns
for further details and exceptions
regarding returns and exchanges.
1229 02/18/19-1147 351918 53-3499

MONTEREY, CA
93940
NOV 25, 20
AMOUNT
$8.60
R2305H126888-77

94102

USPS 1000

7020 2450 0002 0327 6071

RECEIVED
DEC - 4 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

SHAW
566 VIEJO RD.
CARMEL, CA 93923

TO UNITED STATES BANKRUPTCY COURT.
BANKRUPTCY CASE # 19-30088 (DM)
CHAPTER 11
COURTROOM 17, 16TH FLOOR
SAN FRANCISCO, CA, 94102
HEARING DATE: DECEMBER 15, 2020