P. G. & E. Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn New York 11232


FILED

DEC 4 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Date of Loss: January 6, 2019
Claim # 2018429700

Insured: Bruce & Kathleen Shaw
566 Viejo Road
Carmel, California 93923

This loss is the result of a series of electrical problems starting
January 6, 2019 which were described to us as a massive power surge.
On that date, both of our P. G. & E. meters were burned out and black in
color. We heard a loud explosion in our house. At that time the items
numbered 1-14 on the attached list were damaged or destroyed. The
power was out for several days. After the power was restored, we had
two more power outages in a two week period following the initial
surge. Then on February 13, 2019 we had two more power surges
which sounded like an explosion in our house. At that time, items 1B
through 6B were damaged or destroyed. During both of the major
surges, most of the breakers on our 4 sub-panels were tripped as well as
the main breakers on the outside main panels.

| List of items: | | Repair / Replacement Cost |
|---|---|---|
| 9 | 3 surge protectors | $100.90 |
| 8 | Battery back up for computer, APC | $172.39 |
| 14 | Central vacuum system, Electrolux | $2,420.49 |
| 13 | 2 Garage openers, IDrive | $1,922.50 |
| 11 | Water softner , Rain Soft | $129.00 |
| 10 | Electric blanket, Biddleford | $108.00 |
| 4 | Clothes Dryer, Miele | $786.11 |
| 15 | Home lighting, Day Electric | $163.50 |
| 7 | Two overhead lights, Home Depot | $188.82 |
| 12 | Air compressor, Val-air | $708.00 |
| 16 | Well Pump controller, Aquavar Solo | $3,036.40 |
| 5 | Main home lighting system | $600.00 |

1,2 &3      2 Tank less water heaters and main home heating unit,
Noritz tank less water heater, Takagi tank less water heater,
Ruud Ultra UGJD home heating system.     $12,699.62

6      Toto Washlet toilet seat     $175.00

NOTE:

Item 3 had a burned out electrical circuit. There are no factory repair people in Monterey County. The only way this could be repaired was to order the entire unit from a dealer in Fresno and then install myself.

Item 12 The bill from AOE for this item is $3,430.00. However, the claim is for $600.00. The balance of the bill was for surge protecting items that were not present before the electrical problems.

Item 13 has 3 items listed. The smaller tank less water heater, Takagi, was not repairable and had to be replaced with an equivalent model. The central heating system was a very efficient and expensive model, Ruud Ultra UGJD. The motor in the heater was burned out. The cost of replacing the motor was quoted at $3,000.00 and there would be no guarantee that the rest of the unit would be functional even though the variable speed motor would have been replaced. Because of this, we felt it was prudent to put in a new less expensive unit.
These three pieces of equipment included in item 13 could not be separated as to cost because the labor, etc. is all on one bill (Chris Wilson Plumbing and Heating).

Item 14 We do not have the receipt for the first repair of the Toto toilet. The $175.00 is the correct cost and we are having a copy of this e-mailed to us.

The total amount paid by us for repair of some items and replacement of others is:

$23,210.73

We have in our possession most of items that were damaged in case you would like to see them.

Sincerely yours,


Bruce & Kathleen Shaw
831-646-1937

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | BRUCE AND KATHLEEN SHAW<br>_Name of the current creditor (the person or entity to be paid for this claim)_<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>BRUCE AND KATHLEEN SHAW<br>566 VIEJO RD.<br>CARMEL, CA. 93923<br><br>Contact phone (831) 646-1937<br>Contact email SHAWDOGS @ AOL.COM | **Where should payments to the creditor be sent?** (if different)<br>SAME<br><br><br>Contact phone _____<br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/___<br>                                               MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

Case: 19-30088    Doc# 9737-2    Filed: 12/04/20    Entered: 12/04/20 14:13:33    Page 4 of 22

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.    $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  3 / 13 / 19
                  MM / DD / YYYY

*Signature*  [signature: Bruce Shaw]

Print the name of the person who is completing and signing this claim:

Name    BRUCE          LELAND          SHAW
        First name      Middle name     Last name

Title   _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  566      VIEJO RD.
         Number   Street
         CARMEL              CA.       93923
         City                State     ZIP Code

Contact phone  (831) 646-1937          Email  SHAWDOGS@AOL.COM

Official Form 410                        Proof of Claim                            page 3



A2

Pacific Gas and Electric Company

62-1444
Rev 2/2011

# CLAIM FORM

Mail To:
PG&E Law - Claims Dept.
1850 Gateway Blvd. 6th Floor
Concord, CA 94520-OR-
Email to: LawClaims@pge.com -OR-
Fax to: 925-459-7326
Helpline phone: 415-973-4548

**PLEASE PRINT**

(Mr) Mrs. / Ms. / Dr.

| Last Name | First Name | Spouse's Name | Work Telephone | Home Telephone |
|---|---|---|---|---|
| SHAW | BRUCE | KATHLEEN | (831) 915-6029 | (831) 646-1937 |

| Business name (if claim is for business) | | PG&E Account Number |
|---|---|---|
| | | 05924-55804-1 |

| Mailing Address - Street | Apt. Number |
|---|---|
| 566 VIEJO RD. | |

| City | State | Zip Code | Email Address |
|---|---|---|---|
| CARMEL | CA | 93923 | SHAWDOG5@AOL.COM. |

| Date of Incident | Time | Location of Incident (check if same as mailing address ☒) |
|---|---|---|
| 1-6-19 | 6:30 AM (PM) | |

Description of Incident

A POWER SURGE OCCURED AT OUR RESIDENCE (566 VIEJO RD CARMEL).
THE PG&E METER WAS BLACK AND DESTROYED AT THAT TIME. THE 100 AMP.
MAIN WAS TRIPPED ALONG WITH 21 OTHER BREAKERS AT OUR HOME.
THE ITEMS LISTED BELOW WERE DAMAGED OR DESTROYED.

PROPERTY DAMAGE: Attach repair estimates, invoices, proof of purchase, or supporting documents. (Do Not Send Originals).
FOOD SPOILAGE: Include a separate itemized list of each item of food spoiled and documentation of cost.
NOTE: Under California damages law you are entitled to reimbursement for the lesser of fair market value or the cost to repair your damaged property. We use the replacement cost of the item and depreciate that amount to arrive at the fair market value. You may consider consulting with your insurance carrier.

ITEM

| | Item Description | Make/Brand | Model: Name /Number/Size | Age | Amount Claimed |
|---|---|---|---|---|---|
| ① | HOME HEATER | RUUD | ULTRA UGJD | 11 YEARS | } 12,699.62 |
| ② | TANKLESS WATER HEATER | TAKAGI | T-KJR | 8 YEARS | |
| ③ | TANKLESS WATER HEATER | NAVIEN | NR-240(A) | 8 YEARS | |
| ④ | CLOTHES DRYER | MIELE | T 9802 | 7 YEARS | 786.11 |
| ⑤ | HOME LIGHTING SYSTEM | LIGHTOLIER | S2400 | 29 YEARS | 600 |
| ⑥ | TOILET SEAT | TOTO | WASHLET S350E | 2 YEARS | 175 |
| | SEE OTHER SIDE | | Total Amount Claimed | | $23,210.73 |

← ACTUAL TOTAL SPENT

Were you injured? ☐ Yes ☒ No If yes, please describe:

Other Losses (lost wages, lost revenue, medical expenses, etc.) Use Additional paper if necessary

Witnesses: Name, Address, and Telephone     ☒ PG&E Employee   ☐ Other

PG&E EMPLOYEE FROM TRUCK LICENCE # 31218E2

I understand that Pacific Gas and Electric Company will review all documentation in support of this claim. I certify that the foregoing is true and correct.

| Prepared By | Relationship to Claimant |
|---|---|
| BRUCE SHAW | SELF |

| Signature | Date |
|---|---|
| Bruce Shaw | 1-28-19 |

Case: 19-30088    Doc# 9737-2    Filed: 12/04/20    Entered: 12/04/20 14:13:33    Page 8 of 22

# ChrisWilson PLUMBING & HEATING REPAIR

MW (831) 393-9324
SC (831) 425-9324
1112 Phoenix Ave. Seaside, CA 93955
www.chriswilsonplumbing.com
CA License #724474

**24 HOUR EMERGENCY SERVICE**

ITEMS 023

**AGREEMENT NO.** 6022

| | |
|---|---|
| DATE | 1-8-19 |
| TECHNICIAN | Lou #1 |
| CONTRACT ADDENDUM | YES ☐ NO ☐ |
| JOB START DATE | 01-07-2019 |
| COMPLETION DATE | |
| JOB # | |
| PAID BY | ☐ CHK ☐ C.C. ☐ CASH |
| C.C. # | |
| EXP. DATE AUTH # | |

☐ 30 DAY BILLING   ☐ 10 DAY BILLING   AUTH ☐

**NAME** Bruce & Kathleen Shaw
**ADDRESS** Fec. Maribel
**CITY** Carmel **STATE** **ZIP** 93923
**HOME PHONE**
**CELL PHONE** 831-646-1839
**E-MAIL**

**AUTHORIZATION TO PROCEED WITH DIAGNOSIS** — I, the undersigned, am owner / authorized representative / tenant of the premises listed herein, I hereby authorize you to perform diagnosis to determine a solution.

I agree upon completion to pay for said diagnosis at the listed rate: $

SIGNATURE X

**DIAGNOSIS / SOLUTION:**

**AUTHORIZATION TO PROCEED WITH WORK** — I, the undersigned, am owner / authorized representative / tenant of the premises listed herein...

SIGNATURE X

## ADDITIONAL REMARKS:

| QUAN | TASK/ADD-ON # | DESCRIPTION | STANDARD RATE | VALUE RATE |
|---|---|---|---|---|
| 1 | T2560 | Nor-17z AZ 001 tankless water heater | 3861 | 63 |
| 1 | A6745 | tankless Check up | 384 | 46 |
| 6 | A1063 | OR Requires an Assistant | 510.60 | |
| 1 | A1257G | inscallateng Repair | 306 | 25 |
| 1 | A154gs | u TCM look up Flow 96 B | | |
| 8 | A26110 | LP Conversion k.T | 3763 | 53 |
| 1 | A1108 | Ac Requires an Assistant | 107 | 60 |
| 1 | A66.10 | w/rrkss thermostat | 680 | 90 |
| 1 | A9028 | tankless Recirc Transfer Kit | 378 | 75 |
| | | | 322 | 50 |

| | |
|---|---|
| MOD# SER# | |
| MOD# SER# | |
| MOD# SER# | |
| MOD# SER# | |
| MOD# SER# | |
| MOD# SER# | |
| VALUE RATE TOTAL | 12,184.62 |
| ADDENDUM TOTAL | |
| **TOTAL** | 12,699.62 |

**You Save** $515.00

**ACCEPTANCE OF WORK PERFORMED** — I acknowledge satisfactory completion of the above described work...

SIGNATURE X

**SERVICE TECHNICIAN** —
SIGNATURE X

ITEM ④

**DUNCAN'S APPLIANCE SERVICE & INSTALLATION**
665 Broadway Ave
Seaside, CA 93955    831-394-3354

## Job Work Order

☐ ESTIMATE (VALID FOR 30 DAYS)

| DATE | 1/24/15 | ☑ SERVICE ☐ WILL CALL | PHONE | 831-915-6029 |
|------|---------|---|---|---|
| NAME | Kevin Shaw | ☐ INSTALL ☐ DELIVER | MAKE | Miele |
| ADDRESS | 366 Hays RD | | MODEL | T9802 |
| | Carmel | | SERIAL | Vol 090/22416 |
| ITEM TO BE SERVICED | Dryer | | NATURE OF SERVICE REQUEST | |

| QTY. | PART # | DESCRIPTION OF PARTS OR MATERIALS | PRICE | AMOUNT |
|------|--------|-----------------------------------|-------|--------|
| 1 | | Trip Diag. Bar | | 190 |
| 1 | | Labor | | 95 |
| 1 | | Elec. Board | | 1154.11 |
| | | MIELE DRYER | | |
| | | (Paid w/ late # 1050) | | |

| LABOR PERFORMED | | TOTAL MATERIALS | 1154.11 |
|---|---|---|---|
| Elec. Board Replaced | | TAX | |
| Fault Due to Possible | | TOTAL LABOR | 290 |
| Internal Power Surge | | TOTAL AMOUNT ▷ | 1444 |

| DATE WANTED | DEPOSIT | RECEIVED BY |
|---|---|---|

ESTIMATES ARE FOR LABOR ONLY, MATERIAL ADDITIONAL. WE WILL NOT BE RESPONSIBLE FOR LOSS
OR DAMAGE CAUSED BY FIRE, THEFT, TESTING, OR ANY OTHER CAUSES BEYOND OUR CONTROL.

AUTHORIZED BY:

## Job Work Order
### DUPLICATE

Ⓔ adams T6608

TERMS – NET CASH
NO GOODS HELD OVER 30 DAYS

10-11

ITEM ⑤ OUR QUOTE WAS FOR
APPROX 600 THE BILL IS 750 (SEE PAGE 2)

WE ARE CLAIMING $600

+ 750 WAS COST OF REPAIR
ON 1-6-19 ELECTRICAL
SURGE. NOTE ON PAGE 2
HIGHLIGHTED IN GREEN

From: **AOE BAY AREA INC** notifications@housecallpro.com  
Subject: Invoice due from AOE BAY AREA INC - $3,430.00  
Date: March 7, 2019 at 12:19 PM  
To: shawdogs@aol.com



# Your Invoice from AOE BAY AREA INC

**Invoice Number:** 2287  
**Service Date:** Mar 05, 2019

**Customer Name:** Bruce Shaw  
**Service Address:** 566 Viejo Road Carmel-by-the-Sea, CA 93923

## Services

Install Surge protectors                                         $300.00
1. Remove existing surge equipment and
replace breakers for new equivalent

2. Install surge protector in main panel

3. Install surge protection in pump panel

Lighting switches                                               $300.00
1. Remove existing low voltage key pads in
living room

2. Install dimmers to replace keypad

ITEM ⑥

TOTO TOILET SEAT REPAIR $175

WE CAN'T FIND THE RECEIPT.

*Brughm*

ITEM ⑦ 1-19 CLOSET LIGHTS
REPLACEMENTS



## More saving.
## More doing.

1590 CANYON DEL REY BLVD
SEASIDE, CA 93955 (831)583-0778

6967 00001 29668    01/18/19  11:05 AM
CASHIER STELLA

849489001388 LED PUFF <A>
  20 NEST STYLE PUFF, BLK
  2@79.97                        159.94
046677391225 32W12"CIRC <A>       5.92
  PLC 32W 12IN T9 CIRCLINE SW 1PK
046677392222 22W8"CIRC <A>        6.97
  PLC 22W 8IN T9 CIRCLINE SW 1PK

         SUBTOTAL          172.83
         SALES TAX          15.99
         TOTAL            $188.82
XXXXXXXXXXXX5836 HOME DEPOT   $188.82
AUTH CODE 018170/5014873          TA



6967 01 29668 01/18/2019 7178

        RETURN POLICY DEFINITIONS
      POLICY ID   DAYS   POLICY EXPIRES ON
A       11        365        01/18/2020

************************************
    DID  WE  NAIL  IT?
 Take a short survey for a chance TO WIN
    A $5,000 HOME DEPOT GIFT CARD

        Opine en español

      www.homedepot.com/survey

      User ID: H8B 66592 59626
      PASSWORD: 19068 59625

 Entries must be completed within 14 days
  of purchase. Entrants must be 18 or
  older to enter. See complete rules on
     website. No purchase necessary.

ITEM (8)

BATTERY BACK UP

BEST BUY

Welcome to ~~
101 GENERAL STILLWELL DR
MARINA, CA 93933

Val #:000015-712613-848653-929509-529720-471

1061 064 6568 01/18/19 11:51

6165881    BN1500M2            159.99
APC BACK-UPS PRO 1500VA/900 W
207.99  Was Price
48.00- Sale Discount
Ship Order #1119018629886
Est. Date: 01/22/2019
Sales Tax              12.40
8363647    SHIPPING             0.00
SHIPPING
Ship Order #1119018629886
Sales Tax             0.00

                    Subtotal  159.99
                    Sales Tax  12.40
                              -----------
                    Total    172.39

*********6510   ChipRead USD$  172.39
MasterCard - MASTERCARD
SHAW/BRUCE
Approval 03676P

MODE: Issuer
AID: A0000000041010

        Other Savings:    48.00
        Total Savings:    48.00


My Best Buy
Member ID 4230173329




BRUCE,
Thanks for shopping at Best Buy today!
Your My Best Buy balance as of 02/07/2018
Posted points: 84
Go to BestBuy.com for more info

    Devices that can be activated and cell
      phones have a 14-day return policy
   year-round for all customers. 15-day return

amazon.com

*2 SURGE PROTECTIONS* (handwritten)

*ITEM ⑨* (handwritten)

**Order Placed:** January 8, 2019
**Amazon.com order number:** 113-7278852-7318641
**Order Total:** $65.78

| Shipped on January 9, 2019 | |
|---|---|

| Items Ordered | Price |
|---|---|
| 2 of: *HOLSEM 12 Outlets Surge Protector Power Strip with 3 Smart USB Charging Ports (5V/3.1A) and 6' Heavy Duty Extension Cord, Black*<br>Sold by: HOLSEM (seller profile)<br><br>Condition: New | $32.89 |

| | |
|---|---|
| **Shipping Address:**<br>Kathleen Shaw<br>566 Viejo Rd<br>Carmel, CA 93923-9437<br>United States | Item(s) Subtotal:$65.78<br>Shipping & Handling:  $0.00<br>-----<br>Total before tax:$65.78<br>Sales Tax:  $0.00<br>-----<br>**Total for This Shipment:$65.78**<br>----- |
| **Shipping Speed:**<br>Two-Day Shipping | |

| Payment information | |
|---|---|

| | |
|---|---|
| **Payment Method:**<br>Visa | Last digits: 7431 | Item(s) Subtotal:$65.78<br>Shipping & Handling:  $0.00 |
| **Billing address**<br>Kathleen Shaw<br>566 Viejo Rd<br>Carmel, CA 93923-9437<br>United States | Total before tax:$65.78<br>Estimated tax to be collected:  $0.00<br>-----<br>**Grand Total:$65.78** |
| **Credit Card transactions** | Visa ending in 7431: January 9, 2019:$65.78 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2019, Amazon.com, Inc. or its affiliates



*ITEM (10)*

Order #113-5842377-7705844

Arriving:
**Friday, January 18 -**
**Monday, January 28**

View or manage order

Ship to:
**Kathleen Shaw**
**566 Viejo Rd...**

Total Before Tax:     $100.23
Estimated Tax:          $7.77
**Order Total:**        **$108.00**

Order 3 of 3

Order #113-0767128-5309048

*BIDDLEFORD*
*ELECTRIC BLANKET*

ITEM (11)

**B and D Quality Water, Inc.**
**DBA Quality Home Services**
4936 E. Ashlan Ave., Fresno, California 93726

(559) 276-6270
(888) 625-0555
www.qualityhomeservices.com
Lic# 716208

Technician Name: _San Naya_

Arrival Time _940_  Departure Time _1015_  Date _1/14_ 20 _19_

Customer Name _Shaw_  Email _____

For _Service - Seals_

30 Day Warranty on Parts Replaced Today _PWR Surge left unit runs_ Cust. Init. _BX_
_in cycle collapse valve seals_

Any Request For Service related to today's service call,
made within 30 days from the date of this receipt, will be no charge.  Cust. Init. _BX_

Unrelated service calls and all service calls made after 30 days
will be charged normal service rates.  Cust. Init. _BX_

No charge.  Covered by service policy. ☐

Amount collected _112_  ☐Cash _____  ☒Check # _3905_

Balance Due _0_  ☐Change _____  ☐Credit Auth# _____

Our services are due upon receipt.. If we are unable to collect, there will be a $45.00 billing charge added
to the above amount, which must be paid in full. No Terms are accepted.
There will be a $40.00 fee for any returned check.
Unpaid returned checks are submitted to the County District Attorney's office.  Cust. Init. _____

_" Thank You For Your Business "_

*ITEM (12) VALUE AT TIME OF LOSS $708* *(HALF OF LIFE LEFT)*



## Val-Air Air Compressor

**$1416**
#004-678

○ Virtually noiseless for a quiet work environment
○ Features automatic operation for less hassle
○ Upgraded heavy-duty 1/2 horsepower pump for better performance
○ Includes in-line moisture trap and coalescing filter
○ Internally painted tank to prevent rust
○ Fan included

visit grs.com

---

ease Note: To connect a compressor not purchased from GRS, a Hook-Up Kit is required.

## Hook-Up Kit for California Air 1610AC Compressor

**$44.55**
004-983

○ Use as a replacement hose kit
○ 50' (15.24 m) of 1/4" (6.35 mm) hose and brass fitting
○ Included with compressors purchased from GRS

## Hook-Up Kit For Compressors

**$58.05**
#004-527

○ Use as a replacement hose kit
○ 50' (15.24 m) of 1/4" (6.35 mm) hose and brass fittings
○ Included with compressors purchased from GRS



---

## Quick Disconnect Kit

**$31.75**
004-615

○ Allows quick switching of air handpieces

## Silentaire Compressor Oil

**$25.35**
#022-163

○ Formulated for use with SilentAire compressors
○ 24 fl oz



**GLENDO** LLC

PRODUCT LINES
**GRS**® • TOOLS • TECHNIQUES • TRAINING
**Accu-Finish**®
**HANDWORKER**

**Torell Flickinger**
Sales Representative

tflickinger@glendo.com

800-835-3519 • 620-343-1084
Fax: 620-343-9640
900 Overlander Road
Emporia, KS 66801
glendo.com

ITEM (13)

Salinas 831-594-0523 • Fax 831-443-8445 • Monterey 831-372-4025

1-6-19

## Busby Door
### INCORPORATED
COMMERCIAL • RESIDENTIAL • GATES    CL #904521

| NAME | | | DATE | |
|------|--|--|------|--|
| ADDRESS | | | | |
| | | PHONE | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D |
|---------|------|--------|--------|----------|-------------|

| QTY. | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | VBS Check # 1092 | |
| | Stopped | 840 |
| | Replaced to your Serve damaged exercise | |
| | past | |
| | | |
| | TAX | |
| RECEIVED BY | TOTAL | |

*Thank You*

All claims and returned goods MUST be accompanied by this bill.

1922.50

AERUS ELECTROLUX
5341 N BLACKSTONE AVE
FRESNO, CA 93710

02/18/2019                    13:26:07

CREDIT CARD
VISA SALE

Card #
SEQ #:              XXXXXXXXXXXX6961
Batch #:                          3
INVOICE                        1049
Approval Code:             2072940
Entry Method:               08221C
Mode:                       Manual
Card Code:                   Online
                                  M

SALE AMOUNT              $2420.49

THANK YOU FOR YOUR BUSINESS!!!
Phone: (559) 448-0331

CUSTOMER COPY

AERUS LLC
800 Valley Drive, Bristol, VA 24201
mer Service Number 1-800-243-9078

# SALES AGREEMENT

FRANCHISE NAME

ADDRESS

ITEM (14)

EMAIL

CONTRACT NUMBER   2072940

LOCATION NUMBER   V0985    SALE DATE   ___    MO.   DAY

Sales Representative's Name (Print)          Sales Representative's Signature

Buyer's Name (print)

First                               Middle Init.

Last   Shaw

Address   866 Viejo Road

City   Carmel          State CA   Zip 939

Cell Phone   731-692-1927          Home Phone

Office Representative's Name (Print)          Office Representative's Signature

Email:

## NOTICE TO THE BUYER

IN THE EVENT MY APPLICATION FOR CREDIT IS NOT APPROVED, I AGREE MY APPLICATION MAY BE FORWARDED TO OTHER COMPANIES TO BE CONSIDERED FOR DIFFERENT FINANCING ALTERNATIVES. I AUTHORIZE SUCH COMPANIES TO INDEPENDENTLY OBTAIN CREDIT INFORMATION REGARDING ME FROM OTHER SOURCES. I UNDERSTAND THAT I HAVE NO OBLIGATION WHATSOEVER TO ACCEPT ANY CREDIT THAT MAY BE OFFERED BY ANY OTHER COMPANY.
WITH RESPECT TO PRODUCTS NOT PAID FOR BY ME IN CASH AT THE TIME THIS SALES AGREEMENT IS SIGNED, I AGREE TO RETURN, ON DEMAND AND WITHOUT LEGAL PROCESS, ANY PRODUCTS SUBJECT TO THE SALES AGREEMENT IN THE EVENT MY CREDIT IS NOT APPROVED.
I AGREE THAT THE SALES REPRESENTATIVE PROVIDED AN ORAL EXPLANATION OF THE PRODUCT WARRANTY RIGHTS AND/OR A WRITTEN COPY OF SUCH RIGHTS PRIOR TO THE SALE.
I ACKNOWLEDGE RECEIPT OF THE PRODUCTS LISTED AND/OR SELECT THE PRODUCTS TO BE DELIVERED BY DIRECT SHIPMENT.
I REQUEST THAT AN AERUS SALES REPRESENTATIVE CALL FROM TIME TO TIME.
A SHIPPING CHARGE MAY APPLY TO CERTAIN UNITS. PLEASE ALLOW 2-3 WEEKS FOR DELIVERY.

CENTRAL VAC PRICES DO NOT INCLUDE INSTALLATION, AND IT IS THE RESPONSIBILITY OF THE CUSTOMER TO HAVE THE CENTRAL VAC INSTALLED.

I UNDERSTAND I, MAY CANCEL THE SALE PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS SALES AGREEMENT(5) BUSINESS DAYS IN ALASKA) (15 BUSINESS DAYS IN NORTH DAKOTA FOR BUYERS 65 YEARS OF AGE OR OLDER). ACCORDING TO THE ATTACHED NOTICE OF CANCELLATION FORM, IF YOU CANCEL, THE SELLER MAY NOT KEEP ANY PART OF THE CASH DOWN PAYMENT. DO NOT SIGN THIS SALES AGREEMENT IF YOU HAVE NOT READ IT, OR IF ANY OF THE SPACES INTENDED FOR THE AGREED TERMS (TO THE EXTENT OF THEN AVAILABLE INFORMATION) ARE LEFT BLANK.
BUYER ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THIS SALES AGREEMENT.
I ACKNOWLEDGE RECEIPT OF AN ORAL EXPLANATION OF MY RIGHTS TO CANCEL THIS SALE, TOGETHER WITH TWO COMPLETED COPIES OF THE ATTACHED NOTICE OF CANCELLATION FORM.

**MAKE CHECK PAYABLE TO AERUS**

Signed _____
          Buyer                          Date

Signed _____
          Co-Buyer                       Date

| ___ber | Price | ART OR ACC. | PRICE |
|--------|-------|-------------|-------|
|        |       |             |       |

| | | |
|---|---|---|

**Labor**

Sub Total (A)

TAX EXEMPT CUSTOMERS MUST HAVE A TAX EXEMPT CERTIFICATION ATTACHED TO THIS AGREEMENT.

Sales Tax (B)

Total Price (C)
(A+B = C)

Purchase order #:

Total Down Payment (E)

Financed Amount (F)

| DOWN PAYMENTS | | | AMOUNT |
|---|---|---|---|
| CASH | CHECK | C.C. TYPE | $ |
| ☐ | ☐ | ☐ | $ |
| ☐ | ☐ | ☐ | $ |
| ☐ | ☐ | ☐ | $ |
| ☐ | ☐ | ☐ | $ |

TOTAL DOWN PAYMENT (E)   $

OFFICE USE ONLY   FINANCE DISCOUNT (G) (IF APPLICABLE)

NET PROCEEDS TO AERUS (F-G)

FINANCE CO.

FINANCE ACCOUNT #

ITEM (15) 

# INVOICE

**DAY ELECTRIC INC.**
1016 AUSTIN AVENUE
PACIFIC GROVE, California 93950
United States
Tel: 831-375-0223
Fax: 831-655-4202

| | |
|---|---|
| Invoice number: | **20873** |
| Invoice date: | Jan. 18, 2019 |
| Reference | 93923 |
| Customer Ref. #: | |
| Page number: | 1 |

*1-29-19*
*HOME*
*LIGHTING*
*SYSTEM*
*Ø REPAIRED YET*

Billing address:

**KATHLEEN SHAW**
566 VIEJO ROAD
CARMEL, California 93923

Site address:

**KATHLEEN SHAW**
566 VIEJO ROAD
CARMEL, California 93923

## Work Description

1-7-19
CHECKED ELECTRIC THAT WAS NOT WORKING. FOUND THAT SURGE HAD EFFECTED
THE DRYER, SURGE SUPRESSOR IN THE GARAGE, ELECTRIC BLANKET CONTROL, FURNACE, TOILET SEAT,
TANKLESS WATER HEATER AND LIGHTING CONTROL. POWER IS FINE GOING TO THESE ITEMS.
1-11-19
INSTALLED SPARE LIGHTING CONTROL

| Summary | | Total ($) |
|---|---|---|
| Technician-Pat | (1.00 Hrs @ $109.00) | 109.00 |
| Technician-Jim | (0.50 Hrs @ $109.00) | 54.50 |
| **Total** | | $163.50 |

## Terms

TERMS: DUE UPON RECEIPT. PAYMENTS NOT RECEIVED WITHIN 30 DAYS ARE SUBJECT TO A MONTHLY LATE CHARGE OF
1.0% (APR 12%, $1.00 MINIMUM MONTHLY). PLEASE PAY FROM THIS INVOICE NO STATEMENT WILL BE SENT.

PAYMENTS OTHER THEN CASH OR CHECK ARE SUBJECT TO A 3% ADMINSTRATION FEE

# Invoice

## Superior Pump Co.

7960 B Soquel Drive #293
Aptos, CA 95003
Ph # 831-688-PUMP (7867)
Ph # 510-487-PUMP (7867)
Fax # 831-726-1200

| Date | 1/22/2019 |
|------|-----------|
| Invoice # | FIELD |

**JOB ADDRESS**

**Name / Address**

BRUCE SHAW
566 VIEJO ROAD
CARMEL, CA 93923

| Service Man | Terms |
|-------------|-------|
| JASON | BALANCE DUE ON COMPLE... |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | FRANKLIN SUB DRIVE SOFT START CONTROLLER FOR UP TO 3HP MOTORS | 2,592.00 | 2,592.00T |
| 2.5 | ONE MAN LABOR TO CHECK THE WELL PUMP. FOUND THE PUMP CONTROLLER WAS BAD DUE TO POSSIBLE POWER SURGE. THIS IS ONE OF THREE CUSTOMERS ON VIEJO ROAD THAT HAD THIS SAME PROBLEM AT THE SAME TIME. | 100.00 | 250.00 |
| | Sales Tax | 7.50% | 194.40 |

*Check # 1089*

| | |
|--|--|
| **Total** | $3,036.40 |
| **Payments/Credits** | $0.00 |
| **Total Due** | $3,036.40 |



MONTEREY, CA
93940
NOV 25, 20
**$8.60**
AMOUNT
R2305H126888-77

94102

1000

7020 2450 0002 0327 6071

RECEIVED

DEC -4 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

SHAW
566 VIEJO RD.
CARMEL, CA 93923

TO UNITED STATES BANKRUPTCY COURT.
BANKRUPTCY CASE # 19-30088 (DM)
CHAPTER 11
COURTROOM 17, 16TH FLOOR
SAN FRANCISCO, CA, 94102
HEARING DATE; DECEMBER 15, 2020