Simon R. Mayer
Texas State Bar No. 24060243
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, TX 77002

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY

Debtor(s).

Case No. 19-30088
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Simon R. Mayer__, an active member in good standing of the bar of __Texas__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Lloyd's Register Quality__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Kinga L. Wright
   101 Montgomery Street, Suite 1950, San Francisco, CA
   (415) 318-8810.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/30/2020

/s/ *Simon R. Mayer*
Simon R. Mayer