# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Bankruptcy Petition #: 19−30088

| | |
|---|---|
| *Assigned to:* Judge Dennis Montali | *Date filed:* 01/29/2019 |
| Chapter 11 | *Plan confirmed:* 06/20/2020 |
| Voluntary | *341 meeting:* 04/29/2019 |
| Asset | *Deadline for filing claims:* 10/21/2019 |
| | *Deadline for filing claims (govt.):* 10/21/2019 |

*Debtor*
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO−CA
(929) 333−8977
Tax ID / EIN: 94−3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364−6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111−5998
415−983−1116
Email: lee.brand@pillsburylaw.com

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474−1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

1

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796−0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364−6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108

415−364−6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415−636−9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683−9100
Email: bradley.schneider@mto.com

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue

New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415)705−3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7−500
Sacramento, CA 95814
(916) 930−2076
Email: jason.blumberg@usdoj.gov

**Cameron Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784−5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee − SF
450 Golden Gate Ave.
Suite 05−0153
San Francisco, CA 94102
(415) 705−3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2062
Email: marta.villacorta@usdoj.gov

*Creditor Committee*
**Official Committee Of Unsecured Creditors**

represented by **Paul S. Aronzon**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4000

Email: paronzon@milbank.com

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: skhalil@milbank.com

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386−4463
Email: tkreller@milbank.com

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: ALeblanc@milbank.com

**Alan J. Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530−5000
Email: AStone@milbank.com

*Creditor Committee*
**Official Committee of Tort Claimants**

represented by **Lauren T. Attard**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025−0509

(310) 820−8800
Email: lattard@bakerlaw.com

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
415−659−2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861−7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764−4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(216) 621−0200
Email: egoodman@bakerlaw.com

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649−4000
Email: egreen@bakerlaw.com

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
(415) 569−2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**
Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111
(212) 589−4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703−1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935−3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659−2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442−8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861−1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442−8875
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(614) 462−2677
Email: cwoltering@bakerlaw.com
*TERMINATED: 04/01/2020*

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 11/18/2020 | | 9572 | Appellant Designation of Contents For Inclusion in Record On Appeal , Statement of Issues on Appeal, (RE: related document(s)9405 Notice of Appeal and Statement of Election filed by Interested Party Pacific Investment Management Company LLC). Appellee designation due by 12/4/2020. Filed by Interested Party Pacific Investment Management Company LLC (McNeilly, Edward) (Entered: 11/18/2020) |
| 11/19/2020 | | 9577 | Certificate of Service (RE: related document(s)9572 Appellant Designation, Statement of Issues on Appeal). Filed by Interested Party Pacific Investment Management Company LLC (McNeilly, Edward) (Entered: 11/19/2020) |
| 12/02/2020 | | 9679 | Appellee Designation of Contents for Inclusion in Record of Appeal *Appellees' Response to Pacific Investment Management Company LLC's Statement of Issues and Designation of Additional Items to Be Included in the Record on Appeal* (RE: related document(s)9405 Notice of Appeal and Statement of Election filed by Interested Party Pacific Investment Management Company LLC). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 12/02/2020) |

David P. Simonds (Cal. Bar No. 214499)
Edward J. McNeilly (Cal. Bar No. 314588)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: 310.785.4600
Facsimile: 310.785.4601
david.simonds@hoganlovells.com
edward.mcneilly@hoganlovells.com

Michael C. Hefter (Admitted *Pro Hac Vice*)
Matthew Ducharme (Admitted *Pro Hac Vice*)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, New York 10017
Telephone: 212.918.3000
Facsimile: 212.918.3100
michael.hefter@hoganlovells.com
matthew.ducharme@hoganlovells.com

*Counsel to Pacific Investment Management Company LLC, as investment adviser or manager for certain funds and accounts*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>**- and –**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>          Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br>**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF RECORD ON APPEAL OF APPELLANT PACIFIC INVESTMENT MANAGEMENT COMPANY LLC** |

      **PLEASE TAKE NOTICE** that, pursuant to Rule 8009 of the Federal Rules of

Bankruptcy Procedure, Pacific Investment Management Company LLC (the "Appellant"), as

investment adviser or manager for certain funds and accounts, by and through its undersigned

counsel, hereby submits this (a) statement of issues to be presented on appeal and

(b) designation of items to be included in the record on appeal in connection with its appeal to the United States District Court for the Northern District of California from the *Order Disallowing Administrative Expense Claims of Pacific Investment Management Company LLC* [Bankr. Dkt. No. 9336] (the "<u>Order</u>") by the United States Bankruptcy Court for the Northern District of California (the "<u>Bankruptcy Court</u>"), and the related *Memorandum Decision Disallowing Administrative Expense Claims* [Bankr. Dkt. No. 9333] (the "<u>Memorandum</u>") entered in the above-captioned case on October 22, 2020.

## I.     STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1.     Whether the Bankruptcy Court erred in ruling that the Appellant's request for allowance and payment of an administrative expense claim, pursuant to section 503(b)(1) of the Bankruptcy Code, for damages arising out of the Debtors' post-petition breach of the parties' Restructuring Support Agreement, was barred, as a matter of law, by one section of the Debtors' plan of reorganization[1] and the Bankruptcy Court's order confirming that plan.[2]

2.     Whether the Bankruptcy Court otherwise erred in dismissing, as a matter of law, the Appellant's administrative expense claim.

## II.     DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

The Appellant hereby designates the items below to be included in the record on appeal, which includes all exhibits and attachments thereto and filed therewith and all documents incorporated by reference therein.

---

[1]     *Amended Chapter 11 Plan Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 Filed by Debtor PG&E Corporation* [Bankr. Dkt. No. 8048].
[2]     *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 and Notice of Order Confirming Plan* [Bankr. Dkt. No. 8053].

2

*IN RE PG&E CORPORATION, ET AL. (U.S.B.C. CASE NO. 19-30088 (DM)*

*(Jointly Administered))*

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 1/3/2020 | 5267 | First Amended Motion Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order re Equity Backstop Commitment Letters # 2 Exhibit B - Proposed Order re Debt Financing Commitment Letters # 3 Exhibit C - Form of Equity Backstop Commitment Letter # 4 Exhibit D - Equity Backstop Parties # 5 Exhibit E - Conformed Copy of PG&E Corp. Debt Commitment Letter # 6 Exhibit F - Conformed Copy of Utility Debt Commitment Letter) (Rupp, Thomas). Related document(s) 4446 Motion of Debtors for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment, and Allowance of Fee and/or Premiums, Indemnities, Costs a filed by Debtor PG&E Corporation. Modified on 1/6/2020 (dc). |
| 1/3/2020 | 5268 | Declaration of Kenneth S. Ziman in Support of Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims (RE: related document(s)5267 Motion Miscellaneous Relief). Filed by Debtor PG&E Corporation (Rupp, Thomas) |
| 1/27/2020 | 5519 | Motion to Approve Document Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief |

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| | | Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Noteholder RSA # 2 Exhibit B - Proposed Order) (Rupp, Thomas) |
| 1/27/2020 | 5520 | Declaration of Jason P. Wells in Support of Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief (RE: related document(s)5519 Motion to Approve Document). Filed by Debtor PG&E Corporation (Rupp, Thomas) |
| 1/31/2020 | 5590 | Amended Chapter 11 Plan Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020 Filed by Debtor PG&E Corporation (RE: related document(s)3841 Chapter 11 Plan filed by Debtor PG&E Corporation, 3966 Amended Chapter 11 Plan filed by Debtor PG&E Corporation, 4563 Amended Chapter 11 Plan filed by Debtor PG&E Corporation, 5101 Amended Chapter 11 Plan filed by Debtor PG&E Corporation). (Rupp, Thomas) |
| 2/5/2020 | 5634 | Transcript regarding Hearing Held 2/4/2020 at 10:00 AM RE: STATUS CONFERENCE RE: CONFIRMATION; DEBTORS' MOTION PURSUANT TO 11 U.S.C. SECTIONS 363(B) AND 105(A) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) APPROVING AND AUTHORIZING THE DEBTORS TO ENTER INTO RESTRUCTURING-SUPPORT AGREEMENT WITH CONSENTING NOTEHOLDERS AND SHAREHOLDER PROPONENTS, AND (II) GRANTING RELATED RELIEF 5519. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber eScribers, LLC; 973-406-2250. Notice of Intent to Request Redaction Deadline Due By 2/12/2020. Redaction Request Due By 02/26/2020. Redacted Transcript Submission Due By 03/9/2020. Transcript access will be restricted through 05/5/2020. (Gottlieb, Jason) Additional attachment(s) (Certificate of Service) added on 2/6/2020 (dc). |
| 2/5/2020 | 5637 | Order Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Approving and |

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| | | Authorizing the Debtors to Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II)Granting Related Relief (Related Doc # 5519) (lp) |
| 2/5/2020 | 5644 | Notice Regarding / Notice of Withdrawal of Chapter 11 Plan of Reorganization Filed by the Ad Hoc Committee of Senior Unsecured Noteholders (RE: related document(s)4257 Chapter 11 Plan of Reorganization /Joint Chapter 11 Plan of Reorganization of Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company, Creditor Committee Official Committee of Tort Claimants (RE: related document(s)4167 Order on Motion to Extend/Limit Exclusivity Period)., 5519 Motion to Approve Document Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Noteholder RSA # 2 Exhibit B - Proposed Order), 5637 Order Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Approving and Authorizing the Debtors to Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II)Granting Related Relief (Related Doc 5519) (lp)). Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (Crawford, Ashley) |
| 2/11/2020 | 5732 | Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation (RE: related document(s)5673 Order). (lp) |
| 3/2/2020 | 6013 | Amended Motion Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims (RE: related document(s)4446 Motion Miscellaneous Relief filed by Debtor PG&E Corporation). Filed by Debtor PG&E |

5

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| | | Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Kim, Jane). Related document(s) 5267 First Amended Motion Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performan filed by Debtor PG&E Corporation. Modified on 3/4/2020 (dc). |
| 3/3/2020 | 6014 | Declaration of Kenneth S. Ziman in support of Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims (RE: related document(s)6013 Amended Application/Motion). Filed by Debtor PG&E Corporation (Kim, Jane) |
| 3/11/2020 | 6261 | Notice Regarding Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims (RE: related document(s)6013 Amended Motion Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims (RE: related document(s)4446 Motion Miscellaneous Relief filed by Debtor PG&E Corporation). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Kim, Jane). Related document(s) 5267 First Amended Motion Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, |

6

| Date Filed | Docket No. | Docket Text |
|------------|-----------|-------------|
| | | and Debtors' Entry into and Performan filed by Debtor PG&E Corporation. Modified on 3/4/2020 (dc).). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Form of Equity Backstop Commitment Letter # 2 Exhibit B - Redline Comparison) (Rupp, Thomas) |
| 3/16/2020 | 6321 | Order (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Equity Backstop Commitment Letters and (II) Authorizing Incurrence, Payment and Allowance of Related Premiums and Expenses as Administrative Expense Claims (Related Doc # 6013) (lp) |
| 3/17/20 | 6340 | Order (I) Approving Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (II) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (III) Establishing and Approving Plan Solicitation and Voting Procedures; (IV) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (V) Granting Related Relief (Related Doc # 5835) (Attachments: # 1 Exhibits A1-A9 (Ballots) # 2 Exhibit B (Notice of Non-Voting Status) # 3 Exhibit C (Fire Victim Plan Solicitation Directive) # 4 Exhibit D (Confirmation Hearing Notice)) (lp) (Entered: 03/17/2020) |
| 3/19/2020 | 6371 | Corrected Transcript regarding Hearing Held 3/16/2020 RE: DEBTORS' SECOND AMENDED MOTION FOR ENTRY OF ORDERS (I) APPROVING TERMS OF, AND DEBTORS' ENTRY INTO AND PERFORMANCE UNDER, EQUITY BACKSTOP COMMITMENT LETTERS, (II) APPROVING TERMS OF, AND DEBTORS' ENTRY INTO AND PERFORMANCE UNDER, DEBT FINANCING COMMITMENT LETTERS, AND (III) AUTHORIZING INCURRENCE, PAYMENT, AND ALLOWANCE OF RELATED FEES AND/OR PREMIUMS, INDEMNITIES, COSTS AND EXPENSES AS ADMINISTRATIVE EXPENSE CLAIMS (RELATED DOCS. 4446, 5267) 6013. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber eScribers, LLC; 973-406-2250. Notice of Intent to Request Redaction Deadline Due By 3/26/2020. Redaction Request Due By 04/9/2020. Redacted Transcript Submission Due By 04/20/2020. Transcript access will be restricted through |

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| | | 06/17/2020. (Gottlieb, Jason) Additional attachment(s) (Certificate of Service) added on 3/19/2020 (dc). |
| 5/22/2020 | 7528 | Brief/Memorandum in support of / / Plan Proponents' Joint Memorandum of Law and Omnibus Response in Support of Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (RE: related document(s)7521 Amended Chapter 11 Plan). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Objection Summary Chart) (Rupp, Thomas) |
| 6/9/2020 | 7848 | Motion / / Debtors' Motion for Entry of an Order (i) Approving Terms of, and Debtors Entry into and Performance Under, Amended Equity Backstop Commitment Documents and (ii) Authorizing Incurrence, Payment and Allowance of Related Premiums as Administrative Expense Claims Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Form of Consent # 3 Exhibit C - Form of Amended Equity Backstop Commitment Letter # 4 Exhibit D - Greenshoe Backstop Term Sheet # 5 Exhibit E - Redline of Amended Equity Backstop Commitment Letter) (Rupp, Thomas) |
| 6/9/2020 | 7849 | Declaration of Kenneth S. Ziman in Support of Debtors' Motion for Entry of an Order (i) Approving Terms of, and Debtors Entry into and Performance Under, Amended Equity Backstop Commitment Documents and (ii) Authorizing Incurrence, Payment and Allowance of Related Premiums as Administrative Expense Claims (RE: related document(s)7848 Motion Miscellaneous Relief). Filed by Debtor PG&E Corporation (Rupp, Thomas) |
| 6/9/2020 | 7863 | Order Shortening Time for Hearing on Debtors' Motion for Entry of an Order (I) Approving Terms of, and Debtors' Entry Into And Performance Under, Amended Equity Backstop Commitment Documents And (II) Authorizing Incurrence, Payment And Allowance of Related Premiums As Administrative Expense Claims (Related Doc # 7848) (lp) |
| 6/16/2020 | 7972 | Order (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Amended Equity Backstop Commitment Documents and (II) Authorizing Incurrence, Payment and Allowance of Related Premiums as Administrative Expense Claims (Related Doc # 7848) (lp) |
| 6/17/2020 | 7984 | Transcript regarding Hearing Held 6/16/2020 RE: DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING TERMS OF, AND DEBTORS ENTRY |

8

| Date Filed | Docket No. | Docket Text |
|---|---|---|
|  |  | INTO AND PERFORMANCE UNDER, AMENDED EQUITY BACKSTOP COMMITMENT DOCUMENTS AND (II) AUTHORIZING INCURRENCE, PAYMENT AND ALLOWANCE OF RELATED PREMIUMS AS ADMINISTRATIVE EXPENSE CLAIMS 7848. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber eScribers, LLC; 973-406-2250. Notice of Intent to Request Redaction Deadline Due By 6/24/2020. Redaction Request Due By 07/8/2020. Redacted Transcript Submission Due By 07/20/2020. Transcript access will be restricted through 09/15/2020. (Gottlieb, Jason) Additional attachment(s) Certificate of Service added on 6/18/2020 (dc). (Entered: 06/17/2020) |
| 6/17/2020 | 8001 | Memorandum Decision - Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (RE: related document(s)7937 Notice filed by Debtor PG&E Corporation). (lp) |
| 6/19/2020 | 8048 | Amended Chapter 11 Plan Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 Filed by Debtor PG&E Corporation (RE: related document(s)7521 Amended Chapter 11 Plan filed by Debtor PG&E Corporation). (Rupp, Thomas) |
| 6/20/2020 | 8053 | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 and Notice of Order Confirming Plan (RE: related document(s)8048 Amended Chapter 11 Plan filed by Debtor PG&E Corporation). (Attachments: # 1 Exhibit A - Debtors and Shareholder Proponents Joint Plan of Chapter 11 Reorganization Dated June 19, 2020 # 2 Exhibit B - Rights Offering Procedures # 3 Exhibit C - Schedule of Pending Investigations) (lp) Additional attachment(s) Notice of Order Confirming Plan added on 6/22/2020 (dc). |
| 7/24/2020 | 8536 | Motion for (I) Allowance and Payment of Administrative Expense Claim and (II) to the Extent necessary, Reconsideration and Relief from the Confirmation Order Pursuant to Federal Rule of Civil Procedure 60(b) (RE: related document(s)8048 Amended Chapter 11 Plan filed by Debtor PG&E Corporation, 8053 Order Confirming Chapter 11 Plan) . Filed by Interested Party Elliott Management Corporation (dc) |

9

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| 7/24/2020 | 8537 | Notice of Hearing (RE: related document(s)8536 Motion for (I) Allowance and Payment of Administrative Expense Claim and (II) to the Extent necessary, Reconsideration and Relief from the Confirmation Order Pursuant to Federal Rule of Civil Procedure 60(b) (RE: related document(s)8048 Amended Chapter 11 Plan filed by Debtor PG&E Corporation, 8053 Order Confirming Chapter 11 Plan) . Filed by Interested Party Elliott Management Corporation (dc)). Hearing scheduled for 8/25/2020 at 10:00 AM via Tele/Videoconference - www.canb.uscourts.gov/calendars. Filed by Interested Party Elliott Management Corporation (dc) |
| 8/4/2020 | 8663 | Joinder in the Pending Elliott Motion and Request for Allowance and Payment of Administrative Expense Claim Filed by Interested Partys Sculptor SC II, LP, Sculptor GC Opportunities Master Fund, Ltd., Sculptor Credit Opportunities Master Fund, Ltd., Sculptor Enhanced Master Fund, Ltd., Varde Partners, Inc., Sculptor Master Fund, Ltd., Farallon Capital Management, L.L.C., Davidson Kempner Capital Management LP, Citadel Advisors LLC, Canyon Capital Advisors LLC (Attachments: # 1 Exhibit A) (Goldblatt, Craig). Related document(s) 8536 Motion for (I) Allowance and Payment of Administrative Expense Claim and (II) to the Extent necessary, Reconsideration and Relief from the Confirmation Order Purusant to Federal Rule of Civil Procedure 60(b) filed by Interested Party Elliott Management Corporation. Modified on 8/6/2020 (dc). |
| 8/7/2020 | 8704 | Joinder of Pacific Investment Management Company LLC in the Pending Elliott Motion and Request for Allowance and Payment of Administrative Expense Claim (RE: related document(s)8536 Motion to Reconsider). Filed by Interested Party Pacific Investment Management Company LLC (McNeilly, Edward) |
| 8/10/2020 | 8719 | Transcript regarding Hearing Held 8/7/2020 RE: STATUS CONFERENCE RE MOTION OF ELLIOTT MANAGEMENT CORPORATION FOR (I) ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND (II) TO THE EXTENT NECESSARY, RECONSIDERATION AND RELIEF FROM THE CONFIRMATION ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B) 8536. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until |

10

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| | | that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber eScribers, LLC; 973-406-2250. Notice of Intent to Request Redaction Deadline Due By 8/17/2020. Redaction Request Due By 08/31/2020. Redacted Transcript Submission Due By 09/10/2020. Transcript access will be restricted through 11/9/2020. (Gottlieb, Jason) Additional attachment(s) (Certificate of Service)added on 8/11/2020 (dc). |
| 8/11/2020 | 8746 | Order Regarding Scheduling with Respect to Elliott Management Corporation Motion for Allowance and Payment of Administrative Expense Claim and Related Joinders (Related Doc # 8536) (lp) |
| 8/26/2020 | 8864 | Brief/Memorandum in Opposition to Elliott Management Corporations Motion for Allowance and Payment of Administrative Expense Claim and Reconsideration of Confirmation Order and Related Joinders (RE: related document(s)8536 Motion to Reconsider). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) |
| 9/14/2020 | 9032 | Response / Elliott Management Corporation's Response to Reorganized Debtors' Initial Opposition to Motion for (I) Allowance and Payment of Administrative Expense Claim and (II) to the Extent Necessary, Reconsideration and Relief from the Confirmation Order Pursuant to Federal Rule of Civil Procedure 60(b) (RE: related document(s)8536 Motion to Reconsider, 8864 Opposition Brief/Memorandum). Filed by Interested Party Elliott Management Corporation (Tsai, Rocky) |
| 9/14/2020 | 9034 | Response (RE: related document(s)8536 Motion to Reconsider, 8663 Joinder, 8704 Joinder, 8864 Opposition Brief/Memorandum). Filed by Interested Partys Canyon Capital Advisors LLC, Citadel Advisors LLC, Davidson Kempner Capital Management LP, Farallon Capital Management, L.L.C., Pacific Investment Management Company LLC, Sculptor Credit Opportunities Master Fund, Ltd., Sculptor Enhanced Master Fund, Ltd., Sculptor GC Opportunities Master Fund, Ltd., Sculptor Master Fund, Ltd., Sculptor SC II, LP, Varde Partners, Inc. (Goldblatt, Craig) |
| 9/25/2020 | 9143 | Reply Reorganized Debtors' Reply in Support of Initial Opposition to Elliott Management Corporation's Motion for Allowance and Payment of Administrative Expense Claim and Reconsideration of Confirmation Order and Related Joinders (RE: related document(s)8864 Opposition |

11

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| | | Brief/Memorandum). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A) (Rupp, Thomas) |
| 10/14/2020 | 9307 | Transcript regarding Hearing Held 10/13/2020 RE: MOTION OF ELLIOTT MANAGEMENT CORPORATION FOR (I) ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM AND (II) TO THE EXTENT NECESSARY, RECONSIDERATION AND RELIEF FROM THE CONFIRMATION ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B) 8536; REORGANIZED DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS). FILED BY PG&E CORPORATION 8753; REORGANIZED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATE CLAIMS). FILED BY PG&E CORPORATION 8759; REORGANIZED DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS). FILED BY PG&E CORPORATION 8978; REORGANIZED DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS) FILED BY PG&E CORPORATION 8981; REORGANIZED DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) FILED BY PG&E CORPORATION 8983; REORGANIZED DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) FILED BY PG&E CORPORATION 8986; REORGANIZED DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS (PLAN PASSTHROUGH ENVIRONMENTAL CLAIMS) FILED BY PG&E CORPORATION 8988. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber eScribers, LLC; 973-406-2250. Notice of Intent to Request Redaction Deadline Due By 10/21/2020. Redaction Request Due By 11/4/2020. Redacted Transcript Submission Due By 11/16/2020. Transcript access will be restricted through 01/12/2021. (Gottlieb, Jason) Additional attachment(s) (Certificate of Service) added on 10/15/2020 (dc). |
| 10/22/2020 | 9333 | Memorandum Decision Disallowing Administrative Expense Claims (RE: related document(s)8536 Motion to |

12

| Date Filed | Docket No. | Docket Text |
|---|---|---|
| | | Reconsider filed by Interested Party Elliott Management Corporation, 8663 Joinder filed by Interested Party Canyon Capital Advisors LLC, Interested Party Citadel Advisors LLC, Interested Party Davidson Kempner Capital Management LP, Interested Party Farallon Capital Management, L.L.C., Interested Party Sculptor Master Fund, Ltd., Interested Party Varde Partners, Inc., Interested Party Sculptor Enhanced Master Fund, Ltd., Interested Party Sculptor Credit Opportunities Master Fund, Ltd., Interested Party Sculptor GC Opportunities Master Fund, Ltd., Interested Party Sculptor SC II, LP, 8704 Joinder filed by Interested Party Pacific Investment Management Company LLC). (lp) |
| 10/22/2020 | 9334 | Order Disallowing Administrative Expense Claims of Elliott Management Corporation (Related Doc # 8536) (lp) |
| 10/22/2020 | 9335 | Order Disallowing Administrative Expense Claims of Canyon Capital Advisors LLC et al. (RE: related document(s)8663 Joinder filed by Interested Party Canyon Capital Advisors LLC, Interested Party Citadel Advisors LLC, Interested Party Davidson Kempner Capital Management LP, Interested Party Farallon Capital Management, L.L.C., Interested Party Sculptor Master Fund, Ltd., Interested Party Varde Partners, Inc., Interested Party Sculptor Enhanced Master Fund, Ltd., Interested Party Sculptor Credit Opportunities Master Fund, Ltd., Interested Party Sculptor GC Opportunities Master Fund, Ltd., Interested Party Sculptor SC II, LP, 9034 Response filed by Interested Party Canyon Capital Advisors LLC, Interested Party Citadel Advisors LLC, Interested Party Davidson Kempner Capital Management LP, Interested Party Farallon Capital Management, L.L.C., Interested Party Sculptor Master Fund, Ltd., Interested Party Varde Partners, Inc., Interested Party Sculptor Enhanced Master Fund, Ltd., Interested Party Sculptor Credit Opportunities Master Fund, Ltd., Interested Party Sculptor GC Opportunities Master Fund, Ltd., Interested Party Sculptor SC II, LP, Interested Party Pacific Investment Management Company LLC). (lp) |
| 10/22/2020 | 9336 | Order Disallowing Administrative Expense Claims of Pacific Investment Management Company LLC (RE: related document(s)8704 Joinder filed by Interested Party Pacific Investment Management Company LLC, 9034 Response filed by Interested Party Canyon Capital Advisors LLC, Interested Party Citadel Advisors LLC, Interested |

13

| Date Filed | Docket No. | Docket Text |
|------------|-----------|-------------|
| | | Party Davidson Kempner Capital Management LP, Interested Party Farallon Capital Management, L.L.C., Interested Party Sculptor Master Fund, Ltd., Interested Party Varde Partners, Inc., Interested Party Sculptor Enhanced Master Fund, Ltd., Interested Party Sculptor Credit Opportunities Master Fund, Ltd., Interested Party Sculptor GC Opportunities Master Fund, Ltd., Interested Party Sculptor SC II, LP, Interested Party Pacific Investment Management Company LLC). (lp) |
| 11/4/2020 | 9398 | Notice of Appeal to District Court , Fee Amount $ 298. (RE: related document(s)9333 Memorandum Decision, 9334 Order on Motion to Reconsider). Appellant Designation due by 11/20/2020. Statement of Issues due by 11/20/2020. Transmission of Record to District Court due by 12/4/2020. Filed by Interested Party Elliott Management Corporation (Tsai, Rocky) |
| 11/4/2020 | 9403 | Notice of Appeal to District Court , Fee Amount $ 298. (RE: related document(s)9333 Memorandum Decision, 9335 Order). Appellant Designation due by 11/20/2020. Statement of Issues due by 11/20/2020. Transmission of Record to District Court due by 12/4/2020. (Attachments: # 1 Exhibit A - Order Disallowing Administrative Expense Claims # 2 Exhibit B - Memorandum Decision) Filed by Interested Partys Canyon Capital Advisors LLC, Citadel Advisors LLC, Davidson Kempner Capital Management LP, Farallon Capital Management, L.L.C., Sculptor Credit Opportunities Master Fund, Ltd., Sculptor Enhanced Master Fund, Ltd., Sculptor GC Opportunities Master Fund, Ltd., Sculptor Master Fund, Ltd., Sculptor SC II, LP, Varde Partners, Inc. (Anker, Philip) |
| 11/4/2020 | 9405 | Notice of Appeal and Statement of Election to Have Appeal Heard by District Court, Fee Amount $ 298. (RE: related document(s)9333 Memorandum Decision, 9336 Order). Appellant Designation due by 11/20/2020. Transmission of Record to District Court due by 12/4/2020. Statement of Issues due by 11/20/2020. Filed by Interested Party Pacific Investment Management Company LLC (McNeilly, Edward) |

The Appellant reserves the right to amend, modify, and/or supplement the foregoing issues and designations.

14

**III.   CERTIFICATE REGARDING TRANSCRIPTS**

Pursuant to Rule 8009(b)(1)(B) of the Federal Rules of Bankruptcy Procedure, the Appellant hereby files this certificate stating that the Appellant is not ordering any transcripts. All transcripts have been prepared, are filed on the docket and are designated in the foregoing designation of record.

*[Signatures on Following Page]*

| | |
|---|---|
| Dated: November 18, 2020 | */s/ Edward J. McNeilly* |
| | David P. Simonds (Cal. Bar No. 214499) |
| | Edward J. McNeilly (Cal. Bar No. 314588) |
| | **HOGAN LOVELLS US LLP** |
| | 1999 Avenue of the Stars, Suite 1400 |
| | Los Angeles, California 90067 |
| | Telephone: 310.785.4600 |
| | Facsimile: 310.785.4601 |
| | david.simonds@hoganlovells.com |
| | edward.mcneilly@hoganlovells.com |

Michael C. Hefter (Admitted *Pro Hac Vice*)
Matthew Ducharme (Admitted *Pro Hac Vice*)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, New York 10017
Telephone: 212.918.3000
Facsimile: 212.918.3100
michael.hefter@hoganlovells.com
matthew.ducharme@hoganlovells.com

*Counsel to Pacific Investment Management Company LLC, as investment adviser or manager for certain funds and accounts*

16

David P. Simonds (Bar No. 214499)
Edward J. McNeilly (Bar No. 314588)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
david.simonds@hoganlovells.com
edward.mcneilly@hoganlovells.com

Michael C. Hefter (*pro hac vice* pending)
Matthew Ducharme (*pro hac vice* pending)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-310
michael.hefter@hoganlovells.com
matthew.ducharme@hoganlovells.com

*Counsel to Pacific Investment Management Company LLC, as investment adviser or manager for certain funds and accounts that were Consenting Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **-and-** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Reorganized Debtors.** | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *\*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

TRACY SOUTHWELL

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. I am employed by Hogan Lovells US LLP and my business address is 1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067.

2. I certify that on November 18, 2020, I caused a true copy of the *Statement of Issues to be Presented on Appeal and Designation of Record on Appeal of Appellant Pacific Investment Management Company LLC* [ECF No. 9572] to be served via email on the parties listed on the annexed **Exhibit A**.

Los Angeles, California                          /s/ *Tracy Southwell*

Dated: November 19, 2020                          Tracy Southwell

**EXHIBIT A**

| Party | Counsel | Email |
|---|---|---|
| **Reorganized Debtors** | **WEIL, GOTSHAL & MANGES LLP**<br>Stephen Karotkin<br>Ray C. Schrock, P.C<br>Jessica Liou<br>Theodore E. Tsekerides<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller<br>Peter J. Benvenutti<br>Jane Kim | stephen.karotkin@weil.com<br>ray.schrock@weil.com<br>jessica.liou@weil.com<br>theodore.tsekerides@weil.com<br><br><br>tkeller@kbkllp.com<br>pbenvenutti@kbkllp.com<br>jkim@kbkllp.com |
| **Elliott** | **ROPES & GRAY LLP**<br>Rocky C. Tsai<br>Andrew G. Devore<br>Gregg M. Galardi<br>Keith H. Wofford<br>Daniel G. Egan | rocky.tsai@ropesgray.com<br>andrew.devore@ropesgray.com<br>gregg.galardi@ropesgray.com<br>keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com |
| **Additional RSA Noteholders** | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Christopher T. Casamassima<br>Philip D. Anker<br>Allyson Pierce | chris.casamassima@wilmerhale.com<br>philip.anker@wilmerhale.com<br>allyson.pierce@wilmerhale.com |
| **Office of the United States Trustee** | Attn: James L. Snyder<br>Timothy Lafreddi, Esq.<br>Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |

**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496 6723
Fax: (415) 636 9251

*Attorneys for Appellees (Debtors and
Reorganized Debtors)*

<br>

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and -** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
|  | District Court Case No. 20-cv-07912-HSG |
| **Reorganized Debtors.** |  |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Reorganized Debtors | **APPELLEES' RESPONSE TO PACIFIC INVESTMENT MANAGEMENT COMPANY LLC'S STATEMENT OF ISSUES AND DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* |  |

PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**" or "**Appellees**") submit this response to the November 18, 2020 filing by Pacific Investment Management Company ("**PIMCO**") of the *Statement of Issues to be Presented on Appeal and Designation of Record on Appeal of Appellant Pacific Investment Management Company LLC* [Dkt. No. 9572] (the "**Statement**") in connection with PIMCO's appeal from (i) the *Order Disallowing Administrative Expense Claims of Pacific Investment Management Company LLC*, entered on October 22, 2020 [Dkt. No. 9336], by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"), and (ii) the Bankruptcy Court's related *Memorandum Decision Disallowing Administrative Expense Claims*, dated October 22, 2020 [Dkt. No. 9333].

## I. RESPONSE TO STATEMENT OF ISSUES ON APPEAL

The issue on appeal is whether the Bankruptcy Court abused its discretion in disallowing PIMCO's asserted administrative expense claim under section 503(b)(1) of the Bankruptcy Code for damages arising out of an alleged breach by the Debtors of the Restructuring Support Agreement, dated January 22, 2020.

## II. DESIGNATION OF RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the Reorganized Debtors hereby designate the following additional items to be included in the record on appeal, which include all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

Docket items from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|---|---|---|
| 4446 | Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims | 10/23/2019 |
| 4447 | Declaration of Kenneth S. Ziman in Support of Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and | 10/23/2019 |

| Dkt. No. | Description | Date |
|---|---|---|
| | (II) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims | |
| 5101 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019 | 12/12/2019 |
| 5700 | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 2/07/2020 |
| 6217 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 9, 2020 | 3/09/2020 |
| 6219 | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 3/09/2020 |
| 6298 | Statement of the Ad Hoc Committee of Senior Unsecured Noteholders in Support of Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry Into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims | 3/13/2020 |
| 6320 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 | 3/16/2020 |
| 6322 | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | 3/16/2020 |
| 6398 | Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief | 3/20/2020 |
| 6586 | Ex Parte Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Entry of an Order Authorizing the Filing of the RSA Enforcement Motion Under Seal and Granting Related Relief | 4/01/2020 |
| 6587 | Declaration of David H. Botter in Support of the Ex Parte Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Entry of an Order Authorizing the Filing of the RSA Enforcement Motion Under Seal and Granting Related Relief | 4/01/2020 |

| Dkt. No. | Description | Date |
|---|---|---|
| 6589 | Ex Parte Motion of the Ad Hoc Committee of Senior Unsecured Noteholders Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion for Enforcement of the Noteholder RSA and Noteholder RSA Letter Agreement | 4/01/2020 |
| 6590 | Declaration of Michael S. Stamer in Support of the Ex Parte Motion of the Ad Hoc Committee of Senior Unsecured Noteholders Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Motion for Enforcement of the Noteholder RSA and Noteholder RSA Letter Agreement | 4/01/2020 |
| 6591 | Proposed Document Filed Under Seal | 4/01/2020 |
| 6592 | Corrected Proposed Document Filed Under Seal | 4/02/2020 |
| 7521 | Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated May 22, 2020 | 5/22/2020 |
| 7736 | Notice of Filing of Draft of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 3, 2020 | 6/03/2020 |
| 7814 | Notice of Filing of Draft Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 7, 2020 | 6/07/2020 |
| 7937 | Notice of Filing of Debtors' and Shareholder Proponents' Draft Joint Chapter 11 Plan of Reorganization Dated June 14, 2020 | 6/14/2020 |
| 7949 | Certain Fire Victims' Amended Opposition to Debtors' Motion for Entry of an Order (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Amended Equity Backstop Commitment Documents and (II) Authorizing Incurrence, Payment and Allowance of Related Premiums as Administrative Expense Claims | 6/15/2020 |
| 7950 | William B. Abrams Objection to Debtors' Motion for Entry of an Order (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Amended Equity Backstop Commitment Documents and (II) Authorizing Incurrence, Payment and Allowance of Related Premiums as Administrative Expense Claims Pursuant to U.S.C. §§ 1129(A)(8) and §§ 1129(B) | 6/15/2020 |
| 8252 | Notice of Entry of Confirmation Order and Occurrence of Effective Date of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 | 7/2/2020 |
| 8537 | Notice of Hearing on Motion of Elliott Management Corporation for (I) Allowance and Payment of Administrative Expense Claim and | 7/24/2020 |

| Dkt. No. | Description | Date |
|----------|-------------|------|
|  | (II) to the Extent Necessary, Reconsideration and Relief From the Confirmation Order Pursuant to Federal Rule of Civil Procedure 60(B) |  |

Hearing Transcripts from *In re PG&E Corp., et al.*, Case No. 19-30088 (DM):

| Dkt. No. | Description | Date |
|----------|-------------|------|
| 7637 | May 27, 2020 Hearing Transcript | 5/28/2020 |
| 7665 | May 28, 2020 Hearing Transcript | 5/29/2020 |
| 7701 | May 29, 2020 Hearing Transcript | 6/01/2020 |
| 7710 | June 1, 2020 Hearing Transcript | 6/02/2020 |
| 7784 | June 3, 2020 Hearing Transcript | 6/04/2020 |
| 7809 | June 4, 2020 Hearing Transcript | 6/05/2020 |
| 7843 | June 5, 2020 Hearing Transcript | 6/09/2020 |
| 7869 | June 8, 2020 Hearing Transcript | 6/10/2020 |
| 7932 | June 11, 2020 Hearing Transcript | 6/12/2020 |
| 8066 | June 19, 2020 Hearing Transcript | 6/22/2020 |

The Reorganized Debtors reserve the right to designate additional items for inclusion in the record or restate the issues presented on appeal.

Dated: December 2, 2020

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**


By:  _/s/ Richard W. Slack_
Richard W. Slack
Peter J. Benvenutti

*Attorneys for the Appellees (Debtors and Reorganized Debtors)*
