**From:**
**Sent:** Friday, December 4, 2020 12:36 PM
**To:**
**Cc:**
**Subject:** FW: Question and cc Bankruptcy Atty for PG and E



**From:** CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
**Sent:** Friday, December 4, 2020 12:23 PM
**To:** Canbml_DOCM <docm@canb.uscourts.gov>
**Subject:** FW: Question and cc Bankruptcy Atty for PG and E

**From:** Margie Sawyer
**Sent:** Friday, December 4, 2020 12:22:29 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Cash, Todd; CANB Emergency Filings
**Subject:** Question and cc Bankruptcy Atty for PG and E

**CAUTION - EXTERNAL:**

# Hi Todd

I am trying to recoup lost rents due to some of the hang ups that happened on the rebuild at 912 5th Street, Orland, CA.
Josh from Allstar Building was working on this with Amy Husted from your office. She had walked the ground and told Josh to call when he was ready for meters as if nothing would delay the project. Once Josh called for the meters in December of 2018 then it was disclosed that the gas line had been severed and condemned and we would need to go through the process we

wound up going through with you. If Josh was informed early on we wouldn't have been held up. I am trying to recoup some lost rents from PG and E not sure they will take my word for it.

Please let me know if you have any recollection or notations or maybe you can't?

Thank you either way, take care,
Margie (Marguerite) Sawyer
Bankruptcy Case No 19-30088 (DM)

Chapter 11

NOTICE OF THE REORGANIZED DEBTOR'S FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS

RESPONSE DEADLINE Dec 1, 2020

Hearing date December 15, 2020 10 am pacific Telephonic appearances only

Original claim form submission Primeclerk A19132673

Creditor name: Marguerite Sawyer
Claim/Scheduled to be disallowed and expunged 59635
Debtor: Pacific Gas and Electric Company
Date filed/scheduled 10/16/2019
General unsecured $22,000.00
Total Amount $22,000.00
Basis for objection: Damage not caused by PG and E

--

*Margie Sawyer*

*"Character is how you treat those who can do nothing for you."*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.