

990407901044344

FILED
DEC - 4 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1. Name: Xiang Guang Zhang

2. Proof of Claim #: 6196

3. Did your claim arise out of a Northern California fire in 2015, 2017, or 2018?  ☐ Yes / ☒ No (check one)

   If <u>Yes</u>, there is no need to fill out the rest of this form.

   If <u>No</u>, please respond to the questions below.

4. What is the amount of your claim? $ 60.31

5. Please describe the nature of your claim (please include any supporting documentation if available):

I switched to Blue Spruce Energy gas procurement, which is said to save my bill, through PG&E. However, they charged my Blue Spruce Green fee every month for $19.95 till May 2016. they have refunded $41 (PG&E) but no more refund is available for us. The balance of PG&E owes us is $60.31. If you can solve this problem for us, that would be great. attached copies document which I have submitted previously. Thank you,

Xiang guang Zhang

Please note that providing a response to this letter does not mean that your claim will be allowed. PG&E will review the information you provide and reserves all its rights with respect thereto. If you have any questions about your proof of claim, you should consult an attorney.

# United States Bankruptcy Court, Northern District of California

Fill in this information to identify the case (Select only one Debtor per claim form):

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

04/16

# Proof of Claim

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

1. Who is the current creditor?

   Name of the current creditor (the person or entity to be paid for this claim): XIANG GUANG ZHANG

   Other names the creditor used with the debtor _____

2. Has this claim been acquired from someone else?

   ☒ No
   ☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent?

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   XIANG GUANG ZHANG
   4717 PERCHERON DR
   ELK GROVE CA 95757-3200

   Contact phone 916-753-0509
   Contact email _____

   Where should payments to the creditor be sent? (if different)

   Name _____
   Number ____ Street _____
   City ____ State ____ ZIP Code ____
   Contact phone _____
   Contact email _____

4. Does this claim amend one already filed?

   ☒ No
   ☐ Yes. Claim number on court claims registry (if known) ____

   Filed on ____/____/____ (MM/DD/YYYY)

5. Do you know if anyone else has filed a proof of claim for this claim?

   ☒ No
   ☐ Yes. Who made the earlier filing? _____

1930088CUST

page 1

Official Form 410  Proof of Claim

# Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 0 7 8 9

**7. How much is the claim?** $ ~~60.31~~

$(34.03 + 39.15 + 33.29 + 28.88)$
$= 101.32 - 41.01 = 60.31$

**Does this amount include interest or other charges?**
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

  **Nature of property:**
  ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
  ☐ Motor vehicle
  ☐ Other. Describe: _____

  **Basis for perfection:** _____
  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  **Value of property:** $ _____

  **Amount of the claim that is secured:** $ _____

  **Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

  **Amount necessary to cure any default as of the date of the petition:** $ _____

  **Annual Interest Rate** (when case was filed) _____ %
  ☐ Fixed
  ☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Official Form 410           Proof of Claim           page 2

## 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No
☒ Yes. *Check one:*  **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $_____

☒ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $_____

☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. $_____

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  7/27/2019  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Xiang Guong [signature] Zhang
      First name   Middle name   Last name

Title: Owner

Company: _____
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address: 4717 Percheron Dr
         Number  Street
         Elk Grove          CA      95757
         City               State   ZIP Code

Contact phone: 916-753-0509    Email: _____

Official Form 410                 Proof of Claim                 page 3

—— PLEASE FOLD FIRST THEN DETACH ALONG PERFORATION ——

| | |
|---|---|
| XIANG GUANG ZHANG | |
| Check no. | 7807680 |
| Date | 06/14/2016 |
| Your account number | 2914957078 |
| Service ID# | 2914957565 |
| Doc No. | 2070214906 |

Dear Customer,

Enclosed is check 7807680 for the amount of $*************41.01* to refund the following:

Reason: CPUC Mandated Gas Credit Check Issued
4717 PERCHERON DR

If you have any questions, call: 1-800-PGE-5000

Special Handle Code:

Not Negotiable

Pacific Gas and Electric Company   77 Beale Street, San Francisco, CA 94105



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2914957473-0
Statement Date: 06/21/2016
Due Date: 07/12/2016

## Details of BLUE SPRUCE ENERGY Gas Procurement Charges

05/13/2016 - 06/14/2016 (33 billing days)

Service For: 4717 PERCHERON DR
Service Agreement ID: 2914957423  ESP Customer Number: 11000318619

For questions regarding charges on this page, please contact:
BLUE SPRUCE ENERGY
225 UNION BLVD STE 200
LAKEWOOD CO 80228
1-800-296-2203

**05/13/2016 – 06/14/2016**

| | | |
|---|---|---|
| Rate Schedule: BC000011 | 7.120000 Therms @ $0.68900 | $4.91 |
| Fixed Quantity | 5.540000 Therms @ $0.68900 | 3.82 |
| Fixed Quantity | 0.000000 days | 19.95 |
| BLUE SPRUCE GREEN FEE | | |
| 5/14/2016 - 5/31/2016 | | |
| 6/1/2016 - 6/14/2016 | | |
| | Net Charges  28.68 | |
| Utility User Tax | | 0.20 |

**Total BLUE SPRUCE ENERGY Gas Procurement Charges**  $28.88

Page 4 of 5
Case: 19-30088  Doc# 9749  Filed: 12/04/20  Entered: 12/07/20 11:16:06  Page 6 of 10


# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 2914957078-9
Statement Date: 05/19/2016
Due Date: 06/09/2016

## Details of BLUE SPRUCE ENERGY Gas Procurement Charges

4/12/2016 - 05/13/2016 (32 billing days)

ervice For: 4717 PERCHERON DR
ervice Agreement ID: 2914957423   ESP Customer Number: 11000318619

For questions regarding charges on this page, please contact:
BLUE SPRUCE ENERGY
225 UNION BLVD STE 200
LAKEWOOD CO 80228
1-800-296-2203

**04/12/2016 – 05/13/2016**

| | | |
|---|---|---|
| ate Schedule: BC000011 | | |
| xed Quantity | 11.000000 Therms @ $0.68900 | $7.58 |
| xed Quantity | 7.940000 Therms @ $0.68900 | 5.47 |
| LUE SPRUCE GREEN FEE | 0.000000 days | 19.95 |
| 4/13/2016 - 4/30/2016 | | |
| 5/1/2016 - 5/13/2016 | Net Charges 33.00 | |
| tility User Tax | | 0.29 |

**otal BLUE SPRUCE ENERGY Gas rocurement Charges**     **$33.29**

Case: 19-30088   Doc# 9749   Filed: 12/04/20   Entered: 12/07/20 11:16:06   Page 7 of 10



## Details of BLUE SPRUCE ENERGY Gas Procurement Charges

**02/12/2016 - 03/15/2016 (33 billing days)**

Service For: 4717 PERCHERON DR
Service Agreement ID: 2914957423  ESP Customer Number: 11000318619

For questions regarding charges on this page, please contact:
BLUE SPRUCE ENERGY
225 UNION BLVD STE 200
LAKEWOOD CO 80228
1-800-296-2203

**02/12/2016 – 03/15/2016**

| | | |
|---|---|---:|
| Rate Schedule: BC000011 | | |
| Fixed Quantity | 14.480000 Therms @ $0.68900 | $9.98 |
| Fixed Quantity | 12.770000 Therms @ $0.68900 | 8.80 |
| BLUE SPRUCE GREEN FEE | 0.000000 days | 19.95 |
| 2/13/2016 - 2/29/2016 | | |
| 3/1/2016 - 3/15/2016 | Net Charges  38.73 | |
| Utility User Tax | | 0.42 |

**Total BLUE SPRUCE ENERGY Gas Procurement Charges** — **$39.15**

Visit www.pge.com/MyEnergy for a detailed cost comparison.
Printed on recycled paper.  Form 610622 8.13
Page 4 of 4

Case: 19-30088   Doc# 9749   Filed: 12/04/20   Entered: 12/07/20 11:16:06   Page 8 of 10



## Details of BLUE SPRUCE ENERGY Gas Procurement Charges

03/15/2016 - 04/12/2016 (29 billing days)

Service For: 4717 PERCHERON DR
Service Agreement ID: 2914957423   ESP Customer Number: 11000318619

For questions regarding charges on this page, please contact:
BLUE SPRUCE ENERGY
225 UNION BLVD STE 200
LAKEWOOD CO 80228
1-800-296-2203

**03/15/2016 – 04/12/2016**

| | | |
|---|---|---|
| Rate Schedule: BC000011 | | |
| Fixed Quantity | 11.420000 Therms @ $0.68900 | $7.87 |
| Fixed Quantity | 8.570000 Therms @ $0.68900 | 5.90 |
| BLUE SPRUCE GREEN FEE | 0.000000 days | 19.95 |
| 3/16/2016 - 3/31/2016 | | |
| 4/1/2016 - 4/12/2016 | | |
| | Net Charges   33.72 | |
| Utility User Tax | | 0.31 |

**Total BLUE SPRUCE ENERGY Gas Procurement Charges**     **$34.03**

Case: 19-30088   Doc# 9749   Filed: 12/04/20   Entered: 12/07/20 11:16:06   Page 9 of 10
Visit www.pge.com/MyEnergy for a detailed bill comparison.
Printed on recycled paper.   Form 610622 8.13



Xiang Zhang
4717 Percheron Dr.
Elk Grove, CA 95757

RECEIVED
DEC - 4 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

To:

United States Bankruptcy Court
16th Floor, 450 Golden Gate Ave,
Courtroom 17.
San Francisco, CA 94102

