# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on Oklahoma State Treasurer (MMLID#4926333), 9520 N May Ave., Ste LL, The Village, OK, 73120-2750:

- Notice of the Reorganized Debtors' Fifth Omnibus Objection to Claims, customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a copy of which is attached hereto as **Exhibit A.**

3.      On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Ruckman-Leal Creditors (MMLID#6115807), c/o Rodriguez & Associates, Attn: Joseph Whittington & Daniel Turek, 1128 Truxtun Ave., Bakersfield, CA, 93301-4618:

- Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [Docket No. 8964] the (***"Securities Claims Procedures Motion"***)

1

- Declaration of Michael A. Keable in Support of the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [Docket No. 8965] the (**"Keable Declaration"**)

- Declaration of Richard W. Slack in Support of the Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [Docket No. 8966] the (**"Declaration of Richard W. Slack ISO Securities Claims Procedure"**)

- Notice of Hearing on Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [Docket No. 8967] the (**"Notice of Hearing on Securities ADR Motion"**)

- Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims [Docket No. 8970]

- Declaration of Robb C. McWilliams in Support of Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims [Docket No. 8971]

- Notice of Hearing on Reorganized Debtors' Motion to Approve ADR and Related Procedures for Resolving General Claims [Docket No. 8972]

- Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 8978]

- Declaration of Robb McWilliams in Support of Reorganized Debtors' Sixth and Seventh Omnibus Objections to Claims (Satisfied Claims) [Docket No. 8979]

- Notice of Hearing on Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 8980]

- Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims) [Docket No. 8981]

- Notice of Hearing on Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims) [Docket No. 8982]

- Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [Docket No. 8983]

- Declaration of Robb McWilliams in Support of Reorganized Debtors' Eighth and Ninth Omnibus Objections to Claims (No Liability Claims) [Docket No. 8984]

- Notice of Hearing on Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims) [Docket No. 8985]

- Reorganized Debtors' Ninth Omnibus Objection to Claims (Ninth) (No Liability Claims) [Docket No. 8986]

- Notice of Hearing on Reorganized Debtors' Ninth Omnibus Objection to Claims (No Liability Claims) [Docket No. 8987]

- Reorganized Debtors' Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims) [Docket No. 8988]

- Declaration of David Kraska in Support of Reorganized Debtors' Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims) [Docket No. 8990]

- Omnibus Objection to Claims (Eleventh) (Amended and Superseded Claims) [Docket No. 9061]

- Declaration of Robb McWilliams in Support of Reorganized Debtors Eleventh Omnibus Objection to Claims (Amended and Superseded Claims) [Docket No. 9062]

- Notice of Hearing on Reorganized Debtors Eleventh Omnibus Objection to Claims (Amended and Superseded Claims) [Docket No. 9063]

- Omnibus Objection to Claims (Twelfth) (Duplicative Claims) [Docket No. 9064]

- Declaration of Robb McWilliams in Support of Reorganized Debtors Twelfth Omnibus Objection to Claims (Duplicative Claims) [Docket No. 9065]

- Notice of Hearing on Reorganized Debtors Twelfth Omnibus Objection to Claims (Duplicative Claims) [Docket No. 9066]

- Omnibus Objection to Claims (Thirteenth) (Incorrect Debtor Claims) [Docket No. 9067]

- Declaration of Robb McWilliams in Support of Reorganized Debtors Thirteenth Omnibus Objection to Claims (Incorrect Debtor Claims) [Docket No. 9068]

- Notice of Hearing on Reorganized Debtors Thirteenth Omnibus Objection to Claims (Incorrect Debtor Claims) [Docket No. 9069]

- Omnibus Objection to Claims (Fourteenth) (Books and Records Claims) [Docket No. 9070]

- Declaration of Robb McWilliams in Support of Reorganized Debtors Fourteenth Omnibus Objection to Claims (Books and Records Claims) [Docket No. 9071]

- Notice of Hearing on Reorganized Debtors Fourteenth Omnibus Objection to Claims (Books and Records Claims) [Docket No. 9072]

- Omnibus Objection to Claims (Fifteenth) (Satisfied Claims) [Docket No. 9073]

3

- Declaration of Robb McWilliams in Support of Reorganized Debtors Fifteenth Through Seventeenth Omnibus Objections to Claims (Satisfied Claims) [Docket No. 9074]

- Notice of Hearing on Reorganized Debtors Fifteenth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 9075]

- Omnibus Objection to Claims (Sixteenth) (Satisfied Claims) [Docket No. 9076]

- Notice of Hearing on Reorganized Debtors Sixteenth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 9077]

- Omnibus Objection to Claims (Seventeenth) (Satisfied Claims) [Docket No. 9078]

- Notice of Hearing on Reorganized Debtors Seventeenth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 9079]

- Notice of Hearing on Reorganized Debtors' Tenth Omnibus Objection to Claims (Plan Passthrough Environmental Claims) [Docket No. 8991]

4. On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Securities Claims Procedures Motion, Keable Declaration, Decl. of Richard W. Slack ISO Securities Claims Procedure and Notice of Hearing on Securities ADR Motion to be served by the method set forth on the Affected Claimants Service List attached hereto as **Exhibit B**.

5. On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on Guardian Helicopters, Inc. (MMLID# 4921997), Teri Neville, 67 D St., Fillmore, CA, 93015-1668:

- Notice of the Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a non-customized copy of which is attached hereto as **Exhibit C**.

6. On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on The Nature Conservancy (MMLID# 5803071), Liwen Mah, 201 Mission Street, 4th Floor, San Francisco, CA, 94105:

- Notice of the Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a non-customized copy of which is attached hereto as **Exhibit D**.

7. On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on Alvin L. Brown (MMLID#6160198), at an address that has been redacted for the interest of privacy; and on East Bay Community Energy Authority (MMLID#7278392), Inder Khalsa, Interim General Counsel, Richards, Watson & Gershon, One Sansome Street, Suite 2850, San Francisco, CA, 94104:

- Notice of the Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a non-customized copy of which is attached hereto as **Exhibit E**.

8. On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Claimants Service List attached hereto as **Exhibit F**:

- Notice of Continued Hearing on Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [Docket No. 9058]

9. On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on the Fourteenth Omnibus Service List attached hereto as **Exhibit G**:

- Notice of the Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claim), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the original claim, and claim amount and priority of the reduced claim for each counterparty, a non-customized copy of which is attached hereto as **Exhibit H**.

10. On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on Ballard Marine Construction, Inc. (MMLID# 5820974), Worley Law, P.C., 3425 Kite St., San Diego, CA, 92103-4710:

- Notice of the Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims), customized to include the debtor, filing date, claim amount and priority, and the basis for objection of the objected to claim, a non-customized copy of which is attached hereto as **Exhibit I**.

11. On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on the Sixteenth Omnibus Service List attached hereto as **Exhibit J**:

5

- Notice of the Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims), customized to include the debtor, filing date, claim amount and priority, and the basis for objection of the objected to claim, a non-customized copy of which is attached hereto as **Exhibit K**.

12.    On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on the Seventeenth Omnibus Service List attached hereto as **Exhibit L**:

- Notice of the Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims), customized to include the debtor, filing date, claim amount and priority, and the basis for objection of the objected to claim, a non-customized copy of which is attached hereto as **Exhibit M**.

13.    On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail Bechtel NR Program Master Pension Trust (MMLID#7905783), at an address that has been redacted for the interest of privacy.

- Reorganized Debtors' Report on Responses to Ninth Omnibus Objection to Claims (No Liability Claims) and Request for Order by Default as to Unopposed Objections [Docket No. 9259]

14.    On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Ralph and Joy Astorino (MMLID#6155970), at an address that has been redacted for the interest of privacy.

- Reorganized Debtors' Revised Report on Responses to Eighth Omnibus Objection to Claims (No Liability Claims) and Request for Order by Default as to Unopposed Objections [Docket No. 9284]

15.    On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on Newcomb Tree Experts Inc. (MMLID#5861277), 5112 Everglades Park Dr., Freemont, CA, 94538-3923:

- Notice of the Reorganized Debtors' Nineteenth Omnibus Objection to Claims (Duplicative Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the disallowed claim, and claim number and claim amount and priority of the surviving claim for each counterparty, a non-customized copy of which is attached hereto as **Exhibit N.**

16.    On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on McMaster-Carr Supply Co. (MMLID#5860114), Drew Thorn, Branch Controller, 9630 Norwalk Blvd., Santa Fe Springs, CA, 90670-2932:

6

- Notice of the Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the original claim, and claim amount and priority of the reduced claim for each counterparty, a non-customized copy of which is attached hereto as **Exhibit O**.

17. On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by first class mail on California Coastal Commission (MMLID#7225411), Alison Dettmer, Deputy Director, 455 Market Street, Suite 300, San Francisco, CA, 94105:

- Notice of the Reorganized Debtors' Twenty-Fourth Omnibus Objection to Claims (Plan Passthrough Environmental Claims), customized to include the debtor, filing date, claim amount and priority, and the basis for objection of the objected claim, a non-customized copy of which is attached hereto as **Exhibit P**.

18. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 4th day of December 2020, at New York, NY.

*/s/ Nuno Cardoso*

Nuno Cardoso

**Exhibit A**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com
Peter J. Benvenutti (#60566)
(pbenvenutt@kbkllp.com))
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

> **THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO DISALLOW AND EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE. IT DOES NOT SEEK TO DISALLOW YOUR "SURVIVING CLAIM."**
>
> **CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**
>
> **THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF THE REORGANIZED DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS** |
| **Debtors.** | **Response Deadline:** **September 8, 2020, 4:00 p.m. (PT)** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Hearing Information If Timely Response Made:**<br>Date: September 22, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only) |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

| CLAIM TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIM | |
|---|---|---|---|---|---|
| Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Claim # | Claim Amount and Priority (1) |
| | | (S) | Wrong Case | | (S) |
| | | (A) | | | (A) |
| | | (P) | | | (P) |
| | | (U) | | | (U) |
| | | (T) | | | (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

On August 13, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Fifth Omnibus Objection to Claims* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

**Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by September 8, 2020 (the "Response Deadline");**

**Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

**If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

**If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

**If you file and serve a timely Response, the date, location and time of the Hearing are:**

**September 22, 2020 at 10:00 a.m. (Pacific Time)**

**Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 30, 2020, **the Hearing will be conducted telephonically or by video conference. The courtroom will be closed**. All parties who wish to appear at the Hearing should refer to the Bankruptcy Court's website, www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone, for current information about how to appear. Reorganized Debtors' Counsel will, as a courtesy and on request, provide by email to those who have filed timely Responses updated information regarding how to attend.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to disallow one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the designated Proof(s) of Claim was filed against the wrong Debtor, while the Surviving Claim was filed against the correct Debtor. The Reorganized Debtors are not objecting to the Surviving Claim at this time and your Surviving Claim will NOT be disallowed if the Omnibus Objection is upheld by the Bankruptcy Court, whether or not you file a Response to this Omnibus Objection or appear at the Hearing.

If you do **NOT** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be disallowed and the Surviving Claim will remain as a validly filed Proof of Claim. (The Surviving Claim may be the subject of a later objection; should that occur you will be given specific advance notice by mail of that future objection with information about how you can respond if you dispute it.)

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at the above-referenced email addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on September 8, 2020 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the email addresses of the Reorganized Debtors' counsel as shown on the Objection, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free, by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com to request a complete copy of the Omnibus Objection, including all Exhibits.

Dated: August 13, 2020

**KELLER BENVENUTTI KIM LLP**

*/s/ Peter J. Benvenutti*

Peter J. Benvenutti

*Attorneys for Debtors and Reorganized Debtors*

**Exhibit B**

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 7919465 | ATLAS ENHANCED MASTER FUND, LTD. | C/O BALYASNY ASSET MANAGEMENT, L.P. | 444 W. LAKE STREET | 50TH FLOOR | CHICAGO | IL | 60606 | |
| 7919437 | ATLAS FUNDAMENTAL TRADING MASTER FUND, LTD. | C/O BALYASNY ASSET MANAGEMENT, L.P. | 444 W. LAKE STREET | 50TH FLOOR | CHICAGO | IL | 60606 | |
| 7920274 | ATLAS MASTER FUND, LTD. | C/O BALYASNY ASSET MANAGEMENT, L.P. | 444 W. LAKE STREET | 50TH FLOOR | CHICAGO | IL | 60606 | |
| 7919487 | ATLAS QUANTITATIVE TRADING FUND, LTD. | C/O BALYASNY ASSET MANAGEMENT, L.P. | 444 W. LAKE STREET | 5TH FLOOR | CHICAGO | IL | 60606 | |
| 7910445 | NIKKO ASSET MANAGEMENT CO. LTD. | TOSHIHARU MATSUBARA | MIDTOWN TOWER, 9-7-1 AKASAKA | | MINATO-KU, TOKYO | | 107-6242 | JAPAN |
| 7860072 | SAWYER, JAN STACY | ADDRESS ON FILE | | | | | | |
| 7257102 | THE WILLIAMS CAPITAL GROUP, L.P. | C/O DIANNE CALABRISOTTO | 100 WALL STREET | 18TH FLOOR | NEW YORK | NY | 10005 | |

**Exhibit C**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

> **THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO DISALLOW AND EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**
>
> **CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**
>
> **THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF THE REORGANIZED DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)** |
| **Debtors.** | **Response Deadline:** **September 29, 2020, 4:00 p.m. (PT)** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Hearing Information If Timely Response Made:**<br>Date:  October 13, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Telephonic Appearances Only |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

| Objected-To Claim(s) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
| | | | | | | | |

On September 3, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Sixth Omnibus Objection to Claims (Satisfied Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

**Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by September 29, 2020 (the "Response Deadline");**

**Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

**If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

**If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

**If you file and serve a timely Response, the date, location and time of the Hearing are:**

**October 13, 2020 at 10:00 a.m. (Pacific Time)**

**Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 30, 2020, **the Hearing will be conducted telephonically or by video conference. The courtroom will be closed**. All parties who wish to appear at the Hearing should refer to the Bankruptcy Court's website, www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone, for current information about how to appear. Reorganized Debtors' Counsel will, as a courtesy and on request, provide by email to those who have filed timely Responses updated information regarding how to attend.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to disallow one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the designated Proof(s) of Claim has been satisfied or released during or prior to these Chapter 11 Cases in accordance with the Bankruptcy Code, any applicable rules, or Court orders. If you do **NOT** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be disallowed. To the extent your Proof(s) of Claim relates to protective, unliquidated claims relating to the Reorganized Debtors' potential post-petition non-performance under an assumed agreement, you retain all remedies that would have existed had these Chapter 11 Cases not been filed, and the Reorganized Debtors represent that they will not raise any bankruptcy defenses.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on September 29, 2020 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the email addresses of the Reorganized Debtors' counsel as shown on the Objection, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, by express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date.  You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:**  Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free, by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com  to request a complete copy of the Omnibus Objection, including all Exhibits.

Dated:  September 3, 2020

**KELLER BENVENUTTI KIM LLP**

/s/ *Peter J. Benvenutti*
Peter J. Benvenutti

*Attorneys for Debtors and Reorganized Debtors*

**Exhibit D**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO DISALLOW AND EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**

**CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**

**THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF THE REORGANIZED DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Response Deadline:**<br>**September 29, 2020, 4:00 p.m. (PT)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Information If Timely Response Made:**<br>Date:   October 13, 2020<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  Telephonic Appearances Only)<br>        United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

| Objected-To Claim(s) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
| | | | | | | | |

On September 3, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Seventh Omnibus Objection to Claims (Satisfied Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

**Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by September 29, 2020 (the "Response Deadline");**

**Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

**If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

**If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

**If you file and serve a timely Response, the date, location and time of the Hearing are:**

**October 13, 2020 at 10:00 a.m. (Pacific Time)**

**Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 30, 2020, **the Hearing will be conducted telephonically or by video conference. The courtroom will be closed**. All parties who wish to appear at the Hearing should refer to the Bankruptcy Court's website, www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone, for current information about how to appear. Reorganized Debtors' Counsel will, as a courtesy and on request, provide by email to those who have filed timely Responses updated information regarding how to attend.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to disallow one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the designated Proof(s) of Claim has been satisfied or released during or prior to these Chapter 11 Cases in accordance with the Bankruptcy Code, any applicable rules, or Court orders. If you do **NOT** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be disallowed. To the extent your Proof(s) of Claim relates to protective, unliquidated claims relating to the Reorganized Debtors' potential post-petition non-performance under an assumed agreement, you retain all remedies that would have existed had these Chapter 11 Cases not been filed, and the Reorganized Debtors represent that they will not raise any bankruptcy defenses.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on September 29, 2020 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the email addresses of the Reorganized Debtors' counsel as shown on the Objection, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free, by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com to request a complete copy of the Omnibus Objection, including all Exhibits.

Dated: September 3, 2020

**KELLER BENVENUTTI KIM LLP**

/s/ *Peter J. Benvenutti*
Peter J. Benvenutti

*Attorneys for Debtors and Reorganized Debtors*

**<u>Exhibit E</u>**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

> **THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO DISALLOW AND EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**
>
> **CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**
>
> **THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF THE REORGANIZED DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Response Deadline:**<br>**September 29, 2020, 4:00 p.m. (PT)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Information If Timely Response Made:**<br>Date:   October 13, 2020<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  Telephonic Appearances Only)<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

| Objected-To Claim(s) | | | | | | | Basis for Objection |
|---|---|---|---|---|---|---|---|
| Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | |
| | | | | | | | |

On September 3, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Eighth Omnibus Objection to Claims (No Liability Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

> **Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by September 29, 2020 (the "Response Deadline");**

> **Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

> **If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

> **If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

> **If you file and serve a timely Response, the date, location and time of the Hearing are:**

> > **October 13, 2020 at 10:00 a.m. (Pacific Time)**

> > **Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 30, 2020, **the Hearing will be conducted telephonically or by video conference. The courtroom will be closed**. All parties who wish to appear at the Hearing should refer to the Bankruptcy Court's website, www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone, for current information about how to appear. Reorganized Debtors' Counsel will, as a courtesy and on request, provide by email to those who have filed timely Responses updated information regarding how to attend.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to disallow one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the designated Proof(s) of Claim seek recovery of amounts for which the Debtors are not liable. If you do **NOT** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be disallowed. To the extent your Proof(s) of Claim relates to protective, unliquidated claims relating to the Reorganized Debtors' potential post-petition non-performance under an assumed agreement, you retain all remedies that would have existed had these Chapter 11 Cases not been filed, and the Reorganized Debtors represent that they will not raise any bankruptcy defenses.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on September 29, 2020 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the email addresses of the Reorganized Debtors' counsel as shown on the Objection, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free, by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com to request a complete copy of the Omnibus Objection, including all Exhibits.

Dated: September 3, 2020        **KELLER BENVENUTTI KIM LLP**

                                   */s/ Peter J. Benvenutti*
                                   Peter J. Benvenutti

                                   *Attorneys for Debtors and Reorganized Debtors*

**Exhibit F**

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 7906983 | 20UGS (UCITS) FUNDS TCW UNCONSTRAINED PLUS BOND STRATEGY | TCW | ATTN: CLASS ACTIONS | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7980602 | AIELLO, ROBERTA | ADDRESS ON FILE | | | | | | | |
| 7675879 | ALAN C. MERSEREAU & JUDITH A. MERSEREAU TR | ADDRESS ON FILE | | | | | | | |
| 7980124 | ALBERTA DE GEORGE LIVING TRUST | ADDRESS ON FILE | | | | | | | |
| 7918304 | ALLIANT ENERGY CASH BALANCE PENSION PLAN, WISCONSIN POWER AND LIGHT COMPANY RETIREMENT PLAN B, IPL RETIREMENT PLAN FOR BARGAINING UNIT EMPLOYEES | ALLIANT ENERGY CORPORATE SERVICES, INC. | ATTN: JAKE BLAVAT, | TREASURY DEPT - RETIREMENT TRUST | 4902 N. BILTMORE LANE | MADISON | WI | 53718 | |
| 7980290 | ALOIA, MARIE A | ADDRESS ON FILE | | | | | | | |
| 7917196 | ALPHA PLUS FUNDS PLC - DIVERSIFIED ALTERNATIVES FUND | MORGAN STANLEY INVESTMENT MANAGEMENT | ATTN: MUHAMMAD ASIM | 522 FIFTH AVE | 6TH FLOOR | NEW YORK | NY | 10036 | |
| 7919555 | AMERICAN BALANCED FUND | ATTN: KRISTINE M. NISHIYAMA | AUTHORIZED SIGNATORY | C/O CAPITAL RESEARCH AND MANAGEMENT COMPANY | 333 SOUTH HOPE STREET, 55TH FLOOR | LOS ANGELES | CA | 90071 | |
| 7919359 | AMERICAN BAR ASSOCIATION - MERCER TRUST COMPANY | GALLIARD CAPITAL MANAGEMENT | ATTN: CORPORATE ACTIONS | 800 LASALLE AVENUE | SUITE 1400 | MINNEAPOLIS | MN | 55402 | |
| 7906805 | AMERICAN BAR ASSOCIATION MEMBERS / MTC COLLECTIVE TRUST | TCW | ATTN: THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7907040 | AMUNDI FUND/EQUITIES-VO | TCW | ATTN: THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7918184 | ARAB BANK FOR ECONOMIC DEVELOPMENT IN AFRICA | MORGAN STANLEY INVESTMENT MANAGEMENT | ATTN: MUHAMMAD ASIM | 522 FIFTH AVE | 6TH FLOOR | NEW YORK | NY | 10036 | |
| 7917631 | ARAB FUND FOR ECONOMIC & SOCIAL DEVELOPMENT | MORGAN STANLEY INVESTMENT MANAGEMENT | ATTN: MUHAMMAD ASIM | 522 FIFTH AVE | 6TH FLOOR | NEW YORK | NY | 10036 | |
| 7980880 | ARLOTTO, THOMAS | ADDRESS ON FILE | | | | | | | |
| 7919465 | ATLAS ENHANCED MASTER FUND, LTD. | C/O BALYASNY ASSET MANAGEMENT, L.P. | 444 W. LAKE STREET | 50TH FLOOR | | CHICAGO | IL | 60606 | |
| 7919437 | ATLAS FUNDAMENTAL TRADING MASTER FUND, LTD. | C/O BALYASNY ASSET MANAGEMENT, L.P. | 444 W. LAKE STREET | 50TH FLOOR | | CHICAGO | IL | 60606 | |
| 7920274 | ATLAS MASTER FUND, LTD. | C/O BALYASNY ASSET MANAGEMENT, L.P. | 444 W. LAKE STREET | 50TH FLOOR | | CHICAGO | IL | 60606 | |
| 7980359 | BACON, JENNIFER P | ADDRESS ON FILE | | | | | | | |
| 7980503 | BACON, JOANNE M AND MILES | ADDRESS ON FILE | | | | | | | |
| 7907588 | BAE MASTER PENSION INVESTMENT TRUST | ADDRESS ON FILE | | | | | | | |
| 7980378 | BALAZS, LUCILLE | ADDRESS ON FILE | | | | | | | |
| 7919209 | BANNER HEALTH | ADDRESS ON FILE | | | | | | | |
| 7980636 | BELKOWITZ, HARRY | ADDRESS ON FILE | | | | | | | |
| 7915891 | BELL ATLANTIC MASTER TRUST | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7913069 | BEMIS COMPANY, INC. (DEFINED BENEFIT PLAN) | ATTN: CORPORATE ACTIONS | GALLIARD CAPITAL MANAGEMENT | 800 LASALLE AVENUE | SUITE 1400 | MINNEAPOLIS | MN | 55402 | |
| 7980522 | BERNARD, CICELY W. | ADDRESS ON FILE | | | | | | | |
| 7980922 | BERNARD, JAMES L | ADDRESS ON FILE | | | | | | | |
| 7980822 | BERONIO, ALFRED R | ADDRESS ON FILE | | | | | | | |
| 7920346 | BINCKBANK N.V. | CHRIS OLDHAM | GLOBAL RESEARCH MANAGER | GOAL GLOBAL RECOVERIES LIMITED | 5 HANOVER SQUARE, SUITE | NEW YORK | NY | 10004 | |
| 7913153 | BLACKWELL PARTNERS LC - SERIES A (NANTAHALA SUB-ACCOUNT) | NANTAHALA CAPITAL MANAGEMENT, LLC | CHIEF OPERATING OFFICER / CHIEF COMPLIANCE OFFICER | PAUL REHM | 130 MAIN ST. 2ND FLOOR | NEW CANAAN | CT | 06840 | |
| 7913039 | BLACKWELL PARTNERS LLC - SERIES A (NANTAHALA SUB-ACCOUNT) | NANTAHALA CAPITAL MANAGEMENT, LLC | CHIEF OPERATING OFFICER / CHIEF COMPLIANCE OFFICER | PAUL EUGENE REHM | 130 MAIN ST. 2ND FLOOR | NEW CANAAN | CT | 06840 | |
| 7986890 | BLANKOFF, SUSAN B. | ADDRESS ON FILE | | | | | | | |
| 7918216 | BLUE CROSS OF IDAHO HEALTH SERVICE INC. | SAMUEL A. DIDDLE | ATTORNEY | EBERLE BERLIN KADING TURNBOW & MCKLVEEN CHTD. | 1111 WEST JEFFERSON, SUITE 530 | BOISE | ID | 83702 | |
| 7919459 | BNP CAYMAN ALFRED BERG KOK, USA, MIN VOL | ATTN: MIKE EGAN | CLASS ACTION CLAIMS MANAGEMENT | 11121 CARMEL COMMONS BLVD. | SUITE 370 | CHARLOTTE | NC | 28226-4561 | |
| 7907479 | BOARD OF EDUCATION EMPLOYEES' PENSION FUND OF ESSEX COUNTY | BARRACK, RODOS & BACINE | C/O LESLIE BORNSTEIN MOLDER | 3300 TWO COMMERCE SQUARE | 2001 MARKET STREET | PHILADELPHIA | PA | 19103 | |
| 7982220 | BOOS, WILLIAM E | ADDRESS ON FILE | | | | | | | |
| 7982977 | BOYD, ELIZABETH JANE | ADDRESS ON FILE | | | | | | | |
| 7981264 | BRACE, MILLER AND BARBARA | ADDRESS ON FILE | | | | | | | |
| 7919090 | BROOKFIELD GLOBAL LISTED INFRASTRUCTURE MASTER FUND LP | LEAH LOPEZ | ATTORNEY | PAUL HASTINGS LLP | 200 PARK AVENUE | NEW YORK | NY | 10166 | |
| 7980578 | BUBNIS, BRIAN M | ADDRESS ON FILE | | | | | | | |
| 7907277 | C2-84085 | TCW | ATTN: THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7960623 | CADILLAC AREA COMMUNITY FOUNDATION | ADDRESS ON FILE | | | | | | | |
| 7980866 | CALABRETTA, JOYCE E. | ADDRESS ON FILE | | | | | | | |
| 7912225 | CALIFORNIA STATE CONTROLLER'S OFFICE | CA STATE CONTROLLER'S OFFICE | LEGAL OFFICE | HARPREET NAKHWAL | 300 CAPITOL MALL, SUITE | SACRAMENTO | CA | 95814 | |
| 7983193 | CAMERA, DIANE | ADDRESS ON FILE | | | | | | | |
| 7920191 | CAPITAL GROUP CAPITAL INCOME BUILDER | KRISTINE M. NISHIYAMA | AUTHORIZED SIGNATORY | C/O CAPITAL RESEARCH AND MANAGEMENT COMPANY | 333 SOUTH HOPE STREET, 55TH FLOOR | LOS ANGELES | CA | 90071 | |
| 7919540 | CAPITAL INCOME BUILDER | KRISTINE M. NISHIYAMA | AUTHORIZED SIGNATORY | C/O CAPITAL RESEARCH AND MANAGEMENT COMPANY | 333 SOUTH HOPE STREET, 55TH FLOOR | LOS ANGELES | CA | 90071 | |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)

Page 1 of 4

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 7916507 | CARECONNECT INSURANCE COMPANY, INC.: 46-2270382 (WELLINGTON BOND) | ATTN: CHRISTINE L. WHITE AND JOSHUA ROSE | GENERAL COUNSEL / CARECONNECT | OFFICE OF LEGAL AFFAIRS | 2000 MARCUS AVENUE | NEW HYDE PARK | NY | 11042 | |
| 7985879 | CAROL WEST BENE - DONALD WEST (DECD) | ADDRESS ON FILE | | | | | | | |
| 7907399 | CATHOLIC RELIEF SERVICES | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7907845 | CENTRAL LOUISIANA ELECTRIC COMPANY (CLECO CORPORATION) | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7982988 | CHARLES IORIO & CAROL IORIO | ADDRESS ON FILE | | | | | | | |
| 7245789 | CHARLES R. BLACKBURN, DERIVATIVELY ON BEHALF OF THE DEBTOR, PG&E CORPORATION | C/O ROBERT C. SCHUBERT AND WILLEM F. JONCKHEER | SCHUBERT JONCKHEER & KOLBE LLP | THREE EMBARCADERO CENTER | SUITE 1650 | SAN FRANCISCO | CA | 94111 | |
| 7980214 | CHECK, SANDRA J | ADDRESS ON FILE | | | | | | | |
| 7980795 | CHRISTODOULOU, JOANNE | ADDRESS ON FILE | | | | | | | |
| 7907980 | CITY AND COUNTY OF SWANSEA PENSION FUND | BARRACK, RODOS & BACINE | C/O LESLIE BORNSTEIN MOLDER | 3300 TWO COMMERCE SQUARE | 2001 MARKET STREET | PHILADELPHIA | PA | 19103 | |
| 7902952 | CITY OF KISSIMMEE GENERAL EMPLOYEES' RETIREMENT PLAN | CITY OF KISSIMMEE GENERAL EMPLOYEES' | RETIREMENT PLAN | ATTN: LINDA GOMEZ | 101 CHURCH ST. | KISSIMEE | FL | 34741 | |
| 7916449 | CITY OF PHILADELPHIA BOARD OF PENSIONS AND RETIREMENT | BARRACK, RODOS & BACINE | ATTN: LESLIE BORNSTEIN MOLDER | 3300 TWO COMMERCE SQUARE | 2001 MARKET STREET | PHILADELPHIA | PA | 19103 | |
| 7916067 | CITY OF PHILADELPHIA SINKING FUND COMMISSION | BARRACK, RODOS & BACINE | ATTN: LESLIE BORNSTEIN MOLDER | 3300 TWO COMMERCE SQUARE | 2001 MARKET STREET | PHILADELPHIA | PA | 19103 | |
| 7281509 | CITY OF WARREN POLICE AND FIRE RETIREMENT SYSTEM | ANDREW DAVID BEHLMANN | COUNSEL | LOWENSTEIN SANDLER LLP | ONE LOWENSTEIN DRIVE | ROSELAND | NJ | 07068 | |
| 7980014 | CLEMENTO, SANDRA M | ADDRESS ON FILE | | | | | | | |
| 7980846 | CLUTE, JANE E | ADDRESS ON FILE | | | | | | | |
| 7980027 | CODDINGTON, DAVID JOSE | ADDRESS ON FILE | | | | | | | |
| 7983629 | CODDINGTON, MELANIE BETH | ADDRESS ON FILE | | | | | | | |
| 7912722 | COLUMBUS HILL OVERSEAS MASTER FUND, LTD. | COLUMBUS HILL CAPTIAL MANAGEMENT, L.P. | GEORGE KIM, CFO | 51 JOHN F. KENNEDY PARKWAY | | SHORT HILLS | NJ | 07078 | |
| 7913559 | COLUMBUS HILL PARTNERS, L.P. | GEORGE KIM | CFO | COLUMBUS HILL CAPITAL MANAGEMENT, L.P. | 51 JOHN F. KENNEDY PARKWAY, SUITE 220 | SHORT HILLS | NJ | 07078 | |
| 7983883 | CONFER, PATRICK | ADDRESS ON FILE | | | | | | | |
| 7920101 | CONTROLLED RISK INSURANCE COMPANY, LTD | JULIE ELIZABETH GILLER | RISK MANAGEMENT FOUNDADTION OF THE HARVARD MEDICAL | INSTITUES | 1325 BOYLSTON STREET | BOSTON | MA | 02215 | |
| 7983181 | CONWAY, SARA E | ADDRESS ON FILE | | | | | | | |
| 7982796 | COSLETT, MICHAEL S | ADDRESS ON FILE | | | | | | | |
| 7984027 | COSLETT, MICHAEL S AND CELIA | ADDRESS ON FILE | | | | | | | |
| 7910789 | CROWN CORK & SEAL COMPANY, INC. MASTER RETIREMENT TRUST | TCW | ATTN: THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7984866 | CSAK, EDWARD AMBROSE | ADDRESS ON FILE | | | | | | | |
| 7984381 | CUPRYK, ROBERT | ADDRESS ON FILE | | | | | | | |
| 7984957 | CYRIL GALLIMORE FAM TR | ADDRESS ON FILE | | | | | | | |
| 7684318 | CYRUS TUNG & JEANETTE TUNG TR | ADDRESS ON FILE | | | | | | | |
| 7984901 | DABROWSKI, MIROSLAW K | ADDRESS ON FILE | | | | | | | |
| 7984711 | DAVID AND PAMELA SATTERFIELD | ADDRESS ON FILE | | | | | | | |
| 7984466 | DEFRANCO, FRANK A | ADDRESS ON FILE | | | | | | | |
| 7916689 | DELOS C. RANSORN IRREVOCABLE TRUST | ADDRESS ON FILE | | | | | | | |
| 7980181 | DEMOTT, KIMBERLY | ADDRESS ON FILE | | | | | | | |
| 7983472 | DEPERTE, FRANK | ADDRESS ON FILE | | | | | | | |
| 7982146 | DEPTULA, RICHARD | ADDRESS ON FILE | | | | | | | |
| 7984395 | DIGIACOMO, JOSEPH A | ADDRESS ON FILE | | | | | | | |
| 7984903 | DIGIACOMO, JOSEPH A AND MADELINE | ADDRESS ON FILE | | | | | | | |
| 7687939 | DONNA LYNNE NOBLETT TOD | ADDRESS ON FILE | | | | | | | |
| 7959516 | DRILL, ROGER | ADDRESS ON FILE | | | | | | | |
| 7917158 | DRRT FBO CREDIT SUSSIE FUNDS AG (3723) | DRRT | 340 WEST FLAGLER STREET | SUITE 201 | | MIAMI | FL | 33130 | |
| 7910445 | NIKKO ASSET MANAGEMENT CO. LTD. | TOSHIHARU MATSUBARA | MIDTOWN TOWER, 9-7-1 AKASAKA | | | MINATO-KU, TOKYO | | 107-6242 | JAPAN |
| 7980964 | RUELA, JOAO J | ADDRESS ON FILE | | | | | | | |
| 7939091 | RUMBOLD, JOHN  G | ADDRESS ON FILE | | | | | | | |
| 7983787 | SAMET, WARREN | ADDRESS ON FILE | | | | | | | |
| 7988218 | SAMET, WARREN AND DEBORAH | ADDRESS ON FILE | | | | | | | |
| 7234731 | SAMUEL A. RAMIREZ & COMPANY, INC. | ATTN: JOSEPH T. KOFFER | 61 BROADWAY | 29TH FLOOR | | NEW YORK | NY | 10006 | |
| 7913185 | SAN DIEGO CITY EMPLOYEES' RETIREMENT SYSTEM | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7913005 | SCREEN ACTORS GUILD - PRODUCERS PENSION PLAN | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7913756 | SDG&E QUALIFIED NUCLEAR DECOMMISSIONING TRUST PARTNERSHIP | ATTN: THERESA TRAN | TCW | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7284490 | SECURITIES PLAINTIFFS AND THE CLASS | ADDRESS ON FILE | | | | | | | |
| 7990059 | SEEHAUSEN, JOHN | ADDRESS ON FILE | | | | | | | |
| 7913421 | SEI CIT - TCW LONG DURATION CREDIT FUND | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7912155 | SEI CIT - TCW LONG DURATION GOV'T/CREDIT FUND | TCW | ATTN SEI CIT - TCW LONG DURATION | GOV'T/CREDIT FUND (13722) | 865 S. FIGUEROA STREET, | LOS ANGELES | CA | 90017 | |
| 7985974 | SEIGEL, JEFFREY | ADDRESS ON FILE | | | | | | | |
| 7980411 | SELLMANN, DONNA | ADDRESS ON FILE | | | | | | | |

Case: 19-30088   Doc# 9751   Filed: 12/07/20   Entered: 12/07/20 13:21:53   Page 32 of 75

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 7980160 | SEMINARA, DONNA | ADDRESS ON FILE | | | | | | | |
| 7986918 | SHADEL, FRANCESCA | ADDRESS ON FILE | | | | | | | |
| 7912514 | SHEET METAL WORKERS' LOCAL #19 HEALTH & WELFARE FUND | BARRACK, RODOS & BACINE | ATTN: LESLIE BORNSTEIN MOLDER | 3300 TWO COMMERCE SQUARE | 2001 MARKET STREET | PHILADELPHIA | PA | 19103 | |
| 7911569 | SHEET METAL WORKERS' LOCAL #19 PENSION FUND | BARRACK, RODOS & BACINE | ATTN: LESLIE BORNSTEIN MOLDER | 3300 TWO COMMERCE SQUARE | 2001 MARKET STREET | PHILADELPHIA | PA | 19103 | |
| 7986987 | SHELLHAMMER, AGNES | ADDRESS ON FILE | | | | | | | |
| 7991785 | SHYNE, STEPHEN C. | ADDRESS ON FILE | | | | | | | |
| 7913551 | SIIT LONG DURATION CREDIT FUND | TCW | ATTN: THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7913642 | SIIT LONG DURATION FUND | ATTN THERESA TRAN | TCW | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7985570 | SIMONS, JACK A | ADDRESS ON FILE | | | | | | | |
| 7913877 | SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM MASTER TRU | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7913567 | SISTERS OF ST. JOSEPH | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7923833 | SMILEY, THOMAS E. | ADDRESS ON FILE | | | | | | | |
| 7985248 | SMITH, JEFFREY K | ADDRESS ON FILE | | | | | | | |
| 7985341 | SMITH, LISA F | ADDRESS ON FILE | | | | | | | |
| 7914064 | SPANKY - TCW UNCONSTRAINED | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7987409 | SQUAZZO, CHRISTOPHER C | ADDRESS ON FILE | | | | | | | |
| 7985614 | SQUAZZO, KAREN L | ADDRESS ON FILE | | | | | | | |
| 7985841 | SROKA, JOHN J | ADDRESS ON FILE | | | | | | | |
| 7985367 | SROKA, JOHN J AND RITA M | ADDRESS ON FILE | | | | | | | |
| 7919457 | STANLIB MULTI-MANAGER GLOBAL FUND | KRISTINE M. NISHIYAMA | AUTHORIZED SIGNATORY | C/O CAPITAL RESEARCH AND MANAGEMENT COMPANY | 333 SOUTH HOPE STREET, 55TH FLOOR | LOS ANGELES | CA | 90071 | |
| 7917267 | STATE OF NEW JERSEY SUPPLEMENTAL ANNUITY COLLECTIVE TRUST FUND | DIVISION OF INVESTMENT | ATTN: COMPLIANCE DEPT. | PO BOX 290 | 50 WEST STATE STREET 9TH FLOOR | TRENTON | NJ | 08625-0290 | |
| 7909555 | STEELWORKERS PENSION TRUST | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET, SUITE 1800 | | LOS ANGELES | CA | 90017 | |
| 7989701 | STRAGAZZI, GERALD | ADDRESS ON FILE | | | | | | | |
| 7989713 | STRAGAZZI, MATTHEW D | ADDRESS ON FILE | | | | | | | |
| 7912253 | STRATHCLYDE PENSION FUND | BARRACK, RODOS & BACINE | ATTN: LESLIE BORNSTEIN MOLDER | 3300 TWO COMMERCE SQUARE | 2001 MARKET STREET | PHILADELPHIA | PA | 19103 | |
| 7982206 | STRAUCHLER, ELYSE | ADDRESS ON FILE | | | | | | | |
| 7982138 | STRAUCHLER, ORIN | ADDRESS ON FILE | | | | | | | |
| 7913529 | TACOMA EMPLOYEES' RETIREMENT SYSTEM | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7239751 | TD SECURITIES (USA) LLC | JARED R WINNICK | TD BANK | 3000 ATRIUM WAY | 4TH FLOOR | MOUNT LAUREL | NJ | 08054 | |
| 7917773 | TEXTRON INC. | GALLIARD CAPITAL MANAGEMENT | ATTN: CORPORATE ACTIONS | 800 LASALLE AVENUE | SUITE 1400 | MINNEAPOLIS | MN | 55402 | |
| 7907749 | THE BOARD OF TRUSTEES OF THE TEACHERS' RETIREMENT SYSTEM OF OKLAHOMA | PHILLIPS MURRAH P.C. | ATTN: CLAYTON D. KETTER | CORPORATE TOWER, 13TH FLOOR | 101 NORTH ROBINSON AVENUE | OKLAHOMA CITY | OK | 73102 | |
| 7912577 | THE COMMON FUNDS, COLLECTIVE FUNDS, AND OTHER FUNDS AS LISTED IN ANNEX A, EACH OF WHICH IS ADVISED BY NORTHERN TRUST INVESTMENTS, INC. | NORTHERN TRUST | DEPUTY GENERAL COUNSEL | JOHN J. AMBERG | 50 S. LASALLE ST, M-9 | CHICAGO | IL | 60603 | |
| 7912484 | THE FUND CLAIMANTS LISTED IN ANNEX A, EACH OF WHICH IS ADVISED BY NORTHERN TRUST INVESTMENTS, INC. | NORTHERN TRUST | JOHN J. AMBERG | DEPUTY GENERAL COUNSEL | 50 S. LASALLE ST, M-9 | CHICAGO | IL | 60603 | |
| 7916632 | THE GIBRALTAR LIFE INSURANCE COMPANY, LTD. - USD ANNUITY AFS4-GIBAFS4 | FIRST DATA/REMITCO | ATTENTION: AUDREY PEREZ | CITIBANK, LOCKBOX # 7057 | 400 WHITE CLAY CENTER DRIVE | NEWARK | DE | 19711 | |
| 7913628 | THE HARTFORD BALANCED INCOME FUND | ATTN: MIKE EGAN | CLASS ACTION CLAIMS MANAGEMENT | 11121 CARMEL COMMONS BLVD | SUITE 370 | CHARLOTTE | NC | 28226-4561 | |
| 7918308 | THE HARTFORD GLOBAL ALL-ASSET FUND | ATTN: MIKE EGAN | CLASS ACTION CLAIMS MANAGEMENT | 11121 CARMEL COMMONS BLVD | SUITE 370 | CHARLOTTE | NC | 28226-4561 | |
| 7913553 | THE HARTFORD STRATEGIC INCOME FUND | ATTN: MIKE EGAN | CLASS ACTION CLAIMS MANAGEMENT | 1121 CARMEL COMMONS BLVD | SUITE 370 | CHARLOTTE | NC | 28226-4561 | |
| 7913484 | THE HARTFORD TOTAL RETURN BOND FUND | ATTN: MIKE EGAN | CLASS ACTION CLAIMS MANAGEMENT | 1121 CARMEL COMMONS BLVD | SUITE 370 | CHARLOTTE | NC | 28226-4561 | |
| 7920117 | THE INVESTMENT COMMITTEE OF THE BOMBARDIER TRUST (CANADA) FUNDS | BRIAN HOURIHAN | BROOKFIELD PUBLIC SECURITIES GROUP LLC | BROOKFIELD PLACE | 250 VESEY STREET, 15TH FLOOR | NEW YORK | NY | 10281 | |
| 7917455 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA - INTERNATIONAL PAPER PICA SINGLE CLIENT BUY-OUT SAGAR | JPMCHASE | CUSTODY #732972 | 14800 FRYE ROAD | 2ND FLOOR | FT. WORTH | TX | 76155 | |
| 7919410 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ON BEHALF OF ITS VARIABLE CONTRACT ACCOUNT GA-8217-EBIA-WEBIA | STATE STREET BANK | 801 PENNSYLVANIA AVENUE, TOWER 1 | 5TH FLOOR | ATTENTION: MISTI MCNETT | KANSAS CITY | MO | 64105 | |
| 7919355 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA- TOLI PROTECTIVE LIFE FIXED INCOME BOND FUND - | STATE STREET BANK | ATTENTION: MISTI MCNETT | 801 PENNSYLVANIA AVENUE, TOWER 1 | 5TH FLOOR | KANSAS CITY | MO | 64105 | |
| 7915301 | THE QUEEN'S HEALTH SYSTEMS PENSION PLA | ADDRESS ON FILE | | | | | | | |
| 7920132 | THE TRUSTEES OF THE BOMBARDIER TRUST (UK) | BRIAN HOURIHAN | BROOKFIELD PUBLIC SECURITY GROUP LLC | BROOKFIELD PLACE | 250 VESEY STREET, 15TH | NEW YORK | NY | 10281 | |
| 7985700 | THOMAS, WILLIAM N | ADDRESS ON FILE | | | | | | | |
| 7917867 | TRANSAMERICA LIFE INSURANCE COMPANY-ASCENSION HEALTH | ATTN: CORPORATE ACTIONS | GALLIARD CAPITAL MANAGEMENT | 800 LASALLE AVENUE | SUITE 1400 | MINNEAPOLIS | MN | 55402 | |
| 7988991 | TRAPP, GEORGE J | ADDRESS ON FILE | | | | | | | |
| 7990053 | TUTTLE, BRUCE | ADDRESS ON FILE | | | | | | | |
| 7985851 | TUTTLE, DIANE | ADDRESS ON FILE | | | | | | | |
| 7236989 | U.S. BANCORP INVESTMENTS, INC. | ATTN: HEATHER M. MCCANN | U.S. BANK | U.S. BANCORP CENTER | 800 NICOLLET MALL, BC-MN- | MINNEAPOLIS | MN | 55402-7020 | |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)

Page 3 of 4

Case: 19-30088   Doc# 9751   Filed: 12/07/20   Entered: 12/07/20 13:21:53   Page 33 of 75

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 7916748 | U.S. BANK, N.A. AS CUSTODIAN FOR GUIDEMARK LRG CAP CORE FUND/GOLD | U.S. BANK CLASS ACTIONS | ATTN: CLASS ACTIONS | BOX 078778 | | MILWAUKEE | WI | 53278-8778 | |
| 7918206 | ULYSSES OFFSHORE FUND LTD. | FIRST PACIFIC ADVISORS, LP | ATTN: ERIC R. BROWN | 11601 WILSHIRE BLVD., STE. 1200 | | LOS ANGELES | CA | 90025 | |
| 7912674 | UNIFORM RETIREMENT SYSTEM FOR JUSTICES AND JUDGES | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7915401 | UNION BANK RETIREMENT PLAN | TCW | ATTN: THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7912191 | UNIVERSITY OF NOTRE DAME DU LAC | UNIVERSITY OF NOTRE DAME INVESTMENT OFFICE | EDDY STREET COMMONS AT NOTRE DAME | ATTN: STEPHANIE M. PRIES, JD | 1251 N. EDDY STREET, SUITE 400 | SOUTH BEND | IN | 46617-1403 | |
| 7915853 | UPS MULTI-EMPLOYER RETIREMENT PLAN | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7915231 | USD-UNHEDGED METWEST CONSERVATIVE UNCONSTRAINED BOND FUND | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7984528 | VAN GLAHN, JOHN AND DARLENE | ADDRESS ON FILE | | | | | | | |
| 7989783 | VARONE, FLORENCE M | ADDRESS ON FILE | | | | | | | |
| 7987062 | VIGLIAROLO, EMILY A | ADDRESS ON FILE | | | | | | | |
| 7987038 | VITALE, EILEEN J | ADDRESS ON FILE | | | | | | | |
| 7985809 | WACHTEL, ALAN | ADDRESS ON FILE | | | | | | | |
| 7985411 | WACHTEL, CATHLEEN C | ADDRESS ON FILE | | | | | | | |
| 7985720 | WACHTEL, JANET L | ADDRESS ON FILE | | | | | | | |
| 7986066 | WALSH, DIANE | ADDRESS ON FILE | | | | | | | |
| 7905027 | WARD, NICKI | ADDRESS ON FILE | | | | | | | |
| 7997068 | WAYNE A. ENDERLE AND CATHERINE B ENDERLE REVOCABLE TRUST | PHILIP METZ | CRS | REGENTATLANTIC CAPITAL LLC | 60 COLUMBIA ROAD, BUILDING A, SUITE 300 | MORRISTOWN | NJ | 07960 | |
| 7986119 | WECK, ROBERT AND DEBRA | ADDRESS ON FILE | | | | | | | |
| 7915538 | WELLS FARGO BANK NA IN ITS CAPACITY AS TRUSTEE AND AGENT ON FIDUCIARY CLIENT ACCOUNTS | HEAD OF TRUST AND FIDUCIARY | JOSEPH F READY | WELLS FARGO BANK NA | 401 S TRYON ST, FL 20 | CHARLOTTE | NC | 28202-1911 | |
| 7913217 | WELLS FARGO MANAGED FIXED INCOME FUND PORTFOLIO | GALLIARD CAPITAL MANAGEMENT | ATTN: CORPORATE ACTIONS | 800 LASALLE AVENUE | SUITE 1400 | MINNEAPOLIS | MN | 55402 | |
| 7912979 | WELLS FARGO MASTER PENSION TRUST (CORE PORTFOLIO) | ADDRESS ON FILE | | | | | | | |
| 7987393 | WESP, CHARLOTTE | ADDRESS ON FILE | | | | | | | |
| 7989951 | WESP, MEGAN | ADDRESS ON FILE | | | | | | | |
| 7985926 | WEST, DONALD AND CAROL | ADDRESS ON FILE | | | | | | | |
| 7910803 | WESTMORELAND COUNTY EMPLOYEES' RETIREMENT SYSTEM | TCW | ATTN THERESA TRAN | 865 S. FIGUEROA STREET | SUITE 1800 | LOS ANGELES | CA | 90017 | |
| 7899141 | WILLIAMS, DONALD R & CAROLYN J | ADDRESS ON FILE | | | | | | | |
| 7698882 | WOJTAS, JEROME R & PAMELA J | ADDRESS ON FILE | | | | | | | |
| 7917290 | WORCESTERSHIRE COUNTY COUNCIL PENSION FUND | BARRACK, RODOS & BACINE | ATTN: LESLIE BORNSTEIN MOLDER | 3300 TWO COMMERCE SQUARE | 2001 MARKET STREET | PHILADELPHIA, | PA | 19103 | |
| 7985920 | WRIGHT, WILLIAM | ADDRESS ON FILE | | | | | | | |
| 7985819 | WUNK, THERESA | ADDRESS ON FILE | | | | | | | |
| 7236885 | YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND | C/O MICHELSON LAW GROUP | ATTN: RANDY MICHELSON | 220 MONTGOMERY STREET, SUITE 2100 | | SAN FRANCISCO | CA | 94104 | |
| 7986047 | ZAFFARESE, JACKIE | ADDRESS ON FILE | | | | | | | |
| 7987333 | ZAFFARESE, STEVEN | ADDRESS ON FILE | | | | | | | |
| 7987440 | ZIMMERMAN, JOHN S | ADDRESS ON FILE | | | | | | | |
| 7980205 | ZWISLER, AURORA | ADDRESS ON FILE | | | | | | | |
| 7986991 | ZWISLER, EDWARD | ADDRESS ON FILE | | | | | | | |

Case: 19-30088   Doc# 9751   Filed: 12/07/20   Entered: 12/07/20 13:21:53   Page 34 of 75

**Exhibit G**

# Exhibit G

Fourteenth  Omnibus Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|-------|------|---------|-----------|-----------|------|-------|-------------|---------|
| 6012663 | BARG COFFIN LEWIS & TRAPP LLP | 600 MONTGOMERY STREET | SUITE 525 | | SAN FRANCISCO | CA | 94111 | |
| 4920196 | ECOBEE LTD | C/O ECOBEE | 25 DOCKSIDE DRIVE | SUITE 700 | TORONTO | ON | M5A 0B5 | CANADA |
| 6012384 | IPKEYS POWER PARTNERS LLC | 44 GILBERT ST | | | TINTON FALLS | NJ | 07701-4018 | |
| 6010665 | OLIVINE INC | 2120 UNIVERSITY AVE | | | BERKELEY | CA | 94704 | |
| 6013044 | THG ENERGY SOLUTIONS LLC | 811 TRINITY STREET | SUITE B | | AUSTIN | TX | 78701 | |

Case: 19-30088    Doc# 9751    Filed: 12/07/20    Entered: 12/07/20 13:21:53    Page 36 of 75

**Exhibit H**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

> **THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO REDUCE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**
>
> **CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**
>
> **THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF THE REORGANIZED DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Response Deadline:**<br>**October 14, 2020, 4:00 p.m. (PT)** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Information If Timely Response Made:**<br>Date:  October 28, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Telephonic Appearances Only)<br> United States Bankruptcy Court<br> Courtroom 17, 16th Floor<br> San Francisco, CA 94102 |

| Claim To Be Reduced or Disallowed | Debtor | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|
| | | **Filed Claim Amount:** | | | | | | **Books and Records** |
| | | **Reduced Claim Amount:** | | | | | | |

On September 17, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Fourteenth Omnibus Objection to Claims (Books and Records Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

> **Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by October 14, 2020 (the "Response Deadline");**

> **Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

> **If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

> **If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

> **If you file and serve a timely Response, the date, location and time of the Hearing are:**

> > **October 28, 2020 at 10:00 a.m. (Pacific Time)**

> > **Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 30, 2020, all hearings through September 30, 2020 will be held by video or teleconference. **Parties are advised to visit the Bankruptcy Court's website, at www.canb.uscourts.gov, prior to the hearing date to determine whether the Omnibus Hearing will be conducted telephonically and the courtroom will be closed.** If so, all parties who wish to appear at the Hearing should refer to the Bankruptcy Court's website, www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone, for current information about how to appear. Reorganized Debtors' Counsel will, as a courtesy and on request, provide by email to those who have filed timely Responses updated information regarding how to attend.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to reduce the amount of one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the amount(s) sought in the designated Proof(s) of Claim exceeds the amount reflected in the Reorganized Debtors' books and records. If you do **NOT** oppose the reduction of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be allowed in the amount listed in the "Reduced Amount" column above.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the reduction of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on October 14, 2020 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the email addresses of the Reorganized Debtors' counsel as shown on the Objection, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not reduce your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim

agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free, by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com to request a complete copy of the Omnibus Objection, including all Exhibits.

Dated: September 17, 2020        **KELLER BENVENUTTI KIM LLP**

_/s/ Peter J. Benvenutti_
Peter J. Benvenutti

*Attorneys for Debtors and Reorganized Debtors*

**Exhibit I**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO DISALLOW AND EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**

**CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**

**THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF THE REORGANIZED DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Response Deadline:**<br>**October 14, 2020, 4:00 p.m. (PT)** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Information If Timely Response Made:**<br>Date:  October 28, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Telephonic Appearances Only)<br>　　　United States Bankruptcy Court<br>　　　Courtroom 17, 16th Floor<br>　　　San Francisco, CA 94102 |

| Objected-To Claim(s) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
| | | | | | | | |

On September 17, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Fifteenth Omnibus Objection to Claims (Satisfied Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

**Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by October 14, 2020 (the "Response Deadline");**

**Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

**If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

**If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will not be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

**If you file and serve a timely Response, the date, location and time of the Hearing are:**

**October 28, 2020 at 10:00 a.m. (Pacific Time)**

**Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 30, 2020, all hearings through September 30, 2020 will be held by video or teleconference. **Parties are advised to visit the Bankruptcy Court's website, at www.canb.uscourts.gov, prior to the hearing date to determine whether the Omnibus Hearing will be conducted telephonically and the courtroom will be closed.** If so, all parties who wish to appear at the Hearing should refer to the Bankruptcy Court's website, www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone, for current information about how to appear. Reorganized Debtors' Counsel will, as a courtesy and on request, provide by email to those who have filed timely Responses updated information regarding how to attend.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to disallow one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the designated Proof(s) of Claim has been satisfied or released during or prior to these Chapter 11 Cases in accordance with the Bankruptcy Code, any applicable rules, or Court orders. If you do **NOT** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be disallowed. To the extent your Proof(s) of Claim relates to protective, unliquidated claims relating to the Reorganized Debtors' potential post-petition non-performance under an assumed agreement, you retain all remedies that would have existed had these Chapter 11 Cases not been filed, and the Reorganized Debtors represent that they will not raise any bankruptcy defenses.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the disallowance of your Objected-To Proof(s) of Claim, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on October 14, 2020 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the email addresses of the Reorganized Debtors' counsel as shown on the Objection, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:**  Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free, by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com  to request a complete copy of the Omnibus Objection, including all Exhibits.

Dated:  September 17, 2020            **KELLER BENVENUTTI KIM LLP**

/s/ *Peter J. Benvenutti*
Peter J. Benvenutti

*Attorneys for Debtors and Reorganized Debtors*

**Exhibit J**

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6012974 | AES DE RS II LLC | 282 CENTURY PL | STE 2000 | LOUISVILLE | CO | 80027-1677 |
| 6013539 | AES DISTRIBUTED ENERGY INC | 282 CENTURY PL | STE 2000 | LOUISVILLE | CO | 80027-1677 |
| 6010599 | CITIBANK NA NY | 388 GREENWICH STREET | | NEW YORK | NY | 10013 |
| 6014186 | CITY OF ATASCADERO | 6500 PALMA AVE | | ATASCADERO | CA | 93422 |
| 6013709 | CITY OF RIO VISTA | 1 MAIN ST | | RIO VISTA | CA | 94571-1842 |

Case: 19-30088    Doc# 9751    Filed: 12/07/20    Entered: 12/07/20 13:21:53    Page 48 of 75

**Exhibit K**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO DISALLOW AND EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**

**CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**

**THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF THE REORGANIZED DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Response Deadline:**<br>**October 14, 2020, 4:00 p.m. (PT)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Information If Timely Response Made:**<br>Date: October 28, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Telephonic Appearances Only<br>   United States Bankruptcy Court<br>   Courtroom 17, 16th Floor<br>   San Francisco, CA 94102 |

| | | Objected-To Claim(s) | | | | | |
|---|---|---|---|---|---|---|---|
| Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
| | | | | | | | |

On September 17, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Sixteenth Omnibus Objection to Claims (Satisfied Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

> **Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by October 14, 2020 (the "Response Deadline");**

> **Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

> **If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

> **If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

> **If you file and serve a timely Response, the date, location and time of the Hearing are:**

> > **October 28, 2020 at 10:00 a.m. (Pacific Time)**

> > **Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 30, 2020, all hearings through September 30, 2020 will be held by video or teleconference. **Parties are advised to visit the Bankruptcy Court's website, at www.canb.uscourts.gov, prior to the hearing date to determine whether the Omnibus Hearing will be conducted telephonically and the courtroom will be closed.** If so, all parties who wish to appear at the Hearing should refer to the Bankruptcy Court's website, www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone, for current information about how to appear. Reorganized Debtors' Counsel will, as a courtesy and on request, provide by email to those who have filed timely Responses updated information regarding how to attend.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to disallow one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the designated Proof(s) of Claim has been satisfied or released during or prior to these Chapter 11 Cases in accordance with the Bankruptcy Code, any applicable rules, or Court orders. If you do **NOT** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be disallowed. To the extent your Proof(s) of Claim relates to protective, unliquidated claims relating to the Reorganized Debtors' potential post-petition non-performance under an assumed agreement, you retain all remedies that would have existed had these Chapter 11 Cases not been filed, and the Reorganized Debtors represent that they will not raise any bankruptcy defenses.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on October 14, 2020 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the email addresses of the Reorganized Debtors' counsel as shown on the Objection, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free, by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com to request a complete copy of the Omnibus Objection, including all Exhibits.

Dated: September 17, 2020       **KELLER BENVENUTTI KIM LLP**

                    /s/ *Peter J. Benvenutti*
                    Peter J. Benvenutti

                    *Attorneys for Debtors and Reorganized Debtors*

**Exhibit L**

Exhibit L

Seventeenth Omnibus Service List

Served by first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|--------|------|---------|-----------|------|-------|-----|
| 6013579 | MID-PENINSULA WATER DISTRICT | 3 DAIRY LANE | PO BOX 129 | BELMONT | CA | 94002 |
| 6014247 | MILLVIEW COUNTY WATER DISTRICT | 151 LAWS AVENUE | | UKIAH | CA | 95482 |
| 6013084 | MONTEREY BAY COMMUNICATIONS INC | 1010 FAIR AVENUE | | SANTA CRUZ | CA | 95060 |
| 6012651 | NATIONAL ASIAN AMERICAN COALITION | 318 WESTLAKE CTR | STE 270 | DALY CITY | CA | 94015 |
| 6013617 | PARADISE RIDGE CHAMBER | 6161 CLARK ROAD | SUITE 1 | PARADISE | CA | 95969 |
| 6013617 | PARADISE RIDGE CHAMBER | 6161 CLARK ROAD | SUITE 1 | PARADISE | CA | 95969 |
| 6013058 | SAN RAFAEL SANITATION DISTRICT | 1400 5TH AVE | | SAN RAFAEL | CA | 94901-1993 |
| 6012788 | WATTTIME CORPORATION | 1901 HARRISON ST | SUITE 210 | OAKLAND | CA | 94612 |

**Exhibit M**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

> **THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO DISALLOW AND EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**
>
> **CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**
>
> **THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF THE REORGANIZED DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>**Response Deadline:**<br>**October 14, 2020, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date:  October 28, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Telephonic Appearances Only<br>        United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

| Objected-To Claim(s) | | | | | | | Basis for Objection |
|---|---|---|---|---|---|---|---|
| Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | |
| | | | | | | | |

On September 17, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Seventeenth Omnibus Objection to Claims (Satisfied Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

    **Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by October 14, 2020 (the "Response Deadline");**

    **Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

    **If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

    **If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

    **If you file and serve a timely Response, the date, location and time of the Hearing are:**

        **October 28, 2020 at 10:00 a.m. (Pacific Time)**

        **Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 30, 2020, all hearings through September 30, 2020 will be held by video or teleconference. **Parties are advised to visit the Bankruptcy Court's website, at www.canb.uscourts.gov, prior to the hearing date to determine whether the Omnibus Hearing will be conducted telephonically and the courtroom will be closed.** If so, all parties who wish to appear at the Hearing should refer to the Bankruptcy Court's website, www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone, for current information about how to appear. Reorganized Debtors' Counsel will, as a courtesy and on

request, provide by email to those who have filed timely Responses updated information regarding how to attend.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to disallow one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the designated Proof(s) of Claim has been satisfied or released during or prior to these Chapter 11 Cases in accordance with the Bankruptcy Code, any applicable rules, or Court orders. If you do **NOT** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be disallowed. To the extent your Proof(s) of Claim relates to protective, unliquidated claims relating to the Reorganized Debtors' potential post-petition non-performance under an assumed agreement, you retain all remedies that would have existed had these Chapter 11 Cases not been filed, and the Reorganized Debtors represent that they will not raise any bankruptcy defenses.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on October 14, 2020 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the email addresses of the Reorganized Debtors' counsel as shown on the Objection, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

 **TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free, by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com to request a complete copy of the Omnibus Objection, including all Exhibits.

Dated: September 17, 2020          **KELLER BENVENUTTI KIM LLP**

                                   */s/ Peter J. Benvenutti*
                                   Peter J. Benvenutti

                                   *Attorneys for Debtors and Reorganized Debtors*

# Exhibit N

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

> **THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO DISALLOW AND EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**
>
> **CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**
>
> **THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
|     **- and -** | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF THE REORGANIZED DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)** |
|                **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Response Deadline:**<br>**November 3, 2020, 4:00 p.m. (PT)** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Information If Timely Response Made:**<br>Date:  November 17, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Telephonic Appearances Only)<br>        United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

| CLAIM TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIM | |
|---|---|---|---|---|---|
| Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Claim # | Claim Amount and Priority (1) |
| | | (S) | Duplicative Claim | | (S) |
| | | (A) | | | (A) |
| | | (P) | | | (P) |
| | | (U) | | | (U) |
| | | (T) | | | (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

On October 8, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Nineteenth Omnibus Objection to Claims (Duplicative Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

**Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by November 3, 2020 (the "Response Deadline");**

**Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

**If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

**If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

**If you file and serve a timely Response, the date, location and time of the Hearing are:**

**November 17, 2020 at 10:00 a.m. (Pacific Time)**

**Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Fourth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, **all hearings through March 1, 2021 will be held by video or teleconference. The courtroom will be closed.** All parties who wish to appear at the Omnibus Hearing must make arrangements to appear telephonically with CourtCall at 1−866−582−6878 no later than 4:00 p.m. (Pacific Time) on the day before the Omnibus Hearing. Further information regarding telephonic appearances via CourtCall can be found on the Bankruptcy Court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone. Charges have been waived by CourtCall for pro se parties. Reorganized Debtors' Counsel will, as a courtesy and on request, provide by email to those who have

filed timely Responses updated information regarding how to attend.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to disallow one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the designated Proof(s) of Claim and the Surviving Claim are identical (*i.e.*, both were filed against the same Debtor on account of the same obligation for the same amount and priority) and the later-filed identical claim does not express an intention to amend the earlier filed claim; the Surviving Claim, which may have been filed earlier or later than the other identical claim(s), has been designated as such for the administrative convenience of the Reorganized Debtors. If you do **NOT** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be disallowed.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the disallowance of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on November 3, 2020 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the email addresses of the Reorganized Debtors' counsel as shown on the Objection, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not disallow your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free, by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com to request a complete copy of the Omnibus Objection, including all Exhibits.

Dated: October 8, 2020   **KELLER BENVENUTTI KIM LLP**

        */s/ Peter J. Benvenutti*
        Peter J. Benvenutti

        *Attorneys for Debtors and Reorganized Debtors*

## Exhibit O

<table>
<tr><td>1</td><td>KELLER BENVENUTTI KIM LLP<br/>Tobias S. Keller (#151445)</td><td rowspan="11">**THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO REDUCE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**

**CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**

**THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**</td></tr>
</table>

1

2 KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
3 (tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
4 (pbenvenutti@kbkllp.com)
Jane Kim (#298192)
5 (jkim@kbkllp.com)
650 California Street, Suite 1900
6 San Francisco, CA 94108
Tel: 415 496 6723
7 Fax: 650 636 9251

8 *Attorneys for Debtors and Reorganized Debtors*

9

10

11

12

13

14 **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
15 **SAN FRANCISCO DIVISION**

16

| | |
|---|---|
| 17 **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| 18 **PG&E CORPORATION,** | Chapter 11 |
| 19     **- and -** | (Lead Case) (Jointly Administered) |
| 20 **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF THE REORGANIZED DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND** |
| 21         **Debtors.** | **RECORDS CLAIMS)** |
| 22 ☐ Affects PG&E Corporation | **Response Deadline:** |
| 23 ☐ Affects Pacific Gas and Electric Company<br/>☒ Affects both Debtors | **November 3, 2020, 4:00 p.m. (PT)** |
| 24 *All papers shall be filed in the Lead Case, No.*<br/>*19-30088 (DM).* | **Hearing Information If Timely Response Made:**<br/>Date: November 17, 2020 |
| 25 | Time: 10:00 a.m. (Pacific Time) |
| 26 | Place: (Telephonic Appearances Only)<br/>      United States Bankruptcy Court |
| 27 |       Courtroom 17, 16th Floor<br/>      San Francisco, CA 94102 |

28

| Claim To Be Reduced of Disallowed | Debtor | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | Filed Claim Amount: | | | | | | Books and Records |
| | Reduced Claim Amount: | | | | | | |

On October 8, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Twenty-First Omnibus Objection to Claims (Books and Records Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").  A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

**Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by November 3, 2020 (the "Response Deadline");**

**Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

**If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

**If you file a timely Response, the Hearing will be held at the date and time shown below.  If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing.  See Bankruptcy Local Rule 3007-1.**

**If you file and serve a timely Response, the date, location and time of the Hearing are:**

**November 17, 2020 at 10:00 a.m. (Pacific Time)**

**Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge.  Pursuant to the Bankruptcy Court's *Fourth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, **all hearings through March 1, 2021 will be held by video or teleconference.  The courtroom will be closed.**  All parties who wish to appear at the Omnibus Hearing must make arrangements to appear telephonically with CourtCall at 1−866−582−6878 no later than 4:00 p.m. (Pacific Time) on the day before the Omnibus Hearing.  Further information regarding telephonic appearances via CourtCall can be found on the Bankruptcy Court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone.  Charges have been waived by CourtCall for pro se parties. Reorganized Debtors' Counsel will, as a courtesy and on request, provide by email to those who have

filed timely Responses updated information regarding how to attend.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to reduce the amount of one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the amount(s) sought in the designated Proof(s) of Claim exceeds the amount reflected in the Reorganized Debtors' books and records. If you do **NOT** oppose the reduction of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be allowed in the amount listed in the "Reduced Amount" column above.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the reduction of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on November 3, 2020 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the email addresses of the Reorganized Debtors' counsel as shown on the Objection, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not reduce your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained:

(i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free, by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com to request a complete copy of the Omnibus Objection, including all Exhibits.

Dated:  October 8, 2020

**KELLER BENVENUTTI KIM LLP**

/s/ *Peter J. Benvenutti*
Peter J. Benvenutti

*Attorneys for Debtors and Reorganized Debtors*

**Exhibit P**

1   KELLER BENVENUTTI KIM LLP
    Tobias S. Keller (#151445)
2   (tkeller@kbkllp.com)
    Peter J. Benvenutti (#60566)
3   (pbenvenutti@kbkllp.com)
    Jane Kim (#298192)
4   (jkim@kbkllp.com)
    650 California Street, Suite 1900
5   San Francisco, CA 94108
    Tel: 415 496 6723
6   Fax: 650 636 9251

7   *Attorneys for Debtors and Reorganized Debtors*

8

9

10

11

12

| | |
|---|---|
| | **THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**<br><br>**CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**<br><br>**IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**<br><br>**THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.** |

13              **UNITED STATES BANKRUPTCY COURT**
14              **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
15

| | |
|---|---|
| 16  **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| 17  **PG&E CORPORATION,** | Chapter 11 |
| 18      **- and -** | (Lead Case) (Jointly Administered) |
| 19  **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF THE REORGANIZED DEBTORS' TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (PLAN PASSTHROUGH ENVIRONMENTAL CLAIMS)** |
| 20                           **Debtors.** | |
| 21  ☐ Affects PG&E Corporation | |
| 22  ☐ Affects Pacific Gas and Electric Company | **Response Deadline:** |
| 23  ☒ Affects both Debtors | **November 3, 2020, 4:00 p.m. (PT)** |
| 24  *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Information If Timely Response Made:** |
| 25 | Date:   November 17, 2020<br>Time:   10:00 a.m. (Pacific Time) |
| 26 | Place:  Telephonic Appearances Only)<br>             United States Bankruptcy Court |
| 27 | Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| 28 | |

| Objected-To Claim(s) | | | | | | | Basis for Objection |
|---|---|---|---|---|---|---|---|
| Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | |
|  |  |  |  |  |  |  |  |

On October 8, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Twenty-Fourth Omnibus Objection to Claims (Plan Passthrough Environmental Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

> **Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by November 3, 2020 (the "Response Deadline");**

> **Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

> **If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

> **If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

> **If you file and serve a timely Response, the date, location and time of the Hearing are:**

> > **November 17, 2020 at 10:00 a.m. (Pacific Time)**

> > **Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Fourth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, **all hearings through March 1, 2021 will be held by video or teleconference. The courtroom will be closed.** All parties who wish to appear at the Omnibus Hearing must make arrangements to appear telephonically with CourtCall at 1−866−582−6878 no later than 4:00 p.m. (Pacific Time) on the day before the Omnibus Hearing. Further information regarding telephonic appearances via CourtCall can be found on the Bankruptcy Court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone. Charges have been waived by CourtCall for pro se parties. Reorganized Debtors' Counsel will, as a courtesy and on request, provide by email to those who have filed timely Responses updated information regarding how to attend.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to expunge one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the designated Proof(s) of Claim will pass through the Chapter 11 Cases unaffected by the Plan, as provided for in sections 4.10 and 4.30 of the Plan. If you do **NOT** oppose the expungement of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be expunged.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the expungement of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on November 3, 2020 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the email addresses of the Reorganized Debtors' counsel as shown on the Objection, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not expunge your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account

required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free, by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com to request a complete copy of the Omnibus Objection, including all Exhibits.

Dated:  October 8, 2020          **KELLER BENVENUTTI KIM LLP**

*/s/ Peter J. Benvenutti*
Peter J. Benvenutti

*Attorneys for Debtors and Reorganized Debtors*