**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |
|---|---|

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on December 4, 2020 at 9:30 AM was filed on December 7, 2020. The following deadlines apply:

The parties have until Monday, December 14, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, December 28, 2020.

If a request for redaction is filed, the redacted transcript is due Thursday, January 7, 2021.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, March 8, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: <u>12/10/20</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court