# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 12/8/2020 | |
| Case: 19−30088 | Form ID: TRANSC | Total: 4 | |

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Thomas A. Dubbs | Labaton Sucharow LLP | 140 Broadway | New York, NY 10005 |
| | LABATON SUCHAROW | Labaton Sucharow LLP | 140 Broadway | New York, NY 10006 |

TOTAL: 4