# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)



**FILED**

DEC 08 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Linton McNeal

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Linton's Catering Service
P.O Box 1423
Richmond, CA 945801

Contact phone 5109432073
Contact email lintonmcneal45@gmail.com

Where should payments to the creditor be sent? (if different)

Contact phone 51094:32073
Contact email lintonmcneal45@gmail.com

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410

Claim Number: 57298

Proof of Claim

page 1

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  5  2  2  4

**7. How much is the claim?**

$ 5700.00 _____ . Does this amount include interest or other charges?

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**loss of business**

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☑ Other. Describe: _____

Basis for perfection:   broken catering contract _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $ _____ n/a

Amount of the claim that is secured:   $ _____ 5700.00

Amount of the claim that is unsecured: $ _____ 5700.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $ _____ 5700.00

Annual Interest Rate (when case was filed) ___ 0 %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check one:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ 0.00 |
| ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ 0.00 |
| ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 0.00 |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 0.00 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ 0.00 |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ 0.00 |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Linton*
Linton (Oct 16, 2019)

Email:  lintonmcneal45@gmail.com

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Linton McNeal |
|---|---|
| | First name          Middle name          Last name |
| Title | Owner |
| Company | Linton's Catering Service  / L's BBQ Services |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 1 Spruce Street |
| | Number          Street |
| | Vallejo, CA 94591 |
| | City          State          ZIP Code |
| Contact phone | 5109432073          Email  lintonmcneal45@gmail.com |

Case: 19-30088   Doc# 9766   Filed: 12/08/20   Entered: 12/09/20 12:24:14   Page 3 of 9

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

[X] I have supporting documentation.      [ ] I do <u>not</u> have supporting documentation.
(attach below)

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the even t Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

# Electronic Proof of Claim_KLPBP27386

**Final Audit Report**                                                       **2019-10-16**

| | |
|---|---|
| Created: | 2019-10-16 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAm4KthjEjkZssGYlDcdOO6qC2ptKpKt92 |

## "Electronic Proof of Claim_KLPBP27386" History

📄 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2019-10-16 - 4:28:48 PM GMT

📄 Web Form filled in by Linton (lintonmcneal45@gmail.com)
2019-10-16 - 4:43:56 PM GMT- IP address: 67.180.36.122

🖋 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/77.0.3865.120 Safari/537.36)
2019-10-16 - 4:43:59 PM GMT- IP address: 67.180.36.122

⊘ Signed document emailed to Linton (lintonmcneal45@gmail.com) and Prime Clerk E-Filing (efiling@primeclerk.com)
2019-10-16 - 4:43:59 PM GMT

12/01/2020

To whom it may concern at Omnibus;

This letter dated 12/01/2020 is to not expunge or disallow my claim against PG&E, claim: Linton's Catering Service/ L's Barbeque SSN 5694. I filed a set off claim which party in said catering event without cancelling with a four hour notice due to fire disaster in area. Linton's Catering Service lost financially due to fire disaster and said partie(s) agreement, party residing in disaster area could not fulfill catering contract due to evacuations, unsafe location of partie(s) agreement, causing the Hernandez party/ guest party to breach contract. Services and goods not rendered due to evacuation orders and unsafe atmosphere. Financially losing $5,700.00 which includes two employees hourly wages not refunded as well as out-of-pocket cost, and goods and services that can not be returned. Therefore, PG&E owes me $5,700.00 for loss of business catering event in claim.

 **Gmail**

Hanson Louie <mailnmorebenicia@gmail.com>

---

## From Linton McNeal
1 message

---

**Hanson Louie** <mailnmorebenicia@gmail.com>
To: pgeinfo@primeclerk.com
Cc: MCNEALLINTON@gmail.com

Tue, Dec 1, 2020 at 2:49 PM

See attached.

---

🗎 **SKMBT_C45420120115520.pdf**
282K

Case: 19-30088    Doc# 9766    Filed: 12/08/20    Entered: 12/09/20 12:24:14    Page 7 of

Creditor Name: McNeal, Linton

| | | | Objected-To Claim(s) | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim / Schedule to be Disallowed and Expunged | Debtor | Date Filed / Scheduled | Secured | Admin | Priority | General Unsecured | Total Amount | Basis for Objection |
| 57298 | Pacific Gas and Electric Company | 10/16/2019 | $5,700.00 | $0.00 | $0.00 | $5,700.00 | $11,400.00 | No Liability Claims |

On November 5, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**," or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Forty-Fourth Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

**Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by December 1, 2020 (the "Response Deadline");**

**Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

**If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

**If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will not be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

**If you file and serve a timely Response, the date, location and time of the Hearing are:**

**December 15, 2020 at 10:00 a.m. (Pacific Time)**

**Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Fourth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, **all hearings through March 1, 2021 will be held by video or teleconference. The courtroom will be closed.** All parties who wish to appear at the Omnibus Hearing must make arrangements to appear telephonically with CourtCall at 1–866–582–6878 no later than 4:00 p.m. (Pacific Time) on the day before the Omnibus Hearing. Further information regarding telephonic appearances via CourtCall can be found on the Bankruptcy Court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone. Charges have been waived by CourtCall for pro se parties.

Linton Mealer
1 Spruce Street
Vallejo. CA. 94591

OAKLAND CA 945
2 DEC 2020 PM 6

United States Bankruptcy Court
Northern District of California
San Francisco. Division
450 Golden Gate Ave
MAIL BOX 336099

San Francisco CA. 94102

Courtroom 17, 16th Floor

94102-348099

RECEIVED
DEC 08 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

ZIP 94510
041L10401107