| | |
|---|---|
| BROWN RUDNICK LLP<br>David J. Molton (SBN 262075)<br>(DMolton@brownrudnick.com)<br>Eric R. Goodman (admitted pro hac vice)<br>(EGoodman@brownrudnick.com)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>BROWN RUDNICK LLP<br>Joel S. Miliband (SBN 077438)<br>(JMiliband@brownrudnick.com)<br>2211 Michelson Drive, Seventh Floor<br>Irvine, California 92612<br>Telephone: (949) 752-7100<br>Facsimile: (949) 252-1514 | HANSON BRIDGET LLP<br>Linda E. Klamm (SBN 71506)<br>(lklamm@hansonbridgett.com)<br>1676 No. California Blvd., Ste. 620<br>Walnut Creek, CA 94596<br>Telephone: (415) 995-5084<br>Facsimile: (415) 541-9366 |

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STATUS CONFERENCE STATEMENT REGARDING MOTION OF THE FIRE VICTIM TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF SUBPOENAS ON THE SUBROGATION WILDFIRE TRUST, SUBROGATION WILDFIRE CLAIMANTS, AND INSURERS WITH CLAIM FILES** |

The Honorable John K. Trotter (Ret.), in his capacity as the Fire Victim Trustee (the "**Trustee**"), by and through his undersigned counsel, hereby submits this *Status Conference Statement* regarding the Rule 2004 Motion [Dkt. No. 9483] filed on November 9, 2020.[1]

**First Supplement**. On November 13, 2020, the Trustee filed the First Supplement [Dkt. No. 9514] to the Rule 2004 Motion and identified parties on Exhibit 1 thereto, including related parties and affiliates, that have Claim Files and claims-related documents for insured fire victims. The First Supplement was filed in response to the Order entered by this Court on November 10, 2020, requesting that the Trustee identify the respondents of the Subpoenas. *See* Dkt. No. 9489.

**Second Supplement**. On November 20, 2020, the Trustee filed the Second Supplement [Dkt. No. 9585] to the Rule 2004 Motion and withdrew without prejudice the Rule 2004 Motion to the extent that it sought authority to serve Subpoenas on the "Cooperating Carriers" identified on Exhibit A to the Second Supplement. The Rule 2004 Motion, as amended by the First Supplement and the Second Supplement, sought authority to serve Subpoenas on (i) the "Non-Cooperating Carriers" identified on Exhibit B to the Second Supplement and (ii) the Wildfire Subrogation Trust.

**Rule 2004 Order**. On November 23, 2020, the Court entered an Order authorizing the Trustee to serve Subpoenas on the "Non-Cooperating Carriers" identified on Exhibit B to the Second Supplement. *See* Dkt. No. 9594 (the "**Rule 2004 Order**"). Pursuant to the Rule 2004 Order, on December 4, 2020, the Trustee served Subpoenas on certain of the Non-Cooperating Carriers. *See* Dkt. No. 9722. By the Rule 2004 Order, the Court also set a status conference for December 15, 2020, to address any unresolved Rule 2004 issues between the Fire Victim Trust and the Subrogation Wildfire Trust and directed counsel for the Fire Victim Trust to file a Status Conference Statement with the Court no later than December 11, 2020. *Id.*

**Stipulation**. On December 1, 2020, the Fire Victim Trust and the Subrogation Wildfire Trust entered into a *Stipulated Confidentiality Agreement and Protective Order on the Production of Certain Claims Information* [Dkt. No. 9676] (the "**Stipulation**"), which Stipulation was filed with the Court on December 2, 2020. Also, on December 2, 2020, the Fire Victim Trust, with the

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Rule 2004 Motion.

consent of the Wildfire Subrogation Trust, filed a Notice of Withdrawal Without Prejudice of the Rule 2004 Motion [Dkt. No. 9686] (the "**Withdrawal Notice**") to the extent that it sought authority to serve a Subpoena on the Wildfire Subrogation Trust. The Court entered an Order approving the Stipulation on December 7, 2020. *See* Dkt. No. 9753.

**Status Conference**. As a result of the Stipulation and the Withdrawal Notice, all issues remaining between the Fire Victim Trust and the Subrogation Wildfire Trust have been resolved. The Trustee does not believe that the status conference on the Rule 2004 Motion currently scheduled for December 15, 2020, is necessary. Further, as result of the Rule 2004 Order, the Stipulation and the Withdrawal Notice, the issues raised by the Rule 2004 Motion, as amended by the First Supplement and the Second Supplement, have been addressed.

The Trustee sincerely appreciates the Court's attention to these matters.

DATED: November 9, 2020           BROWN RUDNICK LLP

By: _____
Joel S. Miliband (SBN 077438)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100

and

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
Eric R. Goodman (admitted pro hac vice)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800

*Counsel for Fire Victim Trustee*

HANSON BRIDGETT LLP

By: /s/Linda E. Klamm
Linda E. Klamm (SBN 71506)
(lklamm@hansonbridgett.com)
1676 No. California Blvd., Ste. 620
Walnut Creek, CA 94596
Telephone: (415) 995-5084

*Counsel to the Fire Victim Trustee and the Claims Administrator for the Fire Victim Trust*