| | |
|---|---|
| STEVEN SKIKOS (SB #148110)<br>**SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP**<br>1 Sansome Street, Ste. 2830<br>San Francisco, CA 94104<br>Telephone: (415) 546-7300<br>Facsimile: (415) 547 7301<br>sskikos@skikos.com<br><br>*Counsel for John and Karen Downham* | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM OF JOHN AND KAREN DOWNHAM**<br><br>Date:    January 12, 2021<br>Judge:  Hon. Dennis Montali<br>Time:   10:00 a.m.<br>Place:  United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102 |

      **PLEASE TAKE NOTICE** that on December 9, 2020, Steven J. Skikos filed a motion on behalf of John and Karen Downham to allow/deem timely late filed proof of claim ("Motion").

      **PLEASE TAKE NOTICE** that the hearing on the Motion will take place on January 12, 2021 at 10:00 a.m. (Pacific Time) in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

      **PLEASE TAKE FURTHER NOTICE** that any oppositions to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Claimants at the above-referenced address so as to be received by the time set by the Bankruptcy Court. Any

oppositions or responses must be filed and served on all "Standard Parties" as defined in and accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (ECF No 1996) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other documents filed in the Chapter 11 Cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and it's supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtor's notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S. based parties; or +1 (929) 333-8977 for International parties or by email at: pgeinfo@primeclerk.com.

Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 9, 2020

By: /s/ Steven J. Skikos
Steven J. Skikos (SBN 148110)
**Skikos, Crawford, Skikos & Joseph, LLP**
1 Sansome Street, Suite 2830
San Francisco, California 94104
Tel: 415.546.7300
Fax: 415.546-7301

# CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, a copy of the following was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Steven J. Skikos
Steven J. Skikos