# Exhibit "C"



City and County of San Francisco
San Francisco Public Works · Bureau of Street Use and Mapping
1155 Market Street, 3rd Floor · San Francisco, CA 94103
sfpublicworks.org · tel 415-554-5810 · fax 415-554-6161



*17EXC-5466*                                    *Utility Excavation Permit*

Address : Multiple Locations          Cost: $11,139.50          Block:  Lot:  Zip:

Pursuant to Article 2.4 of the Public Works Code in conjunction to DPW Order 178,940 permission, revocable at the will of the Director of Public Works, to excavate and restore the public right-of-way is granted to Permittee.

### Pacific Gas & Electric

**Name:**            Pacific Gas & Electric

**MANDATORY COORDINATION WITH CONFLICTING PERMITS IS REQUIRED. PERMIT HOLDER SHALL NOT COMMENCE WORK WITHOUT FIRST PROPERLY COORDINATING WITH EXISTING PERMIT HOLDERS AS NOTED ON THE EXCEPTION PAGE(S) OF THIS PERMIT. IF THIS PERMIT CONFLICTS WITH A CITY PROJECT OR OTHER APPROVED PERMIT, THE PERMIT HOLDER OF THIS PERMIT SHALL BE RESPONSIBLE FOR THE PROPER COORDINATION AND EVALUATION OF THE SITE PRIOR TO COMMENCING WORK.**

| EmergencyConfirmationNumber | |
|---|---|
| **Conditions** | Permittee shall comply with all existing traffic controls and parking restrictions. Permittee shall also comply with any additional restrictions under the Special Traffic Permit issued by SFMTA. For information related to construction traffic restrictions please reference the latest edition of Regulations for Working in San Francisco Streets, the Blue Book. To download a copy of the Blue Book, please visit https://www.sfmta.com/services/streets-sidewalks/construction-regulations. |
| | During construction, if the proposed excavation affects the existing ramp(s), the permittee shall be required to submit drawings for replacement curb ramps meeting current standards. |
| | 25% Restoration Rule & Lateral 50% Rule: the restoration shall be all affected lanes for the entire length of the block. For restoration of excavation over concrete streets, replace entire affected panels. No new joints. |
| | Prior to construction, all CCSF survey monuments shall be referenced by a licensed Land Surveyor on a Corner Record or a Record of Survey if any construction will take place within 10 ft of a monument. For any questions, please email Monument.Preservation@sfdpw.org or call 415-554- |

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 2
of 18

5827. Note, all survey monuments shall be preserved per state law and disturbance of a survey monument may be a crime.

• Curb Ramp work is under Permit# 17exc-6954. In the event that the proposed excavation affects curb ramp or the crosswalk and/or falls on the conditions of the curb ramp regulations per DPW Order No. 184350, Permittee shall conduct an evaluation of the angular returns at each end of the affected crosswalk to determine whether the affected curb ramps are built per the current City standards. Permit holder shall submit designs, as required. All curb ramp installation shall comply with ADA requirements.
• The minimum pavement restoration requirements (mill and fill) for trenches exceeding 25% of the length of the block shall include the restoration of all affected lanes for the entire length of the block. For streets that are not delineated by painted lanes and the width of the excavation is less than thirteen (13) feet, the pavement restoration requirements (mill and fill) shall be for the entire length of the block thirteen (13) feet in width;
• For excavation in the intersection, the restoration shall be to pave all affected quadrants either with the 13 foot rule for streets without delineated traffic lanes unless it is on a Muni route and for streets with multiple delineated traffic lanes in one direction, the restoration shall be limited to the affected lane(s).
• ' T ' trench shall be the standard restoration practice for all trenches greater than 18 inches in width. The restoration of the concrete base and pavement will be equal to 1 ft. as measured from the edge of the trench.
• No variances to the 1,200 SF excavation rule, temp restoring/plating within 120 hours, and backfilling/final paving within 15 calendar days.
• Paving Restoration Requirements - Section 12 - Lateral 50% Rule applies to all affected streets.
• Paving Restoration Requirements - Section 12 - 50 foot Rule applies to all affected streets.
• If a street segment is under moratorium per public work order no. 178,940. Additional paving restoration requirements are in effect. At the minimum, final restoration of roadway where excavation/damage occurred from work shall be property line to property line of frontage property and all affected lane(s). If intersections are affected, all affected quadrants will be restored.
• Printed No-parking signs are activated and posted 72-hrs before work starts.
• Permittee shall comply with Code Section 2.4.55(b)(i) (ii) and (iii), the 120-Hour Rule.

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.*

Customer Service                    Teamwork                    Continuous Improvement

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 3
of 18

Page 2 of 17

- Permittee shall coordinate all work with other construction projects, City agencies (Park and Rec.) and events known or unforeseen such as to minimize the impact of construction project on the general public and/or event(s).
- Permittee shall restore all trenches per the Excavation and Restoring Streets in San Francisco with Order No. 178,940.
- Permittee shall remove all temporary pavement markings including USA marking on both the sidewalk and street at the conclusion of the excavation.
- The replacement of new sidewalk flag(s) or damaged sidewalk flag(s) due to new work shall be the entire sidewalk flag(s) to adjacent score lines and match the existing score line pattern of the sidewalk.
- Permittee work shall be in accordance with SFMTA Blue Book or with any SFMTA approved traffic routing plans or SFMTA Special Traffic Permit.If work is being done near a Muni Bus Stop, contact SFMTA prior to commence of work. If any work is occurring on bus routes, Applicant is responsible to coordinate work with SFMTA or any other Bus Line Operator, at no time shall the bus routes be impacted negatively towards their service level. Contractor shall be in accordance with blue book and, if necessary, obtain a valid STP.
- Under G095 requirements, Contractor shall contact Muni Overhead at 415-554-9227 of any work 10 feet in horizontal or vertical direction of overhead lines.
- Per Article 29 Section 2908 of the Police Code, no one is allowed to perform construction activities between the hours of 8:00pm-7:00am in the Public Right of Way that exceed the ambient noise level by 5 dBA unless a Night Noise permit is previously approved by Public Works.

| | |
|---|---|
| **24 Hour / 7 Day Contact:** | 415-695-3500 |
| **Service Address/Project:** | FARNUM AND MOFFITT PROJECTS (COMBINED) |
| **Construction Start Date** | |
| **Start Date** | 1/2/18 |
| **Permit expires on:** | 3/31/2018 |
| **Purpose** | Gas |
| **Type of facility:** | |
| **Excavation Reason** | Replace Main |
| **Excavation Reason Description** | |
| **Method:** | Open Cut: Sawcut |
| **TrackingNumber1** | 31227324, 31299846 |
| **TrackingNumber2** | |
| **Project Size** | 4256 |

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO"* We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.

Customer Service          Teamwork          Continuous Improvement

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 4 of 18

Page 9 of 17

| Inspection | Work shall not commence until this permit has been activated by Public Works. The permittee shall contact Anthony Lee at (415) 554-5861 to activate the permit and schedule inspection at least 72 hours prior to work. Failure to follow the activation process prior to commencing work may result in a correction notice and possible notice of violation. |
|---|---|

The undersigned Permittee hereby agrees to comply with all requirements and conditions noted on this permit

**Approved Date : 01/02/2018**

**When drilling/excavating in sidewalk area, entire flag(s) must be replaced.**

| | |
|---|---|
| Applicant/Permitee | Date |

Distribution:
Inside BSM: Utility Inspection

**Printed : 1/2/2018 4:01:33 PM**    Plan Checker    Eric Yu    **call Anthony Lee for a Pre-Con at 554-5861**

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous immrovement in partnership with the community.*

*Customer Service*        *Teamwork*        *Continuous Improvement*

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 5 of 18

Page 4 of 17

STREET EXCAVATION REQUIREMENTS:

1. The permittee shall call Underground Service Alert (U.S.A.), telephone number 811, 48 hours prior to any excavation.

2. The permittee shall follow the standards for temporary towaway/no parking signs established in DPW Order 183160.

3. All work including sidewalk and pavement cutting and removal, lagging, excavation, backfill, and sidewalk and pavement restoration shall be done by a licensed paving contractor and in accordance with the requirements of the Standard Specifications of the Bureau of Engineering, Department of Public Works, July 1986 Edition and Department of Public Works Order Nos. 176,707, copy attached.

4.

a. Concrete Bus pads shall be constructed in accordance with the most current revision of San Francisco Public Works Standard Plan, File No. 96,607.

b. Reinforced concrete sidewalk shall be constructed in accordance with the most current revision of San Francisco Public Works Standard Plan File No. 96,608.

5. Sidewalk and pavement restoration shall include the replacement of traffic lane and crosswalk striping, parking stall markings, and curb painting that might have been obliterated during street excavation. The permittee shall perform their work under on the following options:

a. Have the City forces do the striping and painting work at the permittee's expense. The permittee shall make a deposit with the Department of Parking & Traffic for this purpose in an amount estimated by the Municipal Transportation Agency (MTA) 7th Floor 1 South Van Ness Ave telephone 701-4500, and notify the MTA at least 48 hours in advance of the time the work is to be done.

b. Perform the work themselves following instructions available at the Department of Parking & Traffic.

6. The permittee shall submit a non-refundable fee to Bureau of Street-Use and Mapping to pay for City Inspection of the backfill and pavement restoration. At least 48 hours in advance, the permittee shall make arrangements with the Street Improvement Section Inspectors, 554-7149, for an inspection schedule.

7. The permittee shall file and maintain an excavation bond in the sum of $25,000.00 with the Department of Public Works, to guarantee the maintenance of the pavement in the excavation area for a period of 3 years following the completion of the backfill and pavement restoration pursuant to Article 2.4.40 of the Public Works Code.

8. The permittee shall conduct construction operations in accordance with the requirements of Article 900 Section 903(a) and (b) of the Traffic Code. The permittee shall contact the MTA 7th Floor 1 South Van Ness Ave telephone 701-4500, for specific restrictions before starting work.

9. The permittee shall obtain the required permits, if any, from regulating agencies of the State of California.

10. The permittee shall verify the locations of any City or public service utility company facilities that may be affected by the work authorized by this permit and shall assume all responsibility for any damage to such facilities. The permittee shall make satisfactory arrangements and payments for any necessary temporary relocation of City or public utility company facilities.

11. The permittee shall pay the required fee for sewer installation permit at the Plumbing Inspection Division, Department of Building Inspection, 1660 Mission Street and arrange for inspection of this work, telephone 558-6054.

12. Concrete form work, planting of trees and pouring of sidewalk and/or curb shall not be performed prior to obtaining a permit from Bureau of Urban Forestry (BUF), telephone: 554-6700.

13. Per DPW Order 178,806, the recycling of Cobble Stones and Granit Curb shall follow as:

a. Cobblestones shall be clean of dirt prior to transporting. Extreme care shall be taken during the transporting the cobblestones to minimize damage before delivery to City. The cobblestones shall be neatly and securely placed on pallets so they can be moved about safely after the delivery, The Minimum size of cobblestone shall be 4 inches square (16 square inches). The cobblestones shall be delivered, including off loading, to the lower lot at the Cesar Chavez Street Yard located at 2323 Cesar Chavez Street or at alternative location directed by the Department within the City of San Francisco. Contact the Department forty-eight hours (48 hours) prior to delivery. The Department can be reached at (415) 641-2627.

b. Granite Curb shall be neatly and securely placed on pallets so they can be moved about safely after delivery. The Contractor shall exercise care in transporting the granite curb to minimize damage. The length limit of recyclable granite curb shall be no less than four feet. The granite curb shall be delivered, including off loading, to the back lot at the Griffith Pump Station located at 1105 Thomas Street or at an alternative location directed by the Department within the City of San Francisco. Contact Bureau of Street and Sewer Repair (BSSR) at least forty-eight hours (48 hours) prior to delivery. BSSR can be reached at (415) 695-2087.

14. In consideration of this Permit being issued for the work described in the application, Permittee on its behalf and that of any successor or assign, and on behalf of any lessee, promises and agrees to perform all the terms of this Permit and to comply with all applicable laws, ordinances and regulations.

15. Permittee agrees on its behalf and that of any successor or assign to hold harmless, defend, and indemnify the City and County of San Francisco, including, without limitation, each of its commissions, departments, officers, agents and employees (hereinafter collectively referred to as the "City") from and against any and all losses, liabilities, expenses, claims, demands, injuries, damages, fines, penalties, costs or judgments including, without limitation, attorneys' fees and costs (collectively, "claims") of any kind allegedly arising directly or indirectly from (i) any act by, omission by, or negligence of, Permittee or its subcontractors, or the officers, agents, or employees of either, while engaged in the performance of the work authorized by this Permit, or while in or about the property subject to this Permit for any reason connected in any way whatsoever with the performance of the work authorized by this Permit, or allegedly resulting directly or indirectly from the maintenance or installation of any equipment, facilities or structures authorized under this Permit, (ii) any accident or injury to any contractor or subcontractor, or any officer, agent, or employee of either of them, while engaged in the performance of the work authorized by this Permit, or while in or about the property, for any reason connected with the performance of the work authorized by this Permit, or arising from liens or claims for services rendered or labor or materials furnished in or for the performance of the work authorized by this Permit, (iii) injuries or damages to real or personal property, good will, and persons in, upon or in any way allegedly connected with the work authorized by this Permit from any cause or claims arising at any time, and (iv) any release or discharge, or threatened release or discharge, of any hazardous material caused or allowed by Permittee in, under, on or about the property subject to this Permit or into the environment. As used herein, "hazardous material" means any substance, waste or material which, because of its quantity, concentration of physical or chemical characteristics is deemed by any federal, state, or local governmental authority to pose a present or potential hazard to human health or safety or to the environment.

16. Permittee must hold harmless, indemnify and defend the City regardless of the alleged negligence of the City or any other party, except only for claims resulting directly from the sole negligence or willful misconduct of the City. Permittee specifically acknowledges and agrees that it has an immediate and independent obligation to defend the City from any claim which actually or potentially falls within this indemnity provision, even if the allegations are or may be groundless, false or fraudulent, which obligation arises at the time such claim is tendered to Permittee by the City and continues at all times thereafter. Permittee agrees that the indemnification obligations assumed under this Permit shall survive expiration of the Permit or completion of work.

17. Pursuant to state law, all survey monuments must be preserved. No work (including saw cutting) may commence within 10' of a survey monument until an application for Monument Referencing has been approved and notification of monument referencing has occurred. Prior to construction, all CCSF survey monuments shall be referenced by a licensed Land Surveyor on a Corner Record or Record of Survey if any construction will take place within 10 ft. of a monument. For any questions please email Monument.Preservation@sfdpw.org or call 415-554-5827. Note, all survey monuments shall be preserved per state law and disturbance of a survey monument is a crime. Not all survey monuments are visible.

18. Permittee shall obtain and maintain through the terms of this Permit general liability, automobile liability or workers' compensation insurance as the City deems necessary to protect the City against claims for damages for personal injury, accidental death and property

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.*

| Customer Service | Teamwork | Continuous Improvement |

Case: 19-30088     Doc# 9783-3     Filed: 12/10/20     Entered: 12/10/20 09:49:24     Page 6
of 18

Page 6 of 17

damage allegedly arising from any work done under this Permit. Such insurance shall in no way limit Permitee's indemnity hereunder. Certificates of insurance, in form and with insurers satisfactory to the City, evidencing all coverages above shall be furnished to the City before commencing any operations under this Permit, with complete copies of policies furnished promptly upon City request.

19.   The permittee and any permitted successor or assign recognize and understand that this permit may create a possessory interest.

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.*

*Customer Service*          *Teamwork*          *Continuous Improvement*

Page 6 of 17

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 7 of 18

# Special Conditions

17EXC-5466

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.*

*Customer Service*     *Teamwork*     *Continuous Improvement*

Page 7 of 17

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 8 of 18

NOTES:  Per the Public Works Excavation Code (DPW Order 178940):
1) ' T ' trench shall be the standard restoration practice for all trenches greater than 18 inches in width.  The restoration of the concrete base and pavement will be equal to 1 ft. as measured from the edge of the trench;
2) The minimum pavement restoration requirements (mill and fill) for trenches exceeding 25% of the length of the block shall include the restoration of all affected lanes for the entire length of the block.  For streets that are not delineated by painted lanes and the width of the excavation is less than thirteen (13) feet, the pavement restoration requirements (mill and fill) shall be for the entire length of the block thirteen (13) feet in width;
3) For excavation in the intersection, the restoration shall be to pave all affected quadrants either with the 13 foot rule for streets without delineated traffic lanes unless it is on a Muni route and for streets with multiple delineated traffic lanes in one direction, the restoration shall be limited to the affected lane(s).

Per DPW sign specifications, all projects impacting the length of one (1) block face or more will require the installation of a project information sign, for the duration of the project.  The project information sign should be located at either end of the project facing oncoming vehicular traffic.  For larger projects that exceed five (5) blocks, the project information sign should be placed at five (5) block intervals in both directions.  The signage is intended to keep the public informed of the intent of the project, project schedule, contact information and allow for updates as needed.

If concrete street, gutter or parking strip is excavated, the Applicant shall remove and replace the entire concrete section from construction joint to construction joint. (No new construction joint will be allowed).

When drilling/excavating in the sidewalk area, entire sidewalk flag(s) must be replaced to adjacent score lines.

Placement or installation of any utility facilities within the curb return area is prohibited per DPW Order No. 185,854.

The Department of Public Works approves this permit pursuant to the following special conditions, which the Department of Public Works incorporates into the permit and makes a part thereof.
SPECIAL PERMIT CONDITIONS:
This permit is approved under the following conditions:
1)  All work (excavation to final paving) shall be completed within fourteen (14) calendar days per Excavation Code and to the satisfaction of the assigned City inspector.
2)  The Applicant shall comply with Code Section 2.4.50(a), post and maintain notice(s) at the site of the excavation 72 hours prior to start of construction.  If the work is anticipated to take longer than fourteen (14) calendar days, the Applicant shall comply with Code Section 2.4.50(b)(i ), provide written notice(s) delivered by mail to each property owners on the block(s) affected by the excavation at least thirty (30) days prior to start of construction. The Applicant shall also comply with Code Section 2.4.50(b)(ii) and (b)(iii), post and maintain notice(s) at the site of the excavation and deliver a written notice to each dwelling unit on the block(s) affected by the excavation at least ten (10) days prior to start of construction.
3)  The Applicant shall comply with Code Section 2.4.55(b)(i)(ii) and (iii), the 120-Hour Rule.
4)  The Applicant shall coordinate all work with other construction projects and events known or unforeseen such as to minimize the impact of construction project on the general public and/or event(s).
5)  The Applicant's work shall be in accordance with DPT Blue Book or with any DPT approved traffic routing plans or MTA Special Traffic Permit.
6)  The Applicant shall replace any existing traffic stripings and markings that are removed or damaged by the work activity with temporary stripings and markings after the restoration of the pavement as specified on Section 6.2 'Pavement Markings' of DPT's 'Blue Book'.  Also, the Applicant shall pay to MTA the cost of replacing the permanent pavement markings.  For any questions, please call Conrad Magat of DPT at (415) 701-4680.
7)  The Applicant shall restore all trenches per the Excavation Code.
8)  The Applicant shall remove all temporary pavement markings including USA marking on both the sidewalk and street at the conclusion of the excavation.
9)  In the event that excavation occurs in angular return and/or crosswalk, the Applicant shall evaluate the curb ramps at each end of the affected crosswalk and, if applicable, reconstruct curb ramps to current standards, per DPW Order 179,254. All curb ramp installation shall comply with ADA requirements.
10) The Applicant shall submit compaction test results done by a certified material testing laboratory as required by the excavation code prior to pavement restoration. [NOTE: Per Article 2.4 of the Public Works Code, the required compaction test shall be one (1) set of three (3) compaction tests per one (1) regular city block, or as specified by the DPW assigned inspector. Copies of the compaction test results shall be provided to the assigned DPW inspector.] Failure to comply with the above requirements may render this permit void and may subject Applicant to a fine or citation.
11) The Applicant shall provide safe access for all pedestrians at all times. Special attention must be paid to provide ingress and egress to businesses and driveways.
12) The Applicant shall coordinate all work with MUNI so as to avoid disruption to MUNI services. Please call Carlos Carrillo of Muni at (415) 567-8745 to coordinate the schedule of work.
13) The Applicant shall discuss and coordinate with Muni with regards to relocating bus stops if necessary for pedestrian safety. Please call Carlos Carrillo of Muni at (415) 567-8745 for coordination.
14) The Applicant shall hire SF police officers (when necessary) to control traffic so as to minimize the impact of the construction on the general public.
15) The Applicant shall cooperate and participate in all public outreach and information including community meetings.

Failure to comply with the above requirements may render this permit void and will subject the Applicant to a fine or citation.

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.*

| *Customer Service* | *Teamwork* | *Continuous Improvement* |

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 9 of 18

Page 8 of 17

# Permit Addresses

## 17EXC-5466

*RW = RockWheel, SMC = Surface Mounted Cabinets, S/W = Sidewalk Work, DB = Directional Boring,
BP= Reinforced Concrete Bus Pad, UB = Reinforced Concrete for Utility Pull Boxes and Curb Ramps

Number of blocks: 10    Total repair size:4256 sqft    Total Streetspace:3340    Total Sidewalk: sqft

| ID | Street Name | From St | To St | Sides | *Other | Asphalt | Concrete | Street Space Feet | Sidewalk Feet |
|----|-------------|---------|-------|-------|--------|---------|----------|-------------------|---------------|
| 9 | FARNUM ST | ADDISON ST | MORELAND ST | Even | RW : False SMC : False S/W Only : False DB: False BP: False UB: False | 0 | 0 | 100 | |
| 10 | | ADDISON ST | MORELAND ST | Odd | RW : False SMC : False S/W Only : False DB: False BP: False UB: False | 0 | 0 | 100 | |
| 4 | | MORELAND ST | MOFFITT ST | Even | RW : False SMC : False S/W Only : False DB: False BP: False UB: False | 698 | 180 | 450 | |
| 4 | | MORELAND ST | MOFFITT ST | Odd | RW : False SMC : False S/W Only : False DB: False BP: False UB: False | 15 | 77 | 450 | |
| | **Total** | | | | | **713** | **257** | **1100** | |
| 1 | MOFFITT ST | FARNUM ST | Intersection | All | RW : False SMC : False S/W Only : False DB: False BP: False UB: False | 393 | 60 | 0 | |
| 5 | | BEMIS ST \ ROANOKE ST | FARNUM ST | Even | RW : False SMC : False S/W Only : False DB: False BP: False UB: False | 1740 | 698 | 1020 | |
| 6 | | BEMIS ST \ ROANOKE ST | FARNUM ST | Odd | RW : False SMC : False S/W Only : True DB: False BP: False UB: False | 0 | 312 | 1020 | |
| | **Total** | | | | | **2133** | **1070** | **2040** | |

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.*

*Customer Service          Teamwork          Continuous Improvement*

Page 9 of 17

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 10 of 18

| ID | Street Name | From St | To St | Sides | *Other | Asphalt | Concrete | Street Space Feet | Sidewalk Feet |
|---|---|---|---|---|---|---|---|---|---|
| 2 | MORELAND ST | FARNUM ST | Intersection | All | RW : False SMC : False S/W Only : False DB: False BP: False UB: False | 71 | 12 | 0 | |
| 7 | | FARNUM ST | DIAMOND ST | Even | RW : False SMC : False S/W Only : False DB: False BP: False UB: False | 0 | 0 | 100 | |
| 8 | | FARNUM ST | DIAMOND ST | Odd | RW : False SMC : False S/W Only : False DB: False BP: False UB: False | 0 | 0 | 100 | |
| | **Total** | | | | | **71** | **12** | **200** | |

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrrovement in partnership with the community.*

*Customer Service*      *Teamwork*      *Continuous Improvement*

Page 10 of 17

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 11 of 18

# Exceptions - Coordination

*It is mandatory that you coordinate your permit with the following jobs listed. You will be required to call each contact listed and create a note including the date contact was made, agreed coordination, name of contact, or date message(s) left if unable to reach a contact.*

**Street Use Conflicts:**

| Job # | Activity | Contact | |
|-------|----------|---------|--|
| | | | |

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.*

*Customer Service*        *Teamwork*        *Continuous Improvement*

Page 1 of 17

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 12 of 18

# Exceptions

17EXC-5466

| Street Name | From St | To St | Message | Job | Contact | Dates |
|---|---|---|---|---|---|---|
| **FARNUM ST** | | | | | | |
| | MOFFITT ST | Intersection | Conflict with existing Street Use Permit. | 12WR-0103 | Refer to Agent - Refer to Agent | |
| | MORELAND ST | MOFFITT ST - | Conflict with existing Street Use Permit. | 15ECN-0026 | 800-743-5000 - 800-743-5000 | Jan 12 2015- |
| | MORELAND ST | MOFFITT ST - | Conflict with existing Street Use Permit. | 16ECN-0675 | 415-695-3500 - 415-695-3500 | Aug 26 2016- |
| | MORELAND ST | MOFFITT ST - | Conflict with existing Street Use Permit. | 16ECN-0692 | 415-695-3500 - 415-695-3500 | Aug 31 2016- |
| | MORELAND ST | MOFFITT ST - | Conflict with existing Street Use Permit. | 17SC-1084 | 4153611783 - 4153611783 | Dec 26 2017-Dec 28 2017 |
| | MOFFITT ST | Intersection | Proposed Excavation. | PG&E | Jesse Lee - | Jan 4 2017-Dec 20 2017 |
| | MORELAND ST | MOFFITT ST - | Proposed Excavation. | PG&E | Jesse Lee - | Jan 4 2017-Dec 20 2017 |
| | MORELAND ST | MOFFITT ST - | Sidewalk Paving to be done by SIRP Process | SIRP Work Order | Empire Engineering & Construction Co. - | |
| | MORELAND ST | Intersection | Prior to construction, all CCSF survey monuments shall be referenced by a licensed Land Surveyor on a Corner Record or a Record of Survey if any construction will take place within 10 ft of a monument. For any questions, please email Monument.Preservation@sfdpw.org or call 415-554-5827. Note, all survey monuments shall be preserved per state law and disturbance of a survey monument may be a crime. | Stone or Concrete Monument - no well | | |
| | MOFFITT ST | Intersection | Prior to construction, all CCSF survey monuments shall be referenced by a licensed Land Surveyor on a Corner Record or a Record of Survey if any construction will take place within 10 ft of a monument. For any questions, please email Monument.Preservation@sfdpw.org or call 415-554-5827. Note, all survey monuments shall be preserved per state law and disturbance of a survey monument may be a crime. | Stone or Concrete Monument - no well | | |

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.*

*Customer Service          Teamwork          Continuous Improvement*

Page 42 of 17

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 13 of 18

| Street Name | From St | To St | Message | Job | Contact | Dates |
|---|---|---|---|---|---|---|
| | MOFFITT ST | Intersection | Prior to construction, all CCSF survey monuments shall be referenced by a licensed Land Surveyor on a Corner Record or a Record of Survey if any construction will take place within 10 ft of a monument. For any questions, please email Monument.Preservation@sfdpw.org or call 415-554-5827. Note, all survey monuments shall be preserved per state law and disturbance of a survey monument may be a crime. | Stone or Concrete Monument - no well | | |
| MOFFITT ST | | | | | | |
| | FARNUM ST | Intersection | Conflict with existing Street Use Permit. | 12WR-0103 | Refer to Agent - Refer to Agent | |
| | BEMIS ST \ ROANOKE ST | FARNUM ST - | Conflict with existing Street Use Permit. | 15ECN-0884 | 415-695-3500 - 415-695-3500 | Sep 15 2015- |
| | BEMIS ST \ ROANOKE ST | FARNUM ST - | Conflict with existing Street Use Permit. | 16ECN-0709 | 415-695-3500 - 415-695-3500 | Sep 6 2016- |
| | BEMIS ST \ ROANOKE ST | FARNUM ST - | Conflict with existing Street Use Permit. | 17ECN-0409 | 415-695-3500 - 415-695-3500 | Jun 26 2017- |
| | FARNUM ST | Intersection | Proposed Excavation. | PG&E | Jesse Lee - | Jan 4 2017-Dec 20 2017 |
| | BEMIS ST \ ROANOKE ST | FARNUM ST - | Sidewalk Paving to be done by SIRP Process | SIRP Work Order | Empire Engineering & Construction Co. - | |
| | FARNUM ST | Intersection | Prior to construction, all CCSF survey monuments shall be referenced by a licensed Land Surveyor on a Corner Record or a Record of Survey if any construction will take place within 10 ft of a monument. For any questions, please email Monument.Preservation@sfdpw.org or call 415-554-5827. Note, all survey monuments shall be preserved per state law and disturbance of a survey monument may be a crime. | Stone or Concrete Monument - no well | | |
| | FARNUM ST | Intersection | Prior to construction, all CCSF survey monuments shall be referenced by a licensed Land Surveyor on a Corner Record or a Record of Survey if any construction will take place within 10 ft of a monument. For any questions, please email Monument.Preservation@sfdpw.org or call 415-554-5827. Note, all survey monuments shall be preserved per state law and disturbance of a survey monument may be a crime. | Stone or Concrete Monument - no well | | |

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO"* We are dedicated individuals committed to teamwork, customer service and continuous imrrovement in partnership with the community.

*Customer Service*    *Teamwork*    *Continuous Improvement*

Page 13 of 17

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 14 of 18

| Street Name | From St | To St | Message | Job | Contact | Dates |
|---|---|---|---|---|---|---|
| MORELAND ST | | | | | | |
| | FARNUM ST | Intersection | Prior to construction, all CCSF survey monuments shall be referenced by a licensed Land Surveyor on a Corner Record or a Record of Survey if any construction will take place within 10 ft of a monument. For any questions, please email Monument.Preservation@sfdpw.org or call 415-554-5827. Note, all survey monuments shall be preserved per state law and disturbance of a survey monument may be a crime. | Stone or Concrete Monument - no well | | |

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.*

*Customer Service          Teamwork          Continuous Improvement*

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 15 of 18

Page 14 of 17

# No Diagram submitted

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.*

*Customer Service*      *Teamwork*      *Continuous Improvement*

Case: 19-30088    Doc# 9783-3    Filed: 12/10/20    Entered: 12/10/20 09:49:24    Page 16 of 18

Page 15 of 17

**City and County of San Francisco**
San Francisco Public Works · Bureau of Street Use and Mapping
1155 Market Street, 3rd Floor · San Francisco, CA 94103
sfpublicworks.org · tel 415-554-5810 · fax 415-554-6161



**PART A : GENERAL INFORMATION        #3122        ACCEPTED STATUS: 12/28/2017**

Permit: 17EXC-5466

Excavation Permit: Yes   StreetSpace Permit :No  Spaces: 147

Duration: 1/2/2018 12:00:00 AM - 3/31/2018 12:00:00 AM

1. Project:
Farnum & Moffitt GPRP

2. Applicant
Pacific Gas & Electric

3. Description
FARNUM AND MOFFITT PROJECTS (COMBINED)

4. Location
MORELAND ST, FARNUM ST, MOFFITT ST.  THESE ARE THE MAIN STREETS FOR THESE
PROJECTS.

BlockLot:  7545/006    Zoning: manual

Street Segment(s)
MORELAND ST: FARNUM ST intersection,MOFFITT ST: FARNUM ST intersection,MOFFITT ST:
BEMIS ST \ ROANOKE ST to FARNUM ST (1 - 175),MOFFITT ST: BEMIS ST \ ROANOKE ST to
FARNUM ST (1 - 175),FARNUM ST: MOFFITT ST intersection,FARNUM ST: MORELAND ST to
MOFFITT ST (100 - 199),FARNUM ST: MORELAND ST to MOFFITT ST (100 - 199),FARNUM ST:
MORELAND ST intersection

**PART B : PROJECT AND PLAN**

|  | Existing | Impacted |
|---|---|---|
| **1. Project Limits - Total On-Street Parking Spaces Impacted** | | |
| a. Number Spaces | 147 | 135 |
| b. Linear Feet | 2940 | 2800 |
| **2. Parking Spaces Impacted on Side Street Proposed for Staging and other construction purposes** | | |
| a. Number Spaces | 0 | 0 |
| b. Linear Feet | 0 | 0 |

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.*
*Customer Service        Teamwork        Continuous Improvement*

Case: 19-30088   Doc# 9783-3   Filed: 12/10/20   Entered: 12/10/20 09:49:24   Page 16 of 17
of 18

c. Work Scope - List Each Type and Amount of Equipment Placed on Street: (1) BACK-HOE, (1) EXCAVATOR, (2) DUMP TRUCKS, (1) FOREMAN TRUCK, (1) CREW TRUCK

d. Alternative Solutions - Proposed solution in lieu of stockpiliing equipment and materials on side streets:
MINIMAL EQUIPMENT IS TO BE LEFT ON-SITE. MOST ALL EQUIPMENT WILL BE BROUGHT BACK TO THE CONSTRUCTION YARD EVERYDAY TO LIMIT PARKING EXPOSURE.

e. Justification for current proposal of street space occupancy
THESE PIECES OF EQUIPMENT ARE CRITICAL TO THE INSTALL OF PG&E GAS FACILITIES.

3. Average number of employees anticipated each day at work site: 5

4. Would the project be implemented in a single phase: True  If not, how many?0

5. Proposal to provide Public Works with updates to change project status (in writing, by phone, or in-person, provide same information in writing to Public Works within 2 business days):  IF ANY CHANGES ARRISE THE CITY INSPECTOR WILL BE NOTIFIED AND MADE AWARE OF THE CHANGES.

6. any additional information about available parking opportunities in the vicinity of the project:  LIMIT PARKING WILL BE TAKEN DURING THE DAY IN FRONT OF OUR WORK AREA. AFTER-HOURS PARKING WILL BE MADE AVAILABLE WITHIN THE WORK AREA.

7. Proposal of reducing parking demand in the vicinity of project, such as car-pooling, van transportation, transit, or other off-site parking arrangements:

Car Pool: False  Van Transportation: False  Transit: False  Off Site: False
Reduced Parking Proposal
THIS IS A RESIDENTIAL AREA THAT DOES NOT HAVE HIGH PARKING REQUIREMENTS.
AFTER EVERY WORK DAY PLATES WILL BE LAYED DOWN ON THE CONSTRUCTION SITE TO ALLOW FOR PARKING.
8. Proposal to make on-street parking available to the general public
a. no work is scheduled:  IF NO WORK IS SCHEDULED THE NO PARKING SIGNS WILL BE PULLED TO ALLOW FOR FULL PARKING RIGHTS.
b. no equipment or material storage is required (or portion):  MINIMAL STORAGE WILL BE REQUIRED.
c. After 4:00 pm if project work is completed for the day:  AFTER 4PM ALL POSSIBLE PARKING WILL BE OPEN TO RESIDENTS TO PARK UNTIL THE FOLLOWING BUSINESS DAY.
d. Courtesy notice to property owners (see Section 2.4.20(d)):  False

9. Other information Public Works or other affected City departments may need to undertsand the impact of on streetparking:
Street use/parking is needed to perform gas main work.
10. Email evc2@pge.com

Plan Checker Notes:
Inspector Notes:

*"IMPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous imrovement in partnership with the community.*

| *Customer Service* | *Teamwork* | *Continuous Improvement* |

Case: 19-30088   Doc# 9783-3   Filed: 12/10/20   Entered: 12/10/20 09:49:24   Page 18 of 18

Page 17 of 17