EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
    SHARE & HENNIGH LLP
One Front Street, Suite 3200
San Francisco, California 94111-5357
Telephone:    (415) 981-1400
Facsimile:    (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION BY THE CITY AND COUNTY OF SAN FRANCISCO TO ALLOW FILING OF LATE PROOF OF CLAIM AND FOR RELATED RELIEF**<br><br>DATE:    January 12, 2021<br>TIME:    10:00 a.m.<br>PLACE:   Telephonic/Video Appearances Only, Courtroom 17<br>         450 Golden Gate Avenue<br>         16th Floor<br>         San Francisco, California<br>JUDGE:   Hon. Dennis Montali<br><br>Objection Deadline: December 29, 2020 |

**PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider the Motion by the City and County of San Francisco to Allow the Filing of a Late Proof of Claim and Related Relief (the "Motion") on January 12, 2021 at 10:00 a.m. (Pacific Time). Pursuant to the *Bankruptcy Court's Fourth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, all hearings through March 1, 2021 will be held via video conferencing or telephone. The courtroom will be closed.

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
ONE FRONT STREET
SUITE 3200
SAN FRANCISCO, CA
94111-5357

580303.1

Case: 19-30088    Doc# 9784    Filed: 12/10/20    Entered: 12/10/20 09:54:29    Page 1 of 2

**PLEASE TAKE FURTHER NOTICE** that all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821- 7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Motion is December 29, 2020. Any Oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Docket No. 1996] Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be viewed and obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 10, 2020

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP

By: /s/ Edward Tredinnick
Edward J. Tredinnick
Attorneys for Creditor,
City and County of San Francisco

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
ONE FRONT STREET
SUITE 3200
SAN FRANCISCO, CA 94111-5357

Case: 19-30088    Doc# 9784    Filed: 12/10/20    Entered: 12/10/20 09:54:29    Page 2 of 2
580303.1