STEVEN SKIKOS (SB #148110)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP**
1 Sansome Street, Ste. 2830
San Francisco, CA 94104
Telephone: (415) 546-7300
Facsimile: (415) 547 7301
sskikos@skikos.com

Counsel for Stephen Killough

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF WITHDRAWL OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM OF STEPHEN KILLOUGH** |
| Debtors. | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | Date: January 12, 2021 |
| ■ Affects both Debtors | Time: 10a.m. (Pacific Time) |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Place: United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |
| | Judge: Hon. Dennis Montali |

On December 9, 2020, Claimant Stephen Killough inadvertently filed his Motion to Allow/Deem Timely Late Filing of Proof of Claim under the incorrect Claimant name of "John Downham", Docket No. 9777. Please take notice that the Motion was filed correctly on the Court's Docket under Docket No. 9778. Claimant Killough now files this Notice to inform the Court that he is withdrawing his previously filed Motion under Docket No. 9777.

Dated: December 10, 2020

By: /s/ Steven J. Skikos
Steven J. Skikos (SBN 148110)
**Skikos, Crawford, Skikos & Joseph, LLP**
1 Sansome Street, Suite 2830
San Francisco, California 94104
Tel: 415.546.7300
Fax: 415.546-7301

# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, a copy of the following was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Steven J. Skikos
Steven J. Skikos