EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
  SHARE & HENNIGH LLP
One Front Street, Suite 3200
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors,<br><br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE OF MOTION BY THE CITY AND COUNTY OF SAN FRANCISCO TO ALLOW FILING OF LATE PROOF OF CLAIM AND FOR RELATED RELIEF**<br><br>DATE:    January 12, 2021<br>TIME:    10:00 a.m.<br>PLACE:    Telephonic/Video Appearances Only, Courtroom 17<br>           450 Golden Gate Avenue<br>           16th Floor<br>           San Francisco, California<br>JUDGE:    Hon. Dennis Montali<br><br>Objection Deadline: December 29, 2020 |

    I Violet Rajkumar, do declare and state as follows:

    I am employed in San Francisco in the State of California. I am over the age of eighteen years

old and not a party to this action. My business address is Greene Radovsky Maloney Share &

Hennigh LLP, One Front Street, 32nd Floor, San Francisco, California 94111.

    I certify that on December 10, 2020, I caused a true and correct copy of each of the

following documents to be served per Service List attached hereto:

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
ONE FRONT STREET
SUITE 3200
SAN FRANCISCO, CA
94111

**NOTICE OF HEARING ON MOTION BY THE CITY AND COUNTY OF SAN FRANCISCO TO ALLOW FILING OF LATE PROOF OF CLAIM AND FOR RELATED RELIEF OF JOINT PLAN OF REORGANIZATION;**

**MOTION BY THE CITY AND COUNTY OF SAN FRANCISCO TO ALLOW FILING OF LATE PROOF OF CLAIM AND FOR RELATED RELIEF AND MEMORANDUM OF POINTS AND AUTHORITIES;**

**DECLARATION OF HUNTER W. SIMS III IN SUPPORT OF MOTION BY THE CITY AND COUNTY OF SAN FRANCISCO TO ALLOW FILING OF LATE PROOF OF CLAIM AND FOR RELATED RELIEF AND MEMORANDUM OF POINTS AND AUTHORITIES.**

1.  I certify that on December 10, 2020, I caused a true and correct copy of each of the following document served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A.**

2.  I certify that on December 10, 2020, I caused a true and correct copy of the each of the above documents to be served via First Class Mail to the parties on the Standard Parties Service List attached hereto as **Exhibit B.**

3.  I certify that on December 10, 2020, I caused a true and correct copy of each of the above documents to be served via Email to the parties on the Core/2002 Email Service List attached hereto as **Exhibit C.**

4.  I certify that on December 10, 2020, I caused a true and correct copy of each of the above documents to be served via First-Class Mail to the parties on the Core/2002 First-Class Mail Service List attached hereto as **Exhibit D.**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 10th day of December, 2020, at San Francisco, California.

/s/ Violet Rajkumar
Violet Rajkumar

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
ONE FRONT STREET
SUITE 3200
SAN FRANCISCO, CA
94111