UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jean-Christophe Gache, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On December 8, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 11th day of December 2020, at New York, NY.

*/s/ Jean-Christophe Gache*
Jean-Christophe Gache

**Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

[redacted block]

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| **In re Debtor(s):** PG&E Corporation | Case No.: 19–30088 DM 11 Chapter: 11 |
|---|---|

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on December 4, 2020 at 9:30 AM was filed on December 7, 2020. The following deadlines apply:

The parties have until Monday, December 14, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, December 28, 2020.

If a request for redaction is filed, the redacted transcript is due Thursday, January 7, 2021.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, March 8, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 12/10/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court