

Signed and Filed: December 11, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

           **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION MODIFYING PRIOR STIPULATION AND ORDER REGARDING PROOF OF CLAIM OF DR. JIRIES MOGANNAM AND CINDY MOGANNAM**

The Court having considered the *Stipulation Modifying Prior Stipulation and Order Regarding Proof of Claim of Dr. Jiries Mogannam and Cindy Mogannam*, dated December 10, 2020 [Dkt. No. 9787] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Dr. Jiries Mogannam and Cindy Mogannam ("**Movants**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The definition of "Original Proof of Claim" as set forth in the Original Stipulation and incorporated by reference into the Original Order shall be amended and restated in its entirety as "Proof of Claim No. 31120, filed on October 17, 2019, by Dr. Jiries Mogannam". Any reference to Proof of Claim No. 10160 shall be stricken from the Original Stipulation and Original Order.

3. Except as expressly modified and amended pursuant to Paragraph 2 above, the terms of the Original Stipulation and Original Order shall remain in full force and effect and shall not otherwise be modified or amended by the terms hereof.

4. The Stipulation is binding on the Parties and each of their successors in interest.

5. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

/ / /

/ / /

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Dated: December 10, 2020

LAW OFFICE OF ROBERT M. BONE

/s/ *Robert M. Bone*
Robert M. Bone, Esq.

*Attorneys for Dr. Jiries Mogannam and Cindy Mogannam*

*** END OF ORDER ***

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119