Entered on Docket
December 11, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 11, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:  December 15, 2020<br>Time:  10:00 AM (PST)<br>Via Zoom Webinar |

## ORDER REGARDING DECEMBER 15, 2020, HEARIING ON SECTION 503 MOTION

Each side will have thirty minutes for oral argument, including time for the counsel for the Securities Lead Plaintiffs to reserve for rebuttal. The court has carefully studied the briefs and related filings. Counsel are asked to include time to address the following issues:

-1-

1. Can claimants recover anything under section 503(b) before the court has determined that any of the 7,000 Securities Fraud claimants are entitled to anything from Debtors?

2. Reorganized Debtors repeatedly argue that the court should consider "benefit to the estate as a whole" although those words are not in section 503. The key phrase appears to be "substantial contribution in a case." Isn't that the proper test?

3. How does the outcome of the district court action against officers, directors and other non-debtors have any relevance to whether Plaintiffs can recover anything from the Reorganized Debtors for substantial contribution to their cases?

4. Reported cases that focus of the interests of creditors in analyzing Section 503 recoveries do not appear to be solvent estates, and that section specifically permits recovery by equity security holders. There is not much difference between a claim subordinated to all other creditors under section 510(b) and traditional equity holders, particularly in a solvent estate.

*** END OF ORDER***