KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON CERTAIN OF THE REORGANIZED DEBTORS' OMNIBUS OBJECTIONS TO CLAIMS**<br><br>**[Re:  Dkt. Nos. 8978, 8981, 8983, 9064, 9070, 9073, 9076, 9078, 9272, 9275]**<br><br>Date:  January 12, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Telephonic Appearances Only)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** by Order dated June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated July 19, 2020* [Docket No. 8048] (the "**Plan**"). The Plan became effective on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that on June 30. 2020, the Bankruptcy Court entered the *Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections*, dated June 30, 2020 [Docket No. 8228] (the "**Omnibus Objections Procedures Order**"), pursuant to which the Bankruptcy Court established procedures by which the Debtors and Reorganized Debtors could file objections to multiple Claims (as defined therein).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Omnibus Objection Procedures Order, the Reorganized Debtors filed the following omnibus objections (collectively, the "**Omnibus Objections**") and received the corresponding informal responses identified below (the "**Omnibus Objection Responses**"):

| Omnibus Objection | Objection Filed | Objection Deadline | Responses Received | Original Hearing Date | Initial Hearing Continuance |
|---|---|---|---|---|---|
| *Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 8978] | September 3, 2020 | September 29, 2020, at 4:00 p.m. (Pacific Time) | KB Home Central Valley Division (Claim No. 65798) KB Home Central Valley, Inc. (Claim No. 72479) KB Home North Bay, Inc. (Claim No. 65014) KB Home Northern California Division (Claim No. 65542) KB Home Sacramento, Inc. (Claim Nos. 65996, 66562, 74859, | October 13, 2020, at 10:00 a.m. (Pacific Time) | October 28, 2020, at 10:00 a.m. (Pacific Time) |

| Omnibus Objection | Objection Filed | Objection Deadline | Responses Received | Original Hearing Date | Initial Hearing Continuance |
|---|---|---|---|---|---|
| | | | and 75226)<br><br>KB Home, a California Corporation (Claim No. 65659)<br><br>In-N-Out Burgers (Claim No. 59778)<br><br>Carl Arena (Claim No. 61475) | | |
| *Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)*<br><br>[Docket No. 8981] | September 3, 2020 | September 29, 2020, at 4:00 p.m. (Pacific Time) | Fremont Pat Ranch LLC (Claim No. 59447)<br><br>KB Home, a Delaware Corporation (Claim No. 66083) | October 13, 2020, at 10:00 a.m. (Pacific Time) | October 28, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims)*<br><br>[Docket No. 8983] | September 3, 2020 | September 29, 2020, at 4:00 p.m. (Pacific Time) | Mendocino County Inland Water Agency and Power Commission (Claim No. 86469) [Docket No. 9309] | October 13, 2020, at 10:00 a.m. (Pacific Time) | October 28, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Twelfth Omnibus Objection to Claims (Duplicate Claims)*<br><br>[Docket No. 9064] | September 17, 2020 | October 14, 2020 at 4:00 p.m. (Pacific Time) | Bureau of Land Management (Claim No. 92183647)<br><br>U.S. Forest Service (Claim No. 92185206) | October 28, 2020, at 10:00 a.m. (Pacific Time) | November 17, 2020, at 10:00 a.m. (Pacific Time) |

| Omnibus Objection | Objection Filed | Objection Deadline | Responses Received | Original Hearing Date | Initial Hearing Continuance |
|---|---|---|---|---|---|
| *Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9070] | September 17, 2020 | October 14, 2020 at 4:00 p.m. (Pacific Time) | Little Diversified Architectural Consulting, Inc. (Claim No. 8630) | October 28, 2020, at 10:00 a.m. (Pacific Time) | November 17, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9073] | September 17, 2020 | October 14, 2020, at 4:00 p.m. (Pacific Time) | Arlington Wind Power Project LLC (Claim No. 67787) Rising Tree Wind Farm II LLC (Claim No. 67086) | October 28, 2020, at 10:00 a.m. (Pacific Time) | November 17, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9076] | September 17, 2020 | October 14, 2020, at 4:00 p.m. (Pacific Time) | Fair Harbor Capital LLC as transferee of Barrier1 Systems Inc. (Claim No. 92183738) Fair Harbor Capital LLC as transferee Josephine Lucero (Claim No. 92178451) Vendor Recovery Fund IV, LLC as transferee of Conde Group Inc. (Claim No. 92185960) | October 28, 2020, at 10:00 a.m. (Pacific Time) | November 17, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Seventeenth Omnibus Objection to* | September 17, 2020 | October 14, 2020, at 4:00 p.m. (Pacific Time) | Mark Cameron (Claim No. 92178532) | October 28, 2020, at 10:00 a.m. | November 17, 2020, at 10:00 a.m. |

| Omnibus Objection | Objection Filed | Objection Deadline | Responses Received | Original Hearing Date (Pacific Time) | Initial Hearing Continuance (Pacific Time) |
|---|---|---|---|---|---|
| *Claims (Satisfied Claims)* [Docket No. 9078] | | | U.S. Fish and Wildlife Service (Claim No. 92186853) | | |
| *Reorganized Debtors' Nineteenth Omnibus Objection to Claims (Duplicative Claims)* [Docket No. 9266] | October 8, 2020 | November 3, 2020, at 4:00 p.m. (Pacific Time) | Burney Forest Products (Claim No. 53844) | November 17, 2020, at 10:00 a.m. (Pacific Time) | December 15, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9272] | October 8, 2020 | November 3, 2020, at 4:00 p.m. (Pacific Time) | Asplundh Construction, LLC (Claim No. 17001) Aramark Refreshment Services, LLC (Claim No. 3582) McMaster-Carr Supply Co. (Claim No. 2398) Burney Forest Products (Claim No. 2255) | November 17, 2020, at 10:00 a.m. (Pacific Time) | December 15, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Twenty-Second Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9275] | October 8, 2020 | November 3, 2020, at 4:00 p.m. (Pacific Time) | CA BTM Energy Storage, LLC (Claim No. 30941) CA Energy Storage Holdings, LLC (Claim No. 30944) GSA Solar, | November 17, 2020, at 10:00 a.m. (Pacific Time) | December 15, 2020, at 10:00 a.m. (Pacific Time) |

| Omnibus Objection | Objection Filed | Objection Deadline | Responses Received | Original Hearing Date | Initial Hearing Continuance |
|---|---|---|---|---|---|
| (the "**Twenty-Second Omnibus Objection**") | | | LLC (Claim No. 31024)[1]<br><br>Global Ampersand LLC (Claim No. 27367)<br><br>Panoramic Investments (Claim No. 1932) | | |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Omnibus Objections *solely with respect to the specific claims that are identified in the Omnibus Objection Responses and in the above paragraphs of this Notice* will be **further continued** to the next omnibus hearing, on January 12, 2021 at 10:00 a.m. (Pacific Time). The response deadlines are further continued to January 4, 2021 unless otherwise agreed to with Claimants.

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 10, 2020                **KELLER BENVENUTTI KIM LLP**

*/s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*

---

[1] The hearing on the Twenty-Second Omnibus Objection solely with respect to the Claims of CA BTM Energy Storage, LLC (Claim No. 30941), CA Energy Storage Holdings, LLC (Claim No. 30944), GSA Solar, LLC (Claim No. 31024 will be further continued to March 24, 2021 at 10:00 a.m. (Pacific Time). The response deadline is extended until March 10, 2021.