KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **REORGANIZED DEBTORS' REPORT ON RESOLUTION OF OMNIBUS OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS** <br><br> [Re: Dkt. Nos. 8978, 9070, 9073, 9263, 9266] <br><br> **Resolving Objections Set for Hearing December 15, 2020 at 10:00 a.m. (Pacific Time)** |

# REPORT ON RESOLUTION OF CERTAIN CLAIMS

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the resolution of the following omnibus claims objections (collectively, the "**Omnibus Objections**") with respect to certain claims: (i) the R*eorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 8978] (the "**Sixth Omnibus Objection**"); (ii) the *Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims)* [Dkt. No. 9070] (the "**Fourteenth Omnibus Objection**"); (ii) the *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9073] (the "**Fifteenth Omnibus Objection**"); (iii) the *Reorganized Debtors' Eighteenth Omnibus Objection to Claims (Amended and Superseded Claims)* [Docket No. 9263] (the "**Eighteenth Omnibus Objection**"); (iv) the *Reorganized Debtors' Nineteenth Omnibus Objection to Claims (Duplicative Claims)* [Docket No. 9266] (the "**Nineteenth Omnibus Objection**"); and (v) the *Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9272] (the "**Twenty-First Omnibus Objection**").

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Sixth Omnibus Objection** | | | |
| 9107 | Krystal Dong | 3672 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Sixth Omnibus Objection. |
| **Fourteenth Omnibus Objection** | | | |
| Informal | Clean Energy | 61471 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fourteenth Omnibus Objection. |
| Informal | Sequoia Engineering & Design Associates | 73323 | Claimant has agreed to withdraw its response to the Fourteenth Omnibus Objection. Accordingly, the Fourteenth Omnibus Objection shall be |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | SUSTAINED with respect to this Claim. |
| Informal | Robert Vogel | 2859 | Claimant has agreed to withdraw its response to the Fourteenth Omnibus Objection. Accordingly, the Fourteenth Omnibus Objection shall be SUSTAINED with respect to this Claim. |
| Informal | KDTV/KABE/KUVS/KMEX/KTFF/KFTR/KFTV/KBTF Television | 588 | Claimant has agreed that it will not contest the Fourteenth Omnibus Objection. Accordingly, the Fourteenth Omnibus Objection shall be SUSTAINED with respect to this Claim. |
| Informal | Dun & Bradstreet | 2929 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fourteenth Omnibus Objection. |
| Informal | RiverPark Strategic Income Fund | 3828 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fourteenth Omnibus Objection. |
| **Fifteenth Omnibus Objection** | | | |
| Informal | Solano Irrigation District | 1952 | The Fifteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Eighteenth Omnibus Objection** | | | |
| Informal | Rosemount, Inc. | 2718 10085 | The Eighteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Nineteenth Omnibus Objection** | | | |
| Informal | SPCP Group, LLC | 3255 27374 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Nineteenth Omnibus Objection. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Twenty-First Omnibus Objection** | | | |
| Informal | Southwest Research Institute | 1787 | The Twenty-First Omnibus Objection is WITHDRAWN with respect to this Claim. |

**DECLARATION REGARDING RESOLUTION OF CLAIMS**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. The foregoing resolution of certain Claims is true and correct to the best of my knowledge, information, and belief.

3. This declaration was executed in San Francisco, California.

Dated: December 10, 2020

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
　　　Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*