Signed and Filed: December 11, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:  December 15, 2020<br>Time:  10:00 AM (PST)<br>Via Zoom Webinar |

**<u>ORDER TAKING HEARING ON SECOND SET OF FINAL FEE APPLICATIONS OFF CALENDAR</u>**

The court has reviewed the Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (2nd Set) (dkt. 9596), as well as each of the fee applications identified therein, which are currently set for hearing on December 15, 2020 at 10:00 a.m. The court is

-1-

satisfied with the various compromises reached by applicants with Bruce Markell, the Fee Examiner, as described in exhibits to the notice of hearing. As the Fee Examiner provided sufficient notice of and opportunity to object to the fee applications, no oppositions have been timely filed, and the amounts being sought following the compromises with the Fee Examiner appear reasonable and the services necessary, the court will grant the following fee applications as compromised with the Fee Examiner.

When submitting orders allowing their fees and expenses, applicants shall separate the fees being awarded from the costs being allowed; the sum of fee and expense awards shall not exceed the total compromise award set forth in the exhibits to the Fee Examiner's notice of hearing. The hearing currently set for December 15, 2020 at 10:00 a.m. is taken OFF CALENDAR.

This order applies to the following fee applications:

A. Fifth Interim and Final Fee Application of Baker & Hostetler LLP (dkt. 8895);

B. Third Interim and Final Fee Application of Coblentz Patch Duffy & Bass LLP (dkt. 8940);

C. Fourth Interim and Final Application of Keller Benvenutti Kim LLP (dkt. 8883);

D. Fourth Interim and Final Fee Application of KPMG LLP (dkt. 8921);

E. Final Fee Application of Milbank LLP (dkt. 8885);

F. Final Fee Application of Munger Tolles & Olson LLP (dkt. 8943);

G. Fourth Interim and Final Fee Application of Simpson Thacher & Bartlett LLP (dkt. 8901);

H. Fourth Interim and Final Fee Application of Trident DMG LLC (dkt. 8866); and

I. Fourth Interim and Final Fee Application of Weil Gotshal & Manges LLP (dkt. 8898).

**\*\*END OF ORDER\*\***