1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7
   *Attorneys for Debtors and Reorganized Debtors*
8

9              **UNITED STATES BANKRUPTCY COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
10                **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12 **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| 13 **PG&E CORPORATION,** | Chapter 11 |
| 14    - and - | (Lead Case) (Jointly Administered) |
| 15 **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESPONSES TO TWENTY-FIFTH THROUGH FORTY-FIFTH OMNIBUS OBJECTIONS TO CLAIMS AND REQUEST FOR ORDERS BY DEFAULT AS TO UNOPPOSED OBJECTIONS** |
| 16             **Debtors.** | |
| 17 | |
| 18 ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **[Re: Dkt. Nos. 9418, 9421, 9424, 9427, 9430, 9433, 9436, 9439, 9441, 9443, 9445, 9447, 9449, 9451, 9453, 9455, 9458, 9460, 9462, 9464, 9466]** |
| 19 | |
| 20 *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Resolving Objections Set for Hearing December 15, 2020 at 10:00 a.m. (Pacific Time)** |
| 21 | |

22

23

24

25

26

27

28

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter orders by default on the following omnibus claims objections (collectively, the "**Omnibus Objections**"):

| Docket Number | Omnibus Objection |
|---|---|
| 9418 | *Reorganized Debtors' Twenty-Fifth Omnibus Objection to Claims (Amended and Superseded Claims)* (the "**Twenty-Fifth Omnibus Objection**") |
| 9421 | *Reorganized Debtors' Twenty-Sixth Omnibus Objection to Claims (Duplicative Claims)* (the "**Twenty-Sixth Omnibus Objection**") |
| 9424 | *Reorganized Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrect Debtor Claims)* (the "**Twenty-Seventh Omnibus Objection**") |
| 9427 | *Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims (Books and Records Claims)* (the "**Twenty-Eighth Omnibus Objection**") |
| 9430 | *Reorganized Debtors' Twenty-Ninth Omnibus Objection to Claims (Satisfied Claims)* (the "**Twenty-Ninth Omnibus Objection**") |
| 9433 | *Reorganized Debtors' Thirtieth Omnibus Objection to Claims (No Liability Claims)* (the "**Thirtieth Omnibus Objection**") |
| 9436 | *Reorganized Debtors' Thirty-First Omnibus Objection to Claims (Customer No Liability Claims)* (the "**Thirty-First Omnibus Objection**") |
| 9439 | *Reorganized Debtors' Thirty-Second Omnibus Objection to Claims (Customer No Liability Claims)* (the "**Thirty-Second Omnibus Objection**") |
| 9441 | *Reorganized Debtors' Thirty-Third Omnibus Objection to Claims (Customer No Liability Claims)* (the "**Thirty-Third Omnibus Objection**") |
| 9443 | *Reorganized Debtors' Thirty-Fourth Omnibus Objection to Claims (Customer No Liability Claims)* (the "**Thirty-Fourth Omnibus Objection**") |
| 9445 | *Reorganized Debtors' Thirty-Fifth Omnibus Objection to Claims (Customer No Liability Claims)* (the "**Thirty-Fifth Omnibus** |

| Docket Number | Omnibus Objection |
|---|---|
| | *Objection*") |
| 9447 | *Reorganized Debtors' Thirty-Sixth Omnibus Objection to Claims (Customer No Liability Claims)* (the "**Thirty-Sixth Omnibus Objection**") |
| 9449 | *Reorganized Debtors' Thirty-Seventh Omnibus Objection to Claims (Customer No Liability Claims)* (the "**Thirty-Seventh Omnibus Objection**") |
| 9451 | *Reorganized Debtors' Thirty-Eighth Omnibus Objection to Claims (Customer No Liability Claims)* (the "**Thirty-Eighth Omnibus Objection**") |
| 9453 | *Reorganized Debtors' Thirty-Ninth Omnibus Objection to Claims (Customer No Liability Claims)* (the "**Thirty-Ninth Omnibus Objection**") |
| 9455 | *Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Fortieth Omnibus Objection**") |
| 9458 | *Reorganized Debtors' Forty-First Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Forty-First Omnibus Objection**") |
| 9460 | *Reorganized Debtors' Forty-Second Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Forty-Second Omnibus Objection**") |
| 9462 | *Reorganized Debtors' Forty-Third Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Forty-Third Omnibus Objection**") |
| 9464 | *Reorganized Debtors' Forty-Fourth Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Forty-Fourth Omnibus Objection**") |
| 9466 | *Reorganized Debtors' Forty-Fifth Omnibus Objection to Claims (Reduced and Allowed Claims)* (the "**Forty-Fifth Omnibus Objection**") |

## RELIEF REQUESTED IN THE OMNIBUS OBJECTIONS

The Omnibus Objections seek to either (a) disallow and/or expunge or (b) allow in reduced amounts the Proofs of Claim listed in Exhibit 1 to each Omnibus Objection.

## NOTICE AND SERVICE

The Reorganized Debtors filed a Notice of Hearing with respect to each Omnibus Objection [Docket Nos. 9420, 9423, 9426, 9429, 9432, 9435, 9438, 9440, 9442, 9444, 9446, 9448, 9450, 9452, 9454, 9457, 9459, 9461, 9463, 9465, and 9468].  The Omnibus Objections also were supported by the respective declarations of Robb McWilliams [Docket Nos. 9419, 9422, 9425, 9428, 9431, 9434, and

9437], and, in the case of the Fortieth through Forty-Fifth Omnibus Objections, the declarations of Renee Records [Docket Nos. 9456 and 9467]. The Omnibus Objections, the Notices of Hearing, and the Declarations were served as described in the *Certificate of Service of* Alain B. Francoeur, filed on November 12, 2020 [Docket No. 9507] (the "**Certificate of Service**"). As further described in the Certificate of Service, on November 6, 2020, each holder of a claim listed on Exhibit 1 to the Omnibus Objections received a notice customized to include (i) the claim number, debtor, claim amount and priority, and the basis for Reorganized Debtors' objection with respect to the applicable claim to be disallowed and/or expunged or allowed in a reduced amount, and, if applicable (ii) the claim number, claim amount and priority of the surviving claim for each counterparty.

The deadline to file responses or oppositions to the Omnibus Objections has passed. The Reorganized Debtors have received the following formal and informal responses:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Twenty-Fifth Omnibus Objection** | | | |
| Informal | WBox 2019-6 LLC | 1826 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Fifth Omnibus Objection. |
| Informal | WBox 2019-6 LLC | 1882 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Fifth Omnibus Objection. |
| Informal | Whitebox Caja Blanca Fund, LP | 3516 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Fifth Omnibus Objection. |
| Informal | WBox 2019-6 LLC | 57326 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Fifth Omnibus Objection. |
| Informal | WBox 2020-1 LLC | 59598 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Fifth Omnibus Objection. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Whitebox GT Fund, LP | 60041 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Fifth Omnibus Objection. |
| **Twenty-Sixth Omnibus Objection** | | | |
| Informal | C.H. Reynolds Electric, Inc. | 58748 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| Informal | WBox 2020-1 LLC | 60021 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Sixth Omnibus Objection. |
| Informal | WBox 2019-6 LLC | 60072 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Sixth Omnibus Objection. |
| **Twenty-Eighth Omnibus Objection** | | | |
| Informal | Shafter Solar, LLC | 1515 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to March 10, 2021. If the objection cannot be resolved, it will be continued to March 24, 2021 at 10:00 a.m. |
| Informal | Desert Sunlight 300, LLC | 1548 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to March 10, 2021. If the objection cannot be resolved, it will be |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | continued to March 24, 2021 at 10:00 a.m. |
| Informal | Utility Tree Service, LLC | 8068 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 15, 2021. If the objection cannot be resolved, it will be continued to January 27, 2021 at 10:00 a.m. |
| Informal | Siemens Industry, Inc. | 60349 64121 64134 78984 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| Informal | Siemens Energy, Inc. | 64106 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| Informal | Dresser-Rand | 64100 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| 9645 | Lloyd's Register Quality Assurance, Inc. | 9488 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| Informal | C.H. Reynolds Electric, Inc. | 2639 2703 4161 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| Informal | Henkels & McCoy | 96925 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 14, 2020. |
| Informal | Mercer US Inc. | 3458 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Eighth Omnibus Objection. |
| Informal | Oprona Inc. | 80261 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Eighth Omnibus Objection. |
| **Twenty-Ninth Omnibus Objection** | | | |
| Informal | Westside Solar, LLC | 30977 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to March 10, 2021. If the objection cannot be resolved, it will be continued to March 24, 2021 at 10:00 a.m. |
| Informal | NextEra Energy Montezuma II Wind, LLC | 31019 | The Reorganized Debtors are attempting to resolve this matter consensually, and |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | have agreed to an extension of Claimant's response deadline to March 10, 2021. If the objection cannot be resolved, it will be continued to March 24, 2021 at 10:00 a.m. |
| Informal | Siemens Industry, Inc. | 64021 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| Informal | Siemens Industry, Inc. | 60598 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| **Thirtieth Omnibus Objection** | | | |
| Informal | Michael Magnani | 106437 | The Thirtieth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Thirty-First Omnibus Objection** | | | |
| Informal | First Baptist Church of Windsor (FBC) | 3512 | This response was received after the objection deadline has passed, and Claimant has not yet provided the Reorganized Debtors' counsel with information supporting its Claim, despite two requests. Claimant also has not responded to the Reorganized Debtors' two requests to continue the hearing to January 12, 2021. Accordingly, the Reorganized Debtors request that the Thirty-First |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | Omnibus Objection be SUSTAINED with respect to this Claim. |
| **Thirty-Third Omnibus Objection** | | | |
| Informal | Yair Elor | 6906 | Claimant's informal response, attached hereto as **Exhibit 2**, does not state a cognizable theory of liability. Accordingly, the Reorganized Debtors are prepared to address the Thirtieth Omnibus Objection with respect to this Claim at the hearing. |
| **Thirty-Sixth Omnibus Objection** | | | |
| 9749 | Xiang Guang Zhang | 6196 | The Thirty-Sixth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Fortieth Omnibus Objection** | | | |
| 9516 | Richard Wagner | 1972 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9604 | Todd DeGrandmont | 2370 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9669 | Phil Piserchio | 2017 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9530 | Bruce Willems | 1073 | The hearing has been continued to March 24, 2021 |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9620 | Bret and Kassidy Banducci | 2974 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9603 | Paul Marotta | 1070 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9617 | EBEN 818 LLC | 3922 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9618 | Duncan Ray Ross | 2183 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9650 | Andrew Etringer | 91 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9647 | Alan Giberson | 8169 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9656 | Robert Ernst | 3444 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9643 | Valri and Christian Castleman | 3063 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9636 | Bruce E. Krell | 1077 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9646 | Todd Greenberg | 77335 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9664 | Martha Gerstner | 3524 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | matter consensually in the meantime. |
| 9668 | Frank Klassen | 4389 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Helga M. Schmidt | 5978 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | James Winter | 3576 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Mission Valley Rock Co. | 64053 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | D. M. Alegre Construction, Inc. | 1292 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Timothy Bergam | 133 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | attempting to resolve this matter consensually in the meantime. |
| Informal | Lance Kastl | 3870 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Rhonda Miller | 2948 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Joseph C. Loguidice and Stephanie C. Navarrette-Loguidice | 16730 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Annette Hicks | 9411 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9666 | D.A. Wood Construction Inc. | 8627 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| **Forty-First Omnibus Objection** | | | |
| 9597 | H. R. Bob McGrath | 67276 | The hearing has been continued to March 24, 2021 |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9659 | Marguerite Sawyer | 59635 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9631 | Christopher A. Muessel | 75887 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Deborah J. & Norman R. Astrin | 96351 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Michael Jurkovic | 80468 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | State Farm Mutual Insurance Companies (Michael Lane) | 8656 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Forty-Second Omnibus Objection** | | | |
| 9634 | Mark A. Klein and Janet S. Klein | 80500 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9653 | G. Larry Engel | 80033 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9670 | Robert and Marie Villalobos | 3784 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Xiaopeng Xu | 7723 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| **Forty-Third Omnibus Objection** | | | |
| 9648 | Darren Eastman | 64083 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9628; 9629 | Rhonda A. Weiss | 72 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9644 | Dorcas Wheeler | 79932 80179 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9641 | Steven J. McDonald | 80425 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9658 | Kings Canyon Unified School District | 3866 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Tandra DeBose | 7769 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Linda Grady | 1193 80248 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Willie and Ora Green | 80673 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
|  |  |  | Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Roger Drummond | 1455 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9737 | Bruce and Kathleen Shaw | 1722 | This Response was filed on December 4, 2020, after the objection deadline passed. The Reorganized Debtors' counsel attempted to contact Claimants by email to request a continuance to March 24, 2021, in line with the relief granted in Docket No. 9754, but has not received a response. Accordingly, the Reorganized Debtors request that the hearing be continued. |
| **Forty-Fourth Omnibus Objection** | | | |
| 9649 | Dean Wills | 75943 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9614 | Etta Bacharach Testamentary A & B Trusts | 56201 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9661 | Ken Bray | 70722 | The hearing has been continued to March 24, 2021 |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9637 | Richard S. Tanner | 30916 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9638 | Stanislaus County Public Works | 56952 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9642; 9654 | John A. Vos | 62490 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9663 | Gordon Moore | 80903 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9657 | Glenn Gary Baker | 69361 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9672 | Robert B. Wister | 8671 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Tracy Nick and Haisam Nijem | 1934 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Todd Field | 2206 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | State Farm a/s/o Ava Arroya (T. Henry) | 3404 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | University of California | 61276 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9766 | Linton McNeal | 57298 | This Response was filed on December 8, 2020, one week after the objection deadline passed. The Reorganized Debtors' counsel attempted to contact Claimant by both telephone |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | and email to request a continuance to March 24, 2021, in line with the relief granted in Docket No. 9754, but was unable to reach him. Accordingly, the Reorganized Debtors request that the hearing be continued. |
| **Forty-Fifth Omnibus Objection** | | | |
| 9600 | Jacqueline O'Neil | 1685 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9667 | Rumi S. Kawashima | 934 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9613 | Onnyx Walker | 30795 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9619 | Shou Kun Huang and Henry Huang | 7920 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9627 | Maurice Brendan Butler | 8625 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | attempting to resolve this matter consensually in the meantime. |
| 9652 | Cynthia Ann Wilson | 68287 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9660 9662 | Gordon N. Ball, Inc. (GNB) | 4463 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Leonard L Gauthier | 10068 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | James Self | 10069 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Linda Manzano | 9957 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Phil Hartnett | 10632 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | John Barnhardt | 10083 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Cellan Cahoon | 10056 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Alanna McDaniel | 10063 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Greg Staude | 10059 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Richard Wimmer | 10066 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Travelers | 59825 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | State Farm a/s/o Leslie Poortman | 3044 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | State Farm Mutual Automobile Insurance Company | 58061 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | John I Weaver | 2932 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Gennadiy Yurkevich | 1092 3561 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Forty-Fifth Omnibus Objection. |
| Informal | Williams Mearns | 3556 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Forty-Fifth Omnibus Objection. |

## <u>DECLARATION OF NO OPPOSITION RECEIVED</u>

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.  I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2.      I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no responses have been filed with respect to the Omnibus Objections except as described herein.

3.      A true and correct copy of the relevant pages of an informal response my office received to the Thirty-Third Omnibus Objection from Yair Elor (Claim No. 6906) is attached hereto as **Exhibit 2**.

4.      This declaration was executed in San Francisco, California.

WHEREFORE, the Reorganized Debtors hereby request entry of Orders (1) disallowing and expunging the Proofs of Claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit 1** to this Request and (2) allowing in the specified "Reduced Amount" the Claims listed in **Exhibit 1** to this Request, which listed Claims are identical to those listed in Exhibit 1 to the Omnibus Objections, except as otherwise discussed above.

Dated: December 10, 2020

**KELLER BENVENUTTI KIM LLP**

By:  /s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*