**Exhibit 2**

MAILED TO KBK LLP 650 CALIFORNIA ST #1900 SAN FRANCISCO, CA 94108 AND E-MAILED TO: jkim@kbkllp.com; tkeller@kbkllp.com; pbenvenutti@kbkllp.com THESE PERSONS #Q78192 AND: #151445 AND: #60566

***CUST PGE 2260 SRF 47877 MMLID: 6169787 PackID: 17 SVC: 33rd
Elor, Yair
& Gilly Elor
18 Garron Ct
Walnut Creek CA 94596-6306

$4,800 MINIMUM BUT ACTUALLY WAY MORE UNJUSTIFIED TRIPPLE AND 4X RATES FOR 8+ PEOPLE LIVING IN 3 DIFFRENT SEPARATE UNITS AT THIS ADDRESS EACH WITH ITS OWN APPLIANCES WH ECT. SEPARATE EXTERIOR ENTRY AND NO ACCESS BETWEEN THE 3, ALL QUALIFY FOR CARE AND OTHER DISCOUNTS AND PERMANENT DISABILITY. WHICH WERE NOT GIVEN FOR YEARS DESPITE REPEATED APPLICATION AND FILLING UP THE CORRECT FORMS AND PROVIDING NEEDED INFORMATION.

↓ SEE BACK       YAIR ELOR [signature] 11/30/20

Case: 19-30088    Doc# 9801-2    Filed: 12/11/20    Entered: 12/11/20 16:06:26    Page 2 of 3

COPIES OF THESE COMPLETE TIMELY SUBMITTALS WITH ALL THE COMPLETE REQUESTED INFORMATION TITLE AN NUMBERS ARE KEPT AS PROOF OF SUBMITTAL FOR POTENTIAL NEW LAW SUIT AGAINST THE UP & PGE IF THESE ARE IGNORED AS WAS WITH PG&E FOR SO LONG!

YAIR FLOR [signature] 11/30/2020

CUST PGE 2260 SRf 47877
NMLID: 6169787 PACK ID: 17BVC:33