HANSON BRIDGETT LLP
Linda E. Klamm (SBN 71506)
(lklamm@hansonbridgett.com)
1676 No. California Blvd.
Suite 620
Walnut Creek, California 94596
Telephone: (925) 746-8460
Facsimile: (925) 746-8490

*Attorney for Trustee of the Fire Victim Trust
and Claims Administrator for the Fire Victim Trust*



UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICES |

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned chapter 11 cases of PG&E Corporation, et al. on behalf of Hon. John K. Trotter (Ret.) as Trustee of the Fire Victim Trust (the "Trustee") and Cathy Yanni, as Claims Administrator for the Fire Victim Trust (the "Claims Administrator"), pursuant to rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and hereby requests that any and all notices given or required to be

1

given, and all papers served or required to be served, in these cases be delivered to and be served upon the persons identified below:

Linda E. Klamm<br>
Hanson Bridgett LLP<br>
1676 No. California Blvd.<br>
Suite 620<br>
Walnut Creek, California 94596<br>
Telephone: (925) 746-8460<br>
Facsimile: (925) 746-8490<br>
E-Mail: lklamm@hansonbridgett.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, electronic mail or otherwise, in these cases and any proceedings therein.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit shall not be deemed or construed to be a waiver of the rights of the Trustee or the Claims Administrator: (1) to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related to these cases; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Trustee or the Claims Administrator may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

DATED: November 15, 2020          **HANSON BRIDGETT LLP**

By: /s/ *Linda E. Klamm*
LINDA E. KLAMM
Attorney for Trustee and Claims Administrator

RECEIVED

2020 DEC -8 P 2:58

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

# BANKRUPTCY COURT

**RECEIVED**
DEC 11 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Name: PG&E

Case #: 19-30088