**MACDONALD | FERNANDEZ LLP**
Iain A. Macdonald (SBN 051073)
Alexander K. Lee (SBN 293724)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
U.S. TelePacific Corp. dba TPx Communications

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Case No. 19-30088-DM<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF:**<br><br>1) **OBJECTION OF U.S. TELEPACIFIC CORP. dba TPX COMMUNICATIONS TO DEBTOR'S MOTION TO PROVIDE ADEQUATE ASSURANCE TO UTILITY PROVIDERS (DKT. NO. 32); DEMAND FOR ADEQUATE PROTECTION [Dkt. No. 499]; and**<br><br>2) **RESPONSE OF U.S. TELEPACIFIC CORP. DBA TPX COMMUNICATIONS TO DEBTOR'S FIRST OMNIBUS REPORT AND OBJECTION TO CLAIMS ASSERTED PURSUANT TO 11 U.S.C. §503(B)(9) [Dkt. No. 3313]**<br><br>Honorable Dennis Montali |

**COMES NOW** U.S. TelePacific Corp. dba TPx Communications ("U.S. TelePacific") and hereby withdraws Objection of U.S. TelePacific Corp. dba TP Communicates to Debtor's Motion to

1

Provide Adequate Assurance to Utility Providers (Dkt. No. 32); Demand for Adequate Protection, filed on February 20, 2019 [Dkt. No. 499], and Response of U.S. TelePacific Corp. dba TPX communications to Debtor's First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. §503(b)(9) filed on July 31, 2019 [Dkt. 3313], as the objections have been resolved.

Dated: December 11, 2020  MACDONALD | FERNANDEZ LLP

By: /s/ Iain A. Macdonald
    Iain A. Macdonald, Attorneys for Creditor
    U.S. TELEPACIFIC CORP.
    dba TPx COMMUNICATIONS