**MACDONALD | FERNANDEZ LLP**
Iain A. Macdonald (SBN 051073)
Alexander K. Lee (SBN 293724)
221 Sansome Street, Third Floor
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Creditor,
U.S. TelePacific Corp. dba TPx Communications

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: <br><br>**PG&E CORPORATION,** <br><br>-and- <br><br>**PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>Debtors. <br><br>☐ Affects PG&E Corporation <br>☐ Affects Pacific Gas and Electric Company <br>☒ Affects both Debtors | Case No. 19-30088-DM <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **NOTICE OF WITHDRAWAL OF U.S. TELEPACIFIC CORP. DBA TPX COMMUNICATIONS' OBJECTION TO PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020 [Dkt. No. 7301]** <br><br> Honorable Dennis Montali |

  **COMES NOW** U.S. TelePacific Corp. dba TPx Communications ("U.S. TelePacific") and hereby withdraws U.S. TelePacific Corp. dba TP Communications' Objection to Plan Supplement in

Connection with Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020 [Dkt. 7301], as the objection has been resolved.

Dated: December 14, 2020          MACDONALD | FERNANDEZ LLP

By:  /s/ Iain A. Macdonald
     Iain A. Macdonald, Attorneys for Creditor
     U.S. TELEPACIFIC CORP.
     dba TPx COMMUNICATIONS