**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:     (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:     (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>                **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR DECEMBER 15, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:  December 15, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Video Conference)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
DECEMBER 15, 2020, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTERS GOING FORWARD*

    1. <u>**Reorganized Debtors' Thirty-Third Omnibus Objection to Claims**</u>: *Reorganized Debtors' Thirty-Third Omnibus Objection to Claims (Customer No Liability Claims)* [**Dkt. 9441**].

        <u>Response Deadline</u>: December 1, 2020, at 4:00 p.m. (Pacific Time).

        <u>Related Document</u>:

        A.    Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9801**].

        <u>Status</u>:  This matter is going forward only with respect to the informal response of Yair Elor (Claim No. 6906).  The Reorganized Debtors have requested entry of an order by default with respect to all other Claims [**Dkt. 9801**].

    2. <u>**Securities Lead Plaintiff's Motion for Allowance and Payment of Fees and Expenses**</u>: *Securities Lead Plaintiffs' Motion Pursuant to Bankruptcy Code Sections 503(b)(3)(d) and 503(b)(4) for Allowance and Payment of Fees and Expenses* [**Dkt. 8950**].

        <u>Response Deadline</u>: November 13, 2020 at 4:00 p.m. (Pacific Time).

        <u>Responses Filed</u>:

        A.    Stipulation Setting Briefing Schedule and Hearing on Securities Lead Plaintiff's Motion Pursuant to Bankruptcy Code Sections 503(b)(3)(d) and 503(b)(4) for Allowance and Payment of Fees and Expenses [**Dkt. 9160**].

        B.    Reorganized Debtors' Objection to Securities Lead Plaintiff's Motion Pursuant to Bankruptcy Code Sections 503(b)(3)(d) and 503(b)(4) for Allowance and Payment of Fees and Expenses [**Dkt. 9519**].

        <u>Related Document</u>:

        C.    Securities Lead Plaintiff's Reply in Further Support of Motion Pursuant to Bankruptcy Code Sections 503(b)(3)(d) and 503(b)(4) for Allowance and Payment of Fees and Expenses [**Dkt. 9761**].

        <u>Related Orders</u>:

        D.    Order Granting Stipulation Setting Briefing Schedule and Hearing on Securities Lead Plaintiff's Motion Pursuant to Bankruptcy Code Sections 503(b)(3)(d) and 503(b)(4) for Allowance and Payment of Fees and Expenses [**Dkt. 9175**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

  E. Order Regarding December 15, 2020, Hearing on Section 503 Motion [**Dkt. 9793**].

  <u>Status</u>: This matter is going forward on a contested basis.

***RESOLVED AND CONTINUED MATTERS***

3. **Fee Examiner's Final Fee Application Compromises (2nd Set)**: *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (2nd Set)* [**Dkt. 9596**].

  <u>Response Deadline</u>: December 8, 2020.

  <u>Status</u>: This matter has been resolved and dropped from the calendar by order [**Dkt. 9800**].

4. **Feneis Motion for Relief from Stay**: *Claimant Cara Feneis' Motion for Relief from Automatic Stay to Permit State Court Jury Trial of Cara Feneis v. Pacific Gas and Electric Company (Case No. RG17866484)* [**Dkt. 9583**].

  <u>Response Deadline</u>: No response deadline was set.

  <u>Status</u>: This matter has been continued to January 12, 2021 by December 7, 2020 Docket Text Order and per an agreement between parties.

5. **Mogannam Motion to Join Real Party in Interest**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Join Real Party in Interest for Claim Previously Filed; or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1); Memorandum of Points and Authorities; Declaration of Robert M. Bone in Support* [**Dkt. 9553**].

  <u>Response Deadline</u>: December 8, 2020.

  <u>Status</u>: This matter has been resolved by stipulations [**Dkts. 9700 & 9787**] and taken off calendar by orders [**Dkts. 9740 & 9792**].

6. **Peterson Motion to Deem POC Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Linda Kaye Bouton-Peterson; Memorandum of Points and Authorities; Declaration of Erika L. Vasquez in Support* [**Dkt. 9550**].

  <u>Response Deadline</u>: December 8, 2020.

  <u>Status</u>: This matter has been resolved by stipulation [**Dkt. 9606**] and taken off calendar by order [**Dkt. 9624**].

7. **Mogannam Motion to Join Real Party in Interest**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Join Real Party in Interest for Claim Previously Filed; or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1); Memorandum of Points and Authorities; Declaration of Robert M. Bone in Support* [**Dkt. 9548**].

  <u>Response Deadline</u>: December 8, 2020.

  <u>Status</u>: This matter has been resolved by stipulation [**Dkt. 9699**] and taken off calendar by order [**Dkt. 9739**].

8. **Wylie Motion to Join Real Party in Interest**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Join Real Party in Interest for Claim Previously Filed; or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1); Memorandum of Points and Authorities; Declaration of Robert M. Bone in Support* [**Dkt. 9544**].

   Response Deadline: December 8, 2020.

   Status: This matter has been resolved by stipulation [**Dkt. 9698**] and taken off calendar by order [**Dkt. 9738**].

9. **Winters Motion to Deem POC Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Tamara Natalie Winters; Memorandum of Points and Authorities; Declaration of Erika L. Vasquez in Support* [**Dkt. 9495**].

   Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

   Status: This matter has been resolved by stipulation [**Dkt. 9605**] and taken off calendar by order [**Dkt. 9623**].

10. **Fire Victim Trustee's Ex Parte Motion to Authorize Service of Subpoenas**: *Ex Parte Motion of the Fire Victim Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Service of Subpoenas on the Subrogation Wildfire Trust, Subrogation Wildfire Claimants, and Insurers with Claim Files* [**Dkt. 9483**].

    Response Deadline: No response deadline was set.

    Status: This matter has been resolved by December 10, 2020 Docket Text Order and **Dkt. 9768**.

11. **Ruhman Motion to Join Real Party in Interest**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Join Real Party in Interest for Claim Previously Filed; or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1)* [**Dkt. 9482**].

    Response Deadline: December 8, 2020.

    Status: This matter has been resolved by stipulation [**Dkt. 9511**] and taken off calendar by order [**Dkt. 9537**].

12. **Cleary Motion to Join Real Party in Interest**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Join Real Party in Interest for Claim Previously Filed; or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1)* [**Dkt. 9481**].

    Response Deadline: December 8, 2020.

    Status: This matter has been resolved by stipulation [**Dkt. 9510**] and taken off calendar by order [**Dkt. 9536**].

13. **Slaton Motion to Join Real Party in Interest**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Join Real Party in Interest for Claim Previously Filed; or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1)* [**Dkt. 9480**].

    <u>Response Deadline</u>: December 8, 2020.

    <u>Status</u>:  This matter has been resolved by stipulation [**Dkt. 9509**] and taken off calendar by order [**Dkt. 9535**].

14. **Cummings Motion to Join Real Party in Interest**: *Motion Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Join Real Party in Interest for Claim Previously Filed; or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to Fed. R. Bankr. Proc. 9006(b)(1)* [**Dkt. 9399**].

    <u>Response Deadline</u>: December 8, 2020.

    <u>Status</u>:  This matter has been resolved by stipulation [**Dkt. 9508**] and taken off calendar by order [**Dkt. 9534**].

15. **Fire Victim Claimants Motion to Deem POC Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proofs of Claim; Memorandum of Points and Authorities; Declaration of Brendan M. Kunkle* [**Dkt. 9396**].

    <u>Response Deadline</u>: December 8, 2020.

    <u>Status</u>:  This matter has been resolved by stipulation [**Dkt. 9513**] and taken off calendar by order [**Dkt. 9539**].

16. **Fire Victim Claimants Motion to Deem POC Timely Filed**: *Motion to Allow/Deem Timely Late Filing of Proofs of Claim; Memorandum of Points and Authorities; Declaration of Brendan M. Kunkle* [**Dkt. 9394**].

    <u>Response Deadline</u>: December 8, 2020.

    <u>Status</u>:  This matter has been resolved by stipulation [**Dkt. 9512**] and taken off calendar by order [**Dkt. 9538**].

17. **The Original Mowbray's Tree Service, Inc. Motion to File Amended POC**: *Motion for Leave to File Amended Proof of Claim by the Original Mowbray's Tree Service, Inc.; Memorandum of Points and Authorities* [**Dkt. 9392**].

    <u>Response Deadline</u>: December 18, 2020.

    <u>Status</u>:  This matter has been continued to January 21, 2021 by stipulation [**Dkt. 9608**].

18. **CSAA Insurance Exchange Motion to Deem Timely Late Filing of Proof of Claim**: *Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange; Memorandum of Points and Authorities; Declaration of Laura Brown and Declaration of Stephanie A. Yee* [**Dkt. 9140**].

    <u>Response Deadline</u>: October 21, 2020, at 4:00 p.m. (Pacific Time).

Status: This matter has been taken off calendar by December 9, 2020 Docket Text Order and per an agreement between the parties.

19. **Reorganized Debtors' Forty-Fifth Omnibus Objection to Claims**: *Reorganized Debtors' Forty-Fifth Omnibus Objection to Claims (Reduced and Allowed Claims)* [**Dkt. 9466**].

Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

Related Document:

A. Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9801**].

Status: Formal and informal responses to this Omnibus Objection have been continued to March 24, 2021 by **Dkt. 9754**. The Reorganized Debtors have requested entry of an order by default with respect to all other Claims. [**Dkt. 9801**].

20. **Reorganized Debtors' Forty-Fourth Omnibus Objection to Claims**: *Reorganized Debtors' Forty-Fourth Omnibus Objection to Claims (No Liability/Passthrough Claims)* [**Dkt. 9464**].

Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

Response Filed:

A. Response Filed by Creditor Linton McNeal [**Dkt. 9766**].

Related Document:

A. Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9801**].

Status: Formal and informal responses to this Omnibus Objection have been continued to March 24, 2021 by **Dkt. 9754,** except as to Linton McNeal [**Dkt. 9766**]. The Reorganized Debtors have requested entry of an order by default with respect to all other Claims. [**Dkt. 9801**].

21. **Reorganized Debtors' Forty-Third Omnibus Objection to Claims**: *Reorganized Debtors' Forty-Third Omnibus Objection to Claims (No Liability/Passthrough Claims)* [**Dkt. 9462**].

Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

Response Filed:

A. Response Filed by Creditors Bruce and Kathleen Shaw [**Dkt. 9737**].

Related Document:

A. Reorganized Debtors' Report on Responses to Twenty-Fifth Through

Forty-Fifth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9801**].

Status: Formal and informal responses to this Omnibus Objection have been continued to March 24, 2021 by **Dkt. 9754,** except as to Bruce and Kathleen Shaw [**Dkt. 9737**]. The Reorganized Debtors have requested entry of an order by default with respect to all other Claims. [**Dkt. 9801**].

22. **Reorganized Debtors' Forty-Second Omnibus Objection to Claims**: *Reorganized Debtors' Forty-Second Omnibus Objection to Claims (No Liability/Passthrough Claims)* [**Dkt. 9460**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Related Document:

    A. Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9801**].

    Status: Formal and informal responses to this Omnibus Objection have been continued to March 24, 2021 by **Dkt. 9754**. The Reorganized Debtors have requested entry of an order by default with respect to all other Claims. [**Dkt. 9801**].

23. **Reorganized Debtors' Forty-First Omnibus Objection to Claims**: *Reorganized Debtors' Forty-First Omnibus Objection to Claims (No Liability/Passthrough Claims)* [**Dkt. 9458**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Related Document:

    A. Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9801**].

    Status: Formal and informal responses to this Omnibus Objection have been continued to March 24, 2021 by **Dkt. 9754**. The Reorganized Debtors have requested entry of an order by default with respect to all other Claims. [**Dkt. 9801**].

24. **Reorganized Debtors' Fortieth Omnibus Objection to Claims**: *Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability/Passthrough Claims)* [**Dkt. 9455**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Related Document:

    A. Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 9801**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

<u>Status</u>: Formal and informal responses to this Omnibus Objection have been continued to March 24, 2021 by **Dkt. 9754**. The Reorganized Debtors have requested entry of an order by default with respect to all other Claims. [**Dkt. 9801**].

25. **Reorganized Debtors' Thirty-Ninth Omnibus Objection to Claims**:
*Reorganized Debtors' Thirty-Ninth Omnibus Objection to Claims (Customer No Liability Claims)* [**Dkt. 9453**].

<u>Response Deadline</u>: December 1, 2020, at 4:00 p.m. (Pacific Time).

<u>Status</u>: The Reorganized Debtors have requested entry of an order by default with respect to all Claims. [**Dkt. 9801**].

26. **Reorganized Debtors' Thirty-Eighth Omnibus Objection to Claims**:
*Reorganized Debtors' Thirty-Eighth Omnibus Objection to Claims (Customer No Liability Claims)* [**Dkt. 9451**].

<u>Response Deadline</u>: December 1, 2020, at 4:00 p.m. (Pacific Time).

<u>Status</u>: The Reorganized Debtors have requested entry of an order by default with respect to all Claims. [**Dkt. 9801**].

27. **Reorganized Debtors' Thirty-Seventh Omnibus Objection to Claims**:
*Reorganized Debtors' Thirty-Seventh Omnibus Objection to Claims (Customer No Liability Claims)* [**Dkt. 9449**].

<u>Response Deadline</u>: December 1, 2020, at 4:00 p.m. (Pacific Time).

<u>Status</u>: The Reorganized Debtors have requested entry of an order by default with respect to all Claims. [**Dkt. 9801**].

28. **Reorganized Debtors' Thirty-Sixth Omnibus Objection to Claims**:
*Reorganized Debtors' Thirty-Sixth Omnibus Objection to Claims (Customer No Liability Claims)* [**Dkt. 9447**].

<u>Response Deadline</u>: December 1, 2020, at 4:00 p.m. (Pacific Time).

<u>Status</u>: The Reorganized Debtors have requested entry of an order by default with respect to nearly all Claims, except as otherwise reported therein. [**Dkt. 9801**].

29. **Reorganized Debtors' Thirty-Fifth Omnibus Objection to Claims**:
*Reorganized Debtors' Thirty-Fifth Omnibus Objection to Claims (Customer No Liability Claims)* [**Dkt. 9445**].

<u>Response Deadline</u>: December 1, 2020, at 4:00 p.m. (Pacific Time).

<u>Status</u>: The Reorganized Debtors have requested entry of an order by default with respect to all Claims. [**Dkt. 9801**].

30. **Reorganized Debtors' Thirty-Fourth Omnibus Objection to Claims**: *Reorganized Debtors' Thirty-Fourth Omnibus Objection to Claims (Customer No Liability Claims)* [**Dkt. 9443**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Status: The Reorganized Debtors have requested entry of an order by default with respect to all Claims. [**Dkt. 9801**].

31. **Reorganized Debtors' Thirty-Second Omnibus Objection to Claims**: *Reorganized Debtors' Thirty-Second Omnibus Objection to Claims (Customer No Liability Claims)* [**Dkt. 9439**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Status: The Reorganized Debtors have requested entry of an order by default with respect to all Claims. [**Dkt. 9801**].

32. **Reorganized Debtors' Thirty-First Omnibus Objection to Claims**: *Reorganized Debtors' Thirty-First Omnibus Objection to Claims (Customer No Liability Claims)* [**Dkt. 9436**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Status: The Reorganized Debtors have requested entry of an order by default with respect to all Claims. [**Dkt. 9801**].

33. **Reorganized Debtors' Thirtieth Omnibus Objection to Claims**: *Reorganized Debtors' Thirtieth Omnibus Objection to Claims (No Liability Claims)* [**Dkt. 9433**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Status: The Reorganized Debtors have requested entry of an order by default with respect to nearly all Claims, except as otherwise reported therein. [**Dkt. 9801**].

34. **Reorganized Debtors' Twenty-Ninth Omnibus Objection to Claims**: *Reorganized Debtors' Twenty-Ninth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 9430**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Status: The Reorganized Debtors have requested entry of an order by default with respect to nearly all Claims, except as otherwise reported therein. [**Dkt. 9801**].

35. **Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims**: *Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims (Books and Records Claims)* [**Dkt. 9427**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Status: The Reorganized Debtors have requested entry of an order by default with respect to nearly all Claims, except as otherwise reported therein. [**Dkt. 9801**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

36. **Reorganized Debtors' Twenty-Seventh Omnibus Objection to Claims**: *Reorganized Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrect Debtor Claims)* [**Dkt. 9424**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Status: The Reorganized Debtors have requested entry of an order by default with respect to all Claims. [**Dkt. 9801**].

37. **Reorganized Debtors' Twenty-Sixth Omnibus Objection to Claims**: *Reorganized Debtors' Twenty-Sixth Omnibus Objection to Claims (Duplicative Claims)* [**Dkt. 9421**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Status: The Reorganized Debtors have requested entry of an order by default with respect to nearly all Claims, except as otherwise reported therein. [**Dkt. 9801**].

38. **Reorganized Debtors' Twenty-Fifth Omnibus Objection to Claims**: *Reorganized Debtors' Twenty-Fifth Omnibus Objection to Claims (Amended and Superseded Claims)* [**Dkt. 9430**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Status: The Reorganized Debtors have requested entry of an order by default with respect to nearly all Claims, except as otherwise reported therein. [**Dkt. 9801**].

39. **Reorganized Debtors' Twenty-First Omnibus Objection to Claims**: *Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims)* [**Dkt. 9272**].

    Response Deadline: January 4, 2021.

    Status: This Omnibus Objection was granted as to most Claims by **Dkt. 9558**. This matter has been continued to January 12, 2021 as to Asplundh Construction, LLC; Aramark Refreshment Services, LLC; McMaster-Carr Supply Co.; and Burney Forest Products [**Dkt. 9798**]. This matter has been resolved with respect to the Southwest Research Institute [**Dkt. 9799**].

40. **Reorganized Debtors' Eighteenth Omnibus Objection to Claims**: *Reorganized Debtors' Eighteenth Omnibus Objection to Claims (Amended and Superseded Claims)* [**Dkt. 9263**].

    Response Deadline: November 3, 2020, at 4:00 p.m. (Pacific Time).

    Status: This Omnibus Objection was granted as to most Claims by **Dkt. 9555**. This matter has been resolved with respect to Rosemount, Inc. [**Dkt. 9799**].

41. **Reorganized Debtors' Seventeenth Omnibus Objection to Claims**: *Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 9078**].

    Response Deadline: January 4, 2021.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Status: This Omnibus Objection was granted as to most Claims by **Dkt. 9365**. This matter has been continued to January 12, 2021 as to Mark Cameron and the U.S. Fish and Wildlife Service [**Dkt. 9798**].

42. **Reorganized Debtors' Sixteenth Omnibus Objection to Claims**: *Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 9076**].

Response Deadline: January 4, 2021.

Status: This Omnibus Objection was granted as to most Claims by **Dkt. 9364**. This matter has been continued to January 12, 2021 as to Fair Harbor Capital LLC as transferee of Barrier1 Systems Inc. and Josephine Lucero; and Vendor Recovery Fund IV, LLC [**Dkt. 9798**].

43. **Reorganized Debtors' Fifteenth Omnibus Objection to Claims**: *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 9073**].

Response Deadline: January 4, 2021.

Status: This Omnibus Objection was granted as to most Claims by **Dkt. 9363**. This matter has been continued to January 12, 2021 as to Arlington Wind Power Project LLC and Rising Tree Wind Farm II LLC [**Dkt. 9798**]. This matter has been resolved with respect to the Solano Irrigation District [**Dkt. 9799**].

44. **Reorganized Debtors' Fourteenth Omnibus Objection to Claims**: *Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims)* [**Dkt. 9070**].

Response Deadline: January 4, 2021.

Status: This Omnibus Objection was granted as to most Claims by **Dkt. 9362**. This matter has been continued to January 12, 2021 as to Little Diversified Architectural Consulting, Inc. [**Dkt. 9798**]. This matter has been resolved with respect to Clean Energy, Sequoia Engineering & Design Associates, Robert Vogel, KDTV/KABE/KUVS/KMEX/KTFF/KFTR/KFTV/KBTF Television, Dun & Bradstreet, and RiverPark Strategic Income Fund [**Dkt. 9799**].

45. **Reorganized Debtors' Twelfth Omnibus Objection to Claims**: *Reorganized Debtors' Twelfth Omnibus Objection to Claims (Duplicative Claims)* [**Dkt. 9064**].

Response Deadline: January 4, 2021.

Status: This Omnibus Objection was granted as to most Claims by **Dkt. 9360**. This matter has been continued to January 12, 2021 as to the Bureau of Land Management and the U.S. Forest Service [**Dkt. 9798**].

46. **Reorganized Debtors' Eighth Omnibus Objection to Claims**: *Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims)* [**Dkt. 8983**].

Response Deadline: January 4, 2021.

Status: This Omnibus Objection was granted as to most Claims by **Dkt. 9295**. This matter has been continued to January 12, 2021 as to Mendocino County Inland Water Agency and Power Commission [**Dkt. 9798**].

47. **Reorganized Debtors' Seventh Omnibus Objection to Claims**: *Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 8981**].

Response Deadline: January 4, 2021.

Status: This Omnibus Objection was granted as to most Claims by **Dkt. 9370**. This matter has been continued to January 12, 2021 as to Fremont Pat Ranch LLC and KB Home, a Delaware Corporation [**Dkt. 9798**].

48. **Reorganized Debtors' Sixth Omnibus Objection to Claims**: *Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 8978**].

Response Deadline: January 4, 2021.

Status: This Omnibus Objection was granted as to most Claims by **Dkt. 9260**. This matter has been continued to January 12, 2021 as to KB Home Central Valley Division; KB Home Central Valley, Inc.; KB Home North Bay, Inc.; KB Home Northern California Division; KB Home Sacramento, Inc.; KB Home, a California Corporation; In-N-Out Burgers; and Carl Arena [**Dkt. 9798**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 14, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Dara L. Silveira*
 Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119