Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for ASPLUNDH CONSTRUCTION, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                     Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF GEOFFREY A. HEATON IN SUPPORT OF ASPLUNDH CONSTRUCTION, LLC'S RESPONSE TO REORGANIZED DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**<br><br>Date: January 27, 2021<br>Time: 10:00 a.m.<br>Place: (Telephonic Appearance Only)<br>450 Golden Gate Avenue<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Related Docket No. 9272 |

I, Geoffrey A. Heaton, declare:

    1.    I am an attorney at law duly licensed to practice before this Court, and am special counsel in the law firm of Duane Morris LLP, counsel to creditor Asplundh Construction, LLC ("Asplundh"). The matters stated below are made and based upon my personal knowledge, except

for those matters stated upon information and belief, and as to those matters I believe them to be true. If called as a witness, I could and would competently testify to the matters set forth below.

2. I submit this declaration in support of Asplundh's Response to Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims) ("Response"), filed herewith.

3. On behalf of Asplundh, I have repeatedly attempted to obtain information from the Debtors concerning the grounds for the Debtors' "rejection" of the invoices pertaining to the Disputed Claim Amount, as that term is defined in the Response, and otherwise obtain feedback from the Debtors in an effort to resolve the Objection.

4. At this writing, I have not obtained a substantive response from the Debtors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 15, 2020, at San Francisco, California.

                                                  /s/ Geoffrey A. Heaton (206990)
                                                          GEOFFREY A. HEATON

2
Case: 19-30088    Doc# 9813-2    Filed: 12/15/20    Entered: 12/15/20 10:46:24    Page 2 of 2
DM3\7231402.1