| | |
|---|---|
| Aron M. Oliner (SBN: 152373)<br>Geoffrey A. Heaton (SBN: 206990)<br>**DUANE MORRIS LLP**<br>One Market Plaza<br>Spear Street Tower, Suite 2200<br>San Francisco, CA 94105-1127<br>Telephone: (415) 957-3000<br>Facsimile: (415) 957-3001<br>Email: gheaton@duanemorris.com<br><br>Attorneys for UTILITY TREE SERVICE, LLC | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris LLP and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On December 15, 2020, I served the following documents:

- **ASPLUNDH CONSTRUCTION, LLC'S RESPONSE TO REORGANIZED DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS);**

- **DECLARATION OF DAVID G. MCGINLEY IN SUPPORT OF ASPLUNDH CONSTRUCTION, LLC'S RESPONSE TO REORGANIZED DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS); and**

- **DECLARATION OF GEOFFREY A. HEATON IN SUPPORT OF ASPLUNDH CONSTRUCTION, LLC'S RESPONSE TO REORGANIZED DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**

**X**    ELECTRONICALLY:  I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

**X**    BY MAIL:  by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, with postage fully prepaid..

| **Attorneys for Debtors and Reorganized Debtors** | **Office of the U.S. Trustee / San Francisco** |
|---|---|
| Keller Benvenutti Kim LLP<br>Tobias S. Keller<br>Peter J. Benvenutti<br>Jane Kim<br>650 California Street, Suite 1900<br>San Francisco, CA  94108 | Timothy S. Laffredi<br>Office of the U.S. Trustee – San Jose<br>280 South 1 St., Suite 268<br>San Jose, CA  95113 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 15, 2020, in San Francisco, California.

                                             /s/ Deanna Micros (xxx-xx-5693)
                                             DEANNA MICROS