**WILCOXEN CALLAHAM, LLP**
DREW M. WIDDERS, SBN 245439
dwidders@wilcoxenlaw.com
2114 K Street
Sacramento, CA 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorney for Claimants
Michael and Agnes Siedentopf and
Evangeline and Arnold Constantino

UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br>_____<br><br>[] Affects PG&E Corporation<br>[] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All paper shall be filed in the Lead Case, No. 19-20088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**NOTICE OF HEARING PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO JOIN REAL PARTY IN INTEREST FOR CLAIM PREVIOUSLY FILED; OR, IN THE ALTERNATIVE, TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)**<br><br>Date: January 27, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Telephonic/Video Appearances Only<br>United States Bankruptcy Court<br>Courtroom 17,<br>450 Golden Gate Ave., 16th Floor<br>San Francisco, CA<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: January 20, 2021 |

1   **PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider the Motion
2   Pursuant to Fed. R. Bankr. Proc. 7015 and 7017 to Join Real Party in Interest for Claim
3   Previously Filed; Or, in the Alternative, to Enlarge Time to File Proof of Claim Pursuant to
4   Fed. R. Bankr. Proc. 9006(b)(1) ("Motion"), on January 27, 2021 (Pacific Time) via video
5   conferencing or telephone.

6   All interested parties should consult the Bankruptcy Court's website at
7   www.canb.uscourts.gov for information about court operations during the COVID-19
8   pandemic. The Bankruptcy Court's website provides information regarding how to arrange a
9   telephonic or video appearance. If you have any questions regarding how to appear at a court
10  hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live
11  Chat feature on the Bankruptcy Court's website.

12  **PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Motion is
13  January 20, 2021.

14  **PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be viewed and
15  obtained: (1) by accessing the Court's website at http://www.canb.uscourts.gov, (2) by
16  contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA
17  94102, or (3) from the Debtor's notice and claims agent, Prime Clerk LLC, at
18  http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for
19  U.S.-based parties; or 1 (929) 333-8977 for international parties or by email at:
20  pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the
21  Bankruptcy Court's website.

22  Dated: December 15, 2020.                      WILCOXEN CALLAHAM, LLP

24                                                  By: /s/ Drew M. Widders
                                                        DREW M. WIDDERS
25                                                  Attorneys for Plaintiff