# Notice Recipients

| District/Off: 0971–3 | User: dchambers | Date Created: 12/17/2020 |
|---|---|---|
| Case: 19–30088 | Form ID: TRANSC | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty    Dara Levinson Silveira    dsilveira@kbkllp.com
aty    Michael S. Etkin    metkin@lowenstein.com

    TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty    Jessica Liou    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
aty    Stephen Karotkin    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
aty    Thomas A. Dubbs    Labaton Sucharow LLP    140 Broadway    New York, NY 10005

    TOTAL: 3