**Entered on Docket**
**December 16, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: December 16, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

SCOTT H. MCNUTT (CSBN 104696)
324 Warren Road
San Mateo, CA 94402
Tel: 415 760 5601
E-mail: smcnutt@ml-sf.com
*Counsel to the Fee Examiner*

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING FOURTH INTERIM AND FINAL FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR (I) THE INTERIM PERIOD FEBRUARY 1, 2020 THROUGH AND INCLUDING JULY 1, 2020, AND (II) THE FINAL COMPENSATION PERIOD JANUARY 29, 2019 THROUGH AND INCLUDING JULY 1, 2020**<br><br>Re: Docket Nos. 8898, 9596 and 9800 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Upon consideration of the *Fourth Interim and Final Fee Application of Weil, Gotshal & Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for (i) the Interim Period February 1, 2020 Through and Including July 1, 2020 and (ii) the Final Compensation Period January 29, 2019 Through and Including July 1, 2020* [Docket No. 8898] dated August 28, 2020 (the "**Final Application**"), for (i) interim allowance of compensation for professional services performed by Weil, Gotshal & Manges LLP ("**Weil**" or the "**Applicant**") and for reimbursement of its actual and necessary expenses incurred for the period February 1, 2020 through and including July 1, 2020, and (ii) final allowance of compensation for professional services performed by Weil and for reimbursement of its actual and necessary expenses incurred for the period commencing January 29, 2019 through and including July 1, 2020 (the "**Final Compensation Period**");[1] and this Court having jurisdiction to consider the Final Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.)*, and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; and consideration of the Final Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Final Application having been provided in accordance with the procedures set forth in the Interim Compensation Order (as modified by the Order appointing the Fee Examiner [Docket No. 2267]), the *Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures* [Docket No. 5168]; the *Second Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures* [Docket No. 5572] and the *Order Setting Deadline for Filing Final Fee Applications and Setting Procedures for Hearings* [Docket No. 9202], and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and no objections or responses to the Final Application or the Notice of Hearing (as defined below) having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Final Application resulting from the compromise between Weil and the Fee Examiner as set forth in that certain *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and*

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Final Application.

*Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (2nd Set)* [Docket No. 9596] dated November 23, 2020 (the "**Notice of Hearing**"); and the Objection Deadline set forth in the Notice of Hearing having passed; and good and sufficient cause having been shown therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Final Application is granted on a final basis as provided herein.

2. Applicant is awarded final allowance of its fees and expenses for the Final Compensation Period in the aggregate amount of $52,822,619.83, consisting of $48,212,911.82 of fees and reimbursement of expenses of $4,609,708.01.

3. The Reorganized Debtors are authorized and directed to pay Applicant the amount of $6,321,572.85 (which amount represents 100% of the fees and expenses that have not yet been paid to Applicant in satisfaction of the amounts allowed in Paragraph 2 above).

4. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

APPROVED AS TO FORM AND CONTENT
Dated: December 14, 2020

/s/*Scott H. McNutt*
Scott H. McNutt
*Counsel to the Fee Examiner*

** END OF ORDER **

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119