

**Entered on Docket**
**December 16, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: December 16, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>     - and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING FOURTH INTERIM (FEBRUARY 1, 2020 THROUGH JULY 1, 2020) AND FINAL FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Re: Docket No. 8883 |

Upon consideration of the *Fourth Interim (February 1, 2020 Through July 1, 2020) and Final Fee Application of Keller & Benvenutti LLP for Allowance and Payment of Compensation and Reimbursement of Expenses* [Docket No. 8883] (the "**Application**")[1]; and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and upon consideration of the Keller Declarations submitted in support of the Application; and no objections or responses to the Application having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Application resulting from the compromise between KBK and the Fee Examiner as set forth in that certain *Notice of Hearing on Final Applications Authorizing and Allowing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (2nd Set)*, dated November 23, 2020 [Docket No. 9596] (the "**Notice**"); and the Court having issued an Order [Docket No. 9800] on December 11, 2020, allowing the Application in the reduced amounts reflected in the Amended Notice; and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Application is granted as set forth herein.

2. Following the $30,000 adjustment negotiated with the Fee Examiner, KBK is awarded an interim allowance of its fees and expenses for the Fourth Interim Period in the total amount of $950,018.88, consisting of $884,375 of compensation for professional service rendered and $65,643.88 of actual and necessary expenses incurred during the Fourth Interim Fee Period.

3. Following the $112,500 adjustment negotiated with the Fee Examiner, KBK is awarded a final allowance of its fees and expenses for the Final Fee Period in the total amount of $3,524,767.81, consisting of $3,329,085 of compensation for professional services rendered and $195,682.81 of actual and necessary expenses incurred during the Final Fee Period.

4. The Reorganized Debtors are authorized and directed to pay KBK $152,875, representing the difference between the amounts allowed in paragraph 3 above and amounts previously paid by the Debtors pursuant to the Interim Compensation Order.

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Application.

5. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

Approved as to form and content:

/s/ Scott H. McNutt
Scott H. McNutt

*Counsel to the Fee Examiner*

** END OF ORDER **