

Signed and Filed: December 16, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

GREGG M. FICKS
(State Bar No. 148093)
COBLENTZ PATCH
DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-gmf@cpdb.com

*Special Counsel to Debtors
and Debtors in Possession*

SCOTT H. McNUTT
(CSBN 104696)
324 Warren Road
San Mateo, CA 94402
Tel: 415 760 5601
E-mail: smcnutt@ml-sf.com

*Counsel to the Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO DIVISION**<br>In re:<br><br>**PG&E CORPORATION**,<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>               **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING THIRD INTERIM AND FINAL FEE APPLICATION OF COBLENTZ, PATCH, DUFFY & BASS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (FEBRUARY 1, 2020 THROUGH JULY 1, 2020; JANUARY 29, 2019 THROUGH JULY 1, 2020)**<br><br>[Re: Docket Nos. 8940, 8941, 9596, 9800] |

Upon consideration of the *Third Interim and Final Fee Application of Coblentz Patch & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses*

*(February 1, 2020 through July 1, 2020; January 29, 2019 through July 1, 2020)* filed August 31, 2020 [Docket No. 8940] (the "**Application**[1]"); and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and no objections or responses to the Application having been filed; and upon consideration of the Declaration of Gregg M. Ficks submitted in support of the Application; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Application resulting from the compromise between the Coblentz and the Fee Examiner as set forth in the *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applications Based Upon Compromises with the Fee Examiner (2nd Set)* filed November 23, 2020 [Docket No. 9596] (the "**Notice**"); and the Court having issued a Docket Order on December 11, 2020 indicating it will grant the Application in the reduced amount reflected in the Notice [Docket No. 9800]; and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Application is granted as provided herein.

2. Coblentz is awarded interim allowance of its fees and expenses for the Third Interim Fee Period in the total amount of $1,007,301.10, consisting of $992,895.38 of compensation for professional services rendered during the Third Interim Fee Period, and $14,405.72 of actual and necessary expenses incurred during the Third Interim Fee Period.

3. Coblentz is awarded final allowance of its fees and expenses for the Final Fee Period in the amount of $2,758,199.09, consisting of $2,715,190.69 of actual, necessary, and reasonable fees incurred during the Final Fee Period, and reimbursement of $43,008.40 of actual, necessary, and reasonable expenses incurred during the Final Fee Period.

4. The Debtors are directed to pay $182,687.08 to Coblentz, which is the

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Application.

difference between the final allowed amounts in Paragraph 3 above (which includes the allowed amounts in Paragraph 2 above) and all amounts previously paid by the Debtors to Coblentz pursuant to the Interim Compensation Order and the previous Orders of this Court [Docket Nos. 6445 and 8666] granting Coblentz's earlier Interim Fee Applications.

5. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

**\*\*END OF ORDER\*\***