**Entered on Docket**
**December 16, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 15, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING CERTAIN CLAIMS PURSUANT TO REORGANIZED DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**<br><br>[Re: Dkt. No. 9070, 9799] |

The Court having reviewed the *Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9070] (the "**Fourteenth Omnibus Objection**")[1] and the *Reorganized Debtors' Report on Resolution of Omnibus Objections with Respect to Certain Claims* [Docket No. 9799], and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Fourteenth Omnibus Objection is SUSTAINED with respect to the following Claims:
    a. Claim No. 588 (KDTV/KABE/KUVS/KMEX/KTFF/KFTR/KFTV/KBTF Television)
    b. Claim No. 2859 (Robert K. Vogel)
    c. Claim No. 73323 (Sequoia Engineering & Design Associates)

2. Claim Nos. 588 (KDTV/KABE/KUVS/KMEX/KTFF/KFTR/KFTV/KBTF Television), 2859 (Robert K. Vogel), and 73323 (Sequoia Engineering & Design Associates) shall be disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Fourteenth Omnibus Objection.

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | KDTV/KABE/KUVS/KMEX/KTFF/KFTR/KFTV/KBTF Television |
| 3 | c/o Karen B. Pacheco<br>Szabo Associates, Inc. |
| 4 | 3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326 |
| 5 | |
| 6 | Robert K. Vogel<br>300 Paseo Tesoro |
| 7 | Walnut, CA 91789 |
| 8 | Sequoia Engineering & Design Associates |
| 9 | c/o Eli Yagor<br>575 Lennon Lane, #145 |
| 10 | Walnut Creek, CA 94598 |