

Signed and Filed: December 17, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION WITHDRAWING MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY CSAA INSURANCE EXCHANGE [DKT. NO 9140]**

The Court having considered the *Stipulation Withdrawing Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange*, dated December 15, 2020 [Dkt. No. 9818] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and CSAA Insurance Exchange ("**Movant**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The *Motion to Allow/Deem Timely Late Filing of Proof of Claim by CSAA Insurance Exchange*, dated September 25, 2020 [Dkt. No. 9140] (the "**Motion**"), is deemed withdrawn with prejudice.

3. Nothing in the Stipulation or this Order shall modify in any way the terms of the Claim Settlement Agreement, which shall in all respects govern any subject matter within the scope of the Claim Settlement Agreement, including without limitation the resolution of the Motion and of the Parties' dispute concerning the Proof of Claim

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Approved.

Dated: December 15, 2020

JANG & ASSOCIATES, LLP

/s/ *Stephanie Yee*
Stephanie Yee, Esq.
   *Attorneys for CSAA Insurance Exchange*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.