| | |
|---|---|
| 1 | Robert A. Julian (SBN 88469) |
| | Cecily A. Dumas (SBN 111449) |
| 2 | BAKER & HOSTETLER LLP |
| | 600 Montgomery Street, Suite 3100 |
| 3 | San Francisco, CA 94111 |
| | Telephone:   415-659-2600 |
| 4 | Facsimile:   415-659-2601 |
| | Email: rjulian@bakerlaw.com |
| 5 | Email: cdumas@bakerlaw.com |

Signed and Filed: December 16, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.442.8875
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                      **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING FIFTH INTERIM AND FINAL APPLICATION OF BAKER & HOSTETLER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR: (1) THE INTERIM PERIOD JUNE 1, 2020 THROUGH JULY 1, 2020 AND (2) THE FINAL PERIOD FEBRUARY 15, 2019 THROUGH JULY 1, 2020**<br><br>[Relates to Dkt. No.: 8895, 9596] |

Upon consideration of the *Fifth Interim and Final Application of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for: (1) the Interim Period June 1, 2020 through July 1, 2020 and (2) the Final Period February 15, 2019 through July 1, 2020* (the "**Final Fee Period**") [Docket No. 8895] (the **"Final Application"** [1]); and this Court having jurisdiction to consider the Final Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Final Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and no objections or responses to the Final Application having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Final Application resulting from the compromise between Baker & Hostetler LLP (the "**Applicant**)" and the Fee Examiner as set forth in the certain *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (2nd Set),* filed on November 23, 2020 [Docket No. 9596], (the "**Notice of Hearing**") of which **Exhibit A** is attached hereto; and the Court having issued an Order on December 11, 2020 [Docket No. 9800] approving the compromise set forth in the Notice of Hearing; and good and sufficient cause having been shown therefor,

**IT IS HEREBY ORDERED:**

1. The Final Application is granted on a final basis as provided herein.

2. Applicant is awarded final allowance of fees and expenses for the Final Fee Period in the amount of $57,919,065.14, consisting of $50,227,172.83 in fees and reimbursement of $7,691,892.31 of actual necessary expenses incurred during the Final Fee Period.

3. The Reorganized Debtors are directed to pay Applicant $626,629.28 (which is the difference between the amount allowed in paragraph 2 above and any amounts previously paid by the Debtors or Reorganized Debtors pursuant to the Interim Compensation Order).

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Final Application.

4. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

**\*\*\* END ORDER \*\*\***

Approved by:

*/s/ Scott H. McNutt*
Scott H. McNutt
Counsel to the Fee Examiner

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO