Eugene V. Armstrong
Principal
KPMG LLP
55 Second Street
Suite 1400
San Francisco, CA 94105
415 963 7301

*Information Technology, Risk, and Legal Support Consultants for the Reorganized Debtors and Debtors in Possession*

**Signed and Filed: December 16, 2020**

Scott H. McNutt (CSBN 104696)

_____
*Counsel to the Fee Examiner*
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO DIVISION**<br>**In re:**<br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING FOURTH INTERIM AND FINAL APPLICATION OF KPMG LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE FOURTH INTERIM PERIOD OF FEBRUARY 1, 2020 THROUGH JULY 1, 2020 AND THE FINAL PERIOD FROM JANUARY 29, 2019 THROUGH JULY 1, 2020**<br><br>Re: Docket Nos. [8921, 8922] |

Upon consideration of the *Fourth Interim and Final Fee Application of KPMG LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Fourth Interim Period of February 1, 2020 Through July 1, 2020 and the Final Period From January 29, 2019 Through July 1, 2020* (the "**Application**"); and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and upon consideration of the Armstrong Declaration (including any supplemental declarations) in support of the

Application; and any previous objections to monthly statements filed by KPMG LLP ("**KPMG**") pursuant to the Interim Compensation Order not having been renewed or pursued; and upon consideration of the compromise between KPMG (the "**Applicant**") and the Fee Examiner as set forth in that certain *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (2nd Set)* [Docket No. 9596] (collectively, the "**Hearing Notice**"); and the Court having issued an Order [Docket No. 9800] on December 11, 2020 approving the compromises and reduced amounts reflected in the Hearing Notice and the exhibits thereto; and sufficient cause having been shown therefor:

**IT IS HEREBY ORDERED:**

1. The Application is granted as provided herein. The Applicant is awarded an interim allowance of its fees and expenses for the Fourth Interim Fee Period in the total amount of $5,261,035.47, consisting of $5,178,788.31 of compensation for professional services rendered and $82,247.16 of actual and necessary expenses incurred during the Fourth Interim Fee Period.

2. The Applicant is awarded a final allowance of its fees and expenses for the Final Fee Period in the total amount of $19,030,841.39, consisting of $18,208,482.93 of compensation for professional services rendered and $822,358.46 of actual and necessary expenses incurred during the Final Fee Period.

3. The Debtors are directed to pay the Applicant $937,872.16, representing the outstanding amount not previously paid by the Debtors pursuant to the Interim Compensation Order from the amounts allowed in paragraphs 1 and 2 above.

4. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

**END OF ORDER**