Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for UTILITY TREE SERVICE, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF DAVID B. STALL IN SUPPORT OF UTILITY TREE SERVICE, LLC'S RESPONSE TO REORGANIZED DEBTORS' TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**<br><br>Date: January 27, 2021<br>Time: 10:00 a.m.<br>Place: (Telephonic Appearance Only)<br>450 Golden Gate Avenue<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Related Docket No. 9427 |

I, David B. Stall, declare:

1. I am Vice President of Utility Tree Service, LLC ("<u>UTS</u>"), a creditor in the captioned bankruptcy proceedings. The matters stated below are made and based upon my personal knowledge, except for those matters stated upon information and belief, and as to those matters I believe them to

be true. If called as a witness, I could and would competently testify to the matters set forth below.

2. The Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims (Books and Records Claims) ("<u>Objection</u>") requests that the Court disallow approximately $398,740.79 of UTS's Claim No. 8068 ("<u>Prepetition Services Claim</u>").

3. The Prepetition Services Claim, in the amount of $1,290,800.79, is based upon tree trimming services that UTS provided to debtor Pacific Gas and Electric Company.

4. An invoice summary reflecting the amount due and owing to UTS as of the petition date is attached to the Prepetition Services Claim.

5. Several months ago, UTS voluntarily produced to representatives of the Debtors copies of all invoices and other relevant documents related to the Prepetition Services Claim. UTS also communicated in good faith with the Debtors' claims representatives concerning the Prepetition Services Claim and supporting documentation.

6. UTS contacted the Debtors' claims representatives to request an explanation of why the Debtors believe the disputed portion of the Prepetition Services Claim should not be allowed.

7. To date, UTS has not received a substantive response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 16, 2020, at San Diego, California.

*/s/ David B. Stall*

DAVID B. STALL