| | |
|---|---|
| From: | CANB Emergency Filings |
| Sent: | Thursday, December 17, 2020 12:29 PM |
| To: | |
| Cc: | |
| Subject: | FW: Tyisha J Jefferson |
| Attachments: | PG&E Claim[2806].pdf |



From: tyishachilton11119@gmail.com <tyishachilton11119@gmail.com>
Sent: Thursday, December 17, 2020 11:01 AM
To: CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
Subject: Tyisha J Jefferson

**CAUTION - EXTERNAL:**

Goodmorning ,
My name is Tyisha Jefferson. On November 9th 2018 I was driving on Highway 4, a rock from a pacific Gas and Electric company struck my windshield. The vehicle's ID # 363696pc. I notified Pacific Gas and Eclectic companies claim department, due to Pacific Gas and Electric company  going into barupcy I was directed to Prime Clerk. I reached out to Prime Clerk every couple of months, It was communicated to me through Prim Clerk that my case had not yet been reviewed. I would receive letters in the mail from United States Bankruptcy Court Northern District Of California San Francisco Division and I would reach out to Prime Clerk and the represetive who received my call communicated that the letter I received at that time all PG&E costumers received. In November of 2020 I received a letter of objection from United States Bankruptcy Court Northern District Of California San Francisco Division. I was given until December 1st to respond , which I did. I called CourtCall at 1-866-582-6878 to schedule a court appearance. I was given December 15,2020 at 10am. I appeared for court with Judge Montli and wasn't called to be heard. I was confused on why and went back to my paperwork and reread and realized not only was I suppose to call CourtCall I needed to summit a written response aswell.  I hope that my case can still be heard do to the damage caused by Pacific Gas and Electric company. In this email I will be summiting my original claim form to PG&E as well as my estimation from Acura dealership. I will also give you my claim number and case number. I can be contacted through this email as well as by phone 415-685-9377.

Thanks,
Tyisha J Jefferson

Case number- 19-30088
Claim number- 599

Sent from Mail for Windows 10

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.