# CLAIM FORM

**Pacific Gas and Electric Company**

Mail To:
PG&E Law - Claims Dept.
1850 Gateway Blvd. 6th Floor
Concord, CA 94520 -OR-
Email to: LawClaims@pge.com -OR-
Fax to: 925-459-7326
Helpline phone: 415-973-4548

62-1444
Rev 2/2011

**PLEASE PRINT**

Mr./ Mrs./ Ms./ Dr.

| Last Name | First Name | Spouse's Name | Work Telephone | Home Telephone |
|---|---|---|---|---|
| Jefferson | Tyisha | | ( ) | (415) 685-9377 |

| Business name (if claim is for business) | PG&E Account Number |
|---|---|
| | |

| Mailing Address - Street | Apt. Number |
|---|---|
| 1375 Quail Valley | |

| City | State | Zip Code | Email Address |
|---|---|---|---|
| Oakley | CA | 94561 | tyishachilton1119@gmail.com |

| Date of Incident | Time | AM/PM | Location of Incident (check if same as mailing address ☐) |
|---|---|---|---|

**Description of Incident**

I was driving on highway 4 and a Rock flew off a PG&E owned vehicle. the ID number on the Vehicle 3103696PC on 11/9/2018

PROPERTY DAMAGE: Attach repair estimates, invoices, proof of purchase, or supporting documents. (Do Not Send Originals).
FOOD SPOILAGE: Include a separate itemized list of each item of food spoiled and documentation of cost.
NOTE: Under California damages law you are entitled to reimbursement for the lesser of fair market value or the cost to repair your damaged property. We use the replacement cost of the item and depreciate that amount to arrive at the fair market value. You may consider consulting with your insurance carrier.

| Item Description | Make/Brand | Model: Name/Number/Size | Age | Amount Claimed |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **Total Amount Claimed** | $1234.21 |

Were you injured? ☐ Yes ☒ No If yes, please describe:

Other Losses (lost wages, lost revenue, medical expenses, etc.) Use Additional paper if necessary

Witnesses: Name, Address, and Telephone ☐ PG&E Employee ☐ Other

I understand that Pacific Gas and Electric Company will review all documentation in support of this claim. I certify that the foregoing is true and correct.

Prepared By

Relationship to Claimant: Self

Signature: Tyisha Jefferson
Date: 1-30-2019

Case: 19-30088    Doc# 9836-1    Filed: 12/17/20    Entered: 12/17/20 13:49:01    Page 1 of 3



0301GPQ57827

"Champions of Dealer Excellence"
Acura of Concord, winner of Acura's highest
award for client satisfaction
"Precision Team-Dealership of Distinction"
for 12 years!

| CUST. NO. | TAX EXEMPT NUMBER | CUST. P. O. NO. | SHIP VIA | PAY | SOLD BY | INVOICE DATE | INVOICE |
|---|---|---|---|---|---|---|---|
| 129502 | | 2006 RL | | PENDING | MICHAEL | 01/30/19 | PQ57827 ACR |
| | 415-685-9377 | | | | | | |

BILL TO: TYISHA JEFFERSON
.
, CA

SHIP TO: JH4KB16506C000789
LABOR $ 175.00
SPEC ORDER

| QUANTITY | | PART NUMBER / DESCRIPTION | | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| SHIP | B.O. | | | | | | |
| 1 | 0 | 73150-SJA-003 | MLDG, FR. WINDS | ZSPO | 50.70 | 50.70 | 50.70 |
| | | LABOR $175.00 | | | | | |
| 4 | 0 | 91573-SJA-305 | CLIP A, FR. | D43B | 12.14 | 12.14 | 48.56 |
| 4 | 0 | 91574-SJA-305 | CLIP B, FR. | D43B | 14.00 | 14.00 | 56.00 |
| 1 | 0 | 73111-SJA-A01 | GLASS SET, FR. | ZSPO | 979.65 | 979.65 | 979.65 |

NO RETURNED GOODS ACCEPTED WITHOUT COPY OF THIS INVOICE. A 20% HANDLING CHARGE WILL BE MADE ON ALL GOODS RETURNED.
NO RETURNED GOODS ACCEPTED AFTER 10 DAYS.
TERMS: NET 10 PROX.-NO DISCOUNT
ALL PRICES SUBJECT TO CHANGE WITHOUT NOTICE
NO GOODS RETURNABLE WITHOUT PRIOR AUTHORIZATION
NO RETURNS ON ELECTRICAL ITEMS OR SPECIAL ORDERS.

"SIGNATURE ACKNOWLEDGES RECEIPT OF PARTS AS INVOICED, AND ALL ITEMS RECEIVED FREE OF PHYSICAL DAMAGE."

RCVD. BY X _____

| | |
|---|---|
| SUBTOTAL | 1134.91 |
| RESTOCK CHARGE | 0.00 |
| TAX | 99.30 |
| FREIGHT | 0.00 |
| PAY THIS AMOUNT | 1234.21 |

13:55:00   CUSTOMER COPY   ** PRICE QUOTE **   NET524   PAGE 1 OF 1

**Search Names**

Search Criteria:
- Last Name:
- Company:
- Phone#: 4156859377
- Email:
- VIN:
- First Name:
- Address:
- State:
- City:
- Stock#:
- Name ID:
- Name Type:
- Zip Code:

**Results Found - 1**

| Name ID | Name | Other Name | Address | City | St | Phone |
|---|---|---|---|---|---|---|
| 129502 | TYISHA JEFFERSON | | | | C.. | (H) (415) 685-9377 |

JH4KB16506C000789.

Details:
- Name ID: 129502
- Name: TYISHA JEFFERSON
- Name Type: SXXVXX
- Contact: (H) (415) 685-9377
- Vehicle: 2006 ACURA 3.5RL

Tyisha Chilton 11119 (a)

@-mail