**Entered on Docket**
**December 18, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

  - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

               **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (INCORRECT DEBTOR CLAIMS)**

[Re: Dkt. No. 9430, 9801]

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Twenty-Ninth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9430] (the "**Twenty-Ninth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Westside Solar, LLC | 30977 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to March 10, 2021. If the objection cannot be resolved, it will |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | be continued to March 24, 2021 at 10:00 a.m. |
| Informal | NextEra Energy Montezuma II Wind, LLC | 31019 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to March 10, 2021. If the objection cannot be resolved, it will be continued to March 24, 2021 at 10:00 a.m. |
| Informal | Siemens Industry, Inc. | 64021 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| Informal | Siemens Industry, Inc. | 60598 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |

2. The Claims listed in the column headed "Claims/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Advanced Power Systems P. Box 1706 Novato, CA 94948-1706 | | 19744 | PG&E Corporation | 10/10/2019 | $0.00 | $0.00 | $0.00 | $5,012.00 | $5,012.00 | Other Satisfied |
| Ambius Joseph Kraynak 1125 Berkshire Blvd Suite 150 Wyomissing, PA 19610 | | 3928 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $2,337.78 | $2,337.78 | Other Satisfied |
| Ambius Joseph Kraynak 1125 Berkshire Blvd Suite 150 Wyomissing, PA 19610 | | 3932 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $1,451.04 | $1,451.04 | Other Satisfied |
| Ambius Joseph Kraynak 1125 Berkshire Blvd Suite 150 Wyomissing, PA 19610 | | 4149 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $1,345.14 | $1,345.14 | Other Satisfied |
| Ambius Joseph Kraynak 1125 Berkshire Blvd Suite 150 Wyomissing, PA 19610 | | 7263 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $3,988.74 | $3,988.74 | Other Satisfied |
| American Chiller Service Inc PO Box 1887 Rancho Cordova, CA 95741-1887 | | 9927 | Pacific Gas and Electric Company | 9/26/2019 | $0.00 | $0.00 | $0.00 | $33,381.23 | $33,381.23 | Other Satisfied |
| Andrea Vollersen Designs 278 Sussex Place Carson City, NV 89703 | | 9559 | Pacific Gas and Electric Company | 9/20/2019 | $0.00 | $0.00 | $8,380.91 | $0.00 | $8,380.91 | Other Satisfied |
| Aspiration Solar G LLP c/o Stoel Rives LLP Attn: Andrew H. Morton 600 University Street, Suite 3600 Seattle, WA 98101 | | 65098 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $15,785.76 | $15,785.76 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Avangrid Renewables, LLC Stoel Rives LLP Attn: Jennifer McCullum 600 University Street Suite 3600 Seattle, WA 98101 | | 104761 | Pacific Gas and Electric Company | 5/15/2020 | $0.00 | $0.00 | $0.00 | $117,484.48 | $117,484.48 | Cure Payments |
| Backflow Prevention Specialists, Inc. 1141 Elko Drive Sunnyvale, CA 94089 | | 10288 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $3,009.54 | $3,009.54 | Other Satisfied |
| Bayshore Solar C, LLP Andrew H. Morton Stoel Rives LLP 600 University Street, Suite 3600 Seattle, WA 98101 | | 60519 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $36,074.98 | $36,074.98 | Cure Payments |
| BROWER MECHANICAL, INC. 4160 ALVIS COURT ROCKLIN, CA 95677 | | 16768 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $412.00 | $412.00 | Other Satisfied |
| BROWER MECHANICAL, INC. 4160 ALVIS COURT ROCKLIN, CA 95677 | | 16750 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $666.40 | $666.40 | Other Satisfied |
| BROWER MECHANICAL, INC. 4160 ALVIS COURT ROCKLIN, CA 95677 | | 16487 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $7,992.00 | $7,992.00 | Other Satisfied |
| BROWER MECHANICAL, INC. 4160 Alvis Court Rocklin, CA 95677 | | 16726 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $850.25 | $850.25 | Other Satisfied |
| CALIFORNIA CENTER FOR 9325 SKY PARK CT STE 100 SAN DIEGO, CA 92123 | | 1033094 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $44,802.78 | $44,802.78 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA WASTE RECOVERY SYSTEMS 1 ENTERPRISE COURT STE GALT, CA 95632 | VonWin Capital Management, LP Attn: General Counsel 261 Fifth Avenue, 22nd Floor New York, NY 10016 100% | 1034130 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,794.36 | $1,794.36 | Other Satisfied |
| Capital Building Maintenance Group LLC 45 North Canal Street, Suite 16 South San Francisco, CA 94080 | | 8621 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $0.00 | $11,013.35 | $11,013.35 | Other Satisfied |
| Caylon's Fire Extinguisher Sales SVC, Inc. PO Box 4548 Salinas, CA 93912-4548 | | 19570 | Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $206.65 | $206.65 | Other Satisfied |
| Caylon's Fire Extinguisher Sales SVC, Inc. PO Box 4548 Salinas, CA 93912-4548 | | 19561 | PG&E Corporation | 10/8/2019 | $0.00 | $0.00 | $0.00 | $272.53 | $272.53 | Other Satisfied |
| Cempion Hardware, Inc 3703 Pegasus Dr Bakersfield, CA 93308-6841 | | 10565 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $726.31 | $726.31 | Other Satisfied |
| CITY OF BAKERSFIELD 1601 TRUXTON AVENUE BAKERSFIELD, CA 93301 | | 897998 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,977.84 | $3,977.84 | Other Satisfied |
| Clark, Matthew Gabriel 55 Chestnut Ave. Long Beach, CA 90802 | | 8171 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $22,000.00 | $22,000.00 | Beneficial Bondholder Claims |
| CRANBROOK REALTY INVESTMENT FUND LP | | 1035146 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $18.51 | $18.51 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dr Zesto (new asignee for Dr. Withdrow) | | 1031273 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other Satisfied |
| Eldridge Blackspring Ridge I Wind Project Limited Partnership c/o EDF Renewables Development Inc. Attn: Robin Boyeaux 1010 Gauchetiere West, Ste 2000 Montreal, QC H3B 2N2 | | 64942 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $1,229,745.90 | $1,229,745.90 | Cure Payments |
| FENENCIO JIMENEZ | | 1034546 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Other Satisfied |
| First Alarm 1221 Estates Drive Aptos, CA 95003-3500 | | 9285 | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $0.00 | $5,091.29 | $5,091.29 | Other Satisfied |
| GARY R MCKENZIE | | 1034087 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Other Satisfied |
| Greg Cox Electrical Enterprises 8856 Sheldon Creek Dr. Elk Grove, CA 95624 | | 20047 | Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $14,876.69 | $14,876.69 | Other Satisfied |
| INFOWAY CONSULTING, INC. 11040 NE 8TH ST SUITE 228 BELLEVUE, WA 98007 | | 6127 | PG&E Corporation | 8/11/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Beneficial Bondholder Claims |
| INTERNATIONAL FACILITY MANAGEMENT A | | 1034646 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| JACQUELINE P GREER | | 1033798 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| JENNY & JENNY LLP | | 1032754 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $570,000.00 | $570,000.00 | Other Satisfied |
| Jeries Azar/Metro Wireless,dba Jay Radio | | 1031280 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,650.51 | $3,650.51 | Other Satisfied |
| JOE L DEL BOSQUE JR | | 1034342 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| Johnson Mechanical Contractors, Inc. PO Box 1156 Walnut Grove, CA 95690 | | 3385 | Pacific Gas and Electric Company | 6/17/2019 | $0.00 | $0.00 | $0.00 | $5,667.79 | $5,667.79 | Other Satisfied |
| JPMorgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd, NCC5 Floor 01 Mail Code DE3-3127 Newark, DE 19713 | JPMorgan Chase Bank, N.A. Attn: Brian M. Ercolani 500 Stanton Christiana Rd, NCC5 Floor 01 Mail Code DE3-3127 Newark, DE 19713 100% | 88020 | Pacific Gas and Electric Company | 11/27/2019 | $0.00 | $0.00 | $0.00 | $354,038.00 | $354,038.00 | Cure Payments |
| McLean, Jeff 27205 N Kennefick Rd Acampo, CA 95220-9708 | | 6526 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $5,491.04 | $5,491.04 | Other Satisfied |
| Monticelli Painting and Decorating, Inc. 131 Regatta Blvd. Richmond, CA 94804 | | 80977 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $15,087.07 | $15,087.07 | Other Satisfied |
| NESBITT PARTNERS | | 1034365 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $995.16 | $995.16 | Other Satisfied |
| Onset Solutions 2755 Black Oak Road Auburn, CA 95602 | | 4437 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $6,674.10 | $0.00 | $6,674.10 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Pan, Alice 305 Murchison Dr Apt 9 Burlingame, CA 94010-8327 | | 9784 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |
| Perfection Sweeping Co., Inc. Ditzkus Gubner Rozansky Seror Weber LLP Tamar Terzian 21650 Oxnard St., Suite 500 Woodland Hills, CA 91367 | | 16847 | Pacific Gas and Electric Company | 10/3/2019 | $0.00 | $0.00 | $0.00 | $583,849.76 | $583,849.76 | Other Satisfied |
| PETERSEN PLUMBING SERVICES INC | | 1034809 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $315.80 | $315.80 | Other Satisfied |
| Property and Casualty Insurance Company Law Offices of Todd F. Haines 5295 Canwood St. Ste. 100 Agoura Hills, CA 91301 | | 1165 | Pacific Gas and Electric Company | 2/25/2019 | $0.00 | $0.00 | $0.00 | $5,600.00 | $5,600.00 | Other Satisfied |
| Sanchez, Fernando Calle Del Monte Sonoma, CA 95476-3978 | | 8054 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $10,783.99 | $10,783.99 | Other Satisfied |
| Sellers That Sell c/o Ivan Rivero 1069 Shary Circle, Suite B Concord, CA 94518 | | 79596 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $3,877.57 | $3,877.57 | Other Satisfied |
| SILVERADO MONTEREY VINEYARD | | 1033799 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Other Satisfied |
| Six Rivers Mechanical,Inc. P.O. Box 9077 Eureka, CA 95502 | | 96965 | PG&E Corporation | 2/14/2020 | $0.00 | $0.00 | $0.00 | $7,910.66 | $7,910.66 | Other Satisfied |
| Beny, John 30 Griffen Avenue Scarsdale, NY 10583 | | 3659 | Pacific Gas and Electric Company | 7/21/2019 | $1,200.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | Beneficial Bondholder Claims |

Case: 19-30088    Doc# 9856    Filed: 12/18/20    Entered: 12/18/20 11:38:29    Page 9 of 11

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Staples Business Advantage 7525 Rigglemen 7 Technology Circle Columbia, SC 29203 | | 91145 | PG&E Corporation | 12/16/2019 | $0.00 | $0.00 | $0.00 | $34,170.22 | $34,170.22 | Other Satisfied |
| STATE TREASURERS CONDEMNATION FUND 901 CAPITAL MALL #561 SACRAMENTO, CA 95814 | | 1032991 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $74,100.00 | $74,100.00 | Other Satisfied |
| Tony's Landscaping & Maintenance P. Box 3246 Turlock, CA 95381 | | 8626 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $23,984.51 | $23,984.51 | Other Satisfied |
| Treser, Glenn R. 27 Alta Vista Way Daly City, CA 94014 | | 7673 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Other Satisfied |
| United Services Automobile Association Law Offices of Todd F. Haines 29595 Canwood St. Ste. 100 Agoura Hills, CA 91301 | | 1217 | PG&E Corporation | 2/25/2019 | $0.00 | $0.00 | $0.00 | $8,052.37 | $8,052.37 | Other Satisfied |
| W.W. Grainger, Inc. 425 South Wright Road W4E.G-37 Janesville, WI 60714 | | 923 | Pacific Gas and Electric Company | 2/21/2019 | $0.00 | $0.00 | $0.00 | $10,086.62 | $10,086.62 | Other Satisfied |
| Water One Industries, Inc. 5410 Gateway Plaza Dr. Benicia, CA 94510 | | 9266 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $4,950.00 | $4,950.00 | Other Satisfied |
| WAYNE NAMEPLATE COMPANY P.O. BOX 1581 FAIR OAKS, CA 95628 | | 10052 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $1,141.03 | $1,141.03 | Other Satisfied |

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Western Antelope Blue Sky Ranch A LLC Stoel Rives LLP Attn: Andrew H. Morton 600 University Street Suite 3600 Seattle, WA 98101 | | 67735 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $37,852.73 | $37,852.73 | Cure Payments |
| Western Roofing Service 15002 Wicks Boulevard San Leandro, CA 94577 | | 8765 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $1,119.00 | $1,119.00 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count:61** | | | **$1,200.00** | **$0.00** | **$15,055.01** | **$3,368,441.38** | **$3,384,696.39** | |

Page 8