**Entered on Docket**
**December 18, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

   - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

   Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**[Re: Dkt. No. 9433, 9801]**

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Thirtieth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 9433] (the "**Thirtieth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proof of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Michael Magnani | 106437 | The Thirtieth Omnibus Objection is WITHDRAWN with respect to this Claim. |

2. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bates, Percy 2385 Soto Rd Apt 2 Hayward, CA 94544-1435 | | 10567 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| BEVANS, LYNN T 102 HESTER AVE SAN JOSE, CA 95126-2609 | | 87332 | PG&E Corporation | 10/30/2019 | $0.00 | $0.00 | $0.00 | $222.04 | $222.04 | Equity Interest Claims |
| Bickney, Verdie 825 N E Lilac Crt Hillsboro, OR 97124 | | 8794 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Bisina, Robert R. 135 80th street Brooklyn, NY 11209 | | 4576 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| CENTURYLINK, INC. DEFINED BENEFIT MASTER TRUST C/O CENTURYLINK INVESTMENT MANAGEMENT ATTN: COMPLIANCE 931 14TH STREET, SUITE 1200 DENVER, CO 80202-2994 | | 98605 | Pacific Gas and Electric Company | 4/7/2020 | $0.00 | $0.00 | $0.00 | $13,680,171.58 | $13,680,171.58 | Equity Interest Claims |
| CENTURYLINK, INC. DEFINED BENEFIT MASTER TRUST c/o CenturyLink Investment Management Attn: Compliance 931 14th Street, Suite 1200 Denver, CO 80202-2994 | | 98755 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $6,496,764.51 | $6,496,764.51 | Equity Interest Claims |
| Colenhan, Tammy P.O. Box 2861 Weaverville, CA 96093-2861 | | 5530 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Gee, Betsey 2876 Oregon Ave SW Bandon, OR 97411 | | 10395 | PG&E Corporation | 10/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Nicole<br>6300 West Blvd. Apt. 211<br>Los Angeles, CA 90043 | | 4068 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Davis, Thomas<br>PO Box 435<br>Grizzly Flats, CA 95636-0435 | | 8259 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Deek Crackles, Deceased<br>Courtyard Solicitors LLP<br>Highland House 165-167 The Broadway Wimbledon<br>London, SW19 1NE | | 57400 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Durham, Scott<br>125 Gisela Dr<br>American Canyon, CA 94503 | | 72004 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Espinales, Janneth<br>607 Salazar Ave<br>Bakersfield, CA 93307-5828 | | 6736 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Findyment 116 Lots, LLC<br>400 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | 9906 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Findyment 96 Lots, LLC,<br>400 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | 9936 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Flowers, Elias<br>946 Belmont Pl<br>Pittsburg, CA 94565-6112 | | 19543 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| FREEDOM PHYSICAL THERAPY INC<br>1010 ACTON HWY STE 106<br>GRANBURY, TX 76049 | | 4373 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Frontier<br>720 W Sheridan<br>Oklahoma City, OK 73102 | | 3243 | Pacific Gas and Electric Company | 6/4/2019 | $0.00 | $0.00 | $0.00 | $3,962.44 | $3,962.44 | Miscellaneous No Liability |
| Gail M. Silva, Deceased<br>903 Brown Rd<br>El Grove, CA 95624-3911 | | 6105 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Gisona, Arturo G<br>PO Box 3348<br>Freedom, CA 95019-3348 | | 6977 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Giccia, Teresa<br>637 Arcade Blvd<br>Sacramento, CA 95815-1120 | | 7262 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Gier, Margaret<br>PO Box 418<br>Pismo Beach, CA 93448-0418 | | 5004 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Goeridge, Keosha<br>2621 19th St<br>Bakersfield, CA 93301 | | 7836 | Pacific Gas and Electric Company | 8/24/2019 | $2,000.00 | $0.00 | $0.00 | $2,000.00 | $4,000.00 | Miscellaneous No Liability |
| Guelmetti, James<br>4670 Willow Rd Ste 200<br>Pleasanton, CA 94588-8588 | | 9922 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Goidroz, Susan<br>6559 Rosewood Dr<br>Magalia, CA 95954 | | 82127 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Miscellaneous No Liability |
| Goodwin, Isaiah II<br>PO BOX 2591<br>Jolli, CA 95241-2591 | | 7279 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Grdy, Billie S.<br>295 Starstone Way<br>Sacramento, CA 95823-2868 | | 30851 | Pacific Gas and Electric Company | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hargrave, Robert L 2 Folsom Rd Apt 227 Roseville, CA 95678-2747 | | 6645 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Hogan Lovells Attn: Christopher R. Bryant 390 Madison Ave New York, NY 10017 | | 8855 | Pacific Gas and Electric Company | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Holding, Heather 3750 N Fresno St Apt 131 Fresno, CA 93726-5504 | | 6853 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Hones, Andrea 12627 Eaton Ln Monte Sereno, CA 95030-2206 | | 6997 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Hoang, Kelly PO Box 24901 Oakland, CA 94623 | | 76085 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Miscellaneous No Liability |
| Horst, Melanie 166 E. Al Heiden Rd Harrison, MI 48625 | | 3992 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $118.68 | $0.00 | $118.68 | Miscellaneous No Liability |
| Hussein, Khaled PO Box 1225 Chilton City, CA 95951-1225 | | 4694 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Ibarra, Manuel 1415 N Willamette Dr Post Falls, ID 83854-6376 | | 4493 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| ICS Transit Village Property Owner, LLC C/O OWNER, LLC ATTN: ROSS WAY 655 BREA CANYON ROAD WALNUT, CA 91789 | | 64147 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Integral Analytics, Inc Attn: Kevin Sanders Wall Street Plaza 88 Pine St. #1002 New York, NY 10005 | | 19872 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Jones, Cheryl 300 27th Ave Apt 35 Oakland, CA 94601-1698 | | 8572 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Jones, Twila 1198 W 41 St San Bernardino, CA 92407 | | 1619 | PG&E Corporation | 3/10/2019 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | Miscellaneous No Liability |
| Kaiser Permanente Insurance Company Plas and Medical Claims Account Attn: Marco Hernandez 300 Lakeside Dr 26th Fl Oakland, CA 94612 | | 19536 | Pacific Gas and Electric Company | 10/10/2019 | $2,600,000.00 | $0.00 | $0.00 | $0.00 | $2,600,000.00 | Miscellaneous No Liability |
| Kaiser Permanente Insurance Company Plas and Medical Claims Account Attn: Marco Hernandez Oakland, CA 94612 | | 8932 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Keenmane, Togia 2166 Auseon Ave OAKLAND, CA 94605 | | 5705 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $2,736.00 | $2,736.00 | Miscellaneous No Liability |
| King, Vicki 2662 NE AULTMAN AVE Hountstown, FL 32424-1021 | | 1116 | PG&E Corporation | 2/26/2019 | $0.00 | $0.00 | $5,523.17 | $0.00 | $5,523.17 | Miscellaneous No Liability |
| La, Anh P.O.Box 6083 Concord, CA 94524 | | 4666 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Miscellaneous No Liability |
| Lam, Kam Mei | | 4165 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| LOMELI, ELSA 8800 KERN CANYON ROAD SPC 80 BAKERSFIELD, CA 93306-5064 | | 5238 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| MARTINEZ, GLORIA PO BOX 162971 SACRAMENTO, CA 95816-2971 | | 6560 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| MENDOZA, RACHELLE 191 PALM RIDGE LN SAN JOSE, CA 95123-2684 | | 5079 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Morris, Zandra 221 McKelvey Ave Stockton, CA 95210-1935 | | 9069 | PG&E Corporation | 9/16/2019 | $2,558.00 | $0.00 | $0.00 | $58.44 | $2,616.44 | Equity Interest Claims |
| Mosley, Christopher 3600 Data Dr # 185 Rancho Cordova, CA 95670 | | 68345 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Miscellaneous No Liability |
| Mzantutya, Bolormaa 426 Buena Vista Ave Apt 112 Alameda, CA 94501-1992 | | 9071 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Nuñez, Elaine 68 Middlefield Rd Salinas, CA 93906 | | 4013 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| PG&E HoldCo Group c/o Kramer Levin Naftalis & Frankel LLP Attention: Amy Caton 1177 Avenue of the Americas New York, NY 10036 | | 65977 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $477,137.41 | $477,137.41 | Miscellaneous No Liability |
| Vecera, Alfonso T 141 Main St Lano, CA 93215-1757 | | 6748 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rohnert Park 116 Lots, LL 4300 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9907 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Rohnert Park 116, LLC 4300 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9902 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| RP 114 Lots & LLC 4300 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9917 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| RPCP, LLC ATTENTION: ROSS KAY 655 BREA CANYON ROAD WLNUT, CA 91789 | | 64091 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Salazar, Andy 100 W Vernon Ave Apt. A Los Angeles, CA 90037 | | 577 | Pacific Gas and Electric Company | 2/19/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Miscellaneous No Liability |
| Santa Cruz, Margarita 700 Winged Foot Way Modesto, CA 95355-9628 | | 4790 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Santillan, Santiago PO Box 613 Hornbaugh, CA 93622-0613 | | 5397 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Scott, Leslie 3346 Alviso Dr Merced, CA 95348 | | 3796 | Pacific Gas and Electric Company | 7/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Shea Homes Limited Partnership Attn: Ross Kay 655 Brea Canyon Road Walnut, CA 91789 | | 64088 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

Case: 19-30088    Doc# 9357    Filed: 12/18/20    Entered: 12/18/20 11:41:18    Page 11 of 12

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Signature Properties Inc 4300 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9932 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Signature Properties, A CA 4300 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9923 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Souza, Kimberly 447 Jennys Ln Fernley, NV 89408-7587 | | 5111 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $1,650.00 | $0.00 | $1,650.00 | Miscellaneous No Liability |
| Fielder, Jaime A 712 N Harrison St Paris, AR 72855-3102 | | 8494 | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $2,641.00 | $0.00 | $2,641.00 | Miscellaneous No Liability |
| V, V 707 E Street Santa Rosa, CA 95404 | | 81080 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Verdugo, Lena 2109 Shalda Ct Bakersfield, CA 93305-3152 | | 5021 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Veggis, Tyrone 929 Broadway Ave #B Atwater, CA 95301 | | 4182 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Miscellaneous No Liability |
| WILLDAN Energy Solutions Kevin Sanders Wall St. Plaza, 88 Pine St. #1002 New York, NY 10005 | | 19893 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Williams, Elmer 4729 Beloit Avenue Culver City, CA 90230 | | 3868 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Youts, Samantha Kathryn 2436 Dana street Berkeley, CA 94704 | | 72152 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Youts, Samantha Kathryn 2436 Dana Street Berkeley, CA 94704 | | 80855 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Claims To Be Expunged Totals | | Count:74 | | | $2,609,558.00 | $0.00 | $19,932.85 | $20,693,852.42 | $23,323,343.27 | |