

Signed and Filed: December 18, 2020

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS (CUSTOMER NO LIABILITY CLAIMS)**<br><br>**[Re: Dkt. No. 9439, 9801]** |

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Thirty-Second Omnibus Objection to Claims (Customer No Liability Claims)* [Docket No. 9439] (the "**Thirty-Second Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aarti Dhillon and Kulwant S 2195 N Sycamore Ave Reno, CA 93723-4002 | | 7024 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Abdullah, Malek Mahood 1724 S Orange Ave Reno, CA 93702-4255 | | 6656 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aceves, Belen 1333 4TH ST Sanger, CA 93657-4205 | | 4095 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Adams, Raven 322 17th St Apt A Bakersfield, CA 93301-4919 | | 7172 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 | Customer No Liability Claims |
| Aguada, Wilson 548 Dover Dr Lodi, CA 95242-3813 | | 5141 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aguermalde, Jimmy 82 Claudia Aguerralde 412 N 1st Ave Petnal, CA 93204-1001 | | 6091 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aguirre, Maria 2039 Mich Bluff Dr San Jose, CA 95131-2834 | | 6861 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $1,743.00 | $0.00 | $1,743.00 | Customer No Liability Claims |
| Aguirre, Maria PO Box 124 Jamul, CA 93235-0124 | | 87303 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ahsan, Mohammad 2557 Mesa Mohammad Coronation Dr Union City, CA 94587-1801 | | 7390 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Achavan, Rokai<br>300 Madison Ave Apt 5<br>North Highlands, CA 95660-5058 | | 6937 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alavos, Ramon<br>13 Mulberry Ln<br>Elier, CA 93648-2450 | | 7479 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Abazi, Janet<br>18 Almer Rd Apt 8<br>Burlingame, CA 94010-3935 | | 6617 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ajala, Idalia<br>823 Don Pedro Rd SPC 21<br>Cres, CA 95307-4184 | | 6891 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ajala, Monica<br>320 72nd Ave Apt 2<br>Oakland, CA 94605-2571 | | 6219 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Ajannu, Tadesse<br>3 Cove Ct<br>San Leandro, CA 94578-4625 | | 7086 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Customer No Liability Claims |
| Alexander, Demarcus<br>642 Brann St<br>Oakland, CA 94605-2015 | | 7273 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ALLEN, BETTY JEAN<br>2260 HINKLEY AVE<br>RICHMOND, CA 94804-4035 | | 5077 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Allen, Debra<br>144 Bissett Way<br>Sacramento, CA 95835-1614 | | 6878 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Allen, Ronald<br>675 Comfrey Pl<br>Santa Rosa, CA 95405-7969 | | 6559 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alonso, Valentina 75225 Verba Santa Dr. Apt. 18 Palm Desert, CA 92260 | | 7513 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alshaebi, Nashwan PO Box 1225 Hamilton City, CA 95951-1225 | | 4696 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Altham, Fisal & Efreh 4955 E. Edina Ave Fresno, CA 93725-1653 | | 7267 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Customer No Liability Claims |
| Altucer, Barbara 6124 Watt Ave Apt 16 Sacramento, CA 95821-3530 | | 5200 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alvarado, Herman 2520 Haddon Ave Modesto, CA 95354-3227 | | 5479 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alvarez, Martha 810 S 19th Ave Apt 3A Lemoore, CA 93245-3499 | | 4910 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $1,000.80 | $0.00 | $1,000.80 | Customer No Liability Claims |
| Alvarez, Nicole 9734 Snowy Springs Cir Elk Grove, CA 95758-1319 | | 6092 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alvarez, Refugio Refugio Garcia Estrada 1517 Essex Ave Gridley, CA 95948-9414 | | 5985 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ambriz, Leticia PO Box 842 Williams, CA 95987-0842 | | 5008 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| American Federation of Teachers - AFT Local 2121, 1 Miramar Ave, San Francisco, CA 94112-1210 | | 6301 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zuni, Mohsen, 1422 S San Tomas Aquino Rd Apt #, Campbell, CA 95008-4431 | | 4908 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zittoni, Nafisa, 63 Meritage Cmn Unit 205, Livermore, CA 94551-7486 | | 6078 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ANDERSON, ELAINA, 1234 HEMLOCK ST APT 217, SACRAMENTO, CA 95841-2737 | | 5711 | PG&E Corporation | 8/6/2019 | $248.50 | $0.00 | $5,463.00 | $248.50 | $5,960.00 | Customer No Liability Claims |
| Anderson, Mila, 821 Shearwater Way, Gilley, CA 94561-3088 | | 4234 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Andrade, Julia, 504 California Spring Dr, Bakersfield, CA 93313-5135 | | 5032 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Andrei, Dumitru, 129 Palmer House Dr, Sacramento, CA 95828-3409 | | 5110 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ane, Stormy, 2209 Knoll Ln, Redding, CA 96003-0840 | | 4979 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Anis, Alicia, 726 N 6th ST Apt 107, Patterson, CA 95363-2157 | | 5073 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Arsberry, Paul F 323 San Pedro St Salinas, CA 93901 | | 5407 | PG&E Corporation | 8/1/2019 | | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Appleby, Francine 1123 Pine St Apt B Eureka, CA 95501-2291 | | 4528 | PG&E Corporation | 8/1/2019 | | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arambula, Victor 164 E Iowa Ave Fresno, CA 93702-2031 | | 6701 | PG&E Corporation | 8/13/2019 | | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arana, Candy 238 Shelby Creek Ct Stockton, CA 95206-4619 | | 6835 | PG&E Corporation | 8/13/2019 | | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arana, Perlita 375 Peco St Apt 2 Union City, CA 94587-5267 | | 5962 | PG&E Corporation | 8/8/2019 | | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arabuleta, Violetta 3866 Royal Palm Dr Fremont, CA 94538 | | 4252 | PG&E Corporation | 8/2/2019 | | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arellano, Judith 2911 Arellano 2332 E Revere Rd Fresno, CA 93720-4650 | | 7020 | PG&E Corporation | 8/14/2019 | | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Armstrong, Khiara PO Box 524 Rancho Cordova, CA 95741-0524 | | 5991 | PG&E Corporation | 8/8/2019 | | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arrington, Ernestine 127 Xandria Dr Sacramento, CA 95838-2768 | | 5437 | Pacific Gas and Electric Company | 8/7/2019 | | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aviso, Tommy T Santana Torres 3305 Mayfair Dr S Fresno, CA 93703-3112 | | 4928 | PG&E Corporation | 8/1/2019 | | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Arzola, Pedro 315 E McHenry Ave Apt B Santa Maria, CA 93454-3100 | | 5312 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ashby, Rochelle R Joyce 121 16th St Apt B Richmond, CA 94801-2880 | | 6318 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Asuani, Yashna 1 Arundel Dr Hayward, CA 94542-7903 | | 6436 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $45,000.00 | $0.00 | $45,000.00 | Customer No Liability Claims |
| Azue, Tharake 3905 Lemon Grove Ave Los Angeles, CA 90038-3103 | | 6079 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ayan, Grigory 301 Bogdan Ct Sacramento, CA 95827-1147 | | 6095 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Attaway, Kasaundra Monika 2477 85th Ave Oakland, CA 94605-3904 | | 5225 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $459.00 | $0.00 | $459.00 | Customer No Liability Claims |
| Aij, Haleh 3485 Woodard Rd Apt 126 San Jose, CA 95124-2661 | | 6049 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Avilez, Edwardo & Consuelo 1170 E Market St Ste C Salinas, CA 93905-2774 | | 7392 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Baca, Lydia 808 17th St Sacramento, CA 95818-2332 | | 7373 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Baprol, Juana T 740 24th Ave San Francisco, CA 94121-3712 | | 5069 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Baker, Shiela<br>PO Box 177<br>Covina, CA 93933-0177 | | 6908 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Baldwin, Annette M<br>12 Sequoia st<br>Salinas, CA 93906-3317 | | 5353 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ball, Jack M<br>556 3rd St<br>Colusa, CA 95932-3187 | | 6549 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ballard, Shirnicia<br>701 S 26th St<br>Richmond, CA 94804 | | 4794 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| Baragel, Matthew K<br>2293 Newcastle Ave<br>Cardiff By The Sea, CA 92007-2118 | | 6321 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Barbentian, Rolando<br>262 Bluestone Ct<br>San Jose, CA 95122-1137 | | 5167 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Baroldi, Joann<br>681 N Polk Ave Apt 156<br>Reno, CA 93722-5341 | | 4955 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Barrios, Daniel<br>14265 Bancroft Ave Apt 20<br>San Leandro, CA 94578-2759 | | 6198 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bartucci, Marc<br>955 S G St<br>Fresno, CA 93721-3435 | | 4964 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bastan, Manouchehr<br>1101 Mission Ridge Ct<br>Orlando, FL 32835-5755 | | 4922 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jones, Dale 1141 Latimer Ave San Jose, CA 95130-1036 | | 6533 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Battle, Tony 100 Coffee Rd Apt C3 Modesto, CA 95355-1748 | | 4449 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $10.00 | $10.00 | Customer No Liability Claims |
| Baumgartner, Larry Cindy Leung 375 Euclid Ave Apt 316 San Francisco, CA 94118-2750 | | 7045 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bazon, Edmundo 487 Twin River Way Sacramento, CA 95831-2553 | | 4248 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Benson, Porter 22 Clearwood St Pittsburg, CA 94565-7313 | | 6223 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bazan, Cynthia Daniel A Bazan 2509 Shalda Ct Bakersfield, CA 93305-3152 | | 6976 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Becerril, Raudel PO Box 30961 Stockton, CA 95213-0961 | | 6840 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $1,440.00 | $0.00 | $1,440.00 | Customer No Liability Claims |
| Beckwith, Robert N 3427 Road 104 Delano, CA 93618-9531 | | 6319 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bell, Jeaneen 2101 Keith Way Sacramento, CA 95825-0128 | | 5999 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Belpocena, Joselito 3846 Clay Bank Rd Fairfield, CA 94533-6654 | | 5016 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Stroud, Delia C<br>2 Depot St Apt B<br>Cross Valley, CA 95945-6822 | | 5187 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 | Customer No Liability Claims |
| Bennett, Robbie<br>733 N Abby St Apt 203<br>Fresno, CA 93726-5404 | | 4184 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Burnett, Sherry<br>855 Capital Dr<br>Ceres, CA 95307-1612 | | 5194 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Leonard, Dewanda<br>Harris Cir<br>Bay Point, CA 94565-3575 | | 6463 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gray, Luther<br>Almanza Dr<br>Oakland, CA 94603-3507 | | 5334 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gangwan, Jai<br>962 Pine Creek Dr<br>San Jose, CA 95132-2036 | | 6439 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rigers, Pauline L<br>Lincoln Ave<br>Bakersfield, CA 93308-3368 | | 5532 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $2,100.00 | $0.00 | $2,100.00 | Customer No Liability Claims |
| Billingsley, Delano<br>116 SACRAMENTO ST<br>VALLEJO, CA 94590-3126 | | 4118 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| BLACKBURN, MICHAEL<br>KRISTIE BLACKBURN 15060<br>WOODSIDE DR<br>CLEARLAKE, CA 95422-7934 | | 4563 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Blackmon, Stephanie<br>125 Jones St<br>Bakersfield, CA 93309-2008 | | 7380 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

**Thirty-Second Omnibus Objection**

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wise, Mackenzy 1490 E Atwood Ave Reno, CA 93727-8838 | | 7235 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Blakley, Darlene 2 20th Century Blvd SPC B4 Chock, CA 95580-2331 | | 4342 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Scardo, Elga 77 Gettysburg Ave Clovis, CA 93611-4510 | | 5151 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| EDDIE, MARY JANE 882 KIRKHAM ST SAN FRANCISCO, CA 94122-327 | | 5454 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Serabino, Guillermo 1 Minnesota Ave Apt D Fort Bragg, CA 95437-5039 | | 6259 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| OKER, THELMA 5 GRATTAN ST SAN FRANCISCO, CA 94117-4209 | | 5107 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sedenave, Britney 3701 Norris Rd Apt 10 Bakersfield, CA 93308-2186 | | 5236 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sargasano, Jim 4 Johnson St Windsor, CA 95492-8948 | | 6753 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Belho, Charles R 50 W Hookston Rd Apt 219 Pleasant Hill, CA 94523-4246 | | 5198 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Davie, Gregory 14 Las Dunas Ave Oakley, CA 94561-5786 | | 7023 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Boyden, Carolyn E 129 Hogan Ave Vallejo, CA 94589-1919 | | 6814 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Camonte, Hope 3508 Taft Hwy Spc 67 Bakersfield, CA 93313-9536 | | 5320 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bradshaw, John M 704 Verona Ter Davis, CA 95618-6724 | | 6046 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| CRAMER, KEITH S 72 EMORY ST SAN JOSE, CA 95126-1818 | | 4414 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Herndon, Marilyn PO Box 278311 Sacramento, CA 95827 | | 4044 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Payne, Patricia Davis 289 Pinkerton Way Galt, CA 95242-4803 | | 6378 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Janosko, Marilyn 737 California St Apt 4 Vallejo, CA 95388-9283 | | 6789 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | Customer No Liability Claims |
| Broussard, Amos J 122 S 19th St Richmond, CA 94804-2632 | | 7260 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brown, Harold 238 E San Ramon Ave Apt D Fresno, CA 93710-7139 | | 7066 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown, Larry 948 Mendonca Dr Rancho Cordova, CA 95670-4819 | | 7225 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brown, Lisa 4100 46TH ST APT 8 Sacramento, CA 95823-1283 | | 6705 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brown, Marvin 8337 Road 274 SPC 35 Bass Lake, CA 93604-9746 | | 6988 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| BROWN, SHAVONTEE 2820 E LAKE MEAD BLVD UNIT 1022 LAS VEGAS, NV 89156-1122 | | 5281 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brown, Shawnda PO Box 7053 Fremont, CA 94537-7053 | | 7012 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Buchanan, Susan 145 E Barstow Ave Apt 105 Reno, CA 93710-6144 | | 5348 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Buchanan, Arnold 417 7th St McFarland, CA 93250-1107 | | 4341 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Buckley, Candy D 13935 Rosedale Hwy Spc 149 Bakersfield, CA 93314-9685 | | 6309 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| Bui, Thao H 1730 E Capitol Expy Spc 224 San Jose, CA 95121-1822 | | 5714 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bullock, Artie Elaine 281 Haas Ave Apt 202 San Leandro, CA 94577-3705 | | 4650 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ...ch, Monica A / 302 Mason Dr / ...nert Park, CA 94928-5455 | | 4725 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Burns, Brian J / 1290 El Camino Real Apt 314 / Palo Alto, CA 94306-1725 | | 6409 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability Claims |
| ...RTON, ELAINE M / 1834 E TULARE AVE APT 209 / FRESNO, CA 93727-3067 | | 5197 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ton, Patricia / 189 Canaveral Way / North Highlands, CA 95660-3529 | | 5080 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ler, Randie / ...Campus Dr Apt 308 / Daly City, CA 94015-4928 | | 6059 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...nes, Yolanda Y / ...22 Brookwood Ln / ...lsobrante, CA 94803-3883 | | 4896 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| ...BALLERO, ROSARIO / ...1 ENTRADA DR / ...LEDAD, CA 93960-3111 | | 5359 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...bello, Catalina / ...rique Arenal 342 Primrose Dr / ...vaville, CA 95687-7666 | | 7548 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...dalzo, Eddie Delarosa / 2221 Hollywood Dr / ...kton, CA 95210-1605 | | 6404 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...aday, Catherine / 505 La Rossa Cir Bldg 9 / San Jose, CA 95125-1222 | | 6858 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Owens, Patricia<br>4102 N Cecelia Ave<br>Chino, CA 93722-4363 | | 5317 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Calangi, Claro<br>70 Susie Way Apt 2<br>South San Francisco, CA 94080-251 | | 6375 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| nahan, Latrina<br>5 PACIFIC ST #A<br>BAKERSFIELD, CA 93305-4607 | | 4899 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| leja, Monica<br>11395 E Young Ave<br>lier, CA 93648-2235 | | 5463 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| naarena, Katia R<br>720 Miller Ave<br>Gilroy, CA 95020-4914 | | 6137 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| ney, Anita<br>6 Bell Ave Apt 16<br>Sacramento, CA 95838-2276 | | 5037 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Claims |
| delaria, Jose<br>74 W G St<br>man, CA 93630-1923 | | 5127 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| denas, Judith<br>alo Cardenas 698 Brentwood<br>kersfield, CA 93306-5902 | | 5201 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $690.00 | $690.00 | Customer No Liability Claims |
| ney, Jerome Dale<br>Drake Ave<br>Sausalito, CA 94965-1244 | | 4221 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Carrillo, Jacqueline ...8 E 11th St Stockton, CA 95206-3371 | | 7254 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carrillo, Maria I 1201 Mt Hoffman Ct Stockton, CA 95212-3472 | | 7213 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...son, Amy ...44 Turner Dr North Highlands, CA 95660-3339 | | 6195 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Castaneda, Monica ...1 Earl Ave Bakersfield, CA 93306-6455 | | 4894 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Castellanos, Yibran ...3 Chase Ave Corcoran, CA 93212-2603 | | 6266 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Castillo, Louie ...nie Castillo & Reya Ronquillo ...0 Hawthorn Dr Apt 209 ...field, CA 94533-7305 | | 5524 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Castro, Jose A ...1 Bonita Ave Spc 407 San Jose, CA 95116-3316 | | 4968 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $3,130.00 | $0.00 | $3,130.00 | Customer No Liability Claims |
| ...o, Ariana Danielle ...3 E Granger Ave Apt 41 Modesto, CA 95350-4322 | | 6602 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cazares Hernandez, Maria Chelsea & Noe Romero 5800 ...ave Ct ...klin, CA 95677-3108 | | 6643 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| UC INNOVIS PO BOX 275 COLUMBUS, OH 43216-0275 | | 4797 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $875.00 | $875.00 | Customer No Liability Claims |
| Cermeno Garcia, Angelica 729 Park View Dr Los Banos, CA 93635-5410 | | 7318 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cervantes, Jorge 9 Barneveld Ave Apt 2 San Francisco, CA 94134-1252 | | 4918 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cervantez, Rita 201 Thompson Ave Salina, CA 93662-3932 | | 6525 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chahabalaksh, Teraziyeh 326 Pioneer Ave Apt 1 Turlock, CA 95380-2625 | | 5094 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chambers, Lori A 9 Alta St Grass Valley, CA 95945-6104 | | 4959 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chan, Kin Tit 2770 Vida Leon Ct San Jose, CA 95116-1554 | | 4820 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Customer No Liability Claims |
| Chance, Gary 412 Fuller Ave #B San Jose, CA 95125-1546 | | 6760 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chaney, Lavonne L 1616 Carleton St Berkeley, CA 94703-1815 | | 6710 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Customer No Liability Claims |
| Chang, James 181 N Cedar Ave Apt 215 Fresno, CA 93726-3708 | | 6865 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Charles, Jessica PO Box 704 San Leandro, CA 94577-0070 | | 5971 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chavez, Patricia B 69 Witham Dr Woodland, CA 95776-9373 | | 6974 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chen, Xiang Ming 98th St Apt 3 Oakland, CA 94607-4718 | | 5455 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cheung, Jennifer C 1627 37th Ave San Francisco, CA 94116-1647 | | 6832 | PG&E Corporation | 8/13/2019 | | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chen, Jason 2822 S Somerston Way Ontario, CA 91761-3825 | | 4940 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Emmisanti, Joe P PO Box 231451 Sacramento, CA 95823-0407 | | 7236 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Customer No Liability Claims |
| CHIN, SABRINA 1221 ROSEWOOD WAY ALAMEDA, CA 94501-5635 | | 5274 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chincoya, Marcela 1541 Lockwood Ave Hayward, CA 93250-1138 | | 7099 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chiu, Thomas L 9850 Colonial Pl Salinas, CA 93907-1020 | | 6711 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Christian, Seville 14 Dore St Apt 107 San Francisco, CA 94103-3892 | | 7103 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ba, Calvin 6 Marsha Pl Lafayette, CA 94549 | | 4186 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $497.23 | $0.00 | $497.23 | Customer No Liability Claims |
| Chung, Yung Dae 40 Moncada Way San Francisco, CA 94127-2604 | | 4764 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bui, Jason 3934 knollwood lane | | 4226 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Caruso, Alex L 1 Cedar St Bakersfield, CA 93304-2655 | | 5416 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | Customer No Liability Claims |
| Claybom, Veristine 3120 Foothill Blvd Apt 304 Oakland, CA 94605-2499 | | 6435 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cleaver, Rod L Residence PO Box 7624 Stockels, CA 93962-7624 | | 7043 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $708.03 | $708.03 | Customer No Liability Claims |
| Cole, Gustavia 11996 Schuler Ranch Rd Elk Grove, CA 95757-5508 | | 4984 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Coleman, Erma 4677 Travertine Cir Sacramento, CA 95841-2628 | | 6399 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| Coleman, Sabrenia 3403 E Mckinley Ave Fresno, CA 93703-3202 | | 7098 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Coleman, Theresa 870 Adeline St Oakland, CA 94607-2609 | | 7238 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Beeman, Toni 639 E 25th St # 1 Oakland, CA 94606-3535 | | 4131 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $315.00 | $0.00 | $315.00 | Customer No Liability Claims |
| Collins, Lashawn 106 1/2 Jewett Ave Bakersfield, CA 93301-2132 | | 6830 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Colombo, Kassandra 658 Burkhart Ave San Leandro, CA 94579-2119 | | 4276 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Colton, Lisandra 241 S Todd Pl Wichita, KS 67207-4033 | | 7466 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $604.08 | $604.08 | Customer No Liability Claims |
| Communities United for RE Oak Park Ave Unit 16086 Oakland, CA 94610-8041 | | 6381 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| CONN, CATHERINE J 3501 WESTMINSTER WAY ROCK GROVE, CA 95757-5159 | | 5005 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Constantine, Cola Chloe 21 Water St Apt B Santa Cruz, CA 95060-4138 | | 5064 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Contreras, Emma M 511 Shanghai Bend Rd Yuba City, CA 95991-8308 | | 6942 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Contreras, Ramiro 450 W Sunwest Dr Lot 18 Casa Grande, AZ 85122-2374 | | 6277 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cooks, Melinda 3432 E Alamos Ave Apt 134 Fresno, CA 93726-0874 | | 6757 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brooks, Odessa 906 N Fresno St Apt 102 Reno, CA 93703-2274 | | 6240 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cooper, Zamani 571 Durant Ave Oakland, CA 94603-4120 | | 7519 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Crespo, Carlos Sanchez 570 Laguna Way Los Banos, CA 93635-5424 | | 6119 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Fernez Rios, Alejandro 1025 Stine Rd Spc 167 Bakersfield, CA 93309-6660 | | 7124 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...a, Robert De ...en M De Costa 2967 3rd St ...harlake, CA 95422-8332 | | 5076 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ESTELLO, CLARA ...0 20TH CENTURY BLVD ...C A8 ...RLOCK, CA 95380-2329 | | 5209 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...turier, Louise M ...Lawndale Ct ...neron Park, CA 95682-8170 | | 6285 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...carambias, Jose ...8 South Ave # 4 ...rlock, CA 95380-5650 | | 6540 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Covington, Latheanus 3065 Cypress Ave Apt 2 ...ward, CA 94544-2283 | | 7088 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ..., Russell Victor 930 Pesante Rd Bakersfield, CA 93306-5537 | | 4339 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Crabtree, Sylas 2626 Church Street Mountain View, CA 94041 | | 3955 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Craver, Tonia 1590 S Chestnut Ave Apt 104 Fresno, CA 93702-4756 | | 6067 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Crew, Brenda PO Box 808 Vallejo, CA 94590-0080 | | 6921 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Cressby, Erika 900 106th Ave Oakland, CA 94603-3816 | | 5725 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cruz, Dominic 2235 Brown Bear Ct Bakersfield, CA 93311-9514 | | 6562 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cuevas, Maribel 4422 N Dake Ave Spc 52 Fresno, CA 93727-7837 | | 4714 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Currie, Della M 2201 Sycamore Dr Apt 13 Bldg 4 Antioch, CA 94509-2944 | | 4995 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Daniels, Elisha 17 Pine St Vallejo, CA 94590-7336 | | 6901 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| David, Danitra D 53 Danfirth Dr Hayward, CA 94542-7942 | | 7116 | Pacific Gas and Electric Company | 8/14/2019 | $10,000,000.00 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | Customer No Liability Claims |
| Davila, Maria Xavier Davila 215 Wooner Dr Arvin, CA 93203-2407 | | 4956 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Case: 19-30088    Doc# 9868    Filed: 12/18/20    Entered: 12/18/20 21:43:41    Page 23 of 28

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Eddie James 333 Linden St Oakland, CA 94607-2924 | | 6631 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| DAVIS, NOELLE 472 CALVADOS AVE SACRAMENTO, CA 95815 | | 4241 | PG&E Corporation | 8/3/2019 | $0.00 | $0.00 | $0.00 | $355.97 | $355.97 | Customer No Liability Claims |
| Davis, Sandra K. 1208 Loine Court Stockton, CA 95209 | | 7278 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Deal, Jamiela 7 La Fresa Ct Apt 4 Sacramento, CA 95823-2917 | | 6257 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Deal, Sandra 38 Natividad Rd Apt 3 Salinas, CA 93906-4042 | | 6778 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dean, Debra 1201 Eric Way Apt 32 Bakersfield, CA 93306-2675 | | 4848 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Dean, Dora 2700 Shandwick Dr Apt 131 Antelope, CA 95843-5711 | | 4921 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dean, Latesha M 454 N Chestnut Ave Apt 114 Fresno, CA 93726-1810 | | 6297 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Deguzman, Rose 675 Sharon Park Dr Apt 109 Palo Park, CA 94025-6907 | | 4801 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dejauenez, Catalina 490 34th Ave Apt 102 Oakland, CA 94601-3454 | | 5713 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bahcruz, Joaquin 3040 40th St Sacramento, CA 95817-3610 | | 6126 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Delarosa, Barbara 4D Villa Ave Apt 207 Davis, CA 93612-7615 | | 6601 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...eon, Mary L 4501 E Harvard Ave Fresno, CA 93703-1905 | | 7025 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...lgado, Antonio 1515 S Commerce St Stockton, CA 95206-1724 | | 4426 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...lgado, Jesus G Guadalupe Delgado 4606 Earl Bakersfield, CA 93306-6456 | | 6239 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ng, Michelle 22 Horseshoe Cir Antioch, CA 94531-8124 | | 5249 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...nnis, Kelan 2447 Dnieper Lane Stockton, CA 95219-7179 | | 5117 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $50,000,000 | $50,000.00 | Customer No Liability Claims |
| ...sales, Clysly 2489 Alemany Blvd San Francisco, CA 94112-2629 | | 6135 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Devoe, Denise 73 Monterey St Brisbane, CA 94005-1544 | | 7224 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...Witt, Shaquea 1040 Grand Ave Apt 4 Sacramento, CA 95838-3560 | | 6392 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wolf, Roslyn<br>Cherry Ave<br>Sonoma, CA 95476-4183 | | 4862 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dhillon, Rachhpal<br>409 Woodfall Pl<br>Modesto, CA 95356-8411 | | 5078 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bondiuk, Beena<br>580 Gold St.<br>Dixon, CA 95620-3858 | | 4299 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fierz Medina, Jorge<br>26 Alma Ave<br>Salinas, CA 93905-2443 | | 6940 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Diaz, Dennis<br>24 Azalea St<br>Salina, CA 93662-2469 | | 6402 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Diaz, Eva<br>244 San Miguel Canyon Rd Apt<br>Royal Oaks, CA 95076-9135 | | 6828 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $16,207.00 | $0.00 | $16,207.00 | Customer No Liability Claims |
| Diaz, Griselda<br>231 N Thornburg St<br>Santa Maria, CA 93458-3658 | | 5709 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Dinh, Xao T<br>3485 Judro Way Apt 233<br>San Jose, CA 95117-1584 | | 6344 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dircks, Madeleine<br>PO Box 21225<br>Bakersfield, CA 93390-1225 | | 6295 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dixon, Francine E<br>819 N Yosemite St<br>Stockton, CA 95203-2237 | | 5305 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ..., HA MY / ...5 EDGEBANK DR / SAN JOSE, CA 95122-4017 | | 5158 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Doan, Nga Thuy / 170 Lucretia Ave / San Jose, CA 95122-3829 | | 6947 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...an, Janice / ...51 Stratton Cir / Walnut Creek, CA 94598-2273 | | 5988 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...mler, Carlton / ...2 Peaceful Glen Rd / Vacaville, CA 95688-9643 | | 6082 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ouglas, Bill B / ...9 Mitchell Rd / Modesto, CA 95351-4922 | | 4623 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ouglas, Melodie / ...9 Mitchell Rd / Modesto, CA 95351-4922 | | 4938 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...in, John / ...35 Chambertin Dr / San Jose, CA 95118-3909 | | 76644 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| ...inidad, Jonathan / ...1 Windjammer Drive / Vallejo, CA 94591 | | 4119 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Claims |
| Trotter, Louise A / 2045 Santo Domingo / Camarillo, CA 93012-4062 | | 4629 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nuland, James H / 3360 Calico Ave / San Jose, CA 95124-2536 | | 4645 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ha, Ou<br>E Conati Ave<br>Conati, CA 94931-4403 | | 4520 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vossler, Stan J<br>34 Brandon St<br>Oakland, CA 94611 | | 4304 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| lis, Ernestine<br>66th Ave Apt 113<br>Oakland, CA 94621-3151 | | 4060 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| egar, Farshid<br>945 Via Sermato<br>Palm Springs, CA 92264 | | 4543 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Peggy m<br>8 Shamrock Common<br>Fremont, CA 94555-3810 | | 3900 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count:249** | | | **$10,000,248.50** | **$0.00** | **$117,255.03** | **$109,441.58** | **$10,226,945.11** | |