

Signed and Filed: December 18, 2020

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS (CUSTOMER NO LIABILITY CLAIMS)**<br><br>**[Re: Dkt. No. 9441, 9801]** |

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Thirty-Third Omnibus Objection to Claims (Customer No Liability Claims)* [Docket No. 9441] (the "**Thirty-Third Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dudley, Robert 539 Springfield Way Modesto, CA 95355-4724 | | 4455 | Pacific Gas and Electric Company | 8/1/2019 | $450,000.00 | $0.00 | $0.00 | $100,000.00 | $550,000.00 | Customer No Liability Claims |
| Duenas, Jonathan 121 S Land Park Dr Sacramento, CA 95822-3310 | | 5316 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Duong, Tan 952 Lazy Ridge Ave Lathrop, CA 95330-8655 | | 4516 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Duran, Nela 790 Via Barcelona Ct Vacco, CA 93280-2795 | | 6843 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dutcher, Erika 111 Stein Way Waterford, CA 95386-9675 | | 6269 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Eavrin, Richard W 1189 Driftwood Drive Lafayette, CA 94549 | | 6768 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Ebergi, George 1740 Meadow Ln Concord, CA 94520-3932 | | 4985 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ecker, Annette 3103 N Marty Ave Apt 311 Fresno, CA 93711-5953 | | 4755 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $0.00 | $253.60 | $253.60 | Customer No Liability Claims |
| Eckstein, Charles R Agua M Eckstein 25580 Boots Rd Monterey, CA 93940-6635 | | 4484 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Edgerson, Ebony S 862 81st Ave Oakland, CA 94621-2310 | | 4346 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Edwards, Tamara 34th St Emeryville, CA 94608-4211 | | 5218 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Customer No Liability Claims |
| Edwards, Thomas S 327 Woodview Ter Los Altos, CA 94024-7047 | | 5096 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Eldridge, Stacy 449 S East Ave Fresno, CA 93725-9531 | | 5006 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $6,850.00 | $0.00 | $6,850.00 | Customer No Liability Claims |
| ELLIS, EUGENE HAWK DR VACAVILLE, CA 96587-7278 | | 4639 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| ELMORE, ALTON 96 SPRUCE TER FREMONT, CA 94536-3777 | | 6054 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| EUGEN, MARTA N CAPITOL AVE UNIT 104 SAN JOSE, CA 95127-2355 | | 5147 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Evas, Evelyn Chanslor Ave Richmond, CA 94801-3538 | | 6829 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |
| Enriquez, James Surrey Way Salinas, CA 93905-3014 | | 7004 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $7,000.00 | $0.00 | $7,000.00 | Customer No Liability Claims |
| Enriquez, Lourdes Surrey Way Salinas, CA 93905-3014 | | 7009 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $7,000.00 | $0.00 | $7,000.00 | Customer No Liability Claims |
| a, Fulgencio E Santa Clara St Apt 10 San Jose, CA 95113-1929 | | 4245 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $444.41 | $444.41 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ERICKSON, ELLA DONALD ERICKSON 4496 EMIG LN VACAVILLE, CA 95688-9327 | | 5136 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Esioo, Robert 626 Wildwood Ave Daly City, CA 94015-3505 | | 6505 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Esoovayati, Ninos 359 Hederson Rd Turlock, CA 95382-1255 | | 5248 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Esparza, Concepcion 1588 S Thornburg St Santa Maria, CA 93458-7123 | | 5990 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $275.00 | $275.00 | Customer No Liability Claims |
| Espino, Silverio 99 S Commerce St Stockton, CA 95206-1207 | | 7247 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Espinoza, Erika 4617 Patagonia Way Bakersfield, CA 93305-7410 | | 6502 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Customer No Liability Claims |
| Esquban, Gregory PO Box 409 Alder Creek, CA 95006-0409 | | 6675 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Estrada, Linda 3131 U St Bakersfield, CA 93304-3237 | | 6175 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Estrada, Rafael PO Box 41663 Bakersfield, CA 93384-1663 | | 5323 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Estrada, Vanessa N 5104 Shadow Stone St Bakersfield, CA 93313-4318 | | 7094 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Evans, Andrew 6125 3RD ST Tammy Evans 620 497TH Ave OAKLAND, CA 95963-1337 | | 7527 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $1,600.00 | $1,600.00 | Customer No Liability Claims |
| Evans, Kelly 600 Yulupa Avenue Apt C Santa Rosa, CA 95405-7264 | | 7321 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Evans, Latonya 3030 5th St Apt 225 Davis, CA 95618-7713 | | 5357 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Evans, Mattie 1241 Shafter Ave San Francisco, CA 94124-3344 | | 6218 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Evans, Ruth A 88 W Lincoln Ave Apt 9D Woodland, CA 95695-6858 | | 7164 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $1,008.00 | $0.00 | $1,008.00 | Customer No Liability Claims |
| Evans, Caroline 122 Coolidge St Fairfield, CA 94533-5436 | | 7233 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Evans, Charles 5913 Handel Ave Bakersfield, CA 93312-9457 | | 5647 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| FARBER, VIRGINIA 3201 IVY RD OCEANSIDE, CA 92054-5647 | | 5031 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Farnsworth, Flo PO Box 173 Eagle Lake, CA 95525-0173 | | 6571 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Faulker Sr., Antiwan L 2038 N Fresno St Apt B Fresno, CA 93703-2261 | | 6461 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jdi, Fazil 848 WOODCREEK OAKS BLVD APT 2107 ROSEVILLE, CA 95747-6232 | | 7327 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kgborenczuk, La Vonne A 6 G Pulsar Cir Sacramento, CA 95822-4972 | | 6718 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| L, ANN D 991 LUGO DR FAIRFIELD, CA 94533-2865 | | 4527 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| aske, Mary M 1611 E Magnolia Way Apt C Dibaba, CA 93618-2244 | | 6313 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ston, Albert 70 G St Rio Linda, CA 95673-4322 | | 5183 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| din, Jeremy 225 Florida St Vallejo, CA 94590-5320 | | 5288 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RGUSON, SHAUNIQUE 390 E SUSSEX WAY APT 123 FRESNO, CA 93726-3953 | | 5002 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ERNANDEZ, ALMA JESUS FERNANDEZ 1221 TRINIDAD WAY IRWIN, CA 93203-9465 | | 5196 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| EROZ, SHAIMA 4339 STEVENSON CMN APT 216 FREMONT, CA 94538-5339 | | 5356 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redding, Kay / ...9 Fox Rd / ...ton, CA 95620-9739 | | 6225 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Figueroa, Manuel / 377 Juliet Rd / Stockton, CA 95205-7722 | | 6217 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...eneman, Daniel / 9 Verano St / Sacramento, CA 95838-4640 | | 5024 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...th, Karen D / ...7 Oak St / ...osa, CA 95932-2330 | | 6356 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...io, Todd / ...ti Flavio 218 Via Encanto / San Ramon, CA 94583-3052 | | 6120 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Flores, Apolinar / ...0 W 9th St / Merced, CA 95341-5709 | | 6890 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Flowers, Rick / 2740 Coloma St Apt 13 / Placerville, CA 95667-3441 | | 5486 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Floyd, Mary L / Larry Floyd Po Box 474 / Feathers, CA 93609-0474 | | 5350 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Foell, Richard H / 400 N Quail Lake Dr / Davis, CA 93619-4645 | | 6838 | Pacific Gas and Electric Company | 8/13/2019 | $347,000.00 | $0.00 | $0.00 | $0.00 | $347,000.00 | Customer No Liability Claims |
| ...ng, Elaine L / ... Marylinn Dr / Milpitas, CA 95035-4215 | | 6958 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Peebles, Lela 3105 Wilson Road Apt 211A Bakersfield, CA 93304-5598 | | 4852 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fornasero, Frank Outdoor Lighting 1717 Ming Ave Bakersfield, CA 93304-4522 | | 6879 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Proudi, Fred F 1055 Hollenbeck Ave Sunnyvale, CA 94087-5402 | | 6310 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $469.00 | $469.00 | Customer No Liability Claims |
| Forest, Lisa S 99 Kent Ct St Lorenzo, CA 94580-1236 | | 6793 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Potter, Vicki A PO Box 1974 Middletown, CA 95461-1974 | | 7241 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Franco, Angela 6822 Jansen Dr Sacramento, CA 95824-1828 | | 7287 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Franco, Javier 2734 Avenue 18 1/2 Madera, CA 93638-0185 | | 4685 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| FRANCO, JILL 1045 EVERGLADES DR PACIFICA, CA 94044-3846 | | 5289 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Franklin, Neal A Po Box 291 Atascadero, CA 93423-0291 | | 6547 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Frausto, Oscar 611 S American St Stockton, CA 95206-1529 | | 5465 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Case 19-30088 Doc# 9859 Filed 12/18/20 Entered 12/18/20 11:46:21 Page 9 of 27

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Freeman, Roberts<br>Colo 244 315 E 12h Ave<br>Anchorage, AK 99501-6520 | | 5012 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Frye, Lakisha<br>Blue Leaf Ct<br>Sacramento, CA 95838-1864 | | 6362 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chung Shiao<br>Triton Ct<br>Santa Clara, CA 95050-4168 | | 7111 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...fuentes, Heladia<br>Jefferson St<br>Watsonville, CA 95076-4317 | | 4818 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...undo, Maria<br>Lexington Ave Apt A<br>Bakersfield, CA 93306-5514 | | 6747 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...llo, Dolores<br>Grant St<br>San Jose, CA 95110-2902 | | 4954 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...llow, Shamarra G<br>Greenlea Ave<br>Sacramento, CA 95833-2322 | | 7269 | PG&E Corporation | 8/15/2019 | $1,500.00 | $0.00 | $3,000.00 | $0.00 | $4,500.00 | Customer No Liability Claims |
| Galloway, Shevatilla<br>1384 Foothill Blvd Apt 20<br>San Leandro, CA 94578-2198 | | 5445 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gainez, Carolyn<br>6714 Navelencia Ave<br>Radley, CA 93654-9544 | | 6740 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gandhi, Vishal N<br>Pheland Ct<br>Milpitas, CA 95035 | | 6140 | Pacific Gas and Electric Company | 8/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garcia Diaz, Carmen 2 Hull Ave Madera, CA 93638-3912 | | 7252 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Candy 172 2nd Street Yuesco, CA 93280-2532 | | 5304 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Joseph 3850 Leonard Ave Apt 8 Modesto, CA 95350-5743 | | 7337 | Pacific Gas and Electric Company | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Lorenzo 11 Chabot Rd Oakland, CA 94618-1947 | | 4348 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Lorenzo H 905 Aubery Rd Clovis, CA 93619-9643 | | 6052 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Maria L 32 W Main St Turlock, CA 95380-4829 | | 7001 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Ramon C/O Olga Garcia 4875 Mowry Ave 121 Fremont, CA 94538-1165 | | 6201 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| GARCIA, RAUL C MARIA CRUZ AND VALENTIN G 200 GABILAN SOLEDAD, CA 93960-2557 | | 6732 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia-Rodriguez, Geegee Beatriz Rodriguez 3210 Christmas Tree Ln Bakersfield, CA 93306-1107 | | 7524 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gama, Frida 306 Brownstone Ct San Jose, CA 95122-1138 | | 5364 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garnica, Anna Bertha 1398 Sacramento Rd Corning, CA 96021-9785 | | 6499 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garrett, Darlene 2870 8th St Apt 3 Berkeley, CA 94710-2342 | | 7032 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garrett, Denise 1 McBryde Ave Richmond, CA 94804-1248 | | 5233 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garriott, Angela M Casino St Bakersfield, CA 93307-4357 | | 4958 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garvey-Square, Raphaelle 255 Potrero Ave Richmond, CA 94804-3759 | | 6096 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garza, Mario 722 Gaither St Sonora, CA 93662-2825 | | 5330 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gasca Lara, Armando 276 Oak Ave Apt 220 Ridgenfield, CA 93927-5472 | | 6781 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gatewood, Angela 17 Donson Ct Elk Grove, CA 95758-9592 | | 6622 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gavia, Lynn 628 Belfield Cir Elk Grove, CA 95758-6215 | | 6606 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ...vin, Cassandra R / ...Kennedy Ct Apt B / ...field, CA 94533-5055 | | 4980 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| George, Tracy / 727 Forest Dr / ...ckton, CA 95205-5701 | | 5696 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...son, Jerry D / ...Box 4251 / San Luis Obispo, CA 93403-4251 | | 5062 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...bert, Douglas / ...0 N Dewitt Ave / ...Davis, CA 93619 | | 9121 | Pacific Gas and Electric Company | 9/18/2019 | $0.00 | $0.00 | $0.00 | $9,765.62 | $9,765.62 | Customer No Liability Claims |
| ...lis, Charles / ...Talbert St / San Francisco, CA 94134-2916 | | 5149 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...edinez, Maria L / ...E El Camino St / Santa Maria, CA 93454-4165 | | 6554 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...getchius, Pearl / ...901 Michele Ave / Bakersfield, CA 93312-3105 | | 5171 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...oldfried, Monique / ...22 Roaring Camp Dr / ...cho Cordova, CA 95670-7608 | | 7219 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...omez, Marina / 6801 Larchmont Dr / ...th Highlands, CA 95660-3506 | | 6806 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...uanez, Melquiades / 430 E Shields Ave Apt 102 / Fresno, CA 93726-7228 | | 4776 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $62.19 | $62.19 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| GONZALES, BLANCA 2633 EXCHANGE ST BAKERSFIELD, CA 93307-2025 | | 6341 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| GONZALES, ESTELA 1230 NIELSON AVE REEDLEY, CA 95948-9758 | | 4757 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzales, Margarito 4701 Wood St Tulare, CA 93268-4328 | | 4843 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Brenda Harper Gonzalez 762 P St Firebaugh, CA 93622-2134 | | 4542 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Dana 3333 Bellingham Way Apt D14 Modesto, CA 95355-8748 | | 5472 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Ivania Yessell 6561 Walnut Blossom Dr Apt 4 San Jose, CA 95123-2256 | | 4548 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Norma 4221 N Belvedere Ave Fresno, CA 93722-7365 | | 4564 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Rachel 4139 N Berlin Ave Fresno, CA 93722-4670 | | 5298 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Yolanda 250 Ross Ave Apt 1 Folsom, CA 95019-2570 | | 7134 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Goodman, Kelly R PO Box 541 Cedar Ridge , CA 95924-0541 | | 7467 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Graciano, Manuel 5723 Medina Ln Bakersfield, CA 93306-7880 | | 6620 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Grago Sr, George M Laguna St Apt 102 San Francisco, CA 94102-6201 | | 4738 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gray, Albert 3209 32nd St Emeryville, CA 94608-4240 | | 4809 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Greeley, Debra L Moonlit Cir Sacramento, CA 95831-1561 | | 6772 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Green, Teresa 1/2 Beardsley Ave Bakersfield, CA 93308-4727 | | 6880 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Grewal, Amarjit 57 Epperson Way Live Oak, CA 95953-2084 | | 6443 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Grewal, Harpreet 293 Miranda Place ...in, CA 93203-9488 | | 5421 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Grimes, Darel 611 O St Bakersfield, CA 93304-2213 | | 5146 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Grzegorek, Lorraine 4353 Twain Dr Bakersfield, CA 95961-7517 | | 5055 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guenther, Patricia 408 Greenford Way Roseville, CA 95747 | | 5368 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Guerra De, Ambar Carolina Jacoben Ln Bldg 6 Unit 612 ...is, CA 95616 | | 6398 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guisevite, Lori D 24th Ave S Francisco, CA 94121-1222 | | 7335 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| man, Cornelio etha Meza 2340 E Lamona Av Fresno, CA 93703-3826 | | 7550 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| man, Eleazar 1622 Sandy Creek Dr Norman, CA 95360-9633 | | 4697 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| GUZMAN, RUBEN CARMEN GUZMAN PO BOX 18 BRENTWOOD, CA 94513-0018 | | 5374 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| gan, Andre 00 Barrington St Apt F Bakersfield, CA 93309-7819 | | 4726 | PG&E Corporation | 8/5/2019 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | Customer No Liability Claims |
| opian, Steve George 73 N Brooks Ave Fresno, CA 93711-0476 | | 6281 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| dar, Joseph A 55 Lavon Ln os, CA 95307-1737 | | 7100 | Pacific Gas and Electric Company | 8/14/2019 | $200,000.00 | $0.00 | $0.00 | $0.00 | $200,000.00 | Customer No Liability Claims |
| HALEY, JEANNINE 1300 S ORANGE ST TURLOCK, CA 95380-5845 | | 6051 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Acey, Jim 7681 Highway 108 Jamestown, Ca 95327-9715 | | 4431 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $16,637.23 | $16,637.23 | Customer No Liability Claims |
| Hailey, Sandra 109 Mt Hoffman Ct Stockton, CA 95212-3472 | | 4417 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Heilman, Kathleen PO Box 470124 San Francisco, CA 94147-0124 | | 4581 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hardwick, Thomas 416 E Houston Ave Fresno, CA 93720-0277 | | 6616 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RHOON, BIBI 31 CANDLELIGHT LN APT LIVERPOOL, NY 13090-3800 | | 7148 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Haroon Malakzai & Raihana 7577 W Las Positas Blvd Apt 205 Pleasanton, CA 94588-4265 | | 6484 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| HARP, JENNIFER LOS HUECOS DR SAN JOSE, CA 95123-4635 | | 6367 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harrington, Mary E 260 McCue Ave San Carlos, CA 94070-2527 | | 5245 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| HARRIS, CASANDRA 200 E CLINTON AVE FRESNO, CA 93703-2132 | | 4557 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harris, Kirk R 5812 Vista Ave Sacramento, CA 95824-1429 | | 4876 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Case: 19-30088   Doc # 9809   Filed: 12/18/20   Entered: 12/18/20 11:16:21   Page 17 of 27

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Arrison, Stacy / 3800 W Robinson Ave Apt 110 / Chino, CA 93705-2672 | | 4715 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hart, Keith / 705 Emerald Cir Lot 61 / Morro Bay, CA 93442-1589 | | 4989 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ..., Sherry / 725 Norris Rd / Carlsbad, NM 88220-8756 | | 5267 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ge, Dorothy A / Michael Hoyer 423 California St / ...mas, CA 93901-3507 | | 6767 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...zfield, Dajai / 28 Greenleaf St / Manteca, CA 95337-8445 | | 4661 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Customer No Liability Claims |
| ...vey, Gregory / 00 Parmigan Dr Apt 6 / Walnut Creek, CA 94595-3770 | | 6621 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...tings, Alicia / 00 Palo Verde Way / ...och, CA 94509-4537 | | 6354 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ter, Yolanda / ...Jules Ave / San Francisco, CA 94112-2232 | | 4966 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hayes, Deborah / 79 Ben Lomond / ...rcules, CA 94547-3942 | | 4244 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ton, Jacqueline / 14985 Lago Drive / Rancho Murieta, CA 95683 | | 5121 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| HEIDELBERG, COURTNEY 139 ALDER CREEK DR SACRAMENTO, CA 95829-9377 | | 6769 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Hem, Boonn D3 N Lafayette Ave Fresno, CA 93728-1121 | | 6244 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Henderson, Patricia 359 Haight St Apt 6 San Francisco, CA 94102-6167 | | 5460 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Henderson, Thomas 27 N Commerce St Apt 7 Stockton, CA 95202-1209 | | 5351 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Henson, Ann 3 Oakbrooke Ct Modesto, CA 95351-4900 | | 5138 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jessica Yang 866 W Weathermaker Ave Fresno, CA 93722-7360 | | 7501 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Herbert, Darrell 827 La Riviera Dr Apt 174 Sacramento, CA 95826-1509 | | 6639 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hernandez Santi, Rosa Maria 410 G st Antioch, CA 94509-1617 | | 4453 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hernandez, Alma 4404 Manchester Ave Apt 5 Stockton, CA 95207-7024 | | 5263 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hernandez, John P 39 Calvin St Taft, CA 93268-2509 | | 5046 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hernandez, Rodimiro 634 N Marty Ave Fresno, CA 93722-6572 | | 4783 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Heung, Teresa Yuet Yung 175 41st Ave San Francisco, CA 94121-1206 | | 6848 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hickman, Jewell 6890 Kirkham St #293 Oakland, CA 94607-2181 | | 6854 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hill, Athena M 1041 H Hill 1041 Plum Ct Apt 1 Hollister, CA 95023-4108 | | 7543 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hill, Rikkilee R 1728 Warm Springs Cir Stockton, CA 95210-4497 | | 7478 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $1,000,000.00 | $0.00 | $1,000,000.00 | Customer No Liability Claims |
| Hill, Ruth 1283 E Clinton Ave Apt 111 Fresno, CA 93703-2847 | | 6270 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hinojosa, Juanita 4727 Orleans Ln Bakersfield, CA 93309-7745 | | 7484 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hinshaw, Mollie 418 W Pat Ct Davis, CA 93612-3312 | | 6348 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hoang, Vinh 1141 Pembroke Dr San Jose, CA 95131-2837 | | 6509 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hoborowski, Stephanie 8851 Civic Center Dr Apt 201 Elk Grove, CA 95757-6306 | | 5208 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Frances E 9333 Folsom Blvd Apt 422 Rancho Cordova, CA 95670-5053 | | 4880 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hofstetter, Fred M 175 Geary Rd Walnut Creek, CA 94597-2521 | | 7038 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| COLLINS, ANITA 2611 HARVEST LN TRACY, CA 95376-4468 | | 6087 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ames, Jeff 2627 Eaton Ln Monte Sereno, CA 95030-2206 | | 7056 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Haines, Michael W 510 W Macarthur Blvd Apt 510 Oakland, CA 94611-5338 | | 6263 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ames, Samuel Maria Arias-Holmes 2964 Eldredge Way Sacramento, CA 95835-1800 | | 6641 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tran, Pheap 210 Greensboro Way Stockton, CA 95207-7539 | | 4920 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Long, Chamrong 1142 S Maple Ave Apt 102 Fresno, CA 93702-4591 | | 7017 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hong, Long Thi Kim 4770 Monterey Hwy Spc 14 San Jose, CA 95111-3613 | | 7293 | Pacific Gas and Electric Company | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hullock, Steve 222 San Augustine Way Scotts Valley, CA 95066-3222 | | 4935 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Horn, Patwin G 306 Redwood Crest Ln Bakersfield, CA 93314-5294 | | 6492 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Horton, G M 573 Barnett st Bakersfield, CA 93308-1438 | | 6289 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Horton, Lori 2508 Connie Ave Bakersfield, CA 93304-7037 | | 6287 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hoston, Willie 1 Dorsey Dr Juaole, CA 94564-2667 | | 6709 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hovan, Michael 326 El Camino Real Unit 309 Milbrae, CA 94030-1453 | | 5126 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $900.00 | $0.00 | $900.00 | Customer No Liability Claims |
| Hu, Li Chiang 9777 Swann Way Elk Grove, CA 95757-4310 | | 6403 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hu, Richard 2215 28th Ave San Francisco, CA 94116-1732 | | 5240 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |
| Huang, Melissa 655 22nd Ave San Francisco, CA 94122-3339 | | 6361 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hudson, Charlsie Stanley Hudson 3542 W Creek Dr Pakton, CA 95209-2143 | | 6980 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Huff, Maurice D 441 Gateway Park Blvd Apt 417 Sacramento, CA 95834-2417 | | 5028 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Richter, Melanie 8305 Savannah Ln Apt 522 West Sacramento, CA 95691-5985 | | 5379 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| HUNTER, ROCHELLE 905 HAWKINS ST ANTIOCH, CA 94531-9451 | | 4945 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Richter, Schania 9438 Lincoln Village Dr Sacramento, CA 95827-3441 | | 6415 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rud, Ruby 22386 Alice St Apt 1 Hayward, CA 94541-6423 | | 7283 | Pacific Gas and Electric Company | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hurtado, Gilberto 1221 Frigoglietti Ave Los Banos, CA 93635-2630 | | 5329 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $130.00 | $130.00 | Customer No Liability Claims |
| Hurtado, Matilde 126 S Railroad Ave Apt B Santa Maria, CA 93458-6422 | | 4599 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hush, John 121 W Sherwood Way Apt 201 Madera, CA 93638-2181 | | 7248 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hush, Melissa 241 Sacramento St Apt 10 East Palo Alto, CA 94303-1668 | | 4913 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Huynh, Muoi 2738 S King Rd Apt 264 San Jose, CA 95122-1855 | | 4974 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| VEDDE PARTNERS LLC BELLA VISTA AVE VEDERE TIBURON, CA 9 60-2417 | | 7142 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ford, Arneka D 5 N Madison St Apt 205 Stockton, CA 95202-1281 | | 5394 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Simon Kenwood Way San Francisco, CA 94127-2713 | | 6994 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| BLONSKI, ELLEN W BULLARD AVE APT 145 VIS, CA 93612-0971 | | 5175 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| nto, Adelaido 1 E Harvard Ave Fresno, CA 93703-1724 | | 4487 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| dish Nand 436 Palo Verde Ave Monterey, CA 93940-5215 | | 7076 | PG&E Corporation | 8/14/2019 | $650,000.00 | $0.00 | $0.00 | $350,000.00 | $1,000,000.00 | Customer No Liability Claims |
| ison, Bruce 20 San Pablo Ave Apt 212 Cerrito, CA 94530-1770 | | 5252 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ner, Mary A Brighton Pt Atlanta, GA 30328-1367 | | 5157 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jassi, Satinderpal S 5 Bergamo Cir Stockton, CA 95212-3049 | | 5164 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| frey T Holmes M.D. Inc 700 W Parr Ave Ste E Los Gatos, CA 95032-1416 | | 6613 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kang 420 Lion Way Unit 418 Oakland, CA 94621-3383 | | 7361 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $29,874.00 | $29,874.00 | Customer No Liability Claims |
| Joanides, Patricia PO Box 46 Woodacre, CA 94973-0046 | | 4858 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Joal, Preetpal 3055 Duquesne Way Turlock, CA 95382-0722 | | 4713 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $81.69 | $81.69 | Customer No Liability Claims |
| Johnson, April 2600 Dana Dr Apt 9 Fairfield, CA 94533-3508 | | 6634 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Erik Stonehaven Ct Chico, CA 95928-8938 | | 5027 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| Johnson, Joann Clearwood Way Sacramento, CA 95841-3407 | | 6535 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Karen L Garner Ave Unit 204 Salinas, CA 93905-1083 | | 4934 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Kenisha 135 Algiers Ave San Jose, CA 95122-3204 | | 6192 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Kimberley L 3185 Kamille Ct San Francisco, CA 94110-4741 | | 6432 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Laquisha 456 E Huntington Ave Fresno, CA 93702-2902 | | 6128 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| JOHNSON, LURLINE 446 SAN PABLO DAM RD APT 2 ISOBRANTE, CA 94803-3142 | | 6075 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Nathaniel 1300 Howard St Apt 526 San Francisco, CA 94103-3992 | | 6284 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,100.00 | $900.00 | $3,000.00 | Customer No Liability Claims |
| Johnson, Rachel D 797 E Menlo Ave Fresno, CA 93710-4015 | | 5059 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| JOHNSON, TINA L PO BOX 1145 TUOLUMNE, CA 95379-1145 | | 6717 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| JOHNSON, TONYA 3525 LEWIS STEIN RD APT 272 ELK GROVE, CA 95758-8436 | | 6713 | Pacific Gas and Electric Company | 8/13/2019 | $80.00 | $0.00 | $0.00 | $0.00 | $80.00 | Customer No Liability Claims |
| Jolusso, Anthony F PO Box 640038 San Francisco, CA 94164-0038 | | 5995 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jones, Kari 43847 Buxton Cmn Fremont, CA 94536-5105 | | 6387 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jones, Kathleen 90 Woodrow Ave Vallejo, CA 94590-7344 | | 6893 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jones, Kayonta 433 Jones Ave Fresno, CA 93706-3624 | | 4819 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jones, Paula<br>306 Montego Bay St<br>Galtsburg, CA 94565-3212 | | 6495 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jucha, Lisa<br>3304 Regina Ave<br>Torrance, CA 90504-3622 | | 5743 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Claims To Be Expunged Totals | | Count:237 | | | $1,650,080.00 | $0.00 | $1,030,708.00 | $587,092.74 | $3,267,880.74 | |