Entered on Docket
December 18, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: December 18, 2020



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' THIRTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (CUSTOMER NO LIABILITY CLAIMS)**<br><br>**[Re: Dkt. No. 9443, 9801]** |

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Thirty-Fourth Omnibus Objection to Claims (Customer No Liability Claims)* [Docket No. 9443] (the "**Thirty-Fourth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2.     This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Julian, Dianne M 2434 E Home Ave Fresno, CA 93703-3923 | | 5269 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kam, Karen 625 River Run Dr Marysville, CA 95901-8256 | | 5231 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kampa, Laurie 2667 Eucalyptus St Apt 6 Marina, CA 93933-2773 | | 6750 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kassensalen, Salen 8935 E Dinuba Ave # A Selma, CA 93662-2004 | | 7231 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kelley, Carmen 23 Marcie Cir South San Francisco, CA 94080-7241 | | 6206 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kelly, Ronnie 10 Penzance Ave Apt 94 Chico, CA 95973-8259 | | 6603 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kelly, Sally B 59 N Fresno St Fresno, CA 93706-3111 | | 6992 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kemper, Dwight L 60 Danrose Dr American Canyon, CA 94503-1497 | | 6303 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kinderova, Elka 4255 Melody Dr Apt 101 Concord, CA 94521-2801 | | 6896 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kent, Janet 3877 San Vincente Way South Highlands, CA 95660-4842 | | 6690 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Keo, Bunnarom 3791 41st Ave San Francisco, CA 94116-2709 | | 4782 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kholock, Phoath 2003 Diana Marie Dr Stockton, CA 95210-2601 | | 7389 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kianmih, Khune 668 N Thesta St Reno, CA 93701-2243 | | 4996 | PG&E Corporation | 8/1/2019 | $83.62 | $0.00 | $0.00 | $0.00 | $83.62 | Customer No Liability Claims |
| Kim, Charles 1450 Via Oporto Fremont, CA 94539-5319 | | 6839 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kim, Elaine 1455 Ocean View Dr Oakland, CA 94618-1534 | | 6776 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kisler, Shirley A 7440 Madison Ave Ste 122 Citrus Oaks, CA 95628-3589 | | 5108 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Klttyman, Valentina 740 La Playa St Apt 411 San Francisco, CA 94121-3266 | | 5936 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kobel, Sharon 7 P Baylands Dr Martinez, CA 94553-4141 | | 6041 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kogan, Maya 829 Fillmore St Apt 7A San Francisco, CA 94115-4796 | | 6795 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kaup, Melissa 3300 Las Palmas Dr Unit 8 Bakersfield, CA 93306-9547 | | 6703 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kramer, Ana 122 Seymour Cir Lincoln, CA 95648-3289 | | 6021 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kapp, Natalie 4901 W Vartikian Ave Fresno, CA 93722-3125 | | 4778 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $641.51 | $641.51 | Customer No Liability Claims |
| Kaung, Wei Zhen 39000 Cedar Blvd Apt 326 Newark, CA 94560-1242 | | 5436 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kidd, Gail and Terry R 22424 Avenue 14 Madera, CA 93636-7900 | | 6786 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kennedy, Darlene K 1477 N 10th St Apt 104 Fresno, CA 93710-6519 | | 6039 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| King, Peter PO Box 591856 San Francisco, CA 94159-1856 | | 5271 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Krishnir, Svetlana 1200 Hyde St Apt 101 San Francisco, CA 94109-3990 | | 6846 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Kwan, May-May 711 Wetmore St Apt 4 San Francisco, CA 94108-1532 | | 5219 | Pacific Gas and Electric Company | 8/5/2019 | $700.00 | $0.00 | $2,850.00 | $0.00 | $3,550.00 | Customer No Liability Claims |
| Kong, Jackie 645 Vinton Ave Dublin, CA 94568-4351 | | 6204 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Acerda, Shannon 5 Hastings Pl Lot 13 Gilroy, CA 95020-6703 | | 6990 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lamont Brown/ Hillard Chapel DE Zion D S C St Stockton, CA 95205-5601 | | 6821 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lancaster, Michael R PO Box 2812 Richmond, CA 94802-2812 | | 6074 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lee, Walter A 4128 Ney Ave Oakland, CA 94605-4129 | | 7077 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lee-Jordan, Linda 922 Elmview Dr Oakland, CA 94603-1974 | | 4464 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lenanang, Simone 1400 3rd Ave Apt 1307 Oakland, CA 94606-2245 | | 4337 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lewkins, Denise 326 Branham Ln Unit 3 San Jose, CA 95118-2549 | | 7084 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Larry Willis, The Gables Win Country Inn 4527 Petaluma Hill Rd Santa Rosa, CA 95404-9796 | | 7462 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $32,000.00 | $32,000.00 | Customer No Liability Claims |
| Lia, Sun King 255 International Blvd Apt 309 Oakland, CA 94601-1550 | | 6836 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Taylor, Charlotte 3109 S Carpenter Rd Spc B12 Modesto, CA 95358-8679 | | 6624 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Le Blanc, Leana 6768 Nob Hill Ave Hibole, CA 94564-2427 | | 6208 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Khanh 366 Madeline St Oakland, CA 94602-3337 | | 6926 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Long 269 Seacrest Ave Apt P5 Martina, CA 93933-3010 | | 6932 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thuan 8768 Territorial Way Elk Grove, CA 95624-4515 | | 5255 | PG&E Corporation | 8/6/2019 | $756.00 | $0.00 | $0.00 | $0.00 | $756.00 | Customer No Liability Claims |
| Tim 42 Loma Vista Ct. Los Gatos, CA 95032-2418 | | 6483 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| BAFA, MARIA 89021 PIKAIOLENA ST EN POINT, HI 96752-4159 | | 4393 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bell, Juan A 3669 Kirkwood DR San Jose, CA 95117-1551 | | 5034 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $596.58 | $596.58 | Customer No Liability Claims |
| Lee, Alberta 6411 Cormorant Cir Franklin, CA 95765-5804 | | 4560 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bui, Dong 320 Case Ave Apt N210 Pleasanton, CA 94566-3213 | | 5325 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lee, Guessie<br>Dixieanne Ave<br>Sacramento, CA 95815-3157 | | 4712 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lee, Kimberly<br>Devecchi Ave Apt 167<br>Citrus Heights, CA 95621-5901 | | 6286 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $1,085.00 | $0.00 | $1,085.00 | Customer No Liability Claims |
| Margaret T<br>8th Ave<br>Sacramento, CA 95820-1405 | | 6657 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $122,200.00 | $0.00 | $122,200.00 | Customer No Liability Claims |
| Patrick P<br>Saint Francis Blvd<br>Daly City, CA 94015-4249 | | 6058 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rojinae<br>E Balch Ave Apt 120<br>Fresno, CA 93727-4608 | | 5114 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $943.00 | $943.00 | Customer No Liability Claims |
| Julie<br>Main St Apt 102<br>Redwood City, CA 94063-1932 | | 5125 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Patricia A<br>Twentysix Mile Rd #61<br>Oakdale, CA 95361 | | 6141 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carolina<br>Doris Ln<br>Bakersfield, CA 93304-4722 | | 4247 | Pacific Gas and Electric Company | 7/30/2019 | $58,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Leung, Jack<br>Jackson St Apt 5<br>San Francisco, CA 94133-5014 | | 6909 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $58,000,000.00 | Customer No Liability Claims |
| Paul<br>Theta Ave<br>Daly City, CA 94014-3827 | | 6783 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Case 19-30088    Doc# 9860    Filed 12/18/20    Entered 12/18/20 11:49:29    Page 8 of 28

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| IRVIN, JOAN FILBERT ST. SAN FRANCISCO, CA 94133- | | 4833 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dorenfus, Michael S Glenroy Ave Los Angeles, CA 90049-3109 | | 4991 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lewis 151, Delilah Karen Leigh 153 C/O Delilah Lee Lewis 153 Precita Ave San Francisco, CA 94110-4620 | | 7139 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lewis, Delilah Precita Ave San Francisco, CA 94110-4620 | | 6927 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...wis, Gwendolyn 3180 Pahubich Dr Tollhouse, CA 93667-9614 | | 7113 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...va, Desiree 35 35th Street Sacramento, CA 95817 | | 3958 | PG&E Corporation | 7/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...va, Norma Sterling Rd Bakersfield, CA 93306-6339 | | 5280 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...Lu Shelter Cove Ct Antioch, CA 94531-9113 | | 6419 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...Meixia Genoa Ct Walnut Creek, CA 94598-3611 | | 6714 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Meijun, Jones St Apt 902, San Francisco, CA 94102-3937 | | 4835 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lilly, Joseph, 1 Trentwood Way, Sacramento, CA 95822-5826 | | 4723 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guo Chao, 9 Stockton St Apt 306, San Francisco, CA 94108-1141 | | 5180 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ani, Sheryl, 27 Road 415, Coarsegold, CA 93614-8909 | | 4729 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| le, Brian, 1 W La Loma Dr Apt 3A, Rancho Cordova, CA 95670-3263 | | 5265 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stanley, 61 Monterey Blvd, Leandro, CA 94578-4310 | | 6905 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $9,720.00 | $9,720.00 | Customer No Liability Claims |
| nes, Ricky, Norfolk Dr, ffica, CA 94044-2022 | | 5360 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ngsworth, Zikia, 411 Meadowview Rd Apt 1008, Sacramento, CA 95832-1474 | | 5521 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| es, Stephen, 3323 Deering St, Oakland, CA 94601-2723 | | 4336 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ez, Carlos A, 9 Gum Tree Dr, San Jose, CA 95111-2332 | | 5285 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lopez, Luis Cruz 1110 D St Apt H Merced, CA 95341-6301 | | 6875 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopez-Jimenez, Shirley 470 Del Norte Ave Yuba City, CA 95991-4122 | | 7095 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $950.00 | $0.00 | $950.00 | Customer No Liability Claims |
| Luis, Sandra 2 Carol Ln Apt 171 Oakley, CA 94561-4459 | | 6911 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lucero, Catherine 44 Canal St Merced, CA 95341-6631 | | 4816 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Luque, Maria 41 David Ave Pacific Grove, CA 93950-5508 | | 5965 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lujas, Amanda 128 Cottontail Trl Arlington, KY 41005-7208 | | 4587 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| LIPIAN, LAURA DBA DESTINYS PRECIOUS GI 11 ABBOTT ST SALINAS, CA 93901-4301 | | 6823 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ly, Muoi 2861 Buckner Dr San Jose, CA 95127-3208 | | 6628 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lynch, Jon 2072 Sweetwater Dr Modesto, CA 95355-3823 | | 4657 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MABEL MARTIN, DECEASED 10591 W INDIAN WELLS DR SUN CITY, AZ 85373-1031 | | 5468 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Macias Jr, Jose 3310 N Yosemite Ave #1 Ceres, CA 93701-1651 | | 4798 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Macias, Mary H 453 N Helm Ave Apt C Fresno, CA 93727-2412 | | 5093 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gciel, Laura PO Box 2764 Los Banos, CA 93635-1864 | | 5237 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Madero, Dioselina 3 Mono Ave Apt J Oroville, CA 95965-3358 | | 7410 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Magana, Jesus 2991 Nadia Zambrano Dr McKenzie Dr Richmond, CA 94806-2612 | | 6292 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Magana, Victor 3 Cesa Ave Brentwood, CA 94513-1601 | | 4805 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Magliocca, Joanne Box 61 Brownsville, CA 95919-0061 | | 4936 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Maher, Ivette R 6205 Brewer Creek Maim Maher Bakersfield, CA 93313-5913 | | 5015 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mojdy, Hamid 3407 Oakmore Rd Oakland, CA 94602-1832 | | 6282 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Case: 19-30088    Doc# 9860    Filed: 12/18/20    Entered: 12/18/20 11:49:29    Page 12 of 28

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Maldonado, Marisela<br>E Wrenwood Ave Apt 105<br>ano, CA 93710-6165 | | 7521 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Malmberg, Stephen A<br>D Earlham Dr<br>lock, CA 95382-1713 | | 6743 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Manning, Andrea<br>87 Anastasia Ln<br>Stockton, CA 95206-6442 | | 7246 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Customer No Liability Claims |
| Manning, Lezzette<br>2 N Cedar Ave Apt 215<br>ano, CA 93726-6031 | | 6202 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| rie, Karla<br>G St SPC 9<br>rata, CA 95521-6646 | | 6993 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| rvin, Maria<br>525 Linda Dr<br>remont, CA 94536-1522 | | 5193 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| rriscal, Juan<br>23 Del Norte Ave<br>sa City, CA 95991-4122 | | 7477 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $925.00 | $0.00 | $925.00 | Customer No Liability Claims |
| rroquin, Demetrio<br>4158 Harris Rd<br>ersfield, CA 93313-3542 | | 4343 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| rtten, Royal<br>PO Box 1193<br>parng, CA 93464-1193 | | 7387 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $11,005.00 | $11,005.00 | Customer No Liability Claims |
| Martin, Kristina<br>1 Nueva Ave #A<br>San Francisco, CA 94134-2421 | | 5131 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $15,700.00 | $0.00 | $15,700.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Martinez, Aileen S 8 Comanche Ct Antioch, CA 94531-8403 | | 7216 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez, Angela 5731 W Stanislaus Ave Riverman, CA 93630-1050 | | 6522 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez, Rosa 81 Art Ave Apt 1 Daly City, CA 94014-2606 | | 7048 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez, Violetta 62 Lask Dr Yuba City, CA 95991-7301 | | 6199 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez, Yahaira 81 1st Ave Apt 7 Daly City, CA 94014-2648 | | 7256 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mask, William PO Box 29735 Oakland, CA 94604 | | 6610 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $380.00 | $0.00 | $380.00 | Customer No Liability Claims |
| Maslov, Sarah 16972 Allison Ranch Rd Grass Valley, CA 95949-9608 | | 4693 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mathews, Harold S 451 Giusti Ct Sacramento, CA 95820-4044 | | 4930 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mathis, Andrea M 2848 23rd Ave Oakland, CA 94606-3532 | | 6238 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Mathur, Bhagwan 3435 Zacate Ave Fremont, CA 94539-3064 | | 7065 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Matsuoka, Jason 24229 Myrtlewood Ct Murrieta, CA 92562-3821 | | 7061 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Matthews, Nelson 476 Toombs St Lake Oaks, CA 95628-3128 | | 4489 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MUTUSIAK, DANIELLA 841 41ST ST APT 207 OAKLAND, CA 94611-5655 | | 5017 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moya, Mary PO Box 1814 Buellton, CA 93427-1814 | | 6751 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...gs, Elijah 26 Contra Loma Blvd Apt 120 Antioch, CA 94509 | | 4767 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| ...ncovan, Betty Jean 663 Cedarbrook Way Winnop, CA 95330 | | 4444 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...Crea, Amanda 23 Thoreson Ct Bakersfield, CA 93309-5927 | | 6604 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McElroy, Clarinda 2744 Hinkley Ave Richmond, CA 94804-4044 | | 6636 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...nEncary, Regina N 810 Maple Ave South San Francisco, CA 94080-...7 | | 5128 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...fentine, Shirley 106 N Fowler Ave Apt 106 Clovis, CA 93611-0713 | | 7141 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| McFadden, Joyce 235 W Montebello Ave Apt 3 Phoenix, AZ 85015-2257 | | 4830 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Megee, Bob S 101 Cornell Ave Modesto, CA 95350-5002 | | 5042 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gregor, Candi 9843 Bryson Hesperia Rd Bradley, CA 93426-9422 | | 6243 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McKinley, Cathy S 131 S St, Apt 1 Madera, CA 93637-4583 | | 6416 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Laughlin, Tim R 789 Cavalier Ln San Luis Obispo, CA 93405-4942 | | 5051 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Emanus, Bernard 1644 Henry CT Vallejo, CA 94591-4820 | | 5220 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pollock, Lisa 190 Pullman Ave Apt 103 Hammond, CA 94804-3139 | | 6400 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MEISSNER, JOHN J 4955 MURPHY CANYON RD STE 100 SAN DIEGO, CA 92123-4365 | | 6069 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Mendez, Gerardo PO Box 91 Gonzales, CA 95950-0091 | | 5284 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mendoza, Gustavo 6 Natividad Rd Salinas, CA 93906-4005 | | 6951 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mendoza, Victor 1344 Reno Drive San Jose, CA 95148 | | 4188 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Merca, Daniel 4733 Monument Dr Sacramento, CA 95842-4105 | | 7119 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mercado, Vanessa 514 Hogan Ct Atwater, CA 95301-4589 | | 5378 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mesa, Jessica 301 Florence St Turlock, CA 95380-4705 | | 5335 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Meyers, Alan M PO Box 2334 Anheim, CA 92814-0334 | | 6406 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MICHAEL CHENG & LILLY S VALE ST DALY CITY, CA 94014-2515 | | 5072 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Michael, Melissa 5185 Bancroft Aven Apt A Oakland, CA 94605 | | 4762 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Michel, Felix 40 Arvizu Ct Anheim, CA 93203-2440 | | 7537 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mihalovic, Darryl G 3103 Taft Ct Turlock, CA 95382-9180 | | 6513 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mikel, Darnell 1071 47th St Apt 5 Emeryville, CA 94608-3343 | | 6935 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jones, Marshall / 8 Atacla St / ...loch, CA 94509-4803 | | 6521 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $20,580.00 | $20,580.00 | Customer No Liability Claims |
| Mills, Stefanie R / D Natalie Cir / Petaluma, CA 94952-3281 | | 5213 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Minjunyan, Flora / 67 N Fresno St Apt 104 / Fresno, CA 93710-6943 | | 5050 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mitchell, Tina / 1 Del Rio Ct Apt 4 / Vacaville, CA 95687-4816 | | 5088 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...hem, Alysse / 20 W Atwater Ave / Fresno, CA 93711-0800 | | 4879 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ina, Delia G / 6 N Constance Ave / Fresno, CA 93722-3309 | | 7295 | Pacific Gas and Electric Company | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...lina, Gloria / 1 Leon Ave / ...desto, CA 95351-3222 | | 4303 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...son, Min Ho / 1526 Almaden Blvd Apt 61 / Union City, CA 94587-2925 | | 4895 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moore, Jacqueline / 482 W Viento St / ...acy, CA 95391-2065 | | 5287 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moore, Lorna / 8W Hookston Rd Apt 112 / Pleasant Hill, CA 94523-4249 | | 5206 | PG&E Corporation | 8/5/2019 | $800.00 | $0.00 | $800.00 | $0.00 | $1,600.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Moore, Roberta 38 Mission Bay Blvd N Apt 303 San Francisco, CA 94158-2499 | | 7104 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Claims |
| Moreno, Camelia 508 Theresa 814 Saint Elizabeth Ct Apt 171 San Jose, CA 95126-3948 | | 5224 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mori, Lillian 6934 Heatherwood Way Sacramento, CA 95831-2846 | | 5363 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Morin, Paul 2103 Pickwick dr Camarillo, CA 93010-6427 | | 4249 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Morris, Ryan V 125 Talbot Way Citrus Heights, CA 95610-2736 | | 7218 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Morton, Plushavon C 4 Bertha Ln San Francisco, CA 94124-2492 | | 6456 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mosely, Elizabeth 1 Bernard St Bakersfield, CA 93305-3402 | | 5188 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mosley, Cynthia 755 Roca Way Sacramento, CA 95842-1653 | | 4524 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moua, Andy Cher 5108 E Huffman Ave Fresno, CA 93727-9321 | | 6777 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $1,323.31 | $0.00 | $1,323.31 | Customer No Liability Claims |
| Moua, Thomas 9988 E Eight Mile Rd Stockton, CA 95212-9296 | | 5295 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Shanbhatten, Mary E Apt 2 1220 Monument Blvd Apt Concord, CA 94520-4448 | | 5344 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Voz, Mark 1053 Lincoln Oaks Dr Oaks, CA 95628-3111 | | 5712 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| noz, Martha Elena 2901 Martin Luther King Jr Blvd Apt 101 Tino, CA 93706 | | 5179 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $503.00 | $503.00 | Customer No Liability Claims |
| Murphy, Jennifer L Stephen P Murphy 750 Mines Prescott, AZ 86301-7639 | | 4943 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MURRY, BRENDA 2407 MANDARIN WAY ANTIOCH, CA 94509 | | 5143 | Pacific Gas and Electric Company | 8/4/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Claims |
| True Image Manufactor 699 Marina Way S Richmond, CA 94804-3738 | | 7039 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reviso, Christina 3 Gable Ave Apt D Vacaville, CA 95688-2339 | | 5992 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cardone, Georgina 3901 Morovino Dr Bakersfield, CA 93312-6820 | | 5202 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| Barutti, Deanna 1099 N Valentine Ave Fresno, CA 93711-0951 | | 6914 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Case: 19-30088    Doc# 9857    Filed: 12/18/20    Entered: 12/18/20 11:49:29    Page 20 of 28

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Leal, Alicia 1954 N 6th St Concord, CA 94519-2216 | | 7528 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $7,500.00 | $0.00 | $7,500.00 | Customer No Liability Claims |
| Navarro, Francisco 50 Soberanes St Big City, CA 93930-3756 | | 6187 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Navarro, Israel 5201 Dunsmuir Rd Apt 46 Bakersfield, CA 93309-8521 | | 4238 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Newsom, Bobby Minerva McIntosh 659 Junction Dr Apt D418 Allen, TX 75013-5141 | | 7002 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Anthony Nando Ct Castro Valley, CA 94546-3132 | | 5189 | PG&E Corporation | 8/5/2019 | $4,771.30 | $0.00 | $0.00 | $0.00 | $4,771.30 | Customer No Liability Claims |
| NGUYEN, MARCUS V GREENSBORO WAY STOCKTON, CA 95207-7538 | | 5060 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| dh, Jaime T Crosswind Dr Sacramento, CA 95838-2228 | | 4773 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| n Nguyen, Hanh 5 Lucretia Ave, Apt 4202 San Jose, CA 95122-3850 | | 7194 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| NGUYEN, JASON DBA Bliss Nail Spa 709 Lincoln Ave sa, CA 94558-5109 | | 4766 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nguyen, Jim 2332 Taft St Golden Grove, CA 92843-5035 | | 6721 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Nguyen, Khai 470 Le Compte Pl San Jose, CA 95122-3806 | | 4495 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| NGUYEN, TED 3450 OAKLAND RD SPC 134 SAN JOSE, CA 95112-1337 | | 6440 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nguyen, Thu 7 Farm Dr Apt 3 San Jose, CA 95136-1016 | | 6197 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nguyen, Tuy Ngoc 622 S 6th St Unit 12302 San Jose, CA 95112-3964 | | 4947 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nim, Chim Luan 1068 S Airport Way Stockton, CA 95205-6120 | | 4942 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nitto, Dorothy PO Box 1131 Millbrae, CA 94030-5131 | | 5071 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nuravisnai, Monesa 11975 Rusty Plow Ln Lathrop, CA 95330-8995 | | 4891 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nunez, Graciela 322 Vallejo Ave Pinole, CA 94572-1348 | | 6984 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nunez, Karen G 722 Redwood Ave Sanger, CA 93657-2137 | | 6447 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ...nn, Karen L / ...E Bellaire Way / ...no, CA 93704-4019 | | 6735 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Obannon, Damon / 170 Vaughn Ln / ...cy, CA 95376-8752 | | 5716 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...oma, George / ...Del Sur Ct / Fairfield, CA 94533-2219 | | 5720 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...sio, Desi Amor / ...Plaza Ct / ...iuisburg, CA 94565-5925 | | 5476 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...boa, Claudia & Roman / ...Alcantar Cir / Sacramento, CA 95834-2700 | | 5003 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...onnell, Rosario / ...66 Cribari Crst / ...Jose, CA 95135-1312 | | 6771 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ligh, Fayzeh N / ...34 W North Way / ...uba, CA 93018-8008 | | 6802 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...LE, DEBRA / ...50 CREEKS EDGE WAY APT / SACRAMENTO, CA 95823-3377 | | 4718 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| O'Gorman, Antoinette / ...ave K Olson 2576 Post St. / ...Francisco, CA 94115-3313 | | 6655 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...va, Erica / 19 Gardenia Dr Apt 2 / Salinas, CA 93906-3921 | | 6833 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Case: 19-30088 Doc# 9860 Filed: 12/18/20 Entered: 12/18/20 16:49:29 Page 23 of 28

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Tavares, Maria 1125 E Mountain View Way Dublin, CA 93618-9578 | | 6373 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Oliver, Cecilia 673 Sanders Ave San Jose, CA 95116-3437 | | 6627 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ly 7400 Mariposa Cir Apt 102 Dublin, CA 94568-4337 | | 6298 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| FARAN, FAKHRIA 789 GINGERWOOD DR MILPITAS, CA 95035-2429 | | 6900 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Seal, Lottie 2130 Denver Ave Apt 3 Merced, CA 95348-1617 | | 5082 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nwazuluike, Nnamdi 155 Rampart Way Brentwood, CA 94513-4103 | | 4365 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stutt, Joan C 3177 Betsy Ross Dr Roseville, CA 95747-6559 | | 5172 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Galway, Helen PO Box 52 El Dorado, CA 95623-0052 | | 6936 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vega, Antonio 2167 Robertson Rd Modesto, CA 95358-2267 | | 4340 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cruz, Rosa PO Box 30491 Stockton, CA 95213-0491 | | 5192 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Osborne, Dean Thomas, 3 Longridge Rd., Oakland, CA 94610 | | 4997 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Osborne, Lawrence W, 10995 Poppy Dr, Wilts, CA 95490-9080 | | 4977 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...good, Edward, ...89 Village Center Dr Apt 101, Sacramento, CA 95823-7068 | | 6386 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...wald, Jeannie, PO Box 1269, Clearlake, CA 95422-1269 | | 5934 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ..., Lamont M, ...4 Lassen Ct, Vallejo, CA 94591-4022 | | 4501 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...erbey, Colleen, 8251 Lewis Stein Rd Apt 259, Elk Grove, CA 95758-8435 | | 6844 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $50.00 | $0.00 | $50.00 | Customer No Liability Claims |
| ...zen, Kristin, PO Box 592, ...ayton, CA 94517-0592 | | 5251 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...adilla, Juan, 20 Andalucia Dr Apt D, ...rdad, CA 93960-2596 | | 4771 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Padilla, Nacho, PO BOX 1416, Plumme, CA 95379-1416 | | 6642 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pagorni, Elizabeth, 2841 Mandarin Ave, Hayward, CA 94544-5064 | | 6934 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Paija, Charles 3821 Concord Bhutti Paleja Rd Concord, CA 94519-1809 | | 7040 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Paleja, Pushpa 3564 Treat Blvd Apt 3 Concord, CA 94521-3462 | | 6953 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Palma, Alberto and Noemi Comaro Palma-Martinez 3822 S Fairbanks Ave Seeger, CA 93657-9711 | | 6910 | PG&E Corporation | 8/14/2019 | $250,000.00 | $0.00 | $0.00 | $0.00 | $250,000.00 | Customer No Liability Claims |
| PALOMINOS, LUCILA 129 TRIDENT DR MODESTO, CA 95355-7917 | | 6663 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Panaretz, Michael 4400 The Woods Dr Apt 1524 San Jose, CA 95136-3858 | | 6391 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| Pannell, Yvonne 544 Ellen Ct Merced, CA 95341-5353 | | 6957 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Parker, Kardica 241 Jones Ave Chino, CA 93706-3624 | | 4828 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Parks, Nakia 255 E Balch Ave Apt 120 Fresno, CA 93727-4608 | | 5124 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Parm, Danita 456 Waverly Way Pittsburg, CA 94565 | | 7195 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Customer No Liability Claims |

Case: 19-30088    Doc# 9865    Filed: 12/18/20    Entered: 12/18/20 11:49:29    Page 26 of 28

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nel, Charles 36 Pacific Ave Ste 1 Stockton, CA 95207-5155 | | 6722 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| PATEL, PRIYANKUMAR GOVIND 1799 S G ST FRESNO, CA 93721-3425 | | 6975 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| PATINO, SALVADOR MARIA SOLEDAD PATINO 1725 JEFFERSON ST APT 3 BAKERSFIELD, CA 93305-4268 | | 4831 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Patterson I, Wallace O 127 Rosalind Ave Richmond, CA 94805-1550 | | 5030 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| PATTERSON, KASANDRA 10268 S WHITE ROCK RD RANCHO CORDOVA, CA 95670-5824 | | 6090 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Patton, June 19 ALTA VISTA CT APT F Apt Novato, CA 94949 | | 7328 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Paulzon, Richard W 21 Kelloch Ave San Francisco, CA 94134-3219 | | 5727 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pegram, Sandra 2050 Portland Ave Auburn, CA 95603-5512 | | 5195 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pelaes, Janell 4319 W Cortland Ave Fresno, CA 93705-3518 | | 6242 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Maney, Stephanie 305 143rd Ave Apt 1 San Leandro, CA 94578-2757 | | 7403 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Donna 700 Barnsley Way Elk Grove, CA 95757-5114 | | 5425 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Erik M St Michelle Ct Merced, CA 95348-3360 | | 7324 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Gema Lockwood Dr Ukiah, CA 95482-3807 | | 5159 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Rahmona M 905 Solicera Pl Bakersfield, CA 93311-2291 | | 4683 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Claims To Be Expunged Totals | | Count:247 | | | $58,257,110.92 | $0.00 | $172,113.31 | $131,189.09 | $58,560,413.32 | |