

Entered on Docket
**December 18, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: December 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>　　　- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>　　　　　　**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' THIRTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (CUSTOMER NO LIABILITY CLAIMS)**<br><br>**[Re: Dkt. No. 9445, 9801]** |

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Thirty-Fifth Omnibus Objection to Claims (Customer No Liability Claims)* [Docket No. 9445] (the "**Thirty-Fifth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Perez, Sonia 3330 Fairfax Rd Apt 1 Bakersfield, CA 93306-2825 | | 4350 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pentore, Philip 127 S Wildrose Ln Anaheim, CA 92808-1434 | | 4698 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Petrosyan, Lida 929 Sierra Madre Ct Apt B Rancho Cordova, CA 95670-2124 | | 5129 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pettiford, Marlona 200 Macarthur Blvd Unit 203 Oakland, CA 94602-1776 | | 6044 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pettit, Erin 21 Lake Crest Way Apt 8 Sacramento, CA 95822-3324 | | 6073 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pettway, Wanda 280 Davis St Apt 58 San Leandro, CA 94577-2579 | | 4969 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pfaly Jr, Leonard F 2444 Promontory Circle San Ramon, CA 94583-1258 | | 5242 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pfeltz, John 6300 SE Morrison St Portland, OR 97215-2015 | | 5173 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pfister, Jamie 7 T Everding St Eureka, CA 95503-5470 | | 5477 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pham, Sabrina 676 Splendid Way Elk Grove, CA 95758-5961 | | 4722 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Pham, Xin 2150 Evans Ln Apt 2214 San Jose, CA 95125-6240 | | 5314 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $64.79 | $64.79 | Customer No Liability Claims |
| Pheng, Locurm 638 E Washington Ave Reno, CA 93702-2157 | | 7150 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Phavong, Charlie Phammoun Lackpraseuth 2106 Lansbury St Santa Rosa, CA 95404-8025 | | 6268 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Phillips, Jeri 11 Gregory Ln Apt 68 Pinfield, CA 94533-5957 | | 5385 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Phillips, Kelly 259 Nikkie Ln Los Gatos, CA 95033-9303 | | 4443 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pichi, Alta 362 Bay St Rear Alameda, CA 94501-2320 | | 4494 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pickett, Lehandy Maurice 87 Adams Ct Pole, CA 94564-2341 | | 6625 | PG&E Corporation | 8/12/2019 | $590,000.00 | $0.00 | $30,000.00 | $0.00 | $530,000.00 | Customer No Liability Claims |
| Picot, Angelique 508 Alcala St Antioch, CA 94509 | | 6576 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $12,850.00 | $87,150.00 | $100,000.00 | Customer No Liability Claims |
| Picardo, Rosalie 877 Oswell Park Dr Bakersfield, CA 93307-7613 | | 4418 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pierce, Ivan 308 Turk St Apt 15 San Francisco, CA 94102 | | 7544 | Pacific Gas and Electric Company | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Pimentel, Marianna 300 S Zelkovia Ave Del Rey, CA 93616-9778 | | 4923 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $187.00 | $187.00 | Customer No Liability Claims |
| Pittman, Mary L 1248 El Caminito Ct Cowchilla, CA 93610-8503 | | 5272 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Placer, Dorothy PO Box 212 Hamilton City, CA 95951-0212 | | 4555 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pohlmence, Agustin Bernardine 999 W Morrison Ave Apt 148 Santa Maria, CA 93458-6033 | | 7117 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Poole, Patricia 321 Claus Rd Riverbank, CA 95367-2515 | | 6800 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Portillo, Antolin 312 Ross St Apt 207 Mendota, CA 93640-1937 | | 4296 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Posada, Eliza 4734 E Clinton Ave Fresno, CA 93703-2735 | | 5326 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $2,800.00 | $0.00 | $2,800.00 | Customer No Liability Claims |
| Prado, Erika 831 Lute Ct Merced, CA 95341-8020 | | 4998 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Prado, Rosa 40 Godfrey Dr Windsor, CA 95492-8074 | | 6207 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Price, Joan M 305 W Graaf Ave Ridgecrest, CA 93555-2412 | | 5324 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Prince, Kathy / 539 Pacific Ave / Alameda, CA 94501-2227 | | 6123 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Profiri, Erma / c/o Plantation Pl / Stockton, CA 95209-4035 | | 6979 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Quqat, Fuqid A / 2729 Nelson Blvd Apt 204 / Selma, CA 93662-4301 | | 6376 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Qu Yongzhi / Chen 214 Tanglewood Dr / Richmond, CA 94806-5814 | | 7109 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Quach, Diana / 57th St / Sacramento, CA 95819-3327 | | 6745 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Quadros, Louis M / 1343 Ivory Lace Ave / Manteca, CA 95337-8989 | | 5277 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Quintana, Rocio / 210 Las Vegas St / Modesto, CA 95358-5525 | | 5340 | PG&E Corporation | 8/6/2019 | $403.89 | $0.00 | $0.00 | $0.00 | $403.89 | Customer No Liability Claims |
| Quintero, Raymundo / 120 Balsam St / Dinuba, CA 94565-3749 | | 6544 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Quirarte, Lorena / 3 Pacemaker Dr / Atwater, CA 95301-3839 | | 6347 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Quitadag, Cecilio / 690 Alan Shepard St Apt 254 Bldg 9 / Sacramento, CA 95834-7810 | | 6423 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Zeigler, Stephanie 230 W 9th St Pittsburg, CA 94565-2412 | | 7140 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RAJA, MAZHAR HUSSAIN 10 E MAGNOLIA ST STOCKTON, CA 95202-1535 | | 6093 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramirez Sanchez, Aurelia 125 E Roberts Ave Apt 208 Fresno, CA 93710-6541 | | 7034 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramirez, Victor M 427 W Jewel St Santa Maria, CA 93458-1627 | | 5987 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $275.00 | $275.00 | Customer No Liability Claims |
| Ramos, Luis PO Box 571 Tranquillity, CA 93668-0571 | | 4353 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramos, Patricia 42 La Esperanza Dr Salton, CA 95620-3039 | | 6834 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramos, Sulema 125 D Street Marysville, CA 95901-4203 | | 5346 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramseyer, Loretta 135 Stoneridge Dr San Luis Obispo, CA 93401-5674 | | 6254 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rands, Linda M 272 Main St Apt 6 Avalon, CA 95320-2182 | | 4824 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rankins, Beverly 615 Brush St Apt C Oakland, CA 94612-1354 | | 6864 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brunson, Chantelle 1399 N Abby St Apt 202 Fresno, CA 93726-5408 | | 6413 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Razzak, Muhammad A 724 Fairbairn Dr North Highlands, CA 95660-4716 | | 7074 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Saad, Latasha 33 Torrano Ave Apt 33 Hayward, CA 94542-1847 | | 4711 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reeves, William P.O. Box 22817 SACRAMENTO, CA 95822 | | 4246 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...on, Denise ...Jasmine Woods Ct Apt 1D Deltona, FL 32725-9319 | | 5313 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Orlander, Sangduin Villa Ct ...field, CA 94533-2526 | | 6377 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $12,000.00 | $0.00 | $12,000.00 | Customer No Liability Claims |
| ...d, Careth Beatrice ...0 E 19Th St Oakland, CA 94606-4026 | | 5983 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...cheau, Robert L. Thelma Reneau 9121 Aboudara ...ersfield, CA 93311-2106 | | 6876 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $12,500.00 | $12,500.00 | Customer No Liability Claims |
| Renteria, Maria Genoveva 298 Stratford Ct ...inas, CA 93906-2163 | | 4618 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reyes G, Ignacio Francisco PO Box 1012 Winton, CA 95388-1012 | | 6899 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Reyes, Delfina 5311 Loma Verde Dr Apt 136 San Jose, CA 95117-3898 | | 4721 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reyes, Rubin 72 Ambrose Dr Salinas, CA 93901-1022 | | 7378 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reyna, John Valentina Garzon Reyna 2529 Garvey Ave Corcoran, CA 93212 | | 5009 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reynolds, Christina N 2399 N Texas St Apt 35 Fairfield, CA 94533-1281 | | 4982 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Reynolds, Clarissa 564 Ancestor Cir Sparks, NV 89436-8304 | | 6410 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reynoso, Armando 43 Susana Reynoso 2118 Orchard Yamalis, CA 95385 | | 7250 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reynoso, Fidel PO Box 978 Wesley, CA 95387-0978 | | 7360 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rhodes, Spencer 2038 Neeley Rd Garnerville, CA 95446-9134 | | 5070 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rhodes, Yolanda 1303 Bancroft Ave Oakland, CA 94605-2006 | | 5178 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brisceno, Elizabeth 2631 Dimond Ave Apt 3 Oakland, CA 94602-2235 | | 4676 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $8,500.00 | $8,500.00 | Customer No Liability Claims |
| Richard, Lydia J 2 US Haley St Bakersfield, CA 93307-1348 | | 4689 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $600.00 | $0.00 | $600.00 | Customer No Liability Claims |
| Richardson, Joanne C 35848 Niles Blvd Fremont, CA 94536-1647 | | 5980 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Richardson, Valarie 2374 Posey Ave Madera, CA 93638-5865 | | 4224 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RICHMOND, RAYMOND SERJUN RICHMOND 7367 BELLWOOD WAY CITRUS HEIGHTS, CA 95621-1112 | | 5081 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ricks, Daniel C 210 W Cortland Ave Fresno, CA 93705-3518 | | 6241 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ridout, Neil C 2925 Madison St Apt 306 Oakland, CA 94612-4511 | | 6397 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Riegle, Kevin 5040 Scarborough Way Sacramento, CA 95823-4132 | | 6462 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |
| Rigling, Terry 182 Manzanita Dr Pacifica, CA 94044-4349 | | 5057 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rojas, Barbara / 301 Bernard St Apt 37 / Bakersfield, CA 93306-2948 | | 6638 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rivera, Zilverio / PO Box 1107 / Coverdale, CA 95425-1107 | | 6650 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Roberson, Betty L / 8860 E Lane Ave Unit 231 / Fresno, CA 93727-3855 | | 4786 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Roberts, Sungaya / 357 2819 W Clinton Ave Ste 101 / Reno, CA 93705-4204 | | 6644 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Carrie / 224 Summit Way / Delhi, CA 95315-9234 | | 7268 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Diane / 570 Purdue Ave / E Palo Alto, CA 94303-1239 | | 7525 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Latoya / 1020 Orchard Ave / San Leandro, CA 94577-2616 | | 4510 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Sami / 3501 Norris Rd Apt 46 / Bakersfield, CA 93308-2177 | | 7487 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Shamea / 2735 62nd Ave / Sacramento, CA 95822-4628 | | 6950 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ROCCO, RANDALL / 3120 AMBERFIELD CIR / STOCKTON, CA 95219-2337 | | 4496 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Roha, Jesus 1 Madison St Bakersfield, CA 93307-4230 | | 4240 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | Customer No Liability Claims |
| Rocha, Paulina 870 Midfield Ave Apt 1 San Jose, CA 95122-2319 | | 98376 | Pacific Gas and Electric Company | 3/31/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Rocha, Paulina 870 Midfield Ave Apt 1 San Jose, CA 95122-2319 | | 6699 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Andres 1113 S Hazelwood Blvd Rano, CA 93702-4013 | | 6892 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Eva Humberto Corro 227 High ST Modesto, CA 95354-0630 | | 6884 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Joanna 240 4th St. Orange Cove, CA 93646-2418 | | 6320 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Margarita 2170 Woodside Drive Apt A San Luis Obispo, CA 93401-8628 | | 5170 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Rafael PO Box 5959 Stockton, CA 95205-0959 | | 5675 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Yanari 1850 Gaston St Paso, CA 93280-2715 | | 6418 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rason, Molly 425 Greensboro Way Stockton, CA 95207-7538 | | 4355 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Romero, Virginia 1877 S M St Bakersfield, CA 93304-5205 | | 6234 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ronquillo, Michelle 1080 Camel Rock Dr Reno, NV 89506-7517 | | 5485 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robison, Gina P 1261 1/4 W 25th St Merced, CA 95340-2821 | | 5715 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ROSALES, SELENA 800 FAIRFAX RD APT 6 BAKERSFIELD, CA 93306-2822 | | 4692 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rose, Irena 26 Pacific Grove Ln Apt 4 Pacific Grove, CA 93950-3851 | | 6868 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability Claims |
| Rose, Opal 163 1/2 Alder Ln Apt B Unit B Tillamook, OR 97141-2773 | | 5207 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ROSEMARYS 126 N 1ST ST CARSON, CA 95620-3025 | | 5020 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ross, Jason 3489 Playa Del Rey Apt 2 San Jose, CA 95123-2822 | | 4965 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Claims |
| Rothbauer, Amy 1388 Haight St Apt 115 San Francisco, CA 94117-2909 | | 5977 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |
| Rouser, Cheryl 3414 Stone Oak Pkwy Apt 1311 San Antonio, TX 78258-7386 | | 6514 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ruant, Rita 7306 Garnetta Way Gilroy, CA 95530-8530 | | 6412 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rucker, Pearlie 4258 Vinewood Way Antioch, CA 94531-8126 | | 5676 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RUELAS, MARIA THERESA 84 CARR AVE UNIT B SALINAS, CA 93905-2067 | | 6056 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Ana 288 Beacon Hill Dr Salinas, CA 93906-4900 | | 6991 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Catalina Virgen 724 S Ranch St Santa Maria, CA 93454-5320 | | 6395 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Elizabeth 2535 Washington Ave Apt 105 San Leandro, CA 94579-1842 | | 5113 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Ruiz, Elvira 2231 E Lewis Ave #A Fresno, CA 93701-1115 | | 5294 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Jose 70 esa Ruiz 959 W 6th St Merced, CA 95341-6615 | | 6084 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Joseph D 366 Florence St Lodock, CA 95380-4705 | | 5328 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Lorenzo Trinidad 6 Parkwright Ct Apt 10 Pacific Grove, CA 93950-5359 | | 7079 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nuz, Rocio 300 Las Vegas St Modesto, CA 95358-5525 | | 5337 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RUSSELL, SEKINA 1707 LOGAN ST MARINA, CA 93933-5074 | | 5339 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Demehr, Soudabeh 877 Tanus Cir Rocklin, CA 95677-4303 | | 6727 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Eteghi, Jahangir 1 Grove St San Francisco, CA 94102-4303 | | 6274 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| H, MIRIAM 3MASSOUD SAFI 900 CHERRY GLEN TER FREMONT, CA 94536-4255 | | 5322 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bazar, Mayra 21 Banning St Bakersfield, CA 93314-8893 | | 6770 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Acedo, Teresa 242 Juliet Rd Stockton, CA 95205-7884 | | 4882 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Salgado-Alcala, Juan 2533 Laurel St Apt 64 Napa, CA 94558-5747 | | 6520 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $6,000.00 | $0.00 | $6,000.00 | Customer No Liability Claims |
| Salonga, Cres S 1725 Judy Ln Oakland, CA 91784-9271 | | 6536 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Serrano, Fernando 132 N 5th St Apt 1 San Jose, CA 95112-5473 | | 7125 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sanbrano, Isabel 1553 W Barstow Ave Apt 115 Clovis, CA 93612-1552 | | 7368 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sampson, Joanne 673 E 19th St Apt 6 Oakland, CA 94606-2554 | | 7196 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sánchez, Nora Luz 2810 S Soderquist Rd Turlock, CA 95380-5106 | | 7227 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanders, Duane 829 Colorado Ave Turlock, CA 95380-2703 | | 4770 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanders, Jaeseun 2430 Kentfield Rd Apt 1 Stockton, CA 95207-7329 | | 7491 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanders, Jeremy 4455 Peach Ave Apt 39 Clovis, CA 93612-3558 | | 6652 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $19,000.00 | $19,000.00 | Customer No Liability Claims |
| Sandifer, Selma 1224 Pedrick St Sacramento, CA 95823-4721 | | 7162 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $117.00 | $117.00 | Customer No Liability Claims |
| Sandoval, Armando 813 Wallace Dr Woodland, CA 95776-5104 | | 6945 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $981.80 | $981.80 | Customer No Liability Claims |
| Sandoval, Miguel 1001 M St Bakersfield, CA 93304-1453 | | 7115 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer No Liability Claims |
| SANDOVAL, STEPHANIE 1411 10th St Apt 1 Sacramento, CA 95818-2354 | | 5997 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Santana, Juan Manuel, 60 King St, Gonzales, CA 93648-2446 | | 6449 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Santiago, Alicia, 1706 Anson Way, Modesto, CA 95355-2607 | | 4981 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Santos, Miriam, 219 Mary Dr Apt A, Santa Maria, CA 93458-3972 | | 5293 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sarabia, Maria Guadalupe, 1040 Kendrea St Apt E70, Mc Farland, CA 93250-1611 | | 6072 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sarcenity, Stacey, 125 Lincoln Ave, Pacific Grove, CA 93950-5520 | | 4926 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schaefer, Martin, PO Box 1103, Franklin, CA 95677-1103 | | 4978 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schrever, Jerry D, 6733 Meadowlark Ln, Patterson, CA 96007-9704 | | 6707 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schrock, Kenneth R, 4118 Schock 401 Dallas Dr, Campbell, CA 95008-5611 | | 5739 | PG&E Corporation | 8/8/2019 | $650,000.00 | $0.00 | $110,000.00 | $0.00 | $760,000.00 | Customer No Liability Claims |
| SHROEDER, GEORGE, PO BOX 722, PEBBLE BEACH, CA 93953-0722 | | 6062 | PG&E Corporation | 8/8/2019 | $273.98 | $0.00 | $0.00 | $0.00 | $273.98 | Customer No Liability Claims |
| Sgarini, Mary Ellen, 410 Sherwood Way, Menlo Park, CA 94025-3716 | | 6792 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Scott, Loretta 920 Jade Way Apt B Modesto, CA 95355-1872 | | 7480 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Seppel, Neil R 110 Appleton Ave San Francisco, CA 94110-5807 | | 5044 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ..., Sandra 383 Morello Ct Martinez, CA 94553-4712 | | 6530 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Seh, Lin 2700 Meadowglen Ave Sacramento, CA 95832-1217 | | 5989 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Claims |
| SENISHEN, EDWARD CAROLYN SENISHEN 2333 E SONORA ST STOCKTON, CA 95205-6506 | | 6653 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ..., Angelica R El Atalaya St Atascadero, CA 93422-8889 | | 6609 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ..., Angelica R EL ATALAYA ST ATASCADERO, CA 93422-8889 | | 6611 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sennette, Diana M Box 750494 Petaluma, CA 94975-0494 | | 4376 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Servillo, Carmine 2310 Floral Ave Yuba, CA 93618-8712 | | 6045 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sifter, Tammy 5631 W Pinedale Ave Fresno, CA 93722-2358 | | 6184 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Saldecel, Adnan 4773 W Tennyson Rd Apt 105 Hayward, CA 94544-5142 | | 6723 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| SHAO, WEIMIN 4710 CRAWFORD ST APT 28 FREMONT, CA 94539-7179 | | 5982 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Shreefh, Sameer A Sh Abu 14 Bili-Raman Shareefh 1163 14TH St Oakland , Ca 94607-2746 | | 4987 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Shumano, Julie 116 Southern Heights Blvd So Rafael, CA 94901-5042 | | 5500 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| SHEPARD, DIANE 520 CENTER PKWY APT 57 SACRAMENTO, CA 95823-5357 | | 7362 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $7,860.00 | $7,860.00 | Customer No Liability Claims |
| SHERRON, JESSIE J 8142 BARBARA LEE CIR SACRAMENTO, CA 95842-1914 | | 6851 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sherwood, Nuella K 4777 Landana DR Concord , CA 94519-1401 | | 6898 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Shirazi, Hadi 5 Stockport Cv San Rafael, CA 94901-4491 | | 4360 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sidhu, Vir 3710 Whistler Ave Modesto, CA 95355-9739 | | 5362 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Silva, Carmella 5626 Hillsdale Blvd #1 Sacramento, CA 95842-3803 | | 5467 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Silva, Deanna 5661 Mollie Cir Livermore, CA 94551-6974 | | 4724 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Silva, Maria Manuel T Da Silva 278 Eastside San Jose, CA 95127-1956 | | 7108 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Simmons, Annette R 2740 Story Rd Apt 6 San Jose, CA 95127-3926 | | 6557 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Simpson, Leroy 4450 Egret Ct Redding, CA 96002-3541 | | 7385 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,391.44 | $1,391.44 | Customer No Liability Claims |
| Simpson, Roxxane 677 Meadowview Rd Sacramento, CA 95832-1214 | | 4953 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singaiah, Tom 229 9th St Apt 1 Berkeley, CA 94710-2361 | | 5986 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singh, Balbir K 1377 River Bluff LN Stockton, CA 95209-4176 | | 5116 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singh, Mohinder 3391 Leandra Ct San Jose, CA 95328-9723 | | 7003 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singh, Pavitar Khanjit K Hira 1111 Manchester Way Yuba City, CA 95991-3487 | | 5226 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Singh, Sandip 2877 Buckwood Way Sacramento, CA 95835-1723 | | 6528 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Skinner, Natasha 2102 Martin Luther King Jr Way Berkeley, CA 94709-1915 | | 6130 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sloon, Sheryl 2445 La Quinta Dr Apt 505 Sacramento, CA 95826-3471 | | 7249 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |
| Smith, Alonzo Couch Street Vallejo, CA 94590-2960 | | 6518 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Audrey 2709 Foothill Blvd Apt B Oakland, CA 94605-1550 | | 5377 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Clarence R 2163 Alcatraz Ave Berkeley, CA 94703-2611 | | 4917 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Floyd 2877 8th Ave Sacramento, CA 95820-1405 | | 6515 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $12,450.00 | $0.00 | $12,450.00 | Customer No Liability Claims |
| Smith, Hattie Horace Byrnes 5462 Brookwood El Sobrante, CA 94803-3883 | | 4857 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |
| Smith, Hattie R 5462 Brookwood Ln El Sobrante, CA 94803-3883 | | 4898 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Smith, Latesha 1608 Travion Ct Apt 2 Fairfield, CA 94533-3744 | | 6762 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $238,800.00 | $0.00 | $238,800.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Randy 1332 Redburn Ln Apt 1 Rancho Cordova, CA 95670-4738 | | 6276 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Sheila 1255 W Lake Van Ness Cir Fresno, CA 93711-7023 | | 4855 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Shirlon 2 Brockton Rio Vista, CA 94571-9785 | | 5308 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Yvette 251 W 21st St Merced, CA 95340-3604 | | 6801 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smythe-Harper, Monica 255 Juan Jose Lane Tracy, CA 95376 | | 4436 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Solis, Fernando 218 S Madison St #2 Stockton, CA 95206-1219 | | 6538 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Solero, Luis Rojo Soltero 15567 Vassar Ave San Lorenzo, CA 94580-1066 | | 7533 | Pacific Gas and Electric Company | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Son, Jian 196 7th St Oakland, CA 94607-2101 | | 6364 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sonia Heredia Gonzales Pa PO Box 40771 Bakersfield, CA 93384-0771 | | 5278 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Customer No Liability Claims |
| Sorrentino, Therese PO Box 254 Folsom, CA 95763-0254 | | 5118 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Larkin, George D / 936 Fountain St / Alameda, CA 94501-3132 | | 7021 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Soto, Jairo Acosta / 110 Cedar St / ..., CA 93268-1829 | | 7106 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ..., Jason / 3263 Thoreson Ct / Bakersfield, CA 93309-5927 | | 6529 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| SPARROW, JAMES / DEBORAH SPARROW (TO BE ... VE 304 CARMEL AVE SPC 52 / MARINA, CA 93933-3127 | | 4636 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Spencer, Wanda / 301 Alamo Dr Apt 32 / Vacaville, CA 95687-6023 | | 7481 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stallworth, Juanita / 1199 Burkett Ave / Stockton, CA 95205-7224 | | 4889 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stallworth, Tiana / General Delivery / Merced, CA 95340-9999 | | 5098 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $189.00 | $189.00 | Customer No Liability Claims |
| Station, Next / 123 Pacific Ave Ste 113 / San Francisco, CA 94133-4449 | | 5462 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Customer No Liability Claims |
| STEELE, ODESSA / 207 PACIFIC AVE APT A / FAIRFIELD, CA 94533-2180 | | 5505 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stevenson, Pamela / 1004 C St. Apt A / Bakersfield, CA 93304-1144 | | 7395 | Pacific Gas and Electric Company | 8/20/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability Claims |

Case: 19-30088    Doc# 9361    Filed: 12/18/20    Entered: 12/18/20 15:52:08    Page 23 of 27

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| STEWART, LISA V 3422 SPRINGBROOK LN APT 895 NEW ORLEANS, LA 70114- | | 5123 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $675.49 | $675.49 | Customer No Liability Claims |
| Stickney, Heather & Robert 426 Falcon Pl Clayton, CA 94517-1902 | | 7110 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stegner, Caprice 2873 Arcade Way SPC 216 Redding, CA 96002-1101 | | 6849 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stokes, Doloris 1 Fargo St Stockton, CA 95204-3536 | | 5456 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stovall, Norell 3996 Majestic Dr Concord, CA 94519-1214 | | 6749 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Strauch, Gary D Toni Strauch 7643 Old Auburn Citrus Heights, CA 95610-3830 | | 4846 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Streplin, Claudette R 24211 N Olive Ave Apt 111 Turlock, CA 95380-7521 | | 5448 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stubbs, Clarence 5625 Roberts Ln Apt 8 Bakersfield, CA 93308-4386 | | 6546 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sullivan, Caroline 1422 Stockton Ave Modesto, CA 95358-2345 | | 4967 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| SULLIVAN, LARRY, 55 E 27TH APT C, OAKLAND, CA 94601-2744 | | 4728 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sullivan, Misty, 1106 Eucalyptus Dr Apt C, Bakersfield, CA 93306-6015 | | 5461 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| SULLIVAN, MOSES, 3365 CAREY DR APT 208, CONCORD, CA 94520-4334 | | 6070 | PG&E Corporation | 8/8/2019 | $4,820.00 | $0.00 | $5,687.00 | $0.00 | $10,507.00 | Customer No Liability Claims |
| SUMMIT FARMING, 4675 RIVER PARK PL E STE 101, FRESNO, CA 93720-1560 | | 6744 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sumulong, Teresita, 1000 Golden Gate Ave Unit 1000, San Francisco, CA 94102-3508 | | 4951 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 | Customer No Liability Claims |
| Sun, Anna, 3332 Clara Way, North Highlands, CA 95660-4002 | | 7000 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $179.00 | $179.00 | Customer No Liability Claims |
| Sun, Ann D, 15427 Frontier Ln, Roseville, CA 95747-8605 | | 6824 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sun, Kimberley, 771 68th Ave, Oakland, CA 94605-2349 | | 4454 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Claims |
| Sutherland, Phillip, 3413 Tembrook Dr, Sacramento, CA 95864-5007 | | 6360 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Suva, Charlotte R, 235 N Pershing Ave Apt 25, Stockton, CA 95207-6958 | | 5388 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Finlay, Cindy, 900 W. Home Ave., Reno, CA 93722 | | 4765 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tafaghodi, Alexis, 724 Plymouth Rd Apt 17, Stockton, CA 95207-2338 | | 5053 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Huichan, 50 Baker St Apt 210, San Francisco, CA 94117-2149 | | 6822 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $15.00 | $15.00 | Customer No Liability Claims |
| Ling, Helen Ling, 920 Quimby Rd, San Jose, CA 95148-3301 | | 5470 | PG&E Corporation | 8/6/2019 | $30,000.00 | $0.00 | $45,700.00 | $0.00 | $75,700.00 | Customer No Liability Claims |
| Buckley, Zena, 355 E 19th St Apt 4, Oakland, CA 94606-4167 | | 6358 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Betelehem, Pierre, 2425 167th Ave Apt 28, San Leandro, CA 94578-2350 | | 5392 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nickolo, Kapuni, 1290 Laredo Rd, Sacramento, CA 95825-0243 | | 5137 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Taylor, Gina, 3919 Walnut St Apt 2, Oakland, CA 94603-2644 | | 5984 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Taylor, Harvey, 6296 N Babigian Ave, Fresno, CA 93722-7912 | | 6733 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| TAYLOR, LOUISE, 168 SUNSET BLVD APT 2, HAYWARD, CA 94541-3891 | | 5332 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ada, Reiko 323 HeatherStone Way Sunnyvale, CA 94087-1538 | | 5414 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Theiller, Rudy L Drina Theiller 4608 Parktrail Santa Rosa, CA 95405-7900 | | 6305 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $5,350.00 | $0.00 | $5,350.00 | Customer No Liability Claims |
| Stevenot, Mark 470 George Rd Lakeport, CA 95453-9329 | | 7089 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Thomas, Laquisha 5400 Highland Ave Apt 6 Richmond, CA 94804-4968 | | 6307 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thomas, Rosetta 101 64th Ave Apt 107 Oakland, CA 94605-2031 | | 6607 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| THOMPSON, ELLA 33 Cougar Peak Ct Antioch, CA 94531-7404 | | 5140 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| THORNE, JAIME 1288 N 9TH ST APT 115 APT FRESNO, CA 93726-0818 | | 4844 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tillman, Gloria PO Box 537 Orosco, CA 93280-0537 | | 6278 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tino, Marie 948 El Prado West Palm Beach, FL 33405 | | 6132 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count:245** | | | **$1,185,497.87** | **$0.00** | **$492,887.00** | **$158,305.52** | **$1,836,690.39** | |