

Signed and Filed: December 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (CUSTOMER NO LIABILITY CLAIMS)**<br><br>**[Re: Dkt. No. 9447, 9801]** |

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Thirty-Sixth Omnibus Objection to Claims (Customer No Liability Claims)* [Docket No. 9447] (the "**Thirty-Sixth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proof of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9749 | Xiang Guang Zhang | 6196 | The Thirty-Sixth Omnibus Objection is WITHDRAWN with respect to this Claim. |

1    2.    The Claims listed in the column headed "Claim/Schedule to be Disallowed and

2    Expunged" in **<u>Exhibit 1</u>** hereto are disallowed and expunged.

3    3.    This Court shall retain jurisdiction to resolve any disputes or controversies arising from

4    this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| BASS, DEBORAH O 10579 LA LOMA DRIVE APT 7 RANCHO CORDOVA, CA 95670 | | 7297 | PG&E Corporation | 8/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aguilar, Erica G 661 Modoc Ave Menlo Park, CA 94025-1235 | | 7848 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Abba, Jack T. Tamio 3298 Kato Ct. Cameron Park, CA 95682 | | 7160 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Andrews, Micah J 11081 Rolando Ave Castro Valley, CA 94546-3930 | | 8112 | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Andrews, Micah J 11081 Rolando Ave Castro Valley, CA 94546-3930 | | 8351 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Benner, Erika 8660 El Camino Real Atascadero, CA 93422-6227 | | 7793 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Abijas, Osiris 895 N Quincy Rd Dock, CA 95580-3653 | | 7991 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Begun, Mikhail 1435 Lake St Apt 202 San Francisco, CA 94121 | | 6107 | PG&E Corporation | 8/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bell, Darlene 729 E California Ave Ridgecrest, CA 93555-4209 | | 7720 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Molo, Estrellita 1212 Denver Ave Stockton, CA 95206-2810 | | 7942 | Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bello, Jean B 1212 Denver Ave Stockton, CA 95206-2810 | | 8122 | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Berscheid, Dannis J 468 Shavano Peak Ct Antioch, CA 94531-8341 | | 7835 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bodily Jr, Gary 1562 Crescent St Apt 105 Oakland, CA 94610-2674 | | 7819 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bowles, Taneya 200 Figueroa Dr San Leandro, CA 94578-4039 | | 4447 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Customer No Liability Claims |
| Bumgardner, Lee 20380 Brook Ln Saratoga, CA 95070-3454 | | 8141 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Burdwyak, Tamara 9841 Crowder Way Sacramento, CA 95842-3066 | | 8225 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Butler, Febbyln Po Box 6206 San Pablo, CA 94806-0206 | | 8103 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chhoeut, Ratsma 936 E Yorkshire Dr Apt 1 Stockton, CA 95207-5936 | | 7640 | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Clayton, Gala N GENERAL DELIVERY Merced, CA 95340-9999 | | 7748 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Clemons, Rebecca 467 Andrade Ave Richmond, CA 94804-1228 | | 7678 | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |

Case 19-30088    Doc# 9966    Filed 12/18/20    Entered 12/18/20 15:54:23    Page 5 of 28

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Contreras, Alexandra 18021 E Huntington Blvd Apt 240 Chino, CA 93721-2321 | | 4368 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $900.00 | $0.00 | $900.00 | Customer No Liability Claims |
| Cooper, Howard 32 Ohio Ave Apt 3 Richmond, CA 94804-2246 | | 8049 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dacey, Jill 1591 Miramar Pl San Leandro, CA 94578-1168 | | 8083 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $125.00 | $125.00 | Customer No Liability Claims |
| David, Mamie 401 Virginia St Apt 4 Vallejo, CA 94590-5980 | | 7786 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lara, Elizabeth 3rd St Apt 2 Greenfield, CA 93927-5207 | | 8204 | Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Deleja, Alsi 296 Avalon Ave Madera, CA 93637-5945 | | 7801 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Devore, Nancy Po Box 601894 Sacramento, CA 95860-1894 | | 7566 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $7,500.00 | $7,500.00 | Customer No Liability Claims |
| DiMaggio, Angelo 11345 Wilder Rd Red Bluff, CA 96080-9714 | | 8106 | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Diao, Jun 9077 Selva Way Elk Grove, CA 95757-8251 | | 8197 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dah, Tanisha 827 Sky View Dr Bakersfield, CA 93307 | | 7938 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Case: 19-30088  Doc# 9962  Filed: 12/13/20  Entered: 12/13/20 11:54:23  Page 6 of 28

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ellarch, Saba 3077 San Isidro Ave Merced, CA 95348-9501 | | 7912 | Pacific Gas and Electric Company | 8/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Erazo, Rene E 370 Hess Road Apt. 2 Redwood City, CA 94061-3145 | | 7384 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Escandor, Carlos R 70 Oak St Rear Manteca, CA 95337-5641 | | 7968 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Esparza, Ana I 388 E Clinton Ave Fresno, CA 93704-5818 | | 7573 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Estes-Jackson, Olga 210 Republic Way Vacaville, CA 95687-6772 | | 7986 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garner, Linda E PO Box 887 Colfax, CA 95713-0887 | | 7572 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Gohramani, Edmond 2185 Kensington Ct Turlock, CA 95382-9100 | | 7963 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Golden, Ralph B 2304 Summer Street EUREKA, CA 95501-4034 | | 4475 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gomez, Jeanette 4901 Eucalyptus Dr Bakersfield, CA 93306-6731 | | 8098 | Pacific Gas and Electric Company | 8/29/2019 | $2,800.00 | $0.00 | $0.00 | $0.00 | $2,800.00 | Customer No Liability Claims |
| Gomez, Orlando 20 Edith St # A Petaluma, CA 94952-3225 | | 8066 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gonzales, Kathy C 6 Soledad St Apt 6 Salinas, CA 93901-3526 | | 7994 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Daisy 1299 Colonial Dr Fontana, CA 92336-5626 | | 8026 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gordon, Angelique 9878 High Ridge Dr Beaumont, CA 92223-8072 | | 7312 | PG&E Corporation | 8/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guffaro, Miriam 62 Manzanilla Ct El Pablo, CA 94806-2119 | | 8063 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guzman, Graciela 7626 El Camino Ave Sacramento, CA 95821-6017 | | 8051 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Handy, Deshawna M 6801 Abiding PL Apt A Sacramento, CA 95823-3567 | | 7742 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| He, Larry 12 Huber Ct Sacramento, CA 95838-4727 | | 8043 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hoang, Sang 1541 Plaza De Guadalupe Apt San Jose, CA 95116-2554 | | 7613 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hoang, Xuan 126 Harvard Avenue Apt 1 Santa Clara, CA 95051 | | 8107 | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Howell, Keith A 433 N Calaveras St Apt H Fresno, CA 93701-1811 | | 7910 | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Powell, Linda F 1325 A St Apt 211A Hayward, CA 94541-2951 | | 7993 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Huynh, Xuan Thi 1270 International Blvd Apt 105 Oakland, CA 94603 | | 6680 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $95.66 | $0.00 | $95.66 | Customer No Liability Claims |
| Ibrahim, Moath 4629 N Saffron Ct Fresno, CA 93720 | | 7577 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |
| Jackson, Tanya 801 Belle Ave Bakersfield, CA 93308-4204 | | 8045 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Jeans, Tawnya D. 9820 Malheur Way Elk Grove, CA 95758-4030 | | 8192 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Carmen 816 Morada Ln Stockton, CA 95210-1235 | | 7575 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| JONES, LARRY 1443 DIMOND AVE APT 18 OAKLAND, CA 94602-2275 | | 6550 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $1,414.00 | $0.00 | $1,414.00 | Customer No Liability Claims |
| Khan, Asma 1107 Bieber Ave Menlo Park, CA 94025-1215 | | 8104 | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kinney, Theresa N 909 Ardmore Cir Redlands, CA 92374-6205 | | 8062 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Koerne, Alisa 420 E 9th St Apt 1 Tracy, CA 95376-4041 | | 7845 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Case: 19-30088    Doc#    Filed: 12/18/20    Entered: 12/18/20 15:54:23    Page 9 of 28

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Pallen, Lee 11524 McCord Ave Spc T Bakersfield, CA 93308-4779 | | 8080 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mack, Leandrea R 877 D Haas Avenue San Leandro, CA 94577 | | 8145 | Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez, Maria E 42890 Avenue 412 Apt C Dinuba, CA 93618-9643 | | 7847 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mayberry, Michelle 9249 Statue Way Elk Grove, CA 95758-9541 | | 7728 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McCallister, Dr. J. L. 2084 At Livermore Chiropract Livermore, CA 94550-5613 | | 7827 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mendez, Hermelinda PO Box 792 Gualar, CA 93925-0792 | | 8111 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $12,850.00 | $0.00 | $12,850.00 | Customer No Liability Claims |
| Migness, Angelica 225 V St Merced, CA 95340 | | 4258 | Pacific Gas and Electric Company | 8/3/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Miza, Jose 43 Rosa Meza 907 Marmor Rd Woodland, CA 95776-5723 | | 8109 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moler, Marilyn 700 Longbrook Way Apt 156 Pleasant Hill, CA 94523-4868 | | 7833 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moore, Alyson PO Box 64 Isleton, CA 95641-0064 | | 7814 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $2,400.00 | $2,400.00 | $4,800.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hoee, Thomas G 434 Via Quito Pleasanton, CA 94566-5760 | | 8044 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mach, Vannak 43 W Fir Ave Apt D Oakdale, CA 95650-1384 | | 7796 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Murphy, Martha B 3847 Lanyard Ter #111 Fremont, CA 94536 | | 6224 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $110.00 | $110.00 | Customer No Liability Claims |
| FISCIO, PETRENA PO BOX 13 BLUE LAKE, CA 95525 | | 7840 | Pacific Gas and Electric Company | 8/25/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Meyers, Julie 2127 W Robinson Ave Fresno, CA 93705-2857 | | 7985 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Enzheimer, JoAnne 226 N Clovis Ave Apt 226 Clovis, CA 93611-0367 | | 7787 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cazarette, Patricia N PO Box 1792 Manteca, CA 95336-1153 | | 7644 | Pacific Gas and Electric Company | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Navarro, Sylvia 2133 South Bay Drive Sedro Woolley, WA 98284 | | 7768 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nguyen, Johnny Vu 8929 Boreal Way Elk Grove, CA 95758 | | 7589 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Customer No Liability Claims |
| Nguyen, Mailinh 2182 Mammoth Dr #3 San Jose, CA 95116 | | 8221 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nichols, Cameron 842 Snyder St Manteca, CA 95336-6902 | | 7645 | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Norse, Tammie 1705 Glascow Dr North Highlands, CA 95660-4121 | | 7482 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopez, Marcelino 3055 W Las Palmas Ave Apt 22D Patterson, CA 95363-8869 | | 7837 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $22.00 | $0.00 | $22.00 | Customer No Liability Claims |
| Lman, Julie 312 Dolphin Dr Bldg 3 Richmond, CA 94804-7473 | | 8029 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Borga, Maria A 229 Napa Ave Rodeo, CA 94572-1329 | | 7859 | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| Krasenko, Petr 690 Hawthorne St Apt 6 Monterey, CA 93940-1148 | | 8059 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Myers, Jermica 8322 Calvine Road #2086 Sacramento, CA 95828 | | 6302 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Cayuano, Manuel 31 Capp St San Francisco, CA 94110-1807 | | 7855 | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Roth, Aarti 7740 Watt Ave Apt 210 Antelope , CA 95843-2268 | | 8115 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RAMIREZ, JOE L. 247 E GOLDEN WAY DINUBA, CA 93618-2830 | | 7804 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ramirez, Rolando<br>242 Keiko St<br>Los Banos, CA 93635-5213 | | 7989 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rauifi, Aziz<br>Elisa Nomair 117 Chesapeake Dr<br>Union City, CA 94587-3636 | | 8223 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Redmond, Rosemary<br>867 E Tulare St<br>Fresno, CA 93702-2851 | | 8034 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rivera, Maria<br>135 Comstock Ct<br>Modesto, CA 95351-1732 | | 7992 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rivera, Monica<br>129 E 14 St.<br>San Leandro, CA 94577 | | 7850 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Carlos Arce<br>1990 Del Monte Ave Apt A<br>Salinas, CA 93905 | | 4792 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Roze, Danielle<br>2195 Mossy Bank Drive Apt 3<br>Sacramento, CA  95833 | | 8176 | Pacific Gas and Electric Company | 9/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ruiz, Diane E<br>4609 Ruiz 7400 Morningstar Ave<br>Bakersfield, CA 93306-7324 | | 7907 | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Santana, Jose<br>920 Vida St<br>Piedad, CA 93960-3552 | | 8227 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $100.00 | $0.00 | $100.00 | Customer No Liability Claims |
| Sathi, Rahim P<br>12 Danze Dr Apt 150<br>San Jose, CA 95111-2980 | | 8037 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |

Case: 19-30088    Doc#: 9862    Filed: 12/18/20    Entered: 12/18/20 54:23    Page 13 of 28

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sanchez, Angela 389 Fine Ave Clovis, CA 93612 | | 8081 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanchez, Dennis 13 Towt St Salinas, CA 93905-2435 | | 7824 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Santos, Migdalia 8261 Walerga Rd Apt 921 Antelope, CA 95843-6150 | | 8050 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Santoyo, Ascension G 182 W Robinson Ave Fresno, CA 93722-7125 | | 7722 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sapala, Malia L 1128 Knowland Ave Oakland, CA 94619-2628 | | 7842 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sapala, Maria Vel 47 Queen St Apt 20 King City, CA 93930-3718 | | 8032 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schaffer, Alexander 2035 Alleghany Dr Austin, TX 78741 | | 8061 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sisneroz, Art 4 Teresa Ann Sisneroz 2800 W Kimble Rd Apt E5 Modesto, CA 95350-0187 | | 7715 | PG&E Corporation | 8/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| SOLARTE, VICTOR 40 NORTHWEST HWY FOX RIVER GROVE, IL 60021 | | 4823 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $2,200.00 | $2,200.00 | Customer No Liability Claims |
| Soprio, Guillermo H 36848 Orange Grove Ave Madera, CA 93636 | | 7729 | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Spitler, Lori 1445 Lancaster Dr Apt 5 Redmond, CA 94806-2549 | | 7802 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stoltenberg, Denise PO Box 304 Edgecrest, CA 93556-0304 | | 7599 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rivera, Hector PO Box 1792 Manteca, CA 95336-1153 | | 7641 | Pacific Gas and Electric Company | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tatum, John Demetreal Tatum 2694 W Fairmont Ave Apt 103 Fresno, CA 93705-0120 | | 7809 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 | Customer No Liability Claims |
| Thompson, Jeannie 223 Mono St Apt 223 Fresno, CA 93706-3752 | | 7642 | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tinsley, Francine 36 Sarcedo Way American Canyon, CA 94503-1448 | | 6946 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tinton, Pamela 6871 S Land Park Dr Apt 57 Sacramento, CA 95831-5106 | | 7807 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tojako, Madeline 4441 S Watt Ave Apt 144 Sacramento, CA 95826-4491 | | 5721 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| TORRES, CHRISTINA 1955 S K ST BAKERSFIELD, CA 93304-5179 | | 4912 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Perez, Johanna J<br>2 Perkins Ct<br>Suisun City, CA 94585-4138 | | 6545 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Torres, Maximo<br>120 5th Ave<br>San Bruno, Ca 94066-3221 | | 6227 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Torres-Grijalva, Lucia<br>863 Gable Ln<br>Santa Maria, CA 93458-7482 | | 4916 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Torrey, Michael John<br>31 Brush St Apt A<br>Alameda, CA 94501-1875 | | 6480 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Torrete, Luciano O<br>1729 Grenache Ct<br>Modesto, CA 95358-5661 | | 5303 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Totten, Paula M<br>1735 Georgia St<br>Napa, CA 94559-1140 | | 4460 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tozar, Aurora<br>132 Gardner Ct<br>Novato, CA 94949-4532 | | 7489 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tran, Chon N<br>148 Lewis Road Apt 3<br>San Jose, CA 95111-2146 | | 4380 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tran, Phuong K<br>874 Kramer St<br>San Leandro, CA 94579-2410 | | 6117 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tran, Steve<br>8843 Summer Sunset Dr<br>Sacramento, CA 95828-6911 | | 6673 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| h, Thach 6 Keyes St Apt 401 San Jose, CA 95112-2487 | | 5014 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $931.72 | $0.00 | $931.72 | Customer No Liability Claims |
| Tran, Thuy 4 Regent St San Francisco, CA 94112-3922 | | 4420 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| nt, Billie 1 E 17th St Oakland, CA 94621-3831 | | 4132 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| vino, Paul 2 E Holland Ave iano, CA 93726-2126 | | 5211 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| dad, Ruby P Redwood St Apt 341 llejo, CA 94590-2980 | | 6345 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Entier, Glenn A 2 14th Ave # B cramento, CA 95820-3206 | | 4859 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| y Foster Jr mberly Dawson 1317 Park ntral Ct Sobrante, CA 94803-1251 | | 6211 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| itt, Jessica Coos Bay Ct ttsburg, CA 94565-7932 | | 5301 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Truong, Norma 22 S McClelland St # A nta Maria, CA 93454-8626 | | 7197 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| si, Rufino & Esmeralda 1957 Stowe Ave San Jose, CA 95116-2542 | | 5439 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ...cher, F Yvonne, ...1 Argent St, ...ersfield, CA 93304-6401 | | 7372 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Turner, Gary, 1385 E 14th St Apt 1124, San Leandro, CA 94578-3241 | | 6308 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ke, Sylas, ...9th St Unit 430, Oakland, CA 94607-3824 | | 6647 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...can, Ozan, ...Roxanne Ct Apt 1, Walnut Creek, CA 94597-1968 | | 7404 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ION BAPTIST CHURCH, ...8 E BELLE TER, BAKERSFIELD, CA 93307-3810 | | 6258 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...shire, Joy C, ...1 Domingo Dr, Rancho Murieta, CA 95683-9475 | | 7534 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...las, Michaela A, ...76 Keywood Ct, Concord, CA 94521-3713 | | 5292 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...zar, Mario Tello, ...70 Latham St Apt 54, Mountain View, CA 94040-2143 | | 6773 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...tery, Renee, 2776 Sacramento St, Berkeley, CA 94702-2337 | | 6931 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...amo, Ivan, ...90 Rock Springs Rd, Newcastle, CA 95658-9317 | | 7215 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ...a, Adela J<br>...00 Miramar Apt 211<br>...Mateo, CA 94404-2481 | | 5296 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| VALDEZ, MALO<br>DBA EASTBAY FLOORING<br>...00 PACIFIC AVE STE A1<br>STOCKTON, CA 95207-4700 | | 6388 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Customer No Liability Claims |
| ...divia, Sandra<br>84?9 N Poplar Ave Apt 103<br>Fresno, CA 93711-6876 | | 4192 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...encia, Arturo<br>922 Valencia Dr<br>Los Banos, CA 93635-3932 | | 5347 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...encia, Manuel<br>Socorro 1618 Dixie Dr<br>San Jose, CA 95122-2505 | | 6949 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...encia, Norma<br>Carlos Castaneda 10 Rustic St<br>Hollister, CA 95023-3013 | | 6190 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...encia, Sr Julian<br>456 E Cornell Ave<br>Reno, CA 93704-5614 | | 6291 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...alladares, Martha<br>6578 E BRADLEY AVE<br>Fresno, CA 93727-0871 | | 5234 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valle, Sara<br>4705 Asino Ave<br>Bakersfield, CA 93313-4401 | | 7294 | Pacific Gas and Electric Company | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valley Pride AG CO<br>SE River Park PL E Ste 101<br>Fresno, CA 93720 | | 6903 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Thirty-Sixth Omnibus Objection

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Le, Khong 401 S Main St Apt J302 Milpitas, CA 95035-5361 | | 5153 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vankova, Maria 133 Little Acorn Way Yorba Linda, CA 95673-1336 | | 6944 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vargas, Daniel 476 Oak View Cir Apt 351 Rohnert Park, CA 94928-3010 | | 6670 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vargas, Marina 115 Little River Dr Salinas, CA 93906-4841 | | 7504 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $17,728.00 | $0.00 | $17,728.00 | Customer No Liability Claims |
| Vasquez, Heriberto P 217 Walnut Dr Arvin, CA 93203-2032 | | 6366 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vasquez, Ophelia 426 S Madera Ave Apt 81 Kerman, CA 93630-1125 | | 6293 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vassman, Zinaida 324 Jones St Apt 507 San Francisco, CA 94102-3966 | | 6724 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vega, Charles 1206 W Nelson Ave Fowler, CA 93625-4412 | | 4546 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Velasco, Teresa PO Box 422 Firebaugh, CA 93622-0422 | | 4591 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Claims |
| Velasquez, Delfina 219 W Alvin Dr Apt D Salinas, CA 93906-8367 | | 5732 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gil, Rogelio 381 Dobbins Ln Burbank, CA 95367-2725 | | 5095 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Villagran, Samuel 10 Hunter Ave Oakland, CA 94603-2031 | | 7257 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Claims |
| Basana, Luis PO Box 993 Wasco, CA 93280-0993 | | 7518 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Becerra, Mariana 41 41st St Apt 614 Oakland, CA 94611-5665 | | 4523 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Anh 2120 E Capitol Expy Spc 183 San Jose, CA 95121-1820 | | 5186 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hoa Van Cherry St Novato, CA 94945-2523 | | 5246 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Djebelnen, Marilyn 9 Pinewood Ct Unit 9 Williams, CA 95987-5113 | | 4490 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sirois, Jay G 450 W Cypress Rd Oakley, CA 94561-2115 | | 7458 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $11,100.00 | $0.00 | $11,100.00 | Customer No Liability Claims |
| RHONDA 38513 FREMONT BLVD FREMONT, CA 94536-6032 | | 5381 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| NE, VAIMENG 9 HENASCO CT SACRAMENTO, CA 95833-1753 | | 5258 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Case: 19-30088    Doc# 9362    Filed: 12/18/20    Entered: 12/18/20 15:54:23    Page 21 of 28

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Zwerner, Jean 2201 Lancaster Dr Paradise, CA 95969-3515 | | 6831 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wallick, Glenette D 120 W 4th St Stockton, CA 95206-1928 | | 6063 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| WALTON, EDNA E LORENA AVE FRESNO, CA 93706-4130 | | 6730 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| WARE, N W CLIPPER ST SAN FRANCISCO, CA 94114-3324 | | 6886 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Warren, Dianne 1 Carroll Ave Apt 324 San Francisco, CA 94124-2979 | | 5061 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Washington, Patricia 220 Macarthur Blvd Apt 405 Oakland, CA 94605-5230 | | 6264 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Watson, Melissa Beltline Rd Redding, CA 96003-1973 | | 6353 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Way, Marjorie Peartree Dr Watsonville, CA 95076-3632 | | 5390 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wayne, Don H Helen E Sokol 2664 Ptarmigan Dr 1 Walnut Creek, CA 94595-3117 | | 6619 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Case: 19-30088   Doc# 9862   Filed: 12/18/20   Entered: 12/18/20 15:54:23   Page 22 of 28

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Webber, Prince E<br>8 Pacheco Rd apt A<br>Bakersfield, CA 93307-5189 | | 6299 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| WEBSTER, SHEILA<br>1277 LUCERNE AVE<br>LOS PALOS, CA 93620-2625 | | 5092 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $100,000.00 | $0.00 | $100,000.00 | Customer No Liability Claims |
| Wedling Jr, Bernhart<br>844 Juniper St<br>Chino, CA 91710-1940 | | 7122 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Customer No Liability Claims |
| Weiner, Michael<br>14 Grey Eagle Dr<br>Walnut Creek, CA 94595-3908 | | 6632 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $950.00 | $950.00 | Customer No Liability Claims |
| Wesley, Charles A<br>2032 Sonoma Way<br>Pinole, CA 94564-1216 | | 7123 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Wheeler, Carmen<br>1400 Howe Ave Apt 352<br>Sacramento, CA 95825-3429 | | 6209 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| White Sr, Lamont<br>2231 Lancaster Dr Apt 33<br>Richmond, CA 94806-3083 | | 7843 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| White, Erma<br>1730 Deer Valley Rd Apt 101<br>Antioch, CA 94531-6691 | | 6712 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Whiteside, Collette V<br>PO Box 66074<br>Stockton, CA 95206 | | 7541 | PG&E Corporation | 8/20/2019 | $2,000.00 | $0.00 | $23,000.00 | $0.00 | $25,000.00 | Customer No Liability Claims |
| Wiggins, La Tanya<br>31 Drake Ave<br>Sausalito, CA 94965 | | 4219 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wozniak, Vivian 195 Prestwick Cir San Jose, CA 95135-2143 | | 7112 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilkerson, Margaret 870 24th St Oakland, CA 94607-3403 | | 7549 | Pacific Gas and Electric Company | 8/20/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Williams, Annie 3809 50th Ave Apt 87 Sacramento, CA 95823-1347 | | 7529 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $5,500.00 | $0.00 | $5,500.00 | Customer No Liability Claims |
| Williams, Bridgette M 11 6th St Apt 208A San Francisco, CA 94103-4045 | | 6494 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Gregory R. 1920 Marshall St Oakland, CA 94608-2220 | | 6040 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Williams, John C 5002 Warren Ridge Dr Bakersfield, CA 93313-5936 | | 6756 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Linda M 32 Garrison Ave San Francisco, CA 94134-3200 | | 5355 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Mitch 2440 Milbank St Reno, CA 91436-1637 | | 7073 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Syrece 22 Benicia Rd Vallejo, CA 94590-7002 | | 5169 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilson, Elizabeth 649 Southerness Dr El Dorado Hills, CA 95762-7690 | | 6094 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Watson, Sabrina, 1 St. Michelle Ct., Merced, CA 95348-3360 | | 7319 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Win-Cowl PhD, Monica, 100 Altos Ave Apt 4, Sacramento, CA 95815-1157 | | 5283 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $900.00 | $0.00 | $900.00 | Customer No Liability Claims |
| Windham-Orebaugh, Latasha, 1649 65th St, Sacramento, CA 95820-2028 | | 6551 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Wing, Henry, 1 Oak Grove Ave APT 2, Menlo Park, CA 94025-4343 | | 4731 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $490.00 | $490.00 | Customer No Liability Claims |
| Wing, Man K, 335 E 14th St Apt 25, San Leandro, CA 94578-2986 | | 5435 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wood, Karen, 89 3rd Ave, Sacramento, CA 95817-2901 | | 4963 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wright, Jennifer, 236 Potrero Dr, Newark, CA 94560-5620 | | 5710 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability Claims |
| Wrosobel, Victor R, 1700 Knollview Dr, Hidden Valley Lake, CA 95467-8172 | | 5058 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wu, Jennifer, 1726 Grand Ave, Piedmont, CA 94610-1020 | | 6863 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Xu Jin Lei, 457 Westlake Ave, Daly City, CA 94014-1926 | | 5717 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Feng, Chue 395 S Vagedes Ave Ọsano, CA 93706-4766 | | 4605 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Xiong, Kuoa 2 Dunn Ave #398 Fresno, CA 93706 | | 6294 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Soub, Ghassan 822 Andromeda Ln Foster City, CA 94404-2803 | | 7531 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Feng, Chue Chao 877 S Peach Ave Apt 101 Ọsano, CA 93727-5353 | | 7058 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| NG, CHUN GUANG 84 PINETREE CT SAN JOSE, CA 95131-1935 | | 4941 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Eborough, Bradley 89 Sunrise Ave Apt 23 Oroville, CA 95661-4141 | | 6799 | Pacific Gas and Electric Company | 8/13/2019 | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | Customer No Liability Claims |
| YATES, DORIS 297 Atherton St Hayward, CA 94541-6609 | | 5257 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ..., Mike 970 Widgeon Ct Stockton, CA 95207-4540 | | 5228 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wasser, Patty 24021 Basin Harbor Ct Tehachapi, CA 93561-9638 | | 27270 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nguyn, Rom 99 W Dakota Ave Apt 152 Bldg O Fresno, CA 93705-2383 | | 4613 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Yoon, John Yk 658 Yoon 1635 Gloria Cir Daly, CA 95377-7205 | | 4799 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yosief, Rahel 410 18th St Apt 103 Oakland, CA 94607-3372 | | 5315 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $174.94 | $174.94 | Customer No Liability Claims |
| Yrahuna, Peter 1375 San Luis St Apt 142 Los Banos, CA 93635-5461 | | 6995 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ysunkhana, Elena 743 Fosberg Rd Turlock, CA 95382-0371 | | 6384 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ysunkhana, James 322 Quail Ct Turlock, CA 95380-6521 | | 6411 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yung, Mavis J 21567 Sleepy Hollow Ave S Apt 4 Hayward, CA 94545-4318 | | 4999 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Youngblood, Desiree R 820 9th St Unit 216 Berkeley, CA 94710-2733 | | 6214 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yu, SAI F 475 E MARINERS CIR FRESNO, CA 93730-0848 | | 5447 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yuen, Jamie 730 Sacramento ST Apt 202 San Francisco, CA 94108-2520 | | 4282 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zarate, Maria and Rodrigo 2023 Loring Ct Ceres, CA 95307-7405 | | 6280 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Zarate, Rosa 2140 W Orange St Apt 5 Santa Maria, CA 93458-5454 | | 6306 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ZEPEDA, CATALINA ORTIZ 12353 SPEEGLE ST CASTROVILLE, CA 95012-2614 | | 5230 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zhang, Dong G 9625 Deer Run Way Sacramento, CA 95823-4415 | | 5243 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zhao, Lan 1483 La Rochelle Way San Jose, CA 95135-2385 | | 6982 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zheng, Shu Ling 2380 Oak St Apt 303 San Francisco, CA 94117-2584 | | 4709 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zimmer, Helen 5014 Desert Gold Ter Brentwood, CA 94513-6454 | | 6080 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zudi, Dumitra 5321 Conrad Dr Sacramento, CA 95828-3308 | | 4679 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Claims To Be Expunged Totals | | Count:245 | | | $7,300.00 | $0.00 | $201,191.38 | $461,049.94 | $669,541.32 | |