

Signed and Filed: December 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7
   *Attorneys for Debtors and Reorganized Debtors*
8

9              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
10                    **SAN FRANCISCO DIVISION**

11

12  **In re:**                          Bankruptcy Case No. 19-30088 (DM)

13  **PG&E CORPORATION,**               Chapter 11

14          **- and -**                 (Lead Case) (Jointly Administered)

15  **PACIFIC GAS AND ELECTRIC**        **ORDER DISALLOWING AND EXPUNGING**
16  **COMPANY,**                        **PROOFS OF CLAIM PURSUANT TO**
                                        **REORGANIZED DEBTORS' THIRTY-**
17             **Debtors.**             **SEVENTH OMNIBUS OBJECTION TO**
                                        **CLAIMS (CUSTOMER NO LIABILITY**
                                        **CLAIMS)**
18  ☐ Affects PG&E Corporation
19  ☐ Affects Pacific Gas and Electric Company    **[Re: Dkt. No. 9449, 9801]**
    ☒ Affects both Debtors
20
    * *All papers shall be filed in the Lead Case,*
21  *No. 19-30088 (DM).*

22

23

24

25

26

27

28

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Thirty-Seventh Omnibus Objection to Claims (Customer No Liability Claims)* [Docket No. 9449] (the "**Thirty-Seventh Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2.     This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Adams, Cynthia General Delivery Oroville, CA 95965-9999 | | 8834 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alejandes, Jamie 824 Gardella Dr Dublin, CA 94568-1810 | | 9495 | Pacific Gas and Electric Company | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Allen, Roshell 2799 Nogal Ave Apt D Bakersfield, CA 93309-4471 | | 8686 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Almanza, Gisela 200 S Rupert Ave Ridley, CA 93654-3831 | | 10016 | PG&E Corporation | 9/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alsaudi, Qeys 4027 Chester Ln Bakersfield, CA 93304-1920 | | 9155 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $37.08 | $37.08 | Customer No Liability Claims |
| Amad, Yousef 166 11th St San Francisco, CA 94103-4314 | | 9715 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Anbriz, Deborah S 24 R St Merced, CA 95341-6796 | | 8240 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Amin, Shamin 1235 Chaparral Ct Ceres, CA 95242-4100 | | 9574 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Anderson, Deion Valerie Bailey 5203 Grogan Dr Bakersfield, CA 93313-4575 | | 8312 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kalah, Farid 62 Central Park Dr Unit #2922 Roseville, CA 95678 | | 8553 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Arroyos, Yajaira Fernando Arroyos PO Box 187 Valley, CA 95387 | | 8305 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Asefi, Rajeshni D 1171 Berkeley Cmn Fremont, CA 94536 | | 9487 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bowers, Ryan 1 Hope St Ramona, CA 92065-3847 | | 8337 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | Customer No Liability Claims |
| Barkefelt, Paula 901 Belle Terrace Bakersfield, CA 93304-4105 | | 9611 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bird, Peggy 764 H St Unit 112 Firebaugh, CA 93622-2302 | | 10785 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $2,650.00 | $0.00 | $2,650.00 | Customer No Liability Claims |
| Blaine, Johnny L 155 N Elgin Ave Clovis, CA 93722-9727 | | 9064 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bolby, James B 4947 Setina Pl Sacramento, CA 95827-3910 | | 9005 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Beltran, Zoyla 1231 MacArthur Blvd Oakland, CA 94610-2846 | | 9038 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Benitez, Isabel 533 Corwin Dr Manteca, CA 95337-8344 | | 8570 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bermudez, Martha 76 Kirkwood Ave San Francisco, CA 94124 | | 8696 | PG&E Corporation | 9/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bernacelli, Darlene 1200 San Leandro Blvd Apt 113 San Leandro, CA 94578-5006 | | 8664 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Boyadzhian, Mary 1325 N 1st St Apt 186 Reno, CA 93720-0908 | | 9501 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bradford, Jan PO Box 3021 Weaverville, CA 96093-3021 | | 8367 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bravo, Maritza 93 Barber Rd Covington, GA 30016 | | 8427 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brown, Sr., Geary L PO Box 882181 San Francisco, CA 94188-2181 | | 8665 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brown-Seaton, Elizabeth 1844 San Pablo Ave Apt 133 El Cerrito, CA 94530-2373 | | 8382 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brossard, Jimmie 442 Ridgefield Cir Fairfield, CA 94534-6432 | | 8265 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Byrne, Michael J PO Box 4142 Clearlake, CA 95422-4142 | | 10167 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carter, Camille 3455 Dimond Avenue Apt 2 Oakland, CA 94602-2239 | | 8579 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chin, Jian Q. 1331 Madison St Apt 7 Oakland, CA 94607-4710 | | 9233 | PG&E Corporation | 9/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chevreuil, Judith A 190 Chevreuil Bittercreek Folsom, CA 95630-2307 | | 8580 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Clow, Dellen 6 El Rancho Dr South San Francisco, CA 94080-200 | | 8306 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Claudio, Linda D 3960 N Fruit Ave Apt 112 Fresno, CA 93705-2106 | | 9793 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Collins, Renya 199 Howard St Apt 810 San Francisco, CA 94103-3238 | | 8726 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Comer, Lorna B 2810 37th St Sacramento, CA 95817-2911 | | 10031 | PG&E Corporation | 9/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Corona, Gina 188 Northview Dr Modesto, CA 95355-1246 | | 9514 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Claims |
| Couto, Jimmy 3200 Dillingham Ave Modesto, CA 95357 | | 10153 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cutter, Lawana 877 Coral Dr Pinole, CA 94572-2014 | | 9483 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| DEVAS, MARIA RAQUEL 8555 CREEKSIDE CIR OAKLAND, CA 94603-2989 | | 8515 | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dann, Leanette 133 Atterbury Way Elk Grove, CA 95758-6442 | | 8636 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Davis, Dishina 12 Embarcadero W Apt 1117 Oakland, CA 94607-4504 | | 8251 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Davis, Jennifer 3 Dory Ln Foster City, CA 94404-3987 | | 8365 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Davis, Keionna 601 1/2 Crawford St Bakersfield, CA 93305-2610 | | 8604 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Davis, Lillie Jean 2070 Hellings Ave Richmond, CA 94801-2436 | | 9756 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Davis-Madison, Carol 433 E Donner Ave Fresno, CA 93726 | | 10788 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| DeFranco, Anne 1 Charlene Ln Grass Valley, CA 95945-7858 | | 8600 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Degroot, Maria PO Box 4332 Stockton, CA 95204-0332 | | 9562 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Deng, Jin Ming 135th St Richmond, CA 94805-1753 | | 10279 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Desrosiers, Mathew 6 Davis Ave Nampa, ID 83651-2009 | | 10256 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dillon, Gurinder K 3 N Maple Ave Apt 219 Reno, CA 93726-7218 | | 9617 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Dillon, Patricia M 7 S. Willow Ave Apt 116 Reno, CA 93727-3731 | | 8361 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Douglas, Tony 365 Vallejo Ct Antioch, CA 94531-9070 | | 8918 | Pacific Gas and Electric Company | 9/13/2019 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Customer No Liability Claims |
| Douglass, Gwen 22 Miramonte Rd Walnut Creek, CA 94597-3468 | | 8485 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Eliza, Ida Jonathan Devereaux 35151 Biorne Rd Apt 9 Soledad, CA 93960-9511 | | 8832 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Edwards, Veretta 266 Tennessee St Vallejo, CA 94591-4860 | | 9008 | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Egan, Daniel M 628 Rollingwood Dr Vallejo, CA 94591-6736 | | 10303 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Claims |
| Eisner, Dru 1571 Wyda Way, Apt 413 Sacramento, CA 95825-1602 | | 8363 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $2,568.66 | $2,568.66 | Customer No Liability Claims |
| Erickson, Kate 2613 Woodridge Dr Apt 18 Hayward, CA 94541-3261 | | 9236 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fleim, Hanadi 3 Professional Center Pkwy Apt 209 San Rafael, CA 94903-2752 | | 8323 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dans, Mary 3601 Evans 4425 Belle Ter Apt 1 Bakersfield, CA 93309-3953 | | 8893 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| am, Antonio PO Box 19068 Fresno, CA 93790-0068 | | 8689 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| am, Gracie PO Box 19068 Fresno, CA 93790-0068 | | 8692 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| illga, Yvette 2050 Allen Ave Apt 4 San Jose, CA 95123-2610 | | 9764 | PG&E Corporation | 9/24/2019 | $5,000.00 | $0.00 | $0.00 | $5,000.00 | $10,000.00 | Customer No Liability Claims |
| tcher, Alison 29 Leo Way Oakland, CA 94611-1917 | | 9331 | PG&E Corporation | 9/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ves, Lorena Amador c/o ar Tena Tapia 44 Lunsford Dr A olinas, CA 93906-4076 | | 8518 | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| g, Susan 7 Glover St San Francisco, CA 94109-2105 | | 8307 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| INDY, ROLAND 01 WILSON RD BAKERSFIELD, CA 93304-5039 | | 8499 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garcia, Margaret R 430 Kurt Ave Modesto, CA 95350-5619 | | 8728 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gill, Amrit Pal 1038 Figueroa Dr San Leandro, CA 94578-4043 | | 8890 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Goff, Carl Teddy Goff 3133 Stope Dr Placerville, CA 95667-7938 | | 8252 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gomez, Moises PO Box 187 Weatley, CA 95387-0187 | | 8327 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Griffith, Melanie No address provided | | 8916 | Pacific Gas and Electric Company | 9/14/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Grigsby, Bobby 9477 Sandcastle Way Sacramento, CA 95833-3415 | | 8249 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gujral, Shyamala 912 Tradewinds Dr Apt 12 San Jose, CA 95123-6032 | | 8618 | PG&E Corporation | 9/9/2019 | $300,000.00 | $0.00 | $75,000.00 | $300,000.00 | $675,000.00 | Customer No Liability Claims |
| Harris, Tonie Lynn PO Box 158 Berkeley, CA 94701-0158 | | 8319 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hermoso, Josephine Ricky Hermoso 968 Gellert Boulevard Daly City, CA 94015-2854 | | 8758 | PG&E Corporation | 9/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hinley, Shanikkia 3706 El Alisal St Bakersfield, CA 93304 | | 8586 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ...ck, Georgia, ? Southern Cross Ct, ...eville, CA 95747-8059 | | 10253 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hosey, Debra, ?01 S M St Apt 13, ...kersfield, CA 93304-5173 | | 8347 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ward, Zakiyyah, ? Box 23, Citrus Heights, CA 95611-0023 | | 9856 | PG&E Corporation | 9/26/2019 | $0.00 | $0.00 | $0.00 | $1,434.02 | $1,434.02 | Customer No Liability Claims |
| ...son, Patricia, ?5 Leconte Ave, San Francisco, CA 94124 | | 9082 | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| ...sca, Mary, ?33 E Verdue Ave, Fresno, CA 93702-2845 | | 8917 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...oon, Kham, ?3 E Gilbert Ave, ...sno, CA 93721-2419 | | 9114 | Pacific Gas and Electric Company | 9/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...pon, La, ?9 E Weldon Ave Apt C, ...sno, CA 93703-2229 | | 9075 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ulsson, Robert, ?1 Lemon St, ...lejo, CA 94590-7244 | | 8821 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...obson, Tressie E, 24635 Woodacre Ave, ...yward, CA 94544-1113 | | 10531 | PG&E Corporation | 9/30/2019 | $27,000.00 | $0.00 | $0.00 | $0.00 | $27,000.00 | Customer No Liability Claims |
| ...unston, Debbie, ?31 David Dr, Oakdale, CA 95361-2675 | | 9296 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jordan, Simone L 1711 92nd Ave Oakland, CA 94603-1858 | | 9591 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jurado, Doreen 17 Felix St Apt 14 Santa Cruz, CA 95060-4825 | | 8373 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Jzenek, Marie 233 Dos Cerros Corte Arroyo Grande, CA 93420-1963 | | 8316 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kepping, Kristin L 1633 E YESTERNIGHT ST 100 Northwood Commons Pl MERIDIAN, CA 83642-7870 | | 9145 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Korador, Maribel 233 Beau Pre St Stockton, CA 95206-4720 | | 8357 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| LaPorutta, Carlin R 416 E Fargo St Stockton, CA 95204-2014 | | 8356 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jessie 330 Vista Roma Way Unit 328 San Jose, CA 95136-4438 | | 8324 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Larsson, Lannette 1457 Deems St Pittsburg, CA 94565-3922 | | 8344 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lees, Jeremy 209 N Feland Ave Reno, CA 93722-5502 | | 9618 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lewis, Kamilah Dwayne Kent 2635 Mathews St Berkeley, CA 94702-2242 | | 8343 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brian Rodriquez, Deceased, Eugene Ave, Mount Shasta, CA 96067-2622 | | 9076 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lin, Anna Lee, 1131 Cherrybrooke Cmns, S... Leandro, CA 94578-1981 | | 8837 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ckett, Aldinette, ...Box 326, Salinas, CA 93902-0326 | | 8325 | Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Burkhart, Darryl W, ...34 W Palo Alto Ave Apt 208, ...sano, CA 93722-2908 | | 8614 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...iggins, Matthew Lee, ... San Juan Grade Rd, Salinas, CA 93906-1647 | | 9104 | PG&E Corporation | 9/17/2019 | $2,000.00 | $0.00 | $16,500.00 | $2,000.00 | $20,500.00 | Customer No Liability Claims |
| ...ng, Lenore, Rachel Long 749 27th St, San Francisco, CA 94131-1812 | | 8487 | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...pez, Angelica, ...238 Maple Ave, Merced, CA 95348-3676 | | 8610 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...uez, Baleriana, ...938 Emerald Vista Dr, Elk Grove, CA 95624-2838 | | 10189 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...Lucas, Porsche, 908 Snead Dr, Modesto, CA 95351 | | 8233 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $623.29 | $623.29 | Customer No Liability Claims |
| Madrid, Christina, ...Box 8094, Stockton, CA 95208-0094 | | 9029 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Maciel, Antonio 1628 S J St #102 Madera, CA 93637-4509 | | 8620 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martin, Beverly 1709 Quinter Way Sacramento, CA 95835-1801 | | 9037 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez Rivera, Manuel 2 Josefina Rodriguez 1625 Sierra Ad Napa, CA 94558-2836 | | 9148 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Matthews, Qisha 8161 Palisades Dr Apt 202 Stockton, CA 95210-3042 | | 8721 | PG&E Corporation | 9/10/2019 | $800.00 | $0.00 | $800.00 | $800.00 | $2,400.00 | Customer No Liability Claims |
| Mayola, Anatoly 1928 Cortright Way North Highlands, CA 95660-3549 | | 9052 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| McCallister, Dr. J. L. C/A: Livermore Chiropract 1748 Fury Way Livermore, CA 94550-5613 | | 9323 | PG&E Corporation | 9/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McConico, Kim 243 Sunnyview DR Apt 301 Bldg E Ifuitole, CA 94564 | | 10164 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McGowan, Frederick 5443 N Maple Ave Apt 206 Fresno, CA 93726-7216 | | 8330 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Medina, Rudy 7600 Whitley Ave Apt 109 Cuaroom, CA 93212-2035 | | 10756 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mendrez, Maria M 425 E Hanford Armona Rd Apt I Lemoore, CA 93245-4712 | | 8234 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Melgar, Maria Isabelle C/O Omar Jonathan Melgar 720 Noah Ct Los Banos, CA 93635-6387 | | 9074 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mendoza, Rosemary 440 Buena Vista Blvd Bakersfield, CA 93307-9212 | | 10274 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Michiels, Katherine 12 Liberty St San Francisco, CA 94114-2949 | | 8583 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $35,000.00 | $35,000.00 | Customer No Liability Claims |
| Minton, Zielolion 2737 29th Ave Sacramento, CA 95820-6322 | | 9065 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mohammad, Gul 640 Maud Ave Hayward, CA 94541-4520 | | 9615 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Montgomery, Quincy 31 Clay St Sacramento, CA 95815 | | 16751 | Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Morales, Gloria 13915 Vista Ridge Dr Bakersfield, CA 93311-3237 | | 8822 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moran, Steve L 3628 Washington St Clear Lake, CA 95485-9263 | | 8484 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Morrison, Marques A St Apt 24 Bakersfield, CA 93304-1953 | | 8578 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $2,850.00 | $1,150.00 | $4,000.00 | Customer No Liability Claims |
| Morse, Janet 801 Bob White Ln Lowell, TX 75161-0218 | | 8755 | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Munoz, Arturo 1 Klamath Dr Salinas, CA 93906-2152 | | 8313 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Munoz, Maria 1 Klamath Dr Salinas, CA 93906-2152 | | 8314 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Murray, Yolanda M 6 Alcatraz Ave Apt 2 Berkeley, CA 94703-2731 | | 91302 | Pacific Gas and Electric Company | 12/19/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Claims |
| Endico, Christine 1 Sinclair Ave Apt 6 Concord, CA 94519-2648 | | 10791 | PG&E Corporation | 10/3/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nguyen, Vinh 9 Fleming Ave San Jose, CA 95127-3616 | | 10410 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| Nishimura, Sean 2187 Laurelei Ave San Jose, CA 95128-1436 | | 8353 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Noriega, Mary 2444 Foxglove Way Madera, CA 93637-4925 | | 8345 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nuesly, Kathy Wild Peach Lane Wellington, NV 89444 | | 9336 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| [...]ches, Gerald A [...]2 Fairhaven Ct San Jose, CA 95118-1114 | | 8756 | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nusink, Adrienne [...]D Brookfield Dr [...]vis, CA 93612-1911 | | 10155 | PG&E Corporation | 9/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| [...]ge, Warne [...]00 Scarborough Way Sacramento, CA 95823-4135 | | 10273 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $1,300.00 | $1,300.00 | Customer No Liability Claims |
| [...]raca, Inez [...]7 W Weldon Ave [...]ano, CA 93722-5472 | | 8352 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $276.00 | $276.00 | Customer No Liability Claims |
| [...]ell, Helen A [...]11 Dillon Rd SPC 416 Desert Hot Springs, CA 92241-7908 | | 9156 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| [...]redes, Ana Ruth [...] Washington St Apt 303 [...]y City, CA 94015-1974 | | 8919 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| [...]tain, Lucas A [...]8 Aetna Way San Jose, CA 95121-2303 | | 9168 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| [...]a, Sandra [...] Osprey Dr Patterson, CA 95363-8713 | | 8371 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Gamaliel [...]04 Invernay St Bakersfield, CA 93312-5745 | | 8315 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| [...]rez, Haydee 376 Hibiscus Ln Suisun City, CA 94585-3813 | | 8310 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ...ez, Wynona, ... Warford Ave, Vallejo, CA 94591-4806 | | 9570 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Perry, Richard, 1094 E Lone Tree Parkway, Eagle Mountain, UT 84005 | | 8865 | Pacific Gas and Electric Company | 9/2/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Customer No Liability Claims |
| ...us, Greg, 865 42nd St, Evans, CO 80620-9568 | | 8881 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...rson, Stacy, Box 1202, Angels Camp, CA 95222-1202 | | 10568 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...st, Claudrina Nicole, 624 68th Ave, Oakland, CA 94621-3416 | | 9585 | PG&E Corporation | 9/17/2019 | $2,850.00 | $0.00 | $2,850.00 | $0.00 | $5,700.00 | Customer No Liability Claims |
| ...lus, Wasil, ... Amber Sky, ...ine, CA 92618-4800 | | 8611 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...uirez Rivas, Maria A, 1216 Mont Blanc Terrace, Bakersfield, CA 93306 | | 8683 | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...anos, Antonio, 1152 Gish Rd Apt 306, San Jose, CA 95112-4850 | | 9572 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...nkin, Ernest, 835 Madigan Ave, Concord, CA 94518-2128 | | 9568 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rapp, Judy, 303 Olin Ave Unit 318, San Jose, CA 95128-2440 | | 10173 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| King, Nakisha 822 E Normal Ave Reno, CA 93703-3120 | | 8874 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reid, Christine 105 Roundup Way Antioch, CA 94531-8475 | | 10564 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | Customer No Liability Claims |
| RENDON, LORENZO 1480 MARIPOSA WAY FAIRFIELD, CA 94533-9755 | | 8317 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Renteria, Jesus Pomela Cardenas 406 A St Bakersfield, CA 93304-1907 | | 8338 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reyes, Montgomery 28361 Sleepy Hollow Ave S Apt Hayward, CA 94545-4317 | | 9051 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Reyes, Yolanda 800 S Waverly LN Reno, CA 93727-6141 | | 9030 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Customer No Liability Claims |
| Reynoso, Ana 2808 Alta Dr Oildale, CA 93615-2112 | | 8613 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rivera, Boris 1500 Ocean Jasper Dr Bakersfield, CA 93313-5306 | | 9587 | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robert Lazzarini, Deceased 6120 Ridgeview Dr E Portland, OR 97702-9740 | | 9047 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Nicole 104 Roseburg Way Fairfield, CA 94534-2990 | | 8573 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rodriguez, Arturo 2 Laguna St Apt 301 San Francisco, CA 94102-6346 | | 8601 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rogers, C 119 Vallejo St San Francisco, CA 94133-3609 | | 10333 | PG&E Corporation | 9/24/2019 | $40,000.00 | $0.00 | $0.00 | $0.00 | $40,000.00 | Customer No Liability Claims |
| Roney, Kevin 4640 59th St Sacramento, CA 95817-1742 | | 8598 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rucker, Willie Ray 212 Byrd Ave Rio Vista, CA 93706-4726 | | 8476 | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| Sampson, Misty D 3355 Vernon St Unit 18 Roseville, CA 95678-3966 | | 10165 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanchez, Nira 149 Chianti Dr Livingston, CA 95334-9470 | | 9575 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sandate, Elizabeth 1728 E Muncie Ave Fresno, CA 93720-2340 | | 8877 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sandoval, Gerardo C 317 2nd Ave San Francisco, CA 94118 | | 91150 | PG&E Corporation | 12/20/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Sandoval, Gerardo C 317 2nd Ave #B San Francisco, CA 94118 | | 8358 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability Claims |
| Sangha, Daljit 3109 Wise Oak Ln Ceres, CA 95307-7139 | | 8603 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gallos, Nallely 1323 Santa Rita St Apt 112 Salinas, CA 93906-1929 | | 9520 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Saverimuthu, Logan 1075 La Seyne Pl San Jose, CA 95138-2240 | | 8492 | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ?t, George S 20304 Venus St Hayward, CA 94544-5941 | | 8873 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ?erlock, Ronald Park Vista Circle Sacramento, CA 95831 | | 8929 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ?rs, Janet Avalon St Morro Bay, CA 93442-1771 | | 8606 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ?our, Dreuveny 1 70th Ave Oakland, CA 94621-3409 | | 8844 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ?upp, Barbara 22 Stokes Ave Santa Maria, CA 93454-3266 | | 8635 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ?ulley, Gradell 11 Shell Ct ?field, CA 94533-7077 | | 9476 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ?rpa, Pasang 944 Allview Ave El Sobrante, CA 94803-1001 | | 9329 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Customer No Liability Claims |
| ?uentes, Maria 337 Rogers Ln Apt 3 Gilroy, CA 95020-5828 | | 9518 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sherman, Alan 834 49th Ave San Francisco, CA 94122-3607 | | 10185 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singh, Ranjina D D9 Malio Dr Apt 101 Clovis, CA 93612-2506 | | 8340 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Dennis 2365 San Leandro Blvd Apt 205 Bldg 6 San Leandro, CA 94578-2592 | | 9003 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Magdalena 753 Sunset Ave Sunnyvale, CA 94086-5901 | | 8624 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ross, Tammy 725 Josephine Ave Corcoran, CA 93212-3509 | | 9039 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smirnak-Khrimyan, Stephanie 211 S Port Dr Sacramento, CA 95826-5121 | | 8139 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stafford, Homer 38 Kirkham Way Bldg B9 # 90 Oakland, CA 94607-2120 | | 7911 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Stevens, Lawanda M 1525 F. Coffee Rd #106 Modesto, CA 95355 | | 9172 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stephens, Candace 1070 W Griffith Way Apt 126 Fresno, CA 93705-2536 | | 8716 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stewart, Roderick 3706 El Alisal Street Bakersfield, CA 93304-6303 | | 8867 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ackelman, Chris 3908 Shenandoah Ave Simi Valley, CA 93063-3149 | | 9612 | Pacific Gas and Electric Company | 9/23/2019 | $1,700.00 | $0.00 | $0.00 | $0.00 | $1,700.00 | Customer No Liability Claims |
| Suh, Andrew 707 Beswick Dr San Jose, CA 95123-3610 | | 8507 | Pacific Gas and Electric Company | 9/7/2019 | $0.00 | $0.00 | $0.00 | $1,334.22 | $1,334.22 | Customer No Liability Claims |
| Siminiloski, Kathryn 107 Northlake Village Ct Okatie, SC 29909-6551 | | 8046 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tanner, Gail 3295 Finnian Way Apt 341 Dublin, CA 94568-8671 | | 8723 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $2,500.00 | $5,000.00 | $7,500.00 | Customer No Liability Claims |
| Ross, Michael 130 SW Burlington St Port Saint Lucie, FL 34984 | | 7965 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perry, Jenn S 26 Pine Tree Ln Walnut Creek, CA 95916-9549 | | 9583 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Legesa, Meleshw Demelash 234 Franklin Blvd Apt 254 Elk Grove, CA 95758-5910 | | 8144 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ta, Tuyet 2534 S King Rd Apt 209 San Jose, CA 95122-1827 | | 8491 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thomas, Erica 1580 Morse Ave Apt 10 Sacramento, CA 95864-2760 | | 9567 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thomas, Joseph Phillip 430 Lakeshore Ave Apt 17 Oakland, CA 94606-1641 | | 7789 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| THOMAS, RUTHIE 200 TOULOUSE WAY STOCKTON, CA 95210-2247 | | 8473 | Pacific Gas and Electric Company | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Thomas, Sheri 3921 Bernard St Apt B Bakersfield, CA 93305-3344 | | 9794 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Torres, Margaret 1385 E Jefferson Ave Reedley, CA 93654-3516 | | 7818 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tran, Thu Anh 1450 Aegina Ct Elk Grove, CA 95758-5105 | | 8052 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Truong, Donald 721 El Rancho Verde Dr San Jose, CA 95116-1532 | | 8295 | PG&E Corporation | 9/5/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Sinh Van 51 Camel Ave Spc 51 Covina, CA 93933-3127 | | 9619 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ud, Surbjit Singh 3637 W Homan Ave Fresno, CA 93722-8762 | | 6453 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Valenzuela, Elicia 3516 Monitor St Bakersfield, CA 93304-6727 | | 8366 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vang, Houa Linda 11084 E Shields Ave Sanger, CA 93657-9315 | | 7919 | PG&E Corporation | 8/22/2019 | $315,000.00 | $0.00 | $2,090.66 | $350,000.00 | $667,090.66 | Customer No Liability Claims |
| Vegara, Ladeth 4485 Wisteria St Apt 7 Castro Valley, CA 94546-4170 | | 7913 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Peeros, Maria Alicia 336 Maya St Hollister, CA  93648-2494 | | 8638 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vongsai, Manh 4752 Greensboro Way Stockton, CA  95207-7523 | | 7810 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Andre 180 Perry St Milpitas, CA  95035-5710 | | 7811 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RA, MICHAEL C H RA VUSA LAW OFFICES 142 E MISSION ST SAN JOSE, CA  95112-5003 | | 8264 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vanhdy 1324 Remington Way San Jose, CA  95148-3036 | | 8136 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lee, Juliette 4595 S Tupman Ave Fresno, CA  93706-5354 | | 7725 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| LEE, TOMMY 6400 E MCKENZIE AVE FRESNO, CA  93702-2237 | | 8133 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Warren, Amber PO BOX 1804 Clearlake Oaks, CA  95423-1804 | | 8592 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $1,468.16 | $1,468.16 | Customer No Liability Claims |
| Warren, Annie L PO Box 12825 Fresno, CA  93779-2825 | | 7962 | Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Welch, Allison 4800 Burlington St. Santa Rosa, CA  95405-7935 | | 8455 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $1,200.00 | $800.00 | $2,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wells, Elva Faye 2322 Berkshire Rd Bakersfield, CA 93313-2218 | | 8364 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wheeler, Kente S 1730 Market St Oakland, CA 94608-4307 | | 9517 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Claims |
| Wiles, Denise 420 Belle Ave Apt B Bakersfield, CA 93308-4584 | | 8695 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| White, Mitchell A 1405 MANGROVE AVE #1076 Chico, CA 95926-2647 | | 8110 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $121,000,000.00 | $0.00 | $121,000,000.00 | Customer No Liability Claims |
| William-George, Sheila 1323 Townshend Cir Stockton, CA 95212-3481 | | 8308 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Lashairee 19 W Main St Apt 2 Merced, CA 95340-4955 | | 9484 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Theresa A 421 Kentucky St Apt 10 Vallejo, CA 94590-5158 | | 8038 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilson, Argrett 9130 Malheur Way Elk Grove, CA 95758-4030 | | 8318 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilson, Reyme M 3512 Renwick Ave Elk Grove, CA 95758-6446 | | 8845 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilson, Roberta J. & James 723 Cumiskey St Marysville, CA 95901-4411 | | 8362 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $240,000.00 | $240,000.00 | Customer No Liability Claims |

Thirty-Seventh Omnibus Objection

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wolf, Lynn / Rondee Ln / dlock, CA 95382 | | 6563 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yada, Mercedes / am Filor 1680 Merrill Loop / San Jose, CA 95124-5812 | | 8495 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| mner, Almayehu / 1 Newhall St Apt 2 / San Jose, CA 95126-1040 | | 9478 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ike, Jerry / 9 Creek View Way / Sacramento, CA 95841-3007 | | 8039 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ui, Parveen / 6 Wyda Way #2 / Sacramento, CA 95825-1143 | | 6972 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $185.00 | $185.00 | Customer No Liability Claims |
| Zou, Guo Qiang / 76 Oakland Rd Apt 19 / San Jose, CA 95131-3577 | | 8255 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Claims To Be Expunged Totals | | Count:241 | | | $694,350.00 | $0.00 | $121,117,090.66 | $1,021,176.43 | $122,832,617.09 | |