**Entered on Docket**
**December 18, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: December 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (CUSTOMER NO LIABILITY CLAIMS)**<br><br>[Re: Dkt. No. 9451, 9801] |

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Thirty-Eighth Omnibus Objection to Claims (Customer No Liability Claims)* [Docket No. 9451] (the "**Thirty-Eighth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

\*\*\* END OF ORDER \*\*\*

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Affinity Nursing Services Kelly Walubengo 4141 Northgate Blvd Ste 6 Sacramento, CA 95834-1231 | | 62935 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ausworth, Calvin 441 Highway 541 S Mount Olive, MS 39119 | | 17443 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Alfred, Susan 25 Harbour Way Unit 308 Richmond, CA 94801 | | 68550 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ausuino, Perlita 2073 McLaughlin Ave Apt 101 San Jose, CA 95122-3326 | | 80011 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Askew, Netta 5550 Dunlay Drive Unit 1115 Sacramento, CA 95835 | | 80314 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $14,500.00 | $1,250.00 | $15,750.00 | Customer No Liability Claims |
| Austin, Karlie 130 E 4th Ave Chico, CA 95926-3462 | | 81022 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $31,544.00 | $31,544.00 | Customer No Liability Claims |
| Avery, Regina 18 W Oak St Apt 20 Stockton, CA 95203 | | 68569 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $564.39 | $564.39 | Customer No Liability Claims |
| Battaglia, Sharlene G 4861 E Ashlan Apt 108 Fresno, CA 93726-2933 | | 68872 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,200.00 | $2,200.00 | Customer No Liability Claims |
| Benipayo, Natilou and Rodrigo Z 961 Allenwood Cir Lincoln, CA 95648-2949 | | 66278 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Berry, Yolanda 131 Sawyer St Vallejo, CA 94589-2038 | | 67974 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bhaskar, Swaminathan<br>5305 Shapleigh Ct<br>Dublin, CA 94568-7205 | | 17359 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $9,001.00 | $9,001.00 | Customer No Liability Claims |
| Bradshaw, Francoise<br>9210 Scottsview CT<br>Elk Grove, CA 95758 | | 27349 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Boyle, Thomas<br>101 Plymouth Ave<br>Bakersfield, CA 93308-4834 | | 19540 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carney, Lubertha<br>5514 Iris Spring Way<br>Elk Grove, CA 95757-3302 | | 79997 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Castaneda, Petra V<br>923 Iona Ave<br>Hanford, CA 93230-9554 | | 59831 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chiu, Pui Yin<br>661 20th Ave<br>San Francisco, CA 94121-3831 | | 81273 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $6,789.12 | $6,789.12 | Customer No Liability Claims |
| Cole, DaNelle S<br>1413 Delta Ave<br>Modesto, CA 95355-1758 | | 67507 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Collins, Dionie<br>1214 Kenwood Ave Apt C<br>Turlock, CA 95380-3340 | | 17429 | PG&E Corporation | 10/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Colombo, Jennifer<br>270 Milagra Drive<br>Pacifica, CA 94044 | | 67882 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $129.00 | $129.00 | Customer No Liability Claims |
| Cosme, Ana Maria<br>62 Ash Ave<br>Oakdale, CA 95361-3522 | | 70184 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cusseaux, Jameelah 4247 Amber Dr Sun City, CA 94585-6630 | | 80413 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| DAMODARAN, SATISH 5677 CORTESE CIR. SAN JOSE, CA 95127 | | 70415 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Davis, Amy Elizabeth 356 Brown Ave Kenwood, CA 95452 | | 70015 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Elsom, Debbie 1015 70th Ave Oakland, CA 94621-3213 | | 30862 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $2,800.00 | $0.00 | $2,800.00 | Customer No Liability Claims |
| Erickson, Janelle 30625 Myers Dr. Apt 27 Chowchilla, CA 93610 | | 81169 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $450.00 | $11,550.00 | $12,000.00 | Customer No Liability Claims |
| Esmaeili, Julie L 1900 Floyd Avenue Modesto, CA 95355 | | 72709 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $280.00 | $0.00 | $280.00 | Customer No Liability Claims |
| Evans, Jayme 1216 Burton Dr Cambria, CA 93428-5206 | | 30917 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Evaristo, Jose 983 Marina Drive Napa, CA 94559 | | 77694 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $7,680.00 | $0.00 | $7,680.00 | Customer No Liability Claims |
| Feil, Nicole 163 Zafra Dr Fairfield, CA 94533-2830 | | 69451 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fututa, Rosie Jane 2410 Bridle Creek Cir Tracy, CA 95377-0203 | | 80014 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Flowers, John A<br>980 Belmont Pl<br>Pittsburg, CA 94565-6112 | | 30882 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Forch, Carl L<br>Evelyn B Forch 711 N 16th St<br>San Jose, CA 95112-3027 | | 30834 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Foster, Robert E<br>125 Kay Springs CT<br>Morgan Hill, CA 95037-3432 | | 61213 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $694.00 | $694.00 | Customer No Liability Claims |
| Fowler, Catherine<br>6620 Welty Way<br>Sacramento, CA 95824 | | 19541 | Pacific Gas and Electric Company | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| GANDY, TIFFANY<br>PO BOX 461<br>VALLEJO, CA 94590 | | 61487 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Juan Manuel<br>4400 Almond Ave<br>Arbuckle, CA 95912 | | 67304 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability Claims |
| Gathers, Stacey L<br>315 S Woodcrest St Apt 17<br>Durham, NC 27703-3377 | | 70162 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gutomajo, Eulogio<br>1217 Battery St<br>Richmond, CA 94801-1806 | | 19546 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Halliman, Margie<br>PO Box 254<br>Hopkinsville, KY 42241-0254 | | 59873 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harper, Koryen<br>1641 Matterhorn Dr<br>San Jose, CA 95132-2729 | | 70096 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Harrell, Arlan<br>P. Box 1387<br>Fresno, CA 93716 | | 59201 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Harvest Properties, Inc.<br>Scherer Kannett & Schweitzer<br>Conrad Milanfar Benjamin J.<br>Seward 1255 Powell Street<br>Emeryville, CA 94608-2604 | | 79487 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hay, Teresa<br>142 Larkfield Drive<br>Santa Rosa, CA 95403 | | 70127 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Customer No Liability Claims |
| Hickerson, Rick<br>1200 Columbus Ave Apt 19<br>Chico, CA 95926-4374 | | 80224 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ho, Lynn<br>1542 W Windhaven Ave.<br>Gilbert, AZ 85233 | | 75773 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hotzel, Sandra<br>44 Terra Nova Blvd<br>Pacifica, CA 94044-4309 | | 81410 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $16.66 | $16.66 | Customer No Liability Claims |
| Hoang, Kang<br>227 Mumbert Dr<br>Manteca, CA 95337-7807 | | 70199 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hubbard, Ralph D<br>3218 Bowlin Dr<br>Auburn, GA 30213-5825 | | 19549 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hudson, Christina V<br>650 Mello Ct<br>Tracy, CA 95376-2233 | | 68221 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Idowu, Patricia 3756 E Yorkshire Dr Apt 3 Stockton, CA 95207-5936 | | 70236 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| JACKSON, K. 1311 141ST AVE SAN LEANDRO, CA 94578-2715 | | 68574 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jackson, Laura 182 Appleton Ave Apt 182 San Francisco, CA 94110-5807 | | 30799 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Helen J 3941 Gardenia Pl Oakland, CA 94605-2236 | | 17437 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Joubert, Geraldine 5395 Genoa St Lowr Oakland, CA 94608-3231 | | 19571 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lewis, Lucy 15194 Mesa St Victorville, CA 92392-4808 | | 19555 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lug, Cherrish N. 1190 S Winery Ave, Unit 210 Fresno, CA 93727-6911 | | 19551 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Marshall, Jessica 30 Maple St Apt 1203 Redwood City, CA 94063-1954 | | 19569 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Molina, Norma 6640 N Maroa Ave Apt 124 Fresno, CA 93704-1250 | | 19567 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ogakauchi, Pascual 474 Cascade Way Salinas, CA 93906-2191 | | 17434 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

**Thirty-Eighth Omnibus Objection**

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Noa, Edward<br>Falcon Crest Circle<br>Napa, CA 94558 | | 64997 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |
| Noyes, Phyliss Jean<br>15 Hemingway Dr Apt 140<br>Roseville, CA 95747-5864 | | 17332 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Oscua, Violet<br>16 162nd Ave<br>San Leandro, CA 94578-2120 | | 17310 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Parkinson, Joanne<br>1104 Skyway<br>Magalia, CA 95954-9999 | | 67070 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Pasa, Gabriel<br>204 Shalda Ct<br>Bakersfield, CA 93305-3152 | | 19562 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pedlick, Callen<br>17 Bohemian Hwy<br>Occidental, CA 95465 | | 55800 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rice, Giovanna<br>17 Earlton Ln<br>Lincoln, CA 95648-3282 | | 60034 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Robinson, Andrea Michelle<br>17 Redwood Ct Apt D<br>Castro Valley, CA 94546-5841 | | 19563 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Roman, Ruth N<br>Maria Lorena Roman 313 L St<br>Lincoln, CA 95648-1631 | | 10732 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sanchez, Joel<br>Cherokee Dr.<br>West Monroe, LA 71291 | | 64377 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $2,850.00 | $10,000.00 | $12,850.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sanchez, Juan Pablo 94 Butterfly Ln Apt 214 Santa Rosa, CA 95407-2789 | | 10789 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schwarz, Robert 1303 Mentone Ave GROVER BEACH, CA 93433 | | 53831 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schwarz, Robert J 1303 Mentone Ave Grover Beach, CA 93433 | | 54717 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Schwarz, Robert J 1303 Mentone Ave Grover Beach, CA 93433 | | 60003 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Shon, Min 2112 Akio Way San Jose, CA 95120 | | 16486 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Customer No Liability Claims |
| Smith, Alma 312 S SIENNA CT ROUND LAKE, IL 60073-5641 | | 61216 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Ayesha 4795 Visalia Ave Richmond, CA 94801-2377 | | 66221 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $473.00 | $0.00 | $473.00 | Customer No Liability Claims |
| Smith, Mary Ann 1201 Pacheco Rd #B Bakersfield, CA 93307 | | 16859 | PG&E Corporation | 10/3/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tomas, Jessica 1118 Woodmere Rd Ste 110 Folsom, CA 95630 | | 19535 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | Customer No Liability Claims |
| Turner, Naomi 7105 Vantage Ave. North Hollywood, CA 91605 | | 59647 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Vasquez, Miguel Jaqueline Vasquez 24169 Santa Fe Dr Chowchilla, CA 93610-9654 | | 10757 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vazquez, Luis O 50 Sunnyslope Rd #D4 Hollister, CA 95023-5762 | | 10412 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | Customer No Liability Claims |
| Velasco, John J. 1676 W Pinedale Ave Fresno, CA 93711-0725 | | 61214 | PG&E Corporation | 10/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vera, Maria Yvette Vera 8769 Almond Ave Wilton, CA 95388-9555 | | 16765 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vogelaar, Carl B 2575 Round Barn Blvd #125 Santa Rosa, CA 95403 | | 64132 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| Wang, Burchung 8743 Guarda Dr Gino Hills, CA 91709 | | 17024 | Pacific Gas and Electric Company | 10/5/2019 | $0.00 | $0.00 | $0.00 | $167.00 | $167.00 | Customer No Liability Claims |
| Washington, Demi 1804 1/2 Wilson Ave Apt B Bakersfield, CA 93308-3000 | | 10300 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilson, Dorothy M 2409 Scotia Ave Oakland, CA 94605-5652 | | 10259 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Worthy, Kourtney 20 Goodman St Bakersfield, CA 93305-2904 | | 17450 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 | Customer No Liability Claims |
| Wu, Carin Justin Bosley 71 Fairlawn Dr Berkeley, CA 94708-2105 | | 10522 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Thirty-Eighth Omnibus Objection

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Yu Man Sze 3003 Hollister Ave Alameda, CA 94501 | | 30892 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zonou, Gaoussou 1210 Duval Rd Apt 2110 Austin, TX 78759-3530 | | 10291 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Claims To Be Expunged Totals | | Count:91 | | | $0.00 | $0.00 | $30,433.00 | $137,455.17 | $167,888.17 | |