

Signed and Filed: December 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>  - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                   **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' THIRTY-NINTH OMNIBUS OBJECTION TO CLAIMS (CUSTOMER NO LIABILITY CLAIMS)**<br><br>[Re: Dkt. No. 9453, 9801] |

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Thirty-Ninth Omnibus Objection to Claims (Customer No Liability Claims)* [Docket No. 9453] (the "**Thirty-Ninth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| BROWN, DAVID<br>335 4TH ST<br>SANTA ROSA, CA 95404-4036 | | 88591 | PG&E Corporation | 12/6/2019 | $0.00 | $0.00 | $19,000.00 | $53,000.00 | $72,000.00 | Customer No Liability Claims |
| Falcon, Mario<br>75 S. Blossom Dr.<br>Dudley, CA 93654-3632 | | 86574 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Idris, Takia<br>258 St Andrews Dr<br>Brentwood, CA 94513-4626 | | 105770 | PG&E Corporation | 6/5/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jarrod, Pamela<br>3146 S Main St 24D<br>Santa Ana, CA 92707 | | 3627 | Pacific Gas and Electric Company | 7/17/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability Claims |
| Jojojosa, Heather<br>2269 Howard Dr<br>Hemet , CA 92544 | | 87947 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Johnson, Jasmine L<br>1818 Merced Ave<br>Merced, CA 95341-5371 | | 74030 | PG&E Corporation | 10/21/2019 | $7,804.00 | $0.00 | $9,122.00 | $0.00 | $16,926.00 | Customer No Liability Claims |
| Johnson, Roderick B<br>124th St Apt 6<br>Oakland, CA 94612-3119 | | 68541 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Khosasaat, Phaysy<br>6107 E Andrews Ave<br>Fresno, CA 93727 | | 67796 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Knight, Robert<br>3945 N Polk Ave<br>Fresno, CA 93722-9763 | | 80094 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lox, Cecile<br>21 Clark Way<br>Vacaville, CA 95687 | | 81179 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Krahn, Kathleen 234 N. Cedar Ave #211 Fresno, CA 93720 | | 67036 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Customer No Liability Claims |
| Landa-Alvarez, Pedro 10132 Spruce Grove Rd Clearlake, CA 95457-9910 | | 87220 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| vanMunching Photography, LLC 754 Clementina Street San Francisco, CA 94103 | | 74556 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopez, Olive 1218 150th Ave San Leandro, CA 94578-1826 | | 76670 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Luszaszewicz, Ann 16370 Tierra Heights Rd Redding, CA 96003-7489 | | 82627 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Customer No Liability Claims |
| Luszaszewicz, Ann 16370 Tierra Heights Rd Redding, CA 96003-7489 | | 81400 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Customer No Liability Claims |
| Luster, Caryn PO Box 2894 Paradise, CA 95969 | | 69392 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Manzanares, Sarah 8805 E Yorkshire Dr Stockton, CA 95207-5930 | | 71954 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $1,100.00 | $0.00 | $1,100.00 | Customer No Liability Claims |
| Martinez, Maria G 5805 Deer Creek Way Paso Robles, CA 93446-9247 | | 70179 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mezzocco, B. 917 Haven Ave Redwood City, CA | | 79857 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $24,000.00 | $24,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| McCroskey, Patricia L 1365 Stewart Ave Chico, CA 95926-4719 | | 81492 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MEHL, GAVIN 8800 WEDGE WOOD COURT WEST SACRAMENTO, CA 95605 | | 66208 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $85,294.35 | $0.00 | $0.00 | $85,294.35 | Customer No Liability Claims |
| Mercado, Viri Diana 233 W J St Apt B Los Banos, CA 93635-4060 | | 80045 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Morrison, Juanita 2673 S. Bardell Ave Fresno, CA 93706-5305 | | 69648 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Munoz, Juan 5976 E Olive Ave Fresno, CA 93727-2521 | | 69153 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ostlund, Larry 220 San Luis Ave San Bruno, CA 94066-5509 | | 81382 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Park, Eunice 440 Richmond Dr, Apt 4 Millbrae, CA 94030-1635 | | 70454 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pennington, Sharon 2330 Nightingale Ave Stockton, CA 95205-7761 | | 70149 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Peters, Constance 5899 N Valentine Ave APT 155 Fresno , CA 93711-4096 | | 68509 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| QUACH, DINH Baca PO Box 660482 Sacramento, CA 95866-0482 | | 80040 | Pacific Gas and Electric Company | 10/18/2019 | $2,341.59 | $0.00 | $37,658.41 | $0.00 | $40,000.00 | Customer No Liability Claims |
| QUACH, DINH Baca PO BOX 660482 SACRAMENTO, CA 95866-0482 | | 79970 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $37,658.41 | $2,341.59 | $40,000.00 | Customer No Liability Claims |
| Quera, Rogelio C Maribel Sepulveda 850 Hillcrest Rd Apt 47 Hollister, CA 95023-5018 | | 70189 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Roberts, E P.O. Box 217 Arbis, CA 95913 | | 80998 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sedido, Manuel 181 Eagle Nest Drive Chico, CA 95928 | | 74808 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Robert J. Box 193 Mountain Ranch, CA 95246-0193 | | 80191 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $53,000.00 | $53,000.00 | Customer No Liability Claims |
| Stephens, Cody K 1888 PILLSBURY ROAD Chico, CA 95973 | | 70470 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | Customer No Liability Claims |
| Stuckfus, Dan 9035 Konocti Bay Road Kelseyville, CA 95451 | | 67889 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Customer No Liability Claims |
| Sucre-Brenner Inc 1701 Skyway Magalia, CA 95954-9765 | | 81360 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sunahit, Andrew R 2360 Ithaca St Oroville, CA 95966-6716 | | 81004 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $124.00 | $124.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| TAYLOR, CLAUDENE<br>2301 64TH AVE APT 102<br>OAKLAND, CA 94605-2009 | | 81349 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $700.00 | $0.00 | $700.00 | Customer No Liability Claims |
| Thompson, Gregory<br>113 Ferry Cir<br>Folsom, CA 95630-4011 | | 79978 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vukcenic, Omer<br>1181 Rancho Manor Ct<br>San Jose, CA 95111-4439 | | 68701 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Walters, Lisa Renee<br>14211 Racine Circle<br>Magalia, CA 95954 | | 75335 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Westdorf, Phyllis<br>PO Box 1222<br>Kenwood, CA 95452 | | 59947 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wheeler, Shandra L<br>2213 Geogia Oak Dr<br>Bakersfield, CA 93311-1706 | | 80564 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $17,050.00 | $0.00 | $17,050.00 | Customer No Liability Claims |
| Wong, Rocky<br>118 E 16th St<br>Antioch, CA 94509 | | 64662 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Customer No Liability Claims |
| Woodford, Jacqueline<br>101 Miramar Ave<br>San Francisco, CA 94112-2253 | | 79891 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Xiong-khaosaat, Thao<br>2646 Robinwood Ave<br>Davis, CA 93611-3422 | | 68295 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Zhang, Hedy<br>4300 Francisquito Ave Apt B<br>Baldwin Park, CA 91706-4860 | | 80093 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Claims To Be Expunged Totals | | Count:49 | | | $10,145.59 | $85,294.35 | $122,288.82 | $4,384,565.59 | $4,602,294.35 | |