


Signed and Filed: December 18, 2020

DENNIS MONTALI
U.S. Bankruptcy Judge

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION,**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS)**

**[Re: Dkt. No. 9458, 9801]**

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Forty-First Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 9458] (the "**Forty-First Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9597 | H. R. Bob McGrath | 67276 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9659 | Marguerite Sawyer | 59635 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9631 | Christopher A. Muessel | 75887 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Deborah J. & Norman R. Astrin | 96351 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Michael Jurkovic | 80468 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | State Farm Mutual Insurance Companies (Michael Lane) | 8656 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |

2. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 2124 Bancroft Way, LLC c/o Hoge, Fenton, Jones & Appel, Inc. Attn: Sblend A. Sblendorio 4309 Hacienda Drive, #350 Pleasanton, CA 94588 | | **68137** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $24,515.00 | $24,515.00 | Damage not caused by PG&E |
| Allied P&C Insurance Company Berger Kahn ALC Nationwide c/o Craig S. Simon 1 Park Plaza, Suite 340 Irvine, CA 92614 | | **79801** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,477.11 | $3,477.11 | Damage not caused by PG&E |
| Allstate Insurance (Cote) Law Offices of Gregory Lucett 330 N. Brand Blvd., Suite 900 Glendale, CA 91203 | | **9077** | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $54,587.18 | $54,587.18 | Damage not caused by PG&E |
| ALLSTATE INSURANCE COMPANY LAW OFFICES OF GREGORY J. LUCETT MICHAEL HAUS, ESQ 330 NORTH BRAND BLVD., SUITE 900 GLENDALE, CA 91203 | | **2376** | Pacific Gas and Electric Company | 4/17/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Damage not caused by PG&E |
| Allstate Insurance Company a/s/o Robert J. Ford Law Offices of Gregory J. Lucett Michael Haus, Esq. 330 North Brand Blvd., Suite 900 Glendale, CA 91203 | | **1290** | PG&E Corporation | 3/4/2019 | $0.00 | $0.00 | $0.00 | $21,292.61 | $21,292.61 | Damage not caused by PG&E |
| Allstate Northbrook Indemnity Company as Subrogee of David Noble Claim# 0526197909.1 Law Offices of Gregory J. Lucett 330 North Brand Boulevard., Suite 900 Glendale, CA 91203 | | **3534** | Pacific Gas and Electric Company | 7/2/2019 | $0.00 | $0.00 | $0.00 | $1,627.38 | $1,627.38 | Damage not caused by PG&E |
| Baker, Dave 6146 Berkshire Way Paradise, CA 95969 | | **77997** | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $962.60 | $0.00 | $962.60 | Damage not caused by PG&E |



Case: 19-30088 Doc# 9867 Filed: 12/18/20 Entered: 12/18/20 12:12:59 Page 4 of 10

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Boland, Timothy<br>2275 Silver Stone Street<br>Royal Oaks, CA 95076 | | **80565** | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $1,399.00 | $1,399.00 | Damage not caused by PG&E |
| Brenner, Avi<br>14757 Sanctum Pl<br>Nevada City , CA 95959-9527 | | **69714** | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Damage not caused by PG&E |
| CSAA IG<br>PO BOX 24523<br>OAKLAND, CA 94623 | | **2285** | Pacific Gas and Electric Company | 4/15/2019 | $0.00 | $0.00 | $0.00 | $5,824.09 | $5,824.09 | Damage not caused by PG&E |
| CSAA Insurance aso Giani Alves<br>PO Box 24523<br>Oakland, CA 94623 | | **2717** | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $4,156.34 | $4,156.34 | Damage not caused by PG&E |
| CSAA Insurance Exchange<br>Michael, Tran, Goldberg, et al. Stanley Michael, Esq. 3055 Oak Road, MS W270<br>Walnut Creek, CA 94597 | | **1608** | Pacific Gas and Electric Company | 3/12/2019 | $0.00 | $0.00 | $0.00 | $507.92 | $507.92 | Damage not caused by PG&E |
| CSAA Insurance Exchange (CSAA)<br>Michael, Tran, Goldberg & Costello Stanley J. Michael 3055 Oak Road, Ms W270<br>Walnut Ceek, CA 94597 | | **2884** | Pacific Gas and Electric Company | 5/1/2019 | $0.00 | $0.00 | $0.00 | $4,163.51 | $4,163.51 | Damage not caused by PG&E |
| CSAA Insurance Exchange as Subrogee of Constrance Henderson<br>Michael, Tran, Goldberg, et al. Stanley J. Michael 3055 Oak Road, MS W270<br>Walnut Creek, CA 94597 | | **3378** | PG&E Corporation | 6/17/2019 | $0.00 | $0.00 | $0.00 | $1,663.19 | $1,663.19 | Damage not caused by PG&E |
| CSAA Interinsurance Exchange<br>AAA Claims Dept. Atn.; Clm # 1003-08-8961 PO Box 24523<br>Oakland, CA 94623 | | **1008** | Pacific Gas and Electric Company | 2/19/2019 | $2,663.19 | $0.00 | $0.00 | $0.00 | $2,663.19 | Damage not caused by PG&E |

# Exhibit 1



Case: 19-30088 Doc# 9867 Filed: 12/18/20 Entered: 12/18/20 12:12:59 Page 6 of 10

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Curtis, Marylin R<br>PO Box 585<br>Pollock Pines, CA 95726 | | **80691** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $7,355.00 | $7,355.00 | Damage not caused by PG&E |
| Daphnis, Nikos<br>67 Fairlawn Drive<br>Berkeley, CA 94708 | | **79256** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Damage not caused by PG&E |
| Davidson, Steven K<br>2760 W Fir Ave<br>Fresno, CA 93711 | | **71738** | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $2,256.00 | $2,256.00 | Damage not caused by PG&E |
| Deborah J Astrin & Norman R. Astrin<br>8528 Lakewood Ave.<br>Cotati, CA 94931 | | **59418** | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| DHKK,INC.<br>19740 MISSION BLVD<br>HAYWARD, CA 94541-1235 | | **66464** | PG&E Corporation | 10/19/2019 | $0.00 | $0.00 | $7,990.43 | $0.00 | $7,990.43 | Damage not caused by PG&E |
| Enos, Roxanne<br>3349 El Dorado Royale Dr<br>Cameron Park, CA 95682-8643 | | **81036** | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $14,033.00 | $14,033.00 | Damage not caused by PG&E |
| Enterprise Rent A Car<br>PO Box 801770<br>Kansas City, MO 64180 | | **196** | PG&E Corporation | 2/11/2019 | $0.00 | $0.00 | $0.00 | $6,763.90 | $6,763.90 | Damage not caused by PG&E |
| Erickson, Janelle<br>300 Myers Dr. Apt 27<br>Chowchilla, CA 93610 | | **81196** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $450.00 | $11,550.00 | $12,000.00 | Damage not caused by PG&E |
| Floyd M. Fulton & Kaye M. Fulton Trust dated 11/19/1996<br>Steven D. Fulton 4262 Rocky Ridge Ct<br>Paradise, CA 95969 | | **82576** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| GEO Auto Body<br>608 S. Amphlett Blvd.<br>San Mateo, CA 94401 | | **63977** | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $60,000.00 | $60,000.00 | Damage not caused by PG&E |
| Golden State Broadcasting<br>Krev-FM Candlestick Hill Tranmitter PO Box 1300<br>Fair Oaks, CA 95628-1300 | | **80938** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $11,034.00 | $11,034.00 | Damage not caused by PG&E |
| Konopka, John<br>550 Terrace Ave<br>Half Moon Bay, CA 94019 | | **78587** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $19,200.00 | $19,200.00 | Damage not caused by PG&E |
| Leland Creek Improvement Association<br>Attn: Rose Louis-President 1905 Edgebrook Dr. #C<br>Modesto, CA 95354 | | **76921** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,521.17 | $5,521.17 | Damage not caused by PG&E |
| Massis, Nimer<br>George S. Wynns, Attorney at Law 124 Brewster Street<br>San Francisco, CA 94110-5304 | | **79252** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $21,924.60 | $21,924.60 | Damage not caused by PG&E |
| McTurk, Janet<br>24670 Lower Trial<br>Carmel, CA 93923 | | **53826** | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Damage not caused by PG&E |
| Mercury Insurance Company as subrogee of Rachel Brewer and Andrew Dobbs<br>PO Box 10730<br>Santa Ana, CA 92711 | | **2937** | Pacific Gas and Electric Company | 5/7/2019 | $0.00 | $0.00 | $0.00 | $11,482.35 | $11,482.35 | Damage not caused by PG&E |
| Mid-Century Insurance Company<br>Berger Kahn ALC Farmers c/o Craig Simon 1 Park Plaza, Suite 940<br>Irvine, CA 92614 | | **77987** | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $19,669.93 | $19,669.93 | Damage not caused by PG&E |



Case: 19-30088 Doc# 9867 Filed: 12/18/20 Entered: 12/18/20 12:12:59 Page 7 of 10

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Morton, Clyde<br>Carol A. Iantuano 2357 Hagen Oaks Dr<br>Alamo, CA 94507-2208 | | **80171** | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Damage not caused by PG&E |
| Moss, Claudia Elizabeth<br>2841 Valleywood Drive<br>San Bruno, CA 94066 | | **80764** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Damage not caused by PG&E |
| Nationwide Agribusiness Insurance Company<br>Yost & Baill Attn: David Taylor 220 South 6th Street, Suite 2050<br>Minneapolis, MN 55402 | | **3092** | Pacific Gas and Electric Company | 5/21/2019 | $0.00 | $0.00 | $0.00 | $59,500.00 | $59,500.00 | Damage not caused by PG&E |
| Nelsen, Roxanne C.<br>868 Parma Way<br>Los Altos, CA 94024 | | **16990** | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $20,011.56 | $20,011.56 | Damage not caused by PG&E |
| Nelson, Quentin R.<br>232 Needles Way<br>Folsom, CA 95630 | | **71742** | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $14,033.00 | $14,033.00 | Damage not caused by PG&E |
| Owens, Lonnie Leo<br>Patriot Ranch 38541 Peterson Road<br>Auberry, CA 93602 | | **77544** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Damage not caused by PG&E |
| Progressive Select Insurance Company<br>PO Box 512929<br>Los Angeles, CA 90051 | | **2972** | Pacific Gas and Electric Company | 5/10/2019 | $0.00 | $0.00 | $0.00 | $6,139.93 | $6,139.93 | Damage not caused by PG&E |
| RUBIO, ANDRES<br>545 N. SHASTA AVE.<br>STOCKTON, CA 95205 | | **56276** | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Damage not caused by PG&E |
| Shell, Marc<br>330 Bridgeview Drive<br>Auburn, CA 95603 | | **79138** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $60,000.00 | $60,000.00 | Damage not caused by PG&E |



Case: 19-30088 Doc# 9867 Filed: 12/18/20 Entered: 12/18/20 12:12:59 Page 8 of 10

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Shen, Edward<br>28947 Thousand Oaks Blvd. Unit 143<br>Agoura Hills, CA 91301 | | **17214** | Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $9,340.00 | $9,340.00 | Damage not caused by PG&E |
| Sun Lakes Construction Company of California<br>Attn: Brian Smith 2185 The Alameda Suite 150<br>San Jose, CA 95126 | | **80092** | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $10,232.12 | $10,232.12 | Damage not caused by PG&E |
| Thomas E. Zewart MD, PhD, Inc<br>13 Ryan Court<br>Monterey, CA 93953 | | **30985** | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $35,595.46 | $35,595.46 | Damage not caused by PG&E |
| Thurlow, John<br>27 Home Rd<br>Woodside, CA 94062 | | **30809** | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $40,000.00 | $40,000.00 | Damage not caused by PG&E |
| Vie-Del Company<br>PO BOX 2908<br>Fresno, CA 93745 | | **59573** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $12,850.00 | $46,346.24 | $59,196.24 | Damage not caused by PG&E |
| Wade, Mark<br>3640 Garnet Road<br>Pollock Pines, CA 95726 | | **80561** | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Damage not caused by PG&E |
| WALKER, QUEDELLIS<br>P.O. BOX 1304<br>LOWER LAKE, CA 95457 | | **78944** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Damage not caused by PG&E |
| Wright, Elisabeth<br>PO Box 594<br>Corte Madera, CA 94976-0594 | | **10267** | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Damage not caused by PG&E |
| YARNELL, DANIELLE<br>424 MAUREEN LN<br>PLEASANT HILL, CA 94523-2134 | | **66157** | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Damage not caused by PG&E |



Case: 19-30088 Doc# 9867 Filed: 12/18/20 Entered: 12/18/20 12:12:59 Page 9 of 10

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| YOLO COUNTY TRANSPORTATION AND CALTIP<br>YORK RISK ATTN: KATHLEEN TURNER 1101 CREEKS RIDGE STE 100<br>ROSEVILLE, CA 95678 | | **17241** | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $26,965.82 | $26,965.82 | Damage not caused by PG&E |
| Zellner, Leah<br>3306 Ponderosa Rd PO Box 503<br>Arnold, CA 95223 | | **58602** | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $10,500.00 | $10,500.00 | Damage not caused by PG&E |
| **Claims To Be Expunged Totals** | | **Count: 52** | | | **$2,663.19** | **$0.00** | **$22,753.03** | **$712,617.41** | **$738,033.63** | |



Case: 19-30088 Doc# 9867 Filed: 12/18/20 Entered: 12/18/20 12:12:59 Page 10 of 10