

Signed and Filed: December 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS)**<br><br>[Re: Dkt. No. 9460, 9801] |

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Forty-Second Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 9460] (the "**Forty-Second Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9634 | Mark A. Klein and Janet S. Klein | 80500 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9653 | G. Larry Engel | 80033 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9670 | Robert and Marie Villalobos | 3784 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Xiaopeng Xu | 7723 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |

2. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aldred, Fred Mark<br>PO BOX 462<br>Paradise, CA 95967 | | 81418 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Post-Petition Claims |
| Ballard, Gloria<br>205 Castle Drive<br>San Jose, CA 95125 | | 1970 | Pacific Gas and Electric Company | 3/29/2019 | $0.00 | $0.00 | $0.00 | $2,340.00 | $2,340.00 | Post-Petition Claims |
| Diane Spears or Vanessa Stenz<br>10628 Glenbrook Estates Ct.<br>Grass Valley, CA 95945 | | 2740 | Pacific Gas and Electric Company | 4/23/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | PSPS Claims |
| Fleck, Mia<br>4468 Shetland Avenue<br>Oakland, CA 94605 | | 57398 | Pacific Gas and Electric Company | 10/15/2019 | $100.00 | $0.00 | $0.00 | $250.00 | $350.00 | Post-Petition Claims |
| Hannema, Christopher L.<br>c/o Paul F. Ready Farmer & Ready 1254 Marsh Street, PO Box 1443<br>San Luis Obispo, CA 93406 | | 19871 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $115,189.32 | $0.00 | $0.00 | $115,189.32 | Post-Petition Claims |
| Hannema, Christopher L.<br>c/o Paul F. Ready Farmer & Ready 1245 Marsh Street, PO Box 1443<br>San Luis Obispo, CA 93406 | | 106176 | PG&E Corporation | 6/29/2020 | $0.00 | $115,189.32 | $0.00 | $0.00 | $115,189.32 | Post-Petition Claims |
| MUNEZ, JOHN<br>1405 ADAMS STREET<br>SALINAS, CA 93906 | | 1841 | Pacific Gas and Electric Company | 3/31/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | PSPS Claims |
| Oto, Samuel<br>28300 Christopher Ln<br>Los Altos Hills, CA 94022-1802 | | 6929 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post-Petition Claims |
| Pies, Hali<br>PO Box 513<br>Clearlake Oaks, CA 95423 | | 60604 | Pacific Gas and Electric Company | 10/21/2019 | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 | Post-Petition Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cho, Cho M 998 Mission Street Box #227 Daly City, CA 94014 | | 80686 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | PSPS Claims |
| Christ The Lord Episcopal 505 A Tennent Ave Pinole, CA 94564-1629 | | 10157 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $8,119.75 | $8,119.75 | Post-Petition Claims |
| City of Santa Rosa Office of the City Attorney Sue Gallagher, City Attorney 100 Santa Rosa Avenue, Room 8 Santa Rosa, CA 95404 | | 97016 | Pacific Gas and Electric Company | 2/25/2020 | $0.00 | $0.00 | $0.00 | $61,894.47 | $61,894.47 | Post-Petition Claims |
| Cokley, Larry Ellen Cokley 2720 Oharte Rd San Pablo, CA 94806-1430 | | 59884 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $8,600.00 | $0.00 | $8,600.00 | Post-Petition Claims |
| Ehenseer, Thea & Heinz PO Box 2364 Fl[ ]urnoy, CA 96029-2364 | | 8102 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $10,136.00 | $10,136.00 | Post-Petition Claims |
| EPS Inc, dba Express Plumbing 3 N Amphlett Blvd San Mateo, CA 94401 | | 4127 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $19,500.00 | $19,500.00 | Post-Petition Claims |
| Espey, Eric 3395 Konocti View Rd. Clear Lake, CA 95422 | | 67903 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $900.00 | $0.00 | $900.00 | PSPS Claims |
| Estate, Bryan Andrea Newell 4427 Arabian Rd Livermore, CA 94551-5403 | | 7305 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Post-Petition Claims |
| Fuller, Donald P 62 Acacia Ave Oroville, CA 95966-3658 | | 68560 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $1,228.89 | $0.00 | $1,228.89 | Post-Petition Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gage, Patrick<br>30 41st Street<br>Sacramento, CA 95819 | | 66219 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | PSPS Claims |
| Gemmell, Eileen<br>12 Davan Drive<br>Silver Spring, MD 20904 | | 56932 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | Post-Petition Claims |
| GIANTS LIQUOR AND FOOD SERVICE<br>235 E MIDDLEFIELD RD. STE-1<br>MOUNTAIN VIEW, CA 94043 | | 4423 | Pacific Gas and Electric Company | 7/20/2019 | $0.00 | $0.00 | $0.00 | $1,125.00 | $1,125.00 | Post-Petition Claims |
| Giuseppe's Cucina Italiana<br>82 Price Street<br>Pismo Beach, CA 93449 | | 2227 | Pacific Gas and Electric Company | 4/8/2019 | $0.00 | $0.00 | $0.00 | $5,800.00 | $5,800.00 | PSPS Claims |
| Gutierrez, Beatrice T<br>Hugo Reynoso 25456 S Schulte Rd Ste 2<br>Tracy, CA 95377-9709 | | 5181 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Post-Petition Claims |
| Hamilton, Rodney A<br>491 Monument Rd<br>Rio Dell, CA 95562-1646 | | 7311 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $1,460.00 | $1,460.00 | Post-Petition Claims |
| Humphrey, Levi L<br>PO Box 103<br>Redway, CA 95560 | | 57824 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $8,500.00 | $8,500.00 | Post-Petition Claims |
| Hunt, Roxanne<br>W Acacia St Apt 30<br>Stockton, CA 95203-2544 | | 7144 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $120.00 | $120.00 | Post-Petition Claims |
| Kampmann, Pete L<br>465 Wilson Hill Rd<br>Manton, CA 96059-8623 | | 8262 | Pacific Gas and Electric Company | 9/3/2019 | $0.00 | $0.00 | $0.00 | $1,195.45 | $1,195.45 | Post-Petition Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kohn, Brenda F<br>Chab Drive<br>r Beach, CA 94965 | | 65461 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | Post-Petition Claims |
| Maravilla, Evangelina<br>42 Walnut St<br>land, CA 94619 | | 991 | Pacific Gas and Electric Company | 2/21/2019 | $0.00 | $0.00 | $0.00 | $417.92 | $417.92 | Post-Petition Claims |
| ss, Elliot<br>55 Paintbrush Lane<br>Pine Grove, CA 95665 | | 8776 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $633.00 | $633.00 | PSPS Claims |
| CHAM, KENT<br>1 STELLA ST<br>LLEJO, CA 94589-2046 | | 6928 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Post-Petition Claims |
| cevic, Paul<br>Gresham Lane<br>Atherton, CA 94027 | | 2132 | Pacific Gas and Electric Company | 4/11/2019 | $0.00 | $0.00 | $0.00 | $3,520.17 | $3,520.17 | Post-Petition Claims |
| rks, George & Marlene<br>99 Greenleaf Ln.<br>esthill, CA 95631 | | 6592 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $221.50 | $221.50 | PSPS Claims |
| ter, Charles<br>6 Coloma Street<br>cerville, CA 95667 | | 4277 | Pacific Gas and Electric Company | 8/3/2019 | $0.00 | $0.00 | $0.00 | $1,554.75 | $1,554.75 | Post-Petition Claims |
| u, XiaoXia<br>nggang Ji 22030 Mount Eden<br>.<br>atoga, CA 95070-9729 | | 10563 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $893.60 | $0.00 | $893.60 | Post-Petition Claims |
| SALLAY, JOHN A<br>8 SILVERADO CT<br>FAYETTE, CA 94549-5333 | | 4492 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $1,772.29 | $1,772.29 | Post-Petition Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Santa Cruz County Sanitation District Beatriz Barranco 701 Ocean Street, Room 410 Santa Cruz, CA 95060 | | 9154 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $21,059.64 | $21,059.64 | Post-Petition Claims |
| Salcedo, Sergio Javier P.O. Box 2367 Marysville, CA 95901-0084 | | 80967 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $540.63 | $540.63 | Post-Petition Claims |
| Simmons, Darryl 7010 Sprig Way Anderson, CA 96007 | | 1873 | Pacific Gas and Electric Company | 3/29/2019 | $0.00 | $0.00 | $0.00 | $55.00 | $55.00 | Post-Petition Claims |
| Sorensen, Dennis 18 Viejo Rd Carmel, CA 93923 | | 3040 | Pacific Gas and Electric Company | 5/17/2019 | $0.00 | $0.00 | $0.00 | $6,119.86 | $6,119.86 | Post-Petition Claims |
| Stange, Diane Schock 5840 Pony Express Trail #41 Pollock Pines, CA 95726 | | 6468 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $1,920.00 | $0.00 | $1,920.00 | PSPS Claims |
| Test, Lawrence 3141 NW Lacamas Drive Camas, WA 98607 | | 16755 | Pacific Gas and Electric Company | 10/5/2019 | $0.00 | $0.00 | $0.00 | $1,710.81 | $1,710.81 | PSPS Claims |
| Tergzyca, Maria 230 E Olive Ave Merced, CA 95340-8321 | | 10307 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Post-Petition Claims |
| Wilcox, Timothy & Jana 9773 Carmel St Morro Bay, CA 93442-2650 | | 70206 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 | Post-Petition Claims |
| Yung, Jim 18925 Summit Rd Hymes Creek, CA 96075-9729 | | 5718 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | PSPS Claims |
| **Claims To Be Expunged Totals** | | Count:45 | | | $400.00 | $230,378.64 | $13,542.49 | $389,096.24 | $633,417.37 | |

Case: 19-30088    Doc# 9868    Filed: 12/18/20    Entered: 12/18/20 12:18:36    Page 8 of 8