

Signed and Filed: December 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FORTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (REDUCED AND ALLOWED CLAIMS)** <br><br> [Re: Dkt. No. 9466, 9801] |

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Forty-Fifth Omnibus Objection to Claims (Reduced and Allowed Claims)* [Docket No. 9466] (the "**Forty-Fifth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9600 | Jacqueline O'Neil | 1685 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9667 | Rumi S. Kawashima | 934 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9613 | Onnyx Walker | 30795 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9619 | Shou Kun Huang and Henry Huang | 7920 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9627 | Maurice Brendan Butler | 8625 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9652 | Cynthia Ann Wilson | 68287 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9660 9662 | Gordon N. Ball, Inc. (GNB) | 4463 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Leonard L Gauthier | 10068 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | James Self | 10069 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | to resolve this matter consensually in the meantime. |
| Informal | Linda Manzano | 9957 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Phil Hartnett | 10632 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | John Barnhardt | 10083 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Cellan Cahoon | 10056 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Alanna McDaniel | 10063 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Greg Staude | 10059 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Richard Wimmer | 10066 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Travelers | 59825 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | Time.  Docket No. 9754.  The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | State Farm a/s/o Leslie Poortman | 3044 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time.  Docket No. 9754.  The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | State Farm Mutual Automobile Insurance Company | 58061 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time.  Docket No. 9754.  The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | John I Weaver | 2932 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time.  Docket No. 9754.  The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Gennadiy Yurkevich | 1092 3561 | The Reorganized Debtors have reached a settlement of this Claim that resolves  the Forty-Fifth Omnibus Objection. |
| Informal | Williams Mearns | 3556 | The Reorganized Debtors have reached a settlement of this Claim that resolves  the Forty-Fifth Omnibus Objection. |

2. The Claims listed in the column headed "Claim to be Reduced or Disallowed" in **Exhibit 1** hereto are disallowed or allowed in the Reduced Amount as set forth therein.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| **1513**<br>Autajs, Mara K<br>139 Chestnut Lane<br>Davis, CA 95616-1306 | Pacific Gas and Electric Company | 3/18/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $8,235.00<br><br>$4,395.50 | $8,235.00<br><br>$4,395.50 | Fair Value |
| **79292**<br>Aerts, Helen & David<br>8 57th Street<br>Oakland, CA 94608 | Pacific Gas and Electric Company | 10/21/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $9,931.00<br><br>$4,931.00 | $9,931.00<br><br>$4,931.00 | Fair Value |
| **6118**<br>Analog Devices<br>275 S. Hillview Drive<br>Milpitas, CA 95035 | PG&E Corporation | 8/9/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $274,501.00<br><br>$115,401.98 | $274,501.00<br><br>$115,401.98 | Fair Value |
| **3619**<br>Avenue Strategic Opportunities Fund, as Transferee of Cowen Special Investments LLC<br>Attn: David Leinwand<br>New York, NY 10036<br>**Claim Transferred To:**<br>Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinwand 11 West 42nd Street, 9th Floor<br>New York, NY 10036<br>100% | Pacific Gas and Electric Company | 7/15/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $42,164.50<br><br>$23,834.00 | $42,164.50<br><br>$23,834.00 | Fair Value |
| **3009**<br>Avila, Yolanda<br>700 E. Huntsman Ave.<br>Selma, CA 93662 | Pacific Gas and Electric Company | 5/14/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $649.00<br><br>$426.71 | $649.00<br><br>$426.71 | Fair Value |
| **139**<br>Baldwin Contracting Co., Inc. dba Knife River Construction<br>1764 Skyway<br>Paradise, CA 95928 | PG&E Corporation | 2/7/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $9,535.62<br><br>$9,535.62 | $9,535.62<br><br>$9,535.62 | Fair Value |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| BTH, Inc. c/o San Carlos Agency, Inc PO Box 2023 Carmel, CA 93922 | 2199 | PG&E Corporation | 4/8/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $550.68 | $550.68 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $550.68 | $550.68 | |
| BOYLE, DAN 14500 FOSTER RD LOS GATOS, CA 95030-7163 | 5029 | PG&E Corporation | 8/1/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | |
| Bray, Geri R. 145 Lincoln Way Auburn, CA 95603 | 1613 | PG&E Corporation | 3/8/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $14,253.33 | $14,253.33 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $6,753.33 | $6,753.33 | |
| Bresnahan, Francis 7 Maybeck St. NOVATO, CA 94949 | 17186 | PG&E Corporation | 10/7/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,050.00 | $1,050.00 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $1,050.00 | $1,050.00 | |
| Cafara, Dina 1 Verano Dr South San Francisco, CA 94080 | 75 | Pacific Gas and Electric Company | 2/5/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $117.40 | $117.40 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $117.40 | $117.40 | |
| Cary, Erin 37352 Palo Colorado Rd Carmel, CA 93923 | 1436 | PG&E Corporation | 3/14/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $5,973.67 | $5,973.67 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $5,973.67 | $5,973.67 | |
| Castellanos, Alex 55 Flynn Ave Redwood City, CA 94063 | 115 | Pacific Gas and Electric Company | 2/7/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $119.00 | $119.00 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $119.00 | $119.00 | |
| Chang, Tony 597 Crawford Dr. Sunnyvale, CA 94087 | 3500 | Pacific Gas and Electric Company | 6/28/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $56,200.00 | $56,200.00 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $9,568.70 | $9,568.70 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cordova, Carlos<br>361 Mission St Apt 2<br>San Francisco, CA 94112-1028 | 9167 | PG&E Corporation | 9/17/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $2,000.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $5,000.00<br><br>$0.00 | $7,000.00<br><br>$0.00 | Fair Value |
| Cordova, Carlos and Martha<br>361 Mission Street, #2<br>San Francisco, CA 94112 | 9140 | PG&E Corporation | 9/17/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $10,000.00<br><br>$0.00 | $15,000.00<br><br>$1,612.00 | $25,000.00<br><br>$1,612.00 | Fair Value |
| CSAA Insurance Exchange as subrogee of Santiago Martinez<br>Finley J. Michael, SB# 145596<br>Michael, Tran, Goldberg, et al 3055 Oak Rd, MS 270 1002-86-7690<br>Walnut Creek, CA 94597 | 3566 | PG&E Corporation | 7/10/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $5,108.90<br><br>$5,108.90 | $5,108.90<br><br>$5,108.90 | Fair Value |
| Dawson, William<br>15003 Riverdale Dr. East #3<br>Carmel, IN 46033 | 987 | Pacific Gas and Electric Company | 2/21/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $486.00<br><br>$486.00 | $486.00<br><br>$486.00 | Fair Value |
| ESCOBEDO, WILLIAM G<br>LYNN ESCOBEDO 1391 IRIS AVE<br>OAKDALE, CA 95361-2869 | 8752 | Pacific Gas and Electric Company | 9/11/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $100.00<br><br>$42.50 | $100.00<br><br>$42.50 | Fair Value |
| Hicks, Glenn<br>2230 DAWSON COVE LN S<br>Davis, CA 93611-5994 | 992 | Pacific Gas and Electric Company | 2/20/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $2,075.44<br><br>$2,075.44 | $2,075.44<br><br>$2,075.44 | Fair Value |
| Interinsurance Exchange<br>1860 Meadow Vista Rd<br>Meadow Vista, CA 95722 | 7878 | PG&E Corporation | 8/23/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $4,421.20<br><br>$3,264.41 | $4,421.20<br><br>$3,264.41 | Fair Value |

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **71176** | GARE, DANIEL<br>1 LA PASADA WAY<br>SN RAFAEL, CA 94903-2955 | Pacific Gas and Electric Company | 10/17/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $3,000.00<br><br>$500.00 | $3,000.00<br><br>$500.00 | Fair Value |
| **71805** | Garibay, Adan<br>267 E Dana St<br>Nipoma, CA | PG&E Corporation | 10/17/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $1,100.00<br><br>$599.94 | $1,100.00<br><br>$599.94 | Fair Value |
| **1725** | Gaskins, George W<br>3187 Soda Canyon Road<br>Napa, CA 97558 | Pacific Gas and Electric Company | 3/18/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $625.00<br><br>$625.00 | $625.00<br><br>$625.00 | Fair Value |
| **61284** | Haaland, John<br>Stephen Beals PLC PO Box 2210<br>Salinas, CA 93902 | Pacific Gas and Electric Company | 10/21/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $25,975.46<br><br>$0.00 | $25,975.46<br><br>$0.00 | Fair Value |
| **80741** | Haaland, John<br>Stephen Beals PLC PO Box 2210<br>Salinas, CA 93902 | Pacific Gas and Electric Company | 10/21/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $26,371.76<br><br>$19,851.71 | $26,371.76<br><br>$19,851.71 | Fair Value |
| **1843** | Hanns, Michael<br>190 Sheldon Avenue<br>Live Oak, CA 95953 | Pacific Gas and Electric Company | 3/29/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $10,500.00<br><br>$10,500.00 | $10,500.00<br><br>$10,500.00 | Fair Value |
| **59453** | HOBBS, LORI<br>3485 STABLE LANE<br>SANTA CRUZ, CA 95065 | PG&E Corporation | 10/18/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $33,660.00<br><br>$33,660.00 | $33,660.00<br><br>$33,660.00 | Fair Value |

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 16873 | HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $26.99 $0.00 | $26.99 $0.00 | Fair Value |
| 16884 | HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $609.16 $0.00 | $609.16 $0.00 | Fair Value |
| 16883 | HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $183.21 $0.00 | $183.21 $0.00 | Fair Value |
| 16882 | HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $249.99 $0.00 | $249.99 $0.00 | Fair Value |
| 16782 | HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $599.00 $0.00 | $599.00 $0.00 | Fair Value |
| 16774 | HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $174.20 $1,638.86 | $174.20 $1,638.86 | Fair Value |
| 16872 | HOFFMAN, PAUL 209 KINGSBURY DR APTOS, CA 95003 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $517.80 $0.00 | $517.80 $0.00 | Fair Value |
| 16877 | Jens, Michael 2462 Mavis Street Oakland, CA 94601 | Pacific Gas and Electric Company | 10/3/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $16,016.00 $1,500.00 | $16,016.00 $1,500.00 | Fair Value |

| Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| **3927** | PG&E Corporation | 7/24/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $523.47 | $523.47 | Fair Value |
| Original Creditor KOCH, ERIC 13478 TOPPING WAY LOS GATOS, CA 95032 | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $523.47 | $523.47 | |
| **71388** | PG&E Corporation | 10/17/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $330.00 | $330.00 | Fair Value |
| Kogler, Mark L. 49 E. Shelldrake Cir. Fresno, CA 93730 | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $330.00 | $330.00 | |
| **9832** | Pacific Gas and Electric Company | 9/25/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Fair Value |
| Lau, Hing Moon 12 Santa Fe Ave San Francisco, CA 94124-2216 | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | |
| **1064** | Pacific Gas and Electric Company | 2/25/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,200.58 | $2,200.58 | Fair Value |
| Lazer, Nathan 1912 Heavenly Dr Martinez, CA 94554 | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $2,003.75 | $2,003.75 | |
| **67** | PG&E Corporation | 2/4/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,812.90 | $1,812.90 | Fair Value |
| Littlejohn III, Ben 9 Leo Way Oakland, CA 94611 | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,812.90 | $1,812.90 | |
| **2975** | PG&E Corporation | 5/10/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Fair Value |
| LIU, SONG 2330 SUMMIT DR. HILLSBOROUGH, CA 94010 | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | |
| **9210** | PG&E Corporation | 9/19/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Fair Value |
| Lopez, Ruth 129 Bonita Ct Rodeo, CA 94572-1835 | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **63** | Pacific Gas and Electric Company | 2/5/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $973.98 | $973.98 | Fair Value |
| Manetas, Michael 1904 Birch Ave McKinleyville, CA 95519 | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $973.98 | $973.98 | |

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **19565** | Martinez, Marlene 133 Ribisi Cir San Jose, CA 95131 | Pacific Gas and Electric Company | 10/8/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $212.00 $212.00 | $212.00 $212.00 | Fair Value |
| **461** | McCrary, Maurice 1617 Derby St. Berkeley, CA 94702 | Pacific Gas and Electric Company | 2/15/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $2,600.00 $1,233.78 | $2,600.00 $1,233.78 | Fair Value |
| **3409** | MetLife Auto & Home PO Box 2204 Charlotte, NC 28241 | PG&E Corporation | 6/20/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $5,423.26 $5,423.26 | $5,423.26 $5,423.26 | Fair Value |
| **70412** | Mid-Century Insurance Company Inger Kahn ALC Farmers c/o Craig Simon 1 Park Plaza, Suite 340 Irvine, CA 92614 | Pacific Gas and Electric Company | 10/18/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $153.99 $6,786.96 | $153.99 $6,786.96 | Fair Value |
| **2207** | Millbrae Heights Homeowners Association c/o Common Interest Mgmt Services 1720 S. Amphlett Blvd., Suite 130 San Mateo, CA 94402 | PG&E Corporation | 4/8/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $1,610.00 $1,610.00 | $1,610.00 $1,610.00 | Fair Value |
| **7978** | National Subrogation Services Attn: Judy Speroff, Karen Gibson 100 Crossways Park West Suite 415 Woodbury, NY 11797 | Pacific Gas and Electric Company | 8/27/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $13,177.98 $7,888.30 | $13,177.98 $7,888.30 | Fair Value |
| **5966** | NICHOLSON, JANET 3109 BAYER ST MARINA, CA 93933 | PG&E Corporation | 8/5/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $1,023.49 $511.75 | $1,023.49 $511.75 | Fair Value |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nielsen, Eric 3 Canyon Rd 292 San Benancio Rd Salinas, CA 93908-9182 | 57958 | Pacific Gas and Electric Company | 10/17/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $4,426.65 | $4,426.65 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $2,213.33 | $2,213.33 | |
| Parkinson, Sylvia 3647 Hennessy Place Santa Rosa, CA 95403 | 607 | PG&E Corporation | 2/13/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $22,000.00 | $22,000.00 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $3,966.00 | $3,966.00 | |
| Perez, Noe 224 GARNSEY AVE Bakersfield, CA 93309 | 201 | PG&E Corporation | 2/12/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,189.89 | $2,189.89 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $2,189.89 | $2,189.89 | |
| Pray, John 311 Court St. Woodland, CA 95695 | 994 | Pacific Gas and Electric Company | 2/23/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $62,579.15 | $62,579.15 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $55,000.00 | $55,000.00 | |
| Prider Environmental Services, Inc. Jay Anderson Compliance Manager 4523 E. 2nd Street Benicia, CA 94510 | 1724 | Pacific Gas and Electric Company | 3/22/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $12,617.45 | $12,617.45 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $7,970.74 | $7,970.74 | |
| Praxis Consulting Inc A/S/O Pacific Specialty Insurance P.O. Box 5 Muncie, IN 47308 | 2947 | PG&E Corporation | 5/9/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $13,237.06 | $13,237.06 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $13,237.06 | $13,237.06 | |
| Progressive West Insurance Company Claim 172929637 PO Box 512929 Los Angeles, CA 90051-0929 | 3337 | Pacific Gas and Electric Company | 6/11/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $5,729.78 | $5,729.78 | Fair Value |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $5,229.78 | $5,229.78 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Shadow Woods Homeowners Association c/o Associa 4305 Hacienda Dr. #140 Pleasanton, CA 94588 | 10156 | Pacific Gas and Electric Company | 9/27/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $15,375.02 $7,412.47 | $15,375.02 $7,412.47 | Fair Value |
| Simmons, Roland P PO Box 982 Plymouth, CA 95669 | 80516 | Pacific Gas and Electric Company | 10/19/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,198.88 $1,198.88 | $1,198.88 $1,198.88 | Fair Value |
| Sorensen, Dennis 508 Viejo Rd Carmel, CA 93923 | 1510 | Pacific Gas and Electric Company | 3/19/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $8,295.90 $5,885.90 | $8,295.90 $5,885.90 | Fair Value |
| Ta Hee Corporation 3 Vista St Watsonville, CA 95076-2913 | 4825 | Pacific Gas and Electric Company | 7/30/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 | $0.00 | $2,700.00 | $1,100.00 $1,900.00 | $3,800.00 $1,900.00 | Fair Value |
| TEUFEL, MARGARET 2840 BELLAIRE PLACE OAKLAND, CA 94601 | 4370 | PG&E Corporation | 7/31/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,476.43 $1,162.27 | $1,476.43 $1,162.27 | Fair Value |
| THAI, KHAM VAN FRUITVALE MOBIL 3070 FRUITVALE AVE OAKLAND, CA 94602 | 2105 | Pacific Gas and Electric Company | 4/7/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 | $0.00 | $4,772.37 $0.00 | $0.00 $2,237.37 | $4,772.37 $2,237.37 | Fair Value |
| The Regents of the University of California Sedgwick PO Box 14670 Lexington, KY 40512 | 3164 | Pacific Gas and Electric Company | 5/28/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $100,000.00 $50,000.00 | $100,000.00 $50,000.00 | Fair Value |

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **9130** | Yeeke, David<br>334 Ptarmigan Dr Apt 2A<br>Walnut Creek, CA 94595 | PG&E Corporation | 9/11/2019 | **Filed/Sched. Claim Amount:**<br>☐ Unliquidated<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $1,816.00<br><br>$1,816.00 | $1,816.00<br><br>$1,816.00 | Fair Value |
| **1588** | Yeeke, David<br>334 Ptarmigan Dr<br>Walnut Creek, CA 94595 | PG&E Corporation | 3/21/2019 | **Filed/Sched. Claim Amount:**<br>☐ Unliquidated<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $11,600.00<br><br>$0.00 | $11,600.00<br><br>$0.00 | Fair Value |
| **58331** | YouWin Capital Management, L.P. as Transferee of Michael & Tiffani Minafo<br>Attn: General Counsel 261 Fifth Avenue, 22nd Floor<br>New York, NY 10016<br>**Claim Transferred To:**<br>YouWin Capital Management, LP<br>Attn: General Counsel 261 Fifth Avenue, 22nd Floor<br>New York, NY 10016<br>100% | Pacific Gas and Electric Company | 10/17/2019 | **Filed/Sched. Claim Amount:**<br>☐ Unliquidated<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $1,264.00<br><br>$573.42 | $1,264.00<br><br>$573.42 | Fair Value |
| **155** | Watergate Community Association<br>Attn: Kim Adolf 8 Captain Drive<br>Emeryville, CA 94608 | Pacific Gas and Electric Company | 2/8/2019 | **Filed/Sched. Claim Amount:**<br>☐ Unliquidated<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $14,798.07<br><br>$7,339.00 | $14,798.07<br><br>$7,339.00 | Fair Value |
| **1007** | Woody, Gary E.<br>16 East 8 Mile Rd<br>Stockton, CA 95212 | PG&E Corporation | 2/19/2019 | **Filed/Sched. Claim Amount:**<br>☐ Unliquidated<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $8,635.43<br><br>$4,754.64 | $8,635.43<br><br>$4,754.64 | Fair Value |
| **2893** | Yamashita, Iwao<br>2 Lewis Road<br>Watsonville, CA 95076 | Pacific Gas and Electric Company | 5/1/2019 | **Filed/Sched. Claim Amount:**<br>☐ Unliquidated<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $642.84<br><br>$267.61 | $642.84<br><br>$267.61 | Fair Value |
| **66980** | Zanjen, Liliana<br>6794 Avenue 22<br>Chowchilla, CA 93610 | Pacific Gas and Electric Company | 10/20/2019 | **Filed/Sched. Claim Amount:**<br>☐ Unliquidated<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $7,400.00<br><br>$3,700.00 | $7,400.00<br><br>$3,700.00 | Fair Value |

# Exhibit 1

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Totals | Count:72 | | | $2,000.00 | $0.00 | $17,472.37 | $914,704.51 | $934,176.88 | |