

Signed and Filed: December 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**<br><br>[Re: Dkt. No. 9427, 9801] |

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9427] (the "**Twenty-Eighth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Shafter Solar, LLC | 1515 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to March 10, 2021. If the objection cannot be resolved, it will |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | be continued to March 24, 2021 at 10:00 a.m. |
| Informal | Desert Sunlight 300, LLC | 1548 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to March 10, 2021. If the objection cannot be resolved, it will be continued to March 24, 2021 at 10:00 a.m. |
| Informal | Utility Tree Service, LLC | 8068 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 15, 2021. If the objection cannot be resolved, it will be continued to January 27, 2021 at 10:00 a.m. |
| Informal | Siemens Industry, Inc. | 60349 64121 64134 78984 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| Informal | Siemens Energy, Inc. | 64106 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| Informal | Dresser-Rand | 64100 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| 9645 | Lloyd's Register Quality Assurance, Inc. | 9488 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| Informal | C.H. Reynolds Electric, Inc. | 2639<br>2703<br>4161 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 4, 2021. If the objection cannot be resolved, it will be continued to January 12, 2021 at 10:00 a.m. |
| Informal | Henkels & McCoy | 96925 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to December 14, 2020. |
| Informal | Mercer US Inc. | 3458 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Eighth Omnibus Objection. |
| Informal | Oprona Inc. | 80261 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Eighth Omnibus Objection. |

2. The Claims listed in the column headed "Claims to be Reduced or Disallowed" in **Exhibit 1** hereto are either disallowed and expunged or allowed in the "Reduced Claim Amount," as set forth therein.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled | | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ARuiz Construction Co & Assoc Inc 161 Cortland Ave San Francisco, CA 94110 | 17071 | Pacific Gas and Electric Company | 10/3/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $77,368.00 $0.00 | $4,073.00 $42,996.00 | $81,441.00 $42,996.00 | Books and Records |
| BAY AREA RAPID TRANSIT DISTRICT 300 LAKESIDE DR 22ND FL OAKLAND, CA 94612 | 1033462 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $13,850.00 $5,925.00 | $13,850.00 $5,925.00 | Books and Records |
| CALIFORNIA ENERGY COMMISSION 1516 9TH ST MS-02 SACRAMENTO, CA 95814 | 1031364 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $9,168.92 $5,000.00 | $9,168.92 $5,000.00 | Books and Records |
| CITY OF BAKERSFIELD 1625 CHESTER AVE BAKERSFIELD, CA 93303 | 1033519 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $11,475.06 $7,455.00 | $11,475.06 $7,455.00 | Books and Records |
| CommScope Technologies LLC DBA CommScope Angela (Angie) McDonald Manager, Customer Financial Services 1100 CommScope Place SE Hickory, NC 28603 | 59154 | Pacific Gas and Electric Company | 10/17/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $8,387.40 $1,252.40 | $8,387.40 $1,252.40 | Books and Records |
| ENEL X NORTH AMERICA INC ATTN: GENERAL COUNSEL 1 MARINA PARK DRIVE, SUITE 400 BOSTON, MA 02210 | 1913 | Pacific Gas and Electric Company | 3/27/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $6,557.14 $0.00 | $6,557.14 $0.00 | Books and Records |
| Folsom Ready Mix, Inc. 901 Fitzgerald Rd Rancho Cordova, CA 95742 | 1067 | PG&E Corporation | 2/25/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $95,394.36 $1,529.75 | $95,394.36 $1,529.75 | Books and Records |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Global Machinery Int'l West LLC 7 West 62nd Ave Denver, CO 80216 | 1199 | Pacific Gas and Electric Company | 2/28/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $3,340.28 | $3,340.28 | Books and Records |
| | | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $1,391.98 | $1,391.98 | |
| Otis Elevator Company Treasury Services - c/o Credit & Collections 5500 Village Blvd West Palm Beach, FL 33407 | 1881 | PG&E Corporation | 3/26/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $34,453.63 | $34,453.63 | Books and Records |
| | | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $15,110.95 | $15,110.95 | |
| Shiloh 1 Wind Project LLC Avangrid Renewables, LLC Attn: Jasine Iles 1125 NW Couch St., Suite 700 Portland, OR 97209 | 2571 | Pacific Gas and Electric Company | 4/19/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☑ | $0.00 | $203,485.69 | $0.00 | $86,139.45 | $289,625.14 | Books and Records |
| | | | | **Reduced Claim Amount:** | | $0.00 | $203,485.69 | $0.00 | $0.00 | $203,485.69 | |
| Sprint Corporation Attn: Bankruptcy Dept P.O. Box 7949 Overland Park, KS 66207-0949 | 2121 | PG&E Corporation | 4/8/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $16,373.63 | $16,373.63 | Books and Records |
| | | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $218.19 | $218.19 | |
| The Terminix International Company Limited Partnership Sidley Austin LLP Attn: Pamela Santos 555 W. Fifth Street Suite 4000 Los Angeles, CA 90013 | 78725 | Pacific Gas and Electric Company | 10/21/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $755,294.35 | $755,294.35 | Books and Records |
| | | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $598,468.04 | $598,468.04 | |
| **Totals** | **Count:12** | | | | | **$0.00** | **$203,485.69** | **$77,368.00** | **$1,044,507.22** | **$1,325,360.91** | |