

Signed and Filed: December 18, 2020

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (CUSTOMER NO LIABILITY CLAIMS)**<br><br>**[Re: Dkt. No. 9436, 9801]** |

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Thirty-First Omnibus Objection to Claims (Customer No Liability Claims)* [Docket No. 9436] (the "**Thirty-First Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The below Proof of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | First Baptist Church of Windsor (FBC) | 3512 | The Reorganized Debtors reported in the Request that Claimant had not yet provided information supporting its Claim and had not responded to the Reorganized Debtors' requests to continue the hearing.  Since the |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | Request was filed, Claimant has provided supporting documentation, and the hearing with respect to the Claim will be continued to January 12, 2021 while the Reorganized Debtors attempt to resolve this matter consensually. |

2.　　The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3.　　This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Muir, Martha<br>Watts Dr<br>ersfield, CA 93307-4253 | | 4873 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ADESINA, MAYOWA<br>22 ROXANNE AVENUE<br>YWARD, CA 94542-1015 | | 3976 | PG&E Corporation | 7/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Amazadah, Khalida J<br>79 Rapallo Way<br>Bay Point, CA 94565 | | 4505 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Customer No Liability Claims |
| ALBANO, JUDITH<br>CHICAGO WAY<br>SAN FRANCISCO, CA 94112-43 | | 3908 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| bert, Kay<br>20 South Real Road<br>Bakersfield, CA 93309 | | 4059 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| otta, Nicole<br>Box 44<br>adero, CA 95421 | | 3963 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $2,400.00 | $2,400.00 | Customer No Liability Claims |
| , Susan<br>S 1350 W<br>elton, ID 83335-5721 | | 4590 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Anderson, MarLin C<br>Box 1585<br>Richmond, CA 94802-0585 | | 3809 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $2,030.00 | $2,030.00 | Customer No Liability Claims |
| Angkachan, Wanida<br>75 Sequoia Dr Apt B<br>ersfield, CA 93308-4694 | | 4078 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ARC DOCUMENT SOLUTIONS 2557 ALCOSTA BLVD STE SAN RAMON, CA 94583 | | 79859 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aalos, Silvia R. 99 82nd Ave Oakland, CA 94621 | | 3674 | Pacific Gas and Electric Company | 7/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Azpuna, Marbelly C 678 N King Rd Apt 419 San Jose, CA 95133-3807 | | 3797 | PG&E Corporation | 7/21/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability Claims |
| Bailey, Yolanda 408 N Laureglen Blvd Apt B Bakersfield, CA 93309-8812 | | 4707 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ge, Dorothy R 900 James Rd Unit 6 Bakersfield, CA 93308-1068 | | 4070 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| chu, Malati W Iowa Ave Sunnyvale, CA 94086 | | 81148 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Customer No Liability Claims |
| I.T. JEANETTE 35 Checkers DR Apt 106 San Jose, CA 95133-2282 | | 4612 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| tran, Guadalupe 1 Mount Arbor St McFarland, CA 93250-1223 | | 4643 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Baton, Gloria S 1 Cedarcrest Cir Mesquite, TX 75149-5689 | | 4632 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brignetti, Margene / Grand View Ave / San Francisco, CA 94114 | | 3902 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Briones, Elizabeth / 30th St / Oakland, CA 94611-5706 | | 4662 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Brooks, Carla D. / 741 Hudson Court, #116 / Antioch, CA 94509-4043 | | 4611 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $56.11 | $0.00 | $56.11 | Customer No Liability Claims |
| Brown, Ronald / 160 Mallon Way / , CA 95631 | | 4172 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability Claims |
| Rkin, Tanissia M / 23 Fiesta Plz / Stockton, CA 95206 | | 3666 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bgarin, Juan A / 188 Panama Ave / San Jose, CA 95122-2222 | | 4538 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cabonel, Sheena / 2188 Santa Rita Street / Palos, CA 93620-2347 | | 4357 | Pacific Gas and Electric Company | 7/31/2019 | $850.00 | $0.00 | $300.00 | $0.00 | $1,150.00 | Customer No Liability Claims |
| Cadmans, Devon / 202 Alvarez Ave Apt 109 / ole, CA 94564 | | 3968 | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carr, Jennifer / 3?7 Blue Bells Ct / Merced, CA 95341-8031 | | 4250 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carranco, Mary Helen / Rendon Ave / Stockton, CA 95205-5724 | | 4067 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Castaneda, Maria 123 El Castillo Vista Sonoma, CA 95476-7388 | | 8198 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $6,500.00 | $6,500.00 | Customer No Liability Claims |
| Cazares, Blanca 123 S. 2nd street Korman, CA 93630 | | 3848 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chong, William 2734 Bear Valley Ln San Jose, CA 95133 | | 8827 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Chavez, Angelisa 200 Bayberry St Hollister, CA 95023-8045 | | 4614 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chen, Wei Newcastle Drive Los Altos, CA 94024-6937 | | 4064 | Pacific Gas and Electric Company | 7/28/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |
| Cruz, Karina Mccreery Ave Apt 133 San Jose, CA 95116 | | 3699 | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dang, Duy 2438 Club Center Dr Sacramento, CA 95835 | | 4116 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $5,400.00 | $0.00 | $5,400.00 | Customer No Liability Claims |
| David Lujan, Deceased - Sonya Lujan, wife 29 Le Mans Dr Hollister, CA 95023-7167 | | 4624 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| De Herrera, Hannah 325 S Lee Ave Lodi, CA 95240 | | 4010 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Marre, Ana 962 Tradition Drive Lemoore, CA 93245 | | 3907 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $9,000.00 | $0.00 | $9,000.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dixon, Lakeisha ... Ramsgate Way Vallejo, CA 94591-8300 | | 4354 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Du, Yue Commodore Dr #C-428 Emeryville, CA 94608 | | 9133 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $3,600.00 | $3,600.00 | Customer No Liability Claims |
| Duarte, Tracy 733 Crossway San Jose, CA 95125-1217 | | 4747 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Eedman, Matthew P. McKenzie Dr. ton, CA 95620 | | 3664 | Pacific Gas and Electric Company | 7/21/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| er, James Orchid Ave Corona Del Mar, CA 92625-2423 | | 4284 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Emerson 86 Lots LLC 4260 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9937 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| a, Athena Montecito Vista Dr Apt 323 San Jose, CA 95111-3166 | | 4133 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| rhandez, Tiana 21 Woolner Ave field, CA 94533 | | 3971 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Customer No Liability Claims |
| res, Jessica 463 Joleen Ct Merced, CA 95341-7009 | | 3885 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Franco, Porfiria 30 Larkin St Salinas, CA 93907-1918 | | 4514 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $2,800.00 | $0.00 | $2,800.00 | Customer No Liability Claims |
| Franco, Rose 3705 Georgia Ave Fremont, CA 90723-3522 | | 4589 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Freeman, Niles O PO Box 418 Clements, CA 95227 | | 76098 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $12,850.00 | $0.00 | $12,850.00 | Customer No Liability Claims |
| Galeno, Melanca 7008 Falcon Ave Bakersfield, CA 93304-6630 | | 4753 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gallardo, Enrique 323 Saint Thomas St Arvin, CA 93203-9757 | | 4518 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gallva, Rosalio M 14 Meadow Terrace Watsonville, CA 95076 | | 4077 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Anna 2633 LA Terrace Cir Bldg 25 San Jose, CA 95123-5350 | | 6134 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Jose Antonio Ntertha Garcia 2922 Monterey St Bakersfield, CA 93306-5346 | | 3730 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gilroy 55 Lots LLC 4400 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9921 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzales, Rene 3490 N Delno Ave Apt 314 Fresno, CA 93728-1458 | | 5400 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gonzalez, Elva, Opal Dr, ...jo, CA 94589-2155 | | 4552 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Emilio, Hale Ave #B, Morgan Hill, CA 95037 | | 6594 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Jose Luis, Howard St. Stockton, CA 95206 | | 3974 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Gonzalez, Zenaida, S Ventura Ave, Corcoran, CA 93212 | | 3638 | PG&E Corporation | 7/16/2019 | $2,094.00 | $0.00 | $2,094.00 | $0.00 | $4,188.00 | Customer No Liability Claims |
| ...dwin, Jennifer, Academy Ave, ...inger, CA 93657 | | 4103 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Procure, Inc., Law Offices of Charles L. Hastings 4568 Feather River ...ve., Suite A, Stockton, CA 95219 | | 3005 | PG&E Corporation | 5/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...sai, Ajay, ...oop Gosai 5672 Valley Vale ...y, Sacramento, CA 95823-5235 | | 4667 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...en, John, ...97 Oak Dr, San Miguel, CA 93451-9560 | | 6246 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ierez, Trixieanne, ...e Crawdad Ct, Fairfield, CA 94533 | | 4022 | PG&E Corporation | 7/27/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gutierrez, Virginia Sierra 30 Rogers Ln Apt 6 Gilroy, CA 95020-5831 | | 4601 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harborwalk Owners Associa 470 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9933 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harris, Lionel 2271 15th St., Apt. 5 Richmond, CA 94801 | | 7684 | PG&E Corporation | 8/22/2019 | $0.00 | $0.00 | $13,750.00 | $0.00 | $13,750.00 | Customer No Liability Claims |
| Harris, Shana Commodore Dr 261 Emeryville, CA 94608 | | 3820 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harrison, Makesha Barry St Bakersfield, CA 93307-4816 | | 4626 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $1,692.13 | $1,692.13 | Customer No Liability Claims |
| EVNER, DOROTHY L N MCDOWELL BLVD APT 354 PETALUMA, CA 94954-0529 | | 4690 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| man, Diane 122 Hope Dr Apt 1810 Santa Clara, CA 95054-1718 | | 7033 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hernandez, Karima 325 E Cleveland Ave Apt 1 Madera, CA 93638-2252 | | 5023 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Herrera, Alex 421 E 9th St Bakersfield, CA 93307-1110 | | 4890 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hilliard, Joseph 475 McLaughlin St Richmond, CA 94805-2435 | | 4034 | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mayfield, Julian / 100 Winterberry Ln / Myrtle Beach, SC 29579-7215 | | 4058 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| HUMBOLDT EMERALD TRIANGLE, LLC / PO BOX 683 / EUREKA, CA 96097 | | 4406 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mejia Community Church / 3100 Macarthur Blvd / Oakland, CA 94602 | | 4027 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Melc, Viktoriya / 5226 Del Vista Way / Franklin, CA 95765-5175 | | 4854 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Melosson, Amber / 1721 Hamilton Ave / San Jose, CA 95130-1587 | | 3680 | Pacific Gas and Electric Company | 7/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Melson, Nicole C. / 190 E. Ponce De Leon Ave Apt / Stone Mountain , GA 30083 | | 3822 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Customer No Liability Claims |
| Melson, Tamara / Grandview Dr / Loir City, TN 37772-5959 | | 5049 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mejas, Anna / Jackson St / Collinga, CA 93210 | | 4511 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Customer No Liability Claims |
| Mejas, Bryon C / 855 Hardy Way / Nevada City, CA 95959-9255 | | 79822 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $536.20 | $536.20 | Customer No Liability Claims |

Case: 19-30088    Doc# 9872    Filed: 12/18/20    Entered: 12/18/20 12:29:43    Page 12 of 26

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ...es, Kietra Renee, ...6 Hawley St Apt 207, ...land, CA 94621-2559 | | 3918 | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| KAUR, JASWINDER, 1754 Alum Rock Ave, San Jose, CA 95116-2621 | | 4220 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $22,000.00 | $0.00 | $22,000.00 | Customer No Liability Claims |
| ...ley, Michael, ...8 Lighthouse Dr, Stockton, CA 95219-4519 | | 67488 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $3,355.76 | $3,355.76 | Customer No Liability Claims |
| ...son, Deaneatrice, ...3 Flora Street, Oakland, CA 94621 | | 3864 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ox III, Cleveland, ...1 Arena Blvd Apt# 167, Sacramento, CA 95834 | | 3906 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| ...H, Josephine, ...3 Farrell Way, Marysville, CA 95901 | | 4050 | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Customer No Liability Claims |
| ...s, Kevin, ...0 E Iris Ave Apt 120, Stockton, CA 95210-2459 | | 6752 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...s, Raheem D, ...7 Bridlewood Cir, Stockton, CA 95219-2503 | | 3770 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| ...ong, Henry, 4004 Williams Rd Apt 4, San Jose, CA 95117-2749 | | 4610 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...aine, Amy, ...2 Vizcaya Circle, Campbell, CA 95008 | | 4065 | Pacific Gas and Electric Company | 7/29/2019 | $3,000.00 | $0.00 | $0.00 | $3,000.00 | $6,000.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Dolores / ... W Anderson St / Stockton, CA 95206 | | 3824 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 | Customer No Liability Claims |
| Lewis, Victoria / 604 Hill Dale Ct. Apt. D / ...ersfield, CA 93306-7633 | | 3696 | Pacific Gas and Electric Company | 7/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...va, Jose / ... Atkinson Ave / Shafter, CA 93263-2661 | | 8322 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| ...frong X / ...7 Gooseberry CIR / West Sacramento, CA 95691 | | 3719 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...BERTY DEVELOPMENT GROUP LLC / PO BOX 460171 / SAN FRANCISCO, CA 94146 | | 4532 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $83,944.00 | $83,944.00 | Customer No Liability Claims |
| ...ington, Angel / ...5 Kentfield Rd Apt 262 / Stockton, CA 95207-7325 | | 4892 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ez, Gabriela / ...l Holmfirth Ct / ...neville, CA 95661 | | 3884 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ez, Omar / ...24 Lakefront Dr / ...galia, CA 95954-9050 | | 7391 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $200,000.00 | $0.00 | $200,000.00 | Customer No Liability Claims |
| Louie, Janice / 9.. E. Yorkshire Dr. / Stockton, CA 95207 | | 4750 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ve, Alison / 6074 Riding Court / SAN JOSE, CA 95124 | | 6032 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| AVERY, DENISE 12 PONDEROSA CT SOBRANTE, CA 94803-2649 | | 4703 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $23,000.00 | $23,000.00 | Customer No Liability Claims |
| Lucido, Robert J 5751 Morris Rd Sonora, CA 95370-9302 | | 4664 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| JONE LING 899 CLAY ST #104 SAN FRANCISCO, CA 94108-1707 | | 3881 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Claims |
| LI, SUSANNE 1585 VIA RANCHO SAN LORENZO, CA 94580-1945 | | 3826 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Claims |
| Duran, Valerie 2620 McGregor 740 Sierra Ct Morro Bay, CA 93442-2838 | | 4625 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Customer No Liability Claims |
| Garcia, Maria C 8826 Coronado St W Bakersfield, CA 93314-9455 | | 4332 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rakthepharuak, Sithsana 81 Picadilly Place #10 San Bruno, CA 94066 | | 4171 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Santo, Joyce 378 Malcolm Drive Richmond, CA 94801-1733 | | 3694 | Pacific Gas and Electric Company | 7/17/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Mao, Jiqiang 73 Valencia Way Hollister, CA 95023-5286 | | 4616 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Saravilla, Lucy 16960 El Rancho Way Salinas, CA 93907 | | 3993 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Marino, Brandon 107 W Walnut St Stockton, CA 95203 | | 3832 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $300.00 | $200.00 | $500.00 | Customer No Liability Claims |
| Marino, Joseph PO Post St Apt 206 San Francisco, CA 94109-5874 | | 5336 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Marshall, Brenda 2240 Lewick Rd Sacramento, CA 95821-1825 | | 5144 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martin, Bobbe 11 Grace Street Gianiola, CA 95010 | | 4568 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Martinez, Enriquez N Licoln St Santa Maria, CA 93458-3639 | | 4146 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MARTINEZ, FRANCISCO 5TH ST. COVIS, CA 93612 | | 4482 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $220.83 | $220.83 | Customer No Liability Claims |
| Martinez, Maria 1212 Ogden Ln Stockton, CA 95206-6446 | | 4671 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Marvinue, Danielle Irene 12 Lucard St ?, CA 93268 | | 3612 | PG&E Corporation | 7/15/2019 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Customer No Liability Claims |
| McCaffrey, B 6562 Camino Venturoso Goleta, CA 93117-1527 | | 4561 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McReynolds, George & Bertha 390 Bonita Pl San Miguel, CA 93451 | | 3777 | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Claims |

Case: 19-30088   Doc #: 9871   Filed: 12/18/20   Entered: 12/18/20 12:29:48   Page 16 of 26

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mendoza, Humberto 634 65th Ave Oakland, CA 94605-1907 | | 3760 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mendoza, Humberto 634 65th Ave Oakland, CA 94605-1907 | | 4559 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| 580 Motor Courts 71 Lots, 4820 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9938 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fit Village D 94 Lots, LLC 4820 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9918 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Suss, Markeith 724 Joan Vista St Sobrante, CA 94803-1913 | | 4110 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Enler, Krisinda 677 Rush Point Ct Bakersfield, CA 93313 | | 3711 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Ruler, Madrid 3234 Mallard Court Bakersfield, CA 94533-2547 | | 4749 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $55,942.58 | $55,942.58 | Customer No Liability Claims |
| Mills, Laveta 624 Eastlawn St Oakland, CA 94621 | | 3746 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Shamoto, Mia L 1650 Hillsdale Avenue Apt 2 San Jose, CA 95124 | | 3663 | Pacific Gas and Electric Company | 7/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mission Bell Manufacturing Robin Lee Daniel Revter 16100 Jacqueline Court Morgan Hill, CA 95037 | | 57823 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $95,236.56 | $95,236.56 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| MITCHELL, JOHNNY, PO BOX 938, LOS ALAMOS, CA 93440 | | 4678 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moby's Auto Wash, Victor Uriade, 3709 Westwood Blvd 3703 Eastdale Hwy, Bakersfield Los Angeles, CA 90024 | | 3844 | Pacific Gas and Electric Company | 7/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Moore, Clarence, 7733 Manet Pkwy, Sacramento, CA 95823 | | 4525 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Claims |
| Moradi, Hojjat, 1203 Cartier Dr, Rancho Palos Verdes, CA 90275- | | 6737 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $985.00 | $985.00 | Customer No Liability Claims |
| Natomas 134 Lots LLC, 1470 Willow Rd, Pleasanton, CA 94588-8587 | | 9935 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ..va, Maria, PO BOX 1684, ..nada, CA 95365 | | 3721 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| ..guyen, Andrew, 725 Tweedholm Ct, San Jose, CA 95120-4918 | | 3803 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Claims |
| ..guyen, Duyenthienmy, 6440 Corde Terra Cir Apt 6408, San Jose, CA 95111-1937 | | 4829 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ..guyen, Hanh, 735 Saint Croix Ct, Stockton, CA 95210-5621 | | 6491 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nguyen, Sang / Copper Way / Vallejo, CA 94589-3807 | | 5972 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ollar, Edna E / 8704 Jewell Ave / Fremont, CA 93241-2620 | | 4134 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Olympia Investments Inc / 4880 Willow Rd Ste 200 / Pleasanton, CA 94588-8588 | | 9931 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ortega, Miguel / PO Box 793 / Newman, CA 95360-0793 | | 4649 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ozuguera, Maria / E Donna Dr / Merced, CA 95340-0600 | | 5438 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Paulin, Rolando Ibarra / 1661 Martin Luther King Jr Blvd 3 / Sacramento, CA 95820-4970 | | 4877 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $196.97 | $196.97 | Customer No Liability Claims |
| Peak, Bonin / Estancia Dr, Unit 205 / San Jose, CA 95134 | | 3950 | PG&E Corporation | 7/20/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Pearl, Donald W / 45 N Warner St. / Ridgecrest, CA 93555-3645 | | 4633 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Elizabeth / 37 Campbell Ave Apt 1 / San Francisco, CA 94134-2262 | | 7465 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Javier / 603 Saint Augustine Dr / Salinas, CA 93905-1607 | | 4456 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Perez, Lucio 1430 E Poplar St Stockton, CA 95205 | | 3949 | Pacific Gas and Electric Company | 7/20/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Customer No Liability Claims |
| Perez, Maria 70 Lilac Cir Hercules, CA 94547-1037 | | 7546 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Pedro PO Box 71027 Bakersfield, CA 93387-1027 | | 5464 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perez, Ramon 115 Pelton Ave Modesto, CA 95351-3632 | | 6314 | PG&E Corporation | 8/12/2019 | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 | Customer No Liability Claims |
| Perez, Ramon 426 Illinois St Palo Alto, CA 94303-1235 | | 5382 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pham, Duong 260 Battle Dance Dr San Jose, CA 95111-4002 | | 4642 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Piggett, Charles 22995 Antelope Dr Spencer, CA 95666 | | 2000 | PG&E Corporation | 4/3/2019 | $0.00 | $0.00 | $0.00 | $1,050.00 | $1,050.00 | Customer No Liability Claims |
| Pinzo, Estella 2913 Santa Clara St Dupont, CO 93241-2427 | | 4562 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| PLK, STANLEY 4935 SAN PABLO DAM RD APT 413 BLDG 4 SOBRANTE, CA 94803-3267 | | 4704 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Plier, Essence 1005 Blue Ravine Rd Apt 537 Folsom, CA 95630 | | 3891 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $495.85 | $495.85 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Pugh, Tecyona 1095 Bentree Way Antioch, CA 94531 | | 4101 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rajapaksa, Mapa Duppa Rajapaksa 9236 Woodrow Way Elk Grove, CA 95758-4551 | | 3981 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Ramirez, Luis 615 24 St San Jose, CA 95116 | | 3642 | PG&E Corporation | 7/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramirez, Maritza 1413 Wayne St Spc 102 Ridgecrest, CA 93555-2541 | | 4113 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramirez, Yuriana 620 E Poplar St Stockton, CA 95205 | | 3940 | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Randolph, James Le Ray 9 Foxglove Lane Walnut Creek, CA 94597 | | 79328 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $620.75 | $620.75 | Customer No Liability Claims |
| Randolph, Jamie Christine 9 Foxglove Ln Walnut Creek, CA 94597 | | 79340 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $291.90 | $291.90 | Customer No Liability Claims |
| Rangel, Jose Posy B Rangel 891 Hollyhock Dr San Leandro, CA 94578-3820 | | 88858 | PG&E Corporation | 12/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rangel, Jose 891 Hollyhock Drive San Leandro, CA 94578 | | 3795 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Michel, Leon H 5010 Murphy Dr San Pablo, CA 94806-1343 | | 4598 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rawlings, Virginia 7 Cantrill Dr Apt 104 Paris, CA 95618-7768 | | 4849 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| ...d, Victoria 904 Tuscany Ct Bakersfield, CA 93307-6624 | | 4038 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fuseau, Jarred ... N Helena St Ridgecrest, CA 93555-3556 | | 4893 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...yes, Isabel ...0 Heartwood Ave Vallejo, CA 94591 | | 3791 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $3,000.00 | $7,000.00 | $10,000.00 | Customer No Liability Claims |
| ...CHTER, MARK ...85 MORNINGSIDE DR. GRANITE BAY, CA 95746 | | 7376 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Claims |
| ROBERTS, LUPE ...3 SANTA FE ST BURBANK, CA 95367 | | 3948 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| RODRIGUEZ, JUDY A ...5 BELL AVENUE CORCORAN, CA 93212-1501 | | 3738 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Martha 480 Lynn Way Apt 9 Napa City, CA 95991-2935 | | 6883 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Melissa ...2 W Sierra Ave Apt 102 Fresno, CA 93704-1231 | | 4480 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $3,086.08 | $0.00 | $3,086.08 | Customer No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rojas, Teresa / ... E Alvin Ave / Santa Maria, CA 93454 | | 4167 | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $798.17 | $798.17 | Customer No Liability Claims |
| Ruiz, Adriana / 425 W Chestnut St Apt 40 / ...on, CA 95620-3840 | | 5706 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...zar, Kevin / 27...Redberg Ave Spc 8 / Quincy, CA 95971-9770 | | 4781 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...en, Jeanne / ...1 Wellington Park Dr / San Jose, CA 95136 | | 3737 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |
| ...nders, Mark / ... Sycamore Ave / Mill Valley, CA 94941-2808 | | 4553 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...acher, Bart / ... Cook Street / San Francisco, CA 94118 | | 3966 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| ...hi, Suman / 9...13 Cresson Court / Bakersfield, CA 93307 | | 7071 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $2,585.00 | $0.00 | $2,585.00 | Customer No Liability Claims |
| ...hackelford, Stefanie J / 2900 Sunset Way / Sonoma, CA 95476 | | 4434 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sharp Jr., Aron / PO Box 454 / ...ersfield, CA 93302-0454 | | 4042 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 | Customer No Liability Claims |
| ...uyers, Tony / ...00 Palmacia DR Apt C / BAKERSFIELD, CA 93307-4646 | | 4225 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Signature Homes Inc 4480 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9899 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Silva, Robert 1706 Birmingham Ct Merced, CA 95340-2376 | | 70233 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singh, Dharminder Prabjit Kaur 1426 Chaparral Way Livermore, CA 94551 | | 3936 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Singh, Harmanjeet 4899 Heritage Point Ct San Jose, CA 95148 | | 3975 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $639.00 | $639.00 | Customer No Liability Claims |
| Smith, Stephanie 3430 Arville St. #141 Las Vegas, NV 89103 | | 16807 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Timothy 418 W 21st St Merced, CA 95340-3604 | | 6804 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Soh, Sou 3721 P St Apt A Bakersfield, CA 93304-2279 | | 4215 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Solano, Maria D PO Box 1014 Dupont, CA 93241-4114 | | 3752 | PG&E Corporation | 7/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Solor, Robert 2140 Willow Ave Antioch, CA 94509-6800 | | 8030 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sujkar, Shailesh 6845 Terracina Ave Alta Loma, CA 91737 | | 4191 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Vong Dao & Feliza Delrio Vong Dao 2044 S King Rd San Jose, CA 95122-2513 | | 4641 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Touch, Vungdaly 159 Bixby Way Stockton, CA 95209 | | 3766 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Toh, John 3541 Truxel Rd Suite 2 Sacramento, CA 95834 | | 4737 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| Tolen, Ohanh Kim 60 Anderson Road Alameda, CA 94502 | | 3767 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Trant, Tanavra 1838 102nd Ave Oakland, CA 94603-3224 | | 4158 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| VALLEY PRIDE AG RIVER PARK PLACE EAST STE. 101 FRESNO, CA 93720 | | 4821 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vargas, Blanca 1566 W Mendocino Ave Stockton, CA 95204 | | 3818 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vasco 49 Lots LLC 4820 Willow Rd Ste 200 Pleasanton, CA 94588-8588 | | 9892 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Vivar, Casiano 703 Central Ave Apt B Santa Maria, CA 93454-5714 | | 4870 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Walker, Damon 2209 Lakeview Cir. Pittsburg, CA 94565 | | 3825 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |

Page 22

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Walters, Roseana 2 Ash St Apt 2 Roseville, CA 95678 | | 3829 | PG&E Corporation | 7/25/2019 | $10,000.00 | $0.00 | $0.00 | $20,000.00 | $30,000.00 | Customer No Liability Claims |
| Warren, Lavonda 1 Highland Ave Apt 4 Burlingame, CA 94010-4416 | | 4885 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Webster, Simone 33447 Lanyard Terr #111 Fremont, CA 94536 | | 6220 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $145.00 | $145.00 | Customer No Liability Claims |
| WEST ROSEVILLE DEVELOPMENT COMPANY INC 5000 WILLOW RD STE 200 5000 WILLOW RD STE 200 PLEASANTON, CA 94588 | | 9978 | Pacific Gas and Electric Company | 9/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wilson, Alissa 6313 Peggy Way Bakersfield, CA 93307 | | 3660 | Pacific Gas and Electric Company | 7/21/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| ...son, Jennifer & Leon Wilson 1212 Rosalia Dr Bakersfield, CA 93304-5748 | | 4932 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...ght, Michi Castro St Apt 207 San Leandro, CA 94577-5876 | | 6205 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ...nora, David 4800 N Laurelglenn Blvd Apt 408 Bakersfield, CA 93311 | | 3815 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Claims To Be Expunged Totals | | Count:222 | | | $16,194.00 | $0.00 | $286,921.19 | $1,185,682.89 | $1,488,798.08 | |

Case: 19-30088   Doc# 9871   Filed: 12/18/20   Entered: 12/18/20 12:25:48   Page 26 of 26