

Signed and Filed: December 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS)**<br><br>[Re: Dkt. No. 9462, 9801] |

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Forty-Third Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 9462] (the "**Forty-Third Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9648 | Darren Eastman | 64083 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9628; 9629 | Rhonda A. Weiss | 72 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time.  Docket No. 9754.  The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9644 | Dorcas Wheeler | 79932 80179 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time.  Docket No. 9754.  The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9641 | Steven J. McDonald | 80425 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time.  Docket No. 9754.  The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9658 | Kings Canyon Unified School District | 3866 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time.  Docket No. 9754.  The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Tandra DeBose | 7769 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time.  Docket No. 9754.  The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Linda Grady | 1193 80248 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time.  Docket No. 9754.  The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Willie and Ora Green | 80673 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time.  Docket No. 9754.  The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Roger Drummond | 1455 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time.  Docket No. 9754.  The Reorganized Debtors are attempting |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | to resolve this matter consensually in the meantime. |
| 9737 | Bruce and Kathleen Shaw | 1722 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime.[1] |

2. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] As the Reorganized Debtors reported in the Request, Claimant responded after the objection deadline had passed, such that the Claim was not included in the *ex parte* application that was granted by Docket No. 9754. As this Claimant is similarly situated to the Claims listed therein, the hearing on this Claim shall be continued to March 24, 2021 as well.

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aguilar, Carlos 264 Davis Ct. Placerville, CA 95667 | | 3291 | Pacific Gas and Electric Company | 6/12/2019 | $0.00 | $0.00 | $0.00 | $780.00 | $780.00 | Rule 2 Claims |
| AIG Property Casualty Company American International Group, Inc, c/o: Russell L. Lippman 80 Pine Street, 13th Floor New York, NY 10005 | | 79484 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $99,604.21 | $99,604.21 | Rule 2 Claims |
| Allstate Insurance (Medearis) Law Offices of Gregory Luchtt 330 N. Brand Blvd, Suite 900 Glendale, CA 91203 | | 7075 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $60,248.24 | $60,248.24 | Rule 16 Claims |
| Amaral, Scott Cheryl Amaral 972 Florence Rd Livermore, CA 94550-5541 | | 6907 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Statute of Limitations Passed |
| Amiot, Bonnie 100 Summit Road San Bruno, CA 94066 | | 4388 | PG&E Corporation and Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $13,558.23 | $13,558.23 | Rule 2 Claims |
| Amiot, Bonnie 100 Summit Road San Bruno, CA 94066 | | 2038 | Pacific Gas and Electric Company | 4/1/2019 | $0.00 | $0.00 | $0.00 | $15,135.10 | $15,135.10 | Rule 2 Claims |
| Azonza, Corazon 2200 S. King Rd. San Jose, CA 95122 | | 2614 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $1,327.88 | $1,327.88 | Rule 14 Claims |
| BALDWIN, CHAZ 1770 BUNNY LN ANDERSON, CA 96007 | | 3802 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $1,220.77 | $1,220.77 | Rule 14 Claims |
| Basmayor, Valentina PO Box 13025 Aiea, HI 96701 | | 7925 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $1,267.00 | $1,267.00 | Rule 2 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bernardo, Sharon 9 Candlewood Dr El Dorado Hills, CA 95762 | | 2735 | Pacific Gas and Electric Company | 4/23/2019 | $0.00 | $0.00 | $0.00 | $3,283.00 | $3,283.00 | Rule 16 Claims |
| Blue Polk, LLC 295 Chestnut St #2 San Francisco, CA 94123 | | 725 | Pacific Gas and Electric Company | 2/13/2019 | $0.00 | $0.00 | $0.00 | $10,977.64 | $10,977.64 | Rule 14 Claims |
| Book, David L. 2330 Fairfield Place Carmel, CA 93923-9467 | | 7013 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $288.68 | $288.68 | Rule 2 Claims |
| Borelli, John J. PO Box 22275 Carmel, CA 93922 | | 1935 | Pacific Gas and Electric Company | 3/29/2019 | $0.00 | $0.00 | $0.00 | $2,207.20 | $2,207.20 | Rule 2 Claims |
| Bowen, Winston 32240 Seadrift Ave. Caspar, CA 95420 | | 17100 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $303.40 | $303.40 | Rule 2 Claims |
| Briggs, Rob 1161 Fairlawn Ct Apt 3 Walnut Creek, CA 94595-2868 | | 6325 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Statute of Limitations Passed |
| Bunton, William 1101 Highway 12, #402 Sonoma, CA 95476 | | 64462 | PG&E Corporation | 10/19/2019 | $0.00 | $0.00 | $0.00 | $10,750.00 | $10,750.00 | Rule 16 Claims |
| Burgos, Efrain 371 Madera Way San Bruno, CA 94066 | | 517 | PG&E Corporation | 2/15/2019 | $0.00 | $0.00 | $0.00 | $5,480.21 | $5,480.21 | Rule 2 Claims |
| Carlomagno, Joe 149 Mc Clelland Drive Novato, CA 94945 | | 4519 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $831.89 | $831.89 | Rule 2 Claims |
| Chang, Paul 20100 Town Center Ln Unit 161 Cupertino, CA 95014-3216 | | 4867 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Statute of Limitations Passed |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CHIU, SHAUN<br>2309 Poppy Dr.<br>BURLINGAME, CA 94010 | | 2732 | Pacific Gas and Electric Company | 4/24/2019 | $0.00 | $0.00 | $0.00 | $2,225.00 | $2,225.00 | Rule 2 Claims |
| Cho, Cho M<br>698 Mission Street, Box #227<br>Daly City, CA 94014 | | 80592 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $515.20 | $515.20 | Rule 2 Claims |
| Coleman, Douglas<br>P. Box 5783<br>Santa Maria, CA 93456 | | 1174 | PG&E Corporation | 2/26/2019 | $0.00 | $0.00 | $0.00 | $352.59 | $352.59 | Rule 2 Claims |
| Concord Iron Works, Inc.<br>1550 Loveridge Rd., Box 15<br>Pittsburg, CA 94565 | | 990 | Pacific Gas and Electric Company | 2/20/2019 | $0.00 | $0.00 | $0.00 | $30,084.85 | $30,084.85 | Rule 2 Claims |
| Crane, Christopher<br>385 Mountcliff Ct.<br>San Jose, CA 95136 | | 10278 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $19,000.00 | $19,000.00 | Statute of Limitations Passed |
| CSAA Insurance Exchange as Subrogee of Florence Oliver<br>Timothy T. Tran, Esq. SB#<br>226617 Michael, Tran, Goldberg, et al. 3055 Oak Road, MS W270<br>(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<br>Walnut Creek, CA 94597 | | 3575 | PG&E Corporation | 7/11/2019 | $0.00 | $0.00 | $0.00 | $9,721.89 | $9,721.89 | Statute of Limitations Passed |
| Delphine, Richard<br>933 Cass St<br>Monterey, CA 93940-4548 | | 6053 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Rule 2 Claims |
| Del Toro, Manuel & Susana Del Toro & Darin & Lori Sundgren<br>PO Box 81564<br>Bakersfield, CA 93380 | | 17119 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $3,919.82 | $3,919.82 | Rule 2 Claims |
| Dickey, James<br>17 Littlefield Road<br>Monterey, CA 93940 | | 981 | PG&E Corporation | 2/25/2019 | $0.00 | $0.00 | $0.00 | $560.00 | $560.00 | Rule 2 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dremann, Craig Carlton PO Box 361 Redwood City, CA 94064 | | 67781 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | Statute of Limitations Passed |
| Engelman, Betina 1709 Valencia Avenue Stockton, CA 95209 | | 70319 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $2,212.00 | $0.00 | $2,212.00 | Rule 2 Claims |
| Farmers Insurance Exchange c/o Craig Simon Berger Kahn ALC 1 Park Plaza, Suite 340 Irvine, CA 92614 | | 79626 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $12,974.67 | $12,974.67 | Rule 16 Claims |
| Fonseca, Charlie Manor Rd Fairfax, CA 94930-1407 | | 7323 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Rule 16 Claims |
| Foxworthy, Sara 4184 Burnett Road Lincoln, CA 95648 | | 1148 | Pacific Gas and Electric Company | 2/25/2019 | $0.00 | $0.00 | $0.00 | $284.06 | $284.06 | Rule 2 Claims |
| Ganley, Marie Dana Ganley PO Box 16 Inverness, CA 95458 | | 30920 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $1,512.78 | $1,512.78 | Rule 14 Claims |
| Garrison, Gayle 2201 Monument Blvd. #75 Concord, CA 94520 | | 3775 | PG&E Corporation | 7/19/2019 | $0.00 | $0.00 | $700.00 | $0.00 | $700.00 | Rule 2 Claims |
| Giuseppe's Cucina Italiana 891 Price Street Pismo Beach, CA 93449 | | 1800 | Pacific Gas and Electric Company | 3/19/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Rule 14 Claims |
| Guld, Bryan Pleasant Lane San Rafael, CA 94801 | | 2047 | Pacific Gas and Electric Company | 4/2/2019 | $0.00 | $0.00 | $0.00 | $5,191.00 | $5,191.00 | Rule 2 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Guan, Yue Feng<br>408 California St<br>San Francisco, CA 94118 | | 937 | Pacific Gas and Electric Company | 2/22/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Rule 2 Claims |
| Guerrero, Desiree<br>108 W Cornell Ave Unit A<br>Fresno, CA 93705-3963 | | 7031 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Rule 14 Claims |
| Halliwell, Mikel S<br>733 Ormsby Dr<br>Sunnyvale, CA 94087-4246 | | 70278 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $4,041.06 | $4,041.06 | Rule 2 Claims |
| Halvorsen, Ross E<br>1115 Jackson st<br>Joyer, IN 47546-2011 | | 4838 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Statute of Limitations Passed |
| Hauck, Colleen<br>206 Pesante Road<br>Prunedale, CA 93907 | | 701 | PG&E Corporation | 2/13/2019 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 | Rule 2 Claims |
| Hejazi, Henry<br>165 Rowan Tree Ln<br>Hillsborough, CA 94101 | | 1207 | Pacific Gas and Electric Company | 2/28/2019 | $0.00 | $0.00 | $0.00 | $3,478.91 | $3,478.91 | Rule 2 Claims |
| Hejazi, Henry<br>165 Rowan Tree Ln<br>Hillsborough, CA 94101 | | 73 | Pacific Gas and Electric Company | 2/5/2019 | $0.00 | $0.00 | $0.00 | $3,927.54 | $3,927.54 | Rule 2 Claims |
| Hodges, Brittany<br>3255 Joanne Lane<br>Cottonwood, CA 96022 | | 689 | Pacific Gas and Electric Company | 2/20/2019 | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 | Rule 14 Claims |
| Hughes, David<br>24622 Cypress Dr<br>Willits, CA 95490-8555 | | 17427 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $428.00 | $428.00 | Rule 14 Claims |
| Hurtado, Raul<br>Lomitas Avenue<br>South San Francisco, CA 94080 | | 800 | Pacific Gas and Electric Company | 2/14/2019 | $0.00 | $0.00 | $0.00 | $2,800.00 | $2,800.00 | Rule 2 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Johns, Jessica 2399 Sweetland Rd North San Juan, CA 95960 | | 1143 | PG&E Corporation | 2/25/2019 | $0.00 | $0.00 | $0.00 | $3,789.82 | $3,789.82 | Rule 2 Claims |
| JBG,LLC C/E BALDANZI 1300 HOWARD STREET BURLINGAME, CA 94010 | | 1014 | Pacific Gas and Electric Company | 2/20/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Rule 14 Claims |
| Johnson, Ruth 772 W Birch Ave Clovis, CA 93611-6790 | | 8339 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $425.00 | $425.00 | Statute of Limitations Passed |
| Jueneman, Michael 3001 Evergreen Ave. Suite B West Sacramento, CA 95691 | | 3972 | Pacific Gas and Electric Company | 7/18/2019 | $0.00 | $0.00 | $2,850.00 | $7,507.60 | $10,357.60 | Rule 16 Claims |
| Kahlon, Kanwaljit 105 Mertola Drive El Dorado Hills, CA 95762 | | 1153 | Pacific Gas and Electric Company | 2/27/2019 | $0.00 | $0.00 | $0.00 | $8,953.20 | $8,953.20 | Rule 2 Claims |
| Kaur, Tajinder 6642 Kirk Glen Drive San Jose, CA 95133 | | 4301 | Pacific Gas and Electric Company | 8/2/2019 | $3,845.99 | $0.00 | $3,845.99 | $0.00 | $7,691.98 | Statute of Limitations Passed |
| Klutz, Paulo 228 Main Street Salinas, CA 93901 | | 8629 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $7,289.01 | $7,289.01 | Rule 14 Claims |
| Knight, Matthew W. 333 Shelter Creek Lane San Bruno, CA 94066 | | 186 | Pacific Gas and Electric Company | 2/12/2019 | $0.00 | $0.00 | $0.00 | $100.42 | $100.42 | Rule 14 Claims |
| Kleis, Jeffery 2 Hazelbranch Aliso Viejo, CA | | 79473 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $17,940.00 | $17,940.00 | Rule 14 Claims |
| Klinger, Barry 3105 Lone Tree Way Ste C Antioch, CA 94509-4974 | | 8342 | Pacific Gas and Electric Company | 9/4/2019 | $4,953.00 | $0.00 | $0.00 | $0.00 | $4,953.00 | Statute of Limitations Passed |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Klopf, Tracy L<br>PO Box 1088<br>Twain Harte, CA 95383-1088 | | 6191 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Statute of Limitations Passed |
| Larin, Amada M.<br>205 Rigel Avenue<br>Lompoc, CA 93436 | | 164 | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $0.00 | $475.00 | $475.00 | Rule 16 Claims |
| Larson, Loretta<br>P.O. Box 191<br>Riverbank, CA 95367 | | 1711 | Pacific Gas and Electric Company | 3/18/2019 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Rule 14 Claims |
| Laszelere, Jennifer<br>121 Bennett St.<br>Grass Valley, CA 95945 | | 6011 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $8,080.00 | $8,080.00 | Rule 2 Claims |
| Laurel Dental San Carlos-Wu, Jen<br>797 Laurel Street<br>San Carlos, CA 94070 | | 4358 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 2 Claims |
| Laurel Dental San Carlos-Wu, Jen<br>797 Laurel Street<br>San Carlos, CA 94070 | | 4399 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $1,112.66 | $1,112.66 | Rule 2 Claims |
| Ledgerwood, Susan<br>7355 Cohasset Rd<br>Chico, CA 95973-8838 | | 76463 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $15,412.00 | $15,412.00 | Rule 14 Claims |
| Leverone, Elece<br>27 Aguajito Road<br>Carmel, CA 93923 | | 931 | PG&E Corporation | 2/18/2019 | $0.00 | $0.00 | $0.00 | $8,857.23 | $8,857.23 | Rule 2 Claims |
| Levinger, Joy<br>86 Sunrise Mtn Rd<br>Cazadero, CA 95421 | | 117 | PG&E Corporation | 2/6/2019 | $0.00 | $0.00 | $0.00 | $766.13 | $766.13 | Rule 2 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ly, Ngan T. Motherhood Nails Salon 127 Keller Street Petaluma, CA 94952 | | 2232 | Pacific Gas and Electric Company | 4/10/2019 | $0.00 | $0.00 | $0.00 | $4,625.73 | $4,625.73 | Rule 2 Claims |
| Lu Nhan 630 Barber Lane Milpitas, CA 95035 | | 112 | PG&E Corporation | 2/7/2019 | $0.00 | $0.00 | $0.00 | $6,111.35 | $6,111.35 | Statute of Limitations Passed |
| Magnoli, Lynn 50 W. Main St. Los Gatos, CA 95030 | | 16766 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $1,338.70 | $1,338.70 | Rule 14 Claims |
| Magnoli, Lynn 50 W. Main St. Los Gatos, CA 95030 | | 16980 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $1,614.00 | $1,614.00 | Rule 14 Claims |
| Magnoli, Lynn 50 W. Main St. Los Gatos, CA 95030 | | 16924 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $1,750.00 | $1,750.00 | Rule 14 Claims |
| Magnoli, Lynn 50 W. Main St. Los Gatos, CA 95030 | | 16851 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $5,448.00 | $5,448.00 | Rule 14 Claims |
| Magnoli, Lynn 50 W. Main St. LOS GATOS, CA 95030 | | 16850 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $4,623.00 | $4,623.00 | Rule 14 Claims |
| Magnoli, Lynn 50 W. Main St. Los Gatos, CA 95030 | | 16848 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $1,825.00 | $1,825.00 | Rule 14 Claims |
| Martinez, Cassandra 731 Burbeck Ave Richmond , CA 94801-2420 | | 61217 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $3,500.00 | $3,500.00 | Rule 2 Claims |
| MATTHEWS, TIM 1440 CASTILLO AVE BURLINGAME, CA 94010 | | 2831 | Pacific Gas and Electric Company | 4/28/2019 | $0.00 | $0.00 | $0.00 | $15,629.50 | $15,629.50 | Rule 2 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Leese, Charlene 3431 Coachman Rd. Mariposa, CA 95338 | | 78945 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,275.77 | $1,275.77 | Rule 2 Claims |
| Mehrok, Gurmeet 1337 W Imola Ave Napa, CA 94559 | | 88448 | Pacific Gas and Electric Company | 12/10/2019 | $0.00 | $0.00 | $0.00 | $9,300.00 | $9,300.00 | Rule 2 Claims |
| Metzel, Rebecca 1741 Pinewood Dr. San Jose, CA 95129 | | 81059 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,965.85 | $3,965.85 | Rule 2 Claims |
| Modesto Irrigation District c/o Sean M. Neal Duncan, Weinberg, Genzer & Pembroke, P.C, 915 L Street, Suite 1410 Sacramento, CA 95814 | | 65833 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $3,000.76 | $3,000.76 | Statute of Limitations Passed |
| Morey, Suzanne 3600 High Meadow Dr Apt 29 Carmel, CA 93923-9406 | | 6216 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Statute of Limitations Passed |
| NEW DIM SUM KING INC 9 SKYLINE PLZ DALY CITY, CA 94015-3822 | | 4540 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Rule 2 Claims |
| Nextgen Property Ventures DBA Pizola Property Management 1220 Brommer St. Santa Cruz, CA 95062 | | 68 | PG&E Corporation | 2/5/2019 | $0.00 | $0.00 | $0.00 | $785.00 | $785.00 | Rule 2 Claims |
| Pascoe, Michael 450 N Whisman Rd Ste 100 Mountain View, CA 94043-5722 | | 6231 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $845.00 | $845.00 | Rule 14 Claims |
| Pria's (Kim Mikhail) 18 Main Street Salinas, CA 93901 | | 2692 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $17,441.01 | $17,441.01 | Rule 14 Claims |

Case: 19-30088    Doc# 9822    Filed: 12/18/20    Entered: 12/18/20 12:32:04    Page 13 of 17

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Payne, Renata<br>24 Encinada Dr<br>Salinas, CA 93901-2913 | | 86575 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $7,372.89 | $0.00 | $7,372.89 | Statute of Limitations Passed |
| Petty, Doris<br>1300 Q Street Apt 9<br>Bakersfield, CA 93301-1438 | | 4377 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Statute of Limitations Passed |
| Powell, Kristine<br>4944 Tony Ave<br>San Jose, CA 95124 | | 1418 | Pacific Gas and Electric Company | 3/10/2019 | $0.00 | $0.00 | $0.00 | $448.95 | $448.95 | Rule 2 Claims |
| Price, Marsha<br>1425 Vallejo St UPPR<br>San Francisco, CA 94133-3619 | | 55802 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Statute of Limitations Passed |
| Rainforest Cafe<br>Linda Marie Loxterman, Claims Representative 1510 West Loop South<br>Houston, CA 77027 | | 6249 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $17,600.00 | $17,600.00 | Statute of Limitations Passed |
| Randol, Blake M<br>8465 Bonanza Dr<br>Twain Harte, CA 95383 | | 16890 | PG&E Corporation | 10/8/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Rule 16 Claims |
| Rivers, Veta<br>1721 Carroll Ave Apt 337<br>San Francisco, CA 94124 | | 10108 | PG&E Corporation | 9/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Statute of Limitations Passed |
| Rojas, Roberto and Maria<br>828 San Lucas Avenue<br>Mountain View, CA 94043-1916 | | 80076 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Statute of Limitations Passed |
| Schuetz, Thomas<br>5165 Keren Marie Ave.<br>Las Vegas, CA 89110 | | 63358 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $2,269.00 | $2,269.00 | Rule 16 Claims |

Case: 19-30088    Doc# 9832    Filed: 12/18/20    Entered: 12/18/20 12:32:04    Page 14 of 17

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sapa, David 1365 Del Norte Dr Cottonwood, CA 96022 | | 6809 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | Rule 14 Claims |
| Shalileh, Shiryn 1238 San Pablo Ave Berkeley, CA 94702 | | 3449 | Pacific Gas and Electric Company | 6/24/2019 | $0.00 | $0.00 | $2,121.61 | $0.00 | $2,121.61 | Rule 14 Claims |
| Shen, Ye 77 Cityview Drive Daly City, CA 94014 | | 4545 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $79,794.00 | $79,794.00 | Rule 14 Claims |
| Shen, Fay 2 Jackson Dr Santa Rosa, CA 95409-4212 | | 19557 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $80,000.00 | $80,000.00 | Rule 16 Claims |
| Shiva, Kasey 24665 Cabrillo St Carmel, CA 93923 | | 795 | Pacific Gas and Electric Company | 2/14/2019 | $0.00 | $0.00 | $0.00 | $2,003.00 | $2,003.00 | Rule 14 Claims |
| Singh, Tajinder 120 Cadillac Ct Milpitas, CA 95035 | | 4235 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Rule 14 Claims |
| Siu, Humber - tenant or Len Ainsley (home owner) 28 Bedford Cove San Rafael, CA 94901 | | 181 | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $0.00 | $516.55 | $516.55 | Rule 2 Claims |
| Slattery, Jennifer 439 Vanderbilt Dr San Jose, CA 95130-2148 | | 6548 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $219.46 | $219.46 | Rule 2 Claims |
| Smith, Kamaya 2108 Spanos St Apt 3 Antioch, CA 94509-3125 | | 59782 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Statute of Limitations Passed |
| Stephens, Jennifer 2512 Hazelwood Way East Palo Alto, CA 94303 | | 4425 | PG&E Corporation | 7/21/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Rule 14 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Burke, Stephen<br>9301 West Butte Rd<br>Live Oak, CA 95953 | | 1254 | PG&E Corporation | 3/5/2019 | $0.00 | $0.00 | $0.00 | $10,259.60 | $10,259.60 | Rule 2 Claims |
| THAING, J.L<br>PO BOX 2097<br>Lodi, CA 95241 | | 30843 | Pacific Gas and Electric Company | 10/12/2019 | $0.00 | $0.00 | $0.00 | $1,760.00 | $1,760.00 | Rule 14 Claims |
| The Regents of the University of California<br>Sedgwick PO Box 14670<br>Lexington, KY 40512 | | 3165 | Pacific Gas and Electric Company | 5/28/2019 | $0.00 | $0.00 | $0.00 | $38,905.98 | $38,905.98 | Rule 2 Claims |
| Tulare County Stockyard L<br>9641 Avenue 384<br>Tipton, CA 93618-9544 | | 4663 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Rule 14 Claims |
| Valley Forge Insurance Company<br>c/o CNA Attn: John Werdell 801 Warrenville Rd. Ste 700<br>Lisle, IL 60532 | | 30959 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $15,400.73 | $15,400.73 | Rule 14 Claims |
| Valley Forge Insurance Company<br>c/o CNA Attn: John Werdell 801 Warrenville Rd. Ste 700<br>Lisle, IL 60532 | | 57518 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $32,374.84 | $32,374.84 | Rule 14 Claims |
| Vartin, Janet<br>128 No. 4th St.<br>San Jose, CA 95112 | | 452 | PG&E Corporation | 2/12/2019 | $0.00 | $0.00 | $0.00 | $170.00 | $170.00 | Rule 14 Claims |
| Wagerck, Paul W<br>1205 Webster St Apt 307<br>San Francisco, CA 94115-3265 | | 5086 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $980.00 | $980.00 | Rule 14 Claims |
| Watkinson, Lyla<br>173 Juanita Drive<br>Walnut Creek, CA 94595 | | 78415 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $1,380.99 | $1,380.99 | Statute of Limitations Passed |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Williams, Oreyonia 4430 GALBRATH DR APT 179 SACRAMENTO, CA 95842-4303 | | 8033 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $4,268.00 | $0.00 | $4,268.00 | Statute of Limitations Passed |
| Witt, Stephanie 457 E. Blithedale Ave Mill Valley, CA 94941 | | 3501 | Pacific Gas and Electric Company | 6/28/2019 | $6,925.47 | $0.00 | $0.00 | $0.00 | $6,925.47 | Rule 2 Claims |
| Wright, Daniel G and Verna 9778 Irish Creek Ln Redding, CA 96001-9747 | | 5036 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $1,300.00 | $1,300.00 | Rule 14 Claims |
| Claims To Be Expunged Totals | | Count:116 | | | $16,824.46 | $0.00 | $23,670.49 | $922,250.66 | $962,745.61 | |