

Signed and Filed: December 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7
8  *Attorneys for Debtors and Reorganized Debtors*

9            **UNITED STATES BANKRUPTCY COURT**
10           **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
11

12 | **In re:** | Bankruptcy Case No. 19-30088 (DM) |
13 | | Chapter 11 |
14 | **PG&E CORPORATION,** | (Lead Case) (Jointly Administered) |
15 | - and - | |
   | **PACIFIC GAS AND ELECTRIC** | **ORDER DISALLOWING AND EXPUNGING** |
16 | **COMPANY,** | **PROOFS OF CLAIM PURSUANT TO** |
   | | **REORGANIZED DEBTORS' FORTY-** |
17 | **Debtors.** | **FOURTH OMNIBUS OBJECTION TO** |
   | | **CLAIMS (NO LIABILITY / PASSTHROUGH** |
18 | ☐ Affects PG&E Corporation | **CLAIMS)** |
19 | ☐ Affects Pacific Gas and Electric Company | **[Re: Dkt. No. 9464, 9801]** |
   | ☒ Affects both Debtors | |
20 | *All papers shall be filed in the Lead Case,* | |
   | *No. 19-30088 (DM).* | |
21

22
23
24
25
26
27
28

Upon the *Reorganized Debtors' Report on Responses to Twenty-Fifth Through Forty-Fifth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9801] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Forty-Fourth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 9464] (the "**Forty-Fourth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9649 | Dean Wills | 75943 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9614 | Etta Bacharach Testamentary A & B Trusts | 56201 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9661 | Ken Bray | 70722 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9637 | Richard S. Tanner | 30916 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9638 | Stanislaus County Public Works | 56952 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9642; 9654 | John A. Vos | 62490 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9663 | Gordon Moore | 80903 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9657 | Glenn Gary Baker | 69361 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9672 | Robert B. Wister | 8671 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
|  |  |  | to resolve this matter consensually in the meantime. |
| Informal | Tracy Nick and Haisam Nijem | 1934 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | Todd Field | 2206 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | State Farm a/s/o Ava Arroya (T. Henry) | 3404 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| Informal | University of California | 61276 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. Docket No. 9754. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime. |
| 9766 | Linton McNeal | 57298 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime.[1] |

2. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] As the Reorganized Debtors reported in the Request, Claimant responded after the objection deadline had passed, such that the Claim was not included in the *ex parte* application that was granted by Docket No. 9754. As this Claimant is similarly situated to the Claims listed therein, the hearing on this Claim shall be continued to March 24, 2021 as well.

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Awadzadeh, Abdul Hamid 209 Rapallo Way Bay Point, CA 94565 | | 3753 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | No Liability Claims |
| Ataci, Abbas 374 Lunar Ln Apt 4 Sacramento, CA 95864-7756 | | 6138 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $650.00 | $650.00 | No Liability Claims |
| Ahn, Alexander 1595 Old Winery Rd Sonoma, CA 95476-4857 | | 8360 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | No Liability Claims |
| Allstate Insurance PO BOX 21169 Roanoke, VA 24018 | | 1374 | Pacific Gas and Electric Company | 3/6/2019 | $0.00 | $0.00 | $0.00 | $28,954.55 | $28,954.55 | No Liability Claims |
| Allstate Insurance c/o Christopher Lowman PO Box 660636 Dallas, TX 75266 | | 578 | Pacific Gas and Electric Company | 2/19/2019 | $0.00 | $0.00 | $0.00 | $9,316.00 | $9,316.00 | No Liability Claims |
| Allstate Insurance Company PO Box 21169 Roanoke, VA 24019 | | 1591 | Pacific Gas and Electric Company | 3/12/2019 | $0.00 | $0.00 | $0.00 | $39,144.05 | $39,144.05 | No Liability Claims |
| American Financial 88 Amick ROSEVILLE, CA 95678-0790 | | 5165 | PG&E Corporation | 8/6/2019 | $5,600.00 | $0.00 | $29,400.00 | $0.00 | $35,000.00 | No Liability Claims |
| Amico, Silvia 145 Vintage Dr Vista, CA 94571-9775 | | 7966 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | No Liability Claims |
| Ashishkumar Patel, Anastasia Patel Ashishkumar D. Patel and Anastasia E. Patel Revocable Trust of September 4, 2013 Sikkos, Crawford, Sikkos & Joseph One Sansome Street Suite 2830 San Francisco, CA 984104 | | 66036 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $9,746.61 | $9,746.61 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Avila, Sabrina 990 Walnut Ave Clearlake, CA 95422 | | 65709 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | No Liability Claims |
| Baatin, Adeelah 50 Prince Street Berkeley, CA 94705 | | 7339 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | No Liability Claims |
| Bajani, Jai 3738 Monroe St Santa Clara, CA 95050 | | 80287 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $973.00 | $973.00 | No Liability Claims |
| Bardin, Jason 552 Race St Apt 410 San Jose, CA 95126-3479 | | 4933 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | No Liability Claims |
| Batiste, Kenneth 1529 Sunset Ave Oakland, CA 94601 | | 6027 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | No Liability Claims |
| Bivens, Rodger 141 Winterhaven Way Arroyo Grande, CA 93420 | | 70441 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,849.18 | $3,849.18 | No Liability Claims |
| Blank, Curt A 4455 E Floradora Ave Fresno, CA 93727-1721 | | 6715 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $960.00 | $960.00 | No Liability Claims |
| Bojanos, Aldon 2122 G St Sacramento, CA 95814-1801 | | 5185 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $2,089.69 | $2,089.69 | No Liability Claims |
| Botts Orchard Steven and Judy Botts 24700 Clam Ave Corning, CA 96021 | | 16727 | PG&E Corporation | 9/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Boyd, Katina Isco Box 3034 Vallejo, CA 94590 | | 9914 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $40,000.00 | $40,000.00 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brambila, Cristina, 369 Springdale Dr, Woodland, CA 95776 | | 3957 | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $11,185.90 | $11,185.90 | No Liability Claims |
| Braveman, Michaela, 13 Walcott Way, Pacific Grove, CA 93950 | | 56 | Pacific Gas and Electric Company | 2/4/2019 | $0.00 | $0.00 | $0.00 | $1,989.19 | $1,989.19 | No Liability Claims |
| Brazzer, Dennis, 730 Silverado Dr, Fairfield, CA 94534-6820 | | 79414 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $35,000.00 | $35,000.00 | No Liability Claims |
| BROWN, DAVID, C/O SILVER OAK WAY, SACRAMENTO, CA 95831-4080 | | 6071 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $2,200.00 | $2,200.00 | $4,400.00 | No Liability Claims |
| Brown, Rod, PO Box 506, Camino, CA 95709-0506 | | 6296 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $675.00 | $0.00 | $675.00 | No Liability Claims |
| Buckman, Kirk, 2470 San Miguel Ave, Santa Rosa, CA 95403 | | 79005 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 | No Liability Claims |
| Burks, Mary, 722 Cabalan Ave, San Jose, CA 95123-4504 | | 9303 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | No Liability Claims |
| Carbargo, Ronaldo C., 2300 Crystal Springs Rd Apt 351, San Bruno, CA 94066 | | 619 | Pacific Gas and Electric Company | 2/20/2019 | $0.00 | $0.00 | $0.00 | $1,049.00 | $1,049.00 | No Liability Claims |
| Castaneda, Jose B, 275 El Camino Parraiso, Hollister, CA 95023-4213 | | 8194 | Pacific Gas and Electric Company | 8/30/2019 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | No Liability Claims |
| ...a, Steven, 10256 E. Eight Mile Road, Stockton, CA 95212 | | 3962 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $2,070.00 | $2,070.00 | No Liability Claims |

Case 19-30088   Doc# 9873   Filed 12/18/20   Entered 12/18/20 22:35:12   Page 7 of 25

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chan, Michael<br>3311 28th Ave<br>San Francisco, CA 94122 | | 67821 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | No Liability Claims |
| Chase, Melissa<br>250 Walnut Avenue<br>Santa Rosa, CA 95991 | | 80443 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 | No Liability Claims |
| Chu, Carey<br>Park Plaza Dr<br>Daly City, CA 94015-1301 | | 60000 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | No Liability Claims |
| Chow, Andy<br>999 Skyline plaza<br>Daly City, CA 94015 | | 4638 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Chow, Andy<br>999 Skyline plaza<br>Daly City, CA 94015 | | 4479 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Chow, Michael<br>425 La Jolla Ave<br>San Mateo, CA 94403 | | 76916 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | No Liability Claims |
| Chok, Kenneth<br>2110 Saint Francis Road<br>Santa Rosa, CA 95409 | | 81247 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | No Liability Claims |
| Cleveland, Elizabeth<br>3751 Enterprise Dr. #25<br>Rohnert Park, CA 94928 | | 59607 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Liability Claims |
| Continental Casualty Company<br>CNA Attn: John Werdell 801<br>Greenville Rd. Ste 700<br>Dixie, IL 60532 | | 57481 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $7,302.35 | $7,302.35 | No Liability Claims |
| Cove, Marc<br>154 Oso Viejo<br>Boulder Creek, CA 95006 | | 65601 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $2,441.07 | $2,441.07 | No Liability Claims |

Case 19-30088 Doc# 9673 Filed: 12/18/20 Entered: 12/18/20 22:35:42 Page 8 of 25

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cetin, Melody 1268 La Reina St Tracie, CA 94564-1534 | | 5321 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | No Liability Claims |
| Cross, Becky 42 Rockerfeller Rd Berry Creek, CA 95916-9725 | | 6646 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $720.00 | $0.00 | $720.00 | No Liability Claims |
| Crowley, Kristi M 250 Crowley 3240 Professional Dr Auburn, CA 95602-2409 | | 6541 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $4,250.00 | $4,250.00 | No Liability Claims |
| CSAA Insurance Exchange as subrogee of Monica Alexander Stanley J. Michael, SB# 145596 Michael, Tran, Goldberg, et al. 185 Oak Road, Mailstop W270 Walnut Creek, CA 94597 | | 3562 | PG&E Corporation | 7/10/2019 | $0.00 | $0.00 | $0.00 | $1,086.87 | $1,086.87 | No Liability Claims |
| CUESTA LA HONDA GUILD BOX 518 LA HONDA, CA 94020-0518 | | 2412 | PG&E Corporation | 4/15/2019 | $0.00 | $0.00 | $0.00 | $10,419.38 | $10,419.38 | No Liability Claims |
| D/W Towers 1121 Wood DR Cambria, CA 93428-4323 | | 7298 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $800.00 | $0.00 | $800.00 | No Liability Claims |
| D. Wood Construction, Inc. a California corporation 59 Shepard Ct Oakdale, CA 95361 | | 8640 | Pacific Gas and Electric Company | 9/10/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| Dalhania, Hasumati 1001 S Main St Apt M201 Milpitas, CA 95035-8502 | | 5235 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $290.00 | $290.00 | No Liability Claims |
| DHANIA, JAYSHRI 228 GERALD CIR MILPITAS, CA 95035-8916 | | 5253 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $375.00 | $375.00 | No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ERYL PAO LINDO INSURANCE 400 DEL PASO RD STE 146 SACRAMENTO, CA 95834-7709 | | 5458 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $2,780.00 | $0.00 | $2,780.00 | No Liability Claims |
| Lumen, Jennifer 5677 S M St Tacoma, WA 98408 | | 8768 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $80.00 | $80.00 | No Liability Claims |
| Baker, Raymond G 2477 Bennett Ridge Rd Santa Rosa, CA 95404 | | 10513 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $1,380.00 | $1,380.00 | No Liability Claims |
| Allan, Sandra C. 16115 E 14th Street, SPC 12 San Leandro, CA 94578-3032 | | 81072 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $1,145.57 | $0.00 | $1,145.57 | No Liability Claims |
| Scimetta, Joseph 450 N Amphlett Blvd San Mateo, CA 94401 | | 3851 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $11,000.00 | $11,000.00 | No Liability Claims |
| Scimetta, Joseph 450 N Amphlett Blvd San Mateo, CA 94401 | | 3878 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | No Liability Claims |
| Karabudaos, Christopher PO Box 14621 Santa Rosa, CA 95402 | | 66665 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Liability Claims |
| Jackson, Kyle 1334 Pistache Avenue Solvang, CA 93463 | | 60951 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $15,000.00 | $0.00 | $15,000.00 | No Liability Claims |
| Erris Pipelines 7 Lexington Way Burlingame, CA 94010 | | 1431 | Pacific Gas and Electric Company | 3/12/2019 | $0.00 | $0.00 | $0.00 | $15,418.59 | $15,418.59 | No Liability Claims |
| Espanola, Ernita 15415 Marty Drive Glen Ellen, CA 95442 | | 166 | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $160.00 | $0.00 | $160.00 | No Liability Claims |

Case: 19-30088    Doc# 9873    Filed: 12/18/20    Entered: 12/18/20 13:35:42    Page 10 of 25

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ESTATE OF HOMER KNAPP-CHRISTOPHER J. LEANDERS, TRUSTEE OF THE HOMER L. KNAPP & ARBUTUS J. KNAPP 1989 TRUST 30 Indian Pipe Tobaco Canyon, CA 92679-4206 | | 68293 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Fua, Gina 219 Forrest Ave Fairfax, CA 94930 | | 7586 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $2,850.00 | $2,850.00 | No Liability Claims |
| Eschker, Stefan 160 University St. Healdsburg, CA 95448 | | 66250 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $8,800.00 | $0.00 | $8,800.00 | No Liability Claims |
| Ferencz, Karl E 720 Beverly Dr Herbert Park, CA 94928-4008 | | 61215 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $14,684.00 | $14,684.00 | No Liability Claims |
| Fisher, Kristen 11001 Fern Way Cazerville, CA 95446 | | 3831 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $5,426.58 | $5,426.58 | No Liability Claims |
| Forsyth, Dillon 1490 Bollinger Lane Sebastopol, CA 95472 | | 167 | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $0.00 | $1,400.00 | $1,400.00 | No Liability Claims |
| From The Ground Up, INC 3114 Industrial Drive Santa Rosa, CA 95403 | | 71577 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $51,000.00 | $51,000.00 | No Liability Claims |
| GADDINI, DAWN 92 LIVORNA RD ALAMO, CA 94507 | | 6018 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $1,087.13 | $1,087.13 | No Liability Claims |
| Garcia CH, Ricardo Ernesto 3607 42nd St Apt 1 Sacramento, CA 95824-1314 | | 7745 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garcia, Gloria 5th St Woodland, CA 95695-3329 | | 8690 | Pacific Gas and Electric Company | 9/10/2019 | $3,450.00 | $0.00 | $0.00 | $0.00 | $3,450.00 | No Liability Claims |
| Garcia, Nina 1517 Olympic Dr Apt 411 Bldg Clearlake, CA 95422-8003 | | 6154 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $8,260.00 | $0.00 | $8,260.00 | No Liability Claims |
| Bill R onald D Gill 11650 Lucy Ln Redding, CA 96003-1647 | | 8311 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | No Liability Claims |
| ange Insurance Association 200 Cedar St ttle, WA 98121 | | 79152 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $23,795.55 | $23,795.55 | No Liability Claims |
| pes 20 East Main Street Ventura, CA 93001 | | 77003 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $45,000.00 | $45,000.00 | No Liability Claims |
| en, Holden Box HG Gatos, CA 95031-0810 | | 4972 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| feder, Stephanie 3 Rio Lindo Ave co, CA 95926 | | 6941 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| ffin, Denise Box 690172 Stockton, CA 95269-0172 | | 6122 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $5,950.00 | $5,950.00 | No Liability Claims |
| Gutierrez, Alex 6 Hwy, 140 ippines, CA 95345-9701 | | 61285 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $2,850.00 | $150.00 | $3,000.00 | No Liability Claims |
| ye, Arabella 3005 Holiday Ln Modesto, CA 95350-0208 | | 8329 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aoki, Sabrina 154 Kirkwood Ave., Apt. B San Francisco, CA 94124 | | 2994 | Pacific Gas and Electric Company | 5/14/2019 | $0.00 | $0.00 | $0.00 | $5,143.00 | $5,143.00 | No Liability Claims |
| Hardgrave, John P PO Box 422 West Knolls, CA 94933-0422 | | 5074 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $2,908.00 | $2,908.00 | No Liability Claims |
| Sorentsian, Antranick 8945 Dorian Way Fair Oaks, CA 95628-5014 | | 6009 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 | No Liability Claims |
| Harrison, Ronette 310 Cabrillo Ct Hanford, CA 93230-1382 | | 3691 | Pacific Gas and Electric Company | 7/17/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | No Liability Claims |
| Jackson, Jackson C 75 Pinebrook Dr # 15 Lyle Park, NY 12538-1853 | | 8493 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $8,350.00 | $8,350.00 | No Liability Claims |
| Efftheron, Chun Cha 234 Fullerton Lane Fullerton, CA 92833 | | 3850 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | No Liability Claims |
| Kaufmann, Cara 62 Camino Del Diablo Orinda, CA 94563 | | 70701 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $908.00 | $908.00 | No Liability Claims |
| James, Brenda 2240 Sycamore Dr. Apt#-1-146 Antioch, CA 94509 | | 81181 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Liability Claims |
| Jiang, Jieyi 1255 Detroit Ave Apt 15 Concord, CA 94520-3681 | | 6185 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $575.00 | $575.00 | No Liability Claims |
| Hadley, Greg 306 Sand Pt Rd PO Box 1325 Discovery Bay, CA 94505-7325 | | 10793 | Pacific Gas and Electric Company | 10/3/2019 | $0.00 | $0.00 | $0.00 | $2,850.00 | $2,850.00 | No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fahnagel, Craig A. 2996 Shannon Way Nevada City, CA 95959 | | 81170 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $28,813.00 | $28,813.00 | No Liability Claims |
| Hunte-Durham, Madison 770 S Land Park Dr #172 Sacramento, CA 95022 | | 79080 | PG&E Corporation | 10/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Huynh, Thanh 684 W Lisbon Ln Clovis, CA 93619 | | 30942 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | No Liability Claims |
| JIMENEZ, VICTOR & SARAH 654 SANTA HELENA AVE UPPER SAN BRUNO, CA 94066 | | 4150 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | $1,000,000.00 | No Liability Claims |
| Johns, Pamela 7715 Yellow Hammer Lakeport, CA 95453 | | 3662 | PG&E Corporation | 7/21/2019 | $0.00 | $0.00 | $825.00 | $0.00 | $825.00 | No Liability Claims |
| Johnson, Terrie 4533 Fulton Ave Apt 8 Sacramento, CA 95821-5726 | | 7245 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,285.00 | $1,285.00 | No Liability Claims |
| Johnson, Tracy 4152 Fremont Blvd Apt 109 Fremont, CA 94538-4881 | | 19548 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | No Liability Claims |
| Jones, Jane 32078 Soquel St Union City, CA 94587-5558 | | 17444 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Kannam, Hala Cliff Carter, Carter Wolden Curtis, LLP 1111 Exposition Blvd. Suite 602 Sacramento , CA 95815 | | 3086 | PG&E Corporation | 5/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Shafii, Hosey / Mojaddidi & Associates 3330 Coyton Rd #C / Concord, CA 94519 | | 9633 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | No Liability Claims |
| SMITH, FREDERICK / 2511 CARMEL AVE / STOCKTON, CA 95204-5220 | | 6504 | PG&E Corporation | 8/12/2019 | $750.00 | $0.00 | $1,500.00 | $750.00 | $3,000.00 | No Liability Claims |
| Sadal, Michelle M / 349 Koso St / Davis, CA 95618-6042 | | 96344 | PG&E Corporation | 1/3/2020 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | No Liability Claims |
| Legg, Suzanne / 22 Terra Vista Ave Apt A6 / San Francisco, CA 94115-3892 | | 4756 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 | No Liability Claims |
| Turner, John Carl / Box 5 / Big Bend, CA 96011 | | 61586 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Liability Claims |
| Tinsley, Dennis K / 843 Myrtle St / Hayward, CA 94541-6325 | | 7515 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $29,360.00 | $29,360.00 | No Liability Claims |
| Heinrich, Richard / 180 Walnut Drive / Oroville, CA 94562 | | 81126 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | No Liability Claims |
| Lin, Bill / 1233 N Bengston Ave Apt C / Fresno, CA 93705-1926 | | 5091 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | No Liability Claims |
| Lee, Adam S / 762 Los Palmos DR / San Francisco, CA 94127-2312 | | 4330 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | No Liability Claims |
| Li, Christopher / 814 St Elizabeth Dr Apt 354 / San Jose, CA 95127 | | 4177 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| León de Garcia, Josefina, PO Box 401, Los Ht Spgs, CA 95416 | | 3559 | PG&E Corporation | 7/9/2019 | $0.00 | $0.00 | $7,359.05 | $0.00 | $7,359.05 | No Liability Claims |
| Li, Yinan, 25 Howes Ct., Los Gatos, CA 95032 | | 8817 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $675.00 | $675.00 | No Liability Claims |
| Li, Chao Ming, 672 Randolph Ave., South San Francisco, CA | | 87971 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,500.00 | $5,500.00 | No Liability Claims |
| LOPEZ, ESPERANZA, 1014 GARTH STREET, NAPA, CA 94558 | | 30999 | Pacific Gas and Electric Company | 10/14/2019 | $700.00 | $0.00 | $700.00 | $0.00 | $1,400.00 | No Liability Claims |
| LUCIA MAR UNIFIED SCHOOL DISTRICT, 602 Stanley Ave., ARROYO GRANDE, CA 93420 | | 4410 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $2,034.04 | $2,034.04 | No Liability Claims |
| Lumsden, Thomas, Thomas Lumsden, Trustee for Lumsden-Assadi 2017 Revocable Trust 11 Hawkins Way, Larkspur, CA 94939-1518 | | 70313 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $19,320.00 | $19,320.00 | No Liability Claims |
| Lyman, Nicole, 2612 16th Street, Eureka, CA 95501 | | 3964 | Pacific Gas and Electric Company | 7/28/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| Madrigal, Jose, Randolph St, Napa, CA 94559-3912 | | 7259 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| MANISAP, MICHELLE B. DBA TAMPA GLOBAL TRADING, 4123 CONVOY CT., SAN DIEGO, CA 92111 | | 4795 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Maureen M. Bryan Ferguson, for Brigitte Haggs, 16 Lennon Lane, Walnut Creek, CA 94598 | | 78504 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $45,000.00 | $45,000.00 | No Liability Claims |
| MAYERS, STEVE, 1004 IMPERIAL WAY APT 109, DALY CITY, CA 94015-2555 | | 4530 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| McCann, Joe, 304 Chris St, Windsor, CA 95492 | | 78132 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $38,000.00 | $38,000.00 | No Liability Claims |
| McCombe, Lori, 361 McCall Dr, Benicia, CA 94510-3969 | | 9054 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $1,859.69 | $1,859.69 | No Liability Claims |
| McGlothern, James, 1420 Foster Rd, Napa, CA 94558-6530 | | 17485 | PG&E Corporation | 10/1/2019 | $0.00 | $0.00 | $0.00 | $27,000.00 | $27,000.00 | No Liability Claims |
| Meadows, Shewana, 3 Scoles Ct, Sacramento, CA 95838-4743 | | 6779 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $7,667.71 | $7,667.71 | No Liability Claims |
| Mercado, Antonio Ramos, Mojadidi & Associates Attn: Haroq Mojadidi 3330 Clayton Rd, Concord, CA 94519 | | 321 | PG&E Corporation | 2/12/2019 | $14,000.00 | $0.00 | $1,000.00 | $0.00 | $15,000.00 | No Liability Claims |
| Mergo, Zhoahui, 14341 Saratoga Vista Ave, Saratoga, CA 95070 | | 113 | Pacific Gas and Electric Company | 2/8/2019 | $0.00 | $0.00 | $0.00 | $1,100.00 | $1,100.00 | No Liability Claims |
| Michael Smith & Covina Globekom, 492 Beacon Way, Ukiah, CA 95482-6508 | | 8643 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $770.00 | $1,030.00 | $1,800.00 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dinkes, Laurence 2 Coleman Dr San Rafael, CA 94901-1209 | | 81221 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| MI-WUK Heights Mutual Water Company PO Box 384 Mi-Wuk Village, CA 95346 | | 3867 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $33,664.21 | $33,664.21 | No Liability Claims |
| Borunn, Melanie 43 Molino Ave Mill Valley, CA 94941 | | 7661 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $840.00 | $840.00 | No Liability Claims |
| Mueller, Bertha 16401 San Pablo Ave SPC 106 San Pablo, CA 94806-1314 | | 7412 | PG&E Corporation | 8/19/2019 | $1,200.00 | $0.00 | $0.00 | $0.00 | $1,200.00 | No Liability Claims |
| Monterey County Regional Fire District 19900 Portola Drive Salinas, CA 93908 | | 1632 | Pacific Gas and Electric Company | 3/11/2019 | $0.00 | $0.00 | $0.00 | $2,305.93 | $2,305.93 | No Liability Claims |
| Moore, B Frank 4414 Nimshew Rd Magalia, CA 95954-9690 | | 5517 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Barnes, Ron PO Box 351 Point Reyes Station, CA 94956-0351 | | 4695 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $650.00 | $650.00 | No Liability Claims |
| Mintze, John 1 la Nantze PO Box 734 Newcastle, CA 95658-0734 | | 8897 | PG&E Corporation | 9/13/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | No Liability Claims |
| Basir, Javid 400 Germano Way Pleasanton, CA 94566 | | 3641 | Pacific Gas and Electric Company | 7/18/2019 | $0.00 | $0.00 | $0.00 | $5,995.58 | $5,995.58 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| G & Tony<br>PGA Lulu Construction 2054<br>Gough Blvd<br>San Francisco, CA 94116-2824 | | 5481 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | No Liability Claims |
| Chen, Richard<br>600 Rose St<br>San Francisco, CA 94102 | | 3048 | Pacific Gas and Electric Company | 5/20/2019 | $0.00 | $0.00 | $0.00 | $94,000.00 | $94,000.00 | No Liability Claims |
| Chen, Daryl<br>2422 Trap Rock Way<br>Sacramento, CA 95835-1858 | | 6532 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,795.00 | $0.00 | $2,795.00 | No Liability Claims |
| Clerando, John<br>168 Meernau Avenue<br>Fairfax, CA 94930 | | 80838 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $27,226.41 | $27,226.41 | No Liability Claims |
| Curtis, David<br>2240 Auburn Road<br>Grass Valley, CA 95949 | | 80830 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Liability Claims |
| Freeman, Adell<br>2622 The Masters Dr<br>Fairfield, CA 94533-9509 | | 5106 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | No Liability Claims |
| Lowers & Lobl Construction, Inc.<br>Lowenstein Law Group, P.C. Josh<br>Lowenstein 7250 Redwood<br>Boulevard, Suite 300<br>Novato, CA 94945 | | 79828 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $14,338.00 | $14,338.00 | No Liability Claims |
| Ramirez, Gloria<br>24 Misty Glade Ln Apt F<br>Watsonville, CA 95076-4131 | | 6731 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $80.00 | $80.00 | No Liability Claims |
| Ramos, Maria C<br>PO BOX 1094<br>CALIPATRIA, CA 92233-1094 | | 5389 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| RANGEL, RAMON, 9510 RAMONA RANGEL 9510 GOLDEN STATE BLVD MADERA, CA 93637-9155 | | 5026 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $4,489.03 | $4,489.03 | No Liability Claims |
| RASMUSSEN, GERALD 12019 SUNSET PL GRASS VALLEY, CA 95949 | | 73316 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | No Liability Claims |
| REAL EQUITY INVESTMENT GROUP I, LLC 1155-C ARNOLD DR #246 MARTINEZ, CA 94553 | | 3665 | Pacific Gas and Electric Company | 7/21/2019 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | No Liability Claims |
| Roche Molecular Systems c/o: Ted Schnipper 4300 Hacienda Dr Pleasanton, CA 94588 | | 3371 | Pacific Gas and Electric Company | 6/14/2019 | $0.00 | $0.00 | $0.00 | $23,834.29 | $23,834.29 | No Liability Claims |
| Rogers, Ian 1220 West View Drive Berkeley, CA 94705 | | 79907 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $4,200.00 | $4,200.00 | No Liability Claims |
| Ross, Selena 13461 Cessna Ave Haynes Creek, CA 96075-9726 | | 5968 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $200.00 | $0.00 | $200.00 | No Liability Claims |
| Rungoo, Rashmi Ranjan 33 Vasona St Milpitas, CA 95035 | | 71713 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | No Liability Claims |
| Salles, Beatrice 749 TRUDI WAY MODESTO, CA 95354 | | 4218 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $4,267.00 | $4,267.00 | No Liability Claims |
| Saerer, John and Julia 1478 35th Ave San Francisco, CA 94122 | | 76798 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Schuetter Family Trust 2922 Pintail Dr Suisun City, CA 94585 | | 70535 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,800.00 | $4,800.00 | No Liability Claims |
| Seddon, Janet 4750 Hidden Springs Rd Santa Rosa, CA 95404-9744 | | 7405 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | No Liability Claims |
| Sew, Bill 11380 Vintage Drive Grass Valley, CA 95949 | | 3845 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | No Liability Claims |
| SF Deductible Fund c/o Woodruff Sawyer & Company Angelo, Kilday & Kilduff, LLP 601 University Avenue, Suite 150 Sacramento, CA 95825 | | 2797 | Pacific Gas and Electric Company | 4/26/2019 | $0.00 | $0.00 | $0.00 | $13,292.54 | $13,292.54 | No Liability Claims |
| Shan, Charles 7672 S Cornelia Ave Fresno, CA 93706-9424 | | 6236 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $462.00 | $462.00 | No Liability Claims |
| Shelters Outreach Care Fac 10777 90th Ave Oakland, CA 94603-1309 | | 6265 | PG&E Corporation | 8/9/2019 | $7,443.32 | $0.00 | $2,850.00 | $0.00 | $10,293.32 | No Liability Claims |
| Smith, William 12901 State Highway 160 Spc 23 Isleton, CA 95641-9783 | | 6720 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $500.00 | $500.00 | $1,000.00 | No Liability Claims |
| Sudski, Laurence PO Box 672 Pleasant Grove, CA 95668 | | 80617 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $23,250.00 | $23,250.00 | No Liability Claims |
| Snyder, Carrie 435 Mills Ct Menlo Park, CA 94025-3131 | | 17432 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 | No Liability Claims |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Spears, Blaine 4828 Glenbrook Estates Ct. Moss Valley, CA 95945 | | 4383 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | No Liability Claims |
| Starkey, Jennifer G. 4751 E. Dakota Ave. Fresno, CA 93726 | | 4668 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $7,070.00 | $0.00 | $7,070.00 | No Liability Claims |
| Style, Sean 321 Sandelin Ave San Leandro, CA 94577-3956 | | 9042 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Summs, Martin 1 West Second Street Bobby Thompson, Esq. 700 Airport Boulevard, Suite 160 Yorba Linda, CA 95673 | | 72305 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Sun, Ping 17645 River Run Rd. Salinas, CA 93908 | | 1072 | Pacific Gas and Electric Company | 2/24/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | No Liability Claims |
| Sunrise 438 Piedmont Ave Oakland, CA 94611-5209 | | 6496 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $950.00 | $950.00 | No Liability Claims |
| Talley, Elaine 1031 Blossomwood Ave Sebastopol, CA 95472-4346 | | 7382 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | No Liability Claims |
| Thibodeaux, Christy 40 Harding Ave Apt D Sacramento, CA 95833-2565 | | 10261 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | No Liability Claims |
| Ton, Thanh C 280 Alvin Ave Apt 210 San Jose, CA 95121-1612 | | 6852 | PG&E Corporation | 8/13/2019 | $2,901.00 | $0.00 | $54,755.84 | $17,409.00 | $75,065.84 | No Liability Claims |

Case: 19-30088    Doc# 9873    Filed: 12/18/20    Entered: 12/18/20 12:30:42    Page 22 of 25

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ambush, Bonnie 3 Banyan Circle Walnut Creek, CA 94598 | | 80471 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Tres Lago Home Owners Assoc. Collins Management Company c/o Rhi Harris 500 Alfred Nobel Dive, Suite 250 Hercules, CA 94547 | | 66812 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $27,000.00 | $27,000.00 | No Liability Claims |
| Trinity Church Youth Center, Richard Myers 1338 Escalon Avenue Clovis, CA 95320 | | 6023 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | No Liability Claims |
| Fanekawa, Steven Pardee Court Discovery Bay, CA 94505 | | 8211 | Pacific Gas and Electric Company | 9/3/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | No Liability Claims |
| Turnbull, Susana 1161 Lamberson Ct Santa Rosa, CA 95403-2504 | | 7322 | PG&E Corporation | 8/16/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | No Liability Claims |
| Pinecreeks South Poolside Homeowners Association c/o Common Interest Management 315 Diablo Rd. - #221 Danville, CA 94526 | | 1390 | Pacific Gas and Electric Company | 3/11/2019 | $0.00 | $0.00 | $0.00 | $1,730.00 | $1,730.00 | No Liability Claims |
| United Services Automobile Association Law Offices of Shawn E. Caine, APC Shawn E. Caine 1221 Camino Del Mar Del Mar, CA 92014 | | 72544 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $38,000.00 | $38,000.00 | No Liability Claims |
| Vazquez, Eloisa 4 Valverde Dr 94th San Francisco, CA 94080-560 | | 7217 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Barreal, Monica 400 Montecito Blvd #33 Santa Rosa, CA 95409 | | 19894 | Pacific Gas and Electric Company | 10/10/2019 | $1,000.00 | $0.00 | $0.00 | $1,000.00 | $2,000.00 | No Liability Claims |
| Vogan, Michael C 1079 W Deodar LN Lemoore, CA 93245 | | 3692 | PG&E Corporation | 7/18/2019 | $0.00 | $0.00 | $0.00 | $1,706.25 | $1,706.25 | No Liability Claims |
| Gobba, Inas c/o Baker Wolden Curtis, LLP Cliff Carter 1111 Exposition Blvd. Suite 602 Sacramento , CA 95815 | | 3081 | PG&E Corporation | 5/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Walker, Wanda 123th St Apt B Richmond, CA 94801-3578 | | 5528 | PG&E Corporation | 8/7/2019 | $0.00 | $0.00 | $214.00 | $0.00 | $214.00 | No Liability Claims |
| NG, DANIEL 338 SPEAR STREET, UNIT 25C SAN FRANCISCO, CA 94105 | | 70807 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $5,584.75 | $5,584.75 | No Liability Claims |
| Warren, Kimberlie 2112 Second Street Hayward, CA 94541 | | 7812 | Pacific Gas and Electric Company | 8/24/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | No Liability Claims |
| WEISS, DONNA 121 Anchor Ct. BOULDER CREEK, CA 95006 | | 1262 | Pacific Gas and Electric Company | 2/21/2019 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | No Liability Claims |
| White, Tina 4452 N. Hughes Ave Fresno, CA 93705 | | 3712 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | No Liability Claims |
| Wise, Chelsea 1425 Brown St Napa, CA 94559-1836 | | 6716 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $600.00 | $1,800.00 | $2,400.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Willow Glen Partners PO Box 2357 Healdsburg, CA 95448 | | 8602 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | No Liability Claims |
| Yarborough, Cherazette 1701 Marco Polo Way Apt 1 Burlingame, CA 94010-5454 | | 4856 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Zubrano, Danny 294 Rosita Court Vacaville, CA 95687 | | 67831 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $7,700.00 | $7,700.00 | No Liability Claims |
| Zubrano, Danny 294 Rosita Court Vacaville, CA 95687 | | 64797 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $7,200.00 | $7,200.00 | No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count:190** | | | **$37,044.32** | **$0.00** | **$222,279.46** | **$2,669,367.12** | **$2,928,690.90** | |