**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>           **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>           **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**SECOND STIPULATION CONTINUING HEARING AND EXTENDING TIME FOR REORGANIZED DEBTORS TO RESPOND TO MOWBRAY'S MOTION FOR LEAVE TO FILE AMENDED PROOF OF CLAIM**<br><br>[Related to Dkt. No. 9392]<br><br>[No Hearing Requested] |

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and The Original Mowbray's Tree Service, Inc. ("**Mowbray's**"). The Reorganized Debtors and Mowbray's are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On November 3, 2020, Mowbray's filed a *Motion for Leave to File Amended Proof of Claim* [Dkt. No. 9392] (the "**Motion**").

B. On November 30, 2020, the Bankruptcy Court entered an *Order Granting Stipulation Continuing Hearing and Extending Reorganized Debtors' Time to Respond to Mowbray's Motion for Leave to File Amended Proof of Claim* [Dkt. No. 9633], continuing the hearing on the Motion to January 12, 2021 (the "**Hearing**"), allowing the Reorganized Debtors until December 18, 2020, to file and serve any opposition or response to the Motion, and allowing Mowbray's until January 7, 2021 to file any reply to the opposition or response.

C. As they discuss a potential negotiated resolution of the matters presented by the Motion, counsel for the Reorganized Debtors and counsel for Mowbray's have agreed to a further modified briefing schedule for the Motion, and respectfully request that the Hearing be further continued to accommodate this new proposed briefing schedule.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Reorganized Debtors to file and serve any opposition or response to the Motion is extended to January 8, 2021.

2. The time for Mowbray's to file any reply to the opposition or response is extended to January 28, 2021.

3. The Hearing is continued to February 9, 2021 at 10:00 a.m. (Pacific Time).

4.      This Stipulation shall constitute the entire agreement and understanding of the parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

5.      This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

6.      The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Dated:  December 18, 2020

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP


/s/ Thomas B. Rupp
Thomas B. Rupp

*Attorneys for Debtors*
*and Reorganized Debtors*

Dated:  December 18, 2020

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP


/s/ Ori Katz
Ori Katz

*Attorneys for The Original Mowbray's*
*Tree Service, Inc.*