Susan E. Kirkgaard, SBN: 134915
LAW OFFICES OF JOHN A. BIARD
P.O. Box 64093
St. Paul, Minnesota 55164-0093
Physical Address:
11070 White Rock Road, Ste. 200
Rancho Cordova, CA 95670
Telephone:   916-638-6610
Direct:       916-638-6579
Facsimile:   855-631-5920
EMAIL:       skirkgaa@travelers.com

Attorneys for Lien Claimant
TRAVELERS COMMERCIAL INSURANCE COMPANY

**FILED**

DEC 18 2020 

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In the Bankruptcy Matter of: | PG&E CORPORATION (19-30088) |
|---|---|
| PG&E Corporation (19-30088) Debtor. | TRAVELERS COMMERCIAL INSURANCE COMPANY'S NOTICE OF LIEN AGAINST ANY PAYMENTS MADE BY PG&E TO PABLO MEJIA RODRIGUEZ, CLAIM NO. 8978 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

TRAVELERS COMMERCIAL INSURANCE COMPANY ("Lien Claimant TRAVELERS") under California Labor Code §§ 3852 and 3856, and on the following grounds, claims and applies for a first lien in the sum of $536,646.41 against any settlement payments that may be made by PG&E to PABLO MEJIA RODRIGUEZ ("RODRIGUEZ"), pursuant to his claim filed in Case No. 19-30088 by counsel for RODRIGUEZ Drew Widders, known as Claim number 8978 filed on 09/17/2019 (attached for reference). Thus, this claim of lien is not being filed as against PG&E, but rather *against any proceeds* PG&E may pay to RODRIGUEZ as a result of RODRIGUEZ' claim against PG&E.

TRAVELERS seeks via this lien in this action 19-30088 against any proceed distributed by PG&E to RODRIGUEZ pursuant to Claim number 8978 filed on 09/17/2019 before payment of any settlement to RODRIGUEZ, as follows:

- 1 -
TRAVELERS COMMERCIAL INSURANCE COMPANY'S NOTICE OF LIEN

1. On or about 11/29/2017, Lien Claimant TRAVELERS was at all times herein mentioned a corporation authorized to transact and transacting business within the State of California.

2. Lien Claimant TRAVELERS was at all times herein mentioned a duly organized and authorized Workers' Compensation insurer and was obligated under a duly issued and valid policy of insurance to pay Workers' Compensation benefits on behalf of our Insureds ("Insureds Nathanson/Reisere").

3. That at all relevant times and places referred to herein, RODRIGUEZ was acting within the course and scope of his employment on Insureds Nathanson/Reisere's property, and the injuries complained of arose out of and in the course and scope of said employment.

4. As a proximate result of the negligence alleged, RODRIGUEZ sustained personal injuries.

5. As a direct and legal result of said negligence, and pursuant to the liability of Lien Claimant TRAVELERS under the California Workers' Compensation laws, including but not limited to Labor Code §§3852 and 3856, Lien Claimant TRAVELERS became obligated to pay and did pay to and on behalf of RODRIGUEZ (employee of Insureds Nathanson/Reisere) the total sum of $536,646.41, consisting of indemnity payment in the sum of $36,984.97 and medical benefits in the sum of $499,661.44 in Workers' Compensation benefits issued to RODRIGUEZ.

6. By reason of the foregoing, Lien Claimant TRAVELERS was required to furnish RODRIGUEZ with medical treatment and disability indemnity in accordance with Workers' Compensation laws of the State of California, and Lien Claimant TRAVELERS made payments to and on behalf of RODRIGUEZ for medical treatment and disability indemnity in the total sum of $536,646.41.

7. In the event RODRIGUEZ is successful in recovering any funds from Debtor PG&E under Claim number 8978 filed on 09/17/2019, that Lien Claimant TRAVELERS herein be allowed a lien recovery up to the full amount of its monies expended in furnishing RODRIGUEZ with medical care, treatment, and disability benefits up to the date of judgment or settlement herein pursuant to the California Labor Code including, but not limited to, Sections 3852, 3856, 3859, and 3860. California Labor Code § 3856(c) states in pertinent part, "After the payment of …expenses and attorneys' fees [,]

the court shall apply out of the amount of such judgment for damages an amount sufficient to reimburse the employer for the amount of his expenditures for compensation…"

Dated: November 4, 2020					LAW OFFICES OF JOHN A. BIARD

							_____
							Susan E. Kirkgaard
							Attorney for Lien Claimant
							TRAVELERS COMMERCIAL INSURANCE
							COMPANY

**BANKRUPTCY COURT**

Name: PG&E

Case #: 19-30088

RECEIVED
DEC 18 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA