UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Jean-Christophe Gache, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. December 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A:**

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B.**

3. On December 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Fourteenth Omnibus Notice Parties Service List attached hereto as **Exhibit C**:

- Order Disallowing and Expunging Certain Claims Pursuant to Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims) [Docket No. 9827]

4. December 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served to Yair Elor and Gilly Elor (address on file):

- Order Disallowing and Expunging Claim No. 6906 (Yair Elor And Gilly Elor) Pursuant to Reorganized Debtors' Thirty-third Omnibus Objection to Claims (Customer No Liability Claims) [Docket No. 9828]

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 21st day of December 2020, at New York, NY.

*/s/ Jean-Christophe Gache*
Jean-Christophe Gache

**Exhibit A**

# Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Labaton Sucharow LLP | Thomas A. Dubbs | 140 Broadway | New York | NY | 10005-1108 |
| Weil, Gotshal & Manges LLP | Jessica Liou | 767 Fifth Avenue | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Stephen Karotkin | 767 Fifth Avenue | New York | NY | 10153-0119 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

**Exhibit B**

SRF 49254

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |
|---|---|

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on December 15, 2020 at 10:00 AM was filed on December 16, 2020. The following deadlines apply:

The parties have until Wednesday, December 23, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, January 6, 2021.

If a request for redaction is filed, the redacted transcript is due Tuesday, January 19, 2021.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, March 16, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: <u>12/21/20</u>　　　　　　　　　　　For the Court:

　　　　　　　　　　　　　　　　　　　　Edward J. Emmons
　　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**<u>Exhibit C</u>**

# Exhibit C
## Fourteenth Omnibus Notice Parties Service List
## Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| KDTV/KABE/KUVS/KMEX/KTFF/KFTR/KFTV/KBTF Television | c/o Karen B. Pacheco | Szabo Associates, Inc. | 3355 Lenox Road NE, Suite 945 | Atlanta | GA | 30326 |
| Robert K. Vogel | 300 Paseo Tesoro | | | Walnut | CA | 91789 |
| Sequoia Engineering & Design Associates | c/o Eli Yagor | 575 Lennon Lane, #145 | | Walnut Creek | CA | 94598 |