**Entered on Docket**
**December 21, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 21, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING SECOND STIPULATION CONTINUING HEARING AND EXTENDING TIME FOR REORGANIZED DEBTORS TO RESPOND TO MOWBRAY'S MOTION FOR LEAVE TO FILE AMENDED PROOF OF CLAIM**<br><br>[No Hearing Requested] |

The Court having considered the *Second Stipulation Continuing Hearing and Extending Time for Reorganized Debtors to Respond to Mowbray's Motion for Leave to File Amended Proof of Claim* (the "**Second Stipulation**") [Dkt. No. 9875], filed on December 18, 2020; and, pursuant to such stipulation and agreement of the Parties,[1] and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Reorganized Debtors to file and serve any opposition or response to the Motion is extended to January 8, 2021.

2. The time for Mowbray's to file any reply to the opposition or response is extended to January 28, 2021.

3. The hearing on the Motion is continued to February 9, 2021 at 10:00 a.m. (Pacific Time).

APPROVED AS TO FORM AND CONTENT:

Dated: December 18, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:＿＿/s/ *Ori Katz*
　　　Ori Katz

*Attorneys for The Original Mowbray's Tree Service, Inc.*

**END OF ORDER**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Second Stipulation.