| | |
|---|---|
| 1 | DAVID I. KORNBLUH, SBN 162310 |
| 2 | dkornbluh@venturahersey.com |
| 3 | VENTURA HERSEY & MULLER, LLP |
| | 1506 Hamilton Avenue |
| 4 | San Jose, CA  95125-4539 |
| 5 | Telephone: 408.512.3022 |
| | Facsimile:  408.512.3023 |
| 6 | Attorney for De Anza Tile Co., Inc. |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E Corporation

Debtor(s)

Case No: 19-30088

Chapter No.: 11

n/a

v.   Plaintiff(s)

n/a

Defendant(s)

Adversary Proceeding No: n/a

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of DAVID I. KORNBLUH, SBN 162310 has changed.  The new address is:

> VENTURA HERSEY & MULLER, LLP
> 1506 Hamilton Avenue
> San Jose, CA  95125-4539
> Telephone: 408.512.3022
> Facsimile:  408.512.3023
> dkornbluh@venturahersey.com

Please update your records accordingly.

Date: December 21, 2020          /s/ David I. Kornbluh
                                      Signature