

Signed and Filed: December 22, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION CONTINUING HEARING AND EXTENDING BRIEFING DEADLINES WITH RESPECT TO THE MOTION BY THE CITY AND COUNTY OF SAN FRANCISCO TO ALLOW LATE FILING OF PROOF OF CLAIM AND RELATED RELIEF**<br><br>Related to Dkt. Nos. 9782 & 9880<br><br>Current Hearing Date: January 12, 2021<br>Time: 10:00 am |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Continuing Hearing and Extending Briefing Deadlines With Respect to the Motion by the City and County of San Francisco to Allow Late Filing of Proof of Claim and Related Relief*, dated December 21, 2020 [Dkt. No. 9880] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, the City and County of San Francisco ("**CCSF**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The time for the Reorganized Debtors to submit any response to the *Motion by the City and County of San Francisco to Allow Late Filing of Proof of Claim and for Related Relief* [Dkt. No. 9782] (the "**Motion**") is extended to January 13, 2021.

3. The time for CCSF to submit any reply in furtherance of the Motion is extended to January 20, 2021.

4. The Hearing is continued to January 27, 2021 at 10:00 a.m. (Pacific Time).

5. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: December 21, 2020

GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP

/s/  Edward J. Tredinnick
Edward J. Tredinnick, Esq.
*Attorneys for the City and County of San Francisco*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.