| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Air Systems, Inc.<br>940 Remillard Ct.<br>San Jose, CA  95122 | 64093 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $292,013.92 | $292,013.92 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Bombora LLC<br>Daniel Gomez 411 Capitola Ave<br>Capitola , CA  95010 | 2829 | Pacific Gas and Electric Company | 4/26/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $30,645.83 | $59,150.13 | $89,795.96 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Bradford Capital Holdings, LP, as Transferee of Railpros Field Services, Inc.<br>Attn: Brian Brager P.O. Box 4353<br>Clifton, NJ  07012<br>**Claim Transferred To:**<br>Bradford Capital Holdings, LP<br>Attn: Brian Brager P.O. Box 4353<br>Clifton, NJ  7012<br>100% | 5877 | Pacific Gas and Electric Company | 8/9/2019 | Filed/Sched. Claim Amount:<br><br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $33,666.21 | $33,666.21 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $12,175.00 | $12,175.00 | |
| California Towing & Transport<br>9700 Holton Way<br>Redding, CA  96003 | 96602 | PG&E Corporation | 1/21/2020 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $7,312.50 | $7,312.50 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Cannon Technologies Inc.<br>c/o Eaton Corporation Global Trade Credit 1000 Eaton Blvd., N3<br>Cleveland, OH  44122 | 8770 | Pacific Gas and Electric Company | 9/11/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $25,215.50 | $25,215.50 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | |
| City of Fresno<br>Fresno City Attorney's Office Attn: Chad T. Snyder, Deputy City Attorney<br>2600 Fresno St. RM 2031<br>Fresno, CA  93721 | 7675 | PG&E Corporation | 8/20/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $39,753.37 | $39,753.37 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $295.00 | $295.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cooper Power Systems LLC<br>c/o Eaton Corporation Global Trade Credit 1000 Eaton Blvd., N3<br>Cleveland, OH 44122 | 8775 | Pacific Gas and Electric Company | 9/11/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $219,901.45 | $219,901.45 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $83,812.50 | $83,812.50 | |
| COSCO Fire Protection, Inc.<br>JRG Attorneys at Law 318 Cayuga Street<br>Salinas, CA 93901 | 69358 | PG&E Corporation | 10/19/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $289,458.50 | $289,458.50 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| COSCO Fire Protection, Inc.<br>JRG Attorneys at Law 318 Cayuga Street<br>Salinas, CA 93901 | 78400 | Pacific Gas and Electric Company | 10/19/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,051,407.38 | $1,051,407.38 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $340,958.90 | $340,958.90 | |
| Durham, Debra A<br>23438 Stone Ave<br>Gerber, CA 96035-9713 | 87253 | PG&E Corporation | 10/28/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $7,800.00 | $7,800.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Eagle Ridge Preserve, LLC<br>c/o Jeff Olberding 193 Blue Ravine Road, Suite 165<br>Folsom, CA 95630 | 8501 | Pacific Gas and Electric Company | 9/8/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $376,500.00 | $376,500.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| FRESH AIR ENERGY IV LLC<br>PO BOX 4222<br>NEW YORK, NY 10163-4222 | 8128 | Pacific Gas and Electric Company | 8/30/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $87,186.89 | $87,186.89 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| GE Oil & Gas Compression Systems, LLC<br>Snow Spence Green LP Phil F. Snow 2929 Allen Parkway Suite 2800<br>Houston, TX 77019 | 58609 | Pacific Gas and Electric Company | 10/17/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $7,112.24 | $7,112.24 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $400.18 | $400.18 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| JDB & Sons Construction Inc<br>1595 FAIRFAX AVE<br>San Francisco, CA 94124 | 7711 | PG&E Corporation | 8/22/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $29,218.00 | $29,218.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| JDB & SONS CONSTRUCTION INC<br>1595 FAIRFAX AVE UNIT B<br>SAN FRANCISCO, CA 94124 | 7647 | PG&E Corporation | 8/22/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,102.00 | $2,102.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $1,766.00 | $1,766.00 | |
| JDB & Sons Construction Inc<br>1595 FAIRFAX AVE<br>San Francisco, CA 94124 | 7655 | PG&E Corporation | 8/23/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $13,112.00 | $13,112.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $7,770.00 | $7,770.00 | |
| JDB & SONS CONSTRUCTION INC<br>1595 FAIRFAX AVE UNIT B<br>SAN FRANCISCO, CA 94124 | 7696 | PG&E Corporation | 8/22/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $3,772.00 | $3,772.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| JDB & SONS CONSTRUCTION INC<br>1595 FAIRFAX AVE UNIT B<br>SAN FRANCISCO, CA 94124 | 7706 | PG&E Corporation | 8/22/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $74,664.00 | $74,664.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $10,536.00 | $10,536.00 | |
| JDB & SONS CONSTRUCTION INC<br>1595 FAIRFAX AVE UNIT B<br>SAN FRANCISCO, CA 94124 | 7707 | PG&E Corporation | 8/22/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $25,402.00 | $25,402.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $15,190.00 | $15,190.00 | |
| JDB & SONS CONSTRUCTION INC<br>1595 FAIRFAX AVE UNIT B<br>SAN FRANCISCO, CA 94124 | 7709 | PG&E Corporation | 8/22/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $19,772.00 | $19,772.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $16,414.00 | $16,414.00 | |
| JDB & SONS CONSTRUCTION INC<br>1595 FAIRFAX AVE UNIT B<br>SAN FRANCISCO, CA 94124 | 7708 | PG&E Corporation | 8/22/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $530.00 | $530.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Marin Municipal Water District Attn: Legal Division 220 Nellen Avenue Corte Madera, CA 94925 | 72029 | Pacific Gas and Electric Company | 10/24/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $21,433.83 | $21,433.83 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| MILLER PIPELINE LLC 8850 CRAWFORDSVILLE RD INDIANAPOLIS, IN 46234 | 1032677 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,992,920.61 | $1,992,920.61 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $112,387.17 | $112,387.17 | |
| Myers Power Products, Inc. Gensburg Calandriello & Kanter, P.C. c/o Matthew T. Gensburg 200 W. Adams St., Ste. 2425 Chicago, IL 60606 | 78849 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ | $4,479,811.63 | $0.00 | $0.00 | $54,776.80 | $4,534,588.43 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Olympus Peak Master Fund LP as Transferee of Johnson Controls Security Solutions LLC Attn: Leah Silverman 745 Fifth Avenue, Suite 1604 200 South Washington Street Suite 100 New York, NY 10151 **Claim Transferred To:** Olympus Peak Master Fund LP Attn: Leah Silverman 745 Fifth Avenue, Suite 1604 New York, NY 10151 100% | 78886 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $265,659.00 | $0.00 | $0.00 | $3,994,985.40 | $4,260,644.40 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Olympus Peak Master Fund LP as Transferee of Johnson Controls, Inc. Attn: Leah Silverman 745 Fifth Avenue, Suite 1604 200 South Washington Street, Suite 100 New York, NY 10151 **Claim Transferred To:** Olympus Peak Master Fund LP Attn: Leah Silverman 745 Fifth Avenue, Suite 1604 New York, NY 10151 100% | 71503 | Pacific Gas and Electric Company | 10/21/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,166.57 | $2,166.57 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| OPeak LLC as Transferee of Olympus Peak Master Fund L.P.<br>Attn: Todd Westhus 745 Fifth Avenue<br>New York, NY 10151<br><br>**Claim Transferred To:**<br>OPeak LLC<br>Attn: Todd Westhus 745 Fifth Avenue Suite 1604<br>New York, NY 10151<br>100% | 88180 | Pacific Gas and Electric Company | 12/4/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑<br>Reduced Claim Amount: | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $2,166.57<br><br>$2,166.57 | $2,166.57<br><br>$2,166.57 | Books and Records |
| OPeak LLC as Transferee of Olympus Peak Master Fund L.P.<br>Attn: Todd Westhus 745 Fifth Avenue<br>New York, NY 10151<br><br>**Claim Transferred To:**<br>OPeak LLC<br>Attn: Todd Westhus 745 Fifth Avenue Suite 1604<br>New York, NY 10151<br>100% | 88604 | Pacific Gas and Electric Company | 12/12/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐<br>Reduced Claim Amount: | $265,659.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $3,994,985.40<br><br>$2,753,418.78 | $4,260,644.40<br><br>$2,753,418.78 | Books and Records |
| Paso Robles Multifamily LLC<br>4 Park Plaza, Suite 1700<br>Irvine, CA 92614 | 97691 | Pacific Gas and Electric Company | 3/6/2020 | Filed/Sched. Claim Amount:<br>Unliquidated ☐<br>Reduced Claim Amount: | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $12,850.00<br><br>$0.00 | $36,955.52<br><br>$0.00 | $49,805.52<br><br>$0.00 | Books and Records |
| Premion<br>c/o CCR 20 Broad Hollow Rd. Suite 1002<br>Melville, NY 11797 | 1398 | Pacific Gas and Electric Company | 3/11/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐<br>Reduced Claim Amount: | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $9,316.81<br><br>$0.00 | $9,316.81<br><br>$0.00 | Books and Records |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sencha Funding LLC as Transferee of Michels Corporation<br>c/o Farallon Capital Management, LLC Attn: Michael G Linn One Maritime Plaza, Suite 2100 817 Main Street<br>San Francisco, CA 94111<br>**Claim Transferred To:**<br>Sencha Funding, LLC<br>c/o Farallon Capital Management, LLC Attn: Michael G Linn One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>100% | 70769 | Pacific Gas and Electric Company | 10/21/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $9,344,188.36<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $6,830,693.43<br><br>$7,350,207.75 | $16,174,881.79<br><br>$7,350,207.75 | Books and Records |
| VONWIN CAPITAL MANAGEMENT, LP<br>261 Fifth Avenue, 22nd Floor<br>NEW YORK, NY 10016<br>**Claim Transferred To:**<br>VonWin Capital Management, LP<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016<br>100% | 57976 | Pacific Gas and Electric Company | 10/17/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $565,896.96<br><br>$0.00 | $565,896.96<br><br>$0.00 | Books and Records |
| **Asserted Total** | **Count: 32** | | | | $14,355,317.99 | $0.00 | $43,495.83 | $20,171,347.99 | $34,570,161.81 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $10,716,497.85 | $10,716,497.85 | |