| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2154 Foote (Q0742-WD) Confidential - Available Upon Request | | 883635 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $363,159.21 | $363,159.21 | No Liability / Passthrough EGI Claims |
| 65HK 8me, LLC Stoel Rives LLP Andrew Morton 600 University Street, Suite 3600 Seattle, WA 98101 | | 59215 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability / Passthrough EGI Claims |
| 67RK 8me, LLC c/o Stoel Rives LLP Attn: Andrew Morton 600 University Street, Suite 3600 Seattle , WA 98101 | | 65693 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $745,264.34 | $745,264.34 | No Liability / Passthrough EGI Claims |
| 87RL 8me, LLC c/o Stoel Rives LLP Attn: Andrew H. Morton 600 University Street, Suite 3600 Seattle, WA 98101 | | 66073 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,752,841.05 | $2,752,841.05 | No Liability / Passthrough EGI Claims |
| Adera Solar, LLC Andrew H. Morton Stoel Rives LLP 600 University Street, Suite 3600 Seattle, WA 98101 | | 65672 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $584,400.00 | $584,400.00 | No Liability / Passthrough EGI Claims |
| Burford Giffen (Q679) Confidential - Available Upon Request | | 883642 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,953,708.57 | $9,953,708.57 | No Liability / Passthrough EGI Claims |
| CA Flats 130, LLC CD Arevon USA, Inc. Anand Narayanan 8800 N. Gainey Center Dr. Suite 250 Scottsdale, AZ 85258 | | 70522 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $9,247,311.88 | $9,247,311.88 | No Liability / Passthrough EGI Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CA Flats 150, LLC<br>CD Arevon USA, Inc. Anand Narayanan 8800 N. Gainey Center Dr Suite 250<br>Scottsdale, AZ  85258 | | 67837 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,944,134.90 | $10,944,134.90 | No Liability / Passthrough EGI Claims |
| Cayuma Solar Project (NU) (Q356)<br>Confidential - Available Upon Request | | 883646 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,667,695.19 | $4,667,695.19 | No Liability / Passthrough EGI Claims |
| Centaurus Capital LP<br>Attn: Stephen H. Douglas, General Counsel 1717 West Loop South, Suite 1800<br>Houston, TX  77027 | | 77005 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $39,726,544.45 | $39,726,544.45 | No Liability / Passthrough EGI Claims |
| Chowchilla Solar (Q644)<br>Confidential - Available Upon Request | | 883648 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $586,922.66 | $586,922.66 | No Liability / Passthrough EGI Claims |
| County of Fresno<br>Internal Services Department 333 W. Pontiac Way<br>Clovis, CA  93612 | | 61448 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability / Passthrough EGI Claims |
| Crow Creek (Frontier Solar) (Q539)<br>Confidential - Available Upon Request | | 883569 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,805,022.71 | $1,805,022.71 | No Liability / Passthrough EGI Claims |
| Crow Creek SS (Q678)<br>Confidential - Available Upon Request | | 883570 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,880,670.82 | $7,880,670.82 | No Liability / Passthrough EGI Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cuyama Solar, LLC<br>c/o D. E. Shaw Renewable Investments, L.L.C Attn: Rusty Sage 1166 Avenue of the Americas, 9th Floor<br>New York, NY 10036 | | 64176 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $5,191,735.15 | $5,191,735.15 | No Liability / Passthrough EGI Claims |
| EDF Goose Lake (Q0032WD)<br>Confidential - Available Upon Request | | 883573 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $209,306.57 | $209,306.57 | No Liability / Passthrough EGI Claims |
| Excelsior Solar (Burford Five Points) (Q678)<br>Confidential - Available Upon Request | | 883575 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,380,648.32 | $4,380,648.32 | No Liability / Passthrough EGI Claims |
| Excelsior Solar SS (Q678)<br>Confidential - Available Upon Request | | 883576 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $11,844,537.96 | $11,844,537.96 | No Liability / Passthrough EGI Claims |
| Freshwater Solar (Corcoran 3) (Q529)<br>Confidential - Available Upon Request | | 883578 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $608,640.52 | $608,640.52 | No Liability / Passthrough EGI Claims |
| Friant Power Authority<br>M. Anthony Soares Minasian Law Firm 1681 Bird St<br>Oroville, CA 95965 | | 65943 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $1,456,977.00 | $1,456,977.00 | No Liability / Passthrough EGI Claims |
| Golden Hills 2 Wind (Q709)<br>Confidential - Available Upon Request | | 883584 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $249,512.69 | $249,512.69 | No Liability / Passthrough EGI Claims |
| GWF Henrietta (Cycle PP) (Q272)<br>Confidential - Available Upon Request | | 883585 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,231,531.74 | $1,231,531.74 | No Liability / Passthrough EGI Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Henrietta/King Solar I (Q581) Confidential - Available Upon Request | | 883586 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,226,073.26 | $8,226,073.26 | No Liability / Passthrough EGI Claims |
| Lassen Lodge Hydro (Q720) Confidential - Available Upon Request | | 883592 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $118,263.69 | $118,263.69 | No Liability / Passthrough EGI Claims |
| Lathrop Irrigation District c/o Curtis A. Bryant P.O. Box 1397 73 W Stewart Rd. Lathrop, CA 95330 | | 61286 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $469,865.68 | $469,865.68 | No Liability / Passthrough EGI Claims |
| Lotus Solar Farm (Q723) Confidential - Available Upon Request | | 883597 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $953,591.49 | $953,591.49 | No Liability / Passthrough EGI Claims |
| Maricopa West Solar PV, LLC McGuireWoods LLP Aaron G.McCollough 77 W. Wacker Dr. Suite 4100 Chicago, IL 60601 | | 10243 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $1,211,579.62 | $1,211,579.62 | No Liability / Passthrough EGI Claims |
| Monterey County Water Resources Agency c/o Brian P. Briggs Deputy County Counsel 168 W. Alisal St. 3rd Floor Salinas, CA 93901 | | 78869 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $25,245.69 | $25,245.69 | No Liability / Passthrough EGI Claims |
| Morelos Del Sol (Q775) Confidential - Available Upon Request | | 883599 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $452,072.29 | $452,072.29 | No Liability / Passthrough EGI Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Morelos Solar, LLC c/o Southern Power Company<br>Troutman Sanders LLP Attn: Harris B. Winsberg & Matt G. Roberts 600 Peachtree St NE, Suite 3000 600 Peachtree St. NE, Suite 3000<br>Atlanta, GA 30308 | | 78928 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $31,077.81 | $31,077.81 | No Liability / Passthrough EGI Claims |
| Mt. Poso Cogeneration Company, LLC<br>c/o DTE Energy Resources, LLC Attn: Stephanie R. Reeves, Esq. 414 S. Main Street, Ste. 600<br>Ann Arbor, MI 48104 | | 57447 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $315,930.48 | $315,930.48 | No Liability / Passthrough EGI Claims |
| Mustang Project (Q643W)<br>Confidential - Available Upon Request | | 883600 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,556,021.29 | $1,556,021.29 | No Liability / Passthrough EGI Claims |
| Mustang SS (Q643W)<br>Confidential - Available Upon Request | | 883601 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,424,195.82 | $9,424,195.82 | No Liability / Passthrough EGI Claims |
| Oroville Solar, LLC<br>c/o David Agger One Market Plaza, Spear Tower, Suite 4025<br>San Francisco, CA 94105 | | 3368 | Pacific Gas and Electric Company | 6/14/2019 | $0.00 | $0.00 | $0.00 | $392,322.55 | $392,322.55 | No Liability / Passthrough EGI Claims |
| Panoche Switching Station (Q829)<br>Confidential - Available Upon Request | | 883606 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $21,628,847.60 | $21,628,847.60 | No Liability / Passthrough EGI Claims |
| Parrey, LLC c/o Southern Power Company<br>Troutman Sanders LLP Attn: Harris B. Winsberg, Esq. Attn: Matt G. Roberts, Esq. 600 Peachtree St NE Suite 3000<br>Atlanta, GA 30308 | | 72186 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $303,030.26 | $303,030.26 | No Liability / Passthrough EGI Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Phelps Solar (Q954) Confidential - Available Upon Request | | 883608 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,112,471.19 | $1,112,471.19 | No Liability / Passthrough EGI Claims |
| Potrero Hills Energy Producers, LLC c/o DTE Energy Resources LLC Attn: Stephanie R. Reeves, Esq. 414 South Main Street, Suite 600 Ann Arbor, MI 48104 | | 57873 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $586,837.08 | $586,837.08 | No Liability / Passthrough EGI Claims |
| RE Mustang 4 LLC c/o Stoel Rives LLP Attn: Andrew Morton 600 University Street, Suite 3600 Seattle, WA 98101 | | 75243 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $10,933,022.86 | $10,933,022.86 | No Liability / Passthrough EGI Claims |
| RE Scarlet LLC, a Delaware limited liability company Attn: Jeffrey Kalikow, Office of the General Counsel 3000 Oak Road, Suite 300 Walnut Creek, CA 94597 | | 79820 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability / Passthrough EGI Claims |
| RE Slate LLC, a Delaware limited liability company Attn: Jeffrey Kalikow 3000 Oak Road Suite 300 Walnut Creek, CA 94597 | | 70325 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability / Passthrough EGI Claims |
| RE Tranquillity LLC c/o Southern Power Company Troutman Sanders LLP Attn: Harris B. Winsberg, Esq. Attn: Matthew G. Roberts, Esq. 600 Peachtree St. NE Suite 3000 Atlanta, GA 30308 | | 79585 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $489,796.78 | $489,796.78 | No Liability / Passthrough EGI Claims |
| San Joaquin 1A (Q632B) Confidential - Available Upon Request | | 883614 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,153,554.08 | $2,153,554.08 | No Liability / Passthrough EGI Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Santa Clara Valley Transportation Authority<br>Law Office of Wayne A. Silver<br>Wayne A. Silver 643 Bair Island Road, Suite 403<br>Redwood City, CA 94063 | | 79091 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability / Passthrough EGI Claims |
| Solar Star California XIII, LLC<br>CD Arevon USA, Inc. Anand Narayanan 8800 N. Gainey Center Dr. Suite 250<br>Scottsdale, AZ 85258 | | 69318 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $18,725,100.07 | $18,725,100.07 | No Liability / Passthrough EGI Claims |
| Tranquility (Q643X)<br>Confidential - Available Upon Request | | 883626 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,317,257.95 | $3,317,257.95 | No Liability / Passthrough EGI Claims |
| Tranquility 8 (Q1032)<br>Confidential - Available Upon Request | | 883627 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $98,485.13 | $98,485.13 | No Liability / Passthrough EGI Claims |
| Tranquility SS (Q643X)<br>Confidential - Available Upon Request | | 883628 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,748,108.86 | $9,748,108.86 | No Liability / Passthrough EGI Claims |
| Tulare PV II, LLC<br>c/o D.E. Shaw Renewable Investments, L.L.C. Attn: Chris Thuman 1166 Avenue of the Americas, 9th Floor<br>New York, NY 10036 | | 59776 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $10,083.55 | $10,083.55 | No Liability / Passthrough EGI Claims |
| Wright Solar Park LLC<br>Wright Solar Park LLC c/o Centaurus Renewable Energy LLC Attn: Stephen H. Douglas, General Counsel 1717 West Loop South, Suite 1800<br>Houston, TX 77027 | | 70510 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $14,218,002.18 | $14,218,002.18 | No Liability / Passthrough EGI Claims |
| **Claims To Be Expunged Totals** | | **Count: 50** | | | **$0.00** | **$0.00** | **$0.00** | **$220,931,402.98** | **$220,931,402.98** | |