| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ABC Landscaping & Excavation, Inc. Sheppard Mullin Richter & Hampton LLP c/o Ori Katz, Esq. 4 Embarcadero Center, 17th Floor San Francisco, CA 94111 | | 79433 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,673,978.49 | $5,673,978.49 | No Liability Subcontractor Claims |
| ADVANCE LIGHTING SERVICES, Inc 6681 SIERRA LANE, STE A DUBLIN, CA 945468 | | 86904 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $266,755.59 | $266,755.59 | No Liability Subcontractor Claims |
| Advanced Lighting Services, Inc. 6681 Sierra Lane Suite A Dublin, CA 94568 | | 86998 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $68,092.58 | $68,092.58 | No Liability Subcontractor Claims |
| Advanced Lighting Services, Inc. 6681 Sierra Lane Suite A Dublin, CA 94568 | | 86995 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $258,081.30 | $258,081.30 | No Liability Subcontractor Claims |
| Ahlborn Fence & Steel, Inc. Law Office of Michael C. Fallon 100 E Street, Suite 219 Santa Rosa, CA 95404 | | 3568 | PG&E Corporation | 7/10/2019 | $53,205.00 | $0.00 | $0.00 | $0.00 | $53,205.00 | No Liability Subcontractor Claims |
| ALL PHASE LAND CLEARING, INC. 17628 LIGHTFOOT WAY NEVADA CITY, CA 95959 | | 2705 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $445,093.95 | $445,093.95 | No Liability Subcontractor Claims |
| Arrow Acoustics, Inc. 23773 Foley Street Hayward, CA 94545 | | 17433 | Pacific Gas and Electric Company | 10/9/2019 | $0.00 | $0.00 | $0.00 | $230,232.18 | $230,232.18 | No Liability Subcontractor Claims |
| Bockmon & Woody Electric Co., Inc. Law Office of Charles L. Hastings 4568 Feather River Dr., Suite A Stockton, CA 95219 | | 17478 | Pacific Gas and Electric Company | 10/9/2019 | $755,599.45 | $0.00 | $0.00 | $0.00 | $755,599.45 | No Liability Subcontractor Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bockmon & Woody Electric Co., Inc. Law Offices of Charles L. Hastings 4568 Feather River Dr., Suite A Stockton, CA 95219 | | 19884 | Pacific Gas and Electric Company | 10/9/2019 | $25,012.00 | $0.00 | $0.00 | $1,163.86 | $26,175.86 | No Liability Subcontractor Claims |
| Burnett & Sons Planing Mill and Lumber Co. Hannah C. Kreuser 7801 Folsom Blvd., Suite 101 Sacramento, CA 95826 | | 3080 | Pacific Gas and Electric Company | 5/22/2019 | $37,450.60 | $0.00 | $0.00 | $0.00 | $37,450.60 | No Liability Subcontractor Claims |
| Camblin Steel Service Inc Gibbs Giden Locher Turner Senet & Wittbrodt LLP Attn: Michele A. Ellison, Esq. 1880 Century Park East, Floor 12 Los Angeles, CA 90067 | | 27308 | PG&E Corporation | 10/14/2019 | $198,527.00 | $0.00 | $0.00 | $0.00 | $198,527.00 | No Liability Subcontractor Claims |
| Coffey Building Group, Inc. Kellam Law Corporation Newton W. Kellam 500 N State College Blvd Suite 1100 Orange, CA 92868 | | 2531 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $437,985.00 | $437,985.00 | No Liability Subcontractor Claims |
| Creative Ceilings, Inc. Ropers Majeski, Kohn & Bentley Attn: Steven G. Polard 445 South Figueroa Street Suite 3000 Los Angeles, CA 90071 | | 64113 | PG&E Corporation | 10/18/2019 | $95,739.30 | $0.00 | $0.00 | $2,009.20 | $97,748.50 | No Liability Subcontractor Claims |
| D W Nicholson Corp PO Box 4197 Hayward, CA 94540-4197 | | 7284 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $65,918.41 | $65,918.41 | No Liability Subcontractor Claims |
| De Anza Tile Co., Inc. 45755 Northport Loop West Fremont, CA 94538 | | 1063 | PG&E Corporation | 2/25/2019 | $103,410.00 | $0.00 | $0.00 | $0.00 | $103,410.00 | No Liability Subcontractor Claims |
| Flooring Solutions Inc 330 Wright Brothers Ave Livermore, CA 94551-9489 | | 4471 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $28,957.22 | $28,957.22 | No Liability Subcontractor Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Griffin Soil<br>248 Industrial Drive<br>Stockton, CA 95206-3905 | | 76867 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $25,497.57 | $25,497.57 | No Liability Subcontractor Claims |
| Hangtown Electric, Inc. dba Mr. Electric of Rancho Cordova<br>Hannah C. Kreuser 7801 Folsom Blvd., Suite 101<br>Sacramento, CA 95826 | | 2846 | Pacific Gas and Electric Company | 4/29/2019 | $258,501.65 | $0.00 | $0.00 | $0.00 | $258,501.65 | No Liability Subcontractor Claims |
| Hat Creek Construction and Materials Inc<br>24339 Hwy 89 N<br>Burney, CA 96013 | | 10631 | PG&E Corporation | 9/30/2019 | $430,777.50 | $0.00 | $0.00 | $3,770.78 | $434,548.28 | No Liability Subcontractor Claims |
| Hoem and Associates Inc.<br>c/o Pollak Law LLP Attn: Corey M. Pollak, Steven L. Pollak 700 El Camino Real, Suite 201<br>Millbrae, CA 94030 | | 4164 | PG&E Corporation | 7/26/2019 | $9,467.30 | $0.00 | $0.00 | $0.00 | $9,467.30 | No Liability Subcontractor Claims |
| HSNO<br>Melissa Miles 15601 Dallas Parkway Suite 1050<br>Addison, TX 75001 | | 3022 | PG&E Corporation | 5/16/2019 | $0.00 | $0.00 | $0.00 | $13,653.75 | $13,653.75 | No Liability Subcontractor Claims |
| Ingram Fire Protection Inc.<br>23785 Cabot Blvd., Suite 301<br>Hayward, CA 94545 | | 10204 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $5,010.00 | $5,010.00 | No Liability Subcontractor Claims |
| JD2 INC.<br>Attn: Todd Duke<br>AUBURN, CA 95603 | | 61300 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $44,442.40 | $44,442.40 | No Liability Subcontractor Claims |
| JD2 INC.<br>Attn: Todd Duke 450 Nevada St.<br>Auburn, CA 95603 | | 61298 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,517.40 | $1,517.40 | No Liability Subcontractor Claims |
| LJ Interiors, Inc.<br>79 Wright Brothers Av.<br>Livermore, CA 94551 | | 4190 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $23,622.80 | $23,622.80 | No Liability Subcontractor Claims |

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Monticelli Painting and Decorating, Inc. 1121 Regatta Blvd. Richmond, CA 94804 | | 81293 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $26,205.90 | $26,205.90 | No Liability Subcontractor Claims |
| Monticelli Painting and Decorating, Inc. 1121 Regatta Blvd. Richmond, CA 94804 | | 81267 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,604.93 | $10,604.93 | No Liability Subcontractor Claims |
| MURGA, STRANGE & CHALMERS, INC. C/O GREGORY PLASKETT 111 WEST C STREET, SUITE E BENICIA, CA 94510 | | 3856 | PG&E Corporation | 7/17/2019 | $12,868.09 | $0.00 | $0.00 | $12,868.09 | $25,736.18 | No Liability Subcontractor Claims |
| New England Sheet Metal and Mechanical Co. PO Box 4438 Fresno, CA 93744 | | 3474 | Pacific Gas and Electric Company | 6/26/2019 | $19,112.77 | $0.00 | $0.00 | $0.00 | $19,112.77 | No Liability Subcontractor Claims |
| New England Sheet Metal and Mechanical Co. PO Box 4438 Fresno, CA 93744 | | 19874 | PG&E Corporation | 10/8/2019 | $103,017.24 | $0.00 | $0.00 | $0.00 | $103,017.24 | No Liability Subcontractor Claims |
| New England Sheet Metal and Mechanical Co. PO Box 4438 Fresno, CA 93744 | | 19868 | PG&E Corporation | 10/8/2019 | $11,928.96 | $0.00 | $0.00 | $0.00 | $11,928.96 | No Liability Subcontractor Claims |
| New England Sheet Metal and Mechanical Co. PO Box 4438 Fresno, CA 93744 | | 19866 | PG&E Corporation | 10/8/2019 | $47,680.50 | $0.00 | $0.00 | $0.00 | $47,680.50 | No Liability Subcontractor Claims |
| New England Sheet Metal and Mechanical Co. PO Box 4438 Fresno, CA 93744 | | 20031 | PG&E Corporation | 10/8/2019 | $29,796.18 | $0.00 | $0.00 | $0.00 | $29,796.18 | No Liability Subcontractor Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| North American Fence & Railing, Inc. c/o Rogers Joseph O' Donnell Attn: Aaron P. Silberman, Lauren B. Kramer 311 California Street San Francisco, CA 94104 | | 61512 | Pacific Gas and Electric Company | 10/17/2019 | $13,981.20 | $0.00 | $0.00 | $0.00 | $13,981.20 | No Liability Subcontractor Claims |
| North American Fence & Railing, Inc. c/o Rogers Joseph O' Donnell Attn: Aaron P. Silberman, Lauren B. Kramer 311 California Street San Francisco, CA 94104 | | 61513 | Pacific Gas and Electric Company | 10/17/2019 | $54,916.00 | $0.00 | $0.00 | $0.00 | $54,916.00 | No Liability Subcontractor Claims |
| Pro Installations, Inc., dba ProSpectra Contract Flooring Law Offices of Robert G. Miner Attn: Kent W. Keating, Esq. 199 W. Hillcrest Drive Thousand Oaks, CA 91360 | | 3549 | PG&E Corporation | 7/8/2019 | $0.00 | $0.00 | $0.00 | $31,946.57 | $31,946.57 | No Liability Subcontractor Claims |
| RANEY, RICKEE L DBA RANEY UNLIMITED 18114 N VASSAR CT SONOMA, CA 95476 | | 77017 | PG&E Corporation | 10/21/2019 | $9,570.00 | $0.00 | $0.00 | $0.00 | $9,570.00 | No Liability Subcontractor Claims |
| Raney, Rickee L DBA Raney Unlimited 18114 N Vassar Ct Sonoma, CA 95476 | | 78820 | PG&E Corporation | 10/21/2019 | $12,372.50 | $0.00 | $0.00 | $0.00 | $12,372.50 | No Liability Subcontractor Claims |
| Red Top Electric Co., Emeryville, Inc. Sweeney Masin Wilson & Bosomworth William M. Kaufman, Esq. 983 University Ave., Ste. 104C Los Gatos, CA 95032-7637 | | 57492 | PG&E Corporation | 10/11/2019 | $208,452.40 | $0.00 | $0.00 | $0.00 | $208,452.40 | No Liability Subcontractor Claims |
| RIM Architects (California) Inc. c/o Sara Chenetz Perkins Coie LLP 1888 Century Park E, Suite 1700 Los Angeles, CA 90067 | | 9900 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $385,906.14 | $385,906.14 | No Liability Subcontractor Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Romano's Painting & Paperhanging Co., Inc. 23462 Bernhardt Street Hayward, CA 94545 | | 80325 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $45,525.70 | $45,525.70 | No Liability Subcontractor Claims |
| RPR Architects Inc 1629 Telegraph Avenue Oakland, CA 94612-2156 | | 87267 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $32,344.24 | $32,344.24 | No Liability Subcontractor Claims |
| Sabah International Inc. 5925 Stoneridge Drive Pleasanton, CA 94588 | | 7202 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $18,317.17 | $18,317.17 | No Liability Subcontractor Claims |
| Sanco Pipelines, Inc. Leonidou & Rosin, PC Gregory S. Gerson, Esq. 777 Cuesta Drive, Ste. 200 Mountain View, CA 94040 | | 17479 | Pacific Gas and Electric Company | 10/9/2019 | $6,174.86 | $0.00 | $0.00 | $0.00 | $6,174.86 | No Liability Subcontractor Claims |
| Security Contractor Services, Inc. Chad S. Tapp 350 University Ave. Ste # 200 Sacramento, CA 95825 | | 3544 | PG&E Corporation | 7/8/2019 | $40,633.92 | $0.00 | $0.00 | $0.00 | $40,633.92 | No Liability Subcontractor Claims |
| Security Contractor Services, Inc. Chad S. Tapp 350 University Ave. Ste #200 Sacramento, CA 95825 | | 3550 | PG&E Corporation | 7/8/2019 | $87,362.88 | $0.00 | $0.00 | $0.00 | $87,362.88 | No Liability Subcontractor Claims |
| Smiths Grinding A Partnership 16501 Jesus Maria Road Mokelumne Hill, CA 95245 | | 77881 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $42,272.00 | $42,272.00 | No Liability Subcontractor Claims |
| Starch Concrete, Inc. Eli Underwood Krogh & Decker Sacramemto, CA 95814 | | 78979 | PG&E Corporation | 10/21/2019 | $377,308.00 | $0.00 | $0.00 | $0.40 | $377,308.40 | No Liability Subcontractor Claims |
| Starch Concrete, Inc. c/o Krogh & Decker Attn: Eli Underwood 555 Capitol Mall Suite 700 Sacramento, CA 95814 | | 7682 | PG&E Corporation | 8/20/2019 | $377,308.00 | $0.00 | $0.00 | $0.40 | $377,308.40 | No Liability Subcontractor Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Starch Concrete, Inc. c/o Krogh & Decker Attn: Eli Underwood 555 Capitol Mall Suite 700 Sacramento, CA 95814 | | 70456 | Pacific Gas and Electric Company | 10/21/2019 | $377,308.00 | $0.00 | $0.00 | $0.40 | $377,308.40 | No Liability Subcontractor Claims |
| SWCA, Incorporated 20 E. Thomas, Suite 1700 Phoenix, AZ 85012 | | 2581 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $149,349.66 | $149,349.66 | No Liability Subcontractor Claims |
| VASQUEZ, RANDOLPH R 328 PRYDE AVE BIGGS, CA 95917 | | 3924 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $1,350.00 | $1,350.00 | No Liability Subcontractor Claims |
| Yurok Tribe Attn: Don Barnes, TERO Director 190 Klamath Blvd. P.O. Box 1027 Klamath, CA 95548 | | 55953 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $88,365.26 | $88,365.26 | No Liability Subcontractor Claims |
| **Claims To Be Expunged Totals** | | **Count: 53** | | | **$3,757,481.30** | **$0.00** | **$0.00** | **$8,440,839.34** | **$12,198,320.64** | |