

Signed and Filed: December 23, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  BRAD BRIAN (State Bar No. 79001)
   Brad.Brian@mto.com
2  THOMAS B. WALPER (State Bar No. 96667)
   thomas.walper@mto.com
3  HENRY WEISSMANN (State Bar No. 132)
   henry.weissmann@mto.com
4  BRADLEY SCHNEIDER (State Bar No. 235296)
   bradley.schneider@mto.com
5  **MUNGER, TOLLES & OLSON LLP**
6  350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071
7  Telephone:    (213) 683-9100
   Facsimile:    (213) 683-3702
8

9  *Attorneys for Reorganized Debtors
   and Debtors in Possession*

10

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING FINAL FEE APPLICATION OF MUNGER, TOLLES & OLSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR CERTAIN MATTERS FROM JANUARY 29, 2019 THROUGH JULY 1, 2020**<br><br>[Relates to Dkt. No. 9596, 8943] |

Upon the application, dated August 31, 2020, Docket No. 8943, of Munger, Tolles & Olson LLP ("**MTO**"), attorneys to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for certain matters, for final allowance of compensation for professional services provided in the amount of $41,011,523.90 and reimbursement of actual and necessary expenses in the amount of $1,534,945.09 that MTO incurred for the period from January 29, 2019 through July 1, 2020 (the "**Final Fee Period**"); and upon the *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (2nd Set)* filed on November 23, 2020, Docket No. 9596,

**IT IS HEREBY ORDERED THAT:**

1. The Debtors are authorized to pay, to Munger, Tolles & Olson LLP, the "Total Amount Outstanding" set forth on Exhibit A for compensation for professional services provided and reimbursement of actual and necessary expenses, which amount reflects a credit for all previous payments by the Debtors for fees and expenses of MTO in the Final Fee Period and the compromises with the Fee Examiner.

2. The fees and expenses of MTO incurred from June 1, 2020 through July 1, 2020 are approved on an interim basis in the amount of $1,582,356.90 in fees and $4,947.50 in expenses.

3. The fees and expenses of MTO incurred from January 29, 2019 through July 1, 2020 are approved on a final basis the amount of $40,936,523.90 in fees and $1,534,945.09 in expenses.

**END OF ORDER**

Approved as to Form,

/s/ Scott H. McNutt
Scott H. McNutt
Counsel to the Fee Examiner

# EXHIBIT A

EXHIBIT A

To

Order on Final Fee Application of Munger, Tolles & Olson LLP

| | |
|---|---|
| Name of Final Fee Applicant: | Munger, Tolles & Olson LLP |
| Party Represented: | Attorneys for Reorganized Debtors |
| Date Range for Which Compensation is Sought: | January 29, 2019 through July 1, 2020 |
| Total Fees Requested Through Interim Applications to Date (January 29, 2019 – May 31, 2020): | $ 40,744,167.00 |
| Total Expenses Requested Through Interim Applications to Date (January 29, 2019 – May 31, 2020): | $ 1,529,997.59 |
| Total: | $ 42,274,164.59 |
| (Less) Total Fee Examiner Compromised Reductions in Connection to Interim Applications to Date (January 29, 2019 – May 31, 2020): | $ (1,390,000.00) |
| Total Fees and Expenses Approved to Date: | $ 40,884,164.59 |
| Amount of Fees Not Subject to Previous Interim Fee Application Orders (June 1, 2020 – July 1, 2020): | $ 1,657,356.90 |
| Amount of Expenses Not Subject to Previous Interim Fee Application Orders (June 1, 2020 – July 1, 2020) | $ 4,947.50 |

| | | |
|---|---|---|
| (Less) Additional Reductions per Compromise with Fee Examiner: | $ | (75,000.00) |
| (Less) Total Amount of Fees and Expenses Paid to Date: | $ | (42,184,550.63) |
| Total Amount Outstanding: | $ | $286,918.36 |