| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Advanced Integrated Pest Management 1110 Melody Ln Roseville, CA  95678-5193 | | **8193** | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $5,781.50 | $5,781.50 | Other Satisfied |
| Advanced Integrated Pest Management Francine Coker 1110 Melody Lane Roseville, CA  95678 | | **7943** | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $11,165.00 | $11,165.00 | Other Satisfied |
| Air, Weather & Sea Conditions, Inc. P.O. Box 512 Pacific Palisades, CA  90272 | | **105760** | Pacific Gas and Electric Company | 6/3/2020 | $8,008.00 | $0.00 | $0.00 | $0.00 | $8,008.00 | Other Satisfied |
| ALERT DOOR SERVICE, INC. 925 NORTH AMPHLETT BLVD. SAN MATEO, CA  94401 | | **3235** | Pacific Gas and Electric Company | 6/5/2019 | $0.00 | $0.00 | $0.00 | $2,375.02 | $2,375.02 | Other Satisfied |
| Analysis and Measurement Services Corporation Mr. Darrell W. Mitchell 9119 Cross Park Drive Knoxville, TN  37923 | | **753** | Pacific Gas and Electric Company | 2/19/2019 | $0.00 | $0.00 | $0.00 | $475,000.00 | $475,000.00 | Other Satisfied |
| Bayshore Solar A, LLC Andrew Morton Stoel Rives LLP 600 University Street, Suite 3600 Seattle, WA  98101 | | **66124** | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $37,025.08 | $37,025.08 | Cure Payments |
| Bayshore Solar B, LLC c/o Stoel Rives LLP Attn: Andrew H. Morton 600 University Street, Suite 3600 Seattle, WA  98101 | | **66084** | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $37,722.15 | $37,722.15 | Cure Payments |
| Big Creek Water Works Ltd Hollister Law Corporation 5150 Fair Oaks Blvd, #101-286 Carmichael, CA  95608 | | **2340** | PG&E Corporation | 4/16/2019 | $373,563.64 | $0.00 | $0.00 | $116,856.60 | $490,420.24 | Cure Payments |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bradford Capital Holdings, LP as Transferee of DW Plumbing, Inc. c/o Bradford Capital Management, LLC Clifton, NJ 7012 | Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353 Clifton, NJ 7012 100% | 8818 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $2,608.72 | $2,608.72 | Other Satisfied |
| BURLINGTON NORTHERN SANTA FE RAILWA P.O. BOX 847574 DALLAS, TX 75284-7574 | | 1034762 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $374.48 | $374.48 | Other Satisfied |
| Butte County Department of Public Work 7 County Center Drive Oroville, CA 95965 | | 2363 | PG&E Corporation | 4/17/2019 | $0.00 | $0.00 | $0.00 | $97,437.81 | $97,437.81 | Other Satisfied |
| California Department of Parks and Recreation Legal Office Attn: Parveen Kasaree PO Box 94296 Sacramento , CA 94296 | | 77799 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $11,080.00 | $11,080.00 | Other Satisfied |
| California Department of Parks and Recreation Legal Office Attn: Parveen Kasaree PO Box 94296 Sacramento, CA 94296 | | 87617 | Pacific Gas and Electric Company | 11/15/2019 | $0.00 | $0.00 | $0.00 | $11,080.00 | $11,080.00 | Other Satisfied |
| CALIFORNIA STATE LANDS COMMISSION ATTN: JOSEPH FABEL 100 HOWE AVE #100-SOUTH SACRAMENTO, CA 95825-8202 | | 58055 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $18,634.64 | $18,634.64 | Other Satisfied |
| California Underground Facilities Safe Excavation Board Jeffrey Brooks, Board Attorney California Underground Facilities Safe Excavation Board 2251 Harvard Street, 4th Floor Sacramento, CA 95815 | | 79375 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,074.52 | $3,074.52 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cencal Mechnanical Heating & Air, Inc 1254 Lone Palm Avenue Modesto, CA 95351 | | **3442** | Pacific Gas and Electric Company | 6/24/2019 | $0.00 | $0.00 | $0.00 | $9,255.46 | $9,255.46 | Other Satisfied |
| City of Lincoln City Attorney 600 6th Street Lincoln, CA 95648 | | **8219** | Pacific Gas and Electric Company | 9/3/2019 | $0.00 | $0.00 | $0.00 | $37,822.50 | $37,822.50 | Other Satisfied |
| City of San Ramon Attn: Candace Daniels 7000 Bollinger Canyon Road San Ramon, CA 94583 | | **2741** | PG&E Corporation | 4/19/2019 | $0.00 | $0.00 | $0.00 | $34,800.00 | $34,800.00 | Other Satisfied |
| CITY OF SAN RAMON Attn: Candace Daniels SAN RAMON, CA 94583 | | **64052** | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $19,380.00 | $19,380.00 | Other Satisfied |
| City Wide Property Services, Inc. 3054 Gold Canal Drive Rancho Cordova, CA 95670 | | **3260** | Pacific Gas and Electric Company | 6/5/2019 | $0.00 | $0.00 | $0.00 | $9,625.20 | $9,625.20 | Other Satisfied |
| Clean Power Alliance of Southern California Attn: Nancy Whang, General Counsel 555 West 5th Street, 35th Floor Los Angeles, CA 90013 | | **58458** | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $22,765,000.00 | $22,765,000.00 | Other Satisfied |
| Contrarian Funds, LLC as Transferee of Klute, Inc. Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 9500 West Dodge Rd., Ste. 100 Greenwich, CT 06830 | Contrarian Funds, LLC Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 6830 100% | **65466** | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $146,162.97 | $146,162.97 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Contrarian Funds, LLC As Transferee of Shaw Pipeline Services Inc<br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | Contrarian Funds, LLC<br><br>ATTN: 392426 500 Ross St 154-0455<br>Pittsburgh, PA 15262<br>100% | 72742 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $53,947.92 | $53,947.92 | Cure Payments |
| CRG Financial LLC (As Assignee of C.R. Fence Company Inc., dba Humboldt Fence Co.)<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | CRG Financial LLC<br><br>100 Union Avenue, Suite 240<br>Cresskill, NJ 7626<br>100% | 78542 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Other Satisfied |
| East Bay Clarklift, Inc.<br>PO BOX 14338<br>Oakland, CA 94614-2338 | | 87384 | PG&E Corporation | 11/4/2019 | $0.00 | $0.00 | $0.00 | $1,026.55 | $1,026.55 | Other Satisfied |
| Fair Harbor Capital, LLC as Assignee of Nor Cal Garage Door Co<br>Ansonia Finance Station PO Box 237037<br>New York, NY 10023 | Fair Harbor Capital, LLC<br><br>Ansonia Finance Station PO Box 237037<br>New York, NY 10023<br>100% | 2288 | Pacific Gas and Electric Company | 4/16/2019 | $0.00 | $0.00 | $0.00 | $2,225.88 | $2,225.88 | Other Satisfied |
| Fair Harbor Capital, LLC as Transferee of Able Fence Company, Inc.<br>Ansonia Finance Station<br>New York, NY 10023 | Fair Harbor Capital, LLC<br><br>Ansonia Finance Station Attn: Fredric Glass PO Box 237037<br>New York, NY 10023<br>100% | 3020 | Pacific Gas and Electric Company | 5/16/2019 | $0.00 | $0.00 | $0.00 | $8,540.00 | $8,540.00 | Other Satisfied |
| Fair Harbor Capital, LLC as Transferee of Able Fence Company, Inc.<br>Ansonia Finance Station<br>New York, NY 10023 | Fair Harbor Capital, LLC<br><br>Ansonia Finance Station Attn: Fredric Glass PO Box 237037<br>New York, NY 10023<br>100% | 3019 | Pacific Gas and Electric Company | 5/16/2019 | $0.00 | $0.00 | $0.00 | $437.50 | $437.50 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fit-Tech Service Inc<br>2487 Courage Dr. Ste 8<br>Fairfield, CA  94533 | | **3387** | PG&E Corporation | 6/17/2019 | $0.00 | $0.00 | $0.00 | $590.00 | $590.00 | Other Satisfied |
| Fit-Tech Service Inc<br>2487 Courage Dr. Ste 8<br>Fairfield, CA  94533 | | **4300** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $205.00 | $205.00 | Other Satisfied |
| Golden West Betterway Uniforms<br>499 High Street<br>Oakland, CA  94601-3903 | | **55161** | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $266.00 | $266.00 | Other Satisfied |
| Hernandez, Joseph F<br>3225 Tehama Ct<br>Modesto, CA  95355-7845 | | **8582** | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $1,636.55 | $1,636.55 | Other Satisfied |
| Industrial Plumbing Supply, LLC<br>P.O. Box 2216<br>Redwood City, CA  94064 | | **3061** | Pacific Gas and Electric Company | 5/20/2019 | $0.00 | $0.00 | $0.00 | $2,662.14 | $2,662.14 | Other Satisfied |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY  10001 | Marble Ridge TC LP<br><br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY  10001<br>52.49% | **89371** | Pacific Gas and Electric Company | 12/17/2019 | $0.00 | $0.00 | $0.00 | $11,126,379.78 | $11,126,379.78 | Cure Payments |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP<br>Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601<br>New York, NY  10001 | MRC Opportunities Fund I LP – Series C<br><br>c/o Marble Ridge Capital LP Attn: Kamand Daniels 1250 Broadway, Suite 2601<br>New York, NY  10001<br>47.51% | **89371** | Pacific Gas and Electric Company | 12/17/2019 | $0.00 | $0.00 | $0.00 | $11,126,379.78 | $11,126,379.78 | Cure Payments |
| Merchant Building Maintenance LLC<br>Sharon Godinez 606 Monterey Pass Road<br>Monterey Park, CA  91754 | | **3389** | Pacific Gas and Electric Company | 6/18/2019 | $0.00 | $0.00 | $0.00 | $799,682.92 | $799,682.92 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nakano Pena Macias Landscape Inc<br>5530 Colusa Avenue<br>Richmond, CA 94804 | | **3514** | Pacific Gas and Electric Company | 7/2/2019 | $0.00 | $0.00 | $0.00 | $12,029.84 | $12,029.84 | Other Satisfied |
| Newcom Tree Experts Inc<br>5112 Everglades Park Dr<br>Fremont, CA 94538 | | **7974** | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $0.00 | $225,696.69 | $225,696.69 | Other Satisfied |
| Paragon Enterprises<br>PO Box 1008<br>Arroyo Grande, CA 93421 | | **3268** | Pacific Gas and Electric Company | 6/7/2019 | $0.00 | $0.00 | $0.00 | $4,167.00 | $4,167.00 | Other Satisfied |
| Pastori, Rick A<br>7570 Myrtle Ave<br>Eureka, CA 95503-9438 | | **6847** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $3,140.00 | $3,140.00 | Other Satisfied |
| PETRUSHA ENTERPRISES, INC. dba ADVANCED SECURITY SYSTEMS<br>1336 FOURTH ST<br>EUREKA, CA 95501 | | **80259** | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $248.55 | $248.55 | Other Satisfied |
| Quench USA, Inc.<br>Attn: Frank Grillo 630 Allendale Road<br>King of Prussia, PA 19406 | | **1251** | Pacific Gas and Electric Company | 3/4/2019 | $0.00 | $0.00 | $0.00 | $62,355.73 | $62,355.73 | Other Satisfied |
| R&S Erection, Inc<br>P.O. Box 601<br>Valley Springs, CA 95252 | | **3267** | Pacific Gas and Electric Company | 6/6/2019 | $0.00 | $0.00 | $0.00 | $44,313.94 | $44,313.94 | Other Satisfied |
| Raymond Carrier / Take Care Termite<br>192 W Larch Rd Ste De<br>Tracy, CA 95304-1632 | | **6873** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $4,405.00 | $4,405.00 | Other Satisfied |
| Recology Humboldt County<br>P O Box 188<br>Samoa, CA 95564 | | **3010** | Pacific Gas and Electric Company | 5/15/2019 | $0.00 | $0.00 | $0.00 | $14,152.26 | $14,152.26 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Recology Humboldt County<br>P O Box 188<br>Samoa, CA 95564 | | **2946** | Pacific Gas and Electric Company | 5/8/2019 | $0.00 | $0.00 | $0.00 | $679.16 | $679.16 | Cure Payments |
| Recology Humboldt County<br>P O Box 188<br>Samoa, CA 95564 | | **3014** | PG&E Corporation | 5/15/2019 | $0.00 | $0.00 | $0.00 | $18.97 | $18.97 | Cure Payments |
| Recology Humboldt County<br>P O Box 188<br>Samoa, CA 95564 | | **3017** | PG&E Corporation | 5/15/2019 | $0.00 | $0.00 | $0.00 | $781.02 | $781.02 | Cure Payments |
| Recology Humboldt County<br>P O Box 188<br>Samoa, CA 95564 | | **3016** | PG&E Corporation | 5/15/2019 | $0.00 | $0.00 | $0.00 | $586.99 | $586.99 | Cure Payments |
| Recology Humboldt County<br>P O Box 188<br>Samoa, CA 95564 | | **3015** | PG&E Corporation | 5/15/2019 | $0.00 | $0.00 | $0.00 | $252.45 | $252.45 | Cure Payments |
| Recology, Inc.<br>Lawrence Schwab / Kenneth Law<br>Bialson, Bergen & Schwab 633<br>Menlo Avenue, Suite 100<br>Menlo Park, CA 94025 | | **79212** | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $197,356.00 | $197,356.00 | Cure Payments |
| Robison, Silvia A.<br>8423 N Main St<br>Eden, NY 14057-1214 | | **106699** | Pacific Gas and Electric Company | 11/5/2020 | $0.00 | $0.00 | $0.00 | $12,112.44 | $12,112.44 | Beneficial Bondholder Claims |
| Rock Creek Limited Partnership<br>Andrew H. Morton Stoel Rives<br>LLP 600 University Street Suite 3600<br>Seattle, WA 98101 | | **66491** | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $995.07 | $995.07 | Cure Payments |
| Santa Clara Valley Corp DBA Swenson Development & Construction<br>715 N. First Street, Suite 27<br>San Jose, CA 95121 | | **58281** | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $19,921.56 | $19,921.56 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Schneider, Lloyd PO Box 892 Tuolumne, CA 95379 | | **78520** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $2,850.00 | $150.00 | $3,000.00 | Engineering Advances and Other Refunds |
| Schneider, Lloyd A PO Box 892 Tuolumne, CA 95379 | | **106511** | PG&E Corporation | 9/26/2020 | $0.00 | $0.00 | $2,850.00 | $150.00 | $3,000.00 | Engineering Advances and Other Refunds |
| Schneider, Lloyd A PO Box 892 Tuolumne, CA 95379 | | **106510** | PG&E Corporation | 9/26/2020 | $0.00 | $0.00 | $2,850.00 | $150.00 | $3,000.00 | Engineering Advances and Other Refunds |
| Schneider, Lloyd A. PO Box 892 Tuolumne, CA 95379 | | **106539** | PG&E Corporation | 9/26/2020 | $0.00 | $0.00 | $2,850.00 | $150.00 | $3,000.00 | Engineering Advances and Other Refunds |
| Shiloh I Wind Power LLC Stoel Rives LLP Attn: Jennifer Slocum 600 University Street Suite 3600 Seattle, WA 98101 | | **104748** | Pacific Gas and Electric Company | 5/15/2020 | $0.00 | $0.00 | $0.00 | $86,139.45 | $86,139.45 | Cure Payments |
| Signature Coast Holdings LLC SCH DBA Coast Landscape Mgmt Attn: Anela Jonas 103 Camino Oruga Napa, CA 94558 | | **9833** | Pacific Gas and Electric Company | 9/26/2019 | $0.00 | $0.00 | $0.00 | $52,124.50 | $52,124.50 | Other Satisfied |
| Silicon Valley Lockmasters, Inc. 1444 S Main St Milpitas, CA 95035-6204 | | **4673** | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $424.85 | $424.85 | Other Satisfied |
| Solar Kansas South LLC Kevin Malcarney 300 Cernegie Center, Suite 300 Princeton, NJ 08540 | | **78194** | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $159,762.11 | $0.00 | $0.00 | $159,762.11 | Cure Payments |
| Sonoma Sweepers, Inc. Jeffrey L Spharler 144 Ford Street, Suite B Ukiah, CA 95482 | | **6174** | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $6,515.00 | $6,515.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Universal Site Services<br>760 E. Capitol Ave<br>Milpitas, CA 95035 | | **8928** | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $28,495.71 | $28,495.71 | Other Satisfied |
| Wil-Cal Lighting Management Co Inc<br>PO Box 5879<br>San Jose, CA 95150 | | **3295** | Pacific Gas and Electric Company | 6/7/2019 | $0.00 | $0.00 | $0.00 | $557.15 | $557.15 | Other Satisfied |
| Wil-Cal Lighting Management Co Inc<br>PO Box 5879<br>San Jose, CA 95150 | | **3280** | Pacific Gas and Electric Company | 6/7/2019 | $0.00 | $0.00 | $0.00 | $597.72 | $597.72 | Other Satisfied |
| Wil-Cal Lighting Management Co, Inc<br>P O Box 5879<br>San Jose, CA 95150 | | **3276** | Pacific Gas and Electric Company | 6/6/2019 | $0.00 | $0.00 | $0.00 | $488.62 | $488.62 | Other Satisfied |
| Yardi Marketplace, Inc.<br>12301 Research Blvd Ste 100<br>Bldg 4<br>Austin, TX 78759 | | **2950** | PG&E Corporation | 5/10/2019 | $0.00 | $0.00 | $0.00 | $19,085.47 | $19,085.47 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count:68** | | | **$381,571.64** | **$159,762.11** | **$11,400.00** | **$47,775,232.81** | **$48,327,966.56** | |