| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | Basis For Objection | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Contrarian Funds, LLC as Transferee of Jensen Hughes Inc<br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>**Claim Transferred To:**<br>Contrarian Funds, LLC<br>Attn: 392426 500 Ross St 154-0455<br>Pittsburgh, PA 15262<br>100% | 3551 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,883.62 (U)<br>$32,883.62 (T) | Duplicative Claims (Partially Identical) | Contrarian Funds, LLC as Transferee of Jensen Hughes Inc<br>Attn: Alisa Mumola<br>Greenwich, CT 06830 | 4052 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$131,178.50 (U)<br>$131,178.50 (T) |
| Cutts, Kathy<br>19405 Bainter Ave<br>Los Gatos, CA 95030-2917 | 106166 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicative Claims (Identical) | Cutts, Kathy<br>19405 Bainter Ave<br>Los Gatos, CA 95030-2917 | 106212 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| Del Carlo, Leo<br>6510 Clarksburg Pl<br>Stockton, CA 95207-3223 | 106810 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | Duplicative Claims (Identical) | Del Carlo, Leo<br>6510 Clarksburg Pl<br>Stockton, CA 95207-3223 | 106815 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500.00 (U)<br>$1,500.00 (T) |
| Turner, Jonte<br>600 Coolidge Drive STE #190<br>Folsom, CA 95630 | 106172 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Duplicative Claims (Identical) | Turner, Jonte<br>600 Coolidge Drive STE #190<br>Folsom, CA 95630 | 106164 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) |
| Wartsila North America, Inc.<br>Attn: Gabriela Rivero 11710 N. Gessner Rd., Suite A<br>Houston, TX 77064 | 106703 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$162,329.26 (U)<br>$162,329.26 (T) | Duplicative Claims (Identical) | Wartsila North America, Inc.<br>Attn: Gabriela Rivero, Area Legal Counsel<br>11710 N. Gessner Rd., Suite A<br>Houston, TX 77064 | 106704 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$162,329.26 (U)<br>$162,329.26 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".