| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ainsworth, Kevin<br>420 Valdapena Court<br>ESCALON, CA 95320 | | 3960 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Bailey, Vicki Lynn<br>16988 NW 10th Street<br>Blountstown, FL 32424 | | 3953 | Pacific Gas and Electric Company | 7/28/2019 | $0.00 | $0.00 | $4,500.00 | $0.00 | $4,500.00 | ADR No Liability |
| Bray, Ken W<br>2615 Forest Avenue<br>Chico, CA 95928 | | 81365 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $40,000.00 | $40,000.00 | ADR No Liability |
| Bray, Ken W<br>2615 Forest Avenue<br>Chico, CA 95928 | | 80833 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $40,000.00 | $40,000.00 | ADR No Liability |
| Brewer, Antoinette<br>1411 Parker Street, Apt #4<br>Berkeley, CA 94702-2300 | | 79797 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | ADR No Liability |
| Bryce, Kristina<br>5305 Blue Lakes Rd #25<br>Upper Lake, CA 95485 | | 71865 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $12,700.00 | $0.00 | $12,700.00 | ADR No Liability |
| Carter, Harold<br>2860 Bridgeford Drive<br>Sacramento, CA 95833 | | 3819 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $1,211.00 | $1,211.00 | ADR No Liability |
| Clements, Mike<br>1400 So Main St 16-B<br>Lakeport, CA 95453 | | 96411 | PG&E Corporation | 1/6/2020 | $250,000.00 | $0.00 | $0.00 | $0.00 | $250,000.00 | ADR No Liability |
| Collin, Amber<br>215 Gil Blas Road<br>Danville, CA 94526 | | 92836 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | ADR No Liability |
| Conner, Candies<br>320 Kapalua Bay Circle<br>Pittsburg, CA 94565 | | 66277 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | ADR No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cun, Debbie<br>5330 Noyack Way<br>Sacramento, CA 95835 | | 3967 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | ADR No Liability |
| Danelson, Vikki<br>Box 227<br>Kelseyville, CA 95451 | | 96405 | PG&E Corporation | 1/6/2020 | $230,000.00 | $0.00 | $0.00 | $20.00 | $230,020.00 | ADR No Liability |
| EMHE<br>100 Fairgrounds Drive<br>Petaluma, CA 94952 | | 81057 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| EMHE<br>100 Fairgrounds Drive<br>Petaluma, CA 94952 | | 61289 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Eng, Joanne<br>953 Lombard Street<br>San Francisco, CA 94133-2217 | | 92258 | PG&E Corporation | 12/30/2019 | $0.00 | $0.00 | $0.00 | $377.00 | $377.00 | ADR No Liability |
| Eng, Martin<br>953 Lombard Street<br>San Francisco, CA 94133-2217 | | 92240 | Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $388.00 | $388.00 | ADR No Liability |
| Eng, Martin<br>949 Lombard Street<br>San Francisco, CA 94133 | | 92249 | PG&E Corporation | 12/29/2019 | $0.00 | $0.00 | $0.00 | $497.00 | $497.00 | ADR No Liability |
| Eng, Martin Lee<br>951 Lombard Street<br>San Francisco, CA 94133-2217 | | 92332 | Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $389.00 | $389.00 | ADR No Liability |
| Freer, Greg<br>939 W East Ave Apt 7<br>Chico, CA 95926-2049 | | 81363 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Hall, Jessica N<br>1807 E Cornell Ave<br>Fresno, CA 93703-1021 | | 5090 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $150.00 | $850.00 | $1,000.00 | ADR No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Haskins, Tiffany<br>5767 62nd Street<br>Sacramento, CA 95824 | | 61269 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,450.00 | $2,450.00 | ADR No Liability |
| Haywood, Rufus Maximillion<br>Pro Se P.O. Box 5872<br>Oxnard, CA 93031 | | 105771 | PG&E Corporation | 6/5/2020 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | ADR No Liability |
| Haywood, Rufus Maximillion<br>P.O. Box 5872<br>Oxnard, CA 93031 | | 87632 | PG&E Corporation | 11/20/2019 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | ADR No Liability |
| Holubec, Patricia<br>1800 Wisteria Circle<br>Petaluma, CA 94954 | | 67898 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | ADR No Liability |
| Hong, Hildegard<br>Callaway and Wolf 150 Post Street, Suite 600<br>San Francisco, CA 94108 | | 621 | Pacific Gas and Electric Company | 2/13/2019 | $0.00 | $0.00 | $0.00 | $47,719.00 | $47,719.00 | ADR No Liability |
| Hunter, Tanya<br>15783 Maubert Ave<br>San Leandro, CA 94578 | | 65919 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $3,640.00 | $3,640.00 | ADR No Liability |
| Jimenez, Alfredo M<br>521 Smalley Ave<br>Hayward, CA 94541-4919 | | 7853 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | ADR No Liability |
| Kemper, Josh<br>821 52nd Ave Uppr<br>Oakland, CA 94601-5631 | | 6633 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | ADR No Liability |
| Khoshsirat, Majid<br>1828 W San Carlos ST<br>San Jose, CA 95128-1929 | | 61219 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $9,679.84 | $0.00 | $9,679.84 | ADR No Liability |
| Lee, Susan C<br>2615 Forest Avenue Suite 120<br>Chico, CA 95928 | | 76584 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | ADR No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lee, Susan C<br>2615 Forest Avenue Suite 120<br>Chico, CA 95928 | | 67853 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | ADR No Liability |
| Madrid, Melaine J<br>6497 Perry Rd<br>Magalia, CA 95954 | | 92229 | PG&E Corporation | 12/27/2019 | $0.00 | $0.00 | $2,850.00 | $9,950.00 | $12,800.00 | ADR No Liability |
| Mitchell, David<br>Law Offices of Craig E. Johnson<br>5401 Business Park South, Suite 206<br>Bakersfield, CA 93309 | | 2306 | PG&E Corporation | 4/15/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | ADR No Liability |
| NELSON, TOYRIAN<br>1410 THRUSH AVE APT 2<br>SAN LEANDRO, CA 94578-2094 | | 6895 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | ADR No Liability |
| Perez, Yolanda<br>39271 Road 128<br>Cutler, CA 93615-9779 | | 87690 | PG&E Corporation | 11/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| PERRY, JAIME<br>14170 TRINITY AVE<br>RED BLUFF, CA 96080 | | 4627 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Pouncil, Matais<br>2423 E 22nd St<br>Oakland, CA 94601-1231 | | 6539 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | ADR No Liability |
| Ross, James<br>7582 Circle Hill Drive<br>Oakland, CA 94605 | | 76001 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Sellman, Lorene<br>35 W. Bissell Ave<br>Richmond, CA 94801 | | 9810 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $80,000.00 | $80,000.00 | ADR No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Seymour, Jessica<br>2718 N Bowdish Rd Apt 343<br>Spokane Valley, WA  99206 | | 67499 | PG&E Corporation | 10/16/2019 | $500.00 | $0.00 | $0.00 | $2,500.00 | $3,000.00 | ADR No Liability |
| Stowell, Jennifer<br>314 Parnell Ct<br>Walnut Creek, CA  94597-2818 | | 5453 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | ADR No Liability |
| Taninh, Khan<br>2090 Loleta Ave<br>Corning, CA  96021-9696 | | 7018 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | ADR No Liability |
| Taylor, Gail<br>2027 Caballo Way<br>Santa Maria, CA  93458-8208 | | 7102 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Thompson, La Jeana<br>675 San Bruno Ave Apt #1<br>Brisbane, CA  94005 | | 76767 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $456.00 | $456.00 | ADR No Liability |
| Thornton, Matthew<br>1841 Yosemite St<br>Seaside, CA  93955-3915 | | 4970 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $9,000.00 | $750.00 | $9,750.00 | ADR No Liability |
| Triveri, Jordan D.<br>101 Parkshore Drive, Suite 100<br>Folsom, CA  95630 | | 2729 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | ADR No Liability |
| Williams, Pamela<br>1150 Brookside Dr Apt 506<br>San Pablo, CA  94806-3497 | | 87034 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $15,700.00 | $0.00 | $15,700.00 | ADR No Liability |
| **Claims To Be Expunged Totals** | | **Count: 47** | | | **$480,500.00** | **$0.00** | **$72,579.84** | **$670,297.00** | **$1,223,376.84** | |