| | |
|---|---|
| 1 | **PORTER LAW GROUP, INC.** |
| 2 | William L. Porter [133968] |
| 2 | Hannah C. Kreuser [322959] |
| 3 | 7801 Folsom Boulevard, Suite 101 |
| 3 | Sacramento, California 95826 |
| 4 | Telephone: 916-381-7868 |
| 4 | Facsimile: 916-381-7880 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>---<br><br>o  Affects PG&E Corporation<br><br>X  Affects Pacific Gas and Electric Company<br><br>o  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088(DM)* | Case Nos.   19-30088 (DM)<br>                 19-30089 (DM)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**WITHDRAWAL OF PROOF OF CLAIM BY HANGTOWN ELECTRIC, INC. DBA MR. ELECTRIC OF RANCHO CORDOVA (CLAIM NO. 2846)** |

Pursuant to the Federal Rules of Bankruptcy Procedure, Rule 3006, HANGTOWN ELECTRIC, INC. DBA MR. ELECTRIC OF RANCHO CORDOVA ("HANGTOWN"), by and through its undersigned counsel, hereby respectfully withdraws its remaining proof of claim

1
WITHDRAWAL OF PROOF OF CLAIM BY HANGTOWN ELECTRIC, INC. DBA MR. ELECTRIC OF RANCHO CORDOVA (CLAIM NO. 2846)

Case: 19-30088   Doc# 9915   Filed: 12/28/20   Entered: 12/28/20 12:27:01   Page 1 of 2

(Claim Number 2846) in full. Claim Number 2846 was filed in this case on April 29, 2019, in the amount of $260,638.65, subsequently reduced to $258,501.65. Although HANGTOWN also filed a second proof of claim, Claim Number 2839, on April 29, 2019, Claim Number 2839 was expunged by court order on September 20, 2020.

Dated: December 28, 2020

**PORTER LAW GROUP, INC.**

By: /s/ Hannah C. Kreuser
William L. Porter
Hannah C. Kreuser
Attorneys for HANGTOWN ELECTRIC, INC. DBA MR. ELECTRIC OF RANCHO CORDOVA