| In re: | | Bankruptcy No.: |
|---|---|---|
| | | R.S. No.: |
| | | Hearing Date: |
| Debtor(s) | | Time: |

# Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: _____ Chapter: _____
Prior hearings on this obligation: _____ Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $_____ Source of value:_____
Contract Balance: $_____ Pre-Petition Default: $_____
Monthly Payment: $_____ No. of months: _____
Insurance Advance: $_____ Post-Petition Default: $_____
No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____ Source of value:_____ If appraisal, date:_____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $_____ Pre-Petition Default: $_____
As of (date): _____ No. of months: _____
Mo. payment: $_____ Post-Petition Default: $_____
Notice of Default (date): _____ No. of months: _____
Notice of Trustee's Sale: _____ Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information:

Dated: _____
_____
Signature
_____
Print or Type Name

Attorney for_____