Stephen Pree
3301 Buchanan Rd Unit 40
Antioch, CA 94509
510-388-6503
Email: sbpree@yahoo.com

Claim# 87101

Amount: $50,000

December 28, 2020

United States Bankruptcy Court,
Northern District of California
San Francisco Division

In re:
PG&E Corporation and
Pacific Gas and Electric Company

Bankruptcy case No. 19-30088(DM)
Notice of the reorganized debtors forty-ninth omnibus objection to claims (untimely no liability/passthrough claims)

Honorable Dennis Montali,

My name is Stephen Pree I'm a mail carrier for the United States Postal Service. I'm writing you on behalf of my claim mentioned above. The reason why the bankruptcy court should not sustain the Omnibus objection:

On December 13, 2018 at approximately 9:31am I had just finished delivery mail at 660 Moraga Rd. PG&E workers were repairing a damaged poll from an earlier car accident and the road was blocked. I was walking back to my vehicle in the designated area established by the workers.

As I was walking I was informed by one of the PG&E workers to hurry up and walk the designated path directly under the power line they were about to cut. Before I cleared the pathway the PG&E worker on the ground told the worker that was on the ladder to cut the power line. When he cut the power line it fell about

200ft and hit me on my head and left shoulder causing pain in my back and neck. After the power line hit me the PG&E worker who called for the line to be cut said I should've walked faster and I heard the workers laughing at me. Officer Kevin Mooney was a whiteness to this incident as his statement is attached.

Due to the pain I suffered due to this incident I had to leave work and go to the hospital emergency to get checked out. I was taken off of work for a week and had to go to therapy and see a chiropractor for about 8 1/2 weeks.

Judge Dennis Montali I believe I should be compensated for my pain and suffering I endured that day due to the deliberate negligence of the PG&E workers.

Respectfully,

*[signature]*

Stephen B. Pree

# U.S. Department of Labor
## Office of Workers' Compensation Programs



## Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation

Employee: Please complete all boxes 1 - 15 below. Do not complete shaded areas.
Witness: Complete bottom section 16.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

### Employee Data

1. Name of employee (Last, First, Middle): **Pree Stephen Bernard**
2. Social Security Number: **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**
3. Date of birth Mo. Day Yr.: **7 4 67**
4. Sex: ☒ Male ☐ Female
5. Home telephone: **(925) 755-9701**
6. Grade as of date of injury — Level / Step:
7. Employee's home mailing address: **3301 Buchanan Rd**
   City: **Antioch Ca**
   ZIP Code: **94509** / **94509**
8. Dependents: ☒ Wife, Husband ☐ Children under 18 years ☐ Other

### Description of Injury

9. Place where injury occurred: **Sidewalk in Front 651 Moraga Rd**
10. Date injury occurred Mo. Day Yr.: **12-13-18** Time: **9:38** ☒ a.m. ☐ p.m.
11. Date of this notice Mo. Day Yr.: **12-13-18**
12. Employee's occupation: **Carrier**
13. Cause of injury: **Power line P.G.&E**
14. Nature of injury: **Power line hit ~~top~~ Should of my head and Left**

a. Occupation code:
b. Type code:
c. Source code:
OWCP Use - NOI Code:

### Employee Signature

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty...

☐ a. Continuation of regular pay (COP) not to exceed 45 days...
☒ b. Sick and/or Annual Leave

Signature of employee or person acting on his/her behalf: *[signed]* Date: **12-13-18**

### Witness Statement

16. Statement of witness: **I AM A MORAGA POLICE OFFICER WHO WAS WORKING TRAFFIC CONTROL AT MORAGA RD AND ASCOT DRIVE AFTER THE COLLISION. I SAW STEPHEN WALKING NORTHBOUND ON THE EAST SIDEWALK OF MORAGA RD. APPROXIMATELY 50 FT PAST THE POWER POLE WHEN PG&E CUT THE POWER LINE, WHICH THEN FELL ONTO STEPHEN'S LEFT SHOULDER/NECK AREA.**

Name of witness: **KEVIN MOONEY**
Signature of witness: *[signed]*
Date signed: **12-13-18**
Address: **329 Rheem Blvd**
City: **MORAGA**
ZIP Code: **94556**

Case: 19-30088    Doc# 9920    Filed: 12/29/20    Entered: 12/29/20 09:35:44    Page 4 of 5



# MORAGA POLICE DEPT

329 RHEEM BLVD #1
MORAGA, CA 94556
(925) 888-7055

## INCIDENT REPORT

| CASE NUMBER | SUPPLEMENT NUMBER |
|---|---|
| 18000936 | |
| CASE TYPE | CAD EVENT NUMBER |
| TRAFFIC INCIDENT | |
| REPORTING OFFICER | REPORT DATE |
| 171 - DREYFUSS, MICHAEL | 12/13/2018 |

## INCIDENT

| LOCATION | | | | OCCURRED | DATE | TIME | DAY |
|---|---|---|---|---|---|---|---|
| ON MORAGA RD 264 FEET OF S ASCOT DR, MORAGA, CA 94556 | | | | ON OR FROM | 12/13/2018 | 08:26 | THU |
| PREMISE NAME | | | JURISDICTION | TO | 12/13/2018 | 08:26 | THU |
| | | | MPD | | | | |
| DISTRICT | BEAT | | | REPORTED | 12/13/2018 | 08:26 | THU |
| R3 | 1 | | | | | | |

**NATURE OF INCIDENT**

- ☐ ALCOHOL RELATED  ☐ SENIOR CITIZEN  ☐ HATE / BIAS  ☐ ARSON  ☐ CHILD ABUSE
- ☐ GANG RELATED  ☐ OFFICER ASSAULT  ☐ DRUG RELATED  ☐ DOMESTIC VIOLENCE  ☐ JUVENILE

RELATED CASE NUMBERS

## SYNOPSIS

On 12-13-18 at approximately 0826 hours, officers responded to the area of Moraga Rd. near Donald Dr. on a report of a single-vehicle collision rollover with airbag deployment. Upon arrival, officers noticed a vehicle that appeared to have been involved in a collision blocking the northbound and southbound #1 lanes of traffic on Moraga Rd. The vehicle appeared to have major damage and was stopped nearly perpendicular to traffic lanes. The driver was conscious and alert, but unable to communicate with officers and appeared confused and unaware of his surroundings. Due to this behavior, the driver may have been suffering from an unknown type of medical condition. After breaking the driver's windows, MOFD arrived and transported the driver to John Muir Hospital for further evaluation and treatment. There were no other vehicles involved and injuries to the driver were minor. The vehicle was later towed from the roadway.

## ADDITIONAL INFORMATION

| ☐ DUI | ☐ USE OF FORCE | ☐ SEXUAL ASSAULT |
|---|---|---|
| ☐ AUTO BURGLARY | ☐ ALARM | ☒ INJURY ACCIDENT MINOR INJURY |
| ☐ RESIDENTIAL BURGLARY | ☐ JDP | ☐ ST MARYS COLLEGE |

## STATUS

| CASE STATUS | CASE STATUS DATE | DISPOSITION | DISPOSITION DATE | APPROVAL | APPROVAL DATE |
|---|---|---|---|---|---|
| CLOSED | 12/13/2018 | INFO | 12/13/2018 | 197 - KING, JON B | 12/19/2018 |