From: pgattard@hotmail.com
To: Paul Attard; PGEclaims@kbkllp.com; CANB-EMERGENCY-FILINGS@canb.uscourts.gov
Subject: RESPONSE (OBJECTION ) TO OMNIBUS OBJECTION BANKRUPTCY CASE No. 19-30088 (DM)

UNITED STAES BANKRUPTY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY

Bankruptcy Case No. 19-30088 (DM)

NOTICE OF THE REORGANIZED DEBTORS FORTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (UNTIMELY CUSTOMER NO LIABILITY CLAIMS)

CLAIMAINT:
Paul G. Attard
Tamara L. Attard
296 Camino Sobrante
Orinda, CA 94563
Phone: (925)788-7870

CLAIM NUMBER 86968

Claim amount is $20,000 due to the destruction of product. This is a valid claim and should not be denied as the loss occurred due to PGE power failure.

We certify this information is true and correct.

CLAIMANT:

*[signed]* 12/29/20
Paul G. Attard        Date

*[signed]* 12/29/20
Tamara L. Attard      Date