BUCHALTER
A Professional Corporation
JEFFREY K. GARFINKLE (SBN: 153496)
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Email: jgarfinkle@buchalter.com

Attorneys for Henkels & McCoy, Inc.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**

-and-

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors**,

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case)
(Jointly Administered)

**WITHDRAWAL OF HENKELS & McCOY'S LIMITED OBJECTION TO PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND CURE AMOUNTS AND RESERVATION OF RIGHTS**

Henkels & McCoy, Inc., by and through its undersigned counsel, hereby withdraws its Limited Objection to Proposed Assumption of Executory Contracts and Cure Amounts and Reservation of Rights [Docket No. 7340].

DATED: December 29, 2020

BUCHALTER
A Professional Corporation

By: *Jeffrey K. Garfinkle*
JEFFREY K. GARFINKLE
Attorneys for Henkels & McCoy, Inc.