BUCHALTER
A Professional Corporation
JEFFREY K. GARFINKLE (SBN: 153496)
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Email: jgarfinkle@buchalter.com

Attorneys for Henkels & McCoy, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612.

On the date set forth below, I served the following documents described as:

**WITHDRAWAL OF HENKELS & MCCOY'S LIMITED OBJECTION TO PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND CURE AMOUNTS AND RESERVATION OF RIGHTS**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

☐ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in Irvine, California on December 29, 2020. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ **BY NOTICE OF ELECTRONIC FILING (NEF):** The foregoing document will be served by the court via NEF and hyperlink to the document. On December 29, 2020, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the next page.

☐ **BY PERSONAL DELIVERY** On December 29, 2020, I placed the above-referenced envelope or package in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The package was placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown above as last given by that person on any document filed in the cause. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

PROOF OF SERVICE 2

Case: 19-30088   Doc# 9923-1   Filed: 12/29/20   Entered: 12/29/20 15:33:52   Page 2 of 17
BN 43082745V1

☐ **BY EMAIL.** On December 29, 2020, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on December 29, 2020, at Irvine, California.

Danielle Cyrankowski             s/ *Danielle Cyrankowski*
                                            (Signature)

PROOF OF SERVICE

- **Elliot Adler**  eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Aaron L. Agenbroad**  alagenbroad@jonesday.com, saltamirano@jonesday.com
- **Gabrielle L. Albert**  galbert@kbkllp.com
- **Pamela Allen**  pallen@dir.ca.gov
- **Annadel A. Almendras**  annadel.almendras@doj.ca.gov
- **Destiny N. Almogue**  Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- **Monique D. Almy**  malmy@crowell.com
- **Dana M. Andreoli**  dandreoli@steyerlaw.com, mterry@steyerlaw.com
- **Anne Andrews**  aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Philip Anker**  Philip.Anker@wilmerhale.com, whdocketing@wilmerhale.com
- **Richard L. Antognini**  rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Tyson Arbuthnot**  tarbuthnot@rjo.com, jyeung@rjo.com
- **Lauren T. Attard**  lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Herb Baer**  hbaer@primeclerk.com, ecf@primeclerk.com
- **Kathryn E. Barrett**  keb@svlg.com, amt@svlg.com
- **Chris Bator**  cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- **Ronald S. Beacher**  rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**  hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Andrew David Behlmann**  abehlmann@lowenstein.com, elawler@lowenstein.com
- **Tanya Behnam**  tbehnam@polsinelli.com, tanyabehnam@gmail.com
- **James C. Behrens**  jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**  jbeiswenger@omm.com, llattin@omm.com
- **James T. Bentley**  james.bentley@srz.com, Kelly.Knight@srz.com
- **Peter J. Benvenutti**  pbenvenutti@kbkllp.com
- **Robert Berens**  rberens@smtdlaw.com, sr@smtdlaw.com
- **Ronald F. Berestka**  rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- **Heinz Binder**  heinz@bindermalter.com
- **Jared D. Bissell**  jared.bissell@troutman.com
- **Neil Jon Bloomfield**  njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**  jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Paige Boldt**  pboldt@wattsguerra.com, cwilson@wattsguerra.com
- **Ameneh Maria Bordi**  ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- **Jason Borg**  jborg@jasonborglaw.com
- **Mark Bostick**  mbostick@wendel.com, bankruptcy@wendel.com
- **James L. Bothwell**  jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- **Peter R. Boutin**  peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady**  enbrady@jonesday.com
- **Lee Brand**  lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- **Gregory A. Bray**  gbray@milbank.com
- **Michael D. Breslauer**  mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- **W. Steven Bryant**  , molly.batiste-debose@lockelord.com
- **Chane Buck**  cbuck@jonesday.com
- **Kathlene Burke**  kathlene.burke@skadden.com, burke.kathlene@gmail.com
- **Elizabeth J. Cabraser**  ecabraser@lchb.com, awolf@lchb.com

- **Anthony P. Cali**    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- **Peter C. Califano**    pcalifano@cwclaw.com
- **Steven M. Campora**    scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**    leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Nicholas A. Carlin**    nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese**    kcatanese@foley.com
- **Barry A. Chatz**    barry.chatz@saul.com, barry.chatz@gmail.com
- **Karen J. Chedister**    kchedister@h-jlaw.com
- **Christina Lin Chen**    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Kevin Chiu**    kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- **Jacquelyn H. Choi**    jacquelyn.choi@rimonlaw.com
- **Shawn M. Christianson**    schristianson@buchalter.com
- **Robert N.H. Christmas**    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Jae Angela Chun**    ajc@chun.law, teresa@tosdallaw.com
- **Gerard T. Cicero**    GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- **Louis J. Cisz**    lcisz@nixonpeabody.com
- **Valerie E. Clemen**    , mcarter@coombslaw.com
- **Alicia Clough**    aclough@loeb.com
- **Tiffany Strelow Cobb**    tscobb@vorys.com
- **John B. Coffman**    john@johncoffman.net
- **Kevin G. Collins**    kevin.collins@btlaw.com
- **Brian S. Conlon**    bsc@phillaw.com, rac@phillaw.com
- **Charles Cording**    ccording@willkie.com, mao@willkie.com
- **Manuel Corrales**    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin**    anne@costinlawfirm.com
- **Donald H. Cram**    dhc@severson.com
- **Ashley Vinson Crawford**    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **J. Russell Cunningham**    rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**    , rkelley@pierceatwood.com
- **Keith J. Cunningham**    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **Ashleigh A. Danker**    ashleigh.danker@dinsmore.com
- **Stacy A. Dasaro**    sdasaro@goodwinlaw.com
- **James M. Davis**    jdavis@cglaw.com
- **Nicolas De Lancie**    ndelancie@jmbm.com
- **Judith A. Descalso**    , jad_9193@ecf.courtdrive.com
- **Andrew G. Devore**    andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- **Erin Elizabeth Dexter**    edexter@milbank.com
- **Shounak S. Dharap**    ssd@arnslaw.com, mec@arnslaw.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

PROOF OF SERVICE

5

BN 43082745V1

Case: 19-30088    Doc# 9923-1    Filed: 12/29/20    Entered: 12/29/20 15:33:52    Page 5 of 17

- **Kathryn S. Diemer**  kdiemer@diemerwei.com
- **Kathryn S. Diemer**  kdiemer@diemerwhitman.com
- **John P. Dillman**  houston_bankruptcy@publicans.com
- **Caroline R. Djang**  caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com
- **Krystal Dong**  ykdong@gmail.com
- **Jonathan R. Doolittle**  jonathan.doolittle@pillsburylaw.com
- **Jonathan R. Doolittle**  jdoolittle@reedsmith.com
- **Jennifer V. Doran**  jdoran@hinckleyallen.com
- **Dustin M. Dow**  ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher**  jdreher@downeybrand.com
- **Todd Dressel**  tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- **Geoffrey B. Dryvynsyde**  gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Jeffrey Aaron Dubbin**  jdubbin@labaton.com, echan-lee@labaton.com
- **Matthew Ducharme**  matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Cecily Ann Dumas**  cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- **Dennis F. Dunne**  cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**  ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**  annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Luke N. Eaton**  eatonl@pepperlaw.com, monugiac@pepperlaw.com
- **Kevin M. Eckhardt**  keckhardt@hunton.com, candonian@huntonak.com
- **Daniel G. Egan**  daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- **Joseph A. Eisenberg**  JAE1900@yahoo.com
- **Michele Ellison**  mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian**  , Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**  larry@engeladvice.com
- **Krista M. Enns**  kenns@beneschlaw.com
- **Scott Esbin**  sesbin@esbinalter.com
- **Joseph M. Esmont**  jesmont@bakerlaw.com
- **Michael P. Esser**  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- **Richard W. Esterkin**  richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**  metkin@lowenstein.com
- **Jacob M. Faircloth**  jacob.faircloth@smolsonlaw.com
- **Brett D. Fallon**  bfallon@morrisjames.com, wweller@morrisjames.com
- **Michael C. Fallon**  , manders@fallonlaw.net
- **Joana Fang**  jf@kbklawyers.com, icd@kbklawyers.com
- **Joseph Kyle Feist**  jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman**  DFeldman@gibsondunn.com
- **Matthew A. Feldman**  mfeldman@willkie.com
- **Jennifer Feldsher**  jennifer.feldsher@morganlewis.com, renee.robles@morganlewis.com
- **Mark E. Felger**  mfelger@cozen.com

- **James J. Ficenec** James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero** jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman** kfineman@nutihart.com, admin@nutihart.com
- **Stephen D. Finestone** sfinestone@fhlawllp.com
- **Timothy M. Flaherty** tflaherty@mpplaw.com
- **Daniel I. Forman** dforman@willkie.com
- **Jonathan Forstot** jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot** , john.murphy@troutman.com
- **Matthew Hampton Foushee** hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick** cfrederick@prklaw.com
- **Peter Friedman** pfriedman@omm.com
- **Roger F. Friedman** rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu** jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Lars H. Fuller** lfuller@bakerlaw.com
- **Thomas M. Gaa** tgaa@bbslaw.com
- **Larry W. Gabriel** , nfields@bg.law
- **Gregg M. Galardi** gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- **Richard L. Gallagher** richard.gallagher@ropesgray.com
- **Craig Solomon Ganz** ganzc@ballardspahr.com, hartt@ballardspahr.com
- **Jeffrey K. Garfinkle** jgarfinkle@buchalter.com
- **Oscar Garza** ogarza@gibsondunn.com
- **Lisa S. Gast** lsg@dwgp.com, lmk@dwgp.com
- **Paul R. Gaus** paul.gaus@mccormickbarstow.com
- **Duane M. Geck** dmg@severson.com
- **Evelina Gentry** evelina.gentry@akerman.com, robdiwa@akerman.com
- **Janet D. Gertz** jgertz@btlaw.com, amattingly@btlaw.com
- **Christopher Gessner** cgessner@akingump.com, NYMCO@akingump.com
- **R. Dale Ginter** dginter@downeybrand.com
- **Jon T. Givens** givensjt@gmail.com, cwilson@wattsguerra.com
- **Barry S. Glaser** bglaser@lkfirm.com
- **Paul R. Glassman** pglassman@sycr.com
- **Gabriel I. Glazer** gglazer@pszjlaw.com
- **Gabrielle Glemann** gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Jaime Godin** Jtouchstone@fddcm.com
- **Matthew A. Gold** courts@argopartners.net
- **Eric D. Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Craig Goldblatt** Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- **Amy L. Goldman** goldman@lbbslaw.com
- **Eric S. Goldstein** egoldstein@goodwin.com
- **Rhonda Stewart Goldstein** Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow** rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez** mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin** mgoodin@clausen.com, mgenova@clausen.com

- **Eric R. Goodman**   egoodman@bakerlaw.com
- **Mark A. Gorton**   mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**   mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried**   MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- **Louis Gottlieb**   Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Eric A. Grasberger**   eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**   , hphan@pszjlaw.com
- **Debra I. Grassgreen**   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Eric A. Gravink**   eric@rhrc.net
- **Elizabeth A. Green**   egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Tracy Green**   tgreen@wendel.com, bankruptcy@wendel.com
- **Mitchell B. Greenberg**   mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- **Brian Gregory**   b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- **Susan Sieger Grimm**   SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- **Matthew W. Grimshaw**   matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- **Stuart G. Gross**   sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **Carl L. Grumer**   cgrumer@manatt.com, mchung@manatt.com
- **Elizabeth M. Guffy**   eguffy@lockelord.com, autodocket@lockelord.com
- **Lloyd C. Guintivano**   anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- **Cameron Gulden**   cameron.m.gulden@usdoj.gov
- **Mirco J. Haag**   mhaag@buchalter.com, dcyrankowski@buchalter.com
- **Laurie Hager**   lhager@sussmanshank.com
- **J. Noah Hagey**   hagey@braunhagey.com, tong@braunhagey.com
- **Oren Buchanan Haker**   oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**   dmohamed@stroock.com, mmagzamen@stroock.com
- **Adam C. Harris**   adam.harris@srz.com, james.bentley@srz.com
- **Robert G. Harris**   rob@bindermalter.com
- **Christopher H. Hart**   chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**   bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Jennifer C. Hayes**   jhayes@fhlawllp.com
- **Geoffrey A. Heaton**   gheaton@duanemorris.com, dmicros@duanemorris.com
- **Michael C. Hefter**   michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- **Alaina R. Heine**   alaina.heine@dechert.com, brett.stone@dechert.com
- **Matthew Henderson**   matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- **Stephen E. Hessler, P.C.**   , jozette.chong@kirkland.com
- **Matthew Heyn**   matthew.heyn@doj.ca.gov
- **Sean T. Higgins**   aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **Morgan R. Hirst**   mhirst@jonesday.com, mmelvin@jonesday.com
- **David S. Hoffman**   dshoffmanesq@aol.com
- **Michael R. Hogue**   hoguem@gtlaw.com, navarrom@gtlaw.com
- **David Holtzman**   david.holtzman@hklaw.com

PROOF OF SERVICE

8

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 43082745V1

- **Alexandra S. Horwitz**     allie.horwitz@dinsmore.com
- **Linda Tai Hoshide**     , noemi.santiago@wilsonelser.com
- **Marsha Houston**     mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**     shane.huang@usdoj.gov
- **Brian D. Huben**     hubenb@ballardspahr.com
- **Kelly L. Huey**     khuey@burkeandkesslerlaw.com
- **Jonathan Hughes**     , jane.rustice@aporter.com
- **Edward R. Huguenin**     ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- **Michael A. Isaacs**     Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**     mvi@sbj-law.com
- **J. Eric Ivester**     Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**     , Andrea.Bates@skadden.com
- **Kizzy L. Jarashow**     KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- **Ivan C. Jen**     ivan@icjenlaw.com
- **Amanda Jereige**     AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- **Monique Jewett-Brewster**     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**     jjohnston@jonesday.com
- **Chris Johnstone**     chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones**     andrew@ajoneslaw.com
- **Gregory K. Jones**     GJones@dykema.com, cacossano@dykema.com
- **John L. Jones**     JJones@chwlaw.us, JLJones2@outlook.com
- **Robert A. Julian**     rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- **George H. Kalikman**     , sdavenport@schnader.com
- **Roberto J. Kampfner**     rkampfner@whitecase.com, mco@whitecase.com
- **Bonnie E. Kane**     bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- **Gary M. Kaplan**     gkaplan@fbm.com, calendar@fbm.com
- **Eve H. Karasik**     ehk@lnbyb.com
- **Michael G. Kasolas**     trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- **Elyssa S. Kates**     ekates@bakerlaw.com
- **Ori Katz**     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman**     wkaufman@smwb.com
- **Jane G. Kearl**     jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**     tkeller@kbkllp.com
- **Tobias S. Keller**     tkeller@kellerbenvenutti.com
- **Lynette C. Kelly**     ustpregion17.oa.ecf@usdoj.gov
- **Matthew K. Kelsey**     mkelsey@gibsondunn.com
- **Gerald P. Kennedy**     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- **Erica L. Kerman**     ekerman@willkie.com
- **Samuel A. Khalil**     skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**     skidder@ktbslaw.com
- **Marc Kieselstein**     , carrie.oppenheim@kirkland.com
- **Jane Kim**     jkim@kbkllp.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE
BN 43082745V1

- **Mary H. Kim**  Mary.Kim@dechert.com, brett.stone@dechert.com
- **Susan E. Kirkgaard**  , carlyn.jorgensen@bullivant.com
- **Kody D. L. Kleber**  kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- **Matthew Ryan Klinger**  mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp**  bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight**  kelly.knight@srz.com
- **Lydia Vanessa Ko**  Lvko@stonelawoffice.com
- **Thomas F. Koegel**  tkoegel@crowell.com
- **Katherine Kohn**  kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong**  kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas**  akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg**  , akornberg@paulweiss.com
- **Bernard Kornberg**  bjk@severson.com
- **David I. Kornbluh**  dkombluh@venturahersey.com, jpatterson@venturahersey.com
- **Lauren Kramer**  lkramer@rjo.com
- **Jeffrey C. Krause**  jkrause@gibsondunn.com
- **Thomas R. Kreller**  tkreller@milbank.com
- **Lindsey E. Kress**  lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**  hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Michael Thomas Krueger**  michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Marek P. Krzyzowski**  MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- **Robert T. Kugler**  robert.kugler@stinson.com
- **Duane Kumagai**  dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- **Brendan M. Kunkle**  bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- **Alisa C. Lacey**  alisa.lacey@stinson.com, karen.graves@stinson.com
- **Timothy S. Laffredi**  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Timothy S. Laffredi**  timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping**  rich@trodellalapping.com
- **Omeed Latifi**  olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **John E. Lattin**  jlattin@ostergar.com, cslovenec@ostergar.com
- **Paul J. Laurin**  plaurin@btlaw.com, slmoore@btlaw.com
- **Michael Lauter**  mlauter@sheppardmullin.com
- **Kenneth T. Law**  klaw@bbslaw.com
- **Francis J. Lawall**  francis.lawall@troutman.com, susan.henry@troutman.com
- **Andrew Michael Leblanc**  ALeblanc@milbank.com
- **Erica Lee**  Erica.Lee@doj.ca.gov
- **Scott Lee**  scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Paul J. Leeds**  leedsp@higgslaw.com
- **Edward J. Leen**  eleen@mkbllp.com
- **Lisa Lenherr**  llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A. Lesnick**  matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**  bletsch@braytonlaw.com

- **David B. Levant**  david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**  alevin@wcghlaw.com
- **David Levine**  dnl@groom.com
- **Marc A. Levinson**  Malevinson@orrick.com, casestream@ecf.courtdrive.com
- **Dara Levinson Silveira**  dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- **Alexander James Demitro Lewicki**  kdiemer@diemerwei.com
- **Alexander James Demitro Lewicki**  alewicki@diemerwei.com
- **William Thomas Lewis**  wtl@roblewlaw.com, kimwrenn@msn.com
- **Lauren Lifland**  lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- **William S. Lisa**  , jcaruso@nixonpeabody.com
- **William S. Lisa**  wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**  jon.loeb@bingham.com
- **Michael B. Lubic**  michael.lubic@klgates.com
- **John William Lucas**  , ocarpio@pszjlaw.com
- **Joseph R. Lucia**  PersonalInjuryGroup@RLSlawyers.com
- **Jane Luciano**  jane-luciano@comcast.net
- **Kerri Lyman**  klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- **Carissa A. Lynch**  Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **John H. MacConaghy**  macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Jessica MacGregor**  jmacgregor@longlevit.com, lmyers@longlevit.com
- **Iain A. Macdonald**  , ecf@macfern.com
- **Iain A. Macdonald**  iain@macfern.com, ecf@macfern.com
- **Malcolm A. Mackenzie**  mmackenzie@coombslaw.com, vclemen@coombslaw.com
- **Tracy L. Mainguy**  tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**  samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**  adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone**  malonek@gtlaw.com
- **Liam K. Malone**  malone@oles.com, shahin@oles.com
- **Michael W. Malter**  michael@bindermalter.com
- **Ankur Mandhania**  amandhania@mayerbrown.com
- **Craig Margulies**  cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**  gemarr59@hotmail.com
- **Richard A. Marshack**  rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- **Catherine Martin**  cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- **David P. Matthews**  jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**  patrick.maxcy@snrdenton.com
- **Simon Richard Mayer**  simon.mayer@lockelord.com, Rellis@lockelord.com
- **James J. Mazza**  james.mazza@skadden.com, wendy.lamanna@skadden.com
- **Benjamin P. McCallen**  bmccallen@willkie.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE
BN 43082745V1

- **Thomas E. McCurnin**   tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald**   , john.murphy@troutman.com
- **Hugh M. McDonald**   hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **C. Luckey McDowell**   Luckey.McDowell@Shearman.com
- **Matthew D. McGill**   MMcGill@gibsondunn.com
- **Melissa C. McLaughlin**   mcmclaughlin@venable.com, ataylor@venable.com
- **Edward Joseph McNeilly**   edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- **Scott H. McNutt**   SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**   Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**   peter@pmrklaw.com
- **Frank A. Merola**   lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing**   jennifer.mersing@stoel.com, lisa.petras@stoel.com
- **Joshua M. Mester**   jmester@jonesday.com
- **Matthew D. Metzger**   belvederelegalecf@gmail.com
- **Merle C. Meyers**   mmeyers@mlg-pc.com
- **Randy Michelson**   randy.michelson@michelsonlawgroup.com
- **Gerardo Mijares-Shafai**   Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- **Joel S. Miliband**   jmiliband@brownrudnick.com
- **Joseph G. Minias**   jminias@willkie.com
- **M. David Minnick**   dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Benjamin Mintz**   benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- **Nancy Mitchell**   nmitchell@omm.com
- **Thomas C. Mitchell**   tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**   john.moe@dentons.com, glenda.spratt@dentons.com
- **Aaron J. Mohamed**   ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**   kmontee@monteeassociates.com
- **Christopher D. Moon**   chris@moonlawapc.com, kevin@moonlawapc.com
- **David W. Moon**   lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore**   dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito**   emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey**   cjm@cpuc.ca.gov
- **Courtney L. Morgan**   morgan.courtney@pbgc.gov
- **Richard Morin**   , 6863427420@filings.docketbird.com
- **Kimberly S. Morris**   kmorris@bakerlaw.com, tpetre@bakerlaw.com
- **Rodney Allen Morris**   Rodney.Morris2@usdoj.gov
- **Joshua D. Morse**   Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- **Andrew H. Morton**   andrew.morton@stoel.com, lisa.petras@stoel.com
- **Thomas G. Mouzes**   tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**   pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **John Leland Murphree**   LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

12
PROOF OF SERVICE
BN 43082745V1

Case: 19-30088   Doc# 9923-1   Filed: 12/29/20   Entered: 12/29/20 15:33:52   Page 12 of 17

- **Bennett J. Murphy**     bmurphy@bennettmurphylaw.com
- **Michael S. Myers**     myersms@ballardspahr.com
- **David L. Neale**     dln@lnbrb.com
- **David L. Neale**     dln@lnbyb.com
- **David Neier**     dneier@winston.com
- **Brittany J. Nelson**     bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister**     MNeumeister@gibsondunn.com
- **Howard S. Nevins**     hnevins@hsmlaw.com
- **Samuel A. Newman**     sam.newman@sidley.com, laefilingnotice@sidley.com
- **Melissa T. Ngo**     ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**     mario.nicholas@stoel.com, ana.trask@stoel.com
- **Sean Nolan**     snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti**     gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**     aobrient@mintz.com, docketing@mintz.com
- **Alicia D. O'Neill**     aoneill@wattsguerra.com, cwilson@wattsguerra.com
- **Julie E. Oelsner**     joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**     USTPRegion17.SF.ECF@usdoj.gov
- **Aron M. Oliner**     roliner@duanemorris.com, dmicros@duanemorris.com
- **Matthew Jon Olson**     matt@macfern.com, stell.laura@dorsey.com
- **Scott Olson**     solson@vedderprice.com, nortega@vedderprice.com
- **Steven M. Olson**     smo@smolsonlaw.com
- **Aram Ordubegian**     Ordubegian.Aram@ArentFox.com
- **Keith C. Owens**     kowens@venable.com, bclark@venable.com;khoang@venable.com
- **Gabriel Ozel**     , gabeozel@gmail.com
- **Amy S. Park**     amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**     donna@parkinsonphinney.com
- **Peter S. Partee**     ppartee@huntonak.com, candonian@huntonak.com
- **Paul J. Pascuzzi**     ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kenneth Pasquale**     , mlaskowski@stroock.com
- **Larry Allan Peluso**     pelusolaw@gmail.com, firm@pelusolaw.net
- **Valerie Bantner Peo**     vbantnerpeo@buchalter.com
- **Yosef Peretz**     , skim@peretzlaw.com
- **Christian A. Pereyda**     CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
- **Thomas R. Phinney**     tom@parkinsonphinney.com
- **R. Alexander Pilmer**     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**     epino@epinolaw.com, rmahal@epinolaw.com
- **Gregory Plaskett**     GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin**     mplevin@crowell.com
- **Steven G. Polard**     spolard@eisnerlaw.com, calendar-lao@ropers.com
- **Mark D. Poniatowski**     ponlaw@ponlaw.com
- **Cara M. Porter**     Cara.Porter@doj.ca.gov, rachel.patu@doj.ca.gov

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE
BN 43082745V1

- **William L. Porter**  bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince**  cprince@lesnickprince.com
- **Douglas B. Provencher**  dbp@provlaw.com
- **Stacey C. Quan**  squan@steyerlaw.com, pspencer@steyerlaw.com
- **Amy C. Quartarolo**  amy.quartarolo@lw.com
- **Lary Alan Rappaport**  lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**  justinrawlins@paulhastings.com
- **Hugh M. Ray**  hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**  smeyer@farmerandready.com
- **Caroline A. Reckler**  caroline.reckler@lw.com
- **David M. Reeder**  david@reederlaw.com, secretary@reederlaw.com
- **Steven J. Reisman**  sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner**  jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- **Jack A. Reitman**  , srichmond@lgbfirm.com
- **Emily P. Rich**  erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **David J. Richardson**  drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- **Christopher O. Rivas**  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin**  drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- **John R. Rizzardi**  kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson**  robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Michael Rogers**  mrogers@lambertrogers.com, jan@lambertrogers.com
- **Jorian L. Rose**  jrose@bakerlaw.com
- **Laurence M. Rosen**  lrosen@rosenlegal.com, zstanco@rosenlegal.com
- **Paul M. Rosenblatt**  prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- **David A. Rosenzweig**  david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- **Allan Robert Rosin**  arrosin@alr-law.com
- **Jay M. Ross**  jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**  grougeau@brlawsf.com
- **Stacy H. Rubin**  rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- **Jason C. Rubinstein**  jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg**  nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**  trupp@kbkllp.com
- **Eric E. Sagerman**  esagerman@bakerlaw.com
- **Robert Sahyan**  rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- **Gregory M. Salvato**  gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- **Jonathan C. Sanders**  jsanders@stblaw.com
- **Nanette D. Sanders**  nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Natalie Kathleen Sanders**  natalie.sanders@bakerbotts.com
- **Lovee Sarenas**  Lovee.sarenas@lewisbrisbois.com
- **Sunny S. Sarkis**  sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Patricia Savage**  psavesq@gmail.com, jodi.savage@gmail.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

- **Sblend A. Sblendorio**  sas@hogefenton.com
- **Francis O. Scarpulla**  fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter**  daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**  bradley.schneider@mto.com
- **Harvey S. Schochet**  Harveyschochet@dwt.com
- **Nathan A. Schultz**  nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- **Lisa Schweitzer**  lschweitzer@cgsh.com
- **Eric J. Seiler**  eseiler@fklaw.com, mclerk@fklaw.com
- **David B. Shemano**  dshemano@pwkllp.com
- **James A. Shepherd**  , shepIGN@gmail.com
- **Leonard M. Shulman**  lshulman@shbllp.com
- **Andrew I. Silfen**  andrew.silfen@arentfox.com
- **Wayne A. Silver**  w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Brandt Silver-Korn**  bsilverkorn@edelson.com, docket@edelson.com
- **Craig S. Simon**  csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton**  gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Steven J. Skikos**  sskikos@skikos.com, mmontoya@skikos.com
- **Michael K. Slattery**  mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**  dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- **Jennifer N. Slocum**  jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**  asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**  adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**  jdsokol@lawssl.com, dwright@lawssl.com
- **Daniel Solish**  cocolaw@stancounty.com, solishd@stancounty.com
- **Randye B. Soref**  rsoref@polsinelli.com
- **Joseph Sorkin**  jsorkin@akingump.com, NYMCO@akingump.com
- **Bennett L. Spiegel**  blspiegel@jonesday.com
- **Michael St. James**  ecf@stjames-law.com
- **Diane C. Stanfield**  diane.stanfield@alston.com, nelly.villaneda@alston.com
- **Howard J. Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**  harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**  lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- **Lillian G. Stenfeldt**  lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel**  clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**  dstern@ktbslaw.com
- **Geoffrey S. Stewart**  gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone**  AStone@milbank.com, DMcCracken@Milbank.com
- **Jason D. Strabo**  jstrabo@mwe.com, shill@mwe.com
- **Michael H. Strub**  mstrub@irell.com, mhstrub1@gmail.com
- **Rebecca Suarez**  rsuarez@crowell.com
- **Brad T. Summers**  , docketing-pdx@lanepowell.com
- **Kristine Theodesia Takvoryan**  ktakvoryan@ckrlaw.com
- **Derrick Talerico**  dtalerico@ztlegal.com, sfritz@ztlegal.com
- **Kesha Tanabe**  kesha@tanabelaw.com

- **Mary Ellmann Tang**   mtang@frenchlyontang.com, mwoodward@frenchlyontang.com
- **Elizabeth Lee Thompson**   ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**   jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Elisa Tolentino**   cao.main@sanjoseca.gov
- **Meagan S. Tom**   Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**   etredinnick@greeneradovsky.com
- **Matthew Jordan Troy**   matthew.troy@usdoj.gov
- **Rocky C. Tsai**   rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- **Michael Tye**   Michael.Tye@usdoj.gov
- **Gary D. Underdahl**   gunderdahl@askllp.com, lmiskowiec@askllp.com
- **Andrew Van Ornum**   avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**   shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**   vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**   marta.villacorta@usdoj.gov
- **Carol C. Villegas**   cvillegas@labaton.com, NDonlon@labaton.com
- **John A. Vos**   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu**   bao.vu@stoel.com, sharon.witkin@stoel.com
- **Nicholas Wagner**   kschemen@wagnerjones.com, bwagner@wagnerjones.com
- **Jonathan D. Waisnor**   jwaisnor@willkie.com, mao@willkie.com
- **Riley C. Walter**   ecf@W2LG.com
- **Phillip K. Wang**   phillip.wang@rimonlaw.com
- **Samuel M. Ward**   sward@barrack.com, cfessia@barrack.com
- **Philip S. Warden**   philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Gregory P. Waters**   gwaters@elllaw.com, gregorywatersesq@gmail.com
- **Guy L. Watts**   gwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Mikal C. Watts**   mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- **Lindsi M. Weber**   lweber@polsinelli.com, yderac@polsinelli.com
- **Joseph M. Welch**   jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**   DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Joseph West**   westjoseph@earthlink.net, josephw998@gmail.com
- **Drew M. Widders**   dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Jason P. Williams**   , maryanne@wplgattorneys.com
- **Eric R. Wilson**   kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**   kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**   rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- **David Wirt**   david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**   rwitthans@fhlawllp.com
- **Keith H. Wofford**   keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- **Shannon B. Wolf**   shannon.wolf@morganlewis.com, renee.robles@morganlewis.com
- **Risa Lynn Wolf-Smith**   rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe**   dwolfe@asmcapital.com
- **Andrea Wong**   wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**   christopher.wong@arentfox.com

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

| | |
|---|---|
| 1 | • **David A. Wood**     dwood@marshackhays.com, lbuchanan@marshackhays.com |
| 2 | • **Kirsten A. Worley**     kw@wlawcorp.com, admin@wlawcorp.com |
| 3 | • **Kinga Wright**     kinga.wright@lockelord.com, autodocket@lockelord.com |
|   | • **Antonio Yanez**     ayanez@willkie.com |
| 4 | • **Cathy Yanni**     cathy@cathyyanni.com, pstrunk@browngreer.com |
|   | • **Andrew Yaphe**     andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com |
| 5 | • **Stephanie Yee**     syee@janglit.com, klockwood@janglit.com |
|   | • **Tacie H. Yoon**     tyoon@crowell.com |
| 6 | • **Bennett G. Young**     byoung@jmbm.com, jb8@jmbm.com |
| 7 | • **Eric G. Young**     eyoung@dcalaw.com, Jackie@dcalaw.com |
|   | • **Nicole M. Zeiss**     nzeiss@labaton.com |
| 8 | • **Paul H. Zumbro**     mao@cravath.com |
|   | • **Brittany Zummer**     bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| 9 | • **Dario de Ghetaldi**     deg@coreylaw.com, lf@coreylaw.com |