1 | STEVEN SKIKOS (SB #148110)
**SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP**
2 | 1 Sansome Street, Ste. 2830
San Francisco, CA 94104
3 | Telephone: (415) 546-7300
Facsimile: (415) 547 7301
4 | sskikos@skikos.com

5 | *Counsel for Guy and Teresa Molinari*

6 | **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
7 | **SAN FRANCISCO DIVISION**

8 |

| | |
|---|---|
| **In re:** | Bankruptcy Case No.: 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
|     **-and-** | (Lead Case) |
| | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE** |
|               **Debtors.** | **FILING OF PROOF OF CLAIM OF GUY AND TERESA MOLINARI,** |
| □ Affects PG&E Corporation | **MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF** |
| □ Affects Pacific Gas and Electric Company | **UZAIR SALEEM IN SUPPORT** |
| ■ Affects both Debtors | Date:     February 9, 2021 |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Time:     10a.m. (Pacific Time) |
| | Place:    United States Bankruptcy Court |
| |              Courtroom 17, 16th Floor |
| |              San Francisco, CA 94102 |
| | Judge:   Hon. Dennis Montali |

19 |      **PLEASE TAKE NOTICE** that on December 30, 2020, Steven J. Skikos filed a motion

20 | on behalf of Guy and Teresa Molinari to allow/deem timely late filed proof of claims ("Motion").

21 |      **PLEASE TAKE NOTICE** that the hearing on the Motion will take place on February 9,

22 | 2021 at 10:00 a.m. (Pacific Time) in the Courtroom of the Honorable Dennis Montali, United

23 | States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA

24 | 94102.

25 |      **PLEASE TAKE FURTHER NOTICE** that any oppositions to the Motion must be in

26 | writing, filed with the Bankruptcy Court, and served on the counsel for the Claimants at the

27 | above-referenced address so as to be received by the time set by the Bankruptcy Court. Any

28 | oppositions or responses must be filed and served on all "Standard Parties" as defined in and

accordance with the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (ECF No 1996) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other documents filed in the Chapter 11 Cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and it's supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtor's notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S. based parties; or +1 (929) 333-8977 for International parties or by email at: pgeinfo@primeclerk.com.

Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 30, 2020

By: /s/ Steven J. Skikos
Steven J. Skikos (SBN 148110)
**Skikos, Crawford, Skikos & Joseph, LLP**
1 Sansome Street, Suite 2830
San Francisco, California 94104
Tel: 415.546.7300
Fax: 415.546-7301

1

<u>**CERTIFICATE OF SERVICE**</u>

2

3          I hereby certify that on December 30, 2020, a copy of the following was filed

4    electronically.  Notice of this filing will be sent by operation of the Court's electronic filing

5    system to all parties indicated on the electronic filing receipt.  Parties may access this filing

6    through the Court's electronic filing system.

7

8                                                        /s/  Steven J. Skikos
                                                             Steven J. Skikos
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28