| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com)<br>Theodore E. Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel:     415 496 6723<br>Fax:    650 636 9251 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>       Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF SUBMISSION OF REVISED PROPOSED ORDER APPROVING SECURITIES CLAIMS PROCEDURES**<br><br>[Relates to Dkt. Nos. 8964, 9378] |

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**Reorganized Debtors**") filed voluntary cases for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"). On June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* [Dkt. No. 8048] (as may be modified, supplemented, or amended from time to time, and together with all schedules and exhibits thereto, the "**Plan**"). The Plan became effective on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court held a hearing on November 18, 2020, at 10:30 a.m. (Pacific Time) (the "**November 18 Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge, to consider, *inter alia*, the *Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* filed by the Reorganized Debtors on September 1, 2020 [Dkt. No. 8964] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court held a hearing on December 4, 2020, at 9:30 a.m. (Pacific Time) (the "**December 4 Hearing**") to issue an oral ruling that, *inter alia*, granted the Motion (the "**Oral Ruling**"). As part of the Oral Ruling, the Bankruptcy Court ordered the Reorganized Debtors to implement certain revisions to the securities claims procedures as reflected in a markup subsequently provided to the Debtors. In addition, and pursuant to the Oral Ruling, the Reorganized Debtors met and conferred with counsel for the Public Employees Retirement Association of New Mexico ("**PERA**") regarding changes to the securities claims procedures.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a revised proposed order granting the Motion (including all exhibits and annexes thereto, the "**Revised Proposed Order**"), which includes the Securities Claims Information Procedures as **Exhibit A-1**, the Trading Information Request Form as **Annex 1**, the Securities ADR Procedures as **Exhibit A-2**, the Abbreviated Mediation Notice as **Annex 2**, the Standard Mediation Notice as **Annex 3**, and the Securities Omnibus Objection Procedures as **Exhibit A-3**.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a redline comparison of the Revised Proposed Order against the proposed order attached to the *Reorganized Debtors' Reply in Support of the Motion to Approve Securities ADR and Related Procedures for Resolving Submitted Securities Claims* filed by the Reorganized Debtors on October 29, 2020 [Dkt. No. 9378].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Oral Ruling, any party who wishes to provide clarifying edits to the Revised Proposed Order must file their objection by no later than **January 15, 2021**. The Bankruptcy Court will not consider substantive objections to the merits of the Motion or the Oral Ruling. Any party seeking clarifying edits must also meet and confer with the Reorganized Debtors in an attempt to resolve any objection(s) by no later than **January 22, 2021**. The Bankruptcy Court will hear any outstanding issues at the hearing set for **January 27, 2021**, at 10:00 a.m. (Pacific Time).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 3** is a form of the *Notice Regarding Approval of Securities Claims Procedures* that the Reorganized Debtors propose to distribute to securities claimants, pursuant to the Oral Ruling.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website. Parties who wish to receive a Word version of the Revised Proposed Order may contact counsel for the Reorganized Debtors.

Dated: January 4, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/  *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for the Debtors and Reorganized Debtors*