1
2
3
4
5
6
7

**NOSSAMAN LLP**
CHRISTOPHER D. HUGHES (SBN 254864)
chughes@nossaman.com
621 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone:    916.442.8888
Facsimile:    916.442.0382

Attorneys for Panoramic Interests,
Creditor

8
9
10

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

11
12
13
14
15
16
17
18
19
20
21
22

In re

PG&E CORPORATION,

        - and -

PACIFIC GAS AND ELECTRIC COMPANY,

            Debtors.

Case No: 19-30088 (DM)

Chapter 7

**DECLARATION OF PATRICK KENNEDY IN SUPPORT OF PANORAMIC INTERESTS' RESPONSE TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO CLAIM (SATISFIED CLAIMS)**

Date:    November 17, 2020
Time:    10:00 a.m. (Pacific Time)
Room:    (Telephonic Appearances Only)
         United States Bankruptcy Court
         Courtroom 17, 16th Floor
         San Francisco, CA 94102

23
24
25
26
27
28

I, PATRICK KENNEDY, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am the owner of Panoramic Interests ("**Panoramic**").  I submit this Declaration in support of *Panoramic Interests' Response* ("**Response**") *to Debtors' Twenty-Second Omnibus Objection to Claim (Satisfied Claim)* ("**Objection to Claim**").  Except as otherwise indicated

Case: 19-30088  DECLARATION OF PATRICK KENNEDY IN SUPPORT OF RESPONSE TO OBJECTION TO CLAIM   Page 1
57724928.v1                                         of 39

1  herein, all facts set forth in this Declaration are based upon my personal knowledge. If called

2  upon to testify, I would testify competently to the facts set forth in this Declaration.

3      2.        Panoramic is a development firm that has been building housing, live-work space,

4  and commercial property in the Bay Area since 1990. The firm has focused on dense, mixed-

5  use, mixed-income, infill developments, typically financed with private funds. All of the multi-

6  family housing projects include below market rate units.

7      3.        Attached hereto as **Exhibit A** is a true and correct copy of the proof of claim

8  Panoramic submitted in this case ("**Panoramic Proof of Claim**"). The documents submitted

9  with the Panoramic Proof of Claim accurately reflect the services provided and the fees that were

10  to be paid for the services. The services relate to a PG&E gas installation at 2711 Shattuck,

11  Berkeley, California. The chronology of events submitted with the proof of claim was prepared

12  by Zac Shore, one of my former employees, and to the best of my knowledge and understanding,

13  it accurately reflects the events that transpired between April 22, 2017 and June 4, 2018.

14      4.        Panoramic did not receive any payment for the services identified on the

15  documents submitted with the Panoramic Proof of Claim.

16      5.        I am aware that the Debtors are asserting that the Panoramic Proof of Claim

17  should be disallowed because the claim was already paid by the Debtors pursuant to the *Final*

18  *Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507(a)(7) and Fed. R. Bankr. P. 6003 and*

19  *6004 (I) Authorizing Debtors to (A) Maintain and Administer Customer Programs, Including*

20  *Public Purpose Programs, and (B) Honor Any Prepetition Obligations Relating Thereto; and*

21  *(II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfer*

22  [Docket No. 843]. I am aware that this Order was entered on or about March 12, 2019.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

6.   I have carefully reviewed the accounting records for Panoramic.  Based upon my review of the accounting records, I cannot find any evidence that Panoramic was paid for the services identified on the documents submitted with the Panoramic Proof of Claim.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my abilities and that this declaration was executed on the date set forth below.

Date:     October 30, 2020

*/s/ Patrick Kennedy*
Patrick Kennedy, owner of Panoramic Interests

EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1    Pacific Gas & Electric Company

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Northern__ District of __California__

Case number   19-30089 _____

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Panoramic Investments
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Panoramic Investments
Name

1321 Mission Street, Ste. 101
Number    Street

San Francisco     CA     94103
City     State     ZIP Code

Contact phone 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

Contact email zac@panoramic.com

Where should payments to the creditor be sent? (if different)

Name _____

Number    Street

City     State     ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
           MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Case: 19-30088    Doc# 9932-1    Filed: 01/05/21    Entered: 01/05/21 09:36:15    Page 5 of 39

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. **How much is the claim?** | $_____140,913.30_. **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Breach of Contract |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>   **Nature of property:**<br>   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>   ☐ Motor vehicle<br>   ☐ Other. Describe: _____<br><br>   **Basis for perfection:** _____<br>   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>   **Value of property:**   $_____<br>   **Amount of the claim that is secured:**   $_____<br>   **Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>   **Amount necessary to cure any default as of the date of the petition:**   $_____<br><br>   **Annual Interest Rate** (when case was filed) _____%<br>   ☐ Fixed<br>   ☐ Variable |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____ |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/26/2019
        MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Christopher David Hughes | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Nossaman, LLP on behalf of Panoramic Interests | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer | | |
| Address | 621 Capitol Mall, Ste. 2500 | | |
| | Number        Street | | |
| | Sacramento | CA | 95814 |
| | City | State | ZIP Code |
| Contact phone | 916-442-8888 | Email | Chughes@Nossaman.com |

Case: 19-30088    Doc# 9932-1    Filed: 01/05/21    Entered: 01/05/21 09:36:15    Page 7
of 39



### Chronicle of events related to PG&E gas installation at 2711 Shattuck

**April 22, 2017:** Panoramic executed a simple gas installation contract for a multifamily building with PGE.

**April 27, 2018:** Everything was in place for a successful gas installation, with approved contracts signed 5/22/17. The job was scheduled for May 17th with PGE construction. Joel Triplett sent an email requesting that Frank Ortiz dig two additional bell holes to help locate the gas line, and identify whether there was a plastic sleeve in the piping. We requested a site meeting.

**April 30, 2018:** at around 9AM, I met onsite at 2711 Shattuck Avenue with our underground contractor, Frank Ortiz and two representatives from PG&E, Joel Triplett and Valentine Riley. At the meeting, Joel and Valentine informed us that we would need to install two additional bell holes at the PG&E gas main under Shattuck Ave. This was a change from the originally planned - and typical - single bell hole located at the project gas lateral tie-in.

They told us that two more bell holes would need to be located at the nearest neighboring connections on either side of our project, in order to ascertain if the main has a plastic sleeve inside of it. I asked why PG&E did not know this information already and I was told that it did not matter, this was a new safety protocol and we had to provide the bell holes to get gas at the project. Apparently, the risk is that a plastic sleeve could melt during the welding required at the new connection point. Unconfined gas could leak into the annular space between the pipes.

Frank and I pushed back multiple times asking them why this was an owner responsibility and why it was not in the original PG&E gas design that we agreed to in our contract. They said it was a new safety measure and was the owner's responsibility.

Our interpretation of all of this was that PG&E was admitting to not having adequate gas mapping records. Additionally, they were referencing a "tariff" which was published in the last couple weeks as a reason for us having to meet their request. Given that we had an open trench in the street with plates over it, we told them we would proceed but expect them to reimburse us through a claim we will issue in the future. We had no other option.

**May 3, 2018:** Our team requested from PG&E their newly released standard that talks about the customer being responsible for verifying PG&E's existing gas system. We asked why they do not have accurate records for their gas systems in

1321 MISSION STREET, STE. 101  SAN FRANCISCO, CALIFORNIA  94103

415.701.7000  PANORAMIC.COM

the area. We notified them that this is a PG&E design where they are performing the gas tie-in. We requested for them to confirm the reimbursement of the $23,000 that we had to pay per their bell hole request.

May 4, 2018: Joel Triplett responded that he would need to check with his supervisor Mary to address these concerns. At this point, Joel notified us that our project was to be delayed past the 5/17 install date due to their not knowing what to do about this situation. Joel Triplett cited that the standard that changed which said we need to find PG&E gas lines is taken from TD-4640P-02-F01.

May 7, 2018: We researched the tariff and found PG&E's gas main and service extension rules (Rules 15 and 16), and I find that the only provision of those rules that changed since you signed your contract was Paragraph C.3 of Rule 15, which specifies distribution main and service extension allowances for residential service – which were increased slightly effective 1/1/2018. I've also reviewed the advice letters PG&E filed near the end of 2017 that might have become effective in December or early January, and the only one I found that seemed at all relevant was one that revised PG&E Gas and Electric Rules 2 to reduce the monthly "cost-of-ownership charges" to be paid by an applicant for special facilities.

Both these tariff changes would tend to reduce the charges to which Panoramic agreed in its extension agreement with PG&E in May 2017. I haven't found any tariff change that would require the new charges for excavation/inspection work. It would make sense to ask just what tariff provision changed as of December 2017 and by what action of PG&E or the PUC.

The document that Joel Triplett referenced appears to be a "guidance document" for transmission and distribution operations. I've done a search of the PG&E web site and the internet generally and haven't been able to identify a documents that starts with TD-4. So it would really help if we could get PG&E to provide the referenced document or at least a means of finding it.

Per Joel's input, our underground contractor proceeded with digging the bell holes requested by PG&E as we had no other option or input from PG&E and we had a wide open trench in the street which was supposed to be temporary.

May 8, 2018: Valentine from PG&E inspected the new bell holes and requested they be 18" deeper for their work to be done.

May 10, 2018: Joel emailed us and let us know that despite our numerous requests, he had not "heard back" from the tariffs department. He sent Panoramic a revised contract to show PGE as the gas pipe installers and updated the number of residential units which was incorrect before. He asked that we sign this newly issued contract correcting an error to be signed IMMEDIATELY or he would cancel our work by PG&E. Joel suggested we sign the contract to keep the work moving,

and then submit a claim to PGE for the additional cost of the bell hole work and we would be reimbursed.

May 11, 2018: Panoramic executed the contract as directed by PG&E.

May 14, 2018: Monday morning, Joel notified us that construction had CANCELLED our project because "we did not sign the contract in time," apparently 24 hour turn-around was not quick enough for PGE. He also scheduled an inspection for May 15. He also cited us owing fees to PGE as the reason our job was cancelled, when we looked into fees owed, we found it was the opposite and in fact PGE owed us $4,417.

May 16, 2018: Panoramic sent notification to PGE that none of this was acceptable, and started requesting to speak to management. Panoramic called Terry and Mary and LJ from PGE and notified them of the issue.

May 25, 2018: Panoramic spoke with PGE; Mary, LJ, and Terry. They admitted to making a mistake, and said we would be reimbursed from a claim. They also explained that they should not have asked us to dig bell holes but should have just X-rayed the street from the beginning. Panoramic explained we have three huge holes in the street that need to be dealt with. PGE said they would start filing permits with the City of Berkeley to close the street and X ray… Panoramic requested that PGE summarize this in an email to put it in writing. We were notified that despite all of the work we had done, our project was cancelled until further notice.

May 29, 2018: PGE sent this email to Panoramic:

Zac,

Thank you for speaking with us on Friday 5/25/2018. As discussed we have incurred a change in scope in which we will need to perform x-ray of the distribution main as required by PG&E's Pipe Carrier Checklist Radiographic Testing Preparation Checklist (TD-4640P-02-JA01).

The Instructions for Gas Carrier Checklist process will consist of the following:

- **Applicant will be responsible for all PG&E Costs affiliated with this requirement**. Additional costs will be submitted to you for payment: Permit, Gas Crew, X-Ray Technician, PG&E Inspector.
- **Bell hole :** Applicant agreed to trench and have PG&E Inspector Clear for construction
  1 Bell hole required for the X-Ray:
  The bell hole for the x-ray will need to be at least 36" below the existing steel main and at minimum 5'x5' wide, however the width of the bell hole will be determined by the required a cage and the tab data sheet from a certified shoring company. Our inspector will work with your trenching contractor for clarifications are requirements for the bell hole x-ray requirements.
- **Permit Required** for PG&E Crew to complete x –ray, lane closures , etc.. Please let us know if the City will accept PG&E to utilize your encroachment permit to stop both lanes of Northbound traffic and possibly one lane of Southbound as the x-ray also requires a 25' radius around the bell hole for approximately 4 hours.
- Traffic Control Plan, Traffic Controller: 25' radius around the bell hole for approximately 4 hours.
- **Gas Crew**

1321 MISSION STREET, STE. 101 SAN FRANCISCO, CALIFORNIA 94103

415.701.7000 PANORAMIC.COM

- **X-Ray Technician**
- **PG&E Inspector**

We apologize for the inconveniences occurred and are working towards a resolution in fulfilling this requirement.
Please continue to contact Joel Triplett 510-231-2856 ,to facilitate this process and coordination.

If you have any questions, feel free to contact me.

*Mary Ruiz*
*Service Planning Supervisor*
**Pacific Gas & Electric Company**
**510-231-2930 Mobile:415-725-4335**
mer3@pge.com

June 4, 2018: Frank Ortiz issued a letter to PGE stating he would not take further responsibility for his shoring and plates in the street due to PGEs negligence and lack of communication.

| Date | Company | Management work description | Hours | Hourly rate | Invoice # | Amount |
|---|---|---|---|---|---|---|
| 4/2/2018 | Frank Ortiz | Frank Ortiz - Miscellaneous Permit to Excavate or Construct Inspection | | | 530031 | $765.00 |
| 6/1/2018 | Ortiz Construction | Excavated and Installed one bell hole for the gas service tie-in. Dug 45 ft. of gas trench across Shattuck to proposed building connection, and layed gas service for PG&E hook-up, as per detailed contract signed 12/13/17. Original contract: 26,900.00. 80% Completed. | | | 5053 | $21,520.00 |
| 6/5/2018 | Ortiz Construction | Extra work order for the 2 additional bellholes required by PG&E, as per detailed contract, signed and dated May 3, 18. | | | 5057 | $22,887.00 |
| 6/5/2018 | Ortiz Construction | Extra charges for delay of gas service installation, as outlined in detailed contract signed and dated May 20, 18. | | | 5058 | $7,000.00 |
| 7/3/2018 | Ortiz Construction | Additional Shoring and plate rental charge from May 24th to June 24th, as per signed extra work order dated June 14, 18 | | | 5066 | $7,000.00 |
| 7/3/2018 | Ortiz Construction | Extra work required on the construction of two separate Bell holes, as per signed contract dated June 14th, 18. | | | 5067 | $15,825.00 |
| 7/3/2018 | Ortiz Construction | Extra charge for Curb & Gutter replacement required by PG&E at one of the additional bell holes, as outlined and signed in contract dated June 14, 18. | | | 5068 | $2,630.00 |
| 7/30/2018 | Ortiz Construction | New bell hole excavated as per detailed contract. The new bell hole was dug, and conduit installed. P.G.& E.inspected and approved. We are now waiting for P.G.& E. to pull in the electrical line to the new building, so wecan backfill, compact and pave the street. Original Contract was for $6,850.00 We are 80% Complete: $5,480.00 | | | 5074 | $5,480.00 |
| 7/31/2018 | Ortiz Construction | Ortiz Construction - Additional rental of Trench shoring, plates, and maintenance of site for period of July 24th to August 24th, 2018 | | | 5077 | $2,406.80 |
| 8/13/2018 | Ortiz Construction | Ortiz construction submits an extra charge for work requested by Panoramic /Zac Shore. We were requested to supply our crew to assist Pacific gas and electric on the evening of 8/14/18.This work is being done by PG&E involves the x-ray of a 12 inch steel gas main. The work required by Ortiz will be to supply a backhoe to remove the steel plates from the existing gas hole, check that shoring is safe, dewater the bell hole, keep the water pumps running all night, and supply and monitor the gas monitor. At the end of the shift, we will remove the dewatering pumps and replace the steel traffic plates for the morning commute. We will have a 3 men crew on overtime, one 310 J-D backhoe, a gas monitor, and two 2 inch water pumps and hoses. Crew is requested to be available before 11: pm to approx. 3 to 4 a.m. | | | Extra work order | $4,725.00 |
| 8/24/2018 | Ortiz Construction | Extra work order request approved by Zac for work completed August 1, 2018. The crew went out and exposed5" electrical conduit at the edge of building drive-through. This was done in order to expose the pipe for thechange-over from the existing temporary power, which is in the existing #2 electrical box. See detailed contract. | | | 5087 | $1,880.00 |
| 8/24/2018 | Ortiz Construction | Extra work order requested and approved by Zac for work performed on July 31st. In order for PG&E to cut thewrap off of their gas main, Ortiz forces moved in , set up traffic control, pull the plates, and dewatered the bellhole. After PG&E was done, we removed the pumps, replaced the plates, and took down traffic control. Please seedetailed extra work order. | | | 5088 | $3,725.00 |
| 8/24/2018 | Ortiz Construction | EXTRA CHARGE REQUEST for June 29, 2018. P.G. & E. added a day to the original gas service Installationbid. Our original work order was for us to set up the traffic control, remove the plates, and take one day forP.G.&E. to lay and connect the 2" gas service. Now with the 12" gas service needing to be x-rayed, P.G.& E.scheduled the gas crew to come out and lay the new 2" gas service to 4 ft. from the main. This required Ortiz'crew to move onsite to set up the traffic control and pull the plates. This was an extra day added to the originalcost. The original plan, before the x-ray was required, was to be done in one day. The extra charges are for the 3men crew, utility truck, pumping system, backhoe, traffic control equipment, and dewatering of bell hole trench. | | | 5090 | $3,300.00 |
| | Pankow | Cost impacts due to delayed PG&E start. Project could not receive permanent power. In addition, PG&E incorrectly provided 208v 3-phase permanent power in lieu of 240v 3-phase | | | 00068 | $32,166.50 |
| 4/30/2018 | Bright Street | Meett onsite with PG&E; Sent Civil drawing to PG&E; Met Nima from Pankow onsite; Marked up gas meter location | 2 | $100.00 | 1840 | $200.00 |
| 5/3/2018 | Bright Street | Tele/Email from PG&E; Email to Zac and Frank; Verify meters; Sent address list to 1.25 | 1.25 | $100.00 | 1849 | $125.00 |
| 5/4/2018 | Bright Street | Emails about elec, gas | 0.25 | $100.00 | 1849 | $25.00 |
| 5/8/2018 | Bright Street | Tele w/ Adam Vawter about gas meter | 0.33 | $100.00 | 1849 | $33.00 |
| 5/29/2018 | Bright Street | Tele w/ Zac; Drafted email about 4/30 mtg | 1 | $100.00 | 1849 | $100.00 |
| 4/27/2018 | Panoramic Interests | Zac Shore went out to meet Frank Ortiz to lay out new bell hole work on site with the contractor, then communicate with PGE about why they were needed | 3 | $120.00 | PI | $360.00 |
| 5/16/2018 | Panoramic Interests | Job cancelled due to gas line being tapped. Zac Shore spent 4 hours calling people at PGE and going to site to deal with these issues. | 4 | $120.00 | PI | $480.00 |
| 5/16/2018 | Panoramic Interests | Zac Shore discussed Bell hole inspections with Frank Ortiz and Valentine from PGE to deal with what PGE needed. | 2 | $120.00 | PI | $240.00 |
| 5/17/2018 | Panoramic Interests | Zac Shore had to re-sign contracts that had already been signed to modify the contract | 1 | $120.00 | PI | $120.00 |
| 5/24/2018 | Panoramic Interests | Florence Hsueh went to building department to help assist pulling permits on behalf of PGE | 3 | $120.00 | PI | $360.00 |
| 6/19/2018 | Panoramic Interests | Zac Shore met with the PGE team on site to discuss the bell holes and X ray plans. Typed up email to get everyone back on track and assist putting the project back together. | 6 | $120.00 | PI | $720.00 |
| 6/20/2018 - 6/30/2018 | Panoramic Interests | Communications with PG&E regarding pushing the project forward | 4 | $120.00 | PI | $480.00 |
| 7/1/2018 - 7/31/2018 | Panoramic Interests | Communications due to delays associated with gas line tie-in | 3 | $120.00 | PI | $360.00 |
| 9/17/2018 - 1/14/2019 | Panoramic Interests | Communications with PG&E regarding the claim (A18125657) | 50 | $120.00 | PI | $6,000.00 |
| 7/1/2018 - 1/14/2019 | Panoramic Interests | Cost of Capital (12%) | | | PI | $16,909.60 |
| | | **TOTAL** | | | | **$140,913.30** |



**Bright Street Inc.**
1410 Fairview Street
Berkeley, CA 94702

# INVOICE

**BILL TO**

2711 Shattuck Avenue Project
UC Storage, LLC
1321 Mission Street
Suite 101
San Francisco, CA 94103

**INVOICE #** 1840
**DATE** 05/02/2018
**DUE DATE** 05/17/2018
**TERMS** Net 15

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 04/30/2018 | Meet onsite with PG&E; Sent Civil drawing to PG&E; Met Nima from Pankow onsite; Marked up gas meter location | 2 | 100.00 | 200.00 |

April project consulting services.

**BALANCE DUE** **$200.00**

Case: 19-30088    Doc# 9932-1    Filed: 01/05/21    Entered: 01/05/21 09:36:15    Page 13 of 39



**Bright Street Inc.**
1410 Fairview Street
Berkeley, CA 94702

# INVOICE

**BILL TO**

2711 Shattuck Avenue Project
UC Storage, LLC
1321 Mission Street
Suite 101
San Francisco, CA 94103

**INVOICE #** 1849
**DATE** 06/15/2018
**DUE DATE** 06/30/2018
**TERMS** Net 15

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 05/03/2018 | Tele/Email from PG&E; Email to Zac and Frank; Verify meters; Sent address list to Joel | 1.25 | 100.00 | 125.00 |
| 05/04/2018 | Emails about elec, gas | 0.25 | 100.00 | 25.00 |
| 05/08/2018 | Tele w/ Adam Vawter about gas meter | 0.33 | 100.00 | 33.00 |
| 05/29/2018 | Tele w/ Zac; Drafted email about 4/30 mtg | 1 | 100.00 | 100.00 |

May project consulting services.

**BALANCE DUE** **$283.00**



| Date | Management work description | Hours |
|---|---|---|
| 4/27/2018 | Zac Shore went out to meet Frank Ortiz to lay out new bell hole work on site with the contractor, then communicate with PGE about why they were needed | 3 hours |
| 5/16/2018 | Job cancelled due to gas line being tapped. Zac Shore spent 4 hours calling people at PGE and going to site to deal with these issues. | 4 hours |
| 5/16/2018 | Zac Shore discussed Bell hole inspections with Frank Ortiz and Valentine from PGE to deal with what PGE needed. | 2 hours |
| 5/17/2018 | Zac Shore had to re-sign contracts that had already been signed to modify the contract | 1 hour |
| 5/24/2018 | Florence Hsueh went to building department to help assist pulling permits on behalf of PGE | 3 hours |
| 6/19/2018 | Zac Shore met with the PGE team on site to discuss the bell holes and X ray plans. Typed up email to get everyone back on track and assist putting the project back together. | 6 hours |
| 6/20/2018 - 6/30/2018 | Communications with PG&E regarding pushing the project forward | 4 hours |
| 7/1/2018 - 7/31/2018 | Communications due to delays associated with gas line tie-in | 3 hours |
| 9/17/2018 - 1/14/2019 | Communications with PG&E regarding the claim (A18125657) | 50 hours |
| | Total Hours | 76 hours |
| 7/1/2018 - 1/14/2019 | Cost of Capital (12%) | $ 16,909.60 |
| | Zac Shore Hourly rate $120 per hour | $ 9,120.00 |
| | **Total** | **$26,029.60** |



**Charles Pankow Builders, Ltd.**
1111 Broadway, Suite 200
Oakland, CA 94607

Zac Shore
UC STORAGE, LLC
1321 Mission Street Suite 101
San Francisco, CA 94103

Project: 2711 Shattuck Smartspace, Berkeley CA (17-K084)
RE: PCI #: 00068 - PG&E Coordination and Delay

Dear Zac,

We have finalized gathering all the required quotations for PCI Number 00068. We have reviewed the scopes of work and have verified that all the extra work items are in compliance with our contract agreement. The following is a detailed itemization of all extra costs.

**Summary of the Work**: Cost impacts due to delayed PG&E start. Project could not receive permanent power. In addition, PG&E incorrectly provided 208v 3-phase permanent power in lieu of 240v 3-phase.

| DESCRIPTION | Job # - PHASE | QTY | WM | RATE | AMOUNT |
|---|---|---|---|---|---|
| General Contractor Time | 17-K084 - 01.3000.01. | | NA | | $10,448.00 |
| HVAC Delayed Hookup - Overtime Required | 17-K084 - 23.0000.01. | | LS | | $5,000.00 |
| Electrical additional subpanel and time | 17-K084 - 26.1000.01. | | LS | | $15,000.00 |
| | | | | | |
| 1. Subguard - 1.25% | 01.1015.20. | | LS | | $250.00 |
| 2. Insurance - 1.80% | 01.1018.20. | | LS | | $552.56 |
| 3. Tax - 0.18% | 01.1020.10. | | LS | | $56.25 |
| 5. Overhead - 2.5% | 90.2000.20. | | LS | | $859.69 |
| | | | | **Proposal Total:** | **$32,166.50** |

The impact to the schedule related to this Change Order Request is **8** days.

Please indicate your approval of this amount by signing in the space provided below. If you have any questions regarding this request, please call me at your earliest convenience.

Sincerely,

**Charles Pankow Builders, Ltd.**
*A California Limited Partnership*

[ ] Approved - Proceed with the Work and Owner Change Order
[ ] Acknowledged - Proceed per Allowance
[ ] Acknowledged - Proceed with Pricing Only
[ ] Acknowledged - Proceed with the Work on T&M
[ ] Acknowledged - Proceed with the Work on above Lump Sum
Arquimedes Ponce                    [ ] Revise and Resubmit
Project Engineer                      [ ] No Impact Acknowledged - Proceed with work
[ ] Declined - Do not process or execute this Change

Approved by:

Signature: _____    Date: _____

Name: _____

Case: 19-30088    Doc# 9932-1    Filed: 01/05/21    Entered: 01/05/21 09:36:15    Page 16
of 39



**Charles Pankow Builders, Ltd.**
1111 Broadway, Suite 200
Oakland, CA 94607

Zac Shore
UC STORAGE, LLC
1321 Mission Street  Suite 101
San Francisco,  CA  94103

Project: 2711 Shattuck Smartspace, Berkeley CA (17-K084)
RE: PCI #:  00068 - PG&E Coordination and Delay

Dear Zac,

We have finalized gathering all the required quotations for PCI Number 00068.  We have reviewed the scopes of work and have verified that all the extra work items are in compliance with our contract agreement. The following is a detailed itemization of all extra costs.

**Summary of the Work**:  Cost impacts due to delayed PG&E start. Project could not receive permanent power. In addition, PG&E incorrectly provided 208v 3-phase permanent power in lieu of 240v 3-phase.

| DESCRIPTION | Job # - PHASE | QTY | WM | RATE | AMOUNT |
|---|---|---|---|---|---|
| General Contractor Time | 17-K084 - 01.3000.01. | | NA | | $10,448.00 |
| HVAC Delayed Hookup - Overtime Required | 17-K084 - 23.0000.01. | | LS | | $5,000.00 |
| Electrical additional subpanel and time | 17-K084 - 26.1000.01. | | LS | | $15,000.00 |
| | | | | | |
| 1. Subguard - 1.25% | 01.1015.20. | | LS | | $250.00 |
| 2. Insurance - 1.80% | 01.1018.20. | | LS | | $552.56 |
| 3. Tax - 0.18% | 01.1020.10. | | LS | | $56.25 |
| 5. Overhead - 2.5% | 90.2000.20. | | LS | | $859.69 |
| | | | | **Proposal Total:** | **$32,166.50** |

The impact to the schedule related to this Change Order Request is **8** days.

Please indicate your approval of this amount by signing in the space provided below.  If you have any questions regarding this request, please call me at your earliest convenience.

Sincerely,

**Charles Pankow Builders, Ltd.**
*A California Limited Partnership*

Arquimedes Ponce
Project Engineer

[ ] Approved - Proceed with the Work and Owner Change Order
[ ] Acknowledged - Proceed per Allowance
[ ] Acknowledged - Proceed with Pricing Only
[ ] Acknowledged - Proceed with the Work on T&M
[ ] Acknowledged - Proceed with the Work on above Lump Sum
[ ] Revise and Resubmit
[ ] No Impact Acknowledged - Proceed with work
[ ] Declined - Do not process or execute this Change

Approved by:

Signature: _____     Date: _____

Name: _____

Case: 19-30088    Doc# 9932-1    Filed: 01/05/21    Entered: 01/05/21 09:36:15    Page 17 of 39



**ORTIZ**

**ORTIZ CONSTRUCTION, INC.**
**4061 E. Castro Valley Blvd. #449**
**Castro Valley, Ca. 94552**
**(510) 538-9464 *Fax: (510) 538-9464**

CONSTRUCTION, INC.
Lic. #760739

**E-mail: ortiz.dawn@gmail.com**

| Date | Invoice # |
|------|-----------|
| 8/24/2018 | 5087 |

| Bill To |
|---------|
| UC Storage LLC<br>1321 Mission St. Suite 101<br>San Francisco, Ca. 94103 |

| Ship To |
|---------|
| UC Storage<br>2711 Shattuck Ave.<br>Berkeley, Ca. |

| P.O. Number | Terms | Due Date | Project | Ortiz Job # |
|-------------|-------|----------|---------|-------------|
|  | Net 15 | 9/8/2018 | Extra exposed 4" electric... | 17-09 |

| DESCRIPTION | Total Amount |
|-------------|--------------|
| Extra work order request approved by Zac for work completed August 1, 2018. The crew went out and exposed 5" electrical conduit at the edge of building drive-through. This was done in order to expose the pipe for the change-over from the existing temporary power, which is in the existing #2 electrical box. See detailed contract. | 1,880.00 |

| If paying by credit card, there will be a 2% charge for bank service fees. | **Total** | $1,880.00 |
|---|---|---|



**ORTIZ**

CONSTRUCTION, INC.
Lic. #760739

**ORTIZ CONSTRUCTION, INC.**
**4061 E. Castro Valley Blvd. #449**
**Castro Valley, Ca. 94552**
**(510) 538-9464 *Fax: (510) 538-9464**

**E-mail: ortiz.dawn@gmail.com**

| Date | Invoice # |
|------|-----------|
| 8/24/2018 | 5088 |

| Bill To |
|---------|
| UC Storage LLC |
| 1321 Mission St. Suite 101 |
| San Francisco, Ca. 94103 |

| Ship To |
|---------|
| UC Storage |
| 2711 Shattuck Ave. |
| Berkeley, Ca. |

| P.O. Number | Terms | Due Date | Project | Ortiz Job # |
|-------------|-------|----------|---------|-------------|
| | Net 15 | 9/8/2018 | Move-in for PG&E Gas ... | 17-09 |

| DESCRIPTION | Total Amount |
|-------------|--------------|
| Extra work order requested and approved by Zac for work performed on July 31st. In order for PG&E to cut the wrap off of their gas main, Ortiz forces moved in , set up traffic control, pull the plates, and dewatered the bell hole. After PG&E was done, we removed the pumps, replaced the plates, and took down traffic control. Please see detailed extra work order. | 3,725.00 |

| If paying by credit card, there will be a 2% charge for bank service fees. | **Total** | $3,725.00 |



**ORTIZ CONSTRUCTION, INC.**
**4061 E. Castro Valley Blvd. #449**
**Castro Valley, Ca. 94552**
**(510) 538-9464 *Fax: (510) 538-9464**

CONSTRUCTION, INC.
Lic. #760739

**E-mail: ortiz.dawn@gmail.com**

| Date | Invoice # |
|------|-----------|
| 8/24/2018 | 5090 |

| Bill To |
|---------|
| UC Storage LLC<br>1321 Mission St. Suite 101<br>San Francisco, Ca. 94103 |

| Ship To |
|---------|
| UC Storage<br>2711 Shattuck Ave.<br>Berkeley, Ca. |

| P.O. Number | Terms | Due Date | Project | Ortiz Job # |
|-------------|-------|----------|---------|-------------|
| | Net 15 | 9/8/2018 | Extra work charge to PG... | |

| DESCRIPTION | Total Amount |
|-------------|--------------|
| EXTRA CHARGE REQUEST for June 29, 2018. P.G. & E. added a day to the original gas service installation bid. Our original work order was for us to set up the traffic control, remove the plates, and take one day for P.G.&E. to lay and connect the 2" gas service. Now with the 12" gas service needing to be x-rayed, P.G. & E. scheduled the gas crew to come out and lay the new 2" gas service to 4 ft. from the main. This required Ortiz' crew to move onsite to set up the traffic control and pull the plates. This was an extra day added to the original cost. The original plan, before the x-ray was required, was to be done in one day. The extra charges are for the 3 men crew, utility truck, pumping system, backhoe, traffic control equipment, and dewatering of bell hole trench. | 3,300.00 |

| If paying by credit card, there will be a 2% charge for bank service fees. | **Total** | $3,300.00 |
|---|---|---|

Case: 19-30088    Doc# 9932-1    Filed: 01/05/21    Entered: 01/05/21 09:36:15    Page 20 of 39



# ORTIZ
## CONSTRUCTION, INC.
Lic. #760739

**ORTIZ CONSTRUCTION, INC.**
4061 E. Castro Valley Blvd. #449
Castro Valley, Ca. 94552
(510) 538-9464 *Fax: (510) 538-9464

E-mail: ortiz.dawn@gmail.com

| Date | Invoice # |
|------|-----------|
| 6/5/2018 | 5057 |

| Bill To | Ship To |
|---------|---------|
| UC Storage LLC<br>1321 Mission St. Suite 101<br>San Francisco, Ca. 94103 | UC Storage<br>2711 Shattuck Ave.<br>Berkeley, Ca. |

PANORAMIC INTERESTS
CREATORS OF CITYSPACES®

Billing Entity: 2711 Shattuck
Cost Code: (605-00 (generic construction cost)
yr

| P.O. Number | Terms | Due Date | Project | Ortiz Job # |
|-------------|-------|----------|---------|-------------|
| | Net 15 | 6/20/2018 | 17-09 Extra work 2 PGE ... | 17-09 |

| DESCRIPTION | Total Amount |
|-------------|--------------|
| Extra work order for the 2 additional bellholes required by PG & E, as per detailed contract, signed and dated May 3, 18. | 22,887.00 |

OK to pay

(P) (DW)

| If paying by credit card, there will be a 2% charge for bank service fees. | **Total** | $22,887.00 |
|---|---|---|



# ORTIZ

**CONSTRUCTION, INC.**
Lic. #760739

ORTIZ CONSTRUCTION, INC.
4061 E. Castro Valley Blvd. #449
Castro Valley, Ca. 94552
(510) 538-9464 *Fax: (510) 538-9464

E-mail: ortiz.dawn@gmail.com

| Date | Invoice # |
|------|-----------|
| 6/5/2018 | 5058 |

| Bill To | Ship To |
|---------|---------|
| UC Storage LLC<br>1321 Mission St. Suite 101<br>San Francisco, Ca. 94103 | UC Storage<br>2711 Shattuck Ave.<br>Berkeley, Ca. |

PANORAMIC INTERESTS
CREATORS OF CITYSPACES

Billing Entity: 2711 Shattuck
Cost Code: Generic Construction cost (1605-00)
yk

| P.O. Number | Terms | Due Date | Project | Ortiz Job # |
|-------------|-------|----------|---------|-------------|
| | Net 15 | 6/20/2018 | 17-09 Extras for delay of... | 17-09 |

| DESCRIPTION | Total Amount |
|-------------|--------------|
| Extra charges for delay of gas service installation, as outlined in detailed contract signed and dated May 20, 18 | 7,000.00 |

ok to pay

W  (P)  (DW)

| | | |
|---|---|---|
| If paying by credit card, there will be a 2% charge for bank service fees. | **Total** | $7,000.00 |



# ORTIZ
## CONSTRUCTION, INC.
Lic. #760739

**ORTIZ CONSTRUCTION, INC.**
4061 E. Castro Valley Blvd. #449
Castro Valley, Ca. 94552
(510) 538-9464 *Fax: (510) 538-9464

E-mail: ortiz.dawn@gmail.com

| Date | Invoice # |
|------|-----------|
| 7/3/2018 | 5066 |

| Bill To | Ship To |
|---------|---------|
| UC Storage LLC<br>1321 Mission St. Suite 101<br>San Francisco, Ca. 94103 | UC Storage<br>2711 Shattuck Ave.<br>Berkeley, Ca. |

| P.O. Number | Terms | Due Date | Project | Ortiz Job # |
|-------------|-------|----------|---------|-------------|
|  | Net 15 | 7/18/2018 | 17-09Additional delay tr... | 17-09 |

| DESCRIPTION | Total Amount |
|-------------|--------------|
| Additional Shoring and plate rental charge from May 24th to June 24th, as per signed extra work order dated June 14, 18 | 7,000.00 |

Ok to pay
UCStorage 1706-00

(W)   (P) (DW)

| | |
|--|--|
| If paying by credit card, there will be a 2% charge for bank service fees. | **Total** $7,000.00 |

## Al Hernandez

| | |
|---|---|
| **From:** | JP Walsh |
| **Sent:** | Tuesday, July 24, 2018 4:44 PM |
| **To:** | Al Hernandez |
| **Subject:** | FW: Breakdown of invoices for draw |
| **Attachments:** | Invoice UC Storage Shattack #5066 rental plates.pdf; Invoice UC Storage Shattack #5067 Bellholes.pdf; Invoice UC Storage Shattack #5068 Curb & Gutter.pdf |

Al,

Can you add these to the UC Storage draw?

Please code to PG&E fees -1706-00

JP

**From:** Dawn Ortiz <ortiz.dawn@gmail.com>
**Sent:** Tuesday, July 3, 2018 2:08 PM
**To:** JP Walsh <jp@panoramic.com>
**Subject:** Re: Breakdown of invoices for draw

Good afternoon JP, I wanted to make sure you had the invoices correlating with the extra work order attachments sent in the previous email. Please find them attached below, and let me know if you have any further questions. Happy 4th!!!

On Tue, Jun 19, 2018 at 2:08 PM, JP Walsh <jp@panoramic.com> wrote:

This is perfect.

Thank you,

JP

**From:** Dawn Ortiz <ortiz.dawn@gmail.com>
**Sent:** Tuesday, June 19, 2018 12:57 PM
**To:** jp@panoramic.com
**Subject:** Breakdown of invoices for draw

Invoice # 5050: New 6" sewer lateral installed, as per original contract. 80% complete: $11,960.00

    Due when completed: $2,990.00

Invoice # 5051: New 12" Storm drain installed, as per original contract: 80% complete: $24,800.00

    Due when completed: $ 6,200.00

1



## ORTIZ CONSTRUCTION, INC.

**ORTIZ CONSTRUCTION, INC.**
4061 E. Castro Valley Blvd. #449
Castro Valley, Ca. 94552
(510) 538-9464 *Fax: (510) 538-9464

Lic. #760739

E-mail: ortiz.dawn@gmail.com

| Date | Invoice # |
|------|-----------|
| 7/3/2018 | 5067 |

| Bill To | Ship To |
|---------|---------|
| UC Storage LLC<br>1321 Mission St. Suite 101<br>San Francisco, Ca. 94103 | UC Storage<br>2711 Shattuck Ave.<br>Berkeley, Ca. |

| P.O. Number | Terms | Due Date | Project | Ortiz Job # |
|-------------|-------|----------|---------|-------------|
| | Net 15 | 7/18/2018 | 17-09 2nd Extra work on... | 17-09 |

| DESCRIPTION | Total Amount |
|-------------|--------------|
| Extra work required on the construction of two separate Bell holes, as per signed contract dated June 14th, 18. | 15,825.00 |

OK to pay
UC Storage 170600

(P) (DW)

| If paying by credit card, there will be a 2% charge for bank service fees. | **Total** | $15,825.00 |
|---|---|---|

**Al Hernandez**

| | |
|---|---|
| **From:** | JP Walsh |
| **Sent:** | Tuesday, July 24, 2018 4:44 PM |
| **To:** | Al Hernandez |
| **Subject:** | FW: Breakdown of invoices for draw |
| **Attachments:** | Invoice UC Storage Shattack #5066 rental plates.pdf; Invoice UC Storage Shattack #5067 Bellholes.pdf; Invoice UC Storage Shattack #5068 Curb & Gutter.pdf |

Al,

Can you add these to the UC Storage draw?

Please code to PG&E fees -1706-00

JP

**From:** Dawn Ortiz <ortiz.dawn@gmail.com>
**Sent:** Tuesday, July 3, 2018 2:08 PM
**To:** JP Walsh <jp@panoramic.com>
**Subject:** Re: Breakdown of invoices for draw

Good afternoon JP, I wanted to make sure you had the invoices correlating with the extra work order attachments sent in the previous email. Please find them attached below, and let me know if you have any further questions. Happy 4th!!!

On Tue, Jun 19, 2018 at 2:08 PM, JP Walsh <jp@panoramic.com> wrote:

This is perfect.

Thank you,

JP

**From:** Dawn Ortiz <ortiz.dawn@gmail.com>
**Sent:** Tuesday, June 19, 2018 12:57 PM
**To:** jp@panoramic.com
**Subject:** Breakdown of invoices for draw

Invoice # 5050: New 6" sewer lateral installed, as per original contract. 80% complete: $11,960.00

       Due when completed: $2,990.00

Invoice # 5051: New 12" Storm drain installed, as per original contract: 80% complete: $24,800.00

       Due when completed: $ 6,200.00

1

Invoice # 5052: Break & disposed of 12' x 32' concrete slab. Original: 100% complete: $ 4,264.00

Invoice # 5053: Installed bell hole & installed new gas line. Original: 80% complete: $21,520.00

        Due when completed: 5,380.00

Invoice # 5057: **PG&E EXTRA**: 2 extra bell holes required for their testing: **$22,887.00**

Invoice # 5058: **PG&E EXTRA**: Additional rental fees from delay of project: **$ 7,000.00**


Please see additional approved **extra charges for PG&E claim.**(attached) Totaling: **$ 25,455.00**

**I can send you over invoices if you want to put these on this draw.**


We also have two original contracts which have not been completed yet (and not billed)

One is for Bell hole on Ward St: $6,850.00. Second is for the fire line: 9,800.00.

Finally, we have to complete 15% of an original contract: $44,200.00. We will bill the final $6,630.00

when the sidewalk is completed.


I hope this clarifies matters for your accounting codes.

Case: 19-30088     Doc# 9932-1     Filed: 01/05/21     Entered: 01/05/21 09:36:15     Page 27
of 39



**ORTIZ**

**ORTIZ CONSTRUCTION, INC.**
4061 E. Castro Valley Blvd. #449
Castro Valley, Ca. 94552
(510) 538-9464 *Fax: (510) 538-9464

**CONSTRUCTION, INC.**
Lic. #760739

E-mail: ortiz.dawn@gmail.com

| Date | Invoice # |
|------|-----------|
| 7/3/2018 | 5068 |

| Bill To |
|---------|
| UC Storage LLC<br>1321 Mission St. Suite 101<br>San Francisco, Ca. 94103 |

| Ship To |
|---------|
| UC Storage<br>2711 Shattuck Ave.<br>Berkeley, Ca. |

| P.O. Number | Terms | Due Date | Project | Ortiz Job # |
|-------------|-------|----------|---------|-------------|
|  | Net 15 | 7/18/2018 | 17-09 Extra curb & gutte... | 17-09 |

| DESCRIPTION | Total Amount |
|-------------|--------------|
| Extra charge for Curb & Gutter replacement required by PG&E at one of the additional bell holes, as outlined and signed in contract dated June 14, 18. | 2,630.00 |

OK to pay
UC Storage 170600

(OK) (P) (DW)

| | Total | $2,630.00 |
|--|-------|-----------|
| If paying by credit card, there will be a 2% charge for bank service fees. | | |

## Al Hernandez

| | |
|---|---|
| **From:** | JP Walsh |
| **Sent:** | Tuesday, July 24, 2018 4:44 PM |
| **To:** | Al Hernandez |
| **Subject:** | FW: Breakdown of invoices for draw |
| **Attachments:** | Invoice UC Storage Shattack #5066 rental plates.pdf; Invoice UC Storage Shattack #5067 Bellholes.pdf; Invoice UC Storage Shattack #5068 Curb & Gutter.pdf |

Al,

Can you add these to the UC Storage draw?

Please code to PG&E fees -1706-00

JP

**From:** Dawn Ortiz <ortiz.dawn@gmail.com>
**Sent:** Tuesday, July 3, 2018 2:08 PM
**To:** JP Walsh <jp@panoramic.com>
**Subject:** Re: Breakdown of invoices for draw

Good afternoon JP, I wanted to make sure you had the invoices correlating with the extra work order attachments sent in the previous email. Please find them attached below, and let me know if you have any further questions. Happy 4th!!!

On Tue, Jun 19, 2018 at 2:08 PM, JP Walsh <jp@panoramic.com> wrote:

This is perfect.

Thank you,

JP

**From:** Dawn Ortiz <ortiz.dawn@gmail.com>
**Sent:** Tuesday, June 19, 2018 12:57 PM
**To:** jp@panoramic.com
**Subject:** Breakdown of invoices for draw

Invoice # 5050: New 6" sewer lateral installed, as per original contract. 80% complete: $11,960.00

        Due when completed: $2,990.00

Invoice # 5051: New 12" Storm drain installed, as per original contract: 80% complete: $24,800.00

        Due when completed: $ 6,200.00

1

Invoice # 5052: Break & disposed of 12' x 32' concrete slab. Original: 100% complete: $ 4,264.00

Invoice # 5053: Installed bell hole & installed new gas line. Original: 80% complete: $21,520.00

      Due when completed: 5,380.00

Invoice # 5057: **PG&E EXTRA:** 2 extra bell holes required for their testing: **$22,887.00**

Invoice # 5058: **PG&E EXTRA:** Additional rental fees from delay of project: **$ 7,000.00**


Please see additional approved **extra charges for PG&E claim**.(attached) Totaling: **$ 25,455.00**

**I can send you over invoices if you want to put these on this draw.**


We also have two original contracts which have not been completed yet (and not billed)

One is for Bell hole on Ward St: $6,850.00. Second is for the fire line: 9,800.00.

Finally, we have to complete 15% of an original contract: $44,200.00. We will bill the final $6,630.00

when the sidewalk is completed.


I hope this clarifies matters for your accounting codes.

**Al Hernandez**

| | |
|---|---|
| **From:** | Florence Hsueh |
| **Sent:** | Tuesday, April 03, 2018 1:23 PM |
| **To:** | Al Hernandez |
| **Cc:** | Yuhan Ke |
| **Subject:** | Fwd: Receipt for 2711 Shattuck Ave |
| **Attachments:** | 2711 Shattuck Ave.pdf |

Hi Al,

Would you be able to cut a check for $761 today?

This amount is for the sewer and storm permit.

Pay to the City of Berkeley. Please bill to UC Storage.

Thank you.

---------- Forwarded message ----------
From: **Zac Shore** <zac@panoramic.com>
Date: Tue, Apr 3, 2018 at 8:29 AM
Subject: Fwd: Receipt for 2711 Shattuck Ave
To: Florence Hsueh <florence@panoramic.com>, Yuhan Ke <yuhan@panoramic.com>

Could you two handle and coordinate this today with Al?

Thanks

---------- Forwarded message ---------
From: Frank Ortiz <ortizjr@gmail.com>
Date: Tue, Apr 3, 2018 at 6:25 AM
Subject: Fwd: Receipt for 2711 Shattuck Ave
To: Zac Shore <zac@panoramic.com>, Dawn <Ortiz.dawn@gmail.com>

Hi Zac, We received your payment for this gas permit, and have in turn, paid City of Berkeley. The receipt is attached. The sewer and storm permit, which is now ready for issue, will be $761.00. If you can send a check for this we can get it released from the City ASAP. Thanks so much, and let me know you have received this info. Frank

---------- Forwarded message ----------
From: **Smith, Ramona** <RaSmith@cityofberkeley.info>
Date: Mon, Apr 2, 2018 at 3:20 PM
Subject: Receipt for 2711 Shattuck Ave
To: Dawn Ortiz <ortiz.dawn@gmail.com>

*Handwritten notes:*

Payable to:
↓

Frank Ortiz

4507 Recreation Rd
Castro Valley
CA 94552.

Payable to
Frank Ortiz

OK to pay
UC Storage
1705-00
$761

Ⓝ Ⓟ Ⓓⓦ

1

Hi,

Please confirm receipt of this email.

Thank you,

Ramona Smith

1947 Center St. 3rd Fl.

Berkeley, CA 94702

510-981-7518

--
Zac Shore Sent from Gmail Mobile

--

**Florence Hsueh**

**Project Manager**

**PANORAMIC INTERESTS |** Creators of CITYSPACES®

1321 Mission Street, Ste. 101

San Francisco, CA 94103

415.701.7004

florence@panoramic.com | panoramic.com



### The MicroPAD: housing the homeless.

[Click on image for more info.]



3



### CITY OF BERKELEY

**RECEIPT**
**U2018-00025**

**Receipt Date:**

4/2/2018

**Receipt Number:**

530031

**Permit Type:** Utilities - Gas
**Address:** 2711 SHATTUCK Ave
BERKELEY, CA 94705
**Owner Name:** Frank Ortiz
**Owner Address:** 4507 RECREATION RD CASTRO VALLEY CA 94552-5535

| Payor: Dawn Ortiz | Payment Status: Paid | Date Printed: 4/2/2018 |
|---|---|---|
| Cashier: RASMITH | Payment Method: Credit Card | Auth: 01915d |

| Fees: | Amount |
|---|---|
| FP230 - Filing Fee | $22.00 |
| FP100 - Base Permit Fee | $127.00 |
| FP1000 - Plan Checking, engineering fees | $306.00 |
| FP420 - Public Works Technology Fee | $67.55 |
| FP200 - Miscellaneous Permit to Excavate or Construct Inspection | $765.00 |
| FP1000 - Plan Checking, engineering fees | $153.00 |
| **Property Address:**   Total: | **$1440.55** |

**Property Address:**
2711 SHATTUCK Ave
BERKELEY, CA 94705



ORTIZ CONSTRUCTION, INC.
4061 E. Castro Valley Blvd. #449
Castro Valley, Ca. 94552
(510) 538-9464 *Fax: (510) 538-9464

CONSTRUCTION, INC.
Lic. #760739

E-mail: ortiz.dawn@gmail.com

| Date | Invoice # |
|------|-----------|
| 6/1/2018 | 5053 |

| Bill To |
|---------|
| UC Storage LLC<br>1321 Mission St. Suite 101<br>San Francisco, Ca. 94103 |

| Ship To |
|---------|
| UC Storage<br>2711 Shattuck Ave.<br>Berkeley, Ca. |

| P.O. Number | Terms | Due Date | Project | Ortiz Job # |
|-------------|-------|----------|---------|-------------|
| | Net 15 | 6/16/2018 | 17-09 Bell hole & gas sc... | 17-09 |

| DESCRIPTION | Total Amount |
|-------------|--------------|
| Excavated and installed one bell hole for the gas service tie-in. Dug 45 ft. of gas trench across Shattuck to proposed building connection, and layed gas service for PG & E hook-up, as per detailed contract signed 12/13/17. Original contract: 26,900.00. 80% Completed. | 21,520.00 |

PANORAMIC INTERESTS
CREATORS OF CITYSPACES

Billing Entity: 2711 Shattuck
Cost Code: 1605-00 (generic contruction cost)
4k.

Ok to pay

Ml (P) (bw)

| If paying by credit card, there will be a 2% charge for bank service fees. | **Total** | $21,520.00 |
|---|---|---|



**ORTIZ CONSTRUCTION, INC.**
**4061 E. Castro Valley Blvd. #449**
**Castro Valley, Ca. 94552**
**(510) 538-9464 *Fax: (510) 538-9464**

CONSTRUCTION, INC.
Lic. #760739

**E-mail: ortiz.dawn@gmail.com**

| Date | Invoice # |
|------|-----------|
| 7/30/2018 | 5074 |

| Bill To |
|---------|
| UC Storage LLC<br>1321 Mission St. Suite 101<br>San Francisco, Ca. 94103 |

| Ship To |
|---------|
| UC Storage<br>2711 Shattuck Ave.<br>Berkeley, Ca. |

| P.O. Number | Terms | Due Date | Project | Ortiz Job # |
|-------------|-------|----------|---------|-------------|
|  | Net 15 | 8/14/2018 | 17-09 New Bell Hole Ex... | 17-09 |

| DESCRIPTION | Total Amount |
|-------------|--------------|
| New bell hole excavated as per detailed contract. The new bell hole was dug, and conduit installed. P.G.& E. inspected and approved. We are now waiting for P.G.& E. to pull in the electrical line to the new building, so we can backfill, compact and pave the street. Original Contract was for $6,850.00 We are 80% Complete: $5,480.00 | 5,480.00 |

| | |
|---|---|
| If paying by credit card, there will be a 2% charge for bank service fees. | **Total** $5,480.00 |



**ORTIZ CONSTRUCTION, INC.**

**ORTIZ CONSTRUCTION, INC.**
**4061 E. Castro Valley Blvd. #449**
**Castro Valley, Ca. 94552**
**(510) 538-9464 *Fax: (510) 538-9464**

**E-mail: ortiz.dawn@gmail.com**

CONSTRUCTION, INC.
Lic. #760739

| Date | Invoice # |
|------|-----------|
| 7/31/2018 | 5077 |

| Bill To |
|---------|
| UC Storage LLC<br>1321 Mission St. Suite 101<br>San Francisco, Ca. 94103 |

| Ship To |
|---------|
| UC Storage<br>2711 Shattuck Ave.<br>Berkeley, Ca. |

| P.O. Number | Terms | Due Date | Project | Ortiz Job # |
|-------------|-------|----------|---------|-------------|
|  | Net 15 | 8/15/2018 | 17-09 Additional shoring... | 17-09 |

| DESCRIPTION | Total Amount |
|-------------|--------------|
| Additional rental of Trench shoring, plates, and maintenance of site for period of July 24th to August 24th, 2018. | 2,406.80 |

| | | |
|---|---|---|
| If paying by credit card, there will be a 2% charge for bank service fees. | **Total** | $2,406.80 |

PROPOSAL AND CONTRACT



# ORTIZ

## CONSTRUCTION, INC.
Lic. #760739

| | DATE |
|---|---|
| | 8-13-18 |

| PROPOSAL SUBMITTED TO | PHONE |
|---|---|
| Panoramic / Zac Shore | Cell: |

| STREET | JOB NAME |
|---|---|
| | 2711 Shattuck Ave. |

| CITY, STATE, AND ZIP CODE | JOB LOCATION |
|---|---|
| | Berkeley, Ca. |

| GAS MAIN DEPTH 9.5' SIZE: 12 inch service | XST Ward St. | |
|---|---|---|

## EXTRA WORK ORDER REQUEST

Ortiz construction submits an extra charge for work requested by Panoramic /Zac Shore. We were requested to supply our crew to assist Pacific gas and electric on the evening of 8/14/18.This work is being done by PG&E involves the x-ray of a 12 inch steel gas main. The work required by Ortiz will be to supply a backhoe to remove the steel plates from the existing gas bell hole, check that shoring is safe, dewater the bell hole, keep the water pumps running all night, and supply and monitor the gas monitor. At the end of the shift, we will remove the dewatering pumps and replace the steel traffic plates for the morning commute. We will have a 3 men crew on overtime, one 310 J-D backhoe, a gas monitor, and two 2 inch water pumps and hoses. Crew is requested to be available before 11: pm to approx. 3 to 4 a.m.

*We Propose* hereby to furnish material and labor, complete in accordance with above specifications, for the sum of:

Forty seven hundred twenty five dollars          $4,725.00

**Payment to be made as follows:** Payment due in full on completion.

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from the above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workman's Compensation Insurance.

**Authorized Signature** —————————————————

**Note:** This proposal may be withdrawn by us if not accepted within 30 days.

## Acceptance of Proposal
The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature —————————————————

Date of acceptance —————————————

Signature —————————————————

Case: 19-30088   Doc# 9932-1   Filed: 01/05/21   Entered: 01/05/21 09:36:15   Page 38 of 39

**PROOF OF SERVICE**

The undersigned declares:

I am employed in the County of Sacramento, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 621 Capitol Mall, Ste. 2500, Sacramento, CA 95814.

On the date below, I served the foregoing:

- **PROOF OF CLAIM (Panoramic Investments)**

on the following parties as follows:

☑ (By U.S. Mail) On the same date, at my said place of business, Copy enclosed in a sealed envelope, addressed as shown below, was placed for collection and mailing following the usual business practice of my said employer. I am readily familiar with my said employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, and, pursuant to that practice, the correspondence would be deposited with the United States Postal Service, with postage thereon fully prepaid, on the same date at Sacramento, California.

**PG&E Corporation Claims Processing Center**
**c/o Prime Clerk LLC**
**850 3rd Avenue, Suite 412**
**Brooklyn, NY 11232**

☐ (By Facsimile) I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), to the number(s) listed on the attached sheet. Said transmission was reported complete and without error. A transmission report was properly issued by the transmitting facsimile machine, which report states the time and date of sending and the telephone number of the sending facsimile machine. A copy of that transmission report is attached hereto.

☐ (By Overnight Service) I served a true and correct copy by overnight delivery service for delivery on the next business day. Each copy was enclosed in an envelope or package designated by the express service carrier; deposited in a facility regularly maintained by the express service carrier or delivered to a courier or driver authorized to receive documents on its behalf; with delivery fees paid or provided for; addressed as shown on the accompanying service list.

☐ (By Electronic Service) By emailing true and correct copies to the persons at the electronic notification address(es) shown on the accompanying service list. The document(s) was/were served electronically and the transmission was reported as complete and without error.

Executed on March 26, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Lorraine Burgess*
Lorraine Burgess