**NOSSAMAN LLP**
CHRISTOPHER D. HUGHES (SBN 254864)
chughes@nossaman.com
621 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone:   916.442.8888
Facsimile:    916.442.0382

Attorneys for Panoramic Investments,
Creditor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>  - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Debtors. | Case No: 19-30088 (DM)<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

The undersigned declares:

I am employed in the County of Sacramento, State of California. I am over the age of 18 and am not a party to the within action; my business address is c/o Nossaman LLP, 621 Capitol Mall, Suite 2500, Sacramento, CA 95814.

On the date below, I served the following:

- **PANORAMIC INTERESTS' RESPONSE TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO CLAIM (SATISFIED CLAIMS)**

- **DECLARATION OF PATRICK KENNEDY IN SUPPORT OF PANORAMIC INTERESTS' RESPONSE TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO CLAIM (SATISFIED CLAIMS)**

on parties to the within action as follows:

☑ ELECTRONICALLY: I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

☑ EMAIL: By emailing true and correct copies to the persons at the electronic notification address(es) shown below  The document(s) was/were served electronically and the transmission was reported as complete and without error.

Counsel for the Reorganized Debtors:  PGEclaims@kbkllp.com     On 1/4/2021

☐ MAIL: On this date I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Executed on January 5, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Lorraine Burgess*
Lorraine Burgess