| | |
|---|---|
| 1 | |
| 2 | Mark E. McKane, P.C. (SBN 230552) |
| | Michael P. Esser (SBN 268634) |
| 3 | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| 4 | San Francisco, CA 94104 |
| | T: (415) 439-1400 / F: (415) 439-1500 |
| 5 | mark.mckane@kirkland.com |
| | michael.esser@kirkland.com |
| 6 | |
| | David R. Seligman, P.C. *(Pro Hac Vice)* |
| 7 | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| 8 | Chicago, IL 60654 |
| | T: (312) 862-2000 / F: (312) 862-2200 |
| 9 | dseligman@kirkland.com |
| 10 | Aparna Yenamandra *(Pro Hac Vice)* |
| | KIRKLAND & ELLIS LLP |
| 11 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 12 | T: (212) 446-4800 / F: (212) 446-4900 |
| | aparna.yenamandra@kirkland.com |

*Counsel for Calpine Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E Corporation, Pacific Gas & Electric Company, | Case No. 19-30088 (DM) |
| | (Lead Case) |
| Debtors. | (Jointly Administered) |
| | **NOTICE OF WITHDRAWAL OF LIMITED CURE OBJECTION OF CALPINE AND ITS SUBSIDIARIES TO THE DEBTORS' PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES UNDER THE DEBTORS' AND SHAREHOLDERS' JOINT CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 16, 2020** |

NOTICE IS HEREBY GIVEN that on January 6, 2021, Calpine Corporation, on behalf of itself and its subsidiaries, hereby withdraws their *Limited Cure Objection of Calpine and Its Subsidiaries to the Debtors' Proposed Assumption of Executory Contracts and Unexpired Leases Under the Debtors' and Shareholders' Joint Chapter 11 Plan of Reorganization Dated March 16, 2020* [Docket No. 7214].

DATED: January 6, 2021

KIRKLAND & ELLIS LLP

By: */s/ Michael P. Esser*
Mark E. McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
T: (415) 439-1400 / F: (415) 439-1500
mark.mckane@kirkland.com
michael.esser@kirkland.com

David R. Seligman, P.C. *(Pro Hac Vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
T: (312) 862-2000 / F: (312) 862-2200
dseligman@kirkland.com

Aparna Yenamandra *(Pro Hac Vice)*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800 / F: (212) 446-4900
aparna.yenamandra@kirkland.com

*Counsel for Calpine Corporation, et al.*