Entered on Docket
January 06, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 6, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **ORDER DISALLOWING OR ALLOWING IN REDUCED AMOUNTS PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)** <br><br> [Re: Dkt. Nos. 9702, 9933] |

Upon the *Reorganized Debtors' Report on Responses to Forty-Sixth Through Fiftieth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9933] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Forty-Sixth Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9702] (the "**Forty-Sixth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proof of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Hain Capital Holdings, LLC as Transferee of Hain Capital Investors Master Fund Ltd. | 9634 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to January 13, 2021. If the objection cannot be resolved, it will |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | be continued to January 27, 2021 at 10:00 a.m. |

2. The Claims listed in the column headed "Claims To Be Reduced or Disallowed" in **Exhibit 1** hereto are either disallowed or allowed in the Reduced Claim Amount as set forth therein.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1032934 | BNSF RAILWAY COMPANY 2500 LOU MENK DR FORT WORTH, TX 76131 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $123,259.00 | $123,259.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $23,359.00 | $23,359.00 | |
| 1032997 | CITY OF HAYWARD 777 B ST HAYWARD, CA 94541 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $72,600.52 | $72,600.52 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $51,889.52 | $51,889.52 | |
| 105968 | Crown Equipment Corporation Sealy Shillito + Dyer LPA c/o Robert G. Hanseman, Attorney & Agent 40 N. Main St., Ste. 1900 Dayton, OH 45423 | PG&E Corporation | 7/29/2020 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $9,941.64 | $0.00 | $0.00 | $5,281.44 | $15,223.08 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $2,139.76 | $2,139.76 | |
| 3502 | Crown Equipment Corporation Sealy Shillito & Dyer LPA c/o Robert G. Hanseman, Attorney & Agent 40 N. Main St., Ste. 1900 Dayton, OH 45423 | PG&E Corporation | 6/28/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $5,275.44 | $5,275.44 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 1033305 | STANFORD UNIVERSITY 3145 PORTER DR PALO ALTO, CA 94304 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $20,550.64 | $20,550.64 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $6,964.75 | $6,964.75 | |
| 1033177 | STANFORD UNIVERSITY 496 LOMITA MALL DURAND BLDG 3RD FL STANFORD, CA 94305-4036 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $33,010.00 | $33,010.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $19,525.00 | $19,525.00 | |
| 63547 | Vertiv Corporation on behalf of itself and on behalf of Vertiv North America, c/o Tiffany Strelow Cobb Vorys, Sater, Seymour and Pease LLP 52 East Gay Street Columbus, OH 43215 | PG&E Corporation | 10/18/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $143,373.23 | $143,373.23 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $116,524.67 | $116,524.67 | |

# Exhibit 1

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Asserted Total | Count:7 | | | $9,941.64 | $0.00 | $0.00 | $403,350.27 | $413,291.91 | |
| Remaining Total | | | | $0.00 | $0.00 | $0.00 | $220,402.70 | $220,402.70 | |