Entered on Docket
January 06, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 6, 2021

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (UNTIMELY NO LIABILITY CLAIMS)**<br><br>[Re: Dkt. Nos. 9705, 9933] |

Upon the *Reorganized Debtors' Report on Responses to Forty-Sixth Through Fiftieth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9933] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Forty-Seventh Omnibus Objection to Claims (Untimely No Liability Claims)* [Docket No. 9705] (the "**Forty-Seventh Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claim/Schedule To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Castillo, Ofelia<br>2808 Moyer Way<br>Chico, CA 95926-2010 | | 106207 | PG&E Corporation | 6/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Crawford, Joe Nathan<br>600 Bland Lane<br>Memphis, TN 38133 | | 98298 | PG&E Corporation | 3/31/2020 | $0.00 | $0.00 | $0.00 | $7,100.00 | $7,100.00 | Miscellaneous No Liability |
| CURTIS KASTNER, TRUSTEE<br>404 TILLER TRAIL HWY<br>CANYONVILLE, OR 97417 | | 86914 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $21,907.47 | $21,907.47 | Miscellaneous No Liability |
| Fortney, David L<br>167 Sierra Ave<br>Oroville, CA 95965-4237 | | 88582 | PG&E Corporation | 12/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Fuller, Tamiko<br>2121 E Garrett Ave Rear<br>Fresno, CA 93706-4718 | | 92151 | PG&E Corporation | 12/23/2019 | $0.00 | $0.00 | $21,308.00 | $0.00 | $21,308.00 | Miscellaneous No Liability |
| Galvan, Anna<br>2419 NE 49th Cir<br>Vancouver, WA 98682-9673 | | 87241 | Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Garibay, Elisabeth<br>8207 Don Ave<br>Stockton, CA 95209-2336 | | 87159 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Garibay, Jacqueline<br>221 S Clovis Ave Apt 130<br>Fresno, CA 93727-4281 | | 88584 | Pacific Gas and Electric Company | 12/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Giles, Jennifer<br>430 Mentmore Ter<br>Douglasville, GA 30135 | | 87689 | Pacific Gas and Electric Company | 11/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Gonjalva, Maurice<br>824 N Larose Ln<br>Clovis, CA 93619-7692 | | 98846 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| IORIO, ELIZABETH G. 10 AVENIDA BARCELONA SN CLEMENTE, CA 92672 | | 100683 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,802.99 | $5,802.99 | Miscellaneous No Liability |
| James, Tina 600 Pleasants Valley Road Vacaville, CA 95688 | | 87163 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Jenkins, Alice 237 Berlin Way Patterson, CA 95363 | | 87178 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Kahanui-Kapu, Alyse 44-270 Kahuhipa St Apt A619 Kaneohe, HI 96707 | | 106174 | Pacific Gas and Electric Company | 7/14/2020 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | Miscellaneous No Liability |
| Law Office of Jacques J. Kirch 2121 South Melrose Drive, Suite 201 Vista, CA 92081 | | 98108 | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $57,535.63 | $0.00 | $57,535.63 | Miscellaneous No Liability |
| Mizer, Aileen 950 Craven Dr Suisun, CA 94585-3725 | | 106595 | PG&E Corporation | 10/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Nelson, Paul L 1620 Grandwood Dr N Fargo, ND 58102 | | 106169 | PG&E Corporation | 7/15/2020 | $0.00 | $0.00 | $0.00 | $17,663.00 | $17,663.00 | Miscellaneous No Liability |
| Richardson, Tianna 1538 Thornton Place San Leandro, CA 94577 | | 106509 | Pacific Gas and Electric Company | 9/24/2020 | $0.00 | $0.00 | $18,148.69 | $0.00 | $18,148.69 | Miscellaneous No Liability |
| Royal Aileen Sanchez Mizer 950 Craven Dr Suisun, CA 94585-3725 | | 106187 | PG&E Corporation | 7/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability |
| Sanchez Mizer, Aileen 950 Craven Dr Suisun, CA 94585-3725 | | 106602 | PG&E Corporation | 10/16/2020 | $0.00 | $229,999,997.00 | $0.00 | $0.00 | $229,999,997.00 | Miscellaneous No Liability |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Stevens, Laura 50 Emerson St. Fremont, CA 94539 | | 96389 | PG&E Corporation | 1/7/2020 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | Miscellaneous No Liability |
| Torres, Carlos 502 E Jensen Ave Fresno, CA 93725 | | 88583 | Pacific Gas and Electric Company | 12/5/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Miscellaneous No Liability |
| Vaterlogic USA 1105 Bass Pro Drive Grapevine, TX 76051 | | 106223 | PG&E Corporation | 8/11/2020 | $0.00 | $0.00 | $0.00 | $716.14 | $716.14 | Miscellaneous No Liability |
| West, Scotty 730 Via de Luna Apt 7 Corona, CA 92882-3084 | | 96928 | PG&E Corporation | 2/7/2020 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Miscellaneous No Liability |
| Ghidis, Peter 722 Albemarle St. El Cerrito, CA 94530 | | 92862 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Miscellaneous No Liability |
| Claims To Be Expunged Totals | | Count:25 | | | $0.00 | $229,999,997.00 | $101,992.32 | $133,589.60 | $230,235,578.92 | |