

Signed and Filed: January 6, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS (UNTIMELY NO LIABILITY / PASSTHROUGH CLAIMS)**<br><br>[Re: Dkt. Nos. 9711, 9933] |

Upon the *Reorganized Debtors' Report on Responses to Forty-Sixth Through Fiftieth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9933] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Forty-Ninth Omnibus Objection to Claims (Untimely No Liability / Passthrough Claims)* [Docket No. 9711] (the "**Forty-Ninth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9920 | Stephen B. Pree | 87101 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. The Reorganized Debtors are |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | attempting to resolve this matter consensually in the meantime.[1] |
| 9926 | Sander Ergas | 86730 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime.[2] |
| Informal | Kevin Rivera | 86915 | The hearing has been continued to March 24, 2021 at 10:00 a.m. Pacific Time. The Reorganized Debtors are attempting to resolve this matter consensually in the meantime.[3] |

2. The Claims listed in the column headed "Claim/Schedule To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] As reported in the Request, the Reorganized Debtors' counsel attempted to contact Claimant to request a continuance to March 24, 2021, but did not receive a response. As this Claimant is similarly situated to the Claims listed in Docket No. 9754, the hearing on this Claim shall be continued to March 24, 2021 as well.

[2] As reported in the Request, the Reorganized Debtors' counsel contacted Claimant's counsel to request a continuance to March 24, 2021, but did not receive a response. As this Claimant is similarly situated to the Claims listed in Docket No. 9754, the hearing on this Claim shall be continued to March 24, 2021 as well.

[3] As reported in the Request, the Reorganized Debtors' counsel attempted to contact Claimant to request a continuance to March 24, 2021, but did not receive a response. As this Claimant is similarly situated to the Claims listed in Docket No. 9754, the hearing on this Claim shall be continued to March 24, 2021 as well.

Forty-Ninth Omnibus Objection

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Acura Honda Connection 850 Stockton Ave. San Jose, CA 95110 | | 92442 | Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $63,045.00 | $63,045.00 | Damage not caused by PG&E |
| Anderson, Cheryl 616 E D St Dixon, CA 95620-3126 | | 87308 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $3,250.00 | $3,250.00 | No Liability Claims |
| Artisan Kulture, Inc 331 Mill St Healdsburg, CA 95448 | | 88857 | PG&E Corporation | 12/9/2019 | $0.00 | $0.00 | $0.00 | $3,590.50 | $3,590.50 | Post-Petition Claims |
| Azad, Ali and Kelly 547 Danby Ct Petaluma, CA 94954 | | 92627 | Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Baker, Kimberly K PO BOX 484 Shingle Springs, CA 95682 | | 92681 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Statute of Limitations Passed |
| BARTON, KRISTIE PO BOX 678 CLAYTON, CA 94517-0678 | | 87232 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | No Liability Claims |
| Berkley, Gail W PO Box 731 San Mateo, CA 94401-0731 | | 87320 | PG&E Corporation | 11/5/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| BERMUDEZ, RAYMOND FRANK 4457 W BEECHWOOD AVE FRESNO, CA 93722 | | 87333 | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $5,460.00 | $0.00 | $5,460.00 | Damage not caused by PG&E |
| Betancourt, Yadira HC 5 Box 93480 Arecibo, PR 612 | | 87376 | Pacific Gas and Electric Company | 11/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Bidley, Richard 15696 Meridian Rd Chico, CA 95973-9232 | | 87261 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $10,050.00 | $10,050.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bross, Martin 5505 Pine Tree Lane Pollock Pines, CA 95726 | | 63713 | Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $10,440.00 | $10,440.00 | No Liability Claims |
| Brown, Ann 6408 Albion Little River Rd Little River, CA 95456 | | 87269 | PG&E Corporation | 10/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Bruni, Alex 736 Briarwood Dr San Jose, CA 95125-4915 | | 87349 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | No Liability Claims |
| Butler, Joan 176 S Dora Ukiah, CA 95482 | | 95502 | PG&E Corporation | 1/2/2020 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Post-Petition Claims |
| Clynx Inc Lawrence Epstein 578 Washington Blvd #733 Marina Del Rey, CA 90292 | | 92214 | Pacific Gas and Electric Company | 12/24/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Damage not caused by PG&E |
| Cbundu, Eunice 700 East Ave Hayward, CA 94541-5315 | | 87280 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Cole, Tristan K. PO Box 405 Trinidad, CA 95570 | | 67880 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $960.00 | $960.00 | Damage not caused by PG&E |
| Comcast 7700 S Quebec St Suite 250S Greenwood Village, CO 80111 | | 96959 | PG&E Corporation | 2/13/2020 | $0.00 | $0.00 | $0.00 | $3,149.20 | $3,149.20 | Damage not caused by PG&E |
| CONSTANTINE, CLIFTON 112 HALE ST VALLEJO, CA 94591-4132 | | 96409 | PG&E Corporation | 1/6/2020 | $0.00 | $0.00 | $34,500.00 | $0.00 | $34,500.00 | No Liability Claims |
| Cotta, Joette 920 W 4th St Merced, CA 95341-6674 | | 87262 | Pacific Gas and Electric Company | 10/29/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Damage not caused by PG&E |

**Forty-Ninth Omnibus Objection**  
**PG&E Corporation and Pacific Gas and Electric Company**  
Case No 19-30088 Jointly Administered

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cotta, Mary<br>Cotta 1354 W 11th St<br>Merced, CA 95341-5725 | | 87390 | Pacific Gas and Electric Company | 10/29/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Damage not caused by PG&E |
| Craven, Tammy<br>6500 Creston Rd<br>Paso Robles, CA 93446 | | 87327 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Post-Petition Claims |
| CVS Health<br>Risk Management /B. Sheehan<br>One CVS Drive MC 2180<br>Woonsocket, RI 02895 | | 96692 | PG&E Corporation | 1/22/2020 | $0.00 | $0.00 | $0.00 | $99,970.90 | $99,970.90 | Rule 14 Claims |
| Davis Paul Managment<br>PO Box 590206<br>San Francisco, CA 94159-0206 | | 92368 | Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Statute of Limitations Passed |
| Davis, Claudia J<br>PO Box 578<br>Kenwood, CA 95452-0578 | | 87060 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | No Liability Claims |
| Davis, Shea<br>Box 385<br>Lucerne, CA 95458 | | 88089 | Pacific Gas and Electric Company | 11/29/2019 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 | Post-Petition Claims |
| DiLaio, Christine I<br>2nd St<br>Healdsburg, CA 95448-4224 | | 87166 | Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $2,000.00 | $17,328.00 | $19,328.00 | No Liability Claims |
| Downey, Daniel<br>2767 Parquet Ct<br>San Jose, CA 95124 | | 86736 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Damage not caused by PG&E |
| Eghtesad, Nader<br>P0 Finley Rd<br>Pleasanton, CA 94588 | | 86923 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $301,000.00 | $301,000.00 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Estate of Jacqueline Courtney c/o Dan Courtney 7869 Calle Jolla La Jolla, CA 92037 | | 100823 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $19,332.04 | $19,332.04 | Statute of Limitations Passed |
| Gerhart, Josie Monica Starr PO Box 128 Angels Camp, CA 95222-0128 | | 87368 | PG&E Corporation | 11/5/2019 | $0.00 | $0.00 | $2,850.00 | $4,890.00 | $7,740.00 | Damage not caused by PG&E |
| Gnamaciari, Mary 2032 San Gabriel Way Stockton, CA 95209 | | 93439 | PG&E Corporation | 1/2/2020 | $0.00 | $0.00 | $0.00 | $454.00 | $454.00 | Damage not caused by PG&E |
| Gonklin, Dorchester W 889 Emerald Hills Cir Fairfield, CA 94533-9787 | | 88897 | PG&E Corporation | 11/25/2019 | $0.00 | $0.00 | $0.00 | $175.00 | $175.00 | Post-Petition Claims |
| Gracia, Jr., Louis Clara Sanchez 3009 Piedmont Ave Napa, CA 94558-3417 | | 87263 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Liability Claims |
| Greggans, Clarice P.O. Box 1305 Discovery Bay, CA 94505 | | 87202 | Pacific Gas and Electric Company | 11/4/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Rule 2 Claims |
| Grossman, Leanne 444 El Centro Ave Oakland, CA 94602-1447 | | 87167 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $1,091.00 | $1,091.00 | Statute of Limitations Passed |
| Hamdallah, Tagreed 1258 Alicante Dr. Pacifica, CA 94044-4305 | | 96929 | PG&E Corporation | 2/7/2020 | $0.00 | $0.00 | $0.00 | $3,677.59 | $3,677.59 | Post-Petition Claims |
| Hausig, Kurt 562 Polk Street Monterey, CA 93940 | | 93288 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $7,998.01 | $7,998.01 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hemstalk, Kim PO Box 678 Clayton, CA 94517-0678 | | 87218 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Damage not caused by PG&E |
| High Meadow Lane Assoc. 2271 Silver Cloud Court #101 Monterey, CA 93940 | | 87085 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $1,733.87 | $1,733.87 | Post-Petition Claims |
| Hoines, Maureen 5406 Wildlife Drive Magalia, CA 95954 | | 92504 | PG&E Corporation | 12/30/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Damage not caused by PG&E |
| HUGHES, ROBERT T 3178 QUEEN ANNE DRIVE SANTA ROSA, CA 95409-3071 | | 96331 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Post-Petition Claims |
| Hunt Sr, Joseph 1246 - 104th Avenue Oakland, CA 94603-3117 | | 92618 | Pacific Gas and Electric Company | 12/27/2019 | $0.00 | $0.00 | $0.00 | $154.00 | $154.00 | Statute of Limitations Passed |
| INYOA, MA CONSUELO 234 ROYAL OAK PL SANTA ROSA, CA 95403-3200 | | 96335 | PG&E Corporation | 12/26/2019 | $0.00 | $0.00 | $0.00 | $3,800.00 | $3,800.00 | No Liability Claims |
| Johnson, Cassandra 2220 Willow Pass Rd Unit 314 Bldg 3 Bay Point, CA 94565-3374 | | 87273 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Kalbermatter, Erika Jonathan Herschel Bornstein J.H. Bornstein - Attorney at Law 2701 Telegraph Avenue, Suite 200 Oakland, CA 94612-1715 | | 92878 | Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $17,500.00 | $17,500.00 | Post-Petition Claims |
| Kmar, Grace 4200 Connery Way Bakersfield, CA 93312 | | 86960 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| KOLLMANSBERGER, NONA<br>STEVEN KOLLMANSBERGER<br>4033 N WISHON AVE<br>FRESNO, CA 93704-4216 | | 87223 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $19,173.93 | $19,173.93 | Rule 2 Claims |
| Ln, Keo<br>49 Buckskin Pl<br>Vallejo, CA 94591-8434 | | 87356 | Pacific Gas and Electric Company | 11/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| LAWRENCE, DAVID A<br>PO BOX 357<br>SARATOGA, CA 95071-0357 | | 87162 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $751.84 | $751.84 | Damage not caused by PG&E |
| LAVITT, MARK G<br>23 FAIRWAY CT<br>SANTA ROSA, CA 95409-5610 | | 87259 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | No Liability Claims |
| Leouve, Steve<br>14817 Orange Blossom Rd<br>Oakdale, CA 95361-9516 | | 87131 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $26,940.00 | $26,940.00 | Damage not caused by PG&E |
| Leighridge, Barbara<br>624 LeMay Ave<br>BAKERSFIELD, CA 93304 | | 87142 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $33,751.88 | $33,751.88 | No Liability Claims |
| Martin, Larry<br>6161 Mooney Flat Rd<br>Smartsville, CA 95977 | | 87087 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $11,015.70 | $0.00 | $11,015.70 | Statute of Limitations Passed |
| McCaffrey, Susan<br>7550 Cristobal Ave<br>Atascadero, CA 93422 | | 86897 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $577.90 | $577.90 | Damage not caused by PG&E |
| McGovern, Charlotte<br>735 Saroni Dr<br>Oakland, CA 94611 | | 100650 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $515.00 | $515.00 | Post-Petition Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Beale-Alexa Langona & James L. Abeo<br>2305 Pyrenees Place<br>Walnut Creek, CA 94598 | | **92223** | Pacific Gas and Electric Company | 12/26/2019 | $0.00 | $0.00 | $0.00 | $475.00 | $475.00 | Damage not caused by PG&E |
| Miller, Alexander H<br>PO Box 1941<br>Los Gatos, CA 95031-1941 | | **87366** | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Minnock, Julie A<br>484 Del Prado Way<br>Las Cruces, NM 88011 | | **91087** | PG&E Corporation | 12/23/2019 | $0.00 | $0.00 | $0.00 | $7,500.00 | $7,500.00 | Post-Petition Claims |
| Minuteman Adjusters a/s/o Tom Fernandes<br>28000 Kaufman Financial Center, Suite 130 30833 Northwestern Hwy<br>Farmington Hills, MI 48334 | | **96899** | Pacific Gas and Electric Company | 2/4/2020 | $0.00 | $0.00 | $0.00 | $20,429.30 | $20,429.30 | Damage not caused by PG&E |
| Modes, Wes<br>131 Redwood Dr<br>Felton, CA 95018-9123 | | **87392** | PG&E Corporation | 11/5/2019 | $0.00 | $0.00 | $2,209.12 | $0.00 | $2,209.12 | Damage not caused by PG&E |
| Mulligan, Dan<br>503 Bloomfield B<br>Sebastopol, CA 95472 | | **97811** | PG&E Corporation | 3/13/2020 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Post-Petition Claims |
| Munder, Allen<br>7865 Lynne Haven Way<br>Salinas, CA 93907-1317 | | **87193** | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $1,152.29 | $1,152.29 | Damage not caused by PG&E |
| Musick, James<br>34 Turnagain Rd<br>Kentfield, CA 94904 | | **81208** | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Damage not caused by PG&E |
| Naaman, Leona<br>3850 E Eugenia Ave<br>Fresno, CA 93725-1315 | | **87405** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Statute of Limitations Passed |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| OS A/S/O NATIONWIDE A/S/O J&J ALMONDS C/o: Frank Russo 6644 Valjean # 100 Van Nuys, CA 94106 | | 92145 | PG&E Corporation | 12/26/2019 | $0.00 | $0.00 | $0.00 | $7,396.23 | $7,396.23 | Damage not caused by PG&E |
| Dickleberry, Lester PO Box 1007 Richmond, CA 94802-0007 | | 87330 | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Dinhwang, Kris 2239 Pimlico Way Santa Rosa, CA 95401 | | 79662 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $54,000.00 | $54,000.00 | Damage not caused by PG&E |
| Orozco, Monica 210 Pueblo Ave TRLR 211 Napa, CA 94558-4854 | | 87251 | PG&E Corporation | 11/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Otis, Lumont 1504 Lassen Court Vallejo, CA 94591 | | 92629 | Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | No Liability Claims |
| Pacucci, Carmine C. Steelhead Ct Whitethorn, CA 95589 | | 96795 | PG&E Corporation | 1/24/2020 | $0.00 | $0.00 | $0.00 | $2,750.86 | $2,750.86 | Damage not caused by PG&E |
| Pajock, Donna A 571 N. Winery Ave Fresno, CA 93727 | | 96977 | Pacific Gas and Electric Company | 2/18/2020 | $0.00 | $0.00 | $0.00 | $5,658.73 | $5,658.73 | Post-Petition Claims |
| Pankus, Brent 3335 Finnian Way #407 Dublin, CA 94568 | | 88181 | PG&E Corporation | 12/5/2019 | $0.00 | $0.00 | $3,000.00 | $0.00 | $3,000.00 | Damage not caused by PG&E |
| Payers, Dale A Russel Powers 205 Tahoe Dr Rio Vista, CA 94571-1524 | | 87292 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Rule 14 Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rinehart, Stephen J. 1237 Darroch Ct. Napa, CA 94558 | | 92664 | Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Post-Petition Claims |
| RUDDELL, DEBRA PO BOX 166 COBB, CA 95426-0166 | | 87305 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $3,200.00 | $5,000.00 | $8,200.00 | No Liability Claims |
| Safeco Insurance/ General Insurance Company of America PO Box 515097 Los Angeles, CA 90051 | | 96898 | Pacific Gas and Electric Company | 2/3/2020 | $0.00 | $0.00 | $0.00 | $38,472.87 | $38,472.87 | Damage not caused by PG&E |
| SAUERS, JERRY 32 NORTHSHORE AVE PALM COAST, FL 32137 | | 96408 | PG&E Corporation | 1/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Schafer, Paul 894 Sutro Avenue Novato, CA 94947 | | 81440 | Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $3,564.00 | $3,564.00 | Rule 2 Claims |
| Scott, George W 700 Fair St Petaluma, CA 95928 | | 96450 | Pacific Gas and Electric Company | 1/9/2020 | $0.00 | $0.00 | $3,409.00 | $0.00 | $3,409.00 | No Liability Claims |
| Sommer, Kathy PO Box 5232 Salinas, CA 93915-5232 | | 87325 | PG&E Corporation | 11/4/2019 | $0.00 | $0.00 | $0.00 | $4,015.23 | $4,015.23 | Damage not caused by PG&E |
| Sorich, John L. 151-62nd St. Oakland, CA 94608-2321 | | 87190 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| STAAR, MONICA PO BOX 128 ANGELS CAMP, CA 95222 | | 86898 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $2,850.00 | $4,890.00 | $7,740.00 | Damage not caused by PG&E |
| Tong, Helen 4000 Quimby Road San Jose, CA 95148 | | 96447 | Pacific Gas and Electric Company | 1/8/2020 | $18,292.32 | $0.00 | $0.00 | $0.00 | $18,292.32 | Post-Petition Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ling, J L 518 E Flora St Stockton, CA 95202-1811 | | 86950 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 2 Claims |
| The Estate of Jacqueline Courtney Attn: Dan Courtney 7869 Calle Lala La Jolla, CA 92037 | | 100857 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $117,000.00 | $117,000.00 | Rule 16 Claims |
| Thomas, Kathryn 683 Steiffer RD Magalia, CA 95954 | | 90920 | PG&E Corporation | 12/20/2019 | $0.00 | $0.00 | $0.00 | $466.08 | $466.08 | Damage not caused by PG&E |
| Tolie, Debbie 81 in Oak Pl Santa Rosa, CA 95409-6037 | | 87268 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| Towery, Faune H Irene Towery, L.Ac. Napa Acupuncture Practice 5 Financial Plaza, Suite 107 Napa, CA 94558 | | 89547 | PG&E Corporation | 12/18/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Liability Claims |
| Vargas, Omar 181 W Barham Ave Santa Rosa, CA 95407 | | 82588 | Pacific Gas and Electric Company | 11/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Ward, Sheila M 235 Prentiss St Apt 3 Oakland, CA 94601-2652 | | 87277 | PG&E Corporation | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Weeks, Natalie 855 Oliver Place Dublin, CA 94568 | | 92683 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $3,500.00 | $0.00 | $3,500.00 | No Liability Claims |
| Yolk, James H. 4242 N. Kildare Ave Chicago, IL 60641 | | 92880 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ong, Glenn<br>PO Box 851<br>Belmont, CA 94002-0851 | | 87499 | PG&E Corporation | 11/13/2019 | $0.00 | $0.00 | $0.00 | $3,293.37 | $3,293.37 | No Liability Claims |
| Zargar, Ali M<br>20030 Carniel Ave<br>Saratoga, CA 95070-3735 | | 87348 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $719.90 | $719.90 | Damage not caused by PG&E |
| Zao, Congjun<br>1630 El Camino Real Apt 812<br>Millbrae, CA 94030 | | 87231 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $2,700.00 | $2,700.00 | No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count:96** | | | **$18,292.32** | **$0.00** | **$77,643.82** | **$1,040,633.52** | **$1,136,569.66** | |