1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7  *Attorneys for Debtors and Reorganized Debtors*

8

9                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION

11

12   **In re:**                              Bankruptcy Case No. 19-30088 (DM)

13   **PG&E CORPORATION,**                    Chapter 11

14         **- and -**                        (Lead Case) (Jointly Administered)

15   **PACIFIC GAS AND ELECTRIC**             **REORGANIZED DEBTORS' REPORT ON**
     **COMPANY,**                             **RESOLUTION OF OMNIBUS OBJECTIONS**
16                                            **WITH RESPECT TO CERTAIN CLAIMS**

                          **Debtors.**        **[Re:  Dkt. Nos. 8978, 8981, 9070, 9078, 9421,**
17                                            **9427]**
     ☐ Affects PG&E Corporation
18   ☐ Affects Pacific Gas and Electric Company
     ☒ Affects both Debtors                  **Resolving Objections Set for Hearing**
19                                            **January 12, 2021 at 10:00 a.m. (Pacific Time)**
     * All papers shall be filed in the Lead Case, No.
20   19-30088 (DM).

21

22

23

24

25

26

27

28

# REPORT ON RESOLUTION OF CERTAIN CLAIMS

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the resolution of the *Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 8978] (the "**Sixth Omnibus Objection**"); the *Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 8981] (the "**Seventh Omnibus Objection**"); the *Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims)* [Dkt. No. 9070] (the "**Fourteenth Omnibus Objection**"); the *Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9078] (the "**Seventeenth Omnibus Objection**"); the *Reorganized Debtors' Twenty-Sixth Omnibus Objection to Claims (Duplicative Claims)* [Dkt. No. 9421] (the "**Twenty-Sixth Omnibus Objection**") and the *Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims (Books and Records Claims)* [Dkt. No. 9427] (the "**Twenty-Eighth Omnibus Objection**").

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Sixth Omnibus Objection** | | | |
| Informal | KB Home Central Valley Division (a/k/a KB Home Central Valley Inc.) | 65798 | By agreement with the Claimant, this Claim shall be expunged as set forth in the order being uploaded concurrently herewith. |
| Informal | KB Home North Bay, Inc. | 65014 | By agreement with the Claimant, this Claim shall be expunged as set forth in the order being uploaded concurrently herewith. |
| Informal | KB Home Northern California Division | 65542 | By agreement with the Claimant, this Claim shall be expunged as set forth in the order being uploaded concurrently herewith. |
| Informal | KB Home Central Valley, Inc. | 72479 | By agreement with the Claimant, this Claim shall be expunged as set forth in the order being uploaded concurrently herewith. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Moraga 1 INV, LLC | 75281 65938 | By agreement with the Claimant, this Claim shall be expunged as set forth in the order being uploaded concurrently herewith. |
| Informal | KB Home Sacramento, Inc. | 65996 75226 | By agreement with the Claimant, this Claim shall be expunged as set forth in the order being uploaded concurrently herewith. |
| Informal | KB Home South Bay, Inc.[1] | 66562 74859 | By agreement with the Claimant, this Claim shall be expunged as set forth in the order being uploaded concurrently herewith. |
| Informal | KB Home, a California Corporation | 65659 | By agreement with the Claimant, this Claim shall be expunged as set forth in the order being uploaded concurrently herewith. |
| Informal | In-N-Out Burgers | 59778 | By agreement with the Claimant, this Claim shall be expunged as set forth in the order being uploaded concurrently herewith. |
| Informal | Carl Arena | 61475 | By agreement with the Claimant, this Claim shall be expunged as set forth in the order being uploaded concurrently herewith. |
| **Seventh Omnibus Objection** | | | |
| Informal | Fremont Pat Ranch LLC | 59447 | By agreement with the Claimant, this Claim shall be expunged as set forth in the order being uploaded concurrently herewith. |
| Informal | KB Home, a Delaware Corporation | 66083 | By agreement with the Claimant, this Claim shall |

[1] The Sixth Omnibus Objection incorrectly listed KB Home Sacramento, Inc. as the claimant for Claim Nos. 66562 and 74859, and the claims register incorrectly listed KB Home Sacramento, Inc. as the claimant for Claim No. 66562.

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | be expunged as set forth in the order being uploaded concurrently herewith. |
| **Fourteenth Omnibus Objection**[2] | | | |
| Informal | Bureau of Land Management | 92183647 | The Claimant will not oppose the Twelfth Omnibus Objection. Accordingly, the Fourteenth Omnibus Objection is SUSTAINED with respect to this Claim. |
| Informal | U.S. Forest Service | 92185206 | The Claimant will not oppose the Twelfth Omnibus Objection. Accordingly, the Fourteenth Omnibus Objection is SUSTAINED with respect to this Claim. |
| **Seventeenth Omnibus Objection** | | | |
| Informal | U.S. Fish and Wildlife Service | 92186853 | The Claimant will not oppose the Seventeenth Omnibus Objection. Accordingly, the Seventeenth Omnibus Objection is SUSTAINED with respect to this Claim. |
| **Twenty-Sixth Omnibus Objection** | | | |
| Informal | C.H. Reynolds Electric, Inc. | 58748 | By agreement with Claimant, the Twenty-Sixth Omnibus Objection is SUSTAINED with respect to this Claim.  Claim No. 57938 will survive and is allowed in full. |
| **Twenty-Eighth Omnibus Objection** | | | |
| Informal | C.H. Reynolds Electric, Inc. | 2639 2703 4161 | By agreement with Claimant, the Twenty-Eighth Omnibus Objection is SUSTAINED with respect to these Claims. |

[2] Previous reports to the Court inadvertently represented that these Claims related to the Twelfth Omnibus Objection.

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Henkels & McCoy | 96925 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Eighth Omnibus Objection. |

## DECLARATION REGARDING RESOLUTION OF CLAIMS

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. The foregoing resolution of certain Claims is true and correct to the best of my knowledge, information, and belief.

3. This declaration was executed in San Francisco, California.

Dated: January 6, 2021

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
      Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*