SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ, ESQ. Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mails:    okatz@sheppardmullin.com

Attorney for Movant
The Original Mowbray's Tree Service, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br><br>                Debtors,<br><br>☒ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>    *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankr. Case No.: 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE AMENDED PROOF OF CLAIM BY THE ORIGINAL MOWBRAY'S TREE SERVICE, INC.** |

TO DEBTORS PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY, THE UNITED STATES TRUSTEE AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Movant The Original Mowbray's Tree Service, Inc. hereby withdraws its Motion for Leave to File Amended Proof of Claim By The Original Mowbray's Tree Service, Inc. filed November 3, 2020 [Docket No. 9393].

Dated: January 6, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Ori Katz*
ORI KATZ

Attorney for Movant
The Original Mowbray's Tree Service, Inc.