KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS) WITH RESPECT TO PANORAMIC INVESTMENTS (CLAIM NO. 1932)** |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on October 8, 2020, PG&E Corporation and Pacific Gas and |
| 2 | Electric Company, as debtors and reorganized debtors (the "**Debtors,**" or as reorganized pursuant to |
| 3 | the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, filed the *Reorganized* |
| 4 | *Debtors' Twenty-Second Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9275] (the |
| 5 | "**Omnibus Objection**"), which, among other things, sought to disallow and expunge Claim No. 1932, |
| 6 | filed by Panoramic Investments. |
| 7 | **PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors hereby withdraw, |
| 8 | without prejudice, the Omnibus Objection solely with respect to Claim No. 1932. |

Dated: January 8, 2021                    **KELLER BENVENUTTI KIM LLP**

                                                     */s/ Dara L. Silveira*
                                                     Dara L. Silveira

                                                     *Attorneys for Debtors and Reorganized Debtors*