```
 1 | KELLER BENVENUTTI KIM LLP
   | Tobias S. Keller (#151445)
 2 | (tkeller@kbkllp.com)
   | Peter J. Benvenutti (#60566)
 3 | (pbenvenutti@kbkllp.com)
   | Jane Kim (#298192)
 4 | (jkim@kbkllp.com)
   | 650 California Street, Suite 1900
 5 | San Francisco, CA 94108
   | Tel: 415 496 6723
 6 | Fax: 650 636 9251
 7 |
   | *Attorneys for Debtors and Reorganized Debtors*
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>  - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON CERTAIN OF THE REORGANIZED DEBTORS' OMNIBUS OBJECTIONS TO CLAIMS**<br><br>**[Re: Dkt. Nos. 8983, 9070, 9073, 9076, 9078, 9266, 9272, 9275, 9427, 9436]**<br><br>Date:  January 27, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Telephonic Appearances Only)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** by Order dated June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated July 19, 2020* [Docket No. 8048] (the "**Plan**"). The Plan became effective on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that on June 30. 2020, the Bankruptcy Court entered the *Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections*, dated June 30, 2020 [Docket No. 8228] (the "**Omnibus Objections Procedures Order**"), pursuant to which the Bankruptcy Court established procedures by which the Debtors and Reorganized Debtors could file objections to multiple Claims (as defined therein).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Omnibus Objection Procedures Order, the Reorganized Debtors filed the following omnibus objections (collectively, the "**Omnibus Objections**") and received the corresponding informal responses identified below (the "**Omnibus Objection Responses**"):

| Omnibus Objection | Objection Filed | Objection Deadline | Responses Received | Original Hearing Date | Initial Hearing Continuance |
|---|---|---|---|---|---|
| *Reorganized Debtors' Eighth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 8983] | September 3, 2020 | September 29, 2020, at 4:00 p.m. (Pacific Time) | Mendocino County Inland Water Agency and Power Commission (Claim No. 86469) [Docket No. 9309] | October 13, 2020, at 10:00 a.m. (Pacific Time) | October 28, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9070] | September 17, 2020 | October 14, 2020 at 4:00 p.m. (Pacific Time) | Little Diversified Architectural Consulting, Inc. (Claim No. 8630) | October 28, 2020, at 10:00 a.m. (Pacific Time) | November 17, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied* | September 17, 2020 | October 14, 2020, at 4:00 p.m. (Pacific Time) | Arlington Wind Power Project LLC (Claim No. 67787)<br><br>Rising Tree | October 28, 2020, at 10:00 a.m. (Pacific Time) | November 17, 2020, at 10:00 a.m. (Pacific Time) |

| Omnibus Objection | Objection Filed | Objection Deadline | Responses Received | Original Hearing Date | Initial Hearing Continuance |
|---|---|---|---|---|---|
| *Claims)* [Docket No. 9073] | | | Wind Farm II LLC (Claim No. 67086) | | |
| *Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9076] | September 17, 2020 | October 14, 2020, at 4:00 p.m. (Pacific Time) | Fair Harbor Capital LLC as transferee of Barrier1 Systems Inc. (Claim No. 92183738) Fair Harbor Capital LLC as transferee Josephine Lucero (Claim No. 92178451) Vendor Recovery Fund IV, LLC as transferee of Conde Group Inc. (Claim No. 92185960) | October 28, 2020, at 10:00 a.m. (Pacific Time) | November 17, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9078] | September 17, 2020 | October 14, 2020, at 4:00 p.m. (Pacific Time) | Mark Cameron (Claim No. 92178532) | October 28, 2020, at 10:00 a.m. (Pacific Time) | November 17, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Nineteenth Omnibus Objection to Claims (Duplicative Claims)* [Docket No. 9266] | October 8, 2020 | November 3, 2020, at 4:00 p.m. (Pacific Time) | Burney Forest Products (Claim No. 53844) | November 17, 2020, at 10:00 a.m. (Pacific Time) | December 15, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Twenty-First* | October 8, 2020 | November 3, 2020, at 4:00 p.m. | Asplundh Construction, | November 17, 2020, at 10:00 a.m. | December 15, 2020, at 10:00 a.m. |

| Omnibus Objection | Objection Filed | Objection Deadline | Responses Received | Original Hearing Date | Initial Hearing Continuance |
|---|---|---|---|---|---|
| *Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9272] | | (Pacific Time) | LLC (Claim No. 17001) Aramark Refreshment Services, LLC (Claim No. 3582) McMaster-Carr Supply Co. (Claim No. 2398) Burney Forest Products (Claim No. 2255) | (Pacific Time) | (Pacific Time) |
| *Reorganized Debtors' Twenty-Second Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9275] | October 8, 2020 | November 3, 2020, at 4:00 p.m. (Pacific Time) | Global Ampersand LLC (Claim No. 27367) | November 17, 2020, at 10:00 a.m. (Pacific Time) | December 15, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9427] | November 5, 2020 | December 1, 2020, at 4:00 p.m. (Pacific Time) | Lloyd's Register Quality Assurance, Inc. (Claim No. 9488) Utility Tree Service, LLC (Claim No. 8068) | December 15, 2020, at 10:00 a.m. (Pacific Time) | January 12, 2021, at 10:00 a.m. (Pacific Time). |
| *Reorganized Debtors' Thirty-First Omnibus Objection to Claims (Customer No Liability Claims)* [Docket No. 9436] | November 5, 2020 | December 1, 2020, at 4:00 p.m. (Pacific Time) | First Baptist Church of Windsor (FBC) (Claim No. 3512) | December 15, 2020, at 10:00 a.m. (Pacific Time) | January 12, 2021, at 10:00 a.m. (Pacific Time). |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Omnibus Objections *solely with respect to the specific claims that are identified in the Omnibus Objection Responses and in the above paragraphs of this Notice* will be **further continued** to the next omnibus hearing, on January 27, 2021 at 10:00 a.m. (Pacific Time). If applicable, the formal response deadlines are further continued to January 13, 2021 unless otherwise agreed to with Claimants.

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 8, 2021  **KELLER BENVENUTTI KIM LLP**

*/s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*