

**Entered on Docket**
**January 08, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 8, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER EXPUNGING CLAIM NOS. 59778 (IN-N-OUT BURGERS) AND 61475 (CARL ARENA) PURSUANT TO REORGANIZED DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**

[Re: Dkt. No. 8978]

6170-008\1568752.1

The Court having reviewed the *Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 8978] (the "**Sixth Omnibus Objection**"),[1] and pursuant to the agreement of the Claimant, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Claim Nos. 59778 (In-N-Out Burgers) and 61475 (Carl Arena) shall be expunged.

2. This Order only expunges Claim Nos. 59778 (In-N-Out Burgers) and 61475 (Carl Arena), filed on account of MLX Claims and Engineering Advances Claims, respectively, but does not discharge the underlying obligations. Any amounts the Reorganized Debtors owe on account of the MLX Claims and Engineering Advances Claims will be paid in the ordinary course. In-N-Out Burgers and Carl Arena retain their non-bankruptcy remedies with respect to post-petition claims under the MLX Programs and Engineering Advances.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Dated: January 5, 2021

SHULMAN BASTIAN FRIEDMAN &
BUI LLP

*/s/ Melissa Davis Lowe*
Melissa Davis Lowe

*Attorneys for In-N-Out Burgers and Carl Arena*

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Sixth Omnibus Objection.

6170-008\1568752.1