

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: January 8, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER EXPUNGING KB ENTITIES CLAIMS PURSUANT TO REORGANIZED DEBTORS' SIXTH AND SEVENTH OMNIBUS OBJECTION TO CLAIMS**<br><br>[Re: Dkt. No. 8978, 8983] |

1. The Court having reviewed the *Reorganized Debtors' Sixth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 8978] (the "**Sixth Omnibus Objection**") and the *Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 8981] (the "**Seventh Omnibus Objection**," and, with the Sixth Omnibus Objection, the "**Omnibus Objections**"),[1] and pursuant to the agreement of the Claimants, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The following Claims (collectively, the "**KB Entities Claims**"), filed on account of the Debtors' and/or Reorganized Debtors' obligations under the Debtor's customer programs relating to mainline extension and interconnection programs (the "**MLX Claims**"), shall be expunged:

| Omnibus Objection | Claim No. | Claimant |
|---|---|---|
| Sixth | 65798 | KB Home Central Valley Division (a/k/a KB Home Central Valley Inc.) |
| Sixth | 65014 | KB Home North Bay, Inc. |
| Sixth | 65542 | KB Home Northern California Division |
| Sixth | 72479 | KB Home Central Valley, Inc. |
| Sixth | 75281 65938 | Moraga 1 INV, LLC |
| Sixth | 65996 75226 | KB Home Sacramento, Inc. |
| Sixth | 66562 74859 | KB Home South Bay, Inc.[2] |
| Sixth | 65659 | KB Home, a California Corporation |
| Seventh | 59447 | Fremont Pat Ranch LLC |
| Seventh | 66083 | KB Home, a Delaware Corporation |

2. Any amounts the Debtors or Reorganized Debtors owe on account of the MLX Claims asserted in the KB Entities Claims shall be paid in the ordinary course, and neither this Order, nor the Debtor's Plan or any order confirming the Plan, shall operate to discharge the KB Entities Claims or otherwise constitute a waiver, release, or other modification of any amounts, payments, or obligations owed by Debtors or Reorganized Debtors with respect to their obligations under the MLX Claims. Any

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Omnibus Objections.

[2] The Sixth Omnibus Objection incorrectly listed KB Home Sacramento, Inc. as the claimant for Claim Nos. 66562 and 74859, and the claims register incorrectly listed KB Home Sacramento, Inc. as the claimant for Claim No. 66562.

disputes with respect to such amounts, payments, or obligations will be determined in the ordinary course, outside of the bankruptcy claims process, and the Claimants of the respective KB Entities Claims retain all legal and equitable rights, remedies, and defenses with respect to the foregoing. For the avoidance of doubt, the Debtors and the Reorganized Debtors shall not raise the expungement of the KB Entities Claims as a defense to any amounts, payments, or obligations owed on account of the MLX Claims asserted in the KB Entities Claims.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Dated: January 4, 2021

VENABLE LLP

*/s/ Rishi Kapoor*
Rishi Kapoor

*Attorneys for KB Entities*