

**Signed and Filed: January 8, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
Jane Kim (#298192)
4  (jkim@kbkllp.com)
650 California Street, Suite 1900
5  San Francisco, CA 94108
Tel: 415 496 6723
6  Fax: 650 636 9251

7

_Attorneys for Debtors and Reorganized Debtors_

8

9                     **UNITED STATES BANKRUPTCY COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
10                         **SAN FRANCISCO DIVISION**

11

12                                                    | Bankruptcy Case No. 19-30088 (DM)

13     **In re:**                                     | Chapter 11

14     **PG&E CORPORATION,**                           | (Lead Case) (Jointly Administered)

15          **- and -**                                | **ORDER ALLOWING IN REDUCED**
                                                       | **AMOUNTS CLAIM NOS. 92183647**
16     **PACIFIC GAS AND ELECTRIC COMPANY,**           | **(BUREAU OF LAND MANAGEMENT)**
                                                       | **AND 92185206 (U.S. FOREST SERVICE)**
17                  **Debtors.**                        | **PURSUANT TO REORGANIZED**
                                                       | **DEBTORS' FOURTEENTH OMNIBUS**
18     ☐ Affects PG&E Corporation                      | **OBJECTION TO CLAIMS (BOOKS AND**
       ☐ Affects Pacific Gas and Electric Company      | **RECORDS CLAIMS)**
19     ☒ Affects both Debtors

20     * _All papers shall be filed in the Lead Case, No._  | **[Re:  Dkt. No. 9070, 9940]**
       _19-30088 (DM)._

21

22

23

24

25

26

27

28

1    The Court having reviewed the *Reorganized Debtors' Fourteenth Omnibus Objection to Claims*

2    *(Books and Records Claims)* [Docket No. 9070] (the "**Fourteenth Omnibus Objection**")[1] and the

3    *Reorganized Debtors' Report on Resolution of Omnibus Objections with Respect to Certain Claims*

4    [Docket No. 9940], and good cause appearing,

5    **IT IS HEREBY ORDERED THAT:**

6    1.    The Fourteenth Omnibus Objection is SUSTAINED with respect to the following Claims:

7        a.  Claim No. 92183647 (Bureau of Land Management)

8        b.  Claim No. 92185206 (U.S. Forest Service)

9    2.    Claim Nos. 92183647 (Bureau of Land Management) and 92185206 (U.S. Forest

10   Service) shall be allowed at the Reduced Claim Amounts set forth in **Exhibit 1** hereto.

11   3.    This Court shall retain jurisdiction to resolve any disputes or controversies arising from

12   this Order.

13
                                    *** END OF ORDER ***
14

15

16

17

18

19

20

21

22

23

24

25

26

27   ---
     [1] Capitalized terms used herein not otherwise defined have the meanings given to them in the
     Fourteenth Omnibus Objection.
28

**Court Service List**

Bureau of Land Management
355 Hemsted Drive
Redding, CA 96002-0910

U.S. Forest Service
P.O. Box 301550
Los Angeles, CA 90030-1550

Matthew Troy, Esq.
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **1031338** | BUREAU OF LAND MANAGEMENT 355 HEMSTED DR REDDING, CA 96002-0910 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $108,581.00 | $108,581.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $14,617.90 | $14,617.90 | |
| **1032897** | US FOREST SERVICE P.C. BOX 301550 LOS ANGELES, CA 90030-1550 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $156,273.99 | $156,273.99 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $10,283.42 | $10,283.42 | |
| **Count:2** | | | | **Asserted Total** | $0.00 | $0.00 | $0.00 | $264,854.99 | $264,854.99 | |
| | | | | **Remaining Total** | $0.00 | $0.00 | $0.00 | $24,901.32 | $24,901.32 | |