

**Entered on Docket**
**January 08, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: January 8, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

    - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

                           Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING CLAIM NO. 92186853 (U.S. FISH AND WILDLIFE SERVICE) PURSUANT TO REORGANIZED DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**

[Re: Dkt. No. 9078, 9940]

The Court having reviewed the *Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9078] (the "**Seventeenth Omnibus Objection**")[1] and the *Reorganized Debtors' Report on Resolution of Omnibus Objections with Respect to Certain Claims* [Docket No. 9940], and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Seventeenth Omnibus Objection is SUSTAINED with respect to Claim No. 92186853 (U.S. Fish and Wildlife Service).

2. Claim No. 92186853 (U.S. Fish and Wildlife Service) shall be disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Seventeenth Omnibus Objection.

# Court Service List

U.S. Fish and Wildlife Service
2800 Cottage Way #W-2605
Sacramento, CA 95825

Matthew Troy, Esq.
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875