**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JANUARY 12, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:   January 12, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Video Conference)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
JANUARY 12, 2021, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTERS GOING FORWARD*

1. **Reorganized Debtors' Seventh Omnibus Objection to Claims**: *Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims)* [**Dkt. 8981**].

    <u>Response Deadline</u>: January 4, 2021.

    <u>Status</u>: This Omnibus Objection was granted as to most Claims by **Dkt. 9370,** and as to Fremont Pat Ranch LLC and KB Home, a Delaware Corporation as set forth in **Dkt. 9949**. The hearing will go forward on a contested basis with respect to John Wrynn [**Dkt. 9162**].

2. **Reorganized Debtors' Forty-Eighth Omnibus Objection to Claims**: *Reorganized Debtors' Forty-Eighth Omnibus Objection to Claims (Untimely Customer No Liability Claims)* [**Dkt. 9708**].

    <u>Response Deadline</u>: December 29, 2020, at 4:00 p.m. (Pacific Time).

    <u>Status</u>: The Reorganized Debtors have requested entry of an order by default with respect to nearly all Claims, except as otherwise reported therein. [**Dkt. 9801**]. The hearing will go forward on a contested basis with respect to Paul and Tamara Attard. [**Dkt. 9922**].

*RESOLVED AND CONTINUED MATTERS*

**OMNIBUS CLAIM OBJECTIONS**

3. <u>**Sixth (Satisfied Claims)**</u> [**Dkt. 8978**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9260**. It has been resolved as KB Home Central Valley Division; KB Home Central Valley, Inc.; KB Home North Bay, Inc.; KB Home Northern California Division; KB Home Sacramento, Inc.; and KB Home, a California Corporation by **Dkt. 9949** and as to In-N-Out Burgers and Carl Arena by **Dkt. 9947**.

4. <u>**Eighth (No Liability Claims)**</u> [**Dkt. 8983**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9295**. This matter has been continued to January 27, 2021 as to Mendocino County Inland Water Agency and Power Commission [**Dkt. 9946**].

5. <u>**Fourteenth (Books and Records Claims)**</u> [**Dkt. 9070**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9362**. This matter has been continued to January 27, 2021 as to Little Diversified Architectural Consulting, Inc. [**Dkt. 9946**]. It has been resolved with respect the Bureau of Land Management and the U.S. Forest Service [**Dkt. 9950**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

6. **Fifteenth (Satisfied Claims)** [**Dkt. 9073**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9363**.  It has been continued to January 27, 2021 as to Arlington Wind Power Project LLC and Rising Tree Wind Farm II LLC [**Dkt. 9946**].

7. **Sixteenth (Satisfied Claims)** [**Dkt. 9076**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9364**.  It has been continued to January 27, 2021 as to Fair Harbor Capital LLC as transferee of Barrier1 Systems Inc. and Josephine Lucero; and Vendor Recovery Fund IV, LLC [**Dkt. 9946**].

8. **Seventeenth (Satisfied Claims)** [**Dkt. 9078**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9365**.  It has been continued to January 27, 2021 as to Mark Cameron [Dkt. 9946].  It has been resolved as to the U.S. Fish and Wildlife Service [**Dkt. 9951**].

9. **Twenty-First (Books and Records Claims)** [**Dkt. 9272**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9558**.  It has been continued to January 27, 2021 as to Asplundh Construction, LLC; Aramark Refreshment Services, LLC; McMaster-Carr Supply Co.; and Burney Forest Products [**Dkt. 9946**].

10. **Twenty-Second (Satisfied Claims)** [**Dkt. 9275**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9559**.  It has been continued to January 27, 2021 with respect to Global Ampersand, LLC [**Dkt. 9946**].

11. **Twenty-Sixth (Duplicative Claims)** [**Dkt. 9421**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9854**.  It has been resolved as to C.H. Reynolds Electric, Inc. as reported in Dkt. 9940.

12. **Twenty-Eighth (Books and Records Claims)** [**Dkt. 9427**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9870**.  It has been resolved as to C.H. Reynolds Electric, Inc. and Henkels & McCoy as reported in **Dkt. 9940**.

13. **Forty-Sixth (Books and Records Claims)** [**Dkt. 9702**].  This Omnibus Objection has been granted as to all claims except Hain Capital Holdings, LLC as Transferee of Hain Capital Investors Master Fund Ltd., which has been continued to January 27, 2021.  [**Dkt. 9936**].

14. **Forty-Seventh (Untimely No Liability Claims)** [**Dkt. 9705**].  This Omnibus Objection has been granted.  [**Dkt. 9937**].

15. **Forty-Ninth (Untimely No Liability/Passthrough Claims)** [**Dkt. 9711**].  This Objection has been granted, except with respect to the Claims of Stephen B. Pree, Sander Ergas, and Kevin Rivera, which have been continued to March 24, 2021.  [**Dkt. 9938**].

16. **Fiftieth (Reduced and Allowed Claims)** [**Dkt. 9714**].  This Objection has been granted.  [**Dkt. 9939**].

**LATE CLAIM MOTIONS**

17. **Gilbert Matherly as Successor Trustee of the Siler Family Trust** [**Dkt. 9806**]. This matter has been resolved by Stipulation [**Dkt. 9831**] and taken off calendar by Order [**Dkt. 9844**].

18. **Aleece Feldhaus** [**Dkt. 9804**]. This matter has been resolved by Stipulation [**Dkt. 9830**] and taken off calendar by Order [**Dkt. 9843**].

19. **Lisa Burchfield et al.** [**Dkt. 9796**]. This matter has been resolved by Stipulation [**Dkt. 9846**] and taken off calendar by Order [**Dkt. 9852**].

20. **Michael Tuck** [**Dkt. 9794**]. This matter has been resolved by Stipulation [**Dkt. 9845**] and taken off calendar by Order [**Dkt. 9851**].

21. **City and County of San Francisco** [**Dkt. 9782**]. This matter has been continued to January 27, 2021 by Stipulation [**Dkt. 9880**] and Order [**Dkt. 9884**].

22. **Ashley Quinn** [**Dkt. 9780**]. This matter has been resolved by Stipulation [**Dkt. 9820**] and taken off calendar by Order [**Dkt. 9840**].

23. **Stephen Killough** [**Dkt. 9778**]. This matter has been resolved by Stipulation [**Dkt. 9819**] and taken off calendar by Order [**Dkt. 9839**].

24. **John and Karen Downham** [**Dkt. 9775**]. This matter has been resolved by Stipulation [**Dkt. 9829**] and taken off calendar by Order [**Dkt. 9842**].

25. **Jack Stafford et al**. [**Dkt. 9719**]. This matter has been resolved by Stipulation [**Dkt. 9764**] and taken off calendar by Order [**Dkt. 9774**].

26. **Steve Beach** [**Dkt. 9690**]. This matter has been resolved by Stipulation [**Dkt. 9760**] and taken off calendar by Order [**Dkt. 9773**].

27. **Dan Beach** [**Dkt. 9688**]. This matter has been resolved by Stipulation [**Dkt. 9759**] and taken off calendar by Order [**Dkt. 9772**].

28. **Mykayla Lewis** [**Dkt. 9684**]. This matter has been resolved by Stipulation [**Dkt. 9758**] and taken off calendar by Order [**Dkt. 9771**].

29. **Jackson Lewis** [**Dkt. 9682**]. This matter has been resolved by Stipulation [**Dkt. 9757**] and taken off calendar by Order [**Dkt. 9770**].

30. **Sinead Lafferty et al.** [**Dkt. 9680**]. This matter has been resolved by Stipulation [**Dkt. 9764**] and taken off calendar by Order [**Dkt. 9774**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 11, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: _/s/ Dara L. Silveira_
     Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*