

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: January 11, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING CERTAIN CLAIMS PURSUANT TO REORGANIZED DEBTORS' TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS) AND TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>[Re: Dkt. Nos. 9427, 9430] |

The Court having reviewed the *Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9427] (the "**Twenty-Eighth Omnibus Objection**") and the *Reorganized Debtors' Twenty-Ninth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9430] (the "**Twenty-Ninth Omnibus Objection**"), and pursuant to the agreement of the Claimants, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The following Claims set forth in the Twenty-Eighth Omnibus Objection shall be allowed as follows:

| Claim No. | Claimant | Allowed Claim Amount |
|---|---|---|
| 60349 | Siemens Industry, Inc. | $131,724.28 |
| 64121 | Siemens Industry, Inc. | $1,215,832.09 |
| 64134 | Siemens Industry, Inc. | $27,774.74 |
| 78984 | Siemens Industry, Inc. | $61,017.33 |
| 64106 | Siemens Energy, Inc. | $371,523.43 |
| 64100 | Dresser-Rand | $143,090.29 |

2. Claim Nos. 60598 and 64021 (Siemens Industry, Inc.) shall be disallowed and expunged as set forth in the Twenty-Ninth Omnibus Objection.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Dated: January 11, 2021

McGuireWoods LLP

*/s/ E. Christine Hehir*
E. Christine Hehir [SBN 201969]

*Attorneys for Siemens Industry, Inc.,
Siemens Energy, Inc., and Dresser-Rand*