

Signed and Filed: January 12, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING CLAIM NO. 58748 (C.H. REYNOLDS ELECTRIC, INC.) AND ALLOWING CLAIM NO. 57938 (C.H. REYNOLDS ELECTRIC, INC.) PURSUANT TO REORGANIZED DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)**<br><br>[Re: Dkt. No. 9421] |

The Court having reviewed the *Reorganized Debtors' Twenty-Sixth Omnibus Objection to Claims (Duplicative Claims)* [Docket No. 9421] (the "**Twenty-Sixth Omnibus Objection**")[1] and pursuant to the agreement of the Claimant, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Twenty-Sixth Omnibus Objection is SUSTAINED with respect to Claim No. 58748 (C.H. Reynolds Electric, Inc.).

2. Claim No. 58748 (C.H. Reynolds Electric, Inc.) shall be disallowed and expunged.

3. Claim No. 57938 (C.H. Reynolds Electric, Inc.) will survive and is allowed in full.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Dated: January 11, 2021

BINDER & MALTER LLP

*/s/ Rob Harris*
Rob Harris

*Attorneys for C.H. Reynolds Electric, Inc.*

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Twenty-Sixth Omnibus Objection.