Entered on Docket
January 12, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 12, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

    - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

                              Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING CLAIM NOS. 2639, 2703, AND 4161 (C.H. REYNOLDS ELECTRIC, INC.) PURSUANT TO REORGANIZED DEBTORS' TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**

[Re: Dkt. No. 9427]

The Court having reviewed the *Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9427] (the "**Twenty-Eighth Omnibus Objection**")[1] and pursuant to the agreement of the Claimant, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Twenty-Eighth Omnibus Objection is SUSTAINED with respect to Claim Nos. 2639, 2703, and 4161 (C.H. Reynolds Electric, Inc.).

2. Claim Nos. 2639, 2703, and 4161 (C.H. Reynolds Electric, Inc.) shall be disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Dated: January 11, 2021

BINDER & MALTER LLP

*/s/ Rob Harris*
Rob Harris

*Attorneys for C.H. Reynolds Electric, Inc.*

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Twenty-Eighth Omnibus Objection.