Robert Ree Worley / Creditor
c/o 16061 Prescott Rd.
Manteca, California
(95336)



FILED
JAN 1 2 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

United States Bankruptcy Court
Northern District of California
San Francisco Division
450 Golden Gate Ave.
San Francisco, California (94102)

PG&E Corporation
Debtor (2640) 19-30088 (DM)
77 Beale St.
San Francisco, California (94105)

Pacific Gas and Electric Company
Debtor (19-30089)
77 Beale St.
San Francisco, California (95105)

PG&E Corporation Claims    Cert. # 7018 2290 0001 5882 8061
Processing Center
c/o Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

 - and -

PACIFIC GAS AND ELECTRIC
COMPANY

Debtors.

Chapter 11 Case
No. 19-30088 (DM)
(Lead Case)
(Jointly Administered)

NOTICE AND DEMAND FOR PAYMENT OF
SETTLED BANKRUPTCY PROCEEINGS AS
TO CLAIM FOR DAMAGES.

Affects both Debtors

NOTICE AND DEMAND IS HEREBY GIVEN:

COMES NOW, judgement creditor, Robert Ree, Worley who has been denied his rights to due process of the law and the equal protection of the law. Insomuch as justice delayed is justice denied respective of the fact that the bankruptcy proceedings, concerning the noticed debtors, was declared closed at the end of June of last year. Notice: List of creditors stated on 71 pages - my name is noticed on page 55 of 71.

I filed an "Affidavit of Truth" via a "Sworn Notice in the form of an Affidavit" as to my "Proof of Claim" for damages, my claim date: Oct. 15, 2019, mailed Cert. No. 7018 2290 0001 5882 7903, in that I believed money was owed to me by Pacific Gas & Electric Company for the period prior

1

to the January 29, 2019, Chapter 11 filing. Notice: As of this date, Jan. 09, 2021, no individual has presented an "Affidavit of Truth", under an oath / testimony, that rebutted, refuted, denied or challenged my "Affidavit of Truth" as to my "Proof of Claim". ***This failure to respond***, that is to rebut, refute or challenge the facts noticed, ***is to accept, via stipulation, the noticed facts as being true and correct.***

As noticed, my claim for damages was prior to any other claim in the bankruptcy proceeding; thus, I, supra, should have a priority right of payment. But payment, second demand for payment, has not yet been forthcoming; therefore, I, supra, am being forced to seek a legal remedy to gain payment of my claim for damages.

So, if payment is not made within the next thirty, 30, days from the date of receipt of this certified mail. I shall be forced to file liens, ***legal remedy***, upon all property belonging to the noticed debtors. Note: As stated above, I, supra, have made a previous demand for payment and the filing of liens against my debtors is ***my legal right*** to gain payment.

A point of interest, concerning the alleged claims being made: "Attorney for Debtors and Debtors in Possession", Bar Card # 151445 / # 298192, and the word Esq. / Esquire as being an Attorney. These allegation fail to give Notice, license number, that comports with the requirements of the law, Constitution and Business and Professions Code, relating to claims of being a "License Attorney". Notice: State of California Constitution – Article VI, sec. 9 and Business and Professions (2001), sec. 6067 – "A certificate of the oath shall be indorsed upon his license."

Based upon the letter of the law. I OBJECT, on the record and for the record, that for anyone to act as an attorney in these proceedings; that they produce their "license" indorsed with his/her "certificate of the oath" as proof of their claim thereto.

Respectfully, presented:

Dated: 1/9/2021

_____
Robert Ree, Worley

cc:

PG&E Corporation
Pacific Gas and Electric Company
Debtors / Attn: J Loduca
77 Beale St.
San Francisco, California (94105)

U.S. POSTAGE PAID
FCM LG ENV
MANTECA, CA
95537
JAN 09, 21
AMOUNT
$1.00
R2304E106276-33

94102
1000

Robert Ree Worley
c/o 16061 Prescott Rd.
Manteca, California
(95336)

United States Bankruptcy Court
Northern District of California
San Francisco Division
450 Golden Gate Ave.
San Francisco, California (94102)

RECEIVED
JAN 12 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA