KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS) WITH RESPECT TO SENCHA FUNDING LLC AS TRANSFEREE OF MICHELS CORPORATION (CLAIM NO. 70769)** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on December 23, 2020, PG&E Corporation and Pacific Gas |
| 2 | and Electric Company, as debtors and reorganized debtors (the "**Debtors,**" or as reorganized pursuant |
| 3 | to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, filed the |
| 4 | *Reorganized Debtors' Fifty-First Omnibus Objection to Claims (Books and Records Claims)* [Dkt. No. |
| 5 | 9888] (the "**Omnibus Objection**"), which, among other things, sought to allow in a reduced amount |
| 6 | Claim No. 70769, filed by Michels Corporation and subsequently transferred to Sencha Funding LLC. |
| 7 | **PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors hereby withdraw the |
| 8 | Omnibus Objection solely with respect to Claim No. 70769, without prejudice to their right to object to |
| 9 | Claim No. 70769 in the future. |

Dated: January 13, 2021

**KELLER BENVENUTTI KIM LLP**

*/s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*