1              UNITED STATES BANKRUPTCY COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                        -oOo-

4  In Re:                    ) Case No. 19-30088
                             ) Chapter 11
5  PG&E CORPORATION AND PACIFIC   )
   GAS AND ELECTRIC COMPANY, et ) San Francisco, California
6  al.                       ) Tuesday, January 12, 2021
                             ) 10:00 AM
7              Debtors.      )
   _____     REORGANIZED DEBTORS' SEVENTH
8                                      OMNIBUS OBJECTION TO CLAIMS
                                       (SATISFIED CLAIMS) FILED BY
9                                      PG&E CORPORATION [8981]

10                                     REORGANIZED DEBTORS'
                                       TWENTY-NINTH OMNIBUS
11                                     OBJECTION TO CLAIMS
                                       (SATISFIED CLAIMS) FILED BY
12                                     PG&E CORPORATION [9430]

13                                     REORGANIZED DEBTORS'
                                       FORTY-EIGHTH OMNIBUS
14                                     OBJECTION TO CLAIMS (UNTIMELY
                                       CUSTOMER NO LIABILITY CLAIMS)
15                                     FILED BY PG&E CORPORATION
                                       [9708]
16
                        TRANSCRIPT OF PROCEEDINGS
17             BEFORE THE HONORABLE DENNIS MONTALI
                  UNITED STATES BANKRUPTCY JUDGE
18
   APPEARANCES (Via CourtCall):
19 For the Reorganized      DARA L. SILVEIRA, ESQ.
   Debtors:                 Keller Benvenutti Kim LLP
20                          650 California Street
                            Suite 1900
21                          San Francisco, CA 94108
                            (415)496-6723
22
   Also Present:            John Wrynn
23                          Individual Claimant

24                          Stephen Pree
                            Individual Claimant
25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17 Court Recorder:                    LORENA PARADA/ANKEY THOMAS
                                   United States Bankruptcy
18                                   Court
                                   450 Golden Gate Avenue
19                                   San Francisco, CA 94102

20

    Transcriber:                    COLIN RICHILANO
21                                   eScribers, LLC
                                   7227 N. 16th Street
22                                   Suite #207
                                   Phoenix, AZ 85020
23                                   (973)406-2250

24 Proceedings recorded by electronic sound recording;
    transcript provided by transcription service.
25

(973)406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   SAN FRANCISCO, CALIFORNIA, TUESDAY, JANUARY 12, 2021, 10:00 AM

2                             -oOo-

3     (Call to order of the Court.)

4         THE CLERK:  Court is now in session.  The Honorable

5 Dennis Montali presiding.  Calling the matter of PG&E

6 Corporation.

7         THE COURT:  Good morning.  This is Judge Montali.

8 There's a number of counsel on the phone.

9         Ms. Silveira, are you there, and are you taking the

10 lead today for the debtors?

11         MS. SILVEIRA:  Yes, Your Honor.  Good morning.  Dara

12 Silveira, Keller Benvenutti Kim, on behalf of the debtors, the

13 reorganized debtors.

14         THE COURT:  All right.  Thank you.

15         And do we have an appearance from John Wrynn?  Mr.

16 Wrynn, are you here today?

17         MR. WRYNN:  I'm here, yes.  I am.

18         THE COURT:  All right.

19         Okay.  Ms. Silveira, I was a little confused by Mr.

20 Wrynn's response because of the -- he complains about a

21 redundancy.  Can you clarify the debtors' position, see what

22 the issue is?

23         MS. SILVEIRA:  Yes, Your Honor.  We objected to this

24 claim as part of the seventh omnibus objection, which sought to

25 disallow and expunge satisfied claims.  Mr. Wrynn's claim

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   arises from the 3.5 percent senior secured notes, due October

2   1st, 2020, and seeks interest under them.

3           He's correct, as he notes in his response at docket

4   9162 that under Section 1.254 and 4.20 of the plan, he is

5   entitled to that interest, but the reorganized debtors have

6   argued that the claim has already been satisfied because these

7   notes were included in proof of claims 30148, filed by BOKF as

8   the indenture trustee, which was paid out on the effective

9   date.

10          THE COURT:  So paid out on the effective date, and so

11  did that include the accrued interest?

12          MS. SILVEIRA:  Yes.  Our understanding is that it did.

13          I directed Mr. Wrynn to Arent Fox, which is counsel

14  for BOKF.  And my understanding, from subsequent conversations

15  I've had with counsel, is that these were paid out and did

16  include interest.

17          THE COURT:  Okay.  Mr. Wrynn, what -- that was

18  certainly my understanding under the plan.  Under the effective

19  date, the debentures were to be paid, and that means you should

20  have been paid.  So were you?

21          MR. WRYNN:  No.  No, I've got my statements right in

22  front of me, plus I've talked to my broker, Fidelity

23  Investments.  I received no such interest payments.  I've

24  checked three times with Fidelity.  They've checked their

25  records, and they said no payments have been received under

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   this settlement.

2          I did contact --

3          THE COURT:  Excuse me, hold on.  Were you paid on the

4   bond itself, on the principal amount?

5          MR. WRYNN:  No, no.  I sold the bond.

6          THE COURT:  Well, that's why you didn't get paid the

7   interest.  Why would you be paid the interest if you sold the

8   bond?

9          MR. WRYNN:  Because I owned the bond when the interest

10  was paid, or supposed to be paid --

11         THE COURT:  Well, wait a minute.

12         MR. WRYNN:  -- April 1.

13         THE COURT:  You just told me -- you just told me it

14  wasn't paid.  Well, it might have been --

15         MR. WRYNN:  I'm supposed to --

16         THE COURT:  -- well, wait a minute, it might have

17  been --

18         MR. WRYNN:  -- I owned the bond April 1.

19         THE COURT:  Wait.  Hold on, wait.

20         MR. WRYNN:  April -- excuse me.

21         THE COURT:  Slow down.  Slow down, Mr. Wrynn.  It

22  might have been due on April 1, and it certainly -- I accept

23  that it wasn't paid on April 1, but if after that you sold the

24  bond, why do you think you would be entitled to the interest?

25         MR. WRYNN:  Because I owned it on April 1.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    THE COURT:  And the company was still in bankruptcy

2  and had not had its plan confirmed.  It wasn't paying anybody

3  then.

4    MR. WRYNN:  Well, am I still not an owner --

5    THE COURT:  Ms. Silveira, is that consistent --

6    MR. WRYNN:  -- of the bond on April 1, though?

7    THE COURT:  Well, Ms. Silveira, is that consistent

8  with your understanding?  Did I make something up or does that

9  comport to your understanding as to what Mr. Wrynn's

10  entitlement is?

11    MS. SILVEIRA:  Your Honor, I wasn't aware that the

12  bond had been sold, but yes, Your Honor, that's our

13  understanding, that the interest came due before the payment

14  was made, and that the bond had subsequently been sold, there's

15  no entitlement to the interest.

16    THE COURT:  Mr. Wrynn, let try it this way.  You're

17  one of thousands and thousands of creditors who were snagged up

18  or caught in the snare of the bankruptcy.  But for a variety of

19  reasons, certain things weren't paid when they might have

20  otherwise been paid if there hadn't been a bankruptcy.

21    So on April 1 of 2020 -- or whatever the earlier date

22  is -- you were entitled to it, and it was accrued.  And so on

23  that date, your principal amount plus accrued interest should

24  have been paid, but you -- there was no way for you to be paid

25  it because the company hadn't approved its plan.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1          When its plan became effective, then on the effective

2    date, consistent with the plan, the bondholders were paid.

3    There's nothing that I'm aware of that would separate an

4    accrual of interest from the underlying instrument, any more

5    than it would be a judgment or a promissory note, or any other

6    entitlement that was delayed by the bankruptcy.  So I'm going

7    to -- unless you have a persuasive legal argument, I have no

8    choice but to sustain the objection, but I'll listen to you or

9    try to answer any questions if I can.

10          MR. WRYNN:  Well, the question that I have:  Who did

11    receive the payment?

12          THE COURT:  Maybe the person --

13          MR. WRYNN:  I've never been able to establish --

14          THE COURT:  The person who bought the bond.

15          MR. WRYNN:  Who was?

16          THE COURT:  You went to the marketplace and said to

17    the market, would you like to buy this bond, and the system --

18    I can't pretend that it was some person.  Somehow your bond was

19    sold.

20          MR. WRYNN:  Okay.

21          THE COURT:  You were paid the proceeds of the sale,

22    weren't you, if you sold it?  What's your broker tell you

23    happened when you sold your bond?

24          MR. WRYNN:  Well, I sold it at a loss.

25          THE COURT:  Okay.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1      MR. WRYNN:  I lost 1,100 dollars on it.  But I had to

2  sell it because I couldn't take the risk any longer, because it

3  was going down.

4      THE COURT:  I understand.  I'm not criticizing you at

5  all.  I mean, I'm saying you sold.  So if you hadn't sold and

6  it had gone down more, you would have lost more.  If you hadn't

7  sold and it had gone up, you would have gained more.  But you

8  cut your losses, took your loss.  Presumably, you can write off

9  whatever that loss is, but you can't -- there's no way that I

10  can imagine you're entitled to get paid something when you sold

11  the underlying entitlement to be paid in the first place.  So

12  I -- and that's --

13      MR. WRYNN:  The sale -- I didn't sell this until,

14  like, July, July of 2018.  This was months -- months after

15  the --

16      THE COURT:  I understand.  But the point is, once you

17  sold it, I don't know how you -- what makes you think you're

18  entitled --

19      Look.  You might take this up with your broker.  Maybe

20  there's an explanation, at least from the company's point of

21  view and the bankruptcy court's point of view, based upon your

22  concession.  Again, I'm not -- you didn't give anything away.

23  You just told me the story.  There's just no way that the

24  reorganized company should have to pay you.  And again, I think

25  that's all I can do.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1           So I'm going to sustain the objection, and Ms.

2 Silveira will include your claim under the omnibus grouping of

3 things. If you believe my error -- my decision is in error,

4 you have a right to appeal it. I don't think that would be in

5 your best interest because it wouldn't be economical, but I

6 don't make that judgment. I have to make a legal ruling, based

7 upon are you entitled to be paid or are you not, and I make

8 that decision adverse to your interest. And the way we close

9 out the issue is the debtors' lawyers submit to the court an

10 order that disposes of the matter.

11           So I hope -- if there is any way for you to get any

12 additional money, I think you should take it up with your stock

13 broker. But someone out there in the market bought that

14 stock -- or that bond, rather, and it included the right to be

15 paid whatever had accrued on it.

16           That's no different from out in the real world, today.

17 If you sold some stock today and tomorrow, the company that

18 issued the stock declared a dividend or a due date of an

19 accrued interest was due, I think -- if you have any experience

20 in the stock market, you'd know -- that it's gone. You bailed,

21 rightly or wrongly. So I don't want to beat this to death.

22 I've explained it the best I can.

23           Ms. Silveira, you should include Mr. Wrynn's claim in

24 the -- in whatever -- again, you're keeping track of the

25 various objections, so go ahead and make sure he's served with

PG&E Corporation and Pacific Gas and Electric Company

1    a copy of the order that sustains your objection, okay?

2            MS. SILVEIRA:  We will; thank you, Your Honor.

3            THE COURT:  Okay.  Mr. Wrynn, thank you for your

4    participation.  I'm sorry that it isn't the result you wanted.

5            All right.  Is there an appearance on the phone by

6    Paul or Tamara Attard?  Anyone on the phone speaking for Paul

7    or Tamara Attard, A-T-T-A-R-D?

8            Ms. Silveira, I've reviewed the filings of Mr. and

9    Mrs. Attard, and frankly, I find it very confusing.  There are

10   all sorts of different numbers that don't seem to hold water.

11   Do you have any explanation, or what do you recommend?

12           MS. SILVEIRA:  We recommend that the claim be

13   disallowed and expunged, Your Honor.  I thought I would walk

14   through, first, the steps that the debtors took to satisfy

15   themselves that the larger batch of claims, in which this was

16   included in the forty-eighth omnibus objection -- that there

17   was no liabilities for those, and then detail some additional

18   steps we've taken subsequently, with respect to this claim in

19   particular.

20           THE COURT:  All right.  Sure.  That's fine, thank you.

21           MS. SILVEIRA:  So in preparing the forty-eighth

22   omnibus objection, which goes to customer and reliability

23   claims, first, the reorganized debtors confirmed that they were

24   related to customers and that there were no outstanding billing

25   issues.  Second, looked through all customer information and

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    confirmed it didn't relate to any other nonelectrical billing

2    issues, security deposits, rebates, refunds under various

3    programs.  Third, checked with the customer relations

4    department to make sure there were no outstanding CPUC

5    complaints relating to the claim.  And finally, cross-checked

6    against all known fire claims, to make sure it wasn't lumped in

7    with that.  So that was taken with respect -- those actions

8    were taken with respect to all claims included in the

9    forty-eighth omnibus objection, including this claim, which is

10   claim 86968.  After we received the response, we took

11   additional steps because, as Your Honor noted, there are

12   several different numbers at issue here.

13        So walking through the claim, it's listed for one

14   million dollars, 987,150 of which is a general unsecured claim,

15   and 12,850 which is listed as an employee wage priority claim.

16   The basis for the claim is listed as goods sold, money loaned,

17   lease, and services performed.

18        So after receiving the response, we ran the

19   information we had through all of the various databases

20   available to the company, confirmed there was no lease related

21   to this claim, and also confirmed that the claimants were not

22   listed in any vendor database that would relate to goods sold

23   or services performed.  And I'll add, of course, that there was

24   no documentation attached, either, to the initial proof of

25   claim or to the response filed.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    The proof of claim also notes that it's secured by a

2  lien, and there's no evidence of that lien included, and we

3  haven't been able to find any evidence on our end that there's

4  a lien.

5    Line 10 of the proof of claim notes that it's based on

6  a lease, and there would be a 24,000-dollar cure payment due.

7  As I said, no evidence of a related lease in the contract

8  database, no cure objection, and no other supporting

9  documentation.

10    And finally, with respect to the employee wage

11  priority claim, the reorganized debtors' human resources

12  department has confirmed that there are no current or former

13  employees by either of these names, and there's nothing in the

14  pension or other employee databases to support the fact that

15  they are current or former employees who would be entitled to a

16  wage priority claim.  And the --

17    THE COURT:  Well, these folks put you through your

18  tasks.  You did your homework; you've covered every base.  Is

19  there another theory?

20    MS. SILVEIRA:  Well, that and then the response noted

21  that there was product damage.  And our understanding is that

22  the response really dropped the claim amount from one million

23  to 20,000 --

24    THE COURT:  Yes, that's what I saw, too.

25    MS. SILVEIRA:  -- but also didn't include any

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1  supporting documentation for that figure or for any damages,

2  so --

3  THE COURT:  It does reference a power failure.

4  MS. SILVEIRA:  And we haven't --

5  THE COURT:  And -- yeah.

6  MS. SILVEIRA:  -- we haven't received anything.

7  THE COURT:  No, I understand that, I --

8  MS. SILVEIRA:  So given all that, the --

9  THE COURT:  Well, go ahead.  You're about to say,

10  given all that you don't believe there's any basis, and I

11  certainly -- I find it -- that's why I was being a little bit

12  facetious that it seems like they checked every single box on

13  the form to make you do your homework.

14  Mr. and Mrs. Attard may have suffered a loss, but they

15  have a responsibility to be more forthcoming, and they didn't

16  respond to the omnibus objections, other than this response

17  that I think is dated December 29th of last year.

18  I'm going to sustain the debtors' objections for all

19  of those reasons, that the informal proof of claim by -- excuse

20  me, the response that I just referred to and the prior proof of

21  claim that was filed on October 28th, 2019, on the face of it

22  is internally inconsistent, but more importantly, it simply

23  doesn't establish any prima facie theory of liability, so the

24  claim should be disallowed.

25  And unless you need to add anything further, I'll ask

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    you to include that in the order -- whatever -- again, you're

2    doing better at keeping track of the various responses, but

3    it's part of the forty-eighth omnibus objection, and it should

4    be disposed of that way.  And if Mr. and Mrs. Attard wish to

5    follow up on it, they can file an appropriate motion or seek

6    whatever -- if they want, but -- and for the record, I'm also

7    noting their default by not even responding to the noticed

8    hearing today.

9          So do you need anything further on that one, Ms.

10   Silveira?

11         MS. SILVEIRA:  Nothing further.  Thank you, Your

12   Honor.

13         THE COURT:  Okay.  I have nothing else on my agenda.

14   I noticed from the call log there is a gentleman named Carlos

15   Torres who at least signed up for a listen-only.  And I know

16   Mr. Torres previously had a proof of claim on file.  Is Mr.

17   Carlos Torres on this call?

18         Are you aware of Mr. Torres' situation, Ms. Silveira.

19         MS. SILVEIRA:  I'm not, Your Honor.  I don't believe

20   we've heard from him with respect to this hearing.  It's

21   entirely possible he has a proof of claim subject to a pending

22   objection, but I don't have it in front of me.

23         THE COURT:  My staff researched it.  Mr. Torres was

24   part of the forty-seventh omnibus objection, and by docket

25   number 9937, his claim was disallowed by default.

PG&E Corporation and Pacific Gas and Electric Company

1            My point is that, since at least the CourtCall call

2    list indicated that Mr. Torres had signed up -- I don't know

3    whether he actually is listening or not, but he -- I just went

4    through this statement and identified him by name in case he

5    wished to be heard.

6            Now, if he's signed up for CourtCall, but did it as a

7    listen-only, he may be listening only.  My point is, for the

8    record, it wasn't on calendar.  If Mr. Torres is listening and

9    wants to know what the outcome of the challenge is, it was

10   indicated that there was no response, timely response, to the

11   debtors' forty-seventh omnibus objection, and by order, the

12   court docket number 9937, that claim was disallowed.

13           As I'm reading that information, I don't remember

14   exactly what the date of 9937 is.  I can -- I'll finish that in

15   minute here.  I mean, I'll just state it for the record.  9937

16   is docketed on the court's docket at docket number -- I'm

17   sorry, on January 6th, I ordered disallowing the forty-seventh

18   objections.

19           Does anyone wish -- anyone else on today's call wish

20   to be heard?  Because I've covered with Ms. Silveira all the

21   items that we're carrying here, on our court agenda.  Anyone

22   wish to be heard?

23           MR. PREE:  Yes, Your Honor.  My name is Stephen Pree.

24   I'm noticed of the reorganized debtors' forty-ninth omnibus

25   objection claims.  I actually filed -- sent everything off to

PG&E Corporation and Pacific Gas and Electric Company

1   be heard today, my case.

2          THE COURT:  All right.  Mr. Pree, thank you.  I see

3   your name on the call list.

4          MR. PREE:  I'm sorry, it's Pree, I'm sorry, P-R-E-E.

5          THE COURT:  Yes, no, I thought I -- that's what I

6   thought I was saying.  I see your name on the call list.

7          MR. PREE:  Oh, okay.  I'm sorry.  Sorry.  I'm sorry,

8   oh, okay.

9          THE COURT:  But I need to -- Ms. Silveira, the

10   debtors' lawyer, can tell me what she knows about your claim,

11   Mr. Pree.

12          MR. PREE:  Oh, okay.  Sorry.  Somebody there called me

13   Free earlier, I mean, when I was dealing with --

14          THE COURT:  Oh.

15          MR. PREE:  Sorry.  Sorry about that.

16          THE COURT:  No, okay.

17          Ms. Silveira, can you help me on this -- Mr. Stephen

18   Pree's claim?

19          MS. SILVEIRA:  Yes, Your Honor.  We received a timely

20   response from Mr. Pree and are evaluating it.  I emailed him

21   shortly after receiving it and said that the -- it's factually

22   analogous to the claims that were continued to March 24th by

23   the Court's order on our ex-parte application back in December.

24          And I emailed Mr. Pree and asked if he would consider

25   an extension to March 24th as well, with the hope of a

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

                    PG&E Corporation and Pacific Gas and Electric Company

1    consensual resolution in the meantime.  I didn't receive a

2    response.  And I believe we reported this in the report on

3    responses and requests for default that was filed last week,

4    and included a note to that effect in the order that was

5    entered, that this would be continued to March 24th.

6           THE COURT:  Mr. Pree, there's so many claims and

7    there's so many --

8           MR. PREE:  Okay.

9           THE COURT:  -- groups of objections that the lawyers

10   at one end, the Court at the other end, and the claimants like

11   you and others -- it's a challenge to keep track of all these,

12   and Ms. Silveira and the other lawyers with her are trying to

13   make sure everybody is accounted for.  And it sounds like, from

14   what she said, she at least made an attempt to let you know

15   that we weren't going to dispose of it today.

16          MR. PREE:  Oh.

17          THE COURT:  So it's okay that you didn't respond.

18   What I would urge you to do is to be in touch with Ms. Silveira

19   between now and March 24th, because it may well be that there's

20   no dispute any longer.  She said that she and her staff are

21   reviewing your response and evaluating your position, and it's

22   my experience that she and her colleagues do communicate back

23   and forth with claimants.

24          I would urge you to stay tuned, watch for her messages

25   or check with he, but for now, I'm just going to take the

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    objection to your claim and where it fits in this omnibus

2    bundle of claims, over to the March 24th calendar, and if it's

3    resolved to your satisfaction before then, you don't need to do

4    anything.  If you believe that you're right and the debtors are

5    wrong, then I will be happy to listen to the arguments and

6    review the underlying documents before that hearing.

7            The way -- because of the volume and the remoteness,

8    with the stay-at-homes and what have you, I cannot keep up.  My

9    brain can't keep track of all the claims --

10           MR. PREE:  Sure, sure.

11           THE COURT:  -- that the lawyers are keeping track of

12   more specifically.  So you haven't won anything, but you

13   haven't lost anything, other than an opportunity to say hello

14   to me.

15           MR. PREE:  Oh.

16           THE COURT:  And I appreciate your time.

17           So stay tuned with -- in touch with Ms. Silveira,

18   unless she can give me the name of --

19           MR. PREE:  Can I ask a question?

20           THE COURT:  Yes, sir.

21           MR. PREE:  Your Honor, or Ms. Silveira, which email do

22   you have for me?  Because my wife don't see no kind of -- we

23   didn't get an email from you, from sbpree@yahoo.com, we -- I'm

24   not sure which one -- which email you have, to which --

25           MS. SILVEIRA:  That's the one to which I sent it.  It

PG&E Corporation and Pacific Gas and Electric Company

1  was sent on December 29th at 10:20 a.m.

2       MR. PREE:  From?  What's your email address?  From?

3       MS. SILVEIRA:  My address is dsilveira,

4  S-I-L-V-E-I-R-A --

5       MR. PREE:  dsilveira.

6       MS. SILVEIRA:  -- @kbkllc.com.

7       THE COURT:  Let's make it simple.  Ms. Silveira, after

8  the hearing, just send Mr. Pree another follow-up email just

9  to --

10       MR. PREE:  Okay.

11       THE COURT:  -- I don't want to -- think we need to put

12  this on --

13       MR. PREE:  My wife found it.

14       THE COURT:  Oh, she found it?  Okay.

15       MR. PREE:  Yeah, she found it.

16       THE COURT:  Okay.  Okay, well, you got a good helper,

17  then.  All right.

18       MR. PREE:  Yeah.

19       THE COURT:  So keep a -- you're on track for March

20  24th, but --

21       MR. PREE:  On the phone again.

22       THE COURT:  -- but again, feel free, and on an

23  informal basis, you or your wife, stay tuned to whatever Ms.

24  Silveira tells you.  She may say --

25       MR. PREE:  Absolutely.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1          THE COURT:  -- we give up, your claim's valid, or she

2    may say no, we disagree, or she may say we need more

3    information.

4          MR. PREE:  Okay.

5          THE COURT:  Again, I can't sit here, from my end, and

6    even know what your claim is, and I don't want you to even take

7    the time to explain it now.

8          MR. PREE:  Okay.

9          THE COURT:  Okay.  So you're okay.

10         MR. PREE:  Okay.

11         THE COURT:  Again, I'll repeat what I said.  You

12    didn't win, but you didn't lose.  The only thing you had to do

13    was participate in the hearing, and thank you for doing that; I

14    appreciate your involvement.

15         MR. PREE:  Well, thank you, Your Honor.

16         And thank you, Ms. Silveira.

17         THE COURT:  All right.  Does anyone -- okay.  Anyone

18    else wish to be heard on today's calendar?

19         All right.  Ms. Silveira, I'll look forward to seeing

20    the routine orders for the matters we disposed of today.  I

21    will thank everyone and conclude the hearing.

22         Thank you, CourtCall, and thank you, Ms. Parada.

23         MS. SILVEIRA:  Thanks, Your Honor.

24         THE COURT REPORTER:  Thank you, Your Honor.

25      (Whereupon these proceedings were concluded)

(973) 406-2250 | operations@escribers.net | www.escribers.net

1                          I N D E X

2    RULINGS:                                        PAGE  LINE

3    Seventh omnibus objection to claims as to        9     25

4    John Wrynn sustained

5    Forty-eighth omnibus objection to claims as     13     16

6    to Paul and Tamara Attard sustained

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

(973) 406-2250 | operations@escribers.net | www.escribers.net

1          C E R T I F I C A T I O N

2

3    I, Colin Richilano, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5

6

7

8    _____

9    /s/ COLIN RICHILANO

10

11   eScribers

12   7227 N. 16th Street, Suite #207

13   Phoenix, AZ 85020

14

15   Date:  January 13, 2021

16

17

18

19

20

21

22

23

24

25

(973) 406-2250 | operations@escribers.net | www.escribers.net
of 27

PG&E CORPORATION AND PACIFIC
GAS AND ELECTRIC COMPANY, et al.

Case No. 19-30088
January 12, 2021

**@**

**@kbkllcom (1)**
19:6

**A**

**able (2)**
7:13;12:3
**Absolutely (1)**
19:25
**accept (1)**
5:22
**accounted (1)**
17:13
**accrual (1)**
7:4
**accrued (5)**
4:11;6:22,23;9:15,19
**actions (1)**
11:7
**actually (2)**
15:3,25
**add (2)**
11:23;13:25
**additional (3)**
9:12;10:17;11:11
**address (2)**
19:2,3
**adverse (1)**
9:8
**Again (8)**
8:22,24;9:24;14:1;
19:21,22;20:5,11
**against (1)**
11:6
**agenda (2)**
14:13;15:21
**ahead (2)**
9:25;13:9
**amount (3)**
5:4;6:23;12:22
**analogous (1)**
16:22
**appeal (1)**
9:4
**appearance (2)**
3:15;10:5
**application (1)**
16:23
**appreciate (2)**
18:16;20:14
**appropriate (1)**
14:5
**approved (1)**
6:25
**April (8)**
5:12,18,20,22,23,25;
6:6,21
**Arent (1)**
4:13
**argued (1)**
4:6
**argument (1)**
7:7
**arguments (1)**
18:5
**arises (1)**
4:1
**attached (1)**
11:24
**Attard (5)**
10:6,7,9;13:14;14:4
**A-T-T-A-R-D (1)**
10:7
**attempt (1)**
17:14
**available (1)**
11:20
**aware (3)**
6:11;7:3;14:18
**away (1)**
8:22

**B**

**back (2)**
16:23;17:22
**bailed (1)**
9:20
**bankruptcy (5)**
6:1,18,20;7:6;8:21
**base (1)**
12:18
**based (3)**
8:21;9:6;12:5
**basis (3)**
11:16;13:10;19:23
**batch (1)**
10:15
**beat (1)**
9:21
**became (1)**
7:1
**behalf (1)**
3:12
**Benvenutti (1)**
3:12
**best (2)**
9:5,22
**better (1)**
14:2
**billing (1)**
10:24;11:1
**bit (1)**
13:11
**BOKF (2)**
4:7,14
**bond (14)**
5:4,5,8,9,18,24;6:6,
12,14;7:14,17,18,23;
9:14
**bondholders (1)**
7:2
**bought (2)**
7:14;9:13
**box (1)**
13:12
**brain (1)**
18:9
**broker (4)**
4:22;7:22;8:19;9:13
**bundle (1)**
18:2
**buy (1)**
7:17

**C**

**calendar (3)**
15:8;18:2;20:18
**CALIFORNIA (1)**
3:1
**Call (7)**
3:3;14:14,17;15:1,
19;16:3,6
**called (1)**
16:12
**Calling (1)**
3:5
**came (1)**
6:13
**Can (12)**
3:21;7:9;8:8,10,25;
9:22;14:5;15:14;16:10,
17;18:18,19
**Carlos (2)**
14:14,17
**carrying (1)**
15:21
**case (2)**
15:4;16:1
**caught (1)**
6:18
**certain (1)**
6:19
**certainly (3)**
4:18;5:22;13:11
**challenge (2)**
15:9;17:11
**check (1)**
17:25
**checked (4)**
4:24,24;11:3;13:12
**choice (1)**
7:8
**claim (32)**
3:24,25;4:6;9:2,23;
10:12,18;11:5,9,10,13,
14,15,16,21,25;12:1,5,
11,16,22,23,24;14:2,7,
14:16,21,25;15:12;
16:10,18;18:1;20:6
**claimants (1)**
11:21;17:10,23
**claims (11)**
3:25;4:7;10:15,23;
11:6,8;15:25;16:22;
**claim's (1)**
20:1
**clarify (1)**
3:21
**CLERK (1)**
3:4
**close (1)**
9:8
**colleagues (1)**
17:22
**communicate (1)**
17:22
**company (5)**
6:1,25;8:24;9:17;
11:20
**company's (1)**
8:20
**complains (1)**
3:20
**complaints (1)**
11:5
**comport (1)**
6:9
**concession (1)**
8:22
**conclude (1)**
20:21
**concluded (1)**
20:25
**confirmed (6)**
6:2;10:23;11:1,20,
21;12:12
**confused (1)**
3:19
**confusing (1)**
10:9
**consensual (1)**
17:1
**consider (1)**
16:24
**consistent (3)**
6:5,7;7:2
**contact (1)**
5:2
**continued (2)**
16:22;17:5
**contract (1)**
12:7
**conversations (1)**
4:14
**copy (1)**
10:1
**Corporation (1)**
3:6
**counsel (3)**
3:8;4:13,15
**course (1)**
11:23
**Court (62)**
3:3,4,7,14,18;4:10,
17:5:3,6,11,13,16,19,
21;6:1,5,7,16;7:12,14,
17:6;18:2,9
**CourtCall (3)**
15:1,6;20:22
**court's (3)**
8:21;15:16;16:23
**covered (2)**
12:18;15:20
**CPUC (1)**
11:4
**creditors (1)**
6:17
**criticizing (1)**
8:4
**cross-checked (1)**
11:5
**cure (2)**
12:6,8
**current (1)**
12:12,15
**customer (3)**
10:22,25;11:3
**customers (1)**
10:24
**cut (1)**
8:8
16,21,25;8:4,16;9:9;
10:3,20;12:17,24;13:3,
5,7,9;14:13,23;15:12,
21;16:2,5,9,14,16;17:6,
9,10,17;18:11,16,20;
19:7,11,14,16,19,22;
20:1,5,9,11,17,24

**D**

**damage (1)**
12:21
**damages (1)**
13:1
**Dara (1)**
3:11
**database (2)**
11:22;12:8
**databases (2)**
11:19;12:14
**date (8)**
4:9,10,19;6:21,23;
7:2;9:18;15:14
**dated (1)**
13:17
**dealing (1)**
16:13
**death (1)**
9:21
**debentures (1)**
4:19
**debtors (7)**
3:10,12,13;4:5;
10:14,23;18:4
**debtors' (7)**
3:21;9:9;12:11;
13:18;15:11,24;16:10
**December (3)**
13:17;16:23;19:1

Case: 19-30088    Doc# 9964    Filed: 01/13/21    Entered: 01/13/21 13:10:09    Page 23
of 27

PG&E CORPORATION AND PACIFIC
GAS AND ELECTRIC COMPANY, et al.

Case No. 19-30088
January 12, 2021

**decision (2)**
9:3,8
**declared (1)**
9:18
**default (3)**
14:7,25;17:3
**delayed (1)**
7:6
**Dennis (1)**
3:5
**department (2)**
11:4;12:12
**deposits (1)**
11:2
**detail (1)**
10:17
**different (3)**
9:16;10:10;11:12
**directed (1)**
4:13
**disagree (1)**
20:2
**disallow (1)**
3:25
**disallowed (4)**
10:13;13:24;14:25;
15:12
**disallowing (1)**
15:17
**dispose (1)**
17:15
**disposed (2)**
14:4;20:20
**disposes (1)**
9:10
**dispute (1)**
17:20
**dividend (1)**
9:18
**docket (5)**
4:3;14:24;15:12,16,
16
**docketed (1)**
15:16
**documentation (3)**
11:24;12:9;13:1
**documents (1)**
18:6
**dollars (2)**
8:1;11:14
**down (4)**
5:21,21;8:3,6
**dropped (1)**
12:22
**dsilveira (2)**
19:3,5
**due (6)**
4:1;5:22;6:13;9:18,
19;12:6

**E**

**earlier (2)**

6:21;16:13
**economical (1)**
9:5
**effect (1)**
17:4
**effective (5)**
4:8,10,18;7:1,1
**either (2)**
11:24;12:13
**else (3)**
14:13;15:19;20:18
**email (5)**
18:21,23,24;19:2,8
**emailed (2)**
16:20,24
**employee (3)**
11:15;12:10,14
**employees (2)**
12:13,15
**end (4)**
12:3;17:10,10;20:5
**entered (1)**
17:5
**entirely (1)**
14:21
**entitled (7)**
4:5;5:24;6:22;8:10,
18;9:7;12:15
**entitlement (4)**
6:10,15;7:6;8:11
**error (2)**
9:3,3
**establish (2)**
7:13;13:23
**evaluating (2)**
16:20;17:21
**even (3)**
14:7;20:6,6
**everybody (1)**
17:13
**everyone (1)**
20:21
**evidence (3)**
12:2,3,7
**exactly (1)**
15:14
**Excuse (3)**
5:3,20;13:19
**ex-parte (1)**
16:23
**experience (2)**
9:19;17:22
**explain (1)**
20:7
**explained (1)**
9:22
**explanation (2)**
8:20;10:11
**expunge (1)**
3:25
**expunged (1)**
10:13
**extension (1)**

16:25

**F**

**face (1)**
4:13
**facetious (1)**
13:12
**facie (1)**
13:23
**fact (1)**
12:14
**factually (1)**
16:21
**failure (1)**
13:3
**feel (1)**
19:22
**Fidelity (2)**
4:22,24
**figure (1)**
13:1
**file (2)**
14:5,16
**filed (5)**
4:7;11:25;13:21;
15:25;17:3
**filings (1)**
10:8
**finally (2)**
11:5;12:10
**find (3)**
10:9;12:3;13:11
**fine (1)**
10:20
**finish (1)**
15:14
**fire (1)**
11:6
**first (3)**
8:11;10:14,23
**fits (1)**
18:1
**folks (1)**
12:17
**follow (1)**
14:5
**follow-up (1)**
19:8
**form (1)**
13:13
**former (2)**
12:12,15
**forth (1)**
17:23
**forthcoming (1)**
13:15
**forty-eighth (4)**
10:16,21;11:9;14:3
**forty-ninth (1)**
15:24
**forty-seventh (3)**
14:24;15:11,17

**forward (1)**
20:19
**found (3)**
19:13,14,15
**Fox (1)**
4:13
**FRANCISCO (1)**
3:1
**frankly (1)**
10:9
**Free (2)**
16:13;19:22
**front (2)**
4:22;14:22
**further (3)**
13:25;14:9,11

**G**

**gained (1)**
8:7
**general (1)**
11:14
**gentleman (1)**
14:14
**given (2)**
13:8,10
**goes (1)**
10:22
**Good (3)**
3:7,11;19:16
**goods (2)**
11:16,22
**grouping (1)**
9:2
**groups (1)**
17:9

**H**

**happened (1)**
7:23
**happy (1)**
18:5
**heard (6)**
14:20;15:5,20,22;
16:1;20:18
**hearing (6)**
14:8,20;18:6;19:8;
20:13,21
**hello (1)**
18:13
**help (1)**
16:17
**helper (1)**
19:16
**hold (3)**
5:3,19;10:10
**homework (2)**
12:18;13:13
**Honor (15)**
3:11,23;6:11,12;
10:2,13;11:11;14:12,

19;15:23;16:19;18:21;
20:15,23,24
**Honorable (1)**
3:4
**hope (2)**
9:11;16:25
**human (1)**
12:11

**I**

**identified (1)**
15:4
**imagine (1)**
8:10
**importantly (1)**
13:22
**include (6)**
4:11,16;9:2,23;
12:25;14:1
**included (6)**
4:7;9:14;10:16;11:8;
12:2;17:4
**including (1)**
11:9
**inconsistent (1)**
13:22
**indenture (1)**
4:8
**indicated (2)**
15:2,10
**informal (2)**
13:19;19:23
**information (4)**
10:25;11:19;15:13;
20:3
**initial (1)**
11:24
**instrument (1)**
7:4
**interest (16)**
4:2,5,11,16,23;5:7,7,
9,24;6:13,15,23;7:4;
9:5,8,19
**internally (1)**
13:22
**Investments (1)**
4:23
**involvement (1)**
20:14
**issue (3)**
3:22;9:9;11:12
**issued (1)**
9:18
**issues (2)**
10:25;11:2
**items (1)**
15:21

**J**

**JANUARY (2)**
3:1;15:17

Case: 19-30088    Doc# 9964    Filed: 01/13/21    Entered: 01/13/21 13:10:09    Page 24
of 27

PG&E CORPORATION AND PACIFIC
GAS AND ELECTRIC COMPANY, et al.

Case No. 19-30088
January 12, 2021

**John (1)**
3:15
**Judge (1)**
3:7
**judgment (2)**
7:5;9:6
**July (2)**
8:14,14

**K**

**keep (4)**
17:11;18:8,9;19:19
**keeping (3)**
9:24;14:2;18:11
**Keller (1)**
3:12
**Kim (1)**
3:12
**kind (1)**
18:22
**known (1)**
11:6
**knows (1)**
16:10

**L**

**larger (1)**
10:15
**last (2)**
13:17;17:3
**lawyer (1)**
16:10
**lawyers (4)**
9:9;17:9,12;18:11
**lead (1)**
3:10
**lease (4)**
11:17,20;12:6,7
**least (4)**
8:20;14:15;15:1;
17:14
**legal (2)**
7:7;9:6
**liabilities (1)**
10:17
**liability (1)**
13:23
**lien (3)**
12:2,2,4
**Line (1)**
12:5
**list (3)**
15:2;16:3,6
**listed (4)**
11:13,15,16,22
**listen (2)**
7:8;18:5
**listening (3)**
15:3,7,8
**listen-only (2)**
14:15;15:7

**little (2)**
3:19;13:11
**loaned (1)**
11:16
**log (1)**
14:14
**longer (2)**
8:2;17:20
**Look (2)**
8:19;20:19
**looked (1)**
10:25
**lose (1)**
20:12
**loss (4)**
7:24;8:8,9;13:14
**losses (1)**
8:8
**lost (3)**
8:1,6;18:13
**lumped (1)**
11:6

**M**

**makes (1)**
8:17
**many (2)**
17:6,7
**March (6)**
16:22,25;17:5,19;
18:2;19:19
**market (3)**
7:17;9:13,20
**marketplace (1)**
7:16
**matter (2)**
3:5;9:10
**matters (1)**
20:20
**may (6)**
13:14;15:7;17:17,19;
19:24;20:2,2
**Maybe (2)**
7:12;8:19
**mean (3)**
8:5;15:15;16:13
**means (1)**
4:19
**meantime (1)**
17:1
**messages (1)**
17:24
**might (5)**
5:14,16,22;6:19;8:19
**million (2)**
11:14;12:22
**minute (3)**
5:11,16;15:15
**money (2)**
9:12;11:16
**Montali (2)**
3:5,7

**months (2)**
8:14,14
**more (8)**
7:4;8:6,6,7;13:15,22;
18:12;20:2
**morning (2)**
3:7,11
**motion (1)**
14:5
**Mrs (3)**
10:9;13:14;14:4

**N**

**name (5)**
15:4,23;16:3,6;18:18
**named (1)**
14:14
**names (1)**
12:13
**need (6)**
13:25;14:9;16:9;
18:3;19:11;20:2
**nonelectrical (1)**
11:1
**note (2)**
7:5;17:4
**noted (2)**
11:11;12:20
**notes (5)**
4:1,3,7;12:1,5
**noticed (3)**
14:7,14;15:24
**noting (1)**
14:7
**number (4)**
3:8;14:25;15:12,16
**numbers (2)**
10:10;11:12

**O**

**objected (1)**
3:23
**objection (14)**
3:24;7:8;9:1;10:1,16,
22;11:9;12:8;14:3,22,
24;15:11,25;18:1
**objections (5)**
9:25;13:16,18;15:18;
17:9
**October (2)**
4:1;13:21
**off (2)**
8:8;15:25
**omnibus (11)**
3:24;9:2;10:16,22;
11:9;13:16;14:3,24;
15:11,24;18:1
**once (1)**
8:16
**one (7)**
6:17;11:13;12:22;

14:9;17:10;18:24,25
**only (2)**
15:7;20:12
**oOo- (1)**
3:2
**opportunity (1)**
18:13
**order (7)**
3:3;9:10;10:1;14:1;
15:11;16:23;17:4
**ordered (1)**
15:17
**orders (1)**
20:20
**others (1)**
17:11
**otherwise (1)**
6:20
**out (6)**
4:8,10,15;9:9,13,16
**outcome (1)**
15:9
**outstanding (2)**
10:24;11:4
**over (1)**
18:2
**owned (3)**
5:9,18,25
**owner (1)**
6:4

**P**

**paid (22)**
4:8,10,15,19,20;5:3,
6,7,10,10,14,23;6:19,
20,24,24;7:2,21;8:10,
11;9:7,15
**Parada (1)**
20:22
**part (3)**
3:24;14:3,24
**participate (1)**
20:13
**participation (1)**
10:4
**particular (1)**
10:19
**Paul (2)**
10:6,6
**pay (1)**
8:24
**paying (1)**
6:2
**payment (3)**
6:13;7:11;12:6
**payments (2)**
4:23,25
**pending (1)**
14:21
**pension (1)**
12:14
**percent (1)**

**4:1**
**performed (2)**
11:17,23
**person (3)**
7:12,14,18
**persuasive (1)**
7:7
**PG&E (1)**
3:5
**phone (4)**
3:8;10:5,6;19:21
**place (1)**
8:11
**plan (6)**
4:4,18;6:2,25;7:1,2
**plus (2)**
4:22;6:23
**point (5)**
8:16,20,21;15:1,7
**position (2)**
3:21;17:21
**possible (1)**
14:21
**power (1)**
13:3
**Pree (31)**
15:23,23;16:2,4,4,7,
11,12,15,20,24;17:6,8,
16;18:10,15,19,21;
19:2,5,8,10,13,15,18,
21,25;20:4,8,10,15
**P-R-E-E (1)**
16:4
**Pree's (1)**
16:18
**preparing (1)**
10:21
**presiding (1)**
3:5
**Presumably (1)**
8:8
**pretend (1)**
7:18
**previously (1)**
14:16
**prima (1)**
13:23
**principal (2)**
5:4;6:23
**prior (1)**
13:20
**priority (3)**
11:15;12:11,16
**proceedings (1)**
20:25
**proceeds (1)**
7:21
**product (1)**
12:21
**programs (1)**
11:3
**promissory (1)**
7:5

Case: 19-30088    Doc# 9964    Filed: 01/13/21    Entered: 01/13/21 13:10:09    Page 25
of 27

**proof (8)**
4:7;11:24;12:1,5;
13:19,20;14:16,21
**put (2)**
12:17;19:11

**R**

**ran (1)**
11:18
**rather (1)**
9:14
**reading (1)**
15:13
**real (1)**
9:16
**really (1)**
12:22
**reasons (2)**
6:19;13:19
**rebates (1)**
11:2
**receive (2)**
7:11;17:1
**received (5)**
4:23,25;11:10;13:6;
16:19
**receiving (2)**
11:18;16:21
**recommend (2)**
10:11,12
**record (3)**
14:6;15:8,15
**records (1)**
4:25
**redundancy (1)**
3:21
**reference (1)**
13:3
**referred (1)**
13:20
**refunds (1)**
11:2
**relate (2)**
11:1,22
**related (3)**
10:24;11:20;12:7
**relating (1)**
11:5
**relations (1)**
11:3
**reliability (1)**
10:22
**remember (1)**
15:13
**remoteness (1)**
18:7
**reorganized (6)**
3:13;4:5;8:24;10:23;
12:11;15:24
**repeat (1)**
20:11
**report (1)**
17:2
**reported (1)**
17:2
**REPORTER (1)**
20:24
**requests (1)**
17:3
**researched (1)**
14:23
**resolution (1)**
17:1
**resolved (1)**
18:3
**resources (1)**
12:11
**respect (5)**
10:18;11:7,8;12:10;
14:20
**respond (2)**
13:16;17:17
**responding (1)**
14:7
**response (14)**
3:20;4:3;11:10,18,
25;12:20,22;13:16,20;
15:10,10;16:20;17:2,
21
**responses (2)**
14:2;17:3
**responsibility (1)**
13:15
**result (1)**
10:4
**review (1)**
18:6
**reviewed (1)**
10:8
**reviewing (1)**
17:21
**right (12)**
3:14,18;4:21;9:4,14;
10:5,20;16:2;18:4;
19:17;20:17,19
**rightly (1)**
9:21
**risk (1)**
8:2
**routine (1)**
20:20
**ruling (1)**
9:6

**S**

**sale (2)**
7:21;8:13
**SAN (1)**
3:1
**satisfaction (1)**
18:3
**satisfied (2)**
3:25;4:6
**satisfy (1)**

**10:14**
**saw (1)**
12:24
**saying (2)**
8:5;16:6
**sbpree@yahoocom (1)**
18:23
**Second (1)**
10:25
**Section (1)**
4:4
**secured (2)**
4:1;12:1
**security (1)**
11:2
**seeing (1)**
20:19
**seek (1)**
14:5
**seeks (1)**
4:2
**seem (1)**
10:10
**seems (1)**
13:12
**sell (2)**
8:2,13
**send (1)**
19:8
**senior (1)**
4:1
**sent (3)**
15:25;18:25;19:1
**separate (1)**
7:3
**served (1)**
9:25
**services (2)**
11:17,23
**session (1)**
3:4
**settlement (1)**
5:1
**seventh (1)**
3:24
**several (1)**
11:12
**shortly (1)**
16:21
**signed (3)**
14:15;15:2,6
**Silveira (40)**
3:9,11,12,19,23;
4:12;6:5,7,11;9:2,23;
10:2,8,12,21;12:20,25;
13:4,6,8;14:10,11,18,
19;15:20;16:9,17,19;
17:12,18;18:17,21,25;
19:3,6,7,24;20:16,19,
23
**S-I-L-V-E-I-R-A (1)**
19:4
**simple (1)**

**simply (1)**
13:22
**single (1)**
13:12
**sit (1)**
20:5
**situation (1)**
14:18
**Slow (2)**
5:21,21
**snagged (1)**
6:17
**snare (1)**
6:18
**sold (17)**
5:5,7,23;6:12,14;
7:19,22,23,24;8:5,5,7,
10,17;9:17;11:16,22
**Somebody (1)**
16:12
**Somehow (1)**
7:18
**someone (1)**
9:13
**sorry (10)**
10:4;15:17;16:4,4,7,
7,7,12,15,15
**sorts (1)**
10:10
**sought (1)**
3:24
**sounds (1)**
17:13
**speaking (1)**
10:6
**specifically (1)**
18:12
**staff (2)**
14:23;17:20
**state (1)**
15:15
**statement (1)**
15:4
**statements (1)**
4:21
**stay (3)**
17:24;18:17;19:23
**stay-at-homes (1)**
18:8
**Stephen (2)**
15:23;16:17
**steps (3)**
10:14,18;11:11
**still (2)**
6:1,4
**stock (5)**
9:12,14,17,18,20
**story (1)**
8:23
**subject (1)**
14:21
**submit (1)**

**9:9**
**subsequent (1)**
4:14
**subsequently (2)**
6:14;10:18
**suffered (1)**
13:14
**support (1)**
12:14
**supporting (1)**
12:8;13:1
**supposed (2)**
5:10,15
**sure (8)**
9:25;10:20;11:4,6;
17:13;18:10,10,24
**sustain (3)**
7:8;9:1;13:18
**sustains (1)**
10:1
**system (1)**
7:17

**T**

**talked (1)**
4:22
**Tamara (2)**
10:6,7
**tasks (1)**
12:18
**tells (1)**
19:24
**Thanks (1)**
20:23
**theory (2)**
12:19;13:23
**Third (1)**
11:3
**though (1)**
6:6
**thought (3)**
10:13;16:5,6
**thousands (2)**
6:17,17
**three (1)**
4:24
**timely (2)**
15:10;16:19
**times (1)**
4:24
**today (8)**
3:10,16;9:16,17;
14:8;16:1;17:15;20:20
**today's (2)**
15:19;20:18
**told (3)**
5:13,13;8:23
**tomorrow (1)**
9:17
**took (3)**
8:8;10:14;11:10
**Torres (6)**

Case: 19-30088   Doc# 9964   Filed: 01/13/21   Entered: 01/13/21 13:10:09   Page 26
of 27

PG&E CORPORATION AND PACIFIC
GAS AND ELECTRIC COMPANY, et al.

Case No. 19-30088
January 12, 2021

14:15,16,17,23;15:2,
8
**Torres' (1)**
14:18
**touch (2)**
17:18;18:17
**track (6)**
9:24;14:2;17:11;
18:9,11;19:19
**trustee (1)**
4:8
**try (2)**
6:16;7:9
**trying (1)**
17:12
**TUESDAY (1)**
3:1
**tuned (3)**
17:24;18:17;19:23

**U**

**under (7)**
4:2,4,18,18,25;9:2;
11:2
**underlying (3)**
7:4;8:11;18:6
**unless (3)**
7:7;13:25;18:18
**unsecured (1)**
11:14
**up (11)**
6:8,17;8:7,19;9:12;
14:5,15;15:2,6;18:8;
20:1
**upon (2)**
8:21;9:7
**urge (2)**
17:18,24

**V**

**valid (1)**
20:1
**variety (1)**
6:18
**various (4)**
9:25;11:2,19;14:2
**vendor (1)**
11:22
**view (2)**
8:21,21
**volume (1)**
18:7

**W**

**wage (3)**
11:15;12:10,16
**wait (4)**
5:11,16,19,19
**walk (1)**
10:13

**walking (1)**
11:13
**wants (1)**
15:9
**watch (1)**
17:24
**water (1)**
10:10
**way (8)**
6:16,24;8:9,23;9:8,
11;14:4;18:7
**week (1)**
17:3
**weren't (3)**
6:19;7:22;17:15
**What's (2)**
7:22;19:2
**Whereupon (1)**
20:25
**wife (3)**
18:22;19:13,23
**win (1)**
20:12
**wish (5)**
14:4;15:19,19,22;
20:18
**wished (1)**
15:5
**won (1)**
18:12
**world (1)**
9:16
**write (1)**
8:8
**wrong (1)**
18:5
**wrongly (1)**
9:21
**Wrynn (25)**
3:15,16,17;4:13,17,
21;5:5,9,12,15,18,20,
21,25;6:4,6,16;7:10,13,
15,10,24;8:1,13;10:3
**Wrynn's (4)**
3:20,25;6:9;9:23

**Y**

**year (1)**
13:17

**1**

**1 (7)**
5:12,18,22,23,25;6:6,
21
**1,100 (1)**
8:1
**1.254 (1)**
4:4
**10 (1)**
12:5
**10:20 (1)**

19:1
**12 (1)**
3:1
**12,850 (1)**
11:15
**1st (1)**
4:2

**2**

**20,000 (1)**
12:23
**2018 (1)**
8:14
**2019 (1)**
13:21
**2020 (2)**
4:2;6:21
**2021 (1)**
3:1
**24,000-dollar (1)**
12:6
**24th (6)**
16:22,25;17:5,19;
18:2;19:20
**28th (1)**
13:21
**29th (2)**
13:17;19:1

**3**

**3.5 (1)**
4:1
**30148 (1)**
4:7

**4**

**4.20 (1)**
4:4

**6**

**6th (1)**
15:17

**8**

**86968 (1)**
11:10

**9**

**9162 (1)**
4:4
**987,150 (1)**
11:14
**9937 (4)**
14:25;15:12,14,15

Case: 19-30088    Doc# 9964    Filed: 01/13/21    Entered: 01/13/21 13:10:09    Page 27
of 27