# Notice Recipients

District/Off: 0971–3          User: dchambers          Date Created: 1/14/2021
Case: 19–30088                Form ID: TRANSC          Total: 3

**Recipients of Notice of Electronic Filing:**
aty          Dara Levinson Silveira          dsilveira@kbkllp.com

                                                                    TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
cr          John H Wrynn          195 Wood Pond Rd          South Windsor, CT 06074
cr          Stephen B. Pree          3301 Buchanan Rd., #40          Antioch, CA 94509

                                                                    TOTAL: 2