**LAW OFFICE OF ROBERT M. BONE**
ROBERT M. BONE, SBN 181526
bob@robertbonelaw.com
645 Fourth Street, Suite 205
Santa Rosa, CA 95404
Telephone:    (707) 525-8999
Facsimile:    (707) 542-4752

DANIEL F. CROWLEY, ESQ. (SBN 130261)
DANIEL CROWLEY & ASSOCIATES
P. O. Box R
San Rafael, California 94913
Telephone:    (415) 723-5800
Facsimile:    (415) 785-3389

Attorney for Claimant
Ralph Hein

UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No.  19-30088-DM |
| PG&E Corporation, | Chapter 11<br>Lead Case, Jointly Administered |
| and | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **DECLARATION OF ROBERT M. BONE IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)** |
| Debtors. | |
| | |
| [] Affects PG&E Corporation<br>[] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors | Date: February 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Telephonic/Video Appearances Only<br>         United States Bankruptcy Court<br>         Courtroom 17,<br>         450 Golden Gate Ave., 16th Floor<br>         San Francisco, CA |
| *All paper shall be filed in the Lead Case, No. 19-30088-DM | Judge: Hon. Dennis Montali |
| | Objection Deadline: February 2, 2021 |

- 1 -

I, Robert M. Bone, hereby declare:

1. I am an attorney at law duly licensed to practice before all state and federal courts of the State of California.

2. My law firm represents wildfire victims who sustained losses from the Camp Fire in 2018. My firm has timely filed on behalf of approximately 140 claimants with Prime Clerk for losses our clients suffered as a result of the Northern California Fires in 2017 and 2018.

3. On or about December 30, 2020, Claimant Ralph Hein contacted this firm about representing his interests in the Fire Victim Trust related to losses and damages he suffered in the destruction of five (5) pieces of real estate he owns in Paradise, CA.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Proof of Claim we prepared for Mr. Hein on the Prime Clerk website on January 7, 2021.

5. Unfortunately, it does not appear this can be done without leave of the Court and therefore I am respectfully requesting the Court grant such relief.

7. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and belief as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

8. I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of January, 2021, in Santa Rosa, California.


Dated: January 12, 2021                    Law Office of Robert M. Bone


                                           By: /s/ Robert M. Bone
                                           ROBERT M. BONE
                                           Attorneys for Claimants

Law Office of Robert M. Bone
645 Fourth Street, Suite 205
Santa Rosa, California 95404
Telephone: (707) 525-8999

- 2 -