**LAW OFFICE OF ROBERT M. BONE**
ROBERT M. BONE, SBN 181526
bob@robertbonelaw.com
645 Fourth Street, Suite 205
Santa Rosa, CA 95404
Telephone:   (707) 525-8999
Facsimile:    (707) 542-4752

DANIEL F. CROWLEY, ESQ. (SBN 130261)
DANIEL CROWLEY & ASSOCIATES
P. O. Box R
San Rafael, California 94913
Telephone:   (415) 723-5800
Facsimile:    (415) 785-3389

Attorney for Claimant
Ralph Hein

UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[] Affects PG&E Corporation<br>[] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All paper shall be filed in the Lead Case, No. 19-30088-DM | Case No.  19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF MOVANT RALPH HEIN IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)**<br><br>Date: February 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Telephonic/Video Appearances Only<br>   United States Bankruptcy Court<br>   Courtroom 17,<br>   450 Golden Gate Ave., 16th Floor<br>   San Francisco, CA<br>Judge: Hon. Dennis Montali<br><br>  Objection Deadline: February 2, 2021 |

I, Ralph Hein, hereby declare:

- 1 -

1. I am the movant in this matter and I suffered losses and damages on five properties in Paradise, CA as a result of the Camp Fire in 2018.

2. My filing for PGE Proof of Claim for the Camp Fire of November 8, 2018, was delayed due to several circumstances.

3. Our home of 45 years as well as four other properties that we own were all destroyed Nov 8, 2018 in the Camp Fire. I was lucky to evacuate out of Paradise. It took me ten (10) hours to get to a safe place where my life was not being threatened by the fire.

4. My wife of 49 years, Linda Hein, was at Windsor Care Center Skilled Nursing, Chico, CA recovering from Cancer Surgery at the time of the fire. I was homeless and looking for any suitable housing in the area as Linda was due to be released from Windsor Care Center Skilled Nursing with nowhere to go. Linda was disabled and was in a wheelchair.

5. I was able to purchase a home in Orland, CA that was suitable for Linda and myself. Linda passed away March 18, 2019 at our home in Orland assisted by Enloe Hospital Home Hospice. She had been ill for 4-5 years.

6. It took considerable time and effort to settle Linda's estate. The mental and physical stress to my life was overwhelming. My time and energy was taken filing insurance claims and the other work associated with addressing the loss of my wife. The last item relating to Linda's passing was settled in January 2020.

7. All my computer and paper files were destroyed in my home in Paradise in the Camp Fire in November 2018. COVID-19 delayed everything. These are my reasons for delay in filing the PG&E Camp Fire Claim on time. Thank you for considering my late Proof of Claim.

8. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and belief as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of January, 2021, in Santa Rosa, California.

Dated: January 12, 2021     By: */s/ Ralph Hein*
                            RALPH HEIN
                            Claimant and Movant

Law Office of Robert M. Bone
645 Fourth Street, Suite 205
Santa Rosa, California 95404
Telephone: (707) 525-8999