**Entered on Docket**
**January 13, 2021**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



**Signed and Filed: January 13, 2021**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>**- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FORTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (UNTIMELY CUSTOMER NO LIABILITY CLAIMS)**<br><br>**[Re: Dkt. Nos. 9708, 9933]** |

Upon the *Reorganized Debtors' Report on Responses to Forty-Sixth Through Fiftieth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 9933] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Forty-Eighth Omnibus Objection to Claims (Untimely Customer No Liability Claims)* [Docket No. 9708] (the "**Forty-Eighth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claim/Schedule To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1



| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 401 Washington LLC<br>721 N Elm Dr<br>Beverly Hills, CA 90210 | | **87346** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| ADAMS, CAMBREIA<br>2991 RUBINO CIR<br>SAN JOSE , CA 95125-6310 | | **88599** | PG&E Corporation | 12/9/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Claims |
| Afghan, Karima<br>3631 Deep Harbor Ct<br>San Jose, CA 95111 | | **87397** | PG&E Corporation | 11/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Anderson, Latoya<br>PO Box 10842<br>Pleasanton, CA 94588-0842 | | **96461** | Pacific Gas and Electric Company | 1/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Arntz, Eliot<br>9 Valley View Dr<br>Morristown , NJ 07960 | | **87050** | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Aung, Charles<br>87 Southgate Ave<br>Daly City , CA 94015-3741 | | **87058** | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bang, Coleen R<br>7575 Jonquil Ct<br>Reno, NV 89506 | | **87237** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Barker, Edwin<br>PO Box 72802<br>Davis, CA 95617 | | **92630** | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Bartoni, Frankie<br>5825 Dresslar Cir<br>Livermore, CA 94550-7195 | | **87208** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bates, Patricia<br>7008 Sugarmill Ct<br>Bakersfield , CA 93306-7508 | | **87454** | PG&E Corporation | 11/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 3 of 20

# Exhibit 1



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 4 of 20

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Baxter, Germonie<br>8050 Blackhawk Dr<br>Sacramento, CA 95828-4010 | | **87290** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bay, Tisha<br>30 Dale Ln<br>Redlands, CA 92373-5072 | | **87228** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Beamon, Margaret<br>1233 103rd Ave<br>Oakland, CA 94603-3110 | | **87374** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Benitez, Jesus J<br>453 S 9th St Apt 1<br>San Jose, CA 95112-3746 | | **88585** | Pacific Gas and Electric Company | 12/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Biggane, James<br>5429 Marconi Ave<br>Carmichael, CA 95608 | | **87182** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | Customer No Liability Claims |
| Bills, William<br>852 S Rose St<br>Lodi, CA 95240-4625 | | **100800** | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Birckhead, Loretta<br>7252 E Highway 20<br>Lucerne, CA 95458-7804 | | **87302** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $794.00 | $794.00 | Customer No Liability Claims |
| Blackmon, Airen<br>PO Box 233335<br>Sacramento, CA 95823 | | **104392** | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability Claims |
| Bland, Clayton C.<br>7000 Auburn St. Apt. L4<br>Bakersfield, CA 93306-7234 | | **87513** | PG&E Corporation | 11/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bland, Laura Denice<br>7000 Auburn St Apt L4<br>Bakersfield, CA 93306-7234 | | **87684** | PG&E Corporation | 11/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 5 of 20

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| BONG O CHOE<br>1901 GLADSTONE WAY<br>SALINAS, CA 93906-7296 | | **87022** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| BRIXEY, CHRIS<br>1449 ANGUS ST<br>PATTERSON, CA 95363-8852 | | **97079** | PG&E Corporation | 3/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Bui, Hanh<br>1385 Lucretia Avenue Apt 3104<br>San Jose, CA 95122-3853 | | **87453** | PG&E Corporation | 11/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Caballero, Maria<br>1819 S 4TH St<br>Fresno , CA 93702-4117 | | **87295** | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Caldwell, John D<br>269 Columbus Drive<br>Manteca, CA 95337-7842 | | **87192** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Canseco, Eladia<br>525 I Street Apt 213<br>Davis, CA 95616-3979 | | **87158** | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carrell, Rosemary<br>816 Willis Avenue<br>Madera, CA 93637-2940 | | **87154** | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Carter, Dawnielle<br>2330 E. Ashlan Ave. Apt. 206<br>Fresno, CA 93726-3105 | | **87687** | PG&E Corporation | 11/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Casillas, Juan<br>1211 S Highland Ave<br>Sanger, CA 93657-8610 | | **105603** | PG&E Corporation | 5/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cass, Caryn<br>2032 Main Street<br>Napa, CA 94559 | | **87185** | Pacific Gas and Electric Company | 11/4/2019 | $0.00 | $0.00 | $60,000.00 | $0.00 | $60,000.00 | Customer No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Castro, Antonio<br>244 N Wall Street<br>Shafter, CA 93263-1919 | | **87150** | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| CATHEY, HANNAH<br>4173 SKYWAY<br>PARADISE, CA 95969 | | **87104** | PG&E Corporation | 11/4/2019 | $0.00 | $0.00 | $3,350.00 | $9,150.00 | $12,500.00 | Customer No Liability Claims |
| CAZARES, MARIA<br>1009 STEELE CT<br>MODESTO, CA 95351-4722 | | **96902** | PG&E Corporation | 2/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| CHADEMIYEH, HAMID<br>6128 HOLT LN<br>CARIMICHAEL , CA 95608-3972 | | **96534** | PG&E Corporation | 1/13/2020 | $0.00 | $0.00 | $0.00 | $18,000.00 | $18,000.00 | Customer No Liability Claims |
| Chang, Roxanne<br>34 Baywood Ave<br>San Mateo, CA 94402 | | **87117** | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chavez, Elizabeth<br>PO BOX 8<br>Denair, CA 95316-0008 | | **87362** | Pacific Gas and Electric Company | 11/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chavez, Juan<br>2109 10th St<br>Berkeley, CA 94710 | | **103990** | Pacific Gas and Electric Company | 5/9/2020 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Claims |
| Chavez, Juanita<br>1025 Taber St<br>West Sacramento, CA 95605 | | **96463** | PG&E Corporation | 1/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Chavez, Salvador<br>1025 Taber St<br>West Sacramento, CA 95605-2242 | | **96466** | PG&E Corporation | 1/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 6 of 20

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chavez, Zachary<br>3275 Western Ave<br>Sacramento, CA 95838-4747 | | **96462** | PG&E Corporation | 1/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Cheeseman, Kenneth J<br>9634 Winegar Rd.<br>Redding, CA 96003 | | **89904** | Pacific Gas and Electric Company | 12/19/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Claims |
| Contreras, Ruben<br>10606 Anacostia Way<br>Bakersfield, CA 93311-3202 | | **86934** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Craven, Annie J<br>3801 Lakeside Dr.<br>Richmond, CA 94806 | | **87246** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Danielson, Vickie<br>5210 Steelhead Dr. Box 227<br>Kelseyville, CA 95451 | | **96416** | PG&E Corporation | 1/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Davis, Tameka<br>Aubrey Davis 2137 104th Ave<br>Oakland , CA 94603-3337 | | **87279** | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Dixon, Torrey<br>901 Hacienda Dr<br>Bakersfield, CA 93307-4358 | | **105794** | PG&E Corporation | 6/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Duncan, Barbara<br>PO Box 690435<br>Stockton, CA 95269-0435 | | **97075** | PG&E Corporation | 3/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Duong, Nancy<br>12007 Cactus Dr<br>Bakersfield, CA | | **104014** | Pacific Gas and Electric Company | 5/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Duran, Maria<br>PO Box 680<br>Stratford, CA 93266-0680 | | **106209** | PG&E Corporation | 6/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 7 of 20

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dyson, Desirae J.<br>1680 E Barstow Ave Apt 321<br>Fresno, CA 93710-6595 | | **87053** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Edwards, Gerald D<br>PO Box 3224<br>Paradise, CA 95967-3224 | | **96342** | PG&E Corporation | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Esparza, Cynthia<br>PO Box 9542<br>Fresno, CA 93793-9542 | | **87685** | Pacific Gas and Electric Company | 11/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Farber, Gary M<br>2260 Ivy Rd<br>Oceanside, CA 92054-5647 | | **87091** | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Fajardo, Rufina<br>303 Front St Apt 415 Bldg A<br>Salinas, CA 93901-3655 | | **88855** | Pacific Gas and Electric Company | 12/9/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Claims |
| Farrar, Joell R<br>1914 35th Ave<br>Oakland, CA 94601 | | **105548** | Pacific Gas and Electric Company | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ferguson, Marty L<br>1634 Lauren Dr<br>Petaluma, CA 94954-3646 | | **86949** | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Flask, Renee<br>1066 41st Ave Unit G205<br>Capitola, CA 95010-3955 | | **87395** | Pacific Gas and Electric Company | 11/7/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Claims |
| Fleary, Monique<br>1305 Interlachen<br>North Lauderdale, FL 33068-3815 | | **87336** | PG&E Corporation | 11/8/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Claims |
| Filippo, Jimmy<br>Dorothy Graham 892 S 4th St<br>Kerman, CA 93630-1622 | | **87694** | Pacific Gas and Electric Company | 11/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 8 of 20

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Franklin, Janera<br>7610 Weld St<br>Oakland, CA 94621 | | **87464** | Pacific Gas and Electric Company | 11/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Garcia, Juan V<br>420 Downing Ave<br>Stockton, CA 95206-3745 | | **87367** | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guerra, Morena Guadalupe<br>79 Saint Marie Cir<br>Sacramento , CA 95823-3743 | | **87052** | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Guidry, Bernadine<br>4524 W Palo Alto Ave Apt 101<br>Fresno, CA 93722-2952 | | **96906** | PG&E Corporation | 1/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hammad, Mahmoud<br>9972 W Taron Dr<br>Elk Grove, CA 95757-8160 | | **87495** | Pacific Gas and Electric Company | 11/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Hankins, Melissa<br>10 Hillsboro Cir<br>Chico , CA 95926-1518 | | **86971** | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Customer No Liability Claims |
| Harden, Ericka<br>2307 Cashaw Way<br>Sacramento, CA 95834-3802 | | **87339** | PG&E Corporation | 11/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harms, Ellis A<br>1075 Fulton Ave Apt 319<br>Sacramento , CA 95825 | | **87054** | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Harper, Timothy<br>153 Donahue St Apt 12<br>Sausalito, CA 94965-1265 | | **96804** | PG&E Corporation | 1/27/2020 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 9 of 20

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| HARVEST PROPERTIES, INC<br>SHAHRAD MILANFAR<br>BENJAMIN J HOWARD<br>BLCHERER KANNETT&<br>SCHWEITZER 1255 POWELL STREET<br>EMERYVILLE, CA 94608-2604 | | **86979** | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Henderson, Markkyle<br>1502 Jackson St. Apt 302<br>Oakland, CA 94612-4453 | | **106357** | PG&E Corporation | 8/14/2020 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Customer No Liability Claims |
| Hernandez, Yolanda<br>124 Dieninger St<br>Vallejo, CA 94589 | | **70729** | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $5,368.00 | $0.00 | $5,368.00 | Customer No Liability Claims |
| Hicks, Mechelle<br>4811 N Hulbert Ave<br>Fresno, CA 93705-0210 | | **92157** | Pacific Gas and Electric Company | 12/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Higuera, Omar<br>16035 W Kearney Blvd<br>Kerman , CA 93630-8930 | | **88589** | Pacific Gas and Electric Company | 12/9/2019 | $0.00 | $0.00 | $500.00 | $300.00 | $800.00 | Customer No Liability Claims |
| Holmes, Doy Lee<br>3106 Potter Road South, PO Box 420<br>Mineral Springs, NC 28108 | | **87197** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Howard, Jory<br>4712 Shetland Ave<br>Oakland, CA 94605-5629 | | **87036** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ikai, Sioana<br>1962 E Olive Ave<br>Merced, CA 95340-1668 | | **96979** | PG&E Corporation | 2/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Janif, Kamrul<br>225 San Benito Ave Apt 3<br>San Bruno, CA 94066-5232 | | **96952** | Pacific Gas and Electric Company | 2/10/2020 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 10 of 20

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| JFF, LLC<br>PO Box 6233<br>Beverly Hills, CA 90212-1233 | | **98387** | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Johnson, Duana<br>5064 10th Ave<br>Sacramento, CA 95820-2210 | | **87282** | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $15,700.00 | $0.00 | $15,700.00 | Customer No Liability Claims |
| Jones, Michael<br>Natalie Jones 8208 Twin Oaks Ave<br>Citrus Heights, CA 95610 | | **91299** | Pacific Gas and Electric Company | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Jones, Robert JR<br>1423 168th Ave Apt 4<br>San Leandro , CA 94578-2444 | | **87278** | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $1,225.00 | $0.00 | $1,225.00 | Customer No Liability Claims |
| Jourdan, Nathaniel<br>330 E 115th St<br>Los Angeles, CA 90061 | | **86974** | PG&E Corporation | 10/23/2019 | $100,000.00 | $0.00 | $0.00 | $200,000.00 | $300,000.00 | Customer No Liability Claims |
| King, Eddie D<br>3815 Lakeside Dr Apt E104<br>San Pablo, CA 94806-5750 | | **97982** | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Kingori, Peter<br>10460 El Mercado Dr Apt 6<br>Rancho Cardova, CA 95670 | | **87324** | Pacific Gas and Electric Company | 10/30/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Claims |
| Kitcher, Johnnie M<br>PO BOX 5737<br>Stockton, CA 95205-0737 | | **87156** | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Knie, David D<br>14757 Frenchtown Road<br>Brownsville, CA 95919 | | **92231** | PG&E Corporation | 12/27/2019 | $0.00 | $0.00 | $0.00 | $19,261.00 | $19,261.00 | Customer No Liability Claims |
| Koppl, Dr Rudolph<br>PO Box 620027<br>Redwood City, CA 94062-0027 | | **96464** | PG&E Corporation | 1/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 11 of 20

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lewis, Shawnee<br>3604 Reich Ln<br>Riverbank, CA 95367-2941 | | **105795** | PG&E Corporation | 6/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lilloux, Lurline<br>1962 E Olive Ave<br>Merced, CA 95340-1668 | | **96980** | PG&E Corporation | 2/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lin, Joy<br>2168 Calabazas Blvd<br>Santa Clara, CA 95051 | | **87245** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Lopez, Aimee<br>950 Tempera Ct<br>Oceanside, CA 92057-7911 | | **91778** | PG&E Corporation | 12/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| LOPEZ, GEORGIANN<br>PO BOX 8213<br>SALINAS, CA 93912-8213 | | **96903** | PG&E Corporation | 2/3/2020 | $0.00 | $0.00 | $11,500.00 | $0.00 | $11,500.00 | Customer No Liability Claims |
| LOPEZ, SERGIO<br>2134 CAMPBELL DR<br>SANTA ROSA, CA 95407-6707 | | **97718** | PG&E Corporation | 3/9/2020 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Claims |
| Louis, Anton<br>8237 Don Ave<br>Stockton, CA 95209-2336 | | **87321** | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| MADRIGAL, ABRAHAM<br>3818 MIRA SOL DR<br>CERES, CA 95307-7166 | | **96410** | Pacific Gas and Electric Company | 1/7/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Claims |
| Madrigal, Julian<br>9222 Kiefer Blvd Apt 1<br>Sacramento, CA 95826-5483 | | **87227** | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mahmood, Daarina<br>2540 Albertine Ln<br>Brentwood, CA 94513-5164 | | **87334** | PG&E Corporation | 10/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 12 of 20

Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 13 of 20

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Malliaris, Kerry Jean<br>10590 Columbia Drive<br>Castro Valley, CA 94552 | | **91091** | PG&E Corporation | 12/19/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Marina Green Prop<br>PO Box 620027<br>Redwood City , CA 94062-0027 | | **96465** | PG&E Corporation | 1/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Marmolejo, Susan<br>1205 El Rancho Dr<br>Bakersfield, CA 93304-4027 | | **87401** | PG&E Corporation | 11/5/2019 | $1,200.00 | $0.00 | $1,200.00 | $1,200.00 | $3,600.00 | Customer No Liability Claims |
| Marti-Volkoff, Olinda<br>1878 San Jose Ave<br>San Francisco, CA 94112-2459 | | **88064** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $21,395.78 | $0.00 | $21,395.78 | Customer No Liability Claims |
| Matlock, Sabrina<br>26415 Gading Rd. Apt. 3B, Bldg 3<br>Hayward, CA 94544-3605 | | **87629** | PG&E Corporation | 11/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McGloghin, Zacharaiah<br>2395 Hanson Dr<br>Fairfield , CA 94533-8837 | | **87286** | PG&E Corporation | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McKenzie, Paul<br>500 Fullerton Dr<br>Turlock, CA 95382-0319 | | **96798** | PG&E Corporation | 1/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| McMurtrie, Flora<br>1779 Duffy Way<br>San Jose, CA 95116-3003 | | **87725** | PG&E Corporation | 11/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Merritt, Sonya D<br>4151 Baine Ave Apt 103D<br>Fremont, CA 94536-4876 | | **87170** | PG&E Corporation | 10/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mihailovich, Diana<br>257 S Mayfair Ave<br>Daly City, CA 94015-1259 | | **87403** | PG&E Corporation | 10/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| MITCHELL, ERICKA<br>8343 ADAGIO WAY<br>CITRUS HEIGHTS, CA 95621-1401 | | **96339** | PG&E Corporation | 1/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Mondragon, Angela<br>Pedro Alonzo 1647 E Central Ave<br>Fresno, CA 93725-2706 | | **87317** | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Monelo, Janet L<br>1200 Creekside Dr Apt 1311<br>Folsom, CA 95630-3480 | | **87224** | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $180,000.00 | $180,000.00 | Customer No Liability Claims |
| Moore, Nicole<br>1580 Terracina Dr<br>El Dorado Hills, CA 95762-5407 | | **87331** | Pacific Gas and Electric Company | 10/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Myles, Rhonda<br>206 E Arcade St<br>Stockton, CA 95204-3704 | | **87047** | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nazar Family Trust<br>29707 Cantera Drive<br>Hayward, CA 94544 | | **99216** | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $36,400.00 | $36,400.00 | Customer No Liability Claims |
| Nelson, Zlexus<br>6541 Fenham St<br>Oakland, CA 94621 | | **88093** | Pacific Gas and Electric Company | 12/3/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Claims |
| NICOLAS, REY<br>PO BOX 4352<br>SANTA CLARA, CA 95056-4352 | | **96904** | Pacific Gas and Electric Company | 2/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Nolen, Travis<br>4406 N Fresno St<br>Fresno, CA 93726-2119 | | **88854** | PG&E Corporation | 12/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 14 of 20

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nunez, Guillermina<br>44 W I St Apt 46<br>Los Banos, CA 93635-3523 | | **97076** | PG&E Corporation | 2/28/2020 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | Customer No Liability Claims |
| Ochoa, Jessica<br>124 Oran Ct<br>Napa, CA 94559-4426 | | **87039** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $1,600.00 | $0.00 | $1,600.00 | Customer No Liability Claims |
| O'Neal, Bessie<br>4974 N Fresno St Apt 134<br>Fresno, CA 93726 | | **88182** | PG&E Corporation | 12/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| O'Neal, Sean<br>3041 Notre Dr.<br>Sacramento, CA 95826 | | **87709** | Pacific Gas and Electric Company | 11/21/2019 | $0.00 | $0.00 | $0.00 | $125.00 | $125.00 | Customer No Liability Claims |
| Parkway Cleaners<br>543 Danby Ct<br>Petaluma, CA 94954 | | **92628** | Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Patel, Chandrakant B<br>Smita C Patel 5573 Saint Andrews Dr<br>Stockton, CA 95219-1919 | | **92581** | PG&E Corporation | 12/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perkins, Barbara<br>2801 Dover Ave Apt 615<br>Fairfield, CA 94533-8943 | | **96901** | PG&E Corporation | 1/31/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Perkins, John R.<br>8339 Lan Ark Dr<br>Stockton, CA 95210-1952 | | **88587** | Pacific Gas and Electric Company | 12/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| PETROV, ANNA<br>5309 FAWN CROSSING WAY<br>ANTELOPE, CA 95843-4645 | | **97719** | PG&E Corporation | 3/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Pierce, Moniko J<br>1237 Russell St Apt 3<br>Berkeley, CA 94702-2435 | | **96460** | PG&E Corporation | 1/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 15:59:47 Page 15 of 20

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Price, Jacqueline<br>1800 Evans Lane, Apt 4202<br>San Jose, CA 95125-6247 | | **81358** | Pacific Gas and Electric Company | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rabah, Sana<br>7056 Crow Canyon Rd<br>Castro Valley, CA 94552 | | **98047** | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Ramos, Martha<br>2429 Wallace St<br>Oakland, CA 94606-3341 | | **87382** | PG&E Corporation | 11/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rangel, Victor<br>P.O. Box 15 26110 Hwy 70<br>Twain, CA 95984 | | **104404** | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $123,000.00 | $123,000.00 | Customer No Liability Claims |
| Reid, Lorna Denise<br>2610 Boren Dr<br>San Jose, CA | | **103015** | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Richardson, Tyree<br>1151 S Chestnut Ave Unit 280<br>Fresno, CA 93702-3977 | | **87189** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Claims |
| Ricks, Hester L<br>1122 Martin Ave<br>Fresno, CA 93706-3630 | | **91295** | PG&E Corporation | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Roberts, Vicky Ann<br>475 N San Pablo Ave Apt 101<br>Fresno, CA 93701-1768 | | **87402** | Pacific Gas and Electric Company | 10/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Rodriguez, Elizabeth<br>715 S Bradley Rd, Apt 6<br>Santa Maria, CA 93454-6365 | | **106375** | PG&E Corporation | 8/10/2020 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Claims |
| Rodriguez, Joseph<br>4041 N Feland Avenue Apt 103<br>Fresno, CA 93722-4534 | | **87211** | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 16 of 20

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Romero, Lucia<br>5201 Martin Luther King Jr Blvd Apt 16<br>Sacramento, CA 95820-6443 | | **88593** | Pacific Gas and Electric Company | 12/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Russell, Cynthia<br>1212 Ashby Ave Apt F<br>Berkeley, CA 94702-2480 | | **87265** | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $1,695.00 | $0.00 | $1,695.00 | Customer No Liability Claims |
| SAECHAO, MEUY<br>17235 VIEW DR<br>COTTONWOOD, CA 96022-8581 | | **87370** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sharma, Pushpa<br>1101 Bajaro Street<br>Salinas, CA 93901 | | **87266** | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $169,800.00 | $169,800.00 | Customer No Liability Claims |
| Sievers, Joe F<br>555 Wernmark Dr<br>Red Bluff, CA 96080-4322 | | **86944** | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $185,000.00 | $185,000.00 | Customer No Liability Claims |
| Smith, Brenda<br>7327 Weld St<br>Oakland, CA 94621-2711 | | **86969** | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Frances<br>1727 Ward St Apt B<br>Berkeley, CA 94703-2164 | | **87028** | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Smith, Judy<br>2909 ROLLING HILL DR<br>Santa Rosa, CA 95404-2349 | | **87393** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Soo-Hoo, Doris<br>20 Springhill Dr.<br>Cazadero, CA 95421-9618 | | **87723** | Pacific Gas and Electric Company | 11/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 17 of 20

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sporich, John L.<br>1061-62nd St.<br>Oakland , CA 94608-2321 | | **87309** | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stewart, Dennis Gene<br>876 Campbell Village Ct.<br>Oakland, CA 94607-1322 | | **87291** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Stokes, Juanita<br>5407 Banderas Way<br>Sacramento, CA 95835-1318 | | **98306** | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Sun, Daniel K<br>801 Lippert Ave<br>Fremont, CA 94539-7451 | | **98194** | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $59.90 | $59.90 | Customer No Liability Claims |
| Sutton, Brandi R.<br>Chris Sutton; Ray Sutton 1303 Washington Ave. Apt. 7<br>Bakersfield, CA 93308 | | **87746** | PG&E Corporation | 11/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| TAPALAGA BENNER, JENNIFER<br>37780 GOLDENROD DR<br>NEWARK, CA 94560-4414 | | **96412** | PG&E Corporation | 1/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tapia, Ada Elizabeth<br>P.O. Box 464<br>Porterville, CA 93258 | | **78948** | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Tomas, Juana<br>15161 W C Street<br>Kerman, CA 93630-1636 | | **87234** | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Topete, Miguel<br>1117 Courtney Way<br>Modesto, CA 95358-1467 | | **87721** | PG&E Corporation | 11/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 18 of 20

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Torrecilla, Yanira<br>237 S 7th St<br>Richmond, CA | | **103440** | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Torres, Denice R<br>412 Cove Ct<br>San Leandro, CA 94578-4632 | | **96396** | Pacific Gas and Electric Company | 1/7/2020 | $0.00 | $0.00 | $0.00 | $11,750.00 | $11,750.00 | Customer No Liability Claims |
| Triggs, Onaje<br>3720 Fruitvale Avenue Apt 10<br>Oakland, CA 94602 | | **87148** | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Turner, Kimberley & Steven<br>3110 Loretta Way<br>Santa Rosa, CA 95403 | | **96415** | PG&E Corporation | 1/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valdez, Betty<br>1800 Laguna St Apt 14<br>Concord, CA 94520-2843 | | **96879** | PG&E Corporation | 1/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Valdez, Tammy<br>5940 Pacific Ave., #A<br>Stockton, CA 95207 | | **94004** | Pacific Gas and Electric Company | 1/2/2020 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Claims |
| Vega-Martinez, Elsa<br>401 California Ave<br>Madera, CA 93637-3021 | | **96810** | Pacific Gas and Electric Company | 1/27/2020 | $0.00 | $0.00 | $0.00 | $4,800.00 | $4,800.00 | Customer No Liability Claims |
| Watkins, Alton<br>621 Kiowa Cir<br>San Jose, CA 95123 | | **87230** | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Wax Box Fire Log Corp<br>1791 Highway 99<br>Gridley, CA 95948-2209 | | **87115** | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $125,267.00 | $125,267.00 | Customer No Liability Claims |
| Wei, Ling<br>5012 Catanzaro Way<br>Antioch, CA 94531-8133 | | **87247** | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 19 of 20

# Exhibit 1



| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Whitenecks, Theo<br>GENERAL DELIVERY<br>MOSS LANDING, CA 95039-9999 | | **96905** | PG&E Corporation | 1/31/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Whong, Arthur H<br>10150 Torre Ave. #224<br>Cupertino, CA 95014 | | **92140** | PG&E Corporation | 12/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Jueleah D<br>120 Dolphin Ct<br>San Francisco, CA 94124-2945 | | **87206** | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $65,000.00 | $65,000.00 | Customer No Liability Claims |
| Williams, Rosalind<br>3964 Samuelson Way<br>Sacramento, CA 95834 | | **96825** | PG&E Corporation | 1/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Williams, Verdalia<br>5645 Bancroft Ave Apt 3<br>Oakland, CA 94605-1060 | | **104908** | Pacific Gas and Electric Company | 5/12/2020 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Winslow, Wanda M<br>3900 47th Ave Apt 16<br>Sacramento, CA 95824-2450 | | **87430** | Pacific Gas and Electric Company | 11/12/2019 | $0.00 | $0.00 | $0.00 | $492.00 | $492.00 | Customer No Liability Claims |
| Wright, Kyle<br>109 Hazel Trce<br>Hazel Green, AL 35750 | | **101126** | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Claims |
| Yellow Cab Cooperative In<br>C/O M. Cassidy 2723 Jackson St<br>San Francisco, CA 94115 | | **87314** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $286.77 | $286.77 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 172** | | | **$101,200.00** | **$0.00** | **$144,633.78** | **$1,698,535.67** | **$1,944,369.45** | |



Case: 19-30088 Doc# 9970 Filed: 01/13/21 Entered: 01/13/21 16:59:47 Page 20 of 20