1  RUTAN & TUCKER, LLP
   Roger F. Friedman (State Bar No. 186070)
2  rfriedman@rutan.com
   Philip J. Blanchard (State Bar No. 192378)
3  pblanchard@rutan.com
   Ashley M. Teesdale (State Bar No. 289919)
4  ateesdale@rutan.com
   18575 Jamboree Road, 9th Floor
5  Irvine, California  92612
   Telephone:    714-641-5100
6  Facsimile:    714-546-9035

7  Attorneys for Creditor ARB, INC.

8
                    UNITED STATES BANKRUPTCY COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | In re | Case No. 19-30088 DM (Lead Case) |
   | PG&E CORPORATION | (Jointly Administered with Case No. 19-30089 DM) |
13 | and | |
14 | PACIFIC GAS AND ELECTRIC COMPANY | Chapter 11 |
15 | | |
   | Debtors. | **NOTICE OF CHANGE OF ADDRESS** |
16 | | |

17  ☐  Affects PG&E Corporation
18  ☐  Affects Pacific Gas and Electric
       Company
19  ☒  Affects both Debtors.
20
21  * All papers shall be filed in the Lead
    Case No. 19-30088 DM.
22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

1      **PLEASE TAKE NOTICE** that Rutan & Tucker, LLP, attorneys for ARB, Inc., has

2 moved its offices. The new address is:

3           18575 Jamboree Road, 9th Floor

4           Irvine, California  92612.

5      The telephone number, facsimile number, and e-mail addresses remain unchanged:

6           Telephone:    714-641-5100

7           Facsimile:    714-546-9035

8           Roger F. Friedman   rfriedman@rutan.com

9           Philip J. Blanchard   pblanchard@rutan.com

10           Ashley M. Teesdale ateesdale@rutan.com

11

12 Dated: January 14, 2021           RUTAN & TUCKER, LLP
                                        ROGER F. FRIEDMAN

13                                         PHILIP J. BLANCHARD
                                        ASHLEY M. TEESDALE

14

15                               By: _____/s/ *Roger F. Friedman*_____

16                                   Roger F. Friedman
                                  Attorneys for Creditor ARB, INC.

17

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law