RUTAN & TUCKER, LLP
Roger F. Friedman (State Bar No. 186070)
rfriedman@rutan.com
Philip J. Blanchard (State Bar No. 192378)
pblanchard@rutan.com
Ashley M. Teesdale (State Bar No. 289919)
ateesdale@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Creditor ARB, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors.<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case No. 19-30088 DM (Lead Case)<br><br>(Jointly Administered with Case No. 19-30089 DM)<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF ARB, INC.'S OBJECTION TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED PURSUANT TO THE PLAN AND PROPOSED CURE AMOUNTS, AND RESERVATION OF RIGHTS** |

Rutan & Tucker, LLP
attorneys at law
219-3670-0185
16002647.1 a01/14/21

NOTICE OF WITHDRAWAL OF OBJECTION TO SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Case: 19-30088    Doc# 9973    Filed: 01/14/21    Entered: 01/14/21 16:03:34    Page 1 of 2

| | |
|---|---|
| 1 | ARB, Inc. hereby withdraws its *Objection to Schedule of Executory Contracts and Unexpired Leases to be Assumed Pursuant to the Plan and Proposed Cure Amounts, and Reservation of Rights*, filed on May 15, 2020, as Docket Number 7255. |

Dated: January 14, 2021

RUTAN & TUCKER, LLP
ROGER F. FRIEDMAN
PHILIP J. BLANCHARD
ASHLEY M. TEESDALE

By: /s/ *Roger F. Friedman*
Roger F. Friedman
Attorneys for Creditor ARB, INC.

Rutan & Tucker, LLP
attorneys at law

NOTICE OF WITHDRAWAL OF OBJECTION
TO SCHEDULE OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES

-1-

16002647.1 a01/14/21

Case: 19-30088    Doc# 9973    Filed: 01/14/21    Entered: 01/14/21 16:03:34    Page 2 of 2