Paladin Management Group, LLC
633 W 5th St, 28th Floor
Los Angeles, CA 90071
Phone: 213-320-5500
Email: asoong@paladinmgmt.com

Financial Advisor for the Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Case No. 20-30242 HLB<br><br>Chapter 11<br><br>**MONTHLY FEE STATEMENT OF PALADIN MANAGEMENT GROUP, LLC AS FINANCIAL ADVISOR TO THE DEBTOR AND DEBTOR IN POSSESSION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**<br><br>Objection Deadline: February 5, 2021<br>[No hearing requested] |

| Name of Applicant: | Paladin Management Group, LLC |
|---|---|
| Authorized to Provide Professional Services to: | Financial Advisors to the Debtor |
| Date of Retention: | March 4, 2020 |
| Period for which compensation and reimbursement are sought: | December 1, 2020 through December 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $12,978.40 (80% of $16,223.00[1]) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $575.00 |

Paladin Management Group, LLC (the "Applicant"), financial advisor for Anthony Scott Levandowski (the "Debtor"), hereby submits its Monthly Fee Statement (the "Monthly Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing December 1, 2020 through December 31, 2020 (the "Fee Period") pursuant to the Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on June 12, 2020 [Docket No. 118] (the "Interim Compensation Order").

By this Monthly Fee Statement, the Applicant requests allowance and payment of $12,978.40 (80% of $16,223.00) as compensation for professional services rendered to the Debtor during the Fee Period and allowance and payment of $575.00 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by the Applicant during the Fee Period.

Annexed hereto as **Exhibit A** hereto is the name of each professional who performed services for the Debtor in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the

---

[1] To comply with local guidelines, Applicant has applied a voluntary reduction of $3,042 to bring fees for Preparation of Fee Applications down to five percent of total fees requested for the cumulative two-month period through December 31, 2020.

Case: 19-30088    Doc# 9974    Filed: 01/15/21    Entered: 01/15/21 10:48:01    Page 2 of 3

2

detailed time entries for the Fee Period. Attached hereto as **Exhibit E** are the detailed expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtor is authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Applicant may (i) request the Court approve the amounts subject to objection or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

Dated: January 15, 2021

PALADIN MANAGEMENT GROUP, LLC

By: _____
Allen Soong – Managing Partner
633 W. 5th St, 28th Floor
Los Angeles, CA 90071
Tel: 213.320.5500
E-mail: asoong@paladinmgmt.com

*Financial Advisors for the Debtor*