# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

December 1, 2020 through December 31, 2020

| Professional | Title | Hourly Rate | Hours | Total Amount |
|---|---|---|---|---|
| Allen Soong | Managing Partner | $595 | 12.80 | $7,616.00 |
| Candy Chung | Director | $450 | 9.10 | $4,095.00 |
| Terry Gibson | Director | $385 | 13.70 | $5,274.50 |
| Carla Cooper | Sr. Consultant | $300 | 7.60 | $2,280.00 |
| **Total Fees** | | | **43.20** | **$16,223.00[2]** |

---

[2] Total Fees reflects a voluntary reduction of $3,042 for preparation of fee applications to comply with local guidelines to five percent of fees requested for the two-month cumulative period of November 1, 2020 through December 31, 2020.