# EXHIBIT B

## SUMMARY BY CATEGORY

December 1, 2020 through December 31, 2020

| By Category | Hours | Total Amount |
| --- | ---: | ---: |
| BK-Cash Flow Projections | 3.00 | $1,430.00 |
| BK-Cash Management | 6.40 | $3,648.50 |
| BK-Court Appearances/Preparation | 0.90 | $405.00 |
| BK-Information Requests | 5.20 | $2,343.00 |
| BK-Monthly Operating Report | 13.00 | $5,421.50 |
| BK-Motion Support | 1.40 | $665.00 |
| BK-Preparation of Fee Applications[3] | 11.10 | $1,320.00 |
| BK-Schedules-SOFA | 1.30 | $585.00 |
| BK-US Trustee Reporting | 0.90 | $405.00 |
| **Total Fees** | **43.20** | **$16,223.00** |

---

[3] The Preparation of Fee Application category reflects a voluntary reduction of $3,042 to comply with local guidelines to five percent of fees requested for the two-month cumulative period of November 1, 2020 through December 31, 2020.