# EXHIBIT C

## **EXPENSE SUMMARY**

December 1, 2020 through December 31, 2020

| Expense | Total Amount |
|---|---:|
| Monthly Dataroom subscription | $575.00 |
| **Total Expenses** | **$575.00** |