# EXHIBIT D

# DETAILED TIME ENTRIES

Anthony Levandowski
Detail Time Reports from December 1, 2020 through December 31, 2020

| Date | Professional | | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Cash Flow Projections** | | | | | | | |
| 12/17/2020 | Allen | Soong | BK-Cash Flow Projections | Call with C. Chung and T. Gibson (Paladin) regarding cash projections | 1.00 | 595 | $595.00 |
| 12/17/2020 | Candy | Chung | BK-Cash Flow Projections | Call with T. Gibson and A. Soong (Paladin) regarding November monthly operating report and financing | 1.00 | 450 | $450.00 |
| 12/17/2020 | Terry | Gibson | BK-Cash Flow Projections | Conference call with A. Soong and C. Chung (Paladin) to discuss professional fees billed to date and unpaid balances. | 1.00 | 385 | $385.00 |
| Sub Total: | Cash Flow Projections | | | | 3.00 | | $1,430.00 |
| **Cash Management** | | | | | | | |
| 12/2/2020 | Allen | Soong | BK-Cash Management | Correspondence with T. Keller (KBK) regarding Fawn Park note prepayment | 0.30 | 595 | $178.50 |
| 12/2/2020 | Allen | Soong | BK-Cash Management | Correspondence with J. Jenanyan (MOYB) regarding invoices | 0.30 | 595 | $178.50 |
| 12/3/2020 | Allen | Soong | BK-Cash Management | Call with T. Keller (KBK) re Fawn Park note prepayment | 0.20 | 595 | $119.00 |
| 12/3/2020 | Allen | Soong | BK-Cash Management | Reviewing Holland invoices with C. Chung (Paladin) in follow-up action items | 0.70 | 595 | $416.50 |
| 12/3/2020 | Allen | Soong | BK-Cash Management | Preparing background summary of Fawn Park note and property acquisition at request of T. Keller (KBK) in support of prepayment negotiation | 0.70 | 595 | $416.50 |
| 12/10/2020 | Allen | Soong | BK-Cash Management | Discussion with C. Chung (Paladin) in follow-up on tax preparer invoice detail | 0.30 | 595 | $178.50 |
| 12/10/2020 | Candy | Chung | BK-Cash Management | Call with A. Soong (Paladin) regarding budget and open invoices | 0.30 | 450 | $135.00 |
| 12/11/2020 | Allen | Soong | BK-Cash Management | Correspondence with A. Levandowski (Debtor) regarding professional fees during July through November 2020 | 0.30 | 595 | $178.50 |
| 12/12/2020 | Allen | Soong | BK-Cash Management | Providing guidance to J. Jenanyan (MOYB) regarding disbursements | 0.20 | 595 | $119.00 |
| 12/13/2020 | Allen | Soong | BK-Cash Management | Providing further guidance to J. Jenanyan (MOYB) regarding payables | 0.40 | 595 | $238.00 |
| 12/14/2020 | Candy | Chung | BK-Cash Management | Call with J. Jenanyan (MOYB) regarding accounts payable | 0.20 | 450 | $90.00 |
| 12/14/2020 | Candy | Chung | BK-Cash Management | Correspondence with D. Silveira (KBK) and G. Ghising (Holland) regarding invoices | 0.30 | 450 | $135.00 |
| 12/16/2020 | Allen | Soong | BK-Cash Management | Analyzing 2nd interim fee applications from all bankruptcy professionals and preparing commentary for presentation to Debtor | 0.70 | 595 | $416.50 |
| 12/16/2020 | Candy | Chung | BK-Cash Management | Correspondence with D. Silveira (KBK) and A. Soong regarding invoices | 0.30 | 450 | $135.00 |
| 12/17/2020 | Allen | Soong | BK-Cash Management | At request of counsel, analyzing November professional fee statements and 2nd interim fee applications and preparing summary for Debtor | 0.60 | 595 | $357.00 |
| 12/21/2020 | Allen | Soong | BK-Cash Management | Providing guidance to J. Jenanyan (MOYB) regarding proper treatment of Franchise Tax Board invoice for tax year 2016 | 0.40 | 595 | $238.00 |
| 12/29/2020 | Allen | Soong | BK-Cash Management | Discussion with J. Jenanyan (MOYB) regarding handling of invoices | 0.20 | 595 | $119.00 |
| Sub Total: | Cash Management | | | | 6.40 | | $3,648.50 |

Anthony Levandowski
Detail Time Reports from December 1, 2020 through December 31, 2020

| Date | Professional | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Court Appearance/Preparation**

| Date | Professional | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/1/2020 | Candy Chung | BK-Court App/Prep | Research and correspondence with D. Silveira (KBK) and S. Levandowski regarding tax returns | 0.40 | 450 | $180.00 |
| 12/1/2020 | Candy Chung | BK-Court App/Prep | Call with D. Silveira (KBK) and V. Pacchiana in preparation for budget hearing | 0.50 | 450 | $225.00 |
| Sub Total: | Court Appearance/Preparation | | | 0.90 | | $405.00 |

**Information Requests**

| Date | Professional | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/1/2020 | Allen Soong | BK-Information Requests | Correspondence with A. Levandowski (debtor) and S. Levandowski (debtor's father) regarding declarations in response to court's questions from last status conference | 0.40 | 595 | $238.00 |
| 12/4/2020 | Candy Chung | BK-Information Requests | Coordinated responses to Uber information request | 0.40 | 450 | $180.00 |
| 12/6/2020 | Terry Gibson | BK-Information Requests | Research information requests from counsel regarding Morgan Stanley investment accounts from 2016. | 0.50 | 385 | $192.50 |
| 12/6/2020 | Terry Gibson | BK-Information Requests | Research loan documentation for fawn park investment and fawn park note receivable | 0.80 | 385 | $308.00 |
| 12/10/2020 | Allen Soong | BK-Information Requests | Call with T. Keller (KBK) regarding NGI East Bay | 0.20 | 595 | $119.00 |
| 12/10/2020 | Allen Soong | BK-Information Requests | Responding to inquiry from D. Silveira (KBK) regarding prior fee invoices | 0.60 | 595 | $357.00 |
| 12/16/2020 | Terry Gibson | BK-Information Requests | Analyze professional fee billings for March 2020 through November 2020 and determine unpaid balances at November 30, 2020. | 1.50 | 385 | $577.50 |
| 12/17/2020 | Allen Soong | BK-Information Requests | Review and comment on draft correspondence by T. Keller (KBK) to Uber advisors regarding outstanding information requests | 0.30 | 595 | $178.50 |
| 12/17/2020 | Terry Gibson | BK-Information Requests | Further attention to professional fee billings for March 2020 to November 2020 and analysis of balances due as of November 2020. | 0.50 | 385 | $192.50 |
| Sub Total: | Information Requests | | | 5.20 | | $2,343.00 |

**Monthly Operating Reports**

| Date | Professional | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/12/2020 | Candy Chung | BK-MOR | Correspondence with J. Jenanyan and A. Soong re November financials | 0.40 | 450 | $180.00 |
| 12/12/2020 | Terry Gibson | BK-MOR | Review preliminary financial statements for the month ended November 30, 2020. | 1.50 | 385 | $577.50 |
| 12/13/2020 | Candy Chung | BK-MOR | Correspondence with T. Gibson (Paladin) regarding November monthly operating report | 0.20 | 450 | $90.00 |
| 12/14/2020 | Allen Soong | BK-MOR | Call with C. Chung and T. Gibson(Paoadin) regarding November monthly operating report | 0.50 | 595 | $297.50 |
| 12/14/2020 | Candy Chung | BK-MOR | Call with A. Soong and T. Gibson (Paladin) regarding November monthly operating report | 0.50 | 450 | $225.00 |
| 12/14/2020 | Terry Gibson | BK-MOR | Further review of november 2020 financial statements as prepared by client's accountant. | 1.00 | 385 | $385.00 |
| 12/14/2020 | Terry Gibson | BK-MOR | Conference call with A. Soong and C. Chung (Paladin) to review status of November Monthly Operating report. | 0.50 | 385 | $192.50 |
| 12/14/2020 | Terry Gibson | BK-MOR | Review accounts payable post petition at November 2020 and determine appropriate entries for November 2020 monthly operating report | 1.00 | 385 | $385.00 |

| Date | Professional | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 12/15/2020 | Terry Gibson | BK-MOR | Complete first draft of November 2020 monthly operating report | 1.50 | 385 | $577.50 |
| 12/15/2020 | Terry Gibson | BK-MOR | Review monthly operating report comments from C. Chung and A. Soong (Paladin) and make additional edits to November monthly operating report | 1.50 | 385 | $577.50 |
| 12/15/2020 | Terry Gibson | BK-MOR | Further attention to monthly operating report disclosures for November 2020. | 0.80 | 385 | $308.00 |
| 12/16/2020 | Candy Chung | BK-MOR | Reviewed draft November monthly operating report | 1.10 | 450 | $495.00 |
| 12/16/2020 | Candy Chung | BK-MOR | Researched actual payments | 0.20 | 450 | $90.00 |
| 12/16/2020 | Candy Chung | BK-MOR | Reviewed revised draft November monthly operating report | 0.30 | 450 | $135.00 |
| 12/16/2020 | Terry Gibson | BK-MOR | Make additional updates to November 2020 monthly operating report and send to client for review and comments. | 0.80 | 385 | $308.00 |
| 12/17/2020 | Allen Soong | BK-MOR | Final review and comment on November MOR | 0.40 | 595 | $238.00 |
| 12/17/2020 | Candy Chung | BK-MOR | Finalized November monthly operating report | 0.80 | 450 | $360.00 |
| Sub Total: | Monthly Operating Report | | | 13.00 | | $5,421.50 |

**Motion Support**

| Date | Professional | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 12/11/2020 | Allen Soong | BK-Motion Support | Analyzing professional fees at request of T. Keller (KBK) for purposes of drafting and filing retainer motion | 0.60 | 595 | $357.00 |
| 12/14/2020 | Terry Gibson | BK-Motion Support | Review professional fee retainer activity from March 2020 to November 2020 for Holland and Associates. | 0.80 | 385 | $308.00 |
| Sub Total: | Motion Support | | | 1.40 | | $665.00 |

**Preparation of Fee Applications**

| Date | Professional | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 12/2/2020 | Allen Soong | BK-Prep of Fee Apps | Preliminary review of draft 2nd Interim Fee Application | 0.40 | 0 | $0.00 |
| 12/2/2020 | Carla Cooper | BK-Prep of Fee Apps | Prepare 2nd interim fee application | 2.70 | 0 | $0.00 |
| 12/5/2020 | Allen Soong | BK-Prep of Fee Apps | Preliminary review of 2nd Interim Fee Application | 0.40 | 0 | $0.00 |
| 12/6/2020 | Allen Soong | BK-Prep of Fee Apps | Review/comment on draft 2nd Interim Fee Application | 1.40 | 0 | $0.00 |
| 12/7/2020 | Carla Cooper | BK-Prep of Fee Apps | Continued preparation of 2nd interim fee application | 1.50 | 300 | $450.00 |
| 12/8/2020 | Carla Cooper | BK-Prep of Fee Apps | Prepare CNO for October fee statement | 0.50 | 0 | $0.00 |
| 12/10/2020 | Allen Soong | BK-Prep of Fee Apps | Finalizing ancillary documents for 2nd Interim Fee Application and preparing package for Debtor review | 0.50 | 0 | $0.00 |
| 12/10/2020 | Allen Soong | BK-Prep of Fee Apps | Review November time entries | 0.30 | 0 | $0.00 |
| 12/10/2020 | Carla Cooper | BK-Prep of Fee Apps | Review time reports for November | 1.60 | 300 | $480.00 |
| 12/11/2020 | Allen Soong | BK-Prep of Fee Apps | Completing review of November time reports and approving November monthly fee statement | 0.50 | 0 | $0.00 |
| 12/11/2020 | Carla Cooper | BK-Prep of Fee Apps | Prepare November monthly fee statement | 1.30 | 300 | $390.00 |
| Sub Total: | Preparation of Fee Applications | | | 11.10 | | $1,320.00 |

| Date | Professional | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Schedules and SOFA** | | | | | | |
| 12/16/2020 | Candy Chung | BK-Schedules-SOFA | Revised schedule of assets and liabilities | 1.30 | 450 | $585.00 |
| Sub Total: | Schedules and SOFA | | | 1.30 | | $585.00 |
| | | | | | | |
| **US Trustee Reporting** | | | | | | |
| 12/2/2020 | Candy Chung | BK-US Trustee Reporting | Followed-up regarding US Trustee quarterly fees | 0.20 | 450 | $90.00 |
| 12/9/2020 | Candy Chung | BK-US Trustee Reporting | Followed-up regarding US Trustee quarterly fees | 0.30 | 450 | $135.00 |
| 12/10/2020 | Candy Chung | BK-US Trustee Reporting | Call with T. Fehr (UST), L. Grootendorst (UST), and D. Silveira (KBK) regarding US Trustee quarterly fees | 0.20 | 450 | $90.00 |
| 12/10/2020 | Candy Chung | BK-US Trustee Reporting | Call with D. Silveira (KBK) regarding US Trustee quarterly fees and budget | 0.20 | 450 | $90.00 |
| Sub Total: | US Trustee Reporting | | | 0.90 | | $405.00 |
| | | | | | | |
| **Total Fees:** | | | | **43.20** | | **$16,223.00** |