# EXHIBIT E

## DETAILED EXPENSE ENTRIES

Anthony Levandowski
Detail Expense Reports from December 1, 2020 through December 31, 2020

| Date | Name | Category | Notes | Amount |
|---|---|---|---|---|
| **Subscriptions** | | | | |
| 12/16/2020 | Other   Services | Subscriptions | Monthly Dataroom subscription | $575.00 |
| | Total: Subscriptions | | | $575.00 |