JULIE JENANYAN (DBA MONKEY OFF YOUR BACK)
1727 Vineyard Avenue
St. Helena, CA 94574
707-337-3549
julie@monkeyoffyourback.com

*Bookkeeper for Debtor and Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY SCOTT LEVANDOWSKI,<br><br>Debtor. | Bankruptcy Case<br>No. 20-30242 (HLB)<br><br>Chapter 11<br><br>**SECOND MONTHLY FEE STATEMENT OF JULIE JENANYAN (DBA MONKEY OFF YOUR BACK) FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**<br><br>Objection Deadline: February 5, 2021<br><br>[No hearing requested] |

| | |
|---|---|
| To: The Notice Parties | |
| Name of Applicant: | Julie Jenanyan (dba Monkey Off Your Back) |
| Authorized to Provide Professional Services to: | Bookkeeper for the Debtor and Debtor in Possession |
| Date of Retention: | September 28, 2020 |
| Period for which compensation and reimbursement are sought: | December 1 to December 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $1,432.00 (80% of $1,790.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

Julie Jenanyan (dba Monkey Off Your Back) (the "Applicant"), bookkeeper for Anthony Scott Levandowski, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") hereby submits its Monthly Fee Statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered for the period commencing December 1, 2020 through December 31, 2020 (the "Fee Period") pursuant to the Order Granting Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a) and 331 and *Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on June 12, 2020 [Docket No. 118] (the "Interim Compensation Procedures Order").

By this Monthly Fee Statement, the Applicant requests allowance and payment of $1,432.00 (80% of $1,790.00) as compensation for professional services rendered to the Debtor during the Fee Period.

Annexed hereto as **Exhibit A** hereto is the total number of hours, hourly rate, and total fees for Julie Jenanyan, as a sole Independent Contractor, who performed bookkeeping services for the Debtor in connection with the Chapter 11 Case during the Fee Period covered by this Fee Statement. Attached hereto as **Exhibit B** are Julie Jenanyan's detailed time entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees requested in this Monthly Fee Statement. If an objection is properly filed, the Applicant may (i) request the Court approve the amounts subject to objection or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

Dated: January 15, 2020

Respectfully submitted,

          **Julie Jenanyan (dba Monkey Off Your Back)**

          By  */s/ Julie Jenanyan*
                 Julie Jenanyan

          *Bookkeeper for Debtor and Debtor in Possession*