**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL+
DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

Julie Jenanyan (dba Monkey Off Your Back) rendered the following bookkeeping services in this Chapter 11 Case from December 1, 2020 through December 31, 2020 (the "Fee Period"):

| Name of Professional | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Julie Jenanyan | Owner/Bookkeeper | 100 | 17.54 | $1,790.00 |
| **Total Professionals:** | | | **17.54** | **$1,790.00** |