# EXHIBIT B

## DETAILED FEE ENTRIES FOR JULIE JENANYAN
## DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 12/02/2020 | Email to Gopal Ghising (Holland & Associates) re: outstanding invoices for 2019 tax prep and plan for 2020 ASL tax prep. | 100.00 | 0.2 | 20.00 |
| 12/06/2020 | Review October/November 2020 household expenses and prepare Budget vs. Actuals spreadsheet for A. Levandowski for budget forecasting. | 100.00 | 1.6 | 160.00 |
| 12/06/2020 | Download and categorize bank transactions for November 2020. | 100.00 | 1.4 | 140.00 |
| 12/09/2020 | Email S. Olsen re: December child support payment and boys activities/health payments for Nov/Dec 2020. | 100.00 | 0.4 | 40.00 |
| 12/09/2020 | Phone call with CA DMV regarding missing 2021 registration sticker for 2014 Toyota Tacoma. | 100.00 | 1.2 | 120.00 |
| 12/10/2020 | Preparation of Oct/Nov 2020 Monthly Fee Statement. | 100.00 | 1 | 100.00 |
| 12/11/2020 | Write and mail checks to S. Olsen for childcare payments. | 100.00 | 0.3 | 30.00 |
| 12/11/2020 | Download all Nov 2020 bank and investment account statements. | 100.00 | 1.1 | 110.00 |
| 12/11/2020 | Reconcile all November 2020 bank and investment accounts statements. Download reconciliation reports for all accounts. | 100.00 | 2.4 | 240.00 |
| 12/12/2020 | Create and download required monthly QB financial reports for Nov 2020, | 100.00 | 1.6 | 160.00 |
| 12/12/2020 | Email to C. Chung (Paladin) regarding paid pre-petition amount on PG&E bill and upcoming childcare payment of $2000 in December. | 100.00 | 0.2 | 20.00 |
| 12/12/2020 | Email to A. Levendowski regarding upcoming childcare expenses in December. | 100.00 | 0.2 | 20.00 |
| 12/12/2020 | Review drafts of November financials before sending final versions to T. Gibson (Paladin). | 100.00 | 0.6 | 60.00 |
| 12/12/2020 | Email T. Gibson (Paladin) with notes on November MOR documentation and back-up. | 100.00 | 0.6 | 60.00 |
| 12/12/2020 | Upload all Nov reports and statements to Paladin OneDrive. | 100.00 | 0.4 | 40.00 |
| 12/12/2020 | Email T. Gibson (Paladin) with questions about tracking system for post-petition Professional Fees. | 100.00 | 0.2 | 20.00 |
| 12/13/2020 | Email to A. Soong (Paladin) and C. Chung (Paladin) regarding unanticipated ASL December 2020 expenses. | 100.00 | 0.2 | 20.00 |
| 12/13/2020 | Email to S. Levandowski to clarify Holland & Associates pre-petition retainer. | 100.00 | 0.2 | 20.00 |
| 12/13/2020 | Phone call with S. Musick to discuss Holland & Associates retainer and unanticipated ASL expenses for December 2020. | 100.00 | 0.6 | 60.00 |
| 12/13/2020 | Research nature of pre-petition retainer from Holland & Associates. | 100.00 | 0.4 | 40.00 |
| 12/13/2020 | Revise Oct/Nov Monthly Fee Statement based on D. Silveira (KBK) review. | 100.00 | 0.3 | 30.00 |
| 12/14/2020 | Phone call with C. Chung (Paladin) regarding Holland & Associates retainer and outstanding invoices. | 100.00 | 0.2 | 20.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 12/14/2020 | Phone call with S. Levandowski regarding Holland & Associates retainer and outstanding invoices. | 100.00 | 0.3 | 30.00 |
| 2 | 12/15/2020 | Correspond with P. Waldron (Lincoln Financial) regarding Mt. Yale termination letter. | 100.00 | 0.4 | 40.00 |
| 3 | 12/21/2020 | Review and email Goodwin Proctor invoices to A. Soong (Paladin). | 100.00 | 0.4 | 40.00 |
| 4 | 12/23/2020 | Email to S. Levandowski to discuss 2020 Fawn Park note interest. | 100.00 | 0.3 | 30.00 |
| 5 | 12/23/2020 | Forward outstanding Royse Law Firm invoices to Paladin and respond to Royse regarding payment. | 100.00 | 0.4 | 40.00 |
| 6 | 12/23/2020 | Email to P. Waldron (Lincoln Financial) regarding Mt. Yale termination and Fidelity distributions. | 100.00 | 0.2 | 20.00 |
| 7 | 12/23/2020 | Discuss outstanding FTB taxes due for 2016 with S. Levandowski. Forward FTB letter to A. Soong (Paladin). | 100.00 | 0.6 | 60.00 |
| | | | | **17.54** | **$1,790.00** |