KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF DOCKET NOS. 9974 AND 9975** |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on January 15, 2021, counsel for PG&E Corporation and |
| 2 | Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors,**" or as |
| 3 | reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 |
| 4 | cases, erroneously filed Docket Nos. 9974 and 9975. |
| 5 | **PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors hereby withdraw Docket |
| 6 | Nos. 9974 and 9975. |

Dated: January 15, 2021

**KELLER BENVENUTTI KIM LLP**

*/s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*