# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
|    - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
|                   Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on U.S. Department of Justice, Civil Division, Attn: Matthew Troy, Esq., P.O. Box 875, Ben Franklin Station Washington, DC 20044-0875:

- Order Allowing in Reduced Amounts Claim Nos. 92183647 (Bureau of Land Management) and 92185206 (U.S. Forest Service) Pursuant to Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims) [Docket No. 9950]
- Order Disallowing and Expunging Claim No. 92186853 (U.S. Fish and Wildlife Service) Pursuant to Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 9951]

3. On January 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on (1) Bureau of Land

Management, 355 Hemsted Drive Redding, CA 96002-0910 and (2) U.S. Forest Service, P.O. Box 301550 Los Angeles, CA 90030-1550:

- Order Allowing in Reduced Amounts Claim Nos. 92183647 (Bureau of Land Management) and 92185206 (U.S. Forest Service) Pursuant to Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims) [Docket No. 9950]

4. On January 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on U.S. Fish and Wildlife Service, 2800 Cottage Way #W-2605 Sacramento, CA 95825:

- Order Disallowing and Expunging Claim No. 92186853 (U.S. Fish and Wildlife Service) Pursuant to Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 9951]

5. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this on the 15th day of January 2021, at New York, NY.

*/s/ Alain B. Francoeur*
Alain B. Francoeur