JENNIFER A. BECKER, Bar No. 121319
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: jabecker@longlevit.com

Attorney for Creditor
Randall Louis Zamarra

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG& E Corporation<br><br>and<br><br>Pacific Gas and Electric Company,<br><br>. | BK Case No. 19-30088 (DM)<br><br>**NOTICE OF HEARING**<br><br>Date: February 9, 2021<br>Time: 10:00 a.m.<br>Ctrm Hon. Dennis Montali<br>450 Golden Gate Ave.<br>16th Floor, Courtroom 17<br>**San Francisco, CA 94102** |

PLEASE TAKE NOTICE that on February 9, 2021, at 10:00 a.m., or as soon thereafter as the matter may be heard, Creditor Randall Louis Zamarra will and hereby moves this Court for Relief From The Automatic Stay And Abstention Under 28 U.S.C. 1334(C)(1).

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides 3 Fourth Amended General Order 38 UNITED STATES BANKRUPTCY COURT For The Northern District Of California 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."

Dated: January 19, 2020                LONG & LEVIT LLP


                                       /s/ Jennifer A. Becker
                                       JENNIFER A. BECKER

                                       Attorneys for Creditor
                                       Randall Louis Zamarra