| | |
|---|---|
| 1 | JENNIFER A. BECKER, Bar No. 121319 |
| | LONG & LEVIT LLP |
| 2 | 465 California Street, Suite 500 |
| | San Francisco, California 94104 |
| 3 | Telephone: (415) 397-2222 |
| | Facsimile: (415) 397-6392 |
| 4 | Email: jabecker@longlevit.com |
| 5 | Attorney for Creditor |
| | Randall Louis Zamarra |

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | BK Case No. 19-30088 (DM) |
| PG& E Corporation | **WITHDRAWAL OF DUPLICATE ENTRY RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABSTENTION UNDER 28 U.S.C. 1334(C)(1); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |
| and | |
| Pacific Gas and Electric Company, | Date: January 27, 2021 |
| . | Time: 10:00 a.m. |
| | Ctrm Hon. Dennis Montali |
| | 450 Golden Gate Ave. |
| | 16th Floor, Courtroom 17 |
| | **San Francisco, CA 94102** |

PLEASE TAKE NOTICE Creditor Randall Louis Zamarra withdraws Docket No. 9917 as an inadvertent duplicate submission. The Motion for Relief from Stay (Docket No. 9918) remains on calendar now for February 9, 2021 at 10:00 a.m.

Dated: January 19, 2020               LONG & LEVIT LLP


                                       */s/ Jennifer A. Becker*
                                      JENNIFER A. BECKER

                                      Attorneys for Creditor
                                      Randall Louis Zamarra

Case: 19-30088   Doc# 9987   Filed: 01/19/21   Entered: 01/19/21 10:54:26   Page 2 of 2

BK Case No. 19-30088 (DM)
WITHDRAWAL OF DUPLICATE ENTRY

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104