**LAW OFFICE OF ROBERT M. BONE**
ROBERT M. BONE, SBN 181526
bob@robertbonelaw.com
645 Fourth Street, Suite 205
Santa Rosa, CA 95404
Telephone: (707) 525-8999
Facsimile: (707) 542-4752

DANIEL F. CROWLEY, ESQ. (SBN 130261)
DANIEL CROWLEY & ASSOCIATES
P. O. Box R
San Rafael, California 94913
Telephone: (415) 723-5800
Facsimile: (415) 785-3389

Attorney for Claimants
Sara Jacobson, Clifford Jacobson,
Benjamin Jacobson, and Anna Jacobson

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[] Affects PG&E Corporation<br>[] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All paper shall be filed in the Lead Case, No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF MOVANT SARA JACOBSON IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. PROC. 7015 AND 7017 TO ENLARGE TIME TO FILE PROOF OF CLAIM PURSUANT TO FED. R. BANKR. PROC. 9006(b)(1)**<br><br>Date: February 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Telephonic/Video Appearances Only<br>    United States Bankruptcy Court<br>    Courtroom 17,<br>    450 Golden Gate Ave., 16th Floor<br>    San Francisco, CA<br>Judge: Hon. Dennis Montali<br><br>Objection Deadline: February 2, 2021 |

I, Sara Jacobson, hereby declare:

1. I am the movant in this matter and I suffered losses and damages in Paradise, CA as a result of the Camp Fire in 2018.

2. My filing for PGE Proof of Claim for the Camp Fire of November 8, 2018, was delayed due to several circumstances.

3. At the time of the fire my two children, Benjamin and Anna, and I were with my father, Ralph Hein, at his property with my mother. My father and mother's home was under very serious threat at the time of being consumed by the fire and my mother was actually suffering from cancer at the time. I helped my father to evacuate and we all fled Paradise that day. We were all lucky to evacuate safely.

4. My mother, Linda Hein, was at Windsor Care Center Skilled Nursing, Chico, CA recovering from Cancer Surgery at the time of the fire. I was assisting my father cope with the terrifically painful effects of my mother's illness at the time. I too was struggling to cope with all that our family was suffering.

5. These are my reasons for delay in filing the PG&E Camp Fire Claim on time. Thank you for considering my late Proof of Claim.

6. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and belief as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of January, 2021, in Santa Rosa, California.

Dated: January 19, 2021      By: */s/ Sara Jacobson*
Sara Jacobson
Claimant and Movant