| | |
|---|---|
| SHAWN M. CHRISTIANSON (SBN: 114707)<br>VALERIE BANTNER PEO (SBN: 260430 )<br>**BUCHALTER, A Professional Corporation**<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: 415.227.0900<br>Fax: 415.227.0770<br>Email: vbantnerpeo@buchalter.com<br><br>Attorneys for Creditors<br>ORACLE AMERICA, INC. and<br>ORACLE CREDIT CORPORATION | |

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**PG&E CORPORATION,**<br><br>    and<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>           Debtor.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>*All paper shall be filed in the Lead Case No. 19-3088(DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br><br>(Jointly Administered)<br><br><br><br>**Re: Dkt No. 7229**<br><br>**NOTICE OF WITHDRAWAL OF ORACLE'S CURE OBJECTION AND RESERVATION OF RIGHTS REGARDING THE DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Date:     N/A<br>Time:     N/A<br>Location: N/A |

Oracle Credit Corporation and Oracle America, Inc., including in its capacity as successor in interest to Opower, Inc., creditors and contract counter-parties in the above-captioned Chapter 11 cases, hereby withdraw the *Cure Objection and Reservation of Rights Regarding the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 7229].

DATED: January 21, 2021   BUCHALTER, A Professional Corporation

By: /s/ Valerie Bantner Peo
Valerie Bantner Peo, Esq.
Attorneys for Oracle America, Inc. and
Oracle Credit Corporation

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, A Professional Corporation, 55 Second Street, Suite 1700, San Francisco, CA 94105.

On the date set forth below, I served the foregoing document described as:

- **NOTICE OF WITHDRAWAL OF ORACLE'S CURE OBJECTION AND RESERVATION OF RIGHTS REGARDING THE DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**

on all other parties and/or their attorney(s) of record to this action as follows:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:** The above-referenced document(s) will be served by the court via email and hyperlink to the document. On **January 21, 2021** I checked the CM/ECF docket for this bankruptcy case, or adversary proceeding, and determined that the persons listed below are on the Electronic Mail Notice List to receive email notice/service for this case at the email addresses stated below.

| | | |
|---|---|---|
| *Counsel to Debtor* | Tobias S. Keller<br>Jane Kim<br>**Keller Benvenutti Kim LLP** | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| *Counsel for the Shareholder Proponents* | Joshua M. Mester<br>James O. Johnston<br>**Jones Day** | jmester@jonesday.com<br>jjohnston@jonesday.com |
| *Counsel for the Administrative Agent* | Kristopher M. Hansen<br>Frank A. Merola<br>**Stroock & Stroock & Lavan LLP** | dmohamed@stroock.com,<br>mmagzamen@stroock.com<br>lacalendar@stroock.com,<br>mmagzamen@stroock.com |
| *Counsel to the California Public Utilities Commission* | Alan W. Kornberg<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP** | akornberg@paulweiss.com |
| *Office of the United States Trustee* | Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov,<br>patti.vargas@usdoj.gov |
| *Official Committee of Unsecured Creditors* | Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>**Milbank LLP** | cprice@milbank.com,<br>skhalil@milbank.com,<br>gbray@milbank.com<br>tkreller@milbank.com<br>jbrewster@milbank.com |

3

| | | |
|---|---|---|
| *Counsel for the Official Committee of Tort Claimants* | Eric E. Sagerman<br>Cecily Ann Dumas<br>**Baker & Hostetler LLP** | esagerman@bakerlaw.com<br>cdumas@bakerlaw.com,<br>hhammonturano@bakerlaw.com |

☒ **BY EMAIL** On **January 21, 2021** I served the above-referenced document(s) in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown below, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

**Bruce S. Bennett**
Jones Day
bbennett@jonesday.com
*Counsel for the Shareholder Proponents*

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown below is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in San Francisco, California on **January 21, 2021**. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

| | |
|---|---|
| **PG&E Corporation and Pacific Gas and Electric Company**<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105<br>*Debtor* | **Erez E. Gilad**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982<br>*Counsel for the Administrative Agent* |
| **Matthew G. Garofalo**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Ln.<br>New York, NY 10038-4982<br>*Counsel for the Administrative Agent* | **Eli J. Vonnegut**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>*Counsel for the Collateral Agent* |
| **David Schiff**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>*Counsel for the Collateral Agent* | **Timothy Graulich**<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>*Counsel for the Collateral Agent* |

| | |
|---|---|
| **Brian S. Hermann**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>*Counsel to the California Public Utilities Commission* | **Walter R. Rieman**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas,<br>New York, NY 10019-6064<br>*Counsel to the California Public Utilities Commission* |
| **Sean A. Mitchell**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas,<br>New York, NY 10019-6064<br>*Counsel to the California Public Utilities Commission* | **Neal P. Donnelly**<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas,<br>New York, NY 10019-6064<br>*Counsel to the California Public Utilities Commission* |
| **Office of the United States Trustee**<br>James L. Snyder<br>450 Golden Gate Avenue, 5th Floor<br>Suite #05-0153<br>San Francisco, CA 94102 | **U.S. Nuclear Regulatory Commission**<br>Washington, DC 20555-0001<br>Attn: General Counsel |
| **U.S. Department of Justice**<br>Attn: Danielle A. Pham<br>1100 L Street, NW, Room 7106<br>Washington DC 20005<br>*Counsel for United States on behalf of the Federal Energy Regulatory Commission* | **Paul S. Aronzon**<br>Milbank LLP<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>*Official Committee of Unsecured Creditors* |
| **Stephen Karotkin**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel to Debtor* | **Jessica Liou**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel to Debtor* |
| **Matthew Goren**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel to Debtor* | **Tom Schinckel**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel to Debtor* |

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on **January 21, 2021**, at San Francisco, California.

BUCHALTER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 43052098v1

☑ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **January 21, 2021**, at San Francisco, California.

| Hallina Pohyar | /s/ Hallina Pohyar |
|---|---|
| | (Signature) |