# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Amye Carrigan (MMLID#8285646), at an address that has been redacted for the interest of privacy.

- Notice of Continued Hearing on Reorganized Debtors' Motion to Approve Securities ADR and Related Procedures for Resolving Subordinated Securities Claims [Docket No. 9058]

3.      On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on THG Energy Solutions LLC (MMLID#6013044), 816 E. 6th Street, Suite 400, Tulsa, OK, 74120:

- Notice of the Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claim), customized to include the claim number, debtor, claim amount and priority, and the basis for objection of the original claim, and claim amount and priority of the reduced claim for each counterparty, a non-customized copy of which is attached hereto as **Exhibit A**

5.      On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on East Bay Community Energy Authority (MMLID#7278392), Inder Khalsa, Interim General Counsel, Richards, Watson & Gershon, One Sansome Street, Suite 2850, San Francisco, CA, 94104 and on Gordon Moore (MMLID#6174517), at an address that has been redacted for the interest of privacy.

- Reorganized Debtors' Report on Responses to Eighth Omnibus Objection to Claims (No Liability Claims) and Request for Order by Default as to Unopposed Objections [Docket No. 9257]

6.      On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on Enel x North America, Inc. (MMLID#4920486), One Marina Park Drive, Suite 400, Boston, MA, 02210:

- Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims (Books and Records Claims) [Docket No. 9427]

7.      On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on the 30th Omnibus Notice Service List attached hereto as **Exhibit B**:

- Reorganized Debtors' Thirtieth Omnibus Objection to Claims (No Liability Claims) [Docket No. 9433]

8.      On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on the 31st Omnibus Notice Service List attached hereto as **Exhibit C**:

- Reorganized Debtors' Thirty-First Omnibus Objection to Claims (Customer No Liability Claims) [Docket No. 9436]

9.      On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on the 32nd Omnibus Notice Service List attached hereto as **Exhibit D**:

Case: 19-30088    Doc# 9996    Filed: 01/22/21    Entered: 01/22/21 08:50:45    Page 2 of 34

- Reorganized Debtors' Thirty Second Omnibus Objection to Claims (Customer No Liability Claims) [Docket No. 9439]

10. On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on the 33rd Omnibus Notice Service List attached hereto as **Exhibit E**:

- Reorganized Debtors' Thirty-Third Omnibus Objection to Claims (Customer No Liability Claims) [Docket No. 9441]

11. On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, be Customized to include the name and address of the party, to be served via first class mail on Marcus V. Ngen (MMLID#6160535), 4910 Greensboro Way, Stockton, CA, 95207-7539 and on Michael Lewenfus (MMLID#6160588), 923 W 20th Ave., Spokane, WA, 99203-1142:

- Reorganized Debtors' Thirty-Fourth Omnibus Objection to Claims (Customer No Liability Claims) [Docket No. 9443]

12. On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, Objection to be Customized to include the name and address of the party, to be served via first class mail on the 35th Omnibus Notice Service List attached hereto as **Exhibit F**:

- Reorganized Debtors' Thirty-Fifth Omnibus Objection to Claims (Customer No Liability Claims) [Docket No. 9445]

13. On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on the 36th Omnibus Notice Service List attached hereto as **Exhibit G**:

- Reorganized Debtors' Thirty Sixth Omnibus Objection to Claims (Customer No Liability Claims) [Docket No. 9447]

14. On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on the 37th Omnibus Notice Service List attached hereto as **Exhibit H**:

3

- Reorganized Debtors' Thirty-Seventh Omnibus Objection to Claims (Customer No Liability Claims) [Docket No. 9449]

10.     On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on Francoise Bradshaw (MMLID#7167268), PO Box 348597, Sacramento, CA, 95834-8597 and on Jessica Marshall (MMLID#7152240), 4880 El Camino Real, Unit 32. Los Altos, CA, 94022-1491:

- Reorganized Debtors' Thirty-Eighth Omnibus Objections to Claims (Customer No Liability Claims) [Docket No. 9451]

11.     On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on the 40th Omnibus Notice Service List attached hereto as **Exhibit I**:

- Notice of Hearing on Reorganized Debtors Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims) [Docket No. 9457]

13.     On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on Diane Schock Strange (MMLID#5983369), PO Box 167, Camino, CA, 95709-0167:

- Reorganized Debtors' Forty Second Omnibus Objection to Claims (No Liability / Passthrough Claims) [Docket No. 9460]

14.     On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on Kasey Silva (MMLID#5015878), 3239 Serra Ave, Carmel, CA, 93923-9324:

- Reorganized Debtors' Forty-Third Omnibus Objection to Claim (No Liability / Passthrough Claims) [Docket No. 9462]

15.     On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on the 44th Omnibus Notice Service List attached hereto as **Exhibit J**:

- Reorganized Debtors' Forty-Fourth Omnibus Objection to Claims (No Liability / Passthrough Claims) [Docket No. 9464]

16.     On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Omnibus Notice Parties Service List attached hereto as **Exhibit K**:

- Reorganized Debtors' Request for Orders by Default as to Unopposed Objections in Eighth and Fifteenth Omnibus Objections to Claims  [Docket No. 9518]

17. On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on the 48th Omnibus Notice Service List attached hereto as **Exhibit L**:

- Reorganized Debtors' Forty-Eighth Omnibus Objection to Claims (Untimely Customer No Liability Claims) [Docket No. 9708]

18. On January 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, to be Customized to include the name and address of the party, to be served via first class mail on the 49th Omnibus Notice Service List attached hereto as **Exhibit M**:

- Reorganized Debtors' Forty-Ninth Omnibus Objection to Claims (Untimely No Liability / Passthrough Claims) [Docket No. 9711]

19.     I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

20.     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this on the 21st day of January 2021, at New York, NY.


                                    */s/ Nuno Cardoso*
                                    Nuno Cardoso

5

SRF 50078

**Exhibit A**

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251
7
   *Attorneys for Debtors and Reorganized Debtors*
8
9
10
11
12

| | |
|---|---|
| **THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO REDUCE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.** | |

**THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO REDUCE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**

**CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**

**THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

13

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

14
15
16

17  **In re:**

18  **PG&E CORPORATION,**

19     **- and -**

20  **PACIFIC GAS AND ELECTRIC COMPANY,**

21                **Debtors.**

22  ☐ Affects PG&E Corporation
    ☐ Affects Pacific Gas and Electric Company
23  ☒ Affects both Debtors

24  *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*
25
26
27
28

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**NOTICE OF THE REORGANIZED DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**

**Response Deadline:**
 **October 14, 2020, 4:00 p.m. (PT)**

**Hearing Information If Timely Response Made:**
Date:  October 28, 2020
Time:  10:00 a.m. (Pacific Time)
Place:  (Telephonic Appearances Only)
      United States Bankruptcy Court
      Courtroom 17, 16th Floor
      San Francisco, CA 94102

| Claim To Be Reduced or Disallowed | Debtor | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|
| | **Filed Claim Amount:** | | | | | | **Books and Records** |
| | **Reduced Claim Amount:** | | | | | | |

On September 17, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Fourteenth Omnibus Objection to Claims (Books and Records Claims)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

> **Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by October 14, 2020 (the "Response Deadline");**

> **Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

> **If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

> **If you file a timely Response, the Hearing will be held at the date and time shown below. If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing. See Bankruptcy Local Rule 3007-1.**

> **If you file and serve a timely Response, the date, location and time of the Hearing are:**

> > **October 28, 2020 at 10:00 a.m. (Pacific Time)**

> > **Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 30, 2020, all hearings through September 30, 2020 will be held by video or teleconference. **Parties are advised to visit the Bankruptcy Court's website, at www.canb.uscourts.gov, prior to the hearing date to determine whether the Omnibus Hearing will be conducted telephonically and the courtroom will be closed.** If so, all parties who wish to appear at the Hearing should refer to the Bankruptcy Court's website, www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone, for current information about how to appear. Reorganized Debtors' Counsel will, as a courtesy and on request, provide by email to those who have filed timely Responses updated information regarding how to attend.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to reduce the amount of one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the amount(s) sought in the designated Proof(s) of Claim exceeds the amount reflected in the Reorganized Debtors' books and records. If you do **NOT** oppose the reduction of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be allowed in the amount listed in the "Reduced Amount" column above.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the reduction of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on October 14, 2020 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the email addresses of the Reorganized Debtors' counsel as shown on the Objection, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (vi) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vii) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not reduce your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim

agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free, by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com to request a complete copy of the Omnibus Objection, including all Exhibits.

Dated: September 17, 2020

**KELLER BENVENUTTI KIM LLP**

/s/ *Peter J. Benvenutti*
Peter J. Benvenutti

*Attorneys for Debtors and Reorganized Debtors*

**Exhibit B**

# Exhibit B

## 30th Omnibus Notice Service List
### Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|-------|------|---------|-----------|------|-------|-----|
| 6171180 | Garcia, Teresa | PO Box 385 | | Tuscon | AZ | 85702-0385 |
| 7156610 | Hardy, Billie S. | 6320 Welty Way | | Sacramento | CA | 95824-3821 |
| 6182686 | Narantuya, Bolormaa | 350 Central Ave | Apt 102 | Alameda | CA | 94501-3530 |
| 6148960 | Scott, Leslie | 2775 Portola Way | | Merced | CA | 95348-1336 |
| 6159280 | Souza, Kimberly | 3125 S Virginia St | Apt 134 | Reno | NV | 89502-4523 |

In re:  PG&E Corporation, *et al.*

Case No. 19-30088 (DM)

Case: 19-30088    Doc# 9996    Filed: 01/22/21    Entered: 01/22/21 08:50:45    Page 12 of 34

**Exhibit C**

Exhibit C

31st Omnibus Notice Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6160004 | Johnson, Tamara | 221 Lancaster Dr | | Lenoir City | TN | 37771-6808 |
| 6156463 | Livingston, Angel | 2621 Plantation Pl | | Stockton | CA | 95209-4035 |
| 6153523 | Martinez,  Enriquez | 524 Central Ave | # A | Santa Maria | CA | 93454-5760 |
| 6128760 | Mcavinue, Danielle Irene | 610 Lucard St | | Posey | CA | 93260 |
| 6157798 | Thakkar, Shailesh | 715 Heath Ct | Apt 388 | Hayward | CA | 94544-6778 |
| 6149592 | Vargas, Blanca | 1966 McPatt Pl | | Stockton | CA | 95206-3663 |
| 6150308 | Walker, Damon | 101 N Verdugo Rd | #9652 | Glendale | CA | 91206-3932 |

In re:  PG&E Corporation, *et al.*

Case No. 19-30088 (DM)

**Exhibit D**

# Exhibit D

## 32nd Omnibus Notice Service List

### Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6164706 | Armstrong, Khiara | 7336 Greenhaven Dr | Apt 154 | Sacramento | CA | 95831-3506 |
| 6166729 | Beckwith, Robert N | 225 N Akers St | Spc 301 | Visalia | CA | 93291-8220 |
| 6160838 | Blackburn, Michael | Kristie Blackburn | 541 S Villa Rose Ave | Springfield | MO | 65802-6221 |
| 6161969 | Brown, Shavontee | 600 E Lake Mead Blvd | Unit 1022 | Las Vegas | NV | 88156-1122 |
| 6168035 | Cato, Ariana Danielle | 2909 Yosemite Blvd | Apt 116 | Modesto | CA | 95354-4039 |
| 6152883 | Crabtree, Sylas | 1360 Castlemont Ave | Apt 52 | San Jose | CA | 95128-4478 |
| 6158458 | Davis, Noelle | 1061 Cunningham St | | Ukiah | CA | 95487-5808 |

Case: 19-30088    Doc# 9996    Filed: 01/22/21    Entered: 01/22/21 08:50:45    Page 16 of 34

**Exhibit E**

33rd Omnibus Notice Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6171531 | Garcia, Joseph | 3112 Napier Dr | Apt A127 | Modesto | CA | 95350-1275 |
| 6171598 | Guisewite, Lori | 560 Hawksbill Island Dr | | Satellite Bch | FL | 32937-3807 |
| 6159670 | Haley, Sandra | 8503 Colonial Dr | | Stockton | CA | 95209-2320 |
| 6172609 | Hinojosa, Juanita | 525 Sterling Rd | | Bakersfield | CA | 93306-6341 |
| 6162728 | Hunter, Melanie | 2611 Franklin Way | | West Sacramento | CA | 95691-2304 |

Case: 19-30088    Doc# 9996    Filed: 01/22/21    Entered: 01/22/21 08:50:45    Page 18 of 34

**Exhibit F**

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6161819 | Rose, Opal | 183 Salkum Heights Dr | | Salkum | WA | 98582-9717 |
| 6169621 | Sherwood, Noella  K | 162 River Winding Rd | | Jacksonville | NC | 28540-9393 |
| 6160836 | Stewart, Lisa V | 1946 S Forest Lawn Dr | Apt 249 | Terrytown | LA | 70056-4141 |
| 6162976 | Tatchem, Pierre | 328 S 8th St | | Richmond | CA | 94804-2326 |

**Exhibit G**

36th Omnibus Notice Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6176105 | Hoang, Xuan | 515 Lincoln Ave | Apt 215 | San Jose | CA | 93126-5503 |
| 6176061 | Ram, Aarti | 420 Arlingdale Cir | | Rio Linda | CA | 95673-1478 |
| 6175749 | Richmond, Rosemary | 90061 Highway 140 | | Lakeview | OR | 97630-9079 |
| 6164636 | Tomko, Madeline | 4001 S Watt Ave | Apt 91 | Sacramento | CA | 95826-4483 |
| 6172126 | Ulucan, Ozan | 1060 Oak Grove Rd | Apt 12 | Concord | CA | 94518-3138 |
| 6167030 | Washington, Patricia | 15730 Marcella St | Apt 1 | San Leandro | CA | 94578-2170 |
| 6167692 | Williams, Bridgette M | 241 6th St | Apt 610 | San Francisco | CA | 94103-4048 |

In re:  PG&E Corporation, *et al.*

Case No. 19-30088 (DM)

**Exhibit H**

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|-------|------|---------|-----------|------|-------|-----|
| 7071034 | Almanza, Gisela | 313 11th St | | Orange Cove | CA | 93646-2020 |
| 6182639 | Beene, Johnny L | 1900 E St | | Fresno | CA | 93706-2010 |
| 6177669 | Brown-Seaton, Elizabeth | 10860 San Pablo Ave | Apt 314 | El Cerrito | CA | 94530-2059 |
| 6177049 | Davis, Dishina | 339 Jade Cir | | Vallejo | CA | 94590-8188 |
| 6179852 | Edeza, Ida | 1185 Monroe St | Apt 48 | Salinas | CA | 93906-3554 |
| 7147072 | Montgomery, Quincy | 601 Cannery Ave | Apt 353 | Sacramento | CA | 95811-0255 |
| 6180543 | Smith, Dennis | 1091 Bush St | Apt 303 | San Francisco | CA | 94109-6261 |
| 6184941 | Terry, Jean S | 620 N 34th Ave | Apt 224 | Yakima | WA | 96982-6338 |

Case: 19-30088    Doc# 9996    Filed: 01/22/21    Entered: 01/22/21 08:50:45    Page 24 of 34

**Exhibit I**

Exhibit I

40th Omnibus Notice Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|-------|------|---------|-----------|------|-------|-----|
| 5999252 | Chand, Kiran | 509 Crest View Ave | Apt 122 | Belmont | CA | 94002-2425 |
| 6170557 | Eggleston, Coaster Lee | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York | NY | 10153-0119 |
| 6006603 | Hitching, Bob | 24 Coronado Ave | | Los Altos | CA | 94022-2219 |
| 5805157 | Hitching, Robert Andrew | 24 Coronado Ave | | Los Altos | CA | 94022-2219 |
| 6152819 | Spencer, Robert B | 642 Tehama Dr | | S Lake Tahoe | CA | 96150-5359 |

**Exhibit J**

# Exhibit J

## 44th Omnibus Notice Service List
### Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | ZIP |
|-------|------|---------|------|-------|-----|
| 7251587 | Avila, Sabrina | 160 Short St | Clearlake | CA | 95423-8354 |
| 5800055 | Camargo, Ronaldo C. | 100 Big Bear Ct | El Sobrante | CA | 94803-2647 |
| 5013000 | Forsyth, Dillon | 741 W 8th St | Santa Rosa | CA | 95401-5357 |
| 6165885 | Griffin, Denise | PO Box 214 | Hayward | CA | 94545 |
| 6147239 | Nasir, Javid | 1535 Rubino Ct | Pleasanton | CA | 94566-6495 |
| 6151574 | Starkey, Jennifer G. | 317 Tait Ave | Sanger | CA | 93657-2321 |

Case: 19-30088     Doc# 9996     Filed: 01/22/21     Entered: 01/22/21 08:50:45     Page 28 of 34

**Exhibit K**

Exhibit K

Omnibus Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6155970 | Astorino, Ralph and Joy | 1851 Kinglake St | | Henderson | NV | 89044-9503 |
| 5820974 | Ballard Marine Construction, Inc. | Worley Law, P.C. | 3425 Kite St | San Diego | CA | 92103-4710 |
| 6160198 | Brown, Alvin L | 4631 SW Olympia Pl | | Lee Summit | MO | 64082 |
| 6166690 | O'Brien, Patricia | 400 Greenbrier Rd | | Half Moon Bay | CA | 94019-2220 |

In re: PG&E Corporation, *et al.*

Case No. 19-30088 (DM)

Case: 19-30088    Doc# 9996    Filed: 01/22/21    Entered: 01/22/21 08:50:45    Page 30 of 34

**Exhibit L**

## Exhibit L

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|-------|------|---------|-----------|------|-------|-----|
| 7486594 | Chavez, Zachary | PO Box 38434 | | Sacramento | CA | 95838-0434 |
| 7332863 | Craven, Annie J | 3801 Parks 10 E Drive | 215 A | Richmond | CA | 94806 |
| 7593818 | LOPEZ, GEORGIANN | PO BOX 4594 | | SALINAS | CA | 93912-4594 |

**Exhibit M**

# Exhibit M

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|-------|------|---------|-----------|------|-------|-----|
| 7332357 | Lecouve, Steve | 10230 Buckmeadows Dr | | Oakdale | CA | 95361-9767 |
| 7333442 | Muston, Leona | 232 N Villa Ave | | Fresno | CA | 93727-3258 |
| 7331649 | Thaing, J L | 328 Northbank Ct | Apt 87 | Stockton | CA | 95207-7623 |