Richard & Alison Lane
1857 Crimson Lane
Santa Rosa, CA 95403
Phone 415-335-9924 ~ Email: RichardLane@pacbell.net


FILED
JAN 2 1 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Hon. John K. Trotter (Ret.), Trustee
PG&E Fire Victim Trust
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111

January 12, 2021

Judge Trotter:

I am writing to you to express how dismayed and disheartened I am by the performance of the Fire Victim's Trust (by the way, we call ourselves Fire Survivors). I am hoping that your wisdom and experience can move this process along which, for some of the survivors, has been going on since 2015.

There have been reports in the news of how lawyers' expenses and other claimants: Insurance Companies, subrogation claims, bond and stock holders have all been paid in cash, while those who were directly impacted by the Fires and subsequent PG&E Bankruptcy are still waiting for...well, anything, frankly. Survivors are not being considered as first to be paid from the FVT, but last. The Trust posed a date for preliminary payments by November 23 and missed their own deadline, and while the Trust says preliminary payments have been made, there's no evidence to support that. And by moving the date to submit claims from December 31, 2020 to February 26, 2021, the Fire Survivors are being forced to wait again, without any assurance that the deadline date won't be moved again.

A Letter from **The Camp Fire Trial Lawyers** to Cathy Yanni, Claims Administrator, PG&E Fire Victims Trust, dated December 5th, 2020 remains unanswered. The letter asked for periodic disclosure of administrative costs incurred by the Trust. And as these funds belong to Fire Survivors we have a right to know. From the letter, *"Experience in other cases teaches that administrative costs that are not tightly controlled can consume an excessive amount of a corpus intended for the beneficiaries of a trust."* We would like to see a forensic accounting that highlights the funds dispersal schedule, including net value and to whom the payouts have gone to (except naming specific fire victim claimants ((protect identity)).

Several of us are represented by lawyers who are on the Trust Oversight Committee (actually more that several). One of the members of the TOC writes, *"We had expected (and been assured) that the FVT would be further along in their budgeting process and that we would know certain methodologies but, as you know, that is still not the case. Please keep in mind that the methodologies that I am speaking of are things that the FVT can and should do without any input from claimants and their lawyers"*

Another survivor, like myself, has written, *"I honestly feel like my attorneys don't know the answers. They explain to us that they are waiting on the trust to establish categories and criteria so they can represent us in the best way possible and submit a package that will give us fair compensation. I appreciate that fact although, I would have assumed this process would have been done by now. We have heard that the trust is wanting the attorneys to submit packages so they can see the extent of the losses to budget the categories. So essentially you are waiting on each other and not much seems to be getting done."*

When we learned that the Trust would be administered under the direction of the Trustee, the Honorable John K. Trotter (Ret.) we were optimistic, especially as you had formulated a resolution program for the 2007 San Diego fire cases and supervised the resolution of all the victims' claims. We survivors were looking forward to a quick resolution to the trust based on your experience.

Please don't let administration of The Fire Victims Trust be a black mark on an otherwise stellar professional history. Those who have been waiting for six years and those who have been living in trailers or FEMA provided housing would like to be celebrating your performance by bringing a quick resolution to the claims, rather than wondering why nothing is getting done on the nearly 80,000 claims sitting with the Trust Administrator.

Thank you for your help and please let me know in 3 to 5 days what we can expect.

Sincerely,

Richard Lane
Tubbs Fire Survivor

CC: Brown Rudnick, LLP
  Cathy Yanni, Claims Administrator, PG&E Fire Victim Trust
  BrownGreer PLC, Claims Processor for the PG&E Fire Victim Trust
  Khaldoun A. Baghdadi, Esq., Liaison to the Trust Oversight Committee
  Julianne Powers, MBA, CTMC, Wilmington Trust, N.A.
  Janet Loduca, Senior Vice President and General Counsel, PG&E Corporation and Pacific Gas and Electric Company
  Weil, Gotshal & Manges LLP
  Cravath, Swaine & Moore LLP
  Justice Dennis Montali
  Justice District Judge William Alsup

Lane
PO Box 1392
Healdsburg, CA 95448

SAN FRANCISCO CA 940
13 JAN 2021 PM 3 L

Justice Dennis Montali
San Francisco Courthouse,
450 Golden Gate Ave.,
Courtroom 17, 16th Floor
San Francisco, CA 94102

94102-342515



RECEIVED
JAN 21 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

