EDWARD J. TREDINNICK (#84033)
FOX ROTHSCHILD LLP
One Front Street, Suite 3200
San Francisco, California 94111
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@foxrothschild.com

Attorneys for Creditor,
City and County of San Francisco

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors,<br><hr>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br><u>NOTICE OF NAME CHANGE OF FIRM</u> |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Greene Radovsky Maloney Share & Hennigh, LLP has merged with Fox Rothschild LLP and will operate under the Fox Rothschild LLP firm name. We request that service of all documents be addressed as follows:

///

///

| | |
|---|---|
| 1 | Edward J. Tredinnick, Esq. |
| 2 | FOX ROTHSCHILD LLP |
|   | One Front Street, Suite 3200 |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 981-1400 |
| 4 | Facsimile: (415) 777-4961 |
|   | E-mail: etredinnick@foxrothschild.com |

All notices and documents regarding this action should be sent to the above address.

DATED: January 22, 2021              FOX ROTHSCHILD LLP

                                      By:   /s/ Edward Tredinnick
                                          Edward J. Tredinnick
                                      Attorneys for Creditor,
                                      City and County of San Francisco

NOTICE OF NAME CHANGE OF FIRM
118722024.v1

FOX ROTHSCHILD LLP
ONE FRONT STREET
SUITE 3200
SAN FRANCISCO, CA
94111

2

Case: 19-30088    Doc# 9998    Filed: 01/22/21    Entered: 01/22/21 11:27:23    Page 2 of 3

| | |
|---|---|
| 1 | I, Violet Rajkumar, do declare and state as follows: |
| 2 | I am employed in San Francisco in the State of California. I am over the age of eighteen years |
| 3 | and not a party to this action. My business address is Fox Rothschild LLP, One Front Street, Suite |
| 4 | 3200, San Francisco, California 94111. |
| 5 | I certify that on January 22, 2021, I filed the attached document which was served to all parties |
| 6 | per the Court's ECF service list. |

### NOTICE OF NAME CHANGE OF FIRM

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 22nd day of January, 2021, at San Francisco, California.

                                        /s/ Violet Rajkumar
                                        Violet Rajkumar

FOX ROTHSCHILD LLP
ONE FRONT STREET
SUITE 3200
SAN FRANCISCO, CA
94111

NOTICE OF NAME CHANGE OF FIRM
118722024.v1

3