# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| **PG&E CORPORATION,** | No. 19-30088 (DM) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | Chapter 11 |
| **COMPANY,** | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 14, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. On January 14, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on John Wrynn, 195 Wood Pond Road, South Windsor, CT, 06074:

- Order Disallowing and Expunging Claim No. 8681 (John Wrynn) to Reorganized Debtors' Seventh Omnibus Objection to Claims (Satisfied Claims) [Docket No. 9968]

4. On January 14, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Paul and Tamara Attard, 296 Camino Sobrante, Orinda, CA, 94563:

- Order Disallowing and Expunging Claim No. 86968 (Paul and Tamara Attard) to Reorganized Debtors' Forty-Eighth Omnibus Objection to Claims (Untimely Customer No Liability Claims) [Docket No. 9969]

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 20th day of January 2021, at New York, NY.

/s/ Sonia Akter
Sonia Akter

**Exhibit A**

# Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|
| John H Wrynn | 195 Wood Pond Rd | South Windsor | CT | 06074-1560 |
| Stephen B. Pree | 3301 Buchanan Rd., #40 | Antioch | CA | 94509-4362 |

**Exhibit B**

SRF 50077

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

# NOTICE OF FILING OF TRANSCRIPT
# AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on January 12, 2021 10:00 AM was filed on January 13, 2021. The following deadlines apply:

The parties have until Wednesday, January 20, 2021 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, February 3, 2021.

If a request for redaction is filed, the redacted transcript is due Tuesday, February 16, 2021.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, April 13, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 1/19/21                 For the Court:

                                           Edward J. Emmons
                                           Clerk of Court
                                           United States Bankruptcy Court