**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax: (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for* SANTA CLARA VALLEY TRANSPORTATION AUTHORITY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Reorganized Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case Nos.: 19-30088-DM<br>　　　　　　 19-30089-DM<br>Chapter 11<br><br>(Lead Case Only - Jointly Administered<br><br>**STATEMENT OF NON-OPPOSITION AND RESERVATION OF RIGHTS RE: DEBTOR'S FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASS THROUGH EGI CLAIMS)**<br><br>**CLAIM NO. 79091 – SANTA CLARA VALLEY TRANSPORTATION AUTHORITY** |

**SANTA CLARA VALLEY TRANSPORTATION AUTHORITY** ("VTA") submits this Statement of Non-Opposition and Reservation of Rights in response to the Reorganized Debtors' Fifty-Second Omnibus Objection to Claims [Doc# 9891] ("52nd Omnibus Objection"), and submits as follows:

VTA does not object to disallowance of Claim #79091 under the Electric Generation Interconnection ("EGI") program, on the basis of the Reorganized Debtors' representation in the 52nd Omnibus Objection that "the Reorganized Debtors have determined that the No Liability / Passthrough EGI Claims either have been cured as part of executory contract assumption process

Page - 1

Statement of Non-Opposition and Reservation of Rights Re: Debtor's Fifty-Second Omnibus Objection to Claims (No Liability / Pass Through EGI Claims)

Case: 19-30088    Doc# 10005    Filed: 01/25/21    Entered: 01/25/21 06:55:17    Page 1 of 3

under the Plan or have yet to come due and will be paid in the ordinary course." The VTA otherwise reserves all rights and remedies regarding their participation in the EGI program.

Dated: January 25, 2021

*/s/ Wayne A. Silver*
Wayne A. Silver, attorney for SANTA CLARA VALLEY TRANSPORTATION AUTHORITY

Page - 2

Statement of Non-Opposition and Reservation of Rights Re: Debtor's Fifty-Second Omnibus Objection to Claims (No Liability / Pass Through EGI Claims)

# CERTIFICATE OF SERVICE

I, Wayne A. Silver, the undersigned, hereby declare:

I am the attorney for the SANTA CLARA VALLEY TRANSPORTATION AUTHORITY, with offices at 643 Bair Island Road, Suite 403, Redwood City, CA 94063. On January 25, 2021, I caused to be served true and correct copies of the foregoing document by electronic filing said document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 25, 2021 at Henderson, Nevada.

/s/ *Wayne A. Silver*
Wayne A. Silver

Page - 3

Statement of Non-Opposition and Reservation of Rights Re: Debtor's Fifty-Second Omnibus Objection to Claims (No Liability / Pass Through EGI Claims)

Case: 19-30088    Doc# 10005    Filed: 01/25/21    Entered: 01/25/21 06:55:17    Page 3 of 3