WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).*

Case Nos. 19-30088 (DM) (Lead Case)
(Jointly Administered)

**REPLY IN RESPONSE TO SECURITIES LEAD PLAINTIFF'S OBJECTION TO REORGANIZED DEBTORS' REVISED PROPOSED ORDER APPROVING THE SECURITIES CLAIM PROCEDURES**

**Related Docket No.:** 8964, 9931, 9982

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or "**Reorganized Debtors**," as applicable) in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), submit this Reply in response to the revisions (the "**Proposed Revisions**") proposed by Public Employees Retirement Association of New Mexico ("**PERA**") in *Securities Lead Plaintiff's Objection to Reorganized Debtors' Revised Proposed Order Approving the Securities Claims Procedures* [Dkt. No. 9982] (the "**Objection**").

Pursuant to the Court's docket order dated January 18, 2021, the Reorganized Debtors and PERA have met and conferred on the Proposed Revisions, and the parties have reached agreement on revisions to the proposed order that resolve all of the matters raised in the Objection.

Attached hereto as **Exhibit 1** is a revised proposed order granting the Motion (including all exhibits and annexes thereto, the "**Revised Proposed Order**"), which includes the Securities Claims Information Procedures as **Exhibit A-1**, the Trading Information Request Form as **Annex 1**, the Securities ADR Procedures as **Exhibit A-2**, the Abbreviated Mediation Notice as **Annex 2**, the Standard Mediation Notice as **Annex 3**, and the Securities Omnibus Objection Procedures as **Exhibit A-3**. The Revised Proposed Order reflects the changes to which the Reorganized Debtors and PERA have agreed to resolve the issues raised in the Objection, and also reflects the changes noted in the Court's docket order.

Attached hereto as **Exhibit 2** is a redline comparison of the Revised Proposed Order against the revised proposed order filed on January 4, 2021 in the *Notice of Submission of Revised Proposed Order Approving Securities Claims Procedures* [Dkt. No. 9931].

Attached hereto as **Exhibit 3** is a chart showing the parties' agreed resolutions to PERA's Proposed Revisions.

Dated: January 25, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: */s/ Richard W. Slack*
 Richard W. Slack

*Attorneys for the Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119