```
 1  KELLER BENVENUTTI KIM LLP
    Tobias S. Keller (#151445)
 2  (tkeller@kbkllp.com)
    Peter J. Benvenutti (#60566)
 3  (pbenvenutti@kbkllp.com)
    Jane Kim (#298192)
 4  (jkim@kbkllp.com)
    650 California Street, Suite 1900
 5  San Francisco, CA 94108
    Tel: 415 496 6723
 6  Fax: 650 636 9251
 7
    *Attorneys for Debtors and Reorganized Debtors*
 8
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESOLUTION OF OMNIBUS OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS** |
| Debtors. | [Re: Dkt. Nos. 9070, 9076, 9275, 9441, 9888, and 9906] |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Resolving Objections Set for Hearing January 27, 2021 and February 9, 2021 at 10:00 a.m. (Pacific Time)** |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

## REPORT ON RESOLUTION OF CERTAIN CLAIMS

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the resolution of the *Reorganized Debtors' Fourteenth Omnibus Objection to Claims (Books and Records Claims)* [Dkt. No. 9070] (the "**Fourteenth Omnibus Objection**"); the *Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9076] (the "**Sixteenth Omnibus Objection**"); the *Reorganized Debtors' Twenty-Second Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9275] (the "**Twenty-Second Omnibus Objection**"); the *Reorganized Debtors' Thirty-Third Omnibus Objection to Claims (Customer No Liability Claims)* [Dkt. No. 9441] (the "**Thirty-Third Omnibus Objection**"); the *Reorganized Debtors' Fifty-First Omnibus Objection to Claims (Books and Records Claims)* [Dkt. No. 9888] (the "**Fifty-First Omnibus Objection**"); and the *Reorganized Debtors' Fifty-Sixth Omnibus Objection to Claims (ADR No Liability Claims)* [Dkt. No. 9906] (the "**Fifty-Sixth Omnibus Objection**").

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Fourteenth Omnibus Objection** | | | |
| Informal | Nusura Inc. | 92185288 | The Fourteenth Omnibus Objection is been WITHDRAWN with respect to this Claim. |
| **Sixteenth Omnibus Objection** | | | |
| Informal | Fair Harbor Capital LLC as transferee Josephine Lucero | 92178451 | The Sixteenth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Twenty-Second Omnibus Objection** | | | |
| 9932 | Panoramic Investments | 1932 | The Twenty-Second Omnibus Objection was WITHDRAWN with respect to this Claim by Docket No. 9945. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Thirty-Third Omnibus Objection** | | | |
| Informal | First Baptist Church of Windsor | 3512 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Thirty-Third Omnibus Objection. |
| **Fifty-First Omnibus Objection** | | | |
| Informal | Sencha Funding LLC | 70769 | The Fifty-First Omnibus Objection was WITHDRAWN with respect to this Claim by Docket No. 9963. |
| **Fifty-Sixth Omnibus Objection** | | | |
| Informal | Antoinette Brewer | 79797 | The Fifty-Sixth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | David Mitchell | 2306 | The Fifty-Sixth Omnibus Objection is WITHDRAWN with respect to this Claim. |

## DECLARATION REGARDING RESOLUTION OF CLAIMS

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. The foregoing resolution of certain Claims is true and correct to the best of my knowledge, information, and belief.

3. This declaration was executed in San Francisco, California.

Dated: January 25, 2021     **KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
        Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*