1  **HEFNER, STARK & MAROIS, LLP**
   Howard S. Nevins (CA BAR ASSN NO. 119366)
2  Aaron A. Avery (CA BAR ASSN NO. 245448 )
   2150 River Plaza Drive, Suite 450
3  Sacramento, CA 95833-4136
   Telephone: (916) 925-6620
4  Fax No: (916) 925-1127
   Email: hnevins@hsmlaw.com
5
   Attorneys for Creditor
6  Eagle Ridge Preserve LLC

7
                    **UNITED STATES BANKRUPTCY COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9                        **(San Francisco Division)**

10 In re                                    | Case No. 19-30088 DM (Lead Case)

11 PG&E CORPORATION                          | Chapter 11

12        and                                | (Jointly Administered with
                                               Case No. 19-30089 DM)
13 PACIFIC GAS AND ELECTRIC
   COMPANY,                                  | **EXHIBITS COVER SHEET IN SUPPORT
14                                             OF EAGLE RIDGE PRESERVE LLC'S
                                               OPPOSITION TO REORGANIZED
15        Debtor,                             DEBTORS' FIFTY-FIRST OMNIBUS
                                               OBJECTION TO CLAIMS (BOOKS AND
16                                             RECORDS CLAIMS)**

17 ☐   Affects PG&E Corporation             | **Response Deadline:
   ☐   Affects Pacific Gas and Electric       January 26, 2021, 4:00 p.m. (PT)**
18       Company
   ☒   Affects both Debtors                   Hearing Information If Timely Response
19                                             Made:

20 *  All papers shall be filed in the Lead Case  Date:  February 9, 2021
   No. 19-30088 DM.                          | Time:  10:00 a.m. (Pacific Time)
21                                             Place: (Telephonic Appearances Only)
                                                      United States Bankruptcy Court
22                                                    Courtroom 17, 16th Floor
                                                      San Francisco, CA 94102
23

24 Exhibit "A" -  Emails related to the damage to and repair project
                  on the Preserve .................................................................... Pages 2 - 108
25 Exhibit "B" -  ERP's Proof of Claim ............................................................ Page 109 - 134

26 Dated:  January 25, 2021                   HEFNER, STARK & MAROIS, LLP

27                                      By    *Howard S. Nevins*

28                                            Howard S. Nevins, Attorneys for EAGLE
                                              RIDGE PRESERVE LLC, Creditor

## Jeff Olberding

| | |
|---|---|
| **From:** | Mark Dawson <mdawson@waterholeland.com> |
| **Sent:** | Wednesday, October 22, 2014 11:23 AM |
| **To:** | Jeff Olberding |
| **Subject:** | FW: PG&E easements |

Do you know what the name of the PG&E substation is at ERP?

Thanks.

Mark Dawson
**Water Hole Land Company**
3170 Crow Canyon Place, Suite 260
San Ramon, CA 94583
(925) 202-9277
(925) 866-2126 fax
mdawson@waterholeland.com
http://waterholeland.com

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. Thank you.*

**From:** Knight, Elizabeth [mailto:EAK7@pge.com]
**Sent:** Thursday, October 09, 2014 2:47 PM
**To:** Mark Dawson (mdawson@waterholeland.com)
**Subject:** FW: PG&E easements

Mark,

See the emails below, did you contact the 800 # with the name of the substation?

**From:** Gutierrez Jr., Sam
**Sent:** Thursday, October 09, 2014 2:45 PM
**To:** Knight, Elizabeth
**Subject:** RE: PG&E easements

Get the name of the substation, it should be on the main gate, and your address and call 1-800-PGE-5000
Someone will get back to you.

**From:** Knight, Elizabeth
**Sent:** Thursday, October 09, 2014 2:39 PM
**To:** Gutierrez Jr., Sam
**Subject:** RE: PG&E easements

Mark is the property owner. This is the deal. There is a PG&E easement going through Mark's property. There is a road that goes to the top of the hill to a PG&E transformer station which is owned and maintained by PG&E. There are some issues that need to be addressed. Do you know what department to contact?

**EXHIBIT "A"**

Case: 19-30088    Doc# 10012-2    Filed: 01/25/21    Entered: 01/25/21 10:24:43    Page 2 of 133

**From:** Gutierrez Jr., Sam
**Sent:** Thursday, October 09, 2014 2:35 PM
**To:** Knight, Elizabeth
**Subject:** RE: PG&E easements

Ask Jon Menzes he sometimes gets me names of property owners?

---

**From:** Knight, Elizabeth
**Sent:** Thursday, October 09, 2014 1:26 PM
**To:** Gutierrez Jr., Sam
**Subject:** PG&E easements

Hi Sam,

Help, do you know who to contact about our PG&E easements?

Elizabeth A. Knight
Emergency Preparedness Support
6121 Bollinger Canyon Road, Room 4630D
San Ramon, CA 94583
925-328-5927

---

PG&E is committed to protecting our customers' privacy.
To learn more, please visit http://www.pge.com/about/company/privacy/customer/

**Jeff Olberding**

| | |
|---|---|
| **From:** | Mark Dawson <mdawson@waterholeland.com> |
| **Sent:** | Tuesday, January 6, 2015 9:34 AM |
| **To:** | Chad Aakre; Jeff Olberding |
| **Subject:** | PG&E erosion |

FYI - I spoke to Oscar Devaro (925-525-4733) at PG&E yesterday as a follow up to his inspection of the erosion occurring on the downhill side of their access road going up the hill on ERP. He visited the site 10/22/14 and I had not heard anything from PG&E. He is going to find out what happened and hopefully get me a contact within the electrical transmission department to get resolution to our state and federally regulated wetlands filling with sediment.

Thanks.

Mark Dawson
**Water Hole Land Company**
3170 Crow Canyon Place, Suite 260
San Ramon, CA 94583
(925) 202-9277
(925) 866-2126 fax
mdawson@waterholeland.com
http://waterholeland.com

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message. Thank you.*

# EAGLE RIDGE PRESERVE

c/o Mr. Boris Gankin
North Dublin Transition Station Supervisor
Pacific Gas & Electric
731 Schwerin Street
Daly City, CA 94014

January 28, 2015

To Whom It May Concern,

RE: PG&E Access Road to North Dublin Transition Station, Livermore, CA

At Mr. Gankin's request this letter is being provided, care of Mr. Gankin, to the PG&E member of staff responsible for PG&E facilities access road maintenance, within a PG&E right-of-way easement traversing the property, located at 8800 Manning Road, Livermore, California 94551, in an unincorporated area of Alameda County, (APN 903-0002-003).

Eagle Ridge Preserve, LLC, is the fee title owner of the above referenced property known as "Eagle Ridge Preserve" ("Property"). The Property is a preserve for special status endangered species, which include California red-legged frog, California tiger salamander, and San Joaquin kit fox, as well as western burrowing owl, a species of concern. A conservation easement was recorded on the Property August 16, 2011, approved by the US Fish & Wildlife Service ("USFWS"), US Army Corps of Engineers ("USACE"), California Department of Fish & Wildlife ("CDFW"), and the State Regional Water Quality Control Board ("RWQCB"), (collectively, "Resource Agencies"). The conservation easement was recorded to offset development project impacts to these endangered species, wetlands, and other waters of the US. Mitigation work on the Property over the past several years includes restored creeks and created seasonal wetlands.

PG&E owns easements traversing the Property for underground high voltage electric transmission lines, the North Dublin Transition Station ("NDTS"), and an access road to the NDTS from Manning Road. When the transmission lines were undergrounded and the NDTS constructed at the top of the hill, in the northwest corner of the Property, a paved access road was constructed by PG&E, to gain access up the hill to the NDTS. The construction of this road included three culvert crossings under the road to transfer stormwater runoff from the uphill side of the road to the downhill side of the road. Stormwater runoff being diverted by these culverts has caused and continues to cause significant erosion of soils on the downhill side of the PG&E access road in endangered species habitat and deposition of sediment in seasonal wetlands and other waters of the United States on the Property, regulated by state and federal Resource Agencies, in violation of the conservation easement.

We have brought this to the attention of PG&E several times since February of 2014 and even had PG&E representatives on site to inspect the damage, but have yet to have any formal response and resolution to the issue.

3170 Crow Canyon Place, Suite 260 · San Ramon, CA 94583 · Office: (925) 202-9277
mdawson@waterholeland.com

We feel this is fully the responsibility of PG&E, and PG&E needs to rectify the cause of the erosion and fill of sediment at PG&E's expense, which will likely require a Biological Opinion and Incidental Take Permit, since this has occurred in state and federal listed endangered species habitat, USFWS designated critical habitat, and jurisdictional wetlands and waters of the US.

Please contact me at mdawson@waterholeland.com or by phone at (925) 202-9277 as soon as possible.

Sincerely,
EAGLE RIDGE PRESERVE, LLC


Mark Dawson
Managing Member

**Jeff Olberding**

| | |
|---|---|
| **From:** | Faghihi, Azadeh <A1Fk@pge.com> |
| **Sent:** | Monday, February 23, 2015 2:17 PM |
| **To:** | Chad Aakre; Jeff Olberding |
| **Cc:** | Edwards, Doug |
| **Subject:** | FW: North Dublin UG |
| **Attachments:** | MeetingLocation.kml |

Hi Chad,

I sent you the meeting invite twice (once to the wrong address) and here is the location to meet on next week March 5th at 9:00 am .

Thanks!


*Azadeh Faghihi*
*Terrestrial Biologist*
*Pacific Gas & Electric Company*
*3401 Crow Canyon Rd., San Ramon, CA 94583*
*Office: (925)415-6890*
*Cell: (925) 719-2751*


**From:** OBrien, Kevin B
**Sent:** Monday, February 23, 2015 11:11 AM
**To:** Edwards, Doug; Faghihi, Azadeh
**Subject:** North Dublin UG

Uploaded a .kmz of the access road for North Dublin UG project; also attached for quicker reference.

On the 5th lets meet at the gate where the road turns off – attached .kml of meeting location.

Case: 19-30088   Doc# 10012-2   Filed: 01/25/21   Entered: 01/25/21 16:24:43   Page 10 of 133



Regards,

**Kevin O'Brien**
*Land Consultant*
Natural Resource Management
Environmental-Land Management
1455 East Shaw Avenue | Fresno, CA 93710
● Office (559) 263-5966
● Cell (559) 341-4413
● Fax (559) 263-5262

PG&E is committed to protecting our customers' privacy.
To learn more, please visit http://www.pge.com/about/company/privacy/customer/

**Jeff Olberding**

| | |
|---|---|
| **From:** | Hitchcock, Erin <Erin.Hitchcock@icfi.com> |
| **Sent:** | Tuesday, May 5, 2015 11:30 AM |
| **To:** | Jeff Olberding |
| **Subject:** | Eagle Ridge Preserve Repair Work for PG&E |

Hi Jeff,

Thanks for talking with me about Eagle Ridge Preserve. Based on our conversation please provide a scope of work and cost estimate for preparation of the 404/401 permit package and agency coordination. I will prepare an overall work proposal document for submittal to PG&E and will plan to paste your information (once received) into my document. I will assume that ICF will handle all on-the-ground survey work to support preparation of the biological assessment and jurisdictional delineation report and prepare a section 106 report for the 404/401 application package. If I missed anything please let me know. I'd like to submit a proposal to PG&E early next week so please provide your information by COB Friday. I will also need to work with my contract dept. to draw up a sub consultant agreement for this work so please respond to this email with all your contact information including business address so I can get that process going.

Thank you.

**Erin Hitchcock** | Project Manager/Senior Wildlife Biologist | 916-231-9556 (o) | 916-501-6281 (m) | erin.hitchcock@icfi.com | icfi.com

**ICF INTERNATIONAL** | 630 K Street, Suite 400, Sacramento, CA 95814 | 916-737-3000 (o) | 916-737-3030 (f)

**Jeff Olberding**

---

| | |
|---|---|
| **From:** | Hitchcock, Erin <Erin.Hitchcock@icfi.com> |
| **Sent:** | Wednesday, May 6, 2015 2:06 PM |
| **To:** | Jeff Olberding |
| **Cc:** | Faghihi, Azadeh (A1Fk@pge.com) |
| **Subject:** | Eagle Ridge Preserve Repair Work for PG&E |

Hi Jeff,

PG&E biologist Azadeh Faghihi (cc'd above) will be providing oversight for the work that we discussed yesterday. We would like to have a brief discussion with you so that we can get more information about the repair work needed and the permitting strategy you are proposing. You had mentioned a possible streamlined approach to the permitting strategy which we would like to talk about. Are you available Monday (5/11) 10:30-11:30 for a call?

**Erin Hitchcock** | Project Manager/Senior Wildlife Biologist | 916-231-9556 (o) | 916-501-6281 (m) | erin.hitchcock@icfi.com | icfi.com

**ICF INTERNATIONAL** | 630 K Street, Suite 400, Sacramento, CA 95814 | 916-737-3000 (o) | 916-737-3030 (f)

**North Dublin Underground/Eagle Ridge: Access road rebuild**

The current road is an asphalt road build on subgrade that appears to have a high concentration of clay. The road has drainage problems; erosion; there are many cracks in the road surface; there are burrows throughout portions of the road prism.

 

Scope of work involves rebuilding the road to ensure long term function and safe use. Major tasks involved with road rebuild include boring to test soils to inform engineering; engineering design; road construction to include a combination of road surface pulverizing and grading and ripping of the subgrade according to engineering specifications to achieve required compaction and avoid future problems with clay swelling and etcetera. Road work will involve digging and moving of earth along the existing road alignment. In addition, road shoulders and roadside drainage areas will be worked. As such the work area consists of existing roadway plus 6+ feet on either side of road; to be defined by plan.

Equipment will consist of large trucks, trailers, excavators, loaders, bull dozers and other equipment required to complete the work. Final surface material (asphalt or rock or other) will be defined during design phase. If asphalt road surface is selected then paving equipment will be utilized.

Existing sinkholes will be collapsed and reshaped to match hillslope topography. Site will be worked and then reseeded with selected seed mix.

Work on the pond may consist of sediment dredging with possible reconfiguration of drainage features while equipment is on-site.

**Jeff Olberding**

| | |
|---|---|
| **From:** | Faghihi, Azadeh <A1Fk@pge.com> |
| **Sent:** | Wednesday, May 13, 2015 3:32 PM |
| **To:** | 'Hitchcock, Erin'; Jeff Olberding |
| **Subject:** | RE: Eagle Ridge Preserve Discussion |

Wan to just call me and then add jeff? Or I can give you my number ?

-----Original Appointment-----
**From:** Hitchcock, Erin [mailto:Erin.Hitchcock@icfi.com]
**Sent:** Tuesday, May 12, 2015 8:19 AM
**To:** Hitchcock, Erin; Faghihi, Azadeh; jeff@olberdingenv.com
**Subject:** Eagle Ridge Preserve Discussion
**When:** Wednesday, May 13, 2015 3:30 PM-4:30 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** Conference Call

The following new time has been proposed.

Please use the below call number and passcode:
Toll-free number: 1-877-423-6338
Participant passcode: 942374

PG&E is committed to protecting our customers' privacy.
To learn more, please visit http://www.pge.com/about/company/privacy/customer/

# Jeff Olberding

| | |
|---|---|
| **From:** | Hitchcock, Erin <Erin.Hitchcock@icfi.com> |
| **Sent:** | Friday, June 19, 2015 3:36 PM |
| **To:** | Jeff Olberding |
| **Subject:** | RE: Eagle Ridge Revised Scope and Budget |

Hi Jeff,

PG&E approved the proposal and provided ICF with a contract. I will need to get an agreement together between you and ICF to formalize the work approval but it will take a couple weeks for the agreement to be sent to you from our contracts dept. in the meantime, this email should serve as your notice to proceed with the work though we will want to talk to PG&E before moving forward with any of the tasks. I hope to set up a call next week between the PG&E team, you, and ICF. Your full budget was approved by PG&E but PG&E had asked that I include the LSAA work as an optional task that would only be carried out if requested by PG&E. If you have any questions/concerns just let me know.

**Erin Hitchcock** | Project Manager/Senior Wildlife Biologist | 916-231-9556 (o) | 916-501-6281 (m) | erin.hitchcock@icfi.com | icfi.com

**ICF INTERNATIONAL** | 630 K Street, Suite 400, Sacramento, CA 95814 | 916-737-3000 (o) | 916-737-3030 (f)

---

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Friday, June 12, 2015 9:03 AM
**To:** Hitchcock, Erin
**Subject:** RE: Eagle Ridge Revised Scope and Budget

Ok thanks.

---

**From:** Hitchcock, Erin [mailto:Erin.Hitchcock@icfi.com]
**Sent:** Friday, June 12, 2015 9:03 AM
**To:** Jeff Olberding
**Subject:** RE: Eagle Ridge Revised Scope and Budget

I heard yesterday that they should have a contract to me very soon, sounded like next week.

---

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Friday, June 12, 2015 6:28 AM
**To:** Hitchcock, Erin
**Subject:** RE: Eagle Ridge Revised Scope and Budget

Erin,

Anything yet? Really need to move on our submittal to the agencies to get the work completed this year.

Jeff

---

**From:** Hitchcock, Erin [mailto:Erin.Hitchcock@icfi.com]
**Sent:** Monday, June 01, 2015 4:09 PM

1

**To:** Jeff Olberding
**Subject:** RE: Eagle Ridge Revised Scope and Budget

Hi Jeff,

I submitted the work proposal with costs to PG&E last week and am waiting on approval to move forward. I will let you know as soon as I hear something.

Erin

---

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Tuesday, May 26, 2015 7:41 AM
**To:** Hitchcock, Erin
**Subject:** RE: Eagle Ridge Revised Scope and Budget

The pond and wetland occur on a slight channel feature which was not subject to Corps jurisdiction when constructed but does capture runoff from the topography. Therefore, there is a possibility (slight) that CDFW would identify it as a jurisdictional feature.

---

**From:** Hitchcock, Erin [mailto:Erin.Hitchcock@icfi.com]
**Sent:** Tuesday, May 26, 2015 7:34 AM
**To:** Jeff Olberding
**Subject:** RE: Eagle Ridge Revised Scope and Budget

Thanks Jeff. For Task 5 can you let me know why a 1603 might be required? I need to include a reason why or else PG&E will likely ask me to remove the task altogether.

---

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Tuesday, May 26, 2015 7:28 AM
**To:** Hitchcock, Erin
**Subject:** Eagle Ridge Revised Scope and Budget

Erin,

Attached is the revised scope and budget for Eagle Ridge.

Jeff Olberding

_____
**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fax

**Jeff Olberding**

| | |
|---|---|
| **From:** | Poopatanapong, Amy <Amy.Poopatanapong@icfi.com> |
| **Sent:** | Tuesday, June 30, 2015 1:12 PM |
| **To:** | Jeff Olberding |
| **Cc:** | Hitchcock, Erin; Faghihi, Azadeh |
| **Subject:** | Eagle Ridge Preserve PG&E Repair Work |

Hello Jeff,

I am the ICF biologist that will be assisting Erin Hitchcock and leading the biology work for PG&E's Eagle Ridge Preserve Repair Work. I will need to obtain any species documents and/or reports for the preserve that can be used to provide information for the BA. I would appreciate it if you could forward me any of these materials. Also if have any cultural survey or documents for the project site, I would like to get a copy of those as well.

Thank you and I look forward to working with you on this effort.

**Amy Poopatanapong** | Wildlife Biologist | 916-231-7678 (o) | 310-213-8476 (m)| Amy.Poopatanapong@icfi.com | icfi.com
**ICF INTERNATIONAL** | 630 K Street, Suite 400, Sacramento, CA 95814 | 916-737-3000 (o) | 916-737-3030 (f)

## Jeff Olberding

| | |
|---|---|
| **From:** | Hitchcock, Erin <Erin.Hitchcock@icfi.com> |
| **Sent:** | Thursday, July 9, 2015 8:14 AM |
| **To:** | Jeff Olberding |
| **Subject:** | RE: Eagle Ridge Contract |

Jeff,

The agreement should be sent to you by COB tomorrow. ICF will prepare the figures but he project description and construction drawing (if they do one) needs to come from PG&E. I saw the basic figure that was prepared by Kevin and I told Kevin and Doug that we need a project description with all the work specifics. I will remind PG&E that we need this asap. Were you able to send Amy the background documents that she had asked for? That would help us to start pulling together some information for the BA. Assuming that we get the information we need this week or next I'd like the ICF biologists (for the BA and delineation) to do the fieldwork the week of 7/20. Assuming you would like to be there too, can you
tell me what days you are available?

Thanks.

**Erin Hitchcock** | Project Manager/Senior Wildlife Biologist | 916-231-9556 (o) | 916-501-6281 (m) | erin.hitchcock@icfi.com | icfi.com

**ICF INTERNATIONAL** | 630 K Street, Suite 400, Sacramento, CA 95814 | 916-737-3000 (o) | 916-737-3030 (f)

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Thursday, July 09, 2015 7:50 AM
**To:** Hitchcock, Erin
**Subject:** Eagle Ridge Contract

Erin,

Do you have an agreement pulled together yet? Who is preparing the exhibits for the project? I need to know what the project consists of. Is it the backfill of the erosion areas, replacement of culverts, relocation of culvert, addition of rock riprap, resurfacing of the road any grading? This information will need to be identified in a project description and then have a drawing or two for reference. At this point our schedule is getting to the point where we may not be able to implement the fix this year.

Jeff Olberding
_____
**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fax

1

**From:** Jeff Olberding
**Sent:** Saturday, June 20, 2015 8:39 PM
**To:** 'Hitchcock, Erin'
**Subject:** RE: Eagle Ridge Revised Scope and Budget

OK. Thanks.

**From:** Hitchcock, Erin [mailto:Erin.Hitchcock@icfi.com]
**Sent:** Friday, June 19, 2015 3:36 PM
**To:** Jeff Olberding
**Subject:** RE: Eagle Ridge Revised Scope and Budget

Hi Jeff,

PG&E approved the proposal and provided ICF with a contract. I will need to get an agreement together between you and ICF to formalize the work approval but it will take a couple weeks for the agreement to be sent to you from our contracts dept. in the meantime, this email should serve as your notice to proceed with the work though we will want to talk to PG&E before moving forward with any of the tasks. I hope to set up a call next week between the PG&E team, you, and ICF. Your full budget was approved by PG&E but PG&E had asked that I include the LSAA work as an optional task that would only be carried out if requested by PG&E. If you have any questions/concerns just let me know.

**Erin Hitchcock** | Project Manager/Senior Wildlife Biologist | 916-231-9556 (o) | 916-501-6281 (m) | erin.hitchcock@icfi.com | icfi.com

**ICF INTERNATIONAL** | 630 K Street, Suite 400, Sacramento, CA 95814 | 916-737-3000 (o) | 916-737-3030 (f)

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Friday, June 12, 2015 9:03 AM
**To:** Hitchcock, Erin
**Subject:** RE: Eagle Ridge Revised Scope and Budget

Ok thanks.

**From:** Hitchcock, Erin [mailto:Erin.Hitchcock@icfi.com]
**Sent:** Friday, June 12, 2015 9:03 AM
**To:** Jeff Olberding
**Subject:** RE: Eagle Ridge Revised Scope and Budget

I heard yesterday that they should have a contract to me very soon, sounded like next week.

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Friday, June 12, 2015 6:28 AM
**To:** Hitchcock, Erin
**Subject:** RE: Eagle Ridge Revised Scope and Budget

Erin,

Anything yet?  Really need to move on our submittal to the agencies to get the work completed this year.

Jeff

2

**From:** Hitchcock, Erin [mailto:Erin.Hitchcock@icfi.com]
**Sent:** Monday, June 01, 2015 4:09 PM
**To:** Jeff Olberding
**Subject:** RE: Eagle Ridge Revised Scope and Budget

Hi Jeff,

I submitted the work proposal with costs to PG&E last week and am waiting on approval to move forward. I will let you know as soon as I hear something.

Erin

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Tuesday, May 26, 2015 7:41 AM
**To:** Hitchcock, Erin
**Subject:** RE: Eagle Ridge Revised Scope and Budget

The pond and wetland occur on a slight channel feature which was not subject to Corps jurisdiction when constructed but does capture runoff from the topography. Therefore, there is a possibility (slight) that CDFW would identify it as a jurisdictional feature.

**From:** Hitchcock, Erin [mailto:Erin.Hitchcock@icfi.com]
**Sent:** Tuesday, May 26, 2015 7:34 AM
**To:** Jeff Olberding
**Subject:** RE: Eagle Ridge Revised Scope and Budget

Thanks Jeff. For Task 5 can you let me know why a 1603 might be required? I need to include a reason why or else PG&E will likely ask me to remove the task altogether.

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Tuesday, May 26, 2015 7:28 AM
**To:** Hitchcock, Erin
**Subject:** Eagle Ridge Revised Scope and Budget

Erin,

Attached is the revised scope and budget for Eagle Ridge.

Jeff Olberding

_____
**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fax

# Jeff Olberding

| | |
|---|---|
| **From:** | Hitchcock, Erin <Erin.Hitchcock@icfi.com> |
| **Sent:** | Wednesday, July 15, 2015 10:55 AM |
| **To:** | Jeff Olberding |
| **Subject:** | FW: North Dublin - overview map; Scope |
| **Attachments:** | Eagle_Ridge_OverviewMap_revision1.pdf; NDublin_Project_Description_20150714.docx |

Can you send me your questions/comments on what Kevin provided (see attached)?

**From:** OBrien, Kevin B [mailto:KBO2@pge.com]
**Sent:** Tuesday, July 14, 2015 12:10 PM
**To:** Hitchcock, Erin; Faghihi, Azadeh
**Subject:** RE: North Dublin - overview map; Scope

Please find attached revision 1 map showing revised staging area location, with potential to use old house site. Work on ponds consists of minor sediment removal, with potential to reshape drainage between ponds.

Also attached a very remedial description of scope of work. Basically there will be major work to a significant depth along the road and road side; there will be major work at sink hole locations to collapse and rebuild the hillslope; we will dredge minor sediment deposition from pond and possibly reshape the drainage outlet of the pond if it would benefit the site.

We can define clearing limits and work areas in a specified plan. For the sake of discussion plan on roadway plus roadside disturbance to 6+ feet (likely 6-10').

If this project description is too lame just let me know and I can flesh it out more. If it is sufficient to let the agencies know that we are going to do major work at the site then we will go with it for now.

Thanks,

**Kevin O'Brien**
*Land Consultant*
Natural Resource Management
Environmental-Land Management
1455 East Shaw Avenue | Fresno, CA 93710
- Office (559) 263-5966
- Cell (559) 341-4413
- Fax (559) 263-5262

**From:** OBrien, Kevin B
**Sent:** Thursday, July 09, 2015 2:59 PM
**To:** Hitchcock, Erin
**Cc:** Faghihi, Azadeh; Edwards, Doug
**Subject:** Re: North Dublin - overview map

Got it, thanks. Will make edits, and also provide description of scope of work...

- iPhone response -
Kevin O'Brien

PG&E Land Management
1455 E. Shaw Avenue
Fresno, CA 93710
(559) 341-4413


On Jul 9, 2015, at 2:06 PM, Hitchcock, Erin <Erin.Hitchcock@icfi.com> wrote:

Jeff's comments on the map are as follows.

"I would suggest moving the staging area to the location where the old house was removed or to the gravel under the eucalyptus trees. This area has historically been impacted were the houses were demoed. The other areas would likely result in temporary impacts that CDFW is sure to require mitigation for."

**From:** OBrien, Kevin B [mailto:KBO2@pge.com]
**Sent:** Friday, July 03, 2015 1:49 PM
**To:** Edwards, Doug; Faghihi, Azadeh; Hitchcock, Erin
**Subject:** North Dublin - overview map

Here is a quick overview map for Eagle Ridge, 11x17. Let me know if you would like to see any edits. We can send to Jeff and on to CADFW to use this on field visit.

Thanks,

**Kevin O'Brien**
*Land Consultant*
Natural Resource Management
Environmental-Land Management
1455 East Shaw Avenue | Fresno, CA 93710
• Office (559) 263-5966
• Cell (559) 341-4413
• Fax (559) 263-5262

PG&E is committed to protecting our customers' privacy.
To learn more, please visit http://www.pge.com/about/company/privacy/customer/

**Jeff Olberding**

| | |
|---|---|
| **From:** | Poopatanapong, Amy <Amy.Poopatanapong@icfi.com> |
| **Sent:** | Monday, October 5, 2015 9:05 AM |
| **To:** | Jeff Olberding |
| **Cc:** | Hitchcock, Erin |
| **Subject:** | PG&E Eagle Ridge Preserve questions |

Good morning Jeff,

I am wrapping up a working draft of the PG&E Eagle Ridge Preserve BA and have a few questions for you. Would you please provide answers to the following? Thank you in advance. I hope to have a draft for your review soon.

- Has focused listed branchiopod surveys (for the presence of Conservancy fairy shrimp and vernal pool fairy shrimp) been conducted within the Preserve? When was it conducted?
- What species of riparian trees have been planted along the West Branch of Cayetano Creek as part of the restoration effort?
- How long do the seasonal ponds hold water? Do they hold water for up to 4 months?
- In what month do the seasonal ponds dry up?
- What is the approximate depth of the seasonal ponds?
- A stock pond within the Preserve has been document as being suitable for CTS. How far is that stock pond from the Action Area?
- In 2010 Olberding Environmental Inc. observed CTS egg masses in the West Branch of Cayetano Creek. How far was that location from the Action Area?
- Have San Joaquin kit fox been documented in the Action Area or within the Preserve?
- When where the floristic surveys for large-flowered fiddleneck performed? Please provide month and year.
- Would you please provide information about any known management activities that may occur in the Action Area that is currently or will be carried out by the Preserve?

Thank you,
Amy

**Amy Poopatanapong** | Wildlife Biologist | 916-231-7678 (o) | 310-213-8476 (m)| Amy.Poopatanapong@icfi.com | icfi.com
**ICF INTERNATIONAL** | 630 K Street, Suite 400, Sacramento, CA 95814 | 916-737-3000 (o) | 916-737-3030 (f)

**Jeff Olberding**

| | |
|---|---|
| **From:** | Hitchcock, Erin <Erin.Hitchcock@icfi.com> |
| **Sent:** | Tuesday, November 10, 2015 12:04 PM |
| **To:** | Jeff Olberding |
| **Subject:** | RE: Eagle Ridge Rd Repair Permits |
| **Attachments:** | EagleRidge_BA_110915.docx; Fig1_Project Location.pdf; Fig2_Action Area_v3.pdf; Fig3_Project_Components_Eagle_Ridge.pdf; Fig4_Impacts_v2.pdf; AppendixA_USFWS_ResourcesList_Official_091415.pdf; AppendixB_RepresentativeSitePhotos.docx; AppendixB_RepresentativeSitePhotos.pdf |

Ok. Here are the BA files. One change that I will be making in the final draft is to re-map the old home site areas as ruderal rather than grassland. So keep in mind that some of the grassland acreage will go down. If you have suggested changes to the BA please use track and send the file back to me so I can merge it with PG&E's changes.

I'll send the WDR and 106 report in separate emails.

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Tuesday, November 10, 2015 11:44 AM
**To:** Hitchcock, Erin
**Subject:** RE: Eagle Ridge Rd Repair Permits

Erin,

Yes, please send them over so I can get started.

Thanks
Jeff

**From:** Hitchcock, Erin [mailto:Erin.Hitchcock@icfi.com]
**Sent:** Monday, November 09, 2015 5:15 PM
**To:** Jeff Olberding
**Subject:** Eagle Ridge Rd Repair Permits

Hi Jeff,

We have completed the section 106 report, the BA, and the WDR though are waiting on PG&E review. In the interest of time should I send you the drafts so that you can utilize the info needed for the permit applications? PG&E wants to make sure that we can submit all the permit apps and supporting docs for consultation next month. So, please let me know what I can do to help facilitate this happening. I am available to talk this week if you'd like to discuss.

**Erin Hitchcock** | Project Manager/Senior Wildlife Biologist | 916-231-9556 (o) | 916-501-6281 (m) | erin.hitchcock@icfi.com | icfi.com

**ICF INTERNATIONAL** | 630 K Street, Suite 400, Sacramento, CA 95814 | 916-737-3000 (o) | 916-737-3030 (f)

# Jeff Olberding

**From:** OBrien, Kevin B <KBO2@pge.com>
**Sent:** Thursday, January 28, 2016 8:19 AM
**To:** Jeff Olberding
**Cc:** Hitchcock, Erin (Erin.Hitchcock@icfi.com); Dean, Jamie
**Subject:** PGE - Eagle Ridge (N. Dublin UG)

Hi Jeff,

I had a good meeting with contractor yesterday to review plans. Engineer completed evaluation of the road, and completed evaluation of the collapse features 'sinkholes' slope.

Road evaluation resulted in recommendations that are consistent with our plan to work within the existing footprint — grind in place, install fabric, add base, resurface asphalt.

Slope repair for the sinkhole resulted in a recommendation to extend the cross drain pipe from the road to the bottom of the slope, near the pond. As such, we need to discuss the preferred plan for pipe discharge near pond. First, a bit of background regarding the recommendation and plan — geology of the Orinda formation (a.k.a. Green Valley and the Tassajara formation) consists of sandstone and claystone with deep clay beds, as I'm sure you are well aware having constructed the ponds. There is generally a high degree of montmorillonite, a high-swelling clay type. Given the hot summers and wet winters the site is prone to high degrees of shrinking-swelling, which has contributed to the high degree of cracking. There is a wide vein of claystone intersecting the road, in the area of the hillslope collapse features. More detailed investigation of the collapse areas including laboratory soil testing identified soils with a high expansion index (EI), with one sample having a very high EI value of 106. The soil is considered to be slack-prone and slightly dispersive. This characteristic combined with the existing cracks and expansive nature of the soils leads to the recommendation to prevent both contact and infiltration of surface drainage into natural slopes underlain by the slacking-susceptible claystone bedrock. To achieve this we could construct a lined (concrete) swale (NOT PREFERRED), or use a buried pipe to convey Stormwater to the base of the slope into an energy dissipation structure (PREFERRED ALTERNATIVE).

We will prepare a site plan that identifies a swath of disturbance from the sinkholes down to the pond. We have to disturb the sinkhole area to reconstruct this slope, so we can bury the pipe in the process, and we have to travel between the pond and sinkholes to transfer material back up-slope. During construction we will excavate a trench, lay the pipe, and then connect it with the cross drain structure at the road. We will have this site plan with associated area of disturbance by the end of the week.

We can discuss this general plan as needed, but more specifically we should discuss the plan for pipe outlet. We can submit the site plan 30-60% of final with a liberal estimate of potential disturbance, then finalize design for the specific outfall construction near the pond.

How does your schedule look today or tomorrow, or early next week for a call?

Best regards,

**Kevin O'Brien**
*Land Consultant*
Natural Resource Management
Environmental-Land Management

1

1455 East Shaw Avenue | Fresno, CA 93710
- Office (559) 263-5966
- Cell (559) 341-4413
- Fax (559) 263-5262

**Jeff Olberding**

| | |
|---|---|
| **From:** | Poopatanapong, Amy <Amy.Poopatanapong@icfi.com> |
| **Sent:** | Tuesday, June 7, 2016 9:10 AM |
| **To:** | Jeff Olberding |
| **Subject:** | RE: Eagle Ridge |

Hi Jeff,
That is correct. PG&E has all the documents for the project. It's been pretty quiet, but there are some small changes being made to the project description that the PG&E land planner is doing internally and they are discussing timeframe and strategy (i.e. mitigation options). The new PG&E land planner is doing majority of the changes to the documents.

Thanks for checking in.

**Amy Poopatanapong** | Project Manager/Wildlife Biologist | 916-231-7678 (o) | 310-213-8476
(m)| Amy.Poopatanapong@icfi.com | icfi.com
**ICF INTERNATIONAL** | 630 K Street, Suite 400, Sacramento, CA 95814 | 916-737-3000 (o) | 916-737-3030 (f)
**Out of Office June 11 – 19, 2016.**

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Tuesday, June 07, 2016 6:34 AM
**To:** Poopatanapong, Amy <Amy.Poopatanapong@icfi.com>
**Subject:** Eagle Ridge

Amy,

What is the status of this project? I believe all permits were submitted to PG&E in March.

Jeff

## Jeff Olberding

**From:** Hitchcock, Erin <Erin.Hitchcock@stantec.com>
**Sent:** Friday, July 1, 2016 11:09 AM
**To:** Jeff Olberding
**Cc:** Poopatanapong, Amy
**Subject:** FW: Meeting summary: 6/30/16 North Dublin UG/ Eagle Ridge Permitting/Mitigation

fyi

**From:** Rice, Erin [mailto:E1RJ@pge.com]
**Sent:** Friday, July 01, 2016 11:08 AM
**To:** Arakozie, Abdullah; Wilcox, Jon; Amy Poopatanapong (Amy.Poopatanapong@icfi.com); Hitchcock, Erin; Brad.Norton@icfi.com
**Cc:** OBrien, Kevin B
**Subject:** Meeting summary: 6/30/16 North Dublin UG/ Eagle Ridge Permitting/Mitigation

All,

Thanks for the good discussion yesterday. Here are the main points I wrote down:

- On site mitigation is not an option because all the property besides the road is already in a conservation easement.
- PG&E will apply for 2081 permit and work with CDFW on CEQA after the application, there is no existing CEQA document that would help us on this project.
- PG&E will apply for 401 and 404 permits. We can move forward if the Corps will consult with USFWS on the whole scope of the project needing Federal take coverage. If the Corps limits their analysis we will wait for the Bay Area HCP (expected early 2017)
- We don't need to make a specific mitigation proposal yet. I will state onsite mitigation isn't available and PG&E will either purchase offsite mitigation or work through the HCP when available.

Let me know if you want to add anything. If someone can forward to Jeff Olberding that would be great, I don't have his email.

Thanks,
Erin

Erin Rice
Land Planner
Pacific Gas and Electric Company
Environmental Management, Electric Transmission
2730 Gateway Oaks
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

# Jeff Olberding

| | |
|---|---|
| **From:** | Poopatanapong, Amy <Amy.Poopatanapong@icf.com> |
| **Sent:** | Monday, December 12, 2016 3:15 PM |
| **To:** | Jeff Olberding |
| **Subject:** | RE: Eagle Ridge Road Repair Project- Biological Assessment |

Jeff,

I've forwarded your request to the PG&E land planner (my client) and have asked him to contact the PG&E project manager and get back to you directly.

Thanks,

**Amy Poopatanapong** | Project Manager/Wildlife Biologist | 916-231-7678 (o) | 310-213-8476 (m)| Amy.Poopatanapong@icf.com | icfi.com
**ICF**| 630 K Street, Suite 400, Sacramento, CA 95814 | 916-737-3000 (o) | 916-737-3030 (f)

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Monday, December 12, 2016 12:27 PM
**To:** Poopatanapong, Amy <Amy.Poopatanapong@icf.com>
**Subject:** RE: Eagle Ridge Road Repair Project- Biological Assessment

Amy,

I need to obtain an update on the status of the permitting process for this project. If possible could you have the project manager from PG&E give me a call.

We are going to run into a contract issue with the client who's mitigation has been impacted by the deposition of runoff/fill. The wetland and pond which have received the eroded sediment from the PG&E hillside erosion has success criteria that will not be met due to the accumulation of fill and proposed sediment removal activity to remediate the situation. The time delay which has been incurred due to the lengthy review process on part of PG&E will result in the property owner Eagle Ridge LLC not being able to meet the agency required performance criteria on the two mitigation features which have been impacted. This work must be permitted and performed this summer. Based on the slow progress being made, I am skeptical about this happening. I know that Eagle Ridge Preserve, LLC is concerned about the liability of not meeting the success criteria and this may need to be discussed with PG&E in the near future.

Jeff Olberding

**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fax

# Jeff Olberding

**From:** Rice, Erin <E1RJ@pge.com>
**Sent:** Monday, January 9, 2017 2:25 PM
**To:** Jeff Olberding
**Cc:** Poopatanapong, Amy
**Subject:** RE: Eagle Ridge Road Repair Project- Biological Assessment

Jeff,

I share your concern about the state of PG&E's access road, the surrounding land, and the time elapsed so far. I was assigned as the Land Planner in May 2016 and have been working to obtain approvals necessary to start construction.

PG&E applied for permits with USACE, RWQCB, and CDFW in July 2016 and we continue to work with each agency with the goal of obtaining permits and completing construction this year.   As we make progress on obtaining the permits, I will keep you updated on scheduling.

I recently spoke with our Access Roads project manager about some interim steps to prevent further damage at the site. He reminded me that we tried to block water from entering the cross-drain culvert which would otherwise drain onto the sinkhole area. Given our evaluation of the site, we're not aware of any other feasible interim measures which could be installed or implemented.

PG&E is willing to discuss additional BMPs for this winter if you have any ideas. PG&E can also can meet with the Preserve regarding the overall situation if they desire. As I mentioned,  I will keep you posted as we make progress with agencies.   We have a regularly scheduled meeting with USACE in mid-February, but we will be working toward clarifying the Corps permitting schedule before the meeting.

Please let me know if you have other questions or next steps.


Thanks,
Erin


**Erin Rice**
**Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com



**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Monday, December 12, 2016 12:27 PM
**To:** Poopatanapong, Amy <Amy.Poopatanapong@icf.com>
**Subject:** RE: Eagle Ridge Road Repair Project- Biological Assessment

1

Amy,

I need to obtain an update on the status of the permitting process for this project. If possible could you have the project manager from PG&E give me a call.

We are going to run into a contract issue with the client who's mitigation has been impacted by the deposition of runoff/fill. The wetland and pond which have received the eroded sediment from the PG&E hillside erosion has success criteria that will not be met due to the accumulation of fill and proposed sediment removal activity to remediate the situation. The time delay which has been incurred due to the lengthy review process on part of PG&E will result in the property owner Eagle Ridge LLC not being able to meet the agency required performance criteria on the two mitigation features which have been impacted. This work must be permitted and performed this summer. Based on the slow progress being made, I am skeptical about this happening. I know that Eagle Ridge Preserve, LLC is concerned about the liability of not meeting the success criteria and this may need to be discussed with PG&E in the near future.

Jeff Olberding

**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fax

**Jeff Olberding**

| | |
|---|---|
| **From:** | Poopatanapong, Amy <Amy.Poopatanapong@icf.com> |
| **Sent:** | Tuesday, January 31, 2017 11:34 AM |
| **To:** | Jeff Olberding |
| **Cc:** | Rice, Erin (E1RJ@pge.com) |
| **Subject:** | Eagle Ridge Preserve and CTS monitoring |

Hi Jeff,

I am pleased to report that the permitting process for Eagle Ridge Rd. Repair project is moving along and resource agencies are reviewing the permit applications that you assisted with in 2016.

When we last spoke, you mentioned your staff and CDFW performing CTS presence/absence monitoring of ponds at Eagle Ridge Preserve. Is the information from those surveys available and are you able to share that information with PG&E? Is information from the 2016 ponding depth and hydroperiod available?

Recent information about CTS utilizing the two ponds would be helpful to PG&E in navigating the permitting process. If you cold share the most recent Biological Resource Analysis or annual report for the Preserve that would be appreciated.

Thank you,
Amy

**Amy Poopatanapong** | Project Manager/Wildlife Biologist | 916-231-7678 (o) | 310-213-8476
(m)| Amy.Poopatanapong@icf.com | icfi.com
**ICF**| 630 K Street, Suite 400, Sacramento, CA 95814 | 916-737-3000 (o) | 916-737-3030 (f)

**Jeff Olberding**

| | |
|---|---|
| **From:** | Rice, Erin <E1RJ@pge.com> |
| **Sent:** | Monday, August 7, 2017 2:33 PM |
| **To:** | Jeff Olberding |
| **Subject:** | Contractor for Eagle Ridge pond work |

Jeff,

On today's phone call, I indicated you could likely use your choice of contractor.

I was thinking from the perspective of PG&E's technical input for how to restore the ponds, which would be unnecessary. However if PG&E funds the work there may be some process required for the contractor's compliance with PG&E's Contractor Safety Program. I'm not sure exactly what that will look like, but wanted to bring it up since I didn't mention on the phone.

Thanks,
Erin

**Erin Rice**
**Sr. Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

**Jeff Olberding**

| | |
|---|---|
| **From:** | Rice, Erin <E1RJ@pge.com> |
| **Sent:** | Wednesday, August 23, 2017 12:00 PM |
| **To:** | Jeff Olberding |
| **Subject:** | PG&E- Eagle Ridge work |

Jeff,

Do you have some time to talk this afternoon or tomorrow? I will give you a call at a good time.

There are less than 8 weeks left until October 15, and I can't know the mitigation requirements for the 2018 Access Road work until CDFW responds on their CEQA document. So I think we should focus on tackling the 2017 pond digging first and then work on scoping the on-site mitigation for 2018 work. Following some internal coordination here I have more thoughts/ questions.

Thanks,
Erin

**Erin Rice**
**Sr. Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

# Jeff Olberding

| | |
|---|---|
| **From:** | Rice, Erin <E1RJ@pge.com> |
| **Sent:** | Thursday, August 24, 2017 3:29 PM |
| **To:** | Jeff Olberding |
| **Subject:** | PG&E- scope update for ponds at Eagle Ridge |

Jeff,

Thanks for the call today. PG&E will update our project description and plan for the pond excavation in 2018. We understand these changes will work better for the duration, depth, species/vegetation presence performance criteria required by the agencies in the Eagle Ridge Resource Management Plan/ mitigation for ACTA permits.

Changes:

- Work in 2018 dry season.
- No work in the upper pond.
- In the lower pond, remove approximately 2 feet of sediment from the pond floor. The work will avoid impacts to wetland vegetation on the margins on the pond. The goal will be to restore the pond to the original design depth of 7 feet.

Once you confirm these changes and let us know any more detail, I will have Amy Poopatanapong edit the project description and figures so we can complete permitting on the project. I'll plan on communicating with Serge when he returns from vacation next week. We've had the BO on hold for a few weeks and this will enable us to resume progress.

Thanks,
Erin

**Erin Rice**
**Sr. Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

**Jeff Olberding**

| | |
|---|---|
| **From:** | Rice, Erin <E1RJ@pge.com> |
| **Sent:** | Wednesday, January 24, 2018 3:14 PM |
| **To:** | Jeff Olberding |
| **Subject:** | RE: PG&E- scope update for ponds at Eagle Ridge |

Jeff,

I apologize for the delay. I was out of the office for 2 weeks and just returned Monday.

I reviewed the draft document for the project. There is not an explicit estimate of the sinkhole volume. I think we are keeping it this way because it's hard to say what shape they will be in when the agencies approve the project. Our current plan is to use

- spoils from dredging the pond (about 70 cubic yards)
- spoils generated from burying the drainage pipe. It is 450' of 24" pipe= about 50 yards soil displaced.
- Import "clean off-site fill"

Our plan was to use the 120cy and see if we need more or less. IF you have an onsite source, that would be a better contingency that importing.

Regarding mitigation, I do not have what I need yet from CDFW to know how much mitigation will be required. We have estimates but not confirmation from CDFW that they agree. I will ask Serge for an updated schedule.

Thanks,
Erin

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Sunday, January 14, 2018 8:40 AM
**To:** Rice, Erin
**Subject:** RE: PG&E- scope update for ponds at Eagle Ridge

*****CAUTION**: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Erin,

Can you give me a call to discuss the proposed project. I may have a source of onsite fill dirt for the erosion on the hillside. Do you know the volume of fill estimated for the project? Are you anticipating any import?

Jeff Olberding

**OLBERDING ENVIRONMENTAL, INC.**
3170 Crow Canyon Place, Suite 260
San Ramon, California 94583
(408) 472-4343 cell
(925) 866-2111 office
(925) 866-2126 fax

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. Any dissemination, distribution or copying of this message is strictly prohibited without our prior written permission. If

1

you are not an intended recipient, or if you have received this communication in error, please notify us immediately by return email and permanently remove the original message and any copies from your computer systems.

---

**From:** Rice, Erin [mailto:E1RJ@pge.com]
**Sent:** Thursday, August 24, 2017 3:29 PM
**To:** Jeff Olberding
**Subject:** PG&E- scope update for ponds at Eagle Ridge

Jeff,

Thanks for the call today. PG&E will update our project description and plan for the pond excavation in 2018. We understand these changes will work better for the duration, depth, species/vegetation presence performance criteria required by the agencies in the Eagle Ridge Resource Management Plan/ mitigation for ACTA permits.

Changes:

- Work in 2018 dry season.
- No work in the upper pond.
- In the lower pond, remove approximately 2 feet of sediment from the pond floor. The work will avoid impacts to wetland vegetation on the margins on the pond. The goal will be to restore the pond to the original design depth of 7 feet.

Once you confirm these changes and let us know any more detail, I will have Amy Poopatanapong edit the project description and figures so we can complete permitting on the project. I'll plan on communicating with Serge when he returns from vacation next week. We've had the BO on hold for a few weeks and this will enable us to resume progress.

Thanks,
Erin

**Erin Rice**
**Sr. Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

# Jeff Olberding

| | |
|---|---|
| **From:** | Rice, Erin <E1RJ@pge.com> |
| **Sent:** | Wednesday, April 18, 2018 10:19 AM |
| **To:** | Jeff Olberding |
| **Subject:** | PGE work on Eagle Ridge Preserve- land management questions |

Jeff,

A few land management questions have come up that I'd like to discuss. Maybe there is a good time to discuss by phone?

1. Invasive vegetation species. I have taken a look at the Resource Management Plan, pages 29-32. I'm wondering what Cal IPC "moderate" and "high" species are still an issue on the property. I'm anticipating PG&E will be obligated to control them in the areas we disturb until we meet agency success criteria. It would be helpful to discuss the best way for us to approach this.

2. Grazing. Would be helpful to understand typical grazing schedule.
- We're going to be working on site later this summer, I think about 30 days sometime between mid-August- late October.
- PG&E will have to stabilize the areas we disturb. Especially concerning is the 450' long buried drainage pipe we're installing to fix the sinkholes. It's going to be sensitive for several months until the grass is well established.

Thanks,
Erin

Erin Rice
Sr. Land Planner
Pacific Gas and Electric Company
Environmental Management, Electric Transmission
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

**Jeff Olberding**

| | |
|---|---|
| **From:** | Poopatanapong, Amy <Amy.Poopatanapong@icf.com> |
| **Sent:** | Thursday, April 26, 2018 9:54 AM |
| **To:** | Jeff Olberding |
| **Cc:** | Gaffney, Kathryn |
| **Subject:** | Inquiry regarding Collier Canyon Mitigation Bank |

Hello Jeff,
I hope you are doing well. I am picking up this conversation where it left off in late January regarding the possibility of purchasing mitigation credits from the Collier Canyon Mitigation Bank for a City of Livermore project. May I inquire on the status of the bank and when it will be eligible to release credits for purchase?

Thank you,
Amy



**Amy Poopatanapong** | Wildlife Biologist | +1.916.231.7678 direct
| amy.poopatanapong@icf.com | icf.com
**ICF** | 630 K Street, Suite 400, Sacramento, CA 95814 USA | +1.310.213.8476 mobile

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Monday, January 29, 2018 1:30 PM
**To:** Allen, Leslie <Leslie.Allen@icf.com>
**Subject:** RE: Inquiry regarding Collier Canyon Mitigation Bank

Leslie,

We are finishing up the formal bank process with the agencies over the next couple months. Therefore, I am not able to actually sell credits. On larger projects we are entering into an option agreement that converts to a purchase contract once the bank is approved. On smaller projects we are requesting that folks wait until the bank is open and we can then enter into a credit purchase agreement. I have a list of projects that are waiting for the bank to open. Once the bank is approved I will be notifying the parties on the list. I will include your project and contact information. You can always check back with me around June.

Thanks
Jeff Olberding
_____
**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fa

**From:** Allen, Leslie [mailto:Leslie.Allen@icf.com]
**Sent:** Monday, January 29, 2018 1:07 PM
**To:** Jeff Olberding
**Subject:** Inquiry regarding Collier Canyon Mitigation Bank

Hello Jeff,

I am working on environmental permitting for a City of Livermore project that will likely need to purchase mitigation bank credits for CTS and possibly CRLF (upland habitat in both cases). Please let me know your preferred method for processing or responding to inquiries regarding credit availability and pricing.

The minimum quantity of mitigation the City would need for this project would be 1.13 acres and the maximum quantity would be 2 acres (of upland habitat suitable to both CTS and CRLF).

Thanks very much for your time,

Leslie

**LESLIE ALLEN** | Senior Manager/Environmental Regulatory Specialist | 415.677.7143 direct | leslie.allen@icf.com | icf.com
**ICF** | 201 Mission Street, Suite 1500, San Francisco, CA  94105 | 415.259.9920 mobile

*Note new San Francisco office address, effective December 4, 2017*

**Jeff Olberding**

| | |
|---|---|
| **From:** | Rice, Erin <E1RJ@pge.com> |
| **Sent:** | Tuesday, June 5, 2018 1:43 PM |
| **To:** | Jeff Olberding |
| **Cc:** | Emily Capello; Glushkoff, Serge@Wildlife |
| **Subject:** | Eagle Ridge- land rights mapping |

Jeff,

We will make a new exhibit that shows the disturbance inside and outside the PG&E easement.

I tracked down the easement signed with the prior landowner, it looks like the road is officially 20 feet wide. We will put a 20 foot width on the centerline and use that to calculate disturbance.

I'm gathering that we need these calculations in order to deal with temporary disturbance in the conservation easement. I'm not hearing that the staging area itself is an issue- we do have a path forward to use it. Please let us know if that's not a correct assumption, as it would affect the project description.

Thanks,
Erin

**Jeff Olberding**

| | |
|---|---|
| **From:** | Poopatanapong, Amy <Amy.Poopatanapong@icf.com> |
| **Sent:** | Sunday, August 26, 2018 3:05 PM |
| **To:** | Jeff Olberding; Erin Rice; Abdullah Arakozie |
| **Cc:** | Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov) |
| **Subject:** | Re: Eagle Ridge PG&E |

Sent from Amy's iPhone

On Aug 26, 2018, at 1:50 PM, Jeff Olberding <jeff@olberdingenv.com> wrote:

Amy,

Can you please provide me with the final plan set and details (PDF document) for the work areas. I will need to provide this information to the Grantee for all work performed in the conservation easement areas.

I will also need the final Revegetation Plan and Relocation Plan. Your Revegetation ==Plan must include monitoring for and maintenance of thistle as this has been a problem surrounding the transfer station.== The "Invasive Weed Management" Section of the Plan is not acceptable. Based on the lack of maintenance/weed control at the existing PG&E facility, including along the road, we can clearly see the need for maintenance activities for other vegetative species. A statement excluding everything but two species is not acceptable. We all know that disturbed sites are very problematic. My restoration ecologist is completing his review and comments this week. We will forward you our comments by Thursday.

Pre and post project photo points will be required as well as construction/restoration oversight by the Land Manger (Olberding Environmental). Our office has a drone and we normally will fly the work area before and after to document these conditions. We are currently responsible for the management of this property as protected habitat being managed under a conservation easement. The work being proposed has a direct impact on our ability to meet certain species mitigation requirements for other entities such as maintaining our existing adult CTS population. As discussed, there is an underlying contractual obligation between the property owner, their client, CDFW and USFWS focused on this issue. Olberding Environmental also has a management responsibility to the Grantee and grazer.

If PG&E is not placing the standard species exclusion fencing (buried 6 inches deep) it is assumed that you will be required to install lath or construction fencing to delineate project boundaries for the construction crew. We should coordinate on this as cattle exclusion fencing may be sufficient in many areas. Our CRLF surveys performed in recent months indicate an increase in the adult population holding over in the creek directly east of the work location. We may need to install at grade exclusion fencing on the existing barbwire fence. We should coordinate on this activity.

Can you please provide me contact information on your USFWS/CDFW approved biologist. I feel that there is a good possibility that you will encounter CTS under the road. As discussed, we

Case: 19-30088    Doc# 10012-2    Filed: 01/25/21    Entered: 01/25/21 16:24:43    Page 66 of 133

have CDFW imposed conditions regarding the presence of CTS in this pond for another client. We have had several years of positive survey results document breeding adults in the pond being worked on.

Thanks
Jeff Olberding

**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fax

<Fig1_PGE_Easement_v4.pdf>

## Jeff Olberding

| | |
|---|---|
| **From:** | Rice, Erin <E1RJ@pge.com> |
| **Sent:** | Monday, August 27, 2018 3:32 PM |
| **To:** | Jeff Olberding |
| **Cc:** | Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov); Arakozie, Abdullah; Poopatanapong, Amy; Spirou, Brian |
| **Subject:** | RE: Eagle Ridge PG&E |
| **Attachments:** | Fig1_PGE_Easement_v5.pdf; Fig1_3_Project_Components_Eagle_Ridge_v3.pdf |

Jeff,

PG&E will meet all agency requirements for this permitted work. It's going to be great to finally stabilize the road and address the drainage problems. I know you're looking forward to finally having this work done too.

Attached are the work areas in relation to the easements on the property, we updated this based on your input on the staging area in June. Is this what you need?

We will update the Relocation Plan with the info you sent over.

The Vegetation Restoration Plan will address temporary impacts associated with this project. We will take a look at comments from the ecologist.

PG&E is planning to stake the boundaries of the project area. We are trying to minimize disturbance, including disturbance caused by trenching in exclusion fencing. With the CRLF unlikely to be moving during the dry season, we're planning to monitor the project so we can minimize additional disturbance.

Amy, Abdullah, and I can continue working with you regarding the biology. The agencies are reviewing the list of monitors still.

We are planning to mobilize September 17, so we would be starting to install BMPs the week prior.

Thanks,
Erin


**Erin Rice**
**Sr. Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

---

**From:** Poopatanapong, Amy [mailto:Amy.Poopatanapong@icf.com]
**Sent:** Sunday, August 26, 2018 3:04 PM

**To:** Jeff Olberding; Rice, Erin; Arakozie, Abdullah
**Cc:** Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov)
**Subject:** Re: Eagle Ridge PG&E


*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****


Sent from Amy's iPhone

On Aug 26, 2018, at 1:50 PM, Jeff Olberding <jeff@olberdingenv.com> wrote:

> Amy,
>
> Can you please provide me with the final plan set and details (PDF document) for the work areas. I will need to provide this information to the Grantee for all work performed in the conservation easement areas.
>
> I will also need the final Revegetation Plan and Relocation Plan. Your Revegetation ==Plan must include monitoring for and maintenance of thistle as this has been a problem surrounding the transfer station==. The "Invasive Weed Management" Section of the Plan is not acceptable. Based on the lack of maintenance/weed control at the existing PG&E facility, including along the road, we can clearly see the need for maintenance activities for other vegetative species. A statement excluding everything but two species is not acceptable. We all know that disturbed sites are very problematic. My restoration ecologist is completing his review and comments this week. We will forward you our comments by Thursday.
>
> Pre and post project photo points will be required as well as construction/restoration oversight by the Land Manger (Olberding Environmental). Our office has a drone and we normally will fly the work area before and after to document these conditions. We are currently responsible for the management of this property as protected habitat being managed under a conservation easement. The work being proposed has a direct impact on our ability to meet certain species mitigation requirements for other entities such as maintaining our existing adult CTS population. As discussed, there is an underlying contractual obligation between the property owner, their client, CDFW and USFWS focused on this issue. Olberding Environmental also has a management responsibility to the Grantee and grazer.
>
> If PG&E is not placing the standard species exclusion fencing (buried 6 inches deep) it is assumed that you will be required to install lath or construction fencing to delineate project boundaries for the construction crew. We should coordinate on this as cattle exclusion fencing may be sufficient in many areas. Our CRLF surveys performed in recent months indicate an increase in the adult population holding over in the creek directly east of the work location. We may need to install at grade exclusion fencing on the existing barbwire fence. We should coordinate on this activity.
>
> Can you please provide me contact information on your USFWS/CDFW approved biologist. I feel that there is a good possibility that you will encounter CTS under the road. As discussed, we have CDFW imposed conditions regarding the presence of CTS in this pond for another client. We have had several years of positive survey results document breeding adults in the pond being worked on.

Thanks
Jeff Olberding

**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fax

<Fig1_PGE_Easement_v4.pdf>

## Jeff Olberding

**From:** Jeff Olberding
**Sent:** Tuesday, October 9, 2018 8:14 AM
**To:** 'Rice, Erin'
**Subject:** RE: Eagle Ridge PG&E

Erin,

Any further discussion on this? I have a grazer who has moved his cattle. I need to understand where things are at this point so I can let him know what is going on.

Thanks
Jeff

**From:** Rice, Erin [mailto:E1RJ@pge.com]
**Sent:** Wednesday, September 12, 2018 1:25 PM
**To:** mdawson waterholeland.com
**Cc:** Jeff Olberding; Liles, Taylor; Spirou, Brian; Giddings Sr., Collin; OBrien, Kevin
**Subject:** RE: Eagle Ridge PG&E

Mark,

Yikes, please know I am concerned that we have not maintained coordination where it should have happened. Let's see what you think about the responses below, I think it would be most productive to schedule a conference call with the right PG&E representatives attending.

I must have misunderstood! I have been under the impression that Olberding Environmental has been representing Eagle Ridge Preserve for the last 3+ years of coordination with PG&E. Whatever the arrangement is, I will keep you and Jeff copied on everything so the communication is current, abundant, and clear until you indicate the concerns are addressed.

This week's reality is the whole 2018 thing is now tenuous because CDFW has not completed the ITP. They have a short window to permit the project in order to allow us to complete work in the 2018 season.

1. Fixing the access road to North Dublin Transition Station
- Please consider this a courtesy notification that PG&E is coming to fix the road within the PG&E easement on September 24 or as soon as practical after CDFW permits the work, and I will keep you updated as things develop. If it goes to 2019, we'll stay coordinated. *"PG&E shall have the right of grading said strip of land designated 8 for the full width thereof and to extend the cuts and fills for such grading into and on the lands of Grantors along and outside of said strip of land to such extent as PG&E may find reasonably necessary."*
- Please let us know if you need anything further on this part.

2. "We need to have an agreement in place and consideration from PG&E in accessing the property and compensation for temporary and permanent facilities/staging etc. outside of the PG&E easement before any work starts."
- By "accessing the property", I assume this also goes with the end of the sentence, meaning "accessing the property... outside of the PG&E easement"
- I don't personally negotiate any sort of land agreements, I will need to work with my colleagues in the Land Dept who fill this role and have the expertise.

- Hopefully we're able to quickly and reasonably resolve this, so that we're also able to address the work outside of the PG&E easement, which is entirely to address the concerns identified in your January 30, 2015 letter.
- I think we need to schedule a call to talk about this.

3. "Also, we have serious concerns regarding weed abatement due to soils disturbance with this project and we need to have funds set aside to deal with this long term."
- PG&E will comply with all agency permitting requirements for the temporary impacts associated with this project.
- We voluntarily provided the project Vegetation Restoration Plan to Olberding Environmental and are working to address August 28, 2018 comments. Do these comments represent Eagle Ridge Preserve North LLC?

4. "Finally there will be a financial impact to our cattle grazing operation that we will need to be compensated for while the work is being performed and any future maintenance outside of the existing PG&E easement."
- Jeff set us up directly with TN Ranching, and Tyler provided a very reasonable quote to temporarily fence off the restoration area. We accepted the quote and are ordering an initial payment for materials.
- Does this address the concern, or is there more to it?


Thanks,
Erin


**Erin Rice**
**Sr. Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com


---

**From:** mdawson waterholeland.com [mailto:mdawson@waterholeland.com]
**Sent:** Wednesday, September 12, 2018 12:03 PM
**To:** Rice, Erin
**Cc:** Jeff Olberding
**Subject:** RE: Eagle Ridge PG&E
**Importance:** High

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***

Erin,

I also left you a voicemail on this matter. Jeff Olberding indicated PG&E would be starting this work Monday, but Eagle Ridge Preserve North LLC, the property owner, has not given PG&E authorization to enter the property out side of the PG&E easement. I am the Managing Member for Eagle Ridge Preserve North LLC and this is the first I have seen the plans and scope of work, much of which is well outside the existing PG&E access easement. We need to have an agreement in place and consideration from PG&E in accessing the property and compensation for temporary and permanent facilities/staging etc. outside of the PG&E easement before any work starts. Also, we have serious concerns regarding weed abatement due to soils disturbance with this project and we need to have funds set aside to deal with

this long term. Finally there will be a financial impact to our cattle grazing operation that we will need to be compensated for while the work is being performed and any future maintenance outside of the existing PG&E easement. Please call me asap to discuss this further and hold off on any work on ERP property until we have a formal agreement in place and compensation funded.


Thanks.

Mark Dawson
**Water Hole Land Company**
3170 Crow Canyon Place, Suite 260
San Ramon, CA 94583
(925) 202-9277
mdawson@waterholeland.com
http://waterholeland.com


**From:** Jeff Olberding <jeff@olberdingenv.com>
**Sent:** Wednesday, September 12, 2018 8:21 AM
**To:** mdawson waterholeland.com <mdawson@waterholeland.com>
**Subject:** FW: Eagle Ridge PG&E


**From:** Rice, Erin [mailto:E1RJ@pge.com]
**Sent:** Monday, August 27, 2018 3:32 PM
**To:** Jeff Olberding
**Cc:** Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov); Arakozie, Abdullah; Poopatanapong, Amy; Spirou, Brian
**Subject:** RE: Eagle Ridge PG&E

Jeff,

PG&E will meet all agency requirements for this permitted work. It's going to be great to finally stabilize the road and address the drainage problems. I know you're looking forward to finally having this work done too.

Attached are the work areas in relation to the easements on the property, we updated this based on your input on the staging area in June. Is this what you need?

We will update the Relocation Plan with the info you sent over.

The Vegetation Restoration Plan will address temporary impacts associated with this project. We will take a look at comments from the ecologist.

PG&E is planning to stake the boundaries of the project area. We are trying to minimize disturbance, including disturbance caused by trenching in exclusion fencing. With the CRLF unlikely to be moving during the dry season, we're planning to monitor the project so we can minimize additional disturbance.

Amy, Abdullah, and I can continue working with you regarding the biology. The agencies are reviewing the list of monitors still.

We are planning to mobilize September 17, so we would be starting to install BMPs the week prior.

Thanks,

Erin

Erin Rice
Sr. Land Planner
Pacific Gas and Electric Company
Environmental Management, Electric Transmission
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com


**From:** Poopatanapong, Amy [mailto:Amy.Poopatanapong@icf.com]
**Sent:** Sunday, August 26, 2018 3:04 PM
**To:** Jeff Olberding; Rice, Erin; Arakozie, Abdullah
**Cc:** Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov)
**Subject:** Re: Eagle Ridge PG&E

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****


Sent from Amy's iPhone

On Aug 26, 2018, at 1:50 PM, Jeff Olberding <jeff@olberdingenv.com> wrote:

Amy,

Can you please provide me with the final plan set and details (PDF document) for the work areas. I will need to provide this information to the Grantee for all work performed in the conservation easement areas.

I will also need the final Revegetation Plan and Relocation Plan. Your Revegetation Plan must include monitoring for and maintenance of thistle as this has been a problem surrounding the transfer station. The "Invasive Weed Management" Section of the Plan is not acceptable. Based on the lack of maintenance/weed control at the existing PG&E facility, including along the road, we can clearly see the need for maintenance activities for other vegetative species. A statement excluding everything but two species is not acceptable. We all know that disturbed sites are very problematic. My restoration ecologist is completing his review and comments this week. We will forward you our comments by Thursday.

Pre and post project photo points will be required as well as construction/restoration oversight by the Land Manger (Olberding Environmental). Our office has a drone and we normally will fly the work area before and after to document these conditions. We are currently responsible for the management of this property as protected habitat being managed under a conservation easement. The work being proposed has a direct impact on our ability to meet certain species

mitigation requirements for other entities such as maintaining our existing adult CTS population. As discussed, there is an underlying contractual obligation between the property owner, their client, CDFW and USFWS focused on this issue. Olberding Environmental also has a management responsibility to the Grantee and grazer.

If PG&E is not placing the standard species exclusion fencing (buried 6 inches deep) it is assumed that you will be required to install lath or construction fencing to delineate project boundaries for the construction crew. We should coordinate on this as cattle exclusion fencing may be sufficient in many areas. Our CRLF surveys performed in recent months indicate an increase in the adult population holding over in the creek directly east of the work location. We may need to install at grade exclusion fencing on the existing barbwire fence. We should coordinate on this activity.

Can you please provide me contact information on your USFWS/CDFW approved biologist. I feel that there is a good possibility that you will encounter CTS under the road. As discussed, we have CDFW imposed conditions regarding the presence of CTS in this pond for another client. We have had several years of positive survey results document breeding adults in the pond being worked on.

Thanks
Jeff Olberding

**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fax

<Fig1_PGE_Easement_v4.pdf>

**Jeff Olberding**

| | |
|---|---|
| **From:** | Rice, Erin <E1RJ@pge.com> |
| **Sent:** | Tuesday, October 9, 2018 2:30 PM |
| **To:** | Jeff Olberding |
| **Subject:** | RE: Eagle Ridge PG&E |
| **Attachments:** | RE: Eagle Ridge PG&E |

Jeff,

Construction work is delayed.

The next step is for PG&E to work through the issues with Mark that he brought up. We need to see those things resolved before work can be implemented.

Thanks,
Erin

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Tuesday, October 09, 2018 8:14 AM
**To:** Rice, Erin
**Subject:** RE: Eagle Ridge PG&E

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***

Erin,

Any further discussion on this? I have a grazer who has moved his cattle. I need to understand where things are at this point so I can let him know what is going on.

Thanks
Jeff

**From:** Rice, Erin [mailto:E1RJ@pge.com]
**Sent:** Wednesday, September 12, 2018 1:25 PM
**To:** mdawson waterholeland.com
**Cc:** Jeff Olberding; Liles, Taylor; Spirou, Brian; Giddings Sr., Collin; OBrien, Kevin
**Subject:** RE: Eagle Ridge PG&E

Mark,

Yikes, please know I am concerned that we have not maintained coordination where it should have happened. Let's see what you think about the responses below, I think it would be most productive to schedule a conference call with the right PG&E representatives attending.

I must have misunderstood! I have been under the impression that Olberding Environmental has been representing Eagle Ridge Preserve for the last 3+ years of coordination with PG&E. Whatever the arrangement is, I will keep you and Jeff copied on everything so the communication is current, abundant, and clear until you indicate the concerns are addressed.

1

This week's reality is the whole 2018 thing is now tenuous because CDFW has not completed the ITP. They have a short window to permit the project in order to allow us to complete work in the 2018 season.

1. Fixing the access road to North Dublin Transition Station
- Please consider this a courtesy notification that PG&E is coming to fix the road within the PG&E easement on September 24 or as soon as practical after CDFW permits the work, and I will keep you updated as things develop. If it goes to 2019, we'll stay coordinated. *"PG&E shall have the right of grading said strip of land designated 8 for the full width thereof and to extend the cuts and fills for such grading into and on the lands of Grantors along and outside of said strip of land to such extent as PG&E may find reasonably necessary."*
- Please let us know if you need anything further on this part.

2. "We need to have an agreement in place and consideration from PG&E in accessing the property and compensation for temporary and permanent facilities/staging etc. outside of the PG&E easement before any work starts."
- By "accessing the property", I assume this also goes with the end of the sentence, meaning "accessing the property… outside of the PG&E easement"
- I don't personally negotiate any sort of land agreements, I will need to work with my colleagues in the Land Dept who fill this role and have the expertise.
- Hopefully we're able to quickly and reasonably resolve this, so that we're also able to address the work outside of the PG&E easement, which is entirely to address the concerns identified in your January 30, 2015 letter.
- I think we need to schedule a call to talk about this.

3. "Also, we have serious concerns regarding weed abatement due to soils disturbance with this project and we need to have funds set aside to deal with this long term."
- PG&E will comply with all agency permitting requirements for the temporary impacts associated with this project.
- We voluntarily provided the project Vegetation Restoration Plan to Olberding Environmental and are working to address August 28, 2018 comments. Do these comments represent Eagle Ridge Preserve North LLC?

4. "Finally there will be a financial impact to our cattle grazing operation that we will need to be compensated for while the work is being performed and any future maintenance outside of the existing PG&E easement."
- Jeff set us up directly with TN Ranching, and Tyler provided a very reasonable quote to temporarily fence off the restoration area. We accepted the quote and are ordering an initial payment for materials.
- Does this address the concern, or is there more to it?


Thanks,
Erin


Erin Rice
Sr. Land Planner
Pacific Gas and Electric Company
Environmental Management, Electric Transmission
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

**From:** mdawson waterholeland.com [mailto:mdawson@waterholeland.com]
**Sent:** Wednesday, September 12, 2018 12:03 PM
**To:** Rice, Erin
**Cc:** Jeff Olberding
**Subject:** RE: Eagle Ridge PG&E
**Importance:** High

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Erin,

I also left you a voicemail on this matter. Jeff Olberding indicated PG&E would be starting this work Monday, but Eagle Ridge Preserve North LLC, the property owner, has not given PG&E authorization to enter the property out side of the PG&E easement. I am the Managing Member for Eagle Ridge Preserve North LLC and this is the first I have seen the plans and scope of work, much of which is well outside the existing PG&E access easement. We need to have an agreement in place and consideration from PG&E in accessing the property and compensation for temporary and permanent facilities/staging etc. outside of the PG&E easement before any work starts. Also, we have serious concerns regarding weed abatement due to soils disturbance with this project and we need to have funds set aside to deal with this long term. Finally there will be a financial impact to our cattle grazing operation that we will need to be compensated for while the work is being performed and any future maintenance outside of the existing PG&E easement. Please call me asap to discuss this further and hold off on any work on ERP property until we have a formal agreement in place and compensation funded.


Thanks.

Mark Dawson
**Water Hole Land Company**
3170 Crow Canyon Place, Suite 260
San Ramon, CA 94583
(925) 202-9277
mdawson@waterholeland.com
http://waterholeland.com


**From:** Jeff Olberding <jeff@olberdingenv.com>
**Sent:** Wednesday, September 12, 2018 8:21 AM
**To:** mdawson waterholeland.com <mdawson@waterholeland.com>
**Subject:** FW: Eagle Ridge PG&E


**From:** Rice, Erin [mailto:E1RJ@pge.com]
**Sent:** Monday, August 27, 2018 3:32 PM
**To:** Jeff Olberding
**Cc:** Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov); Arakozie, Abdullah; Poopatanapong, Amy; Spirou, Brian
**Subject:** RE: Eagle Ridge PG&E

Jeff,

PG&E will meet all agency requirements for this permitted work. It's going to be great to finally stabilize the road and address the drainage problems. I know you're looking forward to finally having this work done too.

Attached are the work areas in relation to the easements on the property, we updated this based on your input on the staging area in June. Is this what you need?

We will update the Relocation Plan with the info you sent over.

The Vegetation Restoration Plan will address temporary impacts associated with this project. We will take a look at comments from the ecologist.

PG&E is planning to stake the boundaries of the project area. We are trying to minimize disturbance, including disturbance caused by trenching in exclusion fencing. With the CRLF unlikely to be moving during the dry season, we're planning to monitor the project so we can minimize additional disturbance.

Amy, Abdullah, and I can continue working with you regarding the biology. The agencies are reviewing the list of monitors still.

We are planning to mobilize September 17, so we would be starting to install BMPs the week prior.

Thanks,
Erin

**Erin Rice**
**Sr. Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

**From:** Poopatanapong, Amy [mailto:Amy.Poopatanapong@icf.com]
**Sent:** Sunday, August 26, 2018 3:04 PM
**To:** Jeff Olberding; Rice, Erin; Arakozie, Abdullah
**Cc:** Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov)
**Subject:** Re: Eagle Ridge PG&E

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Sent from Amy's iPhone

On Aug 26, 2018, at 1:50 PM, Jeff Olberding <jeff@olberdingenv.com> wrote:

    Amy,

Can you please provide me with the final plan set and details (PDF document) for the work areas. I will need to provide this information to the Grantee for all work performed in the conservation easement areas.

I will also need the final Revegetation Plan and Relocation Plan. Your Revegetation Plan must include monitoring for and maintenance of thistle as this has been a problem surrounding the transfer station. The "Invasive Weed Management" Section of the Plan is not acceptable. Based on the lack of maintenance/weed control at the existing PG&E facility, including along the road, we can clearly see the need for maintenance activities for other vegetative species. A statement excluding everything but two species is not acceptable. We all know that disturbed sites are very problematic. My restoration ecologist is completing his review and comments this week. We will forward you our comments by Thursday.

Pre and post project photo points will be required as well as construction/restoration oversight by the Land Manger (Olberding Environmental). Our office has a drone and we normally will fly the work area before and after to document these conditions. We are currently responsible for the management of this property as protected habitat being managed under a conservation easement. The work being proposed has a direct impact on our ability to meet certain species mitigation requirements for other entities such as maintaining our existing adult CTS population. As discussed, there is an underlying contractual obligation between the property owner, their client, CDFW and USFWS focused on this issue. Olberding Environmental also has a management responsibility to the Grantee and grazer.

If PG&E is not placing the standard species exclusion fencing (buried 6 inches deep) it is assumed that you will be required to install lath or construction fencing to delineate project boundaries for the construction crew. We should coordinate on this as cattle exclusion fencing may be sufficient in many areas. Our CRLF surveys performed in recent months indicate an increase in the adult population holding over in the creek directly east of the work location. We may need to install at grade exclusion fencing on the existing barbwire fence. We should coordinate on this activity.

Can you please provide me contact information on your USFWS/CDFW approved biologist. I feel that there is a good possibility that you will encounter CTS under the road. As discussed, we have CDFW imposed conditions regarding the presence of CTS in this pond for another client. We have had several years of positive survey results document breeding adults in the pond being worked on.

Thanks
Jeff Olberding

**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fax

<Fig1_PGE_Easement_v4.pdf>

# Jeff Olberding

| | |
|---|---|
| **From:** | Jeff Olberding |
| **Sent:** | Wednesday, September 19, 2018 4:35 PM |
| **To:** | Mark Dawson |
| **Subject:** | Eagle Ridge PG&E |

Erin,

Without the ITP my assumption is that work will not be able to be accomplished according to the proposed schedule pushing this project into 2019.

I think the issue is that the original project involved PG&E's removal of sediment from a constructed pond and placement of this sediment back on the hill where it was eroded from, all due to the faulty drainage system associated with the transfer station access road. A fairly simple task from our prospective. Please note that the water feature now filled with up to several feet of sediment is a CTS mitigation pond that was constructed and is being monitored for another client. There are success criteria that are being negatively impacted by the accumulated sediment reducing our ability to achieve the required agency criteria for which we are under contract to produce. As is pointed out, 3+ years have transpired since PG&E was notified. We are in a situation where we are likely going to need to add additional years of monitoring in order to meet our contractual obligations to our client.

## 1. Fixing the access road to North Dublin Transition Station

- Please consider this a courtesy notification that PG&E is coming to fix the road within the PG&E easement on September 24 or as soon as practical after CDFW permits the work, and I will keep you updated as things develop. If it goes to 2019, we'll stay coordinated. *"PG&E shall have the right of grading said strip of land designated 8 for the full width thereof and to extend the cuts and fills for such grading into and on the lands of Grantors along and outside of said strip of land to such extent as PG&E may find reasonably necessary."*
- Please let us know if you need anything further on this part.

PG&E has a recorded easement on a specific portion of the acreage on the Eagle Ridge property. It appears that work will occur outside the recoded PG&E easement area in excess of that needed for, or associated with, the original project. As mentioned above, the original project involved PG&E removing sediment from the pond and placing it back on the eroded hillside. The project now being presented includes road replacement, installation of an underground culvert and rock dissipater, and a large staging area, greatly exceeded the original project footprint and intent. Our assumption is

that PG&E purchased the existing easement from the previous landowners granting the right to grade within the easement area not the area outside the easement.  It is worth noting that the proposed road grading activity will result in direct negative actions on the adjacent land which is designated species mitigation land. It is highly possible that road grading will harm the species ( CTS) we are monitoring for, removing individuals from the existing population and negatively impacting our ability to meet agency required success criteria for which we are contractually obligated to provide.

Road drainage issues which accounted for the initial erosion now appear to have triggered a larger project with PG&E.  The installation of an underground culvert and rock dissipater outside the PG&E easement does not benefit the existing landowner or the special-status species residing on the property. It does however; appear to result in a benefit to PG&E and their improper drainage.  Again, the "original project" was much more simplistic in scope. We have major concerns regarding the long-term maintenance associated with the new drainage structure.  Even more worrisome is the fact that PG&E has not even acknowledged any form of responsibility for the maintenance of this new drainage structure.  The proposed culvert will be discharging onto the sloped topography downhill from the current outlet location.  Even with a dissipater there is a potential that increased saturation at this location could result in additional land slope failure.  There is no accountability on part of PG&E for future impacts resulting from their road repair project.

The result of a larger project is a larger staging area.  Again, the use of our property for a large staging area has no benefit to us or the species. There are concerns about ground compaction, toxic fluid spills, and intensified maintenance requirements associated with weeds which normally colonize disturbed soils.

2. "We need to have an agreement in place and consideration from PG&E in accessing the property and compensation for temporary and permanent facilities/staging etc. outside of the PG&E easement before any work starts."
- By "accessing the property", I assume this also goes with the end of the sentence, meaning "accessing the property… outside of the PG&E easement"
- I don't personally negotiate any sort of land agreements, I will need to work with my colleagues in the Land Dept who fill this role and have the expertise.
- Hopefully we're able to quickly and reasonably resolve this, so that we're also able to address the work outside of the PG&E easement, which is entirely to address the concerns identified in your January 30, 2015 letter.
- I think we need to schedule a call to talk about this.

PG&E has not approach the property ownership entity with any formal request for encroachment, land use agreement, or contractual obligation for any type of damages resulting from the road repair project (outside their easement area).  While this was not contemplated for the "original project" due to the small scope we clearly see the need for such documentation/protection associated with the road repair project. Discussion should include:
- Compensation/reimbursement for additional monitoring years require to meet contractually obligated performance criteria;
- Reimbursement of staff time and materials associated with this project;
- Compensation for property impacts occurring outside PG&E's existing easement area and "original project" foot print;
- Compensation for negative impacts on the existing CTS population resulting from the road repair project as it has a direct correlation to our ability to achieve success criteria we are contractually obligated to provide;
- Funds for long-term maintenance and replacement associated with the culvert and dissipater;
- Funds for extended weed control and remedial actions;

- A security established for damages resulting from the road repair project (i.e.; contamination cleanup of fluid spills, additional erosion, slope failure

3. "Also, we have serious concerns regarding weed abatement due to soils disturbance with this project and we need to have funds set aside to deal with this long term."
- PG&E will comply with all agency permitting requirements for the temporary impacts associated with this project.
- We voluntarily provided the project Vegetation Restoration Plan to Olberding Environmental and are working to address August 28, 2018 comments. Do these comments represent Eagle Ridge Preserve North LLC?

A Vegetation Restoration Plan was reviewed and commented on by Olberding Environmental. We are unaware if his comments have been incorporated or if the revised document will even be a requirement of the project. We would like a copy of the final document. While our assumption is that the revised document would be a condition of approval by CDFW we also feel that we should have the ability to incorporate the document in any agreement we enter into with PG&E.

4. "Finally there will be a financial impact to our cattle grazing operation that we will need to be compensated for while the work is being performed and any future maintenance outside of the existing PG&E easement."
- Jeff set us up directly with TN Ranching, and Tyler provided a very reasonable quote to temporarily fence off the restoration area. We accepted the quote and are ordering an initial payment for materials.
- Does this address the concern, or is there more to it?

We understand that you are dealing direct with Mr. Neilsen, however, as this effects our existing lease with him we will need to be included in the discussion to be assured that his issue are delt with and he is justly compensated for the inability to graze this area of the lease.

---

**From:** Rice, Erin [mailto:E1RJ@pge.com]
**Sent:** Wednesday, September 12, 2018 1:25 PM
**To:** mdawson waterholeland.com
**Cc:** Jeff Olberding; Liles, Taylor; Spirou, Brian; Giddings Sr., Collin; OBrien, Kevin
**Subject:** RE: Eagle Ridge PG&E

Mark,

Yikes, please know I am concerned that we have not maintained coordination where it should have happened. Let's see what you think about the responses below, I think it would be most productive to schedule a conference call with the right PG&E representatives attending.

I must have misunderstood! I have been under the impression that Olberding Environmental has been representing Eagle Ridge Preserve for the last 3+ years of coordination with PG&E. Whatever the arrangement is, I will keep you and Jeff copied on everything so the communication is current, abundant, and clear until you indicate the concerns are addressed.

This week's reality is the whole 2018 thing is now tenuous because CDFW has not completed the ITP. They have a short window to permit the project in order to allow us to complete work in the 2018 season.

1. Fixing the access road to North Dublin Transition Station
- Please consider this a courtesy notification that PG&E is coming to fix the road within the PG&E easement on September 24 or as soon as practical after CDFW permits the work, and I will keep you updated as things develop. If it goes to 2019, we'll stay coordinated. *"PG&E shall have the right of grading said strip of land designated 8 for the full width thereof and to extend the cuts and fills for such grading into and on the lands of Grantors along and outside of said strip of land to such extent as PG&E may find reasonably necessary."*
- Please let us know if you need anything further on this part.

2. "We need to have an agreement in place and consideration from PG&E in accessing the property and compensation for temporary and permanent facilities/staging etc. outside of the PG&E easement before any work starts."
- By "accessing the property", I assume this also goes with the end of the sentence, meaning "accessing the property... outside of the PG&E easement"
- I don't personally negotiate any sort of land agreements, I will need to work with my colleagues in the Land Dept who fill this role and have the expertise.
- Hopefully we're able to quickly and reasonably resolve this, so that we're also able to address the work outside of the PG&E easement, which is entirely to address the concerns identified in your January 30, 2015 letter.
- I think we need to schedule a call to talk about this.

3. "Also, we have serious concerns regarding weed abatement due to soils disturbance with this project and we need to have funds set aside to deal with this long term."
- PG&E will comply with all agency permitting requirements for the temporary impacts associated with this project.
- We voluntarily provided the project Vegetation Restoration Plan to Olberding Environmental and are working to address August 28, 2018 comments. Do these comments represent Eagle Ridge Preserve North LLC?

4. "Finally there will be a financial impact to our cattle grazing operation that we will need to be compensated for while the work is being performed and any future maintenance outside of the existing PG&E easement."
- Jeff set us up directly with TN Ranching, and Tyler provided a very reasonable quote to temporarily fence off the restoration area. We accepted the quote and are ordering an initial payment for materials.
- Does this address the concern, or is there more to it?

Thanks,
Erin

**Erin Rice**
**Sr. Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

**From:** mdawson waterholeland.com [mailto:mdawson@waterholeland.com]
**Sent:** Wednesday, September 12, 2018 12:03 PM
**To:** Rice, Erin
**Cc:** Jeff Olberding
**Subject:** RE: Eagle Ridge PG&E
**Importance:** High

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Erin,

I also left you a voicemail on this matter. Jeff Olberding indicated PG&E would be starting this work Monday, but Eagle Ridge Preserve North LLC, the property owner, has not given PG&E authorization to enter the property out side of the PG&E easement. I am the Managing Member for Eagle Ridge Preserve North LLC and this is the first I have seen the plans and scope of work, much of which is well outside the existing PG&E access easement. We need to have an agreement in place and consideration from PG&E in accessing the property and compensation for temporary and permanent facilities/staging etc. outside of the PG&E easement before any work starts. Also, we have serious concerns regarding weed abatement due to soils disturbance with this project and we need to have funds set aside to deal with this long term. Finally there will be a financial impact to our cattle grazing operation that we will need to be compensated for while the work is being performed and any future maintenance outside of the existing PG&E easement. Please call me asap to discuss this further and hold off on any work on ERP property until we have a formal agreement in place and compensation funded.

Thanks.

Mark Dawson
**Water Hole Land Company**
3170 Crow Canyon Place, Suite 260

San Ramon, CA 94583
(925) 202-9277
mdawson@waterholeland.com
http://waterholeland.com

**From:** Jeff Olberding <jeff@olberdingenv.com>
**Sent:** Wednesday, September 12, 2018 8:21 AM
**To:** mdawson waterholeland.com <mdawson@waterholeland.com>
**Subject:** FW: Eagle Ridge PG&E

**From:** Rice, Erin [mailto:E1RJ@pge.com]
**Sent:** Monday, August 27, 2018 3:32 PM
**To:** Jeff Olberding
**Cc:** Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov); Arakozie, Abdullah; Poopatanapong, Amy; Spirou, Brian
**Subject:** RE: Eagle Ridge PG&E

Jeff,

PG&E will meet all agency requirements for this permitted work. It's going to be great to finally stabilize the road and address the drainage problems. I know you're looking forward to finally having this work done too.

Attached are the work areas in relation to the easements on the property, we updated this based on your input on the staging area in June. Is this what you need?

We will update the Relocation Plan with the info you sent over.

The Vegetation Restoration Plan will address temporary impacts associated with this project. We will take a look at comments from the ecologist.

PG&E is planning to stake the boundaries of the project area. We are trying to minimize disturbance, including disturbance caused by trenching in exclusion fencing. With the CRLF unlikely to be moving during the dry season, we're planning to monitor the project so we can minimize additional disturbance.

Amy, Abdullah, and I can continue working with you regarding the biology. The agencies are reviewing the list of monitors still.

We are planning to mobilize September 17, so we would be starting to install BMPs the week prior.

Thanks,
Erin

**Erin Rice**
**Sr. Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

**From:** Poopatanapong, Amy [mailto:Amy.Poopatanapong@icf.com]
**Sent:** Sunday, August 26, 2018 3:04 PM
**To:** Jeff Olberding; Rice, Erin; Arakozie, Abdullah
**Cc:** Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov)
**Subject:** Re: Eagle Ridge PG&E

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Sent from Amy's iPhone

On Aug 26, 2018, at 1:50 PM, Jeff Olberding <jeff@olberdingenv.com> wrote:

> Amy,
>
> Can you please provide me with the final plan set and details (PDF document) for the work areas. I will need to provide this information to the Grantee for all work performed in the conservation easement areas.
>
> I will also need the final Revegetation Plan and Relocation Plan. Your Revegetation Plan must include monitoring for and maintenance of thistle as this has been a problem surrounding the transfer station. The "Invasive Weed Management" Section of the Plan is not acceptable. Based on the lack of maintenance/weed control at the existing PG&E facility, including along the road, we can clearly see the need for maintenance activities for other vegetative species. A statement excluding everything but two species is not

acceptable. We all know that disturbed sites are very problematic. My restoration ecologist is completing his review and comments this week. We will forward you our comments by Thursday.

Pre and post project photo points will be required as well as construction/restoration oversight by the Land Manger (Olberding Environmental). Our office has a drone and we normally will fly the work area before and after to document these conditions. We are currently responsible for the management of this property as protected habitat being managed under a conservation easement. The work being proposed has a direct impact on our ability to meet certain species mitigation requirements for other entities such as maintaining our existing adult CTS population. As discussed, there is an underlying contractual obligation between the property owner, their client, CDFW and USFWS focused on this issue. Olberding Environmental also has a management responsibility to the Grantee and grazer.

If PG&E is not placing the standard species exclusion fencing (buried 6 inches deep) it is assumed that you will be required to install lath or construction fencing to delineate project boundaries for the construction crew. We should coordinate on this as cattle exclusion fencing may be sufficient in many areas. Our CRLF surveys performed in recent months indicate an increase in the adult population holding over in the creek directly east of the work location. We may need to install at grade exclusion fencing on the existing barbwire fence. We should coordinate on this activity.

Can you please provide me contact information on your USFWS/CDFW approved biologist. I feel that there is a good possibility that you will encounter CTS under the road. As discussed, we have CDFW imposed conditions regarding the presence of CTS in this pond for another client. We have had several years of positive survey results document breeding adults in the pond being worked on.


Thanks
Jeff Olberding
_____
**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fax


<Fig1_PGE_Easement_v4.pdf>

**Jeff Olberding**

| | |
|---|---|
| **From:** | Rice, Erin <E1RJ@pge.com> |
| **Sent:** | Monday, June 10, 2019 11:49 AM |
| **To:** | Jeff Olberding |
| **Subject:** | RE: PG&E work at Eagle Ridge Preserve |

Jeff,

Since we met, I have been in touch with our Claims department and I want to set up a conference call later this week so they can go over the process with you. Are you around on Thursday, Friday, or Monday?

Thanks,
Erin

**From:** Jeff Olberding [mailto:jeff@olberdingenv.com]
**Sent:** Saturday, June 08, 2019 5:48 PM
**To:** Rice, Erin
**Subject:** RE: PG&E work at Eagle Ridge Preserve

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Erin,

Can you please provide me with the department contact information and what formal documents we would need to submit along with our scope and budget that we have produced for the hill repair and pond excavation work.

Jeff Olberding
_____
**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(408) 472-4343 cell
(916) 985-2288 fax

**From:** Rice, Erin [mailto:E1RJ@pge.com]
**Sent:** Wednesday, May 08, 2019 1:45 PM
**To:** mdawson waterholeland.com
**Cc:** Jeff Olberding; Brown, Matthew
**Subject:** RE: PG&E work at Eagle Ridge Preserve

Mark,

Thank you, I just added Matt Brown to the meeting and he will be calling in. I'm looking forward to meeting on Monday.

Thanks,
Erin

1

**Erin Rice**
**Sr. Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

**From:** mdawson waterholeland.com [mailto:mdawson@waterholeland.com]
**Sent:** Tuesday, May 07, 2019 1:18 PM
**To:** Rice, Erin
**Cc:** Jeff Olberding (jeff@olberdingenv.com)
**Subject:** RE: PG&E work at Eagle Ridge Preserve

**\*\*\*\*\*CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.\*\*\*\*\***

Hi Erin, we cannot do Thursday, but Monday works at 10am for me and Jeff Olberding. We'll meet at Olberding Environmental offices, 3170 Crow Canyon Place, Suite 260
San Ramon, CA 94583


Thanks.

Mark Dawson
**Water Hole Land Company**
3170 Crow Canyon Place, Suite 260
San Ramon, CA 94583
(925) 202-9277
mdawson@waterholeland.com
http://waterholeland.com


**From:** Rice, Erin <E1RJ@pge.com>
**Sent:** Monday, May 6, 2019 1:58 PM
**To:** mdawson waterholeland.com <mdawson@waterholeland.com>
**Subject:** PG&E work at Eagle Ridge Preserve

Mark,

I just spoke with Jeff Olberding and I would like to meet with you and work through the concerns you identified last September so we can work towards a scope that will get done this summer.

I would prefer to come in person to your office or another location convenient for you if you're still in the San Ramon area. We can do a conference call if that doesn't work for you.

Do you have availability at 10:00am on this Thursday 5/9 or next Monday 5/13?

Thanks,
Erin

Erin Rice
Sr. Land Planner
Pacific Gas and Electric Company
Environmental Management, Electric Transmission
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

**Jeff Olberding**

| | |
|---|---|
| **From:** | Felix, Lori <LAFP@pge.com> |
| **Sent:** | Monday, June 17, 2019 4:16 PM |
| **To:** | Jeff Olberding; mdawson@waterholeland.com |
| **Cc:** | Rice, Erin |
| **Subject:** | PG&E Claim #: 2015435459 |

Dear Mr. Olberding,

Pursuant to our discussion this morning, PG&E has set up the claim referenced above as it pertains to drainage and sediment issues at 1163 Manning Road in Livermore, CA.

The date of the claim that will be utilized for this incident is the date that the damage was reasonably noticed. Based upon the information received, we understand first notice was in 2015.

As we discussed, January 29, 2019, (the "Filing Date") PG&E filed for Chapter 11 in the U.S. Bankruptcy Court for the Northern District of California.

Under Bankruptcy Court rules, claims related to matters occurring prior to the Filing Date are required to be addressed as a part of the Company's Chapter 11 case. As a result, if your claim is related to matters occurring prior to the Filing Date, you will need to refile your claim directly with the Bankruptcy Court.

Information and documents related to the Company's Chapter 11 cases, including information regarding how to file a claim, will be available on a website administered by our claims agent, at https://restructuring.primeclerk.com/pge. In addition, you can call the Restructuring Hotline at 844-339-4217 (for calls originating outside of the U.S. please dial +1 929-333-8977) or you can send an email to pgeinfo@primeclerk.com.

PG&E does not have jurisdiction to evaluate or resolve claims with incident dates prior to January 29, 2019. PG&E will review any information you may wish to present which would support your claim for damage. We will utilize this information for evaluation purposes only. The Bankruptcy Court has jurisdiction in the resolution of all bankruptcy claims.

We regret any inconvenience this process may cause and we remain committed to working with you to address any remaining concerns.

Sincerely,


Lori Felix
Claims Investigator
6111 Bollinger Canyon
San Ramon, CA 94583

**Jeff Olberding**

| | |
|---|---|
| **From:** | Felix, Lori <LAFP@pge.com> |
| **Sent:** | Thursday, August 13, 2020 1:35 PM |
| **To:** | Jeff Olberding |
| **Subject:** | Bankruptcy 8501 |

Dear Jeff Olberding,

Thank you for time today concerning the issue with Eagle Ridge and the Wildlife Heritage Foundation.

As discussed, I will research the Bankruptcy Claim number the you referenced and provide you with a status of the claim as soon as possible.

In the meantime, if you have any questions, please contact me.

Sincerely,


Lori Felix
Claims Investigator
6111 Bollinger Canyon
San Ramon, CA 94583
925 328 6053

# Jeff Olberding

| | |
|---|---|
| **From:** | Rice, Erin <E1RJ@pge.com> |
| **Sent:** | Thursday, August 15, 2019 9:57 AM |
| **To:** | Jeff Olberding |
| **Cc:** | Liles, Taylor; Spirou, Brian |
| **Subject:** | PG&E Eagle Ridge- notification of late August access road mobilization |
| **Attachments:** | Fig02_Project_Components_Eagle_Ridge_v2.pdf |

Jeff,

I picked up the ITP from CDFW on Tuesday, so PG&E can move forward at the Eagle Ridge property. I don't have a mobilization date yet, but will keep you informed. We're expecting roughly late August- mid October.

The work includes replacing the asphalt road, workspace immediately adjacent to the pavement, and repair of gullies and sinkholes necessary to maintain the road. The work area is shown in the attached Figure 2.

The first thing we need to do is mow the project area. Then we will install fencing around the perimeter of the project area to exclude cattle from the road maintenance area. PG&E will use our own contractor to install the fencing. After the project area is mowed and fenced, we will do the road repairs.

We proposed gates near the bottom of the hill where dirt roads intersect the PG&E road, so the grazer still has access to the pasture.

All of the work is within PG&E's existing land right. After construction is complete, we will reseed the work areas adjacent to the asphalt and maintain BMPs until the area is stabilized.

Thanks,
Erin

**Erin Rice**
**Sr. Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

**Jeff Olberding**

| | |
|---|---|
| **From:** | Felix, Lori <LAFP@pge.com> |
| **Sent:** | Friday, August 21, 2020 2:26 PM |
| **To:** | Jeff Olberding |
| **Subject:** | PG&E Prime Clerk # 8501 |

Hi Jeff,

Please reach out to the Prime Clerk directly for any questions concerning your claim.

Information and documents related to the Company's Chapter 11 cases, including information regarding how to file a claim, will be available on a website administered by our claims agent, at https://restructuring.primeclerk.com/pge. In addition, you can call the Restructuring Hotline at 844-339-4217 (for calls originating outside of the U.S. please dial +1 929-333-8977) or you can send an email to pgeinfo@primeclerk.com

Lori Felix
Claims Investigator
6111 Bollinger Canyon
San Ramon, CA 94583
925 328 6053

**Jeff Olberding**

| | |
|---|---|
| **From:** | Rice, Erin <E1RJ@pge.com> |
| **Sent:** | Monday, September 9, 2019 8:34 AM |
| **To:** | Jeff Olberding |
| **Cc:** | Spirou, Brian; Liles, Taylor |
| **Subject:** | PG&E Eagle Ridge schedule |

Jeff,

The construction area has been staked in the field. Here's our schedule:

Week of September 9: Tuesday, Sep 10 we will mow the work area. Then we will spend the rest of the week fencing the work area- anticipated to complete by Sep 13.
Week of September 16: start construction on the road.
Anticipated complete: October 15

Taylor sent you the current insurance certs on Friday. Let's stay in touch as things move forward here.

Thanks,
Erin

# Jeff Olberding

| | |
|---|---|
| **From:** | Felix, Lori <LAFP@pge.com> |
| **Sent:** | Tuesday, September 17, 2019 10:24 AM |
| **To:** | Jeff Olberding |
| **Subject:** | FW: PG&E Claim #:  2015435459 |

Dear Jeff Olberding,

Information and documents related to the Company's Chapter 11 cases, including information regarding how to file a claim, will be available on a website administered by our claims agent, at https://restructuring.primeclerk.com/pge. In addition, you can call the Restructuring Hotline at 844-339-4217 (for calls originating outside of the U.S. please dial +1 929-333-8977) or you can send an email to pgeinfo@primeclerk.com

**From:** Jeff Olberding <jeff@olberdingenv.com>
**Sent:** Tuesday, September 17, 2019 5:44 AM
**To:** Felix, Lori <LAFP@pge.com>
**Subject:** RE: PG&E Claim #: 2015435459

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Lori,

I have submitted my claim as instructed.  However, I tried to verify that the claim has been submitted at: https://restructuring.primeclerk.com/pge and cannot find it.  Can you please confirm that the claim has been entered and accepted by PG&E.

Jeff Olberding

**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(408) 472-4343 cell
(916) 985-2288 fax




# Creditor Data Details for Claim #

Creditor
Eagle Ridge Preserve, LLC
c/o Jeff Olberding
193 Blue Ravine Road, Suite 165
Folsom, CA 95630

Debtor Name
Pacific Gas and Electric Company

Schedule Number

Date Filed
09/08/2019

Claim Number
8501

Proof of Claim
■ View PDF ✉ Email PDF

| | Schedule Amount | C* | U* | D* | Asserted Claim Amount | C* | U* | F* | Current Claim Value |
|---|---|---|---|---|---|---|---|---|---|
| General Unsecured | | | | | $376,500.00 | | | | $376,500.00 |
| Priority | | | | | | | | | |
| Secured | | | | | | | | | |
| 503(b)(9) Admin Priority | | | | | | | | | |
| Admin Priority | | | | | | | | | |
| Total | $0.00 | | | | $376,500.00 | | | | $376,500.00 |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Any
cautioned NOT to rely on any information contained on this Website, and any user of this website should not tak
action based upon anything included or not included on this website. We are not a law firm or a substitute for ar




listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a
G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claima
right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedu
necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or def
their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of s
subsequently designate any claim as "disputed," "contingent" or "unliquidated."

# Electronic Proof of Claim_2015435459_E@YWZ 27386

Final Audit Report                                2019-09-08

| | |
|---|---|
| Created: | 2019-09-08 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAKHgjXXOnJoZasWPDnp2rVGt13L3JZRds |

## "Electronic Proof of Claim_2015435459_E@YWZ27386" History

🗐 Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2019-09-08 - 3:52:56 PM GMT

📎 Jeff Olberding (jeff@olberdingenv.com) uploaded the following supporting documents:
📎 Attachment
2019-09-08 - 4:14:10 GMT

🗐 Web Form filled in by Jeff Olberding (jeff@olberdingenv.com)
2019-09-08 - 4:14:10 PM GMT- IP address: 75.147.233.174

🔏 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 6.1; Win64; x64; rv:69.0) Gecko/20100101 Firefox/69.0)
2019-09-08 - 4:14:12 PM GMT- IP address: 75.147.233.174

✅ Signed document emailed to Prime Clerk E-Filing (efiling@primeclerk.com) and Jeff Olberding (jeff@olberdingenv.com)
2019-09-08 - 4:14:12 PM GMT

Prime Clerk 🔾    POWERED BY
                 Adobe Sign

# United States Bankruptcy Court, Northern District of California

**Fill in this information to identify the case (Select only one Debtor per claim form):**

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Eagle Ridge Preserve, LLC | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor _____ | |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Eagle Ridge Preserve, LLC<br>c/o Jeff Olberding<br>193 Blue Ravine Road, Suite 165<br>Folsom, CA 95630<br><br>Contact phone 916-985-1188<br>Contact email jeff@olberdingenv.com | **Where should payments to the creditor be sent?** (if different)<br><br><br>Contact phone 408-472-4343<br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ | |

Case: 19-30088    Doc# 10012-2    Filed: 01/25/21    Entered: 01/25/21 16:24:43    Page
112 of 133

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 376500.00 . Does this amount include interest or other charges?

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Services Performed

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____

Amount of the claim that is secured: $ _____

Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|
| | ☐ Yes. *Check one:* | | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | | |

---

### Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Jeff Olberding*
Jeff Olberding (Sep 8, 2019)

**Email:** jeff@olberdingenv.com

Signature

Print the name of the person who is completing and signing this claim:

| Name | Jeff Olberding | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | President | | |
| Company | Olberding Environmental, Inc. | | |
| | identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 193 Blue Ravine Rd Ste 165 | | |
| | Number      Street | | |
| | Folsom | CA | 95630 |
| | City | State | ZIP Code |
| Contact phone | 4724343 | Email | jeff@olberdingenv.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
  (attach below)

☐ I do not have supporting documentation.

 Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

**Jeff Olberding**

**From:** Prime Clerk <echosign@echosign.com>
**Sent:** Sunday, September 08, 2019 9:14 AM
**To:** Prime Clerk E-Filing; Jeff Olberding
**Subject:** Electronic Proof of Claim_2015435459_E@YWZ27386 between Prime Clerk and Jeff Olberding is Signed and Filed!
**Attachments:** Electronic Proof of Claim_2015435459_E@YWZ27386 - signed.pdf

# Prime Clerk ◗

Electronic Proof of
Claim_2015435459_E@YWZ27386
between Prime Clerk and Jeff
Olberding is Signed and Filed!

From: Prime Clerk E-Filing (Prime Clerk)
To: Prime Clerk E-Filing and Jeff Olberding

Attached is a final copy of Electronic Proof of
Claim_2015435459_E@YWZ27386.

Copies have been automatically sent to all parties to the
agreement.

You can view the document in your Adobe Sign account.

The agreement is fully executed. The sender of this agreement
has control over the retention period for this agreement which
determines the amount of time it will be available for download
from Adobe Sign. Adobe recommends that you save a local copy
of this fully-executed agreement for your records.



1

Why use Adobe Sign:

- Exchange, Sign, and File Any Document. In Seconds!
- Set-up Reminders. Instantly Share Copies with Others.
- See All of Your Documents, Anytime, Anywhere.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

2

**Jeff Olberding**

**From:** Felix, Lori <LAFP@pge.com>
**Sent:** Friday, August 21, 2020 2:26 PM
**To:** Jeff Olberding
**Subject:** PG&E Prime Clerk # 8501

Hi Jeff,

Please reach out to the Prime Clerk directly for any questions concerning your claim.

Information and documents related to the Company's Chapter 11 cases, including information regarding how to file a claim, will be available on a website administered by our claims agent, at https://restructuring.primeclerk.com/pge. In addition, you can call the Restructuring Hotline at 844-339-4217 (for calls originating outside of the U.S. please dial +1 929-333-8977) or you can send an email to pgeinfo@primeclerk.com

Lori Felix
Claims Investigator
6111 Bollinger Canyon
San Ramon, CA 94583
925 328 6053

1

**Jeff Olberding**

**From:** Felix, Lori <LAFP@pge.com>
**Sent:** Monday, June 17, 2019 4:16 PM
**To:** Jeff Olberding; mdawson@waterholeland.com
**Cc:** Rice, Erin
**Subject:** PG&E Claim #: 2015435459

Dear Mr. Olberding,

Pursuant to our discussion this morning, PG&E has set up the claim referenced above as it pertains to drainage and sediment issues at 1163 Manning Road in Livermore, CA.

The date of the claim that will be utilized for this incident is the date that the damage was reasonably noticed.  Based upon the information received, we understand first notice was in 2015.

As we discussed, January 29, 2019, (the "Filing Date") PG&E filed for Chapter 11 in the U.S. Bankruptcy Court for the Northern District of California.

Under Bankruptcy Court rules, claims related to matters occurring prior to the Filing Date are required to be addressed as a part of the Company's Chapter 11 case. As a result, if your claim is related to matters occurring prior to the Filing Date, you will need to refile your claim directly with the Bankruptcy Court.

Information and documents related to the Company's Chapter 11 cases, including information regarding how to file a claim, will be available on a website administered by our claims agent, at https://restructuring.primeclerk.com/pge. In addition, you can call the Restructuring Hotline at 844-339-4217 (for calls originating outside of the U.S. please dial +1 929-333-8977) or you can send an email to pgeinfo@primeclerk.com.

PG&E does not have jurisdiction to evaluate or resolve claims with incident dates prior to January 29, 2019.  PG&E will review any information you may wish to present which would support your claim for damage. We will utilize this information for evaluation purposes only.  The Bankruptcy Court has jurisdiction in the resolution of all bankruptcy claims.

We regret any inconvenience this process may cause and we remain committed to working with you to address any remaining concerns.

Sincerely,

Lori Felix
Claims Investigator
6111 Bollinger Canyon
San Ramon, CA 94583

1

# Jeff Olberding

**From:** Jeff Olberding
**Sent:** Tuesday, October 09, 2018 8:14 AM
**To:** 'Rice, Erin'
**Subject:** RE: Eagle Ridge PG&E

Erin,

Any further discussion on this? I have a grazer who has moved his cattle. I need to understand where things are at this point so I can let him know what is going on.

Thanks

Jeff

**From:** Rice, Erin [mailto:E1RJ@pge.com]
**Sent:** Wednesday, September 12, 2018 1:25 PM
**To:** mdawson waterholeland.com
**Cc:** Jeff Olberding; Liles, Taylor; Spirou, Brian; Giddings Sr., Collin; OBrien, Kevin
**Subject:** RE: Eagle Ridge PG&E

Mark,

Yikes, please know I am concerned that we have not maintained coordination where it should have happened. Let's see what you think about the responses below, I think it would be most productive to schedule a conference call with the right PG&E representatives attending.

I must have misunderstood! I have been under the impression that Olberding Environmental has been representing Eagle Ridge Preserve for the last 3+ years of coordination with PG&E. Whatever the arrangement is, I will keep you and Jeff copied on everything so the communication is current, abundant, and clear until you indicate the concerns are addressed.

This week's reality is the whole 2018 thing is now tenuous because CDFW has not completed the ITP. They have a short window to permit the project in order to allow us to complete work in the 2018 season.

1. Fixing the access road to North Dublin Transition Station
   - Please consider this a courtesy notification that PG&E is coming to fix the road within the PG&E easement on September 24 or as soon as practical after CDFW permits the work, and I will keep you updated as things develop. If it goes to 2019, we'll stay coordinated. *"PG&E shall have the right of grading*

1

Case: 19-30088   Doc# 10011-2   Filed: 01/25/21   Entered: 01/25/21 16:14:13   Page 120 of 133

said strip of land designated 8 for the full width thereof and to extend the cuts and fills for such grading into and on the lands of Grantors along and outside of said strip of land to such extent as PG&E may find reasonably necessary."

- Please let us know if you need anything further on this part.

"We need to have an agreement in place and consideration from PG&E in accessing the property and compensation for temporary and permanent facilities/staging etc. outside of the PG&E easement before any work starts."

- By "accessing the property", I assume this also goes with the end of the sentence, meaning "accessing the property... outside of the PG&E easement"
- I don't personally negotiate any sort of land agreements, I will need to work with my colleagues in the Land Dept who fill this role and have the expertise.
- Hopefully we're able to quickly and reasonably resolve this, so that we're also able to address the work outside of the PG&E easement, which is entirely to address the concerns identified in your January 30, 2015 letter.
- I think we need to schedule a call to talk about this.

"Also, we have serious concerns regarding weed abatement due to soils disturbance with this project and we need to have funds set aside to deal with this long term."

- PG&E will comply with all agency permitting requirements for the temporary impacts associated with this project.
- We voluntarily provided the project Vegetation Restoration Plan to Olberding Environmental and are working to address August 28, 2018 comments. Do these comments represent Eagle Ridge Preserve North LLC?

"Finally there will be a financial impact to our cattle grazing operation that we will need to be compensated for while the work is being performed and any future maintenance outside of the existing PG&E easement."

- Jeff set us up directly with TN Ranching, and Tyler provided a very reasonable quote to temporarily fence off the restoration area. We accepted the quote and are ordering an initial payment for materials.
- Does this address the concern, or is there more to it?

Thanks,
Erin

Erin Rice
Sr. Land Planner
Pacific Gas and Electric Company
Environmental Management, Electric Transmission
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
ETRI@pge.com

Case: 19-30088    Doc# 10012-2    Filed: 01/25/21    Entered: 01/25/21 16:24:43    Page 121 of 133

**From:** mdawson waterholeland.com [mailto:mdawson@waterholeland.com]
**Sent:** Wednesday, September 12, 2018 12:03 PM
**To:** Rice, Erin
**Cc:** Jeff Olberding
**Subject:** RE: Eagle Ridge PG&E
**Importance:** High

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Erin,

I also left you a voicemail on this matter. Jeff Olberding indicated PG&E would be starting this work Monday, but Eagle Ridge Preserve North LLC, the property owner, has not given PG&E authorization to enter the property out side of the PG&E easement. I am the Managing Member for Eagle Ridge Preserve North LLC and this is the first I have seen the plans and scope of work, much of which is well outside the existing PG&E access easement. We need to have an agreement in place and consideration from PG&E in accessing the property and compensation for temporary and permanent facilities/staging etc. outside of the PG&E easement before any work starts. Also, we have serious concerns regarding weed abatement due to soils disturbance with this project and we need to have funds set aside to deal with this long term. Finally there will be a financial impact to our cattle grazing operation that we will need to be compensated for while the work is being performed and any future maintenance outside of the existing PG&E easement. Please call me asap to discuss this further and hold off on any work on ERP property until we have a formal agreement in place and compensation funded.

Thanks.

Mark Dawson
Water Hole Land Company
3170 Crow Canyon Place, Suite 260
San Ramon, CA 94583
(925) 202-9277
mdawson@waterholeland.com
http://waterholeland.com

**From:** Jeff Olberding <jeff@olberdingenv.com>
**Sent:** Wednesday, September 12, 2018 8:21 AM
**To:** mdawson waterholeland.com <mdawson@waterholeland.com>
**Subject:** FW: Eagle Ridge PG&E

3

**From:** Rice, Erin [mailto:E1R]@pge.com]
**Sent:** Monday, August 27, 2018 3:32 PM
**To:** Jeff Olberding
**Cc:** Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov); Arakozie, Abdullah; Poopatanapong, Amy; Spirou, Brian
**Subject:** RE: Eagle Ridge PG&E

Jeff,

PG&E will meet all agency requirements for this permitted work. It's going to be great to finally stabilize the road and address the drainage problems. I know you're looking forward to finally having this work done too.

Attached are the work areas in relation to the easements on the property, we updated this based on your input on the staging area in June. Is this what you need?

We will update the Relocation Plan with the info you sent over.

The Vegetation Restoration Plan will address temporary impacts associated with this project. We will take a look at comments from the ecologist.

PG&E is planning to stake the boundaries of the project area. We are trying to minimize disturbance, including disturbance caused by trenching in exclusion fencing. With the CRLF unlikely to be moving during the dry season, we're planning to monitor the project so we can minimize additional disturbance.

Amy, Abdullah, and I can continue working with you regarding the biology. The agencies are reviewing the list of monitors still.

We are planning to mobilize September 17, so we would be starting to install BMPs the week prior.

Thanks,

Erin

**Erin Rice**
**Sr. Land Planner**
**Pacific Gas and Electric Company**
**Environmental Management, Electric Transmission**
2730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1R]@pge.com

4

**From:** Poopatanapong, Amy [mailto:Amy.Poopatanapong@icf.com]
**Sent:** Sunday, August 26, 2018 3:04 PM
**To:** Jeff Olberding; Rice, Erin; Arakozie, Abdullah
**Cc:** Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov)
**Subject:** Re: Eagle Ridge PG&E

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Sent from Amy's iPhone

On Aug 26, 2018, at 1:50 PM, Jeff Olberding <jeff@olberdingenv.com> wrote:

Amy,

Can you please provide me with the final plan set and details (PDF document) for the work areas. I will need to provide this information to the Grantee for all work performed in the conservation easement areas.

I will also need the final Revegetation Plan and Relocation Plan. Your Revegetation Plan must include monitoring for and maintenance of thistle as this has been a problem surrounding the transfer station. The "Invasive Weed Management" Section of the Plan is not acceptable. Based on the lack of maintenance/weed control at the existing PG&E facility, including along the road, we can clearly see the need for maintenance activities for other vegetative species. A statement excluding everything but two species is not acceptable. We all know that disturbed sites are very problematic. My restoration ecologist is completing his review and comments this week. We will forward you our comments by Thursday.

Pre and post project photo points will be required as well as construction/restoration oversight by the Land Manger (Olberding Environmental). Our office has a drone and we normally will fly the work area before and after to document these conditions. We are currently responsible for the management of this property as protected habitat being managed under a conservation easement. The work being proposed has a direct impact on our ability to meet certain species mitigation requirements for other entities such as maintaining our existing adult CTS population. As discussed, there is an underlying contractual obligation between the property owner, their client, CDFW and USFWS focused on this issue. Olberding Environmental also has a management responsibility to the Grantee and grazer.

5

If PG&E is not placing the standard species exclusion fencing (buried 6 inches deep) it is assumed that you will be required to install lath or construction fencing to delineate project boundaries for the construction crew. We should coordinate on this as cattle exclusion fencing may be sufficient in many areas. Our CRLF surveys performed in recent months indicate an increase in the adult population holding over in the creek directly east of the work location. We may need to install at grade exclusion fencing on the existing barbwire fence. We should coordinate on this activity.

Can you please provide me contact information on your USFWS/CDFW approved biologist. I feel that there is a good possibility that you will encounter CTS under the road. As discussed, we have CDFW imposed conditions regarding the presence of CTS in this pond for another client. We have had several years of positive survey results document breeding adults in the pond being worked on.

Thanks
Jeff Olberding

**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fax

<Fig1_PGE_Easement_v4.pdf>

6

# Jeff Olberding

**From:** Jeff Olberding
**Sent:** Wednesday, September 19, 2018 4:35 PM
**To:** Mark Dawson
**Subject:** Eagle Ridge PG&E

Erin,

Without the ITP my assumption is that work will not be able to be accomplished according to the proposed schedule pushing this project into 2019.

I think the issue is that the original project involved PG&E's removal of sediment from a constructed pond and placement of this sediment back on the hill where it was eroded from, all due to the faulty drainage system associated with the transfer station access road. A fairly simple task from our prospective. Please note that the water feature now filled with up to several feet of sediment is a CTS mitigation pond that was constructed and is being monitored for another client. There are success criteria that are being negatively impacted by the accumulated sediment reducing our ability to achieve the required agency criteria for which we are under contract to produce. As is pointed out, 3+ years have transpired since PG&E was notified. We are in a situation where we are likely going to need to add additional years of monitoring in order to meet our contractual obligations to our client.

Fixing the access road to North Dublin Transition Station

- Please consider this a courtesy notification that PG&E is coming to fix the road within the PG&E easement on September 24 or as soon as practical after CDFW permits the work, and I will keep you updated as things develop. If it goes to 2019, we'll stay coordinated. *"PG&E shall have the right of grading said strip of land designated 8 for the full width thereof and to extend the cuts and fills for such grading into and on the lands of Grantors along and outside of said strip of land to such extent as PG&E may find reasonably necessary."*

- Please let us know if you need anything further on this part.

PG&E has a recorded easement on a specific portion of the acreage on the Eagle Ridge property. It appears that work will occur outside the recoded PG&E easement area in excess of that needed for, or associated with, the original project. As mentioned above, the original project involved PG&E removing sediment from the pond and placing it back on the eroded hillside. The project now being presented includes road replacement, installation of an underground culvert and rock dissipater, and a large staging area, greatly exceeded the original project footprint and intent. Our assumption is

1

that PG&E purchased the existing easement from the previous landowners granting the right to grade within the easement area not the area outside the easement. It is worth noting that the proposed road grading activity will result in direct negative actions on the adjacent land which is designated species mitigation land. It is highly possible that road grading will harm the species ( CTS) we are monitoring for, removing individuals from the existing population and negatively impacting our ability to meet agency required success criteria for which we are contractually obligated to provide.

Road drainage issues which accounted for the initial erosion now appear to have triggered a larger project with PG&E. The installation of an underground culvert and rock dissipater outside the PG&E easement does not benefit the existing landowner or the special-status species residing on the property. It does however; appear to result in a benefit to PG&E and their improper drainage. Again, the "original project" was much more simplistic in scope. We have major concerns regarding the long-term maintenance associated with the new drainage structure. Even more worrisome is the fact that PG&E has not even acknowledged any form of responsibility for the maintenance of this new drainage structure. The proposed culvert will be discharging onto the sloped topography downhill from the current outlet location. Even with a dissipater there is a potential that increased saturation at this location could result in additional land slope failure. There is no accountability on part of PG&E for future impacts resulting from their road repair project.

.

The result of a larger project is a larger staging area. Again, the use of our property for a large staging area has no benefit to us or the species. There are concerns about ground compaction, toxic fluid spills, and intensified maintenance requirements associated with weeds which normally colonize disturbed soils.

.

"We need to have an agreement in place and consideration from PG&E in accessing the property and compensation for temporary and permanent facilities/staging etc. outside of the PG&E easement before any work starts."

- By "accessing the property", I assume this also goes with the end of the sentence, meaning "accessing the property... outside of the PG&E easement"
- I don't personally negotiate any sort of land agreements, I will need to work with my colleagues in the Land Dept who fill this role and have the expertise.
- Hopefully we're able to quickly and reasonably resolve this, so that we're also able to address the work outside of the PG&E easement, which is entirely to address the concerns identified in your January 30, 2015 letter.
- I think we need to schedule a call to talk about this.

PG&E has not approach the property ownership entity with any formal request for encroachment, land use agreement, or contractual obligation for any type of damages resulting from the road repair project (outside their easement area). While this was not contemplated for the "original project" due to the small scope we clearly see the need for such documentation/protection associated with the road repair project. Discussion should include:

- Compensation/reimbursement for additional monitoring years require to meet contractually obligated performance criteria;
- Reimbursement of staff time and materials associated with this project;
- Compensation for property impacts occurring outside PG&E's existing easement area and "original project" foot print;
- Compensation for negative impacts on the existing CTS population resulting from the road repair project as it has a direct correlation to our ability to achieve success criteria we are contractually obligated to provide;
- Funds for long-term maintenance and replacement associated with the culvert and dissipater;
- Funds for extended weed control and remedial actions;

2

- A security established for damages resulting from the road repair project (i.e.; contamination cleanup of fluid spills, additional erosion, slope failure

"Also, we have serious concerns regarding weed abatement due to soils disturbance with this project and we need to have funds set aside to deal with this weed abatement.

- PG&E will comply with all agency permitting requirements for the temporary impacts associated with this project.
- We voluntarily provided the project Vegetation Restoration Plan to Olberding Environmental and are working to address August 28, 2018 comments. Do these comments represent Eagle Ridge Preserve North LLC?

A Vegetation Restoration Plan was reviewed and commented on by Olberding Environmental. We are unaware if his comments have been incorporated or if the revised document will even be a requirement of the project. We would like a copy of the final document. While our assumption is that the revised document would be a condition of approval by CDFW we also feel that we should have the ability to incorporate the document in any agreement we enter into with PG&E.

"Finally there will be a financial impact to our cattle grazing operation that we will need to be compensated for while the work is being performed and any future maintenance outside of the existing PG&E easement."

- Jeff set us up directly with TN Ranching, and Tyler provided a very reasonable quote to temporarily fence off the restoration area. We accepted the quote and are ordering an initial payment for materials.
- Does this address the concern, or is there more to it?

We understand that you are dealing direct with Mr. Neilsen, however, as this effects our existing lease with him we will need to be included in the discussion to be assured that this issue are delt with and he is justly compensated for the inability to graze this area of the lease.

_____

**From:** Rice, Erin [mailto:E1RJ@pge.com]
**Sent:** Wednesday, September 12, 2018 1:25 PM
**To:** mdawson waterholeland.com
**Cc:** Jeff Olberding; Liles, Taylor; Spirou, Brian; Giddings Sr., Collin; OBrien, Kevin
**Subject:** RE: Eagle Ridge PG&E

Mark,

Yikes, please know I am concerned that we have not maintained coordination where it should have happened. Let's see what you think about the responses below, I think it would be most productive to schedule a conference call with the right PG&E representatives attending.

3

I must have misunderstood I I have been under the impression that Olberding Environmental has been representing Eagle Ridge Preserve for the last 3+ years of coordination with PG&E. Whatever the arrangement is, I will keep you and Jeff copied on everything so the communication is current, abundant, and clear until you indicate the concerns are addressed.

This week's reality is the whole 2018 thing is now tenuous because CDFW has not completed the ITP. They have a short window to permit the project in order to allow us to complete work in the 2018 season.

Fixing the access road to North Dublin Transition Station

- Please consider this a courtesy notification that PG&E is coming to fix the road within the PG&E easement on September 24 or as soon as practical after CDFW permits the work, and I will keep you updated as things develop. If it goes to 2019, we'll stay coordinated. *"PG&E shall have the right of grading said strip of land designated 8 for the full width thereof and to extend the cuts and fills for such grading into and on the lands of Grantors along and outside of said strip of land to such extent as PG&E may find reasonably necessary."*
- Please let us know if you need anything further on this part.

"We need to have an agreement in place and consideration from PG&E in accessing the property and compensation for temporary and permanent facilities/staging etc. outside of the PG&E easement before any work starts."

- By "accessing the property", I assume this also goes with the end of the sentence, meaning "accessing the property... outside of the PG&E easement"
- I don't personally negotiate any sort of land agreements, I will need to work with my colleagues in the Land Dept who fill this role and have the expertise.
- Hopefully we're able to quickly and reasonably resolve this, so that we're also able to address the work outside of the PG&E easement, which is entirely to address the concerns identified in your January 30, 2015 letter.
- I think we need to schedule a call to talk about this.

"Also, we have serious concerns regarding weed abatement due to soils disturbance with this project and we need to have funds set aside to deal with this long term."

- PG&E will comply with all agency permitting requirements for the temporary impacts associated with this project.
- We voluntarily provided the project Vegetation Restoration Plan to Olberding Environmental and are working to address August 28, 2018 comments. Do these comments represent Eagle Ridge Preserve North LLC?

"Finally there will be a financial impact to our cattle grazing operation that we will need to be compensated for while the work is being performed and any future maintenance outside of the existing PG&E easement."

- Jeff set us up directly with TN Ranching, and Tyler provided a very reasonable quote to temporarily fence off the restoration area. We accepted the quote and are ordering an initial payment for materials.
- Does this address the concern, or is there more to it?

Thanks,
Erin

4

Erin Rice
Sr. Land Planner
Pacific Gas and Electric Company
Environmental Management, Electric Transmission
9730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1R1@pge.com

**From:** mdawson waterholeland.com [mailto:mdawson@waterholeland.com]
**Sent:** Wednesday, September 12, 2018 12:03 PM
**To:** Rice, Erin
**Cc:** Jeff Olberding
**Subject:** RE: Eagle Ridge PG&E
**Importance:** High

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Erin,

I also left you a voicemail on this matter. Jeff Olberding indicated PG&E would be starting this work Monday, but Eagle Ridge Preserve North LLC, the property owner, has not given PG&E authorization to enter the property out side of the PG&E easement. I am the Managing Member for Eagle Ridge Preserve North LLC and this is the first I have seen the plans and scope of work, much of which is well outside the existing PG&E access easement. We need to have an agreement in place and consideration from PG&E in accessing the property and compensation for temporary and permanent facilities/staging etc. outside of the PG&E easement before any work starts. Also, we have serious concerns regarding weed abatement due to soils disturbance with this project and we need to have funds set aside to deal with this long term. Finally there will be a financial impact to our cattle grazing operation that we will need to be compensated for while the work is being performed and any future maintenance outside of the existing PG&E easement. Please call me asap to discuss this further and hold off on any work on ERP property until we have a formal agreement in place and compensation funded.

Thanks.

Mark Dawson
Water Hole Land Company
3170 Crow Canyon Place, Suite 260

5

San Ramon, CA 94583
(925) 202-9277
mdawson@waterholeland.com
http://waterholeland.com

**From:** Jeff Olberding <jeff@olberdingenv.com>
**Sent:** Wednesday, September 12, 2018 8:21 AM
**To:** mdawson waterholeland.com <mdawson@waterholeland.com>
**Subject:** FW: Eagle Ridge PG&E

**From:** Rice, Erin [mailto:E1RJ@pge.com]
**Sent:** Monday, August 27, 2018 3:32 PM
**To:** Jeff Olberding
**Cc:** Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov); Arakozie, Abdullah; Poopatanapong, Amy; Spirou, Brian
**Subject:** RE: Eagle Ridge PG&E

Jeff,

PG&E will meet all agency requirements for this permitted work. It's going to be great to finally stabilize the road and address the drainage problems. I know you're looking forward to finally having this work done too.

Attached are the work areas in relation to the easements on the property, we updated this based on your input on the staging area in June. Is this what you need?

We will update the Relocation Plan with the info you sent over.

The Vegetation Restoration Plan will address temporary impacts associated with this project. We will take a look at comments from the ecologist.

PG&E is planning to stake the boundaries of the project area. We are trying to minimize disturbance, including disturbance caused by trenching in exclusion fencing. With the CRLF unlikely to be moving during the dry season, we're planning to monitor the project so we can minimize additional disturbance.

Amy, Abdullah, and I can continue working with you regarding the biology. The agencies are reviewing the list of monitors still.

We are planning to mobilize September 17, so we would be starting to install BMPs the week prior.

Thanks,
Erin

6

Erin Rice
Sr. Land Planner
Pacific Gas and Electric Company
Environmental Management, Electric Transmission
9730 Gateway Oaks, Rm 220, #235B
Sacramento, CA 95833
Cell: 925-724-9378
E1RJ@pge.com

**From:** Poopatanapong, Amy [mailto:Amy.Poopatanapong@icf.com]
**Sent:** Sunday, August 26, 2018 3:04 PM
**To:** Jeff Olberding; Rice, Erin; Arakozie, Abdullah
**Cc:** Glushkoff, Serge@Wildlife (Serge.Glushkoff@wildlife.ca.gov)
**Subject:** Re: Eagle Ridge PG&E

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Sent from Amy's iPhone

On Aug 26, 2018, at 1:50 PM, Jeff Olberding <jeff@olberdingenv.com> wrote:

Amy,

Can you please provide me with the final plan set and details (PDF document) for the work areas. I will need to provide this information to the Grantee for all work performed in the conservation easement areas.

I will also need the final Revegetation Plan and Relocation Plan. Your Revegetation Plan must include monitoring for and maintenance of thistle as this has been a problem surrounding the transfer station. The "Invasive Weed Management" Section of the Plan is not acceptable. Based on the lack of maintenance/weed control at the existing PG&E facility, including along the road, we can clearly see the need for maintenance activities for other vegetative species. A statement excluding everything but two species is not

acceptable. We all know that disturbed sites are very problematic. My restoration ecologist is completing his review and comments this week. We will forward you our comments by Thursday.

Pre and post project photo points will be required as well as construction/restoration oversight by the Land Manger (Olberding Environmental). Our office has a drone and we normally will fly the work area before and after to document these conditions. We are currently responsible for the management of this property as protected habitat being managed under a conservation easement. The work being proposed has a direct impact on our ability to meet certain species mitigation requirements for other entities such as maintaining our existing adult CTS population. As discussed, there is an underlying contractual obligation between the property owner, their client, CDFW and USFWS focused on this issue. Olberding Environmental also has a management responsibility to the Grantee and grazer.

If PG&E is not placing the standard species exclusion fencing (buried 6 inches deep) it is assumed that you will be required to install lath or construction fencing to delineate project boundaries for the construction crew. We should coordinate on this as cattle exclusion fencing may be sufficient in many areas. Our CRLF surveys performed in recent months indicate an increase in the adult population holding over in the creek directly east of the work location. We may need to install at grade exclusion fencing on the existing barbwire fence. We should coordinate on this activity.

Can you please provide me contact information on your USFWS/CDFW approved biologist. I feel that there is a good possibility that you will encounter CTS under the road. As discussed, we have CDFW imposed conditions regarding the presence of CTS in this pond for another client. We have had several years of positive survey results document breeding adults in the pond being worked on.

Thanks
Jeff Olberding

**OLBERDING ENVIRONMENTAL, INC.**
193 Blue Ravine Road, Suite 165
Folsom, California 95630
(916) 985-1188 phone
(916) 985-2288 fax

<Fig1_PGE_Easement_v4.pdf>

Case: 19-30088    Doc# 10012-2    Filed: 01/25/21    Entered: 01/25/21 16:24:43    Page
133 of 133