

Signed and Filed: January 25, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION CONTINUING HEARING AND FIXING BRIEFING SCHEDULE ON MOTION OF RANDALL ZAMARRA FOR RELIEF FROM THE AUTOMATIC STAY AND ABSTENTION UNDER 28 U.S.C. 1334(C)(1)**

Related to Dkt. Nos. 9918, 9986, 10007

Current Hearing Date: February 9, 2021
New Hearing Date: February 24, 2021
Time: 10:00 am

The Court having considered the *Stipulation Continuing Hearing and Fixing Briefing Schedule on Motion of Randall Zamarra for Relief From the Automatic Stay and Abstention Under 28 U.S.C. 1334(c)(1)*, filed January 25, 2021 [Dkt. No. 10007] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Randall Louis Zamarra ("**Zamarra**", and, together with the Debtors and Reorganized Debtors, the "**Parties**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Motion, although denominated as a motion for relief from the automatic stay of Bankruptcy Code §362, shall be considered as requesting this Court to modify the Plan Injunction to permit Zamarra to file and prosecute the Cross-Complaint in the State Court Action.

3. The Hearing is continued to February 24, 2021 at 10:00 a.m. (Pacific Time).

4. The time for the Reorganized Debtors to submit any opposition to the Motion is extended to February 10, 2021.

5. The time for Zamarra to submit any reply in furtherance of the Motion is extended to February 17, 2021.

6. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: January 25, 2021

LONG & LEVIT LLP

_____
Jennifer A. Becker

*Attorneys for Randall Louis Zamarra*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119