**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn No. 119366)
Aaron A. Avery (CA Bar Assn No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: hnevins@hsmlaw.com

Attorneys for Creditor
Eagle Ridge Preserve LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## (San Francisco Division)

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>  and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Debtor,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*  All papers shall be filed in the Lead Case No. 19-30088 DM. | Case No. 19-30088 DM (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 19-30089 DM)<br><br>**CERTIFICATE OF SERVICE**<br><br>**Response Deadline:**<br>**January 26, 2021, 4:00 p.m. (PT)**<br><br>Hearing Information If Timely Response Made:<br><br>Date: February 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I am a citizen of the United States, employed in the city and county of Sacramento. My business address is 2150 River Plaza Drive, Suite 450, Sacramento, California 95833-3883. I am over the age of 18 years and not a party to the above-entitled action. I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.

On January 25, 2021, I served the following documents:

**EAGLE RIDGE PRESERVE LLC'S OPPOSITION TO REORGANIZED DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**

Case: 19-30088    Doc# 10014    Filed: 01/25/21    Entered: 01/25/21 16:41:49    Page 1 of 2

\\hsmfs2.hsmlaw.com\Clients\Eagle Ridge Preserve LLC\PG&E Corporation (8778-0001)\pldg opposition to claims objection\pldg opposition to claims objection; pos.docx

**DECLARATION OF JEFF OLBERDING IN SUPPORT OF EAGLE RIDGE PRESERVE LLC'S OPPOSITION TO REORGANIZED DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS**

**EXHIBITS COVER SHEET IN SUPPORT OF EAGLE RIDGE PRESERVE LLC'S OPPOSITION TO REORGANIZED DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS**

✓ **By Court's CM/ECF System**. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

✓ **By electronic mail on January 25, 2021.** I served a copy of the above-referenced documents by transmitting such documents by electronic mail to the following email address:

**PGEclaims@kbkllp.com**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on January 25, 2021, at Elk Grove, California.



Luz Samosa

Hefner, Stark & Marois, LLP
Sacramento, CA