**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>           **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF JANUARY 27, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: January 27, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Video Conference)<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

PLEASE TAKE NOTICE that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on January 27, 2021, at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") have been resolved or continued.

PLEASE TAKE FURTHER NOTICE that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTER SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDINGS (Re: City of Lafayette): No. 20-03122 and 20-03124 (DM)**

*SCHEDULING CONFERENCE*

1. **Summons and Notice of Scheduling Conference**: *Summons and Notice of Scheduling Conference in an Adversary Proceeding* [**Dkt. 2**].

   Related Document:

   A. Joint Report on the Parties' Rule 26 Conference and Discovery Plan [**Dkt. 7**].

   Status: The scheduling conference re AP 20-03122 and AP 20-03124 has been continued to March 24, 2021 at 9:30 AM per Docket Text Order on January 22, 2021.

**II:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

2. **Securities ADR Motion** [**Dkt. 8964**]. Per the January 18, 2021, Docket Text Order, the hearing on the Securities ADR Motion has been cancelled. The Debtors have filed a reply [**Dkt. 10006**] stating that the issues with PERA have been resolved, and the Order granting the Motion was entered on January 25, 2021 [**Dkt. 10015**].

**Omnibus Claims Objections:**

3. **Eighth (No Liability Claims)** [**Dkt. 8983**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9295**. This matter has been continued to March 9, 2021 as to Mendocino County Inland Water Agency and Power Commission [**Dkt. 10010**].

4. **Fourteenth (Books and Records Claims)** [**Dkt. 9070**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9362**. This matter has been continued to February 24, 2021 as to Little Diversified Architectural Consulting, Inc. [**Dkt. 10010**]. It has been resolved with respect Nusura Inc. [**Dkt. 10011**].

5. **Fifteenth (Satisfied Claims)** [**Dkt. 9073**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9363**. It has been continued to February 9, 2021 as to Arlington Wind Power Project LLC and Rising Tree Wind Farm II LLC [**Dkt. 10009**].

6. **Sixteenth (Satisfied Claims)** [**Dkt. 9076**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9364**. It has been continued to February 9, 2021 as to Fair Harbor Capital LLC as transferee of Barrier1 Systems Inc.; and Vendor Recovery Fund IV, LLC [**Dkt. 10009**]. It has been resolved as to Fair Harbor Capital LLC as transferee of Josephine Lucero [**Dkt. 10011**].

7. **Seventeenth (Satisfied Claims)** [**Dkt. 9078**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9365**. It has been continued to February 24, 2021 as to Mark Cameron [**Dkt. 10010**].

8. **Nineteenth (Duplicative Claims)** [**Dkt. 9266**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9556**. It has been continued to February 9, 2021 as to Burney Forest Products [**Dkt. 10009**].

9. **Twenty-First (Books and Records Claims)** [**Dkt. 9272**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9558**. It has been continued to February 9, 2021 as to Aramark Refreshment Services, LLC; McMaster-Carr Supply Co.; and Burney Forest Products [**Dkt. 10009**]. It has been continued to February 24, 2021 as to Asplundh Construction, LLC [**Dkt. 10010**].

10. **Twenty-Second (Satisfied Claims)** [**Dkt. 9275**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9559**. It has been continued to February 24, 2021 as to Global Ampersand, LLC [**Dkt. 10010**]. It has been resolved as to Panoramic Investments [**Dkt. 10011**].

11. **Twenty-Eighth (Books and Records Claims)** [**Dkt. 9427**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9870**. It has been continued to February 24, 2021 as to Lloyd's Register Quality Assurance, Inc. [**Dkt. 10010**].

12. **Forty-Sixth (Books and Records Claims)** [**Dkt. 9702**]. This Omnibus Objection has been granted as to all claims except Hain Capital Holdings, LLC as Transferee of Hain Capital Investors Master Fund Ltd., which has been continued to February 24, 2021 [**Dkt. 10016**].

**Late Claim Motions:**

13. **Grapevine Holdings, LLC dba Skipstone** [**Dkt. 9847**]. This matter has been resolved by Stipulation [**Dkt. 9910**] and taken off calendar by Order [**Dkt. 9912**].

14. **Joel Toler and the John & Melissa Trust** [**Dkt. 9849**]. This matter has been resolved by Stipulation [**Dkt. 9911**] and taken off calendar by Order [**Dkt. 9913**].

15. **Molin-Wilcoxen Camp Fire Victims** [**Dkt. 9816**]. This matter has been resolved by Stipulation [**Dkt. 9881**] and taken off calendar by Order [**Dkt. 9887**].

16. **City and County of San Francisco** [**Dkt. 9782**]. This matter has been resolved by Stipulation [**Dkt. 9971**] and taken off calendar by Order [**Dkt. 9981**].

17. **William and Midori Verity and Bounce House Entertainment, Inc dba Party Jump/dba Starry Movie Nights** [**Dkt. 9885**]. This matter has been resolved by Stipulation [**Dkt. 9930**] and taken off calendar by Order [**Dkt. 9934**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 26, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*