PORTER LAW GROUP, INC.
William L. Porter [133968]
Hannah C. Kreuser [322959]
7801 Folsom Boulevard, Suite 101
Sacramento, California 95826
Telephone: 916-381-7868
Facsimile: 916-381-7880

Attorneys for
BURNETT & SONS PLANING
MILL AND LUMBER CO.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>---<br><br>o   Affects PG&E Corporation<br><br>X   Affects Pacific Gas and Electric Company<br><br>o   Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088(DM)* | Case Nos.   19-30088 (DM)<br>            19-30089 (DM)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**WITHDRAWAL OF PROOF OF CLAIM BY BURNETT & SONS PLANING MILL AND LUMBER CO. (CLAIM NO. 3080)** |

Pursuant to the Federal Rules of Bankruptcy Procedure, Rule 3006, BURNETT & SONS PLANING MILL AND LUMBER CO. ("BURNETT"), by and through its undersigned counsel, hereby respectfully withdraws its remaining proof of claim (Claim Number 3080) in full.

1

Claim Number 3080 was filed in this case on May 22, 2019, in the amount of $37,450.60. Although BURNETT also filed a second proof of claim, Claim Number 3079, on May 22, 2019. Claim Number 3079 was expunged by court order on September 20, 2020.

Dated: January 26, 2021

**PORTER LAW GROUP, INC.**

By: /s/ Hannah C. Kreuser
William L. Porter
Hannah C. Kreuser
Attorneys for
BURNETT & SONS PLANING MILL AND LUMBER CO.