**Entered on Docket**
**January 26, 2021**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: January 26, 2021**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | ) | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DENYING M0TION TO APPLY BANKRUPTCY RULE 7023 AND CERTIFY A LIMITED CLASS**

For the reasons stated in the court's oral ruling on December 4, 2020, and in the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* (Dkt. No. 10015) entered on January 25, 2021, the *Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class* (Dkt. No. 9152) is DENIED.

****END OF ORDER****