# EXHIBIT A



# Gas and Electric Extension Agreement*

| For Internal Use | |
|---|---|
| Notification # | 111768499 |
| Contract # | 1220535 |
| E-PM # | 31265375 |
| G-PM # | |
| E-Prior MLX/PM# | |
| G-Prior MLX/PM | |
| Customer # | 1405204 |

March 8, 2017

Paso Robles Multifamily, LLC, A CA Limited Liability Co

4 Park Plaza Suite 1000
IRVINE CA 92614

Re: 802 EXPERIMENTAL STATION ROAD, PASO ROBLES, 93446

Dear Craig Jones

We are writing to let you know Pacific Gas and Electric Company (PG&E) will extend its facilities to provide the requested gas and electric service to the project address listed above. PG&E's costs have been developed based on the choices and information provided in your application and may change if you make changes. This letter, including PG&E's tariffs, which are incorporated by reference below, will serve as our contract. As required by the California Public Utilities Commission (CPUC), special facilities will be handled in a separate contract. Please complete the following four steps to execute this contract.

**1** Review the following work responsibilities and cost information.

| Work To Be Done By | GAS MAIN | | GAS SERVICE | | ELECTRIC DISTRIBUTION | | | ELECTRIC SERVICE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Trench | Pipe | Trench | Pipe | Trench | Substr. | Facilities | Trench | Substr. | Facilities |
| **PG&E** | | | | | | | X | | | X |
| **Customer** | | | | | X | X | | X | X | |

| | | GAS | | ELECTRIC |
|---|---|---|---|---|
| **Total non-refundable project costs** | | $0.00 | | $264,658.51 |
| **Refundable extension costs** | | $0.00 | | $247,174.25 |
| Allowances (credit) | - | $0.00 | - | $23,243.32 |
| **Net refundable amount** | = | $0.00 | = | $223,930.93 |
| **10 YEAR REFUNDABLE OPTION** | | | | |
| Net refundable amount | | $0.00 | | $223,930.93 |
| Credit for value of design and/or facilities provided by applicant | - | $0.00 | - | $15,817.38 |
| Total non-refundable project costs | + | $0.00 | + | $264,658.51 |
| **Total (if you select this option)** | = | $0.00 | = | $472,772.07 |
| **NON-REFUNDABLE 50% DISCOUNT OPTION** | | | | |
| Net refundable amount | | $0.00 | | $223,930.93 |
| Discount: 50% of Net refundable amount | - | $0.00 | - | $111,965.47 |
| Credit for value of design and/or facilities provided by applicant | - | $0.00 | - | $15,817.38 |
| Total non-refundable project costs | + | $0.00 | + | $264,658.51 |
| **Total (if you select this option)** | = | $0.00 | = | $360,806.61 |
| **Potential refund per residential lot/unit** | | $0.00 | | $1,483.39 |
| **Potential reimbursement per service completion** | | | | |
| Pressurized or energized system | | $0.00 | | $0.00 |
| Not pressurized or energized system | | $0.00 | | $0.00 |
| Reimbursement for other work performed | | $0.00 | | $3,162.19 |

All amounts include the Income Tax Component of Contribution (ITCC) PG&E is required to charge customers, where applicable.

#Form 79-1169#

**DEFINITIONS AND EXPLANATION OF TERMS**

**(For more detail see rules 15 and 16):**

**Total non-refundable** project costs include costs for work such as electric trench and excavation, conduits, inspections, streetlights, conversion from overhead to underground and contract processing.

**Refundable extension costs** include costs for facilities such as electric conductor, transformers and poles; gas pipe, gas share of distribution trench and regulators; and meters.

**Allowances** are a credit against refundable extension costs. They are based upon the number of residential units expected to be connected within the first six months and the expected annual non-residential net (distribution) revenue from your project.

Allowances granted under either option are subject to **deficiency billing** if the number of residential units connected or the annual non-residential net revenue falls below the forecast used to calculate the allowances.

**Net refundable amount** is the portion of overall costs eligible for refund to you based upon additional residential meters being set or upon increases in non-residential annual net (distribution) revenue. A cost-of-ownership charge is assessed against the Net refundable amount (except for individual residential applicants) per Rule 15.

**Potential refund per residential lot/unit** is for those lots/units for which you did not already receive an allowance (i.e., units not expected to be connected in the first six months). Any refunds may be decreased or eliminated by cost-of-ownership charges assessed under the provisions of Rule 15.

**Potential reimbursement** per service completion is the amount to which a customer may be entitled for performing certain service connection work PG&E would otherwise perform when installing service extensions and are not to be confused with refunds.

**Reimbursement for other work performed** is the amount to which a customer may be entitled for performing certain work (other than service completions) that normally is PG&E's responsibility.

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. ©2015 Pacific Gas and Electric Company. All rights reserved.

\* Automated document, Preliminary Statement, Part A

Form 79-1169
Advice 3319-G/4607-E
March 2015



Case: 19-30088    Doc# 10023-1    Filed: 01/26/21    Entered: 01/26/21 15:13:26    Page 2 of 14



# Gas and Electric Extension Agreement*

## 2 Select one of the following payment options.

| Option | Gas | Electric | Advance | Total Due |
|---|---|---|---|---|
| ☒ 10-Year Refundable Option for Gas and Electric | $0.00 + | $472,772.07 − | $10,000.00 = | $462,772.07 |
| ☐ Non-Refundable 50 Percent Discount Option for Gas and Electric | $0.00 + | $360,806.61 − | $10,000.00 = | $350,806.61 |
| N/A 10-Year Refundable Option for Gas and Non-Refundable 50 Percent Discount Option for Electric | N/A + | N/A − | N/A = | N/A |
| N/A Non-Refundable 50 Percent Discount Option for Gas and 10-Year Refundable Option for Electric | N/A + | N/A − | N/A = | N/A |

## 3 Review these important terms and conditions.

This Gas and Electric Extension Agreement is controlled by, and incorporates by reference, PG&E's tariffs, including Gas and Electric rules 2, 15, and 16; the Distribution and Service Extension Agreement-Provisions (Form 62-0982) and the General Terms & Conditions for Gas and Electric Extension & Service Construction by Applicant (Form 79-716), all as approved and authorized by the CPUC. This agreement at all times shall be subject to such modifications as the CPUC may direct from time to time in the exercise of its jurisdiction.

You can view PG&E's tariffs online at pge.com/tariffs or contact the PG&E representative listed below. Additional details underlying the amounts shown in this agreement, as well as the calculation of allowances, refunds or deficiency bills can also be provided by your local PG&E representative.

## 4 After completing steps 1, 2 and 3 and having checked one, but only one, of the four payment options above, please complete and return the following items to PG&E.

- Sign and return this contract as indicated below.
- Submit the Payment Coupon with Total Due based on your option selected.
- Sign and return the enclosed Statement of Applicant's Contract Anticipated Costs (SACAC) [Form 79-1003] (explanation in box to the right).

Please provide your payment and required forms within 90 days from 08-MAR-17. PG&E is not bound by the costs set forth above if payment and the signed forms are not received by PG&E within 90 days.

If you have any questions, please contact Robert Burke at 805-546-5236 or by email at RMBE@pge.com

### ADDITIONAL INFORMATION

#### What is the SACAC form

Under PG&E's rules 15 and 16 you have a choice: you can perform the work yourself, hire a qualified contractor to perform the work or hire PG&E to do the work. We are required by the CPUC to provide you with PG&E's costs.

This form identifies our cost for the refundable service that is PG&E's responsibility to install. PG&E's costs were developed based on your choices within the application and may change if you change that choice.

#### How do I fill out the SACAC?

If you want to do this work yourself or have a qualified contractor do this work, please enter your estimated costs in the section of the SACAC form entitled "Applicant Costs" or check the box in the section entitled "Applicant's Election Not To Provide Costs," sign and return to PG&E. PG&E will send you a revised agreement by return mail only if you choose to provide your estimated costs.

If you want PG&E to do this work, please check the section "Applicant's Election Not to Provide Costs," sign and return the SACAC form along with a check for the Total Due based on the option you selected above.

You must return the completed SACAC form to PG&E regardless of who you choose to do the work.

**Please follow payment instructions found on your Payment Coupon.**

## Pacific Gas and Electric Company

This contract has been reviewed and approved by:

Linda Wright

Linda Wright
Service Planning Supervisor

## Customer

Agreed and accepted by:
Paso Robles Multifamily, LLC, A CA Limited Liability Co

Authorized Signatory ~~Craig Jones~~ Sunti Kumjim
Title  AVP Community Development
Signature  [signed]
Date  3/15/17

111768499E

Page 3 of 3



# STATEMENT OF APPLICANT'S CONTRACT ANTICIPATED COSTS.*

**Project Name:** Blue Oak Apartments Phase 1

**Project Location:** 802 EXPERIMENTAL STATION ROAD, PASO ROBLES, 93446

**Notification Number:** 111768499

**PM Number(s):** (Gas)     (Electric) 31265375

**APPLICANT COSTS**

The following statement must only include the contracted anticipated installed costs of facilities installed by the Applicant that are refundable and that are PG&E's responsibility under its tariffs.

The costs provided by the Applicant must be taken from the Applicant's contract with its contractor. If the Applicant will be performing the work itself, the Applicant must also complete and sign this form.

The Applicant's statement of costs will be compared with PG&E's estimated installed costs of the same facilities, the lower of which will be used to determine the amount subject to allowances and refunds in accordance with the provisions of PG&E's Gas and Electric Rules 15 and 16.

If the Applicant chooses not to provide its costs, it must complete the last section of this form. Until the Applicant either provides the refundable cost from its contract with its contractor (or its own cost, if applicable), or returns this form indicating that it will not do so, PG&E will not proceed with any work on the Applicant's project.

|  | **GAS** | **ELECTRIC** |
|---|---|---|
|  | Residential Service Facilities: | Residential Service Facilities: |
| Applicant: | $ | $ |
| PG&E: | $0.00 | $27,617.80 |
| | Number of gas service: 0  Stubs: 0 | Number of Electric service: 11 |

- Applicant's statement of costs include: overhead or underground service conductors, poles, service transformers, connection fittings, service pipe, valves, service connections, and other PG&E-owned service equipment, as detailed in Gas and Electric Rule 16.

- Applicant's statement of costs DOES NOT include: inspection fees, nonresidential service costs, regulators, or PG&E-owned metering equipment.



Form 79-1003
Tariffs and Compliance
Advice 2458-G-C/2379-E
Decision 03-03-032
Effective: July 1, 2004

* Automated document, Preliminary Statement, Part A

Case: 19-30088    Doc# 10023-1    Filed: 01/26/21    Entered: 01/26/21 15:13:26    Page 4 of 14

| GAS | ELECTRIC |
|---|---|
| **Gas Distribution Facilities and Non-Residential Service Services:** | **Electric Distribution Facilities and Non-Residential Service Services:** |
| Applicant: $ _____ | Applicant: $ _____ |
| PG&E: $0.00 | PG&E: $56,930.95 |

**GAS DISTRIBUTION TRENCH**

Applicant: $ _____

PG&E: $0.00

- Applicant's statement of costs include: cables, switches, transformers, distribution main, valves, regulators, nonresidential service costs, and other distribution facilities required to complete the distribution line extension, as detailed in Gas and Electric Rule 15 as PG&E's responsibility.

- Applicant's statement of costs DOES NOT include: inspection fees, tie-in of system by PG&E, distribution substructures, electric trench, conduits, feeder conduits, or protective structures, as detailed in Gas and Electric Rule 15.

**I declare under penalty of perjury that the foregoing is true and correct.**

 **APPLICANT'S ELECTION NOT TO PROVIDE COSTS:** (if this option selected, box must be checked)

I choose not to provide to the utility my refundable costs for this project as taken from my contract with my contractor, or as performed by myself, and acknowledge that PG&E will use its estimate of the refundable costs for this project in the contract between it and me.

Executed on 3/15/17 (Date) at IRVINE, CA (City)

By:

Print Applicant Name: ~~Craig Jones~~ Sunti Kumjim (sr)
Signed: [signature]
Title: AVP Community Development


Page 2 of 2

Form 79-1003
Tariffs and Compliance
Advice 2458-G-C/2379-E
Decision 03-03-032
Effective: July 1, 2004

Automated document, Preliminary Statement, Part A

Case: 19-30088   Doc# 10023-1   Filed: 01/26/21   Entered: 01/26/21 15:13:26   Page 5 of 14

**Pacific Gas and Electric Company**
**Detailed Cost Sheet- Electric Distribution and Service Extension Costs**

REFERENCES:
| | |
|---|---|
| Notification # | 111768499 |
| Contract # | 1220535 |
| PM # | 31265375 |
| E-Prior MLX/PM # | 2017 |

Applicant: **Paso Robles Multifamily, LLC, A CA Limited Liability Co**
Project Location/Name: **802 EXPERIMENTAL STATION ROAD, PASO ROBLES, 93446**

**Cost Breakdown**

| | |
|---|---|
| Total number of residential lots/units for this project: | 39 |
| Total number of non-residential lots/units for this project: | 1 |
| Total number of combined meters: | 40 |

Cost of Services:[5]

| | | | | |
|---|---|---|---|---|
| Engineering & Administrative Costs | | | | $11,367.83 |
| Value of Applicant Design Work | | | (+) | $0.00 |
| Service Tie-In Cost (Energized) by PG&E | | | (+) | $1,042.70 |
| Electric Metering | | | (+) | $7,360.81 |
| Others (N/A) | | | (+) | $0.00 |
| Inspection Fees | | | (+) | $0.00[4] |
| Service Cost - PG&E installed | # Services | 11 | (+) | $27,617.80 |
| Service Cost - Applicant installed | # Services | 0 | (+) | $0.00[5] |
| Total Estimated Cost of Service Subject to Allowance | | | (=) | $47,389.14 |

Cost of Service Within Allowance:

| | | | | | |
|---|---|---|---|---|---|
| less Total Residential Service Allowance | | | | | |
| $2,431.00 | x | 39 | = | (-) | $47,389.14[1] |
| Excess Service Cost | | | | (=) | $0.00 |
| Estimated Service Cost Within Allowance (Total less Excess) | | | | (=) | $47,389.14 |

Average Cost per Lot or Unit Within Allowance

| | | | | | |
|---|---|---|---|---|---|
| $47,389.14 | / | 39 | = | | $1,215.11 |

Excess Service Allowance Applied to Distribution Line Extension Refundable
Amount per Lot or Unit:

| | | | | | |
|---|---|---|---|---|---|
| $2,431.00 | - | $1,215.11 | = | | $1,215.89** |
| Allowance | | Ave. Cost / Unit | | | |

Case: 19-30088   Doc# 10023-1   Filed: 01/26/21   Entered: 01/26/21 15:13:26   Page 6 of 14

## Allowances

Residential:

| $2,431.00 | x | 15 | (=) | | $36,465.00 |
| Allowance | | Lots / Units | | | |

plus ITCC @ 22%   Residential Allowances   (+)   $8,022.30

SUB TOTAL Residential Allowance   (=)   $44,487.30

Non-Residential:   $123.00 / 0.1512   (=)   $813.49
  Net Annual Revenue   Cost-of-Service-Factor

plus ITCC @ 22%   Non-Residential Allowances   (+)   $178.97

SUB TOTAL Non-Residential Allowances   (=)   $992.46

less Residential Service Allowance:

( 15 x $1,215.11 ) + 22% =   $22,236.44
  Lots/Units   Ave. Cost / Unit   ITCC

Total Distribution Line Extension Allowance   $23,243.32

## Amount Subject to Refund

| Engineering & Administrative Costs | | $42,606.26 |
| Value of Applicant Design Work | (+) | $0.00 |
| Tie-In of Distribution Line Extension by PG&E | (+) | $84,982.39 |
| Electric Metering (Non-Residential Projects) | (+) | $2,264.86 |
| Other Taxable Charges: N/A | (+) | $0.00 |
| PG&E installed - Cost of Distribution Line and Non-Res Svcs. | (+) | $56,930.95 |
| Applicant installed - Cost of Distribution Line and Non-Res Svcs. | (+) | $0.00 [5] |
| Value of Distribution Substructures | (+) | $15,817.38 |
| Inspection Fees | (+) | $0.00 [4] |
| SUB TOTAL | (=) | $202,601.84 |
| plus ITCC @ 22% | (+) | $44,572.41 |
| Total Refundable Amount | (=) | $247,174.25 |
| Less Total Allowances (not to exceed Total Refundable Amount) | (-) | $23,243.32 |
| Balance: Net Refundable Amount | (=) | $223,930.93 |

**10 Year Refundable Advance Option**

| Balance: Net Refundable Amount | | $223,930.93 |
| Less Credit for Value of Applicant Design Work | (-) | $0.00 |
| Less Cost of Dist. Line Ext. and Non-Res Svcs. installed by Applicant | (-) | $0.00 [5] |
| Less Distribution Substructures by Applicant | (-) | $15,817.38 |

Net 10 Year Refundable Advance Option Amount   (=)   $208,113.56 [2]

**Non-Refundable Discount Option**

Balance: Net Refundable Amount   $223,930.93

less Discount   $223,930.93 x 0.50 =   (-)   $111,965.47
  Balance   Discount Rate

| Less Credit for Value of Applicant Design Work | (-) | $0.00 |
| Less Cost of Dist. Line Ext. and Non-Res Svcs. installed by Applicant | (-) | $0.00 [5] |
| Less Distribution Substructures by Applicant | (-) | $15,817.38 |

Net Non-Refundable Discount Option Amount   (=)   $96,148.09 [2]

## Non-Refundable Payments

### Rule 16 Non-Refundable Payments

| | | |
|---|---|---:|
| Excess Service Costs | | $0.00 |
| Service Costs Beyond Preferred Service Location | (+) | $0.00 |
| Service Riser | (+) | $0.00 |
| Value of Rule 16 Land Rights Costs | (+) | $0.00 |
| Value of Service Trench, Conduits & Substructures in the Franchise Area or on 3rd Party Property | (+) | $230.67 |
| Inspection Fees | (+) | $323.68 |
| Rule 16 Trench Permits Obtained by PG&E | (+) | $0.00 |
| Other Taxable Charges: N/A | (+) | $0.00 |
| Cost of Additional Rule 16 Applicant Design Plan Checks | (+) | $0.00 |
| SUB TOTAL | (=) | $554.35 |
| Plus ITCC @ 22% | (+) | $121.96 |
| Other Non-taxable Charges: N/A | (+) | $0.00 |
| Residential Per Meter Charge= 39 unit(s) | (+) | $2,925.00 |
| Non-Residential Per Meter Charge 1 unit(s) | (+) | $125.00 |
| Inspection Fees (not subject to ITCC) | (+) | $0.00 |
| Plus Service Trench, Conduits, & Substructures installed by PG&E on Private Property | (+) | $0.00 |
| Less Excess Service Facilities Installed by Applicant | (-) | $0.00 |
| Less Service Costs Beyond Preferred Location by Applicant | (-) | $0.00 |
| Less Service Riser Installed by Applicant | (-) | $0.00 |
| Less Service Trench, Conduits, & Substructures in the Franchise Area & 3rd Party Property installed by Applicant | (-) | $230.67 |
| Less Rule 16 Applicant Design Work Associated with Excess | (-) | $0.00 |
| Total Rule 16 Non-Refundable Amount | (=) | $3,495.63 |

### Rule 15 Non-Refundable Payments

| | | |
|---|---|---:|
| Inspection Fees | | $981.72 |
| Re-estimating/Composite Preparation | (+) | $0.00 |
| Cost of Additional Applicant Design Plan Checks | (+) | $0.00 |
| Value of Distribution Conduits | (+) | $4,072.03 |
| Distribution Risers Installed by PG&E | (+) | $0.00 |
| Value of Distribution Trench | (+) | $6,937.64 |
| PG&E Land Rights Costs | (+) | $974.10 |
| Rule 15 Trench Permits Obtained by PG&E | (+) | $0.00 |
| Other | (+) | $0.00 |
| SUB TOTAL | (=) | $12,965.50 |
| Plus ITCC @ 22% | (+) | $2,852.41 |
| Less Distribution Conduits Installed by Applicant | (-) | $4,072.03 |
| Less Distribution Trench Provided by Applicant | (-) | $6,937.64 |
| Total Non-Refundable Electric Rule 15 Amount | (=) | $4,808.24 |

### Relocation / Rearrangement of PG&E Facilities

| | | |
|---|---|---:|
| Value of Relocation/Rearrangement Facilities | | $0.00 |
| Value of Relocation/Rearrangement Conduits & Substructures | (+) | $0.00 |
| Value of Relocation/Rearrangement Trench & Excavation | (+) | $0.00 |
| Engineering & Administrative Costs | (+) | $0.00 |

| | | |
|---|---|---|
| Value of Relocation Applicant Design Work | (+) | $0.00 |
| Cost of Additional Applicant Design Plan Checks | (+) | $0.00 |
| Tie-In of Relocation/Rearrangement by PG&E | (+) | $0.00 |
| Relocation/Rearrangement Trench Permits Obtained by PG&E | (+) | $0.00 |
| Relocation/Rearrangement Land Rights | (+) | $0.00 |
| Relocation/Rearrangement Inspection Fees | (+) | $0.00 |
| SUB TOTAL | (=) | $0.00 |
| Plus ITCC @ 22% | (+) | $0.00 |
| Plus Relocation/Rearrangement - Non Taxable | (+) | $0.00 |
| Less Relocation/Rearrangement Facilities Installed by Applicant | (-) | $0.00 |
| Less Conduits & Substructures Installed by Applicant | (-) | $0.00 |
| Less Trench & Excavation Provided by Applicant | (-) | $0.00 |
| Less Value of Relocation Applicant Design Work | (-) | $0.00 |
| Less Relocation/Rearrangement Salvage | (-) | $0.00 |
| Total Relocation / Rearrangement of PG&E Facilities Amount | (=) | $0.00 |

(1) Total Service Allowance not to exceed the Cost of Service
(2) 10 Year Refundable and Discount Option credit amounts will be paid upon acceptance of facilities. Credit amounts are subject to future deficiency billing in accordance with the tariff.
(3) 10 Year Refundable and Discount Option credit amounts do not offset Other Non-Refundable or Relocation Fees. See Reimbursement Summary for a total of Reimbursements and Credits to be paid upon acceptance of facilities.
(4) Inspection Fees (Only Refundable if Applicant's Actual Cost is Used. Applicant's Actual Cost + Inspection Cannot Exceed PG&E's Estimate)
(5) The lower of PG&E's estimated costs or the Applicant's Contract Anticipated Costs (as documented on Form 79-1003 "Statement of Contract Anticipated Costs") will be used to establish the cost of Service and Distribution Line Extension subject to Allowance

**Note:** This supplemental detailed cost sheet is **for reference only** and is not intended for use in place of the actual contract for the project listed.



**Pacific Gas and Electric Company**
**Detailed Cost Sheet- Rule 20B Costs**

**REFERENCES:**
Notification # <u>111768499</u>
Contract # <u>1220535</u>
R20-PM # <u>31265375</u>

## Cost Breakdown

LOCATION: **802 EXPERIMENTAL STATION ROAD, PASO ROBLES, 93446**

DESCRIPTION OF WORK: **Rule 20B - Underground existing overhead electric facilities**

| | | |
|---|---|---:|
| Engineering & Administrative Costs | | $0.00 |
| Value of Applicant Design Work | (+) | $0.00 |
| Cost of Additional Applicant Design Plan Checks | (+) | $0.00 |
| Value of 20B Underground System | (+) | $0.00 |
| Tie-In of 20B by PG&E | (+) | $0.00 |
| PG&E Land Rights Costs | (+) | $0.00 |
| Inspection Fees | (+) | $0.76 |
| Value of 20B Trench & Excavation | (+) | $34,526.40 |
| Value of 20B Conduits & Substructures | (+) | $0.00 |
| Rule 20B Trench Permits Obtained by PG&E | (+) | $0.00 |
| less Cost of Equivalent Overhead System | (-) | $0.00 |
| **SUB TOTAL** | (=) | **$34,527.16** |
| plus ITCC @ 22% | (+) | $7,595.98 |
| less 20B Underground System Installed by Applicant | (-) | $0.00 |
| less 20B Trench & Excavation Provided by Applicant | (-) | $34,526.40 |
| less 20B Conduits & Substructures Installed by Applicant | (-) | $0.00 |
| less Value of Applicant Design Work | (-) | $0.00 |
| **Electric Rule 20B Cash Payment** | (=) | **$7,596.74** |

**Note:** This supplemental detailed cost sheet is **for reference only** and is not intended for use in place of the actual contract for the project listed.



**Pacific Gas and Electric Company**
**Detailed Cost Sheet- Rule 20B Costs**

**REFERENCES:**
Notification #  111768499
Contract #  1220535
R20-PM #  31265378

## Cost Breakdown

LOCATION: **802 EXPERIMENTAL STATION ROAD, PASO ROBLES, 93446**

DESCRIPTION OF WORK: **Rule 20B - Underground existing overhead electric facilities**

| | | |
|---|---|---:|
| Engineering & Administrative Costs | | $50,521.23 |
| Value of Applicant Design Work | (+) | $0.00 |
| Cost of Additional Applicant Design Plan Checks | (+) | $0.00 |
| Value of 20B Underground System | (+) | $98,700.97 |
| Tie-In of 20B by PG&E | (+) | $90,639.85 |
| PG&E Land Rights Costs | (+) | $1,795.21 |
| Inspection Fees | (+) | $1,153.84 |
| Value of 20B Trench & Excavation | (+) | $0.00 |
| Value of 20B Conduits & Substructures | (+) | $41,715.14 |
| Rule 20B Trench Permits Obtained by PG&E | (+) | $0.00 |
| less Cost of Equivalent Overhead System | (-) | $68,026.10 |
| **SUB TOTAL** | **(=)** | **$216,500.14** |
| plus ITCC @ 22% | (+) | $47,630.03 |
| less 20B Underground System Installed by Applicant | (-) | $0.00 |
| less 20B Trench & Excavation Provided by Applicant | (-) | $0.00 |
| less 20B Conduits & Substructures Installed by Applicant | (-) | $41,715.14 |
| less Value of Applicant Design Work | (-) | $0.00 |
| **Electric Rule 20B Cash Payment** | **(=)** | **$222,415.03** |

**Note:** This supplemental detailed cost sheet is **for reference only** and is not intended for use in place of the actual contract for the project listed.



**Pacific Gas and Electric Company**
**Detailed Cost Sheet - Reimbursement Costs**

| REFERENCES: | |
|---|---|
| Notification # | 111768499 |
| Contract # | 1220535 |
| E15-PM # | 31265378 |
| E16R-PM # | 31265375 |
| E20B-PM # | |
| E20C-PM # | |
| G15-PM # | |
| G16R-PM # | |

**Cost Breakdown**

Applicant: **Paso Robles Multifamily, LLC, A CA Limited Liability Co**
Project Location/Name: **802 EXPERIMENTAL STATION ROAD, PASO ROBLES, 93446**

### Electric Rule 15

| | | | |
|---|---|---|---|
| 10 Year Refundable Advance Credit Amount | | | $0.00 [1] |
| | | - or - | |
| Non-Refundable Discount Option Credit Amount | | | $0.00 [1] |
| Joint Pole Credits | (+) | $0.00 | |
| PG&E Betterments | (+) | $3,162.19 | |
| SUB TOTAL: w/ 10 Year Refundable Advance Credit Amount | (=) | | $3,162.19 |
| | | - or - | |
| w/ Non-Refundable Discount Credit Amount | (=) | | $3,162.19 |

### Electric Rule 16

| | | | |
|---|---|---|---|
| Joint Pole Credits | | $0.00 | |
| Applicant Design Work within the Allowance | (+) | $0.00 | |
| SUB TOTAL: | (=) | | $0.00 |

**Reimbursements per Service Completion - Electric**

| | | |
|---|---|---|
| Energized System | $0.00 | /service [2] |
| Non-energized System | $0.00 | /service [2] |

### Electric Rule 20B

| | | | |
|---|---|---|---|
| Joint Pole Credits | | $0.00 | |
| Rule 20B Payment Credit | (+) | $0.00 | |
| SUB TOTAL: | (=) | | $0.00 |

### Electric Rule 20C

| | | | |
|---|---|---|---|
| Joint Pole Credits | | $0.00 | |
| Rule 20C Payment Credit | (+) | $0.00 | |
| SUB TOTAL: | (=) | | $0.00 |

## Streetlights

### LS-1
| | | |
|---|---|---|
| Standard Luminaries | | $0.00 |
| Standard Poles & Arms | (+) | $0.00 |
| Protective Tubes | (+) | $0.00 |
| Internal Wiring | (+) | $0.00 |
| Overhead Conductor | (+) | $0.00 |
| Underground Conductor | (+) | $0.00 |
| Connections | (+) | $0.00 |

### LS-2
| | | |
|---|---|---|
| Connections | (+) | $0.00 |
| SUB TOTAL: | (=) | $0.00 |

## Gas Rule 15

| | | |
|---|---|---|
| 10 Year Refundable Advance Credit Amount | | $0.00 [1] |
| | - or - | |
| Non-Refundable Discount Option Credit Amount | | $0.00 [1] |
| PG&E Betterments | (+) | $0.00 |
| SUB TOTAL: w/ 10 Year Refundable Advance Credit Amount | (=) | $0.00 |
| | - or - | |
| w/ Non-Refundable Discount Credit Amount | (=) | $0.00 |

## Gas Rule 16

| | | |
|---|---|---|
| Stub Services | | $0.00 |
| Applicant Design Work within the Allowance | (+) | $0.00 |
| SUB TOTAL: | (=) | $0.00 |

**Reimbursements per Service Completion - Gas**

| | | |
|---|---|---|
| Pressurized System | $0.00 | /service [2] |
| Non-Pressurized System | $0.00 | /service [2] |

---

(1) 10 Year Refundable and Discount Option credit amounts will be paid upon acceptance of facilities. Credit amounts are subject to future deficiency billing in accordance with the tariff.  [3]
(2) This Reimbursement will be paid on a per service basis as each service is completed.  [3]
(3) Excludes service completion reimbursements made under Rule 16. Service completion reimbursements will be made as each service is connected, on a per service basis.  [3]

[3]

**Note:** This supplemental detailed cost sheet is **for reference only** and is not intended for use in place of the actual contract for the project listed.



**Pacific Gas and Electric Company**
**Detailed Cost Sheet - Streetlight Costs**

**REFERENCES:**
Notification #  111768499
Contract #  1220535
ELS-PM #  31265375

## Cost Breakdown

LOCATION: **802 EXPERIMENTAL STATION ROAD PASO ROBLES, 93446**
DESCRIPTION OF WORK: **Install Streetlight Service Point and/or Circuit (1)**

| | | |
|---|---|---:|
| Engineering & Administrative Costs | | $4,588.40 |
| Streetlight Service - Facilities & Connection | (+) | $6,535.97 |
| Total Amount Subject to Allowance | (=) | $11,124.37 |
| Streetlight Service Point Allowance | (-) | $97.00 |
| Balance | (=) | $11,027.37 |
| Re-Engineering Costs | (+) | $0.00 |
| SL Extnsn and/or Circuit - Trench | (+) | $3,773.50 |
| SL Circuit - Poles/Posts | (+) | $9,172.94 |
| SL Svc Extnsn and/or Circuit - Inspection | (+) | $136.96 |
| SL Svc Dlvry Pnt Extn and/or Circuit - Conduit/ Subst | (+) | $3,187.44 |
| **Subtotal** | **(=)** | **$27,298.21** |
| plus ITCC @ 22.0% | (+) | $6,005.61 |
| Streetlight Service Point - Connection Only | (+) | $0.00 |
| Less Applicant Provided Work: | | |
|    Cost beyond Allowance by Applicant | (-) | $0.00 |
|    SL Extnsn and/or Circuit - Trench | (-) | $3,773.50 |
|    SL Svc Dlvry Pnt Extn and/or Circuit - Conduit/ Subst | (-) | $3,187.44 |
| **Total Streetlight Non-Refundable Payment** | **(=)** | **$26,342.88** |
| Amount shown does not include PG&E Contributions of: | | $1,112.14 |
|    SL Circuit - Luminaries | $1,112.14 | |

**Note:** This supplemental detailed cost sheet is **for reference only** and is not intended for use in place of the actual contract for the project listed.