# EXHIBIT B

**From:** Burke, Robert <RMBe@pge.com>
**Sent:** Sunday, April 15, 2018 6:03 PM
**To:** Susan Slavik <sms@utilityspecialists.com>
**Cc:** Andrew hayes <Andrewh@aandrcorp.com>; Matt Thomsen <MattThomsen@mbk.com>; Ali Fadavi <ali@aandrcorp.com>; Neil Miller <neilm@aandrcorp.com>; Karen Alves <KarenAlves@mbk.com>; Sunti Kumjim <SuntiKumjim@mbk.com>; Dave Spurr <dave@SpurrCo.com>
**Subject:** RE: Blue Oak Apts - extra labor/material for River Oaks Dr (PG&E 31322114, 31322115)

Susan,

I am aware of the situation. We will have Dave add it to the bill for reimbursement to MBK.

**Bob Burke**
PG&E
Senior New Business Representative
4325 S. Higuera St.
San Luis Obispo, CA 93401
805-546-5236

---

**From:** Susan Slavik [mailto:sms@utilityspecialists.com]
**Sent:** Friday, April 13, 2018 3:36 PM
**To:** Burke, Robert
**Cc:** Andrew hayes; Matt Thomsen; Ali Fadavi; Neil Miller; Karen Alves; Sunti Kumjim; Dave Spurr
**Subject:** RE: Blue Oak Apts - extra labor/material for River Oaks Dr (PG&E 31322114, 31322115)

*****CAUTION**: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Bob,

I'm not sure if you've heard from your install supervisor about the directive for MBK (Paso Robles Multifamily LLC) to dig up primary 6" conduit at 7 (total) bend locations to encase them in concrete. It was explained to our construction manager that this is typical PG&E requirement given the length of these pulls. PG&E engineers missed including this

detail in the plans. This will, of course, add to the cost that PG&E is to reimburse Paso Robles Multifamily LLC. Please provide written acknowledgement and provide procedure for obtaining the reimbursement.

Best,
Susan Slavik
Utility Specialists Southwest, Inc.
(949) 770-1900 Ext. 135
sms@utilityspecialists.com

---

**From:** Neil Miller [mailto:neilm@aandrcorp.com]
**Sent:** Thursday, April 12, 2018 2:27 PM
**To:** Susan Slavik <sms@utilityspecialists.com>; Karen Alves <KarenAlves@mbk.com>; Sunti Kumjim <SuntiKumjim@mbk.com>
**Cc:** Andrew hayes <Andrewh@aandrcorp.com>; Matt Thomsen <MattThomsen@mbk.com>; Ali Fadavi <ali@aandrcorp.com>
**Subject:** Blue Oak Extra Work for PG&E

Susan will you look into this. MBK/Spurr Construction is being asked to dig up and concrete encase conduit that was not noted to be encased previously.

Very unusual for all of this verbal direction from PG&E and no written direction or issued changes in plans.

Please advise.

Neil Miller
Project Executive
**A & R Corporation, Inc.**
19700 Fairchild Road, Suite 260
Irvine, CA 92612
Office: 949-396-7999 ext. 302
Cell: 831-901-4549
Fax: 949-335-9020



www.aandrcorp.com

---

**From:** Matt Thomsen <MattThomsen@mbk.com>
**Sent:** Thursday, April 12, 2018 12:58 PM
**To:** Andrew hayes <Andrewh@aandrcorp.com>; Neil Miller <neilm@aandrcorp.com>
**Subject:** Spurr Work for PG&E

Andrew and Neil

Spurr is exposing primary 6" conduit at 7 total bend locations and concrete encasing it. Please see the attached for these locations. From what I was told by PG&E install supervisor this is typical requirement for PG&E given the length of these pulls and PG&E engineers missed putting this in the plans.

**Matt Thomsen**
Superintendent
802 Experimental Station Road
Paso Robles, CA 93446

Cell:805-423-6995
Contractor's License #844533

  



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.