# EXHIBIT C

# Spurr Co.
## site development specialists

P.O. Box 1920 Paso Robles, CA 93447 | cell: 805.471.3672 | office: 805.238.0834 | fax: 805.238.0436 | email: dave@spurrco.com

Lic. # 708343A

**Date:** 21-Jun-18

**To:** A&R CORP.
19700 FAIRCHILD ROAD # 260
IRVINE, CA. 92612

**Attn:** NEIL MILLER / MIKE GONZALES

**CONTRACT CHANGE ORDER**

**JOB TITLE:** BLUE OAK APARTMENTS

**JOB#:** 16-039

**Change Order #:** 49

SUMMARY: PER PG&E, ADDITIONAL WORK REQUESTED FOR RULE 20 OFFSITE AT EXPERIMENTAL STATION ROAD AND RIVER OAKS DRIVE IN ORDER TO PULL THEIR CABLE. WORK INCLUDES BUT NOT LIMITED TO, POTHOLING EXISTING CONDUIT, DIGGING UP CONDUIT BENDS AND INSTALLING CONCRETE AT ALL THE BENDS, CONCRETE REMOVAL AND REPLACEMENT OF DRIVEWAY AND SIDEWALKS, INSTALLING A NEW CONCRETE SPLIT VAULT AT THE EAST SIDE OF THE PROJECT. COST OF THIS WORK IS TO BE CREDITED TO THE DEVELOPER FROM PG&E PER BOB BURKE.

*(handwritten: A2R #3 OK)*

| CAT. | ITEM | QUANT | UNIT | COST/UNIT | COST | DESCRIPTION |
|---|---|---|---|---|---|---|
| | **Requested Add:** | | | | | |
| | FWO # 5984 | 1 | LS | $3,190.00 | 3,190.00 | EXCAVATE FOR # 7 CONCRETE SPLIT VAULT |
| | FWO # 5985 | 1 | LS | $18,582.77 | 18,582.77 | INSTALL # 7 CONCRETE SPLIT VAULT |
| | FWO # 5986 | 1 | LS | $3,143.96 | 3,143.96 | BACKFILL AND GROUT VAULT |
| | FWO # 6014 | 1 | LS | $4,617.69 | 4,617.69 | DIG UP CONDUIT BENDS ON ESR AND PLACE RED CONCRETE |
| | FWO # 6015 | 1 | LS | $3,322.00 | 3,322.00 | DIG UP CONDUIT BENDS ON RIVER OAKS DRIVE |
| | FWO # 6016 | 1 | LS | $3,119.42 | 3,119.42 | DIG UP CONDUITS BENDS ON RIVER OAKS DRIVE AND PLACE RED CONCRETE |
| | FWO # 6017 | 1 | LS | $2,376.00 | 2,376.00 | BACKFILL CONDUIT BENDS ON RIVER OAKS DRIVE |
| | FWO # 6019 | 1 | LS | $2,018.50 | 2,018.50 | BACKFILL # 7 VAULT BY JOB TRAILER AND BASE DRIVE |
| | FWO # 6022 | 1 | LS | $1,956.00 | 1,956.00 | DIG UP CONDUIT BENDS ON RIVER OAKS DRIVE |
| | FWO # 6023 | 1 | LS | $3,240.18 | 3,240.18 | DIG UP AND REPLACE BENDS ON RIVER OAKS DRIVE AND PLACE RED CONCRETE |
| | FWO # 6024 | 1 | LS | $2,200.00 | 2,200.00 | BACKFILL CONDUITS ON RIVER OAKS DRIVE |
| | FWO # 6108 | 1 | LS | $2,200.00 | 2,200.00 | REMOVE AND REPLACE DRIVEWAY AT LOT 30 |
| | **Subtotal:** | | | | 49,805.52 | |
| | **Requested Deduction:** | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | | | | | 0.00 | |
| | **Subtotal:** | | | | 0.00 | |

**TOTAL:** 49,805.52

Spurr Co. (Initial Here)

Customer (Initial Here)

Case: 19-30088   Doc# 10023-3   Filed: 01/26/21   Entered: 01/26/21 15:13:26   Page 2 of 24

The original construction agreement is hereby modified and amended by the following diviations from the original plans and specifications.

It is mutually agreed that for such change the contract price is increased by $ 49,805.52 payable within 30 days of invoicing whether the general contractor has been paid or not. The cost to recover payments that falls under the original construction agreement will still be in affect.

Time for completion of the above cited work is hereby extended 8 days beyond any completion date set fourth in the original contract for such work.

All other provisions of the original contract and agreement shall remain in full force and effect without change because of the above deviations. This change order whether signed or not will be an attachment to the general contractors change order and all above terms will be in affect.

TOTAL:        49,805.52

CUSTOMER SIGNATURE | DATE

CUSTOMER (PRINT)

SPURR CO. | DATE        6/21/2018

Spurr Co.
(Initial Here)

Customer
(Initial Here)



# Spurr Co.
## site development specialists

P. O. BOX 1920 • PASO ROBLES, CA 93447
(805) 238-0834 Phone • (805) 238-0450 Fax
License No. 708343

**FIELD WORK ORDER**

Work Order № 5984

Project No. 16039

Date 9/8/18

To: ALR

| DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Pge Extra Work | | | |
| Dig #7 split Box @ | | | |
| we east end of project | | | |
| kobota mini excavator | 8 | 140 | 1120 |
| John Deere Loader | 5 | 200 | 1000 |
| 13 hrs Labor | 13 | 60 | 780 |
| | | | |
| | | | |
| | | | 2900 |
| **P & O** | | | 290 |
| **TOTAL** | | | 3190 |

All invoices are due net 30 days from date of invoice. Past due accounts are subject to a finance charge of 1.5% per month (18% annual) . Customer to pay any and all charges incurred in collection of this invoice, including attorney fees, legal fees and court costs.

The terms and conditions of Spurr Co. contain the complete and final agreement between Spurr Co. and Customer and no other agreement in any way modifying or adding to any said Terms and Conditions will be binding upon Spurr Co. unless made in writing and signed by Spurr Co. authorized agent.

SPURR CO.

by _____
authorized agent

9/8/18
date

CUSTOMER

Andrew Hayes
customer name (print)

_____
customer or authorized agent (sign)

_____
date



**Spurr Co.**
site development specialists

P. O. BOX 1920 • PASO ROBLES, CA 93447
(805) 238-0834 Phone • (805) 238-0450 Fax
License No. 708343

To: _A & R_

| DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Pgc Extra work | | | |
| Set #7 split Box conect | | | |
| conduit and poor concrete | | | |
| To cover Openings @ ends of | | | |
| Box and incase conduit | | | |
| 1 6" 45°x60" | | | |
| #7 split Box Pgc | 1 | EA | 13,663.99 |
| 4 yds 5 sack concrete | 1 | 597.94 | 597.94 |
| 3 4" 45°x6" | 1 | 51.50 | 51.50 |
| mini excavator | 3 | 140 | 420 |
| John Deere Loader | 3 | 200 | 600 |
| Labor | 26 | 60 | 1560 |
| | | | 16,893.43 |
| | | **P & O** | 1,689.34 |
| | | **TOTAL** | 18,582.77 |

All invoices are due net 30 days from date of invoice. Past due accounts are subject to a finance charge of 1.5% per month (18% annual) . Customer to pay any and all charges incurred in collection of this invoice, including attorney fees, legal fees and court costs.

The terms and conditions of Spurr Co. contain the complete and final agreement between Spurr Co. and Customer and no other agreement in any way modifying or adding to any said Terms and Conditions will be binding upon Spurr Co. unless made in writing and signed by Spurr Co. authorized agent.

SPURR CO.

by _Pat Bearen_
authorized agent

_5/9/18_
date

CUSTOMER

_Andrew Hayes_
customer name (print)

_(signature)_
customer or authorized agent (sign)

_5/10/18_
date



# ALL-STATE

## Utility Supply, Inc.

955 W. Ventura St. Fillmore CA 93015 805-524-4064 Fax: 805-524-4065
1890 Ramada Dr. Paso Robles, CA 93446 805-239-9955 Fax: 805-239-7795

# Estimate

| Date | Estimate No |
|------|-------------|
| 4/20/2018 | 11723 |

| Name / Address | DSE1 | |
|----------------|------|---|
| ACCOUNTS PAYABLE<br>DAVE SPURR EXCAVATING<br>P.O. BOX 1920<br>PASO ROBLES, CA 93447 | | |

**Ship To**

DAVE SPURR EXCAVATING

DAVE S.

A9R PG9E
EXTRA

| P.O. No. | Terms | FOB |
|----------|-------|-----|
| | 2% 10th NET 30 DAYS | |

| Item | Description | Qty Quoted | Unit Price | Total |
|------|-------------|------------|------------|-------|
| NSVAULT | VAULT, 04-1054 MDG-48 Splice H20<br>Steel SN Torsion PG&E<br>3.00 Ea 04-3377 PG&E 4686 Extension<br>54X102X18<br>1.00 Ea PG&E 4686 18" Extension W/6"<br>Terminators<br>1.00 Ea 5'6"x9'6"x6" OD Base with Sump<br>& Galv pulling irons<br>ALLOW 5-6 WEEK LEAD TIME<br>AFTER DRAWING HAS BEEN<br>APPROVED BY CUSTOMER.<br>DUE TO UNSTABLE METAL<br>PRICING. QUOTE IS GOOD<br>FOR 14 DAYS FOR THE<br>DESCRIPTIONS LISTED | 1 | 12,681.20 | 12,681.20T |

| | |
|---|---|
| **Subtotal** | $12,681.20 |
| **Sales Tax (7.75%)** | $982.79 |
| **Total** | $13,663.99 |

Signature _____

# *ALL-STATE*
## Utility Supply, Inc.

**Remit To:**
ALL-STATE Utility Supply, Inc.
P.O Box 102
Santa Margarita, Ca 93453

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/9/2018 | 126980 |

955 W. Ventura St. Fillmore, CA 93015  805-524-4064  Fax: 805-524-4065
1890 Ramada Dr. Paso Robles, CA 93446  805-239-9955  Fax: 805-239-7795

| Bill To | DSE1 | |
|---------|------|--|
| ACCOUNTS PAYABLE<br>DAVE SPURR EXCAVATING<br>P.O. BOX 1920<br>PASO ROBLES, CA 93447 | | |

*FWO # 5985*

**Ship To**
DAVE SPURR EXCAVATING


RECEIVED
MAY 1 2018
BY:.....................

| SO # | PO # | Terms | Delivery Date | Ship Via | FOB |
|------|------|-------|---------------|----------|-----|
| 48801 | 16039 | 2% 10th NET 30 DAYS | 5/9/2018 | WILL CALL | |

| Item | Description | Qty Delivered | Backordered | Unit Price | Amount |
|------|-------------|---------------|-------------|------------|--------|
| DB1204004560 | SWEEP, 4" X 45 X 60" DB120 | 4 | 0 | 11.95 | 47.80T |

GL No: 842
Job No: 16039
Tracking Code 08

PLEASE NOTE THAT OUR REMIT TO ADDRESS HAS
CHANGED TO:

PO BOX 102
SANTA MARGARITA, CA 93453

| | |
|--|--|
| **Subtotal** | $47.80 |
| **Sales Tax  (7.75%)** | $3.70 |
| **Total** | $51.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $51.50 |



# Invoice

Alliance

PO Box 1163
Arroyo Grande, CA 93421

RECEIVED
MAY 2 2 2018
BY:

| Date | Invoice # |
|------|-----------|
| 5/9/2018 | 36681 |

| Bill To | Ship To |
|---------|---------|
| DAVE SPURR EXCAVATIN, INC.<br>P.O. BOX 1920<br>PASO ROBLES, CA 93447 | 3800 EXPERIMENTAL STATION RD-JB#16-039<br>PASO ROBLES<br>JOB#16-039 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 10 | |

| Date | Ticket No. | Quantity | Item | Rate | Amount |
|------|-----------|----------|------|------|--------|
| 5/9/2018 | 22856 | 4 | 5 SK 1" MAX AGG 250... | 75.00 | 300.00T |
| | | 4 | DELIVERY CHARGE | 35.00 | 140.00 |
| | | 1 | FUEL/ENV SURCHAR... | 45.00 | 45.00T |
| | | 1 | SHORT LOAD | 80.00 | 80.00T |

GL No: 542
Job No: 16039
Tracking Code: 04

THANK YOU FOR YOUR BUSINESS!
*all credit cards accepted*

IF YOU HAVE ANY BILLING QUESTIONS, PLEASE CONTACT KACIE AT (805) 343-2266

| | |
|---|---|
| Subtotal | $565.00 |
| Sales Tax (7.75%) | $32.94 |
| Payments/Credits | $0.00 |
| Balance Due | $597.94 |

| Phone # | Fax # |
|---------|-------|
| 805-343-9012 | 805-343-9430 |

Case: 19-30088   Doc# 10023-3   Filed: 01/26/21   Entered: 01/26/21 15:13:26   Page 8 of 24



# Spurr Co.
## site development specialists

P. O. BOX 1920 • PASO ROBLES, CA 93447
(805) 238-0834 Phone • (805) 238-0450 Fax

License No. 708343

| FIELD WORK ORDER |

Work Order № 5986

Project No. 16039

Date 5/10/18

To: _AJR_

| DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PG&E Extra Work | | | |
| Back fill grout and put sleeve | | | |
| around lines coming out of Box | | | |
| going up pole | | | |
| Instal 3/4" ground rod | | | |
| | | | |
| Labor | 26 | 60 | 1560 |
| Backhoe | 6 | 140 | 840 |
| 2 wackers | 2 | 200 | 400 |
| | | | |
| x12' | | | |
| 3/4" ground rod | | | 31.65 |
| 1 5" 45° for sleeve | | | 18.50 |
| | | | 2850.15 |
| P & O | | | 285.81 |
| TOTAL | | | 3143.96 |

All invoices are due net 30 days from date of invoice. Past due accounts are subject to a finance charge of 1.5% per month (18% annual). Customer to pay any and all charges incurred in collection of this invoice, including attorney fees, legal fees and court costs.

The terms and conditions of Spurr Co. contain the complete and final agreement between Spurr Co. and Customer and no other agreement in any way modifying or adding to any said Terms and Conditions will be binding upon Spurr Co. unless made in writing and signed by Spurr Co. authorized agent.

SPURR CO.

by _____
authorized agent

5/10/18
date

CUSTOMER

_Andrew Hayls_
customer name (print)

_____
customer or authorized agent (sign)

5/14/18
date

Case: 19-30088   Doc# 10023-3   Filed: 01/26/21   Entered: 01/26/21 15:13:26   Page 9 of 24

# ALL-STATE

## Utility Supply, Inc.

Remit To:
ALL-STATE Utility Supply, Inc.
P.O Box 102
Santa Margarita, Ca 93453

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/10/2018 | 127059 |

955 W. Ventura St. Fillmore, CA 93015 805-524-4064 Fax: 805-524-4065
1890 Ramada Dr. Paso Robles, CA 93446 805-239-9955 Fax: 805-239-7795

| Bill To | DSE1 |
|---------|------|

ACCOUNTS PAYABLE
DAVE SPURR EXCAVATING
P.O. BOX 1920
PASO ROBLES, CA 93447

FWO # 5986

Ship To

DAVE SPURR EXCAVATING

MAY 9 2018

| SO # | PO # | Terms | Delivery Date | Ship Via | FOB |
|------|------|-------|---------------|----------|-----|
| 48840 | 16039 | 2% 10th NET 30 DAYS | 5/10/2018 | WILL CALL | |

| Item | Description | Qty Delivered | Backordered | Unit Price | Amount |
|------|-------------|---------------|-------------|------------|--------|
| GRC3412 | GROUND ROD, 3/4" X 12' COPPER | 1 | 0 | 35.00 | 35.00T |
| GC34P | GROUND CLAMP 3/4" ACORN | 1 | 0 | 1.80 | 1.80T |

GL No: 542
Job No: 16039
Tracking Code: 08

PLEASE NOTE THAT OUR REMIT TO ADDRESS HAS
CHANGED TO:

PO BOX 102
SANTA MARGARITA, CA 93453

| | |
|---|---|
| **Subtotal** | $36.80 |
| **Sales Tax (7.75%)** | $2.85 |
| **Total** | $39.65 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $39.65 |



# Spurr Co.
### site development specialists

P. O. BOX 1920 • PASO ROBLES, CA 93447
(805) 238-0834 Phone • (805) 238-0450 Fax
License No. 708343

## FIELD WORK ORDER

Work Order  No  6014

Project No.  16039

Date  4/11/18

To: A & R

| DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|
| P G E extra work Digging conduit | | | |
| @ #7 Box by Trailer heading west | | | |
| and replace due to pull cable cutting | | | |
| conduit and incase with red concrete | | | |
| Kubota mini Excavator | 3½ | 140 | 490 |
| Hitachi mini Excavator | 5 | 140 | 700 |
| Regular Labor | 23.5 | 60 | 1410 |
| over Time Labor | 6 | 90 | 540 |
| Saw cutting coastel cemc 80'x8"Thick | 1 | 337.50 | 337.50 |
| 3½ yds 7 sack Red Concrete | | | 796.57 |
| 2  22½ 6" Bends 6 6" couplings | | 105.65 | 105.65 |
| 20' 6" pipe | | | |
| | | | 4379.22 |
| | | **P & O** | 43797 |
| | | **TOTAL** | 4817.69 |

All invoices are due net 30 days from date of invoice. Past due accounts are subject to a finance charge of 1.5% per month (18% annual) . Customer to pay any and all charges incurred in collection of this invoice, including attorney fees, legal fees and court costs.

The terms and conditions of Spurr Co. contain the complete and final agreement between Spurr Co. and Customer and no other agreement in any way modifying or adding to any said Terms and Conditions will be binding upon Spurr Co. unless made in writing and signed by Spurr Co. authorized agent.

SPURR CO.                                     CUSTOMER

by  Pat Rehorn                          Andrew Hayes
      authorized agent                         customer name (print)

      4/11/18                               and Hayes                    4/13/18
      date                          customer or authorized agent (sign)          date

# Coastal Demo Inc.

PO BOX 729
PISMO BEACH, CA 93448



APR 2 ...

BY: ........................

| Date | Invoice # |
|------|-----------|
| 4/20/2018 | 21132 |

| BILL TO |
|---------|
| SPURR CO.<br>P.O. BOX 1920<br>PASO ROBLES, CA. 93447 |

FWO# 6014

| SHIP TO |
|---------|
| 802 EXPERIMENTAL STATION RD<br>PASO ROBLES, CA |

| Terms | P.O. # |
|-------|--------|
| Net 30 | |

| Description | Serviced | Amount |
|-------------|----------|--------|
| FLAT SAW w/ WATER CONTROL<br>80' of 8" thick concrete<br><br>2.5 hrs at $135/hr | 4/11/2018 | 337.50 |

GL No: 543
Job No: 16039
Tracking Code:
DEMO

TO BETTER SERVE OUR
CUSTOMERS
COASTAL DEMO NOW ACCEPTS
VISA AND MASTERCARD!

| | **Total** | |
|---|-----------|---|
| | | $337.50 |

| Phone # | 805-473-9451 |
|---------|--------------|

| Fax # | 805-489-1098 |
|-------|--------------|

# ALL-STATE
## Utility Supply, Inc.

**Remit To:**
ALL-STATE Utility Supply, Inc.
P.O Box 1020
Fillmore, CA 93016

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/12/2018 | 126330 |

955 W. Ventura St. Fillmore, CA 93015 805-524-4064 Fax: 805-524-4065
1890 Ramada Dr. Paso Robles, CA 93446 805-239-9955 Fax: 805-239-7795

| Bill To | DSE1 | |
|---------|------|--|
| ACCOUNTS PAYABLE DAVE SPURR EXCAVATING P.O. BOX 1920 PASO ROBLES, CA 93447 | | |

FWO# 6014

| Ship To |
|---------|
| DAVE SPURR EXCAVATING CALLE MALVA SAN LUIS OBISPO, CA3401 GENE 805-423-4458 |

APR 1 2 2018

| SO # | PO # | Terms | Delivery Date | Ship Via | FOB |
|------|------|-------|---------------|----------|-----|
| 48135 | 16039 | 2% 10th NET 30 DAYS | 4/11/2018 | | |

| Item | Description | Qty Delivered | Backordered | Unit Price | Amount |
|------|-------------|---------------|-------------|------------|--------|
| DB1206002260 | SWEEP, 6" X 22 X 60" DB120 | 2 | 0 | 18.95 | 37.90T |
| DBSC600 | COUPLING, 6" DB SLIP/REPAIR | 5 | 0 | 5.75 | 28.75T |
| DB1206004560 | SWEEP, 6" X 45 X 60" DB120 | 1 | 0 | 31.40 | 31.40T |

GL No: 542
Job No: 16-039
Tracking Code 08

| | |
|--|--|
| Subtotal | $98.05 |
| Sales Tax (7.75%) | $7.60 |
| Total | $105.65 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$105.65** |



## CALPORTLAND®
### CONSTRUCTION

EXPECT MORE ... WE DELIVER!®

Phone: (800)469-8010

E-mail: cust_service@calportland.com

| Customer # 1021294 | Sold To 1021294 |
|---|---|
| Ship To 5389761 | Bill To 1021294 |

**ENERGY STAR AWARD 2016**
PARTNER OF THE YEAR
Sustained Excellence

RECEIVED
APR 1 6 2018
BY: .....................

# INVOICE

| | |
|---|---|
| Invoice No: | 93684022 |
| Invoice Date: | 04/11/2018 |
| Invoice Amt: | 796.57 |
| Invoice Due: | 05/11/2018 |

Bill to:
SPURR CO
PO BOX 1920
PASO ROBLES CA 93447
USA

Ship to:
SPURR CO
16039
C-802 EXPERIMENTAL STATION RD
802 EXPERIMENTAL STATION RD
PASO ROBLES CA 93446-6387

| Customer P.O. | Cust Order # | Project/Order # | Shipped Via | Terms | Due Date |
|---|---|---|---|---|---|
| | 142 | 28755 | Delivery | Net due 30 days | 05/11/2018 |

| Ship Date | Ticket Number | Plant | Prod Num | Description | UOM | Quantity Shipped | Unit Price | Tax | Gross Price |
|---|---|---|---|---|---|---|---|---|---|
| 04/11/2018 | 1320993 | 382R | 658RN2030 | 4000 PSI CRUSHED BLEND | CY | 3.500 | 117.50 | Y | 411.25 |
| 04/11/2018 | 1320993 | 382R | 94000415 | MINIMUM LOAD CHARGE | LD | 1 | 80.00 | Y | 80.00 |
| 04/11/2018 | 1320993 | 382R | 94000161 | STANDBY CHARGE | MIN | 23.000 | 1.50 | N | 34.50 |
| 04/11/2018 | 1320993 | 382R | 400004-049 | ELECTRICAL RED - DAVIS BAJA RED | CY | 3.500 | 56.00 | Y | 196.00 |
| | | | | ENVIRONMENTAL FEE | LD | 1.000 | 20.00 | Y | 20.00 |

GL No: 542
Job No: 16-039
Tracking Code: 04

| | | | |
|---|---|---|---|
| Please include invoice number on checks & copy of invoices with adjustments | Total Quantity: | | 3.500 |
| | State & Local Taxes 7.75 % | SUBTOTAL: | 741.75 |
| | | Tax : | 54.82 |
| | | Total : | 796.57 |

REMIT TO:
CALPORTLAND COMPANY
PO BOX 847409
LOS ANGELES CA 90084-7409
USA

We impose a surcharge of 2.25% on the transaction amount on all credit card products, which is not greater than our cost of processing. We do not surcharge on debit cards.

Thank you for your business!

***ORIGINAL***

Page: 1 OF 1

Case: 19-30088    Doc# 10023-3    Filed: 01/26/21    Entered: 01/26/21 15:13:26    Page 14 of 24



**Spurr Co.**
site development specialists

P. O. BOX 1920 • PASO ROBLES, CA 93447
(805) 238-0834 Phone • (805) 238-0450 Fax
License No. 708343

### FIELD WORK ORDER

Work Order No. **6015**

Project No. _16039_
Date _4/12/18_

To: _A & R_          _PGE Extra Work_

| DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Dig up beads in PGE conduit | | | |
| On River oak Drive by | | | |
| Existing #7 Box | | | |
| Hitachi mini Excavator | 6 | 140 | 840 |
| Labor | 23 | 60 | 1380 |
| vac Trailer | 2 | 400 | 800 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 3020 |
| | | **P & O** | 302 |
| | | **TOTAL** | 3322 00 |

All invoices are due net 30 days from date of invoice. Past due accounts are subject to a finance charge of 1.5% per month (18% annual). Customer to pay any and all charges incurred in collection of this invoice, including attorney fees, legal fees and court costs.

The terms and conditions of Spurr Co. contain the complete and final agreement between Spurr Co. and Customer and no other agreement in any way modifying or adding to any said Terms and Conditions will be binding upon Spurr Co. unless made in writing and signed by Spurr Co. authorized agent.

SPURR CO.

by _____
authorized agent

_4/12/18_
date

CUSTOMER

_Andrew Hayes_
customer name (print)

_____
customer or authorized agent (sign)

_4/13/18_
date



**Spurr Co.**
site development specialists

P. O. BOX 1920 • PASO ROBLES, CA 93447
(805) 238-0834 Phone • (805) 238-0450 Fax
License No. 708343

**FIELD WORK ORDER**

Work Order № 6016

Project No. 16059

Date 4/13/18

To: A & R

| DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PGE Extra work | | | |
| Dig and Vac second Bend | | | |
| on river Oak Drive and | | | |
| poor concrete around | | | |
| conduit | | | |
| Hitachi mini excavator | 3 | 140 | 420 |
| Labor | 29 | 60 | 1740 |
| 3 yds 6 sack Red concrete | | | 6584 |
| | | | 28358 |
| | | P & O | 2835 8 |
| | | TOTAL | 3119.42 |

All invoices are due net 30 days from date of invoice. Past due accounts are subject to a finance charge of 1.5% per month (18% annual) . Customer to pay any and all charges incurred in collection of this invoice, including attorney fees, legal fees and court costs.

The terms and conditions of Spurr Co. contain the complete and final agreement between Spurr Co. and Customer and no other agreement in any way modifying or adding to any said Terms and Conditions will be binding upon Spurr Co. unless made in writing and signed by Spurr Co. authorized agent.

SPURR CO.

by _____
authorized agent

4/13/18
date

CUSTOMER

Andrew Hayes
customer name (print)

Ann Dyn
customer or authorized agent (sign)

4/13/18
date

Case: 19-30088   Doc# 10023-3   Filed: 01/26/21   Entered: 01/26/21 15:13:26   Page 16 of 24



# CALPORTLAND®
## CONSTRUCTION

**EXPECT MORE ... WE DELIVER!®**

Phone: (800)469-8010
E-mail: cust_service@calportland.com

| Customer # | Sold To |
|---|---|
| 1021294 | 1021294 |
| Ship To | Bill To |
| 5390061 | 1021294 |

**INVOICE**

| | |
|---|---|
| Invoice No: | 93687336 |
| Invoice Date: | 04/13/2018 |
| Invoice Amt: | 675.84 |
| Invoice Due: | 05/13/2018 |

APR 19 2018

ENERGY STAR
PARTNER OF THE YEAR
Sustained Excellence

FWO 6016

Bill to:
SPURR CO
PO BOX 1920
PASO ROBLES CA 93447
USA

Ship to:
SPURR CO
16039
C-368 RIVER OAKS
368 RIVER OAKS
PASO ROBLES CA 93446

| Customer P.O. | Cust Order # | Project/Order # | Shipped Via | Terms | Due Date |
|---|---|---|---|---|---|
| | 118 | 28796 | Delivery | Net due 30 days | 05/13/2018 |

| Ship Date | Ticket Number | Plant | Prod Num | Description | UOM | Quantity Shipped | Unit Price | Tax | Gross Price |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/2018 | 1321899 | 382R | 564RN2030 | 4000 PSI CRUSHED BLEND | CY | 3.000 | 111.50 | Y | 334.50 |
| 04/13/2018 | 1321899 | 382R | 400004-049 | ELECTRICAL RED - DAVIS BAJA RED | CY | 3.000 | 48.00 | Y | 144.00 |
| 04/13/2018 | 1321899 | 382R | 94000415 | MINIMUM LOAD CHARGE | LD | 1 | 80.00 | Y | 80.00 |
| 04/13/2018 | 1321899 | 382R | 94000161 | STANDBY CHARGE | MIN | 35.000 | 1.50 | N | 52.50 |
| | | | | ENVIRONMENTAL FEE | LD | 1.000 | 20.00 | Y | 20.00 |

GL No: 542
Job No: 16-039
Tracking Code: 04

| | |
|---|---|
| Please include invoice number on checks & copy of invoices with adjustments | |

REMIT TO:
CALPORTLAND COMPANY
PO BOX 847409
LOS ANGELES CA 90084-7409
USA

Total Quantity: 3.000

| State & Local Taxes | 7.75 % |
|---|---|

We impose a surcharge of 2.25% on the transaction amount on all credit card products, which is not greater than our cost of processing. We do not surcharge on debit cards.

Thank you for your business!

| | |
|---|---|
| SUBTOTAL: | 631.00 |
| Tax : | 44.84 |
| Total : | 675.84 |

***ORIGINAL***

Page: 1 OF 1

Case: 19-30088   Doc# 10023-3   Filed: 01/26/21   Entered: 01/26/21 15:13:26   Page 17 of 24



# Spurr Co.
### site development specialists

P. O. BOX 1920 • PASO ROBLES, CA 93447
(805) 238-0834 Phone • (805) 238-0450 Fax
License No. 708343

**FIELD WORK ORDER**

Work Order   No   6017

Project No.   16039
Date   4/14/18

To: A & R

| DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PG&E extra work | | | |
| Backfill 45° bends River | | | |
| oaks Drive by #7 Box | | | |
| Labor | 11 | 60 | 660 |
| John Deer Loader | 3 ½ | 200 | 1100 |
| 2 workers | 2 | 200 | 400 |
| | | | |
| | | | |
| | | | |
| | | | 2160 |
| | | P & O | 216 |
| | | TOTAL | 2376 @ |

All invoices are due net 30 days from date of invoice. Past due accounts are subject to a finance charge of 1.5% per month (18% annual) .
Customer to pay any and all charges incurred in collection of this invoice, including attorney fees, legal fees and court costs.

The terms and conditions of Spurr Co. contain the complete and final agreement between Spurr Co. and Customer and no other agreement
in any way modifying or adding to any said Terms and Conditions will be binding upon Spurr Co. unless made in writing and signed by Spurr
Co. authorized agent.

SPURR CO.

by _____
authorized agent

_____
date   4/14/18

CUSTOMER

Andrew Hayes
customer name (print)

_____
customer or authorized agent (sign)

date   4/14/18

Case: 19-30088   Doc# 10023-3   Filed: 01/26/21   Entered: 01/26/21 15:13:26   Page
18 of 24



# Spurr Co.
### site development specialists

P. O. BOX 1920 • PASO ROBLES, CA 93447
(805) 238-0834 Phone • (805) 238-0450 Fax
License No. 708343

**FIELD WORK ORDER**

Work Order  No  6019

Project No.  16039

Date  4/17/18

To: A & R

| DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PGE extra work | | | |
| Backfill #7 Box by Job Trailer | | | |
| West side of box and base aproach | | | |
| Labor | 8 | 60 | 480 |
| Backhoe | 4 | 140 | 560 |
| 2 wackers | 2 | 200 | 400 |
| 6 yds Sand | 6 | 25 | 150 |
| Class 2 Base 7 Tons | 7 | 35 | 245 |
| | | | 1835 |
| | | **P & O** | 183.50 |
| | | **TOTAL** | 2018.50 |

All invoices are due net 30 days from date of invoice. Past due accounts are subject to a finance charge of 1.5% per month (18% annual) . Customer to pay any and all charges incurred in collection of this invoice, including attorney fees, legal fees and court costs.

The terms and conditions of Spurr Co. contain the complete and final agreement between Spurr Co. and Customer and no other agreement in any way modifying or adding to any said Terms and Conditions will be binding upon Spurr Co. unless made in writing and signed by Spurr Co. authorized agent.

SPURR CO.

by _____
authorized agent

4/17/18
date

CUSTOMER

Andrew Hayes
customer name (print)

ann
customer or authorized agent (sign)

4/17/18
date

Case: 19-30088   Doc# 10023-3   Filed: 01/26/21   Entered: 01/26/21 15:13:26   Page 19 of 24



# Spurr Co.
### site development specialists

P. O. BOX 1920 • PASO ROBLES, CA 93447
(805) 238-0834 Phone • (805) 238-0450 Fax
License No. 708343

To: _P&R_

| DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PGE extra work | | | |
| to dig up 45° bends #7 Box | | | |
| west side on river Oak Dr | | | |
| and dig up conduil @ | | | |
| street light Experametal | | | |
| Station and Take of Boxes | | | |
| in sidewalk | | | |
| | | | |
| Labor | 17½ | 60 | 1050 |
| Vac Trailer | 4 | 400 | 400 |
| | | | |
| | | | |
| | | | 1450 — |
| | | **P & O** | 145 — |
| | | **TOTAL** | 1595 — |

All invoices are due net 30 days from date of invoice. Past due accounts are subject to a finance charge of 1.5% per month (18% annual) . Customer to pay any and all charges incurred in collection of this invoice, including attorney fees, legal fees and court costs.

The terms and conditions of Spurr Co. contain the complete and final agreement between Spurr Co. and Customer and no other agreement in any way modifying or adding to any said Terms and Conditions will be binding upon Spurr Co. unless made in writing and signed by Spurr Co. authorized agent.

SPURR CO.

by _Pat Behorr_
    authorized agent

_4/25/18_
  date

CUSTOMER

_Andrew Hayes_
  customer name (print)

_amu Hay_
  customer or authorized agent (sign)

_4/27/18_
  date

Case: 19-30088   Doc# 10023-3   Filed: 01/26/21   Entered: 01/26/21 15:13:26   Page
20 of 24



# SPURR Co.
## site development specialists

P. O. BOX 1920 • PASO ROBLES, CA 93447
(805) 238-0834 Phone • (805) 238-0450 Fax

License No. 708343

**FIELD WORK ORDER**

Work Order  № 6023

Project No. 16039

Date 4/26/18

To: _A&R_

| DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Pge Extra Work | | | |
| 36" Radius | | | |
| Replace 45° Bends with 22½ | | | |
| 60" Radius bends more digging | | | |
| and vat @ River oaks west | | | |
| of #7 Box encase Bends | | | |
| in Red concrete | | | |
| | | | |
| Vac Trailer | 5 | 400 | 400 |
| Kabota mine Exc | 4 | 140 | 560 |
| Labor | 24 | 60 | 1440 |
| 1 yd 6 sack concretured | 1 | 240 | 240 |
| 24' 6" DB 120 | 24 | 10 | 240 |
| 2  6" 22½ Bends | | 65.62 | 65.62 |
| | | **P & O** | 2945.6 |
| | | **TOTAL** | 3240.18 |

All invoices are due net 30 days from date of invoice. Past due accounts are subject to a finance charge of 1.5% per month (18% annual) . Customer to pay any and all charges incurred in collection of this invoice, including attorney fees, legal fees and court costs.

The terms and conditions of Spurr Co. contain the complete and final agreement between Spurr Co. and Customer and no other agreement in any way modifying or adding to any said Terms and Conditions will be binding upon Spurr Co. unless made in writing and signed by Spurr Co. authorized agent.

SPURR CO.

by _____
authorized agent

_4/26/18_
date

CUSTOMER

_Andrew Hayes_
customer name (print)

_____
customer or authorized agent (sign)

_4/27/18_
date

# ALL-STATE
## Utility Supply, Inc.

Remit To:
ALL-STATE Utility Supply, Inc.
P.O Box 102
Santa Margarita, Ca 93453

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/26/2018 | 126635 |

955 W. Ventura St. Fillmore, CA 93015 805-524-4064 Fax: 805-524-4065
1890 Ramada Dr. Paso Robles, CA 93446 805-239-9955 Fax: 805-239-7795

| Bill To | DSE1 |
|---------|------|

ACCOUNTS PAYABLE
DAVE SPURR EXCAVATING
P.O. BOX 1920
PASO ROBLES, CA 93447

— EXTRA—
FWO # 6023

**Ship To**
DAVE SPURR EXCAVATING
EXP. STA. ROAD
PASO ROBLES, CA 93446

RECEIVED
APR 2 6 2018
BY: .........................

| SO # | PO # | Terms | Delivery Date | Ship Via | FOB |
|------|------|-------|---------------|----------|-----|
| 48487 | 16-039 | 2% 10th NET 30 DAYS | 4/26/2018 | WILL CALL | |

| Item | Description | Qty Delivered | Backordered | Unit Price | Amount |
|------|-------------|---------------|-------------|------------|--------|
| DB1206002260 | SWEEP, 6" X 22 X 60" DB120 | 2 | 0 | 18.95 | 37.90T |
| DBSC600 | COUPLING, 6" DB SLIP/REPAIR | 4 | 0 | 5.75 | 23.00T |

GL No: 542
Job No: 16-039
Tracking Code 08

PLEASE NOTE THAT OUR REMIT TO ADDRESS HAS
CHANGED TO:

PO BOX 102
SANTA MARGARITA, CA 93453

| | |
|---|---|
| **Subtotal** | $60.90 |
| **Sales Tax (7.75%)** | $4.72 |
| **Total** | $65.62 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $65.62 |



**Spurr Co.**
site development specialists

P. O. BOX 1920 • PASO ROBLES, CA 93447
(805) 238-0834 Phone • (805) 238-0450 Fax
License No. 708343

FIELD WORK ORDER

Work Order No. 6024

Project No. 16039
Date 5/27/18

To: _A & R_

| DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Pge Extra work | | | |
| back Bll west side of #7 Box | | | |
| on River Oaks Dr | | | |
| Backloe | 5 | 140 | 700 |
| Labor | 15 | 60 | 900 |
| 2 wackers | 2 | 200 | 400 |
| | | | |
| | | | |
| | | | |
| | | | 2000 |
| | | P & O | 200 |
| | | TOTAL | 2200 |

All invoices are due net 30 days from date of invoice. Past due accounts are subject to a finance charge of 1.5% per month (18% annual) . Customer to pay any and all charges incurred in collection of this invoice, including attorney fees, legal fees and court costs.

The terms and conditions of Spurr Co. contain the complete and final agreement between Spurr Co. and Customer and no other agreement in any way modifying or adding to any said Terms and Conditions will be binding upon Spurr Co. unless made in writing and signed by Spurr Co. authorized agent.

SPURR CO.

by ___Pat Behorn___
   authorized agent

___5/27/18___
   date

CUSTOMER

___Andrew Hayes___
customer name (print)

___Am Hy___          ___5/3/18___
customer or authorized agent (sign)      date

Case: 19-30088   Doc# 10023-3   Filed: 01/26/21   Entered: 01/26/21 15:13:26   Page 23 of 24



# Spurr Co.
## site development specialists

P. O. BOX 1920 • PASO ROBLES, CA 93447
(805) 238-0834 Phone • (805) 238-0450 Fax
License No. 708343

**FIELD WORK ORDER**

Work Order №  6108

Project No. 16-039

Date 6/21/18

To: A & R

| DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Remove & Replace Concrete | | | |
| Driveway @ Lot 30 & # 7 box | | | |
| to fix conduit Boxes | | | |
| 5' X 30' | | | |
| Labor | 4 | 60 | 240 |
| Jack Hammer | 1 | 200 | 200 |
| Backhoe | 2 | 140 | 280 |
| Concrete Labor | 8 | 60 | 480 |
| Concrete 4 yds 6 Sack | 4 | 200 | 800 |
| | | | 2000 |
| | | **P & O** | 200 |
| | | **TOTAL** | 2200 |

All invoices are due net 30 days from date of invoice. Past due accounts are subject to a finance charge of 1.5% per month (18% annual) . Customer to pay any and all charges incurred in collection of this invoice, including attorney fees, legal fees and court costs.

The terms and conditions of Spurr Co. contain the complete and final agreement between Spurr Co. and Customer and no other agreement in any way modifying or adding to any said Terms and Conditions will be binding upon Spurr Co. unless made in writing and signed by Spurr Co. authorized agent.

SPURR CO.

by Dave

authorized agent

6/21/18

date

CUSTOMER

Verbal ok. To proceed forward.

customer name (print)

customer or authorized agent (sign)          date

Case: 19-30088   Doc# 10023-3   Filed: 01/26/21   Entered: 01/26/21 15:13:26   Page 24 of 24