| | |
|---|---|
| 1 | NEWMEYER & DILLION LLP |
| | JOHN A. O'HARA, CBN 122377 |
| 2 | John.Ohara@ndlf.com |
| | JAMES J. FICENEC, CBN 152172 |
| 3 | James.Ficenec@ndlf.com |
| | 1333 N. Californai Blvd., Suite 600 |
| 4 | Walnut Creek, California 94596 |
| | (925) 988-3200; (925) 988-3290 (Fax) |
| 5 | |
| | Attorneys for Claimant |
| 6 | Paso Robles Multifamily, LLC |



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re: | | BANKRUPTCY CASE NO.: 19-30088 (DM) |
| | | Chapter 11 |
| PG&E CORPORATION, | | (Lead Case) (Jointly Administered) |
| -and- | | **CERTIFICATE OF SERVICE RE:** |
| PACIFIC GAS AND ELECTRIC COMPANY, | | **PASO ROBLES MULTIFAMILY LLC'S OPPOSITION TO THE REORGANIZED DEBTORS' FIFTY-FIRST OMNIBUS OBJECTIONS TO CLAIMS (BOOKS AND RECORDS); AND** |
| Debtors. | | **DECLARATION OF SUNTI KUMJIM IN SUPPORT THEREOF** |
| | | Date: February 9, 2021 |
| | | Time: 10:00 a.m. (Pacific Time) |
| | | Place: (Telephonic Appearances Only) United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |

I, Alex D. Reel, declare:

    I am a citizen of the United States and employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1333 N. California Blvd, Suite 600, Walnut Creek, California 94596. On January 26, 2021, I served a copy of the within document(s):

///

763.007 / 9151987.1

CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 10024    Filed: 01/26/21    Entered: 01/26/21 15:18:47    Page 1 of 3

1. **PASO ROBLES MULTIFAMILY LLC'S OPPOSITION TO THE REORGANIZED DEBTORS' FIFTY-FIRST OMNIBUS OBJECTIONS TO CLAIMS (BOOKS AND RECORDS);**

2. **DECLARATION OF SUNTI KUMJIM IN SUPPORT PASO ROBLES MULTIFAMILY LLC'S OPPOSITION TO THE REORGANIZED DEBTORS' FIFTY-FIRST OMNIBUS OBJECTIONS TO CLAIMS (BOOKS AND RECORDS);**

**AND**

3. **EXHIBITS TO DECLARATION A –C.**

☒ by transmitting via e-mail or electronic transmission via alex.reel@ndlf.com the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission via the Court's CM/ECF system the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

## PLEASE SEE SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 26, 2021, at Walnut Creek, California.

*/s/ Alex D. Reel*
Alex D. Reel

763.007 / 9151987.1

- 2 -

CERTIFICATE OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Tobias S. Keller<br>Peter J. Benvenutti<br>Jane Kim<br>KELLER BENVENUTTI KIM LLP<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | Tel: (415) 496-6723<br>Fax: (415) 650-636-9251<br>Email: tkeller@kbkllp.com<br>pbenvenutti@kbkllp.com<br>jkim@kbkllp.com<br>PGEclaims@kbkllp.com |