Doris Ng, Chief Counsel
Kim Card, Assistant Chief Counsel
Edward Kunnes, Counsel CSB #160632
State of California
Department of Industrial Relations
1515 Clay Street, Suite 701
Oakland, CA 94612
Telephone No. (510) 286-3800
Fax No. (510) 286-1220

Attorneys for CA Dept. of Industrial Relations

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO. 19-30088 |
| PG&E Corporation, | CHAPTER 11 |
| Debtor | |

**NOTICE OF TERMINATION OF COUNSEL AND CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS FOR ABOVE REFERENCED CASE**

The California Department of Industrial Relations (the Department) filed a proof of claim in the above referenced case on September 4, 2019, identified as claim number 8294, and thereafter filed a withdraw of its claim on January 25, 2021. As such, the Department and the counsel for the Department request the termination of their participation in the above referenced bankruptcy and that email delivery of notifications and events to the participants, as set forth below, ceases.

| | | |
|---|---|---|
| **PamelaAllen**<br>California Dept. of Industrial Relations<br>Office of the Director<br>1515 Clay St., 17th Fl.<br>Oakland, CA 94612<br>510-286-0912<br>pallen@dir.ca.gov | representing | **California Department of Industrial Relations**<br>Office of the Director<br>455 Golden Gate Avenue<br>Suite 9516<br>SAN FRANCISCO, CA 94102<br>4154862038<br>*(Interested Party)* |

DEPARTMENT OF
INDUSTRIAL RELATIONS
OFFICE OF THE DIRECTOR –
LEGAL UNIT

*Assigned: 04/20/2020*

**Edward Kunnes**
Calif Department of Industrial Relations
1515 Clay St. #701
Oakland, CA 94612
(510) 286-3800
EKunnes@dir.ca.gov
*Assigned: 01/25/2021*

representing

**California Department of Industrial Relations**
Office of the Director
455 Golden Gate Avenue
Suite 9516
SAN FRANCISCO, CA 94102
4154862038
*(Interested Party)*

Dated: January 27, 2021

*Edward Kunnes*
_____
Edward Kunnes
Counsel for Defendant,
CA Dept. of Industrial Relations

2