1   Mark E. McKane, P.C. (SBN 230552)
    Michael P. Esser (SBN 268634)
2   **KIRKLAND & ELLIS LLP**
    555 California Street
3   San Francisco, CA 94104
    T: (415) 439-1400 / F: (415) 439-1500
4   mark.mckane@kirkland.com
    michael.esser@kirkland.com
5
    David R. Seligman, P.C. (admitted *pro hac vice*)
6   **KIRKLAND & ELLIS LLP**
    300 North LaSalle
7   Chicago, IL 60654
    T: (312) 862-2000 / F: (312) 862-2200
8   dseligman@kirkland.com

9   Aparna Yenamandra (admitted *pro hac vice*)
    **KIRKLAND & ELLIS LLP**
10  601 Lexington Avenue
    New York, NY 10022
11  T: (212) 446-4800 / F: (212) 446-4900
    aparna.yenamandra@kirkland.com
12
    *Counsel for Calpine Corporation, et al.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E Corporation, Pacific Gas & Electric Company, | Case No. 19-30088 (DM) |
| Debtors. | (Lead Case)<br>(Jointly Administered) |
| ☐ Affects PG&E Corporation | **MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## Facts

1. Calpine respectfully submits this Motion for Order Authorizing Withdrawal of Counsel of Ameneh M. Bordi to Calpine Corporation (the "Motion") pursuant to Rules 7007-1, 9013-1, 9013-2, 9013-3 and 9014-1 of the Bankruptcy Local Rules.

## Argument

2. Pursuant to Rule 11-5(a) of the Local Civil Rules in force in the Northern District of California, "counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case."

3. Cause exists for Ms. Bordi to withdraw as counsel to Calpine Corporation in the above-captioned cases because Ms. Bordi will no longer be affiliated with Calpine Corporation's counsel Kirkland & Ellis LLP.

## Conclusion

4. For the foregoing reasons and for the reasons set forth in the Declaration of Ameneh M. Bordi, submitted in support of this Motion, Calpine Corporation respectfully requests that the Court enter an Order granting the Ameneh M. Bordi leave to withdraw as counsel of record for Calpine Corporation.

| | | |
|---|---|---|
| 1 | DATED: January 28, 2021 | KIRKLAND & ELLIS LLP |
| 2 | | |
| 3 | | By: /s/ *Michael P. Esser* |
| 4 | | Mark E. McKane, P.C. (SBN 230552) |
| | | Michael P. Esser (SBN 268634) |
| 5 | | **KIRKLAND & ELLIS LLP** |
| | | 555 California Street |
| 6 | | San Francisco, CA 94104 |
| | | Telephone: (415) 439-1400 |
| 7 | | Facsimile: (415) 439-1500 |
| | | mark.mckane@kirkland.com |
| 8 | | michael.esser@kirkland.com |
| 9 | | David R. Seligman, P.C. (admitted *pro hac vice*) |
| | | **KIRKLAND & ELLIS LLP** |
| 10 | | 300 North LaSalle |
| | | Chicago, IL 60654 |
| 11 | | Telephone: (312) 862-2000 |
| | | Facsimile: (312) 862-2200 |
| 12 | | dseligman@kirkland.com |
| 13 | | Aparna Yenamandra (admitted *pro hac vice*) |
| | | **KIRKLAND & ELLIS LLP** |
| 14 | | 601 Lexington Avenue |
| | | New York, NY 10022 |
| 15 | | Telephone: (212) 446-4800 |
| | | Facsimile: (212) 446-4900 |
| 16 | | aparna.yenamandra@kirkland.com |
| 17 | | *Counsel for Calpine Corporation, et al.* |