| | |
|---|---|
| 1 | Mark E. McKane, P.C. (SBN 230552) |
| | Michael P. Esser (SBN 268634) |
| 2 | **KIRKLAND & ELLIS LLP** |
| | 555 California Street |
| 3 | San Francisco, CA 94104 |
| | T: (415) 439-1400 / F: (415) 439-1500 |
| 4 | mark.mckane@kirkland.com |
| | michael.esser@kirkland.com |
| 5 | |
| | David R. Seligman, P.C. (admitted *pro hac vice*) |
| 6 | **KIRKLAND & ELLIS LLP** |
| | 300 North LaSalle |
| 7 | Chicago, IL 60654 |
| | T: (312) 862-2000 / F: (312) 862-2200 |
| 8 | dseligman@kirkland.com |
| | |
| 9 | Aparna Yenamandra (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 10 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 11 | T: (212) 446-4800 / F: (212) 446-4900 |
| | aparna.yenamandra@kirkland.com |
| 12 | |
| | *Counsel for Calpine Corporation, et al.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E Corporation, Pacific Gas & Electric Company, | Case No. 19-30088 (DM) |
| Debtors. | (Lead Case)<br>(Jointly Administered) |
| ☐ Affects PG&E Corporation | **NOTICE OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

PLEASE TAKE NOTICE that Calpine Corporation, on behalf of itself and its subsidiaries, including without limitation, Russell City Energy Company, LLC, Los Esteros Critical Energy Facility, LLC, Geysers Power Company, LLC, Gilroy Energy Center, LLC, Creed Energy Center, LLC, and Goose Haven Energy Center, LLC (collectively, "Calpine"), hereby moves this Court for an Order Authorizing Withdrawal of Counsel in the above-captioned chapter 11 cases. This motion (the "Motion") is pursuant to the applicable Rules of Procedure and is based upon this notice, the Motion, the Declaration of Ameneh M. Bordi, and the pleadings and documents filed in this case.

PLEASE TAKE FURTHER NOTICE that, in accordance with Bankruptcy Local Rule 9014-1(3)(A), any objection to the requested relief, or a request for hearing on the matter, must be filed with the Clerk of Court and served upon the initiating party within 21 days of mailing the notice;

Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party and to any trustee or committee appointed in the case.

| | | |
|---|---|---|
| DATED: January 28, 2021 | | KIRKLAND & ELLIS LLP |
| | By: | /s/ Michael P. Esser |

Mark E. McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
mark.mckane@kirkland.com
michael.esser@kirkland.com

David R. Seligman, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dseligman@kirkland.com

Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
aparna.yenamandra@kirkland.com

*Counsel for Calpine Corporation, et al.*