Mark E. McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
T: (415) 439-1400 / F: (415) 439-1500
mark.mckane@kirkland.com
michael.esser@kirkland.com

David R. Seligman, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
T: (312) 862-2000 / F: (312) 862-2200
dseligman@kirkland.com

Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800 / F: (212) 446-4900
aparna.yenamandra@kirkland.com

*Counsel for Calpine Corporation, et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E Corporation, Pacific Gas & Electric Company, | Case No. 19-30088 (DM) |
| Debtors. | (Lead Case)<br>(Jointly Administered) |
| ☐ Affects PG&E Corporation | **DECLARATION OF AMENEH M. BORDI IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

**DECLARATION OF AMENEH M. BORDI IN SUPPORT OF
MOTION FOR AN ORDER AUTHORIZING THE WITHDRAWAL OF COUNSEL**

I, Ameneh M. Bordi, say and declare as follows:

1. I am an individual over 18 years of age and am competent to make this Declaration.

2. I am an attorney at law duly admitted to practice before the United States District Court for the Southern District of New York.

3. I am currently an attorney employed by the law firm of Kirkland & Ellis LLP, counsel of record for Calpine Corporation ("Calpine").

4. I seek to withdraw as counsel to Calpine in the above-captioned cases because I will no longer be affiliated with Calpine's counsel Kirkland & Ellis LLP.

| | |
|---|---|
| DATED: January 28, 2021 | KIRKLAND & ELLIS LLP |

By:   */s/ Ameneh M. Bordi*
    Ameneh M. Bordi (admitted *pro hac vice*)
    **KIRKLAND & ELLIS LLP**
    601 Lexington Avenue
    New York, NY 10022
    Telephone:   (212) 446-4800
    Facsimile:    (212) 446-4900
    ameneh.bordi@kirkland.com

*Counsel for Calpine Corporation, et al.*