| | |
|---|---|
| 1 | Mark E. McKane, P.C. (SBN 230552) |
| | Michael P. Esser (SBN 268634) |
| 2 | **KIRKLAND & ELLIS LLP** |
| | 555 California Street |
| 3 | San Francisco, CA 94104 |
| | T: (415) 439-1400 / F: (415) 439-1500 |
| 4 | mark.mckane@kirkland.com |
| | michael.esser@kirkland.com |
| 5 | |
| | David R. Seligman, P.C. (admitted *pro hac vice*) |
| 6 | **KIRKLAND & ELLIS LLP** |
| | 300 North LaSalle |
| 7 | Chicago, IL 60654 |
| | T: (312) 862-2000 / F: (312) 862-2200 |
| 8 | dseligman@kirkland.com |
| | |
| 9 | Aparna Yenamandra (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| 10 | 601 Lexington Avenue |
| | New York, NY 10022 |
| 11 | T: (212) 446-4800 / F: (212) 446-4900 |
| | aparna.yenamandra@kirkland.com |

*Counsel for Calpine Corporation, et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E Corporation, Pacific Gas & Electric Company, | Case No. 19-30088 (DM) |
| Debtors. | (Lead Case) <br> (Jointly Administered) |
| ☐ Affects PG&E Corporation | **ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

# ORDER AUTHORIZING WITHDRAWAL OF
# AMENEH M. BORDI AS COUNSEL TO CALPINE CORPORATION

Upon consideration of the motion (the "Motion") of Calpine Corporation ("Calpine Corporation") seeking an order authorizing the withdrawal of counsel of Ameneh M. Bordi as counsel to Calpine Corporation, pursuant to Rule 11-5(a); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

5. The Motion is GRANTED.

6. Ameneh M. Bordi is hereby permitted to withdraw as counsel to Calpine Corporation.

**END OF ORDER**