**Entered on Docket
January 28, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: January 28, 2021

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION TO MODIFY PLAN INJUNCTION AND PERMIT LATE FILED CLAIM (JEFF ALEXANDER)**

[No Hearing Requested]

The Court having considered the *Stipulation Modifying Plan Injunction and Permit Late-Filed Claim (Jeff Alexander)*, dated January 26, 2021 [Dkt. No. 10017] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Jeff Alexander, doing business as Big- N- Deep Agricultural Development and Jeff Alexander Farming ("**Alexander,**" and, together with the Debtors and Reorganized Debtors, the "**Parties**") on the other hand, and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Effective January 1, 2021, the Plan Injunction shall be modified solely to permit the Parties to litigate the State Court Action through final judgment and any appeals thereof. Alexander's Proof of Claim will be liquidated through the litigation of his cross-complaint in the State Court Action. The modification of the Plan Injunction pursuant to this Order shall not permit enforcement against the Utility of any judgment in the State Court Action in favor of Alexander, which judgment, if any, shall be recoverable solely as a General Unsecured Claim in accordance with the Plan and through the claims reconciliation process in these Chapter 11 Cases.

3. The Proof of Claim shall be deemed timely filed and timely objected to by the Reorganized Debtors.

4. The Stipulation and this Order are without prejudice to any aspect of the underlying State Court Action, and nothing therein shall be construed to be a waiver by the Debtors or Alexander of any claims, defenses, or arguments with respect to the same.

5. The Stipulation shall be binding on the Parties and each of their successors in interest.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Stipulation.

6. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

** END OF ORDER **

Dated: ~~October~~ Jan 20, 2020

LAW OFFICES OF RALPH B. WEGIS

_____
Ralph B. Wegis

*Attorneys for Jeff Alexander*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

{01326076}