| | |
|---|---|
| 1 | Gary M. Kaplan (State Bar No. 155530) |
| 2 | FARELLA BRAUN + MARTEL LLP |
|   | 235 Montgomery Street, 18th Floor |
| 3 | San Francisco, CA  94104 |
|   | Telephone:  (415) 954-4400 |
| 4 | Facsimile:  (415) 954-4480 |
|   | Email: gkaplan@fbm.com |
| 5 | |
|   | Attorneys for Party in Interest |
| 6 | TTR SUBSTATIONS, INC. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case Nos.  19-30088 (DM) (Lead Case) |
| | * | |
| PG&E CORPORATION | * | Chapter 11 |
| | * | |
| -and- | * | Jointly Administered |
| | * | |
| PACIFIC GAS AND ELECTRIC COMPANY, | * | |
| | * | **REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS** |
| *Debtors.* | * | |
| ☐ Affects PG&E Corporation | * | |
| ☐ Affects Pacific Gas and Electric Company | * | |
| ☒ Affects both Debtors | * | |
| * All papers shall be filed in the Lead Case No. 19-30088 DM. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

**TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorney hereby requests to be removed from this Court's Courtesy Notification of Electronic Filing distribution and further wishes to cease receiving all notifications and/or documents filed in the above-captioned case:

REQ. FOR REMOVAL FROM E-SERVICE LISTS
AND ALL NOTIFICATIONS / Case No. 19-30088

37170\13896277.1

| | |
|---|---|
| 1 | Farella Braun + Martel LLP |
| 2 | Attn: Gary M. Kaplan, Esq.<br>235 Montgomery Street, 18th Floor |
| 3 | San Francisco, CA  94104<br>Telephone:  (415) 954-4400 |
| 4 | Facsimile:  (415) 954-4480<br>Email:  gkaplan@fbm.com |

This request is intended, without limitation, to constitute a request for removal from all service lists, including but not limited to (1) CM/ECF notification in the case; (2) court-designated services as set forth in the Bankruptcy Rules; and (3) the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

Dated:  January 28, 2021          FARELLA BRAUN + MARTEL LLP

By:  /s Gary M. Kaplan
     Gary M. Kaplan

Attorneys for Party in Interest
TTR SUBSTATIONS, INC.

REQ. FOR REMOVAL FROM E-SERVICE LISTS
AND ALL NOTIFICATIONS / Case No. 19-30088       2       37170\13896277.1