| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 3D-Forensic, Inc. One Market Street (Spear Tower) #3600 San Francisco, CA 94105 | 3814 | PG&E Corporation | 7/23/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $14,456.25 | $14,456.25 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Accruent, LLC Dept 3636 PO Box 123636 Dallas, TX 75312-3636 | 56583 | PG&E Corporation | 10/16/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $9,785.87 | $9,785.87 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Allstream Attn: Collections 14221 Golf Course Dr, Ste 100 Baxter, MN 56425 | 4160 | PG&E Corporation | 7/26/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $36.98 | $36.98 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ARCTIC GLACIER USA INC 1654 MARTHALER LN WEST ST PAUL, MN 55118 | 63791 | Pacific Gas and Electric Company | 10/17/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $164.43 | $164.43 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CB&I LLC 2103 RESEARCH FOREST DR THE WOODLANDS, TX 77380 | 1032970 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $79,409.18 | $79,409.18 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Dell Marketing L.P. Dell, Inc. One Dell Way, RR1, MS 52 Round Rock, TX 78682 | 2020 | Pacific Gas and Electric Company | 3/29/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $70,809.73 | $70,809.73 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $825.73 | $825.73 | |
| Fair Harbor Capital LLC as Assignee of Career Institute Inc Ansonia Finance Station New York, NY 10023 **Claim Transferred To:** Fair Harbor Capital, LLC Ansonia Finance Station PO Box 237037 New York, NY 10023 100% | 8167 | Pacific Gas and Electric Company | 9/3/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| FIREBLAST GLOBAL 545 MONICA CIRCLE CORONA, CA 92880 | 6455 | Pacific Gas and Electric Company | 8/13/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $436.31 | $436.31 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Honda of Illinois 2500 Prairie Crossing Springfield, IL 62711 | 106501 | PG&E Corporation | 9/22/2020 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $399.53 | $399.53 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| KBTF Television c/o Szabo Associates, Inc. 3355 Lenox Road NE, Suite 945 Atlanta, GA 30326 | 1001 | PG&E Corporation | 2/19/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,530.00 | $1,530.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Mission Constructors, Inc. Attn: Isabelle Concio San Francisco, CA 94124 | 105602 | Pacific Gas and Electric Company | 5/27/2020 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $201,775.35 | $0.00 | $0.00 | $201,775.35 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $196,799.75 | $196,799.75 | |
| North Kern Water Storage District Young Wooldrige, LLP Attn: Brett A. Stroud 1800 30th Street Fourth Floor Bakersfield, CA 93301 | 63851 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $5,500.00 | $5,500.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| RFI Enterprises, Inc. dba RFI Communications and Security Systems RFI Enterprises, Inc. 360 Turtle Creek Ct. San Jose, CA 95125 | 9135 | PG&E Corporation | 9/16/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $145.94 | $145.94 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Southern Counties Oil Co., a Calif. LP Attention: Legal Department 1800 W. Katella Avenue, Ste. 400 Orange, CA 92867 | 1325 | PG&E Corporation | 3/1/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,024.45 | $1,024.45 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Staples & Associates, Inc<br>C/O Nathan Baer N28W23050 Roundy Dr, Ste 100<br>Pewaukee, WI 53072 | 30803 | Pacific Gas and Electric Company | 10/15/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Tech-24<br>410 E Washington St<br>Greenville, SC 29601-2927 | 4402 | PG&E Corporation | 8/1/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $297.92 | $297.92 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| TMAK CONSTRUCTION<br>1310 MURCHISON DR<br>MILLBRAE, CA 94030 | 3718 | PG&E Corporation | 7/23/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| WAUKESHA-PEARCE INDUSTRIES, LLC<br>P.O. BOX 35068<br>HOUSTON, TX 77235-5068 | 2353 | PG&E Corporation | 4/15/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $60,121.91 | $60,121.91 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 18** | | | | $0.00 | $201,775.35 | $0.00 | $2,251,318.50 | $2,453,093.85 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $197,625.48 | $197,625.48 | |