| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ameren Missouri<br>PO Box 66881 MC 310 Bankruptcy<br>Saint Louis, MO 63166-6881 | | 4130 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $3,150.00 | $3,150.00 | Other Satisfied |
| BLAKEWELL, RICHARD D<br>LAW OFFICES OF RICHARD D BLAKEWELL 1480 MORAGA RD STE C-383<br>MORAGA, CA 94556 | | 8398 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $2,631.75 | $2,631.75 | Other Satisfied |
| Bradford Capital Holdings, LP as Transferee of Gettler-Ryan, Inc<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 07012 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353<br>Clifton, NJ 7012<br>100% | 3520 | PG&E Corporation | 7/2/2019 | $0.00 | $50,177.00 | $0.00 | $0.00 | $50,177.00 | Other Satisfied |
| California Department of Tax and Fee Administration (functional successor to Board of Equalization 7/1/17)<br>Special Ops, MIC:55<br>Sacramento, CA 94279-0055 | | 3287 | Pacific Gas and Electric Company | 6/6/2019 | $0.00 | $0.00 | $3,360,000.00 | $0.00 | $3,360,000.00 | Tax Claims |
| City of San Pablo<br>Attn: Sarah Maroof, Legal Asst. City Hall, Building 2 13831 San Pablo Avenue<br>San Pablo, CA 94806 | | 80735 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $190,245.00 | $0.00 | $190,245.00 | Tax Claims |
| City of San Pablo<br>Attn: Sarah Maroof, Legal Asst. City Hall, Building 2 13831 San Pablo Avenue<br>San Pablo, CA 94806 | | 80900 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |
| CLIPPER CONTROLS INC<br>660 BERCUT DR<br>SACRAMENTO, CA 95811 | | 3999 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $1,547.00 | $1,547.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| County of Tehama<br>County Counsel 727 Oak Street<br>Red Bluff, CA 96080 | | 10742 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |
| Fair Harbor Capital, LLC as Transferee of Intech Mechanical Company LLC<br>Attn: Fredric Glass<br>New York, NY 10023 | Fair Harbor Capital, LLC<br><br>Attn: Fredric Glass Ansonia Finance Station PO Box 237037<br>New York, NY 10023<br>100% | 10205 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $4,203.08 | $4,203.08 | Other Satisfied |
| Instrument and Valve Services Company<br>8000 Norman Center Dr Suite 1200<br>Bloomington, MN 55437 | | 10037 | Pacific Gas and Electric Company | 9/26/2019 | $0.00 | $0.00 | $0.00 | $2,025.63 | $2,025.63 | Other Satisfied |
| Integrated Pain Management Medical Group Inc<br>PO Box 398584<br>San Fransciso, CA 94139-8584 | | 7085 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $135,778.32 | $135,778.32 | Other Satisfied |
| Integrated Pain Management Medical Group Inc<br>PO Box 398584<br>San Fransciso, CA 94139-8584 | | 4197 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $135,778.32 | $135,778.32 | Other Satisfied |
| Iris Person, LCSW Private Practice<br>PO Box 3722<br>Clovis, CA 93613 | | 2079 | PG&E Corporation | 4/4/2019 | $0.00 | $0.00 | $763.10 | $0.00 | $763.10 | Other Satisfied |
| Johnson, James Gordon<br>6882 Serenity Way<br>San Jose, CA 95120 | | 53827 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $14,263.00 | $14,263.00 | Engineering Advances and Other Refunds |
| K E Coleman MBA Treasurer Tax Collector El Dorado County<br>360 Fair Lane<br>Placerville, CA 95667 | | 6326 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $3,411,003.82 | $0.00 | $3,411,003.82 | Tax Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| LIAO, RICHARD Y<br>1200 MT DIABLO BLVD #202<br>WALNUT CREEK, CA 94596 | | 4148 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $148.56 | $148.56 | Other Satisfied |
| Mariposa County<br>Kari McCully PO Box 247<br>Mariposa, CA 95338 | | 1958 | PG&E Corporation | 3/29/2019 | $885,941.00 | $0.00 | $30,318.00 | $0.00 | $916,259.00 | Tax Claims |
| Monterey Reg Water Pollution Ctrl Auth<br>5 Harris Court, Bldg D<br>DEL REY OAKS, CA 93940 | | 6598 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,080.61 | $2,080.61 | Other Satisfied |
| NAKAMOTO CHOU LLP<br>1532 EAST WARNER AVE<br>SANTA ANA, CA 92705 | | 4314 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $278.50 | $278.50 | Other Satisfied |
| Nakamoto Chou, LLP<br>1532 E. Warner Avenue<br>Santa Ana, CA 92705 | | 4242 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $2,220.90 | $2,220.90 | Other Satisfied |
| Pacific Institute<br>654 13th Street<br>Oakland, CA 94612 | | 114 | Pacific Gas and Electric Company | 2/7/2019 | $0.00 | $0.00 | $0.00 | $47,031.26 | $47,031.26 | Other Satisfied |
| PEST MANAGEMENT TECHNOLOGY INC<br>9437 CLOUGH CANYON RD<br>REDDING, CA 96003 | | 17178 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $1,459.70 | $1,459.70 | Other Satisfied |
| Public Service Company of New Mexico<br>414 Silver Ave SW MS-0525<br>Albuquerque, NM 87156 | | 16845 | PG&E Corporation | 10/3/2019 | $0.00 | $0.00 | $0.00 | $1,318,790.26 | $1,318,790.26 | Other Satisfied |
| Recovery Resouces Inc<br>PO Box 1347<br>Alameda, CA 94501-0145 | | 79753 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $716.20 | $0.00 | $716.20 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Recovery Resouces Inc<br>PO Box 1347<br>Alameda, CA  94501-0145 | | 79788 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $8,459.82 | $0.00 | $8,459.82 | Other Satisfied |
| Recovery Resouces Inc<br>PO Box 1347<br>Alameda, CA  94501-0145 | | 79988 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $15,804.93 | $0.00 | $15,804.93 | Other Satisfied |
| Recovery Resources Inc<br>PO Box 1347<br>Alameda, CA  94501-0145 | | 70549 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $191,938.96 | $0.00 | $191,938.96 | Other Satisfied |
| Recovery Resources Inc<br>PO BOX 1347<br>Alameda , CA  94501-0145 | | 71529 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $7,249.69 | $0.00 | $7,249.69 | Other Satisfied |
| Recovery Resources Inc<br>PO Box 1347<br>Alameda, CA  94501 | | 76977 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $43,271.44 | $0.00 | $43,271.44 | Other Satisfied |
| Recovery Resources Inc<br>PO Box 1347<br>Alameda, CA  94501-0145 | | 77288 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $1,967.30 | $0.00 | $1,967.30 | Other Satisfied |
| RECOVERY RESOURCES INC<br>PO Box 1347<br>ALAMEDA, CA  94501 | | 79761 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $28,000.00 | $100.00 | $28,100.00 | Other Satisfied |
| RECOVERY RESOURCES INC<br>PO Box 1347<br>ALAMEDA, CA  94501 | | 79837 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $1,745,414.08 | $0.00 | $1,745,414.08 | Other Satisfied |
| RUCKA OBOYLE LOMBARDO & MCKENNA<br>245 W LAUREL DR<br>SALINAS, CA  93906 | | 7571 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| S&W Technologies, Inc<br>James Wierowski 23 Scarborough Park<br>Rochester, NY 14625 | | 97944 | Pacific Gas and Electric Company | 3/19/2020 | $0.00 | $0.00 | $0.00 | $2,617.50 | $2,617.50 | Other Satisfied |
| Shasta County Tax Collector<br>PO Box 99-1830<br>Redding, CA 96099-1830 | | 7662 | PG&E Corporation | 8/19/2019 | $461.54 | $0.00 | $0.00 | $0.00 | $461.54 | Tax Claims |
| SPITULSKI, BRYAN<br>PMB 102 3900 PELANDALE AVE STE 420<br>MODESTO, CA 95356-9104 | | 9628 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $1,980.00 | $1,980.00 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count: 36** | | | **$886,402.54** | **$50,177.00** | **$9,035,152.34** | **$1,677,884.39** | **$11,649,616.27** | |