| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bradcon, LLC dba Bradley Concrete<br>Varela, Lee, Metz & Guarino LLP Attn: Berit Elam 333 Bush Street, Suite 1500<br>San Francisco, CA 94104 | | 74876 | Pacific Gas and Electric Company | 10/21/2019 | $383,571.00 | $0.00 | $0.00 | $0.00 | $383,571.00 | No Liability Subcontractor Claims |
| California Builder Appliance dba Monark of California<br>Monark Premium Appliance Attn: Credit Manager 9025 S. Kyrene Rd<br>Tempe, AZ 85284 | | 60412 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $813,151.59 | $813,151.59 | No Liability Subcontractor Claims |
| Enovity Inc.<br>100 Montgomery St., Ste 600<br>San Francisco, CA 94104 | | 67047 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $59,274.76 | $59,274.76 | No Liability Subcontractor Claims |
| Gonsoulin, Selwyn C<br>451 Ross Way<br>Sacramento, CA 95864-5727 | | 106612 | PG&E Corporation | 10/22/2020 | $0.00 | $0.00 | $0.00 | $10,430.00 | $10,430.00 | Equity Interest Claims |
| Gonsoulin, Selwyn C<br>451 Ross Way<br>Sacramento, CA 95864-5727 | | 106611 | PG&E Corporation | 10/22/2020 | $0.00 | $0.00 | $0.00 | $10,430.00 | $10,430.00 | Equity Interest Claims |
| IRS Gov's Agent<br>Aileen S. Miser PO Box 3178 325 Merganser Dr<br>Suisun City, CA 94585 | | 106745 | PG&E Corporation | 11/23/2020 | $0.00 | $0.00 | $0.00 | $14,850,000.00 | $14,850,000.00 | Untimely No Liability Claims |
| Northern California Power Agency<br>Boutin Jones Inc. c/o Mark Gorton 555 Capitol Mall, Fifteenth Floor<br>Sacramento, CA 95814 | | 65221 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Northern California Power Agency<br>Boutin Jones Inc. c/o Mark Gorton 555 Capitol Mall, Fifteenth Floor<br>Sacramento, CA 95814 | | 64639 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $7,300,000.00 | $7,300,000.00 | Protective Claims |
| Northern California Power Agency<br>Boutin Jones Inc. c/o Mark Gorton 555 Capitol Mall, Fifteenth Floor<br>Sacramento, CA 95814 | | 64414 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $6,000,000.00 | $6,000,000.00 | Protective Claims |
| Northern California Power Agency<br>Boutin Jones Inc. c/o Mark Gorton 555 Capitol Mall, Fifteenth Floor<br>Sacramento , CA 95814 | | 64392 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Resto, Maria<br>1916 East Jonathan Street<br>Allentown, PA 18109 | | 106492 | PG&E Corporation | 9/18/2020 | $0.00 | $0.00 | $0.00 | $5,385.09 | $5,385.09 | Equity Interest Claims |
| Sonoma Clean Power Authority, a California joint powers authority<br>Engel Law, P.C. c/o G. Larry Engel 12116 Horseshoe Lane<br>Nevada City, CA 95959 | | 65456 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| STADTNER CO INC<br>Gregory S. Gerson, Esq. 777 Cuesta Drive, Ste. 200<br>Mountain View, CA 94040 | | 56883 | PG&E Corporation | 10/16/2019 | $165,826.90 | $0.00 | $0.00 | $56,523.54 | $222,350.44 | No Liability Subcontractor Claims |
| WILLIAM KREYSLER & ASSOCIATES, INC.<br>501 Green Island Road<br>American Canyon, CA 94503 | | 5150 | Pacific Gas and Electric Company | 8/1/2019 | $74,280.00 | $0.00 | $0.00 | $0.00 | $74,280.00 | No Liability Subcontractor Claims |
| **Claims To Be Expunged Totals** | | **Count: 14** | | | **$623,677.90** | **$0.00** | **$0.00** | **$29,105,194.98** | **$29,728,872.88** | |