| From: | ▮▮▮▮▮ |
|---|---|
| Sent: | Friday, January 29, 2021 11:09 AM |
| To: | ▮▮▮▮▮ |
| Cc: | ▮▮▮▮▮ |
| Subject: | FW: TYISHA JEFFERSON- 19-30088 |



From: CANB Emergency Filings <CANB-EMERGENCY-FILINGS@canb.uscourts.gov>
Sent: Friday, January 29, 2021 11:06 AM
To: Canbml_DOCM <docm@canb.uscourts.gov>
Subject: FW: TYISHA JEFFERSON- 19-30088

From: Tyishachilton111 Chilton
Sent: Friday, January 29, 2021 11:06:10 AM (UTC-08:00) Pacific Time (US & Canada)
To: CANB Emergency Filings
Subject: TYISHA JEFFERSON- 19-30088

**CAUTION - EXTERNAL:**

Good morning!
I am requesting a hearing. I would like to reference to my response on the date of December 17th 2020. Document number 9836. I would like to schedule my hearing for February 24, 2021.

Case number- 19-30088
Claim number- 599
Document number- 9836

Thanks,
TYISHA Jefferson

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.