| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Gary M. Kaplan (State Bar No. 155530)<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 18th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br>Email: gkaplan@fbm.com<br><br>Attorneys for Party in Interest<br>SEMPER CONSTRUCTION INC. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>PG&E CORPORATION<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>             *Debtors.*<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM.<br><br>* * * * * * * * * * * * * * * * * * * * * * * * | * * * * * * * * * * * * * * * * * * * * * * * * * * | Case Nos. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS** |

**TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that the undersigned attorney hereby requests to be removed from this Court's Courtesy Notification of Electronic Filing distribution and further wishes to cease receiving all notifications and/or documents filed in the above-captioned case:

REQ. FOR REMOVAL FROM E-SERVICE LISTS
AND ALL NOTIFICATIONS / Case No. 19-30088

37170\13905355.1

Farella Braun + Martel LLP
Attn: Gary M. Kaplan, Esq.
235 Montgomery Street, 18th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  gkaplan@fbm.com

This request is intended, without limitation, to constitute a request for removal from all service lists, including but not limited to (1) CM/ECF notification in the case; (2) court-designated services as set forth in the Bankruptcy Rules; and (3) the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

Dated:  January 29, 2021

FARELLA BRAUN + MARTEL LLP

By: /s Gary M. Kaplan
Gary M. Kaplan

Attorneys for Party in Interest
SEMPER CONSTRUCTION INC.