| | |
|---|---|
| Kenneth N. Klee (State Bar No. 63372)<br>David M. Stern (State Bar No. 67697)<br>Samuel M. Kidder (State Bar No. 284015)<br>KTBS LAW LLP, *f/k/a* KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067<br>Telephone: 310-407-4000<br>Facsimile: 310-407-9090<br>Email: kklee@ktbslaw.com<br>         dstern@ktbslaw.com<br>         skidder@ktbslaw.com<br><br>*Attorneys for NextEra Energy, Inc. et al.* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br>    -and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br>**NOTICE OF CHANGE OF ADDRESS** |

     **PLEASE TAKE NOTICE** that, as of February 1, 2021, the mailing address for KTBS Law LLP ("<u>KTBS</u>"), *f/k/a* Klee, Tuchin, Bogdanoff & Stern LLP,[1] the undersigned counsel for NextEra Energy, Inc. and NextEra Energy Partners, L.P., on behalf of themselves and their direct and indirect subsidiaries, in the above-captioned chapter 11 cases, has changed to:

---

[1] The firm's name change took effect on January 1, 2020.

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

<u>New Address:</u>
KTBS Law LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Attention: Kenneth N. Klee, David M. Stern, Samuel M. Kidder

<u>Former Address:</u>
KTBS Law LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Attention: Attention: Kenneth N. Klee, David M. Stern, Samuel M. Kidder

**PLEASE TAKE FURTHER NOTICE** that all e-mail addresses, telephone numbers, and facsimile numbers affiliated with KTBS will remain the same.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence, and other documents that require receipt by or service on KTBS are to be directed to the new mailing address set forth above.

DATED: February 1, 2021                    */s/ Samuel M. Kidder*
                                           Kenneth N. Klee
                                           David M. Stern
                                           Samuel M. Kidder
                                           KTBS LAW LLP, *f/k/a* KLEE, TUCHIN,
                                           BOGDANOFF & STERN LLP

                                           *Attorneys for NextEra Energy, Inc. and NextEra Energy Partners, L.P., on behalf of themselves and their direct and indirect subsidiaries*