Kenneth N. Klee (State Bar No. 63372)
David M. Stern (State Bar No. 67697)
Samuel M. Kidder (State Bar No. 284015)
KTBS LAW LLP, *f/k/a* KLEE, TUCHIN, BOGDANOFF & STERN LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone: 310-407-4000
Facsimile: 310-407-9090
Email: kklee@ktbslaw.com
dstern@ktbslaw.com
skidder@ktbslaw.com

*Attorneys for NextEra Energy, Inc. et al.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1 STATE OF CALIFORNIA )
)
2 CITY OF LOS ANGELES )

3  I, Shanda D. Pearson, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1801 Century Park East, 26th Floor, Los Angeles, California 90067.

 On February 1, 2021, I caused to be served the following document in the manner stated below:

- **NOTICE OF CHANGE OF ADDRESS [Docket No. 10063]**

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **February 1, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☒ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |
| ☐ | (PERSONAL DELIVERY) I arranged for service on the following persons and/or entities by personal delivery. |

 I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

 Executed on February 1, 2021 at Los Angeles, California.

 */s/ Shanda D. Pearson*
 Shanda D. Pearson

**NEF/ECF LIST:**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Gabrielle L. Albert    galbert@kbkllp.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Destiny N. Almogue    Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Philip Anker    Philip.Anker@wilmerhale.com, whdocketing@wilmerhale.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kbkllp.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Jared D. Bissell    jared.bissell@troutman.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Paige Boldt    pboldt@wattsguerra.com, cwilson@wattsguerra.com
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg    jborg@jasonborglaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Lee Brand    lee.brand@pillsburylaw.com, docket@pillsburylaw.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Kathlene Burke    kathlene.burke@skadden.com, burke.kathlene@gmail.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- Leah E. Capritta   leah.capritta@hklaw.com, lori.labash@hklaw.com
- Nicholas A. Carlin   nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese   kcatanese@foley.com
- Barry A. Chatz   barry.chatz@saul.com, barry.chatz@gmail.com
- Karen J. Chedister   kchedister@h-jlaw.com
- Christina Lin Chen   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley   richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Kevin Chiu   kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
- Jacquelyn H. Choi   jacquelyn.choi@rimonlaw.com
- Shawn M. Christianson   schristianson@buchalter.com
- Robert N.H. Christmas   rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun   ajc@chun.law, teresa@tosdallaw.com
- Gerard T. Cicero   GCicero@brownrudnick.com, NKhalatova@brownrudnick.com
- Louis J. Cisz   lcisz@nixonpeabody.com
- Valerie E. Clemen   , mcarter@coombslaw.com
- Alicia Clough   aclough@loeb.com
- Tiffany Strelow Cobb   tscobb@vorys.com
- John B. Coffman   john@johncoffman.net
- Kevin G. Collins   kevin.collins@btlaw.com
- Brian S. Conlon   bsc@phillaw.com, rac@phillaw.com
- Charles Cording   ccording@willkie.com, mao@willkie.com
- Manuel Corrales   mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin   anne@costinlawfirm.com
- Donald H. Cram   dhc@severson.com
- Ashley Vinson Crawford   avcrawford@akingump.com, dkrasa-berstell@akingump.com
- J. Russell Cunningham   rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham   , rkelley@pierceatwood.com
- Keith J. Cunningham   kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran   jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis   tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Ashleigh A. Danker   ashleigh.danker@dinsmore.com
- Stacy A. Dasaro   sdasaro@goodwinlaw.com
- James M. Davis   jdavis@cglaw.com
- Nicolas De Lancie   ndelancie@jmbm.com
- Judith A. Descalso   , jad_9193@ecf.courtdrive.com
- Andrew G. Devore   andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- Erin Elizabeth Dexter   edexter@milbank.com
- Shounak S. Dharap   ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer   kdiemer@diemerwei.com
- Kathryn S. Diemer   kdiemer@diemerwhitman.com
- John P. Dillman   houston_bankruptcy@publicans.com
- Caroline R. Djang   caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com
- Krystal Dong   ykdong@gmail.com
- Jonathan R. Doolittle   jonathan.doolittle@pillsburylaw.com
- Jonathan R. Doolittle   jdoolittle@reedsmith.com
- Jennifer V. Doran   jdoran@hinckleyallen.com
- Dustin M. Dow   ddow@bakerlaw.com, jmcguigan@bakerlaw.com

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- Jamie P. Dreher    jdreher@downeybrand.com
- Todd Dressel    tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Jeffrey Aaron Dubbin    jdubbin@labaton.com, echan-lee@labaton.com
- Matthew Ducharme    matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Daniel G. Egan    daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Scott Esbin    sesbin@esbinalter.com
- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joana Fang    jf@kbklawyers.com, icd@kbklawyers.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Jennifer Feldsher    jennifer.feldsher@morganlewis.com, renee.robles@morganlewis.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, admin@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com

- Thomas M. Gaa    tgaa@bbslaw.com
- Larry W. Gabriel    , nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
- Oscar Garza    ogarza@gibsondunn.com
- Lisa S. Gast    lsg@dwgp.com, lmk@dwgp.com
- Paul R. Gaus    paul.gaus@mccormickbarstow.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, robdiwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- R. Dale Ginter    dginter@downeybrand.com
- Jon T. Givens    givensjt@gmail.com, cwilson@wattsguerra.com
- Barry S. Glaser    bglaser@lkfirm.com
- Paul R. Glassman    pglassman@sycr.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Craig Goldblatt    Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    , hphan@pszjlaw.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Tracy Green    tgreen@wendel.com, bankruptcy@wendel.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Brian Gregory    b.gregory@veenfirm.com, EL.Team@Veenfirm.com
- Susan Sieger Grimm    SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
- Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Carl L. Grumer    cgrumer@manatt.com, mchung@manatt.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com

- Lloyd C. Guintivano    anitag@co.lake.ca.us, lloydg@co.lake.ca.us
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris    adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Geoffrey A. Heaton    gheaton@duanemorris.com, dmicros@duanemorris.com
- Michael C. Hefter    michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Matthew Henderson    matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- David S. Hoffman    dshoffmanesq@aol.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Linda Tai Hoshide    , noemi.santiago@wilsonelser.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Kelly L. Huey    khuey@burkeandkesslerlaw.com
- Christopher Hughes    chughes@nossaman.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Kizzy L. Jarashow    KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com
- Ivan C. Jen    ivan@icjenlaw.com
- Amanda Jereige    AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- John L. Jones    JJones@chwlaw.us, JLJones2@outlook.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- George H. Kalikman     , sdavenport@schnader.com
- Roberto J. Kampfner     rkampfner@whitecase.com, mco@whitecase.com
- Bonnie E. Kane     bonnie@thekanelawfirm.com, skane@thekanelawfirm.com
- Gary M. Kaplan     gkaplan@fbm.com, calendar@fbm.com
- Eve H. Karasik     ehk@lnbyb.com
- Michael G. Kasolas     trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates     ekates@bakerlaw.com
- Ori Katz     okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman     wkaufman@smwb.com
- Jane G. Kearl     jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller     tkeller@kbkllp.com
- Tobias S. Keller     tkeller@kellerbenvenutti.com
- Lynette C. Kelly     ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey     mkelsey@gibsondunn.com
- Gerald P. Kennedy     gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
- Erica L. Kerman     ekerman@willkie.com
- Samuel A. Khalil     skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder     skidder@ktbslaw.com
- Marc Kieselstein     , carrie.oppenheim@kirkland.com
- Jane Kim     jkim@kbkllp.com
- Mary H. Kim     Mary.Kim@dechert.com, brett.stone@dechert.com
- Susan E. Kirkgaard     , carlyn.jorgensen@bullivant.com
- Kody D. L. Kleber     kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger     mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp     bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight     kelly.knight@srz.com
- Lydia Vanessa Ko     Lvko@stonelawoffice.com
- Thomas F. Koegel     tkoegel@crowell.com
- Katherine Kohn     kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas     akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg     , akornberg@paulweiss.com
- Bernard Kornberg     bjk@severson.com
- David I. Kornbluh     dkombluh@venturahersey.com, jpatterson@venturahersey.com
- Lauren Kramer     lkramer@rjo.com
- Jeffrey C. Krause     jkrause@gibsondunn.com
- Thomas R. Kreller     tkreller@milbank.com
- Lindsey E. Kress     lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser     hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Marek P. Krzyzowski     MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
- Robert T. Kugler     robert.kugler@stinson.com
- Duane Kumagai     dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com
- Brendan M. Kunkle     bkunkle@abbeylaw.com, lmeyer@abbeylaw.com
- Alisa C. Lacey     alisa.lacey@stinson.com, karen.graves@stinson.com

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Paul J. Laurin    plaurin@btlaw.com, slmoore@btlaw.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    francis.lawall@troutman.com, susan.henry@troutman.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Paul J. Leeds    leedsp@higgslaw.com
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com
- Alexander James Demitro Lewicki    alewicki@diemerwei.com
- William Thomas Lewis    wtl@roblewlaw.com, kimwrenn@msn.com
- Lauren Lifland    lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- Michael B. Lubic    michael.lubic@klgates.com
- John William Lucas    , ocarpio@pszjlaw.com
- Joseph R. Lucia    PersonalInjuryGroup@RLSlawyers.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, #-FirmPSDocketing@Steptoe.com
- Carissa A. Lynch    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Jessica MacGregor    jmacgregor@longlevit.com, lmyers@longlevit.com
- Iain A. Macdonald    , ecf@macfern.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Malcolm A. Mackenzie    mmackenzie@coombslaw.com, vclemen@coombslaw.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- Ankur Mandhania     amandhania@mayerbrown.com
- Craig Margulies     cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr     gemarr59@hotmail.com
- Richard A. Marshack     rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
- Catherine Martin     cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud     lmasud@marshackhays.com, lmasud@ecf.courtdrive.com
- David P. Matthews     jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy     patrick.maxcy@snrdenton.com
- Simon Richard Mayer     simon.mayer@lockelord.com, Rellis@lockelord.com
- James J. Mazza     james.mazza@skadden.com, wendy.lamanna@skadden.com
- Benjamin P. McCallen     bmccallen@willkie.com
- Thomas E. McCurnin     tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald     , john.murphy@troutman.com
- Hugh M. McDonald     hugh.mcdonald@troutman.com, john.murphy@troutman.com
- C. Luckey McDowell     Luckey.McDowell@Shearman.com
- Matthew D. McGill     MMcGill@gibsondunn.com
- Melissa C. McLaughlin     mcmclaughlin@venable.com, ataylor@venable.com
- Edward Joseph McNeilly     edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com
- Scott H. McNutt     SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone     Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo     peter@pmrklaw.com
- Frank A. Merola     lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing     jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester     jmester@jonesday.com
- Matthew D. Metzger     belvederelegalecf@gmail.com
- Merle C. Meyers     mmeyers@mlg-pc.com
- Randy Michelson     randy.michelson@michelsonlawgroup.com
- Gerardo Mijares-Shafai     Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com
- Joel S. Miliband     jmiliband@brownrudnick.com
- Joseph G. Minias     jminias@willkie.com
- M. David Minnick     dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Benjamin Mintz     benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com
- Nancy Mitchell     nmitchell@omm.com
- Thomas C. Mitchell     tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe     john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed     ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee     kmontee@monteeassociates.com
- Christopher D. Moon     chris@moonlawapc.com, kevin@moonlawapc.com
- David W. Moon     lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore     dmargermoore@baumhedlundlaw.com
- Erika L. Morabito     emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey     cjm@cpuc.ca.gov
- Courtney L. Morgan     morgan.courtney@pbgc.gov
- Richard Morin     , 6863427420@filings.docketbird.com

- Kimberly S. Morris    kmorris@bakerlaw.com, tpetre@bakerlaw.com
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, docket@pillsburylaw.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- John Leland Murphree    LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Michael S. Myers    myersms@ballardspahr.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com
- Howard S. Nevins    hnevins@hsmlaw.com
- Samuel A. Newman    sam.newman@sidley.com, laefilingnotice@sidley.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, ana.trask@stoel.com
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Alicia D. O'Neill    aoneill@wattsguerra.com, cwilson@wattsguerra.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
- Scott Olson    solson@vedderprice.com, nortega@vedderprice.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Keith C. Owens    kowens@venable.com, bclark@venable.com;khoang@venable.com
- Gabriel Ozel    , gabeozel@gmail.com
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    ppartee@huntonak.com, candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Larry Allan Peluso    pelusolaw@gmail.com, firm@pelusolaw.net
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Yosef Peretz    , skim@peretzlaw.com
- Christian A. Pereyda    CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- Mark D. Plevin    mplevin@crowell.com
- Steven G. Polard    spolard@eisnerlaw.com, calendar-lao@ropers.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- Cara M. Porter    Cara.Porter@doj.ca.gov, rachel.patu@doj.ca.gov
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    justinrawlins@paulhastings.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, secretary@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com, #-FirmPSDocketing@Steptoe.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Jorian L. Rose    jrose@bakerlaw.com
- Laurence M. Rosen    lrosen@rosenlegal.com, zstanco@rosenlegal.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kbkllp.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Gregory M. Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Nathan A. Schultz    nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    , shepIGN@gmail.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Brandt Silver-Korn    bsilverkorn@edelson.com, docket@edelson.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Steven J. Skikos    sskikos@skikos.com, mmontoya@skikos.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Daniel Solish    cocolaw@stancounty.com, solishd@stancounty.com
- Randye B. Soref    rsoref@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Diane C. Stanfield    diane.stanfield@alston.com, nelly.villaneda@alston.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com, shill@mwe.com
- Michael H. Strub    mstrub@irell.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    , docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe    kesha@tanabelaw.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, mwoodward@frenchlyontang.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com

- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Rocky C. Tsai    rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com
- Michael Tye    Michael.Tye@usdoj.gov
- Gary D. Underdahl    gunderdahl@askllp.com, lmiskowiec@askllp.com
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Nicholas Wagner    kschemen@wagnerjones.com, bwagner@wagnerjones.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Samuel M. Ward    sward@barrack.com, cfessia@barrack.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Gregory P. Waters    gwaters@elllaw.com, gregorywatersesq@gmail.com
- Guy L. Watts    gwatts@wattsguerra.com, cwilson@wattsguerra.com
- Mikal C. Watts    mcwatts@wattsguerra.com, cwilson@wattsguerra.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- Todd J. Wenzel    todd@wenzellawoffices.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Jason P. Williams    , maryanne@wplgattorneys.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Keith H. Wofford    keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com
- Shannon B. Wolf    shannon.wolf@morganlewis.com, renee.robles@morganlewis.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Stephanie Yee    syee@janglit.com, klockwood@janglit.com
- Tacie H. Yoon    tyoon@crowell.com

- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Eric G. Young    eyoung@dcalaw.com, Jackie@dcalaw.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

**SERVED VIA U.S. MAIL:**

| | | |
|---|---|---|
| PG&E Corporation and Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>Timothy Laffredi, Esq.<br>450 Golden Gate Ave., 5th Fl.<br>Suite #05-0153<br>San Francisco, CA 94102 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq.<br>Brian S. Hermann, Esq.<br>Walter R. Rieman, Esq.<br>Sean A. Mitchell, Esq.<br>Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq.<br>Jessica Liou, Esq.<br>Matthew Goren, Esq.<br>Tom Schinckel, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW<br>Room 7106<br>Washington DC 20005 | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq.<br>Erez E. Gilad, Esq.<br>Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq.<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 | U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | Keller Benvenutti Kim LLP<br>Attn: Tobias S. Keller<br>Jane Kim<br>650 California Street, Ste 1900<br>San Francisco, CA 94108 |
| Davis Polk & Wardwell LLP<br>Eli J. Vonnegut, Esq.<br>David Schiff, Esq.<br>Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 | Milbank LLP,<br>Attn: Dennis F. Dunne, Esq.<br>Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163 | Milbank LLP<br>Attn: Paul S. Aronzon, Esq.<br>Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq.<br>Cecily Dumas, Esq.<br>11601 Wilshire Blvd.<br>Suite 1400<br>Los Angeles, CA 90025-0509 | Akin Gump Strauss Hauer & Feld LLP<br>Attn: Ashley Vinson Crawford<br>580 California Street,<br>Suite 1500<br>San Francisco, CA 94104 | Akin Gump Strauss Hauer & Feld LLP<br>Attn: Michael S. Stamer,<br>Ira S. Dizengoff, David H. Botter<br>One Bryant Park<br>New York, NY 10036 |

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

| | | |
|---|---|---|
| Baker & Hostetler LLP<br>Attn: Robert A. Julian,<br>Cecily A. Dumas<br>600 Montgomery Street<br>Suite 3100<br>San Francisco, CA 94111 | BraunHagey & Borden LLP<br>Attn: J. Noah Hagey,<br>Jeffrey M. Theodore,<br>David H. Kwasniewski,<br>Andrew Levine<br>351 California Street,<br>Tenth Floor<br>San Francisco, CA 94104 | Cotchett, Pitre & Mccarthy, LLP<br>Attn: Frank M. Pitre,<br>Alison E. Cordova<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 |
| DLA Piper LLP (US)<br>Attn: Eric Goldberg and<br>David Riley<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704 | DLA Piper LLP (US)<br>Attn: Joshua D. Morse<br>555 Mission Street<br>Suite 2400<br>San Francisco, CA 94105-2933 | Gibson, Dunn & Crutcher LLP<br>Attn: David M. Feldman and<br>Matthew K. Kelsey<br>200 Park Avenue<br>New York, NY 10166-0193 |
| Gibson, Dunn & Crutcher LLP<br>Attn: Matthew D. McGill<br>1050 Connecticut Ave., N.W.<br>Washington, DC 20036-5306 | Gibson, Dunn & Crutcher LLP<br>Attn: Michael S. Neumeister<br>and Michelle Choi<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 | Mary Alexander & Associates, P.C.<br>Attn: Mary E. Alexander<br>44 Montgomery Street, Suite 1303<br>San Francisco, CA 94104 |
| Milbank LLP<br>Attn: Samir L. Vora<br>1850 K St., N.W., Suite 1100<br>Washington, DC 20006 | Pino & Associates<br>Attn: Estela O. Pino<br>1520 Eureka Road, Suite 101<br>Roseville, CA 95661 | Robins Cloud LLP<br>Attn: Bill Robins, III, Robert Bryson<br>650 California Street, Suite 450<br>Santa Monica, CA 90401 |
| Singleton Law Firm, APC<br>Attn: Gerald Singleton &<br>John C. Lemon<br>450 A Street, 5th Floor<br>San Diego, CA 92101 | Walkup Melodia Kelly &<br>Schoenberger<br>Attn: Michael A. Kelly,<br>Khaldoun A. Baghdadi,<br>Max Schuver<br>650 California Street, 26th Fl.<br>San Francisco, CA 94108 | |