Francis O. Scarpulla (CA SB No. 41059)
Patrick B. Clayton (CA SB No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 788-0706
Email: fos@scarpullalaw.com
pbc@scarpullalaw.com

Jeremiah F. Hallisey (SBN 40001)
Karen J. Chedister (SBN 99473)
HALLISEY AND JOHNSON PC
465 California St, Ste 405
San Francisco, CA 94104
Telephone: (415) 433—5300
Email:: jfhallisey@gmail.com
kchedister@h-jlaw.com

Quentin L. Kopp (SBN 25070)
Daniel S. Mason (SBN 54065)
Thomas W. Jackson (SBN 107608)
FURTH SALEM MASON & LI LLP
640 Third Street, 2nd Floor
Santa Rosa, CA 95404-4445
Telephone: (707) 244-9422
Email: quentinlkopp@gmail.com
dmason@fsmllaw.com
tjackson@fsmllaw.com

*Counsel for Katherine and Harold Schooler*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No.: 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** **Debtors.** | **NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE - FILED PROOF OF CLAIM OF KATHERINE AND HAROLD SCHOOLER** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | Date: March 9, 2021 |
| ■ Affects both Debtors | Time: 10:00 a.m. (Pacific Time) Place: United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Judge: Hon. Dennis Montali |

**PLEASE TAKE NOTICE** that on March 9, 2021 at 10:00 a.m. (Pacific Time) in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 the undersigned counsel will and hereby do move, on behalf of creditors Katherine and Harold Schooler, for an Order to allow/deem timely the late-filed proof of claim as described in the Motion To Allow/Deem Timely Late-Filed Proof of Claim (the "Motion"), filed herewith.

**PLEASE TAKE FURTHER NOTICE** that all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that any oppositions to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Claimants at the above-referenced address so as to be received by the time set by the Bankruptcy Court. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in and accordance with the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (ECF No 1996) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other documents filed in the Chapter 11 Cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtor's notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217

(toll free) for U.S. based parties; or +1 (929) 333-8977 for International parties or by email at: pgeinfo@primeclerk.com.

Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 1, 2021          By:     /s/ Francis O. Scarpulla

        Francis O. Scarpulla (CA SB No. 41059)
        Patrick B. Clayton (CA SB No. 240191)
        LAW OFFICES OF FRANCIS O. SCARPULLA
        3708 Clay Street
        San Francisco, CA 94118
        Telephone: (415) 751-4193
        Facsimile: (415) 788-0706
        Email: fos@scarpullalaw.com
              pbc@scarpullalaw.com

        Jeremiah F. Hallisey (SBN 40001)
        Karen J. Chedister (SBN 99473)
        HALLISEY AND JOHNSON PC
        465 California St, Ste 405
        San Francisco, CA 94104
        Telephone: (415) 433—5300
        Email:: jfhallisey@gmail.com
        kchedister@h-jlaw.com

        Quentin L. Kopp (SBN 25070)
        Daniel S. Mason (SBN 54065)
        Thomas W. Jackson (SBN 107608)
        FURTH SALEM MASON & LI LLP
        640 Third Street, 2nd Floor
        Santa Rosa, CA 95404-4445
        Telephone: (707) 244-9422
        Email: quentinlkopp@gmail.com
              dmason@fsmllaw.com
              tjackson@fsmllaw.com

*Counsel for Katherine and Harold Schooler*

# CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Francis O. Scarpulla
Francis O. Scarpulla