# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be customized to include the name and address of the party, to be served via first class mail on Katy Cutts (MMLID#10358292), 13100 Wells Fargo Dr, Groveland, CA, 95321-9408:

- Reorganized Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative Claims) [Docket No. 9903]

3. On January 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be customized to include the name and address of the party, to be served via first class mail on La Jeana Thompson (MMLID#7279562), 1000 National Ave., Apt 424, San Bruno, CA, 94066-2484:

- Reorganized Debtors' Fifty-Sixth Omnibus Objection to Claims (ADR No Liability Claims) [Docket No. 9906]

4. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 1st day of February 2021, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso