

**From:** Tom Schiff <schiff.tom@gmail.com>
**Sent:** Thursday, January 28, 2021 12:00:22 PM
**To:** Lorena Parada <Lorena_Parada@canb.uscourts.gov>
**Subject:** PG&E Case - Administration

**CAUTION - EXTERNAL:**

I am a claimant representing the claim of my wife and me from the Tubbs Fire.

We filed our completed Claims Questionnaire on October 26, 2020 and all supporting papers, including insurance reimbursements. In early November we -- and others -- received the letter / announcement from the Trustee about Interim Payouts starting November 23, 2020 in what was described as an effort to help people affected by the Fires and all the COVID matters, etc.

On January 19, 2021 the FVT issued a Timetable for Evaluation of Claims Processing.

Yesterday, we received the letter from the Trustee on the conduct of the Trust, its future plans, people that have been engaged by the Trustee, his plans to pursue 3rd parties, and plans to start issuing deficiency notices January 31 (this weekend), Final Determination Notices February 15 (about two weeks) and partial payouts on valued claims on March 15.

To date, we've heard nothing on the Interim Payments -- and they are already going into Final Determinations and deficiencies.

I must conclude the Nov announcement on Interim Payments was a PR piece -- that made the Trustee feel better and gave him some caring press. But, for all the manpower being thrown at this and the automation, from a victim point of view I'd say that was an airball.

I've contacted the FVT people --and get replies from their "shield" / PR people. Judge Montali should be aware of how this is being conducted.

It is being paid for out of Victims' money. He stated he submitted an operating budget to The Oversight Committee". How about publishing it for the Victims' -- it is our money he is spending. Not the Oversight Committee's.

And for disclosure, the Trustee finally stated the Trust is about $1 Billion short of the stated settlement amount. That was before the stock dropped another $1 Billion or so. Yes, the stock is up from its initial market price, but Victims were never made aware of how far off the

stated settlement amount was from the assets being put into Trust. That was a travesty of lack of disclosure.

Pass this along to Judge Montali.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Thomas E. Schiff
3930 Hansford Court
Santa Rosa, CA 95404
(714) 745-1360

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.