**Signed and Filed: February 2, 2021**



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>      - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:  February 24, 2021<br>Time:  10:00 AM<br>Hearing via<br>Tele/Videoconference<br>www.canb.uscourts.gov/calendars |

**<u>ORDER VACATING DISALLOWANCE OF PROOF OF CLAIM #599 AND SETTING HEARING ON TYISHA JEFFERSON'S RESPONSE TO DEBTORS' FORTIETH OMNIBUS CLAIM OBJECTION</u>**

The court has reviewed the request for hearing from Tyisha Jefferson regarding her response of December 17, 2020 (Dkt. No. 9836) to Debtors' Fortieth Omnibus Objection to Claims (No Liability/Passthrough Claims) and will treat the request as

a request for reconsideration of disallowance of her proof of claim (POC #599).[1]  The court hereby ORDERS as follows:

1) The reconsideration is granted and the disallowance of POC #599 is vacated.

2) The court will hold a hearing on Ms. Jefferson's response to the claim objection on **February 24, 2021, at 10:00 AM.**  Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions on how to appear at the hearing one week prior to the hearing.

**\*\*END OF ORDER\*\***

---

[1]  *See* Dkt. No. 9866.  *Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability/Passthrough Claims)* entered on December 18, 2020.

-2-

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | |
| 3 | Tyisha Jefferson<br>1375 Quail Valley Run<br>Oakley, CA 94561 |

-3-