PORTER LAW GROUP, INC.
William L. Porter [133968]
Hannah C. Kreuser [322959]
7801 Folsom Boulevard, Suite 101
Sacramento, California 95826
Telephone: 916-381-7868
Facsimile: 916-381-7880

Attorneys for Creditor
NEW WEST PARTITIONS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>---<br>○ Affects PG&E Corporation<br><br>○ Affects Pacific Gas and Electric Company<br><br>X Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088(DM). | Case Nos. 19-30088 (DM)<br>19-30089 (DM)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**REQUEST FOR REMOVAL FROM SERVICE LIST** |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney and Porter Law Group, Inc., hereby request to be removed from Debtors' and the Clerk of this Court's Service List, and further

1

Case: 19-30088   Doc# 10075   Filed: 02/02/21   Entered: 02/02/21 13:53:50   Page 1 of 2
REQUEST FOR REMOVAL FROM SERVICE LIST

requests removal of the undersigned counsel and its address from any mailing matrix in the above-captioned case:

Porter Law Group, Inc.
Attn: William L. Porter
7801 Folsom Boulevard, Suite 101
Sacramento, California 95826
Telephone: (916) 381-7868
Facsimile: (916) 381-7880
Email: bporter@porterlaw.com
ooberg@porterlaw.com

This request is intended, without limitation, to constitute a request for removal from all service lists, including but not limited to (1) CM/ECF notification in the case; (2) court-designated services as set forth in the Bankruptcy Rules; and (3) the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

Dated: February 2, 2021                                   **PORTER LAW GROUP, INC.**

                                                          By: /s/ William L. Porter
                                                          William L. Porter
                                                          Attorneys for
                                                          NEW WEST PARTITIONS