Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:    415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>  - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                   **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**REQUEST FOR ENTRY OF ORDER BY DEFAULT ON APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR FINAL APPROVAL OF EXPENSE REIMBURSEMENT FOR ALL EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 15, 2019 THROUGH JULY 1, 2020 PURSUANT TO 11 U.S.C. § 503(b)(3)(F)**<br><br>**[Re: Dkt. No. 8944]** |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

The Official Committee of Tort Claimants (the "**TCC**"), representing the largest group of stakeholders in the jointly administered bankruptcy cases (the "**Bankruptcy Cases**") of PG&E Corporation and Pacific Gas and Electric Company, hereby requests that the Court enter an order by default on the Application of the Official Committee of Tort Claimants for Final Approval of Expense Reimbursement for all Expenses Incurred for the Period From February 15, 2019 Through July 1, 2020 Pursuant to 11 U.S.C. § 503(b)(3)(F) (the "**Application**") [Dkt. No. 8944] filed by the TCC on August 31, 2020, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California and the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt. No. 1996].

## RELIEF REQUESTED IN THE APPLICATION

The Application seeks entry of an order for final allowance of reimbursement payments made to TCC members for actual and necessary expenses incurred in connection with the Members' service on the TCC prior to the effective date of the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 [Dkt. No. 8048]. A proposed order was submitted as Exhibit A to the Application and is virtually identical to the proposed order (the "**Proposed Order**") submitted herewith, except that the docket number of the Application has been added to the Proposed Order, decretal paragraph number two of the original proposed order, which directed the Reorganized Debtors to make prompt payment to the TCC, has been removed, and a footnote has been added stating that capitalized terms that are undefined in the Proposed Order have the meanings ascribed to them in the Application.

## NOTICE AND SERVICE

The Application was served as described in the Certificate of Service of Heidi Hammon-Turano, which was filed on September 3, 2020 [Dkt. No. 8994]. The deadline to file objections or responses to the Application has passed. No objections or responses have been filed with the Court or received by counsel for the TCC.

# DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner of the firm of Baker & Hostetler LLP and Counsel for the TCC.

2. I certify that I have reviewed the Court's docket in these Bankruptcy Cases and have not received any response or opposition to the Application.

3. This declaration was executed in San Francisco, California.

**WHEREFORE**, the TCC hereby respectfully requests entry of the Proposed Order substantially in the form attached hereto, granting the Application as set forth therein.

Dated: February 3, 2021                                **BAKER & HOSTETLER LLP**

By: */s/ Cecily A. Dumas*
      Cecily A. Dumas

*Counsel to the Official Committee of Tort Claimants*