UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Victor Wong, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 27, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (MMLID: 7278132), Woodruff, Deanne at an address that has been redacted in the interest of privacy:

- Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [Docket No. 10010]

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 3rd day of February 2021, at New York, NY.

                                             */s/ Victor Wong*
                                             Victor Wong