| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>               Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' REPORT ON RESOLUTION OF OMNIBUS OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS**<br><br>**[Re: Dkt. Nos. 9073, 9076, 9266, and 9272]**<br><br>**Resolving Objections Set for Hearing February 9, 2021 at 10:00 a.m. (Pacific Time)** |

# REPORT ON RESOLUTION OF CERTAIN CLAIMS

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the resolution of the *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9073] (the "**Fifteenth Omnibus Objection**"); the *Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9076] (the "**Sixteenth Omnibus Objection**"); the *Reorganized Debtors' Nineteenth Omnibus Objection to Claims (Duplicative Claims)* [Dkt. No. 9266] (the "**Nineteenth Omnibus Objection**"); and the *Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims)* [Dkt. No. 9272] (the "**Twenty-First Omnibus Objection**").

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Fifteenth Omnibus Objection** | | | |
| Informal | Arlington Wind Power Project LLC | 67787 | The Claimant has confirmed that it will not oppose the Fifteenth Omnibus Objection. Accordingly, the Fifteenth Omnibus Objection is SUSTAINED with respect to this Claim. |
| Informal | Rising Tree Wind Farm II LLC | 67086 | The Claimant has confirmed that it will not oppose the Fifteenth Omnibus Objection. Accordingly, the Fifteenth Omnibus Objection is SUSTAINED with respect to this Claim. |
| **Sixteenth Omnibus Objection** | | | |
| Informal | Fair Harbor Capital LLC as transferee of Barrier1 Systems Inc. | 92183738 | The Claimant has not opposed the Sixteenth Omnibus Objection. Accordingly, the Sixteenth Omnibus Objection is SUSTAINED with respect to this Claim. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Nineteenth Omnibus Objection** | | | |
| Informal | Burney Forest Products | 53844 | The Claimant has confirmed that it will not oppose the Nineteenth Omnibus Objection. Accordingly, the Nineteenth Omnibus Objection is SUSTAINED with respect to this Claim. |
| **Twenty-First Omnibus Objection** | | | |
| | Burney Forest Products | 2255 | The Claimant has confirmed that it will not oppose the Twenty-First Omnibus Objection. Accordingly, the Twenty-First Omnibus Objection is SUSTAINED with respect to this Claim. |

## DECLARATION REGARDING RESOLUTION OF CLAIMS

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. The foregoing resolution of certain Claims is true and correct to the best of my knowledge, information, and belief.

3. This declaration was executed in San Francisco, California.

Dated: February 5, 2021

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*