DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
JOSEPH K. LITTLE (Bar No. 322179)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:  916.444.1000
Facsimile:  916.444.2100

Attorneys for CAROL STRUVE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF RICHARD FRANKEL IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR CAROL STRUVE TO FILE PROOF OF CLAIM**<br><br>Date:  February 24, 2021<br>Crtrm.:  Courtroom 17<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Judge:  Hon. Dennis Montali<br><br>Objection deadline:  February 17, 2020<br>4:00 p.m. (Pacific Time) |

I, Richard Frankel, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of the State of Texas, and in numerous federal courts. I am a lawyer with Reiner, Slaughter & Frankel, LLP, based in Redding, California.

2. My law firm represents wildfire victims who sustained losses from the Camp Fire in 2018. My firm has timely filed over 800 Proof of Claim forms with Prime Clerk for losses clients have suffered as a result of these fires.

3. I understand that my client, Carol Struve, lost her home to the Camp Fire. The

address was 1447 Lofty Lane, Paradise, CA 95969.

4. On information and belief, Ms. Struve suffered from posttraumatic stress disorder from an earlier incident involving the death of her son. The events of the Camp Fire, including the loss of her home and personal property and her forced evacuation, worsened Ms. Struve's condition.

5. Also on information and belief, Ms. Struve did not have insurance on her home at the time of the Camp Fire. Ms. Struve thought she had pursued a claim herself pursuant to this litigation but was recently surprised to find that she did not accomplish as much. When Ms. Struve learned of this, she promptly contacted me, and I instructed counsel to prepare and file Ms. Struve's motion.

6. On February 3, 2021 I filed a proof of claim for Ms. Struve, a true and correct copy of which is attached as **Exhibit 1**.

7. I am over eighteen years of age, of sound mind, and fully-competent to make this declaration. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and belief as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of February, 2021, in Houston, Texas.

By: _____
RICHARD FRANKEL