DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

Attorneys for Carol Struve

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br><br>            Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects Both Debtors,<br><br>*All papers shall be filed in the Lead Case No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**PROOF OF SERVICE**<br><br>Date:         February 24, 2021<br>Crtrm.:     Courtroom 17<br>                450 Golden Gate Avenue<br>                San Francisco, CA 94102<br>Judge:      Hon. Dennis Montali<br><br>Objection deadline: February 17, 2020<br>                           4:00 p.m. (Pacific Time) |

    At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

    On February 5, 2021, I served true copies of the following document(s) described as

- **MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR CAROL STRUVE TO FILE PROOF OF CLAIM**

- **NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR CAROL STRUVE TO FILE PROOF OF CLAIM**

- **EXHIBIT LIST IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR.**

P. 9006(b)(1) TO ENLARGE THE TIME FOR CAROL STRUVE TO FILE PROOF OF CLAIM

- **DECLARATION OF RICHARD FRANKEL IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR CAROL STRUVE TO FILE PROOFS OF CLAIM**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mfrazier@downeybrand.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 5, 2021, at Sacramento, California.

_____
Marci Frazier

# SERVICE LIST

| | |
|---|---|
| **Attorneys for Debtors**<br>WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Tom Schinckel<br>Stephen.karotkin@weil.com<br>Jessica.liou@weil.com<br>Matthew.goren@weil.com<br>Tom.shinckel@weil.com | **Attorneys for Debtors**<br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller<br>Jane Kim<br>tkeller@kbkllp.com<br>jkim@kbkllc.com |
| **Attorneys for Shareholder Proponents**<br>JONES DAY<br>Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com | **Counsel for Administrative Agent under Debtors' DIP Financing Facility**<br>STROOCK & STROOCK & LAVAN LLP<br>Frank A. Merola<br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| **Counsel for collateral agent under Debtors' DIP Financing Facility**<br>DAVIS POLK & WARDELL LLP<br>Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com | **Counsel to the California Public Utilities Commission**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alan W. Kornberg<br>Brian Hermann<br>Walter Rieman<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |

| | | |
|---|---|---|
| | **Office of the U.S. Trustee for Region 17**<br>James Snyder<br>Timothy Laffredi<br>James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov | **U.S. Nuclear Regulatory Commission**<br>Anita Ghosh Naber<br>anita.ghoshnaber@nrc.gov |
| | **Counsel for U.S. on behalf of Federal Energy Regulatory Commission**<br>U.S. Department of Justice<br>1101 L Street, NW, Room 7106<br>Washington, DC 20005<br>Danielle Pham<br>danielle.pham@usdoj.gov | **Counsel for Unsecured Creditors Committee**<br>MILBANK LLP<br>Dennis F. Dunne<br>Sam Khalil<br>ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com<br>svora@milbank.com |
| | **Counsel for PG&E Shareholders**<br>JONES DAY<br>Bruce Bennett<br>Joshua Mester<br>James Johnson<br>bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com | **Counsel for Tort Claimants Committee**<br>BAKER & HOSTETLER LLP<br>Eric Sagerman<br>Cicily Dumas<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>esagerman@bakerlaw.com<br>cdumas@bakerlaw.com |
| | **Co-Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company**<br>BRAUNHAGEY & BORDEN LLP<br>J. Noah Hagey<br>Jeffrey Theodore<br>David Kwasniewski<br>Andrew Levine<br>hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com | **Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company**<br>Ashley Vinson Crawford<br>AKIN GUMP STRAUSS HAUER & FELD<br>avcrawford@akingump.com |

| | |
|---|---|
| **Counsel for Ad Hoc Group of Subrogation Claim Holders**<br>Kathryn Diemer<br>Alexander Lewicki<br>DIEMER & WEIL LLP<br>kdiemer@diemerwei.com<br>alewicki@diemerwei.com | **Counsel for Ad Hoc Group of Subrogation Claim Holders**<br>WILLKIE FARR & GALLAGHER LLP<br>Matthew Feldman<br>Joseph Minias<br>Daniel Forman<br>Benjamin McCallen<br>Antonio Yanez<br>Erica Kerman<br>Jonathan Waisnor<br>Matthew Freimuth<br>mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com<br>ayanez@willkie.com<br>ekerman@willkie.com<br>jwaisnor@willkie.com<br>mfreimuth@willkie.com |