Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:    415.659.2601
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

Signed and Filed: February 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                           Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR FINAL APPROVAL OF EXPENSE REIMBURSEMENT FOR ALL EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 15, 2019 THROUGH JULY 1, 2020 PURSUANT TO 11 U.S.C. § 503(b)(3)(F)**<br><br>**[Re: Dkt. No. 8944]** |

**THIS MATTER** came before the Court upon consideration of the *Application of the Official Committee of Tort Claimants for Final Approval of Expense Reimbursement for All Expenses Incurred for the Period from February 15, 2019 Through July 1, 2020 Pursuant to 11 U.S.C. § 503(b)(3)(F)* [Docket No. 8944] (the "**Application**"), filed by the Official Committee of Tort Claimants ("**TCC**"). Based upon the Court's review and consideration of the Application, and the other records and pleadings filed in the above-captioned chapter 11 cases,

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given, and that such notice was appropriate and sufficient under the particular circumstances. It appears to the Court that good cause exists for final approval of the expenses that the TCC requested in the Application, pursuant to Section 503(b)(3)(F) of the Bankruptcy Code.[1] The Court further finds that the expenses requested in the Application are reasonable and have been expended by the Members.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The TCC is awarded final allowance of expenses for services rendered to the TCC through the effective date of the Plan in the aggregate amount **$35,776.52.**

2. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**\*\*\* END OF ORDER \*\*\***

---

[1] Capitalized terms that are not defined herein have the meanings ascribed to them in the Application.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO