

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: February 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING OR ALLOWING IN REDUCED AMOUNTS PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**<br><br>[Re: Dkt. Nos. 9888, 10082] |

Upon the *Reorganized Debtors' Report on Responses to Fifty-First Through Fifty-Sixth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10082] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Fifty-First Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9888] (the "**Fifty-First Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Cosco Fire Protection | 69358 78400 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to February 23, |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | 2021. If the objection cannot be resolved, it will be continued to March 9, 2021. |
| Informal | JDB & Sons Construction Inc | 7711<br>7709<br>7708<br>7707<br>7706<br>7696<br>7655<br>7647 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to February 10, 2021. If the objection cannot be resolved, it will be continued to February 24, 2021. |
| Informal | OPeak LLC as Transferee of Olympus Peak Master Fund L.P. | 71503<br>78886<br>88604<br>88180 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fifty-First Omnibus Objection. |
| 10012 | Eagle Ridge Preserve LLC | 8501 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to continue the hearing to March 9, 2021. |
| 10022 | Paso Robles Multifamily LLC | 97691 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to continue the hearing to March 9, 2021. |
| Informal | Sencha Funding LLC | 70769 | The Fifty-First Omnibus Objection was WITHDRAWN with respect to this Claim by Docket No. 9963. |
| Informal | Bradford Capital Holdings, LP, as Transferee of Railpros Field Services, Inc. | 5877 | The Fifty-First Omnibus Objection is WITHDRAWN with respect to this Claim.[1] |

2. The Claims listed in the column headed "Claims To Be Reduced or Disallowed" in **Exhibit 1** hereto are either disallowed or allowed in the Reduced Claim Amount as set forth therein.

---

[1] The Request erroneously omitted reference to the withdrawal of the Fifty-First Omnibus Objection with respect to Claim No. 5877.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/ Scheduled | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **64093** | AP Systems, Inc. 930 Remillard Ct. San Jose, CA 95122 | Pacific Gas and Electric Company | 10/18/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $292,013.92 $0.00 | $292,013.92 $0.00 | Books and Records |
| **2829** | Bonbora LLC Daniel Gomez 411 Capitola Ave Capitola, CA 95010 | Pacific Gas and Electric Company | 4/26/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $30,645.83 $0.00 | $59,150.13 $0.00 | $89,795.96 $0.00 | Books and Records |
| **96602** | California Towing & Transport 9700 Holton Way Redding, CA 96003 | PG&E Corporation | 1/21/2020 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $7,312.50 $0.00 | $7,312.50 $0.00 | Books and Records |
| **8770** | Canon Technologies Inc. c/o Eaton Corporation Global Trade Credit 1000 Eaton Blvd., N3 Cleveland, OH 44122 | Pacific Gas and Electric Company | 9/11/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $25,215.50 $9,000.00 | $25,215.50 $9,000.00 | Books and Records |
| **7675** | City of Fresno Fresno City Attorney's Office Attn: Gerard T. Snyder, Deputy City Attorney 2600 Fresno St. RM 2031 Fresno, CA 93721 | PG&E Corporation | 8/20/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $39,753.37 $295.00 | $39,753.37 $295.00 | Books and Records |
| **8775** | Cooper Power Systems LLC c/o Eaton Corporation Global Trade Credit 1000 Eaton Blvd., N3 Cleveland, OH 44122 | Pacific Gas and Electric Company | 9/11/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $219,901.45 $83,812.50 | $219,901.45 $83,812.50 | Books and Records |
| **87253** | Durham, Debra A 23438 Stone Ave Gerber, CA 96035-9713 | PG&E Corporation | 10/28/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $7,800.00 $0.00 | $7,800.00 $0.00 | Books and Records |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FRESH AIR ENERGY IV LLC PO BOX 4222 NEW YORK, NY 10163-4222 | 8128 | Pacific Gas and Electric Company | 8/30/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $87,186.89 $0.00 | $87,186.89 $0.00 | Books and Records |
| CE Oil & Gas Compression Systems, LLC c/o Spence Green LP Phil F. Snow 2929 Allen Parkway Suite 2800 Houston, TX 77019 | 58609 | Pacific Gas and Electric Company | 10/17/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $7,112.24 $400.18 | $7,112.24 $400.18 | Books and Records |
| Marin Municipal Water District Attn: Legal Division 220 Nellen Avenue Corte Madera, CA 94925 | 72029 | Pacific Gas and Electric Company | 10/24/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $21,433.83 $0.00 | $21,433.83 $0.00 | Books and Records |
| MILLER PIPELINE LLC 8850 CRAWFORDSVILLE RD INDIANAPOLIS, IN 46234 | 1032677 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $1,992,920.61 $112,387.17 | $1,992,920.61 $112,387.17 | Books and Records |
| Myers Power Products, Inc. Greensburg Calandriello & Kanter, P.C. c/o Matthew T. Gensburg 200 W. Adams St., Ste. 2425 Chicago, IL 60606 | 78849 | Pacific Gas and Electric Company | 10/21/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☑ **Reduced Claim Amount:** | | $4,479,811.63 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $54,776.80 $0.00 | $4,534,588.43 $0.00 | Books and Records |
| Onion c/o CCR 20 Broad Hollow Rd. Suite 1302 Melville, NY 11797 | 1398 | Pacific Gas and Electric Company | 3/11/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $9,316.81 $0.00 | $9,316.81 $0.00 | Books and Records |

| Claims To Be Reduced or Disallowed | | Debtor | Date Filed/ Scheduled | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Original Creditor | | | | | | | | | | |
| VONWIN CAPITAL MANAGEMENT, LP<br>261 Fifth Avenue, 22nd Floor<br>NEW YORK, NY 10016 | 57976 | Pacific Gas and Electric Company | 10/17/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $565,896.96 | $565,896.96 | Books and Records |
| Claim Transferred To:<br>VonWin Capital Management, LP<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016<br>1% | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Count:14 | | | Asserted Total | $4,479,811.63 | $0.00 | $30,645.83 | $3,389,791.01 | $7,900,248.47 | |
| | | | | Remaining Total | $0.00 | $0.00 | $0.00 | $205,894.85 | $205,894.85 | |