

**Entered on Docket**
**February 05, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: February 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

    - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

    **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH EGI CLAIMS)**

[Re: Dkt. Nos. 9891, 10082]

Upon the *Reorganized Debtors' Report on Responses to Fifty-First Through Fifty-Sixth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10082] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Fifty-Second Omnibus Objection to Claims (No Liability/Passthrough EGI Claims)* [Docket No. 9891] (the "**Fifty-Second Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proof of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Cuyama Solar | 64176 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to February 11, |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
|  |  |  | 2021. If the objection cannot be resolved, it will be continued to February 24, 2021. |

2. The Claims listed in the column headed "Claim/Schedule To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| G4 Foote (Q0742-WD) Confidential - Available Upon Request | | 883635 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $363,159.21 | $363,159.21 | No Liability / Passthrough EGI Claims |
| 6thK 8me, LLC c/o Stoel Rives LLP Andrew Morton 600 University Street, Suite 3600 Seattle, WA 98101 | | 59215 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability / Passthrough EGI Claims |
| 6thK 8me, LLC c/o Stoel Rives LLP Attn: Andrew Morton 600 University Street, Suite 3600 Seattle , WA 98101 | | 65693 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $745,264.34 | $745,264.34 | No Liability / Passthrough EGI Claims |
| 6thK 8me, LLC c/o Stoel Rives LLP Attn: Andrew H. Morton 600 University Street, Suite 3600 Seattle, WA 98101 | | 66073 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,752,841.05 | $2,752,841.05 | No Liability / Passthrough EGI Claims |
| Altera Solar, LLC Andrew H. Morton Stoel Rives LLP 600 University Street, Suite 3600 Seattle, WA 98101 | | 65672 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $584,400.00 | $584,400.00 | No Liability / Passthrough EGI Claims |
| Biford Giffen (Q679) Confidential - Available Upon Request | | 883642 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,953,708.57 | $9,953,708.57 | No Liability / Passthrough EGI Claims |
| CFlats 130, LLC c/o Arevon USA, Inc. Anand Narayanan 8800 N. Gainey Center Dr. Suite 250 Scottsdale, AZ 85258 | | 70522 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $9,247,311.88 | $9,247,311.88 | No Liability / Passthrough EGI Claims |

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Flats 150, LLC c/o Arevon USA, Inc. Anand Narayanan 8800 N. Gainey Center Dr Suite 250 Scottsdale, AZ 85258 | | 67837 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,944,134.90 | $10,944,134.90 | No Liability / Passthrough EGI Claims |
| Guma Solar Project (NU) (Q356) Confidential - Available Upon Request | | 883646 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,667,695.19 | $4,667,695.19 | No Liability / Passthrough EGI Claims |
| Centaurus Capital LP Attn: Stephen H. Douglas, General Counsel 1717 West Loop South, Suite 1800 Houston, TX 77027 | | 77005 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $39,726,544.45 | $39,726,544.45 | No Liability / Passthrough EGI Claims |
| Chowchilla Solar (Q644) Confidential - Available Upon Request | | 883648 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $586,922.66 | $586,922.66 | No Liability / Passthrough EGI Claims |
| County of Fresno Internal Services Department 333 W Pontiac Way Clovis, CA 93612 | | 61448 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability / Passthrough EGI Claims |
| Cow Creek (Frontier Solar) (Q639) Confidential - Available Upon Request | | 883569 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,805,022.71 | $1,805,022.71 | No Liability / Passthrough EGI Claims |
| Cow Creek SS (Q678) Confidential - Available Upon Request | | 883570 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $7,880,670.82 | $7,880,670.82 | No Liability / Passthrough EGI Claims |
| CSOLAR F Goose Lake (Q0032WD) Confidential - Available Upon Request | | 883573 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $209,306.57 | $209,306.57 | No Liability / Passthrough EGI Claims |

Case: 19-30088    Doc# 10103    Filed: 02/05/21    Entered: 02/05/21 15:28:32    Page 5 of 10

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Excelsior Solar (Burford Five Points) (Q678) Confidential - Available Upon Request | | 883575 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $4,380,648.32 | $4,380,648.32 | No Liability / Passthrough EGI Claims |
| Excelsior Solar SS (Q678) Confidential - Available Upon Request | | 883576 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $11,844,537.96 | $11,844,537.96 | No Liability / Passthrough EGI Claims |
| Flashwater Solar (Corcoran 3) (Q529) Confidential - Available Upon Request | | 883578 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $608,640.52 | $608,640.52 | No Liability / Passthrough EGI Claims |
| Flint Power Authority Anthony Soares Minasian Law San 1681 Bird St Oroville, CA 95965 | | 65943 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $1,456,977.00 | $1,456,977.00 | No Liability / Passthrough EGI Claims |
| Golden Hills 2 Wind (Q709) Confidential - Available Upon Request | | 883584 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $249,512.69 | $249,512.69 | No Liability / Passthrough EGI Claims |
| GWF Henrietta (Cycle PP) (Q272) Confidential - Available Upon Request | | 883585 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,231,531.74 | $1,231,531.74 | No Liability / Passthrough EGI Claims |
| Henrietta/King Solar 1 (Q581) Confidential - Available Upon Request | | 883586 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $8,226,073.26 | $8,226,073.26 | No Liability / Passthrough EGI Claims |
| Lassen Lodge Hydro (Q720) Confidential - Available Upon Request | | 883592 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $118,263.69 | $118,263.69 | No Liability / Passthrough EGI Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lathrop Irrigation District c/o Curtis A. Bryant P.O. Box 773 W Stewart Rd. Lathrop, CA 95330 | | 61286 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $469,865.68 | $469,865.68 | No Liability / Passthrough EGI Claims |
| Lotus Solar Farm (Q723) Confidential - Available Upon Request | | 883597 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $953,591.49 | $953,591.49 | No Liability / Passthrough EGI Claims |
| Maricopa West Solar PV, LLC McGuireWoods LLP Aaron G.McCollough 77 W. Wacker Dr. Suite 4100 Chicago, IL 60601 | | 10243 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $1,211,579.62 | $1,211,579.62 | No Liability / Passthrough EGI Claims |
| Monterey County Water Resources Agency Brian P. Briggs Deputy County Counsel 168 W. Alisal St. 3rd Floor Salinas, CA 93901 | | 78869 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $25,245.69 | $25,245.69 | No Liability / Passthrough EGI Claims |
| Morelos Del Sol (Q775) Confidential - Available Upon Request | | 883599 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $452,072.29 | $452,072.29 | No Liability / Passthrough EGI Claims |
| Morelos Solar, LLC c/o Southern Power Company Troutman Sanders LLP Attn: Harris B. Winsberg & Matt G. Roberts 600 Peachtree St NE, Ste 3000 600 Peachtree St. NE, Suite 3000 Atlanta, GA 30308 | | 78928 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $31,077.81 | $31,077.81 | No Liability / Passthrough EGI Claims |
| Mt. Poso Cogeneration Company, LLC DTE Energy Resources, LLC Attn: Stephanie R. Reeves, Esq. 414 S. Main Street, Ste. 600 Ann Arbor, MI 48104 | | 57447 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $315,930.48 | $315,930.48 | No Liability / Passthrough EGI Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mustang Project (Q643W) Confidential - Available Upon Request | | 883600 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,556,021.29 | $1,556,021.29 | No Liability / Passthrough EGI Claims |
| Mustang SS (Q643W) Confidential - Available Upon Request | | 883601 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,424,195.82 | $9,424,195.82 | No Liability / Passthrough EGI Claims |
| Oroville Solar, LLC c/o David Agger One Market Plaza, Spear Tower, Suite 4025 San Francisco, CA 94105 | | 3368 | Pacific Gas and Electric Company | 6/14/2019 | $0.00 | $0.00 | $0.00 | $392,322.55 | $392,322.55 | No Liability / Passthrough EGI Claims |
| Panoche Switching Station (Q829) Confidential - Available Upon Request | | 883606 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $21,628,847.60 | $21,628,847.60 | No Liability / Passthrough EGI Claims |
| Parrey, LLC c/o Southern Power Company Hutman Sanders LLP Attn: Chris B. Winsberg, Esq. Attn: Matt G. Roberts, Esq. 600 Peachtree St NE Suite 3000 Atlanta, GA 30308 | | 72186 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $303,030.26 | $303,030.26 | No Liability / Passthrough EGI Claims |
| Phelps Solar (Q954) Confidential - Available Upon Request | | 883608 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $1,112,471.19 | $1,112,471.19 | No Liability / Passthrough EGI Claims |
| Pinnero Hills Energy Producers, LLC c/o DTE Energy Resources LLC Attn: Stephanie R. Reeves, Esq. 414 South Main Street, Suite 600 Ann Arbor, MI 48104 | | 57873 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $586,837.08 | $586,837.08 | No Liability / Passthrough EGI Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mustang 4 LLC c/o Stoel Rives LLP Attn: Andrew Morton 600 University Street, Suite 3600 Seattle, WA 98101 | | 75243 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $10,933,022.86 | $10,933,022.86 | No Liability / Passthrough EGI Claims |
| Scarlet LLC, a Delaware limited liability company Attn: Jeffrey Kalikow, Office of the General Counsel 3000 Oak Road, Suite 300 Walnut Creek, CA 94597 | | 79820 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability / Passthrough EGI Claims |
| Slate LLC, a Delaware limited liability company Attn: Jeffrey Kalikow 3000 Oak Road Suite 300 Walnut Creek, CA 94597 | | 70325 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability / Passthrough EGI Claims |
| Tranquillity LLC c/o Southern Power Company Troutman Sanders LLP Attn: Harris B. Winsberg, Esq. Attn: Matthew G. Roberts, Esq. 600 Peachtree St. NE Suite 3000 Atlanta, GA 30308 | | 79585 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $489,796.78 | $489,796.78 | No Liability / Passthrough EGI Claims |
| San Joaquin 1A (Q632B) Confidential - Available Upon Request | | 883614 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $2,153,554.08 | $2,153,554.08 | No Liability / Passthrough EGI Claims |
| Santa Clara Valley Transportation Authority c/o Law Office of Wayne A. Silver Wayne A. Silver 643 Bair Island Road, Suite 403 Redwood City, CA 94063 | | 79091 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability / Passthrough EGI Claims |
| Star Star California XIII, LLC Arevon USA, Inc. Anand Narayanan 8800 N. Gainey Center Dr. Suite 250 Scottsdale, AZ 85258 | | 69318 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $18,725,100.07 | $18,725,100.07 | No Liability / Passthrough EGI Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Tranquility (Q643X) Confidential - Available Upon Request | | 883626 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,317,257.95 | $3,317,257.95 | No Liability / Passthrough EGI Claims |
| Tranquility 8 (Q1032) Confidential - Available Upon Request | | 883627 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $98,485.13 | $98,485.13 | No Liability / Passthrough EGI Claims |
| Tranquility SS (Q643X) Confidential - Available Upon Request | | 883628 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $9,748,108.86 | $9,748,108.86 | No Liability / Passthrough EGI Claims |
| Tiare PV II, LLC | D.E. Shaw Renewable Investments, L.L.C. Attn: Chris Inman 1166 Avenue of the Americas, 9th Floor New York, NY 10036 | 59776 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $10,083.55 | $10,083.55 | No Liability / Passthrough EGI Claims |
| Wright Solar Park LLC | Wright Solar Park LLC c/o Centaurus Renewable Energy LLC Attn: Stephen H. Douglas, General Counsel 1717 West Loop South, Suite 1800 Houston, TX 77027 | 70510 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $14,218,002.18 | $14,218,002.18 | No Liability / Passthrough EGI Claims |
| **Claims To Be Expunged Totals** | Count:49 | | | | $0.00 | $0.00 | $0.00 | $215,739,667.83 | $215,739,667.83 | |