**Entered on Docket**
**February 05, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY SUBCONTRACTOR CLAIMS)**<br><br>[Re: Dkt. Nos. 9895, 10082] |

Upon the *Reorganized Debtors' Report on Responses to Fifty-First Through Fifty-Sixth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10082] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Fifty-Third Omnibus Objection to Claims (No Liability Subcontractor Claims)* [Docket No. 9895] (the "**Fifty-Third Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | ABC Landscaping & Excavating, Inc. | 79433 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to February 25, |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | 2021. If the objection cannot be resolved, it will be continued to March 9, 2021. |
| 10019 | Burnett & Sons Planing Mill and Lumber Co. | 3080 | Claimant withdrew this Claim as set forth in Docket No. 10019. |
| 9915 | Hangtown Electric, Inc. dba Mr. Electric of Rancho Cordova | 2846 | Claimant withdrew this Claim as set forth in Docket No. 9915. |

2. The Claims listed in the column headed "Claim/Schedule To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ADVANCE LIGHTING SERVICES, Inc 6681 SIERRA LANE, STE A DUBLIN, CA 945468 | | 86904 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $266,755.59 | $266,755.59 | No Liability Subcontractor Claims |
| Advanced Lighting Services, Inc. 6681 Sierra Lane Suite A Dublin, CA 94568 | | 86998 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $68,092.58 | $68,092.58 | No Liability Subcontractor Claims |
| Advanced Lighting Services, Inc. 6681 Sierra Lane Suite A Dublin, CA 94568 | | 86995 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $0.00 | $258,081.30 | $258,081.30 | No Liability Subcontractor Claims |
| Alborn Fence & Steel, Inc. Law Office of Michael C. Fallon 100 E Street, Suite 219 Santa Rosa, CA 95404 | | 3568 | PG&E Corporation | 7/10/2019 | $53,205.00 | $0.00 | $0.00 | $0.00 | $53,205.00 | No Liability Subcontractor Claims |
| ALL PHASE LAND CLEARING, INC. 17628 LIGHTFOOT WAY NEVADA CITY, CA 95959 | | 2705 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $445,093.95 | $445,093.95 | No Liability Subcontractor Claims |
| Arrow Acoustics, Inc. 26773 Foley Street Hayward, CA 94545 | | 17433 | Pacific Gas and Electric Company | 10/9/2019 | $0.00 | $0.00 | $0.00 | $230,232.18 | $230,232.18 | No Liability Subcontractor Claims |
| Beckmon & Woody Electric Co., Inc. Law Office of Charles L. Hastings 4568 Feather River Dr., Suite A Stockton, CA 95219 | | 17478 | Pacific Gas and Electric Company | 10/9/2019 | $755,599.45 | $0.00 | $0.00 | $0.00 | $755,599.45 | No Liability Subcontractor Claims |
| Beckmon & Woody Electric Co., Inc. Law Offices of Charles L. Hastings 4568 Feather River Dr., Suite A Stockton, CA 95219 | | 19884 | Pacific Gas and Electric Company | 10/9/2019 | $25,012.00 | $0.00 | $0.00 | $1,163.86 | $26,175.86 | No Liability Subcontractor Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gublin Steel Service Inc Gibbs Giden Locher Turner Senet & Wittbrodt LLP Attn: Michele Ellison, Esq. 1880 Century Park East, Floor 12 Los Angeles, CA 90067 | | 27308 | PG&E Corporation | 10/14/2019 | $198,527.00 | $0.00 | $0.00 | $0.00 | $198,527.00 | No Liability Subcontractor Claims |
| Coffey Building Group, Inc. Kellam Law Corporation Newton W Kellam 500 N State College Blvd Suite 1100 Orange, CA 92868 | | 2531 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $437,985.00 | $437,985.00 | No Liability Subcontractor Claims |
| Creative Ceilings, Inc. Ropers Majeski, Kohn & Bentley Attn: Steven G. Polard 445 South Figueroa Street Suite 3000 Los Angeles, CA 90071 | | 64113 | PG&E Corporation | 10/18/2019 | $95,739.30 | $0.00 | $0.00 | $2,009.20 | $97,748.50 | No Liability Subcontractor Claims |
| DW Nicholson Corp PO Box 4197 Hayward, CA 94540-4197 | | 7284 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $65,918.41 | $65,918.41 | No Liability Subcontractor Claims |
| DeAnza Tile Co., Inc. 42455 Northport Loop West Fremont, CA 94538 | | 1063 | PG&E Corporation | 2/25/2019 | $103,410.00 | $0.00 | $0.00 | $0.00 | $103,410.00 | No Liability Subcontractor Claims |
| Floring Solutions Inc 5 Wright Brothers Ave Livermore, CA 94551-9489 | | 4471 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $28,957.22 | $28,957.22 | No Liability Subcontractor Claims |
| Griffin Soil 233 Industrial Drive Stockton, CA 95206-3905 | | 76867 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $25,497.57 | $25,497.57 | No Liability Subcontractor Claims |
| Hat Creek Construction and Materials Inc 20339 Hwy 89 N Hat Creek, CA 96013 | | 10631 | PG&E Corporation | 9/30/2019 | $430,777.50 | $0.00 | $0.00 | $3,770.78 | $434,548.28 | No Liability Subcontractor Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Eem and Associates Inc. c/o Pollak Law LLP Attn: Corey Pollak, Steven L. Pollak 700 Camino Real, Suite 201 Millbrae, CA 94030 | | 4164 | PG&E Corporation | 7/26/2019 | $9,467.30 | $0.00 | $0.00 | $0.00 | $9,467.30 | No Liability Subcontractor Claims |
| INO Melissa Miles 15601 Dallas Parkway Suite 1050 Addison, TX 75001 | | 3022 | PG&E Corporation | 5/16/2019 | $0.00 | $0.00 | $0.00 | $13,653.75 | $13,653.75 | No Liability Subcontractor Claims |
| Ingram Fire Protection Inc. 23785 Cabot Blvd., Suite 301 Hayward, CA 94545 | | 10204 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $5,010.00 | $5,010.00 | No Liability Subcontractor Claims |
| JD2 INC. Attn: Todd Duke AUBURN, CA 95603 | | 61300 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $44,442.40 | $44,442.40 | No Liability Subcontractor Claims |
| JD2 INC. Attn: Todd Duke 450 Nevada St. Auburn, CA 95603 | | 61298 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,517.40 | $1,517.40 | No Liability Subcontractor Claims |
| Interiors, Inc. Wright Brothers Av. Livermore, CA 94551 | | 4190 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $23,622.80 | $23,622.80 | No Liability Subcontractor Claims |
| Monticelli Painting and Decorating, Inc. 721 Regatta Blvd. Richmond, CA 94804 | | 81293 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $26,205.90 | $26,205.90 | No Liability Subcontractor Claims |
| Monticelli Painting and Decorating, Inc. 721 Regatta Blvd. Richmond, CA 94804 | | 81267 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,604.93 | $10,604.93 | No Liability Subcontractor Claims |
| MURGA, STRANGE & CHALMERS, INC. C/O GREGORY PLASKETT 111 WEST C STREET, SUITE E BENICIA, CA 94510 | | 3856 | PG&E Corporation | 7/17/2019 | $12,868.09 | $0.00 | $0.00 | $12,868.09 | $25,736.18 | No Liability Subcontractor Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| New England Sheet Metal and Mechanical Co. PO Box 4438 Fresno, CA 93744 | | 3474 | Pacific Gas and Electric Company | 6/26/2019 | $19,112.77 | $0.00 | $0.00 | $0.00 | $19,112.77 | No Liability Subcontractor Claims |
| New England Sheet Metal and Mechanical Co. PO Box 4438 Fresno, CA 93744 | | 19874 | PG&E Corporation | 10/8/2019 | $103,017.24 | $0.00 | $0.00 | $0.00 | $103,017.24 | No Liability Subcontractor Claims |
| New England Sheet Metal and Mechanical Co. PO Box 4438 Fresno, CA 93744 | | 19868 | PG&E Corporation | 10/8/2019 | $11,928.96 | $0.00 | $0.00 | $0.00 | $11,928.96 | No Liability Subcontractor Claims |
| New England Sheet Metal and Mechanical Co. PO Box 4438 Fresno, CA 93744 | | 20031 | PG&E Corporation | 10/8/2019 | $29,796.18 | $0.00 | $0.00 | $0.00 | $29,796.18 | No Liability Subcontractor Claims |
| New England Sheet Metal and Mechanical Co. PO Box 4438 Fresno, CA 93744 | | 19866 | PG&E Corporation | 10/8/2019 | $47,680.50 | $0.00 | $0.00 | $0.00 | $47,680.50 | No Liability Subcontractor Claims |
| North American Fence & Railing, Inc. c/o Rogers Joseph O'Donnell Attn: Aaron P. Silberman, Lauren B. Kramer 311 California Street San Francisco, CA 94104 | | 61513 | Pacific Gas and Electric Company | 10/17/2019 | $54,916.00 | $0.00 | $0.00 | $0.00 | $54,916.00 | No Liability Subcontractor Claims |
| North American Fence & Railing, Inc. c/o Rogers Joseph O'Donnell Attn: Aaron P. Silberman, Lauren B. Kramer 311 California Street San Francisco, CA 94104 | | 61512 | Pacific Gas and Electric Company | 10/17/2019 | $13,981.20 | $0.00 | $0.00 | $0.00 | $13,981.20 | No Liability Subcontractor Claims |

Fifty-Third Omnibus Objection

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Installations, Inc., dba Spectra Contract Flooring c/o Offices of Robert G. Miner Attn: Kent W. Keating, Esq. 199 N Hillcrest Drive Thousand Oaks, CA 91360 | | 3549 | PG&E Corporation | 7/8/2019 | $0.00 | $0.00 | $0.00 | $31,946.57 | $31,946.57 | No Liability Subcontractor Claims |
| NEY, RICKEE L DBA RANEY UNLIMITED 1814 N VASSAR CT SONOMA, CA 95476 | | 77017 | PG&E Corporation | 10/21/2019 | $9,570.00 | $0.00 | $0.00 | $0.00 | $9,570.00 | No Liability Subcontractor Claims |
| Raney, Rickee L DBA Raney Unlimited 18114 N Vassar Ct Sonoma, CA 95476 | | 78820 | PG&E Corporation | 10/21/2019 | $12,372.50 | $0.00 | $0.00 | $0.00 | $12,372.50 | No Liability Subcontractor Claims |
| Top Electric Co., Emeryville, c/o Sceeney Masin Wilson & Bomworth William M. Kaufman, Esq. 983 University Ave., Ste. 104C Los Gatos, CA 95032-7637 | | 57492 | PG&E Corporation | 10/11/2019 | $208,452.40 | $0.00 | $0.00 | $0.00 | $208,452.40 | No Liability Subcontractor Claims |
| M Architects (California) Inc. c/o Sara Chenetz Perkins Coie LLP 1888 Century Park E, Suite 1700 Los Angeles, CA 90067 | | 9900 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $385,906.14 | $385,906.14 | No Liability Subcontractor Claims |
| Imano's Painting & Paperhanging Co., Inc. 1562 Bernhardt Street Hayward, CA 94545 | | 80325 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $45,525.70 | $45,525.70 | No Liability Subcontractor Claims |
| R Architects Inc 1629 Telegraph Avenue Oakland, CA 94612-2156 | | 87267 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $32,344.24 | $32,344.24 | No Liability Subcontractor Claims |
| Salah International Inc. 5925 Stoneridge Drive Pleasanton, CA 94588 | | 7202 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $18,317.17 | $18,317.17 | No Liability Subcontractor Claims |

Case: 19-30088    Doc# 10104    Filed: 02/05/21    Entered: 02/05/21 15:37:46    Page 8 of 10

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alco Pipelines, Inc. Bonidou & Rosin, PC Gregory Pierson, Esq. 777 Cuesta Drive, Ste 200 Mountain View, CA 94040 | | 17479 | Pacific Gas and Electric Company | 10/9/2019 | $6,174.86 | $0.00 | $0.00 | $0.00 | $6,174.86 | No Liability Subcontractor Claims |
| Casurity Contractor Services, Inc. Chad S. Tapp 350 University Ave. Ste # 200 Sacramento, CA 95825 | | 3544 | PG&E Corporation | 7/8/2019 | $40,633.92 | $0.00 | $0.00 | $0.00 | $40,633.92 | No Liability Subcontractor Claims |
| Casurity Contractor Services, Inc. Chad S. Tapp 350 University Ave. Ste #200 Sacramento, CA 95825 | | 3550 | PG&E Corporation | 7/8/2019 | $87,362.88 | $0.00 | $0.00 | $0.00 | $87,362.88 | No Liability Subcontractor Claims |
| Mathis Grinding A Partnership 6801 Jesus Maria Road Mokelumne Hill, CA 95245 | | 77881 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $42,272.00 | $42,272.00 | No Liability Subcontractor Claims |
| Starch Concrete, Inc. Eli Underwood Krogh & Decker Sacramento, CA 95814 | | 78979 | PG&E Corporation | 10/21/2019 | $377,308.00 | $0.00 | $0.00 | $0.40 | $377,308.40 | No Liability Subcontractor Claims |
| Starch Concrete, Inc. c/o Krogh & Decker Attn: Eli Underwood 555 Capitol Mall Ste 700 Sacramento, CA 95814 | | 70456 | Pacific Gas and Electric Company | 10/21/2019 | $377,308.00 | $0.00 | $0.00 | $0.40 | $377,308.40 | No Liability Subcontractor Claims |
| Starch Concrete, Inc. c/o Krogh & Decker Attn: Eli Underwood 555 Capitol Mall Ste 700 Sacramento, CA 95814 | | 7682 | PG&E Corporation | 8/20/2019 | $377,308.00 | $0.00 | $0.00 | $0.40 | $377,308.40 | No Liability Subcontractor Claims |
| SWCA, Incorporated 20 E. Thomas, Suite 1700 Phoenix, AZ 85012 | | 2581 | Pacific Gas and Electric Company | 4/19/2019 | $0.00 | $0.00 | $0.00 | $149,349.66 | $149,349.66 | No Liability Subcontractor Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| VASQUEZ, RANDOLPH R 20 PRYDE AVE BIGGS, CA 95917 | | 3924 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $1,350.00 | $1,350.00 | No Liability Subcontractor Claims |
| Yurok Tribe Attn: Don Barnes, TERO Director 190 Klamath Blvd. P.O. Box 1027 Klamath, CA 95548 | | 55953 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $88,365.26 | $88,365.26 | No Liability Subcontractor Claims |
| Claims To Be Expunged Totals | | Count:50 | | | $3,461,529.05 | $0.00 | $0.00 | $2,766,860.85 | $6,228,389.90 | |