

Signed and Filed: February 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FIFTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>[Re: Dkt. Nos. 9899, 10082] |

Upon the *Reorganized Debtors' Report on Responses to Fifty-First Through Fifty-Sixth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10082] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Fifty-Fourth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9899] (the "**Fifty-Fourth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claim/Schedule To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Advanced Integrated Pest Management 1300 Melody Ln Roseville, CA 95678-5193 | | 8193 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $5,781.50 | $5,781.50 | Other Satisfied |
| Advanced Integrated Pest Management C/O Francine Coker 1110 Melody Lane Roseville, CA 95678 | | 7943 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $11,165.00 | $11,165.00 | Other Satisfied |
| All Weather & Sea Conditions, Inc. P.O. Box 512 Pacific Palisades, CA 90272 | | 105760 | Pacific Gas and Electric Company | 6/3/2020 | $8,008.00 | $0.00 | $0.00 | $0.00 | $8,008.00 | Other Satisfied |
| ALERT DOOR SERVICE, INC. 92 NORTH AMPHLETT BLVD. SAN MATEO, CA 94401 | | 3235 | Pacific Gas and Electric Company | 6/5/2019 | $0.00 | $0.00 | $0.00 | $2,375.02 | $2,375.02 | Other Satisfied |
| Analysis and Measurement Services Corporation Darrell W. Mitchell 9119 Cross Park Drive Knoxville, TN 37923 | | 753 | Pacific Gas and Electric Company | 2/19/2019 | $0.00 | $0.00 | $0.00 | $475,000.00 | $475,000.00 | Other Satisfied |
| Bayshore Solar A, LLC Andrew Stoel Rives LLP 600 University Street, Suite 3600 Seattle, WA 98101 | | 66124 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $37,025.08 | $37,025.08 | Cure Payments |
| Bayshore Solar B, LLC Stoel Rives LLP Attn: Andrew H. Morton 600 University Street, Suite 3600 Seattle, WA 98101 | | 66084 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $37,722.15 | $37,722.15 | Cure Payments |
| Bear Creek Water Works Ltd McAllister Law Corporation 5150 Fair Oaks Blvd, #101-286 Carmichael, CA 95608 | | 2340 | PG&E Corporation | 4/16/2019 | $373,563.64 | $0.00 | $0.00 | $116,856.60 | $490,420.24 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bradford Capital Holdings, LP as transferee of DW Plumbing, Inc. c/o Bradford Capital Management, LLC Clifton, NJ 7012 | Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353 Clifton, NJ 7012 100% | 8818 | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $2,608.72 | $2,608.72 | Other Satisfied |
| BURLINGTON NORTHERN SANTA FE RAILWA P.O. BOX 847574 DALLAS, TX 75284-7574 | | 1034762 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $374.48 | $374.48 | Other Satisfied |
| Butte County Department of Public Work County Center Drive Oroville, CA 95965 | | 2363 | PG&E Corporation | 4/17/2019 | $0.00 | $0.00 | $0.00 | $97,437.81 | $97,437.81 | Other Satisfied |
| California Department of Parks and Recreation Legal Office Attn: Parveen Kasaree PO Box 94296 Sacramento, CA 94296 | | 77799 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $11,080.00 | $11,080.00 | Other Satisfied |
| California Department of Parks and Recreation Legal Office Attn: Parveen Kasaree PO Box 94296 Sacramento, CA 94296 | | 87617 | Pacific Gas and Electric Company | 11/15/2019 | $0.00 | $0.00 | $0.00 | $11,080.00 | $11,080.00 | Other Satisfied |
| CALIFORNIA STATE LANDS COMMISSION ATTN: JOSEPH FABEL 100 HOWE AVE #100-SOUTH SACRAMENTO, CA 95825-8202 | | 58055 | PG&E Corporation | 10/15/2019 | $0.00 | $0.00 | $0.00 | $18,634.64 | $18,634.64 | Other Satisfied |
| California Underground Facilities Safe Excavation Board Jerey Brooks, Board Attorney California Underground Facilities Safe Excavation Board 2251 Harvard Street, 4th Floor Sacramento, CA 95815 | | 79375 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,074.52 | $3,074.52 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Norcal Mechanical Heating & A/C Inc 1014 Lone Palm Avenue Modesto, CA 95351 | | 3442 | Pacific Gas and Electric Company | 6/24/2019 | $0.00 | $0.00 | $0.00 | $9,255.46 | $9,255.46 | Other Satisfied |
| City of Lincoln City Attorney 600 6th Street Lincoln, CA 95648 | | 8219 | Pacific Gas and Electric Company | 9/3/2019 | $0.00 | $0.00 | $0.00 | $37,822.50 | $37,822.50 | Other Satisfied |
| City of San Ramon Attn: Candace Daniels 7000 Bollinger Canyon Road San Ramon, CA 94583 | | 2741 | PG&E Corporation | 4/19/2019 | $0.00 | $0.00 | $0.00 | $34,800.00 | $34,800.00 | Other Satisfied |
| CITY OF SAN RAMON Attn: Candace Daniels SAN RAMON, CA 94583 | | 64052 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $19,380.00 | $19,380.00 | Other Satisfied |
| City Wide Property Services, Inc. 10494 Gold Canal Drive Rancho Cordova, CA 95670 | | 3260 | Pacific Gas and Electric Company | 6/5/2019 | $0.00 | $0.00 | $0.00 | $9,625.20 | $9,625.20 | Other Satisfied |
| Clean Power Alliance of Southern California Attn: Nancy Whang, General Counsel 555 West 5th Street, 35th Floor Los Angeles, CA 90013 | | 58458 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $22,765,000.00 | $22,765,000.00 | Other Satisfied |
| Contrarian Funds, LLC as Transferee of Klute, Inc. Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 9500 West Dodge Rd., Ste. 100 Greenwich, CT 06830 | Contrarian Funds, LLC Attn: Alisa Mumola 411 West Putnam Ave., Suite 425 Greenwich, CT 6830 100% | 65466 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $146,162.97 | $146,162.97 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Contrarian Funds, LLC As Transferee of Shaw Pipeline Services Inc<br>Attn: Alisa Mumola 411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830 | Contrarian Funds, LLC<br>ATTN: 392426 500 Ross St 154-0455<br>Pittsburgh, PA 15262<br>100% | 72742 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $53,947.92 | $53,947.92 | Cure Payments |
| CRG Financial LLC (As Assignee of C.R. Fence Company Inc., dba Humboldt Fence Co.)<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | CRG Financial LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 7626<br>100% | 78542 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $750.00 | $750.00 | Other Satisfied |
| First Bay Clarklift, Inc.<br>PO BOX 14338<br>Oakland, CA 94614-2338 | | 87384 | PG&E Corporation | 11/4/2019 | $0.00 | $0.00 | $0.00 | $1,026.55 | $1,026.55 | Other Satisfied |
| Fair Harbor Capital, LLC as Assignee of Nor Cal Garage Door Co<br>Ansonia Finance Station PO Box 237037<br>New York, NY 10023 | Fair Harbor Capital, LLC<br>Ansonia Finance Station PO Box 237037<br>New York, NY 10023<br>100% | 2288 | Pacific Gas and Electric Company | 4/16/2019 | $0.00 | $0.00 | $0.00 | $2,225.88 | $2,225.88 | Other Satisfied |
| Fair Harbor Capital, LLC as Transferee of Able Fence Company, Inc.<br>Ansonia Finance Station<br>New York, NY 10023 | Fair Harbor Capital, LLC<br>Ansonia Finance Station Attn: Fredric Glass PO Box 237037<br>New York, NY 10023<br>100% | 3020 | Pacific Gas and Electric Company | 5/16/2019 | $0.00 | $0.00 | $0.00 | $8,540.00 | $8,540.00 | Other Satisfied |
| Fair Harbor Capital, LLC as Transferee of Able Fence Company, Inc.<br>Ansonia Finance Station<br>New York, NY 10023 | Fair Harbor Capital, LLC<br>Ansonia Finance Station Attn: Fredric Glass PO Box 237037<br>New York, NY 10023<br>100% | 3019 | Pacific Gas and Electric Company | 5/16/2019 | $0.00 | $0.00 | $0.00 | $437.50 | $437.50 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hi-Tech Service Inc 2437 Courage Dr. Ste 8 Fairfield, CA 94533 | | 3387 | PG&E Corporation | 6/17/2019 | $0.00 | $0.00 | $0.00 | $590.00 | $590.00 | Other Satisfied |
| Fit-Tech Service Inc 2437 Courage Dr. Ste 8 Fairfield, CA 94533 | | 4300 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $205.00 | $205.00 | Other Satisfied |
| Golden West Betterway Uniforms 490 High Street Oakland, CA 94601-3903 | | 55161 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $266.00 | $266.00 | Other Satisfied |
| Hernandez, Joseph F 1225 Tehama Ct Modesto, CA 95355-7845 | | 8582 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $1,636.55 | $1,636.55 | Other Satisfied |
| Industrial Plumbing Supply, LLC P.O. Box 2216 Redwood City, CA 94064 | | 3061 | Pacific Gas and Electric Company | 5/20/2019 | $0.00 | $0.00 | $0.00 | $2,662.14 | $2,662.14 | Other Satisfied |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601 New York, NY 10001 | Marble Ridge TC LP Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601 New York, NY 10001 52.49% | 89371 | Pacific Gas and Electric Company | 12/17/2019 | $0.00 | $0.00 | $0.00 | $11,126,379.78 | $11,126,379.78 | Cure Payments |
| Marble Ridge TC LP as Transferee of Marble Ridge Master Fund LP Kamand Daniels c/o Marble Ridge Capital LP 1250 Broadway, Suite 2601 New York, NY 10001 | MRC Opportunities Fund I LP – Series C c/o Marble Ridge Capital LP Attn: Kamand Daniels 1250 Broadway, Suite 2601 New York, NY 10001 47.51% | 89371 | Pacific Gas and Electric Company | 12/17/2019 | $0.00 | $0.00 | $0.00 | $11,126,379.78 | $11,126,379.78 | Cure Payments |
| Merchant Building Maintenance Co Sharon Godinez 606 Monterey Pass Road Monterey Park, CA 91754 | | 3389 | Pacific Gas and Electric Company | 6/18/2019 | $0.00 | $0.00 | $0.00 | $799,682.92 | $799,682.92 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mano Pena Macias Landscape Inc 500 Colusa Avenue Richmond, CA 94804 | | 3514 | Pacific Gas and Electric Company | 7/2/2019 | $0.00 | $0.00 | $0.00 | $12,029.84 | $12,029.84 | Other Satisfied |
| Neycom Tree Experts Inc 2042 Everglades Park Dr Fremont, CA 94538 | | 7974 | PG&E Corporation | 8/26/2019 | $0.00 | $0.00 | $0.00 | $225,696.69 | $225,696.69 | Other Satisfied |
| Paragon Enterprises PO Box 1008 Arroyo Grande, CA 93421 | | 3268 | Pacific Gas and Electric Company | 6/7/2019 | $0.00 | $0.00 | $0.00 | $4,167.00 | $4,167.00 | Other Satisfied |
| Pietori, Rick A 190 Myrtle Ave Eureka, CA 95503-9438 | | 6847 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $3,140.00 | $3,140.00 | Other Satisfied |
| PITRUSHA ENTERPRISES, INC; dba ADVANCED SECURITY SYSTEMS 1336 FOURTH ST EUREKA, CA 95501 | | 80259 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $248.55 | $248.55 | Other Satisfied |
| Quench USA, Inc. Attn: Frank Grillo 630 Allendale Road King of Prussia, PA 19406 | | 1251 | Pacific Gas and Electric Company | 3/4/2019 | $0.00 | $0.00 | $0.00 | $62,355.73 | $62,355.73 | Other Satisfied |
| R S Erection, Inc P.I. Box 601 Valley Springs, CA 95252 | | 3267 | Pacific Gas and Electric Company | 6/6/2019 | $0.00 | $0.00 | $0.00 | $44,313.94 | $44,313.94 | Other Satisfied |
| Raymond Carrier / Take Care Termite 62 W Larch Rd Ste De Tracy, CA 95304-1632 | | 6873 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $4,405.00 | $4,405.00 | Other Satisfied |
| Recology Humboldt County PO Box 188 Samoa, CA 95564 | | 3010 | Pacific Gas and Electric Company | 5/15/2019 | $0.00 | $0.00 | $0.00 | $14,152.26 | $14,152.26 | Cure Payments |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Recology Humboldt County PO Box 188 Samoa, CA 95564 | | 2946 | Pacific Gas and Electric Company | 5/8/2019 | $0.00 | $0.00 | $0.00 | $679.16 | $679.16 | Cure Payments |
| Recology Humboldt County PO Box 188 Samoa, CA 95564 | | 3014 | PG&E Corporation | 5/15/2019 | $0.00 | $0.00 | $0.00 | $18.97 | $18.97 | Cure Payments |
| Recology Humboldt County PO Box 188 Samoa, CA 95564 | | 3017 | PG&E Corporation | 5/15/2019 | $0.00 | $0.00 | $0.00 | $781.02 | $781.02 | Cure Payments |
| Recology Humboldt County PO Box 188 Samoa, CA 95564 | | 3016 | PG&E Corporation | 5/15/2019 | $0.00 | $0.00 | $0.00 | $586.99 | $586.99 | Cure Payments |
| Recology Humboldt County PO Box 188 Samoa, CA 95564 | | 3015 | PG&E Corporation | 5/15/2019 | $0.00 | $0.00 | $0.00 | $252.45 | $252.45 | Cure Payments |
| Recology, Inc. Lawrence Schwab / Kenneth Law Bilson, Bergen & Schwab 633 Menlo Avenue, Suite 100 Menlo Park, CA 94025 | | 79212 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $197,356.00 | $197,356.00 | Cure Payments |
| Renison, Silvia A. 853 N Main St Elmira, NY 14057-1214 | | 106699 | Pacific Gas and Electric Company | 11/5/2020 | $0.00 | $0.00 | $0.00 | $12,112.44 | $12,112.44 | Beneficial Bondholder Claims |
| Rock Creek Limited Partnership Andrew H. Morton Stoel Rives LLP 600 University Street Suite 3600 Seattle, WA 98101 | | 66491 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $995.07 | $995.07 | Cure Payments |
| Santa Clara Valley Corp DBA Stevenson Development & Construction 715 N. First Street, Suite 27 San Jose, CA 95121 | | 58281 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $19,921.56 | $19,921.56 | Other Satisfied |

Case: 19-30088    Doc# 10105    Filed: 02/05/21    Entered: 02/05/21 15:45:46    Page 9 of 11

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Schneider, Lloyd PO Box 892 Tuolumne, CA 95379 | | 78520 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $2,850.00 | $150.00 | $3,000.00 | Engineering Advances and Other Refunds |
| Schneider, Lloyd A PO Box 892 Tuolumne, CA 95379 | | 106511 | PG&E Corporation | 9/26/2020 | $0.00 | $0.00 | $2,850.00 | $150.00 | $3,000.00 | Engineering Advances and Other Refunds |
| Schneider, Lloyd A PO Box 892 Tuolumne, CA 95379 | | 106510 | PG&E Corporation | 9/26/2020 | $0.00 | $0.00 | $2,850.00 | $150.00 | $3,000.00 | Engineering Advances and Other Refunds |
| Schneider, Lloyd A. PO Box 892 Tuolumne, CA 95379 | | 106539 | PG&E Corporation | 9/26/2020 | $0.00 | $0.00 | $2,850.00 | $150.00 | $3,000.00 | Engineering Advances and Other Refunds |
| Boh 1 Wind Power LLC Stoel Rives LLP Attn: Jennifer McGeum 600 University Street Suite 3600 Seattle, WA 98101 | | 104748 | Pacific Gas and Electric Company | 5/15/2020 | $0.00 | $0.00 | $0.00 | $86,139.45 | $86,139.45 | Cure Payments |
| Signature Coast Holdings LLC SCH DBA Coast Landscape Mgmt Attn: Anela Jonas 103 Camino Oruga Napa, CA 94558 | | 9833 | Pacific Gas and Electric Company | 9/26/2019 | $0.00 | $0.00 | $0.00 | $52,124.50 | $52,124.50 | Other Satisfied |
| Silicon Valley Lockmasters, Inc. 1744 S Main St Milpitas, CA 95035-6204 | | 4673 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $424.85 | $424.85 | Other Satisfied |
| Star Kansas South LLC Irwin Malcarney 300 Cernegie Center, Suite 300 Princeton, NJ 08540 | | 78194 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $159,762.11 | $0.00 | $0.00 | $159,762.11 | Cure Payments |
| Sonoma Sweepers, Inc. Jeffrey L Spharler 144 Ford Street, Suite B Ukiah, CA 95482 | | 6174 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $6,515.00 | $6,515.00 | Other Satisfied |

Fifty-Fourth Omnibus Objection

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Universal Site Services 720 E. Capitol Ave Milpitas, CA 95035 | | 8928 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $28,495.71 | $28,495.71 | Other Satisfied |
| Wil-Cal Lighting Management Co Inc PO Box 5879 San Jose, CA 95150 | | 3295 | Pacific Gas and Electric Company | 6/7/2019 | $0.00 | $0.00 | $0.00 | $557.15 | $557.15 | Other Satisfied |
| Wil-Cal Lighting Management Co Inc PO Box 5879 San Jose, CA 95150 | | 3280 | Pacific Gas and Electric Company | 6/7/2019 | $0.00 | $0.00 | $0.00 | $597.72 | $597.72 | Other Satisfied |
| Wil-Cal Lighting Management Co Inc PO Box 5879 San Jose, CA 95150 | | 3276 | Pacific Gas and Electric Company | 6/6/2019 | $0.00 | $0.00 | $0.00 | $488.62 | $488.62 | Other Satisfied |
| Yardi Marketplace, Inc. 12301 Research Blvd Ste 100 Bldg 4 Austin, TX 78759 | | 2950 | PG&E Corporation | 5/10/2019 | $0.00 | $0.00 | $0.00 | $19,085.47 | $19,085.47 | Other Satisfied |
| Claims To Be Expunged Totals | | Count:68 | | | $381,571.64 | $159,762.11 | $11,400.00 | $47,775,232.81 | $48,327,966.56 | |

Page 9