

Signed and Filed: February 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br>   - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)** <br><br> [Re: Dkt. Nos. 9903, 10082] |

Upon the *Reorganized Debtors' Report on Responses to Fifty-First Through Fifty-Sixth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10082] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative Claims)* [Docket No. 9903] (the "**Fifty-Fifth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claims To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| Contrarian Funds, LLC as Transferee of Jensen Hughes Inc<br>Attn: Alisa Mumola 411 West Putnam Ave.,<br>Suite 425<br>Greenwich, CT 06830<br>Claim Transferred To:<br>Contrarian Funds, LLC<br>Attn: 392426 500 Ross St 154-0455<br>Pittsburgh, PA 15262<br>100% | 3551 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,883.62 (U)<br>$32,883.62 (T) | Duplicative Claims (Partially Identical) | Contrarian Funds, LLC as Transferee of Jensen Hughes Inc<br>Attn: Alisa Mumola<br>Greenwich, CT 06830 | 4052 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$131,178.50 (U)<br>$131,178.50 (T) |
| Cutts, Kathy<br>19405 Bainter Ave<br>Los Gatos, CA 95030-2917 | 106166 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | Duplicative Claims (Identical) | Cutts, Kathy<br>19405 Bainter Ave<br>Los Gatos, CA 95030-2917 | 106212 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) |
| Del Carlo, Leo<br>6510 Clarksburg Pl<br>Stockton, CA 95207-3223 | 106810 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | Duplicative Claims (Identical) | Del Carlo, Leo<br>6510 Clarksburg Pl<br>Stockton, CA 95207-3223 | 106815 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500.00 (U)<br>$1,500.00 (T) |
| Turner, Jonte<br>600 Coolidge Drive STE #190<br>Folsom, CA 95630 | 106172 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Duplicative Claims (Identical) | Turner, Jonte<br>600 Coolidge Drive STE #190<br>Folsom, CA 95630 | 106164 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) |
| Wartsila North America, Inc.<br>Attn: Gabriela Rivero 11710 N. Gessner Rd.,<br>Ste A<br>Houston, TX 77064 | 106703 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$162,329.26 (U)<br>$162,329.26 (T) | Duplicative Claims (Identical) | Wartsila North America, Inc.<br>Attn: Gabriela Rivero, Area Legal Counsel<br>11710 N. Gessner Rd., Suite A<br>Houston, TX 77064 | 106704 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$162,329.26 (U)<br>$162,329.26 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".