

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: February 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (ADR NO LIABILITY CLAIMS)**<br><br>[Re: Dkt. Nos. 9906, 10082] |

Upon the *Reorganized Debtors' Report on Responses to Fifty-First Through Fifty-Sixth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10082] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Fifty-Sixth Omnibus Objection to Claims (ADR No Liability Claims)* [Docket No. 9906] (the "**Fifty-Sixth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | David Mitchell | 2306 | The Fifty-Sixth Omnibus Objection was withdrawn with respect to this Claim by Docket No. 10011. |
| Informal | Antoinette Brewer | 79797 | The Fifty-Sixth Omnibus Objection was withdrawn |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | with respect to this Claim by Docket No. 10011. |
| Informal | Ken W. Bray | 80833 81365 | These Claims have been re-classified as Fire Victim Claims and channeled to the Fire Victim Trust. |

2. The Claims listed in the column headed "Claim/Schedule To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ainsworth, Kevin 143 Valdapena Court ESCALON, CA 95320 | | 3960 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Bailey, Vicki Lynn 1088 NW 10th Street Huntstown, FL 32424 | | 3953 | Pacific Gas and Electric Company | 7/28/2019 | $0.00 | $0.00 | $4,500.00 | $0.00 | $4,500.00 | ADR No Liability |
| Bice, Kristina 1105 Blue Lakes Rd #25 Upper Lake, CA 95485 | | 71865 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $12,700.00 | $0.00 | $12,700.00 | ADR No Liability |
| Carter, Harold 2100 Bridgeford Drive Sacramento, CA 95833 | | 3819 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $1,211.00 | $1,211.00 | ADR No Liability |
| Clements, Mike 400 So Main St 16-B Lakeport, CA 95453 | | 96411 | PG&E Corporation | 1/6/2020 | $250,000.00 | $0.00 | $0.00 | $0.00 | $250,000.00 | ADR No Liability |
| Colin, Amber 221 Gil Blas Road Danville, CA 94526 | | 92836 | PG&E Corporation | 12/31/2019 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | ADR No Liability |
| Conner, Candies 22 Kapalua Bay Circle Pittsburg, CA 94565 | | 66277 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | ADR No Liability |
| Cum, Debbie 130 Noyack Way Sacramento, CA 95835 | | 3967 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | ADR No Liability |
| Edelson, Vikki Box 227 Kelseyville, CA 95451 | | 96405 | PG&E Corporation | 1/6/2020 | $230,000.00 | $0.00 | $0.00 | $20.00 | $230,020.00 | ADR No Liability |
| EDHE 44 Fairgrounds Drive Petaluma, CA 94952 | | 81057 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| HE 1 Fairgrounds Drive Petaluma, CA 94952 | | 61289 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Eng, Joanne 93 Lombard Street San Francisco, CA 94133-2217 | | 92258 | PG&E Corporation | 12/30/2019 | $0.00 | $0.00 | $0.00 | $377.00 | $377.00 | ADR No Liability |
| Eng, Martin 93 Lombard Street San Francisco, CA 94133-2217 | | 92240 | Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $388.00 | $388.00 | ADR No Liability |
| Eng, Martin 93 Lombard Street San Francisco, CA 94133 | | 92249 | PG&E Corporation | 12/29/2019 | $0.00 | $0.00 | $0.00 | $497.00 | $497.00 | ADR No Liability |
| Eng, Martin Lee 93 Lombard Street San Francisco, CA 94133-2217 | | 92332 | Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $389.00 | $389.00 | ADR No Liability |
| Epler, Greg 923 W East Ave Apt 7 Chico, CA 95926-2049 | | 81363 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Hall, Jessica N 2207 E Cornell Ave Fresno, CA 93703-1021 | | 5090 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $150.00 | $850.00 | $1,000.00 | ADR No Liability |
| Haskins, Tiffany 147 62nd Street Sacramento, CA 95824 | | 61269 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,450.00 | $2,450.00 | ADR No Liability |
| Haywood, Rufus Maximillion Pro Se P.O. Box 5872 Oxnard, CA 93031 | | 105771 | PG&E Corporation | 6/5/2020 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | ADR No Liability |
| Haywood, Rufus Maximillion P.O. Box 5872 Oxnard, CA 93031 | | 87632 | PG&E Corporation | 11/20/2019 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | ADR No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aubec, Patricia 1430 Wisteria Circle Petaluma, CA 94954 | | 67898 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | ADR No Liability |
| Hong, Hildegard Callaway and Wolf 150 Post Street, Suite 600 San Francisco, CA 94108 | | 621 | Pacific Gas and Electric Company | 2/13/2019 | $0.00 | $0.00 | $0.00 | $47,719.00 | $47,719.00 | ADR No Liability |
| Hunter, Tanya 1283 Maubert Ave San Leandro, CA 94578 | | 65919 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $3,640.00 | $3,640.00 | ADR No Liability |
| Jimenez, Alfredo M 42 Smalley Ave Hayward, CA 94541-4919 | | 7853 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | ADR No Liability |
| Kemper, Josh 822 52nd Ave Uppr Oakland, CA 94601-5631 | | 6633 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | ADR No Liability |
| Khoshsirat, Majid 1428 W San Carlos ST San Jose, CA 95128-1929 | | 61219 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $9,679.84 | $0.00 | $9,679.84 | ADR No Liability |
| Li, Susan C 2465 Forest Avenue Suite 120 Chico, CA 95928 | | 76584 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | ADR No Liability |
| Li, Susan C 2465 Forest Avenue Suite 120 Chico, CA 95928 | | 67853 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | ADR No Liability |
| Madrid, Melaine J 6497 Perry Rd Magalia, CA 95954 | | 92229 | PG&E Corporation | 12/27/2019 | $0.00 | $0.00 | $2,850.00 | $9,950.00 | $12,800.00 | ADR No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| NELSON, TOYRIAN 130 THRUSH AVE APT 2 SAN LEANDRO, CA 94578-2084 | | 6895 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | ADR, No Liability |
| Perez, Yolanda 2071 Road 128 Cutler, CA 93615-9779 | | 87690 | PG&E Corporation | 11/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR, No Liability |
| PERRY, JAIME 1270 TRINITY AVE RED BLUFF, CA 96080 | | 4627 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR, No Liability |
| Pincil, Matais 123 E 22nd St Oakland, CA 94601-1231 | | 6539 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | ADR, No Liability |
| Reeds, James 2132 Circle Hill Drive Oakland, CA 94605 | | 76001 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR, No Liability |
| Selman, Lorene 106 W. Bissell Ave Richmond, CA 94801 | | 9810 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $80,000.00 | $80,000.00 | ADR, No Liability |
| Seymour, Jessica 2708 N Bowdish Rd Apt 343 Spokane Valley, WA 99206 | | 67499 | PG&E Corporation | 10/16/2019 | $500.00 | $0.00 | $0.00 | $2,500.00 | $3,000.00 | ADR, No Liability |
| Stowell, Jennifer 174 Parnell Ct Walnut Creek, CA 94597-2818 | | 5453 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | ADR, No Liability |
| Tatinh, Khan 2090 Loleta Ave Corning, CA 96021-9696 | | 7018 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | ADR, No Liability |
| Taylor, Gail 2027 Caballo Way Santa Maria, CA 93458-8208 | | 7102 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR, No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Thompson, La Jeana 613 San Bruno Ave Apt #1 Brisbane, CA 94005 | | 76767 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $456.00 | $456.00 | ADR No Liability |
| Thornton, Matthew 1831 Yosemite St Seaside, CA 93955-3915 | | 4970 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $9,000.00 | $750.00 | $9,750.00 | ADR No Liability |
| Tiveri, Jordan D. 101 Parkshore Drive, Suite 100 Folsom, CA 95630 | | 2729 | Pacific Gas and Electric Company | 4/22/2019 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | ADR No Liability |
| Williams, Pamela 150 Brookside Dr Apt 506 San Pablo, CA 94806-3497 | | 87034 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $15,700.00 | $0.00 | $15,700.00 | ADR No Liability |
| Claims To Be Expunged Totals | | Count:43 | | | $480,500.00 | $0.00 | $67,579.84 | $540,297.00 | $1,088,376.84 | |