Bill Robins III, Esq. (SBN 296101)
Robert T. Bryson, Esq. (SBN 156953)
Rex Grady, Esq. (SBN 232236)
**ROBINS CLOUD LLP**
808 Wilshire Blvd., Suite 450
Santa Monica, California 90401
Telephone: (310) 929-4200
Facsimile: (310) 566-5900

Attorneys for Creditor, James Whitehead

Matthew W. Grimshaw, Esq. (SBN 210424)
**GRIMSHAW LAW GROUP, P.C.**
26 Executive Park, Ste. 250
Irvine, California 92614
Telephone: (949) 734-0187
Facsimile: (208) 391-7860

Counsel for Robins Cloud LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

and

PACIFIC GAS AND ELECTRIC COMPANY

Debtors

Affects:

☐ PG&E Corporation
☐ Pacific Gas & Electric Company
☒ Both Debtors

* All papers shall be filed in the Lead Case, No. 19-30088 (DM).

Case No. 19-30088 (DM)

Chapter 11

(Lead Case–Jointly Administered)

**DECLARATION OF ROBERT BRYSON IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO JAMES WHITEHEAD**

1
DECLARATION OF ROBERT BRYSON
Case: 19-30088    Doc# 10134    Filed: 02/05/21    Entered: 02/05/21 16:50:58    Page 1 of 3

# Declaration of Robert Bryson

I, Robert Bryson, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this declaration.

2. I am an attorney with the law firm of Robins Cloud LP (the "Firm"), attorneys of record for James Whitehead ("Creditor").[1] I am duly admitted to practice law before all courts of the State of California and before this court.

3. I make this declaration in support of the Firm's motion to be relieved as counsel to Creditor in the above-captioned bankruptcy case ("Motion"). The facts set forth below are true and within the scope of my personal knowledge, and if called upon to do so I could and would testify competently to these facts.

4. On January 29, 2019, Debtors filed voluntary petitions commencing their bankruptcy cases.

5. In October 2019, the Firm filed Proof of Claim No. 91916 ("Claim") on behalf of Creditor. Since filing the Claim, the Firm has been unable to communicate with Creditor. The Firm has attempted to contact Creditor by telephone, email, and letter, all to no avail. Creditor refuses to speak or otherwise communicate with the Firm.

6. The Firm hired a private investigator ("Investigator") to locate Creditor and facilitate communication between the Firm and Creditor. The Investigator failed to locate Creditor.

7. The logical inference is that an irreconcilable breakdown in the attorney-client relationship has developed and Creditor no longer desires to be represented by the Firm.

8. To the extent that Creditor requests that the Firm turn over any files or information that he is entitled to, the Firm will cooperate and transmit such files.

/ / /

/ / /

---

[1] The Firm retained Grimshaw Law Group, P.C. as bankruptcy counsel to, among other things, assist it in filing this motion. Grimshaw Law Group has no contractual or attorney/client relationship with Creditor.

2
DECLARATION OF ROBERT BRYSON

Case: 19-30088    Doc# 10134    Filed: 02/05/21    Entered: 02/05/21 16:50:58    Page 2 of 3

9. The Firm will cause the Motion to be served on all of the addresses provided to the Firm by Creditor or procured by the Investigator during his attempts to locate Creditor, including the following:

296 Pearson Road, Paradise, CA 95954

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 5, 2021.

_____
Robert Bryson