| | |
|---|---|
| 1 | Bill Robins III, Esq. (SBN 296101) |
| | Robert T. Bryson, Esq. (SBN 156953) |
| 2 | Rex Grady, Esq. (SBN 232236) |
| | **ROBINS CLOUD LLP** |
| 3 | 808 Wilshire Blvd., Suite 450 |
| | Santa Monica, California 90401 |
| 4 | Telephone: (310) 929-4200 |
| | Facsimile: (310) 566-5900 |
| 5 | |
| 6 | Attorneys for Creditor Natasha Li |
| 7 | Matthew W. Grimshaw, Esq. (SBN 210424) |
| | **GRIMSHAW LAW GROUP, P.C.** |
| 8 | 26 Executive Park, Ste. 250 |
| | Irvine, California 92614 |
| 9 | Telephone: (949) 734-0187 |
| | Facsimile: (208) 391-7860 |
| 10 | Counsel for Robins Cloud LLP |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 19-30088 (DM) |
| | ) | |
| PG&E CORPORATION, | ) | Chapter 11 |
| and | ) | |
| PACIFIC GAS AND ELECTRIC COMPANY | ) | (Lead Case–Jointly Administered) |
| | ) | |
| Debtors | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Affects: | ) | |
| ☐ PG&E Corporation | ) | |
| ☐ Pacific Gas & Electric Company | ) | |
| ☒ Both Debtors | ) | |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | ) | |

I, Matthew W. Grimshaw, do declare and state as follows:

1. I am the founder of Grimshaw Law Group, P.C., which maintains an office in Irvine, California. I am over the age of 18 and not a party to this action.

2. I certify that on February 5, 2021, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as Exhibit A:

 (a) NOTICE AND OPPORTUNITY FOR HEARING ON MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO NATASHA LI;
 (b) MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO NATASHA LI; AND
 (c) DECLARATION OF ROBERT BRYSON IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL TO NATASHA LI.

3. I certify that on February 5, 2021, I caused a true and correct copy of each of the above-listed documents to be served via First Class Mail on the Standard Party First Class Mail Service List attached hereto as Exhibit B. I also caused a true and correct copy of the each of the above listed documents to be served on Natasha Li at the following address(es):

 3905 Park Gardens Drive, Santa Rosa, CA 95404

 4547 Montecito Blvd., Santa Rosa, CA 95409

4. I have reviewed the Notice of Electronic Filing for the above-listed documents and understand that the parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon to witness, I could and would testify competently thereto.

Executed on February 5, 2021, at Meridian, Idaho.

*[signature]*

MATTHEW W. GRIMSHAW

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsinit, George E. Zobitz, Stephen M. Kessing, Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Office of the United States Trustee for Region 17 | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | ddunne@milbank.com<br>skhalil@milbank.com<br>Paronzon@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard, Robert A. Julian, Cecily A. Dumas | esagerman@bakerlaw.com<br>lattard@bakerlaw.com<br>rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |

**EXHIBIT B**
Standard Parties Hardcopy First Class Mail Service LIst
Served via First Class Mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071-2300 |