| | |
|---|---|
| 1 | Bill Robins III, Esq. (SBN 296101)<br>Robert T. Bryson, Esq. (SBN 156953) |
| 2 | Rex Grady, Esq. (SBN 232236)<br>**ROBINS CLOUD LLP** |
| 3 | 808 Wilshire Blvd., Suite 450<br>Santa Monica, California 90401 |
| 4 | Telephone: (310) 929-4200<br>Facsimile: (310) 566-5900 |
| 5 | |
| 6 | Attorneys for Creditor, James Whitehead |
| 7 | Matthew W. Grimshaw, Esq. (SBN 210424)<br>**GRIMSHAW LAW GROUP, P.C.** |
| 8 | 26 Executive Park, Ste. 250<br>Irvine, California 92614 |
| 9 | Telephone: (949) 734-0187<br>Facsimile: (208) 391-7860 |
| 10 | Counsel for Robins Cloud LLP |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088 (DM) |
| PG&E CORPORATION, | )<br>) Chapter 11 |
| and | ) |
| PACIFIC GAS AND ELECTRIC COMPANY | ) (Lead Case–Jointly Administered)<br>) |
| Debtors | )<br>) **NOTICE OF ERRATA CERTIFICATE** |
| Affects: | ) **OF SERVICE**<br>) |
| ☐ PG&E Corporation | ) |
| ☐ Pacific Gas & Electric Company | ) |
| ☒ Both Debtors | ) |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | ) |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE THAT** the Certificate of Service filed on February 5, 2021, as Dkt. No. 10135 ("Certificate of Service"), inadvertently omitted the exhibits referenced therein ("Omitted Exhibits"). A true and correct copy of the Omitted Exhibits is attached hereto and incorporated by this reference into the Certificate of Service.

**PLEASE TAKE FURTHER NOTICE** that the copies of the Certificate of Service served on the required parties included the Omitted Exhibits.

DATED: February 6, 2021

ROBINS CLOUD LLP

_____
ROBERT BRYSON
Attorneys for Creditor, James Whitehead

GRIMSHAW LAW GROUP, P.C.

_____
MATTHEW W. GRIMSHAW
Counsel for Robins Cloud LLP

# EXHIBIT A
## Standard Parties Email Service List
### Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsinit, George E. Zobitz, Stephen M. Kessing, Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Office of the United States Trustee for Region 17 | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | ddunne@milbank.com<br>skhalil@milbank.com<br>Paronzon@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard, Robert A. Julian, Cecily A. Dumas | esagerman@bakerlaw.com<br>lattard@bakerlaw.com<br>rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071-2300 |