MATTHEW W. GRIMSHAW, SBN 210424
GRIMSHAW LAW GROUP, P.C.
26 Executive Park, Suite 250,
Irvine, California 92614
Tel: (949) 734-0187
Email: matt@grimshawlawgroup.com

BILL ROBINS III, SBN 296101
ROBERT T. BRYSON, SBN 156953
KEVIN POLLACK, SBN 272786
ROBINS CLOUD LLP
808 Wilshire Blvd., Ste. 450
Santa Monica, CA 90401
Tel: (310) 929-4200
Email: rbryson@robinscloud.com

Attorneys for Robert O'Brien individually and as
*guardian ad litem* for McKenna O'Brien and Kinsey
O'Brien; Mary Ellsworth; and Joshua Ellsworth

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**Notice of Withdrawal Dk. No. 10060** entitled *Notice of Motion to Amend Proof of Claim No. 28994 Filed by Robert O'Brien, or Alternatively, for the Allowance of a Late-Filed Claim*<br><br>Date: February 24, 2021<br>Time: 10:00 a.m. (Pacific)<br>Place: Telephonic/Video Appearance Only<br>     United States Bankruptcy<br>     Courtroom 17,<br>     450 Golden Gate Ave., 16th Floor<br>     San Francisco, CA 94102<br><br>Objection Deadline: February 17, 2021 |

**PLEASE TAKE NOTICE** that on January 30, 2021, as Dk. No. 10060, Robert O'Brien individually and as *guardian ad litem* for McKenna O'Brien and Kinsey O'Brien; Mary Ellsworth; and Joshua Ellsworth (collectively, "Movants") filed a *Notice of Motion to Amend Proof of Claim Nos. 28994 ("Claim") or, alternatively, for the allowance of a late-filed claim* ("Notice").

The Notice was incorrect and Movants hereby withdraw said Notice. A new Notice has been filed in its place as Dk. No. 10061.

Respectfully submitted,

Dated: February 6, 2021

GRIMSHAW LAW GROUP, P.C.

By: _____
MATTHEW W. GRIMSHAW

Dated: February 6, 2021

ROBINS CLOUD LLP

By: _____
ROBERT T. BRYSON
Attorneys for Robert O'Brien individually and as *guardian ad litem* for McKenna O'Brien and Kinsey O'Brien; Mary Ellsworth; and Joshua Ellsworth