**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF FEBRUARY 9, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: February 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Video Conference)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

PLEASE TAKE NOTICE that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on February 9, 2021, at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") have been resolved or continued.

PLEASE TAKE FURTHER NOTICE that, accordingly, the Omnibus Hearing is cancelled.

**I:      MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

**Omnibus Claims Objections:**

1.     **Fifteenth (Satisfied Claims)** [**Dkt. 9073**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9363**. It has been resolved as to Arlington Wind Power Project LLC and Rising Tree Wind Farm II LLC [**Dkt. 10093**].

2.     **Sixteenth (Satisfied Claims)** [**Dkt. 9076**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9364**. It has been resolved as to Fair Harbor Capital LLC as transferee of Barrier1 Systems Inc. [**Dkt. 10093**] and continued to February 24, 2021 as to Vendor Recovery Fund IV, LLC [**Dkt. 10094**].

3.     **Nineteenth (Duplicative Claims) [Dkt. 9266]**. This Omnibus Objection was granted as to most Claims by **Dkt. 9556**. It has been resolved as to Burney Forest Products [**Dkt. 10093**].

4.     **Twenty-First (Books and Records Claims)** [**Dkt. 9272**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9558**. It has been resolved as to Burney Forest Products [**Dkt. 10093**] and continued to February 24, 2021 as to Aramark Refreshment Services, LLC, McMaster-Carr Supply Co. [**Dkt. 10094**], and Asplundh Construction, LLC [**Dkt. 10010**].

**Late Claim Motions:**

5.     **The Original Mowbray's Tree Service, Inc.** [**Dkt. 9392**]. This matter has been withdrawn [**Dkt. 9942**].

6.     **Guy and Teresa Molinari** [**Dkt. 9924**]. This matter has been resolved by Stipulation [**Dkt. 9941**] and Order [**Dkt. 9944**].

7.     **Ralph Hein** [**Dkt. 9965**]. This matter has been resolved by Stipulation [**Dkt. 9984**] and Order [**Dkt. 9988**].

8.     **Sara Jacobson et al.** [**Dkt. 9989**]. This matter has been resolved by Stipulation [**Dkt. 9993**] and Order [**Dkt. 10002**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 8, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*