

Signed and Filed: February 8, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING CLAIM NOS. 67787(ARLINGTON WIND POWER PROJECT LLC) AND 67086 (RISING TREE WIND FARM II LLC PURSUANT TO REORGANIZED DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>**[Re: Dkt. No. 9073, 10093]** |

The Court having reviewed the *Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9073] (the "**Fifteenth Omnibus Objection**")[1] and the *Reorganized Debtors' Report on Resolution of Omnibus Objections with Respect to Certain Claims* [Docket No. 10093], and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.     The Fifteenth Omnibus Objection is SUSTAINED with respect to Claim Nos. 67787 (Arlington Wind Power Project LLC) and 67086 (Rising Tree Wind Farm II LLC).

2.     Claim Nos. 67787 (Arlington Wind Power Project LLC) and 67086 (Rising Tree Wind Farm II LLC) shall be disallowed and expunged.

3.     This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Fifteenth Omnibus Objection.

## Court Service List

Arlington Wind Power Project LLC
c/o EDP Renewables North America LLC
Attn: Leslie A. Freiman & Randy Sawyer
808 Travis Street, Suite 700
Houston, Texas 77022

Rising Tree Wind Farm II LLC
c/o EDP Renewables North America LLC
Attn: Leslie A. Freiman & Randy Sawyer
808 Travis Street, Suite 700
Houston, Texas 77022

Debra L. Felder
Orrick
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
dfelder@orrick.com