

Signed and Filed: February 8, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING CLAIM NO. 92183738 (FAIR HARBOR CAPITAL, LLC AS TRANSFEREE OF BARRIER1 SYSTEMS INC.) PURSUANT TO REORGANIZED DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**

[Re: Dkt. No. 9076, 10093]

The Court having reviewed the *Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9076] (the "**Sixteenth Omnibus Objection**")[1] and the *Reorganized Debtors' Report on Resolution of Omnibus Objections with Respect to Certain Claims* [Docket No. 10093], and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Sixteenth Omnibus Objection is SUSTAINED with respect to Claim No. 92183738 (Fair Harbor Capital, LLC as transferee of Barrier1 Systems Inc.).

2. Claim No. 92183738 (Fair Harbor Capital, LLC as transferee of Barrier1 Systems Inc.) shall be disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Sixteenth Omnibus Objection.

## Court Service List

Fair Harbor Capital, LLC
Attn: Fredric Glass Ansonia
Finance Station PO Box 237037
New York, NY 10023
fred.glass@fairharborcapital.com