

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: February 8, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER ALLOWING IN A REDUCED AMOUNT CLAIM NO. 2255 (BURNEY FOREST PRODUCTS) PURSUANT TO REORGANIZED DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**<br><br>[Re: Dkt. No. 9272, 10093] |

The Court having reviewed the *Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9272] (the "**Twenty-First Omnibus Objection**")[1] and the *Reorganized Debtors' Report on Resolution of Omnibus Objections with Respect to Certain Claims* [Docket No. 10093], and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Twenty-First Omnibus Objection is SUSTAINED with respect to Claim No. 2255 (Burney Forest Products).

2. Claim No. 2255 (Burney Forest Products) shall be allowed at the reduced amount of $1,445,235.51 as an administrative claim. Claim No. 2255 has been paid in full.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Twenty-First Omnibus Objection.

**Court Service List**

Burney Forest Products
35586-B Highway 299 East
Burney, CA 96013

Todd M. Schwartz, Esq.
Paul Hastings
1117 S. California Avenue
Palo Alto, CA 94304
toddschwartz@paulhastings.com