STEVEN M. CAMPORA, SBN 110909
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:   (916) 379-3500
Facsimile:   (916) 379-3599

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile:   (916) 244-0989

Attorneys for the Creditor, SLC Soda Canyon, LLC

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>     -and-<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**MOTION PURSUANT TO RULE 9006(b)(1) of THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO ENLARGE TIME TO FILE A PROOF OF CLAIM**<br><br>DATE:     March 9, 2020<br>TIME:     10:00 a.m.<br>PLACE:   Courtroom 17<br>              450 Golden Gate Avenue,<br>              16th Floor,<br>              San Francisco, California<br><br>JUDGE:    Hon. Dennis Montali<br><br>OBJECTION DEADLINE: **February 23, 2021** **(4:00 P.M. Prevailing Pacific Time)** |

**TO: DEBTORS; THE TRUSTEE OF THE FIRE VICTIM'S TRUST; THE UNITED STATES TRUSTEE; CREDITORS; OTHER PARTIES IN INTEREST; AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Creditor, SLC Soda Canyon, LLC ("Soda Canyon LLC"), by and through its attorneys of record, respectfully submits this Motion Pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure to Enlarge Time to File a Proof of Claim (hereinafter referred to as the "Motion")

The Motion seeks the entry of an order enlarging time for Soda Canyon LLC to file a Proof of Claim in the above-captioned bankruptcy cases. The Motion further seeks entry of an order deeming the Proof of Claim, claim number 106942, filed by Soda Canyon LLC on February 4, 2021, which is attached as **Exhibit 5** to the *Declaration of Sean Erik Hoel,* filed concurrently herewith, as being timely filed. It is respectfully submitted that the Motion be granted for the reasons set forth within the *Memorandum of Points and Authorities*, filed concurrently herewith.

Dated: February 9, 2021                    Respectfully submitted,

**PINO & ASSOCIATES**

By: _____
Estela O. Pino, Attorneys for
SLC Soda Canyon, LLC.