STEVEN M. CAMPORA, SBN 110909
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101,
Roseville, CA 95661
Telephone: (916) 641-2288
Facsimile: (916) 244-0989

Attorneys for the Creditor, SLC Soda Canyon, LLC

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE: MOTION PURSUANT TO RULE 9006(b)(1) of THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO ENLARGE TIME TO FILE A PROOF OF CLAIM**<br><br>DATE: March 9, 2020<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue,<br>16th Floor,<br>San Francisco, California<br><br>JUDGE: Hon. Dennis Montali<br><br>OBJECTION DEADLINE: **February 23, 2021 (4:00 P.M. Prevailing Pacific Time)** |

**TO: DEBTORS; THE TRUSTEE OF THE FIRE VICTIM'S TRUST; THE UNITED STATES TRUSTEE; CREDITORS; OTHER PARTIES IN INTEREST; AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "Petition Date"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court, in and for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that SLC Soda Canyon, LLC (hereinafter referred to as "Soda Canyon LLC"), by and through its attorneys of record, has filed a Motion Pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure to Enlarge Time to File a Proof of Claim (hereinafter referred to as the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion will be heard and considered by the Honorable Dennis Montali on **March 9, 2021, at 10:00 A.M. (Prevailing Pacific Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing in connection with the Motion will not be conducted in the presiding judge's courtroom, but instead the hearing will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 Pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may

contact the Bankruptcy Court by calling (888) 821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Motion is brought pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice, the Motion, the Declaration of Sean Erik Hoel, and the Memorandum of Points and Authorities in Support of the Motion, and upon all other pleadings and papers on file herein and such oral and documentary evidence as may be presented during the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on counsel for Soda Canyon LLC at the above-referenced addresses so as to be received by no later than **4:00 P.M.(Prevailing Pacific Time) on February 23, 2021**. Any opposition or response must be filed and served on all "Standard Parties" as defined in the Second Amended Order Implementing Certain Notice and Case Management Procedures, entered by the Bankruptcy Court on May 14, 2019, (Dkt. No. 1996) (the "Case Management Order"). **Any relief requested in the Motion may be granted without a hearing if no opposition is filed and served in accordance with the Case Management Order**. In deciding the Motion, the Bankruptcy Court may consider any other document(s) filed in these Chapter 11 Cases.

///

///

///

///

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and the supporting papers can be viewed and/or obtained (I) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Ave., San Francisco, CA 94102, or (iii) from the Debtor's notice and claims agent, Prime Clerk, LLC at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S. based parties or +1(929) 333-8977 for international parties or by email at pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 9, 2021

Respectfully submitted,

**PINO & ASSOCIATES**

By: _____
Estela O. Pino, Attorneys for
SLC Soda Canyon, LLC.