1   STEVEN M. CAMPORA, SBN 110909
2   **DREYER BABICH BUCCOLA**
    **WOOD CAMPORA, LLP**
3   20 Bicentennial Circle
    Sacramento, CA 95826
4   Telephone:    (916) 379-3500
5   Facsimile:    (916) 379-3599

6   ESTELA O. PINO, SBN 112975
    **PINO & ASSOCIATES**
7   1520 Eureka Rd., Suite 101,
    Roseville, CA 95661
8   Telephone: (916) 641-2288
9   Facsimile:  (916) 244-0989

10  Attorneys for the Creditor, SLC Soda Canyon, LLC

11              THE UNITED STATES BANKRUPTCY COURT
12       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION
13

14  **In re:**                     )   Case Nos.  19-30088 (DM)
                                    )
15  **PG&E CORPORATION,**           )   Chapter 11
                                    )
16                                  )   **DECLARATION OF SEAN ERIK HOEL**
                                    )   **IN SUPPORT OF MOTION PURSUANT**
17       -and-                      )   **TO RULE 9006(b)(1) OF THE FEDERAL**
                                    )   **RULES OF BANKRUPTCY PROCEDURE**
18  **In re:**                      )   **TO ENLARGE TIME TO FILE A PROOF**
                                    )   **OF CLAIM**
19  **PACIFIC GAS AND ELECTRIC**    )
20  **COMPANY,**                    )   DATE:      March 9, 2021
                                    )   TIME:      10:00 a.m.
21       Debtors.                   )   PLACE:     Courtroom 17
                                    )              450 Golden Gate Avenue,
22   ☐  Affects PG&E Corporation    )              16th Floor,
23   ☐  Affects Pacific Gas and Electric )         San Francisco, California
        Company                     )
24   ☒  Affects both Debtors        )   JUDGE:     Hon. Dennis Montali
                                    )
25                                  )
                                    )   OBJECTION DEADLINE: **February 23, 2021**
26  _* All papers shall be filed in the lead case, No._ )   **(4:00 P.M. Prevailing Pacific Time)**
    _19-30088(DM)_                  )
27                                  )
                                    )
28  _____)

I, Sean Erik Hoel, do hereby respectfully declare as follows in support of the Motion Pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure to Enlarge Time to File a Proof of Claim (hereinafter referred to as the "Motion"):

1. I have personal knowledge of the matters set forth herein and if called upon to testify, I could do so truthfully and competently.

2. I am an individual.

3. I am the manager/member of SLC Soda Canyon, LLC (hereinafter referred to as the "Soda Canyon LLC"), which is organized under the laws of the State of California.

4. Soda Canyon LLC owns the real property located at 2297 Soda Canyon Road, Napa, Napa County, California 94559 (hereinafter referred to as the "Property"), which consists of 80 acres.

5. Parts of the Property, including full grown oaks, manzanita tress, and chaparrals; well systems, including pumps and tanks; and power and septic systems were scorched by the series of wildfires that started burning across the State of California during October 2017, commonly known as the North Bay Fires (hereinafter referred to as the "North Bay Fires").

6. As of yet, the Property has not been cleaned of the scorched dead materials. The Property will require substantial remediation.

7. The North Bay Fires and their effect on the Property were devastating, but paled in comparison to other personal issues I was facing at that time.

8. At the time of the North Bay Fires my elderly parents resided in Oslo, Norway. My mother was terminally ill and eventually passed away on September 27, 2018.

9.      My father was greatly affected by the passing of his wife of over fifty (50) years and his health rapidly deteriorated.  On May 29, 2019, my father passed away.

10.      From prior to my mother's death and for quite some time after my father's death, I was frequently traveling to Oslo, Norway to be with my elderly parents and to deal with related family matters.

11.      After my father's death, I assisted my sister with family matters, including travel to Oslo Norway, until March 2020 when the last of the estate matters were dealt with.

12.      In short, at the time the Property was ravaged by the North Bay Fires and in the period thereafter, my family was my first priority and I made numerous trips abroad to support them, often leaving my own wife and kids behind in the process.

13.      Sometime in 2019, I became aware that some type of paperwork had to be submitted in connection with Soda Canyon LLC's claim against  Pacific Gas and Electric Company and/or PG&E Corporation (hereinafter collectively referred to as the "Debtors").

14.      At the time, I did not have an attorney representing Soda Canyon LLC and I was dealing with the above detailed family matters, nevertheless, on or about October 11, 2019, I filled out the paperwork, which now I understand to be a Proof of Claim.  A true and correct copy of the Proof of Claim I signed on October 11, 2019, is attached hereto as **Exhibit 1** and incorporated by reference herein.

15.      I identified myself as the creditor but I indicated in Part 3, entitled "Sign Below", of the Proof of Claim that I was executing the Proof of Claim in my capacity as the "Member" of Soda Canyon LLC.  I did not think that this was outside of the norm.

16. After completing the Proof of Claim, I mailed it to the following address on or about October 11, 2019:

> PG&E Corporation Claims Processing Center
> C/O Prime Clerk LLC
> Grand Central Station, PO Box 4850
> New York, NY 10163-4850.

17. I had heard from some neighbors that nothing would be happening in the bankruptcy case until the summer of 2020.

18. On July 2, 2020, having heard nothing about the status, I contacted Tobias Keller (hereinafter referred to as "Mr. Keller") and Jane Kim of Keller Benvenutti Kim LLP (hereinafter referred to as "Ms. Kim"), via electronic mail, to inquire about the status of the Proof of Claim. At that time, I did not know who Mr. Keller and Ms. Kim were, but now I understand that they are Debtors' counsel. My July 2, 2020, e-mail to Mr. Keller and Ms. Kim read as follows,

> Tobias/Jane,
>
> I saw your names listed on a form in my file from last year. If you are not the right parties please point me in the right direction.
>
> Since sending off my Proof of Claim (copies attached) late last year I have not had any correspondence regarding this matter to my email, address or otherwise.
>
> I heard from others not much would be happening until this summer, but I'm just making sure the claim is in the system.
>
> Thank You,
>
> Sean Hoel
>
> XXX XXX 6506

A true and correct copy of my e-mail to Mr. Keller and Ms. Kim, dated July 2, 2020, including a copy of the Proof of Claim that was attached, is attached hereto as **Exhibit 2** and incorporated by reference herein.

19. On July 2, 2020, I promptly received an e-mail from Thomas Rupp (hereinafter referred to as "Mr. Rupp") responding to my e-mail to Mr. Keller and Ms. Kim, which read as follows,

> Mr. Hoel,
>
> I have copied Prime Clerk, LLC, PG&E's claims and noticing agent in its chapter 11 case. They should be able to answer questions you have about your proof of claim.

A true and correct copy of the e-mail I received from Mr. Rupp, dated July 2, 2020, is attached hereto as **Exhibit 3** and incorporated by reference herein.

20. Thereafter, on July 2, 2020, I received a call from Prime Clerk, LLC, (hereinafter referred to as "Prime Clerk") requesting that I contact it at (844) 339-4217 with information regarding the Proof of Claim that I had mailed in October 2019.

21. I attempted to contact Prime Clerk; however, I was unable to speak with a live person. I, therefore, sent an e-mail to Prime Clerk providing the address to which I had mailed the Proof of Claim and attaching another copy of the Proof of Claim. A true and correct copy of the e-mail I sent to Prime Clerk, dated July 2, 2020, including a copy of the Proof of Claim that was attached, is attached hereto as **Exhibit 4** and incorporated by reference herein.

22. I had some additional and, quiet frankly, frustrating communications with Prime Clerk, including receiving voice-mail messages, asking me to include a claim number with my request for information, which they stated that I would have received in a postcard from Prime Clerk. I explained to Prime Clerk on number of occasions that I had never received a postcard or any other documentation from them containing a claim number, and therefore, I could not include it in my correspondence.

23. Prime Clerk kept asking me for what I thoroughly explained I did **not** have.

24. Finally, on July 13, 2020, I received an e-mail from Prime Clerk stating,

Sean

Thank you for contacting Prime Clerk.

Please note that we have consulted our mailing team and they indicated they have no record of receiving your claim. If you have tracking information, we may be able to research further.

The deadline for filing a claim has passed and, while Prime Clerk will process a claim if you wish to file one at this time, the claim may be objected to by the Debtors due to lateness. Information on filing a claim may be found here: https://restructuring.primeclerk.com/pge/EPOC-Index.

Please let us know if we can be of further assistance.

Regards,

25. Unfortunately, I did not have any tracking information for the Proof of Claim I mailed to Prime Clerk in October 2019, since I had sent it First Class, with postage pre-paid.

26. Since I had done everything I could to timely register the claim with Prime Clerk, I could not believe that Prime Clerk did not have the Proof of Claim that was mailed especially because the envelope in which I sent the Proof of Claim had **not** been returned to me as undelivered or undeliverable.

27. The whole situation troubled me and I decided to consult with an attorney regarding this matter.

28. I recently consulted with and retained Steven Campora of Dreyer Babich Buccola Wood Campora, LLP (hereinafter referred to as "Mr. Campora") as counsel.

29. Estela O. Pino of Pino & Associates (hereinafter referred to as "Ms. Pino") has been on board to assist with this matter.

///

30.     I understand that Mr. Campora and Ms. Pino have reviewed the claims register maintained by Prime Clerk in connection with the above captioned cases and were unable to find the Proof of Claim that I mailed to Prime Clerk in October 2019 in the system.

31.     As soon as Mr. Campora and Ms. Pino confirmed that the Proof of Claim I mailed to Prime Clerk was not registered, they prepared a Proof of Claim correctly naming Soda Canyon LLC as the creditor (hereinafter referred to as "Soda Canyon Proof of Claim").

32.     On February 4, 2021, the Soda Canyon Proof of Claim was filed with Prime Clerk, which was assigned claim number 106942.  A true and correct copy of the Soda Canyon Proof of Claim, claim number 106942, is attached hereto as **Exhibit 5** and incorporated by reference herein.

33.     I respectfully request that the Court to consider the Soda Canyon Proof of Claim, claim number 106942, attached as **Exhibit 5** hereto, as being timely filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9™ day of February 2021, at Reno, Washoe County, Nevada



Sean Hoel

| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | **Bankruptcy Case<br>No. 19-30088 (DM)**<br><br>**Chapter 11<br>(Lead Case)<br>(Jointly Administered)** |
|---|---|

# Proof of Claim (Fire Claim Related)

**Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.**

> Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

SEAN HOLL
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
- ☑ No
- ☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.
- ☑ No
- ☐ Yes

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:
_____  _____
_____  _____
_____  _____
_____  _____

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name SEAN HOLL
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address ▮▮▮ NORTHSHORE DRIVE
City RENO
State NV
Zip Code 89519
Phone Number ▮▮▮ 6506
Email Address ▮▮▮ @GMAIL.COM

Where should payments to the creditor be sent? (if different)

Name SEAN C. HOLL
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address ▮▮▮ NORTHSHORE DRIVE
City RENO
State NV
Zip Code 89519
Phone Number ▮▮▮ 6506
Email Address ▮▮▮ @GMAIL.COM

**5. Does this claim amend one already filed?**
- ☑ No
- ☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____ MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
- ☑ No
- ☐ Yes. Who made the earlier filing? _____

Case: 19-30088    Doc# 10183    Filed: 02/09/21    Entered: 02/09/21 19:09:17    Page 8 of 30

Exhibit 1
Page 1 of 3

| Part 2: | Give Information About the Claim as of the Date this Claim Form is Filed |
|---|---|

**7. What fire is the basis of your claim?**

Check all that apply.

- ☐ Camp Fire (2018)
- ☑ North Bay Fires (2017)
- ☐ Ghost Ship Fire (2016)
- ☐ Butte Fire (2015)
- ☐ Other (please provide date and brief description of fire): _____

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s):  2297   SODA CANYON ROAD
NAPA,   CA   94559
_____
_____

**9. How were you and/or your family harmed?**

Check all that apply

- ☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - ☑ Owner ☐ Renter ☐ Occupant ☐ Other (Please specify): _____
- ☐ Personal Injury
- ☐ Wrongful Death (if checked, please provide the name of the deceased): _____
- ☑ Business Loss/Interruption
- ☐ Lost wages and earning capacity
- ☐ Loss of community and essential services
- ☑ Agricultural loss
- ☐ Other (Please specify): _____

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- ☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- ☐ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- ☐ Punitive, exemplary, and statutory damages
- ☐ Attorney's fees and litigation costs
- ☐ Interest
- ☑ Any and all other damages recoverable under California law
- ☐ Other (Please specify): _____

**11. How much is the claim?**

- ☐ $_____ (optional)
- ☑ Unknown / To be determined at a later date

Proof of Claim (Fire Related)

Case: 19-30088   Doc# 10183   Filed: 02/09/21   Entered: 02/09/21 19:09:17   Page 9 of 30

Exhibit 1

**Part 3:** **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    10-11-2019   (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name        SEAN          ERIK          HOEL
            First name       Middle name       Last name

Title       MEMBER

Company     SLC  SODA CANYON  LLC
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     ████  NORTHSHORE  DRIVE
            Number      Street

            RENO                        NV      89519
            City                        State   ZIP Code

Contact phone  ████ 6506        Email  ████ @ EMAIL.COM

Case: 19-30088    Doc# 10183    Filed: 02/09/21    Entered: 02/09/21 19:09:17    Page 10 of 30


Tobias/Jane,

I saw your names listed on a form in my file from last year. If you are not the right parties please point me in the right direction.

Since sending off my Proof of Claim (copies attached) late last year I have not had any correspondence regarding this matter to my email, address or otherwise.

I heard from others not much would be happening until this summer, but I'm just making sure the claim is in the system.

Thank You,

Sean Hoel
███ 6506



SLC SC
Damages.pdf

| In re:<br><br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC**<br>**COMPANY,**<br>Debtors. | **Bankruptcy Case**<br>**No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered)** |
|---|---|

# Proof of Claim (Fire Claim Related)

**Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.**

> Do not use this form for non-fire claims.  Non-fire tort claimants should use Form 410.

Do NOT file a fraudulent claim.  A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

SEAN HOLL

Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

☑ No
☐ Yes

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

_____  _____
_____  _____
_____  _____
_____  _____

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name  SEAN HOLL
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address ▮▮▮ NORTHSHORE DRIVE
City  RENO
State  NV
Zip Code  89519
Phone Number ▮▮▮▮ 6506
Email Address ▮▮▮▮ @ GMAIL.COM

Where should payments to the creditor be sent? (if different)

Name  SEAN C. HOLL
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address ▮▮▮ NORTHSHORE DRIVE
City  RENO
State  NV
Zip Code  89519
Phone Number ▮▮▮▮ 6506
Email Address ▮▮▮▮ @ GMAIL.COM

**5. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Case: 19-30088    Doc# 10183    Filed: 02/09/21    Entered: 02/09/21 19:09:17    Page 12 of 30

Exhibit 2
Page 2 of 4

| Part 2: | Give Information About the Claim as of the Date this Claim Form is Filed |
|---------|--------------------------------------------------------------------------|

**7. What fire is the basis of your claim?**

Check all that apply.

- ☐ Camp Fire (2018)
- ☑ North Bay Fires (2017)
- ☐ Ghost Ship Fire (2016)
- ☐ Butte Fire (2015)
- ☐ Other (please provide date and brief description of fire: _____

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): 2297   SODA CANYON ROAD

NAPA , CA 94559

_____

_____

**9. How were you and/or your family harmed?**

Check all that apply

- ☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - ☑ Owner ☐ Renter ☐ Occupant ☐ Other (Please specify): _____
- ☐ Personal Injury
- ☐ Wrongful Death (if checked, please provide the name of the deceased): _____
- ☑ Business Loss/Interruption
- ☐ Lost wages and earning capacity
- ☐ Loss of community and essential services
- ☑ Agricultural loss
- ☐ Other (Please specify): _____

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- ☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- ☐ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- ☐ Punitive, exemplary, and statutory damages
- ☐ Attorney's fees and litigation costs
- ☐ Interest
- ☑ Any and all other damages recoverable under California law
- ☐ Other (Please specify): _____

**11. How much is the claim?**

- ☐ $_____ (optional)
- ☑ Unknown / To be determined at a later date

Page 2

Exhibit 2

Page 3 of 4

Case: 19-30088   Doc# 10183   Filed: 02/09/21   Entered: 02/09/21 19:09:17   Page 13 of 30

| Part 3: | Sign Below |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10-11-2019  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | SEAN | ERIK | HOGL |
| | First name | Middle name | Last name |

| Title | MEMBER |

| Company | SLC SODA CANYON LLC |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | ▇▇▇ NORTHSHORE DRIVE |
| | Number Street |

| | RENO | NV | 89519 |
| | City | State | ZIP Code |

| Contact phone | ▇▇▇▇ 6506 | Email | ▇▇▇▇@EMAIL.COM |

From: **Thomas Rupp** trupp@kbkllp.com 
Subject: FW: PGE 2017 Fire Claim 2297 Soda Canyon
Date: July 2, 2020 at 1:38 PM
To: ████████@gmail.com
Cc: pgeinfo@primeclerk.com

Mr. Hoel,

I have copied Prime Clerk, LLC, PG&E's claims and noticing agent in its chapter 11 case. They should be able to answer questions you have about your proof of claim.

---

THOMAS RUPP
650 California Street, Suite 1900
San Francisco, CA 94108
Direct: ████.6745
Cell: ████9015
Email: trupp@kbkllp.com

*NOTE: New firm name and email addresses effective March 1, 2020.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

-----Original Message-----
From: Sean Hoel ████████@gmail.com>
Sent: Thursday, July 2, 2020 12:26 PM
To: Tobias Keller <tkeller@kbkllp.com>; Jane Kim <jkim@kbkllp.com>
Subject: PGE 2017 Fire Claim 2297 Soda Canyon

Tobias/Jane,

I saw your names listed on a form in my file from last year. If you are not the right parties please point me in the right direction.

Since sending off my Proof of Claim (copies attached) late last year I have not had any correspondence regarding this matter to my email, address or otherwise.

I heard from others not much would be happening until this summer, but I'm just making sure the claim is in the system.

Thank You,

Sean Hoel
████ 6506



SLC SC
Damages.pdf

**Exhibit 3**
**Page 1 of 1**

**From:** **SEAN HOEL** ████████@GMAIL.COM 📎
**Subject:** PGE 2017 Fire Claim 2297 Soda Canyon
**Date:** July 2, 2020 at 3:36 PM
**To:** pgeinfo@primeclerk.com



To whom it may concern,

I received a call from Prime Clerk requesting that I call 844 339 4217 with information about where my claim was mailed.

I was unable to reach a live person upon calling back.

The Proof of Claim was sent Oct. 2019 to:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

Thanks for your attention to this matter.

Best,

Sean
████ 6506

> Begin forwarded message:
>
> **From:** Thomas Rupp <trupp@kbkllp.com>
> **Subject: FW: PGE 2017 Fire Claim 2297 Soda Canyon**
> **Date:** July 2, 2020 at 1:38:42 PM PDT
> **To:** ████████@gmail.com" ████████@gmail.com>
> **Cc:** "pgeinfo@primeclerk.com" <pgeinfo@primeclerk.com>
>
> Mr. Hoel,
>
> I have copied Prime Clerk, LLC, PG&E's claims and noticing agent in its chapter 11 case. They should be able to answer questions you have about your proof of claim.
>
> _____
>
> THOMAS RUPP
> 650 California Street, Suite 1900
> San Francisco, CA 94108
> Direct: ████ 6745
> Cell: ████ 9015
> Email: trupp@kbkllp.com
>
>
> *NOTE: New firm name and email addresses effective March 1, 2020.
>
>
> This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.
>
> -----Original Message-----
> From: Sean Hoel ████████@gmail.com>
> Sent: Thursday, July 2, 2020 12:26 PM
> To: Tobias Keller <tkeller@kbkllp.com>; Jane Kim <jkim@kbkllp.com>
> Subject: PGE 2017 Fire Claim 2297 Soda Canyon
>
> Tobias/Jane,
>
> I saw your names listed on a form in my file from last year. If you are not the right parties please point me in the right direction.
>
> Since sending off my Proof of Claim (copies attached) late last year I have not had any correspondence regarding this matter to my email, address or otherwise.
>
> I heard from others not much would be happening until this summer, but I'm just making sure the claim is in the system.
>
> Thank You,

**Exhibit 4**
**Page 1 of 5**

Sean Hoel
6506



SLC SC
Damages.pdf

**Exhibit 4**
**Page 2 of 5**

| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | **Bankruptcy Case No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered)** |
|---|---|

# Proof of Claim (Fire Claim Related)

**Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.**

> Do not use this form for non-fire claims.  Non-fire tort claimants should use Form 410.

Do NOT file a fraudulent claim.  A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

SEAN HOLL

Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Are you filing this claim on behalf of your family?**

☑ No
☐ Yes

A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

_____

_____

_____

_____

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name  SEAN HOLL
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address  ▮▮▮ NORTHSHORE DRIVE
City  RENO
State  NV
Zip Code  89519
Phone Number  ▮▮▮ 6506
Email Address  ▮▮▮@GMAIL.COM

Where should payments to the creditor be sent? (if different)

Name  SEAN C. HOLL
Attorney Name (if applicable) _____
Attorney Bar Number (if applicable) _____
Street Address  ▮▮▮ NORTHSHORE DRIVE
City  RENO
State  NV
Zip Code  89519
Phone Number  ▮▮▮ 6506
Email Address  ▮▮▮@GMAIL.COM

**5. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____  Filed on ___/___/___ MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Exhibit 4**
**Page 3 of 5**
Page 1

Proof of Claim (Fire Related)

| Part 2: | Give Information About the Claim as of the Date this Claim Form is Filed |
|---|---|

**7. What fire is the basis of your claim?**

Check all that apply.

- ☐ Camp Fire (2018)
- ☑ North Bay Fires (2017)
- ☐ Ghost Ship Fire (2016)
- ☐ Butte Fire (2015)
- ☐ Other (please provide date and brief description of fire: _____

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): ___2297___ SODA CANYON ROAD
___NAPA___, ___CA___ 94559
_____
_____

**9. How were you and/or your family harmed?**

Check all that apply

- ☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
  - ☑ Owner ☐ Renter ☐ Occupant ☐ Other (Please specify): _____
- ☐ Personal Injury
- ☐ Wrongful Death (if checked, please provide the name of the deceased): _____
- ☑ Business Loss/Interruption
- ☐ Lost wages and earning capacity
- ☐ Loss of community and essential services
- ☑ Agricultural loss
- ☐ Other (Please specify): _____

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

- ☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
- ☐ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
- ☐ Punitive, exemplary, and statutory damages
- ☐ Attorney's fees and litigation costs
- ☐ Interest
- ☑ Any and all other damages recoverable under California law
- ☐ Other (Please specify): _____

**11. How much is the claim?**

- ☐ $_____ (optional)
- ☑ Unknown / To be determined at a later date

Exhibit 4
Page 4 of 5

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10 - 11- 2019   (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name      SEAN          ERIK          HOEL
          First name     Middle name    Last name

Title     MEMBER

Company   SLC   SODA CANYON   LLC
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   _____   NORTHSHORE   DRIVE
          Number    Street

          RENO                      NV       89519
          City                      State    ZIP Code

Contact phone   ███████ 6506        Email   ████████ @ EMAIL.COM

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC**<br>**COMPANY,**<br>                        **Debtors.** | **Bankruptcy Case**<br>**No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered)** |

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

| **Do not use this form for non-fire claims.  Non-fire tort claimants should use Form 410.** |
|---|

Do NOT file a fraudulent claim.  A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below.  Do NOT use red ink or pencil.**

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

SLC Soda Canyon LLC (SEE ATTACHED COMPLETED PROOF OF CLAIM)
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
- ☐ No
- ☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.
- ☑ No
- ☐ Yes

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

_____         _____

_____         _____

_____         _____

_____         _____

**4. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name_ Dreyer Babich Buccola Wood Campora, LLP
Attorney Name (if applicable)_ Steven M. Campora, Esq.
Attorney Bar Number (if applicable)_ 110909
Street Address_ 20 Bicentennial Circle
City_ Sacramento
State_ California
Zip Code_ 95826
Phone Number_ (916) 379-3500
Email Address_ scampora@dbbwc.com/ acrowl@dbbwc.com

**Where should payments to the creditor be sent?** (if different)

Name_____
Attorney Name (if applicable)_____
Attorney Bar Number (if applicable)_____
Street Address_____
City_____
State_____
Zip Code_____
Phone Number_____
Email Address_____

**5. Does this claim amend one already filed?**
- ☑ No
- ☐ Yes.  Claim number on court claims registry (if known)_____   Filed on ____ / ____ / ____
                                                                                                                MM / DD / YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
- ☐ No
- ☑ Yes. Who made the earlier filing?    Sean Hoel (See Attached)

**Exhibit 5**
**Page 1 of 10**

**7. What fire is the basis of your claim?**

Check all that apply.

☐ Camp Fire (2018)
☑ North Bay Fires (2017)
☐ Ghost Ship Fire (2016)
☐ Butte Fire (2015)
☐ Other (please provide date and brief description of fire: _____)

**8. What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?**

Location(s): 2297 Soda Canyon Road, Napa, CA 94558.
NOTE: The Owner of the Property at 2297 Soda Canyon Road, Napa, CA 94558 is SLC Soda Canyon LLC. On October 11, 2019, Sean Hoel filled out and transmitted a claim to Prime Clerk for timely filing. That Proof of Claim was apparently not processed by Prime Clerk. Mr. Hoel signed that Proof of Claim as member of SLC Soda Canyon LLC.

[SEE ATTACHED COMPLETED PROOF OF CLAIM]

**9. How were you and/or your family harmed?**

Check all that apply

☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)
　　☑ Owner ☐ Renter ☐ Occupant ☐ Other (Please specify): _____
☐ Personal Injury
☐ Wrongful Death (if checked, please provide the name of the deceased) _____
☐ Business Loss/Interruption
☐ Lost wages and earning capacity
☐ Loss of community and essential services
☐ Agricultural loss
☐ Other (Please specify): _____

**10. What damages are you and/or your family claiming/seeking?**

Check all that apply

☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)
☐ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)
☑ Punitive, exemplary, and statutory damages
☑ Attorney's fees and litigation costs
☑ Interest
☑ Any and all other damages recoverable under California law
☐ Other (Please specify): _____

**11. How much is the claim?**

☐ $_____ (optional)
☑ Unknown / To be determined at a later date

**Exhibit 5
Page 2 of 10**

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: */s/ Steven M. Campora*
/s/ Steven M. Campora (Feb 4, 2021 17:31 PST)

Email: scampora@dbbwc.com

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Steven | M. | Campora |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | Attorney |
|---|---|

| Company | Dreyer Babich Buccola Wood Campora, LLP |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 20 Bicentennial Circle |
|---|---|
| | Number        Street |
| | Sacramento                                    CA        95826 |
| | City                                                      State        ZIP Code |

| Contact phone | 916-379-3500 | Email | scampora@dbbwc.com/ acrowl@dbbwc.com |
|---|---|---|---|

**Exhibit 5**
**Page 3 of 10**

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **I have supporting documentation.**
    **(attach below)**

☐ **I do _not_ have supporting documentation.**

📎 **Attachment**

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Proof of Claim (Fire Claim Related)

United States Bankruptcy Court

**You may have a claim against the Debtors for monetary loss, personal injury (including death), or other asserted damages arising out of or related to a fire. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the chapter 11 process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date this claim form is filed.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.

- **You may but are not required to attach supporting documents to this form.**
  Supporting documents will be gathered, maintained, and provided at a later date as instructed by the Court. If you do attach documents, you should attach redacted documents as supporting documentation will be made publicly available and will not be kept confidential. *See* the definition of *redaction* of information below.

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **Question 3.** Members of a family may but are not required to file a proof of claim as a family but may, if they choose, submit individual claim forms for each family member that has a claim against the debtors.

- **Question 9.** If you suffered property damage, then provide the street address of each real property parcel where you suffered property damage. If you were personally evacuated as the result of a fire, then provide the address or intersection closest to where you encountered the fire and began evacuation. If you suffered property damage and were evacuated from a different location, include both. If you were a renter, provide the address of your residence.

- **Question 10.** This question requests general statements of underlying facts relating to harm and is not intended to be exhaustive or preclusive.

- **Question 11.** You are not required to include a claim amount with your proof of claim. Providing a claim amount at this time is optional.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form together with the original. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at
https://restructuring.primeclerk.com/pge.

**Exhibit 5**
**Page 5 of 10**

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. In this instance, PG&E Corporation and Pacific Gas & Electric Company.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the creditor has a claim against the debtors on or before the date of the bankruptcy filing (in these cases, January 29, 2019). The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery**:
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA  95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your Proof of Claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**

**Exhibit 5**
**Page 6 of 10**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　**Debtors.** | **Bankruptcy Case**<br>**No. 19-30088 (DM)**<br><br>**Chapter 11**<br>**(Lead Case)**<br>**(Jointly Administered**) |

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

> **Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | SLC Soda Canyon LLC<br><sub>Name of the current creditor (the person or entity to be paid for this claim)</sub> |
| 2. | **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? _____ |
| 3. | **Are you filing this claim on behalf of your family?**<br>A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family. | ☑ No<br>☐ Yes<br><br>If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:<br><br>_____　　_____<br>_____　　_____<br>_____　　_____<br>_____　　_____ |

| | | | |
|---|---|---|---|
| 4. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Name Dreyer Babich Buccola Wood Campora, LLP<br>Attorney Name (if applicable) Steven M. Campora, Esq.<br>Attorney Bar Number (if applicable) 110909<br>Street Address 20 Bicentennial Circle<br>City Sacramento<br>State California<br>Zip Code 95826<br>Phone Number 916-379-3500<br>Email Address scampora@dbbwc.com / acrowl@dbbwc.com | **Where should payments to the creditor be sent?** (if different)<br><br>Name _____<br>Attorney Name (if applicable) _____<br>Attorney Bar Number (if applicable) _____<br>Street Address _____<br>City _____<br>State _____<br>Zip Code _____<br>Phone Number _____<br>Email Address _____ |

| | | |
|---|---|---|
| 5. | **Does this claim amend one already filed?** | ☑ No  [NOTE: A Proof of Claim was filled out and transmitted to Prime Clerk , which was apparently never processed by Prime Clerk and was, therefore, not assigned a claim number.]<br>☐ Yes. Claim number on court claims registry (if known) _____　　Filed on ___/___/_____<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| 6. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☑ Yes. Who made the earlier filing?　Sean Hoel  [NOTE: Sean Hoel, Manager/Member of SLC Soda Canyon LLC filled out a Proof of Claim, which was signed on October 11, 2019, and sent to the following address: PG&E Corporation Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4850, New York, NY 10163-4850, but apparently it was never processed by Prime Clerk and was, therefore, not assigned a claim number.] |

**Exhibit C**

**Page 28 of 30**

| 7. **What fire is the basis of your claim?**<br><br>Check all that apply. | ☐ Camp Fire (2018)<br>☑ North Bay Fires (2017)<br>☐ Ghost Ship Fire (2016)<br>☐ Butte Fire (2015)<br>☐ Other (please provide date and brief description of fire: _____ |
|---|---|
| 8. **What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?** | Location(s): 2297 Soda Canyon Road, Napa, CA 94558<br><br>NOTE: The Owner of the Property at 2297 Soda Canyon Road, Napa, CA 94558 is SLC Soda Canyon LLC. On October 11, 2019,<br><br>Sean Hoel filled out and transmitted a claim to Prime Clerk for timely filing. That Proof of Claim was apparently not<br><br>processed by Prime Clerk. Mr. Hoel signed that Proof of Claim as member of SLC Soda Canyon LLC. |
| 9. **How were you and/or your family harmed?**<br><br>Check all that apply<br><br>CLAIMANTS DEMAND JURY TRIAL | ☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)<br> ☑ Owner ☐ Renter ☐ Occupant ☐ Other (Please specify): _____<br>☐ Personal Injury<br>☐ Wrongful Death (if checked, please provide the name of the deceased)<br>☐ Business Loss/Interruption<br>☐ Lost wages and earning capacity<br>☐ Loss of community and essential services<br>☐ Agricultural loss<br>☐ Other (Please specify): _____ |
| 10. **What damages are you and/or your family claiming/seeking?**<br><br>Check all that apply | ☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)<br>☐ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)<br>☑ Punitive, exemplary, and statutory damages<br>☑ Attorney's fees and litigation costs<br>☑ Interest<br>☑ Any and all other damages recoverable under California law<br>☐ Other (Please specify): _____ |
| 11. **How much is the claim?** | ☐ $ _____ (optional)<br>☑ Unknown / To be determined at a later date |

**Exhibit 5**
**Page 8 of 10**

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___February 4, 2021___ (mm/dd/yyyy)

*/s/ Steven M. Campora*
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Steven | M. | Campora |
|------|--------|-----|---------|
|  | First name | Middle name | Last name |

| Title | Attorney |
|-------|----------|

| Company | Dreyer Babich Buccola Wood Campora, LLP |
|---------|------------------------------------------|
|  | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 20 | Bicentennial Circle |
|---------|-----|---------------------|
|  | Number | Street |

| | Sacramento | CA | 95826 |
|--|-----------|-----|-------|
|  | City | State | ZIP Code |

| Contact phone | 916-379-3500 | Email | scampora@dbbwc.com / acrowl@dbbwc.com |
|---------------|--------------|-------|----------------------------------------|

# Electronic Proof of Claim_@SXZY27402[[CSLT#4025#CF]]

**Final Audit Report** 2021-02-05

| | |
|---|---|
| Created: | 2021-02-05 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAvlryjqNtViCceYF24Vyz1iYPGrjux4P_ |

## "Electronic Proof of Claim_@SXZY27402[[CSLT#4025#CF]]" History

Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
2021-02-05 - 1:11:26 AM GMT

/s/ Steven M. Campora (scampora@dbbwc.com) uploaded the following supporting documents:
   Attachment
2021-02-05 - 1:31:08 AM GMT

Web Form filled in by /s/ Steven M. Campora (scampora@dbbwc.com)
2021-02-05 - 1:31:08 AM GMT- IP address: 207.231.72.58

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/88.0.4324.146 Safari/537.36)
2021-02-05 - 1:31:11 AM GMT- IP address: 207.231.72.58

Agreement completed.
2021-02-05 - 1:31:11 AM GMT

**Exhibit 5**
**Page 10 of 10**

Prime Clerk

POWERED BY
Adobe Sign