| | |
|---|---|
| 1 | STEVEN M. CAMPORA, SBN 110909 |
| 2 | **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP** |
| 3 | 20 Bicentennial Circle |
| | Sacramento, CA 95826 |
| 4 | Telephone: (916) 379-3500 |
| 5 | Facsimile: (916) 379-3599 |
| 6 | ESTELA O. PINO, SBN 112975 |
| | **PINO & ASSOCIATES** |
| 7 | 1520 Eureka Rd., Suite 101, |
| 8 | Roseville, CA 95661 |
| | Telephone: (916) 641-2288 |
| 9 | Facsimile: (916) 244-0989 |
| 10 | Attorneys for the Creditor, SLC Soda Canyon, LLC |

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

-and-

In re:

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the lead case, No. 19-30088(DM)*

Case Nos. 19-30088 (DM)

Chapter 11

**NOTICE OF ERRATA RE: MOTION PURSUANT TO RULE 9006(b)(1) of THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO ENLARGE TIME TO FILE A PROOF OF CLAIM**

DATE: March 9, 2021
TIME: 10:00 a.m.
PLACE: Courtroom 17
450 Golden Gate Avenue,
16th Floor,
San Francisco, California

JUDGE: Hon. Dennis Montali

OBJECTION DEADLINE: **February 23, 2021** (4:00 P.M. Prevailing Pacific Time)

**RELATED DOCKETS: 10181 AND 10182**

Creditor, SLC Soda Canyon, LLC ("Soda Canyon LLC") does hereby respectfully submits the following Notice of Errata re: Motion Pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure to Enlarge Time to File a Proof of Claim.

**PLEASE NOTE** that on February 9, 2021, Soda Canyon LLC filed a "Motion Pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure to Enlarge Time to File a Proof of Claim" (hereinafter referred to as the "Motion") (Dkt. No. 10181).

**PLEASE FURTHER NOTE** that due to an error, the caption page of the Motion contained the incorrect date for the hearing. The correct hearing date is March 9, 2021, and **not** March 9, 2020, as set forth in the caption of the Motion.

**PLEASE FURTHER NOTE** that due to an error, the caption page of the Notice of Hearing regarding the Motion (Dkt. No. 10182), filed on February 9, 2021, also contained the incorrect date for the hearing. The correct hearing date is March 9, 2021, and **not** March 9, 2020, as set forth in the caption of the Notice of Hearing.

**PLEASE FURTHER NOTE that the Notice of Hearing (Dkt. No. 10182), within the body, correctly states that the hearing will take place on March 9, 2021, at 10:00 A.M. (Prevailing Pacific Time).**

///

///

///

///

///

**PLEASE FURTHER NOTE** that on February 9, 2021, the Declaration of Sean Erik Hoel (Dkt. No. 10183) and Memorandum of Point and Authorities (Dkt. No. 10184) were also filed in support of the Motion, and the captions for both these documents correctly reflect that the hearing will take place on March 9, 2021.

Dated: February 10, 2021          Respectfully submitted,

                                       **PINO & ASSOCIATES**

By: _____
        Estela O. Pino, Attorneys for
        SLC Soda Canyon, LLC.