**FRANTZ LAW GROUP, APLC**
James P. Frantz, Esq., SBN. 87492
Philip C. Aman, Esq., SBN 137831
William P. Harris III, Esq., SBN 123575
M. Regina Bagdasarian, Esq., SBN. 296219
George T. Stiefel III, Esq., SBN. 297611
71 Stevenson Building, Suite 400
San Francisco, CA 94105
Telephone: (415) 282-2928
Facsimile: (619) 525-7672
E-mail:  jpf@frantzlawgroup.com
          regina@frantzlawgroup.com
          gstiefel@frantzlawgroup.com

Counsel for Darlene Gay Hancock

**SULLIVAN HILLREZ & ENGEL**
**A Professional Law Corporation**
James P. Hill, SBN 90478
Gary B. Rudolph, SBN 101921
600 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-4100
Facsimile:  (619) 231-4372
E-mail:  hill@sullivanhill.com;
          rudolph@sullivanhill.com

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT CALIFORNIA OF SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION

-and-

PACIFIC GAS AND ELECTRIC
COMPANY,

□ Affects PG&E Corporation

□ Affects Pacific Gas and Electric
Company

■ Affects both Debtors

) Case No. 19-30088 (DM)
) Chapter 11
) (lead case)
) (jointly administered)
)
)
) **DECLARATION OF DARLENE**
) **GAY HANCOCK IN SUPPORT OF**
) **MOTION TO ALLOW/DEEM**
) **TIMELY LATE FILING OF**
) **PROOF OF CLAIM BY**
) **DARLENE GAY HANCOCK**
)
) Date:  March 24, 2021
) Time: 10:00 a.m.
) Place: Telephonic/Video Appearances
) Only:  United States Bankruptcy Court
)          450 Goldengate Avenue
)          Courtroom 16, 17th Flr
)          San Francisco, CA 94102
) Judge: Hon. Dennis Montali
Objection Deadline:  February 24,
2021(March 1, 2021 if served by
mail—FRBP 9006(f)

I, Darlene Gay Hancock, declare as follows:

1.     I have personal knowledge of the facts set forth in this declaration and, if

called and sworn as a witness, I would be competent to testify to those facts.  I make

1   this declaration in support of the above-captioned motion ("Motion").

2       2.      My husband, Gene, and I moved to Paradise, California ("Paradise") in

3   1969.  We built our lives in Paradise, raising our children to adulthood, and then

4   helped raise our grandchildren in Paradise.  Paradise was home to three generations of

5   our family.

6       3.      In 2017, the year before the Camp Fire, Gene died suddenly.  We had

7   been married 50 years.  Gene had been my "rock".  He was, by all measures, an astute

8   businessman.   He managed all of our finances - saving money for retirement,

9   investing wisely, collecting the rent from the four small rental units we owned, paying

10  mortgages, and maintaining our bank accounts.

11      4.      Shortly after Gene died, I fell into a deep depression and developed

12  severe inflammatory bowel disease (IBD), which my doctors determined was

13  exacerbated by the stress of my husband's death.  The IBD kept me housebound and

14  incapacitated for over six months.

15      5.      I was still grieving the loss of my husband and working to recover from

16  the depression, while at the same time recovering from the IBD when the Camp Fire

17  roared through Paradise on November 8, 2018.  I was forced to flee the home that

18  Gene and I had built together and I watched our house and community burn, literally,

19  in my rearview mirror.

20      6.      In the months following the fire, I fell into an even deeper depression,

21  suffering what my friends and family describe as a "mental breakdown."  The IBD

22  had returned – worse than ever before.  I was again housebound, unable to leave the

23  small home I had purchased with the homeowner's insurance proceeds.  My adult

24  daughter, who lived with me and who also lost her home in the Camp Fire, cared for

25  me the best she could, but she too was suffering from the devastation.  My other

26  / / /

27  / / /

28  / / /

1   children and grandchildren brought me food and provided what care they could, but

2   they too were struggling and had lost their homes, livelihoods and community in the

3   Camp Fire.

4        7.      It took me more than a year to come to grips with the loss of the "love of

5   my life", my husband of 50 years, and the loss of all my worldly possessions

6   accumulated over a lifetime.  In a matter of eighteen months, I had lost my husband,

7   my home, my community, and my health.  Prior to this, I had been healthy – vibrant,

8   and had never suffered from depression.  I had always seen myself as a survivor who

9   gets back up and carried on.  Within the last few months, I have begun to start

10  recovering from the depression, IBD and PTSD and am only now beginning to mend.

11       8.      Compounding my tardiness in bringing this claim is my "computer

12  illiteracy".  (I have barely been able to navigate a cellular telephone.)

13       9.      All of the factors mentioned above, combined with the loss of my

14  husband, and then losing my home and life possessions in the fire, led to physical and

15  mental/emotional debilitation that prevented me from timely filing a proof of claim.

16       I declare under penalty of perjury under the laws of the United States of

17  America that the foregoing is true and correct. Executed on February _2_, 2021.

18

19                                             _Darlene H Hancock_
                                               Darlene Gay Hancock
20

21

22

23

24

25

26

27

28

416292-v1                                        - 3 -