**FRANTZ LAW GROUP, APLC**
James P. Frantz, Esq., SBN. 87492
Philip C. Aman, Esq., SBN 137831
William P. Harris III, Esq., SBN 123575
M. Regina Bagdasarian, Esq., SBN. 296219
George T. Stiefel III, Esq., SBN. 297611
71 Stevenson Building, Suite 400
San Francisco, CA 94105
Telephone: (415) 282-2928
Facsimile: (619) 525-7672
E-mail: jpf@frantzlawgroup.com
regina@frantzlawgroup.com
gstiefel@frantzlawgroup.com

**SULLIVAN HILL REZ & ENGEL**
**A Professional Law Corporation**
James P. Hill, SBN 90478
Gary B. Rudolph, SBN 101921
600 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-4100
Facsimile: (619) 231-4372
E-mail: hill@sullivanhill.com;
rudolph@sullivanhill.com

Counsel for Darlene Gay Hancock

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT CALIFORNIA OF SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors | Case No. 19-30088 (DM)<br>Chapter 11<br>(lead case)<br>(jointly administered)<br><br>**NOTICE OF HEARING ON MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY DARLENE GAY HANCOCK**<br><br>Date: March 24, 2021<br>Time: 10:00 a.m.<br>Place: Telephonic/Video Appearances Only: United States Bankruptcy Court<br>450 Goldengate Avenue<br>Courtroom 16, 17th Floor<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br>Objection Deadline: February 24, 2021 (March 1, 2021 if service was by mail-FRBP 9006(f)) |

/ / /

/ / /

/ / /

/ / /

1     **PLEASE TAKE NOTICE,** that the Bankruptcy Court will hear and consider the Motion to Allow/Deem Timely Late Filing of Proof of Claim By Darlene Gay Hancock pursuant to Federal Rules of Bankruptcy Procedure 9006(b)(1) and Local Bankruptcy Rule 9006(a)("Motion") on March 24, 2021, at 10:00 a.m. Pacific Standard Time via video conferencing or telephonic appearance. No in person appearance is required or allowed.

    All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about the Court's operations during the COVID 19 pandemic. The Bankruptcy Court's website provides information about how to arrange telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling (888) 821-7606 or by using the live chat feature on the Bankruptcy Court's website.

    **PLEASE TAKE FURTHER NOTICE,** that the last day to object to the motion is February 24. 2021 except if you were served by mail, the last day is March 1, 2021 per FRBP 9006(f).

    **PLEASE TAKE FURTHER NOTICE,** that copies of the Motion can be viewed and obtained:

    1.)     By accessing the Court's website at http://www.canb.uscourts.gov

    2.)     By contacting the Office of the Clerk of the Court at 450 Goldengate Avenue, San Francisco, CA 94102, or

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3.) From the Debtor's Notice and Claims Agent, Prime Clerk LLC at http://restructuring.primeclerk.com/PGE or by calling (844) 339-4217 (toll free) for U.S. based parties; or (929) 333-8977; for International parties or by mail at PGInfo@primeclerk.com. Please note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 10, 2021     **FRANTZ LAW GROUP, APLC**

By: */s/ James P. Frantz*
James P. Frantz, Esq.
M. Regina Bagdasarian, Esq.
George T. Stiefel III, Esq.
Counsel for Darlene Gay Hancock

Dated: February 10, 2021     SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: */s/ James P. Hill*
James P. Hill
Gary B. Rudolph
Counsel for Darlene Gay Hancock