**FRANTZ LAW GROUP, APLC**
James P. Frantz, Esq., SBN. 87492
Philip C. Aman, Esq., SBN 137831
William P. Harris III, Esq., SBN 123575
M. Regina Bagdasarian, Esq., SBN. 296219
George T. Stiefel III, Esq., SBN. 297611
71 Stevenson Building, Suite 400
San Francisco, CA 94105
Telephone: (415) 282-2928
Facsimile: (619) 525-7672
E-mail: jpf@frantzlawgroup.com
regina@frantzlawgroup.com
gstiefel@frantzlawgroup.com

**SULLIVAN HILL REZ & ENGEL**
**A Professional Law Corporation**
James P. Hill, SBN 90478
Gary B. Rudolph, SBN 101921
600 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-4100
Facsimile: (619) 231-4372
E-mail: hill@sullivanhill.com;
rudolph@sullivanhill.com

Counsel for Darlene Gay Hancock

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT CALIFORNIA OF SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors | Case No. 19-30088 (DM)<br>Chapter 11<br>(lead case)<br>(jointly administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: March 24, 2021<br>Time: 10:00 a.m.<br>Place: Telephonic/Video Appearances Only: United States Bankruptcy Court<br>450 Goldengate Avenue<br>Courtroom 16, 17th Floor<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br>Objection Deadline: February 24, 2021 (March 1, 2021 if served by mail- FRBP9006(f) |

I, <u>Laurel Dinkins</u>, do declare and state as follows:

1. I am employed in San Diego County in the State of California. I am over the age of 18 and not a party to this action. My business address is 600 B Street, San Diego, California 92101.

2. I certify that on February 10, 2021, I caused a true and correct copy of each of the following documents to be served on the Service List attached hereto as Exhibit A:

- **MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY DARLENE GAY HANCOCK, MEMORANDUM OF POINTS AND AUTHORITIES;**

- **DECLARATION OF DARLENE GAY HANCOCK IN SUPPORT OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY DARLENE GAY HANCOCK; and**

- **NOTICE OF HEARING**

4. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that the parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon to witness, I could and would testify competently thereto. Executed on February 10, 2021, at San Diego California.

/s/ Laurel Leigh Dinkins
Laurel Leigh Dinkins

## Exhibit A

| COUNSEL | SERVED ON |
|---|---|
| The Debtors<br>c/o PG&E Corporation and Pacific Gas and Electric Company | (Via Mail) 77 Beale Street<br>P.O. Box 770000 San Francisco, CA 94105<br>Attn: Janet Loduca, Esq. |
| Stephen Karotkin<br>Jessia Liou<br>Matthew Goren<br>**Weil, Gotshal & Manges LLP**<br>Counsel for *Debtors* | stephen.karotkin@weil.com;<br>jessica.liou@weil.com;<br>matthew.goren@weil.com; |
| Paul H. Zumbro<br>Kevin J. Orsini<br>George E. Zobitz<br>Stephen M. Kessing<br>Nicholas A. Dorsey<br>Omid H. Nasab<br>**Cravath, Swaine & Moore LLP**<br>Special Counsel to *Debtors* | pzumbro@cravath.com;<br>korsini@cravath.com;<br>jzobitz@cravath.com;<br>skessing@cravath.com;<br>ndorsey@cravath.com;<br>onasab@cravath.com; |
| Tobias Keller<br>Jane Kim<br>**Keller Benvenutti Kim LLP**<br>Counsel to *Debtors* | tkeller@kbkllp.com;<br>jkim@kbkllp.com; |
| James L. Snyder<br>Timothy Lafreddi<br>Marta E. Villacorta<br>**Office of the United States Trustee** | james.l.snyder@usdoj.gov;<br>timothy.s.laffredi@usdoj.gov;<br>marta.villacorta@usdoj.gov; |
| Joel S. Miliband<br>David J. Molton<br>**Brown Rudnick LLP**<br>Attorneys for *Trustee and Claims Administrator* | JMiliband@brownrudnick.com;<br>DMolton@brownrudnick.com; |
|  |  |

DOCUMENT PREPARED ON RECYCLED PAPER

| COUNSEL | SERVED ON |
|---|---|
| Anita Ghosh Naber<br>**U.S. Nuclear Regulatory Commission** | Anita.ghoshnaber@nrc.gov |
| Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Frank A. Merola<br>**Stroock & Stroock & Lavan LLP**<br>Counsel for the *Administrative Agent Under the Debtors' Debtor-in-Possession Financing Facility* | khansen@stroock.com;<br>egilad@stroock.com;<br>mgarofalo@stroock.com;<br>fmerola@stroock.com; |
| Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>**Davis Polk & Wardwell LLP**<br>Counsel for the *Collateral Agent Under the Debtors' Debtor-in-Possession Financing Facility* | eli.vonnegut@davispolk.com;<br>david.schiff@davispolk.com;<br>timothy.graulich@davispolk.com; |
| Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>Counsel for *the California Public Utilities Commission* | akornberg@paulweiss.com;<br>bhermann@paulweiss.com;<br>wrieman@paulweiss.com;<br>smitchell@paulweiss.com;<br>ndonnelly@paulweiss.com; |
| Dennis F. Dunne<br>Samuel A. Khalil<br>Gregory A. Bray<br>Thomas R. Kreller<br>Alan J. Stone Samir Vora<br>**Milbank LLP**<br>Counsel for the *Official Committee of Unsecured Creditors* | ddunne@milbank.com;<br>skhalil@milbank.com;<br>gbray@milbank.com;<br>tkreller@milbank.com;<br>astone@milbank.com;<br>svora@milbank.com; |

| COUNSEL | SERVED ON |
|---|---|
| Robert A. Julian<br>Cecily A. Dumas<br>Eric E. Sagerman<br>David J. Richardson<br>Lauren T. Attard<br>**Baker & Hostetler LLP**<br>Counsel for *Official Committee of Tort Claimants* | rjulian@bakerlaw.com;<br>cdumas@bakerlaw.com;<br>esagerman@bakerlaw.com;<br>drichardson@bakerlaw.com;<br>lattard@bakerlaw.com; |
| Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>Daniel I. Forman<br>**Willkie Farr & Gallagher LLP**<br>Counsel for the *Ad Hoc Group of Subrogation Claimholders* | mfeldman@willkie.com;<br>jminias@willkie.com;<br>bmccallen@willkie.com;<br>dforman@willkie.com; |
| Kathryn S. Diemer<br>**Diemer & Wei, LLP**<br>Counsel for the *Ad Hoc Group of Subrogation Claimholders* | kdiemer@diemerwei.com; |
| Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>**Jones Day**<br>Counsel for the *Shareholder Proponents* | bbennett@jonesday.com;<br>jmester@jonesday.com;<br>jjohnston@jonesday.com; |
| Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter<br>Abid Qureshi<br>Ashley Vinson Crawford<br>**Akin Gump Strauss Hauer & Feld LLP**<br>Counsel for the *Ad Hoc Committee of Senior Unsecured Noteholders* | mstamer@akingump.com;<br>idizengoff@akingump.com;<br>dbotter@akingump.com;<br>aqureshi@akingump.com;<br>avcrawford@akingump.com; |

DOCUMENT PREPARED ON RECYCLED PAPER

| COUNSEL | SERVED ON |
|---|---|
| Matthew J. Troy<br>Danielle A. Pham<br>**U.S. Department of Justice** | Matthew.Troy@usdoj.gov;<br>danielle.pham@usdoj.gov; |
| Paul Pascuzzi<br>**Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP**<br>Counsel for the *Office of the California Attorney General* | ppascuzzi@ffwplaw.com; |
| Xavier Becerra, Attorney General of California<br>Margarita Padilla<br>Danette Valdez<br>Counsel for the *Office of the California Attorney General* | Margarita.Padilla@doj.ca.gov;<br>Danette.Valdez@doj.ca.gov; |
| Benjamin Mintz<br>Brian J. Lohan<br>**Arnold Porter Kaye Scholer LLP**<br>Counsel for *AT&T Corporation* | Benjamin.Mintz@arnoldporter.com;<br>Brian.Lohan@arnoldporter.com; |
| David E. Weiss<br>Peter Munoz<br>**Reed Smith LLP**<br>Counsel for *Certain Fire Victim Creditors* | DWeiss@ReedSmith.com;<br>PMunoz@ReedSmith.com; |
| Craig Goldblatt<br>Lauren Lifland<br>Allyson Pierce<br>**Wilmer Cutler Pickering Hale and Dorr LLP** Counsel for *COMCAST* | craig.goldblatt@wilmerhale.com;<br>lauren.lifland@wilmerhale.com<br>allyson.pierce@wilmerhale.com |

DOCUMENT PREPARED ON RECYCLED PAPER