# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Jean-Christophe Gache, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On February 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail to Tyisha Jefferson, 1375 Quail Valley Run, Oakley, CA 94561:

- Order Vacating Disallowance of Proof of Claim #599 and Setting Hearing on Tyisha Jefferson's Response to Debtors' Fortieth Omnibus Claim Objection [Docket No. 10073]

3.      I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 4th day of February 2021, at New York, NY.

*/s/ Jean-Christophe Gache*

Jean-Christophe Gache

SRF 50636