UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                         Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be Customized to include the name and address of the party, to be served via first class mail on Volta Community Services District (MMLD#6127432), Johnny A. Leonard, P.O. Box 2406, Los Banos, CA, 93635:

- Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims) [Docket No. 9455]

3. On February 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be Customized to include the name and address of the party, to be served via first class mail on Janet L. Monelo (MMLID#7332722), 2400 Nez Perce Trl., Edmond, OK, 73003-1178:

- Reorganized Debtors' Forty-Eighth Omnibus Objection to Claims (Untimely Customer No Liability Claims) [Docket No. 9708]

4. On February 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Fifty-Third Omnibus Objection to be Customized to include the name and address of the party, to be served via first class mail on Starch Concrete, Inc. (MMLID#7263415), Eli Underwood, Krogh & Decker, 555 Capitol Mall, Suite 700, Sacramento, CA, 95814:

- Reorganized Debtors' Fifty-Third Omnibus Objection to Claims (No Liability Subcontractor Claims) [Docket No. 9895]

5. On February 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Fifty-Fourth Omnibus Objection to be Customized to include the name and address of the party, to be served via first class mail on Burlington Northern Santa Fe Railwa (MMLID#6014042), 2650 Lou Menk Drive, Fort Worth, TX, 76131:

- Reorganized Debtors' Fifty-Fourth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 9899]

6. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

7. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 12th day of February 2021, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso