UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Jean-Christophe Gache, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 9, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the DN 10174 Notice Parties Service List attached hereto as **Exhibit A**:

- Order Disallowing and Expunging Claim Nos. 67787 (Arlington Wind Power Project LLC) and 67086 (Rising Tree Wind Farm II LLC) Pursuant to Reorganized Debtors' Fifteenth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 10174]

3. On February 9, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the DN 10175 Notice Parties Service List attached hereto as **Exhibit B**:

- Order Disallowing and Expunging Claim No. 53844 (Burney Forest Products) Pursuant to Reorganized Debtors' Nineteenth Omnibus Objection to Claims (Duplicative Claims) [Docket No. 10175]

4. On February 9, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served on Fair Harbor Capital, LLC as Transferee of Barrier1 Systems Inc, Ansonia Finance Station, Attn: Fredric Glass, PO Box 237037, New York, NY 10023, fred.glass@fairharborcapital.com:

- Order Disallowing and Expunging Claim No. 92183738 (Fair Harbor Capital, LLC as Transferee of Barrier1 Systems Inc.) Pursuant to Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 10176]

5. On February 9, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the DN 10177 Notice Parties Service List attached hereto as **Exhibit C**:

- Order Allowing in a Reduced Amount Claim No. 2255 (Burney Forest Products) Pursuant to Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims) [Docket No. 10177]

6. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

7. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 12th day of February 2021, at New York, NY.

*/s/ Jean-Christophe Gache*
Jean-Christophe Gache

# Exhibit A

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Arlington Wind Power Project LLC | c/o EDP Renewables North America LLC | Attn: Leslie A. Freiman & Randy Sawyer | 808 Travis Street, Suite 700 | Houston | TX | 77002 | Randy.Sawyer@edpr.com; steve.irvin@edpr.com | First Class Mail and Email |
| Counsel for Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | | | | | | | dfelder@orrick.com | Email |
| Rising Tree Wind Farm II LLC | c/o EDP Renewables North America LLC | Attn: Leslie A. Freiman & Randy Sawyer | 808 Travis Street, Suite 700 | Houston | TX | 77022 | Randy.Sawyer@edpr.com | First Class Mail and Email |

# **Exhibit B**

# Exhibit B
## DN 10175 Notice Parties Service List
### Served as set forth below

| NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|
| Burney Forest Products, A Joint Venture | 35586-B Hwy 299 East | Burney | CA | 96013 | jchristian@olympuspower.com; kstrauch@burneyforestpower.com | First Class Mail and Email |
| Counsel for Burney Forest Products | | | | | toddschwartz@paulhastings.com | Email |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

# **Exhibit C**

Exhibit C
DN 10177 Notice Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Burney Forest Products, A Joint Venture | Burney Forest Products | Mr. Kraig Strauch | 35586-B Hwy 299 East | Burney | CA | 96013 | jchristian@olympuspower.com; kstrauch@burneyforestpower.com | First Class Mail and Email |
| Counsel for Burney Forest Products | | | | | | | toddschwartz@paulhastings.com | Email |