DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
JOSEPH K. LITTLE (Bar No. 322179)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Donald G. Rogers

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**WITHDRAWAL OF PROOF OF CLAIM BY DONALD G. ROGERS (CLAIM NO. 106936)** |

Pursuant to the Federal Rules of Bankruptcy Procedure, Rule 3006, DONALD G. ROGERS, by and through his undersigned counsel, hereby respectfully withdraws his proof of claim number 106936. The reason for the withdrawal is that the proof of claim purports to amend a claim belonging to Donald G. Rogers' trust. A new proof of claim for Donald G. Rogers will be field in place of claim number 106936.

DATED: February 16, 2021

DOWNEY BRAND LLP

By: ___/s/ Jamie P. Dreher___
JAMIE P. DREHER
Attorneys for Donald G. Rogers