DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:    916.444.2100

Attorneys for DONALD D. ROGERS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br><br>    Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects Both Debtors,<br><br>*All papers shall be filed in the Lead Case No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br><br>**PROOF OF SERVICE**<br><br>Date:         March 9, 2021<br>Crtrm.:      Courtroom 17<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Judge:      Hon. Dennis Montali<br><br>Objection deadline:       March 2, 2021<br>                              4:00 p.m. (Pacific Time) |

    At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

    On February 16, 2021, I served true copies of the following document(s) described as

- **MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR DONALD D. ROGERS TO FILE PROOF OF CLAIM**

- **NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR DONALD D. ROGERS TO FILE PROOF OF CLAIM**

- **WITHDRAWAL OF PROOF OF CLAIM BY DONALD G. ROGERS (CLAIM**

NO. 106936)

- **DECLARATION OF ERIC RATINOFF IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR DONALD D. ROGERS TO FILE PROOF OF CLAIM**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mfrazier@downeybrand.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 16, 2021, at Sacramento, California.

_____
Marci Frazier

# SERVICE LIST

| **Attorneys for Debtors** | **Attorneys for Debtors** |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | KELLER BENVENUTTI KIM LLP |
| Stephen Karotkin | Tobias S. Keller |
| Jessica Liou | Jane Kim |
| Matthew Goren | tkeller@kbkllp.com |
| Tom Schinckel | jkim@kbkllc.com |
| Stephen.karotkin@weil.com | |
| Jessica.liou@weil.com | |
| Matthew.goren@weil.com | |
| Tom.shinckel@weil.com | |

| **Attorneys for Shareholder Proponents** | **Counsel for Administrative Agent under Debtors' DIP Financing Facility** |
|---|---|
| JONES DAY | STROOCK & STROOCK & LAVAN LLP |
| Bruce S. Bennett | Frank A. Merola |
| Joshua M. Mester | khansen@stroock.com |
| James O. Johnston | egilad@stroock.com |
| bbennett@jonesday.com | mgarofalo@stroock.com |
| jmester@jonesday.com | fmerola@stroock.com |
| jjohnston@jonesday.com | |

| **Counsel for collateral agent under Debtors' DIP Financing Facility** | **Counsel to the California Public Utilities Commission** |
|---|---|
| DAVIS POLK & WARDELL LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Eli J. Vonnegut | Alan W. Kornberg |
| David Schiff | Brian Hermann |
| Timothy Graulich | Walter Rieman |
| eli.vonnegut@davispolk.com | akornberg@paulweiss.com |
| david.schiff@davispolk.com | bhermann@paulweiss.com |
| timothy.graulich@davispolk.com | wrieman@paulweiss.com |
| | smitchell@paulweiss.com |
| | ndonnelly@paulweiss.com |

| | | |
|---|---|---|
| 1 | **Office of the U.S. Trustee for Region 17** | **U.S. Nuclear Regulatory Commission** |
| | James Snyder | Anita Ghosh Naber |
| 2 | Timothy Laffredi | anita.ghoshnaber@nrc.gov |
| 3 | James.L.Snyder@usdoj.gov | |
| | timothy.s.laffredi@usdoj.gov | |
| 4 | Marta.Villacorta@usdoj.gov | |
| 5 | | |
| 6 | **Counsel for U.S. on behalf of Federal Energy Regulatory Commission** | **Counsel for Unsecured Creditors Committee** |
| 7 | U.S. Department of Justice | MILBANK LLP |
| | 1101 L Street, NW, Room 7106 | Dennis F. Dunne |
| 8 | Washington, DC 20005 | Sam Khalil |
| | Danielle Pham | ddunne@milbank.com |
| 9 | danielle.pham@usdoj.gov | skhalil@milbank.com |
| | | Gbray@milbank.com |
| 10 | | TKreller@milbank.com |
| | | astone@milbank.com |
| 11 | | svora@milbank.com |
| 12 | | |
| 13 | **Counsel for PG&E Shareholders** | **Counsel for Tort Claimants Committee** |
| | JONES DAY | BAKER & HOSTETLER LLP |
| 14 | Bruce Bennett | Eric Sagerman |
| | Joshua Mester | Cicily Dumas |
| 15 | James Johnson | 11601 Wilshire Boulevard, Suite 1400 |
| 16 | bbennett@jonesday.com | Los Angeles, CA 90025-0509 |
| | jmester@jonesday.com | esagerman@bakerlaw.com |
| 17 | jjohnston@jonesday.com | cdumas@bakerlaw.com |
| 18 | | |
| 19 | **Co-Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company** | **Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company** |
| 20 | BRAUNHAGEY & BORDEN LLP | Ashley Vinson Crawford |
| 21 | J. Noah Hagey | AKIN GUMP STRAUSS HAUER & FELD |
| | Jeffrey Theodore | avcrawford@akingump.com |
| 22 | David Kwasniewski | |
| 23 | Andrew Levine | |
| | hagey@braunhagey.com | |
| 24 | theodore@braunhagey.com | |
| | kwasniewski@braunhagey.com | |
| 25 | levine@braunhagey.com | |
| 26 | | |
| 27 | | |
| 28 | | |

DOWNEY BRAND LLP

| | |
|---|---|
| **Counsel for Ad Hoc Group of Subrogation Claim Holders** | **Counsel for Ad Hoc Group of Subrogation Claim Holders** |
| Kathryn Diemer | WILKIE FARR & GALLAGHER LLP |
| Alexander Lewicki | Matthew Feldman |
| DIEMER & WEIL LLP | Joseph Minias |
| kdiemer@diemerwei.com | Daniel Forman |
| alewicki@diemerwei.com | Benjamin McCallen |
| | Antonio Yanez |
| | Erica Kerman |
| | Jonathan Waisnor |
| | Matthew Freimuth |
| | mfeldman@willkie.com |
| | jminias@willkie.com |
| | dforman@willkie.com |
| | bmccallen@willkie.com |
| | ayanez@willkie.com |
| | ekerman@willkie.com |
| | jwaisnor@willkie.com |
| | mfreimuth@willkie.com |

DOWNEY BRAND LLP

1695025v1