Signed and Filed: February 17, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER GRANTING IN PART AND DENYING IN PART PERA'S MOTION PURSUANT TO BANKRUPTCY CODE SECTION 503(b) FOR ALLOWANCE AND PAYMENT OF FEES OWED TO MICHELSON LAW GROUP**

On December 15, 2020, this court held a hearing on the motion (dkt. 8950) by the Public Employees Retirement Association of New Mexico ("PERA") for allowance and payment of the fees and expenses of three law firms representing it in this bankruptcy case, including Michelson Law Group ("Michelson").

-1-

For the reasons set forth in the *Memorandum Decision on Securities Lead Plaintiff's Motion for Allowance and Payment of Fees and Expenses Pursuant to Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4)* issued contemporaneously with this order, the court hereby GRANTS the motion in part, awarding Michelson a total of $55,468 in fees and $976.38 in expenses. The court DENIES the request for the balance of Michelson's fees and expenses.

**\*\*\*END OF ORDER\*\*\***