KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **REORGANIZED DEBTORS' REPORT ON RESOLUTION OF OMNIBUS OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS** <br><br> **[Re: Dkt. Nos. 9076, 9272, 9275, and 9888]** <br><br> **Resolving Objections Set for Hearing February 24, 2021 and March 9, 2021 at 10:00 a.m. (Pacific Time)** |

## REPORT ON RESOLUTION OF CERTAIN CLAIMS

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the resolution of the *Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9076] (the "**Sixteenth Omnibus Objection**"); the *Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims)* [Dkt. No. 9272] (the "**Twenty-First Omnibus Objection**"); the *Reorganized Debtors' Twenty-Second Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9275] (the "**Twenty-First Omnibus Objection**"); and the *Reorganized Debtors' Fifty-First Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9888] (the "**Fifty-First Omnibus Objection**").

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Sixteenth Omnibus Objection** | | | |
| Informal | Vendor Recovery Fund | 92185960 | The Sixteenth Omnibus objection is WITHDRAWN with respect to this Claim. |
| **Twenty-First Omnibus Objection** | | | |
| Informal | Aramark Refreshment Services, LLC | 3582 | The Claimant has not opposed the Twenty-First Omnibus Objection. Accordingly, the Twenty-First Omnibus Objection is SUSTAINED with respect to this Claim. |
| **Twenty-Second Omnibus Objection** | | | |
| Informal | McMaster-Carr Supply Co. | 2362 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Second Omnibus Objection. |
| **Fifty-First Omnibus Objection** | | | |
| 10022 | Paso Robles Multifamily LLC | 97691 | The Fifty-First Omnibus Objection is |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | WITHDRAWN with respect to this Claim. |

### **DECLARATION REGARDING RESOLUTION OF CLAIMS**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. The foregoing resolution of certain Claims is true and correct to the best of my knowledge, information, and belief.

3. This declaration was executed in San Francisco, California.

Dated: February 18, 2021                        **KELLER BENVENUTTI KIM LLP**

                                                     By: /s/ *Dara L. Silveira*
                                                               Dara L. Silveira

                                         *Attorneys for Debtors and Reorganized Debtors*