| | |
|---|---|
| 1 | MATTHEW W. GRIMSHAW, SBN 210424 |
| | GRIMSHAW LAW GROUP, P.C. |
| 2 | 130 Newport Center Drive, Ste. 140 |
| | Newport Beach, California 92660 |
| 3 | Tel: (949) 734-0187 |
| | Email: matt@grimshawlawgroup.com |
| 4 | |
| | BILL ROBINS III, SBN 296101 |
| 5 | ROBERT T. BRYSON, SBN 156953 |
| | KEVIN POLLACK, SBN 272786 |
| 6 | ROBINS CLOUD LLP |
| | 808 Wilshire Blvd., Ste. 450 |
| 7 | Santa Monica, CA 90401 |
| | Tel:  (310) 929-4200 |
| 8 | Email:   rbryson@robinscloud.com |
| 9 | Attorneys for Robert Michael Mondavi, Jr., |
| | individually and as *guardian ad litem* for RMM |
| 10 | and RARM; and Lydia Abernathy Mondavi |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 19-30088 (DM) |
| | ) | |
| PG&E CORPORATION, | ) | Chapter 11 |
| | ) | |
| and | ) | (Lead Case–Jointly Administered) |
| | ) | |
| PACIFIC GAS AND ELECTRIC COMPANY | ) | **Declaration of Kevin M. Pollack in Support of** |
| | ) | **Motion to Amend Proof of Claim No. 28994** |
| Debtors | ) | **Filed by Robert O'Brien, or Alternatively, for** |
| | ) | **the Allowance of a Late-Filed Claim** |
| Affects: | ) | |
| | ) | Date:   March 9, 2021 |
| ☐ PG&E Corporation | ) | Time:   10:00 a.m. (Pacific) |
| ☐ Pacific Gas & Electric Company | ) | Place:   Telephonic/Video Appearance Only |
| ☒ Both Debtors | ) |           United States Bankruptcy |
| | ) |           Courtroom 17, |
| * All papers shall be filed in the Lead Case, | ) |           450 Golden Gate Ave.,16th Floor |
| No. 19-30088 (DM). | ) |           San Francisco, CA 94102 |
| | ) | |
| | ) | Objection Deadline: March 2, 2021 |
| | ) | |

/ / /

**Declaration of Kevin M. Pollack**

I, Kevin M. Pollack, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. I am an attorney at law duly admitted to practice before all courts of the State of California, in addition to the United States District Court for the Northern District of California.

3. I am an attorney with the law firm of Robins Cloud LP (the "Firm"), attorneys for Robert Michael Mondavi, Jr. ("Mr. Mondavi") individually and as *guardian ad litem* for his two minor children, RMM and RARM, and Lydia Abernathy Mondavi (collectively, "Movants"). Movants retained the Firm to represent them in connection with damages resulting from the 2017 North Bay Fire ("Fire").

4. The facts set forth below are true and within the scope of my personal knowledge, and if called upon to do so I could and would testify competently to these facts.

5. On December 27, 2019, the Firm filed Proof of Claim No. 91790 on behalf of Mr. Mondavi ("Claim"), a true and correct copy of which is attached hereto as Exhibit 1 and incorporated by this reference.

6. The Claim was prepared and filed under my supervision and states, among other things, that Mr. Mondavi suffered harm when the Fire forced Movants to evacuate their home where Movants resided ("Home") as well as the harm done to Mr. Mondavi's winery.

7. Due to an oversight by the Firm, the Claim omitted averments for the damages suffered by Lydia Abernathy Mondavi—Mr. Mondavi's wife, and their two minor children—RMM and RARM (collectively, "Additional Claimants").

8. Unfortunately, I failed to notice the omission of the Additional Claimants' damages when I reviewed the Claim before it was filed, as did others in the Firm. It was not until February 2021 that the Firm's mistake was discovered.

9. Movants seek to amend the Claim to include, among other things, the damages suffered by the Additional Claimants.

10. The sole purpose of the requested amendment is to fix the Firm's error and ensure that Movants are fully compensated for the panoply of injuries that they suffered as a result of Debtors'

actions.

11. This is Movants' first request to the amend Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2021

_____
KEVIN M. POLLACK

**EXHIBIT 1**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| In re:<br>　　PG&E CORPORATION,<br>　　- and -<br>　　PACIFIC GAS AND ELECTRIC COMPANY,<br>　　　　　　　　　　Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
|---|---|

# Proof of Claim (Fire Claim Related)

Read the instructions before filing this claim form. This form is for tort claimants who have a claim against the Debtors (i.e. PG&E Corporation and Pacific Gas and Electric Company) that arose prior to the Debtors filing for bankruptcy (i.e. prior to January 29, 2019) and that arose from, or relates to, a fire.

**Do not use this form for non-fire claims. Non-fire tort claimants should use Form 410.**

Do NOT file a fraudulent claim. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Please type or print in the spaces below. Do NOT use red ink or pencil.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
ROBERT MONDAVI
Name of the current creditor (the person or entity to be paid for this claim)

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Are you filing this claim on behalf of your family?**
☑ No
☐ Yes

A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family.

If you checked "Yes", please provide the full name of each family member that you are filing on behalf of:

**4. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Name: ROBERT MONDAVI
Attorney Name (if applicable): Bill Robins III
Attorney Bar Number (if applicable): 296101
Street Address: 808 Wilshire Blvd., Ste. 450
City: Santa Monica
State: CA
Zip Code: 90401
Phone Number: 3109294200
Email Address: rbryson@robinscloud.com

Where should payments to the creditor be sent? (if different)
Name: _____
Attorney Name (if applicable): _____
Attorney Bar Number (if applicable): _____
Street Address: _____
City: _____
State: _____
Zip Code: _____
Phone Number: _____
Email Address: _____

**5. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____ MM/DD/YYYY

**6. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

| | | |
|---|---|---|
| **Part 2:** | **Give Information About the Claim as of the Date this Claim Form is Filed** | |
| 7. | **What fire is the basis of your claim?**<br><br>Check all that apply. | ☐ Camp Fire (2018)<br>☑ North Bay Fires (2017)<br>☐ Ghost Ship Fire (2016)<br>☐ Butte Fire (2015)<br>☐ Other (please provide date and brief description of fire: _____ |
| 8. | **What are the loss location(s) where you and/or your family suffered harm? (e.g. home or business address, place of injury, place from which you were evacuated, if different.?** | Location(s): |
| 9. | **How were you and/or your family harmed?**<br><br>Check all that apply | ☑ Property Damage (homes, structures, personal property, land, trees, landscaping, and all other property damage)<br>    ☑ Owner ☐ Renter ☐ Occupant ☐ Other (Please specify): _____<br>☑ Personal Injury<br>☐ Wrongful Death (if checked, please provide the name of the deceased) _____<br>☑ Business Loss/Interruption<br>☑ Lost wages and earning capacity<br>☑ Loss of community and essential services<br>☑ Agricultural loss<br>☐ Other (Please specify): _____ |
| 10. | **What damages are you and/or your family claiming/seeking?**<br><br>Check all that apply | ☑ Economic damages (including replacement cost of damaged property, diminution in value, loss of use, lost inventory, lost profits, and other economic damage)<br>☑ Non-economic damages (including loss of society and support, loss of consortium, pain and suffering, emotional distress, annoyance and discomfort, and other non-economic damage)<br>☑ Punitive, exemplary, and statutory damages<br>☑ Attorney's fees and litigation costs<br>☑ Interest<br>☑ Any and all other damages recoverable under California law<br>☐ Other (Please specify): _____ |
| 11. | **How much is the claim?** | ☐ $_____ (optional)<br>☑ Unknown / To be determined at a later date |

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** *Bill Robins III*
Bill Robins III (Dec 27, 2019)

**Email:** rbryson@robinscloud.com

Signature

**Print the name of the person who is completing and signing this claim:**

Name: Bill Robins III
First name / Middle name / Last name

Title: Attorney at Law

Company: Robins Cloud LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 808 Wilshire Blvd., Ste. 450
Number / Street
Santa Monica / CA / 90401
City / State / ZIP Code

Contact phone: 3109294200   Email: rbryson@robinscloud.com

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☐ I have supporting documentation.
   (attach below)

☒ I do **not** have supporting documentation.

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Proof of Claim (Fire Claim Related)

United States Bankruptcy Court

You may have a claim against the Debtors for monetary loss, personal injury (including death), or other asserted damages arising out of or related to a fire. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the chapter 11 process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date this claim form is filed.**
- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.
- **For a minor child, fill in only the child's initials and the full name of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent*). See Bankruptcy Rule 9037.
- **You may but are not required to attach supporting documents to this form.**
  Supporting documents will be gathered, maintained, and provided at a later date as instructed by the Court. If you do attach documents, you should attach redacted documents as supporting documentation will be made publicly available and will not be kept confidential. *See* the definition of *redaction* of information below.
- **Do not attach original documents because attachments may be destroyed after scanning.**
- **Question 3.** Members of a family may but are not required to file a proof of claim as a family but may, if they choose, submit individual claim forms for each family member that has a claim against the debtors.
- **Question 9.** If you suffered property damage, then provide the street address of each real property parcel where you suffered property damage. If you were personally evacuated as the result of a fire, then provide the address or intersection closest to where you encountered the fire and began evacuation. If you suffered property damage and were evacuated from a different location, include both. If you were a renter, provide the address of your residence.
- **Question 10.** This question requests general statements of underlying facts relating to harm and is not intended to be exhaustive or preclusive.
- **Question 11.** You are not required to include a claim amount with your proof of claim. Providing a claim amount at this time is optional.

### Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form together with the original. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at
https://restructuring.primeclerk.com/pge.

Case: 19-30088    Doc# 10230    Filed: 02/18/21    Entered: 02/18/21 18:44:54    Page 9 of 11
Proof of Claim Instructions (Fire Related)                                                                 Page 1

## Understand the terms used in this form

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. In this instance, PG&E Corporation and Pacific Gas & Electric Company.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the creditor has a claim against the debtors on or before the date of the bankruptcy filing (in these cases, January 29, 2019). The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**If by overnight courier or hand delivery**:
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**You may also hand deliver your completed Proof(s) of Claim to any of the following service center offices (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time):**

Chico Service Center
350 Salem Street
Chico, CA 95928

Marysville Service Center
231 "D" Street
Marysville, CA 95901

Napa Service Center
1850 Soscol Ave. Ste 105
Napa, CA 94559

Oroville Service Center
1567 Huntoon Street
Oroville, CA 95965

Redding Service Center
3600 Meadow View Road
Redding, CA 96002

Santa Rosa Service Center
111 Stony Circle
Santa Rosa, CA 95401

**Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your Proof of Claim if you wish to receive a date-stamped copy.**

**Do not file these instructions with your form**

# Electronic Proof of Claim_UZWIO27402

Final Audit Report                                                                 2019-12-27

| | |
|---|---|
| Created: | 2019-12-27 |
| By: | Prime Clerk E-Filing (efiling@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhKUhIMlioAvf8oWTzDII9XEMCOFznPPq |

## "Electronic Proof of Claim_UZWIO27402" History

- Web Form created by Prime Clerk E-Filing (efiling@primeclerk.com)
  2019-12-27 - 6:13:59 PM GMT

- Web Form filled in by Bill Robins III (rbryson@robinscloud.com)
  2019-12-27 - 6:41:39 PM GMT- IP address: 38.110.219.165

- (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 6.3; WOW64; Trident/7.0; rv:11.0) like Gecko)
  2019-12-27 - 6:41:41 PM GMT- IP address: 38.110.219.165

- Signed document emailed to Prime Clerk E-Filing (efiling@primeclerk.com) and Bill Robins III (rbryson@robinscloud.com)
  2019-12-27 - 6:41:41 PM GMT