1  MATTHEW W. GRIMSHAW, SBN 210424
   GRIMSHAW LAW GROUP, P.C.
2  130 Newport Center Drive, Ste. 140
   Newport Beach, California 92660
3  Tel: (949) 734-0187
   Email: matt@grimshawlawgroup.com
4
   BILL ROBINS III, SBN 296101
5  ROBERT T. BRYSON, SBN 156953
   KEVIN POLLACK, SBN 272786
6  ROBINS CLOUD LLP
   808 Wilshire Blvd., Ste. 450
7  Santa Monica, CA 90401
   Tel:  (310) 929-4200
8  Email:   rbryson@robinscloud.com

9  Attorneys for Robert Michael Mondavi, Jr.,
   individually and as *guardian ad litem* for RMM
10 and RARM; and Lydia Abernathy Mondavi

11

12                  UNITED STATES BANKRUPTCY COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 15 In re | ) Case No. 19-30088 (DM) |
| | ) |
| 16 PG&E CORPORATION, | ) Chapter 11 |
| | ) |
| 17    and | ) (Lead Case–Jointly Administered) |
| | ) |
| 18 PACIFIC GAS AND ELECTRIC | ) **Notice of Motion to Amend Proof of Claim No.** |
| COMPANY | ) **91790 Filed by Robert Michael Mondavi, or** |
| 19 | ) **Alternatively, for the Allowance of a Late-Filed** |
|       Debtors | ) **Claim** |
| 20 ——————————————— | ) |
| 21 Affects: | ) Date:   March 9, 2021 |
| | ) Time:   10:00 a.m. (Pacific) |
| 22 ☐ PG&E Corporation | ) Place:  Telephonic/Video Appearance Only |
| ☐ Pacific Gas & Electric Company | )         United States Bankruptcy |
| 23 ☒ Both Debtors | )         Courtroom 17, |
| | )         450 Golden Gate Ave.,16th Floor |
| 24 * All papers shall be filed in the Lead Case, | )         San Francisco, CA 94102 |
| No. 19-30088 (DM). | ) |
| 25 | ) |
| 26 ——————————————— | ) Objection Deadline: March 9, 2021 |

27

28

**PLEASE TAKE NOTICE** that on February 18, 2021, as Dk. No. 10229, Robert Michael Mondavi, Jr., individually and as *guardian ad litem* for RMM and RARM; and Lydia Abernathy Mondavi (collectively, "Movants") filed a motion to amend Proof of Claim No. 91790 ("Claim") or, alternatively, for the allowance of a late-filed claim arising from damage caused by the 2017 North Bay Fire ("Motion").

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing on the Motion will held on March 9, 2021, at 10:00 a.m. (Pacific Time) in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA 91402.

**PLEASE TAKE FURTHER NOTICE** that all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Movants at the above-referenced addresses so as to be received by the time set by the Bankruptcy Court. Any oppositions or responses must also be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (EFC No. 1996) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE THAT** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime

1   Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for

2   U.S.-based parties; or +1 (929) 333-8977 for International parties or by email at:

3   pgeinfo@primeclerk.com.

4           Note that a PACER password is needed to access documents on the Bankruptcy Court's

5   website.

6                                                   Respectfully submitted,

7   Dated: February 18, 2021                        GRIMSHAW LAW GROUP, P.C.

8

9                                                   By: _____

10                                                      MATTHEW W. GRIMSHAW

11  Dated: February 18, 2021                        ROBINS CLOUD LLP

12

13                                                  By: _____

14                                                      KEVIN M. POLLACK
                                                    Attorneys for Robert Michael Mondavi, Jr.,
15                                                  individually and as *guardian ad litem* for RMM and
                                                    RARM; and Lydia Abernathy Mondavi
16

17

18

19

20

21

22

23

24

25

26

27

28