

Signed and Filed: February 18, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                       **Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER ALLOWING IN A REDUCED AMOUNT CLAIM NO. 3582 (ARAMARK REFRESHMENT SERVICES, LLC) PURSUANT TO REORGANIZED DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**<br><br>[Re: Dkt. No. 9272, 10220] |

The Court having reviewed the *Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9272] (the "**Twenty-First Omnibus Objection**")[1] and the *Reorganized Debtors' Report on Resolution of Omnibus Objections with Respect to Certain Claims* [Docket No. 10220], and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Twenty-First Omnibus Objection is SUSTAINED with respect to Claim No. 3582 (Aramark Refreshment Services, LLC).

2. Claim No. 3582 (Aramark Refreshment Services, LLC) shall be allowed at the reduced amount of $5,701.59.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

\*\*\* END OF ORDER \*\*\*

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Twenty-First Omnibus Objection.

## Court Service List

Sheila R. Schwager
Hawley Troxell
877 Main Street, Suite 1000
Boise, Idaho 83701
SSchwager@hawleytroxell.com

Sheila R. Schwager
Hawley Troxell
P.O. Box 1617
Boise, Idaho 83701