**Exhibit A**

**Declaration of Dawn Baum**

| | |
|---|---|
| HOGAN LOVELLS US LLP<br>Erin N. Brady (CA 215038)<br>erin.brady@hoganlovells.com<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br><br>*Counsel for the Yurok Tribe* | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF DAWN BAUM IN SUPPORT OF THE MOTION OF THE YUROK TRIBE FOR RECONSIDERATION OF THE ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY SUBCONTRACTOR CLAIMS)**<br><br>[Re: Docket No. 10104; Claim No. 55953] |

I, Dawn Baum, declare as follows:

    1.    I am the Deputy General Counsel of the Yurok Tribe. I have served in this position since June 2017. I also served as the acting Executive Director of the Yurok Tribe from November 2019 through January 2020. The Yurok Tribe is a federally-recognized Indian tribe located in a remote area of northwestern California in the region of the Trinity and Klamath river basins.

    2.    I submit this declaration (the "Declaration") on behalf of the Yurok Tribe in support of the *Motion of the Yurok Tribe for Reconsideration of the Order Disallowing and Expunging*

*Proofs of Claim Pursuant to Reorganized Debtors' Fifty-Third Omnibus Objection to Claims (No Liability Subcontractor Claims)* (the "Motion"). Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Motion.

3. I have personal knowledge of the facts stated in this Declaration. If called as a witness I could, and would, competently testify under oath as set forth below.

4. I was involved in the evaluation and preparation of the Yurok Claim, which was filed in the PG&E bankruptcy case on October 18, 2019. Since the filing of the Yurok Claim, I have reviewed notices in the PG&E bankruptcy that the Yurok Tribe periodically receives in the mail, and have contacted outside counsel, as needed, to discuss the content of such notices. All of the notices addressed to the Yurok Tribe in connection with the PG&E bankruptcy are sent to the Yurok Reservation by postal mail. I do not receive any notices or copies of pleadings or orders in the PG&E bankruptcy by electronic mail or other electronic means. In addition, aside from the notices that are mailed to the Yurok Reservation, I have not received any form of direct outreach or follow-up correspondence from PG&E or the Debtors regarding the Yurok Claim.

5. I was diagnosed with breast cancer in July 2020. I underwent five months of chemotherapy through mid-December 2020, working remotely and on reduced hours during that time. I had surgery on January 13, 2021, and was not working from then until January 25, 2021.

6. Due to the ongoing COVID-19 pandemic, and particularly in light of the surge of coronavirus cases in California, during the months of December 2020 and January 2021, the Yurok Tribe's legal staff was working entirely remotely, which continues to this day. The impact of the COVID-19 pandemic, including state-wide restrictions and lockdown orders, on the Yurok Tribe has caused additional extenuating circumstances with respect to the receipt of mail that is addressed to the Yurok Reservation, particularly in the recent months while I was out on medical leave.

7. Upon my returning to work post-surgery, I went into the Yurok Tribe's legal office on February 12, 2021 to retrieve mail and other documents. It was on February 12, 2021 that I saw and opened the notices relating to the Objection. I immediately contacted outside counsel regarding the Reorganized Debtors' Objection to the Yurok Claim. It was only at this time that I discovered the response deadline had already passed and that the default Order had been entered.

I declare under penalty of perjury under the law of the United States and the state of California that the foregoing is true and correct.

Executed this 19th day of February, 2021 at Klamath, California.

*/s/ Dawn Baum*
Dawn Baum