BRENDAN KUNKLE (State Bar # 173292)
bkunkle@abbeylaw.com
ABBEY, WEITZENBERG, WARREN & EMERY, PC
100 Stony Point Road, Suite 200
Santa Rosa, CA 95402
Telephone: (707) 542-5050
Fax: (707) 542-2589

MAX SCHUVER (SBN 273004)
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
Facsimile: (415) 391-6965
mschuver@walkuplawoffice.com

*Attorneys for Movant Shogi Dinyari*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY MOVANT SHOGI DINYARI**<br><br>Judge: Hon. Dennis Montali<br>Date: March 24, 2021<br>Time: 10:00 a.m.<br>Place.: (Telephonic/Video Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17,<br>450 Golden Gate Ave., 16th Floor<br>San Francisco, CA<br><br>Objection Deadline: March 17, 2021 |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY

COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL

INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the Bankruptcy Court will hear and consider the Motion to Allow/Deem Timely Late Filing of Proof of Claim by Movant Shogi Dinyari on March 24, 2021 at 10:00 a.m. (Pacific Time) ("**Dinyari Claim Motion**") via video conferencing or telephone. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Dinyari Late Claim Motion is March 17, 2021.

**PLEASE TAKE FURTHER NOTICE** that copies of the Dinyari Late Claim Motion can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

////

Dated: February 22, 2021  ABBEY, WEITZENBERG, WARREN & EMERY, PC

By: _____/s/ Brendan Kunkle_____
BRENDAN KUNKLE (SBN 173292)
ABBEY, WEITZENBERG, WARREN & EMERY, PC
100 Stony Point Road, Suite 200
Santa Rosa, CA 95402
Telephone: (707) 542-5050
Facsimilie: (707) 542-2589
bkunkle@abbeylaw.com
Attorneys for Movant Shogi Dinyari

Dated: February 22, 2021  WALKUP, MELODIA, KELLY & SCHOENBERGER

By: _____/s/ Max Schuver_____
MAX SCHUVER (SBN 273004)
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
Facsimile: (415) 391-6965
mschuver@walkuplawoffice.com
Attorneys for Movant Shogi Dinyari

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By:     /s/ *Brendan Kunkle*
          BRENDAN KUNKLE