**Entered on Docket
February 23, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: February 23, 2021**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>       - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER REGARDING THIRD SET OF FINAL FEE APPLICATIONS**

    The court has considered the following fee applications set for hearing on February 24, 2021, at 10:00 a.m., as well the proposed compromises reached by the applicants with fee examiner Bruce Markell as set forth in Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises With the Fee Examiner (3rd Set) filed on February 2, 2021 (dkt.

-1-

10081). As no timely objections have been filed, the applications and proposed compromises appear well-taken, and notice was sufficient, the court will grant the following fee applications as compromised and will take the hearing scheduled for February 24, 2021 at 10:00 a.m. OFF CALENDAR.

All fees and expenses are allowed on a final basis. To the extent the court is unable to determine how to allocate fees and expenses with respect to the compromised amounts, the applicants MUST differentiate between the allowed fees and allowed costs in their orders. **Orders that do not set forth fees and expenses separately will be returned as defective.**

> (1) *Final Fee Application of Axiom Advisors* (Government Affairs Consultant to the OCUC) (dkt. 8888)*:*
> Allowed Fees: $400,000.00
> Allowed Expenses: $542.00
>
> (2) *Third Interim and Final Application of Lynn A. Baker, Esq.* (Special Counsel to the TCC) (dkt. 8843):
> Allowed Fees: $70,580.00
> Allowed Expenses: $0.00
>
> (3) *First Interim and Final Fee Application of Clarence Dyer & Cohen* (Special Counsel to Debtors) (dkt. 8918):
> Allowed Fees: $886,611.12
> Allowed Exp8913enses: $19,553.77
>
> (4) *First and Final Fee Application of Covington & Burling LLP* (Special Counsel to Debtors) (dkt. 8920)
> Allowed Fees: $694,007.00
> Allowed Expenses: $9,903.14
>
> (5) *Fourth Interim and Final Fee Application of Deloitte & Touche LLP* (Independent Auditor and Advisor to Debtors) (dkt. 8871)
> Allowed Fees: $7,795,663.00
> Allowed Expenses: $30,000.35

(6)  *Final Fee Application of Dundon Advisors* (Financial
     Advisor to the TCC) (dkt. 8899)
     Allowed Fees: $149,954.00
     Allowed Expenses:  $5,370.24

(7)  *Final Fee Application of FTI Consulting, Inc.*
     (Financial Advisor to the OCUC) (dkt. 8886)
     Allowed Fees:  $18,219,016.25
     Allowed Expenses:  $140,583.20

(8)  *Final Fee Application of Groom Law Group, Chartered*
     *(Special Counsel to Debtors)(dkt. 8913)*
     Allowed Fees: $1,252,792.60
     Allowed Expenses: $783.46

(9)  *Final Fee Application of Hunton Andrews Kurth LLP*
     (Special Counsel to Debtors) (dkt. 8929*)*
     Allowed Fees: $4,647,350.20
     Allowed Expenses:  $11,256.21

(10) *Final Fee Application of Latham & Watkins* (Special
     Counsel to Debtors) (dkt. 8927)
     Allowed Fees: $3,446,201.00
     Allowed Expenses: $28,306.37

(11) *Second Interim and Final Fee Application of Lazard*
     *Freres & Co. LLC* (Investment Banker to Debtors) (dkt.
     8927)
     Allowed Fees: $31,000,000
     Allowed Expenses: $1,093,273.01

(12) *Fifth and Final Application of Lincoln Partners*
     *Advisors LLP* (Financial Advisor to TCC) (dkt. 8867)
     Allowed Fees: $22,290,964.90
     Allowed Expenses: $206,900.36

(13) *Final Fee Application of MacConaghy & Barnier, PLC*
     (Special Counsel to TCC) (dkt. 8946)
     Allowed Fees: $123,595.90
     Allowed Expenses: $364.90

(14) *Final Fee Application of Morrison & Foerster LLP*
     (Special Counsel to Debtors) (dkt. 8939)
     Allowed Fees: $3,515,643.07
     Allowed Expenses: $50,309.08

(15) *Final Fee Application of Pillsbury Winthrop Shaw Pittman LLP* (Special Counsel to Debtors) (dkt. 8919)
Allowed Fees: $382,124.80
Allowed Expenses: $0.00

(16) *PricewaterhouseCoopers LLP* (Consultants to Debtors) (dkt. 8953)
Allowed Fees: $36,179,980.90
Allowed Expenses: $2,304,158.22

(17) *Prime Clerk LLC* (Administrative Advisor to Debtors) (dkt. 8916)
Allowed Fees: $1,062,104.96
Allowed Expenses: $1,043.27

(18) *Steptoe & Johnson LLP* (Special Counsel to Debtors) (dkt. 8891)
Allowed Fees: $1,660,586.88
Allowed Expenses: $41,417.61

(19) *Willis Towers Watson US LLC* (Human Resource Consultants to Debtors) (dkt. 8897)
Allowed Fees: $427,762.78
Allowed Expenses: $27,814.85

**\*\*END OF ORDER\*\***

-4-