**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br>                  **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR FEBRUARY 24, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: February 24, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone Conference)<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
FEBRUARY 24, 2021, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:    MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

    1.    **Reorganized Debtors' Fortieth Omnibus Objection to Claims**: *Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability/Passthrough Claims)* [**Dkt. 9455**].

    Response Deadline: December 1, 2020, at 4:00 p.m. (Pacific Time).

    Related Order:

    A.    Order Vacating Disallowance of Proof of Claim #599 and Setting Hearing on Tyisha Jefferson's Response to Debtors' Fortieth Omnibus Claim Objection [**Dkt. 10073**].

    Status: This Omnibus Objection was granted as to most Claims by **Dkt. 9866**. This hearing will go forward on a contested basis with respect to Claim No. 599 (Tyisha Jefferson) [**Dkt. 9162**].

*RESOLVED AND CONTINUED MATTERS*

    2.    **Fee Examiner's 3rd Set of Final Fee Application Compromises**: *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner* [**Dkt. 10081**].

    Response Deadline: February 17, 2021.

    Status: This matter has been resolved and taken off calendar by Order [**Dkt. 10256**].

**Omnibus Claims Objections:**

    3.    **Fourteenth (Books and Records Claims)** [**Dkt. 9070**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9362**. This matter has been continued to March 9, 2021 as to Little Diversified Architectural Consulting, Inc. [**Dkt. 10209**].

    4.    **Sixteenth (Satisfied Claims)** [**Dkt. 9076**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9364**. It has been resolved as to Vendor Recovery Fund [**Dkt. 10220**].

    5.    **Seventeenth (Satisfied Claims)** [**Dkt. 9078**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9365**. It has been continued to March 9, 2021 as to Mark Cameron [**Dkt. 10209**].

    6.    **Twenty-First (Books and Records Claims)** [**Dkt. 9272**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9558**. It has been continued to March 24, 2021

as to Asplundh Construction, LLC [**Dkt. 10210**]. It has been resolved as to Burney Forest Products [**Dkt. 10093**] and Aramark Refreshment Services, LLC [**Dkt. 10220 and 10237**].

7. **Twenty-Second (Satisfied Claims)** [**Dkt. 9275**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9559**. It has been continued to March 9, 2021 as to Global Ampersand, LLC [**Dkt. 10209**]. It has been resolved as to McMaster-Carr Supply Co. [**Dkt. 10220**].

8. **Twenty-Eighth (Books and Records Claims)** [**Dkt. 9427**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9870**. It has been continued to March 24, 2021 as to Lloyd's Register Quality Assurance, Inc. and Utility Tree Service, LLC [**Dkt. 10210**].

9. **Forty-Sixth (Books and Records Claims)** [**Dkt. 9702**]. This Omnibus Objection has been granted as to all claims except Hain Capital Holdings, LLC as Transferee of Hain Capital Investors Master Fund Ltd., which has been continued to March 24, 2021 [**Dkt. 10209**].

**Late Claim Motions:**

10. **Dylan Postolka** [**Dkt. 9999**]. This matter has been resolved by Stipulation [**Dkt. 10025**] and taken off calendar by Order [**Dkt. 10031**].

11. **Phillip S. Rush** [**Dkt. 10027**]. This matter has been resolved by Stipulation [**Dkt. 10056**] and taken off calendar by Order [**Dkt. 10071**].

12. **Raam Pandeya and Sophia Ali** [**Dkt. 10048**]. This matter has been resolved by Stipulation [**Dkt. 10078**] and taken off calendar by Order [**Dkt. 10084**].

13. **Robert O'Brien** [**Dkt. 10058**]. This matter has been resolved by Stipulation [**Dkt. 10079**] and taken off calendar by Order [**Dkt. 10085**].

14. **Ryan and Jessica Hernandez** [**Dkt. 10074**]. This matter has been resolved by Stipulation [**Dkt. 10089**] and taken off calendar by Order [**Dkt. 10101**].

15. **Carol Struve** [**Dkt. 10095**]. This matter has been resolved by Stipulation [**Dkt. 10190**] and taken off calendar by Order [**Dkt. 10194**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 23, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:    */s/ Dara L. Silveira*
        Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*