DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
JOSEPH K. LITTLE (Bar No. 322179)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

Attorneys for BRUCE HALL, GUY T. HALL,
VICTORIA HALL, JOAN Y. ISOM, and
GEMSTONE PROPERTIES, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**WITHDRAWAL OF PROOFS OF CLAIM BY BRUCE HALL, GUY T. HALL, VICTORIA HALL, JOAN Y. ISOM, AND GEMSTONE PROPERTIES, INC. (CLAIM NOS. 106955, 106958, 106967, 106970, and 106973)___** |

Pursuant to the Federal Rules of Bankruptcy Procedure, Rule 3006, BRUCE HALL, GUY T. HALL, VICTORIA HALL, JOAN Y. ISOM, and GEMSTONE PROPERTIES, INC., by and through their undersigned counsel, hereby respectfully withdraw their proofs of claim numbers 106955, 106958, 106967, 106970, and 106973. The reason for the withdrawal is that the proofs of claim purport to amend these claimants' original proofs of claim but were nonetheless incomplete, requiring the withdrawal of these proofs of claims and the filing of new, amended proofs of claim.

1  The new, amended proofs of claims (claim numbers 106976, 106977, 106978, 106979, 106981)

2  that replace the withdrawn, amended claims were filed on February 18, 2021.

4  DATED: February 23, 2021				DOWNEY BRAND LLP

					By:	/s/ Joseph K. Little
						JOSEPH K. LITTLE
						Attorneys for BRUCE HALL, GUY T. HALL,
						VICTORIA HALL, JOAN Y. ISOM, and
						GEMSTONE PROPERTIES, INC.

DOWNEY BRAND LLP