DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
JOSEPH K. LITTLE (Bar No. 322179)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for BRUCE HALL, GUY T. HALL,
VICTORIA HALL, JOAN Y. ISOM, and
GEMSTONE PROPERTIES, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY.<br><br>    Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects Both Debtors,<br><br>*All papers shall be filed in the Lead Case No. 19-30088-DM | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**PROOF OF SERVICE** |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

On February 23, 2021, I served true copies of the following document(s) described as

- **WITHDRAWAL OF PROOFS OF CLAIM BY BRUCE HALL, GUY T. HALL, VICTORIA HALL, JOAN Y. ISOM, AND GEMSTONE PROPERTIES, INC. (CLAIM NOS. 106955, 106958, 106967, 106970, and 106973)**

on the interested parties in this action as follows:

Case: 19-30088    Doc# 10258-1    Filed: 02/23/21    Entered: 02/23/21 14:30:57    Page 1 of 5

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mfrazier@downeybrand.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 23, 2021, at Sacramento, California.

_____
Marci Frazier

# SERVICE LIST

| **Attorneys for Debtors** | **Attorneys for Debtors** |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | KELLER BENVENUTTI KIM LLP |
| Stephen Karotkin | Tobias S. Keller |
| Jessica Liou | Jane Kim |
| Matthew Goren | tkeller@kbkllp.com |
| Tom Schinckel | jkim@kbkllc.com |
| Stephen.karotkin@weil.com | |
| Jessica.liou@weil.com | |
| Matthew.goren@weil.com | |
| Tom.shinckel@weil.com | |

| **Attorneys for Shareholder Proponents** | **Counsel for Administrative Agent under Debtors' DIP Financing Facility** |
|---|---|
| JONES DAY | STROOCK & STROOCK & LAVAN LLP |
| Bruce S. Bennett | Frank A. Merola |
| Joshua M. Mester | khansen@stroock.com |
| James O. Johnston | egilad@stroock.com |
| bbennett@jonesday.com | mgarofalo@stroock.com |
| jmester@jonesday.com | fmerola@stroock.com |
| jjohnston@jonesday.com | |

| **Counsel for collateral agent under Debtors' DIP Financing Facility** | **Counsel to the California Public Utilities Commission** |
|---|---|
| DAVIS POLK & WARDELL LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| Eli J. Vonnegut | Alan W. Kornberg |
| David Schiff | Brian Hermann |
| Timothy Graulich | Walter Rieman |
| eli.vonnegut@davispolk.com | akornberg@paulweiss.com |
| david.schiff@davispolk.com | bhermann@paulweiss.com |
| timothy.graulich@davispolk.com | wrieman@paulweiss.com |
| | smitchell@paulweiss.com |
| | ndonnelly@paulweiss.com |

| | |
|---|---|
| **Office of the U.S. Trustee for Region 17**<br>James Snyder<br>Timothy Laffredi<br>James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov | **U.S. Nuclear Regulatory Commission**<br>Anita Ghosh Naber<br>anita.ghoshnaber@nrc.gov |
| **Counsel for U.S. on behalf of Federal Energy Regulatory Commission**<br>U.S. Department of Justice<br>1101 L Street, NW, Room 7106<br>Washington, DC 20005<br>Danielle Pham<br>danielle.pham@usdoj.gov | **Counsel for Unsecured Creditors Committee**<br>MILBANK LLP<br>Dennis F. Dunne<br>Sam Khalil<br>ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com<br>svora@milbank.com |
| **Counsel for PG&E Shareholders**<br>JONES DAY<br>Bruce Bennett<br>Joshua Mester<br>James Johnson<br>bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com | **Counsel for Tort Claimants Committee**<br>BAKER & HOSTETLER LLP<br>Eric Sagerman<br>Cicily Dumas<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>esagerman@bakerlaw.com<br>cdumas@bakerlaw.com |
| **Co-Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company**<br>BRAUNHAGEY & BORDEN LLP<br>J. Noah Hagey<br>Jeffrey Theodore<br>David Kwasniewski<br>Andrew Levine<br>hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com | **Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company**<br>Ashley Vinson Crawford<br>AKIN GUMP STRAUSS HAUER & FELD<br>avcrawford@akingump.com |

DOWNEY BRAND LLP

1699969v1

| | |
|---|---|
| **Counsel for Ad Hoc Group of Subrogation Claim Holders** | **Counsel for Ad Hoc Group of Subrogation Claim Holders** |
| Kathryn Diemer<br>Alexander Lewicki<br>DIEMER & WEIL LLP<br>kdiemer@diemerwei.com<br>alewicki@diemerwei.com | WILLKIE FARR & GALLAGHER LLP<br>Matthew Feldman<br>Joseph Minias<br>Daniel Forman<br>Benjamin McCallen<br>Antonio Yanez<br>Erica Kerman<br>Jonathan Waisnor<br>Matthew Freimuth<br>mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com<br>ayanez@willkie.com<br>ekerman@willkie.com<br>jwaisnor@willkie.com<br>mfreimuth@willkie.com |

DOWNEY BRAND LLP

1699969v1