**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**RESPONSE TO NOTICE OF REQUEST AND REQUEST TO MEDIATE CLAIM OF KENNETH B. SALOMON AND FOR SANCTIONS**<br><br>Date: March 9, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Video Conference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby responds to the *Notice of Request and Request to Mediate Claim of Kenneth B. Salomon and for Sanctions*, filed on January 29, 2021 [Docket No. 10054] (the "**Request**") as follows:

Mr. Salomon's proof of claim, Claim No. 1139 (the "**Claim**"), has been settled pursuant to the General ADR Procedures as approved by the *Order Approving ADR and Related Procedures for Resolving General Claims*, entered on September 25, 2020 [Docket No. 9148].

The issues with the Prime Clerk online portal referenced in the Request relate to a clerical error in the spelling of the hyperlink provided in the Offer Notice to Mr. Salomon. As the offer exchange process has been completed and the Claim settled, Mr. Salomon has not been prejudiced by the administrative difficulties surrounding his electronic submission of ADR-related documents.

For the reasons set forth above, Mr. Salomon's request for mediation and sanctions should be denied as moot.

Dated: February 23, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119