Northern California Law Group, PC.
Joseph Feist, SBN 249447
2611 Esplanade
Chico, CA 95973
Tel: 530-433-0233 | Fax: 916-426-7848
info@norcallawgroup.net

Attorney for Claimant
Misti Mosley

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ) | Case No. 19-30088-DM |
| ) | |
| PG&E Corporation, ) | Chapter 11 |
| ) | Lead Case, Jointly Administered |
| and ) | |
| ) | **DECLARATION OF JOSEPH FEIST IN** |
| PACIFIC GAS AND ELECTRIC ) | **SUPPORT OF MOTION PURSUANT TO** |
| COMPANY, ) | **FED. R. BANKR. PROC. 7015 AND 7017 TO** |
| ) | **ENLARGE TIME TO FILE PROOF OF** |
| Debtors. ) | **CLAIM PURSUANT TO FED. R. BANKR.** |
| | **PROC. 9006(b)(1)** |
| [x] Affects both Debtors | |
| | Date: April 7, 2021 |
| *All paper shall be filed in the Lead Case, | Time: 10:00 a.m. (Pacific Time) |
| No. 19-30088-DM | Place: Telephonic/Video Appearances Only |
| | United States Bankruptcy Court |
| | Courtroom 17, |
| | 450 Golden Gate Ave., 16th Floor |
| | San Francisco, CA |
| | Judge: Hon. Dennis Montali |
| | |
| | Objection Date: March 31, 2021 |

I, Joseph Feist, hereby declare that I have personal knowledge and belief of the statements made herein and if called up on testify would state the same:

1. I am an attorney at law duly licensed to practice before all state courts of the State of California and Federal District Courts of Eastern and Northern District of California.

2. My firm represents wildfire victims who sustained losses from the Camp Fire in 2018, the LaPorte Fire in 2017 and the Cascade Fire in 2017. My firm timely filed proof of claims on behalf of approximately 286 claimants with Prime Clerk for these losses.

3. On August 20, 2019 the Movant's then husband, Clifford Mosley, retained my office to represent him for damages sustained in both the Laporte and Camp fires. I filed a timely proof of claim for him on October 14, 2019.

4. My office lost contact with Mr. Mosely in 2020 and hired a private investigator to try and locate him. On February 10, 2021 said investigator informed us that Mr. Mosely had passed away on January 21, 2021 and that he left a surviving spouse, the Movant herein.

5. On February 17, 2021, our firm was able to contact the Movant and she subsequently informed me that Mr. Moseley had expressed to her that he had retained our services for the both of them and that she relied upon his assurances. I subsequently informed her that was not the case.

6. On February 22, 2021 Movant retained Northern California Law Group, PC to file this motion, file a Proof of Claim and pursue her claim with the Fire Victims Trust.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

        Executed this 23rd day of February 2021, in Sacramento, California.

Dated: 02/23/2021

                                                  /s/ Joseph Feist

                                                  Joseph K. Feist
                                                  Attorney for Claimant and Movant