SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**SUMMARY OF APPLICATION OF SCOTT H. McNUTT FOR FINAL ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF APRIL 12, 2019 THROUGH AND INCLUDING APRIL 1, 2021**<br><br>Date:  March 24, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>        Courtroom 17,<br>        450 Golden Gate Avenue<br>        16th Floor<br>        San Francisco, CA<br>(Telephonic/Video Appearances Only)<br><br>Judge:   Hon. Dennis Montali<br><br>Objection Deadline: March 17, 2021 |

SUMMARY OF APPLICATION FOR FINAL
ALLOWANCE AND PAYMENT

**General Information**

| | |
|---|---|
| Name of Applicant: | Scott H. McNutt ("**Applicant**") |
| Role: | Counsel to Fee Examiner |
| Retention Date: | April 12, 2019 |
| Prior Applications: | None |

**Summary of Fees and Expenses Sought in this Application**

Time Period Covered by this Application:     April 12, 2019 through and including April 1, 2021

Amount of Compensation Sought as Actual, Reasonable,
and Necessary for the Final Compensation Period:     $638,605.00

Amount of Expense Reimbursement Sought As Actual,
Reasonable, and Necessary for the Final Compensation
Period:     $ 0

**Summary of Rates and Other Related Information in this Application**

Scott H. McNutt Year of Admission:     1982

Scott H. McNutt Hourly Rate:     $850/hour

This is a(n) Interim ___ Final ___X___ Fee Application

**Summary of Compensation by Project**

| Project | Hours | Fee |
|---|---|---|
| A. Initial Due Diligence | 53.7 | $ 45,645 |
| B. Scott McNutt Employment Application | 35.1 | $ 29,835 |
| C. Negotiate Form of Protocol and Obtain Approval of Protocol Binding All Fee Applicants | 67.5 | $ 57,375 |
| D. Motion to Approve Fee Procedures | 82.9 | $ 70,465 |
| E. Notice of Hearing on Compromises with Fee Examiner and Fee Applicants of Interim Fee Applications (1st Set) | 65.9 | $ 56,015 |
| F. Notice of Hearing on Compromises with Fee Examiner and Fee Applicants of Interim Fee Applications (2nd Set) | 9.3 | $ 7,905 |
| G. Notice of Hearing on Compromises with Fee Examiner and Fee Applicants of Interim Fee Applications (3rd Set) | 43.1 | $ 36,635 |

SUMMARY OF APPLICATION FOR FINAL
ALLOWANCE AND PAYMENT

| | Hours | Fee |
|---|---|---|
| H.  Notice of Hearing on Compromises with Fee Examiner and fee Applicants of Interim Fee Applications (4th Set) | 42.4 | $ 36,040 |
| I.  First Status Report | 41.8 | $ 35,530 |
| J.  Second Status Report | 50.1 | $ 42,585 |
| K.  Final Fee Applications (1st Set) and Orders Thereon | 46.2 | $ 39,270 |
| L.  Final Fee Applications (2nd Set) and Orders Thereon | 61.8 | $ 52,530 |
| M.  Final Fee Applications (3rd Set) and Orders Thereon | 49.3 | $ 41,905 |
| N.  Negotiate Baker Hostetler Interim Fee Applications | 17.3 | $ 14,705 |
| O.  Negotiate Baker Hostetler Final Fee Application | 23.3 | $ 19,805 |
| P.  Negotiate Weil, Gotshal & Manges Final Fee Application | 9.1 | $   7,735 |
| Q.  Preparation of First and Final Fee Application | 22.5 | $ 19,125 |
| **Total** | **721.3** | **$ 613,105** |

Estimated Fees Before Hearing                30.0   $  25,500

**Grand Total**   <u>**751.3**</u>   <u>**$638,605**</u>

**Summary of Compensation by Task Code**

(Excludes Estimated Fees Before Hearing)

| Task Code | Hours | Fee |
|---|---|---|
| | | |
| 1. Fact Gathering | 105.9 | $ 90,015 |
| 2. Researching Law | 3.2 | $   2,720 |
| 3. Client Communications | 7.3 | $   6,205 |
| 4. 3rd Party Communications | 44.9 | $ 38,165 |
| 5. Document Review | 95.7 | $ 81,345 |
| 6. Document Preparation/Filing | 339.8 | $ 288,830 |
| 7. Negotiation Revision, Responses | 116.8 | $ 99,280 |
| 9. Appear at Hearings | 7.7 | $   6,545 |
| **Total** | **721.3** | **$ 613,105** |

Case: 19-30088    Doc# 10263    Filed: 02/23/21    Entered: 02/23/21 21:16:48    Page 3
of 65

SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>      - and -<br><br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**APPLICATION OF SCOTT H. MCNUTT<br>FOR FIRST AND FINAL ALLOWANCE<br>AND PAYMENT OF COMPENSATION<br>FOR THE PERIOD OF APRIL 12, 2019<br>THROUGH AND INCLUDING APRIL 1,<br>2021**<br><br>Date:   March 24, 2021<br>Time:  10:00 a.m (Pacific Time)<br>Place:  United States Bankruptcy Court<br>        Courtroom 17,<br>        450 Golden Gate Avenue<br>        16th Floor<br>        San Francisco, CA<br>(Telephonic/Video Appearances Only)<br><br>Judge:   Hon. Dennis Montali<br><br>Objection Deadline: March 17, 2021 |

      Scott H. McNutt ("**McNutt**"), Counsel to the PG&E Fee Examiner (the "**Fee Examiner**")

in the above-captioned Chapter 11 Cases (the "**Bankruptcy Cases**"), hereby submits his First

1

and Final Fee Application (the "**Final Fee Application**") for final allowance and payment of compensation for professional services rendered for the period commencing April 12, 2019, through March 1, 2021, pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* (the "**Northern District Guidelines**"), *the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "**UST Guidelines**"), and the Local Bankruptcy Rules for the Northern District of California.

As set forth below, Applicant requests award of $613,105 in fees incurred, which reflects 721.3 hours at an hourly rate of $850 an hour. In addition, Applicant seeks award of an additional $25,500, which represents 30 hours of additional time that will be incurred addressing certain matters arising from this date and before the Hearing, all as set forth below. **In total, Applicant seeks award of $638,605.00. Applicant seeks <u>no</u> expenses.**

The First and Final Fee Application is based upon the points and authorities cited herein, the Certification of Scott H. McNutt filed concurrently herewith, the Declaration of the Fee Examiner in Support of the First and Final Fee Application, the exhibits attached hereto and the pleadings, papers, and records on file in this case.

**Exhibits are attached hereto as follows:**

**A.  Order Authorizing Employment of Scott H. McNutt as Counsel to the Fee Examiner (Doc. 2614)**

**B.  Detailed Time Billing Reports Sorted by Project**

**C.  Certification of Scott H. McNutt in Support of First and Final Fee Application**

**D.  Declaration of the Fee Examiner in Support of the First and Final Fee Application**

FINAL FEE APPLICATION

# I.   BACKGROUND

## A. Appointment of Professor Bruce A. Markell as the Fee Examiner in the Bankruptcy Cases

On May 28, 2019, this Court entered its Order Appointing Fee Examiner and establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses ("Order Appointing Fee Examiner) (Doc. 2267). The Order appointed Professor Bruce A. Markell as the Fee Examiner in these cases.

## B. Appointment of Scott H. McNutt as Counsel to the Fee Examiner

On June 19, 2019, this Court entered its Order Authorizing Employment of Scott H. McNutt, Nunc Pro Tunc to April 12, 2019.

## C. Jurisdiction

This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. sections 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. section 157(b). Venue is proper before this Court pursuant to 28 U.S.C. sections 1408 and 1409.

# II.   PROJECT BILLING AND NARRATIVE STATEMENT OF SERVICES RENDERED FOR FIRST AND FINAL FEE PERIOD COMMENCING APRIL 12, 2019 AND ENDING APRIL 1, 2021

## Introduction

Applicant is pleased to submit its first and final fee application in these extraordinary cases. Representing the Fee Examiner was both an honor as well as an opportunity to play a constructive role in moving these cases in an efficient and orderly manner. At the highest level, Applicant supported the Fee Examiner in twin objectives. First, the Fee Examiner had to create a "Protocol" that served as a guidebook to acceptable and unacceptable billing practices for the 32 professionals employed in these cases. The Protocol is largely prospective in operation in that it tells professionals in advance what will be acceptable. If they follow the Protocols guidance, they should have few unpleasant surprises. Second, the Fee Examiner had to manage the legally and administratively complex task of retrospectively reviewing interim and final fee applications. In this the Fee Examiner has been extraordinarily successful. As he will describe in his own motion seeking approval of his fees, filed simultaneously herewith, he has reviewed over $500,000,000 in

FINAL FEE APPLICATION

fees and exacted more than $20,000,000 in concessions.  And this result understates the benefit to the estates, as the Protocol has stopped a great deal of billing before it ever reached a fee application.

Set forth below are 17 project billing categories that describe Applicant's efforts.  These projects are more or less chronological, although there is some overlap.  In addition to the narrative set forth below, the time billing entries are also attached, and Applicant has made an effort for these to provide a readable guide to the work performed.   Over the course of nearly two years, Applicant has billed 721.3 hours at an hourly rate of $850/hour for total fees of $613,105.

Applicant files this Final Fee Application while there is still outstanding work regarding the Notice of Final Fee Applications (3rd Set) (Doc. 10081), which was approved earlier today.  This concerns 19 approved final fee applications.  Applicant's impetuous action in filing this Application now is explained by the fact that both Applicant and the Fee Examiner are eager to bring their involvement in these cases to a close, and toward this end have brought to conclusion 32 final fee applications in the last 90 days.  The only outstanding work Applicant is aware of will be the approval of the 19 orders approving the subject final fee applications as well as miscellaneous tasks related to this fee application and the Fee Examiner's Application, which will be filed immediately after this Application.  Applicant estimates that the process of approving the orders and seeing that they are filed will take more than 30 hours of time (each order requires reaching agreement as to the calculation of final numbers – usually this is not an issue, once in a while it is an issue).  Applicant would like the Court to add 30 hours of time ($25,500 in fees) to this Final Fee Application.  If actual fees are higher, Applicant will write this off.  If actual fees are less than 30 hours, Applicant will true this up in the Order Applicant submits.

## A.  <u>Initial Due Diligence</u>

Fee Examiners are only appointed in extraordinary cases.  They are sufficiently uncommon that Applicant initially investigated the use of Fee Examiners in other cases to get a sense for what worked and what did not in other cases.

In the PG&E cases, the Fee Examiner was not appointed until the case was well underway. This caused problems. Prior to the appointment of the Fee Examiner, the Court had already entered its Order Pursuant to 11 U.S.C. Sec 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Doc. 701) ("**Fee Procedures Order**"). Understandably, the numerous Retained Professionals were unwilling to give up rights they believed they already had under the Fee Procedures Order. This interfered with the Fee Examiner's efforts to establish the Protocol, and to enforce adherence to its terms, as an important part of the fee process. As well, under the Fee Procedures Order, the first set of interim fee applications were coming due shortly after the Fee Examiner was employed. Each individual Fee Applicant wanted to assert their individual position and were wary of agreeing to policies and procedures that would cover all retained counsel.

Central to the Fee Examiner's objectives was the use of computer-generated data analytics to take a first pass at the millions of time billing entries that were being generated in these cases. Toward this end, the Fee Examiner sought out the services of Legal Decoder to provide these services. Once Legal Decoder took its first pass, the Fee Examiner assembled a team of fee reviewers to take a closer pass. All this was done in coordination with the Office of the United States Trustee, which was also reviewing fees, and which shared the results of its parallel review process with the Fee Examiner.

As Counsel to the Fee Examiner, Applicant needed to understand the roles of all these groups and to work in coordination with the UST's office, with the Fee Examiner and his staff, and with Legal Decoder. As issues would arise requiring legal support, Applicant was available, although purely legal issues are rare, and always arise in the context of facts developed by the other players on the Fee Examiner's team. Teamwork and coordination were essential.

Total Hours: 53.7          Total Fees: $45,645

**B. Scott McNutt Employment Application**

Applicant promptly sought to be employed (Doc. 2558). Applicant asked that his

employment be Nunc Pro Tunc to the date the UST filed its motion to employ the Fee Examiner, which was April 12, 2019.

Applicant has practiced law for some time, and PG&E is a vast case with many connections and relationships. For this reason, Applicant took particular care in preparing his declaration and setting forth the various connections he has had to PG&E.

The Court approved Applicant's employment Nunc Pro Tunc to April 12, 2019, by order entered June 19, 2019 (Doc. 2614).

Total Hours: 35.1          Total Fees:     $29,835

### C. Negotiate Form of Protocol and Obtain Court Approval of Protocol Binding All Fee Applicants

The two pillars of the Fee Examiner's administration are the Protocol and a Court approved set of fee procedures. After the Fee Examiner's appointment, he sought to develop consensus on the form of a Protocol. Shortly, he was working on a **sixth** version, and he had built no consensus. As his counsel, Applicant took some of the lead in this process. In retrospect, Applicant believes all efforts to develop consensus were a waste of time. There were simply too many Fee Applicants and none of them believed it was in their best interest to play a leadership role by agreeing to the terms of a Protocol, which other Fee Applicants might find offensive and not join.

The most obvious example of this was the issue of non-working travel. Only one firm had a simple and consistently applied rule on non-working travel (they did not charge for non-working travel). Every other Fee Applicant had different and inconsistent practices. When the Fee Examiner sought to limit non-working travel in the Protocol, most Fee Applicants simply took the position that they would never agree to any limitation and would reserve all their rights in the future to plead their particular circumstance to the Court in the context of interim and final awards.

Having failed at consensus, Applicant had to take another path. Applicant did this on August 30, 2019, by filing a Notice of Terms of Protocol Regarding Submission of Fee

Applications (Doc. 3762).  In this way, all Fee Applicants were "on notice", of the Fee Examiner's position.

Applicant then sought to present issues regarding the Protocol (and fee procedures generally) to the Court via a Status Conference.  See, Ex Parte Application of Fee Examiner to Set Status Conference re Scheduling Hearings on Fee Applications and Related Issues, filed September 16, 2019 (Doc. 3898).  The Court declined this invitation and asked that Applicant proceed via Motion, which Applicant promptly did on September 19, 2019, by filing its Motion to Approve Fee Procedures ("**Fee Procedures Motion**") (Doc. 3950).  Although the Fee Procedures Motion met with substantial resistance, the Court entered a Docket Text Order on October 6, 2019, which served as a tentative ruling that entirely supported the Fee Examiner's position not only as to the Protocol but also as to fee procedures and scheduling in general.

The Court's tentative ruling led directly to the development of a consensus that had previously eluded Applicant and left open only the issue of travel time.  After briefing this issue, the Court ruled largely in support of the Fee Examiner and on November 15, 2019, entered its Order Granting Fee Examiner's Motion to Approve Fee Procedures (which approved the Protocol and also all scheduling issues).

Total Hours:   67.5                 Total Fees:     $57,375

**D.  <u>Motion to Approve Fee Procedures</u>**

As noted immediately above, the Fee Procedures Motion gave the force of law to the Fee Examiner's Protocol and resolved those issues.  The same Motion also dealt with all issues regarding the Fee Examiner's authority to schedule hearings and regulate the process by which interim and final fee applications would proceed to hearing.  This was as important as the Protocol issues.  Under the Interim Procedures Order (Doc. 701), Fee Applicants were allowed, but not required to apply for Interim Fee Awards based upon a calendar set by that Order.  However, this was inconsistent with the Fee Examiner's ability to regulate and negotiate Interim and Final Fee Applications.

FINAL FEE APPLICATION

In summary, the Fee Procedures Order (Doc. 4770), resolved both the Protocol, and the primacy of the Fee Examiner to control how Interim and Final Fee Applications would come before the Court, by requiring all Fee Applicants to follow the process set forth as a part of the Order Employing Fee Examiner (Doc. 2267). The combination of these two issues immediately led to a watershed in the resolution of numerous pending Interim Fee Applications by compromise with the Fee Examiner.

Total Hours:   82.9                Total Fees:   $70,465

E. **Notice of Hearing on Compromises with Fee Examiner and Fee Applicants of Interim Fee Applications (1ˢᵗ Set)**

For two reasons, the Fee Examiner and the Applicants were immediately able to compromise 6 interim fee applications. First, the Protocol controlled; including the issue of non-working travel time. Second, Fee Examiner process set forth in the Order Employing the Fee Examiner controlled over any inconsistent provisions of the Interim Procedures Order (Doc. 701).

Applicant brought a Notice of Hearing on these compromises. Applicant operated under the assumption that since the Interim Fee Applications had been filed some considerable time earlier, that he could set a hearing on short notice. The Court disagreed, took the pending Interim Fee Applications off calendar and on January 8, 2020 filed its Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures. The Amended Order provides that hearings on Interim and Final Fee Applications must be set on 21 days' notice.

Applicant again then filed his Notice of Hearing on Interim Fee Applications, on January 3, 2020. In the meantime, the number of interim applications had swelled from 6 to 9, and then increased further, requiring an Amended Notice of Hearing.

On January 30, 2019, the Court filed a Second Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures (Doc. 5572) ("**Second Amended Fee Procedures Order**"). This Order adds to other requirements for the approval of interim fee applications that are compromised with the Fee Examiner, that the Fee Examiner set forth the date range of the subject fee application, the total amount of fees sought and the amount outstanding and unpaid.

FINAL FEE APPLICATION

Total Hours:   65.9                    Total Fees:     $56,015

**F.  Notice of Hearing on Compromises with Fee Examiner and Fee Applicants of Interim Fee Applications (2nd Set)**

The second set of compromised interim fee applications went a little more smoothly; they were approved in the ordinary course.  Due entirely to the inattention of Applicant, the Notice of Hearing on Fee Application did not contain the data required by the Court's Second Amended Fee Procedures Order (Doc. 5572).  Applicant apologizes to the Court for this inattention, as it forced the Court to take off calendar the next group of compromised Interim Fee Applications.

Total Hours:   9.3                     Total Fees:     $7,905

G.  Notice of Hearing on Compromises with Fee Examiner and Fee Applicants of Interim Fee Applications (3rd Set)

Applicant and Fee Examiner soon had another 8 Fee Applicants willing to reach compromise with the Fee Examiner (some of which had one, two or three pending interim applications).  Applicant filed a notice regarding these 8, which the Court took off calendar so that Fee Applicant could comply with the Second Amended Fee Procedures Order (Doc. 5572).  This was promptly done, and an additional number of interim fee applicants were added.  In the end, the Court approved 20 interim fee applications concerning 12 Fee Applicants.  **As requested by the Court, Applicant has not charged anything for the amendment and renoticing caused by Applicant's inattention**.  Hereafter, the Applicant was scrupulous in fully complying with the Second Amended Fee Procedures Order (Doc. 5572).

Total Hours:   43.1                    Total Fees:     $36,635

**H.  Notice of Hearing on Compromises with Fee Examiner and Fee Applicants of Interim Fee Applications (4th Set)**

This Notice went smoothly.  There were no objections and the interim fee applications of 10 Fee Applicants were approved and orders submitted and approved.

Total Hours:   42.4                    Total Fees:     $36,040

FINAL FEE APPLICATION

## I. First Status Report

As the Court approached confirmation in these cases, the Fee Examiner and the UST determined that the Court would benefit from a comprehensive Status Conference Statement. In this way the Court would be apprised of the universe of Retained Professionals, the status of all interim fee applications, as well as the status of professionals retained but who were not filing interim applications. The Court would have a "snapshot" of the current situation as well as a forecast of what the Fee Examiner saw in the future as to what is required to bring all matters to a timely conclusion.

Total Hours:   41.8          Total Fees:   $35,530

## J. Second Status Report

After Plan Confirmation, the Fee Examiner and Applicant determined that a second comprehensive, fully noticed status conference statement would be useful to the Fee Examiner and to the Court. The objective of the Second Status Conference Report was to 1) alert the Court as to the Fee Examiner's intentions regarding Final Fee Applications; 2) summarize the status of all fees incurred; 3) obtain an order approving the Fee Examiner's authority to set all hearings on both Interim and Final Fee Applications; 4) listen to any concerns of the Court and, finally, 5) to flush out any objections from Fee Applicants. On this last point, at least one Fee Applicant had raised with the Fee Examiner the notion that the Fee Examiner had no authority and could be ignored.

The Second Status Report speaks for itself. Although the Court ultimately took the hearing off calendar, it did so as the result of no objections having been filed. On September 20, 2020, the Court entered a Docket Text Order supporting the Fee Examiner's objectives and the timetable set forth in the Second Status Report, and the Court also committed to entering an order at a later date consistent with the Docket Text Order. On October 5, 2020, the Court filed its Order Setting Deadline for Filing Final Fee Applications and Setting Procedures for Hearings (Doc. 9202).

This order was useful to the Fee Examiner, and the Fee Examiner has managed to keep to the schedule he set forth in the Second Status Report. In fact, when the Court approved the 19

FINAL FEE APPLICATION

Final Fee Applications currently pending before the Court, the Fee Examiner will have resolved each and every one of the fee applications in these cases well ahead of schedule.

Total Hours:   50.1          Total Fees:   $42,585

### K. <u>Final Fee Applications (1st Set), and Orders Thereon</u>

The first round of Final Fee Applications concerned 4 Fee Applicants and proceeded without objections or controversy.

Total Hours:   46.2          Total Fees:   $39,270

### L. <u>Final Fee Applications (2nd Set), and Orders Thereon</u>

The second round of Final Fee Applications concerned 9 Fee Applicants and proceeded without objections or controversy.

Total Hours:   61.8          Total Fees:   $52,530

### M. <u>Final Fee Applications (3rd Set), and Orders Thereon</u>

The third round of Final Fee Applications concerned 19 Final Fee Applications. There have been no objections and the time to file objections has passed. The Court approved the compromises earlier today, and has requested orders.

Total Hours:   49.3          Total Fees:   $41,905

### N. <u>Negotiate Baker Hostetler Interim Fee Applications</u>

For various reasons, the Fee Examiner assigned to Applicant the negotiation of the Baker Hostetler interim fee applications. The result was quite successful as set forth below regarding the Baker Hostetler Final Fee Application. Negotiation of these fees required extensive use of the data produced by Legal Decoder, as well as the technical support supplied by the Fee Examiners staff of fee reviewers. In addition, Applicant was also able to use the work product of the Office of the United States Trustee, which had produced its own extensive analysis of the fees of Baker Hostetler.

FINAL FEE APPLICATION

Total Hours:   17.3          Total Fees:     $14,705

## O.  Negotiate Baker Hostetler Final Fee Application

Combining the results of negotiating the interim fee applications with the final fee application of Baker Hostetler, Applicant was able to reach a compromise amounting to a reduction of over $2.25mm, which compromise was approved by the Court.

In addition, Applicant was called upon to sort out the nearly $8mm in expert witness expenses that were "pass through expenses" on the Baker Hostetler fee applications.  This extraordinary situation was the result of a letter agreement reached with the UST's office before the appointment of the Fee Examiner.  The objective was laudable:  the Tort Creditors Committee did not want to disclose the actions of the expert witnesses employed by Baker Hostetler to adverse counsel.  "Passing Through" these expenses on the Baker Hostetler bill had an unfortunate consequence.  Large amounts of professional fees which would otherwise be subject to review by the Fee Examiner were invisible to the Fee Examiner for some time.  When the Fee Examiner audited these fees, Baker Hostetler took the position that they were not responsible for the fees.  In summary, Applicant was able to get Baker Hostetler to provide a full accounting of the "pass through expenses".  Applicant was further able to reach a $50,000 reduction with the largest of the experts, a company called Stone Turn.  All this is set forth in detail in the Notice of Final Fee Applications (3rd Set), in the exhibit related to the compromise with Baker Hostetler.

Total Hours:   23.3          Total Fees:     $19,805

## P.  Negotiate Weil, Gotshal & Manges Final Fee Application

For various reasons, the Fee Examiner assigned to Applicant the negotiation of the final fee application of Weil, Gotshal & Manges.  Negotiation of these fees required extensive use of the data produced by Legal Decoder, as well as the technical support supplied by the Fee Examiner's staff of fee reviewers.  In addition, Applicant was also able to use the work product of the Office of the United States Trustee, which had produced its own extensive analysis of the fees of Weil, Gotshal & Manges.  Applicant and Weil, Gotshal & Manges reached an agreement that

reduced Weil Gotshal & Manges' fees by over $2.3 million.

        Total Hours:   9.1            Total Fees:   $7,735

### Q. Preparation of First and Final Fee Application

Applicant believes the amounts charged in this project billing category are modest.

        Total Hours:   22.5           Total Fees:   $19,125

Respectfully Submitted,

                SCOTT H. MCNUTT

DATED:

By:       */s/ Scott H. McNutt*

         Scott H. McNutt

         Counsel to the Fee Examiner

13

FINAL FEE APPLICATION

# EXHIBIT A

**Entered on Docket**
**June 19, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1 | SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
2 | San Mateo, California 94402
Telephone: (415) 760-5601
3 | Email: shm@ml-sf.com

**Signed and Filed: June 19, 2019**



4 | Proposed Attorney for Fee Examiner

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

5

6

7

8 | UNITED STATES BANKRUPTCY COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | In re

Bankruptcy Case
No. 19-30088 (DM)
12 | PG&E CORPORATION, | (Lead Case)
(Jointly Administered)
13 |     - and -

Chapter 11
14 | PACIFIC GAS AND ELECTRIC
COMPANY, | **ORDER AUTHORIZING EMPLOYMENT**
15 | | **OF SCOTT H. McNUTT AS COUNSEL**
**TO FEE EXAMINER**
    Debtors.
16 |
☐ Affects PG&E Corporation | Judge:    Hon. Dennis Montali
17 | ☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors
18 |
* All papers shall be filed in the Lead Case,
19 | No. 19-30088 (DM)

20

21

22 |       The Court, having duly considered the APPLICATION FOR ORDER AUTHORIZING

23 | EMPLOYMENT OF SCOTT H. McNUTT AS COUNSEL TO THE FEE EXAMINER (the "Employment

24 | Application"), filed by Bruce A. Markell, the duly appointed Fee Examiner in the above-captioned

25 | Chapter 11 bankruptcy proceedings, and the accompanying declarations of Scott H. McNutt and

26 | Bruce A. Markell in support thereof, finding that notice of the Employment Application is

27 | adequate under the circumstances, and good cause appearing therefor,

28

IT IS HEREBY ORDERED THAT:

1. The Fee Examiner is authorized to employ Scott H. McNutt (the "McNutt") as his counsel in the above-captioned matter, pursuant to Section 327 *et seq.* of the Bankruptcy Code, effective as of April 12, 2019.

2. McNutt's compensation shall be subject to approval by the Court pursuant to Bankruptcy Code §§ 330 and 331, and shall be governed by the Bankruptcy Code, this Court's ORDER PURSUANT TO 11 U.S.C. §§ 331 AND 105(A) AND FED. R. BANKR. P. 2016 FOR AUTHORITY TO ESTABLISH PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [Docket No. 701]; this Court's ORDER APPOINTING FEE EXAMINER AND ESTABLISHING PROCEDURES FOR CONSIDERATION OF REQUESTED COMPENSATION AND REIMBURSEMENT OF EXPENSES [Docket No. 2267] (the "Fee Examiner Order"); and all protocols or procedures promulgated by the Fee Examiner any additional procedures established by this Court.

3. This order will suffice as authorization for the Fee Examiner's employment of McNutt in both jointly administered cases.

4. McNutt may maintain a single combined record of attorneys' time and costs for both bankruptcy estates.

* * * END OF ORDER * * *

1                             **COURT SERVICE LIST**

2    *All Registered ECF Participants*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

ORDER AUTHORIZING EMPLOYMENT OF
SCOTT H. MCNUTT

# EXHIBIT B

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 4/12/2019 | A | 1 | Review US Trustee's Motion for order appointing Fee Examiner (Doc. No. 1370) | 3.7 | $ 3,145 |
| 4/13/2019 | A | 1 | Review status of employment of seven professionals that have filed employment applications (W, G & M, K&B, AP Services, Lazard Freres, Jenner & Block, Cravath, and Munger Tolles) | 4.8 | $ 4,080 |
| 4/13/2019 | A | 1 | Review Interim Procedures Order (Knudsen Order) (Doc. 701) in order to develop facts regarding how Fee Examiner's fee review process will interact with existing interim procedures; review sampling of Knudsen monthly invoices. | 5.1 | $ 4,335 |
| 4/15/2019 | A | 1 | Fact finding regarding calendar deadlines created by Interim Procedures Order (Doc. 701); these will drive Fee Examiner's review process | 2.4 | $ 2,040 |
| 4/17/2019 | A | 1 | Review forms of Protocols used in other cases (mostly Toys 'R Us and Exide) to develop outline of issues to be addressed in PG&E Protocol | 5.8 | $ 4,930 |
| 4/19/2019 | A | 5 | Review Role of Fee Examiner in various cases.  Review Motion to approve employment (BAM); Review Protocols used in other cases | 3.6 | $ 3,060 |
| 4/20/2019 | A | 1 | Further factual review of Interim Procedures Order (Doc. 701) and its relationship to duties of Fee Examiner and relationship/conflict with Protocol | 2.7 | $ 2,295 |
| 4/24/2019 | A | 1 | Review docket to determine general status of case, roles of various professionals and compliance with Interim Procedures Order (Doc. 701) | 4.6 | $ 3,910 |
| 4/26/2019 | A | 1 | Factual review of orders concerning ordinary course professionals and other professionals excluded from Fee Examiner review to determine universe of professionals subject to Fee Examiner | 3.7 | $ 3,145 |
| 5/4/2019 | A | 1 | Review Legal Decoder website and services provided Fee Examiner regarding data analytics; review different foms of Legal Decoder analysis; review Legal Decoder ("Dashboard"); Review Legal Decoder exception reports. | 7.2 | $ 6,120 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|-|-------|-----|
| | | | | | |
| 5/14/2019 | A | 2 | Legal research regarding <u>Baker Botts v ASARCO</u> and issue of whether compliance with Protocol and responses to objections are compensable by estate | 2.1 | $ 1,785 |
| 5/22/2019 | A | 9 | Attend and appear at hearing on approval of employment of Fee Examiner | 2.9 | $ 2,465 |
| 6/5/2019 | A | 4 | Call T. Keller and multiple PG&E employees about getting the initial funding so that Fee Examiner can engage Legal Decoder and other staff | 4.5 | $ 3,825 |
| 11/13/2019 | A | 6 | Draft and file <u>Supplemental Declaration of Fee Examiner Pursuant to 11 U.S.C. Sect. 330 and Fed. Rule of Bankr.P. 2014(a)</u> | 0.6 | $ 510 |
| | | | | | |
| | | | | | |
| | | | | 53.7 | $ 45,645 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|--|-------|-----|
| | | | | | |
| 5/21/2019 | B | 3 | Telephone call with B. Markell re S. McNutt employment application | 0.5 | $ 425 |
| 5/21/2019 | B | 6 | Prepare and revise Employment Application | 3.7 | $ 3,145 |
| 6/10/2019 | B | 1 | Review PG&E Company Retention Checklist as well as conflicts database to identify all possible conflicts and connections and run down facts of various hits | 8.1 | $ 6,885 |
| 6/12/2019 | B | 6 | Draft S. McNutt declaration in support of employment application to address and describe all connections to PG&E | 5.1 | $ 4,335 |
| 6/14/2019 | B | 1 | Follow-up on factual investigation of connections to PG&E | 4.6 | $ 3,910 |
| 6/15/2019 | B | 6 | Further drafting of S. McNutt declaration to address connections and potential conflicts | 6.2 | $ 5,270 |
| 6/16/2019 | B | 6 | Draft Employment Application | 4.4 | $ 3,740 |
| 6/17/2019 | B | 6 | Draft proposed form of order approving employment | 1.1 | $ 935 |
| 6/18/2019 | B | 6 | Final revisions to employment application, file | 1.4 | $ 1,190 |
| | | | | | |
| | | | | 35.1 | $ 29,835 |
| | | | | | |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 4/25/2019 | C | 5 | Review Draft Protocol prepared by Fee Examiner | 2.7 | $ 2,295 |
| 4/25/2019 | C | 3 | Telephone call with Tiano and B. Markell regarding the ability of Legal Decoder to implement review for compliance with Protocol as well as Local and US Trustee guidelines | 1.5 | $ 1,275 |
| 6/5/2019 | C | 4 | Multiple calls to arrange Protocol call with Fee Applicants | 1.7 | $ 1,445 |
| 6/12/2019 | C | 4 | Draft email to principal lawyers re Protocol; propose meeting times and agenda; reject alternative agenda suggestions | 2.7 | $ 2,295 |
| 6/13/2019 | C | 4 | Telephone calls with S. Karotin, C. Dumas, P. Zumbro and others in failed effort to build concensus | 1.8 | $ 1,530 |
| 6/18/2019 | C | 4 | Prepare Agenda and then reschedule conference call on Protocol with 12 lawyers | 2.2 | $ 1,870 |
| 6/20/2019 | C | 4 | Review Protocol as revised by Fee Examiner | 0.8 | $ 680 |
| 6/20/2019 | C | 6 | Review revised Protocol reflecting Fee Examiner's efforts to build concensus and outline issue of contention, including Non-working travel; treatment of redacted time entries; capping fees for Employment Applications and other issues | 2.7 | $ 2,295 |
| 6/21/2019 | C | 4 | Correspondence with S. Karotin, T.Keller, C. Dumas and P. Zumbro re Protocol and Fee Examiner's ambition to build concensus but willingness to seek Court Order | 1.1 | $ 935 |
| 6/21/2019 | C | 6 | Begin outlining brief seeking Court Order binding compliance with contentious aspects of Protocol; try to integrate these issues with broader issues related to scheduling interim fee applications (Fee Examiner's effectiveness requires both compliance with Protocol and control of scheduling issues) | 6.7 | $ 5,695 |
| 6/22/2019 | C | 6 | Draft arguments that Protocol has elements that are binding and other elements as to which certain Fee Applicants contend are substantive and as to which Fee Applicants wish to separately reserve all rights; Develop argument that this is inefficient and requires Court intervention | 5.7 | $ 4,845 |
| 6/26/2019 | C | 3 | Conference call with B. Markell re Protocol | 0.7 | $ 595 |
| 6/26/2019 | C | 3 | Telephone call with Fee Examiner to prepare for conference call with principal lawyers and US Trustee re Protocol | 0.3 | $ 255 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 6/26/2019 | C | 7 | Review and comment on revisions to Protocol received from Weil Gotschal, the UCC and the TCC, all of which are offensive and impractical, particularly desire by multiple firms to ignore Protocol and raise objections to it in context of interim fee applications | 2.8 | $ 2,380 |
| 6/27/2019 | C | 7 | Prepare for conference call with principal lawyers to discuss Protocol prepared by Fee Examiner; draft agenda of key items | 3.7 | $ 3,145 |
| 6/27/2019 | C | 4 | Conference call to discuss Sixth Draft Protocol; Participants Fee Examiner; T. La Freddie (UST); M. Villacorta (UST); A. Vara (UST); D. Lane (Baker Hostetler); T. Payne Geyer (Baker Hostetler); J. Lu and S. Karotkin (Weil Gotschal); P. Zumbro (CS&M); T. Kreller (Munger Tolles); and T. Keller | 0.8 | $ 680 |
| 7/1/2019 | C | 6 | Review further revisions to Protocol | 0.4 | $ 340 |
| 7/2/2019 | C | 4 | Telephone call with T. LaFreddie re Protocol and difficulty of building concensus with Fee Applicants | 0.5 | $ 425 |
| 7/8/2019 | C | 3 | Review redline of revised Protocol prepared by Fee Examiner to reflect very limited areas of agreement with Fee Applicants as well as many areas of disagreement | 2.7 | $ 2,295 |
| 7/10/2019 | C | 6 | Draft arguments regarding Protocol with objective of obtaining Court Order that Protocol amends provisions of Interim Procedures Order (Doc. 701) as well as the Order Appointing Fee Examiner (Doc. 2267) and that efficient administration requires that Court order compliance with Protocol and approve fee procedures generally | 4.7 | $ 3,995 |
| 7/20/2019 | C | 4 | Circulate to all Fee Applicants version of Protocol together with communication explaining Fee Examiner expects Fee Applicants to comply with the Protocol; that the Protocol is intended to be a statement as to the Fee Examiner's beliefs as to the state of the law; and that the Fee Applicants may reserve all rights to object to the substantive terms of the Protocol absent a Court order adopting the Protocol | 2.7 | $ 2,295 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 7/30/2019 | C | 6 | Drafting of arguments concerning areas Fee Examiner has been unable to reach concensus with Fee Applicants, specifically the following: 1) Fee Examiner's reservation of right to contend time is duplicative and overlapping until time of all firms has been submitted; 2) Fee Examiner's position that all travel time should be disallowed as the law of this case and the prior local practice of this Court; 3) Fee Examiner's position that redacted time entries are not compensable until disclosed to Fee Examiner and may be shared with Fee Examiner as privileged under the Order Appointing Fee Examiner; and 4) compensation for time incurred for employment and fee applications must be capped and 5) cap on conflict checks | 8.1 | $ 6,885 |
| 8/7/2019 | C | 6 | Drafting of outline of strategy to obtain Court approval of substantive provisions of Protocol by combining these issues with a motion establishing the Fee Examiner's power to schedule all interim fee applications in his discretion and per a timetable set by the Fee Examiner (**fees associated with the resulting <u>Ex Parte Application</u> and <u>Motion to Approve Fee Procedures</u> are set forth in the following project category**) | 6.4 | $ 5,440 |
| 8/30/2019 | C | 6 | Draft, revise and file <u>Notice by Fee Examiner of the Terms of Protocol Regarding Submission of Fee Application, Etc. (Doc. 3762)</u>. This document puts all fee applicants on notice as to the Fee Examiner's position regarding all issues, pending Court approval of the substantive terms of the Protocol | 4.1 | $ 3,485 |
| | | | | | |
| | | | | 67.5 | $ 57,375 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 7/10/2019 | D | 3 | Telephone call with B. Markell to discuss scheduling issues for hearing and resolution of Protocol and general fee procedures issues | 0.4 | $ 340 |
| 7/10/2019 | D | 4 | Telephone call with T. Keller re inability of Fee Applicants to agree on scheduling of Interim Fee Applications; unless one of the Debtor firms wants to take leadership role, the Fee Examiner has no choice but to drive this bus | 0.8 | $ 680 |
| 8/7/2019 | D | 4 | Telephone call with T. Keller re issues regarding scheduling hearings on Interim Fee Applications, organizing hearings into blocks, and reserving issues under Protocol | 1.0 | $ 850 |
| 8/7/2019 | D | 3 | Telephone call with B. Markell re proposal to Applicants as to timetable for review and hearing as to interim fee applications, need to reserve issues of duplication, process for first round then later rounds; discuss inability of various law firms to coordinate this process | 0.8 | $ 680 |
| 8/23/2019 | D | 4 | Prepare for and call with US Trustee re Fee Procedures Order (T. La Freddie) | 1.2 | $ 1,020 |
| 9/10/2019 | D | 1 | Review prior orders regarding interim compensation and role of Fee Examiner in order to develop motion establishing procedures for addressing interim and final applications in an orderly process; should these issues be raised by Status Conference or by more formal motion | 3.6 | $ 3,060 |
| 9/12/2019 | D | 6 | Additional drafting of Arguments regarding open Protocol issues to add to scheduling issues; specifically travel time, cap on fee review and charges for conflicts checks | 4.7 | $ 3,995 |
| 9/13/2019 | D | 6 | Draft Ex Parte Application re Status Conference | 6.7 | $ 5,695 |
| 9/15/2019 | D | 6 | Draft Fee Examiner's Ex Parte Request for Status Conference raising protocol issues (travel time, cap on fees to review fees, conflicts review, duplication between firms, etc.) as well as scheduling authority necessary to implement Interim Procedures Order (Doc. 701) | 7.7 | $ 6,545 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 9/16/2019 | D | 6 | Revise Ex parte Application re Status Conference (including revisions by B. Markell) | 7.1 | $ 6,035 |
| 9/17/2019 | D | 1 | Review Court Order declining Status Conference and directing filing of Motion to Approve Fee Procedures and describing necessary content (Doc. 3918) | 0.8 | $ 680 |
| 9/18/2019 | D | 6 | Draft Motion to Approve Fee Procedures in compliance with Court's order and asking Court to rule on all substantive issues raised by Protocol and also granting Fee Examiner authority over scheduling | 10.4 | $ 8,840 |
| 9/19/2019 | D | 6 | Revise Motion to approve Fee Procedures and file (Doc. 3950) | 3.6 | $ 3,060 |
| 9/27/2019 | D | 5 | Review US Trustee Response (Doc. 4025) | 1.6 | $ 1,360 |
| 10/1/2019 | D | 5 | Review Retained Professionals Joint Response to Motion to approve Fee Procedure (Doc. 4064) | 3.4 | $ 2,890 |
| 10/1/2019 | D | 5 | Review Milbank response (Doc. 4050) | 1.7 | $ 1,445 |
| 10/6/2019 | D | 5 | Review Court's Docket Text Order which entirely supports Fee Examiner's position | 0.4 | $ 340 |
| 10/6/2019 | D | 9 | Prepare for 10/7/19 Hearing on Fee Procedures | 2.7 | $ 2,295 |
| 10/7/2019 | D | 9 | Participate in hearing on Fee Procedures | 2.1 | $ 1,785 |
| 10/16/2019 | D | 5 | Review revisions to Protocol agreed by parties; Court's Docket Text Order has made Fee Applicants much more cooperative | 3.7 | $ 3,145 |
| 10/16/2019 | D | 6 | Outline remaining issues for Reply requested by Court | 2.1 | $ 1,785 |
| 10/22/2019 | D | 6 | Draft reply per Court direction, summarize extensive resolved Protocol issues, describe to Court remaining issues including travel time | 4.8 | $ 4,080 |
| 10/23/2019 | D | 6 | Revise Reply brief per Fee Examiner's direction | 1.6 | $ 1,360 |
| 10/23/2019 | D | 2 | Review Cravath redline of Revised Protocol | 1.1 | $ 935 |
| 10/24/2019 | D | 6 | Revise and file Reply Brief in support of Fee Examiner's position on Fee Procedures Motion (Doc. 4475) | 4.1 | $ 3,485 |
| 10/26/2019 | D | 6 | Draft and upload Proposed Form of Order incorporating Court's favorable ruling | 2.1 | $ 1,785 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 11/15/2019 | D | 5 | Review Order Granting Fee Examiner's Motion to Approve Fee Procedures (Doc. No. 4770) as a means to close pending negotiations with multiple fee applicants; Order resolves multiple issues in favor of Fee Examiner so that Fee Applicants are able to conclude negotiation with confidence that they are not leaving anything "on the table" | 2.7 | $ 2,295 |
| | | | | | |
| | | | | 82.9 | $ 70,465 |
| | | | | | |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 8/12/2019 | E | 4 | Emails re BH discussions about First Interim Fee Applications - hours by partners in hourly low rate areas are less than high rate associates; BH wants Fee Examiner to take this into account when analyzing partner/associate staffing ratio | 1.4 | $ 1,190 |
| 8/13/2019 | E | 4 | Conference call regarding Fee Examiner's initial report with E. Green and Geyer | 1.7 | $ 1,445 |
| 8/14/2019 | E | 3 | Conference call with T. Gallegos and Fee Examiner to better understand the assumptions underlying Fee Examiner's initial Report on BH First Interim Fee Application | 0.4 | $ 340 |
| 8/20/2019 | E | 4 | Telephone call with E. Green re Fee Examiner's objections to BH fees | 1.2 | $ 1,020 |
| 9/11/2019 | E | 4 | Telephone call with E. Green re Fee Examiner's objections to BH fees | 0.5 | $ 425 |
| 9/16/2019 | E | 5 | Review BH proposal to resolve Fee Examiner's objections | 1.1 | $ 935 |
| 11/17/2019 | E | 7 | Conclude negotiations with E. Green at Baker Hostetler to conclude fee reduction negotiations ($370,716.33 agreed reduction); this settlement made possible by Court's Order Granting Fee Procedures (Doc. 4770), which make certain a number of previously contentious issues | 4.7 | $ 3,995 |
| 11/18/2019 | E | 7 | Conclude and document resolution with H. King of Fee Examiner's compromise with Cravath ($1.3MM agreed reduction) | 6.1 | $ 5,185 |
| 11/22/2019 | E | 7 | Conclude and document resolution with M. Koch of Fee Examiner's compromise with FTI ($220,000 agreed reduction) | 3.2 | $ 2,720 |
| 11/27/2019 | E | 7 | Conclude and document resolution with A. Allen of Fee Examiner's compromise with Jenner & block ($75,000 agreed reduction) | 2.7 | $ 2,295 |
| 12/1/2019 | E | 7 | Conclude and document resolution with C. Campbell of Fee Examiner's compromise with KPMG ($50,000 agreed reduction) | 1.2 | $ 1,020 |
| 12/4/2019 | E | 7 | Conclude and document resolution with S. Goldman of Fee Examiner's compromise with Munger Tolles ($210,000 agreed reduction) | 1.6 | $ 1,360 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 12/6/2019 | E | 1 | Review summary sheets to First interim Fee Applications of Baker Hostetler, Cravath, FTI, Jenner & Block, KPMG and Munger Tolles in order to calculate and describe numbers to include in <u>Notice of Hearing Allowing and Authorizing Payment of First Interim Applications</u> ("First Interim Compromises") | 5.7 | $ 4,845 |
| 12/8/2019 | E | 6 | Drafting of Exhibit in support of First Interim Compromises, setting forth particulars of compromises between Fee Examiner and multiple Fee Applicants | 4.1 | $ 3,485 |
| 12/10/2019 | E | 6 | Draft and file Notice of Hearing on First Interim Fee Applications | 4.1 | $ 3,485 |
| 12/15/2019 | E | 5 | Review Court's Docket Text Order taking Hearing of Notice of First Interim Compromises off 12/17/19 calendar because Court wants additional Notice of not less than 21 days | 0.4 | $ 340 |
| 12/18/2019 | E | 5 | Review Court's <u>Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures</u> (Doc. 5168) ("Amended Order") stating Notice of First Interim Compromises should have provided a minimum of 21 days notice and is amended to state these requirements | 0.6 | $ 510 |
| 1/2/2020 | E | 7 | Conclude and document resolution with B. Sharp of Fee Examiner's compromise with DSI ($55,000 agreed reduction) to be added to Hearing on First Interim Fee Applications since this has been delayed to provide additional notice | 0.7 | $ 595 |
| 1/2/2020 | E | 7 | Conclude and document resolution with E. Todderud of Fee Examiner's compromise with Berman & Todderud ($10,000 agreed reduction) to be added to Hearing on First Interim Fee Applications since this has been delayed to provide additional notice | 0.6 | $ 510 |
| 1/2/2020 | E | 7 | Conclude and document resolution with E. Kates of Fee Examiner's compromise with Dundon ($3,000 agreed reduction) to be added to Hearing on First Interim Fee Applications since this has been delayed to provide additional notice | 0.4 | $ 340 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 1/3/2020 | E | 7 | Conclude and document resolution with E. Kates of Fee Examiner's compromise with Trident ($500 agreed reduction) to be added to Hearing on First Interim Fee Applications since this has been delayed to provide additional notice | 0.4 | $ 340 |
| 1/3/2020 | E | 6 | Draft, revise and file second version of Notice of First Interim Compromises that complies with Notice provisions of <u>Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures</u> and includes the six compromises of the first version and also adds the compromises with DSI, Berman & Todderud, Dundon & Trident | 6.1 | $ 5,185 |
| 1/7/2020 | E | 7 | Conclude and document resolution with S. Karotkin of Fee Examiner's compromise with Weil Gotschal ($420,000 agreed reduction) | 3.3 | $ 2,805 |
| 1/8/2020 | E | 7 | Conclude and document resolution with B. Williams of Fee Examiner's compromise with Lincoln Internation ($125,000 agreed reduction) | 2.1 | $ 1,785 |
| 1/8/2020 | E | 6 | Draft, revise and file an <u>Amended Notice of First Interim Compromises</u> to add compromises with Weil Gotschal and Lincoln International (this was possible since prior filing provided more than 21 days notice, allowing last minute compromises with Weil Gotschal and Lincoln International to be added | 2.7 | $ 2,295 |
| 1/27/2020 | E | 5 | Review Court's docket text order taking off calendar the Hearing on the <u>Amended Notice of First Interim Compromises</u> for lack of objection and determine how to efficiently produce and lodge 12 orders reflecting approved compromises | 1.1 | $ 935 |
| 1/27/2020 | E | 4 | Draft and send communication to 12 compromised Fee Applicants describing necessary content for forms of orders to be lodged with Court | 4.1 | $ 3,485 |
| 1/30/2020 | E | 5 | Review and approve 12 different orders from compromised Fee Applicants for lodgment with Court | 3.7 | $ 3,145 |
| | | | | | |
| | | | | 65.9 | $ 56,015 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|--|-------|-----|
| | | | | | |
| 2/27/2020 | F | 7 | Conclude and document resolution with G. Ficks of Fee Examiner's compromise with Coblentz firm ($30,000 agreed reduction) | 1.4 | $ 1,190 |
| 2/27/2020 | F | 7 | Conclude and document resolution with J. Fell of Fee Examiner's compromise with Simpson Thacher ($82,000 agreed reduction) | 2.1 | $ 1,785 |
| 3/2/2020 | F | 5 | Review summary sheets to interim fee applications of Coblentz and Simpson Thacher to develop accounting facts necessary for drafting Notice of Interim Compromises (2nd Set) | 1.6 | $ 1,360 |
| 3/2/2020 | F | 6 | Draft, revise, edit and file Notice of Interim Compromises concerning Coblentz and Simpson Thacher | 2.1 | $ 1,785 |
| 3/23/2020 | F | 5 | Review Docket Text Order taking Hearing on Notice of Interim Compromises (2nd Set) off calendar in light of no objections | 0.4 | $ 340 |
| 3/23/2020 | F | 4 | Communicate with J. Fell (Simpson Thacher) and G. Ficks (Coblentz) re submission of draft orders to Court and Fee Examiner's requirements as to orders | 1.1 | $ 935 |
| 3/25/2020 | F | 5 | Review and approve orders prepared by Coblentz and Simpson Thacher | 0.6 | $ 510 |
| | | | | | |
| | | | | 9.3 | $ 7,905 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 6/15/2020 | G | 7 | Review proposed compromise with Centerview Partners, regarding First, Second and Third interim fee applications ($65,000 discount) | 1.1 | $ 935 |
| 6/16/2020 | G | 7 | Confirm and document Centerview agreement | 0.7 | $ 595 |
| 6/16/2020 | G | 7 | Confirm and document Coblentz compromise regarding Second Interim Application ($22,500 discount) | 1.4 | $ 1,190 |
| 6/16/2020 | G | 7 | Confirm and document compromise of Second and Third Interim Applications with FTI Consulting ($170,000 discount) | 2.4 | $ 2,040 |
| 6/18/2020 | G | 7 | Confirm and document Groom Law Group compromise regarding First Interim Fee Application ($42,000 discount) | 1.6 | $ 1,360 |
| 6/20/2020 | G | 7 | Confirm and document Jenner & Block compromise on 2nd and 3rd Interim Fee Applications ($100,000 discount) | 1.7 | $ 1,445 |
| 6/22/2020 | G | 7 | Confirm and document Keller & Benvenutti compromise on First, Second and Third Fee Applications ($82,500 discount) | 2.4 | $ 2,040 |
| 6/24/2020 | G | 7 | Confirm and document KPMG compromise on 2nd Interim Fee Application ($85,000 discount) | 1.9 | $ 1,615 |
| 6/26/2020 | G | 7 | Confirm and document Lincoln Partners compromise on 2nd and 3rd Interim Fee Applications ($325,000 discount) | 2.4 | $ 2,040 |
| 6/26/2020 | G | 7 | Confirm and document Munger, Tolles & Olson compromise on 2nd and 3rd Interim Fee Applications ($850,000 discount) | 3.7 | $ 3,145 |
| 6/28/2020 | G | 6 | Draft, revise and edit Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (the "Third Notice") | 4.7 | $ 3,995 |
| 6/30/2020 | G | 6 | Draft, revise and edit Exhibit "A" to Third Notice setting forth agreements regarding 9 Fee Applicants and 17 Interim Fee Applications | 6.3 | $ 5,355 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|--|-------|-----|
| | | | | | |
| 7/2/2020 | G | 6 | Review Order Requiring Corrected Notice of Hearing on Fee Applications (Doc. 8389) taking Third Notice off calendar for failure to comply with requirements of Second Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures (Doc. 5572) (and requiring information regarding date range and total fees and expenses) | No Charge | $ - |
| 7/10/2020 | G | 7 | Confirm and document Trident Compromise on 2nd Interim Fee Application (No Reduction) | 0.3 | $ 255 |
| 7/10/2020 | G | 7 | Confirm and document Simpson Thacher & Bartlet compromise on 2nd and 3rd Interim Fee Applications ($45,000 discount) | 1.9 | $ 1,615 |
| 7/10/2020 | G | 7 | Confirm and document DSI compromise on 2nd Interim Fee Application ($45,000 discount) | 1.6 | $ 1,360 |
| 7/14/2020 | G | 6 | Review and revise Exhibit "A" to reflect compromises and accounting for Trident, DSI and Simpson Thacher | 1.4 | $ 1,190 |
| 7/14/2020 | G | 6 | Draft, revise and edit Amended Third Notice to confirm with Judge's Order Requiring Corrected Notice (Doc. 8254) | No Charge | $ - |
| 7/31/2020 | G | 5 | Review Docket Text Order approving compromises set forth in Amended Third Notice | 0.3 | $ 255 |
| 8/1/2020 | G | 6 | Review draft brief in support of extensive objections to Keller Benvenutti Interim Fee Application (This brief not used as result of later compromise) | 2.4 | $ 2,040 |
| 8/2/2020 | G | 5 | Review and approve draft orders for Centerview, FTI, Trident, Coblentz and Groom | 2.1 | $ 1,785 |
| 8/3/2020 | G | 5 | Review Docket Text Order re Simpson Thacher | 0.4 | $ 340 |
| 8/4/2020 | G | 5 | Review and approve draft orders for Jenner & block, Keller & Benvenutti, KPMG, Munger Tolles and Simpson Thacher | 2.4 | $ 2,040 |
| | | | | | |
| | | | | 43.1 | $ 36,635 |
| | | | | | |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 8/20/2020 | H | 4 | Draft emails asking for confirming information from multiple fee applicants to confirm compromises and to confirm specifics of accounting for payments received and amounts outstanding for: 1) Berman & Totterud, 2) KPMG, 3) Latham & Watkins, 4) Munger Tolles & Olson, 5) Centerview, 6) FTI, 7) Baker Hostetler, 8) Lincoln Partners, 9) Lynn A. Baker and 10) Trident | 6.6 | $ 5,610 |
| 8/25/2020 | H | 7 | Confirm and document Berman & Todderud compromise on all Interim and outstanding Monthly Fee Applications ($39,000 reduction).  Some complexity here as this constitutes a final fee application | 1.8 | $ 1,530 |
| 8/25/2020 | H | 7 | Confirm and document KPMG compromise on 3rd Interim Fee Application ($75,000 reduction) | 1.8 | $ 1,530 |
| 8/25/2020 | H | 7 | Confirm and document compromise on Latham & Watkins 4th Interim and Monthly Fee Applications ($37,500 reduction) | 0.2 | $ 170 |
| 8/25/2020 | H | 7 | Confirm and document Munger Tolles & Olson compromise on 4th Interim Fee Application ($330,000 reduction) | 1.7 | $ 1,445 |
| 8/25/2020 | H | 7 | Confirm and document Centerview Partners compromise on 4th Interim Fee Application ($1,236.01 reduction) | 0.2 | $ 170 |
| 8/25/2020 | H | 7 | Confirm and document FTI compromise on 4th Interim Fee Application ($2,532.54) | 0.2 | $ 170 |
| 8/25/2020 | H | 7 | Confirm and document Baker Hostetler compromise of 2nd, 3rd and 4th Fee Applications ($1,700,704.78 discount) [Negotiation of Baker Hostetler compromise is the subject of a separate section of this Fee Application - this entry only concerns documenting the compromise] | 1.7 | $ 1,445 |
| 8/25/2020 | H | 7 | Confirm and document Lincoln Partners compromise of 4th Interim Fee Application ($225,000 discount) | 2.1 | $ 1,785 |
| 8/25/2020 | H | 7 | Confirm and document Lynn Baker compromise of 1st and 2nd Interim Fee Applications ($2,500 discount) | 0.2 | $ 170 |
| 8/25/2020 | H | 7 | Confirm and document Trident compromise of 3rd Interim Fee Application (no discount) | 0.2 | $ 170 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 8/28/2020 | H | 6 | Draft Exhibit "A" to reflect compromises and accounting in compliance with Second Amended Order (Doc. 5572) regarding 10 Fee Applicants and 17 Interim Fee Applications | 8.1 | $ 6,885 |
| 8/29/2020 | H | 6 | Draft, revise, edit and file 2nd Amended Notice of Hearing on Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (4th Set) (Doc. 8911) | 8.2 | $ 6,970 |
| 9/20/2020 | H | 5 | Review Docket Text Order striking hearing for lack of objections and circulate to all subject Fee Applicants | 1.7 | $ 1,445 |
| 9/22/2020 | H | 5 | Review and approve 10 forms of orders, one for each of the subject Fee Applicants; Attention to multiiple accounting issues to be addressed in orders | 7.7 | $ 6,545 |
| | | | | | |
| | | | | 42.4 | $ 36,040 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 5/26/2020 | I | 1 | Commence fact gathering on status of all fees and expenses being incurred in PG&E cases including universe of all retained professionals, status of all interim fee applications as well as all Knudson filings and also firms that are employed but not requesting Knudsen (80%) payments | 8.7 | $ 7,395 |
| 5/27/2020 | I | 6 | Review materials prepared by T. Gallegos reflecting status of all retained professionals; Request different and additional sorting of material in order to provide to the Court an accurate snapshot of all fees as case approaches Confirmation | 7.7 | $ 6,545 |
| 5/28/2020 | I | 1 | Further factual investigation focussed on Retained Professionals not using Knudsen procedures and not filing interim applications | 6.1 | $ 5,185 |
| 5/29/2020 | I | 6 | Drafting of Status Conference Statement describing state of professional fees and sorting fees into buckets so that Judge is presented with "snapshot" as well as a forecast of how the Fee Examiner sees the future | 6.9 | $ 5,865 |
| 5/30/2020 | I | 6 | Work with T. Gallegos on extensive revisions to exhibits to create three overarching categories as follows:  A) Total fees,  B) Fees subject to compromise and C) Fees not yet subject to negotiations | 4.8 | $ 4,080 |
| 5/31/2020 | I | 6 | Review revised exhibits reflecting Fee Examiner's suggestions as to sorting and categories | 2.7 | $ 2,295 |
| 6/4/2020 | I | 6 | Draft, revise and file 44 page Status Report consisting of 6 pages of text and 36 pages of detailed accounting exhibits that concludes Total Amounts about $411MM; Amount subject to compromise $94MM; Agreed reductions $3.6MM; Amounts under negotiation $210MM and Amounts not yet reviewed $106MM | 4.9 | $ 4,165 |
| | | | | | |
| | | | | 41.8 | $ 35,530 |
| | | | | | |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 8/10/2020 | J | 6 | Outline issues to be addressed in a fully noticed "Second Status Report" intended to: 1) alert Judge as to the Fee Examiner's intentions regarding Final Fee Applications; 2) summarize the status of all fees incurred; 3) obtain order approving Fee Examiner's authority to set items for hearing and 4) other relief; In order to accomplish these goals, Hearing must be noticed and all parties offered opportunity to object | 9.7 | $ 8,245 |
| 8/11/2020 | J | 1 | Research Plan provisions regarding the filing of final fee applications and calculate total number of anticipated final fee applications, all of which will be filed at the same time | 4.7 | $ 3,995 |
| 8/12/2020 | J | 6 | Fact gathering re total number of outstanding interim applications and what cut-off dates must be established when interim applications can no longer be considered and how to conclude all pending interim fee applications | 8.2 | $ 6,970 |
| 8/13/2020 | J | 6 | Review materials from Alix Partners in order to calculate total anticipated fees of about $700MM | 1.4 | $ 1,190 |
| 8/21/2020 | J | 6 | Review and summarize extensive accounting reports prepared by Fee Examiner staff and summarize: 1) to reflect status of fees subject to compromise ($170MM); to reflect current compromised reductions ($5MM) and to calendar fees subject to negotiation not yet reviewed ($406MM) | 6.7 | $ 5,695 |
| 8/24/2020 | J | 6 | Commence drafting Fee Examiner's Second Status Report | 7.1 | $ 6,035 |
| 8/26/2020 | J | 6 | Review and revise Fee Examiner's Second Status Report | 4.7 | $ 3,995 |
| 8/28/2020 | J | 6 | Review, revise, edit and file Fee Examiner's Second Status Report | 2.1 | $ 1,785 |
| 8/28/2020 | J | 6 | Draft, revise, edit and file Notice of Hearing on Fee Examiner's Second Status Report | 2.7 | $ 2,295 |
| 9/20/2020 | J | 5 | Review Docket Text Order taking status conference off calendar and promising to enter order consistent with Second Status Conference requests | 0.4 | $ 340 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 10/5/2020 | J | 5 | Review Court's <u>Order Setting Deadline for Filing Final Fee Applications and Setting Procedures for Hearings</u> (Doc 9202) and circulate to all impacted Fee Applicants | 2.4 | $ 2,040 |
| | | | | | |
| | | | | 50.1 | $ 42,585 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 10/10/2020 | K | 5 | Review Centerview Final Fee Application (Doc. 8887) | 1.7 | $ 1,445 |
| 10/11/2020 | K | 7 | Document and confirm terms of Fee Examiner's compromise with Centerview | 0.8 | $ 680 |
| 10/11/2020 | K | 5 | Review Cravath Final Fee Application (Doc. 8951) | 2.7 | $ 2,295 |
| 10/12/2020 | K | 6 | Draft Exhibit "A" (Centerview) setting forth details of Centerview's compromise, amounts previously paid, deduction of compromise, deduction of amounts previously paid and amount outstanding; reach agreement with Centerview on language of Exhibit "A" in order to comply with Court's Second Amended Fee Procedure Order (Doc. 5572) | 3.1 | $ 2,635 |
| 10/12/2020 | K | 7 | Document and confirm terms of Fee Examiner's agreement with Cravath | 2.4 | $ 2,040 |
| 10/16/2020 | K | 5 | Review DSI Final Fee Application (Doc. 8889) | 0.8 | $ 680 |
| 10/18/2020 | K | 7 | Review, revise and edit Declaration of Fee Examiner setting forth basis for Cravath's substantial reduction and details of the specific areas of compromise, including Cravath's practice of billing unadmitted law school graduates as lawyers | 4.7 | $ 3,995 |
| 10/18/2020 | K | 7 | Document and confirm terms of Fee Examiner's compromise with DSI | 1.2 | $ 1,020 |
| 10/20/2020 | K | 6 | Draft Exhibit "B" (Cravath) setting forth details of Cravath's compromise, amounts previously paid, the deduction of the compromise, deduction of amounts previously paid and amount outstanding; reach agreement with Cravath on language of Exhibit "B." Exhibit "B" sets forth in summary form what is detailed in the Fee Examiner's Declaration and provides the accounting detail required by the Court's Second Amended Fee Procedure Order (Doc. 5572) | 2.8 | $ 2,380 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 10/20/2020 | K | 6 | Draft Exhibit "C" (DSI) setting forth details of DSI's compromise, amounts previously paid, the deduction of the compromise, deduction of amounts previously paid and amount outstanding; reach agreement with DSI on language of Exhibit "C" in order to comply with Court's Second Amended Fee Procedure Order (Doc. 5572) | 2.9 | $ 2,465 |
| 10/20/2020 | K | 5 | Review Jenner & Block Final Fee Application (Doc. 8949) | 1.9 | $ 1,615 |
| 10/24/2020 | K | 6 | Final revisions to Fee Examiner's Declaration regarding Cravath compromise | 1.8 | $ 1,530 |
| 10/24/2020 | K | 7 | Document and confirm terms of Fee Examiner's compromise with Jenner & Block | 1.4 | $ 1,190 |
| 10/24/2020 | K | 6 | Draft Exhibit "D" (Jenner & Block) setting forth details of Jenner & Block's compromise, amounts previously paid, the deduction of the compromise, deduction of amounts previously paid and amount outstanding; reach agreement with Jenner & Block on language of Exhibit "D" in order to comply with Court's Second Amended Fee Procedure Order (Doc. 5572) | 2.2 | $ 1,870 |
| 10/26/2020 | K | 6 | Final edits to Exhibits "A" (Centerview), "B" (Cravath), "C" (DSI) and "D" (Jenner & Block) and to Fee Examiner's Declaration | 1.7 | $ 1,445 |
| 10/27/2020 | K | 6 | Draft, revise, edit and file Notice of Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (1st Set) (Doc. 9358); assemble and attach Exhibits and Fee Examiner Declaration | 8.7 | $ 7,395 |
| 11/13/2020 | K | 5 | Review Docket Text Order taking Doc. 9358 off calendar for lack of objection, granting relief and requesting orders | 0.7 | $ 595 |
| 11/14/2020 | K | 4 | Forward Docket Text Order to Centerview, Cravath, DSI and Jenner & Block with proposed form of order | 1.1 | $ 935 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 11/17/2020 | K | 5 | Review, revise and approve forms of orders approving Final Fee Applications of Centerivew, Cravath, DSI and Jenner & Block; confirm with each applicant tht all payments have been credited | 3.6 | $ 3,060 |
| | | | | | |
| | | | | 46.2 | $ 39,270 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 11/10/2020 | L | 5 | Review Baker Hostetler Final Fee Application in order to summarize facts (Doc. 8895) | 2.1 | $ 1,785 |
| 11/14/2020 | L | 7 | Document and confirm terms of Fee Examiner's compromise with Baker Hostetler. Negotiations with Baker Hostetler were extensive and involved not only BH's fees but also "pass through" fees for experts amounting to millions of dollars, including Stoneturn. **These negotiations are subject of a separate Project code devoted to negotiations with BH; this time entry concerns only time committed putting the BH compromise before the Court** | 4.2 | $ 3,570 |
| 11/15/2020 | L | 5 | Review Milbank Final Fee Application in order to summarize facts (Doc. 8885) | 1.7 | $ 1,445 |
| 11/16/2020 | L | 6 | Draft, revise and edit Exhibit "A" (Baker & Hostetler) setting forth details of Baker & Hostetler's compromise reduction of fees, and the agreed accounting of amounts previously paid, the deduction of the compromise, deduction of amounts previously paid and amount outstanding; reach agreement with BH on language and accounting of Exhibit "A" in order to comply with Court's Second Amended Fee Procedure Order (Doc. 5572) | 5.4 | $ 4,590 |
| 11/16/2020 | L | 5 | Review Coblentz Final Fee Application in order to summarize facts (Doc. 8940) | 1.4 | $ 1,190 |
| 11/16/2020 | L | 5 | Review Munger Tolles & Olson Final Fee Application in order to summarize facts (Doc. 8943) | 2.1 | $ 1,785 |
| 11/17/2020 | L | 5 | Review Keller Benvenutti Final Fee Application in order to summarize facts (Doc. 8883) | 0.6 | $ 510 |
| 11/17/2020 | L | 7 | Document and confirm terms of Fee Examiner's compromise with Milbank | 2.4 | $ 2,040 |
| 11/17/2020 | L | 7 | Document and confirm terms of Fee Examiner's compromise with Munger Tolles & Olson | 0.6 | $ 510 |
| 11/18/2020 | L | 7 | Document and confirm terms of Fee Examiner's compromise with Coblentz | 1.1 | $ 935 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 11/18/2020 | L | 6 | Draft, revise and edit Exhibit "E," (Milbank) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 1.3 | $ 1,105 |
| 11/18/2020 | L | 6 | Draft, revise and edit Exhibit "F," (Munger Tolles) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 1.9 | $ 1,615 |
| 11/18/2020 | L | 5 | Review Weil Gotschal & Manges Final Fee Application  (Doc. 8898) in order to summarize facts | 2.7 | $ 2,295 |
| 11/19/2020 | L | 5 | Review Simpson Thacher & Bartlett Final Fee Application in order to summarize facts (Doc. 8901) | 1.1 | $ 935 |
| 11/19/2020 | L | 7 | Document and confirm terms of Fee Examiner's compromise with Weil Gotschal & Manges. **Negotiations with WG&M were extensive and resulted in a substantial (4.25%) reduction in WG&M's fees. These negotiations are the subject of a separate Project Code devoted to these negotiations** | 4.1 | $ 3,485 |
| 11/20/2020 | L | 6 | Draft, revise and edit Exhibit "B" (Coblentz) setting forth the agreed terms of Coblentz's compromise reduction in fees, and the agreed accounting of amounts previously paid, the deduction of the compromise, deduction of amounts previously paid and amount outstanding; reach agreement with Coblentz on language and accounting of Exhibit "B" in order to comply with Court's Second Amended Fee Procedure Order (Doc. 5572) | 1.5 | $ 1,275 |
| 11/20/2020 | L | 7 | Document and confirm terms of Fee Examiner's compromise with Keller Benvenutti | 0.7 | $ 595 |
| 11/20/2020 | L | 5 | Review KPMG Final Fee Application in order to summarize facts (Doc. 8921) | 0.8 | $ 680 |
| 11/20/2020 | L | 7 | Document and confirm terms of Fee Examiner's compromise with Simpson Thacher & Bartlett | 0.8 | $ 680 |
| 11/20/2020 | L | 5 | Review Trident Final Fee Application in order to summarize facts (Doc. 8866) | 0.3 | $ 255 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 11/20/2020 | L | 6 | Draft, revise and edit Exhibit "I," (Weil Gotschal) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 4.2 | $ 3,570 |
| 11/21/2020 | L | 6 | Draft, revise and edit Exhibit "C," (Keller Benvenutti) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 0.8 | $ 680 |
| 11/21/2020 | L | 6 | Draft, revise and edit Exhibit "G," (Simpson Thacher) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 1.7 | $ 1,445 |
| 11/21/2020 | L | 7 | Document and confirm terms of Fee Examiner's compromise with Trident | 0.2 | $ 170 |
| 11/22/2020 | L | 7 | Document and confirm terms of Fee Examiner's compromise with KPMG | 1.4 | $ 1,190 |
| 11/22/2020 | L | 6 | Draft, revise and edit Exhibit "H," (Trident) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 0.4 | $ 340 |
| 11/23/2020 | L | 6 | Draft, revise and edit Exhibit "D," (KPMG) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 0.7 | $ 595 |
| 11/23/2020 | L | 6 | Draft, revise, edit and file Notice of Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (2nd Set) (Doc. 9596); assemble and attach Exhibits "A" through "I" | 8.7 | $ 7,395 |
| 12/12/2020 | L | 5 | Review Docket Text Order removing matter from calendar for lack of objection and forward to all Fee Applicants subject to the Notice | 1.2 | $ 1,020 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 12/14/2020 | L | 5 | Review, revise and approve for lodging nine forms of orders approving final fee applications; confirm accounting with each Fee Applicant | 5.7 | $ 4,845 |
| | | | | | |
| | | | | 61.8 | $ 52,530 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| | | | | | |
| 1/16/2021 | M | 5 | Review Axiom Advisors Final Fee Application in order to summarize facts (Doc. 8888) | 0.2 | $ 170 |
| 1/16/2021 | M | 5 | Review Lynn A. Baker Final Fee Application in order to summarize facts (Doc. 8843) | 0.1 | $ 85 |
| 1/16/2021 | M | 5 | Review Clarence Dyer & Cohen Final Fee Application in order to summarize facts (Doc. 8918) | 0.4 | $ 340 |
| 1/16/2021 | M | 5 | Review Covington & Burling Final Fee Application in order to summarize facts (Doc. 8920) | 0.4 | $ 340 |
| 1/17/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Axiom | 0.1 | $ 85 |
| 1/17/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Lynn A. Baker | 0.2 | $ 170 |
| 1/17/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Clarence Dyer & Cohen | 0.5 | $ 425 |
| 1/17/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Covington & Burling | 0.3 | $ 255 |
| 1/17/2021 | M | 5 | Review Deloitte & Touche Final Fee Application in order to summarize facts (Doc. 8871) | 0.3 | $ 255 |
| 1/17/2021 | M | 5 | Review Dundon Advisors Final Fee Application in order to summarize facts (Doc. 8899) | 0.1 | $ 85 |
| 1/17/2021 | M | 5 | Review FTI Final Fee Application in order to summarize facts (Doc. 8886) | 0.3 | $ 255 |
| 1/17/2021 | M | 5 | Review Groom Law Group Final Fee Application in order to summarize facts (Doc. 8913) | 0.2 | $ 170 |
| 1/18/2021 | M | 6 | Draft, revise and edit Exhibit "A," (Axiom) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 0.4 | $ 340 |
| 1/18/2021 | M | 6 | Draft, revise and edit Exhibit "B," (Lynn Baker) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 0.2 | $ 170 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 1/18/2021 | M | 6 | Draft, revise and edit Exhibit "C," (Clarence Dyer) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 1.6 | $ 1,360 |
| 1/18/2021 | M | 6 | Draft, revise and edit Exhibit "D," (Covington & Burling) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 1.2 | $ 1,020 |
| 1/18/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Deloitte & Touche | 0.4 | $ 340 |
| 1/18/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Dundon Advisors | 0.1 | $ 85 |
| 1/18/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with FTI | 0.4 | $ 340 |
| 1/18/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Groom Law Group | 0.3 | $ 255 |
| 1/18/2021 | M | 5 | Review Hunton Andrews & Kurth Final Fee Application in order to summarize facts (Doc. 8929) | 0.3 | $ 255 |
| 1/18/2021 | M | 5 | Review Latham & Watkins Final Fee Application in order to summarize facts (Doc. 8927) | 0.4 | $ 340 |
| 1/18/2021 | M | 5 | Review Lazard Freres Final Fee Application in order to summarize facts (Doc. 8914) | 1.6 | $ 1,360 |
| 1/18/2021 | M | 5 | Review Lincoln Partners Final Fee Application in order to summarize facts (Doc. 8867) | 0.4 | $ 340 |
| 1/19/2021 | M | 6 | Draft, revise and edit Exhibit "E,"(Deloitte & Touche) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 0.3 | $ 255 |
| 1/19/2021 | M | 6 | Draft, revise and edit Exhibit "F," (Dundon Advisors) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 0.2 | $ 170 |
| 1/19/2021 | M | 6 | Draft, revise and edit Exhibit "G," (FTI) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 0.7 | $ 595 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 1/19/2021 | M | 6 | Draft, revise and edit Exhibit "H," (Groom Law Group) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 1.4 | $ 1,190 |
| 1/19/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Hunton Andrews & Kurth | 0.3 | $ 255 |
| 1/19/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Latham & Watkins | 0.3 | $ 255 |
| 1/19/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Lazard Freres | 0.4 | $ 340 |
| 1/19/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Lincoln Partners | 0.3 | $ 255 |
| 1/20/2021 | M | 6 | Draft, revise and edit Exhibit "I," (Hunton Andrews & Kurth) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 1.7 | $ 1,445 |
| 1/20/2021 | M | 6 | Draft, revise and edit Exhibit "J," (Latham & Watkins) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 1.5 | $ 1,275 |
| 1/20/2021 | M | 6 | Draft, revise and edit Exhibit "K," (Lazard Freres) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 1.7 | $ 1,445 |
| 1/20/2021 | M | 6 | Draft, revise and edit Exhibit "L," (Lincoln Partners) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 0.7 | $ 595 |
| 1/24/2021 | M | 5 | Review MacConaghy & Burnier Final Fee Application in order to summarize facts (Doc. 8946) | 0.2 | $ 170 |
| 1/24/2021 | M | 5 | Review Morrison & Foerster Final Fee Application in order to summarize facts (Doc. 8939) | 0.6 | $ 510 |
| 1/24/2021 | M | 5 | Review Pillsbury Final Fee Application in order to summarize facts (Doc. 8919) | 0.7 | $ 595 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| 1/24/2021 | M | 5 | Review Pricewaterhouse Cooper Final Fee Application in order to summarize facts (Doc. 8953) | 0.6 | $ 510 |
| 1/25/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with MacConaghy & Barnier | 0.2 | $ 170 |
| 1/25/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Morrison & Foerster | 0.4 | $ 340 |
| 1/25/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Pillsbury | 0.3 | $ 255 |
| 1/25/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Pricewaterhouse Cooper | 0.7 | $ 595 |
| 1/26/2021 | M | 6 | Draft, revise and edit Exhibit "M," (MacConaghy & Barnier) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 0.3 | $ 255 |
| 1/26/2021 | M | 6 | Draft, revise and edit Exhibit "N," (Morrison & Foerster) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 2.1 | $ 1,785 |
| 1/26/2021 | M | 6 | Draft, revise and edit Exhibit "O," (Pillsbury) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 0.8 | $ 680 |
| 1/26/2021 | M | 6 | Draft, revise and edit Exhibit "P," (Pricewaterhouse Cooper) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 1.9 | $ 1,615 |
| 1/27/2021 | M | 5 | Review Prime Clerk Final Fee Application in order to summarize facts (Doc. 8916) | 0.7 | $ 595 |
| 1/27/2021 | M | 5 | Review Steptoe & Johnson Final Fee Application in order to summarize facts (Doc. 8891) | 0.7 | $ 595 |
| 1/28/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Prime Clerk | 0.8 | $ 680 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|--|-------|-----|
| | | | | | |
| 1/28/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Steptoe & Johnson | 0.6 | $ 510 |
| 1/28/2021 | M | 5 | Review Willis Towers Watson Final Fee Application in order to summarize facts (Doc. 8897) | 0.4 | $ 340 |
| 1/29/2021 | M | 6 | Draft, revise and edit Exhibit "Q," (Prime Clerk) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 1.2 | $ 1,020 |
| 1/29/2021 | M | 6 | Draft, revise and edit Exhibit "R," (Steptoe & Johnson) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 1.1 | $ 935 |
| 1/29/2021 | M | 7 | Document and confirm terms of Fee Examiner's compromise with Willis Towers Watson | 0.3 | $ 255 |
| 1/30/2021 | M | 6 | Draft, revise and edit Exhibit "S," Willis Towers Watson) setting forth the agreed terms of compromise and the information required under Second Amended Fee Procedures Order (Doc. 5572) | 0.5 | $ 425 |
| 2/2/2021 | M | 6 | Draft, revise, edit and file Notice of Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (3rd Set) (Doc. 10081); assemble and attach Exhibits "A" through "S" | 8.2 | $ 6,970 |
| 2/20/2021 | M | 4 | Email to J. MacConaghy providing draft order | 0.3 | $ 255 |
| 2/20/2021 | M | 4 | Email to B. Williams (Lincoln Partners) providing draft order | 0.3 | $ 255 |
| 2/20/2021 | M | 4 | Email to B. Dunne (Lazard Freres) providing draft order | 0.3 | $ 255 |
| 2/20/2021 | M | 4 | Email to M. Reiss (Latham) providing draft order | 0.3 | $ 255 |
| 2/20/2021 | M | 4 | Email to J. Paget (Hunton) providing draft order | 0.3 | $ 255 |
| 2/20/2021 | M | 4 | Email to R. McSweeney (Groom) providing draft order | 0.3 | $ 255 |
| 2/20/2021 | M | 4 | Email to W. Ng (FTI) providing draft order | 0.3 | $ 255 |
| 2/20/2021 | M | 4 | Email to M. Rotschild (Deloitte) providing draft order | 0.3 | $ 255 |
| 2/20/2021 | M | 4 | Email to A. Clark (Covington) providing draft order | 0.3 | $ 255 |
| 2/20/2021 | M | 4 | Email to K. Dyer (Clarence) providing draft order | 0.3 | $ 255 |
| 2/20/2021 | M | 4 | Email to E. Kates (Prof. Baker and Dundon) providing draft order | 0.3 | $ 255 |

| Date | Project | Task Code | | Hours | Fee | |
|------|---------|-----------|--|-------|-----|--|
| | | | | | | |
| 2/20/2021 | M | 4 | Email to C. Price (Axiom) providing draft order | 0.3 | $ | 255 |
| 2/20/2021 | M | 4 | Email to M. Martinez (Willis) providing draft order | 0.3 | $ | 255 |
| 2/20/2021 | M | 4 | Email to L. Edelstein (Steptoe) providing draft order | 0.3 | $ | 255 |
| 2/20/2021 | M | 4 | Email to S. Weiner (Prime Clerk) providing draft order | 0.3 | $ | 255 |
| 2/20/2021 | M | 4 | Email to A. Clark Smith (PWC) providing draft order | 0.3 | $ | 255 |
| 2/20/2021 | M | 4 | Email to J. Morse(Pillsbury) providing draft order | 0.3 | $ | 255 |
| 2/20/2021 | M | 4 | Email to J. Hill, A. Kissner (Morrison & Foerster) providing draft order | 0.3 | $ | 255 |
| 2/20/2021 | M | 6 | Draft model form of order to circulate to all Fee Applicants in the event Court approves Motion | 0.7 | $ | 595 |
| | | | | | | |
| | | | | 49.3 | $ | 41,905 |
| | | | | | | |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 8/17/2020 | N | 5 | Review in preparation for negotiation the Fee Examiner's Report ("Initial Report") regarding Baker Hostetler's Second, Third and Fourth Interim Fee Applications; Review backup for partner/associate ratio analysis, overstaffing of meetings and use of over-qualified professionals | 6.7 | $ 5,695 |
| 8/17/2020 | N | 5 | Review US Trustee analysis of Baker Hostetler First, Second and Third Interim Fee Applications | 2.6 | $ 2,210 |
| 8/18/2020 | N | 7 | Initial discussion with E. Green re Baker Hostetler response to Fee Examiner's Initial Report; discuss response to ratio arguments; discuss issue of using partners in outlying areas with low hourly rates instead of associates in high hourly rate locations, should this change partner/associate "ratio" analysis? | 2.7 | $ 2,295 |
| 8/19/2020 | N | 7 | Further discussions with E. Green re Baker Hostetler response to Fee Examiner's Initial Report | 1.4 | $ 1,190 |
| 8/19/2020 | N | 7 | Discuss with Fee Examiner the Baker Hostetler responses and discuss range within which a compromise would be acceptable to the Fee Examiner and the US Trustee | 0.7 | $ 595 |
| 8/24/2020 | N | 7 | Further discussions with E. Green to reach compromise on Baker Hostetler First, Second and Third Fee Applications | 1.1 | $ 935 |
| 8/25/2020 | N | 7 | Discuss with E. Green issue of "pass through" expenses incurred under letter agreement with US Trustee that TCC could pay experts as expenses on Baker Hostetler invoices.  This was intended to preserve the confidentiality of experts needed in litigation.  However, the practice results in Expert fees not being subject to review.  Agree to set aside "pass through" expenses for resolution in context of Final Fee Applications | 1.4 | $ 1,190 |
| 8/26/2020 | N | 7 | Reach compromise with E. Green that Second, Third and Fourth Baker Hostetler Fee Applications will be reduced by 4% | 0.7 | $ 595 |
| | | | | | |
| | | | | 17.3 | $ 14,705 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| | | | | | |
| 11/10/2020 | O | 1 | Review Fee Examiner's Initial Report on Baker Hostetler Final Fee Application; Fact gathering regarding wide range of issues, including partner/associate ratios, meetings and partners doing associate work | 5.7 | $ 4,845 |
| 11/14/2020 | O | 7 | Initial discussions with E. Green re objections to Baker Hostetler Final Fee Application | 1.4 | $ 1,190 |
| 11/16/2020 | O | 1 | Review US Trustee analysis of Baker Hostetler Final Fee Applications | 1.6 | $ 1,360 |
| 11/18/2020 | O | 1 | Extensive factual review of how and why Baker Hostetler Final Fee Applications includes nearly $8MM in "pass through" expenses that have not previously been dealt with in interim fee applications and were previously reserved as regards interim fee applications | 4.1 | $ 3,485 |
| 11/20/2020 | O | 1 | Request and review backup for $8MM in "pass through" expenses (which are over 80% of Baker Hostetler "expenses) and are actually the fees of TCC experts pursuant to a letter agreement with the US Trustee | 2.7 | $ 2,295 |
| 11/20/2020 | O | 1 | Research application of various orders defining Fee Examiner's duties to scrutinize $8MM in "pass through" expenses; Determine Fee Examiner is obligated to scrutinize these charges | 2.2 | $ 1,870 |
| 11/21/2020 | O | 7 | Reach agreement with Baker Hostetler regarding reduction to "pass through" expenses (Stone Turn issue) | 1.1 | $ 935 |
| 11/21/2020 | O | 7 | Reach agreement with Baker Hostetler re across the board 4% reduction in Baker Hostetler fees and expenses; inception to date | 1.4 | $ 1,190 |
| 11/22/2020 | O | 6 | Draft, revise and edit extensive summary for attachment to Notice of Final Fee Applications describing "pass through" compromise and Baker Hostetler's 4% reduction (amounting to more than $2.25MM in reductions) | 3.1 | $ 2,635 |
| | | | | | |
| | | | | 23.3 | $ 19,805 |

| Date | Project | Task Code | | Hours | Fee |
|------|---------|-----------|---|-------|-----|
| | | | | | |
| | | | | | |
| 11/10/2020 | P | 1 | Review Fee Examiner's Initial Report and backup data analysis in preparation for negotiation of Weil Gotschal Final Fee Application | 5.7 | $ 4,845 |
| 11/14/2020 | P | 1 | Review US Trustee analysis of Weil Gotschal fees | 1.6 | $ 1,360 |
| 11/16/2020 | P | 7 | Initial negotiations with S. Karotkin | 0.4 | $ 340 |
| 11/16/2020 | P | 7 | More extensive discussions with S. Karotkin | 0.6 | $ 510 |
| 11/16/2020 | P | 7 | Agree with S. Karotkin to a 4.25% reduction to all Weil Gotschal fees and costs (resulting in a reduction of over $2.3MM) | 0.4 | $ 340 |
| 11/18/2020 | P | 7 | Communications with S. Karotkin to agree on calculation of agreed reduction for inclusion in Notice of Compromise | 0.4 | $ 340 |
| | | | | | |
| | | | | 9.1 | $ 7,735 |

| Date | Project | Task Code | | Hours | Fee |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 2/15/2021 | Q | 6 | Sort and resort time entries in preparation for filing First and Final Fee Application | 6.4 | $ 5,440 |
| 2/17/2021 | Q | 6 | Draft, revise and edit First and Final Fee Application | 4.4 | $ 3,740 |
| 2/19/2021 | Q | 6 | Further drafting of First and Final Fee Application | 5.7 | $ 4,845 |
| 2/20/2021 | Q | 6 | Revisions to Exhibits for First and Final Fee Application | 3.3 | $ 2,805 |
| 2/22/2021 | Q | 6 | Further drafting of First and Final Fee Application | 2.7 | $ 2,295 |
| | | | | | |
| | | | | 22.5 | $ 19,125 |
| | | | | | |
| | | | | | |
| | | | | 721.3 | $ 613,105 |

# EXHIBIT C

1  *SCOTT H. McNUTT (CSBN 104696)*
   324 Warren Road
2  San Mateo, California 94402
   Telephone: (415) 760-5601
3  Email: smcnutt@ml-sf.com

4  Counsel to the Fee Examiner

5

6

7                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF CALIFORNIA
8                   SAN FRANCISCO DIVISION

   In re                          | Bankruptcy Case
9                                 | No. 19-30088 (DM)
   PG&E CORPORATION,              | (Lead Case)
                                  | (Jointly Administered)
10         - and -

   PACIFIC GAS AND ELECTRIC       | Chapter 11
11 COMPANY,

                                  | **CERTIFICATION OF SCOTT H.**
12         Debtors.               | **McNUTT IN SUPPORT OF FIRST AND**
                                  | **FINAL FEE APPLICATION OF SCOTT**
                                  | **H. McNUTT FOR ALLOWANCE AND**
                                  | **PAYMENT OF COMPENSATION FOR**
13 ☐ Affects PG&E Corporation     | **THE PERIOD OF APRIL 12, 2019**
   ☐ Affects Pacific Gas and Electric Company | **THROUGH AND INCLUDING APRIL 1,**
14 ☒ Affects both Debtors         | **2021**

   * All papers shall be filed in the Lead Case, | Date:  March 24, 2021
15 No. 19-30088 (DM)              | Time:  10:00 a.m. (Pacific Time)
                                  | Place: United States Bankruptcy Court
                                  |        Courtroom 17,
16                                |        450 Golden Gate Avenue
                                  |        16th Floor
                                  |        San Francisco, CA
17                                | (Telephonic/Video Appearances Only)

18                               | Judge:   Hon. Dennis Montali

19                               | Objection Deadline: March 17, 2021

20

21                               1      DECLARATION IN SUPPORT OF FINAL FEE
                                                                  APPLICATION

I, Scott H. McNutt, ("**Applicant**") hereby certify that:

1. I am Counsel to Professor Bruce A. Markell, the Fee Examiner in connection with the above-referenced Chapter 11 cases (the "**Chapter 11 Cases**"). I am familiar with the *Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Doc. No. 701] (the "**Interim Compensation Order**", the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the Northern District of California*, dated February 19, 2014 (the "**Local Guidelines**"), the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**UST Guidelines,**") and the *Fee Examiner Protocol for Chapter 11 Cases of PG&E Corporation and Pacific Gas and Electric Company* [Doc. No. 4473-1] (as approved by the Court's Order dated November 15, 2019, as amended December 18, 2019 and January 30, 2020 (the "**Fee Protocol**") and together with the Local Guidelines and the UST Guidelines, the "**Fee Guidelines**").

2. This Certification is made in connection with my Application, dated February 23, 2021 (the "Application") for final compensation for the period commencing April 12, 2019 through and including April 1, 2021 (the "**Final Compensation Period**").

    As Counsel to the Fee Examiner, I am not certain of the application of the foregoing to my situation. Nonetheless, I will proceed as if they do.

3. Pursuant to the Local Guidelines, I certify that:

    a. I have read the Application;

    b. To the best of my knowledge, information and belief formed after reasonable inquiry, except as set forth in the Application, the fees sought fall within the Local

2     DECLARATION IN SUPPORT OF FINAL FEE
APPLICATION

Guidelines; and

    c.   The fees sought are billed at rates in accordance with those generally charged by me and generally accepted by my clients.

4.   I certify that the Debtors, counsel for each of the Committees and the U.S. Trustee are each being provided with a copy of the Application in accordance with the Interim Compensation Order.

5.   Scott H. McNutt responds to the questions identified in the UST Guidelines as follows:

<u>Question 1</u>:  Did Scott H. McNutt agree to any variations from, or alternatives to any variations from, or alternatives to McNutt's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Final Compensation Period?  If so, please explain.

<u>Answer</u>:   No

<u>Question 2</u>:  If the fees sought in the Application as compared to the fees budgeted for the time period covered by the Application are higher by 10% or more, did McNutt discuss the reasons for the variation with the client?

<u>Answer</u>:   The aggregate fees sought in the Application do not exceed by 10% or more the aggregate fees as agreed between McNutt and the Fee Examiner

<u>Question 3</u>:  Have any of the professionals included in the Application varied their hourly rate based on geographic location of the Chapter 11 Cases?

<u>Answer</u>:   No

<u>Question 4</u>:  Does the Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices?  If so, please quantify by hours and fees.

<u>Answer</u>:   No

<u>Question 5</u>:  Does the Application include time or fees for reviewing time records to redact any privileged or other confidential information?

<u>Answer</u>:   No

<u>Question 6</u>:  Does the Application include any rate increases since McNutt's retention in this case?

<u>Answer</u>:   No

3      DECLARATION IN SUPPORT OF FINAL FEE
APPLICATION

1    DATED: February 23, 2021

2

3

4                         By:         */s/ Scott H. McNutt*

5                                Scott H. McNutt

                               Counsel to the Fee Examiner

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21                                4        DECLARATION IN SUPPORT OF FINAL FEE APPLICATION

# EXHIBIT D

**Declaration of Bruce A. Markell, Fee Examiner, in Support of Application of Scott H. McNutt for First and Final Allowance and Payment of Compensation for the Period of April 12, 2019 Through and Including April 1, 2021**

I, Bruce A. Markell, declare as follows:

1. I am the Court-Appointed Fee Examiner in the PG&E Chapter 11 cases. I submit this declaration in support of the "Application of Scott H. McNutt for First and Final Allowance and Payment of Compensation for the Period of April 12, 2019 Through and Including April 1, 2021" (the "Application")

2. I have read and reviewed the Application, and I support it in full.

3. As the Application states, I selected Mr. McNutt as my attorney at the beginning of my appointment, a selection this Court confirmed with its order authorizing his employment.

4. Since he has been employed, Scott has worked tireless and diligently at all tasks assigned to him. He has worked efficiently with my staff to coordinate my efforts. He has worked with each of the 33 professionals within my ambit as Fee Examiner to ensure that the compromises reached were documented with appropriate acknowledgements and orders. He has worked with me to engage with various professionals in order to obtain reasonable settlements. In short, he has been invaluable in my tenure as Fee Examiner

5. I also know that Mr. McNutt logged more hours that he reports in his Application, and that he voluntarily reduced those hours to reflect our joint agreement of the reasonable value of his time and services.

I declare under penalty of perjury that the foregoing is true and correct.

Signed February 23, 2021 at Chicago, Illinois.


*/s/ Bruce A. Markell*

_____

Bruce A. Markell