SCOTT H. MCNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>      - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION OF SCOTT H. McNUTT FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF APRIL 12, 2019 THROUGH AND INCLUDING APRIL 1, 2021**<br><br>Date: March 24, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>      Courtroom 17,<br>      450 Golden Gate Avenue<br>      16th Floor<br>      San Francisco, CA<br>(Telephonic/Video Appearances Only)<br><br>Judge: Hon. Dennis Montali<br><br>Deadline for Objection: March 17, 2021 |

To the Honorable Dennis Montali, United States Bankruptcy Judge, the Office of the United States Trustee, Debtors' Counsel, and all Parties on the Court's ECF System:

**PLEASE TAKE NOTICE** that on March 24, 2021, at 10:00 a.m.(Pacific Time), in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Court, located at 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA, a hearing will be held to consider the Application of Scott H. McNutt For First and Final Allowance and Payment of Compensation for the Period of April 12, 2019 Through and Including April 1, 2021. Scott H. McNutt is Counsel to the Court-Appointed Fee Examiner, Bruce A. Markell

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hear and consider the Fee Application Compromises on March 24, 2021 at 10:00 a.m. (Pacific Time) (the "**Hearing on Fee Application Compromises**") via video conferencing or telephone. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Application seeks final allowance and payment of compensation for services rendered during the period April 12, 2019 through and including April 1, 2021 in the total award amount of $638,605. No expenses are requested.

**PLEASE TAKE FURTHER NOTICE** that any party with an objection to the Application must file such objection with the Court and serve a copy of the Objection on Applicant and Counsel for the United States Trustee on or before March 17, 2021

**PLEASE TAKE FURTHER NOTICE** that failure to timely file and serve an objection shall be deemed consent to the relief requested by the Application. The Application is on file with the Clerk, United States Bankruptcy Court, 450 Golden Gate Avenue, San Francisco, CA and is

available for review by any interested party.

You may request a copy of the Application or direct any questions about the Application by contacting Scott H. McNutt at the contact information listed on the upper left-hand corner of the First Page of this Notice.

DATED: February 23, 2021          SCOTT H. MCNUTT

By: _/s/ Scott H. McNutt_
Scott H. McNutt
Counsel to the Fee Examiner