

Signed and Filed: February 24, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER EXPUNGING CLAIM NOS. 92178532 (MARK CAMERON AND SANDRA CAMERON) AND 92178533 (MARK CAMERON, SANDRA CAMERON, DAN MCADAMS, AND LORI MCADAMS) PURSUANT TO REORGANIZED DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>[Re: Dkt. No. 9078] |

The Court having reviewed the *Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9078] (the "**Seventeenth Omnibus Objection**")[1] and pursuant to the agreement of the Claimants, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Claim Nos. 92178532 (Mark Cameron and Sandra Cameron (the "**Camerons**")) and 92178533 (the Camerons and Dan McAdams and Lori McAdams (the "**McAdamses**")) shall be expunged.

2. The expungement of Claim Nos. 92178532 and 92178533 shall not affect or discharge any of the Debtors' or Reorganized Debtors' obligations relating to the Community Pipeline Safety Initiative or any performance, claims, or payments provided for in or arising from (a) that Confidential Settlement Agreement and General Release dated August 17, 2018 between Debtor Pacific Gas and Electric Company and the Camerons, or (b) that Action Plan for Safety Work Near Gas Pipeline dated August 16, 2018 between Debtor Pacific Gas and Electric Company, the Camerons, and the McAdamses (together, the "**Assumed CPSI Contracts**"), both of which were assumed pursuant to the *Order Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1(I) Approving the Utility's Assumption of Contracts in Connection with the Community Pipeline Safety Initiative and (II) Granting Related Relief* [Docket No. 3537], entered on August 13, 2019. The expungement of Claim Nos. 92178532 and 92178533 does not indicate that payments have been made pursuant to the Assumed CPSI Contracts. Any amounts the Debtors or Reorganized Debtors are determined to owe to the Camerons or the McAdamses on account of the Assumed CPSI Contracts will be paid in the ordinary course.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Seventeenth Omnibus Objection.

Dated: February 23, 2021

/s/ Mark Cameron
Mark Cameron

Dated: February 24, 2021

/s/ Sandra Cameron
Sandra Cameron

Dated: February 23, 2021

/s/ Dan McAdams
Dan McAdams

Dated: February 23, 2021

/s/ Lori McAdams
Lori McAdams