Angela Jae Chun, SBN 248571
ajc@cglaw.com
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Attorneys for Claimant Linda Garwood

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>   and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>          Debtors.<br><br>Affects:<br><br>PG&E Corporation<br>Pacific Gas & Electric Company<br>**<u>Both Debtors</u>**<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**LINDA GARWOOD'S NOTICE OF HEARING ON MOTION TO DEEM TIMELY HER LATE-FILED PROOF OF CLAIM**<br><br>Date: March 24, 2021<br>Time: 10:00 a.m. (Pacific)<br>Place: **Telephonic Appearances Only**<br>         United States Bankruptcy<br>Court: Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on March 24, 2021 or as soon as this matter may be heard, attorney Angela Jae Chun, Esq., of counsel to Casey Gerry Schenck Francavilla Blatt & Penfield LLP (Casey Gerry) moves on behalf her client Linda Garwood ("Ms. Garwood") to deem timely a late filed proof of claim ("POC".)

**PLEASE TAKE NOTICE** that the telephonic hearing on the Motion will take place on March 24, 2021 (Pacific Time) in the Courtroom of the Honorable Dennis

-1-  Case No. 19-30088 (DM)

Case: 19-30088    Doc# 10268    Filed: 02/24/21    Entered: 02/24/21 16:44:38    Page 1 of 3
Linda Garwood's Notice of Hearing on Motion to Deem Her Late-Filed Proof of Claim Timely

Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA 91402.

**PLEASE TAKE NOTICE that** Ms. Garwood's Motion is based on the belief Ms. Garwood prior attorneys inadvertently did not file a timely Proof of Claim on her behalf. Her Motion is based on this notice, the accompanying memorandum of points and authorities and any exhibits thereto, along with the declaration of Ms. Chun.

**PLEASE TAKE NOTICE** that all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served to Ms. Chun by the time set by the Bankruptcy Court. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and under, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (EFC No. 1996) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served under the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE THAT** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at

https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties.

Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 23, 2021
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP

By: s/Angela Jae Chun
ANGELA JAE CHUN
*ajc@cglaw.com*
Attorneys for Claimant