Angela Jae Chun, SBN 248571
ajc@cglaw.com
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Attorneys for Claimant Linda Garwood

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                Debtors.<br><br>Affects:<br><br>PG&E Corporation<br>Pacific Gas & Electric Company<br>**Both Debtors**<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**ANGELA JAE CHUN'S DECLARATION IN SUPPORT OF LINDA GARWOOD'S MOTION TO DEEM HER LATE-FILED CLAIM TIMELY**<br>Date: March 24, 2021<br>Time: 10:00 a.m. (Pacific)<br>Place: **Telephonic Appearances Only**<br>         United States Bankruptcy Court: Courtroom 17, 16th Floor<br>         San Francisco, CA 94102<br><br>Objection Deadline: December 1, 2020 |

1. My name is Angela Jae Chun and I have been a practicing attorney for almost fourteen years.

2. I am admitted in all courts in California including the Northern District of California from which this Bankruptcy arises.

3. I am the attorney of record for Linda Garwood.

-1-     Case No. 19-30088 (DM)
Angela Jae Chun's Declaration in Support of Linda Garwood's Motion to Deem Her Late-Filed Claim Timely

Case: 19-30088    Doc# 10263    Filed: 02/24/21    Entered: 02/24/21 16:44:38    Page 1 of 2

4. Ms. Garwood has a genuine claim for damages against PG&E as she her home burned down and she had to be evacuated from the fire.

5. Ms. Garwood sought counsel. Unfortunately, these attorneys inadvertently neglected to file a timely Proof of Claim on her behalf.

6. This mistake is easily correctable if the Court grant her motion.

7. Once it does so, she can submit a virtuous claim with the Fire Victim's Trust.

8. Attached as Exhibit "A" hereto is true and correct copy of Ms. Garwood's Proof of Claim.

I swear under the penalty of perjury under the State of California that all the foregoing is true and correct.

/s/Angela Jae Chun

ANGELA JAE CHUN

-2- Case No. 19-30088 (DM)
Angela Jae Chun's Declaration in Support of Linda Garwood's Motion to Deem Her Late-Filed Claim Timely

Case: 19-30088 Doc# 262631 Filed: 02/24/21 Entered: 02/24/21 16:44:38 Page 2 of 2