

| | | |
|---|---|---|
| 1 | Mark E. McKane, P.C. (SBN 230552)<br>Michael P. Esser (SBN 268634) | **Signed and Filed: February 24, 2021** |
| 2 | **KIRKLAND & ELLIS LLP**<br>555 California Street | |
| 3 | San Francisco, CA 94104<br>T: (415) 439-1400 / F: (415) 439-1500 | |
| 4 | mark.mckane@kirkland.com | |
| 5 | michael.esser@kirkland.com | _____<br>**DENNIS MONTALI** |
| 6 | David R. Seligman, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP** | **U.S. Bankruptcy Judge** |

Mark E. McKane, P.C. (SBN 230552)
Michael P. Esser (SBN 268634)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
T: (415) 439-1400 / F: (415) 439-1500
mark.mckane@kirkland.com
michael.esser@kirkland.com

David R. Seligman, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
T: (312) 862-2000 / F: (312) 862-2200
dseligman@kirkland.com

Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800 / F: (212) 446-4900
aparna.yenamandra@kirkland.com

*Counsel for Calpine Corporation, et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E Corporation, Pacific Gas & Electric Company,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Chapter 11<br><br>Case No. 19-30088 (DM)<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |

| | |
|---|---|
| 1 | **THIS CAUSE** having come before the Court, upon the Motion to Withdraw of Ameneh M. Bordi, |
| 2 | as counsel to Calpine Corporation, and the Court having reviewed the motion, and being otherwise fully |
| 3 | advised in the premise; it is hereby; |
| 4 | ORDERED AND ADJUDGED THAT: |
| 5 | 1. The Motion to Withdraw is GRANTED. |
| 6 | 2. Ameneh M. Bordi is hereby permitted to withdraw as counsel to Calpine Corporation and |
| 7 | shall have no further obligation in this matter. |
| 8 | **END OF ORDER** |