| | |
|---|---|
| 1 | JENNIFER A. BECKER, Bar No. 121319 |
| 2 | JESSICA R. MACGREGOR, Bar No. 168777<br>LONG & LEVIT LLP |
| 3 | 465 California Street, Suite 500<br>San Francisco, California 94104 |
| 4 | Telephone: (415) 397-2222<br>Facsimile: (415) 397-6392 |
| 5 | Email: jabecker@longlevit.com |
| 6 | Attorney for Creditor<br>Randall Louis Zamarra |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| In re: | BK Case No. 19-30088 (DM) |
|---|---|
| PG& E Corporation | **NOTICE AND REQUEST TO BE REMOVED FROM EMAIL SERVICE LIST** |
| and | |
| Pacific Gas and Electric Company, | |
| . | |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the below individuals request to be removed from the email service list on this matter. Counsel represents Creditor Randall Louis Zamarra, but participation in the bankruptcy proceedings is no longer required.

Attorney Jessica R. MacGregor, Bar. No. 168777, jmacgregor@longlevit.com;

Attorney Jennifer A. Becker, Bar No. 121319, jabecker@longlevit.com; and

Assistant Laurie Myers, lmyers@longlevit.com.

Dated: February 24, 2021　　　　　　　　　　Respectfully submitted,

LONG & LEVIT LLP

　　*/s/ Jennifer A. Becker*
JENNIFER A. BECKER
Attorneys for Creditor
Randall Louis Zamarra