SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>      - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON THE MOTION OF THE FEE EXAMINER TO (i) APPROVE FINAL FEES OF FEE EXAMINER; (ii) TERMINATE FEE EXAMINER'S SERVICES; AND (iii) CONFIRM SURVIVAL OF PRIOR ORDERS**<br><br>Date: March 24, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>      Courtroom 17,<br>      450 Golden Gate Avenue<br>      16th Floor<br>      San Francisco, CA<br>(Telephonic/Video Appearances Only)<br><br>Judge: Hon. Dennis Montali<br><br>Deadline for Objection: March 17, 2021 |

To the Honorable Dennis Montali, United States Bankruptcy Judge, the Office of the United States Trustee, Debtors' Counsel, and all Parties on the Court's ECF System:

**PLEASE TAKE NOTICE** that on March 24, 2021, at 10:00 a.m.(Pacific Time), in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Court, a hearing will be held to consider the Motion of the Fee Examiner to (i) Approve Final Fees of Fee Examiner; (ii) Terminate Fee Examiner's Services, and (iii) Confirm Survival of Prior Orders (the "**Fee Examiner's Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hear and consider the Fee Examiner's Motion on March 24, 2021 at 10:00 a.m. (Pacific Time) (the "**Hearing on Fee Examiner's Motion**") via video conferencing or telephone. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Fee Examiner's Motion seeks final allowance of compensation for services rendered during the period April 12, 2019 through and including March 1, 2021, in the total amount of $1,720,000.

**PLEASE TAKE FURTHER NOTICE** that any party with an objection to the Fee Examiner's Motion must file such objection with the Court and serve a copy of the Objection on Applicant and Counsel for the United States Trustee on or before March 17, 2021

**PLEASE TAKE FURTHER NOTICE** that failure to timely file and serve an objection shall be deemed consent to the relief requested by the Fee Examiner's Motion. The Fee Examiner's Motion is on file with the Clerk, United States Bankruptcy Court, 450 Golden Gate Avenue, San Francisco, CA and is available for review by any interested party.

Case: 19-30088    Doc# 10274    Filed: 02/24/21    Entered: 02/24/21 20:03:43    Page 2 of 3

You may request a copy of the Fee Examiner's Motion or direct any questions about the Fee Examiner's Motion by contacting Scott H. McNutt at the contact information listed on the upper left-hand corner of the First Page of this Notice.

DATED: February 23, 2021  SCOTT H. McNUTT

By: */s/ Scott H. McNutt*
Scott H. McNutt
Counsel to the Fee Examiner