Wm. Thomas Lewis, Esq. (CSB No. 116695)
**ROBERTSON & LEWIS**
An Association of Attorneys
Post Office Box 1257
Gilroy, CA 95021-1257
Telephone: (408) 294-3600

Attorneys for Interested Party
Fremont Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br><br>Chapter 11<br><br>NOTICE OF REMOVAL FROM ECF SERVICE LIST |

TO THE CLERK OF THIS COURT, DEBTORS, ALL INTERESTED PARTIES, U.S. TRUSTEE, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Interested Party, Fremont Bank ("Bank") has withdrawn from this case as an interested party and hereby serves notice that notices of any matter in the subject bankruptcy case no longer need be served on it (including daily ECF notice of filings, notices referred to in Bankruptcy Rules 2002(i) and 3017(a) including, without limitations, all monthly operating reports, schedules, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this

1

case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise).

PLEASE REMOVE FROM THE ECF Mailing List the following name/e-mail:

Wm. Thomas Lewis, Esq.
Robertson & Lewis
Post Office Box 1257
Gilroy, CA 95021-1257
E-mail: wtl@roblewlaw.com

Dated: February 25, 2021                                    ROBERTSON & LEWIS

By: /s/ *Wm. Thomas Lewis*
    WM. THOMAS LEWIS
    Attorney for Interested Party
    FREMONT BANK