# Notice Recipients

District/Off: 0971–3  User: admin  Date Created: 2/26/2021
Case: 19–30088  Form ID: TRANSC  Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Dara Levinson Silveira    dsilveira@kbkllp.com

TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
intp    Tyisha Jefferson    1375 Quail Valley Run    Oakley, CA 94561

TOTAL: 1