| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kaufman, Lori<br>6147 Silverleaf Dr.<br>Foresthill, CA 95631 | | 57421 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $440.47 | $440.47 | Rule 14 Claims |
| King, Jan<br>5462 McFarlane Road<br>Sebastopol, CA 95472 | | 4384 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $83.00 | $83.00 | Rule 2 Claims |
| Masoumi, Mosen K<br>6802 Moselle Drive<br>San Jose, CA 95119 | | 8519 | Pacific Gas and Electric Company | 9/8/2019 | $0.00 | $0.00 | $0.00 | $7,250.00 | $7,250.00 | Statute of Limitations Passed |
| Mid-Century Insurance Company<br>Berger Kahn ALC Farmers c/o Craig Simon 1 Park Plaza, Suite 340<br>Irvine, CA 92614 | | 79157 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $19,669.93 | $19,669.93 | Damage not caused by PG&E |
| Olson, Karen L<br>444 Moon Mountain Road<br>Sonoma, CA 95476-3021 | | 30946 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | Rule 14 Claims |
| Popoff, Alexander<br>412 Cynthia Court<br>Windsor, CA 95492 | | 64330 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Rule 14 Claims |
| Stockton Delta Resort, LLC<br>38 Commerce Ave. SW, Suite 200<br>Grand Rapids, MI 49503 | | 1717 | PG&E Corporation | 3/15/2019 | $0.00 | $0.00 | $0.00 | $68,221.96 | $68,221.96 | Damage not caused by PG&E |
| Thompson, Brandon<br>PO Box 4<br>Villa Grande, CA 95486 | | 598 | Pacific Gas and Electric Company | 2/15/2019 | $0.00 | $0.00 | $0.00 | $1,958.44 | $1,958.44 | Damage not caused by PG&E |
| Tindall, James<br>1750 Ancona Ct.<br>Concord, CA 94519 | | 10201 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $28,789.78 | $28,789.78 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Weaver, Shawanna<br>418 S Haley St Apt B<br>Bakersfield, CA 93307-1398 | | **5443** | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $318.60 | $318.60 | Post-Petition Claims |
| **Claims To Be Expunged Totals** | | **Count: 10** | | | **$0.00** | **$0.00** | **$0.00** | **$129,082.18** | **$129,082.18** | |