| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Caraway, Catherine<br>13636 Lodestar Dr<br>Grass Valley, CA 95949-8362 | | 87226 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $3,260.00 | $4,740.00 | $8,000.00 | No Liability Claims |
| Couret, Guillaume<br>6626 Greenmeadow Drive<br>Santa Rosa, CA 95409 | | 88526 | PG&E Corporation and Pacific Gas and Electric Company | 12/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post-Petition Claims |
| Cutts, Kathy<br>19405 Bainter Ave<br>Los Gatos, CA 95030-2917 | | 106212 | Pacific Gas and Electric Company | 7/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Statute of Limitations Passed |
| Dominguez, Miriam<br>4722 E. Grant Ave<br>Fresno, CA 93702 | | 80009 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $520.00 | $520.00 | No Liability Claims |
| Fielder, Romalis<br>5181 Creely Ave.<br>Richmond, CA 94804 | | 106700 | PG&E Corporation | 11/5/2020 | $0.00 | $0.00 | $0.00 | $17,000.00 | $17,000.00 | Post-Petition Claims |
| Hicks, Annette<br>3038 E Illinois Ave #101<br>Fresno, CA 93701 | | 106832 | PG&E Corporation | 12/3/2020 | $0.00 | $0.00 | $0.00 | $44,850.00 | $44,850.00 | No Liability Claims |
| Jones, Henry S<br>2414 N.W. 18th St<br>Ocala, FL 34475 | | 100761 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | No Liability Claims |
| Laux, Geraldine Lee<br>514 14th Place West<br>Havre, MT 59501 | | 106170 | Pacific Gas and Electric Company | 7/7/2020 | $0.00 | $0.00 | $25,000.00 | $0.00 | $25,000.00 | Rule 2 Claims |
| Morton, Clyde<br>2357 Hagen Oaks Drive<br>Alamo, CA 94507 | | 106773 | PG&E Corporation | 12/1/2020 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Damage not caused by PG&E |
| MV Transportation<br>2024 College St. P.O. Box 479<br>Elk Horn, IA 51531 | | 106129 | PG&E Corporation | 7/29/2020 | $0.00 | $0.00 | $0.00 | $185,631.01 | $185,631.01 | Post-Petition Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff Anthony Gantner and the Class<br>Phillips, Erlewine, Given & Garlin LLP Nicholas A. Carlin 39 Mesa Street, Suite 201<br>San Francisco, CA  94129 | | **96911** | PG&E Corporation | 2/5/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 14 Claims |
| Plaintiff Anthony Gantner and the Class<br>Phillips, Erlewine, Given & Carlin LLP Nicholas A. Carlin 39 Mesa Street, Suite 201<br>San Francisco, CA  94129 | | **96909** | PG&E Corporation | 2/5/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 14 Claims |
| Plaintiffs and the Class (see Addendum)<br>Phillips, Erlewine, Given & Carlin LLP Attn: Nicholas A. Carlin 39 Mesa Street, Suite 201<br>San Francisco, CA  94129 | | **96827** | PG&E Corporation | 1/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 14 Claims |
| Sloan, Joan<br>1900 Corleane Dr.<br>Sparks, NV  89434 | | **98844** | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Thorp, Teresa<br>c/o State Farm Claims PO Box 52250<br>Phoenix, AZ  85072-2250 | | **91069** | PG&E Corporation | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Thorstad, Patricia M<br>5167 Lenore Ave.<br>Livermore, CA  94550-2380 | | **87369** | PG&E Corporation | 10/25/2019 | $0.00 | $0.00 | $0.00 | $4,378.00 | $4,378.00 | No Liability Claims |
| Vonseggern, Craig<br>Vanesa Marrow, Claim Associate State Farm Claims PO Box 52250<br>Phoenix, AZ  85072-2250 | | **91138** | PG&E Corporation | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Ybi Van Ekeren<br>731B Santa Ysabel Ave<br>Los Osos, CA  93402-1137 | | **106490** | PG&E Corporation | 9/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claims To Be Expunged Totals** | | **Count: 18** | | | **$0.00** | **$0.00** | **$33,260.00** | **$272,119.01** | **$305,379.01** | |