| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alliant Energy - Interstate Power & Light (IPL)<br>Attn: An officer, managing or general agent P.O. Box 3060<br>Cedar Rapids, IA 52406-3062 | 10150 | Pacific Gas and Electric Company | 9/27/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $3,657.18 | $3,657.18 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Artic Mechanical, Inc<br>10440 Trademark St<br>Rancho Cucamonga, CA 91730-5826 | 9068 | PG&E Corporation | 9/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $759.61 | $759.61 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Bradford Capital Holdings, LP as Transferee of Cisco Air Systems, Inc<br>c/o Bradford Capital Management, LLC<br>Clifton, NJ 7012<br>**Claim Transferred To:**<br>Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager PO Box 4353<br>Clifton, NJ 7012<br>100% | 10033 | PG&E Corporation | 9/30/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $1,591.41 | $24,855.60 | $26,447.01 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CITY OF SANTA CRUZ<br>DEBRA ALLEN, COLLECTIONS 333 FRONT STREET, SUITE 200<br>SANTA CRUZ, CA 95060-4533 | 2838 | Pacific Gas and Electric Company | 4/29/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $32,423.64 | $32,423.64 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $465.15 | $465.15 | |
| E J Pires Trucking Inc<br>731 Renz Ln<br>Gilroy, CA 95020-9560 | 86565 | PG&E Corporation | 10/21/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $19,084.94 | $19,084.94 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Gallagher Heating and Air<br>9812 Old Winery Pl Ste 10<br>Sacramento, CA 95827-1732 | 87249 | PG&E Corporation | 10/28/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $243,369.00 | $243,369.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garney Pacific, Inc. Lathrop Gage LLP c/o Stephen B. Sutton 2345 Grand Blvd., Suite 1800 Kansas City, MO 64108 | 2942 | PG&E Corporation | 5/8/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $85,465.83 | $85,465.83 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Ramos Oil Co Inc 1515 S River Rd West Sacramento, CA 95691 | 8719 | Pacific Gas and Electric Company | 9/10/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| SHN Consulting Engineers and Geologists, Inc. SHN CONSULTING ENGINEERS &, GEOLOGISTS 812 W WABASH EUREKA, CA 95501 | 10729 | PG&E Corporation | 10/2/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,870.88 | $1,870.88 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Smawrtway Express, Inc. 633 W. Fifth Street, Suite 3200 Los Angeles, CA 90071 | 3774 | PG&E Corporation | 7/19/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Wrathall & Krusi Inc. Attn: Egan T. Cieply, President San Anselmo, CA 94960 | 1447 | Pacific Gas and Electric Company | 3/14/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,742,389.86 | $2,742,389.86 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 11** | | | | $0.00 | $0.00 | $1,591.41 | $3,155,876.54 | $3,157,467.95 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $465.15 | $465.15 | |