| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cameron International Corporation, A Schlumberger Company<br>c/o Carl Doré, Jr., Doré Rothberg McKay, P.C. 7171 Park Row, Suite 160<br>Houston, TX 77084 | | 106183 | Pacific Gas and Electric Company | 6/22/2020 | $0.00 | $0.00 | $0.00 | $581,347.75 | $581,347.75 | Other Satisfied |
| City of Angels<br>Finance Director 584 South Main Street<br>Angels Camp, CA 95222 | | 72197 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |
| City of Angels<br>Finance Director 584 South Main Street<br>Angels Camp, CA 95222 | | 70356 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |
| City of San Pablo<br>Attn: Sarah Maroof, Legal Asst. City Hall, Building 2 13831 San Pablo Avenue<br>San Pablo, CA 94806 | | 80733 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |
| City of San Pablo<br>Attn: Sarah Maroof, Legal Asst. City Hall, Building 2 13831 San Pablo Avenue<br>San Pablo, CA 94806 | | 80453 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |
| CITY OF WEST SACRAMENTO<br>1110 W CAPITOL AVE<br>WEST SACRAMENTO, CA 95691 | | 1033847 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,680.32 | $3,680.32 | Cure Payments |
| Froymovich, Gabriel<br>17470 Healdsburg Ave<br>Healdsburg, CA 95448 | | 96978 | PG&E Corporation | 2/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Other Satisfied |
| Nhan, Kevin<br>2414 27th St<br>Sacramento, CA 95818 | | 8550 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| North Marin Water Distric<br>PO Box 146<br>Novato, CA 94948-0146 | | 5297 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $130.62 | $130.62 | Other Satisfied |
| Rick Mann, Inc.<br>5805 Sepulveda Blvd, Suite 850<br>Sherman Oaks, CA 91411 | | 62227 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $82,145.09 | $82,145.09 | Other Satisfied |
| SPCP Group, LLC as Transferee of Cal Valley Construction, Inc<br>Attn: Brian Jarmain<br>Greenwich, CT 06830 | SPCP Group, LLC<br>Attn: Brian Jarmain 2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 6830<br>100% | 7272 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $296,808.71 | $296,808.71 | Other Satisfied |
| Waterbar Restaurant-Nicodimos, Yetem<br>728 Alamaba St 301<br>San Francisco, CA 94110 | | 87107 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count: 12** | | | **$0.00** | **$0.00** | **$0.00** | **$989,612.49** | **$989,612.49** | |