| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| United States of America on behalf of its Nuclear Regulatory Commission<br><br>U.S. Department of Justice Environmental Enforcement Section Karl Fingerhood P.O. Box 7611<br><br>Washington, DC 20044-7611 | | 64104 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Yang, Lily<br>15 Perkins Square #8<br>Boston, MA 02130 | | 106927 | PG&E Corporation | 1/30/2021 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Untimely No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | **$0.00** | **$0.00** | **$0.00** | **$500.00** | **$500.00** | |