| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Abram, Donna<br>317 D St<br>Hayward, CA  94541-6438 | | 4861 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability / Passthrough Claims |
| Ademola, Lilian<br>4880 Snowy Egret Way<br>Oakley, CA  94561-1686 | | 87173 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability / Passthrough Claims |
| All Season Farm<br>320 Kalana Ave<br>Morgan Hill, CA  95037-9226 | | 6612 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $1,763.00 | $0.00 | $1,763.00 | Customer No Liability / Passthrough Claims |
| Allison, Karen<br>6475 Foothill Blvd Apt 317<br>Oakland, CA  94605-2077 | | 7604 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Alomran, Firas<br>1050 Scott Ct<br>Marina, CA  93933-5040 | | 3661 | Pacific Gas and Electric Company | 7/21/2019 | $0.00 | $0.00 | $0.00 | $342.37 | $342.37 | Customer No Liability / Passthrough Claims |
| Alston, John<br>630 B St Ste 100<br>Marysville, CA  95901-5577 | | 96907 | Pacific Gas and Electric Company | 2/4/2020 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability / Passthrough Claims |
| ARMAGAN-DITTO, GUZIN<br>PO 221<br>MONTEREY, CA  93942-0221 | | 7918 | Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Armstrong, Nadene<br>2526 L St Apt 703<br>Sacramento, CA  95816-5633 | | 9609 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability / Passthrough Claims |
| Asakawa, Kazuhiro<br>38 Portola Ave<br>Monterey, CA  93940 | | 73901 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $555.57 | $555.57 | Customer No Liability / Passthrough Claims |
| Ataide, Michael S<br>9206 E Shaw Ave<br>Clovis, CA  93619-8725 | | 87201 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bayless, Dave<br>8231 Holly Oak St<br>Citrus Heights, CA 95610-0632 | | 9699 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Bell, Jamie<br>3605 Northwood Dr Unit D<br>Concord, CA 94520 | | 4672 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $26.00 | $26.00 | Customer No Liability / Passthrough Claims |
| BENITEZ, BRENDA<br>2806 CENTURY DR<br>BAKERSFIELD, CA 93306-1516 | | 5286 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability / Passthrough Claims |
| Bentrim, Jennifer K<br>1433 Murray Rd<br>McKinleyville, CA 95519-3504 | | 4478 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $280.00 | $0.00 | $280.00 | Customer No Liability / Passthrough Claims |
| Boese, Ronald D<br>618 South Willis Avenue<br>Independence, MO 64052 | | 3892 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Bonnette, Phillip<br>PO Box 25<br>Dunlap, CA 93621-0025 | | 10778 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $329.21 | $329.21 | Customer No Liability / Passthrough Claims |
| Boufnar, Amar<br>9571 Jaguar Ct<br>Elk Grove, CA 95757-2603 | | 16806 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $256.00 | $256.00 | Customer No Liability / Passthrough Claims |
| Brisco, Andre<br>23536 Anza Ave, Apt A<br>Torrance, CA 90505-4528 | | 4076 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $888.17 | $888.17 | Customer No Liability / Passthrough Claims |
| BROWN, MICHAEL<br>34730 FAIRCHILD CMN<br>FREMONT, CA 94555-2722 | | 5422 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $887.00 | $0.00 | $887.00 | Customer No Liability / Passthrough Claims |
| Buckmann, Victoria M<br>2438 Victor Ct<br>Tracy, CA 95304-5899 | | 7253 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Budd, Valerie 1237 State Hwy UU Blue Eye, MO 65611 | | 3914 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $337.95 | $337.95 | Customer No Liability / Passthrough Claims |
| Burton, Enrique 333 W. Laurel Dr Apt 32 Salinas , CA 93906 | | 4214 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | Customer No Liability / Passthrough Claims |
| Camfed USA Foundation 466 Geary St Ste 400 San Francisco, CA 94102-1262 | | 7008 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability / Passthrough Claims |
| Carpenter, Meta 5117 N 9th St Apt 201 Fresno, CA 93710-7430 | | 7135 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | Customer No Liability / Passthrough Claims |
| Carter, Jennifer 9 Oleander Way Half Moon Bay, CA 94019-8515 | | 5000 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | Customer No Liability / Passthrough Claims |
| Chen, Shaolee 1882 Shamrock Ave Santa Clara, CA 95051-2420 | | 8633 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $470.42 | $470.42 | Customer No Liability / Passthrough Claims |
| Colon, Sonia & Rafael 1422 Yellowstone Drive Antioch, CA 94509-2133 | | 68953 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Comer, Cory 1730 43rd Ave San Francisco, CA 94122-4010 | | 6904 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $125.00 | $125.00 | Customer No Liability / Passthrough Claims |
| Constantin, Frederick & Kate Constantin 1 Harte Ave San Rafael, CA 94901-5221 | | 6889 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability / Passthrough Claims |
| Cot, David 211 San Mateo Rd Half Moon Bay, CA 94019 | | 4793 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $3,808.00 | $3,808.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cranney, Deanna<br>PO Box 274<br>Poulsbo, WA 98370-0274 | | 7820 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Daly, Teela<br>1185 Alder Creek Circle<br>San Leandro, CA 94577 | | 3956 | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $62.00 | $62.00 | Customer No Liability / Passthrough Claims |
| Day, Elizabeth<br>222 Chestnut St<br>Valley Springs, CA 95252-8443 | | 9480 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability / Passthrough Claims |
| De La Torre, Blanca Lidia<br>9896 Koford Rd<br>Oakland, CA 94603-2014 | | 7413 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $1,279.49 | $1,279.49 | Customer No Liability / Passthrough Claims |
| Delacruz, Daniel<br>PO Box 1425<br>Salinas, CA 93902 | | 4537 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $271.59 | $0.00 | $271.59 | Customer No Liability / Passthrough Claims |
| Dettbarn, Lorraine<br>8550 W IRVING LN<br>Boise , ID 83704-9663 | | 87383 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Custombarn No Liability / Passthrough Claims |
| DeVries, Dan<br>24299 Community Blvd<br>Hinkey, CA 92347 | | 4469 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $170.24 | $170.24 | Customer No Liability / Passthrough Claims |
| Djaparova, Nasipa<br>6501 Whitsett Dr<br>North Highlands, CA 95660-3827 | | 4717 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability / Passthrough Claims |
| Dotson, Deandre<br>305 Baywood DR<br>Vallejo, CA 94591-6624 | | 6856 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability / Passthrough Claims |
| Duarte, Lucilla<br>1812 Chevy Chase Dr<br>Bakersfield, CA 93306-3844 | | 10528 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Elledge, Veronica<br>1229 Modena St<br>Salinas, CA 93905-4909 | | 59914 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability / Passthrough Claims |
| Ellena, Briceton<br>3125 Briarwood Dr Apt J<br>Anderson, CA 96007-3781 | | 8368 | PG&E Corporation | 8/28/2019 | $2,500,000.00 | $0.00 | $0.00 | $13,500,000.00 | $16,000,000.00 | Customer No Liability / Passthrough Claims |
| Fabay, Stephen<br>206 Robin Place<br>Gilroy, CA 95020 | | 4845 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $328.57 | $328.57 | Customer No Liability / Passthrough Claims |
| Farrens, Cameron<br>1645 Veronese Way<br>Stockton , CA 95207-5433 | | 5973 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $800.00 | $0.00 | $800.00 | Customer No Liability / Passthrough Claims |
| Favela, Victoria<br>1107 Quincy St. Apt #C<br>Bakersfield, CA 93305 | | 19579 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Financial Soft LLC<br>4400 Keller Ave Ste 140 PMB 292<br>Oakland, CA 94605-4233 | | 7970 | Pacific Gas and Electric Company | 8/26/2019 | $0.00 | $0.00 | $0.00 | $834.62 | $834.62 | Customer No Liability / Passthrough Claims |
| Fourstar Resources LLC<br>5813 Kings Canyon Drive<br>Bakersfield, CA 93306 | | 1054 | PG&E Corporation | 2/22/2019 | $0.00 | $0.00 | $0.00 | $589.00 | $589.00 | Customer No Liability / Passthrough Claims |
| Garcia, Lidia<br>629 Agapanthus Way<br>Orcutt, CA 93455-2877 | | 4142 | Pacific Gas and Electric Company | 7/24/2019 | $185.00 | $0.00 | $185.00 | $0.00 | $370.00 | Customer No Liability / Passthrough Claims |
| Garrett, Patrick F.<br>1135 Osage Street<br>Nipomo, CA 93444 | | 5993 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $466.76 | $466.76 | Customer No Liability / Passthrough Claims |
| Goins, Tonya<br>PO Box 872<br>Elk Grove, CA 95759 | | 58321 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Grensted, Sarah<br>345 Bloom Dr<br>Dixon, CA 95620 | | 19959 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $65.79 | $0.00 | $65.79 | Customer No Liability / Passthrough Claims |
| Guerrera, Michaela<br>2032 Parker St #B<br>Berkeley, CA 94704-3209 | | 7617 | PG&E Corporation | 8/21/2019 | $0.00 | $0.00 | $0.00 | $225.00 | $225.00 | Customer No Liability / Passthrough Claims |
| Guillory, Cassandra<br>1221 E Santa Fe Ave Apt 2<br>Merced, CA 95340-4150 | | 5998 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Hall, David G<br>92 Clark Ave<br>Yuba City, CA 95991-5339 | | 5270 | Pacific Gas and Electric Company | 8/5/2019 | $475.00 | $0.00 | $0.00 | $475.00 | $950.00 | Customer No Liability / Passthrough Claims |
| Han's San Jose Hospitality<br>2220 Otoole Ave<br>San Jose, CA 95131-1326 | | 7539 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $2,850.00 | $39,397.00 | $42,247.00 | Customer No Liability / Passthrough Claims |
| Haynes, Roland<br>937 S Thorne Ave<br>Fresno, CA 93706-2648 | | 4806 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $285.00 | $0.00 | $285.00 | Customer No Liability / Passthrough Claims |
| Hemmati, Farshad<br>6674 Colton Blvd<br>Oakland, CA 94611 | | 3934 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Hernandez, Suzanna<br>729 Lindenmeier Rd<br>Fort Collins, CO 80524-2328 | | 9057 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $895.36 | $895.36 | Customer No Liability / Passthrough Claims |
| Hill, Erica<br>123 Kathy Ellen Dr Apt H5<br>Vallejo , CA 94591-3601 | | 5109 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Ho, Yuwing<br>39 Olympia Blvd<br>Staten Island, NY 10305-4311 | | 7363 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $452.48 | $452.48 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Homaifarrd, Mohammad  420 Kula Gulf Way Apt. 103  Albany, CA  94706 | | 2851 | PG&E Corporation | 4/29/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability / Passthrough Claims |
| Hung, Tieu  5038 Marconi Ave Ste 104  Carmichael, CA  95608-4295 | | 6433 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $2,348.00 | $0.00 | $2,348.00 | Customer No Liability / Passthrough Claims |
| Hung, Tieu  3100 Fulton Ave Ste 101  Sacramento, CA  95821-4750 | | 6626 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $2,232.00 | $0.00 | $2,232.00 | Customer No Liability / Passthrough Claims |
| Ilem, Carlos L  24205 Narbonne Ave Ste 201  Lomita, CA  90717-1161 | | 8644 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Inglese, Lynn  5120 Diamond Heights Blvd Apt A  San Francisco, CA  94131-1890 | | 7746 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Inthavisak, Jennifer  1014 Wrangler Cir  Stockton, CA  95210-1424 | | 6581 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $6,679.16 | $0.00 | $6,679.16 | Customer No Liability / Passthrough Claims |
| Ivory, Sameerah  1715 Lisbon Avenue  West Sacramento, CA  95605-1704 | | 5441 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability / Passthrough Claims |
| Jacoubowky Jr., Boris V.  Barbara Jacoubowsky 277 Mar Vista Dr.  Monterey , CA  93940-4300 | | 78854 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $415.00 | $415.00 | Customer No Liability / Passthrough Claims |
| Jensen, Jocelyn  2255 San Jose Ave Apt E  Alameda, CA  94501-4956 | | 9613 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $292.00 | $292.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Johnson, Bernice<br>7676 25th St<br>Sacramento, CA 95832-1435 | | 10184 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | Customer No Liability / Passthrough Claims |
| Johnson, Lawrence A<br>8351 Chamise Ave<br>Clovis, CA 93619-8817 | | 19544 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $1,394.54 | $1,394.54 | Customer No Liability / Passthrough Claims |
| JSG TRUCKING, INC.<br>19400 N HWY 99<br>ACAMPO, CA 95220 | | 7169 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $933.00 | $0.00 | $933.00 | Customer No Liability / Passthrough Claims |
| Judge, Phil N<br>586 Tucker rd<br>Newbern, TN 38059-4474 | | 4853 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $186.00 | $186.00 | Customer No Liability / Passthrough Claims |
| Kapil, Meenakshi S<br>1018 Bancroft Rd<br>Concord, CA 94518-3913 | | 7851 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Kelling, Johnna<br>435 Shaw Rd #1<br>Walnut Creek, CA 94597-2042 | | 8379 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $220.00 | $0.00 | $220.00 | Customer No Liability / Passthrough Claims |
| King, Morgan D<br>PO Box 2952<br>Dublin, CA 94568-0952 | | 5941 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | Customer No Liability / Passthrough Claims |
| Koehnlein, Suzanne<br>6109 Shelter Creek Ln<br>San Bruno, CA 94066 | | 8469 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $48.00 | $48.00 | Customer No Liability / Passthrough Claims |
| Kouadio, Kathleen<br>533 W Cambridge Ave Apt 108<br>Fresno, CA 93705-5062 | | 5227 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability / Passthrough Claims |
| Kruse, Varunya<br>5520 Dutton Way<br>Sacramento, CA 95823-7244 | | 7159 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kwan, Wanfei 9099 Buckwheat Street San Diego, CA 92129 | | 87449 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability / Passthrough Claims |
| Larisa Koshchavtseva and Tiana Reyes 2975 Bella Dr Concord, CA 94516-2649 | | 10298 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $265.62 | $265.62 | Customer No Liability / Passthrough Claims |
| Lark, Howard W 3309 T St Sacramento, CA 95816-7035 | | 5996 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability / Passthrough Claims |
| Lau, Chor Ying 1918 31st Avenue San Francisco, CA 94116 | | 7831 | Pacific Gas and Electric Company | 8/26/2019 | $0.00 | $0.00 | $218.00 | $0.00 | $218.00 | Customer No Liability / Passthrough Claims |
| Le, Chuc 2128 Monterey Hwy Apt 111 San Jose, CA 95112-6156 | | 7402 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $317.44 | $317.44 | Customer No Liability / Passthrough Claims |
| Lee, David 4343 Westerly CMN Fremont, CA 94538-7009 | | 4112 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $172.00 | $172.00 | Customer No Liability / Passthrough Claims |
| Li, Zhijian 37711 Harbor Light Rd Newark, CA 94560-3490 | | 5343 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $360.00 | $0.00 | $360.00 | Customer No Liability / Passthrough Claims |
| Liu, Su Brian Xing 1407 Alegria Loop San Jose, CA 95128-4554 | | 10736 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $54.49 | $54.49 | Customer No Liability / Passthrough Claims |
| Llanes, Socorro V & Manuel Llanes 5101 Canyon Peak Dr Bakersfield, CA 93307-7636 | | 7036 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lujan, Prudy<br>12472 Wanderer Rd<br>Auburn, CA 95602-8152 | | 6357 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $1,031.00 | $0.00 | $1,031.00 | Customer No Liability / Passthrough Claims |
| Lupo, Peggy L<br>435 Philppine ST<br>Taft, CA 93268-3828 | | 4621 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | Customer No Liability / Passthrough Claims |
| M and D Asian Grocery Inc<br>15833 Channel St<br>San Lorenzo, CA 94580-1441 | | 8056 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Customer No Liability / Passthrough Claims |
| Machado, Chris<br>PO Box 754<br>Lockeford, CA 95237-0754 | | 5217 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $7,909.30 | $7,909.30 | Customer No Liability / Passthrough Claims |
| Mack, Sabrina<br>139 W Saginaw Way Apt S<br>Fresno, CA 93705-2965 | | 5264 | Pacific Gas and Electric Company | 8/5/2019 | $11,700.09 | $0.00 | $1,700.00 | $0.00 | $13,400.09 | Customer No Liability / Passthrough Claims |
| Mackey, Robert<br>PO Box 279<br>Sewickley, PA 15143-0279 | | 4135 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability / Passthrough Claims |
| Marksbury, Joan<br>8624 Beauxart Cir<br>Sacramento, CA 95828 | | 4035 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $650.00 | $650.00 | Customer No Liability / Passthrough Claims |
| MASTERS, LAKEIDA<br>1122 EAST LELAND ROAD APT 151<br>PITTSBURG, CA 94565 | | 87073 | Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $888.81 | $888.81 | Customer No Liability / Passthrough Claims |
| Medina, Roselia<br>4444 Hansen Ave Apt 117<br>Fremont, CA 94536-5743 | | 7614 | PG&E Corporation | 8/21/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Middletown Rancheria Of Pomo Indians Of California<br>22223 Hwy 29 at Rancheria Road<br>Middletown , CA  95461-1035 | | 86719 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $44,230.00 | $44,230.00 | Customer No Liability / Passthrough Claims |
| Miks, Wai<br>2038 Cascades Cove Dr<br>Orlando, FL  32820-2238 | | 19552 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Milner, Catherine<br>PO Box 850<br>Morro Bay, CA | | 80104 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,996.20 | $2,996.20 | Customer No Liability / Passthrough Claims |
| Minter, Benjamin<br>29007 Nectarine Ct<br>Lake Elsinore, CA  92530 | | 10188 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $407.23 | $407.23 | Customer No Liability / Passthrough Claims |
| Murray, Jennifer M<br>35314 Road 206<br>Woodlake, CA  93286-9729 | | 8622 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability / Passthrough Claims |
| NAHED HUSARY DBA BURGERS<br>PO BOX 496<br>HOPLAND, CA  95449-0496 | | 4710 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability / Passthrough Claims |
| Ngo, Janney<br>1230 E 34th St Lowr<br>Oakland, CA  94610-2816 | | 96991 | PG&E Corporation | 2/21/2020 | $604.00 | $0.00 | $0.00 | $0.00 | $604.00 | Customer No Liability / Passthrough Claims |
| Nguyen, Hien<br>2605 La Hacienda Ct Apt 315<br>San Jose, CA  95127-3069 | | 5491 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $286.86 | $286.86 | Customer No Liability / Passthrough Claims |
| Nichols, Cleo<br>9574 Bancroft Way<br>Stockton, CA  95209-5007 | | 30845 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nikaein, Samira<br>14 Sharmar Ct<br>Alamo, CA 94507-2622 | | 17078 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Orozco, Lizette<br>6804 Doncaster Ave<br>Bakersfield, CA 93307-8840 | | 7808 | Pacific Gas and Electric Company | 8/23/2019 | $398.44 | $0.00 | $0.00 | $0.00 | $398.44 | Customer No Liability / Passthrough Claims |
| Ourieff, Bruce<br>1040 Ridgecrest Pl<br>Nipomo, CA 93444-9404 | | 6237 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability / Passthrough Claims |
| Perez, Karry<br>PO Box 4326<br>Manteca, CA 95337 | | 3739 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability / Passthrough Claims |
| PG&E<br>Shelbie Johnston 3191 Impala Dr Apt 5<br>San Jose, CA 95117 | | 4812 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Pham, Irene<br>11 Fairmont Dr<br>Daly City, CA 94015-3072 | | 6212 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $566.65 | $566.65 | Customer No Liability / Passthrough Claims |
| Priego, Eliza<br>471 Haggin Ave<br>Sacramento, CA 95833-2247 | | 70421 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Ree, Alexander<br>12200 Wyne Court<br>Tustin, CA 92782 | | 6161 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $84.00 | $84.00 | Customer No Liability / Passthrough Claims |
| Remington Grove Apartment<br>575 E. Remington Drive, Apt. 1-G<br>Sunnyvale, CA 94087-1981 | | 71157 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $650,000.00 | $650,000.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Robinson, Gary L 1013 Alandale Ave Bakersfield, CA 93308-1817 | | 8328 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | Customer No Liability / Passthrough Claims |
| Romero, Elizabeth 4444 Feather River Dr Apt 172 Stockton, CA 95219-6547 | | 6454 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $127.00 | $127.00 | Customer No Liability / Passthrough Claims |
| Rowe, Lisa 54 Monte Vista Ln Sonora, CA 95370-5741 | | 10562 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Rucker, Donald 925 N California St Apt 1 Stockton, CA 95202-1531 | | 5391 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability / Passthrough Claims |
| SABIN, GABRIEL 1509 SUTTER ST LOWR VALLEJO, CA 94590-5273 | | 6788 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Sabina, Michael K 340 Kings Mountain Rd Woodside, CA 94062 | | 67560 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,750.00 | $1,750.00 | Customer No Liability / Passthrough Claims |
| San Francisco Project Own Attn: Accounts Payable 2500 Mason St San Francisco, CA 94133-1450 | | 10786 | Pacific Gas and Electric Company | 10/3/2019 | $0.00 | $0.00 | $0.00 | $79,147.00 | $79,147.00 | Customer No Liability / Passthrough Claims |
| Severson, Christina M PO Box 2242 Clovis, CA 93613-2242 | | 6088 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability / Passthrough Claims |
| Sharp, Robert 9601 Merion Cir Lincoln, NE 68526 | | 3621 | PG&E Corporation | 7/16/2019 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | Customer No Liability / Passthrough Claims |
| Sheikh, Hanifa 4261 Las Feliz Ct Union City, CA 94587-3812 | | 7916 | Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Siddiqi, Jamaluddin K<br>DBA ZamZam Supermarket<br>40645 Fremont Blvd, Ste 4<br>Fremont, CA 94538-4368 | | 106489 | PG&E Corporation | 9/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Silva, Nicholas<br>920 S Fourth<br>Fresno, CA 93702 | | 4741 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $655.00 | $0.00 | $655.00 | Customer No Liability / Passthrough Claims |
| Spies, Kristyn<br>2042 Seascape Blvd<br>Aptos, CA 95003-5831 | | 68679 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $215.32 | $215.32 | Customer No Liability / Passthrough Claims |
| Stimps, Sarah<br>2344 Tivy Valley Rd<br>Sanger, CA 93657 | | 9317 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $118.32 | $118.32 | Customer No Liability / Passthrough Claims |
| SUN, BAOXING<br>1900 MARQUIS CT<br>CHULA VISTA, CA 91913 | | 3683 | PG&E Corporation | 7/16/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability / Passthrough Claims |
| TANYA, ANCIER<br>2863 GRANDE CAMINO<br>WALNUT CREEK, CA 94598-3514 | | 9397 | Pacific Gas and Electric Company | 9/21/2019 | $0.00 | $0.00 | $0.00 | $8,254.00 | $8,254.00 | Customer No Liability / Passthrough Claims |
| Thompson, Lona<br>512 York St<br>Lodi, CA 95240-5234 | | 6055 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Toller, Svetlana V<br>5326 Hemlock St Apt 232<br>Sacramento, CA 95841-2785 | | 9070 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $58.46 | $58.46 | Customer No Liability / Passthrough Claims |
| Tomines, Rhea<br>111 Harden Pkwy Apt H<br>Salinas, CA 93906-5177 | | 7830 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Torres, Javier JR<br>4783 E Lane Ave<br>Fresno, CA 93702-3933 | | 7526 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Customer No Liability / Passthrough Claims |
| Tracy Golf & Country Club<br>35200 S. Chrisman Rd<br>Tracy, CA 95377 | | 9800 | PG&E Corporation | 9/25/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Customer No Liability / Passthrough Claims |
| Tran, Khuyen<br>2614 Alum Rock Ave<br>San Jose, CA 95116-2621 | | 4925 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $617.00 | $617.00 | Customer No Liability / Passthrough Claims |
| Truchanowicz, Dianne<br>12933 Chaparral Rd<br>Sonora, CA 95370-5315 | | 6511 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $226.00 | $0.00 | $226.00 | Customer No Liability / Passthrough Claims |
| Tseng, Wen Jung<br>4106 Alvarado St<br>Pleasanton, CA 94566-5604 | | 81344 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $463.00 | $0.00 | $463.00 | Customer No Liability / Passthrough Claims |
| Vanzutphen-Starr, Ritchie<br>10311 Bancroft Ave Apt D<br>Oakland, CA 94603-3464 | | 8538 | PG&E Corporation | 9/7/2019 | $0.00 | $0.00 | $0.00 | $219.52 | $219.52 | Customer No Liability / Passthrough Claims |
| Velasquez, Lilly<br>7700 Thunderbird Ct<br>Fair Oaks, CA 95628-4827 | | 6826 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $212.04 | $212.04 | Customer No Liability / Passthrough Claims |
| Vierra, Peter<br>1922 Collinwood DR<br>Hughson, CA 95326-9682 | | 4451 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $200.00 | $0.00 | $200.00 | Customer No Liability / Passthrough Claims |
| Vigdorchik, Oleg<br>647 Acacia Lane<br>Emerald Hills, CA 94062 | | 67242 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $250.00 | $0.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Vizcarra, Eusebio<br>Herminia Vizcarra 3216 Pisces Way<br>Ceres, CA 95307-3006 | | 7583 | PG&E Corporation | 8/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customerr No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wadhwani, Bhagwan<br>1960 Springwater Dr<br>Fremont, CA  94539-5952 | | 8477 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $20.96 | $20.96 | Customer No Liability / Passthrough Claims |
| Wang, Lingling<br>1390 Annapolis Way<br>San Jose, CA  95118-2401 | | 4105 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $626.00 | $626.00 | Customer No Liability / Passthrough Claims |
| WASHINGTON, DUAN<br>7531 CIRCLE HILL DRIVE<br>OAKLAND, CA  94605-3001 | | 7915 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability / Passthrough Claims |
| Wilkinson Jr, Benjamin A<br>PO Box 6365<br>Clearlake, CA  95422-6365 | | 9298 | PG&E Corporation | 9/19/2019 | $0.00 | $0.00 | $0.00 | $401.85 | $401.85 | Customer No Liability / Passthrough Claims |
| Williams, Audery<br>5140 E Kings Canyon Rd Apt 132<br>Fresno, CA  93727-3981 | | 10116 | Pacific Gas and Electric Company | 9/26/2019 | $0.00 | $0.00 | $18,720.00 | $0.00 | $18,720.00 | Customer No Liability / Passthrough Claims |
| Wilson, K<br>4665 North Zediker Ave<br>Sanger, CA  93657 | | 57167 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $2,600.00 | $2,600.00 | Customer No Liability / Passthrough Claims |
| Wilson, Terrence<br>4665 North Zediker Ave<br>Sanger, CA  93657 | | 9962 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $2,600.00 | $2,600.00 | Customer No Liability / Passthrough Claims |
| Winters, Irma<br>200 Button St Apt 23<br>Santa Cruz, CA  95060-2253 | | 7852 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| WOLFF, ANDREW<br>1615 BROADWAY FL 4<br>OAKLAND, CA  94612-2165 | | 8158 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| Wong, Laina<br>51 Murdell Ln Apt 46<br>Livermore, CA  94550-3947 | | 4069 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $119.00 | $119.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wu, Chun C<br>35336 Fremont BLVD<br>Fremont, CA 94536-3328 | | 8027 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| XU, JIE<br>725 E 16TH AVE<br>SAN MATEO, CA 94402-2131 | | 4098 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $289.00 | $289.00 | Customer No Liability / Passthrough Claims |
| Zepeda-Cuevas, Maria<br>8401 Rhoda Avenue<br>Dublin, CA 94568 | | 8077 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $600.00 | $0.00 | $600.00 | Customer No Liability / Passthrough Claims |
| Zhang, Xiang Guang<br>4717 Percheron Dr<br>Elk Grove, CA 95757-3200 | | 6196 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $60.31 | $60.31 | Customer No Liability / Passthrough Claims |
| **Claims To Be Expunged Totals** | | **Count: 158** | | | **$2,513,362.53** | **$0.00** | **$54,922.54** | **$14,420,814.13** | **$16,989,099.20** | |