| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ARRENDONDO, JOSE N 23690 ALCUDIA RD HINKLEY, CA 92347 | | 9144 | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Balos, Karen Randolph E. Daar, Esq. 3330 Geary Blvd, 3rd Floor East San Francisco, CA 94118 | | 80028 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | ADR No Liability |
| Bowman, Buster P.O. Box 278 Rail Road Flat, CA 95248 | | 96349 | PG&E Corporation | 1/3/2020 | $0.00 | $0.00 | $0.00 | $400,000.00 | $400,000.00 | ADR No Liability |
| Buzotta, Patricia Kabateck LLP 633 W. Fifth Street, Suite 3200 Los Angeles, CA 90071 | | 2286 | Pacific Gas and Electric Company | 4/15/2019 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | ADR No Liability |
| Chevron Pipe Line Company Michael L. Armstrong Senior Counsel 6001 Bollinger Canyon Road San Ramon, CA 94583 | | 55769 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $549,252.00 | $549,252.00 | ADR No Liability |
| Chirco, Elizabeth A 5830 Robin Hill Rd Sp38 Lakeport, CA 95453 | | 66023 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | ADR No Liability |
| City of Stockton 425 N. El Dorado Street, 2nd Floor Stockton, CA 95202 | | 8378 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $600,000.00 | $600,000.00 | ADR No Liability |
| Clayton Creek LLC c/o Kathryn Spelman Thoits Law 400 Main Street, Suite 250 Los Altos, CA 94022 | | 72188 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,400,000.00 | $2,400,000.00 | ADR No Liability |
| Concello, Clifford A. 4347 Wild Flower Way Redding, CA 96001 | | 80289 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | ADR No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cullinen, Thomas Law Offices of Allister R. Liao 1900 South Norfolk Street, Suite 350 San Mateo, CA 94403 | | 19875 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | ADR No Liability |
| Engelmeier, Leslie Law Office of David W. Chen, PC 1300 Clay Street, Suite 600 Oakland, CA 94612-1913 | | 87699 | Pacific Gas and Electric Company | 11/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Griscom , John and Lillian The Gori Law Firm Christina Hutchins 156 N. Main Street Edwardsville, IL 62025 | | 70971 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Iniguez, Jose J Ariana Iniguez 14623 Avon Ave Lathrop, CA 95330-9797 | | 8354 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Kim, Kyesong 105 Orchard Circle Hayward, CA 94544-8281 | | 7177 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Kim, Uil 725 18TH AVE #2 SAN FRANCISCO, CA 94121 | | 7191 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Mallard Farms LLC 336 Oleander Ave Alameda, CA 94502 | | 7946 | Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $1,200,000.00 | $1,200,000.00 | ADR No Liability |
| Mensinger, Lester 637 Venus Ct Fremont, CA 94539-7649 | | 6741 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | ADR No Liability |
| Miller, Perry Josh Quinn Chevalier, Esq. 2351 Sunset Blvd., Suite 170-317 Rocklin, CA 95765 | | 69348 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | ADR No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mooney, John K 980 Pleasant Hill Rd Redwood City, CA 94061-1131 | | 6805 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $11,000,000.00 | $11,000,000.00 | ADR No Liability |
| Morrow, David 244 Patterson Creek Rd Tonasket, WA 98855-9653 | | 80872 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | ADR No Liability |
| National Fire Insurance Company CNA Attn: John Werdell 801 Warrenville Rd. Ste 700 Lisle, IL 60532 | | 30954 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $166,501.00 | $166,501.00 | ADR No Liability |
| North, Sandra Strick Schnasse c/o Lawrence A Strick 503 D Street, Suite 2 San Rafael, CA 94901 | | 20044 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | ADR No Liability |
| Olgin, Robert PO Box 475 Friant, CA 93626-0475 | | 8082 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Rafferty, Scott J 1913 Whitecliff Ct. Walnut Creek, CA 94596 | | 67851 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $558,180.00 | $558,180.00 | ADR No Liability |
| Refahi, Ahmed 4052 De Anza Dr Palmdale, CA 93551 | | 58806 | Pacific Gas and Electric Company | 10/21/2019 | $200,000.00 | $0.00 | $0.00 | $0.00 | $200,000.00 | ADR No Liability |
| Richards, Darwin 22078 Arbor Ave., Apt. 234 Hayward , CA 94541-4894 | | 86933 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $369,000.00 | $369,000.00 | ADR No Liability |
| Rigney, Tim 1885 East Bayshore Road Spc #16 East Palo Alto, CA 94303 | | 8131 | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $70,500.00 | $58,750.00 | $129,250.00 | ADR No Liability |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rigney, Timothy<br>P.O. Box 51963<br>Palo Alto, CA 94303 | | 158 | PG&E Corporation | 2/9/2019 | $0.00 | $0.00 | $160,000.00 | $0.00 | $160,000.00 | ADR No Liability |
| Shahmirza, Amir<br>c/o Mellen Law Firm 1050 Marina Village Parkway, Suite 102<br>Alameda, CA 94501 | | 2090 | PG&E Corporation | 3/20/2019 | $0.00 | $0.00 | $0.00 | $20,000,000.00 | $20,000,000.00 | ADR No Liability |
| Sheridan, Christopher<br>Silber Law Office P.O. Box 768<br>Nevada City, CA 95959 | | 81213 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | ADR No Liability |
| Sheridan, Kelly<br>Greg Schaffer 25 Taylor Street<br>San Francisco, CA 94102 | | 87753 | Pacific Gas and Electric Company | 11/26/2019 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | ADR No Liability |
| Skipwith, William<br>1438 6th St<br>Berkeley, CA 94710-1431 | | 4775 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $350,000.00 | $350,000.00 | ADR No Liability |
| TRAVERS, DONALD R AND ELLA H<br>PO BOX 1255<br>DURHAM, CA 95938 | | 7137 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | ADR No Liability |
| Vecino, Joel<br>The Wakeford Law Firm Wesley Wakeford 1388 Sutter Street, Suite 810<br>San Francisco, CA 94109 | | 9929 | Pacific Gas and Electric Company | 9/26/2019 | $0.00 | $0.00 | $0.00 | $2,750,000.00 | $2,750,000.00 | ADR No Liability |
| Williams, Tammara<br>4141 Palm Ave #601<br>Sacramento, CA 95842 | | 67840 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $58,000.00 | $58,000.00 | ADR No Liability |
| Wyatt, Earl<br>BH 4517 P.O. BOX 600<br>Chino Hills, CA 91807 | | 6448 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | ADR No Liability |
| **Claims To Be Expunged Totals** | | **Count:36** | | | **$200,000.00** | **$0.00** | **$230,500.00** | **$52,309,683.00** | **$52,740,183.00** | |

Case: 19-30088    Doc# 10299-1    Filed: 02/25/21    Entered: 02/25/21 16:07:27    Page 4 of 4