1  Angela Jae Chun, SBN 248571
   *ajc@cglaw.com*
2  **CASEY GERRY SCHENK**
   **FRANCAVILLA BLATT & PENFIELD, LLP**
3  110 Laurel Street
   San Diego, CA  92101
4  Telephone: (619) 238-1811
   Facsimile: (619) 544-9232
5
   Attorneys for Claimant Kimberly Locke-Russell
6

7

8                **UNITED STATES BANKRUPTCY COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12  | In Re | Case No. 19-30088 (DM) |
13  | PG&E CORPORATION, | Chapter 11 |
14  |    and | (Lead Case–Jointly Administered) |
15  | PACIFIC GAS AND ELECTRIC | **KIMBERLY LOCKE-RUSSELL'S** |
    | COMPANY | **NOTICE OF HEARING ON** |
16  | | **MOTION TO ALLOW/DEEM** |
    |    Debtors. | **TIMELY LATE FILING OF PROOF** |
17  | | **OF CLAIM BY KIMBERLY** |
    | Affects: | **LOCKE-RUSSELL** |
18  | | |
    | PG&E Corporation | Date: March 24, 2021 |
19  | Pacific Gas & Electric Company | Time: 10:00 a.m. (Pacific) |
    | **Both Debtors** | Place: **Telephonic Appearances Only** |
20  | | United States Bankruptcy |
    | * All papers shall be filed in the Lead | Court: Courtroom 17, 16th Floor |
21  | Case, No. 19-30088 (DM). | San Francisco, CA 94102 |
22

23         **PLEASE TAKE NOTICE** that on March 24, 2021 or as soon as this matter

24  may be heard, attorney Angela Jae Chun, Esq., of counsel to Casey Gerry Schenck

25  Francavilla Blatt & Penfield LLP (Casey Gerry) moves on behalf her client Kimberly

26  Locke-Russell ("Ms. Locke-Russell") to deem her-late-filed proof of claim timely.

27         **PLEASE TAKE NOTICE** that the telephonic hearing on the Motion will take

28  place on March 24, 2021 (Pacific Time) in the Courtroom of the Honorable Dennis

Kimberly Locke-Russell's Notice of Hearing on Motion to Deem Her Late Filed Proof of Claim Timely.

Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, CA 91402.

PLEASE TAKE NOTICE that Locke-Russell's Motion is based on the fact Ms. Locke-Russell truly believe she was listed as a claimant on her parents' POC, only later to find out she was not after the time period to file POCs had expired.   Her Motion is based on this notice, the accompanying memorandum of points and authorities and any exhibits thereto, along with the declaration of Ms. Chun.

PLEASE TAKE NOTICE that all interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served to Ms. Chun by the time set by the Bankruptcy Court. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and under, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 (EFC No. 1996) ("Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served under the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related adversary proceedings.

PLEASE TAKE FURTHER NOTICE that that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the

Debtors' notice and claims agent, Prime Clerk LLC , at

https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for

U.S.-based parties; or +1 (929) 333-8977 for International parties

     Note that a PACER password is needed to access documents on the Bankruptcy

Court's website.


Dated: February_23, 2021    CASEY GERRY SCHENK
                          FRANCAVILLA BLATT & PENFIELD, LLP

                       By:   s/Angela Jae Chun
                           ANGELA JAE CHUN
                           *ajc@cglaw.com*
                           Attorneys for Claimant

[4]
-3-           Case No. 19-30088 (DM)
Case: 19-30088   Doc# 10303   Filed: 02/25/21   Entered: 02/25/21 11:48:28   Page 3
Kimberly Locke-Russell's Notice of Hearing on Motion to Deem Her Late Filed Proof of Claim Timely.   of 3