| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 3/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $1,250,189.84 | $1,250,189.84 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/20/2019 | $0.00 | $0.00 | $10,000,000.00 | $0.00 | $10,000,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $130.00 | $0.00 | $130.00 | Plan Passthrough Workers' Compensation Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 3/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $35,000.00 | $35,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $1,500,000.00 | $1,500,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 4/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 4/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/12/2019 | $0.00 | $0.00 | $0.00 | $109,000.00 | $109,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 10/3/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Plan Passthrough Workers' Compensation Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $43,010.00 | $0.00 | $43,010.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 4/4/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 10/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $12,850.00 | $3,245.00 | $16,095.00 | Plan Passthrough Workers' Compensation Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **Redacted** | | **Redacted** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $12,850.00 | $3,245.00 | $16,095.00 | Plan Passthrough Workers' Compensation Claims |
| **Redacted** | | **Redacted** | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $0.00 | $24,523.41 | $24,523.41 | Plan Passthrough Workers' Compensation Claims |
| **Redacted** | | **Redacted** | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| **Redacted** | | **Redacted** | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| **Redacted** | | **Redacted** | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | Plan Passthrough Workers' Compensation Claims |
| **Redacted** | | **Redacted** | PG&E Corporation | 10/3/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Plan Passthrough Workers' Compensation Claims |
| **Redacted** | | **Redacted** | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,224.16 | $3,224.16 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $3,224.16 | $3,224.16 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $3,059.65 | $0.00 | $3,059.65 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $60,000.00 | $60,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $225,000.00 | $225,000.00 | Plan Passthrough Workers' Compensation Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 4/4/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 4/4/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $51,060.00 | $51,060.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 3/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 3/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $100,000.00 | $0.00 | $100,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $115,000.00 | $115,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $22,000.00 | $0.00 | $22,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 4/4/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 4/4/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 4/4/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 3/8/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $1,472,307.92 | $0.00 | $0.00 | $398,771.43 | $1,871,079.35 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $2,500,000.00 | $2,500,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 4/4/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 12/26/2019 | $0.00 | $0.00 | $0.00 | $1,648.58 | $1,648.58 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 12/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/6/2019 | $0.00 | $0.00 | $0.00 | $125,000.00 | $125,000.00 | Plan Passthrough Workers' Compensation Claims |
| Redacted | | Redacted | PG&E Corporation | 4/4/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Plan Passthrough Workers' Compensation Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **Redacted** | | Redacted | PG&E Corporation | 4/4/2019 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | Plan Passthrough Workers' Compensation Claims |
| **Claims To Be Expunged Totals** | | **Count: 78** | | | **$1,472,307.92** | **$0.00** | **$10,193,899.65** | **$11,723,481.58** | **$23,389,689.15** | |