| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Victor Wong, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 24, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Mark A Cameron, Sandra B Cameron, Daniel G McAdams or Lori A McAdams, at an address redacted in the interest of privacy:

- Order Expunging Claim Nos. 92178532 (Mark Cameron and Sandra Cameron) and 92178533 (Mark Cameron, Sandra Cameron, Dan McAdams, and Lori McAdams) Pursuant to Reorganized Debtors' Seventeenth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 10267]

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

| | |
|---|---|
| 1 | Executed this 26th day of February 2021, at New York, NY. |
| 2 | |
| 3 | /s/ Victor Wong |
| | Victor Wong |

2

SRF 51355

Case: 19-30088    Doc# 10312    Filed: 02/26/21    Entered: 02/26/21 14:20:37    Page 2 of 2