KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **REORGANIZED DEBTORS' REPORT ON RESOLUTION OF OMNIBUS OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS** <br><br> **[Re: Docket Nos. 9458, 9460, 9462, 9464, and 9466]** <br><br> **Regarding Objections Set for Hearing March 24, 2021 at 10:00 a.m. (Pacific Time)** |

## REPORT ON RESOLUTION OF CERTAIN CLAIMS

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the resolution of certain Claims in the *Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Dkt. No. 9455] (the "**Fortieth Omnibus Objection**"); the *Reorganized Debtors' Forty-First Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Dkt. No. 9458] (the "**Forty-First Omnibus Objection**"); the *Reorganized Debtors' Forty-Second Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Dkt. No. 9460] (the "**Forty-Second Omnibus Objection**"); the *Reorganized Debtors' Forty-Third Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Dkt. No. 9462] (the "**Forty-Third Omnibus Objection**"); the *Reorganized Debtors' Forty-Fourth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Dkt. No. 9464] (the "**Forty-Fourth Omnibus Objection**"); and the *Reorganized Debtors' Forty-Fifth Omnibus Objection to Claims (Reduced and Allowed Claims)* [Dkt. No. 9466] (the "**Forty-Fifth Omnibus Objection**").

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Fortieth Omnibus Objection** | | | |
| 9836 | Tyisha Jefferson | 599 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fortieth Omnibus Objection. |
| 9516 | Richard Wagner | 1972 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fortieth Omnibus Objection. |
| 9604 | Todd DeGrandmont | 2370 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fortieth Omnibus Objection. |
| 9530 | Bruce Willems | 1073 | The Reorganized Debtors have reached a settlement of this Claim that resolves |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | the Fortieth Omnibus Objection. |
| 9620 | Bret and Kassidy Banducci | 2974 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fortieth Omnibus Objection. |
| 9603 | Paul Marotta | 1070 | The Fortieth Omnibus Objection is WITHDRAWN with respect to this Claim. The Claim will be allowed as filed. |
| 9643 | Valri and Christian Castleman | 3063 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fortieth Omnibus Objection. |
| 9636 | Bruce E. Krell | 1077 | The Fortieth Omnibus Objection was WITHDRAWN with respect to this Claim by Docket No. 10185. |
| Informal | Helga M. Schmidt | 5978 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fortieth Omnibus Objection. |
| Informal | James Winter | 3576 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fortieth Omnibus Objection. |
| Informal | Mission Valley Rock Co. | 64053 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fortieth Omnibus Objection. |
| Informal | Timothy Bergam | 133 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fortieth Omnibus Objection. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Lance Kastl | 3870 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fortieth Omnibus Objection. |
| **Forty-First Omnibus Objection** | | | |
| 9659 | Marguerite Sawyer | 59635 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Forty-First Omnibus Objection. |
| Informal | State Farm Mutual Insurance Companies (Michael Lane) | 8656 | The hearing on this Claim has been continued to April 28, 2021. |
| **Forty-Second Omnibus Objection** | | | |
| 9670 | Robert and Marie Villalobos | 3784 | The Forty-Second Omnibus Objection is WITHDRAWN with respect to this Claim. The Claim will be allowed as filed. |
| Informal | Xiaopeng Xu | 7723 | The Forty-Second Omnibus Objection is WITHDRAWN with respect to this Claim. The Claim will be allowed as filed. |
| **Forty-Third Omnibus Objection** | | | |
| 9648 | Darren Eastman | 64083 | The Forty-Third Omnibus Objection is WITHDRAWN with respect to this Claim. The Claim will be allowed as filed. |
| 9658 | Kings Canyon Unified School District | 3866 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Forty-Third Omnibus Objection. |
| Informal | Linda Grady | 1193 80248 | The Reorganized Debtors have reached a settlement of these Claims that |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | resolves the Forty-Third Omnibus Objection. |
| **Forty-Fourth Omnibus Objection** | | | |
| 9614 | Etta Bacharach Testamentary A & B Trusts | 56201 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Forty-Fourth Omnibus Objection. |
| 9661 | Ken Bray | 70722 | The Forty-Fourth Omnibus Objection has been WITHDRAWN with respect to this Claim, and the Claim has been channeled to the Fire Victims Trust. |
| 9638 | Stanislaus County Public Works | 56952 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Forty-Fourth Omnibus Objection. |
| 9657 | Glenn Gary Baker | 69361 | The Forty-Fourth Omnibus Objection has been WITHDRAWN with respect to this Claim, and the Claim has been channeled to the Fire Victims Trust. |
| Informal | State Farm a/s/o Ava Arroya (T. Henry) | 3404 | The hearing on this Claim has been continued to April 28, 2021. |
| 9766 | Linton McNeal | 57298 | The Forty-Fourth Omnibus Objection has been WITHDRAWN with respect to this Claim, and the Claim has been channeled to the Fire Victims Trust. |
| **Forty-Fifth Omnibus Objection** | | | |
| 9667 | Rumi S. Kawashima | 934 | The Reorganized Debtors have reached a settlement of this Claim that resolves |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
|  |  |  | the Forty-Fourth Omnibus Objection. |
| 9613 | Onnyx Walker | 30795 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Forty-Fifth Omnibus Objection. |
| 9652 | Cynthia Ann Wilson | 68287 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Forty-Fifth Omnibus Objection. |
| Informal | State Farm a/s/o Leslie Poortman | 3044 | The hearing on this Claim has been continued to April 28, 2021. |
| Informal | State Farm Mutual Automobile Insurance Company | 58061 | The hearing on this Claim has been continued to April 28, 2021. |

## **DECLARATION REGARDING STATUS AND RESOLUTION OF CLAIMS**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. The foregoing resolution of certain Claims is true and correct to the best of my knowledge, information, and belief.

3. This declaration was executed in San Francisco, California.

Dated: February 26, 2021

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*