1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7
   *Attorneys for Debtors and Reorganized Debtors*
8

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESPONSES TO FIFTY-SEVENTH THROUGH FIFTY-NINTH OMNIBUS OBJECTIONS TO CLAIMS AND REQUEST FOR ORDERS BY DEFAULT AS TO UNOPPOSED OBJECTIONS** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **[Re: Dkt. Nos. 10037, 10040, and 10043]** |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | **Resolving Objections Set for Hearing March 9, 2021 at 10:00 a.m. (Pacific Time)** |

# REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter orders by default on the following omnibus claims objections (collectively, the "**Omnibus Objections**"):

| Docket Number | Omnibus Objection |
|---|---|
| 10037 | *Reorganized Debtors' Fifty-Seventh Omnibus Objection to Claims (Books and Records Claims)* (the "**Fifty-Seventh Omnibus Objection**") |
| 10040 | *Reorganized Debtors' Fifty-Eighth Omnibus Objection to Claims (Satisfied Claims)* (the "**Fifty-Eighth Omnibus Objection**") |
| 10043 | *Reorganized Debtors' Fifty-Ninth Omnibus Objection to Claims (No Liability Claims)* (the "**Fifty-Ninth Omnibus Objection**") |

# RELIEF REQUESTED IN THE OMNIBUS OBJECTIONS

The Omnibus Objections seek to either (a) disallow and/or expunge or (b) allow in reduced amounts the Proofs of Claim listed in Exhibit 1 to each Omnibus Objection.

# NOTICE AND SERVICE

The Reorganized Debtors filed a Notice of Hearing with respect to each Omnibus Objection [Docket Nos. 10039, 10042, and 10045]. The Omnibus Objections also were supported by the respective declarations of Robb McWilliams [Docket Nos. 10038, 10041, and 10044]. The Omnibus Objections, the Notices of Hearing, and the Declarations were served as described in the *Certificate of Service of Alain B. Francoeur*, filed on February 4, 2021 [Docket No. 10091] (the "**Certificate of Service**"). As further described in the Certificate of Service, on January 29, 2021, each holder of a claim listed on Exhibit 1 to the Omnibus Objections received a notice customized to include (i) the claim number, debtor, claim amount and priority, and the basis for Reorganized Debtors' objection with respect to the applicable claim to be disallowed and/or expunged or allowed in a reduced amount,

and, if applicable (ii) the claim number, claim amount and priority of the surviving claim for each counterparty.

The deadline to file responses or oppositions to the Omnibus Objections has passed. The Reorganized Debtors have received the following formal and informal responses:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Fifty-Seventh Omnibus Objection** | | | |
| Informal | Southern Counties Oil Co., a Calif. LP | 1325 | The Fifty-Seventh Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | Fair Harbor Capital LLC as Assignee of Career Institute Inc | 8167 | The Fifty-Seventh Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Fifty-Eighth Omnibus Objection** | | | |
| Informal | California Department of Tax and Fee Administration | 3287 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to March 10, 2021. If the objection cannot be resolved, it will be continued to March 24, 2021. |
| **Fifty-Ninth Omnibus Objection** | | | |
| Informal | Bradcon, LLC dba Bradley Concrete | 74876 | Claimant has reported to the Reorganized Debtors that it is withdrawing its Claim. |

## **DECLARATION OF NO OPPOSITION RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no responses have been filed with respect to the Omnibus Objections except as described herein.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Reorganized Debtors hereby request entry of Orders (1) disallowing and expunging the Proofs of Claims listed in the column headed "Claim/Schedule To Be Disallowed and

Expunged" in **Exhibit 1** to this Request and (2) allowing in the specified "Reduced Claim Amount" the Claims listed in **Exhibit 1** to this Request, which listed Claims are identical to those listed in Exhibit 1 to the Omnibus Objections, except as otherwise discussed above.

Dated: March 2, 2021

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
       Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*