**Fifty-Seventh Omnibus Objection**

# Exhibit 1

**In re: PG&E Corporation and Pacific Gas and Electric Company**
**Case No 19-30088 Jointly Administered**

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 3D Forensic, Inc. One Market Street (Spear Tower) #3600 San Francisco, CA 94105 | 3814 | PG&E Corporation | 7/23/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $14,456.25 | $14,456.25 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Accruent, LLC Dept 3636 PO Box 123636 Dallas, TX 75312-3636 | 56583 | PG&E Corporation | 10/16/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $9,785.87 | $9,785.87 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Airstream Attn: Collections 14221 Golf Course Dr, Ste 100 Baxter, MN 56425 | 4160 | PG&E Corporation | 7/26/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $36.98 | $36.98 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ARCTIC GLACIER USA INC 1654 MARTHALER LN WEST ST PAUL, MN 55118 | 63791 | Pacific Gas and Electric Company | 10/17/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $164.43 | $164.43 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CR&I LLC 2143 RESEARCH FOREST DR THE WOODLANDS, TX 77380 | 1032970 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $79,409.18 | $79,409.18 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Dell Marketing L.P. Dell, Inc. One Dell Way, RR1, MS 52 Round Rock, TX 78682 | 2020 | Pacific Gas and Electric Company | 3/29/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $70,809.73 | $70,809.73 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $825.73 | $825.73 | |
| FIREBLAST GLOBAL 565 MONICA CIRCLE CORONA, CA 92880 | 6455 | Pacific Gas and Electric Company | 8/13/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $436.31 | $436.31 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Honda of Illinois 2200 Prairie Crossing Springfield, IL 62711 | 106501 | PG&E Corporation | 9/22/2020 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $399.53 | $399.53 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Case: 19-30088    Doc# 10317-1    Filed: 03/02/21    Entered: 03/02/21 09:48:39    Page 1 of 10

# Exhibit 1

**In re: PG&E Corporation and Pacific Gas and Electric Company**
**Case No 19-30088 Jointly Administered**

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1001 | KBTF Television c/o Szabo Associates, Inc. 3355 Lenox Road NE, Suite 945 Atlanta, GA 30326 | PG&E Corporation | 2/19/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $1,530.00 | $1,530.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 105602 | Mission Constructors, Inc. Attn: Isabelle Concio San Francisco, CA 94124 | Pacific Gas and Electric Company | 5/27/2020 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $201,775.35 | $0.00 | $0.00 | $201,775.35 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $196,799.75 | $196,799.75 | |
| 63851 | North Kern Water Storage District Young Wooldrige, LLP Attn: Brett A. Stud 1800 30th Street Fourth Floor Bakersfield, CA 93301 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $5,500.00 | $5,500.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 9135 | RFI Enterprises, Inc. dba RFI Communications and Security Systems RFI Enterprises, Inc. 360 Turtle Creek Ct San Jose, CA 95125 | PG&E Corporation | 9/16/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $145.94 | $145.94 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 30803 | Staples & Associates, Inc C/O Nathan Baer N28W23050 Roundy Dr. Ste 100 Pewaukee, WI 53072 | Pacific Gas and Electric Company | 10/15/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 4402 | Tech-24 441 E Washington St Greenville, SC 29601-2927 | PG&E Corporation | 8/1/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $297.92 | $297.92 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 3718 | TRAK CONSTRUCTION 1310 MURCHISON DR MILLBRAE, CA 94030 | PG&E Corporation | 7/23/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

**Fifty-Seventh Omnibus Objection**

**Exhibit 1**

**In re: PG&E Corporation and Pacific Gas and Electric Company**

**Case No 19-30088 Jointly Administered**

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| WAUKESHA-PEARCE INDUSTRIES, INC P.O. BOX 35068 HOUSTON, TX 77235-5068 | 2353 | PG&E Corporation | 4/15/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $60,121.91 | $60,121.91 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | **Count:16** | | | **Asserted Total** | $0.00 | $201,775.35 | $0.00 | $2,243,294.05 | $2,445,069.40 | |
| | | | | **Remaining Total** | $0.00 | $0.00 | $0.00 | $197,625.48 | $197,625.48 | |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ahern Missouri PO Box 66881 MC 310 Bankruptcy Saint Louis, MO 63166-6881 | | 4130 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $3,150.00 | $3,150.00 | Other Satisfied |
| BAKEWELL, RICHARD D LAW OFFICES OF RICHARD D BAKEWELL 1480 MORAGA RD STE C-383 MORAGA, CA 94556 | | 8398 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $2,631.75 | $2,631.75 | Other Satisfied |
| Bradford Capital Holdings, LP as Transferee of Gettler-Ryan, Inc c/o Bradford Capital Management, LLC Clifton, NJ 07012 | Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353 Clifton, NJ 7012 100% | 3520 | PG&E Corporation | 7/2/2019 | $0.00 | $50,177.00 | $0.00 | $0.00 | $50,177.00 | Other Satisfied |
| City of San Pablo Attn: Sarah Maroof, Legal Asst. City Hall, Building 2 13831 San Pablo Avenue San Pablo, CA 94806 | | 80900 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |
| City of San Pablo Attn: Sarah Maroof, Legal Asst. City Hall, Building 2 13831 San Pablo Avenue San Pablo, CA 94806 | | 80735 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $190,245.00 | $0.00 | $190,245.00 | Tax Claims |
| COPPER CONTROLS INC 660 BERCUT DR SACRAMENTO, CA 95811 | | 3999 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $1,547.00 | $1,547.00 | Other Satisfied |
| County of Tehama County Counsel 727 Oak Street Red Bluff, CA 96080 | | 10742 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fair Harbor Capital, LLC as Transferee of Intech Mechanical Company LLC<br>Attn: Fredric Glass<br>New York, NY 10023 | Fair Harbor Capital, LLC<br>Attn: Fredric Glass Ansonia Finance Station PO Box 237037<br>New York, NY 10023<br>100% | 10205 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $4,203.08 | $4,203.08 | Other Satisfied |
| Instrument and Valve Services Company<br>10400 Norman Center Dr Suite 1230<br>Bloomington, MN 55437 | | 10037 | Pacific Gas and Electric Company | 9/26/2019 | $0.00 | $0.00 | $0.00 | $2,025.63 | $2,025.63 | Other Satisfied |
| Integrated Pain Management Medical Group Inc<br>PO Box 398584<br>San Fransciso, CA 94139-8584 | | 7085 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $135,778.32 | $135,778.32 | Other Satisfied |
| Integrated Pain Management Medical Group Inc<br>PO Box 398584<br>San Fransciso, CA 94139-8584 | | 4197 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $135,778.32 | $135,778.32 | Other Satisfied |
| Person, LCSW Private Practice<br>PO Box 3722<br>Clovis, CA 93613 | | 2079 | PG&E Corporation | 4/4/2019 | $0.00 | $0.00 | $763.10 | $0.00 | $763.10 | Other Satisfied |
| Johnson, James Gordon<br>6752 Serenity Way<br>San Jose, CA 95120 | | 53827 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $14,263.00 | $14,263.00 | Engineering Advances and Other Refunds |
| C Coleman MBA Treasurer Tax Collector El Dorado County<br>360 Fair Lane<br>Placerville, CA 95667 | | 6326 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $3,411,003.82 | $0.00 | $3,411,003.82 | Tax Claims |
| PAO, RICHARD Y<br>1300 MT DIABLO BLVD #202<br>WALNUT CREEK, CA 94596 | | 4148 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $148.56 | $148.56 | Other Satisfied |

Case: 19-30088   Doc# 10317-1   Filed: 03/02/21   Entered: 03/02/21 09:48:39   Page 5 of 10

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mariposa County c/o McCully PO Box 247 Mariposa, CA 95338 | | 1958 | PG&E Corporation | 3/29/2019 | $885,941.00 | $0.00 | $30,318.00 | $0.00 | $916,259.00 | Tax Claims |
| Monterey Reg Water Pollution Ctrl Auth 5 Harris Court, Bldg D DEL REY OAKS, CA 93940 | | 6598 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,080.61 | $2,080.61 | Other Satisfied |
| NAKAMOTO CHOU LLP 1112 EAST WARNER AVE SANTA ANA, CA 92705 | | 4314 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $278.50 | $278.50 | Other Satisfied |
| Nakamoto Chou, LLP 1112 E. Warner Avenue Santa Ana, CA 92705 | | 4242 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $2,220.90 | $2,220.90 | Other Satisfied |
| Pacific Institute 13th Street Oakland, CA 94612 | | 114 | Pacific Gas and Electric Company | 2/7/2019 | $0.00 | $0.00 | $0.00 | $47,031.26 | $47,031.26 | Other Satisfied |
| PEST MANAGEMENT TECHNOLOGY INC 9247 CLOUGH CANYON RD REDDING, CA 96003 | | 17178 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $1,459.70 | $1,459.70 | Other Satisfied |
| Public Service Company of New Mexico 414 Silver Ave SW MS-0525 Albuquerque, NM 87156 | | 16845 | PG&E Corporation | 10/3/2019 | $0.00 | $0.00 | $0.00 | $1,318,790.26 | $1,318,790.26 | Other Satisfied |
| Recovery Resources Inc PO Box 1347 Alameda, CA 94501-0145 | | 70549 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $191,938.96 | $0.00 | $191,938.96 | Other Satisfied |
| Recovery Resources Inc PO BOX 1347 Alameda , CA 94501-0145 | | 71529 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $7,249.69 | $0.00 | $7,249.69 | Other Satisfied |

Case: 19-30088    Doc# 10317-1    Filed: 03/02/21    Entered: 03/02/21 09:48:39    Page 6 of 10

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Recovery Resources Inc PO Box 1347 Alameda, CA 94501 | | 76977 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $43,271.44 | $0.00 | $43,271.44 | Other Satisfied |
| Recovery Resources Inc PO Box 1347 Alameda, CA 94501-0145 | | 77288 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $1,967.30 | $0.00 | $1,967.30 | Other Satisfied |
| Recovery Resources Inc PO Box 1347 Alameda, CA 94501-0145 | | 79753 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $716.20 | $0.00 | $716.20 | Other Satisfied |
| RECOVERY RESOURCES INC PO Box 1347 ALAMEDA, CA 94501 | | 79761 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $28,000.00 | $100.00 | $28,100.00 | Other Satisfied |
| Recovery Resources Inc PO Box 1347 Alameda, CA 94501-0145 | | 79788 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $8,459.82 | $0.00 | $8,459.82 | Other Satisfied |
| RECOVERY RESOURCES INC PO Box 1347 ALAMEDA, CA 94501 | | 79837 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $1,745,414.08 | $0.00 | $1,745,414.08 | Other Satisfied |
| Recovery Resources Inc PO Box 1347 Alameda, CA 94501-0145 | | 79988 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $15,804.93 | $0.00 | $15,804.93 | Other Satisfied |
| RICKA OBOYLE LOMBARDO & MCKENNA 220 W LAUREL DR SALINAS, CA 93906 | | 7571 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Other Satisfied |
| SRW Technologies, Inc James Wierowski 23 Scarborough Pk Rochester, NY 14625 | | 97944 | Pacific Gas and Electric Company | 3/19/2020 | $0.00 | $0.00 | $0.00 | $2,617.50 | $2,617.50 | Other Satisfied |

**Fifty-Eighth Omnibus Objection**

**Exhibit 1**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No 19-30088 Jointly Administered**

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Shasta County Tax Collector PO Box 99-1830 Redding, CA 96099-1830 | | 7662 | PG&E Corporation | 8/19/2019 | $461.54 | $0.00 | $0.00 | $0.00 | $461.54 | Tax Claims |
| SPITULSKI, BRYAN DBA B 102 3900 PELANDALE AVE STE 420 MODESTO, CA 95356-9104 | | 9628 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $1,980.00 | $1,980.00 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count:35** | | | **$886,402.54** | **$50,177.00** | **$5,675,152.34** | **$1,677,884.39** | **$8,289,616.27** | |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Builder Appliance dba Monark of California Monark Premium Appliance Attn: Credit Manager 9025 S. Kyrene Rd Tempe, AZ 85284 | | 60412 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $813,151.59 | $813,151.59 | No Liability Subcontractor Claims |
| Loyalty Inc. 100 Montgomery St., Ste 600 San Francisco, CA 94104 | | 67047 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $59,274.76 | $59,274.76 | No Liability Subcontractor Claims |
| Gansoulin, Selwyn C 451 Ross Way Sacramento, CA 95864-5727 | | 106612 | PG&E Corporation | 10/22/2020 | $0.00 | $0.00 | $0.00 | $10,430.00 | $10,430.00 | Equity Interest Claims |
| Gansoulin, Selwyn C 451 Ross Way Sacramento, CA 95864-5727 | | 106611 | PG&E Corporation | 10/22/2020 | $0.00 | $0.00 | $0.00 | $10,430.00 | $10,430.00 | Equity Interest Claims |
| IRS Gov's Agent Aileen S. Miser PO Box 3178 325 Merganser Dr Suisun City, CA 94585 | | 106745 | PG&E Corporation | 11/23/2020 | $0.00 | $0.00 | $0.00 | $14,850,000.00 | $14,850,000.00 | Untimely No Liability Claims |
| Northern California Power Agency Rutin Jones Inc. c/o Mark Gorton 555 Capitol Mall, Fifteenth Floor Sacramento, CA 95814 | | 65221 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Northern California Power Agency Rutin Jones Inc. c/o Mark Gorton 555 Capitol Mall, Fifteenth Floor Sacramento, CA 95814 | | 64639 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $7,300,000.00 | $7,300,000.00 | Protective Claims |

Case: 19-30088 Doc# 10317-1 Filed: 03/02/21 Entered: 03/02/21 09:48:39 Page 9 of 10

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Northern California Power Agency Austin Jones Inc. c/o Mark Morton 555 Capitol Mall, Fifteenth Floor Sacramento, CA 95814 | | 64414 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $6,000,000.00 | $6,000,000.00 | Protective Claims |
| Northern California Power Agency Austin Jones Inc. c/o Mark Morton 555 Capitol Mall, Fifteenth Floor Sacramento, CA 95814 | | 64392 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Resto, Maria 116 East Jonathan Street Allentown, PA 18109 | | 106492 | PG&E Corporation | 9/18/2020 | $0.00 | $0.00 | $0.00 | $5,385.09 | $5,385.09 | Equity Interest Claims |
| Sonoma Clean Power Authority, a California joint powers authority Angel Law, P.C. c/o G. Larry Engel 12116 Horseshoe Lane Nevada City, CA 95959 | | 65456 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| STADTNER CO INC Gregory S. Gerson, Esq. 777 Cuesta Drive, Ste. 200 Mountain View, CA 94040 | | 56883 | PG&E Corporation | 10/16/2019 | $165,826.90 | $0.00 | $0.00 | $56,523.54 | $222,350.44 | No Liability Subcontractor Claims |
| WILLIAM KREYSLER & ASSOCIATES, INC. 501 Green Island Road American Canyon, CA 94503 | | 5150 | Pacific Gas and Electric Company | 8/1/2019 | $74,280.00 | $0.00 | $0.00 | $0.00 | $74,280.00 | No Liability Subcontractor Claims |
| **Count:13** | | | | | **$240,106.90** | **$0.00** | **$0.00** | **$29,105,194.98** | **$29,345,301.88** | |

**Claims To Be Expunged Totals**