| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Theodore E. Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER & BENVENUTTI LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700<br><br>*Attorneys for Debtors and Reorganized Debtors* | BROWN RUDNICK LLP<br>Joel S. Milibrand (#077438)<br>(jmilibrand@brownrudnick.com)<br>2211 Michelson Drive<br>Seventh Floor<br>Irvine, CA 92612<br>Tel: 949 725 7100<br>Fax: 949 2521514<br><br>David J. Molton (#262075)<br>(dmolton@brownrudnick.com)<br>Seven Times Square<br>New York, NY 10036<br>Tel: 212 209 4800<br>Fax: 212 209 4801<br><br>*Attorneys to the Hon. John K. Trotter (Ret.) Retained Trustee of PG&E Fire Victim Trust under Order of the U.S. Bankruptcy Court (N.D. Cal.) Case 19-30088 [Docket No. 6760]* |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br><br>– and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION REGARDING CLAIMS ADMINISTRATOR'S REQUEST FOR PG&E CONFIDENTIAL CUSTOMER INFORMATION** |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors, (collectively, "PG&E" or the "Debtors" or "Reorganized Debtors") and the Hon. John K. Trotter (Ret.) Retained Trustee of the PG&E Fire Victim Trust under Order of the U.S. Bankruptcy Court (N.D. Cal.) in the above captioned case [Docket No. 6760] (the "Fire Victim Trustee") hereby submit this Stipulation regarding the Claims Administrator's Request for PG&E Confidential Customer Information in the claims administration process (the "Stipulation"). A proposed order approving the Joint Stipulation is attached hereto as **Exhibit A**. PG&E and the Fire Victim Trustee hereby stipulate and agree as follows:

## RECITALS

WHEREAS, the Court entered a Confidentiality and Protective Order in this proceeding on August 7, 2019 (Dkt. 3405), which the Court modified on August 4, 2020 (Dkt. 8662) (the "Protective Order");

WHEREAS, on June 20, 2020, the Court entered an Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (Dkt. 8053), which provided for the creation of a Fire Victim Trust to administer, process, settle, resolve, liquidate, satisfy, and pay all Fire Victim Claims (§ 6.7(a));

WHEREAS, the goal of the Fire Victim Trust is to provide an efficient process to fairly compensate the holders of timely filed Fire Victim Claims (respectively, "Claimants" and "Claims") in an equitable manner consistent with the principles set forth in the Claim Resolution Procedures and the terms of the Trust Documents, the Plan, the Confirmation Order and California and federal law (Fire Victim Trust Agreement, Dkt. 8507, Exhibit A at 50);

WHEREAS, PG&E possesses for its customers, including a number of individuals who have submitted Claims to the Fire Victim Trust, certain customer-specific billing, financial and other identifying information that is confidential, private or otherwise protected, including personally identifiable information as defined in Section 8380 of the California Public Utilities Code, Section 1798.80 et seq. of the California Civil Code, and electric and gas rules of Pacific Gas and Electric Company, including Electric Rule 9.N and Gas Rule 27 ("Confidential Customer Information");

WHEREAS, in the course of reviewing Claims submitted to the Fire Victim Trust by customers of PG&E, the Fire Victim Trustee and the Claims Administrator have asked PG&E to produce certain Confidential Customer Information, including but not limited to, PG&E records of customer names and addresses associated with Claimants' accounts at the time of claimed injuries, in order to assist the Claimants to establish and verify proof of residence, which is a necessary precondition for payment, and to assist the Claims Administrator in verifying information in submitted Claims;

WHEREAS, to achieve maximum fairness and efficiency, the Court entered an order approving certain Fire Victim Claims Resolution Procedures, which provide that the Claims Administrator may institute claim auditing procedures and other procedures to substantiate, verify and distinguish legitimate claims (*Id.* at 50, 64);

WHEREAS, PG&E is willing to aid the Fire Victim Trustee and the Claims Administrator in this process, but has informed them that, in the absence of individualized customer consent, PG&E cannot disclose certain Confidential Customer Information to the Fire Victim Trustee or the Claims Administrator unless ordered to do so by the Court;

**STIPULATION**

NOW, THEREFORE, the Fire Victim Trustee and PG&E have stipulated and agreed:

1. The recitals set forth above are hereby incorporated by reference as though fully set forth herein.

2. In order to efficiently and fairly compensate Claimants, and to assist in claims verification, the Fire Victims Trustee and the Claims Administrator have a compelling need that cannot reasonably be accommodated by means other than for PG&E to disclose the Confidential Customer Information to the Fire Victims Trustee and the Claims Administrator.

3. Upon order of the Court approving this Stipulation, PG&E shall provide or produce Confidential Customer Information to the Fire Victim Trustee or the Claims Administrator to the extent reasonably requested by the Fire Victim Trustee or the Claims Administrator in connection with Claims submitted to the Fire Victim Trust.

///

///

4. All information provided to the Fire Victim Trust Claims Administrator pursuant to this Stipulation and Order shall be treated as Confidential Information under the terms of the Protective Order.

Dated: March 1, 2021

ACKNOWLEDGED AND AGREED:

        CRAVATH, SWAINE & MOORE LLP
        WEIL, GOTSHAL & MANGES LLP
        KELLER BENVENUTTI KIM LLP

        */s/ Kevin J. Orsini*
        Kevin J. Orsini

        *Attorneys for the Debtors and Reorganized Debtors*

        BROWN RUDNICK LLP

        */s/ Joel S. Miliband*
        Joel S. Miliband

        *Attorneys to the Hon. John K. Trotter (Ret.) Retained Trustee of PG&E Fire Victim Trust Under Order of the U.S. Bankruptcy Court (N.D. Cal.) Case 19-30088 [Docket No. 6760]*

# EXHIBIT A

**[Proposed] Order – Approving Joint Stipulation**

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Theodore E. Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER & BENVENUTTI LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700<br><br>*Attorneys for Debtors and Reorganized Debtors* | BROWN RUDNICK LLP<br>Joel S. Milibrand (#077438)<br>(jmilibrand@brownrudnick.com)<br>2211 Michelson Drive<br>Seventh Floor<br>Irvine, CA 92612<br>Tel: 949 725 7100<br>Fax: 949 2521514<br><br>David J. Molton (#262075)<br>(dmolton@brownrudnick.com)<br>Seven Times Square<br>New York, NY 10036<br>Tel: 212 209 4800<br>Fax: 212 209 4801<br><br>*Attorneys to the Hon. John K. Trotter (Ret.) Retained Trustee of PG&E Fire Victim Trust under Order of the U.S. Bankruptcy Court (N.D. Cal.) Case 19-30088 [Docket No. 6760]* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br><br>– and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION REGARDING CLAIMS ADMINISTRATOR'S REQUEST FOR PG&E CONFIDENTIAL CUSTOMER INFORMATION (DOCKET NO. [●])** |

The Court, having considered the Stipulation Regarding the Claims Administrator's Request for PG&E Confidential Customer Information filed on March 1, 2021, (Docket No. [●]), (the "Joint Stipulation"), and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:[1]

1. The Joint Stipulation is hereby approved.

2. In order to efficiently and fairly compensate Claimants, and to assist the Claims Administrator in verifying information, the Fire Victims Trustee and the Claims Administrator have a compelling need that cannot reasonably be accommodated by means other than for PG&E to disclose the Confidential Customer Information to the Fire Victims Trustee and the Claims Administrator.

3. Upon order of the Court approving the Stipulation, PG&E shall provide or produce Confidential Customer Information to the Fire Victim Trustee and Claims Administrator to the extent reasonably requested by the Fire Victim Trustee or Claims Administrator in connection with Claims submitted to the Fire Victim Trust.

4. All information provided to the Fire Victim Trustee or Claims Administrator pursuant to this Stipulation and Order shall be treated as Confidential Information under the terms of the Protective Order.

**\*\*END OF ORDER\*\***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Joint Stipulation.

Case: 19-30088    Doc# 10318    Filed: 03/02/21    Entered: 03/02/21 10:06:10    Page 7 of 7