| | |
|---|---|
| 1 | Michael A. Isaacs, State Bar No. 99782 |
| 2 | RINCON LAW, LLP |
| 3 | 268 Bush Street, Suite 3335<br>San Francisco, CA 94104 |
| 4 | Telephone No.: 415-404-5252 |
| 5 | Facsimile No.: 415-680-1712<br>Email: misaacs@rinconlawllp.com |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of Michael A. Isaacs has changed. The new address is:

> Michael A. Isaacs
> RINCON LAW, LLP
> 268 Bush Street, Suite 3335, San Francisco, CA 94104
> Telephone No.: 415-404-5252
> Facsimile No.: 415-680-1712
> E-mail: misaacs@rinconlawllp.com

Please update your records accordingly.

Date: March 1, 2021                                        /s/Michael A. Isaacs
                                                                          Signature

# Select a Case

There was 1 matching person.

There were 16 matching cases.

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Isaacs, Michael A. (aty) (16 cases) | 09-51045 | San Jose Airport Hotel, LLC | 7 | 02/18/09 | N / A | N / A |
| | 09-51073 | Mobedshahi Hotel Group | 7 | 02/19/09 | N / A | N / A |
| | 11-31376 | Howrey LLP | 7 | 04/11/11 | N / A | N / A |
| | 12-33630 | James Jin Qing Li | 7 | 12/31/12 | N / A | N / A |
| | 13-30477 | Monica H. Hujazi | 7 | 03/01/13 | N / A | N / A |
| | 15-31330 | Luis A. Segura and Yolanda Segura | 11 | 10/28/15 | N / A | N / A |
| | 16-30654 | Diadexus, Inc. | 7 | 06/13/16 | N / A | N / A |
| | 16-31113 | Skully, Inc. | 7 | 10/14/16 | N / A | N / A |
| | 16-41399 | Darin Blake Cater | 13 | 05/20/16 | N / A | N / A |
| | 17-03079 | Hoskins v. Hujazi et al | *Lead BK:* 13-30477 Monica H. Hujazi | 11/22/17 | N / A | N / A |
| | 17-10828 | Floyd E. Squires, III and Betty J. Squires | 11 | 11/08/17 | N / A | N / A |
| | 17-30501 | Brugnara Properties VI | 7 | 05/22/17 | N / A | N / A |
| | 18-30014 | ART LLC | 7 | 01/05/18 | N / A | N / A |
| | 18-30016 | Artem Koshkalda | 7 | 01/05/18 | N / A | N / A |
| | 19-30088 | PG&E Corporation | 11 | 01/29/19 | N / A | N / A |
| | 19-31129 | GDL SFO, Inc. | 7 | 10/29/19 | N / A | N / A |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/26/2021 06:50:16 | | | |
| **PACER Login:** | m1ch43l1s44cs | **Client Code:** | 15799434-000001 |
| **Description:** | Search | **Search Criteria:** | LName: Isaacs FName: Michael Type: aty Open Cases: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Case: 19-30088    Doc# 10319    Filed: 03/02/21    Entered: 03/02/21 10:32:47    Page 2 of 2