David L. Neale (SBN 141225)
LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DLN@LNBYB.COM

Counsel for California Independent System Operator

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bankr. Case No. 19-30088-DM |
| PG&E CORPORATION | Chapter 11 |
| Debtor-in-Possession. | |
| | Bankr. Case No. 19-30089-DM |
| In re | Chapter 11 |
| PACIFIC GAS AND ELECTRIC COMPANY, | **REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS** |
| Debtor-in-Possession. | |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby requests to be removed from this Court's Courtesy Notification of Electronic Filing distribution and further wishes to cease receiving all notifications and/or documents filed in the two above-captioned cases:

**David L. Neale, Esq.**
**Levene, Neale, Bender, Yoo & Brill L.L.P.**
**10250 Constellation Blvd., Suite 1700**
**Los Angeles, CA 90067**
**Telephone: (310) 229-1234**
**Facsimile: (310) 229-1244**
**Email: DLN@LNBYB.COM**

1

1

2          This request is intended, without limitation, to constitute a request for removal

3    from all service lists, including but not limited to (1) CM/ECF notification in the case;

4    (2) court-designated services as set forth in the Bankruptcy Rules; and (3) the notices

5    and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

6    Dated: March 2, 2021                    Levene, Neale, Bender, Yoo & Brill L.L.P.

7

8                                        By:    /s/ David L.Neale
9                                               DAVID L. NEALE
                                                LEVENE, NEALE, BENDER,
10                                              YOO & BRILL L.L.P.
                                                Counsel for California Independent
11                                              System Operator

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                           2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 2, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On March 2, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 2, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 2, 2021, | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

**19-30088 Notice will be electronically mailed to:**

Elliot Adler on behalf of Creditor Mirna Trettevik
eadler@theadlerfirm.com, bzummer@theadlerfirm.com

Aaron L. Agenbroad on behalf of Interested Party GE Grid Solutions, LLC
alagenbroad@jonesday.com, saltamirano@jonesday.com

Gabrielle L. Albert on behalf of Defendant PG&E Corporation
galbert@kbkllp.com

Annadel A. Almendras on behalf of Interested Party California Department of Toxic Substances Control
annadel.almendras@doj.ca.gov

Destiny N. Almogue on behalf of Interested Party Atlantica Yield plc
Destiny.Almogue@skadden.com, wendy.lamanna@skadden.com

Monique D. Almy on behalf of Creditor Nexant Inc.
malmy@crowell.com

Dana M. Andreoli on behalf of Creditor Tanforan Industrial Park, LLC
dandreoli@steyerlaw.com, mterry@steyerlaw.com

Anne Andrews on behalf of Creditor Agajanian, Inc.
aa@andrewsthornton.com, aandrews@andrewsthornton.com

Philip Anker on behalf of Creditor Canyon Capital Advisors LLC
Philip.Anker@wilmerhale.com, whdocketing@wilmerhale.com

Richard L. Antognini on behalf of Requestor Richard Lawrence Antognini
rlalawyer@yahoo.com, hallonaegis@gmail.com

Tyson Arbuthnot on behalf of Interested Party ACCO Engineered Systems, Inc.
tarbuthnot@rjo.com, jyeung@rjo.com

Lauren T. Attard on behalf of Creditor Committee Official Committee of Tort Claimants
lattard@bakerlaw.com, agrosso@bakerlaw.com

Herb Baer
hbaer@primeclerk.com, ecf@primeclerk.com

Kathryn E. Barrett on behalf of Creditor TURN-The Utility Reform Network
keb@svlg.com, amt@svlg.com

Chris Bator on behalf of Creditor Committee Official Committee of Tort Claimants
cbator@bakerlaw.com, jmcguigan@bakerlaw.com

Ronald S. Beacher on behalf of Creditor SPCP Group, LLC
rbeacher@pryorcashman.com

Hagop T. Bedoyan on behalf of Creditor KINGS RIVER WATER ASSOCIATION
hbedoyan@kleinlaw.com, ecf@kleinlaw.com

Andrew David Behlmann on behalf of Interested Party Public Employees Retirement Association of New Mexico
abehlmann@lowenstein.com, elawler@lowenstein.com

4

| | |
|---|---|
| 1 | Tanya Behnam on behalf of Creditor Marble Ridge Master Fund LP |
| 2 | tbehnam@polsinelli.com, tanyabehnam@gmail.com |
| | James C. Behrens on behalf of Creditor Committee Official Committee Of Unsecured Creditors |
| 3 | jbehrens@milbank.com, mkoch@milbank.com |
| 4 | Jacob Taylor Beiswenger on behalf of Interested Party Department of Finance for the State of California |
| 5 | jbeiswenger@omm.com, llattin@omm.com |
| 6 | James T. Bentley on behalf of Creditor Centerbridge Partners, L.P. |
| | james.bentley@srz.com, Kelly.Knight@srz.com |
| 7 | Peter J. Benvenutti on behalf of 3rd Pty Defendant Pacific Gas and Electric Company |
| 8 | pbenvenutti@kbkllp.com |
| 9 | Robert Berens on behalf of Creditor XL Specialty Insurance Company |
| | rberens@smtdlaw.com, sr@smtdlaw.com |
| 10 | Ronald F. Berestka, Jr. on behalf of Creditor George Vlazakis |
| 11 | rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com |
| 12 | Heinz Binder on behalf of Creditor Almendariz Consulting, Inc. |
| | heinz@bindermalter.com |
| 13 | Jared D. Bissell on behalf of Creditor Osmose Utilities Services, Inc. |
| 14 | jared.bissell@troutman.com |
| 15 | Neil Jon Bloomfield on behalf of Creditor American Construction and Supply Inc. |
| | njbloomfield@njblaw.com, gklump@njblaw.com |
| 16 | Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF |
| 17 | jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov |
| 18 | Paige Boldt on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation |
| 19 | pboldt@wattsguerra.com, cwilson@wattsguerra.com |
| 20 | Jason Borg on behalf of Creditor Grant Smelser |
| | jborg@jasonborglaw.com |
| 21 | Mark Bostick on behalf of Other Prof. Michael G. Kasolas |
| 22 | mbostick@wendel.com, bankruptcy@wendel.com |
| 23 | James L. Bothwell on behalf of Creditor K. Hovnanian California Region, Inc., et al |
| | jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com |
| 24 | Peter R. Boutin on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility |
| 25 | peter.boutin@kyl.com, lara.joel@kyl.com |
| 26 | Erin N. Brady on behalf of Creditor Yurok Tribe |
| | enbrady@jonesday.com |
| 27 | Lee Brand on behalf of Debtor PG&E Corporation |
| 28 | lee.brand@pillsburylaw.com, docket@pillsburylaw.com |

5

1  Gregory A. Bray on behalf of Creditor Committee Official Committee Of Unsecured Creditors
   gbray@milbank.com
2
   Michael D. Breslauer on behalf of Creditor Righetti Ranch LP and Righetti NC, LLC
3  mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com

4  W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local
   Union 1245
5  molly.batiste-debose@lockelord.com

6  Chane Buck on behalf of stockholders PG&E Shareholders
   cbuck@jonesday.com
7
   Kathlene Burke on behalf of Interested Party Atlantica Yield plc
8  kathlene.burke@skadden.com, burke.kathlene@gmail.com

9  Elizabeth J. Cabraser on behalf of Creditor Lore Olds
   ecabraser@lchb.com, awolf@lchb.com
10
   Anthony P. Cali on behalf of Creditor Public Advocates Office at the California Public Utilities
11 Commission
   anthony.cali@stinson.com, lindsay.petrowski@stinson.com
12
   Peter C. Califano on behalf of Creditor CALAVERAS TELEPHONE COMPANY
13 pcalifano@cwclaw.com

14 Steven M. Campora on behalf of Creditor Chippewa Pest Control, Inc.
   scampora@dbbwc.com, nlechuga@dbbwc.com
15
   Leah E. Capritta on behalf of Defendant Tiger Natural Gas, Inc.
16 leah.capritta@hklaw.com, lori.labash@hklaw.com

17 Nicholas A. Carlin on behalf of Creditor Anthony Gantner
   nac@phillaw.com, rac@phillaw.com
18
   Katherine Rose Catanese on behalf of Interested Party CoreLogic Solutions, LLC
19 kcatanese@foley.com

20 Barry A. Chatz on behalf of Creditor SBA Steel II, LLC
   barry.chatz@saul.com, barry.chatz@gmail.com
21
   Karen J. Chedister on behalf of Creditor GER Hospitality, LLC
22 kchedister@h-jlaw.com

23 Christina Lin Chen on behalf of Creditor MRO Integrated Solutions, LLC
   christina.chen@morganlewis.com, christina.lin.chen@gmail.com
24
   Richard A. Chesley on behalf of Other Prof. FTI Consulting, Inc.
25 richard.chesley@dlapiper.com, bill.countryman@dlapiper.com

26 Kevin Chiu on behalf of Interested Party Centaurus Capital LP
   kevin.chiu@bakerbotts.com, rory.fontenla@bakerbotts.com
27
   Jacquelyn H. Choi on behalf of Creditor County of Santa Clara Department of Tax and
28 Collections
   jacquelyn.choi@rimonlaw.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com

Robert N.H. Christmas on behalf of Interested Party California Self-Insurers' Security Fund
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Jae Angela Chun on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the
North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
ajc@chun.law, teresa@tosdallaw.com

Gerard T. Cicero on behalf of Other Prof. John K. Trotter
GCicero@brownrudnick.com, NKhalatova@brownrudnick.com

Louis J. Cisz, III on behalf of Creditor E2 Consulting Engineers, Inc.
lcisz@nixonpeabody.com

Valerie E. Clemen on behalf of Creditor Glenn Gary Baker
mcarter@coombslaw.com

Alicia Clough on behalf of Interested Party California Power Exchange Corporation
aclough@loeb.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

John B. Coffman on behalf of Interested Party AARP
john@johncoffman.net

Kevin G. Collins on behalf of Interested Party Miller Pipeline, LLC
kevin.collins@btlaw.com

Brian S. Conlon on behalf of Plaintiff Anthony Gantner
bsc@phillaw.com, rac@phillaw.com

Charles Cording on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
ccording@willkie.com, mao@willkie.com

Manuel Corrales, Jr. on behalf of Creditor Barbara Zelmer
mannycorrales@yahoo.com, hcskanchy@hotmail.com

Anne Costin on behalf of Creditor Todd Hearn
anne@costinlawfirm.com

Donald H. Cram, III on behalf of Interested Party HDI Global Specialty SE
dhc@severson.com

Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured
Creditors of Pacific Gas and Electric Company
avcrawford@akingump.com, dkrasa-berstell@akingump.com

J. Russell Cunningham on behalf of Attorney J Russell Cunningham
rcunningham@dnlc.net, emehr@dnlc.net

Keith J. Cunningham on behalf of Interested Party California Department of Water Resources
kcunningham@pierceatwood.com, rkelley@pierceatwood.com

7

Keith J. Cunningham on behalf of Interested Party California Independent System Operator
rkelley@pierceatwood.com

James D. Curran on behalf of Creditor Liberty Mutual Insurance Company
jcurran@wolkincurran.com, dstorms@wolkincurran.com

Tambra Curtis on behalf of Creditor Sonoma County
tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org

Ashleigh A. Danker on behalf of Interested Party G4S Secure Integration LLC
ashleigh.danker@dinsmore.com

Stacy A. Dasaro on behalf of Creditor MML Investment Advisers, LLC
sdasaro@goodwinlaw.com

James M. Davis on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
jdavis@cglaw.com

Nicolas De Lancie on behalf of Interested Party SummerHill Homes, LLC
ndelancie@jmbm.com

Judith A. Descalso on behalf of Creditor CM Distributors, Inc.
jad_9193@ecf.courtdrive.com

Andrew G. Devore on behalf of Interested Party Elliott Management Corporation
andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Erin Elizabeth Dexter on behalf of Creditor Committee Official Committee Of Unsecured Creditors
edexter@milbank.com

Shounak S. Dharap on behalf of Creditor Enrique Guzman
ssd@arnslaw.com, mec@arnslaw.com

Kathryn S. Diemer on behalf of Defendant The Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwei.com

Kathryn S. Diemer on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwhitman.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Caroline R. Djang on behalf of Creditor City of Lafayette
caroline.djang@bbklaw.com, Laurie.Verstegen@bbklaw.com

Krystal Dong on behalf of Creditor Krystal Dong
ykdong@gmail.com

Jonathan R. Doolittle on behalf of Creditor BP Energy Company
jdoolittle@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Consolidated Edison Development, Inc.
jonathan.doolittle@pillsburylaw.com

Jennifer V. Doran on behalf of Creditor Telvent USA, LLC

8

jdoran@hinckleyallen.com

Dustin M. Dow on behalf of Creditor Committee Official Committee of Tort Claimants
ddow@bakerlaw.com, jmcguigan@bakerlaw.com

Jamie P. Dreher on behalf of Creditor A. Teichert & Son, Inc. d/b/a Teichert Aggregates
jdreher@downeybrand.com

Todd Dressel on behalf of Interested Party Dominion Energy, Inc.
tdressel@mcguirewoods.com, jtabisaura@mcguirewoods.com

Geoffrey B. Dryvynsyde on behalf of Creditor California Public Utilities Commision
gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov

Jeffrey Aaron Dubbin on behalf of Interested Party Public Employees Retirement Association of New Mexico
jdubbin@labaton.com, echan-lee@labaton.com

Matthew Ducharme on behalf of Interested Party Pacific Investment Management Company LLC
matthew.ducharme@hoganlovells.com, tracy.southwell@hoganlovells.com

Cecily Ann Dumas on behalf of Creditor Committee Official Committee of Tort Claimants
cdumas@bakerlaw.com, hhammonturano@bakerlaw.com

Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ddunne@milbank.com, jbrewster@milbank.com

Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured Creditors
cprice@milbank.com, jbrewster@milbank.com

Huonganh Annie Duong on behalf of Creditor A.J. Excavation Inc.
annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com

Luke N. Eaton on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
eatonl@pepperlaw.com, monugiac@pepperlaw.com

Kevin M. Eckhardt on behalf of Interested Party DTE Stockton, LLC
keckhardt@hunton.com, candonian@huntonak.com

Daniel G. Egan on behalf of Interested Party Elliott Management Corporation
daniel.egan@ropesgray.com, nova.alindogan@ropesgray.com

Joseph A. Eisenberg on behalf of Creditor The Act 1 Group, Inc.
JAE1900@yahoo.com

Michele Ellison on behalf of Creditor Camblin Steel Service, Inc.
mellison@gibbsgiden.com, lrochelle@gibbsgiden.com

David Emerzian on behalf of Creditor A.J. Excavation Inc.
Melany.Hertel@mccormickbarstow.com

G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority
larry@engeladvice.com

Krista M. Enns on behalf of Creditor ACRT, Inc.
kenns@beneschlaw.com

9

1  Scott Esbin on behalf of Creditor SPCP Group, LLC
   sesbin@esbinalter.com
2
   Joseph M. Esmont on behalf of Creditor Committee Official Committee of Tort Claimants
3  jesmont@bakerlaw.com

4  Michael P. Esser on behalf of Interested Party Calpine Corporation
   michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
5
   Richard W. Esterkin on behalf of Creditor ARG Contact LLC
6  richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

7  Michael S. Etkin on behalf of Interested Party Public Employees Retirement Association of New
   Mexico
8  metkin@lowenstein.com

9  Jacob M. Faircloth on behalf of Creditor Aztrack Construction Corporation
   jacob.faircloth@smolsonlaw.com

10 Brett D. Fallon on behalf of Creditor Quest Diagnostics Health & Wellness LLC
   bfallon@morrisjames.com, wweller@morrisjames.com
11
   Michael C. Fallon on behalf of Creditor Ahlborn Fence & Steel, Inc
12 manders@fallonlaw.net

13 Joana Fang on behalf of Creditor Fire Victims
   jf@kbklawyers.com, icd@kbklawyers.com
14
   Joseph Kyle Feist on behalf of Creditor Camp Fire Claimants
15 jfeistesq@gmail.com, info@norcallawgroup.net

16 David M. Feldman on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
   DFeldman@gibsondunn.com
17
   Matthew A. Feldman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
18 mfeldman@willkie.com

19 Jennifer Feldsher on behalf of Creditor The State of Oregon by and through the Oregon
   Investment Council on behalf of each of the Oregon Public Employees Retirement Fund,
20 Common School Fund, Oregon Short Term Fund and Industrial Accident Fu
   jennifer.feldsher@morganlewis.com, renee.robles@morganlewis.com

21 Mark E. Felger on behalf of Creditor Liberty Mutual Insurance Company
   mfelger@cozen.com
22
   James J. Ficenec on behalf of Creditor Exponent, Inc.
23 James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com

24 John D. Fiero on behalf of Creditor TRC Companies, Inc.
   jfiero@pszjlaw.com, ocarpio@pszjlaw.com
25
   Kimberly S. Fineman on behalf of Creditor Association of California Water Agencies Joint
26 Powers Insurance Authority
   kfineman@nutihart.com, admin@nutihart.com
27
   Stephen D. Finestone on behalf of Creditor Aggreko
28
                                    10

sfinestone@fhlawllp.com

Timothy M. Flaherty on behalf of Creditor Petro-Canada America Lubricants, Inc.
tflaherty@mpplaw.com

Daniel I. Forman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
dforman@willkie.com

Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc.
john.murphy@troutman.com

Jonathan Forstot on behalf of Intervenor Consolidated Edison Development, Inc.
jonathan.forstot@troutman.com, john.murphy@troutman.com

Matthew Hampton Foushee on behalf of Interested Party Hummingbird Energy Storage, LLC
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Carolyn Frederick on behalf of Interested Party The Mosaic Company
cfrederick@prklaw.com

Peter Friedman on behalf of Interested Party Department of Finance for the State of California
pfriedman@omm.com

Roger F. Friedman on behalf of Creditor ARB, Inc.
rfriedman@rutan.com, csolorzano@rutan.com

Xiyi Fu on behalf of Creditor Quanta Energy Services LLC
jackie.fu@lockelord.com, taylor.warren@lockelord.com

Lars H. Fuller on behalf of Creditor Committee Official Committee of Tort Claimants
lfuller@bakerlaw.com

Thomas M. Gaa on behalf of Creditor SALESFORCE.COM, INC.
tgaa@bbslaw.com

Larry W. Gabriel on behalf of Interested Party Itron, Inc.
nfields@bg.law

Gregg M. Galardi on behalf of Interested Party Elliott Management Corporation
gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

Richard L. Gallagher on behalf of Interested Party Elliott Management Corporation
richard.gallagher@ropesgray.com

Craig Solomon Ganz on behalf of Creditor Discovery Hydrovac
ganzc@ballardspahr.com, hartt@ballardspahr.com

Jeffrey K. Garfinkle on behalf of Creditor Henkels & McCoy, Inc.
jgarfinkle@buchalter.com

Oscar Garza on behalf of Other Prof. Centerview Partners LLC
ogarza@gibsondunn.com

Lisa S. Gast on behalf of Interested Party City of Santa Clara
lsg@dwgp.com, lmk@dwgp.com

Paul R. Gaus on behalf of Creditor Tim Messer Construction Inc.

11

1  paul.gaus@mccormickbarstow.com

2  Duane M. Geck on behalf of Interested Party HDI Global Specialty SE
   dmg@severson.com

3  Evelina Gentry on behalf of Creditor Transwestern Pipeline Company, LLC
   evelina.gentry@akerman.com, robdiwa@akerman.com

4
5  Janet D. Gertz on behalf of Creditor PaR Systems, LLC
   jgertz@btlaw.com, amattingly@btlaw.com

6  Christopher Gessner on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders
   of Pacific Gas and Electric Company
7  cgessner@akingump.com, NYMCO@akingump.com

8  R. Dale Ginter on behalf of Creditor Emmerson Investments, Inc.
   dginter@downeybrand.com

9  Jon T. Givens on behalf of Creditor Wildfire Class Claimants
10 givensjt@gmail.com, cwilson@wattsguerra.com

11 Barry S. Glaser on behalf of Creditor Sonoma County Treasurer & Tax Collector
   bglaser@lkfirm.com

12 Paul R. Glassman on behalf of Creditor Johnson Controls, Inc.
   pglassman@sycr.com
13

14 Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
   gglazer@pszjlaw.com

15 Gabrielle Glemann on behalf of Intervenor Capital Dynamics, Inc.
   gabrielle.glemann@stoel.com, rene.alvin@stoel.com
16

17 Jaime Godin on behalf of Plaintiff Allco Renewable Energy Limited
   Jtouchstone@fddcm.com

18 Matthew A. Gold on behalf of Creditor Argo Partners
   courts@argopartners.net
19

20 Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

21 Craig Goldblatt on behalf of Interested Party Canyon Capital Advisors LLC
   Craig.Goldblatt@wilmerhale.com, whdocketing@wilmerhale.com

22 Amy L. Goldman on behalf of Creditor RE Astoria LLC
   goldman@lbbslaw.com
23

24 Eric S. Goldstein on behalf of Interested Party Gartner, Inc.
   egoldstein@goodwin.com

25 Rhonda Stewart Goldstein on behalf of Creditor The Regents of the University of California
   Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
26

27 Richard H. Golubow on behalf of Creditor Hoffman Southwest Corp.
   rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com

28                                            12

1  Michael J. Gomez on behalf of Creditor Lyles Utility Construction, LLC
   mgomez@frandzel.com, dmoore@frandzel.com

2  Michael W. Goodin on behalf of Creditor XL Insurance America, Inc., etc.
   mgoodin@clausen.com, mgenova@clausen.com

3
   Eric R. Goodman on behalf of Creditor Committee Official Committee of Tort Claimants
4  egoodman@bakerlaw.com

5  Mark A. Gorton on behalf of Attorney Mark Gorton
   mgorton@boutininc.com, cdomingo@boutinjones.com
6
   Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority
7  mgorton@boutinjones.com, cdomingo@boutinjones.com

8  Michael I. Gottfried on behalf of Creditor Chico Rent-A-Fence
   MGottfried@elkinskalt.com, AAburto@elkinskalt.com
9
   Louis Gottlieb on behalf of Interested Party Public Employees Retirement Association of New
   Mexico
10 Lgottlieb@labaton.com, mpenrhyn@labaton.com

11 Eric A. Grasberger on behalf of Plaintiff JH Kelly, LLC
   eric.grasberger@stoel.com, docketclerk@stoel.com
12
   Debra I. Grassgreen on behalf of Creditor Debra Grassgreen
13 hphan@pszjlaw.com

14 Debra I. Grassgreen on behalf of Interested Party The Baupost Group, L.L.C.
   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
15
   Eric A. Gravink on behalf of Creditor Csaba Wendel Mester
16 eric@rhrc.net

17 Elizabeth A. Green on behalf of Creditor Committee Official Committee of Tort Claimants
   egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
18
   Tracy Green on behalf of Creditor Etta Bacharach Testamentary A & B Trusts
19 tgreen@wendel.com, bankruptcy@wendel.com

20 Mitchell B. Greenberg on behalf of Creditor Fire Victims
   mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
21
   Brian Gregory on behalf of Creditor Zackary Fernandez
22 b.gregory@veenfirm.com, EL.Team@Veenfirm.com

23 Susan Sieger Grimm on behalf of Other Prof. John K. Trotter
   SSieger-Grimm@brownrudnick.com, NKhalatova@brownrudnick.com
24
   Matthew W. Grimshaw on behalf of Creditor Certain Post-Petition Tort and Fire Claimants
25 matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com

   Stuart G. Gross on behalf of Creditor San Francisco Herring Association
26 sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

27 Carl L. Grumer on behalf of Other Prof. Carmel Financing, LLC
   cgrumer@manatt.com, mchung@manatt.com
28                                           13

| | |
|---|---|
| 1 | Elizabeth M. Guffy on behalf of Creditor Dashiell Corporation<br>eguffy@lockelord.com, autodocket@lockelord.com |
| 2 | |
| 3 | Lloyd C. Guintivano on behalf of Creditor County of Lake<br>anitag@co.lake.ca.us, lloydg@co.lake.ca.us |
| 4 | Cameron Gulden on behalf of U.S. Trustee Office of the U.S. Trustee / SF<br>cameron.m.gulden@usdoj.gov |
| 5 | |
| 6 | Mirco J. Haag on behalf of Creditor Bradley Tanks, Inc.<br>mhaag@buchalter.com, dcyrankowski@buchalter.com |
| 7 | Laurie Hager on behalf of Interested Party Wilson Construction Company<br>lhager@sussmanshank.com |
| 8 | J. Noah Hagey on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of |
| 9 | Pacific Gas and Electric Company<br>hagey@braunhagey.com, tong@braunhagey.com |
| 10 | Oren Buchanan Haker on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind |
| 11 | Power III LLC, and Shiloh I Wind Project LLC<br>oren.haker@stoel.com, rene.alvin@stoel.com |
| 12 | Kristopher M. Hansen on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative |
| 13 | Agent<br>dmohamed@stroock.com, mmagzamen@stroock.com |
| 14 | Adam C. Harris on behalf of Creditor Centerbridge Partners, L.P.<br>adam.harris@srz.com, james.bentley@srz.com |
| 15 | |
| 16 | Robert G. Harris on behalf of Creditor Almendariz Consulting, Inc.<br>rob@bindermalter.com |
| 17 | Christopher H. Hart on behalf of Interested Party Public Entities Impacted by the Wildfires<br>chart@nutihart.com, nwhite@nutihart.com |
| 18 | Bryan L. Hawkins on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind |
| 19 | Power III LLC, and Shiloh I Wind Project LLC<br>bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |
| 20 | Jennifer C. Hayes on behalf of Creditor Aggreko |
| 21 | jhayes@fhlawllp.com |
| 22 | Geoffrey A. Heaton on behalf of Creditor ArborMetrics Solutions, LLC<br>gheaton@duanemorris.com, dmicros@duanemorris.com |
| 23 | Michael C. Hefter on behalf of Interested Party Pacific Investment Management Company LLC |
| 24 | michael.hefter@hoganlovells.com, tracy.southwell@hoganlovells.com |
| 25 | Alaina R. Heine on behalf of Interested Party State Farm Mutual Automobile Insurance<br>Company |
| 26 | alaina.heine@dechert.com, brett.stone@dechert.com |
| 27 | Matthew Henderson on behalf of Defendant PG&E Corporation<br>matthew.henderson@msrlegal.com, karen.wigylus@msrlegal.com |
| 28 | |

14

1  Stephen E. Hessler, P.C. on behalf of Interested Party Federal Monitor
   jozette.chong@kirkland.com

2  Matthew Heyn on behalf of Creditor California Governor's Office of Emergency Services
   matthew.heyn@doj.ca.gov
3
   Sean T. Higgins on behalf of Creditor Agajanian, Inc.
4  aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

5  James P. Hill on behalf of Creditor Darlene Gay Hancock
   hill@sullivanhill.com, bkstaff@sullivanhill.com
6
   Morgan R. Hirst on behalf of stockholders PG&E Shareholders
7  mhirst@jonesday.com, mmelvin@jonesday.com

8  David S. Hoffman on behalf of Creditor Rhonda Weiss
   dshoffmanesq@aol.com
9
   Michael R. Hogue on behalf of Creditor Cardno, Inc.
10 hoguem@gtlaw.com, navarrom@gtlaw.com

11 David Holtzman on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
   david.holtzman@hklaw.com
12
   Alexandra S. Horwitz on behalf of Interested Party G4S Secure Integration LLC
13 allie.horwitz@dinsmore.com

14 Linda Tai Hoshide on behalf of Interested Party Farmers Entities
   noemi.santiago@wilsonelser.com
15
   Marsha Houston on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
16 mhouston@reedsmith.com, hvalencia@reedsmith.com

17 Shane Huang on behalf of Defendant Federal Energy Regulatory Commission
   shane.huang@usdoj.gov
18
   Brian D. Huben on behalf of Creditor Campos EPC, LLC
19 hubenb@ballardspahr.com

20 Kelly L. Huey on behalf of Creditor McGrath Electric, Inc.
   khuey@burkeandkesslerlaw.com
21
   Christopher Hughes on behalf of Creditor Panoramic Investments
22 chughes@nossaman.com

23 Jonathan Hughes on behalf of Interested Party AT&T Corp.
   jane.rustice@aporter.com
24
   Edward R. Huguenin on behalf of Creditor K. Hovnanian California Region, Inc., et al
   ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
25
   Michael A. Isaacs on behalf of Creditor Southwire Company, LLC
26 Michael.Isaacs@dentons.com, aworthing@rinconlawllp.com

27 Mark V. Isola on behalf of Creditor MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING
   misola@brotherssmithlaw.com

28                                        15

| | |
|---|---|
| 1 | J. Eric Ivester on behalf of Intervenor First Solar, Inc.<br>Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
| 2 | J. Eric Ivester on behalf of Interested Party Atlantica Yield plc<br>Andrea.Bates@skadden.com |
| 3 | |
| 4 | Kizzy L. Jarashow on behalf of Creditor MML Investment Advisers, LLC<br>KJarashow@goodwinlaw.com, AFraticelliLouallen@goodwinlaw.com |
| 5 | Ivan C. Jen on behalf of Interested Party Synergy Project Management, Inc.<br>ivan@icjenlaw.com |
| 6 | |
| 7 | Amanda Jereige on behalf of Interested Party City of San Jose, California<br>AJereige@winston.com, amanda-jereige-5954@ecf.pacerpro.com |
| 8 | Monique Jewett-Brewster on behalf of Interested Party The City of Oakland<br>mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| 9 | James O. Johnston on behalf of stockholders PG&E Shareholders<br>jjohnston@jonesday.com |
| 10 | |
| 11 | Chris Johnstone on behalf of Interested Party ICE NGX Canada Inc.<br>chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| 12 | Andrew Jones on behalf of Creditor Sencha Funding, LLC<br>andrew@ajoneslaw.com |
| 13 | |
| 14 | Gregory K. Jones on behalf of Creditor Elster American Meter Company, LLC<br>GJones@dykema.com, cacossano@dykema.com |
| 15 | John L. Jones, II on behalf of Creditor City of Arcata<br>JJones@chwlaw.us, JLJones2@outlook.com |
| 16 | |
| 17 | Robert A. Julian on behalf of Creditor Committee Official Committee of Tort Claimants<br>rjulian@bakerlaw.com, hhammonturano@bakerlaw.com |
| 18 | George H. Kalikman on behalf of Interested Party Compass Lexecon, LLC<br>sdavenport@schnader.com |
| 19 | |
| 20 | Roberto J. Kampfner on behalf of Interested Party San Diego Gas & Electric Company<br>rkampfner@whitecase.com, mco@whitecase.com |
| 21 | Bonnie E. Kane on behalf of Creditor Carenet Pregnancy Center of Paradise, Incorporated<br>bonnie@thekanelawfirm.com, skane@thekanelawfirm.com |
| 22 | Eve H. Karasik on behalf of Creditor Traffic Management, Inc.<br>ehk@lnbyb.com |
| 23 | |
| 24 | Michael G. Kasolas<br>trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com |
| 25 | Elyssa S. Kates on behalf of Creditor Committee Official Committee of Tort Claimants<br>ekates@bakerlaw.com |
| 26 | |
| 27 | Ori Katz on behalf of Creditor The Original Mowbray's Tree Service, Inc.<br>okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 28 | |

16

1   William M. Kaufman on behalf of Creditor Daleo Inc.
    wkaufman@smwb.com

2   Jane G. Kearl on behalf of Creditor Barnard Pipeline, Inc.
    jkearl@watttieder.com, jbenton@watttieder.com
3
    Tobias S. Keller on behalf of Debtor PG&E Corporation
4   tkeller@kbkllp.com

5   Tobias S. Keller on behalf of Defendant PG&E Corporation
    tkeller@kellerbenvenutti.com
6
    Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF
7   ustpregion17.oa.ecf@usdoj.gov

8   Matthew K. Kelsey on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
    mkelsey@gibsondunn.com

9   Gerald P. Kennedy on behalf of Creditor Agile Sourcing Partners, Inc.
    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com
10
    Erica L. Kerman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
11  ekerman@willkie.com

12  Samuel A. Khalil on behalf of Creditor Committee Official Committee Of Unsecured Creditors
    skhalil@milbank.com, jbrewster@milbank.com
13
    Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc., et al.
14  skidder@ktbslaw.com

15  Marc Kieselstein on behalf of Interested Party Federal Monitor
    carrie.oppenheim@kirkland.com
16
    Jane Kim on behalf of Debtor PG&E Corporation
17  jkim@kbkllp.com

18  Mary H. Kim on behalf of Interested Party State Farm Mutual Automobile Insurance Company
    Mary.Kim@dechert.com, brett.stone@dechert.com
19
    Susan E. Kirkgaard on behalf of Creditor Travelers Commercial Insurance Company
20  carlyn.jorgensen@bullivant.com

21  Kody D. L. Kleber on behalf of Creditor Committee Official Committee of Tort Claimants
    kkleber@bakerlaw.com, dmartinez@bakerlaw.com

22  Matthew Ryan Klinger on behalf of Creditor CitiGroup Financial Products Inc.
    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
23
    Bradley C. Knapp on behalf of Creditor International Brotherhood of Electrical Workers Local
24  Union 1245
    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
25
    Kelly V. Knight on behalf of Creditor Centerbridge Partners, L.P.
26  kelly.knight@srz.com

27  Lydia Vanessa Ko on behalf of Creditor Athanasia Vlazkis
    Lvko@stonelawoffice.com
28
                                          17

1  Thomas F. Koegel on behalf of Creditor AT&T Corp.
   tkoegel@crowell.com
2
   Katherine Kohn on behalf of Debtor PG&E Corporation
3  kkohn@groom.com, ashahinllari@groom.com

4  Andy S. Kong on behalf of Creditor Genesys Telecommunications Laboratories, Inc.
   kong.andy@arentfox.com, Yvonne.Li@arentfox.com
5
   Anna Kordas on behalf of stockholders PG&E Shareholders
6  akordas@jonesday.com, mmelvin@jonesday.com

7  Alan W. Kornberg on behalf of Creditor California Public Utilities Commision
   akornberg@paulweiss.com
8
   Bernard Kornberg on behalf of Interested Party Certain Interested Underwriters at Lloyds,
9  London subscribing to Apollo Liability Consortium 9984
   bjk@severson.com
10
    David I. Kornbluh on behalf of Creditor De Anza Tile Co., Inc.
11  dkombluh@venturahersey.com, jpatterson@venturahersey.com

12  Lauren Kramer on behalf of Creditor North American Fence & Railing, Inc.
    lkramer@rjo.com
13
    Jeffrey C. Krause on behalf of Creditor Topaz Solar Farms LLC
14  jkrause@gibsondunn.com

15  Thomas R. Kreller on behalf of Attorney Milbank LLP
    tkreller@milbank.com
16
    Lindsey E. Kress on behalf of Creditor California Insurance Guarantee Association
17  lkress@lockelord.com, autodocket@lockelord.com

18  Hannah C. Kreuser on behalf of Creditor Burnett & Sons Planing Mill and Lumber Co.
    hkreuser@porterlaw.com, ooberg@porterlaw.com
19
    Michael Thomas Krueger on behalf of Creditor ERM-West, Inc.
20  michael.krueger@ndlf.com, Havilyn.lee@ndlf.com

21  Marek P. Krzyzowski on behalf of Other Prof. John K. Trotter
    MKrzyzowski@brownrudnick.com, SCalderon@brownrudnick.com
22
    Robert T. Kugler on behalf of Creditor Public Advocates Office at the California Public Utilities
23  Commission
    robert.kugler@stinson.com
24
    Duane Kumagai on behalf of Creditor Mesa Associates, Inc.
25  dkumagai@maynardcooper.com, Mshabpareh@maynardcooper.com

26  Brendan M. Kunkle on behalf of Creditor Daniel Kosta, as Guardian Ad Litem for Minor Child
    M.K.
27  bkunkle@abbeylaw.com, lmeyer@abbeylaw.com

28  Alisa C. Lacey on behalf of Creditor Public Advocates Office at the California Public Utilities
    Commission

alisa.lacey@stinson.com, karen.graves@stinson.com

Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF
timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF
timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

Richard A. Lapping on behalf of Creditor GER Hospitality, LLC
rich@trodellalapping.com

Omeed Latifi on behalf of Creditor Mirna Trettevik
olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com

John E. Lattin on behalf of Creditor David Alonzo
jlattin@ostergar.com, cslovenec@ostergar.com

Paul J. Laurin on behalf of Interested Party Energy Systems Group, LLC
plaurin@btlaw.com, slmoore@btlaw.com

Michael Lauter on behalf of Creditor CitiGroup Financial Products Inc.
mlauter@sheppardmullin.com

Kenneth T. Law on behalf of Creditor METRICSTREAM, INC.
klaw@bbslaw.com

Francis J. Lawall on behalf of Interested Party HydroChemPSC
francis.lawall@troutman.com, susan.henry@troutman.com

Andrew Michael Leblanc on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ALeblanc@milbank.com

Erica Lee on behalf of Creditor California Department of Parks and Recreation
Erica.Lee@doj.ca.gov

Scott Lee on behalf of Creditor RE Astoria LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Paul J. Leeds on behalf of Creditor Garade LLC
leedsp@higgslaw.com

Edward J. Leen on behalf of Creditor Jefferies Leveraged Credit Products, LLC
eleen@mkbllp.com

Lisa Lenherr on behalf of Creditor Peninsula Corridor Joint Powers Board
llenherr@wendel.com, bankruptcy@wendel.com

Matthew A. Lesnick on behalf of Interested Party CH2M HILL Engineers, Inc.
matt@lesnickprince.com, jmack@lesnickprince.com

Bryn G. Letsch on behalf of Interested Party Everett Waining, Jr.
bletsch@braytonlaw.com

David B. Levant on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
david.levant@stoel.com, rene.alvin@stoel.com

19

Andrew H. Levin on behalf of Creditor Marin Clean Energy
alevin@wcghlaw.com

David Levine on behalf of Debtor PG&E Corporation
dnl@groom.com

Marc A. Levinson on behalf of Creditor CCP Credit Acquisition Holdings, L.L.C.
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Dara Levinson Silveira on behalf of Debtor PG&E Corporation
dsilveira@kbkllp.com, hrobertsdonnelly@kbkllp.com

Alexander James Demitro Lewicki on behalf of Defendant The Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwei.com

Alexander James Demitro Lewicki on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
alewicki@diemerwei.com

Lauren Lifland on behalf of Interested Party Comcast Cable Communications, LLC
lauren.lifland@wilmerhale.com, whdocketing@wilmerhale.com

William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund
jcaruso@nixonpeabody.com

William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund
wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com

Jonathan A. Loeb on behalf of Creditor Sabre Industries, Inc.
jon.loeb@bingham.com

Michael B. Lubic on behalf of Creditor CN Utility Consulting, Inc.
michael.lubic@klgates.com

John William Lucas on behalf of Interested Party The Baupost Group, L.L.C.
ocarpio@pszjlaw.com

Joseph R. Lucia on behalf of Creditor Fire Victims
PersonalInjuryGroup@RLSlawyers.com

Jane Luciano on behalf of Creditor Jane Luciano
jane-luciano@comcast.net

Kerri Lyman on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc.
klyman@irell.com, #-FirmPSDocketing@Steptoe.com

Carissa A. Lynch on behalf of Interested Party California Franchise Tax Board
Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov

John H. MacConaghy on behalf of Creditor Committee Official Committee of Tort Claimants
macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com

Iain A. Macdonald on behalf of Creditor Surf to Snow Environmental Resource Management, Inc.

1  ecf@macfern.com

2  Iain A. Macdonald on behalf of Interested Party Iain A. Macdonald
   iain@macfern.com, ecf@macfern.com

3  Malcolm A. Mackenzie on behalf of Creditor Glenn Gary Baker
   mmackenzie@coombslaw.com, vclemen@coombslaw.com

4
5  Tracy L. Mainguy on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE
   tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

6  Samuel R. Maizel on behalf of Creditor Southwire Company, LLC
   samuel.maizel@dentons.com, alicia.aguilar@dentons.com

7
8  Adam Malatesta on behalf of Interested Party Dynegy Marketing and Trade, LLC
   adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com

9  Katharine Malone on behalf of Intervenor Southern Power Company
   malonek@gtlaw.com

10 Liam K. Malone on behalf of Creditor Level-It Installations, Ltd.
11 malone@oles.com, shahin@oles.com

12 Michael W. Malter on behalf of Creditor ChargePoint, Inc.
   michael@bindermalter.com

13 Ankur Mandhania on behalf of Creditor BNP Paribas
   amandhania@mayerbrown.com
14
15 Craig Margulies on behalf of Creditor Aegion Corporation and its subsidiary entities: Corrpro
   Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc.
   cmargulies@margulies-law.com, lsalazar@margulies-law.com
16
17 Geoffrey E. Marr on behalf of Creditor Mirna Trettevik
   gemarr59@hotmail.com

18 Richard A. Marshack on behalf of Creditor SLF Fire Victim Claimants
   rmarshack@marshackhays.com, rmarshack@ecf.courtdrive.com
19
20 Catherine Martin on behalf of Creditor Simon Property Group
   cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com

21 Laila Masud on behalf of Creditor SLF Fire Victim Claimants
   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com

22 David P. Matthews on behalf of Creditor Fire Victims
23 jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

24 Patrick C. Maxcy on behalf of Interested Party Horace Mann Property & Casualty Insurance
   Company
   patrick.maxcy@snrdenton.com
25
26 Simon Richard Mayer on behalf of Creditor Lloyd's Register Quality Assurance, Inc.
   simon.mayer@lockelord.com, Rellis@lockelord.com

27 James J. Mazza, Jr. on behalf of Interested Party Atlantica Yield plc
   james.mazza@skadden.com, wendy.lamanna@skadden.com
28

21

1  Benjamin P. McCallen on behalf of Interested Party Ad Hoc Group of Subrogation Claim
   Holders
2  bmccallen@willkie.com

3  Thomas E. McCurnin on behalf of Interested Party City of Morgan Hill
   tmccurnin@bkolaw.com, kescano@bkolaw.com
4
   Hugh M. McDonald on behalf of Creditor Consolidated Edison Development, Inc.
5  john.murphy@troutman.com

6  Hugh M. McDonald on behalf of Intervenor Consolidated Edison Development, Inc.
   hugh.mcdonald@troutman.com, john.murphy@troutman.com
7
   C. Luckey McDowell on behalf of Interested Party Agua Caliente Solar, LLC
8  Luckey.McDowell@Shearman.com

9  Matthew D. McGill on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
   MMcGill@gibsondunn.com
10
   Melissa C. McLaughlin on behalf of Creditor Micro Focus Software LLC
11 mcmclaughlin@venable.com, ataylor@venable.com

12 Edward Joseph McNeilly on behalf of Interested Party Pacific Investment Management
   Company LLC
13 edward.mcneilly@hoganlovells.com, verbon.davenport@hoganlovells.com

14 Scott H. McNutt on behalf of Attorney Scott H McNutt
   SMcNutt@ml-sf.com, csnell@ml-sf.com
15
   Thomas Melone on behalf of Interested Party Allco Finance Limited & Subsidiaries
16 Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

17 Peter Meringolo on behalf of Creditor Mount Veeder Springs LLC
   peter@pmrklaw.com
18
   Frank A. Merola on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative
19 Agent
   lacalendar@stroock.com, mmagzamen@stroock.com
20
   Jennifer L. Mersing on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind
21 Power III LLC, and Shiloh I Wind Project LLC
   jennifer.mersing@stoel.com, lisa.petras@stoel.com
22
   Joshua M. Mester on behalf of stockholders PG&E Shareholders
23 jmester@jonesday.com

   Matthew D. Metzger on behalf of Creditor Dan Clarke
24 belvederelegalecf@gmail.com

25 Merle C. Meyers on behalf of Creditor E. R., a Minor
   mmeyers@mlg-pc.com
26
   Randy Michelson on behalf of Defendant Public Employees Retirement Association of New
27 Mexico
   randy.michelson@michelsonlawgroup.com
28
                                         22

Gerardo Mijares-Shafai on behalf of Interested Party AT&T Corp.
Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com

Joel S. Miliband on behalf of Other Prof. Cathy Yanni
jmiliband@brownrudnick.com

Joseph G. Minias on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com

M. David Minnick on behalf of Creditor BANK OF AMERICA N.A
dminnick@pillsburylaw.com, docket@pillsburylaw.com

Benjamin Mintz on behalf of Interested Party AT&T Corp.
benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com

Nancy Mitchell on behalf of Interested Party Department of Finance for the State of California
nmitchell@omm.com

Thomas C. Mitchell on behalf of Creditor EDF Renewables, Inc.
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

John A. Moe, II on behalf of Interested Party Capital Power Corporation
john.moe@dentons.com, glenda.spratt@dentons.com

Aaron J. Mohamed on behalf of Plaintiff Mark Elward
ajm@brereton.law, aaronmohamedlaw@gmail.com

Kevin Montee on behalf of Creditor Nearon Sunset, LLC
kmontee@monteeassociates.com

Christopher D. Moon on behalf of Interested Party C.A.M.C.
chris@moonlawapc.com, kevin@moonlawapc.com

David W. Moon on behalf of Creditor Mizuho Bank, Ltd.
lacalendar@stroock.com, mmagzamen@stroock.com

Diane Marger Moore on behalf of Creditor Majesti Mai Bagorio, etc.
dmargermoore@baumhedlundlaw.com

Erika L. Morabito on behalf of Creditor Michels Corporation
emorabito@foley.com, hsiagiandraughn@foley.com

Candace J. Morey on behalf of Creditor California Public Utilities Commision
cjm@cpuc.ca.gov

Courtney L. Morgan on behalf of Creditor Pension Benefit Guaranty Corporation
morgan.courtney@pbgc.gov

Richard Morin on behalf of Creditor Amanda Olsen
6863427420@filings.docketbird.com

Kimberly S. Morris on behalf of Creditor Committee Official Committee of Tort Claimants
kmorris@bakerlaw.com, hhammonturano@bakerlaw.com

Rodney Allen Morris on behalf of Creditor United States of America
Rodney.Morris2@usdoj.gov

23

Joshua D. Morse on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
Joshua.Morse@dlapiper.com, docket@pillsburylaw.com

Andrew H. Morton on behalf of Creditor Mustang Project Companies
andrew.morton@stoel.com, lisa.petras@stoel.com

Thomas G. Mouzes on behalf of Creditor Sonoma Clean Power Authority
tmouzes@boutinjones.com, cdomingo@boutininc.com

Peter S. Munoz on behalf of Creditor Lodi Gas Storage, L.L.P.
pmunoz@reedsmith.com, gsandoval@reedsmith.com

John Leland Murphree on behalf of Creditor Mesa Associates, Inc.
LMurphree@maynardcooper.com, mshabpareh@maynardcooper.com

Bennett J. Murphy on behalf of Creditor Canyon Capital Advisors LLC
bmurphy@bennettmurphylaw.com

Michael S. Myers on behalf of Creditor Discovery Hydrovac
myersms@ballardspahr.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbrb.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbyb.com

David Neier on behalf of Creditor CF Inspection Management, LLC
dneier@winston.com

Brittany J. Nelson on behalf of Creditor Michels Corporation
bnelson@foley.com, hsiagiandraughn@foley.com

Michael S. Neumeister on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
MNeumeister@gibsondunn.com

Howard S. Nevins on behalf of Creditor Eagle Ridge Preserve LLC
hnevins@hsmlaw.com

Samuel A. Newman on behalf of Creditor McKinsey & Company, Inc. U.S.
sam.newman@sidley.com, laefilingnotice@sidley.com

Melissa T. Ngo on behalf of Creditor Pension Benefit Guaranty Corporation
ngo.melissa@pbgc.gov, efile@pbgc.gov

Mario R. Nicholas on behalf of Plaintiff JH Kelly, LLC
mario.nicholas@stoel.com, ana.trask@stoel.com

Sean Nolan on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
snolan@akingump.com, NYMCO@akingump.com

Gregory C. Nuti on behalf of Creditor Butte County
gnuti@nutihart.com, nwhite@nutihart.com

Abigail O'Brient on behalf of Creditor Marin Clean Energy

24

aobrient@mintz.com, docketing@mintz.com

Alicia D. O'Neill on behalf of Creditor Wildfire Class Claimants
aoneill@wattsguerra.com, cwilson@wattsguerra.com

Julie E. Oelsner on behalf of Attorney c/o Julie E. Oelsner Intech Mechanical, Inc.
joelsner@weintraub.com, bjennings@weintraub.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Aron M. Oliner on behalf of Creditor ArborMetrics Solutions, LLC
roliner@duanemorris.com, dmicros@duanemorris.com

Matthew Jon Olson on behalf of Interested Party Wendy A. Nathan
matt@macfern.com, stell.laura@dorsey.com

Scott Olson on behalf of Creditor Interstate Fire & Casualty Company
solson@vedderprice.com, nortega@vedderprice.com

Steven M. Olson on behalf of Attorney Steven M. Olson
smo@smolsonlaw.com

Aram Ordubegian on behalf of Interested Party BOKF, NA
Ordubegian.Aram@ArentFox.com

Keith C. Owens on behalf of Creditor Microsoft Corporation
kowens@venable.com, bclark@venable.com;khoang@venable.com

Gabriel Ozel on behalf of Attorney Gabriel Ozel
gabeozel@gmail.com

Amy S. Park on behalf of Interested Party First Solar, Inc.
amy.park@skadden.com, alissa.turnipseed@skadden.com

Donna Taylor Parkinson on behalf of Creditor Outback Contractors, Inc.
donna@parkinsonphinney.com

Peter S. Partee, Sr. on behalf of Creditor Potrero Hills Energy Producers, LLC
ppartee@huntonak.com, candonian@huntonak.com

Paul J. Pascuzzi on behalf of Creditor 35th District Agricultural Association
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Kenneth Pasquale on behalf of Creditor Mizuho Bank, Ltd.
mlaskowski@stroock.com

Larry Allan Peluso on behalf of Creditor Ad Hoc Counsel for Camp Fire Real Property Owners
pelusolaw@gmail.com, firm@pelusolaw.net

Valerie Bantner Peo on behalf of Creditor Bradley Tanks, Inc.
vbantnerpeo@buchalter.com

Yosef Peretz on behalf of Creditor Cara Feneis
skim@peretzlaw.com

Christian A. Pereyda on behalf of Creditor Mesa Associates, Inc.

25

CPereyda@maynardcooper.com, mshabpareh@maynardcooper.com

Thomas R. Phinney on behalf of Creditor Amador Water Agency
tom@parkinsonphinney.com

R. Alexander Pilmer on behalf of Interested Party Federal Monitor
alexander.pilmer@kirkland.com, keith.catuara@kirkland.com

M. Ryan Pinkston on behalf of Creditor Turner Construction Company
rpinkston@seyfarth.com, jmcdermott@seyfarth.com

Estela O. Pino on behalf of Creditor SLC Soda Canyon LLC
epino@epinolaw.com, rmahal@epinolaw.com

Gregory Plaskett on behalf of Creditor Murga, Strange & Chalmers, Inc.
GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM

Mark D. Plevin on behalf of Interested Party Renaissance Reinsurance Ltd.
mplevin@crowell.com

Steven G. Polard on behalf of Creditor Creative Ceilings, Inc.
spolard@eisnerlaw.com, calendar-lao@ropers.com

Mark D. Poniatowski on behalf of Creditor Holt of California
ponlaw@ponlaw.com

Cara M. Porter on behalf of Interested Party California Franchise Tax Board
Cara.Porter@doj.ca.gov, rachel.patu@doj.ca.gov

Christopher E. Prince on behalf of Interested Party CH2M HILL Engineers, Inc.
cprince@lesnickprince.com

Douglas B. Provencher on behalf of Interested Party Provencher & Flatt
dbp@provlaw.com

Stacey C. Quan on behalf of Creditor Tanforan Industrial Park, LLC
squan@steyerlaw.com, pspencer@steyerlaw.com

Amy C. Quartarolo on behalf of Intervenor Crockett Cogeneration
amy.quartarolo@lw.com

Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co.
lrappaport@proskauer.com, PHays@proskauer.com

Justin E. Rawlins on behalf of Creditor CF Inspection Management, LLC
justinrawlins@paulhastings.com

Hugh M. Ray, III on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc.
hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com

Paul F. Ready on behalf of Creditor Sarah Pazdan
smeyer@farmerandready.com

Caroline A. Reckler on behalf of Interested Party Dynegy Marketing and Trade, LLC
caroline.reckler@lw.com

26

1　David M. Reeder on behalf of Creditor City of American Canyon
　david@reederlaw.com, secretary@reederlaw.com
2
　Steven J. Reisman on behalf of Interested Party Lazard Freres & Co. LLC
3　sreisman@katten.com, nyc.bknotices@kattenlaw.com

4　Jeffrey M. Reisner on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and
　Davey Resource Group, Inc.
5　jreisner@irell.com, #-FirmPSDocketing@Steptoe.com

6　Jack A. Reitman on behalf of Plaintiff Chico Rent-A-Fence
　srichmond@lgbfirm.com
7
　Emily P. Rich on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE
8　erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

9　David J. Richardson on behalf of Creditor Committee Official Committee of Tort Claimants
　drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
10
　Christopher O. Rivas on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
11　crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

12　David B. Rivkin, Jr. on behalf of Creditor Committee Official Committee of Tort Claimants
　drivkin@bakerlaw.com, jmeeks@bakerlaw.com
13
　John R. Rizzardi on behalf of Interested Party Winding Creek Solar LLC
14　kcoselman@cairncross.com, tnguyen@cairncross.com

　Daniel Robertson on behalf of Creditor Pension Benefit Guaranty Corporation
15　robertson.daniel@pbgc.gov, efile@pbgc.gov

16　Michael Rogers on behalf of Creditor William Kreysler & Associates, Inc.
　mrogers@lambertrogers.com, jan@lambertrogers.com
17
　Jorian L. Rose on behalf of Creditor Committee Official Committee of Tort Claimants
18　jrose@bakerlaw.com

19　Laurence M. Rosen on behalf of Interested Party Vataj Plaintiffs and the Class
　lrosen@rosenlegal.com, zstanco@rosenlegal.com
20
　Paul M. Rosenblatt on behalf of Creditor Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast,
　Inc. and affiliates
21　prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com

22　David A. Rosenzweig on behalf of Creditor Adventist Health System/West and Feather River
　Hospital
23　david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com

24　Allan Robert Rosin on behalf of Creditor Contra Costa Electric, Inc.
　arrosin@alr-law.com
25
　Jay M. Ross on behalf of Interested Party The City of Oakland
26　jross@hopkinscarley.com, eamaro@hopkinscarley.com

27　Gregory A. Rougeau on behalf of Creditor Gregory Frase Enterprises, Inc. dba Kortick
　Manufacturing Company
28

grougeau@brlawsf.com

Stacy H. Rubin on behalf of Creditor Realty Income Corporation
rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com

Jason C. Rubinstein on behalf of Interested Party The Baupost Group, L.L.C.
jrubinstein@fklaw.com, mclerk@fklaw.com

Nathan Q. Rugg on behalf of Interested Party Adler Tank Rental and Mobile Modular
nathan.rugg@bfkn.com, jean.montgomery@bfkn.com

Thomas B. Rupp on behalf of 3rd Pty Defendant Pacific Gas and Electric Company
trupp@kbkllp.com

Eric E. Sagerman on behalf of Creditor Committee Official Committee of Tort Claimants
esagerman@bakerlaw.com

Robert Sahyan on behalf of Interested Party Columbus Hill Capital Management, L.P.
rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com

Gregory M. Salvato on behalf of Creditor International Church of the Foursquare Gospel
gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com

Jonathan C. Sanders on behalf of Creditor Smart Wires Inc.
jsanders@stblaw.com

Nanette D. Sanders on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
nanette@ringstadlaw.com, becky@ringstadlaw.com

Natalie Kathleen Sanders on behalf of Interested Party Black & Veatch Construction, Inc.
natalie.sanders@bakerbotts.com

Lovee Sarenas on behalf of Creditor RE Astoria LLC
Lovee.sarenas@lewisbrisbois.com

Sunny S. Sarkis on behalf of Counter-Defendant JH Kelly, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Patricia Savage on behalf of Creditor Ashley Duitsman
psavesq@gmail.com, jodi.savage@gmail.com

Sblend A. Sblendorio on behalf of Interested Party Wilson Construction Company
sas@hogefenton.com

Francis O. Scarpulla on behalf of Creditor Camp Fire Claimants
fos@scarpullalaw.com, cpc@scarpullalaw.com

Daren M Schlecter on behalf of Creditor Jesus Mendoza
daren@schlecterlaw.com, info@schlecterlaw.com

Bradley R. Schneider on behalf of Debtor PG&E Corporation
bradley.schneider@mto.com

Harvey S. Schochet on behalf of Creditor City of San Jose
Harveyschochet@dwt.com

28

1   Nathan A. Schultz on behalf of Creditor MassMutual Life Insurance Company
    nschultz@goodwinlaw.com, kjarashow@goodwinlaw.com

2   Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC
    lschweitzer@cgsh.com
3
    Eric J. Seiler on behalf of Interested Party The Baupost Group, L.L.C.
4   eseiler@fklaw.com, mclerk@fklaw.com

5   David B. Shemano on behalf of Interested Party East Bay Community Energy Authority
    dshemano@pwkllp.com
6
    James A. Shepherd on behalf of Creditor W. Bradley Electric, Inc.
7   shepIGN@gmail.com

8   Leonard M. Shulman on behalf of Interested Party Cushman & Wakefield, Inc.
    lshulman@shbllp.com
9
    Andrew I. Silfen on behalf of Interested Party BOKF, NA
10  andrew.silfen@arentfox.com

11  Wayne A. Silver on behalf of Creditor Lewis & Tibbitts, Inc.
    w_silver@sbcglobal.net, ws@waynesilverlaw.com
12
    Brandt Silver-Korn on behalf of Creditor Numerous Victims of the Camp Fire
13  bsilverkorn@edelson.com, docket@edelson.com

14  Craig S. Simon on behalf of Interested Party American Alternative Insurance Corporation
    csimon@bergerkahn.com, aketcher@bergerkahn.com

15  Gerald Singleton on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
    gerald@slffirm.com, BKECFCANB@SLFfirm.com
16
    Steven J. Skikos on behalf of Creditor Gilbert Matherly as Successor Trustee of the Siler Family
17  Trust
    sskikos@skikos.com, mmontoya@skikos.com
18
    Michael K. Slattery on behalf of Creditor Ad Hoc California Public Entites Committee
19  mslattery@lkfirm.com, rramirez@lkfirm.com

20  Dania Slim on behalf of Creditor BANK OF AMERICA N.A
    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
21
    Jennifer N. Slocum on behalf of Creditor Mustang Project Companies
22  jennifer.slocum@stoel.com, docketclerk@stoel.com

23  Aaron C. Smith on behalf of Creditor California Insurance Guarantee Association
    asmith@lockelord.com, autodocket@lockelord.com
24
    Alan D. Smith on behalf of Creditor Puget Sound Energy, Inc.
25  adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com

26  Jan D. Sokol on behalf of Creditor Liberty Mutual Insurance Company
    jdsokol@lawssl.com, dwright@lawssl.com

27  Daniel Solish on behalf of Creditor County of Stanislaus
    cocolaw@stancounty.com, solishd@stancounty.com
28                                                29

Randye B. Soref on behalf of Creditor Dignity Health and its Affiliates
rsoref@polsinelli.com

Joseph Sorkin on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
jsorkin@akingump.com, NYMCO@akingump.com

Bennett L. Spiegel on behalf of Creditor McKinsey & Company, Inc. U.S.
blspiegel@jonesday.com

Michael St. James on behalf of Interested Party Garcia and Associates
ecf@stjames-law.com

Diane C. Stanfield on behalf of Creditor Fulcrum Credit Partners LLC
diane.stanfield@alston.com, nelly.villaneda@alston.com

Howard J. Steinberg on behalf of Interested Party HercRentals
steinbergh@gtlaw.com, pearsallt@gtlaw.com

Harriet A. Steiner on behalf of Creditor Valley Clean Energy Alliance
harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com

Lillian G. Stenfeldt on behalf of Creditor Pivot Interiors, Inc.
lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com

Lillian G. Stenfeldt on behalf of Interested Party certain Retiree Claimants
lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com

Cheryl L. Stengel on behalf of Creditor US Air Conditioning Distributors
clstengel@outlook.com, stengelcheryl40@gmail.com

David M. Stern on behalf of Interested Party NextEra Energy Inc., et al.
dstern@ktbslaw.com

Geoffrey S. Stewart on behalf of stockholders PG&E Shareholders
gstewart@jonesday.com, mmelvin@jonesday.com

Alan J. Stone on behalf of Creditor Committee Official Committee Of Unsecured Creditors
AStone@milbank.com, DMcCracken@Milbank.com

Jason D. Strabo on behalf of Interested Party Individual Officers Anthony F. Earley, Jr., Geisha J. Williams, Nickolas Stavropoulos, Julie M. Kane, Christopher P. Johns, Patrick M. Hogan, David Thomason, and Dinyar Mistry
jstrabo@mwe.com, shill@mwe.com

Michael H. Strub on behalf of Interested Party BlueMountain Capital Management, LLC
mstrub@irell.com, mhstrub1@gmail.com

Rebecca Suarez on behalf of Intervenor KES Kingsburg, L.P.
rsuarez@crowell.com

Brad T. Summers on behalf of Creditor Pacific Mobile Structures, Inc.
docketing-pdx@lanepowell.com

Kristine Theodesia Takvoryan on behalf of Creditor SOLON
ktakvoryan@ckrlaw.com

30

Derrick Talerico on behalf of Creditor Western Electricity Coordinating Council
dtalerico@ztlegal.com, sfritz@ztlegal.com

Kesha Tanabe on behalf of Creditor Cedar Glade LP
kesha@tanabelaw.com

Mary Ellmann Tang on behalf of Creditor Cristina Mendoza
mtang@frenchlyontang.com, mwoodward@frenchlyontang.com

Elizabeth Lee Thompson on behalf of Interested Party The Okonite Company
ethompson@stites.com, docketclerk@stites.com

John C. Thornton on behalf of Creditor Agajanian, Inc.
jct@andrewsthornton.com, aandrews@andrewsthornton.com

Elisa Tolentino on behalf of Creditor City of San Jose
cao.main@sanjoseca.gov

Meagan S. Tom on behalf of Creditor International Brotherhood of Electrical Workers Local
Union 1245
Meagan.tom@lockelord.com, autodocket@lockelord.com

Edward J. Tredinnick on behalf of Creditor City and County of San Francisco
etredinnick@greeneradovsky.com

Matthew Jordan Troy on behalf of Creditor United States of America
matthew.troy@usdoj.gov

Rocky C. Tsai on behalf of Interested Party Elliott Management Corporation
rocky.tsai@ropesgray.com, matthew.haut@ropesgray.com

Michael Tye on behalf of Creditor United States of America
Michael.Tye@usdoj.gov

Gary D. Underdahl on behalf of Creditor Sunbelt Rentals, Inc.
gunderdahl@askllp.com, lmiskowiec@askllp.com

Andrew Van Ornum on behalf of Creditor Bradley Concrete
avanornum@vlmglaw.com, hchea@vlmglaw.com

Shmuel Vasser on behalf of Interested Party State Farm Mutual Automobile Insurance
Company
shmuel.vasser@dechert.com, brett.stone@dechert.com

Victor A. Vilaplana on behalf of Creditor Michels Corporation
vavilaplana@foley.com, rhurst@foley.com

Marta Villacorta on behalf of U.S. Trustee Office of the U.S. Trustee / SF
marta.villacorta@usdoj.gov

Carol C. Villegas on behalf of Attorney Public Employees Retirement Association of New
Mexico
cvillegas@labaton.com, NDonlon@labaton.com

John A. Vos on behalf of Interested Party John A. Vos
InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

31

Case: 19-30088   Doc# 10323   Filed: 03/02/21   Entered: 03/02/21 11:40:49   Page 31
of 34

Bao M. Vu on behalf of Intervenor Capital Dynamics, Inc.
bao.vu@stoel.com, sharon.witkin@stoel.com

Nicholas Wagner on behalf of Creditor Fire Victims
kschemen@wagnerjones.com, bwagner@wagnerjones.com

Jonathan D. Waisnor on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
jwaisnor@willkie.com, mao@willkie.com

Riley C. Walter on behalf of Attorney Aera Energy LLC
ecf@W2LG.com

Phillip K. Wang on behalf of Creditor Pivot Interiors, Inc.
phillip.wang@rimonlaw.com

Samuel M. Ward on behalf of Creditor Board of Education Employees' Pension Fund of Essex County
sward@barrack.com, cfessia@barrack.com

Philip S. Warden on behalf of Creditor Chevron Master Pension Trust
philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

Gregory P. Waters on behalf of Interested Party Kathleen McBride
gwaters@elllaw.com, gregorywatersesq@gmail.com

Guy L. Watts, II on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
gwatts@wattsguerra.com, cwilson@wattsguerra.com

Mikal C. Watts on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
mcwatts@wattsguerra.com, cwilson@wattsguerra.com

Lindsi M. Weber on behalf of Creditor Dignity Health and its Affiliates
lweber@polsinelli.com, yderac@polsinelli.com

Joseph M. Welch on behalf of Creditor Bradley Tanks, Inc.
jwelch@buchalter.com, dcyrankowski@buchalter.com

Todd J. Wenzel on behalf of Creditor Sanders Ergas
todd@wenzellawoffices.com

David Walter Wessel on behalf of Creditor Marina Gelman
DWessel@efronlawfirm.com, hporter@chdlawyers.com

Joseph West on behalf of Creditor International Church of the Foursquare Gospel
westjoseph@earthlink.net, josephw998@gmail.com

Drew M. Widders on behalf of Attorney Molin-Wilcoxen Camp Fire Victims Group
dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com

Jason P. Williams on behalf of Creditor Clear Blue Insurance Company
maryanne@wplgattorneys.com

Eric R. Wilson on behalf of Creditor Kompogas SLO LLC
kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com

32

1

Kimberly S. Winick on behalf of Interested Party California Community Choice Association
kwinick@clarktrev.com, knielsen@clarktrev.com

2

3

Rebecca J. Winthrop on behalf of Creditor Adventist Health System/West and Feather River
Hospital
rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com

4

5

David Wirt on behalf of Interested Party Deutsche Bank
david.wirt@hklaw.com, denise.harmon@hklaw.com

6

Ryan A. Witthans on behalf of Creditor Nor-Cal Pipeline Services
rwitthans@fhlawllp.com

7

8

Keith H. Wofford on behalf of Interested Party Elliott Management Corporation
keith.wofford@ropesgray.com, nova.alindogan@ropesgray.com

9

Shannon B. Wolf on behalf of Creditor The State of Oregon by and through the Oregon
Investment Council on behalf of each of the Oregon Public Employees Retirement Fund,
Common School Fund, Oregon Short Term Fund and Industrial Accident Fu
shannon.wolf@morganlewis.com, renee.robles@morganlewis.com

10

11

Risa Lynn Wolf-Smith on behalf of Creditor Diablo Winds, LLC
rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

12

13

Douglas Wolfe on behalf of Creditor ASM Capital X LLC
dwolfe@asmcapital.com

14

Andrea Wong on behalf of Creditor Pension Benefit Guaranty Corporation
wong.andrea@pbgc.gov, efile@pbgc.gov

15

16

Christopher Kwan Shek Wong on behalf of Creditor Genesys Telecommunications
Laboratories, Inc.
christopher.wong@arentfox.com

17

18

David A. Wood on behalf of Creditor SLF Fire Victim Claimants
dwood@marshackhays.com, lbuchanan@marshackhays.com

19

Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

20

21

Kinga Wright on behalf of Creditor Dashiell Corporation
kinga.wright@lockelord.com, autodocket@lockelord.com

22

Antonio Yanez, Jr. on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
ayanez@willkie.com

23

Cathy Yanni on behalf of Other Prof. Cathy Yanni
cathy@cathyyanni.com, pstrunk@browngreer.com

24

25

Andrew Yaphe on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility
Revolving Credit Facility
andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com

26

27

Stephanie Yee on behalf of Creditor CSAA Insurance Exchange
syee@janglit.com, klockwood@janglit.com

28

33

1   Tacie H. Yoon on behalf of Interested Party Renaissance Reinsurance Ltd.
    tyoon@crowell.com

2   Bennett G. Young on behalf of Creditor Mizuho Bank, Ltd.
    byoung@jmbm.com, jb8@jmbm.com

3

    Eric G. Young on behalf of Creditor Benjamin Jude Wylie
4   eyoung@dcalaw.com, Jackie@dcalaw.com

5   Nicole M. Zeiss on behalf of Interested Party Public Employees Retirement Association of New
    Mexico
6   nzeiss@labaton.com

7   Paul H. Zumbro on behalf of Debtor PG&E Corporation
    mao@cravath.com

8

    Brittany Zummer on behalf of Creditor Mirna Trettevik
9   bzummer@theadlerfirm.com, nfournier@theadlerfirm.com

10  Dario de Ghetaldi on behalf of Creditor Fire Victims
    deg@coreylaw.com, lf@coreylaw.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                34