Bill Robins III, Esq. (SBN 296101)
Robert T. Bryson, Esq. (SBN 156953)
Rex Grady, Esq. (SBN 232236)
**ROBINS CLOUD LLP**
808 Wilshire Blvd., Suite 450
Santa Monica, California 90401
Telephone: (310) 929-4200
Facsimile: (310) 566-5900

Attorneys for Creditor, Chuck Green

Matthew W. Grimshaw, Esq. (SBN 210424)
**GRIMSHAW LAW GROUP, P.C.**
130 Newport Center Drive, Ste. 140
Newport Beach, California 92660
Telephone: (949) 734-0187
Facsimile: (208) 391-7860

Counsel for Robins Cloud LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088 (DM) |
| | ) |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
| and | ) |
| | ) (Lead Case–Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | ) |
| | ) |
| Debtors | ) |
| | ) **REQUEST FOR RELIEF UPON** |
| Affects: | ) **DEFAULT IN SUPPORT OF MOTION** |
| | ) **FOR ORDER AUTHORIZING** |
| ☐ PG&E Corporation | ) **WITHDRAWAL OF COUNSEL** |
| | ) |
| ☐ Pacific Gas & Electric Company | ) |
| | ) [RE: Dkt. Nos. 10112, 10113, 10114, and 10115] |
| ☒ Both Debtors | ) |
| | ) |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | ) |
| | ) |

/ / /

1

REQUEST FOR RELIEF UPON DEFAULT AND DECLARATION IN SUPPORT

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

Under B.L.R. 9014-1(b)(4), Robins Cloud LP ("Firm") hereby requests that Court enter an order by default on its Motion for Order Authorizing Withdrawal of Counsel to Chuck Green ("Creditor")[1], Dkt. No. 10112 ("Motion").

## RELIEF REQUESTED IN THE MOTION

The Motion seeks an order authorizing the Firm to withdraw as counsel of record to the Creditor.

## NOTICE AND SERVICE

A Notice and Opportunity for Hearing on Motion for Order Authorizing Withdraw of Counsel to Chuck Green was filed concurrently with the Motion on February 5, 2021, Dkt. No. 10113 ("Notice and Opportunity for Hearing"). The Motion, the supporting declaration of Robert Bryson, Dkt. No. 10114 ("Declaration"), and the Notice and Opportunity for Hearing were served as described in the Certificate of Service filed on February 5, 2021, Dkt. No. 10115.

The deadline to file a response or opposition to the Motion has passed, and no opposition has been filed with the Court or received by the Firm.

## DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      I am the founder of Grimshaw Law Group, P.C., and an attorney at law duly admitted to practice before all courts of the State of California and the United States District Court for the Northern District of California.

3.      I am counsel for the law firm of Robins Cloud LP (the "Firm"), attorneys of record for Chuck Green ("Creditor").[2]

4.      I have reviewed the Court's docket in these Chapter 11 Cases and determined that

---

[1] Robins Cloud LLP retained Grimshaw Law Group, P.C. as bankruptcy counsel to, among other things, assist it in filing this motion. Grimshaw Law Group has no contractual or attorney/client relationship with Creditor. Declaration ¶2, fn.1.
[2] Grimshaw Law Group has no contractual or attorney/client relationship with Creditor.

2

REQUEST FOR RELIEF UPON DEFAULT AND DECLARATION IN SUPPORT

Case: 19-30088    Doc# 10341    Filed: 03/02/21    Entered: 03/02/21 18:17:17    Page 2 of 4

1  no response or opposition has been filed with respect to the Motion.

2       5.      A proposed order will be lodged concurrently as provided for in B.L.R. 9014-

3  1(b)(3)(A).

4       WHEREFORE, the Firm hereby requests that the Court enter the proposed order filed

5  concurrently herewith granting the Motion for the reasons set forth therein.

6       Executed on March 2, 2021.

7                                           GRIMSHAW LAW GROUP, P.C.

8

9                                           /s/ Matthew W. Grimshaw
                                            Matthew W. Grimshaw

10                                          Attorneys for Robins Cloud LLP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

REQUEST FOR RELIEF UPON DEFAULT AND DECLARATION IN SUPPORT

1

2                           **CERTIFICATE OF SERVICE**

3          I hereby certify that on March 2, 2021, I caused the forgoing **REQUEST FOR RELIEF**

4    **UPON DEFAULT IN SUPPORT OF MOTION FOR ORDER AUTHORIZING**

     **WITHDRAWAL OF COUNSEL** to be electronically filed with the Clerk of the Court using

5    the CM/ECF system, which, in turn, caused a notification to be sent to the interested parties, with

     the exception of Chuck Green.

6

7          I further certify that, on the same date, I caused the foregoing document to be sent via

     first-class mail, postage prepaid, to the following interested party:

8

9    Chuck Green

     13683 Einstoss Court

10   Magalia, CA 95954

11

12                                                    */s/ Matthew W. Grimshaw*
                                                      MATTHEW W. GRIMSHAW
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 19-30088   Doc# 10341   Filed: 03/02/21   Entered: 03/02/21 18:17:17   Page 4
of 4

REQUEST FOR RELIEF UPON DEFAULT AND DECLARATION IN SUPPORT