Entered on Docket
March 03, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: March 2, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7
   *Attorneys for Debtors and Reorganized Debtors*
8

9              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
10                **SAN FRANCISCO DIVISION**

11

12                                                    | Bankruptcy Case No. 19-30088 (DM)

13   **In re:**                                        | Chapter 11

14   **PG&E CORPORATION,**                             | (Lead Case) (Jointly Administered)

         - and -                                       | **ORDER DISALLOWING OR ALLOWING IN**
15                                                      **REDUCED AMOUNTS PROOFS OF CLAIM**
     **PACIFIC GAS AND ELECTRIC**                       **PURSUANT TO REORGANIZED DEBTORS'**
16   **COMPANY,**                                       **FIFTY-SEVENTH OMNIBUS OBJECTION TO**
                                                        **CLAIMS (BOOKS AND RECORDS CLAIMS)**
17                         **Debtors.**

18   ☐ Affects PG&E Corporation                        **[Re:  Dkt. Nos. 10037, 10317]**
     ☐ Affects Pacific Gas and Electric Company
19   ☒ Affects both Debtors

20   * *All papers shall be filed in the Lead Case,*
     *No. 19-30088 (DM).*
21

22

23

24

25

26

27

28

Upon the *Reorganized Debtors' Report on Responses to Fifty-Seventh Through Fifty-Ninth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10317] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Fifty-Seventh Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 10037] (the "**Fifty-Seventh Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Southern Counties Oil Co., a Calif. LP | 1325 | The Fifty-Seventh Omnibus Objection is WITHDRAWN with respect to this Claim. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Fair Harbor Capital LLC as Assignee of Career Institute Inc | 8167 | The Fifty-Seventh Omnibus Objection is WITHDRAWN with respect to this Claim. |

2.     The Claims listed in the column headed "Claims To Be Reduced or Disallowed" in **Exhibit 1** hereto are either disallowed or allowed in the Reduced Claim Amount as set forth therein.

3.     This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Claims To Be Reduced or Disallowed / Original Creditor | Debtor | Date Filed/Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| **3814** 3D Forensic, Inc. 01 Market Street (Spear Tower) #3600 San Francisco, CA 94105 | PG&E Corporation | 7/23/2019 | **Filed/Sched. Claim Amount:** ☐ Unliquidated **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $14,456.25 $0.00 | $14,456.25 $0.00 | Books and Records |
| **56583** Accruent, LLC Dept 3636 PO Box 123636 Dallas, TX 75312-3636 | PG&E Corporation | 10/16/2019 | **Filed/Sched. Claim Amount:** ☐ Unliquidated **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $9,785.87 $0.00 | $9,785.87 $0.00 | Books and Records |
| **4160** Airstream Attn: Collections 14221 Golf Course Dr, Ste 100 Exeter, MN 56425 | PG&E Corporation | 7/26/2019 | **Filed/Sched. Claim Amount:** ☐ Unliquidated **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $36.98 $0.00 | $36.98 $0.00 | Books and Records |
| **63791** ARCTIC GLACIER USA INC 1654 MARTHALER LN WEST ST PAUL, MN 55118 | Pacific Gas and Electric Company | 10/17/2019 | **Filed/Sched. Claim Amount:** ☐ Unliquidated **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $164.43 $0.00 | $164.43 $0.00 | Books and Records |
| **1032970** CB&I LLC 2103 RESEARCH FOREST DR THE WOODLANDS, TX 77380 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** ☐ Unliquidated **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $79,409.18 $0.00 | $79,409.18 $0.00 | Books and Records |
| **2020** Dell Marketing L.P. Dell, Inc. One Dell Way, RR1, MS 52 Round Rock, TX 78682 | Pacific Gas and Electric Company | 3/29/2019 | **Filed/Sched. Claim Amount:** ☐ Unliquidated **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $70,809.73 $825.73 | $70,809.73 $825.73 | Books and Records |
| **6455** FIREBLAST GLOBAL 545 MONICA CIRCLE CORONA, CA 92880 | Pacific Gas and Electric Company | 8/13/2019 | **Filed/Sched. Claim Amount:** ☐ Unliquidated **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $436.31 $0.00 | $436.31 $0.00 | Books and Records |
| **106501** Honda of Illinois 2000 Prairie Crossing Springfield, IL 62711 | PG&E Corporation | 9/22/2020 | **Filed/Sched. Claim Amount:** ☐ Unliquidated **Reduced Claim Amount:** | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $399.53 $0.00 | $399.53 $0.00 | Books and Records |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| KRTF Television c/o Szabo Associates, Inc. 3355 Lenox Road NE, Suite 945 Atlanta, GA 30326 | 1001 | PG&E Corporation | 2/19/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $1,530.00 | $1,530.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Nosion Constructors, Inc. Attn: Isabelle Concio San Francisco, CA 94124 | 105602 | Pacific Gas and Electric Company | 5/27/2020 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $201,775.35 | $0.00 | $0.00 | $201,775.35 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $196,799.75 | $196,799.75 | |
| North Kern Water Storage District c/o Young Wooldrige, LLP Attn: Brett A. Salud 1800 30th Street Fourth Floor Bakersfield, CA 93301 | 63851 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $5,500.00 | $5,500.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| FH Enterprises, Inc. dba RFI Communications and Security Systems FH Enterprises, Inc. 360 Turtle Creek Ct. San Jose, CA 95125 | 9135 | PG&E Corporation | 9/16/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $145.94 | $145.94 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Staples & Associates, Inc c/o Nathan Baer N28W23050 Roundy Dr Ste 100 Pewaukee, WI 53072 | 30803 | Pacific Gas and Electric Company | 10/15/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Tech-24 410 E Washington St Greenville, SC 29601-2927 | 4402 | PG&E Corporation | 8/1/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $297.92 | $297.92 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| TMAK CONSTRUCTION 190 MURCHISON DR MILLBRAE, CA 94030 | 3718 | PG&E Corporation | 7/23/2019 | Filed/Sched. Claim Amount: ☐ Unliquidated | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

# Exhibit 1

**In re: PG&E Corporation and Pacific Gas and Electric Company**

**Case No 19-30088 Jointly Administered**

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| WAUKESHA-PEARCE INDUSTRIES, LLC PO BOX 35068 HOUSTON, TX 77235-5068 | 2353 | PG&E Corporation | 4/15/2019 | **Filed/Sched. Claim Amount:** | $0.00 | $0.00 | $0.00 | $60,121.91 | $60,121.91 | Books and Records |
| | | | | Unliquidated ☐ | | | | | | |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| | **Count:16** | | | **Asserted Total** | $0.00 | $201,775.35 | $0.00 | $2,243,294.05 | $2,445,069.40 | |
| | | | | **Remaining Total** | $0.00 | $0.00 | $0.00 | $197,625.48 | $197,625.48 | |