

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: March 2, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>       **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>**[Re:  Dkt. Nos. 10040, 10317]** |

Upon the *Reorganized Debtors' Report on Responses to Fifty-Seventh Through Fifty-Ninth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10317] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Fifty-Eighth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 10040] (the "**Fifty-Eighth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The below Proof of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | California Department of Tax and Fee Administration | 3287 | The Reorganized Debtors are attempting to resolve this matter consensually, and have agreed to an extension of Claimant's response deadline to March 10, 2021. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | If the objection cannot be resolved, it will be continued to March 24, 2021. |

2.     The Claims listed in the column headed "Claim/Schedule To Be Disallowed and Expunged" in **<u>Exhibit 1</u>** hereto are disallowed and expunged.

3.     This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aperen Missouri PO Box 66881 MC 310 Bankruptcy St Louis, MO 63166-6881 | | 4130 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $3,150.00 | $3,150.00 | Other Satisfied |
| LAKEWELL, RICHARD D LAW OFFICES OF RICHARD D LAKEWELL 1480 MORAGA RD STE C-383 MORAGA, CA 94556 | | 8398 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $2,631.75 | $2,631.75 | Other Satisfied |
| Bradford Capital Holdings, LP as Transferee of Gettler-Ryan, Inc c/o Bradford Capital Management, LLC Clifton, NJ 07012 | Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353 Clifton, NJ 07012 100% | 3520 | PG&E Corporation | 7/2/2019 | $0.00 | $50,177.00 | $0.00 | $0.00 | $50,177.00 | Other Satisfied |
| City of San Pablo Attn: Sarah Maroof, Legal Asst. City Hall, Building 2 13831 San Pablo Avenue San Pablo, CA 94806 | | 80900 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |
| City of San Pablo Attn: Sarah Maroof, Legal Asst. City Hall, Building 2 13831 San Pablo Avenue San Pablo, CA 94806 | | 80735 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $190,245.00 | $0.00 | $190,245.00 | Tax Claims |
| CLIPPER CONTROLS INC 660 BERCUT DR SACRAMENTO, CA 95811 | | 3999 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $1,547.00 | $1,547.00 | Other Satisfied |
| County of Tehama County Counsel 727 Oak Street Red Bluff, CA 96080 | | 10742 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fair Harbor Capital, LLC as Transferee of Intech Mechanical Company LLC Attn: Fredric Glass New York, NY 10023 | Fair Harbor Capital, LLC Attn: Fredric Glass Ansonia Finance Station PO Box 237037 New York, NY 10023 100% | 10205 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $4,203.08 | $4,203.08 | Other Satisfied |
| Monument and Valve Services Company 6300 Norman Center Dr Suite 290 Bloomington, MN 55437 | | 10037 | Pacific Gas and Electric Company | 9/26/2019 | $0.00 | $0.00 | $0.00 | $2,025.63 | $2,025.63 | Other Satisfied |
| Integrated Pain Management Medical Group Inc PO Box 398584 San Francisco, CA 94139-8584 | | 7085 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $135,778.32 | $135,778.32 | Other Satisfied |
| Integrated Pain Management Medical Group Inc PO Box 398584 San Francisco, CA 94139-8584 | | 4197 | PG&E Corporation | 7/31/2019 | $0.00 | $0.00 | $0.00 | $135,778.32 | $135,778.32 | Other Satisfied |
| Person, LCSW Private Practice PO Box 3722 Clovis, CA 93613 | | 2079 | PG&E Corporation | 4/4/2019 | $0.00 | $0.00 | $763.10 | $0.00 | $763.10 | Other Satisfied |
| Johnson, James Gordon 822 Serenity Way San Jose, CA 95120 | | 53827 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $14,263.00 | $14,263.00 | Engineering Advances and Other Refunds |
| C Coleman MBA Treasurer Tax Collector El Dorado County 360 Fair Lane Placerville, CA 95667 | | 6326 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $3,411,003.82 | $0.00 | $3,411,003.82 | Tax Claims |
| CAO, RICHARD Y 800 MT DIABLO BLVD #202 WALNUT CREEK, CA 94596 | | 4148 | PG&E Corporation | 7/24/2019 | $0.00 | $0.00 | $0.00 | $148.56 | $148.56 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mariposa County c/o McCully PO Box 247 Mariposa, CA 95338 | | 1958 | PG&E Corporation | 3/29/2019 | $885,941.00 | $0.00 | $30,318.00 | $0.00 | $916,259.00 | Tax Claims |
| Monterey Reg Water Pollution Cntrl Auth 5 Harris Court, Bldg D DEL REY OAKS, CA 93940 | | 6598 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,080.61 | $2,080.61 | Other Satisfied |
| OKAMOTO CHOU LLP 2512 EAST WARNER AVE SANTA ANA, CA 92705 | | 4314 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $278.50 | $278.50 | Other Satisfied |
| Okamoto Chou, LLP 2512 E. Warner Avenue Santa Ana, CA 92705 | | 4242 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $2,220.90 | $2,220.90 | Other Satisfied |
| Pacific Institute 654 13th Street Oakland, CA 94612 | | 114 | Pacific Gas and Electric Company | 2/7/2019 | $0.00 | $0.00 | $0.00 | $47,031.26 | $47,031.26 | Other Satisfied |
| PEST MANAGEMENT TECHNOLOGY INC 6377 CLOUGH CANYON RD REDDING, CA 96003 | | 17178 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $1,459.70 | $1,459.70 | Other Satisfied |
| Public Service Company of New Mexico 2401 Silver Ave SW MS-0525 Albuquerque, NM 87156 | | 16845 | PG&E Corporation | 10/3/2019 | $0.00 | $0.00 | $0.00 | $1,318,790.26 | $1,318,790.26 | Other Satisfied |
| Recovery Resources Inc PO Box 1347 Alameda, CA 94501-0145 | | 70549 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $191,938.96 | $0.00 | $191,938.96 | Other Satisfied |
| Recovery Resources Inc PO BOX 1347 Alameda, CA 94501-0145 | | 71529 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $7,249.69 | $0.00 | $7,249.69 | Other Satisfied |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Recovery Resources Inc, PO Box 1347, Alameda, CA 94501 | | 76977 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $43,271.44 | $0.00 | $43,271.44 | Other/Satisfied |
| Recovery Resources Inc, PO Box 1347, Alameda, CA 94501-0145 | | 77288 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $1,967.30 | $0.00 | $1,967.30 | Other/Satisfied |
| Recovery Resources Inc, PO Box 1347, Alameda, CA 94501-0145 | | 79753 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $716.20 | $0.00 | $716.20 | Other/Satisfied |
| RECOVERY RESOURCES INC, PO Box 1347, ALAMEDA, CA 94501 | | 79761 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $28,000.00 | $100.00 | $28,100.00 | Other/Satisfied |
| Recovery Resources Inc, PO Box 1347, Alameda, CA 94501-0145 | | 79788 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $8,459.82 | $0.00 | $8,459.82 | Other/Satisfied |
| RECOVERY RESOURCES INC, PO Box 1347, ALAMEDA, CA 94501 | | 79837 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $1,745,414.08 | $0.00 | $1,745,414.08 | Other/Satisfied |
| Recovery Resources Inc, PO Box 1347, Alameda, CA 94501-0145 | | 79988 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $15,804.93 | $0.00 | $15,804.93 | Other/Satisfied |
| RUCKA OBOYLE LOMBARDO & MCKENNA, 440 W LAUREL DR, SALINAS, CA 93906 | | 7571 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Other/Satisfied |
| S&W Technologies, Inc, James Wierowski 23 Scarborough Pk, Rochester, NY 14625 | | 97944 | Pacific Gas and Electric Company | 3/19/2020 | $0.00 | $0.00 | $0.00 | $2,617.50 | $2,617.50 | Other/Satisfied |

Case: 19-30088    Doc# 10351    Filed: 03/02/21    Entered: 03/02/21 13:55:    Page 7 of 8

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Shasta County Tax Collector PO Box 99-1830 Redding, CA 96099-1830 | | 7662 | PG&E Corporation | 8/19/2019 | $461.54 | $0.00 | $0.00 | $0.00 | $461.54 | Tax Claims |
| SPITULSKI, BRYAN POB 102 3900 PELANDALE AVE STE 420 MODESTO, CA 95356-9104 | | 9628 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $1,980.00 | $1,980.00 | Other Satisfied |
| Claims To Be Expunged Totals | | Count:35 | | | $886,402.54 | $50,177.00 | $5,675,152.34 | $1,677,884.39 | $8,289,616.27 | |