

Signed and Filed: March 2, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>   - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**<br><br>[Re: Dkt. Nos. 10043, 10317] |

1 | Upon the *Reorganized Debtors' Report on Responses to Fifty-Seventh Through Fifty-Ninth Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10317] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Fifty-Ninth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 10043] (the "**Fifty-Ninth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proof of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Bradcon, LLC dba Bradley Concrete | 74876 | Claimant has reported to the Reorganized Debtors that it is withdrawing its Claim. |

2. The Claims listed in the column headed "Claim/Schedule To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. With respect to the Claims identified in **Exhibit 1** as "Protective Claims," Claimants retain all non-bankruptcy remedies that would have existed had these Chapter 11 Cases not been filed. The Debtors and Reorganized commit that they will not raise any bankruptcy defenses to future assertion of claims based on the alleged post-assumption failure of the Reorganized Debtors to perform or honor their obligations under such agreements.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Builder Appliance dba Monark of California Monark Premium Appliance Attn: Credit Manager 9025 S. Kyrene Rd Tempe, AZ 85284 | | 60412 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $813,151.59 | $813,151.59 | No Liability Subcontractor Claims |
| Dovity Inc. 100 Montgomery St., Ste 600 San Francisco, CA 94104 | | 67047 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $59,274.76 | $59,274.76 | No Liability Subcontractor Claims |
| Gonsoulin, Selwyn C 451 Ross Way Sacramento, CA 95864-5727 | | 106612 | PG&E Corporation | 10/22/2020 | $0.00 | $0.00 | $0.00 | $10,430.00 | $10,430.00 | Equity Interest Claims |
| Gonsoulin, Selwyn C 451 Ross Way Sacramento, CA 95864-5727 | | 106611 | PG&E Corporation | 10/22/2020 | $0.00 | $0.00 | $0.00 | $10,430.00 | $10,430.00 | Equity Interest Claims |
| IRS Gov's Agent Aileen S. Miser PO Box 3178 325 Arganser Dr Suisun City, CA 94585 | | 106745 | PG&E Corporation | 11/23/2020 | $0.00 | $0.00 | $0.00 | $14,850,000.00 | $14,850,000.00 | Untimely No Liability Claims |
| Northern California Power Agency Boutin Jones Inc. c/o Mark Gorton 555 Capitol Mall, Fifteenth Floor Sacramento, CA 95814 | | 65221 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Northern California Power Agency Boutin Jones Inc. c/o Mark Gorton 555 Capitol Mall, Fifteenth Floor Sacramento, CA 95814 | | 64639 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $7,300,000.00 | $7,300,000.00 | Protective Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Northern California Power Agency Bustin Jones Inc. c/o Mark Gorton 555 Capitol Mall, Fifteenth Floor Sacramento, CA 95814 | | 64414 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $6,000,000.00 | $6,000,000.00 | Protective Claims |
| Northern California Power Agency Bustin Jones Inc. c/o Mark Gorton 555 Capitol Mall, Fifteenth Floor Sacramento, CA 95814 | | 64392 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Rusto, Maria 616 East Jonathan Street Allentown, PA 18109 | | 106492 | PG&E Corporation | 9/18/2020 | $0.00 | $0.00 | $0.00 | $5,385.09 | $5,385.09 | Equity Interest Claims |
| Sonoma Clean Power Authority, a California joint powers authority Engel Law, P.C. c/o G. Larry Engel 12116 Horseshoe Lane Nevada City, CA 95959 | | 65456 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| STADTNER CO INC Gregory S. Gerson, Esq. 777 Cuesta Drive, Ste. 200 Mountain View, CA 94040 | | 56883 | PG&E Corporation | 10/16/2019 | $165,826.90 | $0.00 | $0.00 | $56,523.54 | $222,350.44 | No Liability Subcontractor Claims |
| WILLIAM KREYSLER & ASSOCIATES, INC. 501 Green Island Road American Canyon, CA 94503 | | 5150 | Pacific Gas and Electric Company | 8/1/2019 | $74,280.00 | $0.00 | $0.00 | $0.00 | $74,280.00 | No Liability Subcontractor Claims |
| Claims To Be Expunged Totals | | Count:13 | | | $240,106.90 | $0.00 | $0.00 | $29,105,194.98 | $29,345,301.88 | |