# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on WBox 2019-6 LLC (MMLID#7219022), at an address that has been redacted for the interest of privacy:

- Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [Docket No. 10009]

- Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [Docket No. 10010]

3. On March 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Affected Parties Service List attached hereto as **Exhibit A**:

- Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [Docket No. 10009]

4. On March 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit B**:

- Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [Docket No. 10010]

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 2nd day of March 2021, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso

**Exhibit A**

Exhibit A
Affected Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6009920 | Adrian Howard or Amber Howard | Address on File | | | | |
| 6012974 | AES DE RS II LLC | 282 CENTURY PL | STE 2000 | LOUISVILLE | CO | 80027-1677 |
| 6013539 | AES DISTRIBUTED ENERGY INC | 282 CENTURY PL | STE 2000 | LOUISVILLE | CO | 80027-1677 |
| 6013450 | ALTAIR GLOBAL SERVICES LLC | 3201 DALLAS PKWY | STE 1200 | FRISCO | TX | 75034-0249 |
| 6012383 | APX INC | 315 W 36TH STREET | 7051 | NEW YORK | NY | 10018 |
| 6010599 | CITIBANK NA NY | 388 GREENWICH STREET | | NEW YORK | NY | 10013 |
| 6013709 | CITY OF RIO VISTA | 1 MAIN ST | | RIO VISTA | CA | 94571-1842 |

**Exhibit B**

Exhibit B
Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| 6155970 | Astorino, Ralph and Joy | Address on File | | | | | | |
| 6012663 | BARG COFFIN LEWIS & TRAPP LLP | 600 MONTGOMERY STREET | SUITE 525 | | | SAN FRANCISCO | CA | 94111 |
| 6160198 | Brown, Alvin L | Address on File | | | | | | |
| 7278392 | East Bay Community Energy Authority | Inder Khalsa, Interim General Counsel | Richards, Watson & Gershon | One Sansome Street | Suite 2850 | San Francisco | CA | 94104 |
| 6012384 | IPKEYS POWER PARTNERS LLC | 44 GILBERT ST | | | | TINTON FALLS | NJ | 07701-4018 |
| 6014247 | MILLVIEW COUNTY WATER DISTRICT | 151 LAWS AVENUE | | | | UKIAH | CA | 95482 |
| 6009968 | Mitchell Kalcic | Address on File | | | | | | |
| 6012651 | NATIONAL ASIAN AMERICAN COALITION | 318 WESTLAKE CTR | STE 270 | | | DALY CITY | CA | 94015 |
| 6166690 | O'Brien, Patricia | Address on File | | | | | | |
| 6010665 | OLIVINE INC | 2120 UNIVERSITY AVE | | | | BERKELEY | CA | 94704 |
| 6013617 | PARADISE RIDGE CHAMBER | 6161 CLARK ROAD | SUITE 1 | | | PARADISE | CA | 95969 |
| 5877788 | Pat Hogan | Address on File | | | | | | |
| 6013278 | PROPULSION LABS LLC | 1200 LAKESTREAM DR | | | | PLANO | TX | 75025-2295 |
| 6012788 | WATTTIME CORPORATION | 190 HARRISON ST | SUITE 210 | | | OAKLAND | CA | 94612 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1