

Signed and Filed: March 2, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1 | Laurie Edelstein (Bar No. 164466)
STEPTOE & JOHNSON LLP
2 | One Market Plaza, Spear Tower, Suite 3900
San Francisco, California 94105
Telephone: (415) 365-6700
3 | Facsimile: (415) 365-6699
ledelstein@steptoe.com

4 | *Special Counsel to Debtors*
*and Reorganized Debtors*

5 | SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
6 | San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

7 | *Counsel to the Fee Examiner*

8 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

9 |

10 | In re

PG&E CORPORATION,

11 | - and -

12 | PACIFIC GAS AND ELECTRIC
COMPANY,

13 | Debtors.

14 | ☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

15 | * All papers shall be filed in the Lead Case,
No. 19-30088 (DM)

16 |

17 |

18 |

19 |

20 |

21 |

Bankruptcy Case
No. 19-30088 (DM)
(Lead Case)
(Jointly Administered)
Chapter 11

**ORDER ALLOWING FINAL
APPLICATION OF STEPTOE &
JOHNSON LLP AS SPECIAL COUNSEL
TO DEBTORS AND REORGANIZED
DEBTORS FOR COMPENSATION FOR
SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD FROM
FEBRUARY 1, 2020 THROUGH JULY 1,
2020**

[Related Doc. Nos 8891, 10081, 10256]

Hearing Stricken for Lack of Objection
Date: February 24, 2021
Time: 10:00 a.m. (Pacific Time)
Place: (Telephonic/Video Appearances
Only)
    United States Bankruptcy Court
    Courtroom 17,
    450 Golden Gate Avenue
    16th Floor
    San Francisco, CA
Judge: Hon. Dennis Montali

ORDER ALLOWING FINAL APPLICATION FOR
COMPENSATION

Upon consideration of the application, dated August 28, 2020 (Docket No. 8891), of Steptoe & Johnson LLP (the "**Applicant**"), attorneys to the above-captioned debtors and reorganized debtors (collectively, the "**Reorganized Debtors**") for certain matters, for the allowance and payment of compensation and reimbursement of expenses for the period of February 1, 2020 through July 1, 2020 (the "**Application Period**"), and this Court having jurisdiction to consider the Application and the relief request therein pursuant to 28 U.S.C. §§ 157 and 1334 and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and no objections or responses to the Application having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Application resulting from the compromise between the Applicant and the Fee Examiner as set forth in that certain *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (3rd Set)* [Doc. No. 10081] (the "**Notice of Hearing**"); and the Court having issued that certain *Order Regarding Third Set of Final Fee Applications* on February 23, 2021 [Doc. No. 10256] approving the compromise set forth in the Notice of Hearing; and the Applicant, having represented to the Fee Examiner that all previous payments of fees and expenses are reflected in the amounts set forth below, and good and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Application is approved on a final basis as reflected herein.

2. The Applicant is awarded final allowance of compensation for professional services rendered during from the Application Period in the amount of $1,660,586.88 in fees and $41,417.61 in actual and necessary expenses.

3. The Reorganized Debtors are authorized to make payment to the Applicant of $292,117.07 in allowed fees not already paid by the Debtors or Reorganized Debtors.

ORDER ALLOWING FINAL APPLICATION FOR COMPENSATION

1    4.  The Court retains jurisdiction over any issues or disputes arising out of or relating to

2        this Order.

3

4    APPROVED AS TO FORM AND CONTENT

     Dated:  March 2, 2021

5

6

     _/s/     Scott H. McNutt_____
7    Scott H. McNutt
     *Counsel to the Fee Examiner*

8

9                              ***END OF ORDER***

10

11

12

13

14

15

16

17

18

19

20

21

ORDER ALLOWING FINAL APPLICATION FOR
COMPENSATION