1  Ashleigh A. Danker (CASB No. 138419)
   DINSMORE & SHOHL LLP
2  550 S. Hope Street, Ste 1765
   Los Angeles, California 90071
3  Telephone: (213) 335-7737
   ashleigh.danker@dinsmore.com
4
   -and-
5
   Kim Martin Lewis (*Pro Hac Vice*)
6  Alexandra Horwitz (*Pro Hac Vice*)
   DINSMORE & SHOHL LLP
7  255 E. 5th Street, Ste. 1900
   Cincinnati, Ohio 45202
8  Telephone:    (513) 977-8200
   kim.lewis@dinsmore.com
9  allie.horwitz@dinsmore.com

10 *Attorneys to G4S USA, G4S Secure Solutions (USA), Inc.
   and G4S Secure Integration LLC*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case No. 19-30088 (DM) |
|---|---|
| PG&E CORPORATION | Chapter 11 |
| - and – | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS** |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorney hereby requests to be removed from this Court's Courtesy Notice of Electronic Filing distribution and further wishes to cease receiving all notifications and/or documents filed in the above-captioned cases:

> Ashleigh A. Danker, Esq.
> Dinsmore & Shohl LLP
> 550 S. Hope Street, Suite 1765
> Los Angeles, CA 90071
> Tel: (213) 335-7737
> Email: ashleigh.danker@dinsmore.com

Dated: March 4 2021

DINSMORE & SHOHL LLP

By: ___/s/ Ashleigh A. Danker___
Ashleigh A. Danker, Esq.

*Attorneys to G4S USA, G4S Secure Solutions (USA), Inc. and G4S Secure Integration LLC*