Signed and Filed: March 4, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

*Counsel to the Fee Examiner*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

- and -

PACIFIC GAS AND ELECTRIC
COMPANY,

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric
Company
☒ Affects both Debtors

\* All papers shall be filed in the Lead
Case, No. 19-30088 (DM)

Bankruptcy Case No. 19-30088 (DM)
(Lead Case) (Jointly Administered)

Chapter 11

**ORDER ALLOWING FINAL APPLICATION OF HUNTON ANDREWS KURTH LLP AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH JULY 1, 2020**

[Related Doc. Nos. 10256, 10081, 8929]

<u>Hearing Stricken for Lack of Objection</u>
Date:   February 24, 2021
Time:   10:00 a.m. (Pacific Time)
Place:  (Tel./Video Appearances Only)
        United States Bankruptcy Court
        Courtroom 17, 16th Floor
        450 Golden Gate Avenue
        San Francisco, CA

Judge:  Hon. Dennis Montali

Upon consideration of the final application [Doc. No. 8929] (the "**Application**") of

Hunton Andrews Kurth LLP ("**Applicant**") as special counsel for PG&E Corporation and Pacific

Gas and Electric Company, as debtors and debtors in possession in the above-captioned chapter 11

cases (the "**Debtors**," or, as reorganized pursuant to the plan of reorganization confirmed in these

cases, the "**Reorganized Debtors**"), and this Court having jurisdiction to consider the Application

and the relief request therein pursuant to 28 U.S.C. §§ 157 and 1334 and venue being proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Application having been provided in accordance with the procedures set forth in the Interim

Compensation Order [Doc. No. 701] and as otherwise required under the Bankruptcy Code and

Bankruptcy Rules; and no objections or responses to the Application having been filed; and upon

consideration of the proposed reductions to the compensation and expense reimbursements sought

in the Application resulting from the compromise between the Applicant and the Fee Examiner as

set forth in that certain *Notice of Hearing on Final Applications Allowing and Authorizing*

*Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee*

*Examiner (3rd Set)* [Doc. No. 10081] (the "**Notice of Hearing**"); and the Court having issued the

*Order Regarding Third Set of Final Fee Applications* on February 23, 2021 [Doc. No. 10256],

approving the compromise set forth in the Notice of Hearing; and the Applicant, having

represented to the Fee Examiner that all previous payments of fees and expenses are reflected in

the amounts set forth below, and good and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1.  The Application is approved on a final basis as reflected herein.

2.  The applicant is awarded final allowance of compensation for professional services rendered during the period of January 1, 2020, to June 30, 2020, in the amount of $4,647,350.20 in fees and $11,256.21 in actual and necessary expenses.

3.  The Reorganized Debtors are authorized to make payment to the Applicant of $730,507.66 for allowed fees and expenses not already paid by the Debtors or Reorganized Debtors.

4.  The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

APPROVED AS TO FORM AND CONTENT
Dated: 3/1/2021

*/s/ Scott H. McNutt*
Scott H. McNutt
*Counsel to the Fee Examiner*

**\*\*\*END OF ORDER\*\*\***