

**Signed and Filed: March 4, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Bill Robins III, Esq. (SBN 296101)
   Robert T. Bryson, Esq. (SBN 156953)
2  Rex Grady, Esq. (SBN 232236)
   **ROBINS CLOUD LLP**
3  808 Wilshire Blvd., Suite 450
   Santa Monica, California 90401
4  Telephone: (310) 929-4200
   Facsimile: (310) 566-5900
5
   Attorneys for Creditor, Elena Macias
6
   Matthew W. Grimshaw, Esq. (SBN 210424)
7  **GRIMSHAW LAW GROUP, P.C.**
   130 Newport Center Drive, Ste. 140
8  Newport Beach, California 92660
   Telephone: (949) 734-0187
9  Facsimile: (208) 391-7860

10 Counsel for Robins Cloud LLP

11                  **UNITED STATES BANKRUPTCY COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13                       **SAN FRANCISCO DIVISION**

14

15 In re                              ) Case No. 19-30088 (DM)
                                      )
16 PG&E CORPORATION,                  )
                                      ) Chapter 11
17     and                            )
                                      ) (Lead Case–Jointly Administered)
18 PACIFIC GAS AND ELECTRIC           )
   COMPANY                            )
19                                    )
          Debtors                     )
20                                    ) **ORDER AUTHORIZING**
                                      ) **WITHDRAWAL OF COUNSEL**
21 Affects:                           )
                                      )
22   ☐ PG&E Corporation               )
                                      )
23   ☐ Pacific Gas & Electric Company )
                                      )
24   ☒ Both Debtors                   )
                                      )
25 * All papers shall be filed in the Lead )
   Case, No. 19-30088 (DM).           )
26                                    )

27

28

                                   1

1    **ORDER PERMITTING THE ROBINS CLOUD FIRM TO**

2    **WITHDRAW AS COUNSEL TO ELENA MACIAS**

3         Upon consideration of the motion (the "Motion") of Robins Cloud LLP ("Firm") to

4    withdraw as counsel to Elena Macias, Dkt. No. 10120, pursuant to Rule 11-5 (a); and adequate

5    notice of the Motion having been given; and it appearing that no other or further notice is

6    necessary; and the Court having jurisdiction to consider the Motion and the relief requested

7    therein; and the Court having determined that the legal and factual grounds set forth in the

8    Motion establish just cause for the relief requested in the Motion; and after due deliberation;

9         IT IS HEREBY ORDERED THAT:

10        1.      The Motion is GRANTED.

11        2.      The Firm is permitted to withdraw as counsel to Elena Macias ("Creditor").[1]

12        3.      The Firm shall continue to forward documents regarding to Claim No. 33113 to

13   Creditor until Creditor appears in this matter (a) through new counsel or (b) in pro per.

14                          *** END OF ORDER ***

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

28   [1] The Grimshaw Law Group, P.C. is not counsel to Creditor.

ORDER AUTHORIZING WITHDRAWAL OF COUNSEL
Case No. 19-30088 (DM)

**COURT SERVICE LIST**

Elena Macias
7166 Clark Road
Paradise, CA 95969

Elena Macias
105 Melrose Drive
Oroville, CA 95966

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Case: 19-30088   Doc# 10374   Filed: 03/04/21   Entered: 03/04/21 16:17:34   Page 3 of 3

Case No: 19-30088 (DM)