

**Entered on Docket**
**March 04, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Bill Robins III, Esq. (SBN 296101)
Robert T. Bryson, Esq. (SBN 156953)
Rex Grady, Esq. (SBN 232236)
**ROBINS CLOUD LLP**
808 Wilshire Blvd., Suite 450
Santa Monica, California 90401
Telephone: (310) 929-4200
Facsimile: (310) 566-5900

Attorneys for Creditor, Jose Macias

Matthew W. Grimshaw, Esq. (SBN 210424)
**GRIMSHAW LAW GROUP, P.C.**
130 Newport Center Drive, Ste. 140
Newport Beach, California 92660
Telephone: (949) 734-0187
Facsimile: (208) 391-7860

Counsel for Robins Cloud LLP

Signed and Filed: March 4, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>        Debtors<br><br>Affects:<br><br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | ) Case No. 19-30088 (DM)<br>)<br>) Chapter 11<br>)<br>) (Lead Case–Jointly Administered)<br>)<br>)<br>) **ORDER AUTHORIZING**<br>) **WITHDRAWAL OF COUNSEL**<br>) |

# ORDER PERMITTING THE ROBINS CLOUD FIRM TO WITHDRAW AS COUNSEL TO JOSE MACIAS

Upon consideration of the motion (the "Motion") of Robins Cloud LLP ("Firm") to withdraw as counsel to Jose Macias, Dkt. No. 10136, pursuant to Rule 11-5 (a); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.
2. The Firm is permitted to withdraw as counsel to Jose Macias ("Creditor").[1]
3. The Firm shall continue to forward documents regarding to Claim No. 33107 to Creditor until Creditor appears in this matter (a) through new counsel or (b) in pro per.

*** END OF ORDER ***

---

[1] The Grimshaw Law Group, P.C. is not counsel to Creditor.

# COURT SERVICE LIST

Jose Macias
7166 Clark Road
Paradise, CA 95969

Jose Macias
105 Melrose Drive
Oroville, CA 95966

1
CERTIFICATE OF SERVICE