**Entered on Docket**
**March 04, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**LATHAM & WATKINS LLP**
Michael J. Reiss (#275021)
(michael.reiss@lw.com)
Ted A. Dillman (#258499)
(ted.dillman@lw.com)
355 S. Grand Ave., Suite 100
Los Angeles, CA 90071
Tel: (213) 485-1234
Fax: (213) 891-8763

Signed and Filed: March 4, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Special Counsel for the Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATION OF LATHAM & WATKINS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (NOVEMBER 1, 2019 THROUGH JULY 1, 2020)**<br><br>Re: Docket No. 8927 |

Upon consideration of the *Second Interim and Final Fee Application of Latham & Watkins LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (November 1, 2019 Through July 1, 2020)* [Docket No 8927] (the "**Application**");[1] and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Procedures Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and upon consideration of the *Certification of Michael J. Reiss in Support of Second Interim and Final Fee Application of Latham & Watkins LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (November 1, 2019 Through July 1, 2020)* [Docket No. 8928] submitted in support of the Application; and no objections or responses to the Application having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Application resulting from the compromise between Latham and the Fee Examiner as set forth in that certain *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (3rd Set)*, dated February 2, 2021 [Docket No. 10081] (the "**Notice**"); and the Court having issued an Order [Docket No. 10256] on February 23, 2021, allowing the Application in the reduced amounts reflected in the Notice; and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Application is granted as set forth herein.

2. Latham is awarded an interim allowance of its fees and expenses of for the Second Interim Fee Period in the total amount of $1,954,129.21, consisting of $1,944,701.00 of compensation for professional services rendered and $9,428.21 of actual and necessary expenses incurred during the Second Interim Fee Period. For the avoidance of doubt, these amounts represent fees and expenses incurred from March 1, 2020 through July 1, 2020, but do not include fees or expenses attributable to the period from February 1, 2020 through February 29, 2020 as these fees and expenses were approved by the Court in the *Order Granting Interim Fee Application of Latham & Watkins LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (November 1, 2019 Through February*

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Application.

*29, 2020)* [Docket No. 9183].

  3. Following the additional $50,000 adjustment negotiated with the Fee Examiner, Latham is awarded a final allowance of its fees and expenses for the Final Fee Period in the total amount of $3,474,507.37, consisting of $3,446,201.00 of compensation for professional services rendered and $28,306.37 of actual and necessary expenses incurred during the Final Fee Period.

  4. The Reorganized Debtors are authorized and directed to pay Latham $338,940.20, representing the difference between the amounts in paragraph 3 and amounts previously paid by the Debtors pursuant to the Interim Compensation Procedures Order.

  5. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

Approved as to form and content:

/s/ *Scott H. McNutt*
Scott H. McNutt
*Counsel to the Fee Examiner*

** END OF ORDER **