**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF MARCH 9, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:   March 9, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Telephone Conference)<br>           United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102 |

PLEASE TAKE NOTICE that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on March 9, 2021, at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") have been resolved or continued.

PLEASE TAKE FURTHER NOTICE that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

1. **Salomon Mediation Request**: *Notice of Request and Request to Mediate Claim of Kenneth B. Salomon and for Sanctions* [**Dkt. 10054**].

    Response Deadline: February 23, 2021

    Response Filed:

    A. Response to Notice of Request and Request to Mediate Claim of Kenneth B. Salomon and for Sanctions [**Dkt. 10259**].

    Related Documents:

    B. Reply to Debtors' Response to Notice of Request and Request to Mediate Claim of Kenneth B. Salomon and for Sanctions [**Dkt. 10387**].

    Status: This matter was taken off calendar on March 4, 2021.

**Omnibus Claims Objections:**

2. **Fourteenth (Books and Records Claims)** [**Dkt. 9070**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9362**. This matter has been continued to March 24, 2021 as to Little Diversified Architectural Consulting, Inc. [**Dkt. 10356**].

3. **Seventeenth (Satisfied Claims)** [**Dkt. 9078**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9365**. It has been resolved as to Mark Cameron [**Dkt. 10267, 10321**].

4. **Twenty-Second (Satisfied Claims)** [**Dkt. 9275**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9559**. It has been continued to March 24, 2021 as to Global Ampersand, LLC [**Dkt. 10356**].

5. **Forty-Sixth (Books and Records Claims)** [**Dkt. 9702**]. This Omnibus Objection has been granted as to all claims except Hain Capital Holdings, LLC as Transferee of Hain Capital Investors Master Fund Ltd., which has been continued to March 24, 2021 [**Dkt. 10209, 10356**].

6. **Fifty-First (Books and Records Claims)** [**Dkt. 9888**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10102**. It has been continued to March 24, 2021 as to

JDB & Sons Construction Inc., Cosco Fire Protection, Inc. and Eagle Ridge Preserve, LLC [**Dkt. 10356**].

    7.    **Fifty-Third (No Liability Subcontractor Claims)** [**Dkt. 9895**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10104**. It has been continued to April 7, 2021 as to ABC Landscaping & Excavating, Inc. [**Dkt. 10357**].

    8.    **Fifty-Seventh (Books and Records Claims)** [**Dkt. 10037**]. This Omnibus Objection was granted by **Dkt. 10350.**

    9.    **Fifty-Eighth (Satisfied Claims)** [**Dkt. 10040**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10351**. It was continued to March 24, 2021 as to the California Department of Tax and Fee Administration [**Dkt. 10317**].

    10.    **Fifty-Ninth (No Liability Claims)** [**Dkt. 10043**]. This Omnibus Objection was granted by **Dkt. 10352**.

**Late Claim Motions:**

    11.    **Katherine and Harold Schooler** [**Dkt. 10067**]. This matter has been resolved by Stipulation [**Dkt. 10086**] and taken off calendar by Order [**Dkt. 10090**].

    12.    **SLC Soda Canyon LLC** [**Dkt. 10181**]. This matter has been resolved by Stipulation [**Dkt. 10198**] and taken off calendar by Order [**Dkt. 10213**].

    13.    **Donald G. Rogers** [**Dkt. 10201**]. This matter has been resolved by Stipulation [**Dkt. 10245**] and taken off calendar by Order [**Dkt. 10252**].

    14.    **SSS Ranch, Inc. dba Triples Ranch Napa, Derek Webb, and Christine Layer** [**Dkt. 10205**]. This matter has been resolved by Stipulation [**Dkt. 10249**] and taken off calendar by Order [**Dkt. 10254**].

    15.    **JP Enterprise Group, Inc.** [**Dkt. 10207**]. This matter has been resolved by Stipulation [**Dkt. 10250**] and taken off calendar by Order [**Dkt. 10255**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 8, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:    */s/ Thomas B. Rupp*
         Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119