# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br> PG&E CORPORATION, <br> - and - <br> PACIFIC GAS AND ELECTRIC COMPANY, <br>                        Debtors. | Bankruptcy Case <br> No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Victor Wong, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Kelly Batista, 13683 Einstoss Court, Magalia, CA 95954:

- Order Authorizing Withdrawal of Counsel [Docket No. 10367]

3. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Joseph Berry at 2016 Shelbourne Way, Santa Rosa, CA 95403 and PO Box 70129, Ocean Beach, CA 92167:

- Order Authorizing Withdrawal of Counsel [Docket No. 10371]

4. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Estate of Martha Cook at 2114 Wedgewood Way, Santa Rosa, CA 95404 and 9910 Bernborough Lane, Reno, NV 89521:

- Order Authorizing Withdrawal of Counsel [Docket No. 10372]

5. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Eduardo Lopez, 7166 Clark Road, Paradise, CA 95969:

- Order Authorizing Withdrawal of Counsel [Docket No. 10373]

6. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Elena Macias at 7166 Clark Road, Paradise, CA 95969 and 105 Melrose Drive, Oroville, CA 95966:

- Order Authorizing Withdrawal of Counsel [Docket No. 10374]

7. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Dale Frank, 14360 Skyway, Magalia, CA 95954:

- Order Authorizing Withdrawal of Counsel [Docket No. 10376]

8. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Chuck Green, 13683 Einstoss Court, Magalia, CA 95954:

- Order Authorizing Withdrawal of Counsel [Docket No. 10377]

9. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Jose Macias at 7166 Clark Road, Paradise, CA 95969 and 105 Melrose Drive, Oroville, CA 95966:

- Order Authorizing Withdrawal of Counsel [Docket No. 10378]

10. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Sandra Kelp, 9000 Steel Canyon Road, Nampa, CA 95820:

- Order Authorizing Withdrawal of Counsel [Docket No. 10379]

11. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Shawn Merrick at 6264 Pentz Road, Paradise, CA 95969 and PO Box 752, Paradise, CA 95967:

- Order Authorizing Withdrawal of Counsel [Docket No. 10380]

12. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Ramon Middleton at 4495 Mountain Home Ranch Road, Calistoga, CA 94515 and 1978 Palou Avenue, San Francisco, CA 94124:

- Order Authorizing Withdrawal of Counsel [Docket No. 10381]

13. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Lusi Naivalurua at 2114 Wedgewood Way, Santa Rosa, CA 95404 and 9910 Bernborough Lane, Reno, NV 89521:

- Order Authorizing Withdrawal of Counsel [Docket No. 10382]

14. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on James Whitehead, 296 Pearson Road, Paradise, CA 95969:

- Order Authorizing Withdrawal of Counsel [Docket No. 10383]

15. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Amita Youngren, 6799 Skyway #38, Paradise, CA 95969:

- Order Authorizing Withdrawal of Counsel [Docket No. 10384]

16. On March 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Natasha Li at 3905 Park Gardens Drive, Santa Rosa, CA 95404 and 4547 Montecito Blvd., Santa Rosa, CA 95409:

- Order Authorizing Withdrawal of Counsel [Docket No. 10385]

17. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 10th day of March 2021, at New York, NY.

/s/ Victor Wong
Victor Wong

SRF 51662