

**Entered on Docket**
**March 12, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP**<br>Theodore E. Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel:    (212) 310-8000<br>Fax:   (212) 310-8007<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (650) 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | Signed and Filed: March 11, 2021<br><br>_____<br>**DENNIS MONTALI**<br>**U.S. Bankruptcy Judge** |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER APPROVING STIPULATION CONTINUING HEARING ON MOTION OF THE YUROK TRIBE FOR RECONSIDERATION OF THE ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY SUBCONTRACTOR CLAIMS)**<br><br>Related to Dkt. Nos. 10238, 10239<br><br>Current Hearing Date: March 24, 2021<br>New Hearing Date:     April 28, 2021 |

The Court having considered the *Stipulation Continuing Hearing on Motion of the Yurok Tribe for Reconsideration of the Order Disallowing and Expunging Proofs of Claim Pursuant to reorganized Debtors' Fifty-Third Omnibus Objection to Claims (No Liability Subcontractor Claims)*, filed March 10, 2021 (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and the Yurok Tribe (together with the Debtors and Reorganized Debtors, the "**Parties**"), on the other hand, and pursuant to such Stipulation and agreement of the Parties, and good cause appearing:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Hearing is continued to April 28, 2021 at 10:00 a.m. (Pacific Time).

3. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

** END OF ORDER **

APPROVED AS TO FORM AND CONTENT:

Dated: March 10, 2021

**HOGAN LOVELLS US LLP**

*/s/ Erin N. Brady*
Erin N. Brady

*Attorneys for the Yurok Tribe*

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.