**No. 20-CV-05414 HSG**

REBECCA J. WINTHROP (SBN 116386)
ROBIN D. BALL (SBN 159698)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, CA 90071
Telephone: 213.892.9200
Facsimile: 213.892.9494
rebecca.winthrop@nortonrosefulbright.com
robin.ball@nortonrosefulbright.com

Attorneys for ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER

DAVID E. WEISS (SBN 148147)
PETER MUNOZ (SBN 66942)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: 415.543.8700
Facsimile: 415.391.8269
dweiss@reedsmith.com
pmunoz@reedsmith.com

Attorneys for PARADISE UNIFIED SCHOOL DISTRICT, NORTHERN RECYCLING AND WASTE SERVICES, LLC/NORTHERN HOLDINGS, LLC, AND NAPA COUNTY RECYCLING & WASTE SERVICES, LLC/NAPA RECYCLING & WASTE SERVICES, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PARADISE UNIFIED SCHOOL DISTRICT, ET AL.<br><br>Appellants,<br><br>v.<br><br>FIRE VICTIM TRUST, ET AL.<br><br>Appellees. | **APPELLANTS' NOTICE OF APPEAL**<br><br>On Appeal from the United States Bankruptcy Court for the Northern District of California, Chapter 11 Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |

|   |   |
|---|---|
| 1 | |
| 2 | **NOTICE OF APPEAL** |

3  Notice is hereby given that ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER; PARADISE UNIFIED SCHOOL DISTRICT; NORTHERN RECYCLING AND WASTE SERVICES, LLC/NORTHERN HOLDINGS, LLC; and NAPA COUNTY RECYCLING & WASTE SERVICES, LLC/NAPA RECYCLING & WASTE SERVICES, LLC, Appellants in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following order entered in this action:

  1.   Order Granting Motion To Dismiss Appeal, entered February 8, 2021, Dkt. No. 47.

  Appellant Comcast does not join in this Notice of Appeal. Pursuant to Fed. R. App. P. 12(b) and Ninth Circuit Rules 3-2(b) and 12-2, a Representation Statement is attached hereto.

| | | |
|---|---|---|
| 1 | Dated: March 9, 2021 | REBECCA J. WINTHROP<br>ROBIN D. BALL<br>**NORTON ROSE FULBRIGHT US LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Rebecca J. Winthrop*<br>Rebecca J. Winthrop<br>Attorney for ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL d/b/a ADVENTIST HEALTH FEATHER RIVER |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Dated: March 9, 2021 | DAVID E. WEISS<br>PETER MUNOZ<br>**REED SMITH LLP** |
| 9 | | |
| 10 | | |
| 11 | | By: */s/ David E. Weiss*<br>David E. Weiss<br>Attorney for PARADISE UNIFIED SCHOOL DISTRICT, NORTHERN RECYCLING AND WASTE SERVICES, LLC/NORTHERN HOLDINGS, LLC, AND NAPA COUNTY RECYCLING & WASTE SERVICES, LLC/NAPA RECYCLING & WASTE SERVICES, LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2021, I authorized the foregoing NOTICE OF APPEAL to be filed with the Clerk of the Court using the CM/ECF system, causing notification of such filing to be sent by e-mail to all counsel registered to receive such notice.

By: /s/     Rebecca J. Winthrop