| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **REORGANIZED DEBTORS' REPORT ON STATUS AND RESOLUTION OF OMNIBUS OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS**<br><br>**[Re: Docket Nos. 9455, 9458, 9462, 9464, 9466, and 9711]**<br><br>**Regarding Objections Set for Hearing March 24, 2021 at 10:00 a.m. (Pacific Time)** |

## REPORT ON RESOLUTION OF CERTAIN CLAIMS

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status and resolution of certain Claims in the *Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Dkt. No. 9455] (the "**Fortieth Omnibus Objection**"); the *Reorganized Debtors' Forty-First Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Dkt. No. 9458] (the "**Forty-First Omnibus Objection**"); the *Reorganized Debtors' Forty-Third Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Dkt. No. 9462] (the "**Forty-Third Omnibus Objection**"); the *Reorganized Debtors' Forty-Fourth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Dkt. No. 9464] (the "**Forty-First Omnibus Objection**"); the *Reorganized Debtors' Forty-Fifth Omnibus Objection to Claims (Reduced and Allowed Claims)* [Dkt. No. 9466] (the "**Forty-Fifth Omnibus Objection**"); and the *Reorganized Debtors' Forty-Ninth Omnibus Objection to Claims (Untimely No Liability / Passthrough Claims)* [Dkt. No. 9711] (the "**Forty-Ninth Omnibus Objection**")

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Fortieth Omnibus Objection** | | | |
| 9618 | Duncan Ray Ross | 2183 | The Fortieth Omnibus Objection is WITHDRAWN with respect to this Claim, and the Claim will be channeled to the Fire Victims Trust. |
| 9656 | Robert Ernst | 3444 | The Fortieth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | D. M. Alegre Construction, Inc. | 1292 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fortieth Omnibus Objection. |
| **Forty-First Omnibus Objection** | | | |
| 9597 | H. R. Bob McGrath | 67276 | The Forty-First Omnibus Objection is WITHDRAWN with respect to this Claim, and the Claim will be channeled to the Fire Victims Trust. |
| 9631 | Christopher A. Muessel | 75887 | The Forty-First Omnibus Objection is WITHDRAWN with respect to this Claim. The Reorganized Debtors will attempt to resolve this Claim through the General |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |
| Informal | Michael Jurkovic | 80924 80468 | The Forty-First Omnibus Objection is WITHDRAWN with respect to these Claims. The Reorganized Debtors will attempt to resolve these Claims through the General Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |
| **Forty-Third Omnibus Objection** | | | |
| Informal | Willie and Ora Green | 80673 | The Forty-Third Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Forty-Fourth Omnibus Objection** | | | |
| Informal | Todd Field | 2206 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Fortieth Omnibus Objection. |
| Informal | University of California | 61276 | The hearing on this Claim has been continued to April 7, 2021. |
| **Forty-Fifth Omnibus Objection** | | | |
| 9600 | Jacqueline O'Neil | 1685 | The Forty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. The Reorganized Debtors will attempt to resolve this Claim through the General Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |
| Informal | Leonard L Gauthier | 10068 | The Forty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. The Reorganized Debtors will attempt to resolve this Claim through the General Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |
| Informal | James Self | 10069 | The Forty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. The Reorganized Debtors will attempt to resolve this Claim through the General |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |
| Informal | Linda Mazano | 9957 | The Forty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. The Reorganized Debtors will attempt to resolve this Claim through the General Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |
| Informal | Phil Hartnett | 10632 | The Forty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. The Reorganized Debtors will attempt to resolve this Claim through the General Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |
| Informal | John Barnhardt | 10083 | The Forty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. The Reorganized Debtors will attempt to resolve this Claim through the General Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |
| Informal | Cellan Cahoon | 10056 | The Forty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. The Reorganized Debtors will attempt to resolve this Claim through the General Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |
| Informal | Alanna McDaniel | 10063 | The Forty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. The Reorganized Debtors will attempt to resolve this Claim through the General Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Greg Staude | 10059 | The Forty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. The Reorganized Debtors will attempt to resolve this Claim through the General Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |
| Informal | Richard Wimmer | 10066 | The Forty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. The Reorganized Debtors will attempt to resolve this Claim through the General Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |
| Informal | Travelers | 59825 | The hearing on this Claim has been continued to June 30, 2021. |
| **Forty-Ninth Omnibus Objection** | | | |
| 9920 | Stephen B. Pree | 87101 | The Forty-Ninth Omnibus Objection is WITHDRAWN with respect to this Claim. The Reorganized Debtors will attempt to resolve this Claim through the General Claims Procedures approved in the *Order Approving ADR and Related Procedures for Resolving General Claims* [Docket No. 9148]. |
| 9926 | Sanders Ergas | 86730 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Forty-Ninth Omnibus Objection. |

## **DECLARATION REGARDING STATUS AND RESOLUTION OF CLAIMS**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. The foregoing status and resolution of certain Claims is true and correct to the best of my knowledge, information, and belief.

3. This declaration was executed in San Francisco, California.

| | | |
|---|---|---|
| 1 | Dated: March 12, 2021 | **KELLER BENVENUTTI KIM LLP** |
| 2 | | By: /s/ *Dara L. Silveira* |
| 3 | | Dara L. Silveira |
| 4 | | *Attorneys for Debtors and Reorganized Debtors* |