| | |
|---|---|
| 1 | Andrew I. Silfen (*pro hac vice*) |
| | Beth M. Brownstein (*pro hac vice*) |
| 2 | **ARENT FOX LLP** |
| | 1301 Avenue of the Americas, 42nd Floor |
| 3 | New York, New York 10019 |
| | Telephone: (212) 484-3900 |
| 4 | Facsimile: (212) 484-3990 |
| | andrew.silfen@arentfox.com |
| 5 | beth.brownstein@arentfox.com |

Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 757-5500
Facsimile: (415) 757-5501
aram.ordubegian@arentfox.com

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**PLEASE TAKE NOTICE** that the appearance of David Mayo, Esq. on behalf of BOKF, NA, in its capacity as successor indenture trustee in the above-entitled action is hereby withdrawn. Service of pleadings and notices upon Mr. Mayo in these cases should be discontinued.

Dated: March 12, 2021      **ARENT FOX LLP**

By: */s/ Aram Ordubegian*
    Aram Ordubegian (SBN 185142)
    Andrew I. Silfen (*pro hac vice*)
    Beth M. Brownstein (*pro hac vice*)

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*