

Signed and Filed: March 15, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  FTI CONSULTING, INC.
*Financial Advisor to the Official Committee of Unsecured Creditors*

SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

*Counsel to the Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

    - and -

PACIFIC GAS AND ELECTRIC COMPANY,

           Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)

Bankruptcy Case
No. 19-30088 (DM)
(Lead Case)
(Jointly Administered)

Chapter 11

**ORDER ALLOWING FINAL APPLICATION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM FEBRUARY 12, 2019 THROUGH JULY 31, 2020**

[Related Doc. Nos 10081, 8886]

<u>Hearing Stricken for Lack of Objection</u>
Date:  February 24, 2021
Time:  10:00 a.m. (Pacific Time)
Place: (Telephonic/Video Appearances Only)
       United States Bankruptcy Court
       Courtroom 17,
       450 Golden Gate Avenue
       16th Floor
       San Francisco, CA

Judge: Hon. Dennis Montali

Upon consideration of the final application (the **Application**") of FTI Consulting, Inc. (the "**Applicant**"), as Financial Advisor for the above-captioned Official Committee of Unsecured Creditors (the "**UCC**"), and this Court having jurisdiction to consider the Application and the relief request therein pursuant to 28 U.S.C. §§ 157 and 1334 and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and no objections or responses to the Application having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Application resulting from the compromise between the Applicant and the Fee Examiner as set forth in that certain *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (3rd Set)* [Doc. No. 10081] (the "**Notice of Hearing**"); and the Court having issued a Docket Order on February 23, 2021, approving the compromise set forth in the Notice of Hearing; and the Applicant, having represented to the Fee Examiner that all previous payments of fees and expenses are reflected in the amounts set forth below, and good and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Application is approved on a final basis as reflected herein.

2. The applicant is awarded final allowance of compensation for professional services rendered during the Application Period in the amount of $18,219,016.25 in fees and $140,583.20 in actual and necessary expenses.

3. The Reorganized Debtors are authorized to make payment to the Applicant of $568,477.36 in allowed fees not already paid by the Debtors or Reorganized Debtors.

4. The Court retains jurisdiction over any issues or disputes arising out of or relating to

this Order.

APPROVED AS TO FORM AND CONTENT
Dated:

*/s/ Scott H. McNutt*
Scott H. McNutt
*Counsel to the Fee Examiner*

**\*\*\*END OF ORDER\*\*\***