Entered on Docket
March 16, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 16, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

*Attorneys for Debtors and Reorganized Debtors*

BROWN RUDNICK LLP
Joel S. Milibrand (#077438)
(jmilibrand@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Tel: 949 725 7100
Fax: 949 2521514

David J. Molton (#262075)
(dmolton@brownrudnick.com)
Seven Times Square
New York, NY 10036
Tel: 212 209 4800
Fax: 212 209 4801

*Attorneys to the Hon. John K. Trotter (Ret.) Retained Trustee of PG&E Fire Victim Trust under Order of the U.S. Bankruptcy Court (N.D. Cal.)Case 19-30088 [Docket No. 6760]*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br><br>   – and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                           Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER APPROVING STIPULATION REGARDING CLAIMS ADMINISTRATOR'S REQUEST FOR PG&E CONFIDENTIAL CUSTOMER INFORMATION [DOCKET NO. 10318]** |

The Court, having considered the Stipulation Regarding the Claims Administrator's Request for PG&E Confidential Customer Information filed on March 2, 2021 [Docket No. 10318], (the "Joint Stipulation"), and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:[1]

1. The Joint Stipulation is hereby approved.

2. In order to efficiently and fairly compensate Claimants, and to assist the Claims Administrator in verifying information, the Fire Victims Trustee and the Claims Administrator have a compelling need that cannot reasonably be accommodated by means other than for PG&E to disclose the Confidential Customer Information to the Fire Victims Trustee and the Claims Administrator.

3. Upon order of the Court approving the Stipulation, PG&E shall provide or produce Confidential Customer Information to the Fire Victim Trustee and Claims Administrator to the extent reasonably requested by the Fire Victim Trustee or Claims Administrator in connection with Claims submitted to the Fire Victim Trust.

4. All information provided to the Fire Victim Trustee or Claims Administrator pursuant to this Stipulation and Order shall be treated as Confidential Information under the terms of the Protective Order.

**\*\*END OF ORDER\*\***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Joint Stipulation.