KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESOLUTION OF OMNIBUS OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS** |
| Debtors. | [Re: Dkt. Nos. 9275, 9888, and 10040] |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **Resolving Objections Set for Hearing March 24, 2021 at 10:00 a.m. (Pacific Time)** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

# REPORT ON RESOLUTION OF CERTAIN CLAIMS

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the resolution of the *Reorganized Debtors' Twenty-Second Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9275] (the "**Twenty-Second Omnibus Objection**"); the *Reorganized Debtors' Fifty-First Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9888] (the "**Fifty-First Omnibus Objection**"); and the *Reorganized Debtors' Fifty-Eighth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 10040] (the "**Fifty-Eighth Omnibus Objection**") as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Twenty-Second Omnibus Objection** | | | |
| Informal | Global Ampersand LLC | 27367 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Twenty-Second Omnibus Objection. |
| **Fifty-First Omnibus Objection** | | | |
| 10012 | Eagle Ridge Preserve, LLC | 8501 | The Fifty-First Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Fifty-Eighth Omnibus Objection** | | | |
| Informal | California Department of Tax and Fee Administration | 3287 | The Fifty-Eighth Omnibus Objection is WITHDRAWN with respect to this Claim. |

# DECLARATION REGARDING RESOLUTION OF CLAIMS

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. The foregoing resolution of certain Claims is true and correct to the best of my knowledge, information, and belief.

3. The omnibus hearing on March 24, 2021 will proceed with respect to certain of the Claims ordered continued in the *Order Granting Ex Parte Application to Continue December 15, 2020 Hearing on Omnibus Claim Objections with Respect to Certain Claims* [Docket No. 9754]. The Reorganized Debtors will file a supplemental report regarding these Claims on Friday, March 19, 2021.

4. This declaration was executed in San Francisco, California.

Dated: March 17, 2021

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*