WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251
*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' FIRST SECURITIES CLAIMS OMNIBUS OBJECTION (NO LOSS CAUSATION – SECURITIES SOLD PRIOR TO THE FIRST PURPORTED "CORRECTIVE DISCLOSURE")**<br><br>**Response Deadline: April 14, 2021, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date:   April 28, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**TO: (A) THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; (B) THE OFFICE OF THE UNITED STATES TRUSTEE; (C) THE AFFECTED CLAIMANTS; AND (D) OTHER PARTIES ENTITLED TO NOTICE:**

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submit this first securities claims omnibus objection (the "**Objection**") to the claims identified in the column headed "Claims To Be Disallowed/Expunged" on **Exhibit 1** annexed hereto. Contemporaneously herewith, the Reorganized Debtors submit the Declaration of Edward J. Radetich, Jr., dated March 17, 2021, in support of this Objection.

This omnibus objection seeks to expunge the proofs of claim filed by certain former PG&E security holders who sold before the first purported corrective disclosure and therefore, by definition, suffered no loss that is recoverable under the federal securities laws. Fundamentally, federal securities claims assert that a company's false statements artificially inflate the price of the company's stock, until the market learns the "truth" behind those statements through some event—commonly referred to as a "corrective disclosure"— or series of events at which point the company's stock price drops (in theory, to where it would have been had the market known the truth all along). Investors who sell their securities before a corrective disclosure, accordingly, do so at the artificially-inflated price and therefore suffer no loss caused by the company's misstatements. *See Dura Pharm., Inc. v. Broudo*, 544 U.S. 336, 341-43 (2005); *see also In re Oracle Corp. Sec. Litig.*, 627 F.3d 376, 392 (9th Cir. 2010) ("Loss causation is established if the market learns of a defendant's fraudulent act or practice, the market reacts to the fraudulent act or practice, and a ***plaintiff suffers a loss as a result of*** the market's reaction.") (emphasis added).

Here, the Debtors do not concede there was any "corrective disclosure" because the Debtors deny that they misled investors in the first place. But even if any claimant could establish that the Debtors misled investors, the first purported "corrective disclosure" was made on October 12, 2017—the date on which, as has been alleged, "the market ***began*** to understand that PG&E's safety regulation violations were likely a proximate cause of the North Bay Fires." Third Amended Complaint (as defined below),

¶ 328 (emphasis added). Accordingly, Claimants who sold their PG&E securities before October 12, 2017 made those sales at prices that (assertedly) remained inflated by the Debtors' alleged misstatements. Those Claimants, therefore, could not have suffered a loss caused by the Debtors' alleged misstatements. *See Dura Pharm.*, 544 U.S. at 343; *In re Oracle*, 627 F.3d at 392. As a result, their claims must be expunged.

## I. JURISDICTION

This Court has jurisdiction over the Objection under 28 U.S.C. §§ 157 and 1334; the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.); and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"). This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested are section 502 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (collectively, the "**Bankruptcy Rules**").

## II. BACKGROUND

On January 29, 2019 (the "**Petition Date**"), the Debtors commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code.

On July 1, 2019, the Court entered the *Order Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors* [Docket No. 2806] (the "**Bar Date Order**"). The Bar Date Order set October 21, 2019 at 5:00 p.m. Pacific Time (the "**Bar Date**") as the deadline to file all proofs of claim (each, a "**Proof of Claim**") with respect to any prepetition claim (as defined in section 101(5) of the Bankruptcy Code) against either of the Debtors. The Bar Date Order required any person who had a prepetition claim to file that claim by the Bar Date. Notice of the Bar Date was disseminated widely pursuant to the Bar Date Order, including to all record holders of the Debtors' securities based on a record date of July 1, 2019. In total,

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

approximately 111,000 holders of the Debtors' common equity, 11,300 noteholders, and all 1,352 brokerage nominees who held the Debtors' securities on behalf of their clients received notice of the Bar Date.

On October 21, 2019, the Public Employees Retirement Association of New Mexico ("**PERA**") filed a proof of claim against each debtor.[1] The proofs of claim asserted certain securities claims on behalf of PERA and incorporated an amended complaint that PERA had filed as lead plaintiff in a putative securities class action pending in the U.S. District Court for the Northern District of California (the "**Securities Litigation**"). *See In re PG&E Corp. Sec. Litig.*, No. 3:18-cv-03509-EJD (N.D. Cal. May 28, 2019) [Sec. Litig. Docket No. 121]. This amended complaint (the "**Third Amended Complaint**") asserts claims against the Debtors, among others, under the Securities Act of 1933, the Exchange Act of 1934, and SEC Rule 10b-5 for alleged false and misleading statements regarding the Debtors' wildfire safety practices. *See id.* The putative class in the Securities Litigation comprises investors who, during the period from April 29, 2015 through November 15, 2018, inclusive (the "**Putative Class Period**"), purchased or otherwise acquired certain publicly traded securities of the Debtors. *Id.*; *see also Reorganized Debtors' Objection to Securities Lead Plaintiff's Renewed Motion to Apply Bankruptcy Rule 7023 and Certify a Limited Class* [Docket No. 9375] at 7 n.8. The Securities Litigation is permanently enjoined as to the Reorganized Debtors and associated claims, other than any entitlement to distributions under the Plan, are discharged pursuant to the Plan.

The Third Amended Complaint alleges that purportedly false and misleading statements made by the Debtors and other defendants "caused PG&E securities to trade at artificially inflated levels" through the Putative Class Period, but that "the truth started to emerge on October 12, 2017"—nearly two and a half years into the Putative Class Period. Third Amended Complaint, ¶¶ 321, 328 ("It was not until Thursday, October 12, 2017 that the market began to understand that PG&E's safety regulation violations were likely a proximate cause of the North Bay Fires.").

On December 9, 2019, PERA filed a motion seeking to apply Bankruptcy Rule 7023 to the class proofs of claim filed by PERA in the Chapter 11 Cases [Docket No. 5042] (the "**7023 Motion**"). On

---

[1] PERA subsequently also filed a Rescission or Damage Proof of Claim Form (as herein defined).

February 27, 2020, the Court entered an order denying the 7023 Motion but extending the Bar Date to April 16, 2020 (the "**Extended Securities Bar Date**") with respect to certain claimants (the "**Securities Claimants**," and their claims, the "**Securities Claims**") that purchased or acquired certain of the Debtors' publicly held debt and equity securities during the Putative Class Period who believed they may have claims against the Debtors under the securities laws for rescission or damages arising out of their trading in those securities [Docket No. 5943] (the "**Extended Securities Bar Date Order**").[2] Pursuant to the Extended Securities Bar Date Order, the Court approved a customized proof of claim form for Securities Claims (the "**Rescission or Damage Proof of Claim Form**" and Securities Claims filed on such form, the "**Rescission or Damage Proofs of Claim**") and a form of notice of the Extended Securities Bar Date (the "**Rescission or Damage Claim Bar Date Notice**").

This Court has already addressed the first purported corrective disclosure in connection with the confirmation of the Plan. In connection with the dispute over the Plan formula that converted allowed amounts of damages arising out of securities proofs of claim by equity holders into shares, the parties submitted extensive briefing and engaged in multiple arguments before the Court. During the confirmation proceedings, PERA referenced October 12, 2017, as the date of the first alleged corrective disclosure in its filings and its presentation to the Court in connection with its objections to confirmation of the Plan. *See Securities Lead Plaintiff's Submission of Argument Demonstrative for Use During Oral Argument at Confirmation Hearing* [Docket No. 7791] at 17-26 (attached hereto as **Exhibit 2**); *see also Securities Lead Plaintiff's Objection to Confirmation of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated March 16, 2020* [Docket No. 7296] at 6, 12; Tr. Jun. 5, 2020 at 78:10-22.[3] No other securities holder objected to or disputed that designation. The Court then adopted

---

[2] In addition, although not relevant here, the Bar Date was also extended to December 31, 2019 solely with respect to unfiled, non-governmental Fire Claimants [Docket No. 4672].

[3] "MR. BEHLMANN [for PERA]: So a couple things, Your Honor. Number one, as alleged in the third amended complaint in the securities litigation and as we'll discuss in a little bit, there were actually nine -- the October 12th drop in the stock price, the equity plan proponents would have Your Honor believe that once that occurred, that was it. Fraud was over, stock price then reflect -- after that point reflected every fact existing in the world, and the fraud was over. In reality, Your Honor, there were nine successive stock drops over the course of the class period . . . ."

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

a conversion formula—Section 1.109 of the Plan (as herein defined)—that involves a number of periods, the first of which ends on October 13, 2017, the day after the first purported corrective disclosure.

By Order dated June 20, 2020 [Docket No. 8053], the Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* (as may be further modified, amended or supplemented from time to time, and together with any exhibits or scheduled thereto, the "**Plan**"), including the Plan formula for converting allowed equity securities claims into shares. The Effective Date of the Plan occurred on July 1, 2020 (the "**Effective Date**"). *See* Docket No. 8252. Pursuant to the Plan, the Securities Litigation is permanently enjoined as to the Reorganized Debtors, and associated claims, other than any entitlements to distributions under the Plan, are discharged. *See* Plan §§ 4.12, 4.14, 4.32, 10.6.

On January 25, 2021, the Court entered the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 10015] (the "**Securities Claims Procedures Order**"). Pursuant to the Securities Claims Procedures Order, the Court approved, among other things, procedures for filing omnibus objections to Securities Claims (the "**Securities Omnibus Objection Procedures**"), including that "the holder of a Subordinated Securities Claims sold all or part of his or her position(s) before the release of any purported 'corrective disclosure(s).'" Securities Claims Procedures Order at ¶ 8(b); *see also* Securities Claims Procedures Order, Ex. A-3 at ¶ I.C.2.

## III.  RELIEF REQUESTED

The Reorganized Debtors file this Objection, pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007(d), Bankruptcy Local Rule 3007-1, and the Securities Claims Procedures Order, seeking entry of an order disallowing and expunging certain Rescission or Damage Proofs of Claim for which the Debtors have not caused any cognizable losses, identified on **Exhibit 1** hereto (the "**No Loss Causation Claims**"). As set forth below, the Debtors have not caused any cognizable losses for the No Loss Causation Claims because each claimant liquidated its entire position in the Debtors' securities set forth in the applicable Recession or Damage Proof of Claim (their "**Entire Position**") on or before October 11, 2017—*i.e.*, before the first alleged "corrective disclosure" in the Securities Litigation. In other words, not one of the claimants that is asserting a No Loss Causation Claim held *any* of the Debtors'

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

securities on or after the earliest date when the alleged fraud was revealed (October 12, 2017). Thus, each such claimant both bought and sold when the shares were purportedly selling at inflated prices and therefore suffered no cognizable losses caused by the Debtors. For the reasons set forth herein, the Reorganized Debtors request that the No Loss Causation Claims be disallowed and expunged.

## IV.  ARGUMENT

### A.  The No Loss Causation Should be Disallowed and Expunged.

The Securities Claims Procedures Order supplemented Bankruptcy Rule 3007(d) to permit the Reorganized Debtors to file objections to more than one Securities Claim if the holder "sold all or part of his or her position(s) before the release of any purported 'corrective disclosure(s).'" Securities Claims Procedures Order ¶ 8(b); *see also* Securities Omnibus Objection Procedures ¶ I.C.2. Bankruptcy Rule 3007(e) requires that an omnibus objection must list the claimants alphabetically and by cross-reference to claim numbers. The Reorganized Debtors and their advisors have reviewed each of the No Loss Causation Claims identified on Exhibit 1 and have determined that each of the No Loss Causation Claims reflect trading histories where *all* holdings of the Debtors' securities had been entirely liquidated *before* October 12, 2017, the date of the first purported "corrective disclosure."

With respect to each of the proofs of claim identified in Exhibit 1, it does not matter if the claimant sold securities at lower prices and therefore suffered a "loss" because the sales occurred before any purported corrective disclosure and therefore the claim fails to establish loss causation. Loss causation—"i.e., a causal connection between the material misrepresentation and the loss"—is an essential element of a securities fraud complaint. *See Dura Pharm.,* 544 U.S. at 341-42 (2005); *see also In re Oracle Corp. Sec. Litig.*, 627 F.3d at 392 ("Loss causation is established if the market learns of a defendant's fraudulent act or practice, the market reacts to the fraudulent act or practice, and a ***plaintiff suffers a loss as a result of*** the market's reaction.") (emphasis added). Mere allegations of an inflated purchase price are insufficient to establish loss causation. *See Dura Pharm.*, 544 U.S. at 342, 347 (overturning the Ninth Circuit and holding that a securities fraud plaintiff who merely alleged an inflated purchase price did not sufficiently plead loss causation or economic loss).

"The burden of pleading loss causation is typically satisfied by allegations that the defendant

revealed the truth through 'corrective disclosures,' which caused the company's stock price to drop and investors to lose money." *See Bonanno v. Cellular Biomedicine Grp., Inc.*, No. 15-cv-1795, 2016 WL 4585753, at *3 (N.D. Cal. Sept. 2, 2016) (quotation marks omitted). Normally "an inflated purchase price will not itself constitute or proximately cause the relevant economic loss," because "at the moment the transaction takes place, the plaintiff has suffered no loss; the inflated purchase payment is offset by ownership of a share that *at that instant* possesses equivalent value." *Dura Pharm.*, 544 U.S. at 342 (emphasis in original). Indeed, where a plaintiff alleges only an inflated purchase price, it is "far from inevitabl[e]" that the purported misrepresentation caused any subsequent economic loss, because a subsequent sale at a "lower price may reflect, not the earlier misrepresentation, but changed economic circumstances, changed investor expectations, new industry-specific or firm-specific facts, conditions, or other events, which taken separately or together account for some or all of that lower price." *Id.* at 342-43.

Thus, courts in the Ninth Circuit have dismissed or not allowed recovery on securities fraud claims premised on securities that were liquidated prior to a "corrective disclosure." For example, in *Hurst v. Enphase Energy, Inc.*, No. 20-cv-04036-BLF, 2020 WL 7025085, at *8 (N.D. Cal. Nov. 30, 2020), the District Court found "[i]nvestors who bought or acquired [defendant's] stock during the proposed class period, but sold the stock prior to [the date of the corrective disclosure], would not have suffered injury from the fraud because they would have also sold the stock at an alleged artificially inflated price."). Similarly, in *Vinh Nguyen v. Radient Pharmaceuticals Corp.*, No. SACV 11-00406 DOC (MLGx), 2014 WL 1802293, at *5-7 (C.D. Cal. May 6, 2014), the District Court approved, over objection, an allocation in a securities class action settlement that provided no recovery for traders who their securities sold prior to the first corrective disclosure and who provided no other evidence that the alleged misrepresentation caused the asserted losses. And in *In re Cornerstone Propane Partners, L.P. Sec. Litig.*, No. C 03-2522 MHP, 2006 WL 1180267, at *9 (N.D. Cal. May 3, 2006), the District Court excluded from a securities class action "plaintiffs who sold their stock before [the date] when the first corrective disclosure occurred" because they "did not suffer any loss causally related to defendants' alleged misrepresentations." *See also In re Flag Telecom Holdings, Ltd. Sec. Litig.*, 574 F.3d 29, 38-41

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

(2d Cir. 2009) (traders who sold securities prior to the corrective disclosure, without more, could not establish loss causation and must be excluded from the certified class); *Glaser v. Enzo Biochem, Inc.*, 464 F.3d 474, 479 (4th Cir. 2006), *cert. denied* 549 U.S. 1304 (2007) (dismissing complaint for failure to adequately plead loss causation where plaintiffs sold all shares before a corrective disclosure).

Here, because each of the claimants identified in Exhibit 1 entirely liquidated their Entire Position in PG&E securities prior to the first purported "corrective disclosure" on October 12, 2017, none of them can establish that purported misrepresentations and omissions by the Debtors *caused* any loss at all. Nor do the claims identified in Exhibit 1 separately allege any earlier date for a purported corrective disclosure, or for that matter, any alternate theory of loss causation. *See* Thomas Lee Hazen, 4 Law Sec. Reg. § 12:93, Westlaw (updated December 2020) ("A plaintiff must be able to point to the market's reaction to the truth on the market and how that information filtered into the market other than through a corrective press release."). Thus, the Debtors' alleged misrepresentations did not cause any losses to Securities Claimants who liquidated their Entire Position before October 12, 2017, the date of the first purported corrective disclosure. Accordingly, the Debtors have not caused any cognizable losses for the claims identified in Exhibit 1.

### B. The Claimants Bear the Burden of Proof.

A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). Section 502(b)(1) of the Bankruptcy Code, however, provides in relevant part that a claim may not be allowed if "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). Once the objector raises "facts tending to defeat the claim by probative force equal to that of the allegations of the proofs of claim themselves," *Wright v. Holm (In re Holm)*, 931 F.2d 620, 623 (9th Cir. 1991), quoting 3 L. King, *Collier on Bankruptcy* § 502.02, at 502-22 (15th ed. 1991), then "the burden reverts to the claimant to prove the validity of the claim by a preponderance of the evidence." *Ashford v. Consol. Pioneer Mortg. (In re Consol. Pioneer Mortg.)*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995) (quoting *In re Allegheny Int'l, Inc.*, 954 F.2d 167, 173-74 (3d Cir. 1992)), *aff'd*, 91 F.3d 151 (9th Cir. 1996) (unpublished table decision). "[T]he ultimate burden of persuasion is always on the claimant." *Holm*, 931 F.2d at 623 (quoting 3 L.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

King, *Collier on Bankruptcy* § 502.02, at 502-22 (15th ed. 1991)); *see also Lundell v. Anchor Constr. Specialists, Inc.*, 223 F.3d 1035, 1039 (9th Cir. 2000); *Spencer v. Pugh (In re Pugh)*, 157 B.R. 898, 901 (B.A.P. 9th Cir. 1993); *Cal. State Bd. of Equalization v. Off. Unsecured Creditors' Comm. (In re Fid. Holding Co.)*, 837 F.2d 696, 698 (5th Cir. 1988).

As set forth above, the Reorganized Debtors submit that the claim identified in Exhibit 1 do not represent a current right to payment and, therefore, should be disallowed and expunged. If any Securities Claimant believes that a No Loss Causation Claim is valid, it must present affirmative evidence demonstrating the validity of that claim.

### C. The No Loss Causation Claims May Be Objected to by an Omnibus Objection.

Bankruptcy Rule 3007(d) and the Securities Omnibus Objection Procedures govern omnibus objections to Securities Claims in these Chapter 11 Cases. Pursuant to Bankruptcy Rule 3007(d)(4) and Paragraph I.C.2 of the Securities Omnibus Objection Procedures, objections to more than one claim may be joined if the objections are based on the grounds that the claims should be disallowed because the Securities Claimant sold all or part of his or her position(s) before the release of any purported "corrective disclosure(s)." Pursuant to Paragraph I.B of the Securities Omnibus Objection Procedures, the Reorganized Debtors may object to up to 250 Securities Claims per Omnibus Objection.

In accordance with Paragraph I.E of the Securities Omnibus Objection Procedures, Exhibit 1 hereto provides the following information: (i) an alphabetized list of the claimants whose proofs of claim are subject to this Objection; (ii) the claim numbers of the proofs of claim that are the subject of this Objection; (iii) the amount of claim asserted in each proof of claim, or a statement that the claim seeks an unliquidated amount; (iv) the date each proof of claim was filed, and (v) the grounds for this Objection. Furthermore, the Reorganized Debtors will give notice to the holders of each of the No Loss Causation Claims, the form of which satisfies the requirements set forth in Paragraph F of the Securities Omnibus Objection Procedures.

### V. RESERVATION OF RIGHTS

The Reorganized Debtors hereby reserve the right to object, as applicable, in the future to any of

the Proofs of Claim listed in this Objection on any ground not previously ruled upon, and to amend, modify, or supplement this Objection to the extent an objection to a claim is not granted, and to file other objections to any proofs of claims filed in these cases, including, without limitation, objections as to the amounts asserted therein, or any other claims (filed or not) against the Debtors, regardless of whether such claims are subject to this Objection. A separate notice and hearing will be scheduled for any such objections. Should the grounds of objection specified herein be overruled or withdrawn, wholly or in part, the Reorganized Debtors reserve the right to object to the No Loss Causation Claims on any other grounds that the Reorganized Debtors may discover or deem appropriate. *See* Securities Omnibus Objection Procedures, ¶ I.J.

## VI.    NOTICE

Notice of this Objection will be provided to (i) the holders of the No Loss Causation Claims; (ii) the Office of the U.S. Trustee for Region 17 (Attn: Andrew R. Vara, Esq. and Timothy Laffredi, Esq.); (iii) all counsel and parties receiving electronic notice through the Court's electronic case filing system; and (iv) those persons who have formally appeared in these Chapter 11 Cases and requested service pursuant to Bankruptcy Rule 2002. The Reorganized Debtors respectfully submit that no further notice is required. No previous request for the relief sought herein has been made by the Reorganized Debtors to this or any other Court.

WHEREFORE the Reorganized Debtors respectfully request entry of an order granting (i) the relief requested herein as a sound exercise of the Reorganized Debtors' business judgment and in the best interests of their estates, creditors, shareholders, and all other parties interests, and (ii) such other and further relief as the Court may deem just and appropriate.

Dated: March 17, 2021                          **WEIL, GOTSHAL & MANGES LLP**
                                                **KELLER BENVENUTTI KIM LLP**

                                                By:  */s/ Richard W. Slack*
                                                     Richard W. Slack

                                                *Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

**<u>Exhibit 1</u>**

**No Loss Causation Claims**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AFTRA RETIREMENT FUND<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 99069 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $76.63 | $76.63 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 2 | ALMQUIST, BRUCE G<br>2817 RIFLE RIDGE ROAD<br>OAKTON VA 22124 | | 102986 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $480.52 | $480.52 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 3 | AMF AKTIEFOND GLOBAL<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100993 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 4 | AMF AKTIEFOND NORDAMERIKA<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100907 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 5 | AMF AKTIEFOND VARLDEN<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100910 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 6 | AMF BALANSFOND<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100914 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 7 | ANNE B. WALLACE IRA<br>30 OLD CLUB CT.<br>NASHVILLE TN 37215 | | 105114 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 8 | APOLLO 62<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 99194 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 9 | ARIZONA SHEET METAL PENSION TRUST FUND<br>ATTN: SUZANNE MICHEL<br>2550 W. UNION HILLS DRIVE, SUITE 290<br>PHOENIX AZ 85027 | | 100574 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $632.00 | $632.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 10 | ARONSON, FRANK<br>21 WOODCHESTER DRIVE<br>CHESTNUT HILL MA 02467 | | 98449 | PG&E Corporation | 4/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 11 | ARTHUR PETTY IRA<br>3598 N DEL-LU DRIVE<br>SPRINGFIELD MO 65803 | | 98110 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 12 | ASCHETTINO, MICHAEL<br>21 SMITH LANE<br>EASTHAM MA 02642 | | 98265 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

[1] Claims listed as $0.00 seek an unliquidated amount.

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | BARRY & KATHLEEN CARR TTES U/A DATED 11/30/2000<br>45 POSSUM LANE<br>PORTOLA VALLEY CA 94028 | | 100055 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $770.18 | $770.18 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 14 | BIBB, JEFFREY V<br>555 POND APPLE RD<br>CLARKSVILLE TN 37043 | | 105648 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 15 | BRIAN C BERGNER AND REGINA V BERGNER TENANTS IN COMMON<br>923 E KILBOURN AVE UNIT 2601<br>MILWAUKEE WI 53202 | | 103371 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 16 | BROWN, CRAIG<br>5 WHISPERING WAY<br>STOW MA 01775 | | 98427 | PG&E Corporation | 4/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 17 | CAREY, EDWARD F.<br>820 COBORN COURT<br>SARTELL MN 56377 | | 105413 | PG&E Corporation | 5/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 18 | CARLSON, MARY JOHANNA<br>7141 HEATHERWOOD DRIVE<br>RENO NV 89523 | | 99232 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 19 | CENTRAL PENNSYLVANIA TEAMSTERS HEALTH AND WELFARE FUND<br>CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND<br>ATTN: JOSEPH SAMOLEWICZ<br>1055 SPRING ST.WYOMISSING PA 19610 | | 101603 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 20 | CFS INTERNATIONAL INC. / DEFINED BENEFIT PENSION PLAN<br>6789 QUAIL HILL PKWY, SUITE 850<br>IRVINE CA 92603 | | 98074 | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $5,983.37 | $5,983.37 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 21 | CHARLES W. SWAN AS TRUSTEE UNDER REVOCABLE DECLARATION OF TRUST DTD 5/14/93<br>701 RETREAT DRIVE<br>APT.120<br>NAPLES FL 34110 | | 103216 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 22 | CIBC GLOBAL EQUITY FUND<br>ASSET MANAGEMENT INC<br>18 YORK STREET SUITE 1300<br>TORONTO ON M5J 2T8 | | 102445 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 23 | CITY OF AVON PARK FIREFIGHTERS' RETIREMENT SYSTEM<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 99048 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 24 | CITY OF CAPE CORAL MUNICIPAL GENERAL EMPLOYEES' PENSION TRUST FUND<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 99124 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | CITY OF DELTONA FIREFIGHTERS' PENSION PLAN C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | | 99074 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 26 | CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST 2901 BRIDGEPORT AVENUE COCONUT GROVE FL 33133 | | 102859 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 27 | CITY OF TITUSVILLE GENERAL EMPLOYEES' PENSION PLAN C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | | 99480 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,678.20 | $4,678.20 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 28 | CITY OF WINTER GARDEN PENSION PLAN FOR FIREFIGHTERS AND POLICE OFFICERS C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | | 99191 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 29 | CLIFFER, ELLEN A 1930 SHERIDAN RD BUFFALO GROVE IL 60089 | | 99974 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 30 | CTC TRADING GROUP LLC, C/O CLAIMS COMPENSATION BUREAU LLC 1100 EAST HECTOR STREET SUITE 250 CONSHOHOCKEN PA 19428 | | 101672 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,935.27 | $1,935.27 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 31 | CUSHNIE, JAY R 23804 NE 127TH STREET REDMOND WA 98053 | | 103197 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 32 | DADSON, MYRON E 16808 BLENHEIM DRIVE LUTZ FL 33549 | | 103025 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $465.31 | $465.31 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 33 | DANSKE INVEST ALLOCATION SICAV STABLE C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | | 101012 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 34 | DAVID W SWIM TTEE DAVID W SWIM REVOCABLE TRUST DTD 07/22/2005 110 WASHINGTON AVE APT 2422 MIAMI BEACH FL 33139-7239 | | 98811 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $1,521.53 | $1,521.53 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 35 | DELAWARE NATIONAL HIGH-YIELD MUNICIPAL BOND FUND C/O PETER M. SAPAROFF, ESQ.- MINTZ LEVIN ONE FINANCIAL CENTER BOSTON MA 02111 | | 99534 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 36 | DELAWARE TAX FREE CALIFORNIA FUND MINTZ LEVIN C/O PETER M. SAPAROFF, ESQ. ONE FINANCIAL CENTERBOSTON MA 02111 | | 99373 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

**First Securities Claims Omnibus Objection**
**(No Loss Causation – Securities Sold Prior To**
**The First Purported "Corrective Disclosure")**

**Exhibit 1**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | DELAWARE TAX FREE USA FUND C/O PETER M. SAPAROFF, ESQ. - MINTZ LEVIN ONE FINANCIAL CENTER BOSTON MA 02111 | | 99594 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 38 | DIRECTORS GUILD OF AMERICA-PRODUCER PENSION PLAN BASIC BENEFIT PLAN 5055 WILSHIRE BLVD, SUITE 600 LOS ANGELES, CA 90036 | | 100922 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,646.21 | $1,646.21 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 39 | DIRECTORS GUILD OF AMERICA-PRODUCER PENSION PLAN SUPPLEMENTAL BENEFIT PLAN 5055 WILSHIRE BLVD, SUITE 600 LOS ANGELES CA 90036 | | 100750 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,333.83 | $1,333.83 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 40 | DONOHUE, BRYAN AND MARIA 857 PERSIMMON ROAD SEWICKLEY PA 15143 | | 105235 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 41 | DRESCH, LARRY D. 4301 FIDDLESTICKS DR. LAFAYETTE IN 47909 | | 103991 | PG&E Corporation | 5/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 42 | DRRT FBO CREDIT SUISSE FUNDS AG (3327) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 101065 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 43 | DRRT FBO CREDIT SUISSE FUNDS AG (4418) DRRT 340 WEST FLAGLER STREET SUITE 201MIAMI FL 33130 | | 101144 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 44 | DRRT FBO CREDIT SUISSE FUNDS AG (4422) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 101215 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 45 | DRRT FBO CREDIT SUSSIE FUNDS AG (3723) DRRT 340 WEST FLAGLER STREET SUITE 201MIAMI FL 33130 | | 101029 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 46 | DRRT FBO DEKA INVESTMENT GMBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 98936 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 47 | DRRT FBO DEKA INVESTMENT GMBH (11202) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 101111 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 48 | DRRT FBO DEKA INVESTMENT GMBH (12182) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 101160 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | DRRT FBO DEKA INVESTMENT GMBH (70807)<br>340 WEST FLAGLER STREET, SUITE 201<br>MIAMI FL 33130 | | 101190 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 50 | DRRT FBO DEKA VERMÖGENSMANAGEMENT GMBH (04100)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100183 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 51 | DRRT FBO GÉRIFONDS SA<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99183 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 52 | DRRT FBO GÉRIFONDS SA<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99234 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 53 | DRRT FBO GÉRIFONDS SA<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99265 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 54 | DRRT FBO HANSAINVEST HANSEATISCHE INVESTMENT-GMBH<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100921 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 55 | DRRT FBO HANSAINVEST HANSEATISCHE INVESTMENT-GMBH<br>DRRT<br>340 WEST FLAGLER STREET<br>SUITE 201MIAMI FL 33130 | | 100847 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 56 | DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99282 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 57 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (EB530 QU)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99561 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 58 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (FESTO AL)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100049 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 59 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (HAWL QUA)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100119 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 60 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (PWM KVSA)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100389 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|-----|-------------------|----------------------|----------------------------------|--------|-----------|---------|----------------|----------|-----------|-------|---------------------|
| 61 | DRRT FBO LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH (3009) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100510 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 62 | DRRT FBO LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH (3117) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100080 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 63 | DRRT FBO LRI INVEST S.A. 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 101007 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 64 | DRRT FBO LRI INVEST S.A. DRRT 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100998 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 65 | DRRT FBO METZLER ASSET MANAGEMENT GMBH (XEE) 340 WEST FLAGLER SREET SUITE 201 MIAMI FL 33130 | | 100879 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 66 | DRRT FBO MULTICONCEPT FUND MANAGEMENT S.A (1891) DRRT 340 WEST FLAGLER STREET SUITE 201MIAMI FL 33130 | | 101418 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 67 | DRRT FBO ODDO BHF ASSET MANAGEMENT GMBH (3041) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99669 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 68 | DRRT FBO ODDO BHF ASSET MANAGEMENT GMBH (FT-133) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99660 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 69 | DRRT FBO SOCIÉTÉ GÉNÉRALE SECURITIES SERVICES GMBH (DE0290N00) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100168 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 70 | DRRT FBO SWISS REINSURANCE COMPANY LTD (NYEU11) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99613 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 71 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NF67L8) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99655 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 72 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYEU12) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99699 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 73 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYGE5F)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99636 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 74 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF2A9F)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99688 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 75 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF2AA1)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99825 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 76 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF3J05)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99834 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 77 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF67B5)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100182 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 78 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF7028)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99846 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 79 | DRRT FBO SWISSCANTO FONDSLEITUNG AG<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 98899 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 80 | DRRT FBO SWISSCANTO FONDSLEITUNG AG<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 98980 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 81 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0077)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100078 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 82 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0219)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100089 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 83 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU6160)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100116 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 84 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A.(LU9963_Q)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100320 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A.(LU9963_V) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100488 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 86 | DRRT FBO WARBURG INVEST AG 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99830 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 87 | DRRT FBO WARBURG INVEST AG 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100429 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 88 | ECL MSSB FBO ESPERANZA L. NAUSS TTEE 1770 LATOUR AVE. BRENTWOOD CA 94513 | | 104918 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 89 | EILEEN K. LIBERMAN (BENE) INHERITED IRA 10 OLD WOODS DRIVE HARRISON NY 10528-2420 | | 105264 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 90 | ELAINE K. RODNON IRA 7572 ISLAND BREEZE TERRACE BOYNTON BEACH FL 33437-5403 | | 104820 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 91 | ELAINE K. RODNON REVOCABLE TST 7572 ISLAND BREEZE TERRACE BOYNTON BEACH FL 33437-5403 | | 104827 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 92 | EMPLOYEES' RETIREMENT FUND OF THE CITY OF FORT WORTH DBA FORT WORTH EMPLOYEES' RETIREMENT FUND ATTN: BENITA FALLS HARPER, EXECUTIVE DIRECTOR 3801 HULEN STREET, SUITE 101 FORT WORTH TX 76107 | | 99643 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 93 | EMPLOYEES' RETIREMENT PLAN FOR FORMER ALLY BUSINESS UNITS C/O ALLY FINANCIAL INC. JENNIFER O'HAGAN 1100 VIRGINIA DRIVE, SUITE 150 PO BOX 8139 FT. WASHINGTON PA 19034 | | 99981 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,403.25 | $4,403.25 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 94 | ENGEL, JEROME 10521 SEABURY LN. LOS ANGELES CA 90077 | | 105255 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 95 | ESTATE OF GAIL H LEVINE C/O M G TYDA, EXEC. 103 IVEY LANE FLAT ROCK NC 28731 | | 102769 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | EUREGIO PLUS SGR S.P.A. C/O BLEICHMAR FONTI & AULD LLP ATTN: BFA SETTLEMENTS 7 TIMES SQ 27TH FL.NEW YORK NY 10036 | | 100630 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 97 | FAGNANI, CELIA 413 58TH STREET ALTOONA PA 16602 | | 99100 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 98 | FAST, DONALD J 1019 TAOS RANCH CT RENO NV 89511 | | 98494 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 99 | FELS, NICHOLAS W 4010 28TH PLACE NW WASHINGTON DC 20008 | | 100256 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $1,485.55 | $1,485.55 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 100 | FERGENBAUM, TERRY 3167 CAVENDISH DR. LOS ANGELES CA 90064 | | 105256 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 101 | FISCH, JACK 39201 SILVER BIRCH LN. PLAINVIEW NY 11803 | | 100343 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $222.11 | $222.11 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 102 | FISCHER, HARVEY 63-30 SAUNDERS ST. REGO PARK NY 11374-2031 | | 98916 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $957.17 | $957.17 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 103 | FONDS DESJARDINS EQUILIBRE TACTIQUE 00910764/0.2 FIDUCIE DESJARDINS INC ATTN: REORG MTL.1-34E-B 1 COMPLEXE DESJARDINS C.P. 34 SUCCURSALE DESJARDINS MONTRÉAL QC HB 1E4 | | 103100 | PG&E Corporation | 4/23/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 104 | FORMISANO, ALAN R. 608 EDEL AVE MAYWOOD NJ 07607 | | 98645 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $49.23 | $49.23 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 105 | FREDERICK TREADWAY REV LIV TR CORE VALUE EQUITY C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | | 99532 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 106 | FRIEDMAN, RICHARD G 6685 NORMAN LANE SAN DIEGO CA 92120 | | 104412 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 107 | FRIEDMAN, RICHARD GARY 6685 NORMAN LANE SAN DIEGO CA 92120 | | 103943 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $13,353.70 | $13,353.70 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 108 | GARY REIBMAN, TTEE<br>8711 E. PINNACLE PEAK RD<br>#170<br>SCOTTSDALE AZ 85255 | | 105652 | Pacific Gas and Electric Company | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 109 | GERALD & EILEEN LIEBERMAN 2014 CHARITABLE LEAD TRUST<br>5 SUTTON PLACE<br>SOUTH LAWRENCE NY 11559-1727 | | 105274 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 110 | GERALD M LIEBERMAN 2012 IRREVOCABLE TRUST<br>10 OLD WOODS DRIVE<br>HARRISON NY 10528-2420 | | 105271 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 111 | GERALD M. LIEBERMAN GRAT U/A DTD 02/14/2013 (MCV 1/16)<br>10 OLD WOODS DRIVE<br>HARRISON NY 10528-2420 | | 105272 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 112 | GIC PRIVATE LIMITED<br>KIRBY MCINERNEY LLP<br>ATTN: ELAINE MUI<br>250 PARK AVENUE<br>SUITE 820<br>NEW YORK NY 10177 | | 100673 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 113 | GINELLI, JOHN<br>2878 AVALON AVE<br>AVALON NJ 08202 | | 99073 | PG&E Corporation | 4/11/2020 | $0.00 | $0.00 | $0.00 | $285.75 | $285.75 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 114 | GONZALES, RUBEN F<br>2210 E HARVARD CT<br>VISALIA CA 93292 | | 99422 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,759.44 | $4,759.44 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 115 | GOVERNMENT EMPLOYEES' RETIREMENT SYSTEM OF THE VIRGIN ISLANDS<br>BARRACK, RODOS & BACINE<br>ATTN: LESLIE BORNSTEIN MOLDER<br>3300 TWO COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | | 100027 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 116 | GURTLER, BRUCE<br>1071 COMWALL ST.<br>CASPER WY 82609 | | 98319 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 117 | GURTLER, BRUCE<br>1071 CORNWALL ST<br>CASPER WY 82609 | | 98111 | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 118 | H. PASKOWITZ & CO LLC DBPP<br>20 CHICHESTER ROAD<br>MONROE TOWNSHIP NJ 08831-2650 | | 105281 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 119 | HARMON, MARY B<br>2020 TARPON RD<br>NAPLES FL 34102 | | 99610 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $1,700.91 | $1,700.91 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | HARTFORD REAL TOTAL RETURN FUND ATTN: MIKE EGAN CLASS ACTION CLAIMS MANAGEMENT 1121 CARMEL COMMONS BLVD. SUITE 370 CHARLOTTE NC 28226-4561 | | 102029 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,069.84 | $1,069.84 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 121 | HARTFORD REAL TOTAL RETURN FUND CLASS ACTION CLAIMS MANAGEMENT ATTN: MIKE EGAN 1121 CARMEL COMMONS BLVD. SUITE 370 CHARLOTTE NC 28226-4561 | | 101281 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,069.84 | $1,069.84 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 122 | HEALTHSPRING OF TENNESSEE, INC. OBO HSPTN ATTN: MARIA TURNER A4ACT 900 COTTAGE GROVE RD. BLOOMFIELD CT 06002 | | 103060 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 123 | HENRY, DOROTHY 152 OAKMONT DR MOORESTOWN NJ 08057 | | 103939 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $3,687.17 | $3,687.17 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 124 | HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | | 99142 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 125 | ICARE- WCNI 5 HANOVER SQUARE SUITE 2300 NEW YORK NY 10004 | | 100613 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $300,000.00 | $300,000.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 126 | IFIT CORE FIXED INCOME FUND OF INVESCO FIXED INCOME TRUST ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 101792 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 127 | INVESCO BOND FUND (DELAWARE STATUTORY TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 102050 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 128 | INVESCO CALIFORNIA TAX-FREE INCOME FUND OF AIM COUNSELOR SERIES TRUST (INVESCO COUNSELOR SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 101994 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 129 | INVESCO CORE PLUS BOND FUND OF AIM COUNSELOR SERIES TRUST (INVESCO COUNSELOR SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 102122 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 130 | INVESCO CORPORATE BOND OF AIM TREASURER'S SERIES TRUST (INVESCO TREASURER'S SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 102053 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 131 | INVESCO INTERMEDIATE BOND FACTOR FUND OF AIM INVESTMENT SECURITIES FUNDS (INVESCO INVESTMENT SECURITIES FUNDS) ATTN: LEGAL DEPARTMENT (INVESCO INTERMEDIATE BOND FACTOR FUND) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 101438 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 132 | INVESCO INTERMEDIATE BOND FACTOR FUND OF AIM INVESTMENT SECURITIES FUNDS (INVESCO INVESTMENT SECURITIES FUNDS) ATTN: LEGAL DEPARTMENT (INVESCO INTERMEDIATE BOND FACTOR FUND) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 101323 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 133 | INVESCO INTERMEDIATE BOND TRUST OF INSTITUTIONAL RETIREMENT TRUST ATTN: LEGAL DEPARTMENT (INVESCO INTERMEDIATE BOND TRUST) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 101678 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 134 | INVESCO LIQUID ASSETS PORTFOLIO OF SHORT-TERM INVESTMENTS TRUST ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 102135 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 135 | INVESCO MUNICIPAL INCOME FUND OF AIM TAX-EXEMPT FUNDS (INVESCO TAX-EXEMPT FUNDS) ATTN: LEGAL DEPARTMENT (INVESCO MUNICIPAL INCOME FUND) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 102136 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 136 | INVESCO MUNICIPAL INCOME OPPORTUNITIES TRUST (DELAWARE STATUTORY TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 101914 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 137 | INVESCO OPPENHEIMER ROCHESTER LIMITED TERM CALIFORNIA MUNICIPAL FUND OF AIM TAX-EXEMPT FUNDS (INVESCO TAX-EXEMPT FUNDS) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 101805 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 138 | INVESCO PREMIERE PORTFOLIO OF AIM TREASURER'S SERIES TRUST (INVESCO TREASURER'S SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 101776 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 139 | INVESCO U.S. QUANTITATIVE CORE TRUST OF INSTITUTIONAL RETIREMENT TRUST ATTN:DEPARTMENT ( INVESCO GROWTH AND INCOME TRUST ) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON  TX 77046 | | 101502 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 140 | INVESCO V.I. CORE PLUS BOND FUND OF AIM VARIABLE INSURANCE FUNDS (INVESCO VARIABLE INSURANCE FUNDS) V.I. CORE PLUS BOND FUND ATTN: LEGAL DEPARTMENT (INVESCO) 11 GREENWAY PLAZA, SUITE 1000HOUSTON TX 77046 | | 101924 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 141 | INVESCO VI COMSTOCK FUND OF AIM VARIABLE INSURANCE FUNDS (INVESCO VARIABLE INSURANCE FUNDS) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | | 101796 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 142 | INVESTERINGSFORENINGEN DANSKE INVEST SELECT USA LOW VOLATILITY ACC KL C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | | 99259 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 143 | JAMES BACHINSKI IRA SOUTHERN MICHIGAN BANK & TRUST FBO JAMES BACHINSKI IRA 51 W. PEARL STREET PO BOX 309 COLDWATER MI 49036 | | 102659 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 144 | JAMES F. BURKS ESTATE SANDRA BURKS EXE 2328 VILLAGER CT. LELAND NC 28451 | | 98793 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 145 | JOHN SCHULTZ IRA 1049 E. MCCLERNON SPRINGFIELD MO 65803 | | 98089 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 146 | KATHERINE RANSOM MANNING IRREV. TRUST KAREN R BERTRAM & ANNA M CASHMAN CO. TTEES W/A DTD 7/24/1993 705 2ND AVE STE 800 SEATTLE WA 98104 | | 101384 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 147 | KELLY, WILLIAM B. 4302 E MOUNTAIN VIEW RD PHOENIX AZ 85028 | | 105482 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 148 | KEMP, MARTIN 93 MAYFLOWER RD NEEDHAM MA 02492 | | 98466 | PG&E Corporation | 4/3/2020 | $0.00 | $0.00 | $0.00 | $73.80 | $73.80 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 149 | KEMP, SHARON 93 MAYFLOWER RD NEEDHAM MA 02492 | | 98426 | PG&E Corporation | 4/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 150 | KENNETH A. MAYER IRA ROLLOVER 40 CARRIAGE HOUSE ROAD BERNARDSVILLE NJ 07924-1203 | | 104816 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 151 | KENNETH A. MAYER WAM INHERITANCE 40 CARRIAGE HOUSE ROAD BERNARDSVILLE NJ 07924-1203 | | 104833 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 152 | LAKE AVENUE FUNDING EC V LLC 231 SANSOME STREET, 4TH FLOOR SAN FRANCISCO CA 94104 | | 104650 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 153 | LARRY C FISHER FAM REV. TRUST LARRY C & CYNTHIA FISHER TTEES U/A DTD 1/18/00 1100 BELMONT AVE SUITE 201 WYOMISSING PA 19610 | | 105883 | PG&E Corporation | 6/23/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|-----|-------------------|----------------------|--------------------------------|--------|-----------|---------|---------------|----------|-----------|-------|---------------------|
| 154 | LEWIS, CRAIG<br>7 HUNT COURT<br>JERICHO NY 11753 | | 104841 | PG&E Corporation | 5/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 155 | LIEBERMAN 1999 ISSUE TRUST<br>5 SUTTON PLACE SOUTH<br>LAWRENCE NY 11559-1727 | | 105275 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 156 | LIEBERMAN 2013 FAMILY (99) TRUST<br>5 SUTTON PLACE SOUTH<br>LAWRENCE NY 11559-1727 | | 105273 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 157 | LINDENFELD, ETTA<br>24 WINDSOR GATE DRIVE<br>NORTH HILLS NY 11040 | | 100805 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,297.33 | $5,297.33 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 158 | LUDMER, MIRIAM RACHEL<br>1704 ANDROS ISLE APT A<br>COCONUT CREEK FL 33066 | | 104460 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 159 | MATTHEWS, TRESA<br>5521 14TH ROAD N<br>ARLINGTON VA 22205 | | 99287 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 160 | MAYER FAMILY ASSOCIATES, LP<br>40 CARRIAGE HOUSE ROAD<br>BERNARDSVILLE NJ 07924-1203 | | 104830 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 161 | MAYER, KENNETH A. AND SHIKHA L<br>TEN COM<br>40 CARRIAGE HOUSE ROAD<br>BERNARDSVILLE NJ 07924-1203 | | 104829 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 162 | MESSNER, DOUGLAS R.<br>3705 PROVENCE DR.<br>ST. CHARLES IL 60175 | | 105809 | PG&E Corporation | 6/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 163 | METEDECONK CAPITAL MANAGEMENT LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO CA 94104 | | 104219 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $360.00 | $360.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 164 | METZ, MICHAEL. S.<br>6210 SE 31ST AVE.<br>PORTLAND OR 97202 | | 100366 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $214.34 | $214.34 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 165 | MICHAEL J. BRAND IRRA FBO MICHAEL J BRAND<br>2159 TRAILCREST DR<br>ST LOUIS MO 63122 | | 98934 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $770.22 | $770.22 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 166 | MICHELL ROBERT<br>531 CHESTNUT LANE<br>EAST MEADOW NY 11554 | | 97899 | PG&E Corporation | 3/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 167 | MORRISON, MIRIAM N<br>769 TEE BOX CT<br>YORK SC 29745-7766 | | 105240 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $3,264.14 | $3,264.14 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 168 | MULLIGAN-HAINES, MARY<br>17400 STATE HWY 86<br>SAEGERTOWN PA 16433 | | 103040 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 169 | MURPHY CORE EQUITIES, LLC<br>ATTN: SHERRY ARAMINI<br>PO BOX 1139<br>WALLACE NC 28466 | | 99572 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $4,697.00 | $4,697.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 170 | NEMCHAK, ROSEMARY HELEN<br>1045 STATE ROAD<br>HINCKLEY OH 44233 | | 104540 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 171 | NICHOLAS W. FELS AND SUSAN M. FELS JTWROS<br>4010 28TH PLACE NW<br>WASHINGTON DC 20008 | | 100253 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $803.58 | $803.58 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 172 | NORDEA GENERATIONSFOND 50-TAL<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100285 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 173 | NORDEA GENERATIONSFOND 60-TAL<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100730 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 174 | NORDEA GENERATIONSFOND 70-TAL<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100978 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 175 | NORDEA STRATEGA 10<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100897 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 176 | NORDEA STRATEGA 100<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100924 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 177 | NORDEA STRATEGA 30<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100927 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|-----|-------------------|----------------------|--------------------------------|--------|-----------|---------|----------------|----------|-----------|-------|---------------------|
| 178 | NORDEA STRATEGA 50<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100486 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 179 | NORDEA STRATEGA 70<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100881 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 180 | NOWELL, GREG<br>100 ADOBE CANYON RD.<br>KENWOOD CA 95452-9045 | | 100399 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 181 | OTT, JUDITH<br>7566 WOODWIND CT<br>BRIGHTON MI 48116 | | 105657 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 182 | PALIN, JR, DOUGLAS R<br>17311 NE 40TH ST<br>VANCOUVER WA 98682 | | 105302 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 183 | PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: DAVID MUDD<br>1200 K ST NW<br>WASHINGTON DC 20005 | | 101068 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 184 | PETER A. GELWARG IRA<br>16 MT. BETHEL ROAD #307<br>WARREN NJ 07059-5604 | | 104921 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 185 | PHILIP G STARR TRUST<br>2512 FISK LANE<br>REDONDO BEACH CA 90278 | | 105469 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 186 | PINEBRIDGE STRATEGIC BOND FUND EMG<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 101256 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 187 | POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT<br>KIRBY MCINERNEY LLP<br>ATTN: PETER LINDEN AND ELAINE MUI<br>250 PARK AVENUE, SUITE 820NEW YORK NY 10177 | | 100409 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 188 | PRINCIPAL FUNDS, INC - GLOBAL OPPORTUNITES FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 101737 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 189 | PRINCIPAL FUNDS, INC. - CREDIT OPPORTUNITIES EXPLORER FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 101947 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 190 | PRINCIPAL FUNDS, INC. - CREDIT OPPORTUNITIES EXPLORER FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101617 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 191 | PRINCIPAL FUNDS, INC. - GLOBAL OPPORTUNITIES EQUITY HEDGED FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101381 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 192 | PRINCIPAL GLOBAL CREDIT OPPORTUNITIES FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101372 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 193 | PRINCIPAL GLOBAL CREDIT OPPORTUNITIES FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101880 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 194 | PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST GLOBAL CREDIT OPPORTUNITIES FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101639 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 195 | PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST GLOBAL CREDIT OPPORTUNITIES FUND C/O PRINCIPAL GOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101848 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 196 | PRINCIPAL GLOBAL INVESTORS FUNDS - GLOBAL EQUITY (EX-JAPAN) FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101673 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 197 | PRINCIPAL GLOBAL INVESTORS FUNDS - GLOBAL EQUITY FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101693 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 198 | PRINCIPAL GLOBAL INVESTORS FUNDS - LONG/SHORT GLOBAL OPPORTUNITIES EQUITY FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101711 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 199 | PRINCIPAL GLOBAL INVESTORS FUNDS - US EQUITY FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101731 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 200 | PRINCIPAL GLOBAL INVESTORS FUNDS - US EQUITY FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101897 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 201 | PRINCIPAL GLOBAL INVESTORS TRUST - US HIGH QUALITY FI TRUST C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101775 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202 | PRINCIPAL GLOBAL OPPORTUNITIES EQUITY FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 101877 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 203 | PRINCIPAL GLOBAL OPPORTUNITIES SERIES PLC - OPORTUNIDADES GLOBAL EQUITY FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 101932 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 204 | PRINCIPAL GLOBAL OPPORTUNITIES SERIES PLC - OPPORTUNIDADES GLOBAL EQUITY FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 101741 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 205 | PRINCIPAL GLOBAL OPPORTUNITIES SERIES PLC - PRINCIPAL CORPORATE PLUS FIXED INCOME FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 101875 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 206 | PRINCIPAL GLOBAL OPPORTUNITIES SERIES PLC - PRINCIPAL CORPORATE PLUS FIXED INCOME FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 101978 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 207 | PRINCIPAL INTERNATIONAL EQUITY FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 100991 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 208 | PRINCIPAL INTERNATIONAL EQUITY FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 101567 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 209 | PROCTOR, SANDRA<br>3497 WALTON WAY<br>SAN JOSE CA 95117 | | 105431 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 210 | PRODUCER WRITERS GUILD OF AMERICA PENSION PLAN<br>C/O CARRIE SHEPHERD<br>2900 W. ALAMEDA AVE., STE. 1100<br>BURBANK CA 91505 | | 100348 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $243,134.63 | $243,134.63 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 211 | QUINN, KYLE<br>BATTEA FBO<br>231 SANSOME STREET<br>4TH FLOOR<br>SAN FRANCISCO CA 94104 | | 104226 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 212 | REGIME RETRAITE DES EMPLOYES DE VILLE DE LAVAL<br>00911570/0.2<br>FIDUCIE DESJARDINS INC.<br>ATTN : REORG MTL1-34E-B<br>1 COMPLEXE DESJARDINS<br>C.P. 34 SUCCURSALE DESJARDINS<br>MONTRÉAL QC H5B 1E4 | | 102795 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 213 | REGIME RETRAITE TEAMSTERS LOCAL 1999 00908055/7.2 FIDUCIE DESJARDINS INC ATTN: REORG MTL1-34E-B 1 COMPLEXE DESJARDINS CP 34 SUCCURSALE DESJARDINS MONTRÉAL QC H5B 1E4 | | 101284 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 214 | ROBERTS, HELEN WILLIAM KOCH SR. CPA 2650 WESTVIEW DR. STE # 2READING PA 19610 | | 105740 | PG&E Corporation | 6/12/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 215 | ROBERTS, MERTON J WILLIAM G KOCH, TTEE 2650 WESTVIEW DR. WYOMISSING PA 19610 | | 105739 | PG&E Corporation | 6/12/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 216 | ROCKEY, ROSE 348 E. AVENUE K8 SUITE B LANCASTER CA 93535 | | 102706 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 217 | ROSE ROCKEY BENEFICIARY OF IRA 348 E. AVENUE K8 SUITE B LANCASTER CA 93535 | | 102707 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 218 | RURAL GOSPEL & MEDICAL MISSIONS OF INDIA 606 N 13TH SABETHA KS 66534 | | 106155 | PG&E Corporation | 7/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 219 | SADOVE, STEPHEN C/O UBS 100 FIELD POINT RD. GREENWICH CT 06830 | | 100352 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $19,696.86 | $19,696.86 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 220 | SANDRA GOLBERG 2012 LIVING TRUST C/O DENISE KRANZ 200 EAST 57TH STREET APT 7A NEW YORK NY 10022 | | 104300 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 221 | SANLAM GLOBAL BUND FUND, C/O CLAIMS COMPENSATION BUREAU LLC CLAIMS COMPENSATION BUREAU LLC 1100 EAST HECTOR STREET SUITE 250 CONSHOHOCKEN PA 19428 | | 101816 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $8,131.12 | $8,131.12 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 222 | SAUNDRA PASKOWITZ IRA 20 CHICHESTER ROAD MONROE TOWNSHIP NJ 08831-2650 | | 105283 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 223 | SCHULTZ, JOHN & VERA JANE 1049 E. MCCLERNON SPRINGFIELD MO 65803 | | 98082 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 224 | SCULPTOR GLOBAL SPECIAL INVESTMENTS MASTER FUND, LP COLLEEN KILFOYLE 9 W 57TH STREET NEW YORK NY 10019 | | 100693 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $223.40 | $223.40 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 225 | SEELYE, EUGENE A<br>5 SHERMAN ST<br>WELLSBORO PA 16901-1831 | | 97852 | PG&E Corporation | 3/19/2020 | $0.00 | $0.00 | $0.00 | $2,623.27 | $2,623.27 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 226 | SHABLA, MARK W<br>7760 THOMSPON NURSERY RD.<br>WINTER HAVEN FL 33884 | | 105276 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 227 | SHARON PAYNE GIFT TRUST<br>DANIEL S. WEBER TRUSTEE<br>SHARON PAYNE GIFT TRUST<br>1011 CAMINO DEL RIO SOUTH STE 210<br>SAN DIEGO CA 92108 | | 101837 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 228 | SHIRLEY FRIEDMAN-KRUG REV TRST U/A DTD 05/16/2006<br>401 E. LINTON BLVD. APT. 562<br>DELRAY BEACH FL 33483-5087 | | 105279 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 229 | SPECTRUM OPPORTUNITIES MASTER FUND LTD<br>BATTEA CLASS ACTION SERVICES<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO CA 94104 | | 104010 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $182.50 | $182.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 230 | SPILLER, LYNN N<br>PO BOX 6875<br>INCLINE VILLAGE NV 89450 | | 105662 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 231 | SPP GLOBAL SOLUTIONS<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 100125 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 232 | STEIN, STEVEN R.<br>PO BOX 7033<br>BEDMINSTER NJ 07921 | | 98543 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 233 | STOREBRAND GLOBAL SOLUTIONS<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | | 99603 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 234 | STRETESKY, TERRY L.<br>1852 BRECK AVE<br>CASPER WY 82601 | | 98302 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 235 | SUZANNE C PYNE AND DANIEL T PYNE JTWROS<br>6840 N JEAN AVE<br>CHICAGO IL 60646-1323 | | 99638 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $1,775.00 | $1,775.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 236 | SWANSON, ROBERT<br>65 N 400 W<br>LA PORTE IN 46350 | | 105701 | PG&E Corporation | 6/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 237 | TEAMSTERS UNION NO. 142 PENSION FUND C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | | 99553 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 238 | THE STATE GENERAL RESERVE FUND INSTITUTIONAL PROTECTION SERVICES THIRD FLOOR, 1-3 STAPLE INN LONDON WC1V QH | | 102511 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 239 | THOMAS A HOSKIN TRUST THOMAS A HOSKIN TTEE 1405 CATALPA DR ROCHESTER HILLS MI 48307 | | 105619 | PG&E Corporation | 6/1/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 240 | TIAA-CREF FUNDS - TIAA-CREF GROWTH & INCOME FUND C/O TEACHERS ADVISORS LLC ATTN: KEITH ATKINSON 8500 ANDREW CARNEGIE BLVD. CHARLOTTE NC 28262 | | 102030 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 241 | TIAA-CREF FUNDS - TIAA-CREF GROWTH & INCOME FUND C/O TEACHERS ADVISORS LLC ATTN: KEITH ATKINSON 8500 ANDREW CARNEGIE BLVD. CHARLOTTE NC 28262 | | 102059 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 242 | TIAA-CREF LIFE FUNDS - TIAA-CREF LIFE GROWTH & INCOME FUND C/O TEACHERS ADVISORS LLC ATTN: KEITH ATKINSON 8500 ANDREW CARNEGIE BLVD. CHARLOTTE NC 28262 | | 102060 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 243 | TORRANCE HEALTH ASSOCIATION EMPLOYEES RETIREMENT PLAN TORRANCE MEMORIAL MEDICAL CENTER DEDRA AMBRIZ 3330 LOMITA BLVD TORRANCE CA 90505 | | 100662 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 244 | VICKI HALE IRA 5934 EAGLEMONT STREET CHATTANOOGA TN 37416 | | 105209 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $937.46 | $937.46 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 245 | WADE, CLARA S 721 BISHOPS PARK DR # 201 RALEIGH NC 27605 | | 105479 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 246 | WEISS, ERIC D 8245 BUCKSPARK LANE W. POTOMAC MD 20854 | | 99054 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 247 | WEISS, MATTHEW S 8245 BUCKSPARK LANE W POTOMAC MD 20854 | | 98891 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 248 | WINTERS, BRUCE 970 POPPY LANE CORONA DEL MAR CA 92625 | | 105335 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|-----|-------------------|----------------------|--------------------------------|--------|-----------|---------|----------------|----------|-----------|-------|---------------------|
| 249 | WISELEY, JACK H. 5562 CEDAR WAXWING DR. THE VILLAGES FL 32163 | | 99903 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

**Exhibit 2**

**PERA Confirmation Demonstrative Extracts**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# PG&E's Market Capitalization As Actually Alleged – Loss 1



$2,389,044,785

$33,516,113,932

- 10/12/17 Remaining Value
- First Loss (10/12/2017)

# PG&E's Market Capitalization As Actually Alleged – Loss 2



$2,389,044,785

$5,404,892,717

$28,111,216,430

- 10/12/17 Remaining Value
- First Loss (10/12/2017)
- Second Loss (10/16/2017)

# PG&E's Market Capitalization As Actually Alleged – Loss 3



$2,389,044,785

$5,404,892,717

$3,405,478,976

$24,705,737,454

- 10/12/17 Remaining Value
- First Loss (10/12/2017)
- Second Loss (10/16/2017)
- Third Loss (12/21/2017)

# PG&E's Market Capitalization As Actually Alleged – Loss 4



$2,389,044,785

$5,404,892,717

$3,405,478,976

$23,507,625,649

$1,198,111,805

- 10/12/17 Remaining Value
- First Loss (10/12/2017)
- Second Loss (10/16/2017)
- Third Loss (12/21/2017)
- Fourth Loss (5/29/2018)

# PG&E's Market Capitalization
## As Actually Alleged – Loss 5



$2,389,044,785

$5,404,892,717

$3,405,478,976

$22,634,863,171

$1,198,111,805

$872,762,478

- 10/12/17 Remaining Value
- First Loss (10/12/2017)
- Second Loss (10/16/2017)
- Third Loss (12/21/2017)
- Fourth Loss (5/29/2018)
- Fifth Loss (6/11/2018)

# PG&E's Market Capitalization As Actually Alleged – Loss 6



- 10/12/17 Remaining Value
- First Loss (10/12/2017)
- Second Loss (10/16/2017)
- Third Loss (12/21/2017)
- Fourth Loss (5/29/2018)
- Fifth Loss (6/11/2018)
- Sixth Loss (11/9/2018)

$2,389,044,785

$5,404,892,717

$3,405,478,976

$18,547,709,876

$1,198,111,805

$872,762,478

$4,087,153,295

# PG&E's Market Capitalization As Actually Alleged – Loss 7



- $2,389,044,785
- $5,404,892,717
- $14,948,110,401
- $3,405,478,976
- $1,198,111,805
- $872,762,478
- $4,087,153,295
- $3,599,599,475

Legend:
- 10/12/17 Remaining Value
- First Loss (10/12/2017)
- Second Loss (10/16/2017)
- Third Loss (12/21/2017)
- Fourth Loss (5/29/2018)
- Fifth Loss (6/11/2018)
- Sixth Loss (11/9/2018)
- Seventh Loss (11/12/2018)

# PG&E's Market Capitalization As Actually Alleged – Loss 8



$2,389,044,785

$5,404,892,717

$11,249,962,813

$3,405,478,976

$3,698,147,588

$4,087,153,295

$3,599,599,475

$1,198,111,805

$872,762,478

- ■ 10/12/17 Remaining Value
- ■ First Loss (10/12/2017)
- ■ Second Loss (10/16/2017)
- ■ Third Loss (12/21/2017)
- ■ Fourth Loss (5/29/2018)
- ■ Fifth Loss (6/11/2018)
- ■ Sixth Loss (11/9/2018)
- ■ Seventh Loss (11/12/2018)
- ■ Eighth Loss (11/14/2018)

# PG&E's Opening Market Capitalization as of 10/12/17 - Less All Fraud-Related Losses



Legend:
- 10/12/17 Remaining Value
- First Loss (10/12/2017)
- Second Loss (10/16/2017)
- Third Loss (12/21/2017)
- Fourth Loss (5/29/2018)
- Fifth Loss (6/11/2018)
- Sixth Loss (11/9/2018)
- Seventh Loss (11/12/2018)
- Eighth Loss (11/14/2018)
- Ninth Loss (11/15/2018)

Values shown in pie chart:
- $2,389,044,785
- $5,404,892,717
- $3,405,478,976
- $7,178,369,746
- $4,071,593,067
- $3,698,147,588
- $3,599,599,475
- $4,087,153,295
- $1,198,111,805
- $872,762,478

# Nine Fraud-Related Disclosures

