| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF EDWARD J. RADETICH, JR. IN SUPPORT OF REORGANIZED DEBTORS' FIRST SECURITIES CLAIMS OMNIBUS OBJECTION (NO LOSS CAUSATION – SECURITIES SOLD PRIOR TO THE FIRST PURPORTED "CORRECTIVE DISCLOSURE")**<br><br>**Response Deadline:**<br>**April 14, 2021, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: April 28, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

I, Edward J. Radetich, Jr., pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Managing Director of Heffler Claims Administration, LLC ("**Heffler**"), an affiliate of Prime Clerk LLC ("**Prime Clerk**"). Heffler's main office is located in Philadelphia, Pennsylvania.

2. I am providing this Declaration in support of the *Reorganized Debtors' First Securities Claims Omnibus Objection (No Loss Causation – Securities Sold Prior to the First Purported "Corrective Disclosure")* (the "**Omnibus Objection**"),[1] filed contemporaneously herewith in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors,**" as applicable).

3. I have extensive experience and expertise in all aspects of claims administration, including direct notice, paper and electronic publication, nominee outreach, website design, claimant communication, claims intake and processing, distribution of payments, and tax reporting. Notably, I personally oversaw the very first securities class action, the Atlantic Department Stores class action lawsuit in 1975. Since then, our team has administered more than 3,000 matters involving securities fraud, antitrust, consumer, employment and labor, and government enforcement actions. Our team has handled all aspects of claims administration in many noteworthy securities class action settlements in recent years, including *In re Bank of America Corporation Securities Litigation*, No. 11-CV-00733-WHP (S.D.N.Y); *In re Longwei Petroleum Investment Holding Limited Securities Litigation*, No. 13 Civ. 214 (RMB) (S.D.N.Y); and *In re The Bank of New York Mellon ADR FX Litigation*, No. 1:16-cv-00212 (S.D.N.Y). A detailed description of my experience and qualifications is attached hereto as **Exhibit A**.

4. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, the knowledge of other employees working under and alongside me on this

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Omnibus Objection.

matter, my discussions with the Reorganized Debtors' personnel and the Reorganized Debtors' various advisors and counsel, and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this Declaration on behalf of the Reorganized Debtors.

**Identification of Claims Subject to the Omnibus Objection**

5. Prime Clerk has been asked by the Reorganized Debtors and their counsel to assist with reviewing and analyzing the Securities Claims filed in the Chapter 11 Cases and identifying claims to be included in the Omnibus Objection. In furtherance thereof, our team has reviewed the Rescission or Damage Proofs of Claim filed in these Chapter 11 Cases and has established a database of the Securities Claims that have been filed. The database contains information extracted from the Rescission or Damage Proofs of Claim, including, where such details were included by the Securities Claimant, information regarding when the Securities Claimant acquired and disposed of their position(s) in the Debtors' debt and equity securities that form the basis for the claim.

6. Based on our review, we have identified certain claims where the Securities Claimant disposed of its entire position(s) in the Debtors' securities before the first alleged "corrective disclosure" in the Securities Litigation on October 12, 2017. The identified claims are set forth on Exhibit 1 to the Omnibus Objection, which was prepared by our team under my general supervision, and I am familiar with the documents, their contents, and the process under which Exhibit 1 was prepared.

7. Specifically, we identified claims where the Securities Claimant had purchased or otherwise acquired, and then sold or disposed of, their entire positions in the Debtors' securities before October 12, 2017.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed March 17, 2021 in Florida.

/s/ Edward J. Radetich, Jr.
Edward J. Radetich, Jr.
Managing Director

**Exhibit A**



# Edward J. Radetich, Jr., CPA
*Managing Director*



**CONTACT**
**P:** 215.972.5050
**E:** eradetich@hefflerclaims.com

Edward J. Radetich, Jr., CPA (Ed) is a managing director and founding partner of Heffler Claims Group. Ed and the firm have been administering class action settlements since 1975 and have been involved in thousands of class action settlements. Many of the industry procedures used today were drafted and implemented under his leadership. He has provided testimony in both federal and state courts on many occasions, supporting class action processes and procedures.

Ed is frequently sought after to provide guidance and support in developing plans of allocation and claims processes relating to class action settlements. Some of the high-profile cases that Ed has provided consultation services on include; Three Mile Island Nuclear Accident, Nasdaq Market Makers Antitrust Litigation, Airlines Antitrust Litigation, Bank of America Securities Litigation and Phen-Phen Diet Drug Mass Tort Litigation.

In 1993, Ed testified before United State Senate Banking Sub-committee, chaired by Senator Christopher Dodd, in support of class actions and their effectiveness, at a time when the class action industry was under attack. In his testimony he produced statistical data showing that class actions had a very positive claim filing rate and that recoveries to class members represented a substantial portion of damages.

Ed was also invited by the United States Secretary of the Treasury to participate in assisting the Treasury to draft the tax regulations related to the taxation of settlement funds under Internal Revenue code section 468(B). As a result of his involvement in that process, Ed continues to be asked to provide guidance on tax issues related to taxation of settlement funds and the recipients of those settlement funds.

Ed has presented to numerous professional and trade organizations on administration procedures, including the National Association of Securities Class Action Trial Lawyers. He moderated the 12th Annual ILEP Conference on litigation reform and was a member of a Claims Administration Advisory Group for the 2008 conference on improving the process of distributing securities litigation settlements. He has also guest lectured at both the Rutgers Law School and The University of Maryland Law School on the topic of "Class Action Processes and Procedures."

A graduate of Drexel University, Ed holds a B.S. in accounting. He is a licensed Certified Public Accountant in both Pennsylvania and New Jersey. He is a member of the American Institute of CPAs, the Pennsylvania Institute of CPAs and the New Jersey Society of CPAs.

Ed serves on numerous boards and committees for community and charitable organizations throughout the Delaware Valley. Over the years he has received numerous awards and honors for his work in the community, including The City of Hope Spirit of Life award and his achievements are recognized in the International Who's Who.

www.hefflerclaims.com