WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF CHRISTINA PULLO IN SUPPORT OF REORGANIZED DEBTORS' SECOND SECURITIES CLAIMS OMNIBUS OBJECTION (AMENDED AND SUPERSEDED CLAIMS)**<br><br>**Response Deadline:**<br>**April 14, 2021, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: April 28, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

I, Christina Pullo, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Vice President at Prime Clerk LLC ("**Prime Clerk**"). Prime Clerk was appointed as the claims and noticing agent and administrative advisor to PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"). I submit this declaration in support of the *Reorganized Debtors' Second Securities Claim Omnibus Objections (Amended and Superseded Claims)* (the "**Omnibus Objection**"),[1] filed contemporaneously herewith.

2. In my current position, I am responsible for, among other things, supervising the Prime Clerk team in the work we are conducting at the direction of the Reorganized Debtors to assist the Reorganized Debtors, their advisors, and their counsel in analyzing Securities Claims filed in these Chapter 11 Cases. At this moment, Prime Clerk is assisting the Reorganized Debtors and their counsel in identifying claims to be included in the Omnibus Objection.

3. Except as otherwise indicated herein, all facts set forth in this declaration are based upon my personal knowledge, the knowledge of other Prime Clerk employees working under and alongside me on this matter, my discussions with the Reorganized Debtors' personnel and the Reorganized Debtors' various advisors and counsel, and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

**The Amended and Superseded Claims**

4. The Prime Clerk team, under my general supervision, has been actively involved in the review and reconciliation of the Proofs of Claim filed in the Chapter 11 Cases. Prime Clerk maintains a claims database and, at the request of and in coordination with the Reorganized Debtors and their counsel, has been reviewing and reconciling the Proofs of Claim asserting transactions in the Debtors' securities. As part of this review and reconciliation process, the Prime Clerk team, working with the

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Omnibus Objection.

Reorganized Debtors' other professionals, has identified a number of filed Proofs of Claim that are obsolete (the "**Amended and Superseded Claims**") because the applicable Claimant has filed one or more amended or subsequent Proof of Claim Forms (the "**Surviving Claims**"). Each Surviving Claim, either on its face or in the attachments thereto, appears to express the Claimant's intention to amend and supersede the earlier-filed claim.

5. Based on our review of the Amended and Superseded Claims, the Surviving Claims, and our records, Prime Clerk confirms that **Exhibit 1** to the Omnibus Objection correctly identifies the Amended and Superseded Claims and their corresponding Surviving Claims in the columns headed "Claims To Be Disallowed and Expunged" and "Surviving Claim(s)," respectively. There is a Surviving Claim for each asserted Amended and Superseded Claim that is the subject of the Omnibus Objection.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed March 17, 2021 in New York.

*/s/ Christina Pullo*
Christina Pullo
Vice President
Prime Clerk LLC