
Signed and Filed: March 18, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

Joshua D. Morse (SBN 211050)
Lee Brand (SBN 287110)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: joshua.morse@pillsburylaw.com
         lee.brand@pillsburylaw.com

Special *Counsel to Debtors*
*and Reorganized Debtors*

SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

*Counsel to the Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br>(Lead Case) (Jointly Administered)<br><br>Chapter 11<br><br>**ORDER ALLOWING FINAL APPLICATION OF PILLSBURY WINTHROP SHAW PITTMAN LLP, AS SPECIAL COUNSEL TO THE DEBTORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH JULY 1, 2020**<br><br>[Related Doc. Nos 10081, 8919, 9590]<br><br><u>Hearing Stricken for Lack of Objection</u><br>Date:   February 24, 2021<br>Time:   10:00 a.m. (Pacific Time)<br>Place:   (Telephonic/Video Appearances Only)<br>        United States Bankruptcy Court<br>        Courtroom 17<br>        450 Golden Gate Avenue, 16th Floor<br>        San Francisco, CA<br><br>Judge:   Hon. Dennis Montali |

Upon consideration of the final application (the **Application**") of Pillsbury Winthrop Shaw Pittman LLP ("**Applicant**"), as special counsel to PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Debtors**"), and this Court having jurisdiction to consider the Application and the relief request therein pursuant to 28 U.S.C. §§ 157 and 1334 and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and no objections or responses to the Application having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Application resulting from the compromise between the Applicant and the Fee Examiner as set forth in that certain *Notice of Hearing on Final Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner (3rd Set)* [Doc. No. 10081] (the "**Notice of Hearing**"); and the Court having issued the *Order Regarding Third Set of Final Fee Applications* [Doc. No. 10256] on February 23, 2021, approving the compromise set forth in the Notice of Hearing; and the Applicant, having represented to the Fee Examiner that all previous payments of fees and expenses are reflected in the amounts set forth below, and good and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Application is approved on a final basis as reflected herein.

2. The applicant is awarded final allowance of compensation for professional services rendered during the Application Period in the amount of $382,124.80 in fees and $0.00 in actual and necessary expenses.

3. The Reorganized Debtors are authorized to make payment to the Applicant of $60,424.96 in allowed fees not already paid by the Debtors or Reorganized Debtors.

4. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

APPROVED AS TO FORM AND CONTENT
Dated: March 16, 2021


*/s/ Scott H. McNutt*
Scott H. McNutt
*Counsel to the Fee Examiner*


***END OF ORDER***