| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Adesokan, Stella N<br>2689 Glade Ave<br>Madera, CA  93637-8649 | | 8120 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Energy Rate Claims |
| Afsari, Beejahn<br>127 Lost Creek Dr<br>Folsom, CA  95630-1523 | | 6739 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $14,207.42 | $14,207.42 | Customer No Liability Energy Rate Claims |
| Aggarwal, Khushbu<br>34840 Fremont Blvd<br>Fremont, CA  94555 | | 4796 | Pacific Gas and Electric Company | 7/29/2019 | $109.32 | $0.00 | $0.00 | $0.00 | $109.32 | Customer No Liability Energy Rate Claims |
| Alvarado, Delia<br>708 42nd St<br>Bakersfield, CA  93301-5942 | | 6708 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $2,850.00 | $22,150.00 | $25,000.00 | Customer No Liability Energy Rate Claims |
| Arita, John<br>3573 Rapallo Way<br>Manteca, CA  95337-8430 | | 6262 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Energy Rate Claims |
| Ataide, Michael S<br>9206 E Shaw Ave<br>Clovis, CA  93619-8725 | | 87213 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Bae, Yae<br>5150 Case Ave Apt N133<br>Pleasanton, CA  94566-3228 | | 4329 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Balderaz, Pedro<br>PO Box 2512<br>Bakersfield, CA  93303-2512 | | 5420 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $3,850.00 | $3,850.00 | Customer No Liability Energy Rate Claims |
| Bell, Josh<br>5573 Wedgewood Ct<br>San Jose, CA  95123-1347 | | 8717 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $112.79 | $0.00 | $112.79 | Customer No Liability Energy Rate Claims |
| Betts, Mylysha<br>803 N Broadway Ave<br>Stockton, CA  95205 | | 7418 | Pacific Gas and Electric Company | 8/20/2019 | $0.00 | $0.00 | $0.00 | $123.00 | $123.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bish, Jim 6701 Pony Express Trail Pollock Pines, CA 95726 | | 3810 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Energy Rate Claims |
| Body, Karen 609 Oak St Apt 607 Oakland, CA 94607-4790 | | 6615 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Bradford, Adrian 1058 Grand Ave Apt 8 Olivehurst, CA 95961-7043 | | 4869 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $628.54 | $628.54 | Customer No Liability Energy Rate Claims |
| Briscoe, Ruth N 603 Fort Sumpter Dr Modesto, CA 95354-2114 | | 5176 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability Energy Rate Claims |
| Brockington, Senessa 1310 Rosy Finch Dr. Sparks, NV 89441 | | 3637 | PG&E Corporation | 7/15/2019 | $0.00 | $0.00 | $0.00 | $548.48 | $548.48 | Customer No Liability Energy Rate Claims |
| Burroughs, Deborah E 2315 10th Ave Apt 306 Sacramento, CA 95818-4469 | | 5358 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Byers-Key, Donnita PO Box 3313 Fairfield, CA 94533-0645 | | 5498 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer No Liability Energy Rate Claims |
| Campbell, Karen M 90 Scudder Ave Copiague, NY 11726-3428 | | 4883 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |
| Cantley, James 3525 O St Apt 7 Bakersfield, CA 93301-1638 | | 4586 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Carrier, Dorota 131 Dakota St. Edgerton, WI 53534 | | 8590 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $2,314.30 | $2,314.30 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chai, Vivian<br>365 Half Moon Ln #10<br>Daly City, CA 94015 | | 7388 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $140.00 | $140.00 | Customer No Liability Energy Rate Claims |
| Chan, Jeanette<br>1081 N Abbott Avenue<br>Milpitas, CA 95035-2939 | | 53869 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $1,721.55 | $1,721.55 | Customer No Liability Energy Rate Claims |
| Chan, Jeff<br>1510 148th Ave<br>San Leandro, CA 94578-1807 | | 6323 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $3,500.00 | $8,000.00 | $11,500.00 | Customer No Liability Energy Rate Claims |
| Chee, Filipe<br>3432 Lawton St<br>San Francisco, CA 94122-3052 | | 68750 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Christian, Shawna Michele<br>7456 Sandalwood Dr Apt 2<br>Citrus Heights, CA 95621-8426 | | 8267 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Cooper, Kiona<br>2311 Cambridge St<br>Sacramento, CA 95815-3117 | | 9569 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Dacey, Mike<br>128 Capanna Ct<br>Pismo Beach, CA 93449-2820 | | 7317 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $4,414.56 | $4,414.56 | Customer No Liability Energy Rate Claims |
| Dallman, Howard<br>84432 8th St<br>Trona, CA 93562-2314 | | 17456 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |
| Darnell, Lila Monique<br>3501 E Tyler Ave<br>Fresno, CA 93702-1149 | | 4096 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Energy Rate Claims |
| Davenport, Stephen A<br>5514 Corte Sonora<br>Pleasanton, CA 94566-5905 | | 70334 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Delacruz, Elisa<br>1355 Kaelyn Court<br>Orland, CA 95963 | | 4051 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Energy Rate Claims |
| Doko, Benny<br>7810 Beverly Ln<br>Everett, WA 98203-6408 | | 7114 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $2,500.00 | $3,500.00 | $6,000.00 | Customer No Liability Energy Rate Claims |
| Donham, Darin<br>6164 WYCLIFFE CIR<br>RENO, NV 89519-7347 | | 86957 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Energy Rate Claims |
| Dubocq, Donald<br>878 E California Ave<br>Sunnyvale, CA 94086-5127 | | 5045 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Customer No Liability Energy Rate Claims |
| Dwonch, Denielle<br>511 Porter Street<br>Vallejo, CA 94590 | | 3743 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Customer No Liability Energy Rate Claims |
| Espinosa, Esperanza<br>Federico Tellez 279 N 15th St<br>San Jose, CA 95112-1839 | | 62925 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Estrada, Jose<br>165 Cedar Ave<br>Atwater, CA 95301-4410 | | 5333 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $216.00 | $216.00 | Customer No Liability Energy Rate Claims |
| Fischer, Cal & Jill<br>28799 Highway 145<br>Madera, CA 93636-1303 | | 4654 | PG&E Corporation | 8/6/2019 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | Customer No Liability Energy Rate Claims |
| Flores, Samuel<br>2721 Asilomar Dr<br>Antioch, CA 94531 | | 4107 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Fong, Linna<br>10408 San Pablo Ave<br>El Cerrito, CA 94530-2829 | | 68697 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gibson, Barbara J<br>307 Polk St<br>Taft, CA 93268 | | 6421 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $495.00 | $495.00 | Customer No Liability Energy Rate Claims |
| Gil, Brenda<br>1070 Dellwood Ct<br>Brentwood, CA 94513 | | 3898 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Gil, Judith<br>6224 Germantown Dr<br>Flowery Branch, GA 30542 | | 8740 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Gomez, David<br>Noemi Gomez 3553 E Ashcroft Ave<br>Fresno, CA 93726-2420 | | 8456 | Pacific Gas and Electric Company | 9/4/2019 | $134,000.00 | $0.00 | $0.00 | $0.00 | $134,000.00 | Customer No Liability Energy Rate Claims |
| Gomez, Silhouette<br>1544 W 21st St<br>Merced, CA 95340-3430 | | 4596 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $18,830.38 | $18,830.38 | Customer No Liability Energy Rate Claims |
| Gonzalez, Manuel C<br>1506 Q St<br>Newman, CA 95360-1527 | | 7542 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $5,400.00 | $5,400.00 | Customer No Liability Energy Rate Claims |
| Goodnight, Kathy V<br>401 N Bradley Rd<br>Santa Maria, CA 93454-3829 | | 6648 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Energy Rate Claims |
| Grant, Yvonne<br>PO BOX 1545<br>Fresno, CA 93716-1545 | | 10306 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Customer No Liability Energy Rate Claims |
| GREEN, LUCEAL<br>1984 MASON ST #A<br>SAN PABLO, CA 94806-3614 | | 4603 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $700.00 | $0.00 | $700.00 | Customer No Liability Energy Rate Claims |
| Griess, Rachelle C<br>219 Silver Star Ct<br>Merced, CA 95348-3015 | | 6428 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Griffin, Tracy<br>337 Fulton St Apt 51<br>San Francisco, CA  94102-4404 | | 87056 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Energy Rate Claims |
| Guillory, Carolyn<br>PO Box 7114<br>Stockton, CA  95267-0114 | | 6066 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Energy Rate Claims |
| Hall, Pat<br>1701 Potomac Ave<br>Bakersfield, CA  93307-1389 | | 4653 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Hall, Tammy<br>1099 Carver Rd Unit 130<br>Modesto, CA  95350-7709 | | 7146 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Ham, Natsuyo<br>428 Whisman Park Dr<br>Mountain View, CA  94040 | | 4217 | Pacific Gas and Electric Company | 7/20/2019 | $0.00 | $0.00 | $0.00 | $6,600.00 | $6,600.00 | Customer No Liability Energy Rate Claims |
| Hamilon, Charlotte & Michael<br>509 Tiffany Drive Unit B<br>Santa Maria, CA  93454 | | 3799 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Energy Rate Claims |
| Hansen, Dane<br>1066 Geneva Dr<br>Lemoore, CA  93245 | | 3982 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $1,470.05 | $1,470.05 | Customer No Liability Energy Rate Claims |
| Harris, Veda<br>1873 Jamestown Drive<br>Lodi, CA  95242-4719 | | 87976 | Pacific Gas and Electric Company | 11/25/2019 | $0.00 | $0.00 | $2,300.00 | $0.00 | $2,300.00 | Customer No Liability Energy Rate Claims |
| HARRISON, SHIRLEY<br>225 16TH ST APT D<br>RICHMOND, CA  94801-3249 | | 4746 | PG&E Corporation | 7/24/2019 | $507.00 | $0.00 | $0.00 | $0.00 | $507.00 | Customer No Liability Energy Rate Claims |
| Hartman, Sally<br>1325 Oxford ave<br>Santa Maria, CA  93454-2539 | | 4648 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $307.23 | $307.23 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| HATTISBURG, BRENDA<br>900 143rd Ave Apt 238 BLDG 20<br>San Leandro, CA 94578-3351 | | 4732 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | Customer No Liability Energy Rate Claims |
| Henrikson, Margie<br>5971 13th Ave<br>Sacramento, CA 95820-2403 | | 7485 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Herrera, Francisco<br>5868 Blossom Ave.<br>San Jose, CA 95123 | | 4204 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer No Liability Energy Rate Claims |
| Higgens, Rosemary<br>5050 Laguna Blvd Ste 112<br>Elk Grove, CA 95758-4151 | | 7739 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Hilmer, Melanie<br>6272 Guyson Court<br>Pleasanton, CA 94588 | | 4071 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Energy Rate Claims |
| Hodges, Heather<br>PO Box 30175<br>Stockton, CA 95213-0175 | | 4367 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $4,000.00 | $0.00 | $4,000.00 | Customer No Liability Energy Rate Claims |
| Hutchison, Michael D<br>2000 Crystal Springs Rd Apt 2320<br>San Bruno, CA 94066-4610 | | 5299 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Inlow-Calmere, Andi<br>5165 El Camino Real<br>Atascadero, CA 93422 | | 70085 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $250.00 | $0.00 | $250.00 | Customer No Liability Energy Rate Claims |
| Jackson, Christine<br>1110 4th St Apt 17<br>Bakersfield, CA 93394-2163 | | 6775 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Energy Rate Claims |
| Jackson, Jennifer Lee<br>417 Carlson St<br>Vallejo, CA 94590-7319 | | 7047 | PG&E Corporation | 8/14/2019 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jaime, Ana M<br>1344 Monarch Ln<br>Davis, CA 95618-1637 | | 6608 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $465.00 | $465.00 | Customer No Liability Energy Rate Claims |
| James, Laura<br>1272 Paseo Verde Dr.<br>Merced, CA 95348-1844 | | 6159 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $9,899.00 | $9,899.00 | Customer No Liability Energy Rate Claims |
| Johnson QME, Lisa Annette<br>27615 Mandarin Ave<br>Hayward, CA 94544 | | 3887 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $10,500.00 | $10,500.00 | Customer No Liability Energy Rate Claims |
| Kendricks, Wanda<br>2416 8th Ave Apt 102<br>Oakland, CA 94606-2100 | | 6791 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Khalil, Sofia<br>Mohmoud Sebie PO Box 2264<br>Monterey, CA 93942-2264 | | 6855 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $1,721.00 | $1,721.00 | Customer No Liability Energy Rate Claims |
| Langford, Tanya<br>2324 Franklin Ave Apt 5<br>Stockton, CA 95204-4852 | | 6938 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Lee, Bee<br>2317 S. Jackson Ave.<br>Fresno, CA 93725 | | 3717 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $4,800.00 | $4,800.00 | Customer No Liability Energy Rate Claims |
| Lee, Omega<br>3668 Massimo circle<br>Stockton, CA 95212 | | 3668 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Lingo, R. Craig<br>PMB #34 2821 E. 10th St.<br>Sioux Falls, SD 57103 | | 17188 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Energy Rate Claims |
| Llewellyn, Anna<br>P.O Box 1365<br>San Martin, CA 95046-1365 | | 4658 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Luna, Antoinette<br>1509 Sutter St Lowr Lowr<br>Vallejo, CA 94590-5273 | | 6912 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $1,600.00 | $1,600.00 | Customer No Liability Energy Rate Claims |
| Manion, Mary<br>& Michael A Manion 5203 Del Vista Way<br>Rocklin, CA 95765-5173 | | 6894 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Energy Rate Claims |
| Mariscal, Jesus<br>230 W Virginia St<br>San Jose, CA 95110 | | 4834 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |
| Marquette, Jill<br>815 N Madison St<br>Stockton, CA 95202-1638 | | 5119 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Martin, Rodney<br>5626 E Tower Ave<br>Fresno, CA 93727 | | 4841 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Customer No Liability Energy Rate Claims |
| Martinez, Audrey<br>5100 Vista Grande Dr Apt 1134<br>Antioch, CA 94531-8541 | | 7156 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Matson, Denis<br>2521 Los Coches Ave<br>San Jose, CA 95128-2137 | | 4631 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Mayo, Janice C<br>309 W Eden Ave<br>Fresno, CA 93706-2916 | | 16763 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| McGrath, Misty<br>624 Heather Court<br>Ridgecrest, CA 93555 | | 4259 | PG&E Corporation | 8/3/2019 | $0.00 | $0.00 | $0.00 | $940.00 | $940.00 | Customer No Liability Energy Rate Claims |
| Mendiola, Melina Y<br>2805 Yosemite Blvd. #182<br>Modesto, CA 95354 | | 4045 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Meneses, Jacqueline<br>1330 Alabama St # B<br>San Francisco, CA  94110-4109 | | 7600 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $197.47 | $197.47 | Customer No Liability Energy Rate Claims |
| Miola, Michelle<br>1200 Lakeshore Ave Apt 3B<br>Oakland, CA  94606-1647 | | 98102 | Pacific Gas and Electric Company | 3/25/2020 | $0.00 | $0.00 | $0.00 | $1,600.00 | $1,600.00 | Customer No Liability Energy Rate Claims |
| Moreci, Cindy<br>1985 San Luis St., Apt. 223<br>Los Banos, CA  93635-5462 | | 104405 | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Energy Rate Claims |
| Narso, George Y<br>1740 Volendam Ave<br>Modesto, CA  95356-0982 | | 5529 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $731.26 | $731.26 | Customer No Liability Energy Rate Claims |
| Nava, Esperanza<br>756 Mountain View Ave<br>Mountain View, CA  94041-1945 | | 7846 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $705.35 | $705.35 | Customer No Liability Energy Rate Claims |
| Nava, Jose<br>324 W Anderson St<br>Stockton, CA  95206-1227 | | 7530 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |
| Nelson, Isha<br>10640 N McCarran Blvd Apt 165<br>Reno, NV  85903-1992 | | 80319 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Energy Rate Claims |
| Nolan, Brian<br>685 N 6th St Apt 307<br>San Jose, CA  95112-7803 | | 6816 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Nukala, Sheshadri<br>1789 Lark Ln<br>Sunnyvale, CA  94087 | | 4173 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Ogarro, Antoine<br>19310 Nashville Blvd<br>Springfield Gardens, NY  11413 | | 106610 | PG&E Corporation | 10/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ojeh, Sunday<br>PO Box 1458<br>Vallejo, CA 94590 | | 9325 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $3,215.85 | $3,215.85 | Customer No Liability Energy Rate Claims |
| Oppido, Michael J<br>4120 Creekpoint Ct<br>Danville, CA 94506-1212 | | 4593 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $850.00 | $850.00 | Customer No Liability Energy Rate Claims |
| Ordonez, Reyna G<br>2676 Deanne St<br>Live Oak, CA 95953-2814 | | 4620 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Customer No Liability Energy Rate Claims |
| Patricio, Maria<br>28 Real Rd<br>Bakersfield, CA 93309-1815 | | 6351 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $1,361.66 | $1,361.66 | Customer No Liability Energy Rate Claims |
| Patrick, Jon R<br>Patricia Patrick 890 E Catalina Cir<br>Fresno, CA 93730-0856 | | 7019 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Peck, Russell J<br>6976 Sandpiper Pl<br>Carlsbad, CA 92009-4137 | | 6887 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $50.00 | $0.00 | $50.00 | Customer No Liability Energy Rate Claims |
| Pethtel, Julie L<br>2373 S Chestnut Ave SPC 56<br>Fresno, CA 93725-1255 | | 7051 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Picato, Ernest<br>5602 Arezzo Ct<br>Bakersfield, CA 93308-7117 | | 5300 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |
| Pletschet, Chris<br>825 Orchard Ave Apt 17<br>Hayward, CA 94544-1642 | | 5723 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Energy Rate Claims |
| Pope, Pamela<br>PO Box 1548<br>Vallejo, CA 94590-0154 | | 8688 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Powell, Demetria<br>1451 Treat Blvd Apt 211<br>Walnut Creek, CA 94597 | | 3714 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Energy Rate Claims |
| Puccinelli, Bryan P<br>289 Eagle Trace Drive<br>Half Moon Bay, CA 94019 | | 4486 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Energy Rate Claims |
| Puga, Jessie<br>1704 Bernard Street<br>Bakersfield, CA 93305-4020 | | 4435 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Energy Rate Claims |
| Quintero, Gustavo<br>Maria Quintero 219 Parkview Lot 158<br>Santa Maria, CA 93455-3806 | | 70330 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Quiroz, Jose R<br>17762 Avenue 17 1/2<br>Madera, CA 93637-8906 | | 87195 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Quovat, Estell<br>9644 Dunbar Dr<br>Oakland, CA 94603-3063 | | 6558 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Ramirez, Jose L<br>Concepcion G Ramirez 738 Searchlight Ave.<br>Stockton, CA 95205-6400 | | 87377 | PG&E Corporation | 10/25/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Customer No Liability Energy Rate Claims |
| Ramirez, Lisa<br>2603 Monterey Ave<br>Soquel, CA 95073-2803 | | 4517 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Ramirez, Melinda<br>17975 Calle Hermosa<br>Morgan Hill, CA 95037 | | 5341 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ramos, Anna<br>165 Cedar Ave<br>Atwater, CA  95301-4410 | | 6497 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $265.00 | $265.00 | Customer No Liability Energy Rate Claims |
| Ramos, Karen<br>260 Sunset Blvd #39<br>Hayward, CA  94541 | | 3798 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Redlich, Brian<br>4013 Quail Run Ct<br>Auburn, CA  95602 | | 4040 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | Customer No Liability Energy Rate Claims |
| Reveles, Anjelica Anabel<br>2101 McCray St Apt 4<br>Bakersfield, CA  93308 | | 9259 | PG&E Corporation | 9/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| REYNOSO, OLIVIA<br>AKA OLIVIA VAZQUEZ PO BOX 941<br>LOS  ALAMOS, CA  93440-0941 | | 87450 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Reznichenko, Valentina<br>Peter Reznichenko 3544 Gemini Way<br>Sacramento, CA  95827-2926 | | 5190 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Energy Rate Claims |
| Rhoades, Loraine L<br>7325 Sunsilver Ln<br>Sacramento, CA  95828-6233 | | 8609 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Roberson, Audra<br>4464 W Palo Alto Ave Apt 101<br>Fresno, CA  93722-9022 | | 4777 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | Customer No Liability Energy Rate Claims |
| Rodriguez, Francisco<br>Alicia Rodriguez 16630 Laurel Ave<br>Stratford, CA  93266-9743 | | 4057 | PG&E Corporation | 7/23/2019 | $130,000.00 | $0.00 | $0.00 | $130,000.00 | $260,000.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rybeck, Mark T<br>390 Talus Ln<br>Grand Junction, CO 81507-3507 | | 5719 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Sakamoto, Noelle K<br>2157 Lakeview Cir<br>Pittsburg, CA 94565-4254 | | 7486 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability Energy Rate Claims |
| Saldana, Ashley<br>1126 E Shields Ave<br>Fresno, CA 93704 | | 87222 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Santos, Samuel<br>2605 Brookside Dr Apt 169<br>Bakersfield, CA 93311-3438 | | 9079 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Customer No Liability Energy Rate Claims |
| Schiele , Joseph E<br>Karen Schiele 12925 Moss Rock Dr<br>Auburn, CA 95602-9378 | | 8336 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Customer No Liability Energy Rate Claims |
| Shobe, Dan<br>29801 Greenwater Dr<br>Bear Valley Springs, CA 93561-9648 | | 7584 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $4,000.08 | $4,000.08 | Customer No Liability Energy Rate Claims |
| Silva, Sara<br>16695 Lone Hill Dr<br>Morgan Hill, CA 95037-4840 | | 10561 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Simental, Yolanda<br>1018 Washington St Apt 3A Bldg 5<br>Bakersfield, CA 93307-2157 | | 4503 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Singer, Martin<br>60 Nebraska St<br>San Francisco, CA 94110-5719 | | 6629 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $12,800.00 | $12,800.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Singh, Anju<br>5350 Dunlay Dr #711<br>Sacramento, CA 95835 | | 8766 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Energy Rate Claims |
| Springer Jr., Jerry<br>3640 Topaz Rd<br>West Sacramento, CA 95691 | | 4427 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability Energy Rate Claims |
| STARK, EDDA<br>636 AMBIENCE WAY<br>DANVILLE, CA 94506-1427 | | 9062 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Energy Rate Claims |
| STARLING, HELEN E<br>1049 PEARL AVE<br>MOSS BEACH, CA 94038 | | 4236 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Energy Rate Claims |
| Stewart, Scott A<br>1394 Maiden Ct<br>Tracy, CA 95377-8604 | | 5135 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $744.00 | $744.00 | Customer No Liability Energy Rate Claims |
| Subia, Annie<br>523 Calle Cuervo<br>Arroyo Grande, CA 93420-1959 | | 5386 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Takada, Shinichi<br>2000 Walnut Ave Apt K302<br>Fremont, CA 94538-5330 | | 5256 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Energy Rate Claims |
| Tatom, Gyle E<br>1063 Sylvia Cir<br>Paso Robles, CA 93446-3025 | | 6431 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Customer No Liability Energy Rate Claims |
| Tavakoli Farsani, Sepideh<br>632 Cedar St Apt 1<br>San Carlos, CA 94070-3041 | | 7255 | PG&E Corporation | 8/15/2019 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | Customer No Liability Energy Rate Claims |
| Taylor, Tonya<br>240 1st Ave Apt-D-203<br>Daly City, CA 94014-2948 | | 8257 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Teoh, Jase<br>61A Carolyn Court<br>Lafayette, CA 94549 | | 4168 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 | Customer No Liability Energy Rate Claims |
| Thomas, Alberta<br>2398 E 14th St Unit 419<br>San Leandro, CA 94577-6031 | | 8615 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Thomas, Ellis<br>2398 E 14th St Unit 408<br>San Leandro, CA 94577-6030 | | 8628 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Thompson, Linda<br>6524 Dover St<br>Oakland, CA 94609-1010 | | 87160 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Velardez, Melannie<br>1721 Cecil Brunner Dr.<br>Bakersfield, CA 93304 | | 3693 | Pacific Gas and Electric Company | 7/16/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Vilce, Debra<br>641 S 30th St<br>Richmond, CA 94804-4030 | | 7579 | PG&E Corporation | 8/21/2019 | $0.00 | $0.00 | $0.00 | $175.00 | $175.00 | Customer No Liability Energy Rate Claims |
| Wafford, Judy<br>26970 Hayward Blvd Apt 609<br>Hayward, CA 94542-2076 | | 7800 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $5,045.69 | $5,045.69 | Customer No Liability Energy Rate Claims |
| Walker, Aquelia<br>645 W Barstow Ave Apt 225<br>Clovis, CA 93612-1589 | | 6728 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Energy Rate Claims |
| Walker, Rachel<br>522 Webster St<br>San Francisco, CA 94117-2669 | | 4946 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $48,000.00 | $0.00 | $48,000.00 | Customer No Liability Energy Rate Claims |
| Wang, Felix W<br>PO Box 1753<br>Clovis, CA 93613-1753 | | 10781 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $302.91 | $302.91 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Warren-Turner, Gwen M<br>PO Box 16302<br>Fresno, CA 93755-6302 | | 5384 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 | Customer No Liability Energy Rate Claims |
| WASHINGTON, DUAN<br>7531 CIRCLE HILL DRIVE<br>OAKLAND, CA 94605-3001 | | 4024 | PG&E Corporation | 7/27/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Washington, Lynette<br>7231 Circle Hill Dr<br>Oakland, CA 94605-2619 | | 8754 | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |
| Weddles, Maureen<br>Laura Weddles 2827 Otto Dr<br>Stockton, CA 95209-1151 | | 4251 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $859.00 | $0.00 | $859.00 | Customer No Liability Energy Rate Claims |
| West Coast Orange Group LLC<br>5445 Running Spring Way<br>Yorba Linda , CA 92887 | | 3977 | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | Customer No Liability Energy Rate Claims |
| Wilkins, Daniel<br>30553 Troon Pl<br>Hayward, CA 94544-7344 | | 4716 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability Energy Rate Claims |
| Williams, Audery<br>5140 E Kings Canyon Rd Apt 132<br>Fresno, CA 93727-3981 | | 10266 | Pacific Gas and Electric Company | 9/27/2019 | $10,000.00 | $0.00 | $18,720.00 | $0.00 | $28,720.00 | Customer No Liability Energy Rate Claims |
| Winslow, Tamika<br>330 Vel Pl<br>Fairfield, CA 94533 | | 4062 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Customer No Liability Energy Rate Claims |
| Wise, Tammy<br>4837 Nesbitt Dr<br>Courpus Christi, TX 78415 | | 4788 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Energy Rate Claims |
| Wong, Lawrence<br>413 3rd St<br>Oakland, CA 94607-3816 | | 6815 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Xu, Lawrence<br>1286 South Mayfair Ave<br>Daly City, CA 94015 | | 57978 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Yang, Vang<br>1115 W Princeton Ave<br>Fresno, CA 93705-4437 | | 8143 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Customer No Liability Energy Rate Claims |
| Zarate, Michelle<br>315 Oak Ave Apt #10<br>Redwood City, CA 94061 | | 3744 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| **Claims To Be Expunged Totals** | | **Count: 170** | | | **$278,116.32** | **$0.00** | **$95,191.79** | **$728,385.78** | **$1,101,693.89** | |