| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alignnetworks, Inc c/o One Call Attn Legal Dept 841 Prudential Drive Suite 204 Jacksonville, FL 32207 | 9903 | Pacific Gas and Electric Company | 9/27/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $27,309.50 | $27,309.50 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Alignnetworks, Inc. c/o One Call Attn: Legal Dept 841 Prudential Drive Suite 204 Jacksonville, FL 32207 | 10046 | PG&E Corporation | 9/27/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,859.48 | $1,859.48 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| BEERYS PHYSICAL THERAPY INC 5008 HWY 140 UNIT B MARIPOSA, CA 95338 | 3987 | Pacific Gas and Electric Company | 7/29/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,170.00 | $2,170.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| BELLISTRI CHIROPRACTIC INC 605 TENNANT AVE STE G MORGAN HILL, CA 95037 | 3929 | PG&E Corporation | 7/24/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $3,651.00 | $3,651.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CENTRAL ANESTHESIA SERVICE EXCHANGE, MEDICAL GROUP, INC. P.O. Box 660910 SACRAMENTO, CA 95866 | 58350 | PG&E Corporation | 10/17/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Central Anesthesia Service Exchange, Medical Group, Inc. P.O. Box 660910 Sacramento, CA 95866 | 58171 | PG&E Corporation | 10/17/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $720.00 | $720.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Central Anesthesia Service Exchange, Medical Group, Inc. Amanda Jane Laubinger 3315 Watt Ave Sacramento, CA 95821 | 58176 | PG&E Corporation | 10/17/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,920.00 | $1,920.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Central Anesthesia Service Exchange, Medical Group, Inc. P.O. Box 660910 Sacramento, CA 95866 | 58207 | PG&E Corporation | 10/17/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,520.00 | $2,520.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Lvovskaya, Lyubov Law Offices of Svetlana Shirinova Svetlana Shirinova 870 Market Street, Suite 948 San Francisco, CA 94102 | 79141 | PG&E Corporation | 10/21/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Med-Legal LLC PO Box 1288 West Covina, CA 91793 | 87079 | PG&E Corporation | 10/25/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $14,350.00 | $14,350.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Monterey County Surveyors, Inc. 235 Salinas Street Salinas, CA 93901-2714 | 8645 | PG&E Corporation | 9/10/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $5,050.00 | $5,050.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| National Technology Transfer, Inc. 6675 S Kenton St Ste 100 Centennial, CO 80111 | 10045 | PG&E Corporation | 9/27/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $8,300.00 | $8,300.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| One Call Attn: Legal Dept 841 Prudential Drive Suite 204 Jacksonville, FL 32207 | 10049 | PG&E Corporation | 9/27/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $5,570.70 | $5,570.70 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| One Call Attn: Legal Department 841 Prudential Drive Suite 204 Jacksonville, FL 32207 | 9912 | Pacific Gas and Electric Company | 9/27/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $9,367.50 | $9,367.50 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| RECOVERY RESOURCES INC<br>P.O. BOX 1347<br>ALAMEDA, CA 94501-0145 | 80360 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ✔ | $0.00 | $0.00 | $547.26 | $0.00 | $547.26 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| RECOVERY RESOURCES INC<br>PO Box 1347<br>ALAMEDA, CA 94501 | 79821 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $5,598.62 | $0.00 | $5,598.62 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Recovery Resources Inc<br>PO Box 1347<br>Alameda, CA 94501-0145 | 79777 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $3,593.50 | $0.00 | $3,593.50 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| RECOVERY RESOURCES INC<br>PO BOX 1347<br>ALAMEDA, CA 94501-0145 | 79775 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $4,690.18 | $0.00 | $4,690.18 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| RECOVERY RESOURCES INC<br>PO Box 1347<br>ALAMEDA, CA 94501 | 79735 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $2,579.53 | $0.00 | $2,579.53 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Recovery Resources Inc<br>PO Box 1347<br>Alameda, CA 94501-0145 | 79352 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $3,739.37 | $0.00 | $3,739.37 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| RECOVERY RESOURCES INC<br>PO Box 1347<br>ALAMEDA, CA 94501 | 79713 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $13,479.67 | $0.00 | $13,479.67 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| RECOVERY RESOURCES INC<br>PO Box 1347<br>ALAMEDA, CA 94501 | 79704 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $1,425.04 | $0.00 | $1,425.04 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Recovery Resources Inc<br>PO Box 1347<br>Alameda, CA 94501-0145 | 71100 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $3,311.36 | $0.00 | $3,311.36 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| RECOVERY RESOURCES INC<br>PO Box 1347<br>ALAMEDA, CA 94501 | 72172 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $2,056.68 | $0.00 | $2,056.68 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Recovery Resources Inc<br>PO Box 1347<br>Alameda, CA 94501-0145 | 77300 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $53,618.86 | $0.00 | $53,618.86 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Republic Document Management North, LLC<br>6377 Clark Ave., Ste. 250<br>Dublin, CA 94568 | 71692 | Pacific Gas and Electric Company | 10/17/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $961.97 | $0.00 | $961.97 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Robert A Rovner APC<br>1320 El Capitan Dr Ste 200<br>Danville, CA 94526 | 1630 | PG&E Corporation | 3/11/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $169.00 | $169.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| SACSOLANO ANESTHESIA EXCHANGE<br>MEDICAL GROUP INC PO BOX 660877<br>SACRAMENTO, CA 95866-0877 | 57395 | PG&E Corporation | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,700.00 | $2,700.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| TRAN, TUAN H<br>MD 3042 TULARE<br>FRESNO, CA 93721 | 4634 | Pacific Gas and Electric Company | 8/1/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416<br>**Claim Transferred To:**<br>WBox 2019-6 LLC<br>Whitebox Advisors LLC Scott Specken 3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416<br>100% | 68125 | Pacific Gas and Electric Company | 10/20/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☑<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $4,425,523.35<br><br>$4,425,523.35 | $4,425,523.35<br><br>$4,425,523.35 | Books and Records |
| WBox 2019-6 LLC<br>c/o Whitebox Advisors<br>Minneapolis, MN 55416<br>**Claim Transferred To:**<br>WBox 2019-6 LLC<br>c/o Whitebox Advisors Attn: Scott Specken 3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416<br>100% | 78474 | Pacific Gas and Electric Company | 10/21/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☑<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $471,674.82<br><br>$471,674.82 | $471,674.82<br><br>$471,674.82 | Books and Records |
| Whitebox Multi-Strategy Partners, L.P.<br>Andrew M. Thau Whitebox Advisors LLC 280 Park Avenue, Suite 43W<br>New York, NY 10017 | 58854 | Pacific Gas and Electric Company | 10/17/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☑<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $4,425,523.35<br><br>$0.00 | $4,425,523.35<br><br>$0.00 | Books and Records |
| Whitebox Multi-Strategy Partners, LP as Transferee of CN Utility Consulting Inc.<br>Attn: Scott Specken 3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | 3630 | Pacific Gas and Electric Company | 7/15/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $471,674.82<br><br>$0.00 | $471,674.82<br><br>$0.00 | Books and Records |
| Whitebox Multi-Strategy Partners, LP as Transferee of Wright Tree Service of The West Inc.<br>Attn: Scott Specken 3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | 3667 | Pacific Gas and Electric Company | 7/15/2019 | **Filed/Sched. Claim Amount:**<br>Unliquidated ☐<br>**Reduced Claim Amount:** | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $0.00<br><br>$0.00 | $4,425,523.35<br><br>$0.00 | $4,425,523.35<br><br>$0.00 | Books and Records |

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| **Asserted Total** | Count: 34 | | | $0.00 | $0.00 | $95,602.04 | $14,507,376.87 | $14,602,978.91 | |
| **Remaining Total** | | | | $0.00 | $0.00 | $0.00 | $4,897,198.17 | $4,897,198.17 | |