| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Air, Weather & Sea Conditions, Inc<br>P.O. Box 512<br>Pacific Palisades, CA 90272 | | 4305 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $8,008.00 | $0.00 | $8,008.00 | Other Satisfied |
| CRG Financial LLC (As Assignee of Development Dimensions).<br>100 Union Avenue, Suite 240<br>Cresskill, NY 07626 | CRG Financial LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NY 7626<br>100% | 87177 | Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| Gillette, Jay<br>43000 Rd. 114<br>Dinuba, CA 93618 | | 4285 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $2,414.00 | $0.00 | $2,414.00 | Engineering Advances and Other Refunds |
| Global Labs, Inc<br>California Laboratory Services<br>3249 Fitzgerald Road<br>Rancho Cordova, CA 95742 | | 1900 | PG&E Corporation | 3/29/2019 | $0.00 | $0.00 | $0.00 | $553.50 | $553.50 | Other Satisfied |
| Mou, Rong<br>400 Stannage Ave Apt C<br>Albany, CA 94706-1245 | | 5100 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Engineering Advances and Other Refunds |
| Paso Robles Multifamily LLC<br>4 Park Plaza, Suite 1700<br>Irvine, CA 92614 | | 97691 | Pacific Gas and Electric Company | 3/6/2020 | $0.00 | $0.00 | $12,850.00 | $36,955.52 | $49,805.52 | Main Line Extension Reimbursement Claims |
| QUIST, HAL<br>CARICHOFF LAW GROUP 600 COOLIDGE DR STE 190<br>FOLSOM, CA 95630 | | 2305 | Pacific Gas and Electric Company | 4/15/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Other Satisfied |
| Ranson, Elizabeth<br>503 Osprey Ct<br>Redwood City, CA 94065 | | 4875 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $2,149.49 | $2,149.49 | Main Line Extension Reimbursement Claims |
| Schofield, Clif<br>158 Wellington Ave<br>Clyde, CA 94520 | | 3591 | Pacific Gas and Electric Company | 7/14/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Engineering Advances and Other Refunds |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| United States Of America, acting by and through, Dept. of Energy, Western Area Power Administration<br><br>US Dept of Justice Matthew J. Troy, Senior Trial Counsel PO Box 875 Ben Franklin Station<br><br>Washington, DC  20044-0875 | | 17097 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $376.00 | $376.00 | Other Satisfied |
| YSI Inc.<br>1700 Braunnum Ln.<br>Yellow Springs, OH  45387-1106 | | 105761 | PG&E Corporation | 6/12/2020 | $0.00 | $0.00 | $0.00 | $12,326.13 | $12,326.13 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count: 11** | | | **$0.00** | **$0.00** | **$23,272.00** | **$557,260.64** | **$580,532.64** | |