| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aftanas, Ronald Brian<br>222 Balceta Ct<br>Danville, CA 94526-5432 | | 7909 | Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Engineering Advances and Other Refunds |
| Amaro, Allen D<br>7688 E Saginaw Ave<br>Selma, CA 93662-9517 | | 87350 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $3,802.82 | $3,802.82 | Main Line Extension Reimbursement Claims |
| California Department of Water Resources<br>Department of Justice Matthew J. Goldman Deputy Attorney General 1300 I Street, P.O. Box 944255<br>Sacramento , CA 94244-2550 | | 78049 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $19,875,003.00 | $19,875,003.00 | Protective Claims |
| California Department of Water Resources<br>Department of Justice Matthew J. Goldman Deputy Attorney General 1300 I Street, P.O. Box 944255<br>Sacramento, CA 94244-2550 | | 78014 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Cargill, Gerry<br>37 Panavista Circle<br>Yerington, NV 89447 | | 4903 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Engineering Advances and Other Refunds |
| Carnegie Institution of Washington<br>Attn: Legal 1530 P Street NW<br>Washington, DC 20005 | | 87463 | PG&E Corporation | 11/13/2019 | $0.00 | $0.00 | $0.00 | $111,609.40 | $111,609.40 | Engineering Advances and Other Refunds |
| Easy Access Developers LLC<br>c/o Front St ACNT 638 Pacific Ave<br>Santa Cruz, CA 95060-4410 | | 7803 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $4,944.58 | $0.00 | $4,944.58 | Engineering Advances and Other Refunds |
| Ephraim, Barry<br>5310 Carizo, LLC 125 S Bowling Green Way<br>Los Angeles, CA 90049-4101 | | 6177 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Main Line Extension Reimbursement Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Feri Sr, Julio I<br>12424 French Camp Rd<br>Manteca, CA 95336-8715 | | 7601 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Engineering Advances and Other Refunds |
| Madrid, John<br>13007 Montgomery Blvd NE<br>Albuquerque, NM 87111-4241 | | 4994 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Engineering Advances and Other Refunds |
| NGUYEN, KIM<br>PO BOX 1175<br>REDWOOD CITY, CA 94064 | | 106566 | Pacific Gas and Electric Company | 10/3/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Engineering Advances and Other Refunds |
| Nguyen, Kim Oanh Thi<br>PO Box 1175<br>Redwood City, CA 94064 | | 106567 | Pacific Gas and Electric Company | 10/3/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Engineering Advances and Other Refunds |
| Rodgers Street, LLC<br>Presidio Bay Ventures / Rodgers Street, LLC Cyrus Sanandaji 1160 Battery Street Ste 250<br>San Francisco, CA 94111 | | 4507 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $121,623.89 | $121,623.89 | Main Line Extension Reimbursement Claims |
| Wild Goose Storage, LLC<br>Rockpoint Gas Storage #400,<br>607 8th Avenue<br>Calgary, AB T2POA7 | | 16838 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $42,460.32 | $42,460.32 | Engineering Advances and Other Refunds |
| Zega Builders, Inc.<br>411 Arlington Way<br>Menlo Park, CA 94025 | | 7763 | Pacific Gas and Electric Company | 8/26/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Engineering Advances and Other Refunds |
| **Claims To Be Expunged Totals** | | **Count: 15** | | | **$0.00** | **$0.00** | **$9,294.58** | **$20,170,999.43** | **$20,180,294.01** | |