Seventy-Second Omnibus Objection | Exhibit 1 | PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Barrera, Maria Elena<br>25391 Whitman St Apt 1<br>Hayward, CA 94544-2493 | | 9165 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| Barrett, Dion<br>2001 Wylie Drive<br>Modesto, CA 95355-3830 | | 3890 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer No Liability / Passthrough Claims |
| Cai, Amy<br>6045 Old Quarry Loop<br>Oakland, CA 94605 | | 7120 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $1,316.88 | $1,316.88 | Customer No Liability / Passthrough Claims |
| Calagui, Sue<br>7924 Keith Winney Cir<br>Sacramento, CA 95829 | | 7736 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Chu, Christopher<br>5890 Flora Cmn<br>Livermore, CA 94551 | | 3755 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| Conner, Melenie<br>1445 E Bulldog Ln Apt 207<br>Fresno, CA 93710-7378 | | 7090 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Doty, Robert L<br>PO Box 2213<br>Willits, CA 95490-2213 | | 5163 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Customer No Liability / Passthrough Claims |
| Frances, Sybil<br>P.O. Box 1567<br>Kelseyville, CA 95451 | | 4169 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Friedman, Josh<br>PO Box 1808<br>Laytonville, CA 95454-1808 | | 6414 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $12,500.00 | $12,500.00 | Customer No Liability / Passthrough Claims |
| Grossi, Peter Albert<br>PO Box 441<br>Browns Valley, CA 95918-0441 | | 6820 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $3,600.00 | $3,600.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| GS NOHO, LLC - Greystar California, Inc. AAF Ana Menjivar 750 Bering Drive Suite 300 Houston, TX 77057 | | 10313 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $2,309.46 | $2,309.46 | Customer No Liability / Passthrough Claims |
| Harris, Tamy 1115 Willow Rd Apt 5 Menlo Park , CA 94025-1649 | | 5085 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability / Passthrough Claims |
| Hussein, Safwan 4692 E Shields Ave Fresno, CA 93726-7309 | | 6702 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $1,636.00 | $0.00 | $1,636.00 | Customer No Liability / Passthrough Claims |
| Lee, Sang Joon 3801 Parkview Ln Apt 8C Irvine, CA 92612-1910 | | 7281 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $264.25 | $264.25 | Customer No Liability / Passthrough Claims |
| Livesay, Missy 2424 Ocean St Apt 2 Oceano, CA 93445-8932 | | 5104 | Pacific Gas and Electric Company | 8/4/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| Ly, Nhan 680 Barber Lane Milpitas, CA 95035 | | 4375 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $6,111.00 | $6,111.00 | Customer No Liability / Passthrough Claims |
| Mendrin, Pete M 15728 Rd 29 1/2 Madera, CA 93638 | | 81245 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Customer No Liability / Passthrough Claims |
| Mihailovich, Diana Z 257 S. Mayfair Ave Daly City, CA 90415 | | 92626 | Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $25.00 | $25.00 | Customer No Liability / Passthrough Claims |
| Nguyen, An Nu 16356 Pinto Ridge Court San Diego, CA 92127 | | 8888 | Pacific Gas and Electric Company | 9/14/2019 | $0.00 | $0.00 | $0.00 | $246.73 | $246.73 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nguyen, Long Dinh<br>955 S 6th St Unit 3305<br>San Jose, CA 95112-3956 | | 5319 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $279.56 | $279.56 | Customer No Liability / Passthrough Claims |
| O'Kane, Lynn<br>PO Box 454<br>Hughson, CA 95326 | | 3709 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability / Passthrough Claims |
| Perry, Jayden<br>DBA Manor Estates 1451 Granite Creek Dr<br>Patterson, CA 95363-8772 | | 60055 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Customer No Liability / Passthrough Claims |
| Pizza Factory<br>2576 Cottle Ave.<br>San Jose, CA 95125 | | 4047 | Pacific Gas and Electric Company | 7/26/2019 | $160,800.00 | $0.00 | $0.00 | $0.00 | $160,800.00 | Customer No Liability / Passthrough Claims |
| Ransbarger, Damon<br>21380 Boyle Road<br>Palo Cedro, CA 96073 | | 80029 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $420.00 | $420.00 | Customer No Liability / Passthrough Claims |
| Scott, Charmaine<br>2404 Nora Way<br>Arvin, CA 93203-2505 | | 5203 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability / Passthrough Claims |
| TOMLIN, NORA JEAN<br>317 9th ST<br>Bakersfield, CA 93304-1615 | | 4656 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| Tsuchida, Terri<br>Roy Tsuchida 68 Lycett Circle<br>Daly City, CA 94015-2866 | | 5148 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $3,306.39 | $3,306.39 | Customer No Liability / Passthrough Claims |
| Velazquez, Elsa<br>1561 Da Vinci St<br>El Paso, TX 79936-6317 | | 9485 | Pacific Gas and Electric Company | 9/20/2019 | $236.00 | $0.00 | $0.00 | $0.00 | $236.00 | Customer No Liability / Passthrough Claims |
| Washington, Mary Ann<br>100 N Whisman Rd Apt 3711<br>Mountain View, CA 94043-4917 | | 6510 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,850.00 | $2,150.00 | $5,000.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claims To Be Expunged Totals** | | **Count: 29** | | | **$161,036.00** | **$0.00** | **$7,486.00** | **$56,379.27** | **$224,901.27** | |