## UNITED STATES BANKRUPTCY COURT
### Northern District of California
### San Francisco Division

In re PG&E Corporation; Pacific Gas & Electric Company, Debtor    Case No. 19-30088-DM (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Fulcrum Credit Partners LLC** | **Tuscan Ridge Associates, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

FULCRUM CREDIT PARTNERS LLC
111 Congress Avenue, Suite 2550
Austin, Texas 78701-4044
Attn: Shelby Zawel
Email: fulcrumtrading@fulcruminv.com
(with copies to mhamilton@fulcruminv.com, tbennett@fulcruminv.com, and szawel@fulcruminv.com)
Tel: +1 (512) 852-3103
Fax: +1 (512) 473-2772

Court Claim # (if known): 58562
Amount of Claim: not less than $12,000,000
Amount of Claim Transferred: 100%
Date Claim Filed: October 17, 2019
Debtor: Pacific Gas and Electric Company
(Case No. 19-30089)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Matthew Hamilton (Mar 16, 2021 16:41 MDT)_    Date: March 16, 2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

DATE: March 16, 2021

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California, San Francisco Division
Attn: Clerk

RE: *In re PG&E Corporation; Pacific Gas & Electric Company,* ("Debtors") Case Number 19-30088

Claim #: 58562
Proof of Claim Amount: not less than $9,500,000
Percentage of Claim Assigned: 100%

**TUSCAN RIDGE ASSOCIATES, LLC,** and any and all of its successors, assigns or designees (collectively, the "Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assigns unto:

**FULCRUM CREDIT PARTNERS LLC**
Wells Fargo Building
111 Congress Avenue, Suite 2550
Austin, TX 78701
Attention: Shelby Zawel
E-mail: szawel@fulcruminv.com

its successors and assigns ("Purchaser"), all rights, title and interest in and to **100%** of the claim of Seller, including all rights of stoppage in transit, replevin, reclamation and cure payments, against the Debtors in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative.

**SELLER**

TUSCAN RIDGE ASSOCIATES, LLC

By: *[signature]*
Name: Courtney McAllister
Title: Member

**PURCHASER**

FULCRUM CREDIT PARTNERS LLC

By: *Matthew Hamilton (Jun 1, 2020 11:35 CDT)*
Name: Matthew Hamilton
Title: Authorized Signatory