KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' REPORT ON STATUS AND RESOLUTION OF OMNIBUS OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS**<br><br>**[Re: Docket Nos. 9455, 9458, 9460, 9462, 9464, 9466, 9711]**<br><br>**Regarding Objections Set for Hearing March 24, 2021 at 10:00 a.m. (Pacific Time)** |

## REPORT ON STATUS AND RESOLUTION OF CERTAIN CLAIMS

In advance of the March 24, 2021, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status and resolution of certain Claims in the following omnibus claims objections:

| Docket No. | Omnibus Objection |
|---|---|
| 9455 | *Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Fortieth Omnibus Objection**") |
| 9458 | *Reorganized Debtors' Forty-First Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Forty-First Omnibus Objection**") |
| 9460 | *Reorganized Debtors' Forty-Second Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Forty-Second Omnibus Objection**") |
| 9462 | *Reorganized Debtors' Forty-Third Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Forty-Third Omnibus Objection**") |
| 9464 | *Reorganized Debtors' Forty-Fourth Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Forty-Fourth Omnibus Objection**") |
| 9466 | *Reorganized Debtors' Forty-Fifth Omnibus Objection to Claims (Reduced and Allowed Claims)*(the "**Forty-Fifth Omnibus Objection**") |
| 9711 | *Reorganized Debtors' Forty-Ninth Omnibus Objection to Claims (Untimely No Liability / Passthrough Claims)* (the "**Forty-Ninth Omnibus Objection**") |

The Reorganized Debtors anticipate that the Hearing will go forward with respect to the following Claims, as set forth in more detail below:

- EBEN 818 LLC (Dkt. No. 9617, Clm. No. 3922; Fortieth Omnibus Objection)
- Todd Greenberg (Dkt. No. 9646, Clm. No. 77335; Fortieth Omnibus Objection)
- Martha Gerstner (Dkt. No. 9664, Clm. No. 3524; Fortieth Omnibus Objection)
- D.A. Wood Construction Inc. (Dkt. No. 9666, Clm. No. 8627; Fortieth Omnibus Objection)
- Rhonda Miller (Response attached as Exhibit A, Clm. No. 2948; Fortieth Omnibus Objection)
- Annette Hicks (Response attached as Exhibit B, Clm. No. 9411; Fortieth Omnibus Objection)
- Mark A. Klein, Janet S. Klein (Dkt. No. 9634, Clm. No. 80500; Forty-Second Omnibus Objection)
- G. Larry Engel (Dkt. No. 9653, Clm. No. 80033; Forty-Second Omnibus Objection.)
- Dorcas Wheeler (Dkt. Nos. 9632, 9644, Clm. Nos. 79932, 80179; Forty-Third Omnibus Objection)

- Bruce and Kathleen Shaw (Dkt. No. 9737, Clm. No. 1722; Forty-Third Omnibus Objection)
- Tracy Nick and Haisam Nijem (Dkt. No. 9725, Clm. No. 1934; Forty-Fourth Omnibus Objection)
- John I Weaver (Response attached as Exhibit C, Clm. No. 2932; Forty-Fifth Omnibus Objection)

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Fortieth Omnibus Objection** | | | |
| 9617 | EBEN 818 LLC | 3922 | The Reorganized Debtors contest Claimant's argument regarding liability and damages. As a factual dispute is involved, the Reorganized Debtors request that the Hearing be deemed a status conference under Local Rule 3007-1(b). |
| 9646 | Todd Greenberg | 77335 | The Reorganized Debtors contest Claimant's argument regarding liability and damages. As a factual dispute is involved, the Reorganized Debtors request that the Hearing be deemed a status conference under Local Rule 3007-1(b). |
| 9647 | Alan Giberson | 8169 | The Reorganized Debtors have made a settlement offer to Claimant that remains outstanding. If the Reorganized Debtors do not receive a response, or if a consensual resolution has not been reached in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |
| 9650 | Andrew Etringer | 91 | The Reorganized Debtors have made a settlement offer to Claimant that remains outstanding. If the Reorganized Debtors do not receive a response, or if a consensual resolution has not been reached in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |
| 9664 | Martha Gerstner | 3524 | Claimant's response does not change the Reorganized Debtors' assessment that the Debtors do not bear any liability for the alleged damages. The Reorganized Debtors believe it can be resolved as a matter of law under Local Rule 3007-1(b). Accordingly, the Reorganized Debtors are prepared to address the Fortieth Omnibus |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | Objection with respect to this Claim at the Hearing. |
| 9666 | D.A. Wood Construction Inc. | 8627 | The Reorganized Debtors contest Claimant's argument regarding liability and damages. As a factual dispute is involved, the Reorganized Debtors request that the Hearing be deemed a status conference under Local Rule 3007-1(b). |
| 9668 | Frank Klassen | 4389 | The Reorganized Debtors have reached a settlement of this Claim in principle, but Claimant has not yet signed the settlement agreement. If the Reorganized Debtors do not have a fully executed agreement in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |
| 9669 | Phil Piserchio | 2017 | The Fortieth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| Informal | Joseph C. Loguidice and Stephanie C. Navarrette-Loguidice | 16730 | The Fortieth Omnibus Objection is WITHDRAWN with respect to this Claim. It will be allowed as filed. |
| Informal | Rhonda Miller | 2948 | Claimant's informal response, attached hereto as **Exhibit A**, does not state a cognizable theory of liability. The Reorganized Debtors believe it can be resolved as a matter of law under Local Rule 3007-1(b). Accordingly, the Reorganized Debtors are prepared to address the Fortieth Omnibus Objection with respect to this Claim at the Hearing. |
| Informal | Annette Hicks | 9411 | Claimant's informal response, attached hereto as **Exhibit B**, does not state a cognizable theory of liability. The Reorganized Debtors believe it can be resolved as a matter of law under Local Rule 3007-1(b). Accordingly, the Reorganized Debtors are prepared to address the Fortieth Omnibus Objection with respect to this Claim at the Hearing. |
| **Forty-First Omnibus Objection** | | | |
| 10388 | Deborah J. & Norman R. Astrin | 96351 | The Reorganized Debtors have reached a settlement of this Claim in principle, but Claimant has not yet signed the settlement |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | agreement. If the Reorganized Debtors do not have a fully executed agreement in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |
| **Forty-Second Omnibus Objection** | | | |
| 9634 | Mark A. Klein and Janet S. Klein | 80500 | Claimant's response does not change the Reorganized Debtors' assessment that there is no liability for the alleged damages under Pacific Gas and Electric Company Tariff Electric Rule 14, namely the Public Safety Power Shutoff ("**PSPS**") program. The Reorganized Debtors believe this Claim can be resolved as a matter of law under Local Rule 3007-1(b). Accordingly, the Reorganized Debtors are prepared to address the Forty-Second Omnibus Objection with respect to this Claim at the Hearing. |
| 9653 | G. Larry Engel | 80033 | Claimant's response does not change the Reorganized Debtors' assessment that there is no liability for the alleged damages under Pacific Gas and Electric Company Tariff Electric Rule 14, namely the PSPS program. The Reorganized Debtors believe it can be resolved as a matter of law under Local Rule 3007-1(b). Accordingly, the Reorganized Debtors are prepared to address the Forty-Second Omnibus Objection with respect to this Claim at the Hearing. |
| **Forty-Third Omnibus Objection** | | | |
| 9628 9629 | Rhonda A. Weiss | 72 | The Reorganized Debtors have reached a settlement of this Claim in principle, but Claimant has not yet signed the settlement agreement. If the Reorganized Debtors do not have a fully executed agreement in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |
| 9632 9644 | Dorcas Wheeler | 79932 80179 | The Reorganized Debtors contest Claimant's argument regarding liability and damages. As a factual dispute is involved, the Reorganized Debtors request |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | that the Hearing be deemed a status conference under Local Rule 3007-1(b). |
| 9641 | Steven J. McDonald | 80425 | The Reorganized Debtors have reached a settlement of this Claim in principle, but Claimant has not yet signed the settlement agreement. If the Reorganized Debtors do not have a fully executed agreement in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |
| 9737 | Bruce and Kathleen Shaw | 1722 | The Reorganized Debtors contest Claimant's argument regarding liability and damages. As a factual dispute is involved, the Reorganized Debtors request that the Hearing be deemed a status conference under Local Rule 3007-1(b). |
| Informal | Roger Drummond | 1455 | The Reorganized Debtors have made a settlement offer to Claimant that remains outstanding. If the Reorganized Debtors do not receive a response, or if a consensual resolution has not been reached in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |
| Informal | Tandra DeBose | 7769 | The Forty-Third Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Forty-Fourth Omnibus Objection** | | | |
| 9637 | Richard S. Tanner | 30916 | The Reorganized Debtors have reached a settlement of this Claim in principle, but Claimant has not yet signed the settlement agreement. If the Reorganized Debtors do not have a fully executed agreement in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |
| 9642 9654 | John A. Vos | 62490 | The Reorganized Debtors have made a settlement offer to Claimant that remains outstanding. If the Reorganized Debtors do not receive a response, or if a consensual resolution has not been reached in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 9649 | Dean Wills | 75943 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Forty-Fourth Omnibus Objection. |
| 9663 | Gordon Moore | 80903 | The Reorganized Debtors have reached a settlement of this Claim that resolves the Forty-Fourth Omnibus Objection. |
| 9672 | Robert B. Wister | 8671 | The Reorganized Debtors have made a settlement offer to Claimant that remains outstanding. If the Reorganized Debtors do not receive a response, or if a consensual resolution has not been reached in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |
| 9725 | Tracy Nick and Haisam Nijem | 1934 | The Reorganized Debtors contest Claimant's argument regarding liability and damages. As a factual dispute is involved, the Reorganized Debtors request that the Hearing be deemed a status conference under Local Rule 3007-1(b). |
| **Forty-Fifth Omnibus Objection** | | | |
| 9619 | Shou Kun Huang and Henry Huang | 7920 | The Reorganized Debtors have made a settlement offer to Claimant that remains outstanding. If the Reorganized Debtors do not receive a response, or if a consensual resolution has not been reached in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |
| 9627 | Maurice Brendan Butler | 8625 | The Forty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. |
| 9660 9662 | Gordon N. Ball, Inc. (GNB) | 4463 | The Reorganized Debtors have reached a settlement of this Claim in principle and a settlement agreement will be prepared and reviewed.. If the Reorganized Debtors do not have a fully executed agreement in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |
| Informal | John I Weaver | 2932 | The Reorganized Debtors contest Claimant's argument regarding damages. As a factual dispute is involved, the Reorganized Debtors request that the |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | Hearing be deemed a status conference under Local Rule 3007-1(b). A true and correct copy of Claimant's informal response to the Reorganized Debtors' counsel is attached hereto as **Exhibit C**. |
| **Forty-Ninth Omnibus Objection** | | | |
| Informal | Kevin Rivera | 86915 | The Reorganized Debtors have reached a settlement of this Claim in principle, but Claimant has not yet signed the settlement agreement. If the Reorganized Debtors do not have a fully executed agreement in advance of the Hearing, the Reorganized Debtors request that it be continued to April 28, 2021 at 10:00 a.m. |

## **DECLARATION REGARDING STATUS AND RESOLUTION OF CLAIMS**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. The foregoing status and resolution of certain Claims is true and correct to the best of my knowledge, information, and belief.

3. Attached hereto as **Exhibit A** is a true and correct copy of the informal response the Reorganized Debtors' counsel received from Rhonda Miller. On March 17, 2021, I contacted Ms. Miller and requested a copy of the supporting documentation referenced therein, but have not yet received a response.

4. Attached hereto as **Exhibit B** is a true and correct copy of the informal response the Reorganized Debtors' counsel received from Annette Hicks (Claim No. 9411).

5. Attached hereto as **Exhibit C** is a true and correct copy of the informal response the Reorganized Debtors' counsel received from John Weaver (Claim No. 2932).

6. This declaration was executed in San Francisco, California.

//

//

//

| | | |
|---|---|---|
| Dated: March 19, 2021 | | **KELLER BENVENUTTI KIM LLP** |
| | | By: /s/ *Dara L. Silveira* |
| | |       Dara L. Silveira |
| | | *Attorneys for Debtors and Reorganized Debtors* |