**Exhibit A**

| From: | rhonda miller |
| To: | PG&E Claims |
| Subject: | Fwd: PG&E claim I also emailed the clerk |
| Date: | Tuesday, December 1, 2020 5:49:45 PM |

---------- Forwarded message ---------
From: **rhonda miller** <rmd3121960@gmail.com>
Date: Tue, Dec 1, 2020 at 3:13 PM
Subject: PG&E claim I also emailed the clerk
To: <admin@kbkllp.com>

notice of the reorganized debtors fortieth omnibus objection to claims



**rhonda miller <rmd3121960@gmail.com>** 3:02 PM (6 minutes ago) 

to lorena_parada

Hello I am not sure what i am supposed to do, i have talked with one person and online chatted with two more. I am protesting any objection by PG & E to not pay my claim.
We are not part of the fire in northern CA, We had our brand new just graveled and smoothed road professionally done (i have copies of my cks) and just a few days later PG & E came in, while we were not home, and tore up the whole road with some BIG TRactor, with tank like impressions. we have appraisals also they ran over our sewage leach lines! we had those looked at and they thought they were ok, that also cost $250.00. I also have photos. This claim had almost been finished when a fire happened and lots of claims went into PG&E. PG&E filed for bankruptcy and we had to re-enter
our claim with all of those.
So please help, I need to know what to do.
I oppose PG&E denying our claim.

Thank you Rhonda MIller
case 19-30088 (DM)
claim #2017424368 docket 9647
Hearing set for Dec 15th with judge Montali
I can send copies of everything if you need. I please need help with this, it's very confusing.
Property is 555 Centennial Mine Rd West Point CA 95255
email, rmandmm9@aol.com
phone 7073733563
 Thanks again, Rhonda