**Exhibit B**

Pg-1

Case No 19-30088(DM) Chapter (11)
United State Bankruptsy Court
Northern Distric of California
SanFrancisco Division

Name of Reorganized Debtors
Forthieth OMNIBUS objection
To Claims (No Libilty/passthrue
claims)
Atti-attorneys For this matter:
Peter J Benvenutti (#60566)
(Pbenbrutti@KbKIp.com)
case no# 19-30088(DM) Chapter 11
of omnibus Objection To Claims
no libilty/passlhrough claims),
Forieth Omibus Objection, im
responding and this is Facts
that a paper response
is being/Been delivered By
express, Email to deptors coorsek
By Creditor - Annette Hicks
assigned numbers of claims
2, (Claim no #449

A) Pg 2

### Breakdown + Itemized List of Damaged Property amounts

# Armana 12000 BTU Window AC unit
$368.00

65" inch Samsung Smart Flat Screen
$897.00  # QN65Q90TAFXZA

65" Samsung Smart Q90T Flat
$1,897.00 s/n QN65Q6TAFXZA
Model Q60T

Panasonic Mono VCR model # PV-V4022
$750.00

microwave $30.00
Apt Size washer/dryer stackable
Sean's Brand $4,000

FridigAir Side By Side $1,079.00
MFrgeater $989.00

$1,050 grocerys runied & dnd
Total Bill
Total Balance $14,006.00

B/Pg 3

Previously Paid Amounts Befor Your Clints Bankruptcy Case

(in witch Companys Still trying to Bill & collect on it From me $3,136.95
Acc# 7824928106-0
(IM Medical Baseline/Disabled use Life Suport devices & Care program ect)
Just Energy, is disconected my Services Due to pase not Paising payments for services that they recieved 7/months Service of Bad Collections all amounts Included in above figures!, Proof of Claim's
Original $14,006.00
S/B $3,136.95
Added Balance $17,142.95

Pg 4

To The Courts and Counseil
I'd Like To ask, for you not
To Substain This Obmibus
Objection, in my Case

I have Ben through a lot
due to the tragity and damage
of myself & property. I've
had to replace Items included
with this document & attachment
Itimized List of payment Amount
Roquest By PG+E & PG+E
Corp. Please your honor
I feel that I should Be allowed
Compsation with this.
amount, also was promised
By PG+E Company that I'd
Be Paid + Compsated for my
Loses, I havent as of yet
no fatt of mine or envolevd
partys, Now my damages
& replacent Bills & credit
collection, Resolition would
Be up to your disions

Pg-5

So I'm writing this Response letter only asking for whats Due $17142.⁹⁹ and with that I'll Be able to resolve credit issues for Just Energy & my credit issues,

So please Substance the Omnibus Objections in my case heron,

Thank You For your Time Sincerly.

I swear under penalty of Perjury the For going to Be true & Correct

Annette Hicks
3038 E Illonis Ave
Fresno CA 93701
559-761-5080
559-286-1142 mas

856

Declaration under Penelaty of Purgery,
With fact and noloage of my claim, name.
Address of person helping me, Below d Signature

Brett D. Sabin
3038 E Illinoise Ave 101
fresno CA 93701
Email 559 (800-4778)
- BrttSabin@gmail.com

B Sabin
Dec-1-2020

Brandy Hicks
~~815 E Rob~~ 725 E Roberts Av
Fresno CA 93710

[signature]

Dec-1-2020

* only person is myself to resolve
  or settel this matter,

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies | $ |

* Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   12/3/2020
                   MM / DD / YYYY

/s/ Annette hicks
Signature

Print the name of the person who is completing and signing this claim:

| | | |
|---|---|---|
| Name | Annette hicks | |
| | First name   Middle name   Last name | |
| Title | | |
| Company | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer | |
| Address | 3038 e Illinois ave #101 | |
| | Number Street | |
| | Fresno ca, CA 93701 | |
| | City State ZIP Code | |
| Contact phone | 5597615080   Email   annettehicks17@gmail.com | |

Official Form 410     Proof of Claim     page 3

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9411

**7. How much is the claim?** $ 44850.00

Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Property damage, personal and food damage

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____
Amount of the claim that is secured: $ _____
Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410

Filers **must** leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Annette Hicks
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Annette Hicks
Name
3038 e Illinois ave #101
Fresno california
93701
Fresno c, CA 93701

Contact phone  5597615080
Contact email  annettehicks17@gmail.com

Where should payments to the creditor be sent? (if different)
Name
Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing?

Official Form 410                Proof of Claim                page 1



# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No: 7824928106-0
Statement Date: 11/02/2020
Due Date: 11/23/2020

**Service For:**

annette hicks
3038 E ILLINOIS AVE APT 101
FRESNO, CA 93701

**Questions about your bill?**

Monday-Friday 7 a.m.-9 p.m.
Saturday 8 a.m.-6 p.m.
Phone: 1-800-743-5000
www.pge.com/MyEnergy

**Ways To Pay**

www.pge.com/waystopay

**Your Enrolled Programs**

Life Support, CARE Discount, Medical Baseline

**Your Account Summary**

| | |
|---|---|
| Amount Due on Previous Statement | $2,969.19 |
| Payment(s) Received Since Last Statement | 0.00 |
| Previous Unpaid Balance | $2,969.19 |
| Current Electric Charges | $152.94 |
| Current Gas Charges | 14.82 |
| **Total Amount Due by 11/23/2020** | **$3,136.95** |

 Current charges include discounts for medical baseline, and $85.34 for CARE.



Monthly Billing History — Electric / Gas
Visit www.pge.com/MyEnergy for a detailed bill comparison

Daily Usage Comparison
1 Year Ago / Last Period / Current Period
Electric kWh / Day: 16.68 / 41.87 / 31.13
Gas Therms / Day: 0.62 / 0.53 / 0.40

**Important Messages**

Winter electric baseline season: The winter electric baseline season began on Oct 1. The total electric baseline quantities shown in your energy statement were calculated using daily winter baseline quantities. Any billing days in the billing period prior to Oct 1 were calculated with summer baseline quantities.

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

99907824928106000000167760000313695



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| 7824928106-0 | 11/23/2020 | $3,136.95 | $ |

452740017092 01 AV   0.38  96 2334 3

ANNETTE HICKS
3038 E ILLINOIS AVE APT 101
FRESNO, CA 93701-2509

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



Case: 19-30088    Doc# 10438-2    Filed: 03/19/21    Entered: 03/19/21 16:20:28    Page 11 of 11

Page 1 of 4

Printed with Water Based inks on SFI certified paper