# EXHIBIT A

# ILog Viewer

Search: [                    ]

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| File Note | upon review of file noted pending pmts made to insured and vendors. no additional action needed at this time. | RODRIGO RAMOS | 02/15/2019 03:28:12 | 3011311133-1-3 | BPP | |
| File Note | insured sent an email asking that all names be added onto the supplemental check payments, as were included on the initial payment. re-opening claim to cancel supp checks and re-issue as 1 payment. | JOSHUA MELTZ | 01/08/2019 11:19:04 | | | |
| File Note | Follow up call made. there was no answer, lmom. | JOSHUA MELTZ | 12/22/2018 15:26:25 | | | |
| File Note | FIRST CONTACT NOTE from yesterday:<br><br>Received a call from insured on cell #<br><br>Discussed BI claim.<br><br>He advised that he took that he and his daughter took the week off and went on vacation. He does not think he had a BI loss and therefore wanted to withdraw BI portion of the claim.<br><br>Advised will send withdrawal letter for his records. Requested to contact me if anything changes.<br><br>** | CELINE JOHNSON | 12/19/2018 13:15:21 | 3011311133-1-5 | Business Interruption | |

Case: 19-30088   Doc# 10441-1   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page 2 of 29

**EXHIBIT A**

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| | Email: | | | | | |

Email:

Email Confirmed: NO
Loss Location: 1814 BROADWAY ST VALLEJO CA
DOL: 8/2/2018 10:00:00 AM
FOL: Water loss from toilet backup

Smell was very strong the first week after backup. They aired the premises and sprayed air fresheners to try and mask the scent but customers could still smell it.

Type of Business: Retail – AUTO PARTS STORE
-Inception: 26 years at this location
-Other locations: 1648 N. TEXAS STREET FAIRFIELD, CA 94533

Waiting Period:
72 hours since primary policy 8/02 @ 10a- 8/05 @ 10a
Period of Restoration estimated/approved by FCR: 1 week

Lease:-Monthly Rental Rate: na

Payroll: Ordinary Payroll Limit: 60 days
-# of employees: None. Just himself and his daughter

Sales Forecast:
Did not discuss as insured did not want to proceed with BI portion of the claim.
HE did not think he had a loss.

Case: 19-30088    Doc# 10441-1    Filed: 03/22/21    Entered: 03/22/21 14:42:57    Page 3
                                          of 29

EXHIBIT A

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| | Expenses: Business Federal Tax Return<br><br>Sales tax rate: na<br><br>COVERAGE ANALYSIS: BOP0002. Policy Limits: BI 12 Months.<br><br>Increased to 18 months by the E6289 endorsement<br><br>BOP Coverage is all risk less exclusions. No exclusions or limitations apply.<br>The BI is covered under the base policy ADD'L COVS "f" with 72 hour waiting period.<br><br>Loss has occurred due to water from a sewer back up causing damage. Water damage triggers BI coverage because water damage due to sewer backup is a direct physical and covered loss. Coverage is provided under additional coverage Business Interruption<br>Explained policy benefits - NI plus continuing operating expenses.<br>Explained claims process and set expectations.<br><br>Prior losses: None related<br>Additional Insurance: none<br>New business:/Red flags: None | | | | | |

Case: 19-30088    Doc# 10441-1    Filed: 03/22/21    Entered: 03/22/21 14:42:57    Page 4 of 29

**EXHIBIT A**

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| File Note | I called and spoke to Mr. I went over the supplemental display cabinet estimate, scope, recoverable depreciation, payment. He had no questions for me. | JOSHUA MELTZ | 12/18/2018 16:17:59 | | | |
| First Contact | Received a call from insured | CELINE JOHNSON | 12/18/2018 13:05:31 | 3011311133-1-5 | Business Interruption | |
| Initial Claim Review | BI ICR & FC ATTEMPT<br><br>Reviewed file, policy and applicable endorsements for the loss.<br>Policy: BOP0002 0197 Special Property Covg Form E3453- RETAIL SERVICE PRIMARY PCKG END E6289- BUSINESS INCOME & EXTRA EXPENSE-18 MOS<br><br>EBI: 30 Days<br><br>NAMED INSURED(S)<br><br><br>PREMIER AUTO SOUND<br><br>EFT ELIGIBILITY/POLICY TYPE: PARTNERSHIP EFT ENABLED: NOT ELLIGIBLE<br><br>Contact: - BUSINESS PARTNER c(707) 246-2255 w(707) 648-0664 Email:<br><br>Email Confirmed: NO Loss Location: 1814 BROADWAY ST VALLEJO CA DOL: 8/2/2018 10:00:00 AM | CELINE JOHNSON | 12/18/2018 09:58:12 | 3011311133-1-5 | Business Interruption | |

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| | FOL: Water loss from toilet backup

Type of Business: Retail – AUTO PARTS STORE
-Inception: 26 years at this location
-Normal days & business hours:
-Other locations: 1648 N. TEXAS STREET FAIRFIELD, CA 94533

Waiting Period:
72 hours since primary policy 8/02 @ 10a- 8/05 @ 10a
Period of Restoration estimated/approved by FCR: 1 week

***
Called and left a vm on cell #. Work # vm is full | | | | | |
| Claim Evaluation | EXPEDITER REVIEW – loss with no apparent opportunity to add much value as the short expected POR has already completed. Therefore - this claim will not be expedited at this time but BIS will advise if the situation changes. | SCOTT VANNICE | 12/17/2018 10:57:04 | | | |

Case: 19-30088    Doc# 10441-1    Filed: 03/22/21    Entered: 03/22/21 14:42:57    Page 6
                                      of 29

EXHIBIT A

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| File Note | Display Cabinets Estimate iLog:<br>- measurements were sent in by Insured.<br><br>O & P:<br>- O&P is not warranted on this estimate, as it is cabinetry only. Use of a GC is not warranted.<br><br>Depreciation:<br>- all items appear to be in good/average condition for their age.<br>- per documentation sent in by Insured, display cases were built in 2004.<br><br>Miscellaneous:<br>- There is not a line item in xactimate for the wall music switchboard/display which was damaged. The closest item that I could find was the line item for a commercial sign casing/display, since this line item included building of the cabinet as well as electrician labor/materials for hooking up the electrical. This line item also included crane labor/rental, which I backed out, since a crane won't be needed for the interior display build. | JOSHUA MELTZ | 12/16/2018 18:34:40 | 3011311133-1-3 | BPP | |

EXHIBIT A

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| File Note | Is the contact person listed in Contacts with correct phone number AND email? - YES.<br><br>Provide period for calculation or estimated length of interruption. - 1 WEEK.<br><br>Does this loss benefit from expediting? - NO. BUSINESS HAS ALREADY RE-OPENED.<br><br>Have you verified a covered cause of loss? - YES. | JOSHUA MELTZ | 12/16/2018 16:31:58 | | | |
| File Note | Insured did not send the needed measurements in order to properly estimate display case replacement. I emailed him back asking for the lengths of the effected cabinets. will complete estimate once information is received. | JOSHUA MELTZ | 12/14/2018 10:50:02 | | | |
| Rolling Diary | - photos/measurements of display cases - make payment on display cases | JOSHUA MELTZ | 12/12/2018 17:38:16 | | | |

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| File Note | Insured emailed me a photo of his initial estimate for the display cases which was $11k.  this estimate was done on a piece of lined paper and does not have any official information on it (contractor name, phone number, etc).<br><br>I called and spoke to Mr.  and confirmed that I had received the photo.  He said that the display cases were made by a friend, so he does not have anything else besides that piece of paper.  He said that he was going to send me some photos of the damages as well.  I asked if we could meet tomorrow so I could look at them, but he will not be available tomorrow.  He wanted to meet Friday, but I am not available due to other inspections, and also won't be available Monday (PTO).  I asked that he send me measurements of the cabinets along with the photos so that I can try to put together an estimate for them.  He said that he would do so. | JOSHUA MELTZ | 12/12/2018 17:35:30 | | | |
| File Note | payment approved | JASON SCHEFFLER | 12/06/2018 11:06:22 | | | |

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| Action Needed | Jason, Please approve payment of $3003 for BPP inventory and damage assessment services provided on this claim by Tech Loss. They were called out by Rodrigo for their expertise in handling claims with technology inventory (car audio equipment in this case). Charges were incurred prior to my taking over this claim. Thank you. | JOSHUA MELTZ | 12/05/2018 17:42:56 | | | |
| Post Claim Reminder | make a follow up call. - also follow up on display cases. | JOSHUA MELTZ | 12/05/2018 17:05:10 | | | |
| File Note | Subrogation: per Bullseye Leak Detection report, PG&E work is likely cause of the damages to the sewer line. | JOSHUA MELTZ | 12/05/2018 17:04:38 | | | |
| File Note | Salvage- per Tech Loss report, there is no salvage potential on this claim. | JOSHUA MELTZ | 12/05/2018 17:04:14 | | | |
| Agent Contact | I called and spoke to          . I introduced myself as the new adjuster and provided him with my contact information.  I updated him on the claims status and advised that he will be CC'd on the settlement letter going out.  I asked that he call me if he has any questions. | JOSHUA MELTZ | 12/05/2018 17:03:25 | | | |
| File Note | I called and spoke to Mr.          I apologized for the delay in his claim and explained that his adjuster is on an extended leave, and that I am taking over the claim. | JOSHUA MELTZ | 12/05/2018 16:51:20 | | | |

Case: 19-30088   Doc# 10441-1   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page
10 of 29
EXHIBIT A

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| | I explained the Tech Loss inventory/report to him, as well as the payment, ACV on customer's items, deductible.<br><br>We also discussed the carpet which he has not replaced yet. I explained the recoverable depreciation on the carpet, and Mr. became upset with us not paying the full amount on it. Mr.<br><br>        the repairs because he has been waiting months for Rodrigo to give him the go-ahead and make a payment on the repairs. Mr.     is frustrated because his carpet was damaged by sewer water, and his shop has had a sewer smell since the DOL. After hearing this, I made a business decision to provide good customer service to Mr.    and not withhold the recoverable depreciation, since the carpet replacement is only $3171 and Insured has been dealing with less than ideal working conditions.<br>I let him know that we would make a full payment on the carpet repairs.<br><br>We also discussed Mr. Etoumi's display cases which are wood and particle board, and were also contaminated by the sewer water. According to Mr.   he had discussed these damages with | | | | | |

Case: 19-30088   Doc# 10441-1   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page 11 of 29

EXHIBIT A

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| | Rodrigo. I apologized again and let him know that Rodrigo had not put anything in the claim regarding the display cases. I asked that he email me information on them so that I could get them added to the claim file. He said that the cases were replaced roughly 10 years ago.<br><br>We also discussed direct deposit, which Insured declined. He requested check be mailed.<br><br>*settlement letter sent, as PD for the sewer line was already handled/sent by CR Ramos. | | | | | |
| File Note | I called and spoke to Bob Karpin, head engineer on this claim. He said that the report had been sent out to Rodrigo. He asked that I email him, and said that he would reply by sending me the report/inventory, along with their log notes about their conversations with Rodrigo.<br><br>Email sent to Tech Loss, and forwarded to the claim file. | JOSHUA MELTZ | 12/05/2018 13:47:30 | | | |
| Case Review | Case review:<br><br>Mid-Century Insurance Retail<br>$5000 deductible<br>BPP = $52500<br>TIB = $5200<br><br>08/02/2018 Insured suffered backup from the toilets, causing damages to the | JOSHUA MELTZ | 12/05/2018 12:55:20 | | | |

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| | building and Insured's BPP. Coverage determined to be sudden escape of water due to breakage of the sewer lateral. Per expert (Bullseye Leak Detection) report, lateral was likely crushed by PG&E work being performed. Coverage extended for BPP. PD sent for faulty workmanship damage to the lateral itself. Bullseye vendor invoice has not been paid yet. CR Ramos notes that building repairs will be completed by landlord, however Insured sent in a carpet estimate for $3171. CR Ramos did create a comp bid in Xactimate and carpet pricing is in line with CR Ramos' comp bid. Comp bid is not in the claim file, I will print it to the file. CR Ramos has extended coverage for the carpet as BPP/TIB. Carpeting is below $5k deductible, and CR Ramos informed Insured that he was waiting for the inventory total to bring claim above deductible in order to make payement. CR Ramos paid Insured's $150 plumbing bill, but has not applied the deductible yet. EMRP has been paid. Deductible not withheld from EMRP. | | | | | |

Case: 19-30088   Doc# 10441-1   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page
13 of 29
EXHIBIT A

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| | On 08/23/2018 a referral was made to Tech Loss to complete an inventory of the damaged BPP. No inventory has been received yet. Tech Loss sent an email on 10/02/2018 stating that they were waiting for some more information/documentation from Insured in order to complete their inventory. They also asked CR Ramos how to proceed with Insured's customer's property.<br><br>An ongoing investigation letter was sent to Insured on 10/10/2018 asking them to cooperate with Joel from Tech Loss.<br><br>Per conversations between CR Ramos and Joel from Tech Loss (10/23/2018 ilog), Joel spoke to Insured on 10/23 about the last information that they needed. Inventory was supposed to be completed shortly thereafter.<br><br>Per 11/15/2018 ilog, Insured informed CR Ramos that he wanted to hold off on whatever was still pending and receive payment for what was accounted for so far. This is the last ilog in the file before I took over<br><br>Action needed:<br>- pay bullseye invoice<br>- get report/inventory from Tech Loss<br>- speak to Insured/settle claim. | | | | | |

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| Diary | - review claim file; call Insured and discuss | JOSHUA MELTZ | 12/04/2018 17:44:25 | | | |
| File Note | Insured sent in an email asking about status of claim. CR Ramos is on LOA and I am backstopping for him. Claim appears to be unresolved, so I have re-opened, and am taking over claim. I emailed Insured to let them know that I received their email (CR Ramos emails are forwarded to me), and that I would reach out to them tomorrow to discuss the status of their claim once I have had a chance to review the claim file. | JOSHUA MELTZ | 12/04/2018 17:42:51 | | | |
| Post Claim Reminder | ap* receipt of tech loss inventory report review and pmt status letter thank you letter | RODRIGO RAMOS | 11/15/2018 17:48:43 | | | |
| File Note | ob call to Tech Loss and requested that report be finalized with known costs for my review. Upon receipt will review and issue pmt to insured who has decided to put off pending items and conclude with what is submitted at this time. Diary set to f/u and conclude | RODRIGO RAMOS | 11/15/2018 17:47:45 | | | |

Case: 19-30088   Doc# 10441-1   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page
15 of 29

**EXHIBIT A**

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| Post Claim Reminder | Craig, I am going to be applying deductible to bpp settlement as per Ni we where allowing him time to continue searching for support but per my conversation with him 11/9/18 he is ok to move forward with known info. I will let you known once paid with ded applied. | RODRIGO RAMOS | 11/12/2018 05:55:04 | | | |
| Action Needed | Subro - Rodrigo, was a deductible applied to this loss? If so, how much was it? Thanks Craig | CRAIG REMENY | 10/30/2018 15:23:08 | 3011311133-1-3 | BPP | |
| Post Claim Reminder | ap*<br>status of tech loss report address leak detection invoice in file<br>f/u with Ni, re questions? pending items?<br>stauts letter 11/3/18 | RODRIGO RAMOS | 10/23/2018 17:29:44 | | | |
| File Note | ob call to Joel from tech loss, advised he has all the information he needs to finalize report except for insured inventory list for wholesale cost of merchandise that was damage which per his last conversation with insured today, will be submitted shortly and has been delayed in part for his caring of his ill spouse. I thanked Joel for the update.<br><br>Ob call to insured to see if I can further assist him , no answer left vm rquesting call back. diary set to f/u | RODRIGO RAMOS | 10/23/2018 17:02:28 | | | |

Case: 19-30088   Doc# 10441-1   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page
16 of 29

**EXHIBIT A**

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| Post Claim Reminder | ap*<br>f/u with Joel from tech loss re non salv inventory list<br>f/u with ni re questions, able to gather necessary info<br>review, approve amt, combine with carpet repair, apply ded and settle<br>ob call to Ni to explain address bulls eye leak detection inv $575<br>conclude | RODRIGO RAMOS | 10/10/2018 20:43:14 | | | |
| File Note | ob call to Joel from tech loss to get a status on report, he advised the he is awaiting information from insured so that he may more accurately priced personal property of clients that where stored on premises and where damaged watered from covered loss event. He explained to have sent insured list of what was needed 10/2/18 and will be following up today. Agreed to f/u on 10/12/18 for status on inventory list completion and asked that list for non-salvageable items that can be priced out be submitted with a list for pending if not able to complete. Joel advised that he would work on that. diary set to f/u | RODRIGO RAMOS | 10/10/2018 20:30:39 | | | |
| Post Claim Reminder | ap*<br>status on tech loss report with inventory and assesement<br>review, approve apply ded and settle<br>ob call to Ni to explain<br>conclude | RODRIGO RAMOS | 09/27/2018 03:50:25 | | | |

Case: 19-30088   Doc# 10441-1   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page
17 of 29

EXHIBIT A

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| File Note | continuing previous file note<br><br>ob call to Ni to provide status on claim. explained that I had reached out to Tech Loss consulting and spoke to Joel who confirmed that they had inspected on9/13/18 per insured availability and were currently working on finalizing report with inventory and expect to have it submitted for my review by 10/2/18. I explained to insured that his carpet estimate is been reviewed and approved as it is below his $5k ded which is still to be applied he can move forward with the carpet repair as I will not be able to issue payment yet. Ni understood, thanked me for call and agreed to f/u by 10/2/18 re inventory report. Diary set | RODRIGO RAMOS | 09/27/2018 03:46:36 | | | |
| File Note | ob call to Ni to provide status on claim. explained that | RODRIGO RAMOS | 09/24/2018 21:34:31 | | | |
| Post Claim Reminder | ap*<br>f/u with Tech Loss re electronics inventory and salvagability<br>issue pmt minus deductible<br>address carpet estimate<br>issue supp as warranted<br>address leak detection invoice<br>status letter 9/19/18 | RODRIGO RAMOS | 09/19/2018 05:45:07 | | | |

Case: 19-30088　Doc# 10441-1　Filed: 03/22/21　Entered: 03/22/21 14:42:57　Page
18 of 29

**EXHIBIT A**

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| File Note | ob call to Tech loss re status of inventory, left msg requesting call back<br><br>ob call to Ni, advised he is not able to find record for carpet he previously installed but will be forwarding estmate for replacement which is costing less than initial install. I advised that I will review upon receipt. Diary set to f/u | RODRIGO RAMOS | 09/19/2018 05:43:58 | | | |
| File Note | EMRP: all closed all done rolling diary<br>EMRP COMM SERVPRO: Follow up for check to print / unit to close<br><br><br>CLIENT BILLED ON 8/15 FOR $566.78      PC to cr confirmed cov on 8/27 and application of ded in full to his unit. He advised proceed with emrp review/payment.<br>Status letter 8/28<br><br><br>PENDING cr direction and discussion with his supervisor etc. as is this under TIB or extra expense? CR called at 11;15 am on 8/23 and we discussed. He is hoping to update me by EOB today regarding payment.<br><br><br>    follow up for cr col/cov? more info from Servpro *have advised cr of ten day rule. need more info from | SHARON SLEBISS | 08/31/2018 13:18:15 | | | |

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| | cr.<br><br>COL / COV still pending<br>Still pending 8/15<br>Still pending 8/17<br>Pending 8/20<br>pending 8/22<br><br><br>Still pending 8/13<br><br>  sent note to vendor in XA on 8/10.<br><br>LM for adjuster 4:35 on 8/8 for update. | | | | | |

Case: 19-30088    Doc# 10441-1    Filed: 03/22/21    Entered: 03/22/21 14:42:57    Page 20 of 29

EXHIBIT A

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| Post Claim Reminder | EMRP SERVPRO COMM INVOICE REVIEW COMPLETED claim 3011311133<br><br>Amount Billed: $ 566.78<br><br>Amount Paid to batch: $ 566.78<br><br>Adjuster (RODRIGO RAMOS) confirmed ded of 5 g will be applied and to process and he will address as applicable to limit. TIB/Extra expense for BOP retail auto parts store.<br><br>If you end up having them or another es company back and there is coverage or limit remaining for that please advise and I can review.<br><br>Thank you for taking the time to discuss this with me. You'll be updating the file notes as we talked about.<br><br>If I can be of any further assistance please let me know.<br><br>Thanks,<br>Sharon | SHARON SLEBISS | 08/27/2018 12:26:30 | 3011311133-1-2 | EMRP | |
| File Note | EMRP SERVPRO COMM INVOICE REVIEW COMPLETED claim 3011311133<br><br>Amount Billed: $ 566.78<br><br>Amount Paid to batch: $ 566.78<br><br>Adjuster (RODRIGO | SHARON SLEBISS | 08/27/2018 12:26:20 | 3011311133-1-2 | EMRP | |

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| | RAMOS) confirmed ded of 5 g will be applied and to process and he will address as applicable to limit. TIB/Extra expense for BOP retail auto parts store.<br><br>If you end up having them or another es company back and there is coverage or limit remaining for that please advise and I can review.<br><br>Thank you for taking the time to discuss this with me. You'll be updating the file notes as we talked about.<br><br>If I can be of any further assistance please let me know.<br><br>Thanks,<br>Sharon<br><br><br>The COS notes not all dry when they left.<br><br>All XA docs printed to file.<br><br>Sent settlement letter to insured.<br><br>Closing Unit | | | | | |
| Post Claim Reminder | ap*<br>pmt to bullseye for leak detection<br>status on tech loss referreal for inventory assessment insured support for carpet in showroom/ TIB?<br>thank you letter 9/3/18<br>status letter 8/24/18 | RODRIGO RAMOS | 08/23/2018 16:22:27 | | | |

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| File Note | Cov Eval policy BP00020197 extends coverage on an all risk less exclusion basis Per Plumber report, col is faulty workmanship as a result of pge crushing sewer lateral in the course of doing work in the direct area where sewer lateral is located. faulty workmanship is uninsured or excluded under the policy, no coverage for damage to sewer lateral as a result of faulty workmanship can be extended. Coverage for the sudden and accidental release of water is extended. | RODRIGO RAMOS | 08/23/2018 13:04:27 | | | |
| File Note | ob call to Bullseye leak detection. Spoke to rep who confirmed that video of the sewer lateral inspection was taken. Will reach out to tech to retain copy and forward if needed. confirmed that per expert technician report, sewer lateral to propery was damaged due to trade damage and most likely due to pge work in area as pipe was crushed at location where the pge trench for work performed ends. Based on this information, loss is covered for business personal property as per copy of lease agreement obtained. section 11 states that landlord will address partial destruction of building. | RODRIGO RAMOS | 08/23/2018 12:20:26 | 3011311133-1-1 | Building | |

Case: 19-30088    Doc# 10441-1    Filed: 03/22/21    Entered: 03/22/21 14:42:57    Page 23 of 29

**EXHIBIT A**

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| Call | emrp comm servpro - help point sent servpro been over 10 days w out cov decision LM for adjuster | SHARON SLEBISS | 08/22/2018 13:45:55 | | | |
| Action Needed | HI Rodrigo, can you please provide an update on coverage for this one? Thanks | SHARON SLEBISS | 08/15/2018 09:53:06 | | | |
| Post Claim Reminder | Field Inspection- Called on way to inspection to confirm appointment. Met with          . inspected both bathrooms which share a wall, bathroom one faces towards the front of the building and bathroom 2 faces the rear. bathroom one has evidence of water having pooled on floor and water staining along baseboard in hallway adjacent to bathroom. Evidence of water having traveled to the front showroom and display counter which has been propped up on foam pads. towards the rear of the building, bathroom 2 does not appear to be utilized currently like bathroom one does and had the toilet tank lid removed and the water supply valve turned off.          advised that his employee noted water coming out rear side door upon coming to work that morning of 8/2/18. A plumber had been called out prior as toilets where flushing slowly. The plumber inspected five days prior to loss and had not been called | RODRIGO RAMOS | 08/10/2018 21:43:25 | | | |

Case: 19-30088    Doc# 10441-1    Filed: 03/22/21    Entered: 03/22/21 14:42:57    Page
24 of 29

EXHIBIT A

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| | back. I called the plumber who advised that there is a blockage that he could not unclear by snake, belives it to be rocks/dirt. Could not provide additional info as he did not use a camera or had been called back since the overflow. provided a copy of the original lease agreement. Believes it might be the same other than the affective dates on lease. he is working on getting the most current lease from his bookkeeper. Discussed with that his policy does not have sewer and drain backup endorsement and it appears that this may have been the cause of loss, but that I will have the line inspected with a camera to determined if any other likely source. Ahmend was appreciative and agreeable to plan. diary set<br><br>Action Plan<br>f/u with bullseye leak detection re col report<br>cov eval<br>conclude | | | | | |
| Post Claim Reminder | ap*<br>f/u with Bulleyeleak detection re report/findings for sewer lateral camera inspection<br>cov eval<br>conclude | RODRIGO RAMOS | 08/10/2018 19:40:11 | | | |

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| File Note | Referral to Bullseye leak detection 916 760 8944, for sewer later camera inspection request. Advised it is urgent and authorized afterhours and weekend work for customer service and so that coverage may be determined. Ob call to who was appreciative of the continued effort into the matter and had no questions for me at the time. | RODRIGO RAMOS | 08/10/2018 19:33:51 | | | |
| Post Claim Reminder | Sharon, cov is pending additional investigation. I will be dispatching a plumber to inspect plumbing system to provide cause of loss so that coverage may be determined. Insured does not want any mitigation services until coverage has been determined. I will update the file once the report comes in. | RODRIGO RAMOS | 08/09/2018 06:35:56 | | | |
| Rolling Diary | EMRP COMM SERVPRO: follow up for cr col/cov? more info from Servpro Status letter 8/28 | SHARON SLEBISS | 08/03/2018 11:05:20 | | | |

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| Call | Assignee<br>Servpro of Petaluma / Rohnert Park<br>Address: 75 Executive Ave Ste 7 & 8, Rohnert Park, CA 94928<br>Email: jespinal9542@sbcglobal.net<br>Office: (707) 588-8226<br><br>COMM EMRP - ICR<br>Reviewed file/notes<br>Added myself as desk adjuster<br>Follow up set<br><br>Called adjuster and discussed policy/coverage concerns and questions about COL<br><br>CR is calling plumber and servpro and will advise<br><br>HP did dispatch Servpro but *10 day comm rule | SHARON SLEBISS | 08/03/2018 11:04:24 | | | |
| Post Claim Reminder | ap*<br>f/u with insured  confirm auth of claim<br>f/u with agent<br>print icr to file<br>set inspection appt | RODRIGO RAMOS | 08/02/2018 18:32:57 | | | |

Case: 19-30088   Doc# 10441-1   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page
27 of 29

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| File Note | ob call to speak with insured, was advised that he was not available but that     is the person I need to speak with. dialed cell phone number for Ron, Ahmend Answered and advised of toilet overflow as col. believes it to be related to pg&e work in area a couple weeks back. Has been in building 26 years and did not have issues until after pge completed work. First toilets would not flush and then overflow occurred. Plumber snaked line and found dirt in sewer lateral approx. 80ft out.       to provide contact info. | RODRIGO RAMOS | 08/02/2018 18:30:09 | | | |

Case: 19-30088   Doc# 10441-1   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page 28 of 29

EXHIBIT A

| Action Code | Comments | Created By | Created Date | Unit Number | Unit Type | Agent Summary |
|---|---|---|---|---|---|---|
| File Note | Reported By: GHANNAM, RON, Insured.<br> Did not explain coverages, deductibles or services.<br>Date of loss is date of discovery.<br>Source of water is from a sudden escape/overflow of clean water from pipe, water supply line or appliance.<br>Business is not operational or required board up.<br>EMRP Eligible: Offered/accepted.<br>Property Vendor: ServPro<br>Reported By: GHANNAM, RON, Insured.<br> Did not explain coverages, deductibles or services.<br>Date of loss is date of discovery.<br>Source of water is from a sudden escape/overflow of clean water from pipe, water supply line or appliance.<br>Business is not operational or required board up.<br>Primary Contact's Phone: (707) 246-2255<br>Pega ID:CP-18-8787 | DAVID LICHTENAUER | 08/02/2018 14:59:09 | | | |

Showing 1 to 54 of 54 entries

Previous  | 1 |  Next

Case: 19-30088   Doc# 10441-1   Filed: 03/22/21   Entered: 03/22/21 14:42:57   **EXHIBIT A**   Page
29 of 29