# EXHIBIT B



| | | | |
|---|---|---|---|
| Date | Invoice # | Terms | Due Date |
| 8/15/2018 | 22552d | 2/10 Net 30 | 9/14/2018 |

# Invoice

4015 Seaport Blvd
West Sacramento Ca 95691
Lic. # 935197

**Phone Number** | **Fax Number**
916-760-8944 | 916-760-8970

**E-mail**
office@bullseyeleak.com

**Web Site**
www.bullseyeleak.com

**Bill To**  Ship To

Farmers Insurance Exchange
PO Box 268994
Oklahoma City, OK 73126-8994

**P.O. No.** | **Technician**
 | Dan

Tax ID # 30-0568016

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Claim# 3011311133-1 | | | |
| | | | |
| 1814 Broadway St | | | |
| Vallejo, CA 94589 | | | |
| | | | |
| Upon arrival I met with the homeowner. | | | |
| Area of concern: I was told sewage surfaced soon after PG&E had performed work out front of the business. | | | |
| The owner had hired a plumber who could not clear the line. | | | |
| First point of camera entry: Clean-out | | | |
| First camera run: There was no visibility during the inspection as the line was. It was filled with standing sewage. I ran the camera approximately 60 ft when I found an obstruction I could not pass. I located the obstruction at the edge of the PG&E trench. It appears that the sewer line has been crushed by trade damage. The sewer line is approximately 4' deep and the gas trench was likely at a higher elevation so they did not know there was a conflict during their work. | | | |
| Anomaly found: Yes | | | |
| Anomaly location: at PG&E trench on Broadway side of the building. | | | |
| Approximate anomaly depth: 4 feet | | | |
| Demarcation of anomaly: Paint | | | |
| Note: Due to poor visibility and/or limitations of the inspection equipment, we cannot determine pipe material with 100% accuracy and do not guarantee our findings with regard to pipe material. | | | |
| insurance commercial leak detection | | 400.00 | 400.00 |
| extra hour | | 175.00 | 175.00 |

If Bullseye Leak Detection, Inc. is required to return for an additional inspection or leak detection, it will be considered above and beyond the scope of this invoice and will be billed at the current prevailing rate. All markings are good for 30 days and only on utilities marked by Bullseye Leak Detection, Inc. Payment is due upon completion of work unless otherwise agreed to in writing and authorized by an officer of Bullseye Leak Detection, Inc.

| | |
|---|---|
| **Total** | $575.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $575.00 |

Thank you for your business.

Case: 19-30088    Doc# 10441-2    Filed: 03/22/21    Entered: 03/22/21 14:42:57    Page 2 of 2

EXHIBIT B