# EXHIBIT C



Toll Free: (800) 435-7764
Email: myclaim@farmersinsurance.com
National Document Center
P.O. Box 268992
Oklahoma City, OK 73126-8992
Fax: (877) 217-1389

11/06/2018

Pacific Gas And Electric
Attn: PG&E Law - Claims Dept.
1850 Gateway Blvd. 6th Floor
Concord, CA 94520

| | |
|---|---|
| Our Insured: | Ghannam, Ron |
| Our Claim #: | 099 SUB 3011311133-1 |
| Date of Loss: | 08/02/2018 |
| Your Insured: | PG&E Law - Claims Dept. |
| Your Claim #: | |
| Amount Owed: | $716.78 |

Dear PG&E Law - Claims Dept.:

Our investigation has established that the above loss was caused by the negligence of your insured.

We have made payment to our insured for the damage. By virtue of our subrogation rights this letter is to advise you that we are seeking reimbursement from you for the amount of damages. Our insured incurred damages to their property located at 1814 Broadway St., Vallejo, CA 94589 due faulty workmanship by your contractors. Water overflowed from toilets and backed up into their business. A plumber (report attached) snaked the line and found rock and dirt in the sewer lateral near the area PG&E had been working. The damage was due to the sewer pipe being crushed by PG&E. Please find attached our supporting documents. Please note, our insured has out of pocket expenses.

Be aware that no partial payment to Mid-Century Insurance Company that is less than the full amount claimed herein will be considered in any way an acceptance of benefits, a novation or an accord and satisfaction of this claim without the express written release of our claim executed by an individual who is a member of our subrogation department. Therefore, our legal rights to enforce collection on the remaining amount of the claim shall not be waived or estopped due to a partial payment by you or someone acting on your behalf.

It is our desire to settle this claim without causing you the additional time and cost of litigation or arbitration. After reviewing the enclosed, please call me 512-533-8862 to discuss resolving this matter. If additional support for our claim is required, please let me know so the requested information can be sent to you.

Please send payment to:

National Document Center
PO Box 268992

FYVWB8VS

Case: 19-30088    Doc# 10441-3    Filed: 03/22/21    Entered: 03/22/21 14:42:57    Page 2 of 56

EXHIBIT C

Oklahoma City, Ok 73126

Sincerely,

Craig Remeny
Business Insurance Claims Representative
Mid-Century Insurance Company
512-533-8862
craig.remeny@farmersinsurance.com

# HEART Claim Pics

PDF created on August 10, 2018 at 9:32:56 PM PDT

Claim Unit Number:     3011311133-1-1

Notes:

Loss discovery photos





























Case: 19-30088   Doc# 10441-3   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page
EXHIBIT C









EXHIBIT C













EXHIBIT C

















EXHIBIT C





EXHIBIT C

# HEART Claim Pics

PDF created on August 10, 2018 at 7:22:22 PM PDT

Claim Unit Number:    3011311133-1-1

Notes:

Inspection photos



Risk shot



Right elevation



Area recently worked on by pge per insured







Ov of floor/carpet at entry



Entrance into garage from entry



Entrance into business



Fans placed for drying



Inventory on floor



Display raised





Ov towards Office



Ov towards bathroom 1



Base detached



Ov entrance into bathroom





Floor wet at time of my inspection

Case: 19-30088   Doc# 10441-3   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page EXHIBIT C







Staining indicative of pooled water



Case: 19-30088   Doc# 10441-3   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page
EXHIBIT C



Overview towards office



Baseboards have been detached

Case: 19-30088   Doc# 10441-3   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page
EXHIBIT C



Mildew odor at the time of my inspection



Wet shelving in carpet in office strong mildew odor





Office shares a wall with bathroom one and bathroom two



Rubber cove base detached from wall



Overview towards storage area



Water staining noted on wall



Overview of storage room



Water staining noted at shelving and panel



Continued overview of storage area



Water staining noted on drywall



Continued overview



No water staining noted



Ov bathroom two, at rear of building, Shares wall with bathroom one





No evidence of pooled water in bathroom. Employee who came in the morning I've lost discovery noted water coming from the toilet



No evidence of damage



No evidence of damage



No evidence of damage



No dmg

Case: 19-30088   Doc# 10441-3   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page
EXHIBIT C





Case: 19-30088   Doc# 10441-3   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page 24 EXHIBIT C



Overview towards garage/installation shop



Overview of employee entrance door from which loss was discovered, water was streaming out



Garage shared wall with storage room



Damaged inventory





Staining along wall noted





Case: 19-30088    Doc# 10441-3    Filed: 03/22/21    Entered: 03/22/21 14:42:57    EXHIBIT C





EXHIBIT C





Overview of employee entrance door from which loss was discovered, water was streaming out

EXHIBIT C

Angel Miranda II
In Service for You
**All Plumbing**
1933 Georgia Street
Vallejo , CA 94590
Business Phone/Fax: (707)649-2427
Cell: (707)332-1939
LC# 439170

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/27/28/18 | 8063 |

**Bill To**

Broadway Auto Sound
1814 Broadway
Vallejo Ca.
94590

| P.O. No. | Terms |
|----------|-------|
| 1814 Broadway | Upon Completion |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Ran cable from back bathroom 3" clean-out, 4 to 6 times to reach 65' in front of building 65' to 70' line is is broken used 3" blades, not able to enter any farther, removed 1-blade still unable to clear. Removed mud on blades. Line broken. Labor: $ 150.00 | | $150.00 |

**Total**  $150.00

**Bullseye Leak Detection, Inc.,4015 Seaport Blvd., West Sacramento, CA, 95691; office@bullseyeleak.com; 916-760-8944**



**1814 Broadway St, Vallejo, Ca**
Inspection on 2018-08-15
1814 Broadway St, Vallejo, Ca



**Area:** None
**Action:** None
**Comments:**
**Ref #:** 22552
**Taken on:** 2018-08-15 15:50:50
**Taken at:** 38.13226029,
-122.25218471
Full resolution image



**Area:** None
**Action:** None
**Comments:**
**Ref #:** 22552
**Taken on:** 2018-08-15 15:58:24
**Taken at:** 38.1323119,
-122.25204674
Full resolution image

**Area:** None
**Action:** None
**Comments:**
**Ref #:** 22552
**Taken on:** 2018-08-15 16:07:11
**Taken at:** 38.1323688, -122.2521024
Full resolution image

Report generated by **z**Inspector.com

EXHIBIT C





**Area:** None
**Action:** None
**Comments:**
**Ref #:** 22552
**Taken on:** 2018-08-15 16:07:17
**Taken at:** 38.132329, -122.2520551
Full resolution image



**Area:** None
**Action:** None
**Comments:**
**Ref #:** 22552
**Taken on:** 2018-08-15 16:43:36
**Taken at:** 38.13232161, -122.25215247
Full resolution image

Report generated by **z**Inspector.com



# Invoice

| Date | Invoice # | Terms | Due Date |
|------|-----------|-------|----------|
| 8/15/2018 | 22552d | 2/10 Net 30 | 9/14/2018 |

**4015 Seaport Blvd**
**West Sacramento Ca 95691**
**Lic. # 935197**

| Phone Number | Fax Number |
|--------------|------------|
| 916-760-8944 | 916-760-8970 |

**Bill To**

**E-mail**
office@bullseyeleak.com

**Farmers Insurance Exchange**
**PO Box 268994**
**Oklahoma City, OK 73126-8994**

**Web Site**
www.bullseyeleak.com

| P.O. No. | Technician |
|----------|------------|
| | Dan |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Claim# 3011311133-1<br><br>1814 Broadway St<br>Vallejo, CA 94589<br><br>Upon arrival I met with the homeowner.<br>Area of concern: I was told sewage surfaced soon after PG&E had performed work out front of the business.<br>The owner had hired a plumber who could not clear the line.<br>First point of camera entry: Clean-out<br>First camera run: There was no visibility during the inspection as the line was. It was filled with standing sewage. I ran the camera approximately 60 ft when I found an obstruction I could not pass. I located the obstruction at the edge of the PG&E trench. It appears that the sewer line has been crushed by trade damage. The sewer line is approximately 4' deep and the gas trench was likely at a higher elevation so they did not know there was a conflict during their work.<br>Anomaly found: Yes<br>Anomaly location: at PG&E trench on Broadway side of the building.<br>Approximate anomaly depth: 4 feet<br>Demarcation of anomaly: Paint<br>Note: Due to poor visibility and/or limitations of the inspection equipment, we cannot determine pipe material with 100% accuracy and do not guarantee our findings with regard to pipe material.<br>insurance commercial leak detection<br>extra hour | | 400.00<br>175.00 | 400.00<br>175.00 |

If Bullseye Leak Detection, Inc. is required to return for an additional inspection or leak detection, it will be considered above and beyond the scope of this invoice and will be billed at the current prevailing rate. All markings are good for 30 days and only on utilities marked by Bullseye Leak Detection, Inc. Payment is due upon completion of work unless otherwise agreed to in writing and authorized by an officer of Bullseye Leak Detection, Inc.

| | |
|---|---|
| Total | $575.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$575.00** |

Thank you for your business.



Toll Free: (800) 435-7764
Email: myclaim@farmersinsurance.com
National Document Center
P.O. Box 268994
Oklahoma City, OK 73126-8994
Fax: (877) 217-1389

## Payment Log

| Account Number: | HHH263224 |
|---|---|
| Date of Loss: | 08/02/2018 |
| Insured's Name: | BUSINESS GHANNAM, RON |
| Claim Number: | 3011311133-1-4, 3011311133-1 |

| Payment Type | Date issued | Payee | Check Number | Payment Amount |
|---|---|---|---|---|
| BPP | 08/23/2018 | AND PREMIER AUTO SOUND | 1621356132 | $150.00 |
| Building | 08/28/2018 | SERVPRO INDUSTRIES INC | 1621387555-0003 | $566.78 |
| Payment Total: | | | | $716.78 |