# EXHIBIT D

Case: 19-30088   Doc# 10441-4   Filed: 03/22/21   Entered: 03/22/21 14:42:57   Page 1 of 4

================================================================

Date Received : 1/31/2019 5:58:42 PM

Subject     : FW: PG and E Claim #2018428456    3011311133-1-4

Sender      : craig.remeny@farmersinsurance.com

To          : ClaimsDocuments3@farmersinsurance.com

CC          :

Bcc         :

Date Sent   : 1/31/2019 5:58:41 PM

================================================================


From: Lam, Stacy (Law-Claims) [mailto:S3LP@pge.com]
Sent: Wednesday, January 30, 2019 1:29 PM
To: Craig Remeny <craig.remeny@farmersinsurance.com>
Subject: [EXTERNAL] RE: PG&E Claim #2018428456

Craig,

Your claim number is 099 SUB 3011311133-1. Do you have the contractor's name that was working at 1814 Broadway? Did the customer receive notice of the work?

Thank you,
Stacy

From: Craig Remeny <craig.remeny@farmersinsurance.com<mailto:craig.remeny@farmersinsurance.com>>
Sent: Tuesday, January 29, 2019 12:55 PM
To: Lam, Stacy (Law-Claims) <S3LP@pge.com<mailto:S3LP@pge.com>>
Subject: RE: PG&E Claim #2018428456

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

Hi Stacy,

Can you please provide my claim number?

Thanks,
Craig Remeny
Special Claims Representative
National Property Subrogation
P.O. Box 268994
Oklahoma City, OK 73126-8994
(512) 533-8862
(877) 217-1389 fax
craig.remeny@farmersinsurance.com<mailto:craig.remeny@farmersinsurance.com>

From: Lam, Stacy (Law-Claims) [mailto:S3LP@pge.com]
Sent: Wednesday, January 9, 2019 6:11 PM
To: Craig Remeny <craig.remeny@farmersinsurance.com<mailto:craig.remeny@farmersinsurance.com>>
Subject: [EXTERNAL] PG&E Claim #2018428456

Hello,

We would like to acknowledge receipt of your claim.

It is Pacific Gas and Electric Company's policy to promptly and fairly respond to customers' claims. All claims are evaluated on a case-by-case basis. It is our goal to resolve your claim within 30 days of receipt. However, some claims do take longer to investigate and resolve. When our investigation is complete, we will either call you or send you a letter explaining what we found and the basis for our decision. If you have questions or concerns, please give us a call, at your convenience, to check on the status of your claim.

If you have any questions, please feel free to contact me by email or at (415) 973-5466.

Thank you for your courtesy and cooperation in this matter.

Sincerely,

[cid:image001.png@01CE39D1.EE10A760]
Stacy Lam

Claims Investigator
PG&E Law-Claims Department
(415) 973-5466

_____

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****