**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 19, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party, to be served via first class mail on Annie L. Warren (MMLID#6175130), PO Box 37, Harbor City, CA 90710-0037:

- Notice of the Reorganized Debtors' Thirty-Seventh Omnibus Objection to Claims (Customer No Liability Claims) [Docket No. 9450, Pages 5-8]

3. On March 19, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on NextEra Energy Capital Holdings, Inc. on behalf of NextEra Energy Resources, LLC (GHS) (MMLID#7162198), c/o David M. Stern, KTBS Law LLP, 1801 Century Park East, 26th Floor, Los Angeles, CA 90067:

- Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [Docket No. 10010]

4. On March 19, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party, to be

served via first class mail on Kathy Cutts (MMLID#10357442), 13100 Wells Fargo Dr., Groveland, CA 95321-9408:

- Notice of the Reorganized Debtors' Sixty-First Omnibus Objection to Claims (Untimely No Liability / Passthrough Claims) [Docket No. 10286, Pages 5-8]

5. On March 19, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party, to be served via first class mail on the 65th Omnibus Notice Service List attached hereto as **Exhibit A**:

- Notice of the Reorganized Debtors' Sixty-Fifth Omnibus Objection to Claims (Customer No Liability / Passthrough Claims) [Docket No. 10298, Pages 5-8]

6. On March 19, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party, to be served via first class mail on David Morrow (MMLID#7229775), Alexander Eddie Morrow, 1050 W Griffith Way, Apt 111, Fresno, CA 93705-2525:

- Notice of the Reorganized Debtors' Sixty-Sixth Omnibus Objection to Claims (ADR No Liability Claims) [Docket No. 10301, Pages 5-8]

7. On March 19, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party, to be served via first class mail on James Paul (MMLID#4996382), 4284 Mac Ln., Shingle Spgs, CA 95682-8328:

- Notice of the Reorganized Debtors' Sixty-Seventh Omnibus Objection to Claims (Plan Passthrough Workers' Compensation Claims) [Docket No. 10310, Pages 5-8]

8. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 22nd day of March 2021, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso

# **Exhibit A**

# Exhibit A
## 65th Omnibus Notice Service List
### Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 6177641 | Ellena, Briceton | 1517 Spruce St, Apt B | Anderson | CA | 96007-4328 |
| 6182629 | Hernandez, Suzanna | 300 E Oak St | Fort Collins | CO | 80524-2915 |
| 6164662 | King, Morgan D | 212 Las Colinas Dr | Georgetown | TX | 78628-1021 |
| 6169186 | Sabin, Gabriel | PO Box 532 | Vallejo | CA | 94590-0053 |