**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MARCH 24, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: March 24, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone Conference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
MARCH 24, 2021, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** <u>**MATTER SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDINGS (Re: City of Lafayette): No. 20-03122 and 20-03124 (DM)**</u>

*SCHEDULING CONFERENCE*

    1.    **<u>Summons and Notice of Scheduling Conference</u>**: *Summons and Notice of Scheduling Conference in an Adversary Proceeding* [**Dkt. 2**].

    <u>Related Document</u>:

    A.    Joint Report on the Parties' Rule 26 Conference and Discovery Plan [**Dkt. 7**].

    <u>Status</u>:  The scheduling conference has been continued to May 26, 2021 by agreement of the parties and by March 22, 2021 Docket Text Order.

**II:** <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*STATUS CONFERENCES*

    2.    **<u>Fortieth Omnibus Claims Objection (No Liability / Passthrough Claims)</u>** [**Dkt. 9455**].

    <u>Responses Filed</u>:

    A.    EBEN 818 LLC [**Dkt. 9716**].

    B.    Todd Greenberg [**Dkt. 9646**].

    C.    D.A. Wood Construction Inc. [**Dkt. 9666**].

    <u>Related Document</u>:

    D.    Order Granting *Ex Parte* Application to Continue December 15, 2020 Hearing on Omnibus Claim Objections with Respect to Certain Claims [**Dkt. 9754**].

    <u>Status</u>:  As factual disputes are involved, these matters are going forward as a status conference under Local Rule 3007-1(b).

3.  **Forty-Second Omnibus Claims Objection (No Liability / Passthrough Claims)** [**Dkt. 9460**].

Responses Filed:

A.  Mark A. Klein, Janet S. Klein [**Dkt. 9634**].

B.  G. Larry Engel [**Dkt. 9653**].

Related Document:

C.  Order Granting *Ex Parte* Application to Continue December 15, 2020 Hearing on Omnibus Claim Objections with Respect to Certain Claims [**Dkt. 9754**].

Status: As factual disputes are involved, these matters are going forward as a status conference under Local Rule 3007-1(b).[1]

4.  **Forty-Third Omnibus Claims Objection (No Liability / Passthrough Claims)** [**Dkt. 9462**].

Responses Filed:

A.  Dorcas Wheeler [**Dkts. 9632, 9644**].

B.  Bruce and Kathleen Shaw [**Dkt. 9737**].

Related Document:

C.  Order Granting *Ex Parte* Application to Continue December 15, 2020 Hearing on Omnibus Claim Objections with Respect to Certain Claims [**Dkt. 9754**].

Status: As factual disputes are involved, these matters are going forward as a status conference under Local Rule 3007-1(b).

---

[1] In their *Report on Status and Resolution of Omnibus Objections with Respect to Certain Claims* [Docket No. 10438], the Reorganized Debtors stated that these Claims could be resolved at the omnibus hearing as a matter of law. Upon further reflection, the Reorganized Debtors have concluded that factual disputes and other factors mandate proceeding initially with a status conference under Local Rule 3007-1(b).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

5. **Forty-Fourth Omnibus Claims Objection (No Liability / Passthrough Claims)** [**Dkt. 9464**].

Responses Filed:

A.  Tracy Nick and Haisam Nijem [**Dkt. 9725**].

Related Document:

B.  Order Granting *Ex Parte* Application to Continue December 15, 2020 Hearing on Omnibus Claim Objections with Respect to Certain Claims [**Dkt. 9754**].

Status: As factual disputes are involved, this matter is going forward as a status conference under Local Rule 3007-1(b).

6. **Forty-Fifth Omnibus Claims Objection (Reduced and Allowed Claims)** [**Dkt. 9466**].

Responses Filed:

A.  John I Weaver [**Informal response attached as Exhibit C to Docket No. 10438**].

Related Document:

B.  Order Granting *Ex Parte* Application to Continue December 15, 2020 Hearing on Omnibus Claim Objections with Respect to Certain Claims [**Dkt. 9754**].

Status: As factual disputes are involved, this matter is going forward as a status conference under Local Rule 3007-1(b).

*CONTESTED MATTERS GOING FORWARD*

7. **Fortieth Omnibus Claims Objection (No Liability / Passthrough Claims)** [**Dkt. 9455**].

Responses Filed:

A.  Martha Gerstner [**Dkt. 9664**].

B.  Rhonda Miller [**Informal response attached as Exhibit A to Docket No. 10438**].

C.  Annette Hicks [**Informal response attached as Exhibit B to Docket No. 10438**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Document:

D.  Order Granting *Ex Parte* Application to Continue December 15, 2020 Hearing on Omnibus Claim Objections with Respect to Certain Claims [**Dkt. 9754**].

Status: These matters are going forward on a contested basis as to the Responses above.

*RESOLVED AND CONTINUED MATTERS*

8.  **Fee Examiner's Final Fees Motion**: *Motion of the Fee Examiner to (i) Approve Final Fees of Fee Examiner; (ii) Terminate Fee Examiner's Services; and (iii) Confirm Survival of Prior Orders* [**Dkt. 10272**].

Response Deadline: March 17, 2021.

Status: This Motion has been approved and taken off calendar per Docket Text Order on March 18, 2021.

9.  **Scott McNutt Final Compensation Application**: *Application of Scott H. McNutt for First and Final Allowance and Payment of Compensation for the Period of April 12, 2019 Through and Including April 1, 2021* [**Dkt. 10263**].

Response Deadline: March 17, 2021.

Status: This Application has been approved and taken off calendar per Docket Text Order on March 18, 2021.

10. **Yurok Tribe's Motion to Reconsider Order Disallowing and Expunging POC**: *Motion of the Yurok Tribe for Reconsideration of the Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fifty-Third Omnibus Objection to Claims (No Liability Subcontractor Claims)* [**Dkt. 10238**].

Response Deadline: March 10, 2021.

Status: This matter has been continued to April 28, 2021 by Stipulation [**Dkt. 10395**] and Order [**Dkt. 10399**].

**Omnibus Claims Objections:**

11. **Fourteenth (Books and Records Claims)** [**Dkt. 9070**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9362**. This matter has been continued to April 7, 2021 as to Little Diversified Architectural Consulting, Inc. [**Dkt. 10405**].

12. **Sixteenth (Satisfied Claims)** [**Dkt. 9076**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9364**. It has been continued to April 7, 2021 as to City of Oakland [**Dkt. 10405**].

13. **Twenty-First (Books and Records Claims)** [**Dkt. 9272**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9558**. It has been continued to April 28, 2021 as to Asplundh Construction, LLC [**Dkt. 10406**].

14. **Twenty-Second (Satisfied Claims)** [**Dkt. 9275**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9559**. It has been resolved as to Global Ampersand, LLC [**Dkt. 10407**].

15. **Twenty-Eighth (Books and Records Claims)** [**Dkt. 9427**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9870**. It has been continued to April 28, 2021 as to Lloyd's Register Quality Assurance, Inc. and Utility Tree Service, LLC [**Dkt. 10406**].

16. **Forty-Sixth (Books and Records Claims)** [**Dkt. 9702**]. This Omnibus Objection has been granted as to all claims except Hain Capital Holdings, LLC as Transferee of Hain Capital Investors Master Fund Ltd., which has been continued to April 7, 2021 [**Dkt. 10405**].

17. **Fifty-First (Books and Records Claims)** [**Dkt. 9888**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10102**. It has been continued to April 7, 2021 as to JDB & Sons Construction Inc. and Cosco Fire Protection, Inc. [**Dkt. 10405**]. It has been resolved as to Eagle Ridge Preserve, LLC [**Dkt. 10407**].

18. **Fifty-Second (No Liability/Passthrough EGI Claims)** [**Dkt. 9891**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10103**. It has been continued to April 28, 2021 as to Cuyama Solar, LLC [**Dkt. 10406**].

19. **Fifty-Eighth (Satisfied Claims)** [**Dkt. 10040**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10351**. It has been resolved as to the California Department of Tax and Fee Administration [**Dkt. 10407**].

**Late Claim Motions:**

20. **Darlene Gay Hancock** [**Dkt. 10187**]. This matter has been resolved by Stipulation [**Dkt. 10199**] and taken off calendar by Order [**Dkt. 10214**].

21. **Robert Michael Mondavi** [**Dkt. 10229**]. This matter has been resolved by Stipulation [**Dkt. 10329**] and taken off calendar by Order [**Dkt. 10361**].

22. **Frank and Donald McIver** [**Dkt. 10241**]. This matter has been resolved by Stipulation [**Dkt. 10330**] and taken off calendar by Order [**Dkt. 10362**].

23. **Shogi Dinyari** [**Dkt. 10246**]. This matter has been resolved by Stipulation [**Dkt. 10331**] and taken off calendar by Order [**Dkt. 10363**].

24. **Linda Garwood** [**Dkt. 10268**]. This matter has been resolved by Stipulation [**Dkt. 10333**] and taken off calendar by Order [**Dkt. 10365**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

25. **Kimberly Locke-Russell** [**Dkt. 10269**]. This matter has been resolved by Stipulation [**Dkt. 10334**] and taken off calendar by Order [**Dkt. 10366**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 23, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Dara L. Silveira*
      Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*