United States Bankruptcy Court
450 Golden Gate Ave.
Box 36099
San Francisco, CA 94102



FILED

MAR 23 2021

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Re: Lead Case No. 19-30088 (DM)

Honorable Dennis Montali, United States Bankruptcy Judge,

Regarding the case referenced above, I do object to the proposed disallowment and expungement of my claim in this bankruptcy case. Below, I have provided a copy of the email that I sent to PG&E which I believe includes all of the information required for my objection of the expungement. Should there be additional information or questions in this regard, I can be reached at the telephone number listed below, or at the address that I have provided below. The copy of the email is provided below.

This email is in regard to the notice I recently received of the proposed expungement of my claim in Bankruptcy Case No. 19-30088 (DM) in the United States Bankruptcy Court Northern District of California San Francisco Division. The case number, as previously stated is: Bankruptcy Case No. 19-30088. As nearly as I can determine, the objected to claim is: 19544 for debtor 10/7/2019 (Lawrence A. Johnson) in the amount of $1394.54. The basis for the objection is stated as: Customer No Liability/Passthrough Claim.

For the record, my name is: Lawrence A. Johnson and my address is: 8351 Chamise Ave, Clovis, CA 93619. Telephone Number (559)360-3565.

I contacted the Prime Clerk at the telephone number given on the notice of proposed expungement to ask some questions regarding the proposed expungement but the person answering the telephone appeared to know only marginally more than I do about the proposed expungement.

Specifically, I inquired as to the 'objected to the claim being resolved in the ordinary course'. Not understanding what the 'ordinary course' might be, I sought to clarify that. The response I was given was that apparently the 'ordinary course' was to resolve it by seeking to have it expunged. The basis for that expungement request seems to be that my proof of claim is being objected to. That makes little sense to me since the proof of my claim is based entirely on PG&E's billing statements. Does PG&E object to the accuracy of their own records? If so, this appears to be a somewhat capricious objection and I ask that it not be expunged.

Please direct any responses to me personally at:

Lawrence A. Johnson
8351 N. Chamise Ave
Clovis, CA 93619-8817

1

LA. Johnson
8351 N. Chamise
Clovis, CA 93619-8817

RECEIVED
MAR 23 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

FRESNO CA 936
19 MAR 2021 PM 2 L

United States Bankruptcy Court
450 Golden Gate Ave.
Box 36099
San Francisco, CA 94102

Re: Lead Case No. 19-30088 (DM)

RECEIVED
MAR 22 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-341024