# Exhibit A

# CONTRACT
# CITY OF FRESNO, CALIFORNIA
# PUBLIC WORK OF IMPROVEMENT

THIS CONTRACT is made and entered into by and between CITY OF FRESNO, a California municipal corporation (hereinafter referred to as "City"), and Garney Pacific Inc., dba Garney Construction, a California Corporation (hereinafter referred to as "Contractor") as follows:

1. **Contract Documents.** The "Notice Inviting Bids," "Instructions to Bidders," "Bid Proposal," and the "Specifications" including "General Conditions," "Special Conditions," "Technical Specifications," "Federal Requirements" and "Davis Bacon Requirements" for the following: <u>TC00096 Recycled Water Transmission Main, Southwest Quadrant, Project SW1B (Bid File No. 3413)</u> copies of which are annexed hereto, together with all the drawings, plans, and documents specifically referred to in said annexed documents, including Performance and Payment Bonds, if required, and are hereby incorporated into and made a part of this Contract, and shall be known as the Contract Documents.

2. **Price and Work.** For the monetary consideration of <u>Nine Million, Three Hundred Forty-One Thousand, Four Hundred Ninety-One dollars and Zero cents ($9,341,491.00)</u>, as set forth in the Bid Proposal, Contractor promises and agrees to perform or cause to be performed, in a good and workmanlike manner, under the direction and to the satisfaction of the City's "Engineer," and in strict accordance with the Specifications, all of the work as set forth in the Contract Documents.

3. **Payment.** City accepts Contractor's Bid Proposal as stated and agrees to pay the consideration stated, at the times, in the amounts, and under the conditions specified in the Contract Documents.

4. **Indemnification.** To the furthest extent allowed by law including California Civil Code Section 2782, Contractor shall indemnify, hold harmless and defend City and each of its officers, officials, employees, agents and volunteers from any and all loss, liability, fines, penalties, forfeitures, costs and damages (whether in contract, tort or strict liability, including, but not limited to personal injury, death at any time and property damage) incurred by City, Contractor or any other person, and from any and all claims, demands and actions in law or equity (including attorney's fees and litigation expenses), arising or alleged to have arisen directly or indirectly out of performance of this Contract. Contractor's obligations under the preceding sentence shall apply regardless of whether City or any of its officers, officials, employees, agents or volunteers are passively negligent, but shall not apply to any loss, liability, fines, penalties, forfeitures, costs or damages caused by the active or sole negligence, or willful misconduct, of City or any of its officers, officials, employees, agents or volunteers.

If Contractor should subcontract all or any portion of the work to be performed under this Contract, Contractor shall require each subcontractor to indemnify, hold harmless and defend City and each of its officers, officials, employees, agents and volunteers in accordance with the terms of the preceding paragraph.

This section shall survive termination or expiration of this Contract.

5. **Trench Shoring Detailed Plan.** Contractor acknowledges the provisions of Section 6705 of the California Labor Code and, if said provisions are applicable to this Contract, agrees to comply therewith.

6. **Worker's Compensation Certification.** In compliance with the provisions of Section 1861 of the California Labor Code, Contractor hereby certifies as follows:

> I am aware of the provisions of Section 3700 of the California Labor Code which require every employer to be insured against liability for worker's compensation or to undertake self-insurance in accordance with the provisions of that Code, and I will comply with such provisions before commencing the performance of work of this Contract and will make my subcontractors aware of this provision.

IN WITNESS WHEREOF, the parties have executed this Contract on the day and year here below written, of which the date of execution by City shall be subsequent to that of Contractor's, and this Contract shall be binding and effective upon execution by both parties.

[Contractor Name],
[Legal Identity]

By: _____*(signature)*_____

Name: __Bill E. Williams__
(Type or print written signature.)

Title: __Senior Vice President__

Dated: __12/15/15__

By: _____

Name: _____
(Type or print written signature.)

Title: _____

Dated: _____

*[Garney Pacific, Inc. Corporate Seal, State of California]*

CITY OF FRESNO,
a California municipal corporation

By: _____*(signature)*_____
Thomas C. Esqueda, Director
Department of Public Utilities

Dated: _____

ATTEST:
YVONNE SPENCE, CMC
City Clerk

By: __Marco Martinez-Velasquez 1/20/16__
Deputy   Marco Martinez-Velasquez

APPROVED AS TO FORM:
DOUGLAS T. SLOAN
City Attorney

By: _____*(signature)*_____ 1/20/16
[Name]       Date
~~Senior Deputy~~/Deputy

City address:

City of Fresno
Attention: Patricia Diep, Supervising Eng. Tech
5607 W. Jensen Ave.
Fresno, CA 93706




**Department of Public Utilities- Wastewater Management Division**
**Construction Management Office**
5607 West Jensen Avenue
Fresno, California 93706-7458
559-621-5100 – FAX 559-498-1700
www.rechargefresno.gov

# NOTICE TO PROCEED

**TO:** Tyler Bain
Garney Construction
8401 Independence Dr. E
Livermore, CA 94551

**Date:** Wednesday, January 27, 2016

## CONTRACT FOR:

| | |
|---|---|
| **PROJECT:** | Recycled Water Transmission Main, Southwest Quadrant, Project SW1B |
| **Bid File Number:** | 3413 |
| **Project ID:** | TC00096    **City P.O.Number:**    70125 |
| **Amount of Contract:** | $ 9,341,491.00 |

## BEGINNING OF WORK:

You are hereby notified to commence work on the above contract on:    02/01/2016

## LENGTH OF CONRACT:

You are to fully complete the work within:    180 Working Days
Computed Contract Completion Date:    10/13/2016

## LIQUIDATED DAMAGES:

The contract provides for the assessment of the sum of $5,000.00 as liquidated damages for each consecutive calendar day after the above-established contract completion date that the work remains incomplete. The contract completion date will be adjusted for non-working days as provided in Section 6-7 of the City Standard Specifcations or Contract Documents.

APPROVED:

_____    1/27/2016
Project Construction Manager/CH2M    Date

_____    1/27/2016
Director of Public Utilities    Date

# CONTRACT
# CITY OF FRESNO, CALIFORNIA
# PUBLIC WORK OF IMPROVEMENT

THIS CONTRACT is made and entered into by and between CITY OF FRESNO, a California municipal corporation (hereinafter referred to as "City"), and GARNEY PACIFIC INC., dba GARNEY CONSTRUCTION, a California Corporation (hereinafter referred to as "Contractor") as follows:

1. <u>Contract Documents</u>. The "Notice Inviting Bids," "Instructions to Bidders," "Bid Proposal," and the "Specifications" including "General Conditions," "Special Conditions," "Technical Specifications," "Federal Requirements" and "Davis Bacon Requirements" for the following: <u>TC00096 Recycled Water Transmission Main Southwest Quadrant, Project SW1C (Bid File No. 3439)</u> copies of which are annexed hereto, together with all the drawings, plans, and documents specifically referred to in said annexed documents, including Performance and Payment Bonds, if required, and are hereby incorporated into and made a part of this Contract, and shall be known as the Contract Documents.

2. <u>Price and Work</u>. For the monetary consideration of <u>Four Million, One Hundred Ninety-Eight Thousand, One Hundred Seventy-Five dollars and Zero cents ($4,198,175)</u>, as set forth in the Bid Proposal, Contractor promises and agrees to perform or cause to be performed, in a good and workmanlike manner, under the direction and to the satisfaction of the City's "Engineer," and in strict accordance with the Specifications, all of the work as set forth in the Contract Documents.

3. <u>Payment</u>. City accepts Contractor's Bid Proposal as stated and agrees to pay the consideration stated, at the times, in the amounts, and under the conditions specified in the Contract Documents.

4. <u>Indemnification</u>. To the furthest extent allowed by law including California Civil Code Section 2782, Contractor shall indemnify, hold harmless and defend City and each of its officers, officials, employees, agents and volunteers from any and all loss, liability, fines, penalties, forfeitures, costs and damages (whether in contract, tort or strict liability, including, but not limited to personal injury, death at any time and property damage) incurred by City, Contractor or any other person, and from any and all claims, demands and actions in law or equity (including attorney's fees and litigation expenses), arising or alleged to have arisen directly or indirectly out of performance of this Contract. Contractor's obligations under the preceding sentence shall apply regardless of whether City or any of its officers, officials, employees, agents or volunteers are passively negligent, but shall not apply to any loss, liability, fines, penalties, forfeitures, costs or damages caused by the active or sole negligence, or willful misconduct, of City or any of its officers, officials, employees, agents or volunteers.

If Contractor should subcontract all or any portion of the work to be performed under this Contract, Contractor shall require each subcontractor to indemnify, hold harmless and defend City and each of its officers, officials, employees, agents and volunteers in accordance with the terms of the preceding paragraph.

This section shall survive termination or expiration of this Contract.

5. <u>Trench Shoring Detailed Plan</u>. Contractor acknowledges the provisions of Section 6705 of the California Labor Code and, if said provisions are applicable to this Contract, agrees to comply therewith.

6. <u>Worker's Compensation Certification</u>. In compliance with the provisions of Section 1861 of the California Labor Code, Contractor hereby certifies as follows:

> I am aware of the provisions of Section 3700 of the California Labor Code which require every employer to be insured against liability for worker's compensation or to undertake self-insurance in accordance with the provisions of that Code, and I will comply with such provisions before commencing the performance of work of this Contract and will make my subcontractors aware of this provision.

IN WITNESS WHEREOF, the parties have executed this Contract on the day and year here below written, of which the date of execution by City shall be subsequent to that of Contractor's, and this Contract shall be binding and effective upon execution by both parties.

GARNEY PACIFIC INC., dba GARNEY CONSTRUCTION,
a California Corporation

By: _____

Name: Bill E. Williams, Jr.
(Type or print written signature.)

Title: Senior Vice President

[CORPORATE SEAL — GARNEY PACIFIC INC., STATE OF CALIFORNIA]

Dated: 5-10-16

By: _____

Name: Kevin Downs
(Type or print written signature.)

Title: Assistant Secretary

Dated: 5/16/16

CITY OF FRESNO,
a California municipal corporation

By: _____
Thomas C. Esqueda, Director
Department of Public Utilities

Dated: 5-19-16

ATTEST:
YVONNE SPENCE, CMC
City Clerk

By: Cindy Bruer   5/19/16
     Deputy

APPROVED AS TO FORM:
DOUGLAS T. SLOAN
City Attorney

By: _____ 5/19/16
    [Name]        Date
    ~~Senior Deputy~~/Deputy

City address:

City of Fresno
Attention: Patricia Diep, Supervising Eng. Tech
5607 W. Jensen Ave
Fresno, CA  93706

# Purchase Order

0000070606

**City of Fresno**

Purchasing Division
2600 Fresno Street Room 2156
Fresno CA 93721-3622
(559)621-1332 FAX: (559)488-1069

**Vendor:** 0000050246
GARNEY CONSTRUCTION
8401 INDEPENDENCE DR E
LIVERMORE CA 94551

Fax: 925/315-4202

Dispatch via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| FRSNO-0000070606 | 05/20/2016 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| N30 | FOB Destination | | Best Way |
| Buyer | Phone | | Currency |
| Mike Brown | | | USD |

**Ship To:** Wastewater Management
5607 W. Jensen Avenue
Fresno CA 93706

**Bill To:** Wastewater Management
5607 W. Jensen Avenue
Fresno CA 93706

**Replenishment Option:** Standard

| Line-Sch | Item/Description | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 1- 1 | CONSTRUCTION CONTRACT FOR RECYCLED WATER TRASMISSION MAIN SW1C | 4,198,175.00 EA | 1.00 | 4,198,175.00 | 06/10/2016 |

Schedule Total    4,198,175.00

Item Total    4,198,175.00

This Purchase Order issued for accountability
purposes only in support of a contract awarded by
City Council on April 21, 2016 for the construction
of a Recycled Water Transmission Main, Southwest
Quadrant, Project SW1C    Bid File 3439

**Total PO Amount**    4,198,175.00

---

1. ALL DELIVERIES MUST BE F.O.B. DESTINATION UNLESS OTHERWISE SPECIFIED ABOVE.
2. PACKING LIST MUST ACCOMPANY ALL MERCHANDISE DELEIVERED ON THIS ORDER.
3. CITY OF FRESNO RESERVES THE RIGHT TO CANCEL THIS ORDER IF GOODS NOT SHIPPED AS DIRECTED.
4. IF THIS PRODUCT CONTAINS ANY HAZARDOUS SUBSTANCE AS DEFINED BY THE STATE OF CALIFORNIA DIRECTOR OF INDUSTRIAL RELATIONS, A MATERIAL SAFETY DATA SHEET MUST ACCOMPANY DELIVERY
5. PURCHASE ORDER NUMBER MUST APPEAR ON ALL PAYMENT AND DELIVERY CORRESPONDANCE.

**Authorized Signature**

*michael Brown*




**Department of Public Utilities- Wastewater Management Division**
**Construction Management Office**
5607 West Jensen Avenue
Fresno, California 93706-7458
559-621-5100 – FAX 559-498-1700
www.rechargefresno.gov

# NOTICE TO PROCEED

**TO:** Tyler Bain
Garney Construction
8401 Independence Dr. E
Livermore, CA 94551

**Date:** Friday, May 27, 2016

## CONTRACT FOR:

| | |
|---|---|
| PROJECT: | Recycled Water Transmission Main, Southwest Quadrant, Project SW1C |
| Bid File Number: | 3439 |
| Project ID: | TC00096    City P.O.Number: 70606 |
| Amount of Contract: | $ 4,198,175.00 |

## BEGINNING OF WORK:

You are hereby notified to commence work on the above contract on: 05/31/2016

## LENGTH OF CONRACT:

You are to fully complete the work within:  110 Working Days
Computed Contract Completion Date: 11/02/2016

## LIQUIDATED DAMAGES:

The contract provides for the assessment of the sum of $5,000.00 as liquidated damages for each consecutive calendar day after the above-established contract completion date that the work remains incomplete. The contract completion date will be adjusted for non-working days as provided in Section 6-7 of the City Standard Specifcations or Contract Documents.

APPROVED:

_____   5/27/2016
Project Construction Manager/CH2M   Date

_____   5/27/2016
Director of Public Utilities   Date

# CONTRACT
# CITY OF FRESNO, CALIFORNIA
# PUBLIC WORK OF IMPROVEMENT

THIS CONTRACT is made and entered into by and between CITY OF FRESNO, a California municipal corporation (hereinafter referred to as "City"), and Garney Pacific, Inc., a California corporation (hereinafter referred to as "Contractor") as follows:

1. <u>Contract Documents</u>. The "Notice Inviting Bids," "Instructions to Bidders," "Bid Proposal," and the "Specifications" including "General Conditions," "Special Conditions," and "Technical Specifications" for the following: <u>CITY OF FRESNO DEPARTMENT OF PUBLIC UTILITIES KINGS RIVER PIPELINE PROJECT, BID FILE NO. 3433 – PHASE TWO</u> copies of which are annexed hereto, together with all the drawings, plans, and documents specifically referred to in said annexed documents, including Performance and Payment Bonds, if required, and are hereby incorporated into and made a part of this Contract, and shall be known as the Contract Documents.

2. <u>Price and Work</u>. For the monetary consideration Forty Five Million, Five Hundred and Eighty Three Thousand, Seven Hundred and Fifty Dollars and Zero <u>cents ($45,583,750.00)</u>, as set forth in the Bid Proposal, Contractor promises and agrees to perform or cause to be performed, in a good and workmanlike manner, under the direction and to the satisfaction of the City's "Engineer," and in strict accordance with the Specifications, all of the work as set forth in the Contract Documents.

3. <u>Payment</u>. City accepts Contractor's Bid Proposal as stated and agrees to pay the consideration stated, at the times, in the amounts, and under the conditions specified in the Contract Documents.

4. <u>Indemnification</u>. To the furthest extent allowed by law including California Civil Code Section 2782, Contractor shall indemnify, hold harmless and defend City and each of its officers, officials, employees, agents and volunteers from any and all loss, liability, fines, penalties, forfeitures, costs and damages (whether in contract, tort or strict liability, including, but not limited to personal injury, death at any time and property damage) incurred by City, Contractor or any other person, and from any and all claims, demands and actions in law or equity (including attorney's fees and litigation expenses), arising or alleged to have arisen directly or indirectly out of performance of this Contract. Contractor's obligations under the preceding sentence shall apply regardless of whether City or any of its officers, officials, employees, agents or volunteers are passively negligent, but shall not apply to any loss, liability, fines, penalties, forfeitures, costs or damages caused by the active or sole negligence, or willful misconduct, of City or any of its officers, officials, employees, agents or volunteers.
If Contractor should subcontract all or any portion of the work to be performed under this Contract, Contractor shall require each subcontractor to indemnify, hold harmless and defend City and each of its officers, officials, employees, agents and volunteers in accordance with the terms of the preceding paragraph.
This section shall survive termination or expiration of this Contract.

5. <u>Trench Shoring Detailed Plan</u>. Contractor acknowledges the provisions of Section 6705 of the California Labor Code and, if said provisions are applicable to this Contract, agrees to comply therewith.

6. <u>Worker's Compensation Certification</u>. In compliance with the provisions of Section 1861 of the California Labor Code, Contractor hereby certifies as follows:

> I am aware of the provisions of Section 3700 of the California Labor Code which require every employer to be insured against liability for worker's compensation or to undertake self-insurance in accordance with the provisions of that Code, and I will comply with such provisions before commencing the performance of work of this Contract and will make my subcontractors aware of this provision.

IN WITNESS WHEREOF, the parties have executed this Contract on the day and year here below written, of which the date of execution by City shall be subsequent to that of Contractor's, and this Contract shall be binding and effective upon execution by both parties.

Garney Pacific, Inc.,
a California corporation

By: _____

Name: Bruce Williams, Jr.
(Type or print written signature.)

Title: Senior Vice President

Dated: May 24, 2016

By: _____

Name: Kevin Downs
(Type or print written signature.)

Title: Operations Manager

Dated: May 24, 2016

CITY OF FRESNO,
a California municipal corporation

By: _____, Director
THOMAS C. ESQUEDA
Department of Public Utilities

Dated: 6/27/16

ATTEST:
YVONNE SPENCE, CMC
City Clerk

By: _____ Deputy
Marco Martinez-Velasquez
6/27/16

APPROVED AS TO FORM:
DOUGLAS T. SLOAN
City Attorney

By: _____ 6/3/16
BRANDON COLLET    Date
~~Senior Deputy~~/Deputy


City address:

City of Fresno
Attention: Martin Wendels, Project Manager
2101 G Street, Building A
Fresno, CA 93706



**Department of Public Utilities - Water Division**
**Program Management and Engineering Office**
2101 G Street, Building A
Fresno, CA 93706
www.fresno.gov



Securing Our Water Future

October 5, 2016

SENT VIA FEDERAL EXPRESS AND E-MAIL
bewilliams@garney.com

Garney Pacific, Inc.
3049 Independence Drive, Suite E
Livermore CA 94551

Attention: Mr. Bill E. Williams

**PROJECT:** CITY OF FRESNO DEPARTMENT OF PUBLIC UTILITIES
KINGS RIVER PIPELINE PROJECT
PROJECT NO. WC00057 – BID FILE NO. 3433 PHASE TWO

**SUBJECT:** NOTICE TO PROCEED

This letter provides Garney Pacific, Inc., a formal Notice to Proceed with the subject project. The specific details are provided herein.

| | |
|---|---|
| **Amount of Contract:** | $45,583,750.00 |
| **Beginning of Work:** | The effective date of this Notice to Proceed is June 27, 2016, which is the first day of the Contract Time. |
| **Length of Contract:** | Contract time to Completion is 575 calendar days. Other significant Contract Time milestones are identified in the Contract Documents. |
| **Completion Dates:** | Completion is to be on or before January 22, 2018. |
| **Preconstruction Conference:** | The Preconstruction Conference described in Specification Section 012222 will be scheduled for Tuesday, July 12, 2016. Further details will be provided by the Project Construction Manager, Mr. Gentry Karr. |
| **Invoicing:** | Reference Purchase Order (PO) No. 70741 on all invoices. Additional invoicing instructions and payment options will be provided at the Preconstruction Conference. |

An original of the executed Contract and other related documents are attached for your files.

Regards,

Martin Wendels/COF
Project Manager


cc:    Gentry Karr/CH2M
       Randy Hoffman PE/CH2M
       Michael Carbajal/COF

Attachments:   Executed Contract – one (1) original