# Exhibit B



**Description of Change:**

Delay costs on 7/5/2016 for 7/5/2016 Strike.

### LABOR

| Resource: Labor | Regular Time Costs | Over Time Costs | Regular Time Hours | Over Time Hours | Totals | |
|---|---|---|---|---|---|---|
| Superintendent: | $ 136.80 | $ 185.55 | 2.0 | 4.0 | $ 1,015.80 | |
| Project Manager | $ 114.00 | $ 154.62 | 6.0 | 0.0 | $ 684.00 | |
| Operator Foreman | $ 76.31 | $ 97.98 | 2.0 | 4.0 | $ 544.55 | |
| Operator Excavator | $ 76.10 | $ 97.04 | 2.0 | 4.0 | $ 540.36 | |
| Operator Loader | $ 73.98 | $ 94.22 | 2.0 | 4.0 | $ 524.86 | |
| Operator Dozer | $ 73.98 | $ 94.22 | 0.0 | 0.0 | $ - | |
| Laborer General | $ 62.33 | $ 77.18 | 12.0 | 8.0 | $ 1,365.32 | (6 guys 1:30-3:30. 2 guys OT) |
| Laborer Pipelayer | $ 64.28 | $ 79.99 | 2.0 | 4.0 | $ 448.54 | |
| Labor Foreman | $ 66.34 | $ 83.05 | 0.0 | 0.0 | $ - | |
| | | | | Subtotal | $ 5,123.43 | |
| | | | Total (Including 20% Markup) | | $ 6,148.11 | |

### EQUIPMENT

| Resource: Equipment | Hourly Rate (BlueBook FHWA Rate) | Hours This Analysis | Total Equipment Cost Non-Operated |
|---|---|---|---|
| Compressor | $ 10.58 | 0.0 | $ - |
| 70 llb Breaker | $ 1.12 | 0.0 | $ - |
| Jumping Jack | $ 6.00 | 0.0 | $ - |
| Vibraplate Compactor | $ 6.47 | 0.0 | $ - |
| D6 Dozer | $ 82.07 | 0.0 | $ - |
| JD 290 Excavator or Equal | $ 124.25 | 0.0 | $ - |
| JD 350 Excavator or Equal | $ 151.32 | 0.0 | $ - |
| JD 450 Excavator or Equal | $ 216.51 | 0.0 | $ - |
| CAT 349 Excavator or Equal | $ 201.68 | 6.0 | $ 1,210.08 |
| JD 310 Backhoe or Equal | $ 40.16 | 2.0 | $ 80.32 |
| JD 624 Loader or equal | $ 71.06 | 2.0 | $ 142.12 |
| JD 644 Loader or Equal | $ 79.05 | 6.0 | $ 474.30 |
| 2500 Gal Water Truck | $ 31.79 | 2.0 | $ 63.58 |
| DT80J Street Sweeper | $ 36.42 | 6.0 | $ 218.52 |
| 2" Electric Submersible Pump | $ 4.26 | 0.0 | $ - |
| Generator (6500 Watt) | $ 6.85 | 0.0 | $ - |
| Job Truck (Gasoline) | $ 16.43 | 6.0 | $ 98.58 |
| Foreman Truck (Diesel) | $ 14.34 | 6.0 | $ 86.04 |
| | | Subtotal | $ 2,373.54 |
| | Total (Including 15% Markup) | | $ 2,729.57 |

### MATERIALS

| Supplier | Description | Quantity | Unit | Unit Cost | Sub Total |
|---|---|---|---|---|---|
| | | | | | $ - |
| | | | | | $ - |
| | | | | Subtotal | $ - |
| | | | Total (Including 15% Markup) | | $ - |

### SUBCONTRACTORS

| Subcontractor | Description | Quantity | Unit | Unit Cost | Sub Total |
|---|---|---|---|---|---|
| | | | | | $ - |
| | | | | | $ - |
| | | | | Subtotal | $ - |
| | | | Total (Including 5% Markup) | | $ - |

| | ITEMIZATION | | TOTALS |
|---|---|---|---|
| | Cost of Labor: | $ | 5,123.43 |
| | Cost of Equipment: | $ | 2,373.54 |
| | Cost of Suppliers: | $ | - |
| | Cost of Subs: | $ | - |
| 20% Markup | Labor | $ | 1,024.69 |
| 15% Markup | Equipment | $ | 356.03 |
| 15% Markup | Suppliers | $ | - |
| 5% Markup | Subs | $ | - |
| | Cost Subtotal: | $ | 7,496.97 |
| | Markup Subtotal: | $ | 1,380.72 |
| | Total Labor, Equipment, Suppliers, Subs & Markup | $ | 8,877.68 |
| 2% Markup | Bonds & Insurance | $ | 177.55 |
| | **Total Additional Cost:** | $ | 9,055.24 |

# Daily Report

Project Name: RWTM SW1B
Owner: City of Fresno
Engineer: Blair Church & Flynn



| **Tyler Bain** | | **Project Manager** | | | Day: | **Tuesday** | GCI Job # |
|---|---|---|---|---|---|---|---|
| (Submitted By) | | (Title) | | | Date: | **07/05/16** | 1111 |

## GPI Crew Resources:

| Employee | Employee Classification | Hours (REG) | Hours (OT) | Labor Code |
|---|---|---|---|---|
| Kevin Glaze | Foreman | 8 | 4 | |
| Chris Wintch | Foreman | 8 | | |
| Tony Gonzalez | Laborer | 8 | 4 | |
| Dylan Salcedo | Laborer | 0 | 1 | |
| Mike Munson | Operator | 8 | 4 | |
| Virgil Barber | Operator | 8 | 1 | |
| Art Regalado | Laborer | 8 | 1 | |
| Wade Bradshaw | Laborer | 8 | 1 | |
| Rick Zanin Jr. | Laborer | 8 | 1 | |
| Kyle Avilla | App. Laborer | 8 | | |
| Franciso Reynoso | Laborer | 8 | | |
| Clay Beavers | Operator | 8 | 1 | |
| Eddy Ventura | Laborer | 8 | 1 | |
| Joe Luna | Operator | 8 | 0.5 | |
| Clayton Proctor | Operator | 8 | 4 | |
| Gerardo Castro | Laborer | 8 | | |
| Josh Delaney | App. Operator | 8 | | |
| Ramon Mares | Laborer | 8 | | |

## GPI Equipment Resources:

| Description | Used | Ending Hrs/Miles |
|---|---|---|
| JD 310 Rubber Tire Backhoe | Y | |
| CAT 349E Excavator | Y | |
| CAT 349F Excavator | Y | |
| JD 644 Loader | Y | |
| JD 624 Loader | Y | |
| Chevy Job Truck #1 | Y | |
| Chevy Job Truck #2 | Y | |
| 2500 Gal Water Truck | Y | |
| Sweeper | Y | |

## WEATHER (Input needed per appropriate box)

| Temperature (°F) | | |
|---|---|---|
| Low | 70 | ☑ Sunny  ☐ Calm  ☐ Warm |
| High | 108 | ☐ Overcast  ☐ Breezy  ☑ Hot |
| | | ☐ Fog  ☐ Windy  ☐ Other |

## Safety & Health Training

**Safety Meeting Held Today?**
Subject: Proper PPE for the Job

Number of Attendants:

| Size | Station | to | Station | Footage (LF) | Description | Notes |
|---|---|---|---|---|---|---|
| 36" | 161+43.00 | to | 159+04.00 | 239.00 | | |
| | | to | | | | |
| | | to | | | | |
| | | to | | | | |
| | | to | | | | |
| | | to | | | | |

**Production Report & Acceptance of Deliveries:** (Include summary of work & communications w/ Owners/Engineers/Subs/Suppliers/Etc.

**Description of Garney's Work:** Excavate and install 36" WSP. Unmarked gasline was struck at 1:20 PM. See separate report for full incident details.

Finished passholes on Cornelia. Set frames and covers on manholes at each end of Cornelia.

**Descripton of Subcontrator's Work:** Griffin

**Testing:** QA and Compaction testing. All results reported as passing.

**Deliveries:** 36" WSP

**Traffic Control Description:** Cornelia closed to thru traffic. Belmont Closed to thru traffic. Flagged traffic at intersection of Belmont and Valentine.

**Remarks -** (Accidents; Reason for Production loss; Utility Damage; Visitors; Near Misses; Important Discussions, etc).
Hard digging conditions.



**Description of Change:**

| Delay Costs on 7/6/20106 from 7/5/2016 Strike. |
|---|

### LABOR

| Resource: Labor | Regular Time Costs | Over Time Costs | Regular Time Hours | Over Time Hours | Totals |
|---|---|---|---|---|---|
| Superintendent: | $ 136.80 | $ 185.55 | 4.0 | 0.0 | $ 547.20 |
| Project Manager | $ 114.00 | $ 154.62 | 4.0 | 0.0 | $ 456.00 |
| Operator Foreman | $ 76.31 | $ 97.98 | 4.0 | 0.0 | $ 305.24 |
| Operator Excavator | $ 76.10 | $ 97.04 | 4.0 | 0.0 | $ 304.41 |
| Operator Loader | $ 73.98 | $ 94.22 | 4.0 | 0.0 | $ 295.92 |
| Operator Dozer | $ 73.98 | $ 94.22 | 0.0 | 0.0 | $ - |
| Laborer General | $ 62.33 | $ 77.18 | 24.0 | 0.0 | $ 1,495.82 |
| Laborer Pipelayer | $ 64.28 | $ 79.99 | 4.0 | 0.0 | $ 257.13 |
| Labor Foreman | $ 66.34 | $ 83.05 | 0.0 | 0.0 | $ - |
| | | | | Subtotal | $ 3,661.72 |
| | | | | Total (Including 20% Markup) | $ 4,394.07 |

### EQUIPMENT

| Resource: Equipment | Hourly Rate (BlueBook FHWA Rate) | Hours This Analysis | | Total Equipment Cost Non-Operated |
|---|---|---|---|---|
| Compressor | $ 10.58 | 0.0 | | $ - |
| 70 llb Breaker | $ 1.12 | 0.0 | | $ - |
| Jumping Jack | $ 6.00 | 0.0 | | $ - |
| Vibraplate Compactor | $ 6.47 | 0.0 | | $ - |
| D6 Dozer | $ 82.07 | 0.0 | | $ - |
| JD 290 Excavator or Equal | $ 124.25 | 0.0 | | $ - |
| JD 350 Excavator or Equal | $ 151.32 | 0.0 | | $ - |
| JD 450 Excavator or Equal | $ 216.51 | 0.0 | | $ - |
| CAT 349 Excavator or Equal | $ 201.68 | 4.0 | | $ 806.72 |
| JD 310 Backhoe or Equal | $ 40.16 | 4.0 | | $ 160.64 |
| JD 624 Loader or equal | $ 71.06 | 4.0 | | $ 284.24 |
| JD 644 Loader or Equal | $ 79.05 | 4.0 | | $ 316.20 |
| 2500 Gal Water Truck | $ 31.79 | 4.0 | | $ 127.16 |
| DT80J Street Sweeper | $ 36.42 | 4.0 | | $ 145.68 |
| 2" Electric Submersible Pump | $ 4.26 | 0.0 | | $ - |
| Generator (6500 Watt) | $ 6.85 | 0.0 | | $ - |
| Job Truck (Gasoline) | $ 16.43 | 4.0 | | $ 65.72 |
| Foreman Truck (Diesel) | $ 14.34 | 4.0 | | $ 57.36 |
| | | | Subtotal | $ 1,963.72 |
| | | | Total (Including 15% Markup) | $ 2,258.28 |

### MATERIALS

| Supplier | Description | Quantity | Unit | Unit Cost | Sub Total |
|---|---|---|---|---|---|
| | | | | | $ - |
| | | | | | $ - |
| | | | | Subtotal | $ - |
| | | | | Total (Including 15% Markup) | $ - |

### SUBCONTRACTORS

| Subcontractor | Description | Quantity | Unit | Unit Cost | Sub Total |
|---|---|---|---|---|---|
| | | | | | $ - |
| | | | | | $ - |
| | | | | Subtotal | $ - |
| | | | | Total (Including 5% Markup) | $ - |

| | ITEMIZATION | | TOTALS |
|---|---|---|---|
| | Cost of Labor: | $ | 3,661.72 |
| | Cost of Equipment: | $ | 1,963.72 |
| | Cost of Suppliers: | $ | - |
| | Cost of Subs: | $ | - |
| 20% Markup | Labor | $ | 732.34 |
| 15% Markup | Equipment | $ | 294.56 |
| 15% Markup | Suppliers | $ | - |
| 5% Markup | Subs | $ | - |
| | Cost Subtotal: | $ | 5,625.44 |
| | Markup Subtotal | $ | 1,026.90 |
| | Total Labor, Equipment, Suppliers, Subs & Markup | $ | 6,652.34 |
| 2% Markup | Bonds & Insurance | $ | 133.05 |
| | **Total Additional Cost:** | $ | **6,785.39** |

# Daily Report

Project Name: RWTM SW1B
Owner: City of Fresno
Engineer: Blair Church & Flynn



| Tyler Bain | Project Manager | | Day: | Wednesday | GCI Job # |
|---|---|---|---|---|---|
| (Submitted By) | (Title) | | Date: | 07/06/16 | 1111 |

### GPI Crew Resources:

| Employee | Employee Classification | Hours (REG) | Hours (OT) | Labor Code |
|---|---|---|---|---|
| Kevin Glaze | Foreman | 8 | 0.5 | |
| Chris Wintch | Foreman | 8 | | |
| Virgil Barber | Operator | 8 | 0.5 | |
| Mike Munson | Operator | 8 | 0.5 | |
| Tony Gonzalez | Laborer | 8 | 0.5 | |
| Art Regalado | Laborer | 8 | 0.5 | |
| Dylan Salcedo | Laborer | 8 | 0.5 | |
| Wade Bradshaw | Laborer | 8 | 0.5 | |
| Rick Zanin Jr. | Laborer | 0 | 0.5 | |
| Kyle Avilla | App. Laborer | 8 | | |
| Franciso Reynoso | Laborer | 8 | | |
| Clay Beavers | Operator | 8 | | |
| Eddy Ventura | Laborer | 8 | 0.5 | |
| Joe Luna | Operator | 8 | 0.5 | |
| Gerardo Castro | Laborer | 8 | | |
| Josh Delaney | App. Operator | 8 | | |
| Ramon Mares | Laborer | 8 | | |

### GPI Equipment Resources:

| Description | Used | Ending Hrs/Miles |
|---|---|---|
| JD 310 Rubber Tire Backhoe | Y | |
| CAT 349E Excavator | Y | |
| CAT 349F Excavator | Y | |
| JD 644 Loader | Y | |
| JD 624 Loader | Y | |
| Chevy Job Truck #1 | Y | |
| Chevy Job Truck #2 | Y | |
| 2500 Gal Water Truck | y | |
| Sweeper | Y | |

### WEATHER (Input needed per appropriate box)

Temperature (°F)
Low 75
High 95

☑ Sunny  ☐ Calm  ☐ Warm
☐ Overcast  ☐ Breezy  ☑ Hot
☐ Fog  ☐ Windy  ☐ Other

### Safety & Health Training

**Safety Meeting Held Today?**
Subject: Equipment
Discussed confined space ventilation w/ CWI and safety rep
Number of Attendants:

| Size | Station | to | Station | Footage (LF) | Description | Notes |
|---|---|---|---|---|---|---|
| 36" | 159+04.00 | to | 156+26.00 | 278.00 | | |
| | | to | | 0.00 | | |
| | | to | | | | |
| | | to | | | | |
| | | to | | | | |
| | | to | | | | |
| | | to | | | | |

**Production Report & Acceptance of Deliveries:** (Include summary of work & communications w/ Owners/Engineers/Subs/Suppliers/Etc.

**Description of Garney's Work:** Excavate and install WSP. Extra street sweeping today to continue to keep dust under control. PG&E on site continuing repairs.

Installed F/O conduit STA 36+90 to STA 47+94, backfilled with red slurry. Set frame and cover at STA 36+90

**Descripton of Subcontractor's Work:** Griffin. Clay Miranda Trucking

**Testing:** Q/A and Compaction

**Deliveries:** 36" WSP, Cemex

**Traffic Control Description:** Belmont Closed to thru traffic.

**Remarks -** (Accidents; Reason for Production loss; Utility Damage; Visitors; Near Misses; Important Discussions, etc).

Case: 19-30088    Doc# 10450-2    Filed: 03/23/21    Entered: 03/23/21 20:24:38    Page 5 of 19



# PG&E Claims

## Thank you for submitting your claim online.

Your claim submission has been received. Please print this page for your records.

**Your Claim Number is A17120110**

Your claims manager will contact you <u>within the next 3 days</u> and provide his/her contact information. If you have any questions, you can contact our help desk at 415-973-4548.

If you have not uploaded supporting documents or have <u>additional documents,</u> please submit using one of the following methods:

1. Email to: <u>mailto:claimdocs@pge.com?subject=A17120110</u>

2. Fax to: (925) 459-7326 with a copy of this confirmation page.

3. Or US Mail to:

Pacific Gas and Electric Company
PG&E Law – Online Claims
1850 Gateway Blvd. 6th Floor
Concord, CA 94520

**Please include your Claim Number with all correspondence.**

It is Pacific Gas and Electric Company's policy to promptly and fairly respond to customers' claims. All claims are evaluated on a case-by-case basis. It is our goal to resolve your claim within 30 days of receipt. However, some claims do take longer to investigate and resolve. When our investigation is complete, we will either call you or send you a letter explaining what we found and the basis for our decision. If you have questions or concerns, please give us a call, at your convenience, to check on the status of your claim.

Thank you for your courtesy and cooperation in this matter.

For My Home | For My Business | Business to Business | About PG&E | Privacy
"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2017 Pacific Gas and Electric Company. All rights reserved.



Amanda Covello  February 2nd, 2018
Damage Claims Representative
PO Box 8329 Stockton CA, 95208


**RE: PG&E Claim No.: C20173576254**
**Date of Incident: 7-11-2017/ Fresno, CA**

Ms. Covello,

Garney has reviewed the claim presented by PG&E from the damage caused to the facilities on 07/11/2017 for $31,210.46. After review of the documents provided to Garney by PG&E, Garney has determined that PG&E is at fault for the damages. Furthermore, Garney was delayed for a total of 4 hours because of the damage. The total cost for the 4 hours of delay is $14,410.27. Garney is requesting PG&E to pay for the cost of the delay within 30 days. Supporting documents are attached to this letter. If Garney is to submit this claim through the online submissions portal, please formally respond with this request.

There were two lines in the ground and one mark. We potholed the first line we found and then continued to excavate which is when we damaged the PG&E electric line. The line that was potholed was 18" away from the mark per the attached pictures, which is within the 24" tolerance zone. Therefore, PG&E is at fault for the strike as the utilities were not properly marked.


Respectfully,
Nick Hansen


Project Engineer
Garney Construction
214-535-1486



**Description of Change:**

| 7/11/2017 Costs from Striking Unmarked PGE Line |
|---|

### LABOR

| Resource: Labor | Regular Time Costs | Over Time Costs | Regular Time Hours | Over Time Hours | Totals |
|---|---|---|---|---|---|
| Superintendent: | $ 136.80 | $ 185.55 | | | $ - |
| Project Manager | $ 114.00 | $ 154.62 | | | $ - |
| Operator Foreman | $ 76.31 | $ 97.98 | 4.0 | | $ 305.24 |
| Operator Excavator | $ 76.10 | $ 97.04 | 8.0 | | $ 608.83 |
| Operator Loader | $ 73.98 | $ 94.22 | 8.0 | | $ 591.83 |
| Operator Dozer | $ 73.98 | $ 94.22 | | | $ - |
| Laborer General | $ 62.33 | $ 77.18 | 44.0 | | $ 2,742.34 |
| Laborer Pipelayer | $ 64.28 | $ 79.99 | | | $ - |
| Labor Foreman | $ 66.34 | $ 83.05 | | | $ - |
| Operator Foreman | $ 76.31 | $ 97.98 | | | $ - |
| Operator Excavator | $ 76.10 | $ 97.04 | | | $ - |
| Laborer Pipelayer | $ 64.28 | $ 79.99 | 4.0 | | $ 257.13 |
| | | | | Subtotal | $ 4,248.24 |
| | | | | Total (Including 20% Markup) | $ 5,097.89 |

### EQUIPMENT

| Resource: Equipment | Hourly Rate (BlueBook FHWA Rate) | Hours This Analysis | | Total Equipment Cost Non-Operated |
|---|---|---|---|---|
| Compressor | $ 10.58 | | | $ - |
| 70 llb Breaker | $ 1.12 | | | $ - |
| Jumping Jack | $ 6.00 | | | $ - |
| Vibraplate Compactor | $ 6.47 | | | $ - |
| D6 Dozer | $ 82.07 | | | $ - |
| JD 290 Excavator or Equal | $ 124.25 | | | $ - |
| JD 350 Excavator or Equal | $ 151.32 | 4.0 | | $ 605.28 |
| CAT 390 Excavator or Equal | $ 216.51 | 4.0 | | $ 866.04 |
| JD 450 Excavator or Equal | $ 216.51 | | | $ - |
| CAT 349 Excavator or Equal | $ 201.68 | | | $ - |
| JD 310 Backhoe or Equal | $ 40.16 | 4.0 | | $ 160.64 |
| JD 624 Loader or equal | $ 71.06 | 4.0 | | $ 284.24 |
| JD 644 Loader or Equal | $ 79.05 | 4.0 | | $ 316.20 |
| 2500 Gal Water Truck | $ 31.79 | 4.0 | | $ 127.16 |
| 2500 Gal Water Truck | $ 31.79 | 4.0 | | $ 127.16 |
| Bobcat T650 Skidsteer | $ 44.50 | 4.0 | | $ 178.00 |
| DT80J Street Sweeper | $ 36.42 | 4.0 | | $ 145.68 |
| 2" Electric Submersible Pump | $ 4.26 | | | $ - |
| Generator (6500 Watt) | $ 6.85 | | | $ - |
| Job Truck (Gasoline) | $ 16.43 | 8.0 | | $ 131.44 |
| Foreman Truck (Diesel) | $ 14.34 | 4.0 | | $ 57.36 |
| | | | Subtotal | $ 2,999.20 |
| | | | Total (Including 15% Markup) | $ 3,449.08 |

### MATERIALS

| Supplier | Description | Quantity | Unit | Unit Cost | Sub Total |
|---|---|---|---|---|---|
| | | | | | $ - |
| | | | | | $ - |
| | | | | Subtotal | $ - |
| | | | | Total (Including 15% Markup) | $ - |

### SUBCONTRACTORS

| Subcontractor | Description | Quantity | Unit | Unit Cost | Sub Total |
|---|---|---|---|---|---|
| Griffin | Fee for small amount of slurry poured due to delay (Crew was on stand by) | 1 | LS | $ 4,500.00 | $ 4,500.00 |
| Chad's Trucking | Half a Day of Trucking Costs due to Delay (Trucks were on stand by) | 0.5 | LS | $ 1,630.00 | $ 815.00 |
| | | | | Subtotal | $ 5,315.00 |
| | | | | Total (Including 5% Markup) | $ 5,580.75 |

| | ITEMIZATION | | TOTALS |
|---|---|---|---|
| | Cost of Labor: | $ | 4,248.24 |
| | Cost of Equipment: | $ | 2,999.20 |
| | Cost of Suppliers: | $ | - |
| | Cost of Subs: | $ | 5,315.00 |
| 20% Markup | Labor | $ | 849.65 |
| 15% Markup | Equipment | $ | 449.88 |
| 15% Markup | Suppliers | $ | - |
| 5% Markup | Subs | $ | 265.75 |
| | Cost Subtotal: | $ | 12,562.44 |
| | Markup Subtotal | $ | 1,565.28 |
| | Total Labor, Equipment, Suppliers, Subs & Markup | $ | 14,127.72 |
| 2% Markup | Bonds & Insurance | $ | 282.55 |
| | **Total Additional Cost:** | **$** | **14,410.27** |

# Daily Report



**Project Name:** Kings River Pipeline
**Owner:** City of Fresno
**Engineer:** Carollo Engineers, Inc.

| Submitted By: | | Title: | | Day: | **Tuesday** | GCI Job # |
|---|---|---|---|---|---|---|
| Virgil Barber | | Foreman | | Date: | **07/11/17** | 1118 |

### GPI Crew Resources:

| Employee | Employee Classification | Regular Hours | O.T. Hours | Labor Code |
|---|---|---|---|---|
| VIRGIL I. BARBER | Foreman | 8 | 2 | |
| MICHAEL JAMES MUNSON | Operator | 8 | 1 | |
| CLEIGHTON WESLEY BEAVERS JR | Operator | 8 | 1 | |
| KEVIN DOUGLAS | Operator | 8 | 1 | |
| MIKE BARNES | Operator | 8 | 1 | |
| JUAN SERRATOS | Laborer | 8 | 1 | |
| ARTURO CHAVEZ REGALADO | Laborer | 8 | 1 | |
| WADE BRADSHAW | Laborer | 8 | 1 | |
| EDDIE GUERRERO | Laborer | 8 | 1 | |
| ROBERT WASHINGTON | Laborer | 8 | 1 | |
| FELIPE BARRAZA | Laborer | 8 | 1 | |
| RAMON SEGURA MARES | Laborer | 8 | 1 | |
| JUAN LAGUNES ESPEJO | Laborer | 8 | 1 | |
| HECTOR MORENO | Laborer | 8 | 1 | |
| ENRIQUE LEMUS REYES | Apprentice Laborer | 8 | 1 | |
| COLEMAN NOWLIN | Apprentice Laborer | 8 | 1 | |
| KERRY BONNER | Laborer | 8 | 1 | |

water

### GPI Equipment Resources:

| Description and Number | Used? | Hours (Friday's Only) |
|---|---|---|
| Foreman Truck | Yes | |
| Crew Truck: Chevy | Yes | |
| Trailer #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 (Yellow) | Yes | |
| CAT 390 Excavator #9333 | Yes | |
| CAT 349 Excavator #9326 | No | |
| John Deere 350 Excavator #9270 | Yes | |
| John Deere 644K Loader #9091 | Yes | |
| John Deere 624K Loader #9002 | Yes | |
| Water Truck | Yes | |
| Water Truck | Yes | |
| Bobcat T750 #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 | Yes | 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 skid-steer |
| | | |
| CAT 415 Backhoe #150760 | Yes | |
| Crew Truck: Chevy | Yes | |
| | | |
| | | |
| | | |
| lay-mor sweeper | | 775 |

### WEATHER

| Temperature (°F) | ☑ Sunny | ☐ Calm | ☑ Warm |
|---|---|---|---|
| Low | 68 | ☐ Overcast | ☐ Breezy | ☐ Hot |
| High | 14 | ☐ Fog | ☐ Windy | ☐ Other |

### Safety & Health Training:

| Safety Meeting Held Today? | Yes |
|---|---|
| Subject: | PPE |
| Number of Attendants: | 17 |

### Work Performed | Stationing | Footage (LF)

Belmont X Academy:
Offloaded and staged the pipe.

Stripped and offhauled the A.C. (3) End dumps; Chads Trucking.

Excavated and installed (3) sticks of 72" ameron, station #371+51 to #372+74.

Canusa wrapped, diaperred, slurried; Slurried all of the joint trench.

Potholed for electric line at #372+45 as shown on plans ,10' on either side; was unable to locate
Foreman(truck),operator(415backhoe),(2)laborers,crew truck; 4 HRS.
Electric line located at #372+63 with excavator while digging, called PGE, came out and determined it was abandond

| Griffin Yards Poured | Number of Workers | Time Started Pouring | Time Stopped Pouring |
|---|---|---|---|
| 56 | 2 | 11:30 AM | 1:20 AM |

| Traffic Control Plan Number |
|---|
| 17 |

**Reasons for Production Loss** (Rain, Accidents, Utility Damage, Visitors, Near Misses, Important Discussions, Unmarked Utilities, etc.) *Include Stationing*
6:15 am; Electric line strike while potholing for H.V.; Supervisor and safety officer notified immediately
PG&E had electric back up in about (1) hr; they will be back tonight at 10:00 to repair

| Delivery Company | What was Delivered | Notes (Defects) |
|---|---|---|
| Ameron | 72" Pipe | |
| Constar Supply | Cement | |

| Cal Valley Paving | Station Start | Station End | | Tommy J's: Name of Welder | Starting Joint Number | Ending Joint Number |
|---|---|---|---|---|---|---|
| *Base Pave:* | | | | | | |
| *Overlay:* | | | | | | |

### Other Subcontractor Work Performed

| Name of Subcontractor | Work Performed | Stationing | Number of Workers |
|---|---|---|---|
| Paleo Solutions | Paleontological Monitoring | | |
| Chad's Trucking | Import/Offhaul Trucking | | 1 |

| Testing Performed | Company | Stationing |
|---|---|---|
| Compaction Testing | BSK | |







# PG&E Claims

## Thank you for submitting your claim online.

Your claim submission has been received. Please print this page for your records.

**Your Claim Number is A18122691**

Your claims manager will contact you <u>within the next 3 days</u> and provide his/her contact information. If you have any questions, you can contact our help desk at 415-973-4548.

**If you have not uploaded supporting documents or have <u>additional documents,</u> please submit using one of the following methods:**

**1. Email to:** [mailto:claimdocs@pge.com?subject=A18122691](mailto:claimdocs@pge.com?subject=A18122691)

**2. Fax to:**  (925) 459-7326 with a copy of this confirmation page.

**3. Or US Mail to:**

Pacific Gas and Electric Company
PG&E Law – Online Claims
1850 Gateway Blvd. 6th Floor
Concord, CA 94520

**Please include your Claim Number with all correspondence.**

It is Pacific Gas and Electric Company's policy to promptly and fairly respond to customers' claims. All claims are evaluated on a case-by-case basis. It is our goal to resolve your claim within 30 days of receipt. However, some claims do take longer to investigate and resolve. When our investigation is complete, we will either call you or send you a letter explaining what we found and the basis for our decision. If you have questions or concerns, please give us a call, at your convenience, to check on the status of your claim.

Thank you for your courtesy and cooperation in this matter.

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. © 2018 Pacific Gas and Electric Company. All rights reserved.

# Nick Hansen

| | |
|---|---|
| **From:** | pg&eclaims@pge.com |
| **Sent:** | Wednesday, March 7, 2018 8:51 AM |
| **To:** | Nick Hansen |
| **Subject:** | PG&E Online Claim Form Submission Confirmation-A18122691 |

Dear Nicholas Hansen,

Thank you for submitting your claim online. Please print this page for your records.

Your Claim Number is **A18122691**

Your claims manager will contact you within the next 3 days and provide his/her contact information. If you have any questions, you can contact our help desk at 415-973-4548. Please do not reply to this email.

**If you have not provided supporting documents OR have additional documents to submit (e.g., Receipt, or Estimates for items claimed) please submit through one of the following:**

**1. E-Mail to:** mailto:claimsdocs@pge.com?subject=A18122691

**2. Fax to:** (925) 459-7326 with a copy of this confirmation page

**3. Or US Mail to:**

Pacific Gas and Electric Company
PG&E Law – Online Claims
1850 Gateway Blvd. 6th Floor
Concord, CA 94520

Please include your Claim Number with all correspondence.

It is Pacific Gas and Electric Company's policy to promptly and fairly respond to customers' claims. All claims are evaluated on a case-by-case basis. It is our goal to resolve your claim within 30 days of receipt. However, some claims do take longer to investigate and resolve. When our investigation is complete, we will either call you or send you a letter explaining what we found and the basis for our decision. If you have questions or concerns, please give us a call, at your convenience, to check on the status of your claim.

Thank you for your courtesy and cooperation in this matter.

PG&E Claims



324 E. 11th Street, Tracy, CA 95376
Phone: 925.800.1848
Fax: 925.292.7216
www.garney.com

Kristin Jensen  January 4th, 2018
Senior Claims Investigator
650 O St., Bag #24
Fresno, CA 93760-0001

**RE: PG&E Claim No.: A17120112**
**Date of Incident: 7-21-2016/ Fresno, CA**

Ms. Jensen,

Garney has reviewed the denial letter from PG&E for the incident on July 21st, 2016. After reviewing the information provided by PG&E for the denial, Garney is still demanding payment for the strike. Garney outlined the reasons for the denial by PG&E below and provided a response for each item.

1) PG&E claims that there was a mark for the damaged line.
    a. Garney's response to this claim:
        i. There was one mark for one line within 24" of the mark. We hand dug for the line and found a line about 9" away from the mark. We exposed the line and then continued excavating the trench. We struck and damaged a line 18" from the mark. The first line we found ended up being an abandoned line and the second line, which was damaged, was the active line.
2) PG&E claims we did not fully expose the potholed line before using power tools within 24" of the exposed line.
    a. Garney's response to this claim:
        i. The line was fully exposed before using power tools within 24" on the exposed line.
3) PG&E claims we failed to use only hand tools with 24" of a subsurface facility.
    a. Garney's response to this claim.
        i. PG&E cited code 4216.4(a) which states "… if an excavation is within the tolerance zone of a subsurface installation, the excavator shall determine the exact location of the subsurface installations in conflict with the excavation using hand tools before using any power-driven excavation or boring equipment within the tolerance zone of the subsurface installations. In all cases the excavator shall use reasonable care to prevent damaging subsurface installations." This means you use hand tools until you find the line, then you are free to use power tools within 24" of the mark, which is what Garney did.

> Therefore, PG&E is liable for the damage as Garney followed the
> code.

The updated total delay cost due to this strike is $55,214.93 which includes the updated price for the pavement repairs required as a result of this strike in which PG&E is at fault. Garney is requesting that this be paid within 30 days.

Respectfully,
Nick Hansen


Project Engineer
Garney Construction
214-535-1486



**Description of Change:**

7/21/2016 Costs from Striking Unmarked PGE Line

### LABOR

| Resource: Labor | Regular Time Costs | Over Time Costs | Regular Time Hours | Over Time Hours | Totals | |
|---|---|---|---|---|---|---|
| Superintendent: | $ 136.80 | $ 185.55 | 5.0 | 6.0 | $ 1,797.30 | |
| Project Manager | $ 114.00 | $ 154.62 | 11.0 | 0.0 | $ 1,254.00 | |
| Operator Foreman | $ 76.31 | $ 97.98 | 5.0 | 6.0 | $ 969.45 | |
| Operator Excavator | $ 76.10 | $ 97.04 | 5.0 | 5.5 | $ 914.23 | |
| Operator Loader | $ 73.98 | $ 94.22 | 5.0 | 5.5 | $ 888.13 | |
| Operator Dozer | $ 73.98 | $ 94.22 | 0.0 | 0.0 | $ - | |
| Laborer General | $ 62.33 | $ 77.18 | 30.0 | 12.0 | $ 2,795.89 | |
| Laborer Pipelayer | $ 64.28 | $ 79.99 | 5.0 | 6.0 | $ 801.37 | |
| Labor Foreman | $ 66.34 | $ 83.05 | 0.0 | 0.0 | $ - | |
| Operator Foreman | $ 76.31 | $ 97.98 | 24.0 | 0.0 | $ 1,831.42 | (Badger Crew Support 7/25-7/28) |
| Operator Excavator | $ 76.10 | $ 97.04 | 24.0 | 0.0 | $ 1,826.48 | (Badger Crew Support 7/25-7/28) |
| Laborer Pipelayer | $ 64.28 | $ 79.99 | 24.0 | 0.0 | $ 1,542.79 | (Badger Crew Support 7/25-7/28) |
| | | | | Subtotal | $ 9,420.37 | |
| | | | | Total (Including 20% Markup) | $ 11,304.44 | |

### EQUIPMENT

| Resource: Equipment | Hourly Rate (BlueBook FHWA Rate) | Hours This Analysis | | Total Equipment Cost Non-Operated |
|---|---|---|---|---|
| Compressor | $ 10.58 | 0.0 | | $ - |
| 70 llb Breaker | $ 1.12 | 0.0 | | $ - |
| Jumping Jack | $ 6.00 | 0.0 | | $ - |
| Vibraplate Compactor | $ 6.47 | 0.0 | | $ - |
| D6 Dozer | $ 82.07 | 0.0 | | $ - |
| JD 290 Excavator or Equal | $ 124.25 | 0.0 | | $ - |
| JD 350 Excavator or Equal | $ 151.32 | 0.0 | | $ - |
| JD 450 Excavator or Equal | $ 216.51 | 0.0 | | $ - |
| CAT 349 Excavator or Equal | $ 201.68 | 11.0 | | $ 2,218.48 |
| JD 310 Backhoe or Equal | $ 40.16 | 11.0 | | $ 441.76 |
| JD 624 Loader or equal | $ 71.06 | 0.0 | | $ - |
| JD 644 Loader or Equal | $ 79.05 | 11.0 | | $ 869.55 |
| 2500 Gal Water Truck | $ 31.79 | 11.0 | | $ 349.69 |
| DT80J Street Sweeper | $ 36.42 | 11.0 | | $ 400.62 |
| 2" Electric Submersible Pump | $ 4.26 | 0.0 | | $ - |
| Generator (6500 Watt) | $ 6.85 | 0.0 | | $ - |
| Job Truck (Gasoline) | $ 16.43 | 11.0 | | $ 180.73 |
| Foreman Truck (Diesel) | $ 14.34 | 11.0 | | $ 157.74 |
| | | Subtotal | | $ 4,618.57 |
| | | Total (Including 15% Markup) | | $ 5,311.36 |

### MATERIALS

| Supplier | Description | Quantity | Unit | Unit Cost | Sub Total |
|---|---|---|---|---|---|
| Fresno FD | Emergency Response | 1 | LS | $ 3,016.96 | $ 3,016.96 |
| Cemex | Temporary Asphalt Repair Material (1/2" HMA) | 22.13 | Tons | $ 45.00 | $ 995.85 |
| | | | | Subtotal | $ 4,012.81 |
| | | | | Total (Including 15% Markup) | $ 4,614.73 |

### SUBCONTRACTORS

| Subcontractor | Description | Quantity | Unit | Unit Cost | Sub Total |
|---|---|---|---|---|---|
| Badger Daylighting | Additional potholing to confirm # of services (7/25-7/28) | 1 | LS | $ 10,845.00 | $ 10,845.00 |
| Asphalt Technology Inc. | Additional Permanent Asphalt Repairs (City Repair Minimum Limits) | 1 | LS | $ 20,490.00 | $ 20,490.00 |
| | | | | Subtotal | $ 31,335.00 |
| | | | | Total (Including 5% Markup) | $ 32,901.75 |

| ITEMIZATION | | TOTALS |
|---|---|---|
| | Cost of Labor: | $ 9,420.37 |
| | Cost of Equipment: | $ 4,618.57 |
| | Cost of Suppliers: | $ 4,012.81 |
| | Cost of Subs: | $ 31,335.00 |
| 20% Markup | Labor | $ 1,884.07 |
| 15% Markup | Equipment | $ 692.79 |
| 15% Markup | Suppliers | $ 601.92 |
| 5% Markup | Subs | $ 1,566.75 |
| | Cost Subtotal: | $ 49,386.75 |
| | Markup Subtotal | $ 4,745.53 |
| | Total Labor, Equipment, Suppliers, Subs & Markup | $ 54,132.28 |
| 2% Markup | Bonds & Insurance | $ 1,082.65 |
| | **Total Additional Cost:** | **$ 55,214.93** |

# Daily Report

Project Name: RWTM SW1B
Owner: City of Fresno
Engineer: Blair Church & Flynn



| Tyler Bain | Project Manager | Day: | Thursday | GCI Job # |
|---|---|---|---|---|
| (Submitted By) | (Title) | Date: | 07/21/16 | 1111 |

## GPI Crew Resources:

| Employee | Employee Classification | Hours (REG) | Hours (OT) | Labor Code |
|---|---|---|---|---|
| Kevin Glaze | Foreman | 8 | | |
| Chris Wintch | Foreman | 8 | 0.5 | |
| Virgil Barber | Operator | 8 | | |
| Mike Munson | Operator | 8 | | |
| Tony Gonzalez | Laborer | 8 | | |
| Art Regalado | Laborer | 8 | | |
| Dylan Salcedo | Laborer | 8 | | |
| Wade Bradshaw | Laborer | 8 | | |
| Rick Zanin Jr. | Laborer | 0 | | |
| Kyle Avilla | App. Laborer | 8 | 0.5 | |
| Franciso Reynoso | Laborer | 8 | 0.5 | |
| Clay Beavers | Operator | 8 | | |
| Eddy Ventura | Laborer | 8 | | |
| Joe Luna | Operator | 8 | | |
| Gerardo Castro | Laborer | 8 | 0.5 | |
| Steve Thompson | Operator | 8 | 0.5 | |
| Josh Delaney | App. Operator | 8 | | |
| Ramon Mares | Laborer | 8 | | |
| Enrique Lemus | App. Laborer | 8 | | |

## GPI Equipment Resources:

| Description | Used | Ending Hrs/Miles |
|---|---|---|
| JD 310 Rubber Tire Backhoe | Y | |
| CAT 349E Excavator | Y | |
| CAT 349F Excavator | Y | |
| JD 644 Loader | Y | |
| JD 624 Loader | Y | |
| Chevy Job Truck #1 | Y | |
| Chevy Job Truck #2 | Y | |
| 2500 Gal Water Truck | Y | |
| Sweeper | Y | |
| 4000 Gal Water Truck | Y | |

## WEATHER (Input needed per appropriate box)

| Temperature (°F) | | | |
|---|---|---|---|
| Low | 65 | ☑ Sunny ☐ Calm ☑ Warm | |
| High | 108 | ☐ Overcast ☐ Breezy ☐ Hot | |
| | | ☐ Fog ☐ Windy ☐ Other | |

## Safety & Health Training

Safety Meeting Held Today?
Subject:

Number of Attendants:

| Size | Station | to | Station | Footage (LF) | Description | Notes |
|---|---|---|---|---|---|---|
| | 141+96.00 | 13998 | 139+98.00 | 198.00 | | |
| | | to | | 0.00 | | |
| | | to | | | | |
| | | to | | | | |
| | | to | | | | |
| | | to | | | | |
| | | to | | | | |

**Production Report & Acceptance of Deliveries:** (Include summary of work & communications w/ Owners/Engineers/Subs/Suppliers/Etc.

**Description of Garney's Work:** Excavate and installed 36" WSP. Unload and string pipe.

Grouted 8" water service, installed valve, moved and cleaned TC from Marks to Blythe, started asphalt prep on Cornelia from RR to Belmont.

**Descripton of Subcontrator's Work:** Clay Miranda Trucking Hauling Off. Austin Enterprises.

**Testing:** Compaction, Q/A. All tests as reported to Garney passing.

**Deliveries:** 36" WSP, Jensen Precast

**Traffic Control Description:** Belmont Closed to thru traffic.

**Remarks -** (Accidents; Reason for Production loss; Utility Damage; Visitors; Near Misses; Important Discussions, etc).

Case: 19-30088   Doc# 10450-2   Filed: 03/23/21   Entered: 03/23/21 20:24:38   Page 18 of 19

# PG&E Claims

## Thank you for submitting your claim online.

Your claim submission has been received. Please print this page for your records.

**Your Claim Number is A17120112**

Your claims manager will contact you <u>within the next 3 days</u> and provide his/her contact information. If you have any questions, you can contact our help desk at 415-973-4548.

**If you have not uploaded supporting documents or have <u>additional documents,</u> please submit using one of the following methods:**

**1. Email to:** mailto:claimdocs@pge.com?subject=A17120112

**2. Fax to:** (925) 459-7326 with a copy of this confirmation page.

**3. Or US Mail to:**

Pacific Gas and Electric Company
PG&E Law – Online Claims
1850 Gateway Blvd. 6th Floor
Concord, CA 94520

**Please include your Claim Number with all correspondence.**

It is Pacific Gas and Electric Company's policy to promptly and fairly respond to customers' claims. All claims are evaluated on a case-by-case basis. It is our goal to resolve your claim within 30 days of receipt. However, some claims do take longer to investigate and resolve. When our investigation is complete, we will either call you or send you a letter explaining what we found and the basis for our decision. If you have questions or concerns, please give us a call, at your convenience, to check on the status of your claim.

Thank you for your courtesy and cooperation in this matter.