| | |
|---|---|
| Lathrop GPM LLP<br>Caroline A. H. Sayers, SBN 209815<br>caroline.sayers@lathropgpm.com<br>1888 Century Park East, Suite 1000<br>Los Angeles, CA 90067<br>310.789.4600<br>310.789.4601<br><br>Attorneys for Garney Pacific, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                      **Debtors.** | **Case No. 19-30088 (DM)**<br><br>**Chapter 11**<br><br>(Lead Case) (Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br><u>Hearing</u>:<br>Date: April 7, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |
| ☐ Affects PG&E Corporation<br><br>☐ Affects Gas and Electric Company<br><br>☒ Affects both Debtors | |

    I, the undersigned, declare that I am employed in the County of Los Angeles. I am over the age of 18 years and not a party to the within entitled action. My business address is 2049 Century Park East, Suite 3500S, Los Angeles, CA 90067-1623.

    On March 23, 2021, I served the within **VERIFIED RESPONSE IN OPPOSITION TO DEBTORS' OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS) - CLAIM NO 2942** (the "Response") by filing same with the Court's ECF System, which will deliver the Response to Debtors' counsel at PGEClaims@kbkllp.com.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on March 23, 2021, at Los Angeles, California.

                                                   */s/ Caroline A.H. Sayers*
                                                   Caroline A.H. Sayers