

Signed and Filed: March 24, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION (I) ENLARGING TIME FOR SARAH PAZDAN TO FILE PROOFS OF CLAIM; (II) MODIFYING PLAN INJUNCTION; (III) RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABSTENTION PURSUANT TO 28 U.S.C. § 1334(c)(1); AND (IV) GRANTING RELATED RELIEF**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation (i) Enlarging Time for Sarah Pazdan fo File Proofs of Claim; (ii) Modifying Plan Injunction; (iii) Resolving Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. § 1334(C)(1); and (iv) Granting Related Relief*, dated March 19, 2021 [Dkt. No. 10439] (the "**Stipulation**"),[1] entered into PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Sarah Pazdan ("**Pazdan**"), on the other hand, by and through their respective counsel,; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Pazdan Proofs of Claim are deemed timely filed.

3. The Plan Injunction is modified solely to permit Pazdan to liquidate the Pazdan Proofs of Claim by filing a revised version of the Original Proposed Complaint (the "**Amended Proposed Complaint**"), attached to the Stipulation as Exhibit A, in order to initiate the Superior Court Lawsuit, and by prosecuting the Superior Court Lawsuit against the Reorganized Debtors through final judgment and any appeals thereof, but not to permit enforcement of any such judgment, which judgment, if any, shall be recoverable solely as a General Unsecured Claim in accordance with the Plan and through the claims reconciliation process in these Chapter 11 Cases.

4. Pazdan shall not sue any individual employees or former employees (including but not limited to the three employees identified in the Original Proposed Complaint) of either the Reorganized Debtors or any affiliated corporate defendant, in the Superior Court Lawsuit or in any other action or proceeding, on any of the claims alleged in the Superior Court Lawsuit, the Original Proposed Complaint, the Amended Proposed Complaint, the Pazdan Proofs of Claim, or on any other claims based on or arising from the same or materially the same common nucleus of

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

facts, events, and circumstances alleged in the Superior Court Lawsuit, the Original Proposed Complaint, the Amended Proposed Complaint, or the Pazdan Proofs of Claim.

5. Nothing herein shall be construed to be:

   a. a waiver by the Debtors or the Reorganized Debtors, as applicable, or any other party in interest of any right to object to the Pazdan Proofs of Claim on any grounds other than the untimely filing thereof, or

   b. a waiver by any party of any claim or defense in the Superior Court Action other than as provided in paragraph 4 above.

6. By entry of this Order, the Motion is deemed withdrawn with prejudice.

7. The Stipulation is binding on the Parties and each of their successors in interest.

8. The Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter thereof.

9. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: March 19, 2021

KELLER BENVENUTTI KIM LLP

/s/ Peter J. Benvenutti
Peter J. Benvenutti
*Attorneys for Debtors and Reorganized Debtors*

Dated: March 15, 2021

ERNST LAW GROUP

/s/ Taylor Ernst
Taylor Ernst
*Attorneys for Sarah Pazdan*

Dated: March 8, 2021

FARMER & READY

/s/ Paul F. Ready
Paul F. Ready
*Attorneys for Sarah Pazdan*