

1

SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

Signed and Filed: March 24, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF THE FEE EXAMINER TO (i) APPROVE FINAL FEES OF FEE EXAMINER; (ii) TERMINATE FEE EXAMINER'S SERVICES; AND (iii) CONFIRM SURVIVAL OF PRIOR ORDERS**<br><br>[Related Doc. No. 10272]<br><br><u>Hearing Stricken for Lack of Objection</u><br><br>Date:   March 24, 2021<br>Time:   10:00 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>          Courtroom 17,<br>          450 Golden Gate Avenue<br>          16th Floor<br>          San Francisco, CA<br>(Telephonic/Video Appearances Only)<br><br>Judge:   Hon. Dennis Montali |

1

The Court has considered the Motion of the Fee Examiner to (i) Approve Final Fees of Fee Examiner; (ii) Terminate Fee Examiner's Service; and (iii) Confirm Survival of Prior Orders ("**Fee Examiner's Motion**") [Doc. No. 10272] as well as the supporting Declaration of the Fee Examiner, Bruce A. Markell [Doc. No. 10273]. The Court has considered the Fee Examiner's Motion under Sections 328 and 330 of title 11, as well as Bankruptcy Rule 2016. Notice was sufficient. No timely objections have been filed. The relief requested is reasonable and fully consistent with the terms of the Court Order filed May 29, 2019 that originally appointed Professor Bruce A. Markell as the Fee Examiner ("**Appointment Order**") [Doc. No. 2267]. The services provided by the Fee Examiner benefitted the bankruptcy estates. By Docket Text filed March 19, 2021, the Court has dropped the March 24, 2021 hearing for lack of opposition.

WHEREFORE, AND SUPPORTED BY THE PRECEDING FACTUAL FINDINGS,

IT IS HEREBY ORDERED that the Fee Examiner's Motion is granted as to all the relief requested therein;

IT IS FURTHER ORDERED that all fees are approved paid through and including the payment due March 1, 2021 in the total amount of $1,720,000 (one million, seven hundred twenty thousand dollars);

IT IS FURTHER ORDERED that the services of the Fee Examiner are terminated effective March 31, 2021;

IT IS FURTHER ORDERED that the Debtors in these cases are to cease payments to the Fee Examiner as of March 31, 2021 (with the payment due March 1, 2021 being the last payment to be made);

IT IS FURTHER ORDERED that any and all immunities granted to the Fee Examiner continue in full force and effect and the Court expressly orders the immunity conferred upon the Fee Examiner in Paragraph 16 of the Appointment Order is confirmed as follows:

Case: 19-30088    Doc# 10456    Filed: 03/24/21    Entered: 03/24/21 18:00:37    Page 2 of 3

"The Fee Examiner, as an officer of the court, and those employed or paid by him with respect to this appointment shall have the maximum immunity permitted by law from civil actions for all acts taken or omitted in the performance of his duties"; and

IT IS FURTHER ORDERED that this Court confirms this Court will have exclusive jurisdiction over any claims or disputes related to or within the scope of Paragraph 16 of the Appointment Order.

***END OF ORDER***

ORDER GRANTING MOTION OF FEE EXAMINER