

Signed and Filed: March 24, 2021

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

*Counsel to the Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>        - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER ALLOWING APPLICATION OF SCOTT H. MCNUTT FOR FIRST AND FINAL ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD OF APRIL 12, 2019 THROUGH AND INCLUDING APRIL 1, 2021**<br><br>[Related Doc. No. 10263]<br><br><u>Hearing Stricken for Lack of Objection</u><br><br>Date:   March 24, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Telephonic/Video Appearances Only)<br><br>        United States Bankruptcy Court<br>        Courtroom 17,<br>        450 Golden Gate Avenue<br>        16th Floor<br>        San Francisco, CA<br><br>Judge:  Hon. Dennis Montali |

1  The Court has considered the *Application of Scott H. McNutt For First and Final Allowance and Payment of Compensation for the Period of April 12, 2019 Through and Including April 1, 2021* (the "**Application**") [Doc. No. 10263] and the accompanying Notice [Doc. No. 10264]. The Court finds no timely opposition has been filed. The Court finds that Scott H. McNutt (the "**Applicant**") has voluntarily adjusted fees to address Court concerns. The Court finds notice was sufficient. By Docket Text filed March 19, 2021, the Court has previously dropped the March 24, 2021 hearing for lack of opposition.

Wherefore, in light of the foregoing facts,

IT IS HEREBY ORDERED that:

1. The Application is approved on a final basis as reflected herein;

2. The Applicant is awarded final allowance of compensation for professional services as counsel to the Fee Examiner rendered during the Application Period in the amount of $638,605.00 (six hundred thirty-eight thousand six hundred and five dollars) in fees and $0 (zero) dollars in expenses;

3. The Reorganized Debtors are ordered to promptly pay to Applicant Scott H. McNutt the amount of $638,605.00 (six hundred thirty-eight thousand six hundred and five dollars) in fees.

4. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**\*\*\*END OF ORDER\*\*\***