# Exhibit D

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Frank M. Pitre (100077)/Mark C. Molumphy (168009)<br>Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road, Ste. 200<br>Burlingame, CA 94010<br>TELEPHONE NO.: 650-697-6000  FAX NO. (Optional): 650-697-0577<br>E-MAIL ADDRESS (Optional): fpitre@cpmlegal.com; mmolumphy@cpmlegal.com<br>ATTORNEY FOR (Name): Plaintiff | **FILED**<br>SUPERIOR COURT<br>COUNTY OF SAN FRANCISCO<br>MAR 17 2021<br>CLERK OF THE COURT<br>BY: _____<br>ANGELICA SUNGA  Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS: San Francisco, CA 94102<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Justice Trotter (Ret.), Trustee of the PG&E FVT | CASE NUMBER:<br>CGC-21-590296 |
| DEFENDANT/RESPONDENT: PG&E Corporation, et al. | JUDICIAL OFFICER:<br>Andrew Y.S. Cheng |
| **NOTICE OF RELATED CASE** | DEPT.:<br>613 |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: Trotter v. Williams, et al.
   b. Case number: CGC-17-562591
   c. Court: [✓] same as above
      [ ] other state or federal court (name and address):
   d. Department: 613
   e. Case type: [ ] limited civil [✓] unlimited civil [ ] probate [ ] family law [ ] other (specify):
   f. Filing date: April 18, 2018
   g. Has this case been designated or determined as "complex?" [✓] Yes [ ] No
   h. Relationship of this case to the case referenced above (check all that apply):
      [✓] involves the same parties and is based on the same or similar claims.
      [✓] arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      [ ] involves claims against, title to, possession of, or damages to the same property.
      [✓] is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
      [ ] Additional explanation is attached in attachment 1h
   i. Status of case:
      [✓] pending
      [ ] dismissed [ ] with [ ] without prejudice
      [ ] disposed of by judgment

2. a. Title: Trotter v. Chew, et al.
   b. Case number: CGC-18-572326
   c. Court: [✓] same as above
      [ ] other state or federal court (name and address):
   d. Department: 613

Page 1 of 3
Form Approved for Optional Use
Judicial Council of California
CM-015 [Rev. July 1, 2007]

**NOTICE OF RELATED CASE**

Cal. Rules of Court, rule 3.300
www.courtinfo.ca.gov

Case: 19-30088   Doc# 10460-5   Filed: 03/25/21   Entered: 03/25/21 10:31:25   Page 2 of 7

| PLAINTIFF/PETITIONER: | Justice Trotter (Ret.), Trustee of the PG&E FVT | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | PG&E Corporation, et al. | |

**CM-015**

2. *(continued)*

   e. Case type: ☐ limited civil ☑ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

   f. Filing date: December 24, 2018

   g. Has this case been designated or determined as "complex?" ☑ Yes ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

   ☑ involves the same parties and is based on the same or similar claims.

   ☑ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

   ☐ involves claims against, title to, possession of, or damages to the same property.

   ☑ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

   ☐ Additional explanation is attached in attachment 2h

   i. Status of case:

   ☑ pending

   ☐ dismissed ☐ with ☐ without prejudice

   ☐ disposed of by judgment

3. a. Title:

   b. Case number:

   c. Court: ☐ same as above

   ☐ other state or federal court *(name and address):*

   d. Department:

   e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

   f. Filing date:

   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

   ☐ involves the same parties and is based on the same or similar claims.

   ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

   ☐ involves claims against, title to, possession of, or damages to the same property.

   ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

   ☐ Additional explanation is attached in attachment 3h

   i. Status of case:

   ☐ pending

   ☐ dismissed ☐ with ☐ without prejudice

   ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: March 17, 2021

Frank M. Pitre

(TYPE OR PRINT NAME OF PARTY OR ATTORNEY) ▶ (SIGNATURE OF PARTY OR ATTORNEY)

Case: 19-30088   Doc# 10460-5   Filed: 03/25/21   Entered: 03/25/21 10:31:25   Page 3 of 7

| | | CM-015 |
|---|---|---|
| PLAINTIFF/PETITIONER: Justice Trotter (Ret.), Trustee of the PG&E FVT | CASE NUMBER: | |
| DEFENDANT/RESPONDENT: PG&E Corporation, et al. | | |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

*(NOTE: You cannot serve the Notice of Related Case if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one):*
   a. ☐ deposited the sealed envelope with the United States Postal Service.
   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:
   a. on *(date):*
   b. from *(city and state):*

4. The envelope was addressed and mailed as follows:

   a. Name of person served:

      Street address:
      City:
      State and zip code:

   b. Name of person served:

      Street address:
      City:
      State and zip code:

   c. Name of person served:

      Street address:
      City:
      State and zip code:

   d. Name of person served:

      Street address:
      City:
      State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

_____           _____
(TYPE OR PRINT NAME OF DECLARANT)              (SIGNATURE OF DECLARANT)

# PROOF OF SERVICE

I am employed in the County of San Mateo. I am over the age of 18 years and not a party to this action. My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, San Francisco Airport Office Center, 840 Malcolm Road, Burlingame, California, 94010. On this day, I served the following document(s) in the manner described below:

## NOTICE OF RELATED CASE

✓ **VIA MAIL:** I am readily familiar with this firm's practice for causing documents to be served by first class mail. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be delivered via first class mail to the addressee(s) specified below.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on March 17, 2021.

JEANINE H. ACOSTA

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP<br>Jason D. Strabo<br>Gregory R. Jones<br>2049 Century Park East, 38th Floor, Suite 3200<br>Los Angeles, CA 90067<br>gjones@mwe.com<br>jstrabo@mwe.com<br>Telephone: 310 277 4110 | **BY MAIL SERVICE**<br>Counsel for Defendants G. Williams, Wells, Earley |
| MCDERMOTT WILL & EMERY LLP<br>Steve Scholes<br>444 West Lake Street<br>Chicago, IL 60606<br>sscholes@mwe.com<br>Telephone: 312 372 2000 | **BY MAIL SERVICE**<br>Counsel for Defendants G. Williams, Wells, Earley |
| SIMPSON THACHER & BARTLETT LLP<br>Stephen P. Blake<br>2475 Hanover Street<br>Palo Alto, CA 94304<br>sblake@stblaw.com<br>Telephone: (650) 251-5000 | **BY MAIL SERVICE**<br>Counsel for Defendants Miller, Meserve, Chew, Kimmel, Parra, Fowler, Kelly, Smith, Mullins, Rambo, Kane, B. L. Williams, Johns, Hogan, Mistry and Herringer |
| SIMPSON THACHER & BARTLETT LLP<br>Paul C. Curnin<br>Nicholas Goldin<br>Sara Riccardi<br>425 Lexington Avenue<br>New York, NY 10017<br>pcurnin@stblaw.com<br>ngoldin@stblaw.com<br>sriccardi@stblaw.com<br>Telephone: 212-455-2000 | **BY MAIL SERVICE**<br>Counsel for Defendants Miller, Meserve, Chew, Kimmel, Parra, Fowler, Kelly, Smith, Mullins, Rambo, Kane, B. L. Williams, Johns, Hogan, Mistry and Herringer |
| BOTTINI & BOTTINI, INC.<br>Francis A. Bottini, Jr.<br>Albert Y. Chang<br>Yury A. Kolesnikov<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, California 92037<br>Telephone: (858) 914-2001<br>Facsimile: (858) 914-2002<br>E-mail:fbottini@bottinilaw.com<br>achang@bottinilaw.com<br>ykolesnikov@bottinilaw.com<br><br>WALKUP, MELODIA, KELLY & SCHOENBERGER<br>Michael A. Kelly | **BY MAIL SERVICE**<br>Co-Counsel for Plaintiff Justice John Trotter (Ret.), Trustee of the PG&E Fire Victim Trust |

**PROOF OF SERVICE**

2

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Case: 19-30088    Doc# 10460-5    Filed: 03/25/21    Entered: 03/25/21 10:31:25    Page 6 of 7

| | |
|---|---|
| Khaldoun A. Baghdadi<br>650 California Street<br>San Francisco, CA 94108<br>Telephone: (415) 889-2919<br>Facsimile: (415) 391-6965<br>E-mail: mkelly@WalkupLawOffice.com<br>kbaghdadi@WalkupLawOffice.com<br><br>DREYER, BABICH, BUCCOLA, WOOD, CAMPORA LLP<br>Steven M. Campora<br>20 Bicentennial Circle<br>Sacramento, CA 95826<br>Telephone: (916) 379-3500<br>Facsimile: (916) 379-3599<br>E-mail:scampora@dbbwc.com<br><br>COREY, LUZAICH, DE GHETALDI & RIDDLE LLP<br>Dario de Ghetaldi<br>Amanda L. Riddle<br>700 El Camino Real<br>Millbrae, CA 94030<br>Telephone: (650) 871-5666<br>Facsimile: (650) 871-4144<br>E-mail: deg@coreylaw.com<br>alr@coreylaw.com | |
| LATHAM & WATKINS LLP<br>Michael J. Reiss<br>michael.reiss@lw.com<br>355 South Grand Avenue, Suite 100 Los Angeles, California 90071-1560<br>T: (213) 485-1234<br>F: (213) 891-8763<br><br>LATHAM & WATKINS LLP<br>James E. Brandt (pro hac vice forthcoming)<br>james.brandt@lw.com<br>885 Third Avenue New York, New York 10022-4834<br>T: (212) 906-1200<br>F: (212) 751-4864 | **BY MAIL SERVICE**<br>Counsel for Nominal Defendants PG&E Corporation and Pacific Gas and Electric Company |

**PROOF OF SERVICE**

3