# Notice Recipients

District/Off: 0971−3   User: admin   Date Created: 3/25/2021
Case: 19−30088   Form ID: TRANSC   Total: 7

**Recipients of Notice of Electronic Filing:**
aty   Dara Levinson Silveira   dsilveira@kbkllp.com
aty   Richard A. Lapping   rich@trodellalapping.com

TOTAL: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**
intp   Thomas Sinkiewicz   818 Wake Forest Dr.   Mountain View, CA 94043
cr   Dorcas Wheeler   3019 Shasta Way   Santa Rosa, CA 95403
cr   G. Larry Engel   Engel Law, PC   12116 Horseshoe Lane   Nevada City, CA 95959
cr   Haisam Nijem   221 Union St. Unit C   San Rafael, CA 94901
aty   Blaine R. Cox   Damrell Nelson Schrimp Pallios & Silva   1601 I Street, 5th Fl.   Modesto, CA 95354

TOTAL: 5