UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on the Monthly Operating Report Email Service List attached hereto as **Exhibit A**:

- Amended Operating Report for Filing Period Quarter Ending September 30, 2020 PG&E Corporation First Post-Confirmation Report [Docket No. 10442]

- Amended Operating Report for Filing Period Quarter Ending September 30, 2020 Pacific Gas and Electric Company First Post-Confirmation Report [Docket No. 10443]

- Operating Report for Filing Period Quarter Ending December 31, 2020 PG&E Corporation Second Post-Confirmation Report [Docket No. 10444]

- Operating Report for Filing Period Quarter Ending December 31, 2020 Pacific Gas and Electric Company Second Post-Confirmation Report [Docket No. 10445]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 25th day of March 2021, at New York, NY.

                                                */s/ Alain B. Francoeur*
                                                Alain B. Francoeur

**Exhibit A**

# Exhibit A
## Monthly Operating Report Email Service List
### Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Baker & Hostetler, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com; cdumas@bakerlaw.com |
| Baker & Hostetler, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com; lattard@bakerlaw.com |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com; skhalil@milbank.com |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov |