EVAN C. BORGES, State Bar No. 128706
 EBorges@GGTrialLaw.com
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Interested Party John K. Trotter,
Trustee of the PG&E Fire Victim Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>Debtors. | Case No. 19-30088<br><br>Chapter 11<br><br>**REQUEST FOR NOTICE**<br><br>Hon. Dennis Montali |

The undersigned hereby requests notice of these proceedings be sent to:

    Evan C. Borges
    GREENBERG GROSS LLP
    650 Town Center Drive, Suite 1700
    Costa Mesa, CA 92626
    Telephone: 949-383-2800
    Facsimile: 949-383-2801
    Email: EBorges@GGTrialLaw.com

DATED: March 26, 2021

Respectfully submitted,

GREENBERG GROSS LLP

By: /s/ Evan C. Borges
Evan C. Borges
Attorneys for Interested Party John K. Trotter,
Trustee of the PG&E Fire Victim Trust

REQUEST FOR NOTICE