

**Signed and Filed: March 29, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
Jane Kim (#298192)
4  (jkim@kbkllp.com)
650 California Street, Suite 1900
5  San Francisco, CA 94108
Tel: 415 496 6723
6  Fax: 650 636 9251

7

_Attorneys for Debtors and Reorganized Debtors_

8

9                   **UNITED STATES BANKRUPTCY COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
10                       **SAN FRANCISCO DIVISION**

11

12      **In re:**                              Bankruptcy Case No. 19-30088 (DM)

13      **PG&E CORPORATION,**                   Chapter 11

14          **- and -**                         (Lead Case) (Jointly Administered)

15      **PACIFIC GAS AND ELECTRIC**            **ORDER FIXING BRIEFING AND STATUS**
        **COMPANY,**                            **CONFERENCE SCHEDULE WITH**
16                                              **RESPECT TO CLAIM NOS. 80500 (MARK**
                                                **A. KLEIN AND JANET S. KLEIN) AND**
17                **Debtors.**                  **80033 (G. LARRY ENGEL)**

18      ☐ Affects PG&E Corporation
        ☐ Affects Pacific Gas and Electric Company
19      ☒ Affects both Debtors

20      _* All papers shall be filed in the Lead Case, No._
        _19-30088 (DM)._

21

22

23

24

25

26

27

28

1    The Court having considered the representations by counsel for PG&E Corporation ("**PG&E**

2    **Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors

3    (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the

4    "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), with

5    respect to the Reorganized Debtors' agreement with Mark A. Klein and Janet S. Klein and G. Larry

6    Engel (together, the "**Claimants**") regarding further objection to the Claims (as defined below), and

7    pursuant to the agreement of the Claimants, and good cause appearing,

8       **IT IS HEREBY ORDERED THAT:**

9       1.    On or before April 23, 2021, the Reorganized Debtors shall file further objections (each

10   an "**Objection**") to Claim Nos 80500 (Mark A. Klein and Janet S. Klein) and 80033 (G. Larry Engel)

11   (each a "**Claim**," and collectively, the "**Claims**").

12      2.    On or before May 14, 2021, each Claimant may file a reply brief to the Objection to his

13   or their Claim.

14      3.    The Court shall hold a status and scheduling conference on June 15, 2021 at 10:00 a.m.

15   (the "**Status Conference**").

16      4.    Between the filing of reply briefs, if any, and the Status Conference, the Reorganized

17   Debtors shall meet and confer with Claimants regarding an agreed schedule for further proceedings and

18   the possibility of narrowing the issues for hearing on each  Objection.

19      5.    Except as provided in this Order or subsequently agreed between the parties, the

20   Reorganized Debtors and the respective Claimants each reserve all rights, substantive or procedural,

21   concerning the Claims and the Objection to each.

22      6.    This Court shall retain jurisdiction to resolve any disputes or controversies arising from

23   this Order.

24                        *** END OF ORDER ***

25

26

27

28

1    APPROVED AS TO FORM AND CONTENT:

2    Dated:  March 25, 2021

3    */s/ G. Larry Engel*
     G. Larry Engel

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPROVED AS TO FORM AND CONTENT:

Dated: March 26, 2021

/s/ _Mark A. Klein_

Mark. A. Klein