| | |
|---|---|
| **BROWN RUDNICK LLP**<br>Joel S. Miliband (SBN 077438)<br>(JMiliband@brownrudnick.com)<br>2211 Michelson Drive<br>Seventh Floor<br>Irvine, California 92612<br>Telephone: (949) 752-7100<br>Facsimile: (949) 252-1514<br><br>**BROWN RUDNICK LLP**<br>David J. Molton (SBN 262075)<br>(DMolton@brownrudnick.com)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>*Attorneys for Fire Victim Trustee* | **COTCHETT, PITRE & McCARTHY, LLP**<br>Frank M. Pitre (SBN 100077)<br>(fpitre@cpmlegal.com)<br>Mark C. Molumphy (SBN 168009)<br>(mmolumphy@cpmlegal.com)<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, California 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697 0577<br><br>*Special Counsel for Fire Victim Trustee* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                 Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>Adv. Pro. 21-03012<br><br>San Francisco Superior Court<br>Case No. CGC-21-590296 |
| JUSTICE JOHN TROTTER (RET.), TRUSTEE OF THE PG&E FIRE VICTIM TRUST,<br><br>                 Plaintiff,<br><br>                 v.<br><br>PG&E CORPORATION, PACIFIC GAS & ELECTRIC COMPANY, ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED, ENERGY INSURANCE MUTUAL LIMITED, NORTH AMERICAN SPECIALTY INSURANCE COMPANY, GREAT LAKES REINSURANCE (UK) SE, ENDURANCE | **NOTICE OF MOTION OF FIRE VICTIM TRUSTEE FOR ENTRY OF AN ORDER ABSTAINING FROM HEARING REMOVED ACTION AND REMANDING TO STATE COURT**<br><br>Date: April 20, 2021<br>Time: 9:30 AM (Pacific Time)<br>Place: **Via Zoom Webinar**<br>        United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 98102<br><br>Objection Deadline: April 13, 2021<br>                         4:00 p.m. (Pacific Time) |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | RISK SOLUTIONS ASSURANCE COMPANY, BERKLEY INSURANCE COMPANY, AMERICAN INTERNATIONAL REINSURANCE COMPANY, LTD., ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, LIBERTY INSURANCE UNDERWRITERS, INC., STARR INDEMNITY & LIABILITY COMPANY, U.S. SPECIALTY INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, BARBICAN MANAGING AGENCY LIMITED, TWIN CITY FIRE INSURANCE COMPANY, ARGONAUT INSURANCE COMPANY, HOUSTON CASUALTY COMPANY, and DOES 1-20, inclusive,<br><br>                    Defendants. |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on April 20, 2021, at 9:30 a.m. a hearing will be held by Zoom Webinar before the Honorable Dennis Montali, United States Bankruptcy Judge on the Motion Of Fire Victim Trustee For Entry Of An Order Abstaining From Hearing Removed Action And Remanding To State Court ("Motion") filed by The Honorable John K. Trotter (Ret.), in his capacity as the Trustee (the "Trustee") of the PG&E Fire Victim Trust (the "Trust"), appointed in the above-captioned Chapter 11 cases (the "Chapter 11 Cases") of PG&E Corporation, et al. ("PG&E").

The Motion is made pursuant to 28 U.S.C. § 1334(c), 28 U.S.C. § 1452(b) and Federal Rules of Bankruptcy Procedure 9027(d), the Trustee moves this Court to remand or abstain and return this matter to the Superior Court of California for the County of San Francisco.

PLEASE TAKE FURTHER NOTICE THAT the Motion is based upon the concurrently filed Motion, Memorandum of Points and Authorities and the Declaration of Frank M. Pitre, filed concurrently with this Notice, and the files and records in this case.

Pursuant to 28 U.S.C. § 1334(c), 28 U.S.C. § 1452(b) and Federal Rules of Bankruptcy Procedure 9027(d), the Trustee moves this Court to remand or abstain and return this matter to the Superior Court of California for the County of San Francisco.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Sixth Amended General Order 38 issued on March 5, 2021:

> "All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."

DATED: March 29, 2021        BROWN RUDNICK LLP

By: _____
JOEL S. MILIBAND
Attorney for *Fire Victim Trustee*