Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
22 Battery Street, Suite 888
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

and

Russell R. Johnson III, Esq.
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Phone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com

*Co-Counsel for Southern California Edison Company*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Debtors. | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION**

PLEASE TAKE NOTICE that Southern California Edison Company voluntarily withdraws, as settled, its *Objection and Reservation of Rights of Southern California Edison Company to Notice of (I) Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to the*

*Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization and (II) Proposed Cure Amounts*, filed May 14, 2020 at Docket No. 7203.

DATED: March 30, 2021

Respectfully submitted,

ST. JAMES LAW, P.C.

By:   /s/  *Michael St. James*  .
Michael St. James, CSB No. 95653
22 Battery Street, Suite 888
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

and

Russell R. Johnson III, Esq.
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Phone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com

*Co-Counsel for Southern California Edison Company*

# CERTIFICATE OF SERVICE

I hereby certify that on March __, 2021, a true and correct copy of the foregoing *Notice of Withdrawal of Objection* was served via the Court's CM/ECF electronic notification system on all parties requesting same, and via email to the parties listed below.

Stephen Karotkin
Jessica Liou
Matthew Goren
Tom Schinckel
Brian Morganelli
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Stephen.karotkin@weil.com
Jessica.liou@weil.com
Matthew.goren@weil.com
Tom.shinckel@weil.com
Brian.morganelli@weil.com
*Attorneys for Debtors*

Tobias S. Keller
Jane Kim
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, California 94108
tkeller@kbkllp.com
jkim@kbkllc.com
*Attorneys for Debtors*

Bruce S. Bennett
Joshua M. Mester
James O. Johnston
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300
bbennett@jonesday.com
jmester@jonesday.com
jjohnston@jonesday.com
*Attorneys for Shareholder Proponents*

/s/ *Michael St. James*
Michael St. James