In the Federal Bankrupcy Court
Honorable Denis Montali presiding
Courtroom 17, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102



**FILED**
MAR 30 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Judge Montali:
"November 17, 2020, called the number for an Omnibus Objection statement. Did not reach the so called Prime Clerk LLC but PG&E with a 20 minute run around to prevent me from obtaining such statement. This is a violation of all standards of behavior before the courts and will be cited in my Response.

PG&E objection statement 844 339 4217 Prime Clerk, before 1/12/2020.

Case No 19-30088 (DM) 8671" sent to Prime Clerk LLC, Madison Square Gardens.

The above attempt to prevent a claimant from qualifying through obfruscation and indirection is a further example of the assinine methods endemic in structure of PG&E. The refusal to keep or acknowledge records of installations are detailed in this case. This is similar to the case before Judge Alsop on pipelines.

Claimant is Pro Se as is seen in current *In Forma Pauperius* associated with USSC 20-5938.

Summary: Commencing November 18, 2018 there has been obfruscation and litany of ignorance of written demands for statement of eletrical service. As shown in following exhibits a second 100 amp line was installed by GM electric (no longer in existence) May 1986. A limb knocked down the service drop December 1997. The 200 amp service was not restored unknown to the patron. A 10 Hp electrical device continued to be used intermittently with no detectable effect.

Only when a gas water heater failed and an attempt to install an Eco-18 electric heater was the patron informed the service was only 100 amp. That was November 2018. What ensued is detailed in the following copies of a series of written communications. This has had profound health results with eczema and other effects on health of an now 88 year old patron. Money talks. PG&E owns our PUC.

Think ⇑

Robert B. Wister
26256 Hickory Ave.
Haywierd, CA 94544-3112
No Inet; no Email; limited phone 510) 329-9813 M/VM Delete
November 24, 2020

Attachment: Exhibits A-G enlargement on documents submitted to Judge Alsop.

As of the date of serving this paper the Omnibus Objection has not been received.

March 24, 2021, Docket 9672, Claim 8671. Received filing of 3/19/21 on 3/23/21 PM. Lacking clarity claimant went to 450 Golden Gate 10A. Door guard would not admit with passport copy. Claimed to inquire of courtroom finding empty, not in session. Please inform by mail of actual date of hearing and location. RBW          Hearing impaired.



OAKLAND CA 945

25 MAR 2021 PM 5 L

RECEIVED
MAR 30 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In the Federal Bankrupcy Court
Honorable Denis Montali presiding
Courtroom 17, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

26256 Hickory Ave,
Haywierd, CA 94544-3112

94102-342615

Case: 19-30088    Doc# 10478    Filed: 03/30/21    Entered: 03/30/21 15:39:51    Page 2 of 2