MATTHEW RODRIQUEZ, SBN 095976
Acting Attorney General of California
DANETTE VALDEZ, SBN 141780
ANNADEL ALMENDRAS, SBN 192064
Supervising Deputy Attorneys General
KELLY A. WELCHANS, SBN 253191
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3367
Fax: (415) 703-5480
Danette.Valdez@doj.ca.gov
Annadel.Almendras@doj.ca.gov
Kelly.Welchans@doj.ca.gov

STEVEN H. FELDERSTEIN, SBN 059678
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

Attorneys for California Department of Forestry
and Fire Protection

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtors.<br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☑   Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br><br>Date: April 7, 2021<br>Time: 10:00 a.m. (Pacific)<br>Place: **(Telephonic or Video Only)**<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

**LIMITED OBJECTION OF CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION TO MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING DEADLINE FOR THE REORGANIZED DEBTORS TO OBJECT TO CLAIMS AND FOR RELATED RELIEF**

The California Department of Forestry and Fire Protection ("CAL FIRE") hereby files this limited objection to the Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and For Related Relief (the "Motion").[1]

In the Motion, the Reorganized Debtors seek a second six-month extension of the Initial Extension deadline of June 26, 2021 to December 23, 2021 – which would be almost a year and a half after the Plan's Effective Date. CAL FIRE understands that the Plan provides that the Court may extend the claim objection deadline for cause shown and does not oppose an extension of that deadline. CAL FIRE however requests the Court to shorten the requested extension to September 30, 2021.

CAL FIRE holds a number of substantial Class 4B Utility General Unsecured Claims under the Plan that the Reorganized Debtors have neither objected to nor paid. While the parties have exchanged information about the CAL FIRE claims and are making some progress towards final resolution of the claims, progress has been unacceptably slow.[2] CAL FIRE claims are nothing new to the Reorganized Debtors, as the parties have resolved or litigated fire claims over the years numerous times. A list of CAL FIRE's outstanding claims is set forth below.

| Claim No. | Fire Name | Total Amount of Claim |
|---|---|---|
| 77581 | 415 | $6,043.75 |
| 77030 | Almond | $20,546.16 |
| 77538 | Benson | $125,730.70 |
| 79403 | Bissett | $1,685.80 |
| 76888 | Cienega | $2,900,000.00 |
| 77661 | Corrine | $9,222,550.71 |
| 78866 | Country | $79,985.64 |
| 79602 | Harney | $5,162.11 |
| 77586 | Northridge | $4,235.29 |
| 77745 | Parkfield | $578,375.16 |
| 77564 | Saddle | $28,347.48 |
| 79338 | Sawmill | $3,524,693.08 |
| 77678 | Soda | $40,426.77 |

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the Motion and accompanying exhibits.

[2] For example, the Reorganized Debtors have been unable to confirm that any resolution of the CAL FIRE claims would include post-petition interest as provided in the Plan and in this Court's Memorandum Decision on Postpetition Interest at Docket No. 5226.

| 77595 | Table | $109,753.52 |
| 77572 | Zenon | $174,341.81 |
| 65505 | Attorney Fees (not a fire) | $82,857.00 |
| | **Total** | **$16,904,734.98** |

Under the Plan, Class 4B claims were to be paid "on the Effective Date or as soon as reasonably practicable thereafter, but in no event later than thirty (30) days after the later to occur of (i) the Effective Date and (ii) the date such Claim becomes an Allowed Claim." Plan § 4.23(a). Plan section 1.7(f) defines "Allowed" in part as "any Claim or Interest arising on or before the Effective Date as to which no objection to allowance has been interposed within the time period set forth in the Plan."

The Plan deemed Class 4B claims unimpaired and therefore, not entitled to vote. Plan § 4.23(b). If the Court grants the Motion as requested, the practical effect of these provisions means that Class 4B creditors, despite being unimpaired and denied the right to vote on the Plan, will wait almost a year and a half before knowing whether the Reorganized Debtors will pay their claims or object to them. That period could be even longer since the Reorganized Debtors' request is without prejudice to further extension requests. Such treatment is inequitable and contrary to the concept of unimpaired under the Bankruptcy Code. *See Mutual Life Ins. Co. v. Patrician St. Joseph Partners, Ltd. P'ship (In re Patrician St. Joseph Partners Ltd. P'ship)*, 169 B.R. 669, 678 (D. Ariz. 1994) (holding 90-day delay in paying administrative convenience class of creditors was impairment); *In re Haardt*, 65 B.R. 697, 701 (Bankr. E.D. Pa. 1986) (holding potential 120-day delay in payment after confirmation impaired class). CAL FIRE acknowledges the Reorganized Debtors' progress to date as outlined in the Motion. Given the number and amount of claims being held in limbo, claims that the Plan deemed unimpaired, the Court should require the Reorganized Debtors to return sooner than December 23, 2021, if they need a further extension.

///
///
///
///

For the foregoing reasons, the Court should deny the requested extension and grant an extension only until September 30, 2021, without prejudice to the Reorganized Debtors' right to seek additional extensions.

Dated: March 31, 2021

Respectfully submitted,

MATTHEW RODRIQUEZ
Acting Attorney General of California
DANETTE VALDEZ, SBN 141780
ANNADEL ALMENDRAS, SBN 192064
Supervising Deputy Attorneys General

By: */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
Attorneys for California Department of Forestry and Fire Protection

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Susan R. Darms, declare: |
| 3 | I am a resident of the State of California and over the age of eighteen years, and not a |
| 4 | party to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA |
| 5 | 95814.  On March 31, 2021, I served the within documents: |
| 6 | **LIMITED OBJECTION OF CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION TO MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING DEADLINE FOR THE REORGANIZED DEBTORS TO OBJECT TO CLAIMS AND FOR RELATED RELIEF** |
| 8 | By Electronic Service only via CM/ECF. |
| 10 | */s/ Susan R Darms*<br>Susan R. Darms |