UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>　- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>　　　　　　　　　　Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 26, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notices Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 31st day of March 2021, at New York, NY.

　　　　　　　　　　　　　　　　　　　　　_/s/ Sonia Akter_
　　　　　　　　　　　　　　　　　　　　　Sonia Akter

SRF 52309

# **Exhibit A**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Damrell Nelson Schrimp Pallios & Silva | Attn: Blaine R. Cox | 1601 I Street, 5th Fl. | | Modesto | CA | 95354-1110 |
| Dorcas Wheeler | | 3019 Shasta Way | | Santa Rosa | CA | 95403-9423 |
| Engel Law, PC | Attn: G. Larry Engel | 12116 Horseshoe Lane | | Nevada City | CA | 95959-3570 |
| Haisam Nijem | | 221 Union St. | Unit C | San Rafael | CA | 94901-3695 |
| Thomas Sinkiewicz | | 818 Wake Forest Dr. | | Mountain View | CA | 94043-2135 |

# **Exhibit B**

SRF 52309

Form TRANSC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |
|---|---|

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on March 24, 2021 at 10:00 AM was filed on March 25, 2021. The following deadlines apply:

The parties have until Thursday, April 1, 2021 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, April 15, 2021.

If a request for redaction is filed, the redacted transcript is due Monday, April 26, 2021.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, June 23, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 3/29/21

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court