# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

In re:

PG&E CORPORATION,
- and -
PACIFIC GAS AND ELECTRIC COMPANY,
Debtors.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-30088 (DM)

Notice is hereby given that, subject to approval by the court, CALVIN CARMICAL substitutes
(Party (s) Name)

JOHN E. CASSINAT , State Bar No. 131214 as counsel of record in
(Name of New Attorney)

place of EDWARD FREIDBERG
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | CASSINAT LAW CORPORATION |
| Address: | 4815 Laguna Park Drive, Suite C, Elk Grove, California 95758 |
| Telephone: | (916) 393-3030   Facsimile |
| E-Mail (Optional): | office@cassinat.com; john@cassinat.com |

I consent to the above substitution.

Date: 3/12/21

(Signature of Party (s))

I consent to being substituted.

Date: 3/12/21

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 3/12/21

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

