# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Joseph Ledwin, do declare and state as follows:

1.     I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.     On March 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice of Transcript Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction

3.     I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4.     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 1st day of April 2021, at New York, NY.

*/s/ Joseph Ledwin*

Joseph Ledwin

SRF 52378

# **Exhibit A**

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 11754224 | Lapping, Richard A. | 540 Pacific Avenue | | | San Francisco | CA | 94133-4608 | | First Class Mail |
| 11754222 | Cox, Blaine R. | Damrell, Nelson, Schrimp, Pallios & Silva | 1601 I Street Fifth Floor | | Modesto | CA | 95354-1110 | | First Class Mail |
| 11754223 | Silveira, Dara L. | Keller Benvenutti Kim LLP | 650 California Street Suite 1900 | | San Francisco | CA | 94108-2736 | | First Class Mail |

Case: 19-30088    Doc# 10484    Filed: 04/01/21    Entered: 04/01/21 19:55:45    Page 3 of 3