# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 30, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Arup North America Ltd. (MMLID#6012170), 900 Wilshire Boulevard, 19th Floor, Los Angeles, CA, 90017:

- Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [Docket No. 10009]

3. On March 30, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Ecobee Ltd. (MMLID#4920196), c/o Ecobee, 25 Dockside Drive, Suite 700, Toronto, ON, M5A 0B5, Canada:

- Notice of Continued Hearing on Certain of the Reorganized Debtors' Omnibus Objections to Claims [Docket No. 10010]

[*Remainder of page left intentionally blank*]

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 31st day of March 2021, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso