BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted Pro Hac Vice)
(Egoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 3:19-bk-030088 DM <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **NOTICE OF ATTORNEY CHANGE OF LAW FIRM** |

PLEASE TAKE NOTICE that effective immediately, Eric R. Goodman is no longer with Baker & Hostetler LLP, counsel of record for the Official Committee of Tort Claimants, and is now a Partner with Brown Rudnick LLP, counsel for the Fire Victim Trustee.

Mr. Goodman's new Firm association and address are as follows:

> Brown Rudnick LLP
> 601 Thirteenth Street NW, Suite 600
> Washington, DC 20005
> Telephone: (202) 536-1740
> Email: egoodman@brownrudnick.com

DATED: April 2, 2021          BROWN RUDNICK LLP

By: /s/ Eric R. Goodman
Joel S. Miliband (SBN 077438)
JMiliband@brownrudnick.com
David J. Molton (SBN 262075)
DMolton@brownrudnick.com
Eric R. Goodman (admitted *pro hac vice*)
EGoodman@brownrudnick.com

*Counsel to the Fire Victim Trustee*