WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors
and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☒ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND PENSION BENEFIT GUARANTY CORPORATION WITHDRAWING PROOF OF CLAIM NO. 101068**<br><br>[No Hearing Date Requested] |

PG&E Corporation and Pacific Gas and Electric Company, as debtor and debtor in possession (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), on the one hand, and the Pension Benefit Guaranty Corporation ("**PBGC**"), on the other hand, by and through their respective counsel, hereby submit this stipulation (the "**Stipulation**") for an Order approving the Parties' (as defined below) agreement to allow PBGC to withdraw proof of claim number 101068 (the "**Proof of Claim**") with prejudice. The Reorganized Debtors and PBGC are referred to in this Stipulation collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On January 29, 2019, the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. On July 1, 2019, the Court entered the *Order Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bankr. P. 2002, 3003(c)(3), 5005, and 9007, and L.B.R. 3003-1 (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors* [Docket No. 2806] (the "**Bar Date Order**"). The Bar Date Order set October 21, 2019 at 5:00 p.m. Pacific Time (the "**Bar Date**") as the deadline to file all proofs of claim with respect to any prepetition claim (as defined in section 101(5) of the Bankruptcy Code) against either of the Debtors.

C. On April 16, 2020, and pursuant to an order entered by the Bankruptcy Court on February 27, 2020 extending the Bar Date for certain claimants that purchased or acquired certain of the Debtors' publicly held debt and equity securities [Docket No. 5943] (the "**Securities Bar Date Order**"), PBGC timely filed the Proof of Claim asserting certain claims relating to its purchase of certain equity securities of PG&E Corporation.

D. By Order dated June 20, 2020 [Docket No. 8053] (the "**Confirmation Order**"), the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* (as may be further modified, amended or

supplemented from time to time, and together with any exhibits or schedules thereto, the "**Plan**"). The Effective Date of the Plan occurred on July 1, 2020. *See* Docket No. 8252.

E. On January 25, 2021, the Bankruptcy Court entered the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 10015] (the "**Securities Claims Procedures Order**"). Pursuant to the Securities Claims Procedures Order, the Bankruptcy Court approved, among other things, procedures for filing omnibus objections to Securities Claims (the "**Securities Omnibus Objection Procedures**").

F. On March 17, 2021, the Reorganized Debtors filed the *First Securities Claims Omnibus Objection (No Loss Causation – Securities Sold Prior to The First Purported "Corrective Disclosure")* [Docket No. 10411] (the "**Objection**"), which sought, *inter alia*, to disallow and expunge the Proof of Claim on the basis that PBGC sold the security in question before the first purported corrective disclosure and, therefore, suffered no loss that is recoverable from the Debtors under the federal securities laws.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, THROUGH THE UNDERSIGNED, THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The Proof of Claim is hereby withdrawn with prejudice.

2. Prime Clerk LLC, the Debtors' claims and noticing agent, is authorized to update the official claims register for the Chapter 11 Cases to reflect the terms of this Stipulation.

3. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

4. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

5. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: April 5, 2021

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

/s/ Richard W. Slack

*Attorneys for the Debtors*

Dated: April 5, 2021

/s/ Courtney L. Morgan
F. RUSSELL DEMPSEY
General Counsel
CHARLES L. FINKE
Deputy General Counsel
ANDREA WONG
Assistant General Counsel
COURTNEY L. MORGAN
MELISSA T. HARRIS
DANIEL ROBERTSON

*Attorneys for the Pension Benefit Guaranty Corporation*