

Signed and Filed: April 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br> - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>             **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SIXTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (ADR NO LIABILITY CLAIMS)**<br><br>**[Re: Dkt. Nos. 10299, 10490]** |

Upon the *Reorganized Debtors' Report on Responses to Sixtieth Through Sixty-Seventh Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10490] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Sixty-Sixth Omnibus Objection to Claims (ADR No Liability Claims)* [Docket No. 10299] (the "**Sixty-Sixth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Darwin Richards | 86933 | Since the Claimant has responded to the Sixty-Sixth Omnibus Objection, the Claim will be resolved through the Reorganized Debtors' ADR procedures. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | The Reorganized Debtors request that it be taken off calendar in the interim. |
| Informal | Amir Shahmirza | 2090 | The hearing with respect to this Claim is continued to April 28, 2021 at 10:00 a.m., and the response deadline extended to April 14, 2021. |

2.　　The Claims listed in the column headed "Claims To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3.　　This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ARRENDONDO, JOSE N 3890 ALCUDIA RD OAKLEY, CA 92347 | | 9144 | PG&E Corporation | 9/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Balos, Karen Rudolph E. Daur, Esq. 3330 Geary Blvd, 3rd Floor East San Francisco, CA 94118 | | 80028 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | ADR No Liability |
| Bowman, Buster P.O. Box 278 Rail Road Flat, CA 95248 | | 96349 | PG&E Corporation | 1/3/2020 | $0.00 | $0.00 | $0.00 | $400,000.00 | $400,000.00 | ADR No Liability |
| Broota, Patricia Greatrock LLP 633 W. Fifth Street, Suite 3200 Los Angeles, CA 90071 | | 2286 | Pacific Gas and Electric Company | 4/15/2019 | $0.00 | $0.00 | $0.00 | $5,000,000.00 | $5,000,000.00 | ADR No Liability |
| Chevron Pipe Line Company Michael L. Armstrong Senior Counsel 6001 Bollinger Canyon Rd San Ramon, CA 94583 | | 55769 | PG&E Corporation and Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $549,252.00 | $549,252.00 | ADR No Liability |
| Circo, Elizabeth A 8830 Robin Hill Rd Sp38 Gasport, CA 95453 | | 66023 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | ADR No Liability |
| City of Stockton 425 N. El Dorado Street, 2nd Floor Stockton, CA 95202 | | 8378 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $600,000.00 | $600,000.00 | ADR No Liability |
| Clayton Creek LLC c/o Kathryn Spelman Thoits Law 400 Main Street, Suite 250 Los Altos, CA 94022 | | 72188 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $2,400,000.00 | $2,400,000.00 | ADR No Liability |
| Coscello, Clifford A. 4747 Wild Flower Way Redding, CA 96001 | | 80289 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | ADR No Liability |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chinen, Thomas Law Offices of Allister R. Liao 1990 South Norfolk Street, Suite 200 San Mateo, CA 94403 | | 19875 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | ADR No Liability |
| Dochtermeier, Leslie Law Office of David W. Chen, PC 1300 Clay Street, Suite 600 Oakland, CA 94612-1913 | | 87699 | Pacific Gas and Electric Company | 11/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Dacorn , John and Lillian The Gori Law Firm Christina Muhkus 156 N. Main Street Edwardsville, IL 62025 | | 70971 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Iniguez, Jose J Deana Iniguez 14623 Avon Ave Winthrop, CA 95530-9797 | | 8354 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Kim, Kyesong 168 Orchard Circle Hayward, CA 94544-8281 | | 7177 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Lin, Uil 2725 18TH AVE #2 SAN FRANCISCO, CA 94121 | | 7191 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| Pollard Farms LLC 421 Oleander Ave Alameda, CA 94502 | | 7946 | Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $1,200,000.00 | $1,200,000.00 | ADR No Liability |
| Prassinger, Lester 37 Venus Ct Fremont, CA 94539-7649 | | 6741 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | ADR No Liability |
| Ritter, Perry Josh Quinn Chevalier, Esq. 2351 Sunset Blvd., Suite 170-317 Rocklin, CA 95765 | | 69348 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | ADR No Liability |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mooney, John K 9 Pleasant Hill Rd Redwood City, CA 94061-1131 | | 6805 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $11,000,000.00 | $11,000,000.00 | ADR No Liability |
| Morrow, David 417 Patterson Creek Rd Nisket, WA 98855-9653 | | 80872 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | ADR No Liability |
| National Fire Insurance Company USAA Attn: John Werdell 801 Greenville Rd. Ste 700 Lisle, IL 60532 | | 30954 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $166,501.00 | $166,501.00 | ADR No Liability |
| Neith, Sandra Jack Schmasse c/o Lawrence A Jack 503 D Street, Suite 2 San Rafael, CA 94901 | | 20044 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | ADR No Liability |
| ...in, Robert PO Box 475 Friant, CA 93626-0475 | | 8082 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ADR No Liability |
| ...fferty, Scott J 123 Whitecliff Ct. Walnut Creek, CA 94596 | | 67851 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $558,180.00 | $558,180.00 | ADR No Liability |
| ...hi, Ahmed 122 De Anza Dr Danville, CA 93551 | | 58806 | Pacific Gas and Electric Company | 10/21/2019 | $200,000.00 | $0.00 | $0.00 | $0.00 | $200,000.00 | ADR No Liability |
| ...hey, Tim 325 East Bayshore Road Spc Palo Alto, CA 94303 | | 8131 | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $70,500.00 | $58,750.00 | $129,250.00 | ADR No Liability |
| ...ney, Timothy PO. Box 51963 Palo Alto, CA 94303 | | 158 | PG&E Corporation | 2/9/2019 | $0.00 | $0.00 | $160,000.00 | $0.00 | $160,000.00 | ADR No Liability |

**Exhibit 1**

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sheridan, Christopher Sheridan Law Office P.O. Box 768 Nevada City, CA 95959 | | 81213 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | ADR No Liability |
| Sheridan, Kelly c/o Schaffer 25 Taylor Street San Francisco, CA 94102 | | 87753 | Pacific Gas and Electric Company | 11/26/2019 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | ADR No Liability |
| Sipwith, William 1488 6th St Berkeley, CA 94710-1431 | | 4775 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $350,000.00 | $350,000.00 | ADR No Liability |
| TRAVERS, DONALD R AND LELA H P.O. BOX 1255 DURHAM, CA 95938 | | 7137 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | ADR No Liability |
| Tino, Joel c/o Wakeford Law Firm Wesley Wakeford 1388 Sutter Street, Suite 810 San Francisco, CA 94109 | | 9929 | Pacific Gas and Electric Company | 9/26/2019 | $0.00 | $0.00 | $0.00 | $2,750,000.00 | $2,750,000.00 | ADR No Liability |
| Williams, Tammara 511 Palm Ave #601 Sacramento, CA 95842 | | 67840 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $58,000.00 | $58,000.00 | ADR No Liability |
| Witt, Earl 14517 P.O. BOX 600 Chino Hills, CA 91807 | | 6448 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | ADR No Liability |
| **Claims To Be Expunged Totals** | | Count:34 | | | $200,000.00 | $0.00 | $230,500.00 | $31,940,683.00 | $32,371,183.00 | |