```
Entered on Docket
April 05, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



Signed and Filed: April 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION,** <br> - and - <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **ORDER EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (CUSTOMER NO LIABILITY / PASSTHROUGH CLAIMS)** <br><br> [Re: Dkt. No. 10296, 10490] |

Upon the *Reorganized Debtors' Report on Responses to Sixtieth Through Sixty-Seventh Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10490] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Sixty-Fifth Omnibus Objection to Claims (Customer No Liability / Passthrough Claims)* [Docket No. 10296] (the "**Sixty-Fifth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claims shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 10449 | Lawrence Johnson | 19544 | After conversations with the Reorganized Debtors' counsel, the Claimant has confirmed that he will not oppose the expungement of his Claim. Accordingly, the Sixty-Fifth |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | Omnibus Objection is SUSTAINED with respect to this Claim. |
| 10477 | Boris V Jacoubowsky, Jr | 78854 | The Sixty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. |

2. The Claims listed in the column headed "Claims To Be Expunged" in **Exhibit 1** hereto are expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Adam, Donna<br>213 D St<br>Howard, CA 94541-6438 | | 4861 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability / Passthrough Claims |
| Ademola, Lilian<br>4630 Snowy Egret Way<br>Oakley, CA 94561-1686 | | 87173 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability / Passthrough Claims |
| 4 Season Farm<br>555 Kalana Ave<br>Morgan Hill, CA 95037-9226 | | 6612 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $1,763.00 | $0.00 | $1,763.00 | Customer No Liability / Passthrough Claims |
| Allison, Karen<br>6915 Foothill Blvd Apt 317<br>Oakland, CA 94605-2077 | | 7604 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Alomran, Firas<br>3050 Scott Ct<br>Marina, CA 93933-5040 | | 3661 | Pacific Gas and Electric Company | 7/21/2019 | $0.00 | $0.00 | $0.00 | $342.37 | $342.37 | Customer No Liability / Passthrough Claims |
| Alston, John<br>728 B St Ste 100<br>Marysville, CA 95901-5577 | | 96907 | Pacific Gas and Electric Company | 2/4/2020 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability / Passthrough Claims |
| AMAGAN-DITTO, GUZIN<br>4221<br>MONTEREY, CA 93942-0221 | | 7918 | Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Armstrong, Nadene<br>916 L St Apt 703<br>Sacramento, CA 95816-5633 | | 9609 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability / Passthrough Claims |
| Asakawa, Kazuhiro<br>38 Portola Ave<br>Monterey, CA 93940 | | 73901 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $555.57 | $555.57 | Customer No Liability / Passthrough Claims |
| Aside, Michael S<br>946 E Shaw Ave<br>Clovis, CA 93619-8725 | | 87201 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |

Sixty-Fifth Omnibus Objection

# Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jess, Dave<br>3831 Holly Oak St<br>Citrus Heights, CA 95610-0632 | | 9699 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Bell, Jamie<br>105 Northwood Dr Unit D<br>Concord, CA 94520 | | 4672 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $26.00 | $26.00 | Customer No Liability / Passthrough Claims |
| BENITEZ, BRENDA<br>2606 CENTURY DR<br>BAKERSFIELD, CA 93306-1516 | | 5286 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability / Passthrough Claims |
| Bertrim, Jennifer K<br>153 Murray Rd<br>McKinleyville, CA 95519-3504 | | 4478 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $280.00 | $0.00 | $280.00 | Customer No Liability / Passthrough Claims |
| Bosse, Ronald D<br>408 South Willis Avenue<br>Independence, MO 64052 | | 3892 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Bonnette, Phillip<br>PO Box 25<br>Dunlap, CA 93621-0025 | | 10778 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $329.21 | $329.21 | Customer No Liability / Passthrough Claims |
| Boufmar, Amar<br>4341 Jaguar Ct<br>Elk Grove, CA 95757-2603 | | 16806 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $256.00 | $256.00 | Customer No Liability / Passthrough Claims |
| Brisco, Andre<br>2136 Anza Ave, Apt A<br>Torrance, CA 90505-4528 | | 4076 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $888.17 | $888.17 | Customer No Liability / Passthrough Claims |
| BROWN, MICHAEL<br>34730 FAIRCHILD CMN<br>FREMONT, CA 94555-2722 | | 5422 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $887.00 | $0.00 | $887.00 | Customer No Liability / Passthrough Claims |
| Buckmann, Victoria M<br>2438 Victor Ct<br>Tracy, CA 95304-5899 | | 7253 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bold, Valerie 167 State Hwy UU Pine Eye, MO 65611 | | 3914 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $337.95 | $337.95 | Customer No Liability / Passthrough Claims |
| Burton, Enrique 123 W. Laurel Dr Apt 32 Salinas, CA 93906 | | 4214 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | Customer No Liability / Passthrough Claims |
| Canfed USA Foundation 405 Geary St Ste 400 San Francisco, CA 94102-1262 | | 7008 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability / Passthrough Claims |
| Carpenter, Meta 167 N 9th St Apt 201 Fresno, CA 93710-7430 | | 7135 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | Customer No Liability / Passthrough Claims |
| Chester, Jennifer 1 Oleander Way Half Moon Bay, CA 94019-8515 | | 5000 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | Customer No Liability / Passthrough Claims |
| Chen, Shaolee 1122 Shamrock Ave Santa Clara, CA 95051-2420 | | 8633 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $470.42 | $470.42 | Customer No Liability / Passthrough Claims |
| Chism, Sonia & Rafael 1042 Yellowstone Drive Antioch, CA 94509-2133 | | 68953 | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Clothier, Cory 110 43rd Ave San Francisco, CA 94122-4010 | | 6904 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $125.00 | $125.00 | Customer No Liability / Passthrough Claims |
| Constantin, Frederick & Kate Constantin 1 Harte Ave San Rafael, CA 94901-5221 | | 6889 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability / Passthrough Claims |
| Cost, David 26 San Mateo Rd Half Moon Bay, CA 94019 | | 4793 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $3,808.00 | $3,808.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gunney, Deanna PO Box 274 Pslsbo, WA 98370-0274 | | 7820 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Daly, Teela 105 Alder Creek Circle San Leandro, CA 94577 | | 3956 | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $62.00 | $62.00 | Customer No Liability / Passthrough Claims |
| Day, Elizabeth 22 Chestnut St Valley Springs, CA 95252-8443 | | 9480 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability / Passthrough Claims |
| De La Torre, Blanca Lidia 1406 Koford Rd Oakland, CA 94603-2014 | | 7413 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $1,279.49 | $1,279.49 | Customer No Liability / Passthrough Claims |
| Delacruz, Daniel PO Box 1425 Salinas, CA 93902 | | 4537 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $271.59 | $0.00 | $271.59 | Customer No Liability / Passthrough Claims |
| Derbarn, Lorraine 8140 W IRVING LN Boise, ID 83704-9663 | | 87383 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability / Passthrough Claims |
| DeVries, Dan 24199 Community Blvd Hickey, CA 92347 | | 4469 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $170.24 | $170.24 | Customer No Liability / Passthrough Claims |
| Djuparova, Nasipa 181 Whitsett Dr North Highlands, CA 95660-3827 | | 4717 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability / Passthrough Claims |
| Dodson, Deandre 305 Baywood DR Vallejo, CA 94591-6624 | | 6856 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability / Passthrough Claims |
| Duarte, Lucilla 1812 Chevy Chase Dr Bakersfield, CA 93306-3844 | | 10528 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hodge, Veronica 139 Modena St Salinas, CA 93905-4909 | | 59914 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability / Passthrough Claims |
| Ellena, Briceton 135 Briarwood Dr Apt J Anderson, CA 96007-3781 | | 8368 | PG&E Corporation | 8/28/2019 | $2,500,000.00 | $0.00 | $0.00 | $13,500,000.00 | $16,000,000.00 | Customer No Liability / Passthrough Claims |
| Espay, Stephen 105 Robin Place Coy, CA 95020 | | 4845 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $328.57 | $328.57 | Customer No Liability / Passthrough Claims |
| Fahrens, Cameron 1645 Veronese Way Stockton, CA 95207-5433 | | 5973 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $800.00 | $0.00 | $800.00 | Customer No Liability / Passthrough Claims |
| Fela, Victoria 4107 Quincy St. Apt #C Bakersfield, CA 93305 | | 19579 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Financial Soft LLC 4400 Keller Ave Ste 140 PMB 232 Oakland, CA 94605-4233 | | 7970 | Pacific Gas and Electric Company | 8/26/2019 | $0.00 | $0.00 | $0.00 | $834.62 | $834.62 | Customer No Liability / Passthrough Claims |
| Furstar Resources LLC 5833 Kings Canyon Drive Bakersfield, CA 93306 | | 1054 | PG&E Corporation | 2/22/2019 | $0.00 | $0.00 | $0.00 | $589.00 | $589.00 | Customer No Liability / Passthrough Claims |
| Garcia, Lidia 629 Agapanthus Way Orcutt, CA 93455-2877 | | 4142 | Pacific Gas and Electric Company | 7/24/2019 | $185.00 | $0.00 | $185.00 | $0.00 | $370.00 | Customer No Liability / Passthrough Claims |
| Garrett, Patrick F. 1135 Osage Street Nipomo, CA 93444 | | 5993 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $466.76 | $466.76 | Customer No Liability / Passthrough Claims |
| Ginns, Tonya PO Box 872 Elk Grove, CA 95759 | | 58321 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gonsted, Sarah 123 Bloom Dr Dixon, CA 95620 | | 19959 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $65.79 | $0.00 | $65.79 | Customer No Liability / Passthrough Claims |
| Guerrera, Michaela 202 Parker St #B Berkeley, CA 94704-3209 | | 7617 | PG&E Corporation | 8/21/2019 | $0.00 | $0.00 | $0.00 | $225.00 | $225.00 | Customer No Liability / Passthrough Claims |
| Guillory, Cassandra 1551 E Santa Fe Ave Apt 2 Merced, CA 95340-4150 | | 5998 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Hill, David G 921 Clark Ave Yuba City, CA 95991-5339 | | 5270 | Pacific Gas and Electric Company | 8/5/2019 | $475.00 | $0.00 | $0.00 | $475.00 | $950.00 | Customer No Liability / Passthrough Claims |
| Ho's San Jose Hospitality 5250 Otoole Ave San Jose, CA 95131-1326 | | 7539 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $2,850.00 | $39,397.00 | $42,247.00 | Customer No Liability / Passthrough Claims |
| Hoynes, Roland 921 S Thorne Ave Fresno, CA 93706-2648 | | 4806 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $285.00 | $0.00 | $285.00 | Customer No Liability / Passthrough Claims |
| Homnati, Farshad 464 Colton Blvd Oakland, CA 94611 | | 3934 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Hernandez, Suzanna 211 Lindenmeier Rd Fort Collins, CO 80524-2328 | | 9057 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $895.36 | $895.36 | Customer No Liability / Passthrough Claims |
| Hill, Erica 123 Kathy Ellen Dr Apt H5 Vallejo, CA 94591-3601 | | 5109 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Ho, Yuwing 39 Olympia Blvd Staten Island, NY 10305-4311 | | 7363 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $452.48 | $452.48 | Customer No Liability / Passthrough Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Homaifarrd, Mohammad 4 Kula Gulf Way Apt. 103 Albany, CA 94706 | | 2851 | PG&E Corporation | 4/29/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability / Passthrough Claims |
| Hung, Tieu 508 Marconi Ave Ste 104 Carmichael, CA 95608-4295 | | 6433 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $2,348.00 | $0.00 | $2,348.00 | Customer No Liability / Passthrough Claims |
| Hung, Tieu 200 Fulton Ave Ste 101 Sacramento, CA 95821-4750 | | 6626 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $2,232.00 | $0.00 | $2,232.00 | Customer No Liability / Passthrough Claims |
| Isen, Carlos L 2405 Narbonne Ave Ste 201 Lomita, CA 90717-1161 | | 8644 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Juese, Lynn 550 Diamond Heights Blvd Apt A San Francisco, CA 94131-1890 | | 7746 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Juaavisak, Jennifer 414 Wrangler Cir Stockton, CA 95210-1424 | | 6581 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $6,679.16 | $0.00 | $6,679.16 | Customer No Liability / Passthrough Claims |
| Jury, Sameerah 405 Lisbon Avenue West Sacramento, CA 95605-1734 | | 5441 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability / Passthrough Claims |
| Jensen, Jocelyn 2255 San Jose Ave Apt E Alameda, CA 94501-4956 | | 9613 | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $292.00 | $292.00 | Customer No Liability / Passthrough Claims |
| Johnson, Bernice 7676 25th St Sacramento, CA 95832-1435 | | 10184 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $300.00 | $0.00 | $300.00 | Customer No Liability / Passthrough Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Johnson, Lawrence A<br>1361 Chamise Ave<br>Clovis, CA 93619-8817 | | 19544 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $1,394.54 | $1,394.54 | Customer No Liability / Passthrough Claims |
| JSG TRUCKING, INC.<br>1000 N HWY 99<br>ACAMPO, CA 95220 | | 7169 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $933.00 | $0.00 | $933.00 | Customer No Liability / Passthrough Claims |
| Jugge, Phil N<br>51 Tucker rd<br>Newbern, TN 38059-4474 | | 4853 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $186.00 | $186.00 | Customer No Liability / Passthrough Claims |
| Kabli, Meenakshi S<br>108 Bancroft Rd<br>Concord, CA 94518-3913 | | 7851 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Kiiling, Johnna<br>47 Shaw Rd #1<br>Walnut Creek, CA 94597-2042 | | 8379 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $220.00 | $0.00 | $220.00 | Customer No Liability / Passthrough Claims |
| King, Morgan D<br>Box 2952<br>Dublin, CA 94568-0952 | | 5941 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | Customer No Liability / Passthrough Claims |
| Koehnlein, Suzanne<br>6709 Shelter Creek Ln<br>So Bruno, CA 94066 | | 8469 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $48.00 | $48.00 | Customer No Liability / Passthrough Claims |
| Kouadio, Kathleen<br>138 W Cambridge Ave Apt 108<br>Fresno, CA 93705-5062 | | 5227 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability / Passthrough Claims |
| Kusse, Varunya<br>5520 Dutton Way<br>Sacramento, CA 95823-7244 | | 7159 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Kwan, Wanfei<br>13149 Buckwheat Street<br>San Diego, CA 92129 | | 87449 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Koshchavtseva, Larisa and Tiana Liakes 2555 Bella Dr Concord, CA 94516-2649 | | 10298 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $265.62 | $265.62 | Customer No Liability / Passthrough Claims |
| Dk, Howard W 909 T St Sacramento, CA 95816-7035 | | 5996 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability / Passthrough Claims |
| Lo, Chor Ying 1608 31st Avenue San Francisco, CA 94116 | | 7831 | Pacific Gas and Electric Company | 8/26/2019 | $0.00 | $0.00 | $218.00 | $0.00 | $218.00 | Customer No Liability / Passthrough Claims |
| Le, Chuc 2128 Monterey Hwy Apt 111 San Jose, CA 95112-6156 | | 7402 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $317.44 | $317.44 | Customer No Liability / Passthrough Claims |
| Le, David 4433 Westerly CMN Fremont, CA 94538-7009 | | 4112 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $172.00 | $172.00 | Customer No Liability / Passthrough Claims |
| Li, Zhijian 34711 Harbor Light Rd Newark, CA 94560-3490 | | 5343 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $360.00 | $0.00 | $360.00 | Customer No Liability / Passthrough Claims |
| Liao, Su 1407 Alegria Loop San Jose, CA 95128-4554 | | 10736 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $54.49 | $54.49 | Customer No Liability / Passthrough Claims |
| Llanes, Socorro V 5101 Canyon Park Dr Bakersfield, CA 93307-7636 | | 7036 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability / Passthrough Claims |
| Lujan, Prudy 2472 Wanderer Rd Auburn, CA 95602-8152 | | 6357 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $1,031.00 | $0.00 | $1,031.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lupo, Peggy L 4 Philpine ST Tehachapi, CA 93268-3828 | | 4621 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $400.00 | $0.00 | $400.00 | Customer No Liability / Passthrough Claims |
| M and D Asian Grocery Inc 1333 Channel St San Lorenzo, CA 94580-1441 | | 8056 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Customer No Liability / Passthrough Claims |
| Machado, Chris PO Box 754 Lockeford, CA 95237-0754 | | 5217 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $7,909.30 | $7,909.30 | Customer No Liability / Passthrough Claims |
| Mack, Sabrina 189 W Saginaw Way Apt S Fresno, CA 93705-2965 | | 5264 | Pacific Gas and Electric Company | 8/5/2019 | $11,700.09 | $0.00 | $1,700.00 | $0.00 | $13,400.09 | Customer No Liability / Passthrough Claims |
| Mackey, Robert PO Box 279 Swickley, PA 15143-0279 | | 4135 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability / Passthrough Claims |
| Marksbury, Joan 8444 Beauxart Cir Sacramento, CA 95828 | | 4035 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $650.00 | $650.00 | Customer No Liability / Passthrough Claims |
| MASTERS, LAKEIDA 2432 EAST LELAND ROAD APT 151 PITTSBURG, CA 94565 | | 87073 | Pacific Gas and Electric Company | 10/25/2019 | $0.00 | $0.00 | $0.00 | $888.81 | $888.81 | Customer No Liability / Passthrough Claims |
| Medina, Roselia 4114 Hansen Ave Apt 117 Fremont, CA 94536-5743 | | 7614 | PG&E Corporation | 8/21/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| Middletown Rancheria Of Pomo Indians Of California 22223 Hwy 29 at Rancheria Road Middletown , CA 95461-1035 | | 86719 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $44,230.00 | $44,230.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mikes, Wai<br>2638 Cascades Cove Dr<br>Orlando, FL 32820-2238 | | 19552 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Milner, Catherine<br>PO Box 850<br>Morro Bay, CA | | 80104 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,996.20 | $2,996.20 | Customer No Liability / Passthrough Claims |
| Motter, Benjamin<br>29407 Nectarine Ct<br>Lake Elsinore, CA 92530 | | 10188 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $407.23 | $407.23 | Customer No Liability / Passthrough Claims |
| Murray, Jennifer M<br>3814 Road 206<br>Woodlake, CA 93286-9729 | | 8622 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability / Passthrough Claims |
| NAKED HUSARY DBA BURGERS<br>PO BOX 496<br>HOPLAND, CA 95449-0496 | | 4710 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability / Passthrough Claims |
| Nusto, Janney<br>1230 E 34th St Lowr<br>Oakland, CA 94610-2816 | | 96991 | PG&E Corporation | 2/21/2020 | $604.00 | $0.00 | $0.00 | $0.00 | $604.00 | Customer No Liability / Passthrough Claims |
| Nguyen, Hien<br>6105 La Hacienda Ct Apt 315<br>San Jose, CA 95127-3069 | | 5491 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $286.86 | $286.86 | Customer No Liability / Passthrough Claims |
| Nichols, Cleo<br>9554 Bancroft Way<br>Stockton, CA 95209-5007 | | 30845 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability / Passthrough Claims |
| Nikaein, Samira<br>1 Sharmar Ct<br>Alamo, CA 94507-2622 | | 17078 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Ouzco, Lizette<br>6804 Doncaster Ave<br>Bakersfield, CA 93307-8840 | | 7808 | Pacific Gas and Electric Company | 8/23/2019 | $398.44 | $0.00 | $0.00 | $0.00 | $398.44 | Customer No Liability / Passthrough Claims |

**Sixty-Fifth Omnibus Objection**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No 19-30088 Jointly Administered**

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ourieff, Bruce 1030 Ridgecrest Pl Nipomo, CA 93444-9404 | | 6237 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability / Passthrough Claims |
| Perez, Karry PO Box 4326 Manteca, CA 95337 | | 3739 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability / Passthrough Claims |
| PG&E Bibie Johnston 3191 Impala Dr 205 San Jose, CA 95117 | | 4812 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Pitom, Irene Fairmont Dr Daly City, CA 94015-3072 | | 6212 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $566.65 | $566.65 | Customer No Liability / Passthrough Claims |
| Prego, Eliza Haggin Ave Sacramento, CA 95833-2247 | | 70421 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Reis, Alexander 1200 Wyne Court Tustin, CA 92782 | | 6161 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $84.00 | $84.00 | Customer No Liability / Passthrough Claims |
| Remington Grove Apartment 525 E. Remington Drive, Apt. 1- Sunnyvale, CA 94087-1981 | | 71157 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $650,000.00 | $650,000.00 | Customer No Liability / Passthrough Claims |
| Robinson, Gary L 133 Alandale Ave Bakersfield, CA 93308-1817 | | 8328 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | Customer No Liability / Passthrough Claims |
| Romero, Elizabeth 4144 Feather River Dr Apt 172 Stockton, CA 95219-6547 | | 6454 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $127.00 | $127.00 | Customer No Liability / Passthrough Claims |

Case: 19-30088 Doc# 10500 Filed: 04/05/21 Entered: 04/05/21 18:37:58 Page 15 of 20

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rowe, Lisa<br>8 Monte Vista Ln<br>Sonora, CA 95370-5741 | | 10562 | Pacific Gas and Electric Company | 9/30/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Rucker, Donald<br>62 N California St Apt 1<br>Stockton, CA 95202-1531 | | 5391 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability / Passthrough Claims |
| RUBIN, GABRIEL<br>1759 SUTTER ST LOWR<br>VALLEJO, CA 94590-5273 | | 6788 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Sadina, Michael K<br>340 Kings Mountain Rd<br>Woodside, CA 94062 | | 67560 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,750.00 | $1,750.00 | Customer No Liability / Passthrough Claims |
| San Francisco Project Own<br>Attn: Accounts Payable 2500<br>Mason St<br>San Francisco, CA 94133-1450 | | 10786 | Pacific Gas and Electric Company | 10/3/2019 | $0.00 | $0.00 | $0.00 | $79,147.00 | $79,147.00 | Customer No Liability / Passthrough Claims |
| Sanderson, Christina M<br>PO Box 2242<br>Clovis, CA 93613-2242 | | 6088 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability / Passthrough Claims |
| Sharp, Robert<br>1301 Merion Cir<br>Lincoln, NE 68526 | | 3621 | PG&E Corporation | 7/16/2019 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | Customer No Liability / Passthrough Claims |
| Sheikh, Hanifa<br>4251 Las Feliz Ct<br>Union City, CA 94587-3812 | | 7916 | Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability / Passthrough Claims |
| Siddiqi, Jamaluddin K<br>DBA ZamZam Supermarket<br>40945 Fremont Blvd, Ste 4<br>Fremont, CA 94538-4368 | | 106489 | PG&E Corporation | 9/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Silva, Nicholas<br>908 S Fourth<br>Fresno, CA 93702 | | 4741 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $655.00 | $0.00 | $655.00 | Customer No Liability / Passthrough Claims |
| Spies, Kristyn<br>202 Seascape Blvd<br>Aptos, CA 95003-5831 | | 68679 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $215.32 | $215.32 | Customer No Liability / Passthrough Claims |
| Stopps, Sarah<br>2434 Tivy Valley Rd<br>Sanger, CA 93657 | | 9317 | Pacific Gas and Electric Company | 9/19/2019 | $0.00 | $0.00 | $0.00 | $118.32 | $118.32 | Customer No Liability / Passthrough Claims |
| SUN, BAOXING<br>1400 MARQUIS CT<br>CHULA VISTA, CA 91913 | | 3683 | PG&E Corporation | 7/16/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability / Passthrough Claims |
| TANYA, ANCIER<br>2423 GRANDE CAMINO<br>WALNUT CREEK, CA 94598-3514 | | 9397 | Pacific Gas and Electric Company | 9/21/2019 | $0.00 | $0.00 | $0.00 | $8,254.00 | $8,254.00 | Customer No Liability / Passthrough Claims |
| Thompson, Lona<br>2 York St<br>Lodi, CA 95240-5234 | | 6055 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Tiedler, Svetlana V<br>106 Hemlock St Apt 232<br>Sacramento, CA 95841-2785 | | 9070 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $0.00 | $58.46 | $58.46 | Customer No Liability / Passthrough Claims |
| Toomes, Rhea<br>103 Harden Pkwy Apt H<br>Salinas, CA 93906-5177 | | 7830 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Torres, Javier JR<br>4403 E Lane Ave<br>Fresno, CA 93702-3933 | | 7526 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Customer No Liability / Passthrough Claims |
| Tracy Golf & Country Club<br>35200 S. Chrisman Rd<br>Tracy, CA 95377 | | 9800 | PG&E Corporation | 9/25/2019 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Tran, Khuyen 2264 Alum Rock Ave San Jose, CA 95116-2621 | | 4925 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $617.00 | $617.00 | Customer No Liability / Passthrough Claims |
| Truchanowicz, Dianne 1033 Chaparral Rd Sonora, CA 95370-5315 | | 6511 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $226.00 | $0.00 | $226.00 | Customer No Liability / Passthrough Claims |
| Tsong, Wen Jung 4506 Alvarado St Pleasanton, CA 94566-5604 | | 81344 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $463.00 | $0.00 | $463.00 | Customer No Liability / Passthrough Claims |
| Vanzuphen-Starr, Ritchie 4311 Bancroft Ave Apt D Oakland, CA 94603-3464 | | 8538 | PG&E Corporation | 9/7/2019 | $0.00 | $0.00 | $0.00 | $219.52 | $219.52 | Customer No Liability / Passthrough Claims |
| Vasquez, Lilly 190 Thunderbird Ct Fair Oaks, CA 95628-4827 | | 6826 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $212.04 | $212.04 | Customer No Liability / Passthrough Claims |
| Vierra, Peter 2122 Collinwood DR Atwater, CA 95326-9682 | | 4451 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $200.00 | $0.00 | $200.00 | Customer No Liability / Passthrough Claims |
| Vodorchik, Oleg 67 Acacia Lane Emerald Hills, CA 94062 | | 67242 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $250.00 | $0.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Vizcarra, Eusebio Herminia Vizcarra 3216 Pisces Way Union Ces, CA 95307-3006 | | 7583 | PG&E Corporation | 8/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Wadhwani, Bhagwan 1160 Springwater Dr Fremont, CA 94539-5952 | | 8477 | PG&E Corporation | 9/6/2019 | $0.00 | $0.00 | $0.00 | $20.96 | $20.96 | Customer No Liability / Passthrough Claims |
| Wong, Lingling 1390 Annapolis Way San Jose, CA 95118-2401 | | 4105 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $626.00 | $626.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| WASHINGTON, DUAN 1741 CIRCLE HILL DRIVE OAKLAND, CA 94605-3001 | | 7915 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability / Passthrough Claims |
| Wilkinson Jr, Benjamin A PO Box 6365 Clearlake, CA 95422-6365 | | 9298 | PG&E Corporation | 9/19/2019 | $0.00 | $0.00 | $0.00 | $401.85 | $401.85 | Customer No Liability / Passthrough Claims |
| Williams, Audery 5930 E Kings Canyon Rd Apt Fresno, CA 93727-3981 | | 10116 | Pacific Gas and Electric Company | 9/26/2019 | $0.00 | $0.00 | $18,720.00 | $0.00 | $18,720.00 | Customer No Liability / Passthrough Claims |
| Wilson, K 4085 North Zediker Ave Sanger, CA 93657 | | 57167 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $2,600.00 | $2,600.00 | Customer No Liability / Passthrough Claims |
| Wilson, Terrence 4085 North Zediker Ave Sanger, CA 93657 | | 9962 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $2,600.00 | $2,600.00 | Customer No Liability / Passthrough Claims |
| Winters, Irma 220 Button St Apt 23 Santa Cruz, CA 95060-2253 | | 7852 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| WOLFF, ANDREW 425 BROADWAY FL 4 OAKLAND, CA 94612-2165 | | 8158 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| Wong, Laina 511 Murdell Ln Apt 46 Livermore, CA 94550-3947 | | 4069 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $119.00 | $119.00 | Customer No Liability / Passthrough Claims |
| Wu, Chun C 33636 Fremont BLVD Fremont, CA 94536-3328 | | 8027 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| XU, JIE 725 E 16TH AVE SAN MATEO, CA 94402-2131 | | 4098 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $289.00 | $289.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Zepeda-Cuevas, Maria 8801 Rhoda Avenue Dublin, CA 94568 | | 8077 | Pacific Gas and Electric Company | 8/28/2019 | $0.00 | $0.00 | $600.00 | $0.00 | $600.00 | Customer No Liability / Passthrough Claims |
| Zhang, Xiang Guang 4217 Percheron Dr Elk Grove, CA 95757-3200 | | 6196 | Pacific Gas and Electric Company | 8/9/2019 | $0.00 | $0.00 | $0.00 | $60.31 | $60.31 | Customer No Liability / Passthrough Claims |
| Claims To Be Expunged Totals | | Count:157 | | | $2,513,362.53 | $0.00 | $54,922.54 | $14,420,399.13 | $16,988,684.20 | |