```
Entered on Docket
April 05, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: April 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>[Re: Dkt. Nos. 10289, 10490] |

Upon the *Reorganized Debtors' Report on Responses to Sixtieth Through Sixty-Seventh Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10490] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Sixty-Third Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 10289] (the "**Sixty-Third Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proof of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 10467 | Yetem Nicodimos | 87107 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to April 28, 2021. |

2. The Claims listed in the column headed "Claim/Schedule To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cameron International Corporation, A Schlumberger Company | Carl Doré, Jr., Doré Rothberg McKay, P.C. 7171 Park Row, Suite 160 Houston, TX 77084 | 106183 | Pacific Gas and Electric Company | 6/22/2020 | $0.00 | $0.00 | $0.00 | $581,347.75 | $581,347.75 | Other Satisfied |
| City of Angels Finance Director 584 South Main Street Angels Camp, CA 95222 | | 72197 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |
| City of Angels Finance Director 584 South Main Street Angels Camp, CA 95222 | | 70356 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |
| City of San Pablo Attn: Sarah Maroof, Legal Asst. City Hall, Building 2 13831 San Pablo Avenue San Pablo, CA 94806 | | 80733 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |
| City of San Pablo Attn: Sarah Maroof, Legal Asst. City Hall, Building 2 13831 San Pablo Avenue San Pablo, CA 94806 | | 80453 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Tax Claims |
| CITY OF WEST SACRAMENTO 1110 W CAPITOL AVE WEST SACRAMENTO, CA 95691 | | 1033847 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $3,680.32 | $3,680.32 | Cure Payments |
| Hrymovich, Gabriel 17470 Healdsburg Ave Healdsburg, CA 95448 | | 96978 | PG&E Corporation | 2/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Other Satisfied |
| Logan, Kevin 244 27th St Sacramento, CA 95818 | | 8550 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| North Marin Water Distric PO Box 146 Novato, CA 94948-0146 | | 5297 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $130.62 | $130.62 | Other Satisfied |
| Rick Mann, Inc. 4605 Sepulveda Blvd, Suite 850 Sherman Oaks, CA 91411 | | 62227 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $82,145.09 | $82,145.09 | Other Satisfied |
| SPCP Group, LLC as Transferee of Cal Valley Construction, Inc Attn: Brian Jarmain Greenwich, CT 06830 | SPCP Group, LLC Attn: Brian Jarmain 2 Greenwich Plaza, 1st Floor Greenwich, CT 6830 100% | 7272 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $296,808.71 | $296,808.71 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count:11** | | | **$0.00** | **$0.00** | **$0.00** | **$989,112.49** | **$989,112.49** | |