**Entered on Docket**
**April 05, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING OR ALLOWING IN REDUCED AMOUNTS PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SIXTY-SECOND OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**<br><br>[Re: Dkt. Nos. 10287, 10490] |

Upon the *Reorganized Debtors' Report on Responses to Sixtieth Through Sixty-Seventh Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10490] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Sixty-Second Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 10287] (the "**Sixty-Second Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 10450 | Garney Pacific Inc. | 2942 | The Sixty-Second Omnibus Objection is WITHDRAWN with respect to this Claim. |
| 10452 | City of Santa Cruz | 2838 | The Reorganized Debtors are attempting to resolve this matter consensually. If the |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | objection cannot be resolved, it will be continued to May 11, 2021. |
| Informal | Bradford Capital Holdings, LP as Transferee of Cisco Air Systems, Inc. | 10033 | The Sixty-Second Omnibus Objection is WITHDRAWN with respect to this Claim. |

2. The Claims listed in the column headed "Claims To Be Reduced or Disallowed" in **Exhibit 1** hereto are either disallowed or allowed in the Reduced Claim Amount as set forth therein.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Claims To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **Original Creditor** | | | | | | | | | | |
| **10150** Avant Energy - Interstate Power & Light (IPL) ATTN: An officer, managing or general agent P.O. Box 3060 Cedar Rapids, IA 52406-3062 | Pacific Gas and Electric Company | 9/27/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $3,657.18 | $3,657.18 | Books and Records |
| | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **9068** Ayc Mechanical, Inc 10440 Trademark St Rancho Cucamonga, CA 91730-5826 | PG&E Corporation | 9/16/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $759.61 | $759.61 | Books and Records |
| | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **86565** E J Pires Trucking Inc 731 Renz Ln Gilroy, CA 95020-9560 | PG&E Corporation | 10/21/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $19,084.94 | $19,084.94 | Books and Records |
| | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **87249** Gallagher Heating and Air 6312 Old Winery Pl Ste 10 Sacramento, CA 95827-1732 | PG&E Corporation | 10/28/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $243,369.00 | $243,369.00 | Books and Records |
| | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **8719** Ennos Oil Co Inc 1445 S River Rd West Sacramento, CA 95691 | Pacific Gas and Electric Company | 9/10/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **10729** SHN Consulting Engineers and Geologists, Inc. SHN CONSULTING ENGINEERS &, GEOLOGISTS 812 W WABASH EUREKA, CA 95501 | PG&E Corporation | 10/2/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,870.88 | $1,870.88 | Books and Records |
| | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **3774** Showrtway Express, Inc. 633 W. Fifth Street, Suite 3200 Los Angeles, CA 90071 | PG&E Corporation | 7/19/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Books and Records |
| | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

Page 1

Sixty-Second Omnibus Objection

# Exhibit 1

In re: PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Claims To Be Reduced or Disallowed | Original Creditor | Debtor | Date Filed/ Scheduled | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1447 | Wedthall & Krusi Inc. Att: Egan T. Cieply, President San Anselmo, CA 94960 | Pacific Gas and Electric Company | 3/14/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,742,389.86 | $2,742,389.86 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | Count:8 | | | | $0.00 | $0.00 | $0.00 | $3,013,131.47 | $3,013,131.47 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |