

Signed and Filed: April 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SIXTY-FIRST OMNIBUS OBJECTION TO CLAIMS (UNTIMELY NO LIABILITY / PASSTHROUGH CLAIMS)**<br><br>[Re: Dkt. Nos. 10284, 10490] |

Upon the *Reorganized Debtors' Report on Responses to Sixtieth Through Sixty-Seventh Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10490] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Sixty-First Omnibus Objection to Claims (Untimely No Liability / Passthrough Claims)* [Docket No. 10284] (the "**Sixty-First Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claims To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Calaway, Catherine 13336 Lodestar Dr Grass Valley, CA 95949-8362 | | 87226 | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $3,260.00 | $4,740.00 | $8,000.00 | No Liability Claims |
| Couret, Guillaume 6076 Greenmeadow Drive Santa Rosa, CA 95409 | | 88526 | PG&E Corporation and Pacific Gas and Electric Company | 12/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Post-Petition Claims |
| Davis, Kathy 17505 Bainter Ave Los Gatos, CA 95030-2917 | | 106212 | Pacific Gas and Electric Company | 7/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Statute of Limitations Passed |
| Dominguez, Miriam 4122 E. Grant Ave Fresno, CA 93702 | | 80009 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $520.00 | $520.00 | No Liability Claims |
| Fielder, Romalis 1281 Creely Ave. Richmond, CA 94804 | | 106700 | PG&E Corporation | 11/5/2020 | $0.00 | $0.00 | $0.00 | $17,000.00 | $17,000.00 | Post-Petition Claims |
| Hicks, Annette 2148 E Illinois Ave #101 Fresno, CA 93701 | | 106832 | PG&E Corporation | 12/3/2020 | $0.00 | $0.00 | $0.00 | $44,850.00 | $44,850.00 | No Liability Claims |
| Jones, Henry S 2474 N.W. 18th St Ocala, FL 34475 | | 100761 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | No Liability Claims |
| Latex, Geraldine Lee 1514 14th Place West Havre, MT 59501 | | 106170 | Pacific Gas and Electric Company | 7/7/2020 | $0.00 | $0.00 | $25,000.00 | $0.00 | $25,000.00 | Rule 2 Claims |
| Morton, Clyde 2357 Hagen Oaks Drive Alamo, CA 94507 | | 106773 | PG&E Corporation | 12/1/2020 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Damage not caused by PG&E |
| Moss Transportation 234 College St. P.O. Box 479 Elk Horn, IA 51531 | | 106129 | PG&E Corporation | 7/29/2020 | $0.00 | $0.00 | $0.00 | $185,631.01 | $185,631.01 | Post-Petition Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff Anthony Gantner and the Class<br>Phillips, Erlewine, Given & Carlin LLP Nicholas A. Carlin 39 Mesa Street, Suite 201<br>San Francisco, CA 94129 | | 96911 | PG&E Corporation | 2/5/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 14 Claims |
| Plaintiff Anthony Gantner and the Class<br>Phillips, Erlewine, Given & Carlin LLP Nicholas A. Carlin 39 Mesa Street, Suite 201<br>San Francisco, CA 94129 | | 96909 | PG&E Corporation | 2/5/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 14 Claims |
| Plaintiffs and the Class (see Addendum)<br>Phillips, Erlewine, Given & Carlin LLP Attn: Nicholas A. Carlin 39 Mesa Street, Suite 201<br>San Francisco, CA 94129 | | 96827 | PG&E Corporation | 1/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 14 Claims |
| Sloan, Joan<br>1900 Corleane Dr.<br>Sparks, NV 89434 | | 98844 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Damage not caused by PG&E |
| Torp, Teresa<br>c/o State Farm Claims PO Box 52250<br>Phoenix, AZ 85072-2250 | | 91069 | PG&E Corporation | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Torstad, Patricia M<br>5167 Lenore Ave.<br>Livermore, CA 94550-2380 | | 87369 | PG&E Corporation | 10/25/2019 | $0.00 | $0.00 | $0.00 | $4,378.00 | $4,378.00 | No Liability Claims |
| Vonseggern, Craig<br>Theresa Marrow, Claim Associate State Farm Claims PO Box 52250<br>Phoenix, AZ 85072-2250 | | 91138 | PG&E Corporation | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |
| Van Ekeren<br>741B Santa Ysabel Ave<br>Los Osos, CA 93402-1137 | | 106490 | PG&E Corporation | 9/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Claims To Be Expunged Totals | | Count:18 | | | $0.00 | $0.00 | $33,260.00 | $272,119.01 | $305,379.01 | |