

**Signed and Filed: April 5, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
Jane Kim (#298192)
4  (jkim@kbkllp.com)
650 California Street, Suite 1900
5  San Francisco, CA 94108
Tel: 415 496 6723
6  Fax: 650 636 9251

7

*Attorneys for Debtors and Reorganized Debtors*

8

9                  **UNITED STATES BANKRUPTCY COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
10                     **SAN FRANCISCO DIVISION**

11

12    **In re:**                              Bankruptcy Case No. 19-30088 (DM)

13    **PG&E CORPORATION,**                    Chapter 11

14          **- and -**                        (Lead Case) (Jointly Administered)

15    **PACIFIC GAS AND ELECTRIC**             **ORDER DISALLOWING AND EXPUNGING**
      **COMPANY,**                             **PROOFS OF CLAIM PURSUANT TO**
16                                             **REORGANIZED DEBTORS' SIXTIETH**
                                               **OMNIBUS OBJECTION TO CLAIMS (NO**
17              **Debtors.**                   **LIABILITY / PASSTHROUGH CLAIMS)**

18    ☐ Affects PG&E Corporation              **[Re: Dkt. Nos. 10281, 10490]**
      ☐ Affects Pacific Gas and Electric Company
19    ☒ Affects both Debtors

20    * *All papers shall be filed in the Lead Case,*
      *No. 19-30088 (DM).*
21

22

23

24

25

26

27

28

Upon the *Reorganized Debtors' Report on Responses to Sixtieth Through Sixty-Seventh Omnibus Objections to Claims and Request for Order by Default as to Unopposed Objections* [Docket No. 10490] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Sixtieth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 10281] (the "**Sixtieth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The below Proof of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 10441 | Mid-Century Insurance Company | 79157 | The hearing with respect to this Claim is continued to April 28, 2021 at 10:00 a.m. |

1          2.          The Claims listed in the column headed "Claims To Be Disallowed and Expunged" in

2    **Exhibit 1** hereto are disallowed and expunged.

3          3.          This Court shall retain jurisdiction to resolve any disputes or controversies arising from

4    this Order.

5
                                          *** END OF ORDER ***
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kufman, Lori 137 Silverleaf Dr. Freesthill, CA 95631 | | 57421 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $440.47 | $440.47 | Rule 14 Claims |
| King, Jan 502 McFarlane Road Sebastopol, CA 95472 | | 4384 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $83.00 | $83.00 | Rule 2 Claims |
| Masoumi, Mosen K 502 Moselle Drive San Jose, CA 95119 | | 8519 | Pacific Gas and Electric Company | 9/8/2019 | $0.00 | $0.00 | $0.00 | $7,250.00 | $7,250.00 | Statute of Limitations Passed |
| Olson, Karen L 41 Moon Mountain Road Sonoma, CA 95476-3021 | | 30946 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $350.00 | $350.00 | Rule 14 Claims |
| ...off, Alexander Cynthia Court Windsor, CA 95492 | | 64330 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Rule 14 Claims |
| Stockton Delta Resort, LLC Commerce Ave. SW, Suite 2.. Grand Rapids, MI 49503 | | 1717 | PG&E Corporation | 3/15/2019 | $0.00 | $0.00 | $0.00 | $68,221.96 | $68,221.96 | Damage not caused by PG&E |
| Thompson, Brandon Box 4 La Grande, CA 95486 | | 598 | Pacific Gas and Electric Company | 2/15/2019 | $0.00 | $0.00 | $0.00 | $1,958.44 | $1,958.44 | Damage not caused by PG&E |
| ...dall, James ..0 Ancona Ct. Concord, CA 94519 | | 10201 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $28,789.78 | $28,789.78 | Damage not caused by PG&E |
| Weaver, Shawanna 418 S Haley St Apt B Bakersfield, CA 93307-1398 | | 5443 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $318.60 | $318.60 | Post-Petition Claims |
| Claims To Be Expunged Totals | | Count:9 | | | $0.00 | $0.00 | $0.00 | $109,412.25 | $109,412.25 | |