WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

Signed and Filed: April 5, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors*
*and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              Debtors.<br><br>☒ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND PENSION BENEFIT GUARANTY CORPORATION WITHDRAWING PROOF OF CLAIM NO. 101068**<br><br>Related to Dkt. No. 10493 |

The Court having considered the *Stipulation by and between Reorganized Debtors and Pension Benefit Guaranty Corporation Withdrawing Proof of Claim No. 101068* (the "**Stipulation**")[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtor and debtor in possession (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), on the one hand, and the Pension Benefit Guaranty Corporation ("**PBGC**"), on the other hand, filed on April 5, 2021; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulation is hereby approved.

2. Proof of Claim No. 101068 filed by PBGC on April 16, 2020 is hereby withdrawn with prejudice.

3. Prime Clerk LLC, the Debtors' claims and noticing agent, is authorized to update the official claims register for the Chapter 11 Cases to reflect the terms of the Stipulation.

4. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation.

\* END OF ORDER \*

**APPROVED AS TO FORM AND CONTENT**
Dated: April 5, 2021

/s/ *Courtney L. Morgan*
F. RUSSELL DEMPSEY
General Counsel
CHARLES L. FINKE
Deputy General Counsel
ANDREA WONG
Assistant General Counsel
COURTNEY L. MORGAN
MELISSA T. HARRIS
DANIEL ROBERTSON

*Attorneys for the Pension Benefit Guaranty Corporation*

---

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the Stipulation.