March 27, 2021



FILED

APR − 2 2021

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

The Honorable Dennis Montali
United States Bankruptcy Court
Northern District Of California
San Francisco Division
San Francisco, California 94102

Regarding the following:
P. G. & E. Case # 19-30088 (DM)
Chapter 11
Docket # 9737
Claim # 1722
Bruce & Kathleen Shaw

I believe that we did not receive a fair and timely notice of our right to make our
telephonic appearance of our case hearing on March 24, 2021 @ 10:00 am in your
Court.
Even though we received hundreds of pages of information concerning this case, the
first time that we were informed that we could have a telephonic appearance was sent to
us by e-mail in the afternoon of March 23, 2021 less that 24 hours before the hearing.
My wife and I are 79 and 75 years of age. We do not spend our evenings reading e-mail.
The next morning by the time we had finished breakfast, the time of the hearing had
already passed.
I believe Dara Silveira sent us this notice of appearance at such a late date and along
with much other irrelevant information so that we would miss our chance to be heard in
your Court. If there is any way that you can correct what I feel is an injustice, my wife
and I would be most grateful for your consideration in this matter.

Sincerely yours,

Bruce & Kathleen Shaw
566 Viejo Road
Carmel, California 93923
831-646-1937

SAN JOSE CA 950

29 MAR 2021 PM 3 L

RECEIVED

APR -2 2021

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

SHAW
566 VIEJO RD.
CARMEL, CA 93923

The Honorable Dennis Montali
United States Bankruptcy Court
Northern District Of California
San Francisco Division
San Francisco, California 94102

94102-941024