**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:     (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:     (415) 636-9251

*Attorneys for Debtors and*
*Reorganized Debtors*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br>*\* All papers shall be filed in the lead case,*<br>*No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF APRIL 7, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:  April 7, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Telephone Conference)<br>        United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on April 7, 2021, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

## I: MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)

### RESOLVED AND CONTINUED MATTERS

1. **Motion to Extend Claims Objection Deadline**: *Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief* [**Dkt. 10408**].

Response Deadline: March 31, 2021, 4:00 p.m. (Pacific Time).

Response Filed:

A.  Limited Objection of California Department of Forestry and Fire Protection to Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief [**Dkt. 10480**].

Related Document:

B.  Declaration of Robb McWilliams in Support of Motion for Entry of an Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and for Related Relief [**Dkt. 10409**].

Related Order:

C.  Order Further Extending Deadline for the Reorganized Debtors to Object to Claims and Granting Related Relief [**Dkt. 10494**].

Status:  This Motion has been granted with a modified deadline for the Reorganized Debtors to object to the claims of the California Department of Forestry and Fire Protection.  **Dkt. 10494**.

**Omnibus Claims Objections:**

2. **Fourteenth (Books and Records Claims)** [**Dkt. 9070**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9362**.  This matter has been continued to April 28, 2021 as to Little Diversified Architectural Consulting, Inc. [**Dkt. 10486**].

3. **Sixteenth (Satisfied Claims)** [**Dkt. 9076**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9364**.  It has been continued to May 11, 2021 as to the City of Oakland [**Dkt. 10487**].

4. **Forty-Sixth (Books and Records Claims)** [**Dkt. 9702**].  This Omnibus Objection has been granted as to all claims except Hain Capital Holdings, LLC as Transferee of Hain

Case: 19-30088    Doc# 10508    Filed: 04/06/21    Entered: 04/06/21 12:23:37    Page 2 of 4

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Capital Investors Master Fund Ltd., which has been continued to April 28, 2021 [**Dkt. 10486**].

5. **Fifty-First (Books and Records Claims)** [**Dkt. 9888**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10102**. It has been continued to April 28, 2021 as to JDB & Sons Construction Inc. and Cosco Fire Protection, Inc. [**Dkt. 10486**].

6. **Fifty-Third (No Liability Subcontractor Claims) [Dkt. 9895]**. This Omnibus Objection was granted as to most Claims by **Dkt. 10104**. It will be sustained as to ABC Landscaping & Excavating, Inc. by an order uploaded concurrently herewith.

7. **Sixtieth (No Liability / Passthrough Claims) [Dkt. 10281]**. This Omnibus Objection was granted as to most Claims by **Dkt. 10505**. It has been continued to April 28, 2021 as to Mid-Century Insurance Company [**Dkt. 10490**].

8. **Sixty-First (Untimely No Liability / Passthrough Claims) [Dkt. 10284]**. This Omnibus Objection was granted by **Dkt. 10504**.

9. **Sixty-Second (Books and Records Claims) [Dkt. 10287]**. This Omnibus Objection was granted as to most Claims by **Dkt. 10503**. The Omnibus Objection was withdrawn as to Garney Pacific Inc. and Bradford Capital Holdings, LP as Transferee of Cisco Air Systems, Inc. [**Dkt. 10490**]. The Reorganized Debtors are attempting to resolve the Objection as to City of Santa Cruz; if the Objection cannot be resolved, it will be continued to May 11, 2021 [**Dkt. 10490**].

10. **Sixty-Third (Satisfied Claims) [Dkt. 10289]**. This Omnibus Objection was granted as to most Claims by **Dkt. 10502**. The Reorganized Debtors are attempting to resolve the Objection as to Yetem Nicodimos; if the Objection cannot be resolved, it will be continued to April 28, 2021 [**Dkt. 10490**].

11. **Sixty-Fourth (No Liability Claims) [Dkt. 10293]**. This Omnibus Objection was granted by **Dkt. 10501**.

12. **Sixty-Fifth (Customer No Liability / Passthrough Claims) [Dkt. 10296]**. This Omnibus Objection was granted as to most Claims by **Dkt. 10500**. The Omnibus Objection was withdrawn as to Boris V Jacoubowsky, Jr [**Dkt. 10490**]. The Objection was sustained as to Lawrence Johnson [**Dkt. 10490**].

13. **Sixty-Sixth (ADR No Liability Claims) [Dkt. 10299]**. This Omnibus Objection was granted as to most Claims by **Dkt. 10496**. It has been taken off calendar in the interim as to Darwin Richards, as the Claim will be resolved through the Reorganized Debtors' ADR procedures [**Dkt. 10490**]. It has been continued to April 28, 2021 as to Amir Shahmirza [**Dkt. 10490**].

14. **Sixty-Seventh (Plan Passthrough Workers Compensation Claims) [Dkt. 10308]**. This Omnibus Objection was granted by **Dkt. 10495**.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Late Claim Motion:**

15. <u>**Misti Mosley**</u> [**Dkt. 10260**]. This matter has been resolved by Stipulation [**Dkt. 10332**] and taken off calendar by Order [**Dkt. 10364**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 6, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: _/s/ Dara L. Silveira_
      Dara Silveira

_Attorneys for Debtors and Reorganized Debtors_