BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted *pro hac vice*)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Attorneys for Fire Victim Trustee*

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **SUPPLEMENTAL CERTIFICATE OF SERVICE** |
| ☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors**<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

/ / /

/ / /

/ / /

/ / /

STATE OF CALIFORNIA   )
                      )
COUNTY OF ORANGE      )

I am over the age of 18 and not a party to the above-entitled action. My business address is Brown Rudnick LLP, 2211 Michaelson Drive, Seventh Floor, Irvine, CA 92612.

On <u>April 6, 2021</u>, at my place of business, I served a true and correct copy of the following document(s):

**NOTICE OF HEARING ON JOINT MOTION OF FIRE VICTIM TRUSTEE AND REORGANIZED DEBTORS REGARDING EXCHANGE TRANSACTION IN SUPPORT OF A GRANTOR TRUST TAX ELECTION**

**JOINT MOTION OF FIRE VICTIM TRUSTEE AND REORGANIZED DEBTORS REGARDING EXCHANGE TRANSACTION IN SUPPORT OF A GRANTOR TRUST TAX ELECTION**

**DECLARATION OF FIRE VICTIM TRUSTEE IN SUPPORT OF JOINT MOTION REGARDING EXCHANGE TRANSACTION IN SUPPORT OF A GRANTOR TRUST TAX ELECTION**

in the manner indicated below:

☐  BY ELECTRONIC FILING said document(s) and transmission of the Notification of Election Filing by the Clerk to a Registered Participant(s), addressed as follows:

SEE ATTACHED SERVICE LIST

☐  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) <u>April 6, 2021</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

■  SERVED BY UNITED STATES MAIL - I served the following persons and/or entities at the last known addresses in this proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Attn: C. Tang, Mail Stop 5420<br>55 S. Market Street<br>San Jose, CA 95113 | Office of the United States Attorney for the<br>Northern District of California<br>Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| <u>Dated:  April 6, 2021</u> | /s/ Jeannie Mendez<br>Jeannie Mendez |