

Signed and Filed: April 6, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>      - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING CLAIM NO. 79433 (ABC LANDSCAPING & EXCAVATION, INC.) PURSUANT TO REORGANIZED DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY SUBCONTRACTOR CLAIMS)**<br><br>[Re: Dkt. No. 9895] |

The Court having reviewed the *Reorganized Debtors' Fifty-Third Omnibus Objection to Claims (No Liability Subcontractor Claims)* [Docket No. 9895] (the "**Fifty-Third Omnibus Objection**")[1] and having received no response with respect to Claim No. 79433 (ABC Landscaping & Excavation, Inc.), and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Fifty-Third Omnibus Objection is SUSTAINED with respect to Claim No. 79433 (ABC Landscaping & Excavation, Inc.).

2. Claim No. 79433 (ABC Landscaping & Excavation, Inc.) shall be disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Fifty-Third Omnibus Objection.

| | |
|---|---|
| 1 | **<u>Court Service List</u>** |
| 2 | ABC Landscaping & Excavation, Inc. |
| 3 | Sheppard Mullin Richter & Hampton LLP<br>c/o Ori Katz, Esq. |
| 4 | 4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| 5 | OKatz@sheppardmullin.com |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |