UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>    - and -<br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br>                    Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 6, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail and email on ABC Landscaping & Excavation, Inc., Sheppard Mullin Richter & Hampton LLP, c/o Ori Katz, Esq., 4 Embarcadero Center, 17th Floor, San Francisco, CA 94111, OKatz@sheppardmullin.com:

- Order Disallowing and Expunging Claim No. 79433 (ABC Landscaping & Excavation, Inc.) Pursuant to Reorganized Debtors' Fifty-Third Omnibus Objection to Claims (No Liability Subcontractor Claims), a copy of which is attached hereto as **Exhibit A**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 9th day of April 2021, at New York, NY.

/s/ Sonia Akter
Sonia Akter

SRF 52599

# **Exhibit A**

```
Entered on Docket
April 06, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



Signed and Filed: April 6, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7  *Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING CLAIM NO. 79433 (ABC LANDSCAPING & EXCAVATION, INC.) PURSUANT TO REORGANIZED DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY SUBCONTRACTOR CLAIMS)**<br><br>[Re: Dkt. No. 9895] |

The Court having reviewed the *Reorganized Debtors' Fifty-Third Omnibus Objection to Claims (No Liability Subcontractor Claims)* [Docket No. 9895] (the "**Fifty-Third Omnibus Objection**")[1] and having received no response with respect to Claim No. 79433 (ABC Landscaping & Excavation, Inc.), and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Fifty-Third Omnibus Objection is SUSTAINED with respect to Claim No. 79433 (ABC Landscaping & Excavation, Inc.).

2. Claim No. 79433 (ABC Landscaping & Excavation, Inc.) shall be disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Fifty-Third Omnibus Objection.

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | ABC Landscaping & Excavation, Inc. |
| 3 | Sheppard Mullin Richter & Hampton LLP<br>c/o Ori Katz, Esq. |
| 4 | 4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| 5 | OKatz@sheppardmullin.com |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |