April 4, 2021

**Honorable Dennis Montali**
**U. S. Bankruptcy Judge**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
450 Golden Gate Avenue
San Francisco, California 94102

**FILED**

APR 09 2021

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re:   **Bankruptcy Case No. 19-30088 (DM)**

**PG&E CORPORATION**
**and**
**PACIFIC GAS AND ELECTRIC COMPANY**

Honorable Montali:

Although I missed your name at the Hearing March 24, 2021 at 10:00 am, I believe
you were the Presiding Judge for Doc # 10438, and asked me if my claim had been
settled as reported by Dara Silveira for PG&E.    At which time I replied "yes, if PG&E
does what they say they will do".    You responded to let you know if they do not.

Doc # 10438 concerns a claim for $ 8,000 plus, which I submitted, and a claim for
$ 3,000, submitted by PG&E in my name without my knowledge or permission, that
had been merged into Claim No. 2932.

Nothing is requested, however PG&E has not, and apparently will not, do what I
understood they would.    Please let me know if additional information is desired or if
you were not involved with the Hearing.

Sincerely yours,

*John I Weaver*

John I Weaver
2948 E Joaquin Place
Fresno, California 93726
Ljweav@att.net



JOHN I WEAVER
2948 E JOAQUIN PL
FRESNO CA 93726-4230

RECEIVED
APR 09 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

FRESNO CA 936

5 APR 2021 PM 1 L

FOREVER / US

HONORABLE DENNIS MONTALI
U. S. BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA
94102-3488