```
 1  PORTER LAW GROUP, INC.
    William L. Porter [133968]
 2  Hannah C. Kreuser [322959]
    11335 Gold Express Drive, Suite 100
 3  Gold River, California 95670
    Telephone: 916-381-7868
 4  Facsimile: 916-381-7880
 5
    Attorneys for Creditors
 6  BURNETT & SONS PLANING
    MILL AND LUMBER CO.,
 7  HAMANAKA PAINTING CO., INC.,
    HANGTOWN ELECTRIC DBA MR.
 8  ELECTRIC OF RANCHO CORDOVA
    PRECISION CRANE SERVICE, INC.
 9
10
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re: | Case Nos. 19-30088 (DM) |
| --- | --- |
| PG&E CORPORATION | 19-30089 (DM) |
| -and- | Chapter 11 (Jointly Administered) |
| PACIFIC GAS & ELECTRIC COMPANY, | **REQUEST FOR REMOVAL FROM SERVICE LIST** |
| Debtors. | |

○ Affects PG&E Corporation

○ Affects Pacific Gas and Electric Company

X Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088(DM)*

1

REQUEST FOR REMOVAL FROM SERVICE LIST

Case: 19-30088    Doc# 10521    Filed: 04/13/21    Entered: 04/13/21 14:40:05    Page 1 of 2

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney and Porter Law Group, Inc., hereby request to be removed from Debtors' and the Clerk of this Court's Service List, and further requests removal of the undersigned counsel and its address from any mailing matrix in the above-captioned case:

> Porter Law Group, Inc.
> Attn: Hannah Kreuser
> 11335 Gold Express Drive, Suite 100
> Gold River, California 95670
> Telephone: (916) 381-7868
> Facsimile: (916) 381-7880
> Email: hkreuser@porterlaw.com
> ooberg@porterlaw.com

This request is intended, without limitation, to constitute a request for removal from all service lists, including but not limited to (1) CM/ECF notification in the case; (2) court-designated services as set forth in the Bankruptcy Rules; and (3) the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

Dated: April 12, 2021

**PORTER LAW GROUP, INC.**

By: /s/ Hannah C. Kreuser
Hannah C. Kreuser
Attorneys for
BURNETT & SONS PLANING MILL AND LUMBER CO.,
HAMANAKA PAINTING CO., INC.,
HANGTOWN ELECTRIC DBA MR. ELECTRIC OF RANCHO CORDOVA
PRECISION CRANE SERVICE, INC.