LAWRENCE A. JACOBSON, SBN 057393
SEAN M. JACOBSON, SBN 227241
COHEN AND JACOBSON, LLP
66 Bovet Road, Suite 285
San Mateo, CA 94402
Telephone: (650) 261-6280
*laj@cohenandjacobson.com*

Attorneys for Amir Shahmirza

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE OF APPEARANCE BY COHEN AND JACOBSON, LLP ON BEHALF OF AMIR SHAHMIRZA WITH RESPECT TO PROCEEDINGS RELATING TO CLAIM #1290** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | **(SIXTY-SIXTH OMNIBUS OBJECTION)** |

    Cohen and Jacobson, LLP, hereby enters its appearance in the above entitled case on behalf of Amir Shahmirza ("Claimant") in proceedings concerning the Proof of Claim filed by Claimant which is identified as Claim No. 1290 in the Claims Register herein.

    Notice is hereby given that all notices relating to Proof of Claim No. 1290, including objections thereto, shall be given to, and all pleadings served, as follows:

    Lawrence A. Jacobson
    Cohen and Jacobson, LLP
    66 Bovet Road, Suite 285
    San Mateo, CA 94402
    Office Telephone: (650) 261-6280
    Cell Phone: (650) 642-4906
    Email: laj@cohenandjacobson.com

**NOTICE OF APPEARANCE BY COHEN AND JACOBSON, LLP ON BEHALF OF AMIR SHAHMIRZA WITH RESPECT TO PROCEEDINGS RELATING TO CLAIM #1290**

1

Case: 19-30088    Doc# 10522    Filed: 04/13/21    Entered: 04/13/21 16:29:38    Page 1 of 2

Dated: April 13, 2021					Cohen and Jacobson, LLP

By:   /s/ Lawrence A. Jacobson
Attorneys for Amir Shahmirza

**NOTICE OF APPEARANCE BY COHEN AND JACOBSON, LLP ON BEHALF OF AMIR SHAHMIRZA WITH RESPECT TO PROCEEDINGS RELATING TO CLAIM #1290**

2

Case: 19-30088    Doc# 10522    Filed: 04/13/21    Entered: 04/13/21 16:29:38    Page 2 of 2