MICHAEL B. LUBIC (SBN 122591)
MATTHEW G. BALL (SBN 208881)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
Email: michael.lubic@klgates.com
matthew.ball@klgates.com

*Attorneys for Wright Tree Service of the West, Inc., and CN Utility Consulting, Inc.*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**RESPONSE TO REORGANIZED DEBTORS' SIXTY-NINTH OBJECTION TO CLAIMS [DKT. NO. 10425]**<br><br>Date: April 28, 2021<br>Time: 10:00 a.m. (PST)<br>Place: Courtroom 17<br>      450 Golden Gate Avenue, 16th Floor<br>      San Francisco, CA 94102 |

CN Utility Consulting, Inc. ("**CNUC**"), and Wright Tree Service of the West, Inc. ("**WTSW**") hereby file this Response to the Reorganized Debtors' Sixty-Ninth Objection to Claims [Dkt. No. 10425] (the "**Objection**").

CNUC and WTSW have been negotiating a settlement agreement with the Reorganized Debtors and the parties have reached an agreement with respect to all claim amounts. The parties have been exchanging drafts and expect to have an executed settlement agreement shortly. In an abundance of caution, CNUC and WTSW request that the Objection be set for hearing along with their cure objections [Dkt. No. 7333].

1

|   |   |   |
|---|---|---|
| | | MICHAEL B. LUBIC |
| | | MATTHEW G. BALL |
| | | K&L GATES LLP |

Dated: April 14, 2021         By: /s/ Brandy A. Sargent
                                  Brandy A. Sargent

*Attorneys for Wright Tree Service of the West, Inc., and CN Utility Consulting, Inc.*