| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA ISO 250 OUTCROPPING WAY FOLSOM, CA 95630 | 1033350 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $18,765.10 | $18,765.10 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CALIFORNIA ISO 151 BLUE RAVINE RD FOLSOM, CA 95630 | 1033045 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $57,847.10 | $57,847.10 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CALIFORNIA ISO 250 OUTCROPPING WAY FOLSOM, CA 95630 | 1033221 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $28,573.14 | $28,573.14 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| County of Kings Finance Department Treasurer/Tax Collector 1400 W Lacey Blvd Hanford, CA 93230 | 105538 | PG&E Corporation | 5/21/2020 | Filed/Sched. Claim Amount: Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $182.12 | $182.12 | |
| COUNTY OF SACRAMENTO PO BOX 1587 SACRAMENTO, CA 95812 | 2843 | PG&E Corporation | 4/26/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $27,316.00 | $27,316.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ID8 & INNOV8 LLC 4780 LAKE CALABAY DR ORLANDO, FL 32837 | 67742 | PG&E Corporation | 10/19/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $7,000.00 | $0.00 | $7,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Integral Analytics, Inc Attn: Kevin Sanders Wall Street Plaza 88 Pine St. #1002 New York, NY 10005 | 57960 | Pacific Gas and Electric Company | 10/17/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Jiffy Lube (Lubexx B) 8860 60th Ave Edmonton, AB T6E 6A6 | 106604 | PG&E Corporation | 10/21/2020 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $137.22 | $137.22 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| LONE TREE PARTNERS INC. 323 LOCUST ST SAN FRANCISCO, CA 94118-1842 | 897701 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $159.56 | $159.56 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 9** | | | | $0.00 | $0.00 | $7,000.00 | $132,798.12 | $139,798.12 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $182.12 | $182.12 | |