| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alice Martinelli Special Trust No 1, ETAL BBA Martinelli Ranch 4879 Grove St Sonoma, CA 95476 | | 3649 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $357.00 | $357.00 | Cure Payments |
| ALTHOFF, DONALD E 1678 S ORCHARD DR MERCED, CA 95341 | | 2192 | Pacific Gas and Electric Company | 4/8/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |
| ATI Trucking LLC 100 Industry Dr. Pittsburgh, PA 15275 | | 1282 | PG&E Corporation | 3/1/2019 | $0.00 | $0.00 | $0.00 | $2,637.00 | $2,637.00 | Other Satisfied |
| Blackwell Solar, LLC c/o Southern Power Company Troutman Sanders LLP Attn: Harris B. Winsberg, Esq. & Matthew G. Roberts, Esq. 600 Peachtree St. NE, Suite 3000 Atlanta, GA 30308 | | 78955 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $30,291.74 | $30,291.74 | Electric Generation Interconnection Claims |
| Cain, Larry, Sr. T. 1099 East Champlain Dr, A-144 Fresno, CA 93720 | | 1394 | Pacific Gas and Electric Company | 3/11/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Other Satisfied |
| California Department of Forestry and Fire Protection Kelly A. Welchans California Department of Justice 1300 I Street, Suite 125 Sacramento, CA 95814 | | 77564 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $28,347.48 | $28,347.48 | Other Satisfied |
| CALVERT, KENNETH F. 770 PURISIMA ROAD LOMPOC, CA 93436 | | 2734 | Pacific Gas and Electric Company | 4/23/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| City of Dublin Public Works Department Attn: David Kloss 100 Civic Plz Dublin, CA 94568 | | 106640 | Pacific Gas and Electric Company | 10/30/2020 | $0.00 | $0.00 | $0.00 | $20,020.00 | $20,020.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Civic Center Square, Inc<br>906 'N' Street, Suite 200<br>Fresno, CA 93721 | | 165 | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $0.00 | $623.78 | $623.78 | Other Satisfied |
| Civic Center Square, Inc<br>906 'N' Street, Suite 200<br>Fresno, CA 93721 | | 1310 | Pacific Gas and Electric Company | 3/7/2019 | $0.00 | $0.00 | $0.00 | $685.09 | $685.09 | Other Satisfied |
| Civic Center Square, Inc<br>906 'N' Street, Suite 200<br>Fresno, CA 93721 | | 1344 | Pacific Gas and Electric Company | 3/7/2019 | $0.00 | $0.00 | $0.00 | $2,074.84 | $2,074.84 | Other Satisfied |
| Civic Center Square, Inc<br>906 'N' Street, Suite 200<br>Fresno, CA 93721 | | 1349 | Pacific Gas and Electric Company | 3/7/2019 | $0.00 | $0.00 | $0.00 | $637.20 | $637.20 | Other Satisfied |
| Dent, Augie<br>Glen Loma Corp 7888 Wren Ave #D143<br>Gilroy, CA 95020 | | 8292 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Engineering Advances and Other Refunds |
| Douglas D. Wirth, Trustee<br>1235 West Street<br>Woodland, CA 95695 | | 4382 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $432.66 | $432.66 | Other Satisfied |
| ENERLAND LLC<br>SUSAN NOACK 307 MEADOWOOD CT<br>PLEASANT HILL, CA 94523 | | 16834 | Pacific Gas and Electric Company | 10/1/2019 | $0.00 | $0.00 | $0.00 | $6,806.26 | $6,806.26 | Other Satisfied |
| Fair Harbor Capital, LLC as Transferee of Hartnell Community College District<br>Ansonia Finance Station Attn: Fredric Glass PO Box 237037<br>New York, NY 10023 | Fair Harbor Capital, LLC<br><br>Ansonia Finance Station Attn: Fredric Glass PO Box 237037<br>New York, NY 10023<br>100% | 6961 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $5,520.00 | $5,520.00 | Other Satisfied |
| Frank Dial Logging<br>Confidential - Available Upon Request | | 897080 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garcia, Eduardo 11466 Chula Vista Dr. San Jose, CA 95127 | | 89896 | Pacific Gas and Electric Company | 12/16/2019 | $0.00 | $0.00 | $0.00 | $5,700.00 | $5,700.00 | Other Satisfied |
| GARMAN FAMILY LAND COMPANY LLC SHARON GARMAN, KARA GARMAN 389 N. MAIN ST. WILLITS, CA 95490 | | 2099 | Pacific Gas and Electric Company | 4/5/2019 | $0.00 | $0.00 | $0.00 | $4,050.00 | $4,050.00 | Other Satisfied |
| Hatchet Ridge Wind, LLC 1088 Sansome Street San Francisco, CA 94111 | | 64714 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $580,794.60 | $580,794.60 | Cure Payments |
| James H. Wirth, Trustee 1415 Coolidge Drive Woodland, CA 95776 | | 4275 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $432.67 | $432.67 | Other Satisfied |
| Johnson, Laverne 1409 2nd St Livingston, CA 95334 | | 87240 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| MT II, LLC J. Barrett Marum Sheppard Mullin Richter & Hampton LLP 379 Lytton Avenue Palo Alto, CA 94301-1479 | | 17250 | Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $343,041.97 | $343,041.97 | Engineering Advances and Other Refunds |
| North Star Solar, LLC c/o Southern Power Company c/o Troutman Sanders LLP Attn: Harris B. Winsberg & Matthew G. Roberts 600 Peachtree St. NE, Suite 3000 Atlanta, GA 30308 | | 73611 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $72,330.17 | $72,330.17 | Cure Payments |
| nTherm, LLC 1430 Larimer St., Ste 302 Denver, CO 80202 | | 76677 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Owens-Lafayette Properties, LLC  2221 Olympic Boulevard  Walnut Creek, CA  94595 | | 17447 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $101,551.00 | $101,551.00 | Engineering Advances and Other Refunds |
| Robert B. Wirth, Jr., Trustee  1439 Roosevelt Drive  Woodland, CA  95776 | | 4278 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $432.67 | $432.67 | Other Satisfied |
| ROCHA, JR., MANUEL TOSTE  26469 S. MACARTHUR DR.  TRACY, CA  95376 | | 1580 | Pacific Gas and Electric Company | 3/25/2019 | $0.00 | $0.00 | $0.00 | $29,308.00 | $29,308.00 | Other Satisfied |
| Roland S Ball Revocable Trust and Gerald A Williams Family Trust  Attn: Al McVay PO Box 13210  San Luis Obispo, CA  93406 | | 3728 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $17,900.00 | $0.00 | $17,900.00 | Other Satisfied |
| Roseville Parkway 20, LLC, JCP Lincoln and Pappas Lincoln, LLC, as tenants in common  c/o Inverness Management John Papagiannopoulos Merrilee Ekedahl 2020 L Street, Fifth Floor  Sacramento, CA  95811 | | 10678 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $8,755.42 | $8,755.42 | Other Satisfied |
| San Bernardino County Dept. of Public Works  825 E. Third St. Room 201  San Bernardino, CA  92415 | | 2862 | Pacific Gas and Electric Company | 4/29/2019 | $0.00 | $0.00 | $0.00 | $317.00 | $317.00 | Other Satisfied |
| Shasta County Enviromental Health Div  1855 Placer Street, Suite 201  Redding, CA  96001 | | 1265 | Pacific Gas and Electric Company | 2/27/2019 | $0.00 | $0.00 | $0.00 | $15,796.45 | $15,796.45 | Other Satisfied |
| Sierra Pacific Industries  c/o Downey Brand LLP Attn: R. Dale Ginter 621 Capitol Mall, 18th Floor  Sacramento, CA  95814 | | 30928 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $645.00 | $645.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sierra Pacific Industries<br>c/o Downey Brand LLP Attn: R. Dale Ginter 621 Capitol Mall, 18th Floor<br>Sacramento, CA  95814 | | 30921 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $1,516.69 | $1,516.69 | Other Satisfied |
| TESCONI, DOROTHY<br>9433 CHALK HILL RD<br>HEALDSBURG, CA  95448-9575 | | 9055 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Other Satisfied |
| Treadway, Jerry  P<br>15 Manor Dr<br>Pensacola, FL  32507 | | 1707 | PG&E Corporation | 3/19/2019 | $0.00 | $0.00 | $0.00 | $17,000.00 | $17,000.00 | Other Satisfied |
| YUBA COUNTY WATER AGENCY<br>1220 F ST<br>MARYSVILLE, CA  95901 | | 1033355 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $18,381.98 | $18,381.98 | Cure Payments |
| **Claims To Be Expunged Totals** | | **Count: 37** | | | $0.00 | $0.00 | $19,900.00 | $1,336,986.67 | $1,356,886.67 | |