| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Anaheim, California<br>Attention: Theresa Bass, City Clerk 200 S. Anaheim Blvd., 2nd Floor<br>Anaheim, CA 92801 | | 82273 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Angels<br>Finance Director 584 South Main Street<br>Angels Camp, CA 95222 | | 72205 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $81,453.00 | $81,453.00 | Main Line Extension Reimbursement Claims |
| City of Azusa, California<br>Azusa Light & Water Richard Torres, MBA Assistant Director of Utilities - Resource Mngmnt 729 N. Azusa Avenue<br>Azusa, CA 91702 | | 78776 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Banning, California<br>Mr. Jim Steffens, Power Resources Manager City of Banning Electric Utility PO Box 998 176 E. Lincoln Street<br>Banning, CA 92220-0998 | | 68794 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Colton, California<br>Jacqueline Shook Deputy City Clerk 650 N. La Cadena<br>Colton, CA 92324 | | 68803 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Menlo Park<br>Nicolas A Flegel, Esq. Jorgenson Siegel et al 1100 Alma Street, Suite 210<br>Menlo Park, CA 94025 | | 8205 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Engineering Advances and Other Refunds |
| City of Menlo Park<br>Nicolas A Flegel, Esq. Jorgenson Siegel et al 1100 Alma Street, Suite 210<br>Menlo Park, CA 94025 | | 8207 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Engineering Advances and Other Refunds |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Menlo Park<br>Nicolas A Flegel, Esq. Jorgenson Siegel et al 1100 Alma Street, Suite 210<br>Menlo Park, CA 94025 | | 8210 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $3,686.00 | $3,686.00 | Main Line Extension Reimbursement Claims |
| City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners<br>Best Best & Krieger LLP Caroline Djang, Esq. 18101 Von Karman Avenue Suite 1000<br>Irvine, CA 92612 | | 75591 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Pasadena<br>Attn: Lisa Ji. Hosey, Assistant City Attorney 100 N. Garfield Ave. Room N 210<br>Pasadena, CA 91109 | | 67872 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Riverside, California<br>c/o Thompson Coburn LLP Attn: Cheryl A. Kelly, David A. Farrell One U.S. Bank Plaza<br>St. Louis, MO 63101 | | 68807 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Coddingtown Mall LLC<br>PO Box 5800<br>Santa Rosa, CA 95406 | | 70841 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $33,270.00 | $33,270.00 | Main Line Extension Reimbursement Claims |
| David Langon Construction<br>3189 Danville Blvd., #245<br>Alamo, CA 94507 | | 81234 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $13,944.85 | $13,944.85 | Engineering Advances and Other Refunds |
| David Langon Construction<br>3189 Danville Blvd., #245<br>Alamo, CA 94507 | | 71788 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,865.75 | $10,865.75 | Engineering Advances and Other Refunds |
| Ivy Gate at Harlan Ranch, LP<br>c/o 7522 N. Colonial Avenue Suite 103<br>Fresno, CA 93711 | | 59740 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $12,609.00 | $12,609.00 | Engineering Advances and Other Refunds |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Liberty Mutual Insurance Company and its affiliate<br>Stewart Sokol & Larkin LLC Jan D. Sokol 2300 SW First Avenue Suite 200<br>Portland, OR 97201-5047 | | 27356 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $172,711,200.84 | $0.00 | $0.00 | $172,711,200.84 | Protective Claims |
| mNOC AERS LLC<br>c/o MicroNOC Inc. Ting Chang 9383 Charles Smith Avenue<br>Rancho Cucamonga, CA 91730 | | 60451 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| MONDRAGON, MIKE<br>2927 A ST<br>EUREKA, CA 95501 | | 54719 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Main Line Extension Reimbursement Claims |
| Peever Pie LLC<br>849 Bower Court<br>Livermore, CA 94550 | | 1000 | Pacific Gas and Electric Company | 2/15/2019 | $0.00 | $0.00 | $0.00 | $28,140.93 | $28,140.93 | Engineering Advances and Other Refunds |
| Peninsula Clean Energy Authority<br>2075 Woodside Road<br>Redwood City, CA 94061 | | 17183 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| REINVENT STOCKTON FOUNDATION<br>NOAH GUINEY IN-HOUSE COUNSEL 110 N SAN JOAQUIN ST.<br>STOCKTON, CA 95202 | | 2134 | PG&E Corporation | 4/8/2019 | $0.00 | $0.00 | $0.00 | $400,000.00 | $400,000.00 | Non-Debtor Claims |
| Righetti Ranch LP, a Delaware limited partnership<br>Solomon Ward Seidenwurm & Smith, LLP Attn: Michael D. Breslauer, Esq. 401 B Street, Suite 1200<br>San Diego, CA 92101 | | 105762 | PG&E Corporation | 6/15/2020 | $0.00 | $0.00 | $132,437.00 | $0.00 | $132,437.00 | Engineering Advances and Other Refunds |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| SummerHill Homes LLC<br>Attn: Jason Biggs, General Counsel 777 South California Avenue<br>Palo Alto, CA 94304 | | 78732 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $36,500.00 | $36,500.00 | Engineering Advances and Other Refunds |
| Valencia, Ismael<br>1540 Mission Avenida<br>Morgan Hill , CA 95037-2920 | | 5022 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $3,839.00 | $3,839.00 | Engineering Advances and Other Refunds |
| Walker Ridge Wind LLC<br>Mark T. Benedict Husch Blackwell LLP 4801 Main Street, Suite 1000<br>Kansas City, MO 64112 | | 64380 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Willdan Energy Solutions<br>Kevin Sanders Wall St. Plaza, 88 Pine St. #1002<br>New York, NY 10005 | | 58020 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| XL Specialty Insurance Company<br>SMTD Law LLP c/o Robert J. Berens, Esq. 355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071 | | 78457 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $26,810.09 | $26,810.09 | Protective Claims |
| **Claims To Be Expunged Totals** | | **Count: 27** | | | $0.00 | $172,711,200.84 | $132,437.00 | $654,118.62 | $173,497,756.46 | |