| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aguirre, Luis<br>1200 Lakeshore Ave. Apt 17G<br>Oakland, CA 94606 | | 8148 | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $0.00 | $3,028.71 | $3,028.71 | Damage not caused by PG&E |
| ARCO<br>12890 SAN PABLO AVENUE<br>RICHMOND, CA 94805 | | 3592 | PG&E Corporation | 7/14/2019 | $0.00 | $0.00 | $0.00 | $227.00 | $227.00 | No Liability Claims |
| Bailey, Lynnette Lewis<br>21014 Garry Drive #B<br>Castro Valley, CA 94546 | | 8769 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $14,689.00 | $14,689.00 | Damage not caused by PG&E |
| Del Carlo, Leo<br>6510 Clarksburg Pl<br>Stockton, CA 95207-3223 | | 106815 | Pacific Gas and Electric Company | 12/1/2020 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Damage not caused by PG&E |
| Giampaoli, Lisa<br>100 Pine Street Suite 1250<br>San Francisco, CA 94111 | | 80623 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Damage not caused by PG&E |
| Green, Willie & Ora<br>2845 Magnolia Street<br>Oakland, CA 94608 | | 80673 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $30,877.00 | $30,877.00 | Damage not caused by PG&E |
| Juli Ward / Cheyenne & Arapaho Tribes / Living Church of God / Fresno EOC / J. Arakelian / L. Kaprielian<br>3795 N. Angus St. 3795 N. Angus St.<br>Fresno, CA 93276-5616 | | 80878 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $41,427.14 | $41,427.14 | Damage not caused by PG&E |
| Mendonca Orchards, Inc.<br>Mendonca Orchards-Mendonca, Andrew<br>Chico, CA 95928 | | 8097 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $60,520.00 | $60,520.00 | Rule 16 Claims |
| SIG Deductible Fund c/o Woodruff Sawyer & Company<br>Angelo, Kilday & Kilduff, LLP<br>601 University Avenue, Suite 150<br>Sacramento, CA 95825 | | 2812 | Pacific Gas and Electric Company | 4/26/2019 | $0.00 | $0.00 | $0.00 | $19,587.51 | $19,587.51 | Damage not caused by PG&E |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Tanioka Farms, LLC  2697 Athlone Road  Merced, CA  95341 | | 20053 | PG&E Corporation | 10/10/2019 | $0.00 | $0.00 | $0.00 | $27,732.00 | $27,732.00 | Rule 16 Claims |
| Warecki, Laura  2633 Telegraph Ave #110  Oakland, CA  94612 | | 4739 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | No Liability Claims |
| Wolff, Andrew  The Law Offices of Andrew Wolff, P.C. 1615 Broadway, 4th Floor  Oakland, CA  94612 | | 106626 | PG&E Corporation | 10/28/2020 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Post-Petition Claims |
| Wolff, Andrew  The Law Offices of Andrew Wolff, P.C 1615 Broadway, 4th Floor  Oakland, CA  94612 | | 106625 | Pacific Gas and Electric Company | 10/28/2020 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Post-Petition Claims |
| WRB LLC  268 Broadway, Suite 101B  Saratoga Springs, NY  12866 | | 66 | Pacific Gas and Electric Company | 2/6/2019 | $0.00 | $0.00 | $0.00 | $60,000.00 | $60,000.00 | Damage not caused by PG&E |
| **Claims To Be Expunged Totals** | | **Count: 14** | | | **$0.00** | **$0.00** | **$350.00** | **$296,588.36** | **$296,938.36** | |