| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kaur, Tajinder<br>662 Kirk Glen Drive<br>San Jose, CA 95133 | | 106444 | PG&E Corporation | 9/3/2020 | $0.00 | $0.00 | $0.00 | $3,845.99 | $3,845.99 | Rule 2 Claims |
| Morton, Clyde<br>2357 Hagen Oaks Drive<br>Alamo, CA 94507-2208 | | 107035 | PG&E Corporation | 3/24/2021 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Damage not caused by PG&E |
| Perry, Edgar<br>2540 Market Avenue<br>San Pablo, CA 94806-4542 | | 106158 | PG&E Corporation | 7/23/2020 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Damage not caused by PG&E |
| Schuster, Bert E.<br>18541 Wawona Dr.<br>Groveland, CA 95321 | | 106132 | Pacific Gas and Electric Company | 7/10/2020 | $0.00 | $0.00 | $0.00 | $510.00 | $510.00 | Rule 16 Claims |
| **Claims To Be Expunged Totals** | | **Count: 4** | | | **$0.00** | **$0.00** | **$0.00** | **$22,355.99** | **$22,355.99** | |