| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Calaveras Materials Inc. Ana Damonte 3000 Executive Parkway, Suite 240 San Ramon, CA 94583 | | 81225 | Pacific Gas and Electric Company | 10/21/2019 | $156,515.00 | $0.00 | $0.00 | $0.00 | $156,515.00 | Customer No Liability / Passthrough Claims |
| Dignity Health Polsinelli PC Attn: Lindsi M. Weber, Esq. One East Washington Street, Ste 1200 Phoenix, AZ 85004 | | 72251 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $97,584.00 | $97,584.00 | Customer No Liability / Passthrough Claims |
| Dignity Health Polsinelli PC Attn: Lindsi M. Weber, Esq. One East Washington Street, Ste 1200 Phoenix, AZ 85004 | | 70757 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $28,291.00 | $28,291.00 | Customer No Liability / Passthrough Claims |
| Hanson Aggregates LLC Ana Damonte 3000 Executive Parkway, Suite 240 San Ramon, CA 94583 | | 81335 | Pacific Gas and Electric Company | 10/21/2019 | $336,088.00 | $0.00 | $0.00 | $0.00 | $336,088.00 | Customer No Liability / Passthrough Claims |
| Hanson Aggregates Mid-Pacific, Inc. Ana Damonte 3000 Executive Parkway, Suite 240 San Ramon, CA 94583 | | 81275 | Pacific Gas and Electric Company | 10/21/2019 | $116,416.00 | $0.00 | $0.00 | $0.00 | $116,416.00 | Customer No Liability / Passthrough Claims |
| Hanson Permanente Cement, Inc. c/o Three Rivers Management, Inc. Attn: Charles E. McChesney II 600 River Ave., Suite 200 Pittsburgh, PA 15212 | | 78518 | Pacific Gas and Electric Company | 10/21/2019 | $855,786.00 | $0.00 | $0.00 | $0.00 | $855,786.00 | Customer No Liability / Passthrough Claims |
| Hunt, Kerri 4441 Rice St Lihue, HI 96766-4000 | | 106171 | Pacific Gas and Electric Company | 7/13/2020 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| Lehigh Southwest Cement Company Ana Damonte 3000 Executive Parkway Suite 240 San Ramon, CA 94583 | | 80822 | Pacific Gas and Electric Company | 10/21/2019 | $663,297.00 | $0.00 | $0.00 | $0.00 | $663,297.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claims To Be Expunged Totals** | | **Count: 8** | | | **$2,128,102.00** | **$0.00** | **$1,000.00** | **$125,875.00** | **$2,254,977.00** | |