Amanda Jereige (SBN# 324644)
ajereige@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

David Neier (*admitted pro hac vice*)
dneier@winston.com
WINSTON & STRAWN LLP
200 Park Avenue, 40th Floor
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Global Ampersand LLC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** | Bankruptcy Case No. 19 - 30088 (DM) <br><br> Chapter 11 <br> (Lead Case) *(Jointly Administered)* <br><br> **NOTICE OF WITHDRAWAL OF CLAIMS NUMBERS 1378, 1842, AND 2367** |
| ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

**PLEASE TAKE NOTICE** that Global Ampersand LLC ("Global") hereby withdraws in its entirety those proofs of claim identified as Claim Nos. 1378, 1842, and 2367 (the "Proofs of Claim") on the Claims Register maintained by the Claims Agent in the above captioned Cases. The reason for the withdrawal is that the Proofs of Claim have been resolved and satisfied in connection with an assumption of an executory contract and agreement on a cure dispute [Docket Nos. 7037 and 7191].

Dated: April 16, 2021

WINSTON & STRAWN LLP

By: /s/ Amanda Jereige
Amanda Jereige (SBN# 324644)
David Neier (*admitted pro hac vice*)

*Attorneys for Global Ampersand LLC*