For Judge Denis Montali
Robert B. Wister
Docket 9672, Claim 8671.

Court call 415 268 2320 Ankey Thomas. 415 888 808 6929 code 377 0525
April 28, 2021 10A.

Summary: Commencing November 18, 2018 there has been obfruscation and litany of ignorance of written demands for statement of eletrical service. As shown in following exhibits a second 100 amp line was installed by GM electric (no longer in existence) May 1986. A limb knocked down the service drop December 1997. The 200 amp service was not restored unknown to the patron. A 10 Hp electrical device continued to be used intermittently with no detectable effect.

Only when a gas water heater failed and an attempt to install an Eco-18 electric heater was the patron informed the service was only 100 amp. That was November 2018. What ensued is detailed in the following copies of a series of written communications. This has had profound health results with eczema and other effects on health of an now 88 year old patron. Money talks. PG&E owns our PUC.

At time of submission of Proof of Claim Form 410, 9/1/19 the amount cited was $400 with stipulation that ongoing costs were $40 per month. As of this date 4/28/21 with additional 16 months charges $400 + $640 = $1040. Copy of 410 enclosed.

Previously submitted documents:
1. Weather head photo letter
2. Junction box photo letter of 2-100 amp breakers
3. Early ignorance of written demand.
4. Most recent stupid letter reply.
5. Statement of laws pertaining to refusal.
6. Medical statement of disability
7. Eco-18 wiring requirement

Submitted in anticipation of April 28, 2021 hearing (phone appearance).

Respectfully submitted for convienence of court.

Robert B. Wister
April 10, 2021

# United States Bankruptcy Court, Northern District of California

Fill in this information to identify the case (Select only one Debtor per claim form):

☐ PG&E Corporation (19-30088)

☒ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   ROBERT B WISTER
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☒ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   ROBERT B WISTER
   26256 HICKORY AVE
   HAYWARD CA 94544-3112

   Contact phone 510) 329 9813
   Contact email NONE

   Where should payments to the creditor be sent? (if different)

   Name _____
   Number Street _____
   City State ZIP Code

   Contact phone _____
   Contact email _____

4. **Does this claim amend one already filed?**
   ☒ No
   ☐ Yes. Claim number on court claims registry (if known) _____ Filed on __/__/____

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☒ No
   ☐ Yes. Who made the earlier filing? _____

1930088CUST

Official Form 410 — Proof of Claim — page 1

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?** $ __$400 + 40 mo__ . **Does this amount include interest or other charges?**
Shower rental 10mo @ $40 and ongoing
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Refusal to provide record of 200 amp installation 1989 prevents electrician from installing electric Echo-18 water heater.

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | | |
|---|---|---|---|
| | ☐ Yes. Check one: | | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  9/1/2019  (mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Robert | B. | Wister |
|---|---|---|---|
| | First name | Middle name | Last name |

Title: Property owner

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 26256 Hickory Ave.
Number   Street

Hayward    CA    94544-3112
City    State    ZIP Code

Contact phone: 510) 329 9813    Email: NONE

List of documents enclosed:
A/A2 Request for statement of amperage with photo of WH.   B Photo of breaker panel with 2 100 amp breakers
C Eco-18 breaker installation requirement    D Letter to several requesting statement of amperage from 1989.
E PG&E letter ignoring my request for information.   F Dr statement of medical conditions for this health risk

Official Form 410                                        Proof of Claim                                        page 3

Case: 19-30088    Doc# 10551    Filed: 04/16/21    Entered: 04/19/21 12:29:59    Page 4 of 5

26256 Hickory Ave,
Hayward, CA 94544-3112



OAKLAND CA 945
13 APR 2021 PM 7 L

RECEIVED
APR 16 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

APR 15 2021
MARSHALS SERV

In the Federal Bankruptcy Court
Honorable Denis Montali presiding
450 Golden Gate Avenue
Box 36099
San Francisco, CA 94102

94102-365199