Anthony P. Condotti, City Attorney, SBN 149886
acondotti@abc-law.com
Barbara H. Choi, Senior Deputy City Attorney, SBN 156088
bchoi@abc-law.com
Alexander Geise, Deputy City Attorney (SBN 334312)
ageise@abc-law.com
ATCHISON, BARISONE & CONDOTTI
A Professional Corporation
PO Box 481
Santa Cruz, CA 95061
Telephone: (831) 423-8383
Facsimile: (831) 576-2269

Attorneys for Creditor
CITY OF SANTA CRUZ

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**<br><br>[No Hearing Required] |

**PLEASE TAKE NOTICE** that the undersigned attorney, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby appears as counsel for the CITY OF SANTA CRUZ, a creditor in the above-captioned chapter 11 bankruptcy case, and hereby requests that he be added to the master mailing list and the ECF/Pacer electronic notice list

-1-
NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

for the above-referenced case and that all notices and pleadings given or required to be given in this action and all related actions, and all papers served or required to be served, be given and served upon the following:

Alexander Geise, Deputy City Attorney
ATCHISON, BARISONE & CONDOTTI
A Professional Corporation
PO Box 481
Santa Cruz, CA 95061
Telephone: (831) 423-8383
Facsimile: (831) 576-2269
E-mail: ageise@abc-law.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any order, application, complaint, demand, motion, petition, pleading or request, and all other notices as required by the Bankruptcy Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

ATCHISON, BARISONE & CONDOTTI, APC

Dated: April 19, 2021

By: /s/ *Alexander Geise*
ALEXANDER GEISE, Deputy City Attorney
Attorneys for Creditor City of Santa Cruz