WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>       **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>***EX PARTE* APPLICATION TO CONTINUE APRIL 28, 2021 HEARING ON THE FIRST SECURITIES OMNIBUS CLAIM OBJECTION WITH RESPECT TO CERTAIN CLAIMS**<br><br>[No hearing requested] |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submit this *ex parte* application (the "**Application**") for an order continuing the April 28, 2021 hearing (the "**April 28 Hearing**") on the *Reorganized Debtors' First Securities Claims Omnibus Objection (No Loss Causation – Securities Sold Prior to the First Purported "Corrected Disclosure")* [Docket No. 10411] (the "**First Securities Omnibus Objection**"),[1] solely with respect to the Debt Securities Claims (defined below) to May 26, 2021.

On March 17, 2021, the Reorganized Debtors filed the First Securities Omnibus Objection, which seeks to disallow and expunge 249 Subordinated Securities Claims, 55 of which relate to debt securities issued by the Utility (the "**Debt Securities Claims**"). A list of the Debt Securities Claims is attached hereto as **Exhibit 1**. The remaining 194 Subordinated Securities Claims that are at issue in the First Securities Omnibus Objection all relate to common stock issued by PG&E Corp. (the "**Equity Securities Claims**"). In the notice sent to each Securities Claimant along with the First Securities Omnibus Objection, the Reorganized Debtors stated that if a Securities Claimant opposed disallowance of its Claim, it must provide, *inter alia*, an explanation for the asserted amount of the Proof(s) of Claim, a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the First Securities Omnibus Objection, and a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the statement. The Reorganized Debtors received no responses to the First Securities Omnibus Objection from the holders of any Subordinated Securities Claims, including holders of the Debt Securities Claims, at issue.

The only response to the First Securities Omnibus Objection was filed by the Public Employees Retirement Association of New Mexico ("**PERA**") on April 14, 2021 [Docket No. 10524] (the "**PERA Response**"). Notably, PERA is expressly excluded from the Subordinated Securities Claims Procedures approved by the Bankruptcy Court on January 25, 2021 [Docket No. 10015], neither PERA nor any of

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the First Securities Omnibus Objection.

the other Excluded Claimants hold any Claims that are subject to the First Securities Omnibus Objection, and this Court has ruled that PERA is not a class representative with respect to any claimants in the bankruptcy. Nevertheless, PERA seeks to challenge the First Securities Omnibus Objection with respect to the Debt Securities Claims.

Given the PERA Response concerning the Debt Securities Claims, the Reorganized Debtors seek to continue the April 28 Hearing solely with respect to the Debt Securities Claims that are the subject of the First Securities Omnibus Objection.[2] Continuing the hearing with respect to the Debt Securities Claims until May 26, 2021 will not prejudice the holders of the Debt Securities Claims, none of which has responded to the First Securities Omnibus Objection.[3]

WHEREFORE the Reorganized Debtors respectfully request entry of an order continuing the April 28 Hearing solely with respect to the Debt Securities Claims to May 26, 2021.

Dated: April 22, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ Richard W. Slack
Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*

---

[2] The Reorganized Debtors will file a Request for Entry of Order by Default with respect to the Equity Securities Claims in the First Securities Omnibus Objection, which remain unopposed. Although PERA also complains in its Response that the First Securities Omnibus Objection "is ambiguous about how claimants who sold their PG&E securities before October 12, 2017 but then later purchased additional PG&E securities are to be treated," PERA Resp. at 6, that concern is not relevant nor implicated by the Claims at issue here. For each of the Claims that are subject to the First Securities Omnibus Objection, the trading history that each Claimant submitted with their proof of claim shows that they liquidated their *entire* position before the first alleged "corrective disclosure."

[3] The Reorganized Debtors shall serve this Application on all of the holders of Debt Securities Claims by either email or First-Class Mail.

# Exhibit 1

**(Debt Securities Claims)**

**First Securities Claims Omnibus Objection**
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Claims to be Adjourned | Original Creditor | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection | Type of Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 99194 | APOLLO 62 C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 9 | 100574 | ARIZONA SHEET METAL PENSION TRUST FUND ATTN: SUZANNE MICHEL 2550 W. UNION HILLS DRIVE, SUITE 290 PHOENIX AZ 85027 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $632.00 | $632.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 23 | 99048 | CITY OF AVON PARK FIREFIGHTERS' RETIREMENT SYSTEM C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 25 | 99074 | CITY OF DELTONA FIREFIGHTERS' PENSION PLAN C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 27 | 99480 | CITY OF TITUSVILLE GENERAL EMPLOYEES' PENSION PLAN C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,678.20 | $4,678.20 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 35 | 99534 | DELAWARE NATIONAL HIGH-YIELD MUNICIPAL BOND FUND C/O PETER M. SAPAROFF, ESQ.- MINTZ LEVIN ONE FINANCIAL CENTER BOSTON MA 02111 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 36 | 99373 | DELAWARE TAX FREE CALIFORNIA FUND MINTZ LEVIN C/O PETER M. SAPAROFF, ESQ. ONE FINANCIAL CENTERBOSTON MA 02111 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 37 | 99594 | DELAWARE TAX FREE USA FUND C/O PETER M. SAPAROFF, ESQ. - MINTZ LEVIN ONE FINANCIAL CENTER BOSTON MA 02111 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 47 | 101111 | DRRT FBO DEKA INVESTMENT GMBH (11202) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 49 | 101190 | DRRT FBO DEKA INVESTMENT GMBH (70807) 340 WEST FLAGLER STREET, SUITE 201 MIAMI FL 33130 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 56 | 99282 | DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |

[1] Claims listed as $0.00 seek an unliquidated amount.

First Securities Claims Omnibus Objection  
(No Loss Causation – Securities Sold Prior To  
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company  
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claims to be Adjourned | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection | Type of Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | DRRT FBO MULTICONCEPT FUND MANAGEMENT S.A (1891) DRRT 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101418 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 70 | DRRT FBO SWISS REINSURANCE COMPANY LTD (NYEU11) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99613 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 71 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NF67L8) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99655 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 72 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYEU12) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99699 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 73 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYGE5F) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99636 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 74 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF2A9F) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99688 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 75 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF2AA1) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99825 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 76 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF3J05) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99834 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 77 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF67B5) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100182 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 78 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF7028) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99846 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 87 | DRRT FBO WARBURG INVEST AG 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100429 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 93 | EMPLOYEES' RETIREMENT PLAN FOR FORMER ALLY BUSINESS UNITS C/O ALLY FINANCIAL INC. JENNIFER OHAGAN 1100 VIRGINIA DRIVE, SUITE 150 PO BOX 8139 FT. WASHINGTON PA 19034 | 99981 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,403.25 | $4,403.25 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claims to be Adjourned | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection | Type of Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | GIC PRIVATE LIMITED KIRBY MCINERNEY LLP ATTN: ELAINE MUI 250 PARK AVENUE SUITE 820 NEW YORK NY 10177 | 100673 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 15 | GOVERNMENT EMPLOYEES' RETIREMENT SYSTEM OF THE VIRGIN ISLANDS BARRACK, RODOS & BACINE ATTN: LESLIE BORNSTEIN MOLDER 3300 TWO COMMERCE SQUARE PHILADELPHIA PA 19103 | 100027 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 22 | HEALTHSPRING OF TENNESSEE, INC. OBO HSPTN ATTN: MARIA TURNER A4ACT 900 COTTAGE GROVE RD. BLOOMFIELD CT 06002 | 103060 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 24 | HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | 99142 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 26 | IFIT CORE FIXED INCOME FUND OF INVESCO FIXED INCOME TRUST ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 101792 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 27 | INVESCO BOND FUND (DELAWARE STATUTORY TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 102050 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 28 | INVESCO CALIFORNIA TAX-FREE INCOME FUND OF AIM COUNSELOR SERIES TRUST (INVESCO COUNSELOR SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 101994 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 29 | INVESCO CORE PLUS BOND FUND OF AIM COUNSELOR SERIES TRUST (INVESCO COUNSELOR SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 102122 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 30 | INVESCO CORPORATE BOND OF AIM TREASURERS SERIES TRUST (INVESCO TREASURER'S SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 102053 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 31 | INVESCO INTERMEDIATE BOND FACTOR FUND OF AIM INVESTMENT SECURITIES FUNDS (INVESCO INVESTMENT SECURITIES FUNDS) ATTN: LEGAL DEPARTMENT (INVESCO INTERMEDIATE BOND FACTOR FUND) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 101438 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claims to be Adjourned | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection | Type of Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | INVESCO INTERMEDIATE BOND FACTOR FUND OF AIM INVESTMENT SECURITIES FUNDS (INVESCO INVESTMENT SECURITIES FUNDS) ATTN: LEGAL DEPARTMENT (INVESCO INTERMEDIATE BOND FACTOR FUND) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 101323 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 33 | INVESCO INTERMEDIATE BOND TRUST OF INSTITUTIONAL RETIREMENT TRUST ATTN: LEGAL DEPARTMENT (INVESCO INTERMEDIATE BOND TRUST) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 101678 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 34 | INVESCO LIQUID ASSETS PORTFOLIO OF SHORT-TERM INVESTMENTS TRUST ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 102135 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 35 | INVESCO MUNICIPAL INCOME FUND OF AIM TAX-EXEMPT FUNDS (INVESCO TAX-EXEMPT FUNDS) ATTN: LEGAL DEPARTMENT (INVESCO MUNICIPAL INCOME FUND) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 102136 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 36 | INVESCO MUNICIPAL INCOME OPPORTUNITIES TRUST (DELAWARE STATUTORY TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 101914 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 37 | INVESCO OPPENHEIMER ROCHESTER LIMITED TERM CALIFORNIA MUNICIPAL FUND OF AIM TAX-EXEMPT FUNDS (INVESCO TAX-EXEMPT FUNDS) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 101805 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 38 | INVESCO PREMIERE PORTFOLIO OF AIM TREASURER'S SERIES TRUST (INVESCO TREASURER'S SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 101776 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 40 | INVESCO V.I. CORE PLUS BOND FUND OF AIM VARIABLE INSURANCE FUNDS (INVESCO VARIABLE INSURANCE FUNDS) V.I. CORE PLUS BOND FUND ATTN: LEGAL DEPARTMENT (INVESCO) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 101924 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 57 | LINDENFELD, ETTA 24 WINDSOR GATE DRIVE NORTH HILLS NY 11040 | 100805 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,297.33 | $5,297.33 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claims to be Adjourned | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection | Type of Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | PINEBRIDGE STRATEGIC BOND FUND EMG C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | 101256 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 87 | POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT KIRBY MCINERNEY LLP ATTN: PETER LINDEN AND ELAINE MUI 250 PARK AVENUE, SUITE 820 NEW YORK NY 10177 | 100409 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 89 | PRINCIPAL FUNDS, INC. - CREDIT OPPORTUNITIES EXPLORER FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101947 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 90 | PRINCIPAL FUNDS, INC. - CREDIT OPPORTUNITIES EXPLORER FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101617 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 92 | PRINCIPAL GLOBAL CREDIT OPPORTUNITIES FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101372 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 93 | PRINCIPAL GLOBAL CREDIT OPPORTUNITIES FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101880 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 94 | PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST GLOBAL CREDIT OPPORTUNITIES FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101639 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 95 | PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST GLOBAL CREDIT OPPORTUNITIES FUND C/O PRINCIPAL GOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101848 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 201 | PRINCIPAL GLOBAL INVESTORS TRUST - US HIGH QUALITY FI TRUST C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101775 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claims to be Adjourned | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection | Type of Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 205 | PRINCIPAL GLOBAL OPPORTUNITIES SERIES PLC - PRINCIPAL CORPORATE PLUS FIXED INCOME FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101875 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 206 | PRINCIPAL GLOBAL OPPORTUNITIES SERIES PLC - PRINCIPAL CORPORATE PLUS FIXED INCOME FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101978 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 221 | SANLAM GLOBAL BUND FUND, C/O CLAIMS COMPENSATION BUREAU LLC CLAIMS COMPENSATION BUREAU LLC 1100 EAST HECTOR STREET SUITE 250 CONSHOHOCKEN PA 19428 | 101816 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $8,131.12 | $8,131.12 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 229 | SPECTRUM OPPORTUNITIES MASTER FUND LTD BATTEA CLASS ACTION SERVICES 231 SANSOME STREET, 4TH FLOOR SAN FRANCISCO CA 94104 | 104010 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $182.50 | $182.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| | | | | | $0.00 | $0.00 | $0.00 | $23,324.40 | $23,324.40 | | |