# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors**<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby respectfully withdraws his appearance as counsel for Comcast Cable Communications, LLC in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that the undersigned further requests that he be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

PLEASE TAKE FURTHER NOTICE that the appearances by other attorneys at Wilmer Cutler Pickering Hale and Dorr LLP are unaffected by this request.

Dated: April 22, 2021

Respectfully submitted,

   */s/ Craig Goldblatt*

Craig Goldblatt (admitted *pro hac vice*)
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
1875 Pennsylvania Avenue NW,
Washington, DC 20006
Telephone: (202) 663-6483
craig.goldblatt@wilmerhale.com

*Counsel for Comcast Cable Communications, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of April, 2021, a true and correct copy of the foregoing *Notice of Withdrawal of Appearance* was served upon all counsel of record using the Court's CM/ECF system.

_/s/ Craig Goldblatt_

Craig Goldblatt (admitted *pro hac vice*)
**WILMER CUTLER PICKERING**
  **HALE AND DORR LLP**
1875 Pennsylvania Avenue NW,
Washington, DC 20006
Telephone: (202) 663-6483
craig.goldblatt@wilmerhale.com

*Counsel for Comcast Cable Communications, LLC*