

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: April 23, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

**In re:**

**PG&E CORPORATION,**

    - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

    **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SIXTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (CUSTOMER NO LIABILITY ENERGY RATE CLAIMS)**

[Re: Dkt. No. 10422, 10553]

Upon the *Reorganized Debtors' Report on Responses to Sixty-Eighth Through Seventy-Second Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket No. 10553] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Sixty-Eighth Omnibus Objection to Claims (Customer No Liability Energy Rate Claims)* [Docket No. 10422] (the "**Sixty-Eighth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claim/Schedule to be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sesookan, Stella N 139 Glade Ave Madera, CA 93637-8649 | | 8120 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Energy Rate Claims |
| Afsari, Beejahn 1 Lost Creek Dr Folsom, CA 95630-1523 | | 6739 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $14,207.42 | $14,207.42 | Customer No Liability Energy Rate Claims |
| Agarwal, Khushbu 4540 Fremont Blvd Fremont, CA 94555 | | 4796 | Pacific Gas and Electric Company | 7/29/2019 | $109.32 | $0.00 | $0.00 | $0.00 | $109.32 | Customer No Liability Energy Rate Claims |
| Alvarado, Delia 108 42nd St Bakersfield, CA 93301-5942 | | 6708 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $2,850.00 | $22,150.00 | $25,000.00 | Customer No Liability Energy Rate Claims |
| Ba, John 323 Rapallo Way Manteca, CA 95337-8430 | | 6262 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Energy Rate Claims |
| Bade, Michael S 926 E Shaw Ave Davis, CA 93619-8725 | | 87213 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Bao, Yae 440 Case Ave Apt N133 Pleasanton, CA 94566-3228 | | 4329 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Bardaraz, Pedro 1 Box 2512 Bakersfield, CA 93303-2512 | | 5420 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $3,850.00 | $3,850.00 | Customer No Liability Energy Rate Claims |
| Bat, Josh 5573 Wedgewood Ct San Jose, CA 95123-1347 | | 8717 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $112.79 | $0.00 | $112.79 | Customer No Liability Energy Rate Claims |
| Betts, Mylysha 13 N Broadway Ave Stockton, CA 95205 | | 7418 | Pacific Gas and Electric Company | 8/20/2019 | $0.00 | $0.00 | $0.00 | $123.00 | $123.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Bah, Jim<br>5431 Pony Express Trail<br>Pollock Pines, CA 95726 | | 3810 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Energy Rate Claims |
| Body, Karen<br>470 Oak St Apt 607<br>Oakland, CA 94607-4790 | | 6615 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Boddord, Adrian<br>1658 Grand Ave Apt 8<br>Chehurst, CA 95961-7043 | | 4869 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $628.54 | $628.54 | Customer No Liability Energy Rate Claims |
| Briscoe, Ruth N<br>600 Fort Sumpter Dr<br>Modesto, CA 95354-2114 | | 5176 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability Energy Rate Claims |
| Buckington, Senessa<br>3310 Rosy Finch Dr.<br>Sparks, NV 89441 | | 3637 | PG&E Corporation | 7/15/2019 | $0.00 | $0.00 | $0.00 | $548.48 | $548.48 | Customer No Liability Energy Rate Claims |
| Burroughs, Deborah E<br>2215 10th Ave Apt 306<br>Sacramento, CA 95818-4469 | | 5358 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Byers-Key, Donnita<br>Po Box 3313<br>Fairfield, CA 94533-0645 | | 5498 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer No Liability Energy Rate Claims |
| Campbell, Karen M<br>60 Scudder Ave<br>Copiague, NY 11726-3428 | | 4883 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |
| Cartley, James<br>3525 O St Apt 7<br>Bakersfield, CA 93301-1638 | | 4586 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Cournier, Dorota<br>14 Dakota St.<br>Edgerton, WI 53534 | | 8590 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $2,314.30 | $2,314.30 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Choi, Vivian<br>143 Half Moon Ln #10<br>Daly City, CA 94015 | | 7388 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $140.00 | $140.00 | Customer No Liability Energy Rate Claims |
| Chan, Jeanette<br>1031 N Abbott Avenue<br>Milpitas, CA 95035-2939 | | 53869 | Pacific Gas and Electric Company | 10/14/2019 | $0.00 | $0.00 | $0.00 | $1,721.55 | $1,721.55 | Customer No Liability Energy Rate Claims |
| Chan, Jeff<br>1050 148th Ave<br>San Leandro, CA 94578-1807 | | 6323 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $3,500.00 | $8,000.00 | $11,500.00 | Customer No Liability Energy Rate Claims |
| Chee, Filipe<br>1262 Lawton St<br>San Francisco, CA 94122-3052 | | 68750 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Cristian, Shawna Michele<br>336 Sandalwood Dr Apt 2<br>Citrus Heights, CA 95621-8426 | | 8267 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Cupper, Kiona<br>2211 Cambridge St<br>Sacramento, CA 95815-3117 | | 9569 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Dacey, Mike<br>3 Capanna Ct<br>Pismo Beach, CA 93449-2820 | | 7317 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $4,414.56 | $4,414.56 | Customer No Liability Energy Rate Claims |
| Dartman, Howard<br>1132 8th St<br>Colusa, CA 93562-2314 | | 17456 | PG&E Corporation | 10/9/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |
| Darnell, Lila Monique<br>3501 E Tyler Ave<br>Fresno, CA 93702-1149 | | 4096 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Energy Rate Claims |
| Davenport, Stephen A<br>514 Corte Sonora<br>Pleasanton, CA 94566-5905 | | 70334 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Acaruz, Elisa 135 Kaelyn Court Oroville, CA 95963 | | 4051 | PG&E Corporation | 7/26/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Energy Rate Claims |
| Doko, Benny 10 Beverly Ln Everett, WA 98203-6408 | | 7114 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $2,500.00 | $3,500.00 | $6,000.00 | Customer No Liability Energy Rate Claims |
| Doham, Darin 1654 WYCLIFFE CIR RENO, NV 89519-7347 | | 86957 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Energy Rate Claims |
| Dubocq, Donald 818 E California Ave Sunnyvale, CA 94086-5127 | | 5045 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Customer No Liability Energy Rate Claims |
| Econch, Denielle 2 Porter Street Vallejo, CA 94590 | | 3743 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Customer No Liability Energy Rate Claims |
| Espinosa, Esperanza Federico Tellez 279 N 15th St San Jose, CA 95112-1839 | | 62925 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Estrada, Jose 199 Cedar Ave Atwater, CA 95301-4410 | | 5333 | PG&E Corporation | 8/6/2019 | $1,500.00 | $0.00 | $0.00 | $216.00 | $216.00 | Customer No Liability Energy Rate Claims |
| Fistcher, Cal & Jill 2199 Highway 145 Madera, CA 93636-1303 | | 4654 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | Customer No Liability Energy Rate Claims |
| Flores, Samuel 2721 Asilomar Dr Antioch, CA 94531 | | 4107 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Foug, Linna 408 San Pablo Ave El Cerrito, CA 94530-2829 | | 68697 | Pacific Gas and Electric Company | 10/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gipson, Barbara J<br>5 Polk St<br>Taft, CA 93268 | | 6421 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $495.00 | $495.00 | Customer No Liability Energy Rate Claims |
| Gil, Brenda<br>100 Dellwood Ct<br>Brentwood, CA 94513 | | 3898 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Gill, Judith<br>1054 Germantown Dr<br>Flowery Branch, GA 30542 | | 8740 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Gomez, David<br>Noemi Gomez 3553 E Ashcroft<br>Fresno, CA 93726-2420 | | 8456 | Pacific Gas and Electric Company | 9/4/2019 | $134,000.00 | $0.00 | $0.00 | $0.00 | $134,000.00 | Customer No Liability Energy Rate Claims |
| Gomez, Silhouette<br>4034 W 21st St<br>Merced, CA 95340-3430 | | 4596 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $18,830.38 | $18,830.38 | Customer No Liability Energy Rate Claims |
| Gonzalez, Manuel C<br>616 Q St<br>Newman, CA 95360-1527 | | 7542 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $5,400.00 | $5,400.00 | Customer No Liability Energy Rate Claims |
| Goodnight, Kathy V<br>420 N Bradley Rd<br>Santa Maria, CA 93454-3829 | | 6648 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer No Liability Energy Rate Claims |
| Grant, Yvonne<br>PO BOX 1545<br>Fresno, CA 93716-1545 | | 10306 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Customer No Liability Energy Rate Claims |
| GREEN, LUCEAL<br>1984 MASON ST #A<br>SN PABLO, CA 94806-3614 | | 4603 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $700.00 | $0.00 | $700.00 | Customer No Liability Energy Rate Claims |
| Grigsss, Rachelle C<br>219 Silver Star Ct<br>Merced, CA 95348-3015 | | 6428 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Giffin, Tracy 351 Fulton St Apt 51 San Francisco, CA 94102-4404 | | 87056 | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability Energy Rate Claims |
| Guillory, Carolyn PO Box 7114 Stockton, CA 95267-0114 | | 6066 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Energy Rate Claims |
| Hall, Pat 1051 Potomac Ave Bakersfield, CA 93307-1389 | | 4653 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Hill, Tammy 1009 Carver Rd Unit 130 Modesto, CA 95350-7709 | | 7146 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Hon, Natsuyo 233 Whisman Park Dr Mountain View, CA 94040 | | 4217 | Pacific Gas and Electric Company | 7/20/2019 | $0.00 | $0.00 | $0.00 | $6,600.00 | $6,600.00 | Customer No Liability Energy Rate Claims |
| Hurnilon, Charlotte & Michael 531 Tiffany Drive Unit B Santa Maria, CA 93454 | | 3799 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Energy Rate Claims |
| Hansen, Dane 646 Geneva Dr Lemoore, CA 93245 | | 3982 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $1,470.05 | $1,470.05 | Customer No Liability Energy Rate Claims |
| Harris, Veda 413 Jamestown Drive Lodi, CA 95242-4719 | | 87976 | Pacific Gas and Electric Company | 11/25/2019 | $0.00 | $0.00 | $2,300.00 | $0.00 | $2,300.00 | Customer No Liability Energy Rate Claims |
| HARRISON, SHIRLEY 225 16TH ST APT D RICHMOND, CA 94801-3249 | | 4746 | PG&E Corporation | 7/24/2019 | $507.00 | $0.00 | $0.00 | $0.00 | $507.00 | Customer No Liability Energy Rate Claims |
| Hartman, Sally 225 Oxford ave Santa Maria, CA 93454-2539 | | 4648 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $307.23 | $307.23 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| PITTISBURG, BRENDA 1143rd Ave Apt 238 BLDG 20 San Leandro, CA 94578-3351 | | 4732 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $2,500.00 | $0.00 | $2,500.00 | Customer No Liability Energy Rate Claims |
| Henrikson, Margie 1301 13th Ave Sacramento, CA 95820-2403 | | 7485 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Herrera, Francisco 1568 Blossom Ave. San Jose, CA 95123 | | 4204 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer No Liability Energy Rate Claims |
| Hodgens, Rosemary 9400 Laguna Blvd Ste 112 Elk Grove, CA 95758-4151 | | 7739 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Homer, Melanie 2132 Guyson Court Pleasanton, CA 94588 | | 4071 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Energy Rate Claims |
| Hudges, Heather PO Box 30175 Stockton, CA 95213-0175 | | 4367 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $4,000.00 | $0.00 | $4,000.00 | Customer No Liability Energy Rate Claims |
| Hutchison, Michael D 240 Crystal Springs Rd Apt 220 San Bruno, CA 94066-4610 | | 5299 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Iraw-Calmere, Andi 5165 El Camino Real Atascadero, CA 93422 | | 70085 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $250.00 | $0.00 | $250.00 | Customer No Liability Energy Rate Claims |
| Jackson, Christine 1110 4th St Apt 17 Bakersfield, CA 93394-2163 | | 6775 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability Energy Rate Claims |
| Jackson, Jennifer Lee 417 Carlson St Vallejo, CA 94590-7319 | | 7047 | PG&E Corporation | 8/14/2019 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Jaime, Ana M 4434 Monarch Ln Davis, CA 95618-1637 | | 6608 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $465.00 | $465.00 | Customer No Liability Energy Rate Claims |
| James, Laura 1702 Paseo Verde Dr. Merced, CA 95348-1844 | | 6159 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $9,899.00 | $9,899.00 | Customer No Liability Energy Rate Claims |
| Jonson QME, Lisa Annette 24515 Mandarin Ave Hayward, CA 94544 | | 3887 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $10,500.00 | $10,500.00 | Customer No Liability Energy Rate Claims |
| Kendricks, Wanda 2416 8th Ave Apt 102 Oakland, CA 94606-2100 | | 6791 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Khalil, Sofia Mahmoud Sebie PO Box 2264 Monterey, CA 93942-2264 | | 6855 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $1,721.00 | $1,721.00 | Customer No Liability Energy Rate Claims |
| Langford, Tanya 1424 Franklin Ave Apt 5 Stockton, CA 95204-4852 | | 6938 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Lao, Bee 2477 S. Jackson Ave. Fresno, CA 93725 | | 3717 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $4,800.00 | $4,800.00 | Customer No Liability Energy Rate Claims |
| Lee, Omega 1468 Massimo circle Stockton, CA 95212 | | 3668 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Lingo, R. Craig PMB #34 2821 E. 10th St. Sioux Falls, SD 57103 | | 17188 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Energy Rate Claims |
| Llewellyn, Anna PO Box 1365 San Martin, CA 95046-1365 | | 4658 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Luna, Antoinette 1309 Sutter St Lowr Lowr Vallejo, CA 94590-5273 | | 6912 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $1,600.00 | $1,600.00 | Customer No Liability Energy Rate Claims |
| Manion, Mary c/o Michael A Manion 5203 Del Rosta Way Rocklin, CA 95765-5173 | | 6894 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Energy Rate Claims |
| Mariscal, Jesus 213 W Virginia St San Jose, CA 95110 | | 4834 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |
| Marquette, Jill 815 N Madison St Stockton, CA 95202-1638 | | 5119 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Martin, Rodney 3236 E Tower Ave Fresno, CA 93727 | | 4841 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Customer No Liability Energy Rate Claims |
| Martinez, Audrey 4100 Vista Grande Dr Apt 1134 Antioch, CA 94531-8541 | | 7156 | PG&E Corporation | 8/15/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Masson, Denis 1121 Los Coches Ave San Jose, CA 95128-2137 | | 4631 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Mayo, Janice C 309 W Eden Ave Fresno, CA 93706-2916 | | 16763 | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| McGrath, Misty 624 Heather Court Ridgecrest, CA 93555 | | 4259 | PG&E Corporation | 8/3/2019 | $0.00 | $0.00 | $0.00 | $940.00 | $940.00 | Customer No Liability Energy Rate Claims |
| Mondiola, Melina Y 2805 Yosemite Blvd. #182 Modesto, CA 95354 | | 4045 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $500.00 | $0.00 | $500.00 | Customer No Liability Energy Rate Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Meneses, Jacqueline 3130 Alabama St # B San Francisco, CA 94110-4109 | | 7600 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $197.47 | $197.47 | Customer No Liability Energy Rate Claims |
| Miola, Michelle 200 Lakeshore Ave Apt 3B Oakland, CA 94606-1647 | | 98102 | Pacific Gas and Electric Company | 3/25/2020 | $0.00 | $0.00 | $0.00 | $1,600.00 | $1,600.00 | Customer No Liability Energy Rate Claims |
| Moreci, Cindy 1555 San Luis St., Apt. 223 Los Banos, CA 93635-5462 | | 104405 | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Customer No Liability Energy Rate Claims |
| Musso, George Y 1240 Volendam Ave Modesto, CA 95356-0982 | | 5529 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $731.26 | $731.26 | Customer No Liability Energy Rate Claims |
| Nava, Esperanza 1756 Mountain View Ave Mountain View, CA 94041-1945 | | 7846 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $705.35 | $705.35 | Customer No Liability Energy Rate Claims |
| Neva, Jose 1441 W Anderson St Stockton, CA 95206-1227 | | 7530 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |
| Nelson, Isha 4540 N McCarran Blvd Apt 165 Reno, NV 85903-1992 | | 80319 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Customer No Liability Energy Rate Claims |
| Nolan, Brian 165 N 6th St Apt 307 San Jose, CA 95112-7803 | | 6816 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Nukala, Sheshadri 1789 Lark Ln Sunnyvale, CA 94087 | | 4173 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Ogarro, Antoine 1310 Nashville Blvd Springfield Gardens, NY 11413 | | 106610 | PG&E Corporation | 10/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Oteh, Sunday PO Box 1458 Vallejo, CA 94590 | | 9325 | PG&E Corporation | 9/20/2019 | $0.00 | $0.00 | $0.00 | $3,215.85 | $3,215.85 | Customer No Liability Energy Rate Claims |
| Oppido, Michael J 400 Creekpoint Ct Danville, CA 94506-1212 | | 4593 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $850.00 | $850.00 | Customer No Liability Energy Rate Claims |
| Ortomez, Reyna G 15156 Deanne St Live Oak, CA 95953-2814 | | 4620 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Customer No Liability Energy Rate Claims |
| Patricio, Maria 2 Real Rrd Bakersfield, CA 93309-1815 | | 6351 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $1,361.66 | $1,361.66 | Customer No Liability Energy Rate Claims |
| Patrick, Jon R 890 E Catalina Fresno, CA 93730-0856 | | 7019 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Peck, Russell J 6476 Sandpiper Pl Carlsbad, CA 92009-4137 | | 6887 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $50.00 | $0.00 | $50.00 | Customer No Liability Energy Rate Claims |
| Pettel, Julie L 1223 S Chestnut Ave SPC 56 Fresno, CA 93725-1255 | | 7051 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Picato, Ernest 3502 Arezzo Ct Bakersfield, CA 93308-7117 | | 5300 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |
| Pletschet, Chris 995 Orchard Ave Apt 17 Hayward, CA 94544-1642 | | 5723 | PG&E Corporation | 8/8/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Customer No Liability Energy Rate Claims |
| Pore, Pamela PO Box 1548 Vallejo, CA 94590-0154 | | 8688 | PG&E Corporation | 9/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Powell, Demetria 1351 Treat Blvd Apt 211 Walnut Creek, CA 94597 | | 3714 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Energy Rate Claims |
| Puccinelli, Bryan P 2 Eagle Trace Drive Half Moon Bay, CA 94019 | | 4486 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Energy Rate Claims |
| Puga, Jessie 1514 Bernard Street Bakersfield, CA 93305-4020 | | 4435 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability Energy Rate Claims |
| Quintero, Gustavo Maria Quintero 219 Parkview Lot 158 Santa Maria, CA 93455-3806 | | 70330 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Quiroz, Jose R 17162 Avenue 17 1/2 Madera, CA 93637-8906 | | 87195 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Ralovat, Estell 614 Dunbar Dr Oakland, CA 94603-3063 | | 6558 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Ramirez, Jose L Concepcion G Ramirez 738 Searchlight Ave. Stockton, CA 95205-6400 | | 87377 | PG&E Corporation | 10/25/2019 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | Customer No Liability Energy Rate Claims |
| Ramirez, Lisa 4433 Monterey Ave Soquel, CA 95073-2803 | | 4517 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Ramirez, Melinda 16975 Calle Hermosa Morgan Hill, CA 95037 | | 5341 | Pacific Gas and Electric Company | 8/7/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ramos, Anna 2741 Cedar Ave Atwater, CA 95301-4410 | | 6497 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $265.00 | $265.00 | Customer No Liability Energy Rate Claims |
| Ramos, Karen 270 Sunset Blvd #39 Hayward, CA 94541 | | 3798 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Redlich, Brian 1453 Quail Run Ct Auburn, CA 95602 | | 4040 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $150.00 | $150.00 | Customer No Liability Energy Rate Claims |
| Reyeles, Anjelica Anabel 2101 McCray St Apt 4 Bakersfield, CA 93308 | | 9259 | PG&E Corporation | 9/19/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| REYNOSO, OLIVIA C/O OLIVIA VAZQUEZ PO BOX 941 LOS ALAMOS, CA 93440-0941 | | 87450 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Reznichenko, Valentina Peter Reznichenko 3544 Gemini Way Sacramento, CA 95827-2926 | | 5190 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Energy Rate Claims |
| Rhoades, Loraine L 5305 Sunsilver Ln Sacramento, CA 95828-6233 | | 8609 | PG&E Corporation | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Roberson, Audra 1434 W Palo Alto Ave Apt 101 Fresno, CA 93722-9022 | | 4777 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | Customer No Liability Energy Rate Claims |
| Rodriguez, Francisco Patricia Rodriguez 16630 Laurel Ave Stratford, CA 93266-9743 | | 4057 | PG&E Corporation | 7/23/2019 | $130,000.00 | $0.00 | $0.00 | $130,000.00 | $260,000.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Rybeck, Mark T<br>2876 Talus Ln<br>Grand Junction, CO 81507-3507 | | 5719 | Pacific Gas and Electric Company | 8/8/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Sakamoto, Noelle K<br>207 Lakeview Cir<br>Pittsburg, CA 94565-4254 | | 7486 | Pacific Gas and Electric Company | 8/19/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability Energy Rate Claims |
| Saldana, Ashley<br>4546 E Shields Ave<br>Fresno, CA 93704 | | 87222 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Santos, Samuel<br>2405 Brookside Dr Apt 169<br>Bakersfield, CA 93311-3438 | | 9079 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $1,200.00 | $1,200.00 | Customer No Liability Energy Rate Claims |
| Schiele, Joseph E<br>Kristen Schiele 12925 Moss Rock Dr<br>Auburn, CA 95602-9378 | | 8336 | PG&E Corporation | 9/4/2019 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Customer No Liability Energy Rate Claims |
| Schobe, Dan<br>24401 Greenwater Dr<br>Bear Valley Springs, CA 93561-9648 | | 7584 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $4,000.08 | $4,000.08 | Customer No Liability Energy Rate Claims |
| Silva, Sara<br>2895 Lone Hill Dr<br>Morgan Hill, CA 95037-4840 | | 10561 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Simental, Yolanda<br>1818 Washington St Apt 3A Bldg 5<br>Bakersfield, CA 93307-2157 | | 4503 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Singer, Martin<br>60 Nebraska St<br>San Francisco, CA 94110-5719 | | 6629 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $12,800.00 | $12,800.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Singh, Anju<br>330 Dunlay Dr #711<br>Sacramento, CA 95835 | | 8766 | PG&E Corporation | 9/12/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability Energy Rate Claims |
| Springer Jr., Jerry<br>300 Topaz Rd<br>West Sacramento, CA 95691 | | 4427 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | Customer No Liability Energy Rate Claims |
| STARK, EDDA<br>116 AMBIENCE WAY<br>DANVILLE, CA 94506-1427 | | 9062 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Energy Rate Claims |
| STARLING, HELEN E<br>449 PEARL AVE<br>MOSS BEACH, CA 94038 | | 4236 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability Energy Rate Claims |
| Stewart, Scott A<br>2734 Maiden Ct<br>Tracy, CA 95377-8604 | | 5135 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $744.00 | $744.00 | Customer No Liability Energy Rate Claims |
| Stibia, Annie<br>11 Calle Cuervo<br>Arroyo Grande, CA 93420-1959 | | 5386 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Suada, Shinichi<br>4700 Walnut Ave Apt K302<br>Fremont, CA 94538-5330 | | 5256 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Energy Rate Claims |
| Tatom, Gyle E<br>1143 Sylvia Cir<br>Paso Robles, CA 93446-3025 | | 6431 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Customer No Liability Energy Rate Claims |
| Tavakoli Farsani, Sepideh<br>632 Cedar St Apt 1<br>San Carlos, CA 94070-3041 | | 7255 | PG&E Corporation | 8/15/2019 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | Customer No Liability Energy Rate Claims |
| Taylor, Tonya<br>201 1st Ave Apt-D-203<br>Daly City, CA 94014-2948 | | 8257 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Teoh, Jase<br>6 Carolyn Court<br>Lafayette, CA 94549 | | 4168 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 | Customer No Liability Energy Rate Claims |
| Thomas, Alberta<br>598 E 14th St Unit 419<br>San Leandro, CA 94577-6031 | | 8615 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Thomas, Ellis<br>598 E 14th St Unit 408<br>San Leandro, CA 94577-6030 | | 8628 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Thompson, Linda<br>634 Dover St<br>Oakland, CA 94609-1010 | | 87160 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Tijerina, Melannie<br>4331 Cecil Brunner Dr.<br>Bakersfield, CA 93304 | | 3693 | Pacific Gas and Electric Company | 7/16/2019 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Customer No Liability Energy Rate Claims |
| Vice, Debra<br>315 S 30th St<br>Richmond, CA 94804-4030 | | 7579 | PG&E Corporation | 8/21/2019 | $0.00 | $0.00 | $0.00 | $175.00 | $175.00 | Customer No Liability Energy Rate Claims |
| Wafford, Judy<br>24770 Hayward Blvd Apt 609<br>Hayward, CA 94542-2076 | | 7800 | PG&E Corporation | 8/23/2019 | $0.00 | $0.00 | $0.00 | $5,045.69 | $5,045.69 | Customer No Liability Energy Rate Claims |
| Walker, Aquelia<br>1611 W Barstow Ave Apt 225<br>Clovis, CA 93612-1589 | | 6728 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Energy Rate Claims |
| Walker, Rachel<br>522 Webster St<br>San Francisco, CA 94117-2669 | | 4946 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $48,000.00 | $0.00 | $48,000.00 | Customer No Liability Energy Rate Claims |
| Wang, Felix W<br>PO Box 1753<br>Clovis, CA 93613-1753 | | 10781 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $302.91 | $302.91 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Warren-Turner, Gwen M PO Box 16302 Fresno, CA 93755-6302 | | 5384 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $700.00 | $700.00 | Customer No Liability Energy Rate Claims |
| WASHINGTON, DUAN 51 CIRCLE HILL DRIVE OAKLAND, CA 94605-3001 | | 4024 | PG&E Corporation | 7/27/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability Energy Rate Claims |
| Washington, Lynette 51 Circle Hill Dr Oakland, CA 94605-2619 | | 8754 | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability Energy Rate Claims |
| Weddles, Maureen Laura Weddles 2827 Otto Dr Stockton, CA 95209-1151 | | 4251 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $859.00 | $0.00 | $859.00 | Customer No Liability Energy Rate Claims |
| West Coast Orange Group LLC 5755 Running Spring Way Yorba Linda, CA 92887 | | 3977 | Pacific Gas and Electric Company | 7/27/2019 | $10,000.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | Customer No Liability Energy Rate Claims |
| Wilkins, Daniel 2453 Troon Pl Hayward, CA 94544-7344 | | 4716 | PG&E Corporation | 8/5/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability Energy Rate Claims |
| Williams, Audery 4420 E Kings Canyon Rd Apt Fresno, CA 93727-3981 | | 10266 | Pacific Gas and Electric Company | 9/27/2019 | $0.00 | $0.00 | $18,720.00 | $0.00 | $28,720.00 | Customer No Liability Energy Rate Claims |
| Winslow, Tamika 333 Vel Pl Fairfield, CA 94533 | | 4062 | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Customer No Liability Energy Rate Claims |
| Wise, Tammy 4937 Nesbitt Dr Corpus Christi, TX 78415 | | 4788 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Energy Rate Claims |
| Wong, Lawrence 413 3rd St Oakland, CA 94607-3816 | | 6815 | Pacific Gas and Electric Company | 8/13/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Customer No Liability Energy Rate Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Xu, Lawrence 336 South Mayfair Ave Daly City, CA 94015 | | 57978 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Yang, Vang 175 W Princeton Ave Fresno, CA 93705-4437 | | 8143 | PG&E Corporation | 8/29/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Customer No Liability Energy Rate Claims |
| Coate, Michelle 1150 Oak Ave Apt #10 Redwood City, CA 94061 | | 3744 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Claims To Be Expunged Totals | | Count:170 | | | $278,116.32 | $0.00 | $95,191.79 | $728,385.78 | $1,101,693.89 | |