

Signed and Filed: April 23, 2021

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>      - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING OR ALLOWING IN REDUCED AMOUNTS PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SIXTY-NINTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**<br><br>[Re: Dkt. Nos. 10425, 10553] |

Upon the *Reorganized Debtors' Report on Responses to Sixty-Eighth Through Seventy-Second Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket No. 10553] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**", as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Sixty-Ninth Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 10425] (the "**Sixty-Ninth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 10525 | Whitebox Multi-Strategy Partners, LP as Transferee of CN Utility Consulting, Inc. | 3630<br>78474 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to May 11, 2021. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 10525 | Whitebox Multi-Strategy Partners, LP as Transferee of Wright Tree Service of the West, Inc. | 3667<br>68125<br>58854 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to May 11, 2021. |

2. The Claims listed in the column headed "Claim/Schedule to Be Reduced or Disallowed" in **Exhibit 1** hereto are either disallowed or allowed in the Reduced Claim Amount as set forth therein.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Agmnetworks, Inc c/oOne Call Attn Legal Dept 841 Prudential Drive Suite 204 Jacksonville, FL 32207 | 9903 | Pacific Gas and Electric Company | 9/27/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $27,309.50 | $27,309.50 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Agmnetworks, Inc. c/oOne Call Attn: Legal Dept 841 Prudential Drive Suite 204 Jacksonville, FL 32207 | 10046 | PG&E Corporation | 9/27/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,859.48 | $1,859.48 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| BEERYS PHYSICAL THERAPY INC 5108 HWY 140 UNIT B MARIPOSA, CA 95338 | 3987 | Pacific Gas and Electric Company | 7/29/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,170.00 | $2,170.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CALLISTRI CHIROPRACTIC INC 680 TENNANT AVE STE G MORGAN HILL, CA 95037 | 3929 | PG&E Corporation | 7/24/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $3,651.00 | $3,651.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CENTRAL ANESTHESIA SERVICE EXCHANGE, MEDICAL GROUP, INC. P.O. Box 660910 SACRAMENTO, CA 95866 | 58350 | PG&E Corporation | 10/17/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Central Anesthesia Service Exchange, Medical Group, Inc. P.O. Box 660910 Sacramento, CA 95866 | 58171 | PG&E Corporation | 10/17/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $720.00 | $720.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Central Anesthesia Service Exchange, Medical Group, Inc. Amanda Jane Laubinger 3315 Watt Ave Sacramento, CA 95821 | 58176 | PG&E Corporation | 10/17/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $1,920.00 | $1,920.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Central Anesthesia Service Exchange, Medical Group, Inc. PO Box 660910 Sacramento, CA 95866 | 58207 | PG&E Corporation | 10/17/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $2,520.00 $0.00 | $2,520.00 $0.00 | Books and Records |
| Dovskaya, Lyubov Law Offices of Svetlana Shirinova Svetlana Shirinova 870 Market Street, Ste 948 San Francisco, CA 94102 | 79141 | PG&E Corporation | 10/21/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☑ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $200,000.00 $0.00 | $200,000.00 $0.00 | Books and Records |
| Medi-Legal LLC PO Box 1288 West Covina, CA 91793 | 87079 | PG&E Corporation | 10/25/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $14,350.00 $0.00 | $14,350.00 $0.00 | Books and Records |
| Monterey County Surveyors, Inc. 232 Salinas Street Salinas, CA 93901-2714 | 8645 | PG&E Corporation | 9/10/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $5,050.00 $0.00 | $5,050.00 $0.00 | Books and Records |
| National Technology Transfer, Inc. 6675 S Kenton St Ste 100 Centennial, CO 80111 | 10045 | PG&E Corporation | 9/27/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $8,300.00 $0.00 | $8,300.00 $0.00 | Books and Records |
| One Call Attn: Legal Dept 841 Prudential Drive Suite 204 Jacksonville, FL 32207 | 10049 | PG&E Corporation | 9/27/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $5,570.70 $0.00 | $5,570.70 $0.00 | Books and Records |
| One Call Attn: Legal Department 841 Prudential Drive Suite 204 Jacksonville, FL 32207 | 9912 | Pacific Gas and Electric Company | 9/27/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ **Reduced Claim Amount:** | | $0.00 $0.00 | $0.00 $0.00 | $0.00 $0.00 | $9,367.50 $0.00 | $9,367.50 $0.00 | Books and Records |

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | Filed/Sched. Claim Amount: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RECOVERY RESOURCES INC P. BOX 1347 ALAMEDA, CA 94501-0145 | 80360 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount: Unliquidated ✓ Reduced Claim Amount: | | $0.00 $0.00 | $0.00 $0.00 | $547.26 $0.00 | $0.00 $0.00 | $547.26 $0.00 | Books and Records |
| RECOVERY RESOURCES INC PO Box 1347 ALAMEDA, CA 94501 | 79821 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | | $0.00 $0.00 | $0.00 $0.00 | $5,598.62 $0.00 | $0.00 $0.00 | $5,598.62 $0.00 | Books and Records |
| Recovery Resources Inc PO Box 1347 Alameda, CA 94501-0145 | 79777 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | | $0.00 $0.00 | $0.00 $0.00 | $3,593.50 $0.00 | $0.00 $0.00 | $3,593.50 $0.00 | Books and Records |
| RECOVERY RESOURCES INC P. BOX 1347 ALAMEDA, CA 94501-0145 | 79775 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | | $0.00 $0.00 | $0.00 $0.00 | $4,690.18 $0.00 | $0.00 $0.00 | $4,690.18 $0.00 | Books and Records |
| Recovery Resources Inc PO Box 1347 Alameda, CA 94501-0145 | 71100 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | | $0.00 $0.00 | $0.00 $0.00 | $3,311.36 $0.00 | $0.00 $0.00 | $3,311.36 $0.00 | Books and Records |
| RECOVERY RESOURCES INC P. Box 1347 ALAMEDA, CA 94501 | 79735 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | | $0.00 $0.00 | $0.00 $0.00 | $2,579.53 $0.00 | $0.00 $0.00 | $2,579.53 $0.00 | Books and Records |
| Recovery Resources Inc PO Box 1347 Alameda, CA 94501-0145 | 79352 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | | $0.00 $0.00 | $0.00 $0.00 | $3,739.37 $0.00 | $0.00 $0.00 | $3,739.37 $0.00 | Books and Records |
| RECOVERY RESOURCES INC P. Box 1347 ALAMEDA, CA 94501 | 79713 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ Reduced Claim Amount: | | $0.00 $0.00 | $0.00 $0.00 | $13,479.67 $0.00 | $0.00 $0.00 | $13,479.67 $0.00 | Books and Records |

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RECOVERY RESOURCES INC PO Box 1347 ALAMEDA, CA 94501 | 79704 | Pacific Gas and Electric Company | 10/16/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $1,425.04 | $0.00 | $1,425.04 | Books and Records |
| | | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| RECOVERY RESOURCES INC PO Box 1347 ALAMEDA, CA 94501 | 72172 | Pacific Gas and Electric Company | 10/16/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $2,056.68 | $0.00 | $2,056.68 | Books and Records |
| | | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Recovery Resources Inc PO Box 1347 Alameda, CA 94501-0145 | 77300 | Pacific Gas and Electric Company | 10/16/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $53,618.86 | $0.00 | $53,618.86 | Books and Records |
| | | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Republic Document Management North, Inc 6767 Clark Ave., Ste. 250 Dublin, CA 94568 | 71692 | Pacific Gas and Electric Company | 10/17/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $961.97 | $0.00 | $961.97 | Books and Records |
| | | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Robert A Rovner APC 620 El Capitan Dr Ste 200 Danville, CA 94526 | 1630 | PG&E Corporation | 3/11/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $169.00 | $169.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| SAC SOLANO ANESTHESIA EXCHANGE MEDICAL GROUP INC PO BOX 60877 SACRAMENTO, CA 95866-0877 | 57395 | PG&E Corporation | 10/16/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,700.00 | $2,700.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| TRAN, TUAN H MD 3042 TULARE FRESNO, CA 93721 | 4634 | Pacific Gas and Electric Company | 8/1/2019 | **Filed/Sched. Claim Amount:** | Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count:29** | | | | | $0.00 | $0.00 | $95,602.04 | $287,457.18 | $383,059.22 | |
| **Remaining Total** | | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |