

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: April 23, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SEVENTIETH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>[Re: Dkt. Nos. 10428, 10553] |

Upon the *Reorganized Debtors' Report on Responses to Sixty-Eighth Through Seventy-Second Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket No. 10553] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Seventieth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 10428] (the "**Seventieth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proof of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | CRG Financial LLC as Assignee of Development Dimensions | 87177 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to May 11, 2021. |

2. The Claims listed in the column headed "Claim/Schedule to Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Weather & Sea Conditions, Inc. P.O. Box 512 Pacific Palisades, CA 90272 | | 4305 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $8,008.00 | $0.00 | $8,008.00 | Other Satisfied |
| Gillette, Jay 40000 Rd. 114 Dinuba, CA 93618 | | 4285 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $2,414.00 | $0.00 | $2,414.00 | Engineering Advances and Other Refunds |
| Global Labs, Inc California Laboratory Services 3249 Fitzgerald Road Rancho Cordova, CA 95742 | | 1900 | PG&E Corporation | 3/29/2019 | $0.00 | $0.00 | $0.00 | $553.50 | $553.50 | Other Satisfied |
| Hu, Rong 400 Stanage Ave Apt C Albany, CA 94706-1245 | | 5100 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Engineering Advances and Other Refunds |
| Paso Robles Multifamily LLC 2 Park Plaza, Suite 1700 Irvine, CA 92614 | | 97691 | Pacific Gas and Electric Company | 3/6/2020 | $0.00 | $0.00 | $12,850.00 | $36,955.52 | $49,805.52 | Main Line Extension Reimbursement Claims |
| QUIST, HAL C/O RICHOFF LAW GROUP 600 COOLIDGE DR STE 190 FOLSOM, CA 95630 | | 2305 | Pacific Gas and Electric Company | 4/15/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Other Satisfied |
| Ranson, Elizabeth 57 Osprey Ct Redwood City, CA 94065 | | 4875 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $2,149.49 | $2,149.49 | Main Line Extension Reimbursement Claims |
| Schofield, Clif 133 Wellington Ave Clyde, CA 94520 | | 3591 | Pacific Gas and Electric Company | 7/14/2019 | $0.00 | $0.00 | $0.00 | $900.00 | $900.00 | Engineering Advances and Other Refunds |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| United States Of America, acting by and through, Dept. of Energy, Western Area Power Administration | | 17097 | Pacific Gas and Electric Company | 10/4/2019 | $0.00 | $0.00 | $0.00 | $376.00 | $376.00 | Other Satisfied |
| US Dept of Justice Matthew J. Troy, Senior Trial Counsel PO Box 875 Ben Franklin Station Washington, DC 20044-0875 | | | | | | | | | | |
| YSI Inc. 1700 Braunnum Ln. Yellow Springs, OH 45387-1106 | | 105761 | PG&E Corporation | 6/12/2020 | $0.00 | $0.00 | $0.00 | $12,326.13 | $12,326.13 | Other Satisfied |
| Claims To Be Expunged Totals | | Count:10 | | | $0.00 | $0.00 | $23,272.00 | $556,260.64 | $579,532.64 | |