

Signed and Filed: April 23, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SEVENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (CUSTOMER NO LIABILITY / PASSTHROUGH CLAIMS)** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **[Re: Dkt. No. 10434, 10553]** |

Upon the *Reorganized Debtors' Report on Responses to Sixty-Eighth Through Seventy-Second Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket No. 10553] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Seventy-Second Omnibus Objection to Claims (Customer No Liability / Passthrough Claims)* [Docket No. 10434] (the "**Seventy-Second Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proof of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Pizza Factory | 4047 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to May 11, 2021. |

1    2.    The Claims listed in the column headed "Claim/Schedule to be Expunged" in **Exhibit 1**

2  hereto are expunged.

3    3.    This Court shall retain jurisdiction to resolve any disputes or controversies arising from

4  this Order.

*** END OF ORDER ***

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Prera, Maria Elena 391 Whitman St Apt 1 Hayward, CA 94544-2493 | | 9165 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| Barrett, Dion 1701 Wylie Drive Modesto, CA 95355-3830 | | 3890 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer No Liability / Passthrough Claims |
| Amy 3855 Old Quarry Loop Oakland, CA 94605 | | 7120 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $1,316.88 | $1,316.88 | Customer No Liability / Passthrough Claims |
| Ungui, Sue 1244 Keith Winney Cir Sacramento, CA 95829 | | 7736 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Christopher 1200 Flora Cmn Livermore, CA 94551 | | 3755 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| Zimer, Melenie 2155 E Bulldog Ln Apt 207 Fresno, CA 93710-7378 | | 7090 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Joy, Robert L PO Box 2213 Willits, CA 95490-2213 | | 5163 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Customer No Liability / Passthrough Claims |
| Frances, Sybil PO Box 1567 Kelseyville, CA 95451 | | 4169 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Goodman, Josh PO Box 1808 Claytonville, CA 95454-1808 | | 6414 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $12,500.00 | $12,500.00 | Customer No Liability / Passthrough Claims |
| Grossi, Peter Albert PO Box 441 Browns Valley, CA 95918-0441 | | 6820 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $3,600.00 | $3,600.00 | Customer No Liability / Passthrough Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CA NOHO, LLC - Greystar California, Inc. AAF 2900 Menjivar 750 Bering Drive Suite 300 Houston, TX 77057 | | 10313 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $2,309.46 | $2,309.46 | Customer No Liability / Passthrough Claims |
| Harris, Tamy 925 Willow Rd Apt 5 Menlo Park, CA 94025-1649 | | 5085 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Customer No Liability / Passthrough Claims |
| Hussein, Safwan 4892 E Shields Ave Fresno, CA 93726-7309 | | 6702 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $1,636.00 | $0.00 | $1,636.00 | Customer No Liability / Passthrough Claims |
| Jung, Sang Joon 3301 Parkview Ln Apt 8C Irvine, CA 92612-1910 | | 7281 | Pacific Gas and Electric Company | 8/15/2019 | $0.00 | $0.00 | $0.00 | $264.25 | $264.25 | Customer No Liability / Passthrough Claims |
| Lessay, Missy 2124 Ocean St Apt 2 Oceano, CA 93445-8932 | | 5104 | Pacific Gas and Electric Company | 8/4/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| Nhan 2 Barber Lane Milpitas, CA 95035 | | 4375 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $6,111.00 | $6,111.00 | Customer No Liability / Passthrough Claims |
| Tandrin, Pete M 3228 Rd 29 1/2 Madera, CA 93638 | | 81245 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $1,800.00 | $1,800.00 | Customer No Liability / Passthrough Claims |
| Mihailovich, Diana Z 19 S. Mayfair Ave Daly City, CA 90415 | | 92626 | Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $25.00 | $25.00 | Customer No Liability / Passthrough Claims |
| Nguyen, An Nu 7256 Pinto Ridge Court San Diego, CA 92127 | | 8888 | Pacific Gas and Electric Company | 9/14/2019 | $0.00 | $0.00 | $0.00 | $246.73 | $246.73 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Nguyen, Long Dinh, ... S 6th St Unit 3305, San Jose, CA 95112-3956 | | 5319 | PG&E Corporation | 8/6/2019 | $0.00 | $0.00 | $0.00 | $279.56 | $279.56 | Customer No Liability / Passthrough Claims |
| O'Kane, Lynn, PO Box 454, Dobson, CA 95326 | | 3709 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Customer No Liability / Passthrough Claims |
| ..., Jayden, ...A Manor Estates 1451 Granite Rock Dr, Paterson, CA 95363-8772 | | 60055 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Customer No Liability / Passthrough Claims |
| Grashuber, Damon, ...980 Boyle Road, ... Cedro, CA 96073 | | 80029 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $420.00 | $420.00 | Customer No Liability / Passthrough Claims |
| ...t, Charmaine, ...04 Nora Way, Arvin, CA 93203-2505 | | 5203 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Customer No Liability / Passthrough Claims |
| EMLIN, NORA JEAN, ... 9th ST, Bakersfield, CA 93304-1615 | | 4656 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| ...chida, Terri, ... Tsuchida 68 Lycett Circle, ...y City, CA 94015-2866 | | 5148 | PG&E Corporation | 8/2/2019 | $0.00 | $0.00 | $0.00 | $3,306.39 | $3,306.39 | Customer No Liability / Passthrough Claims |
| Velazquez, Elsa, ...21 Da Vinci St, El Paso, TX 79936-6317 | | 9485 | Pacific Gas and Electric Company | 9/20/2019 | $236.00 | $0.00 | $0.00 | $0.00 | $236.00 | Customer No Liability / Passthrough Claims |
| Washington, Mary Ann, ... N Whisman Rd Apt 3711, Mountain View, CA 94043-4917 | | 6510 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $2,850.00 | $2,150.00 | $5,000.00 | Customer No Liability / Passthrough Claims |
| **Claims To Be Expunged Totals** | | Count:28 | | | $236.00 | $0.00 | $7,486.00 | $56,379.27 | $64,101.27 | |

Case: 19-30088    Doc# 10768    Filed: 04/23/21    Entered: 04/23/21 19:10:10    Page ... of 6