Jeffrey H. Lowenthal (State Bar No. 111763)
Dana M. Andreoli (State Bar No. 262068)
Stacey C. Quan (State Bar No. 280004)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:    (415) 421-3400
Facsimile:    (415) 421-2234
E-mail:       jlowenthal@steyerlaw.com
              dandreoli@steyerlaw.com
              squan@steyerlaw.com

Attorneys for Creditor Tanforan Industrial Park, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088-DM |
| | Chapter 11 |
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |
| | |
| | **REQUEST TO BE REMOVED FROM ECF NOTICE LIST** |

1  PLEASE TAKE NTOICE that the undersigned attorney (Jeffrey H. Lowenthal) hereby requests to be removed from this Court's Notice of Electronic Filing distribution and further wishes to cease receiving all notifications and documents filed in the above-captioned bankruptcy cases and related adversary proceedings and appeals.

Dated:  April 23, 2021

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

By: _____
Jeffrey H. Lowenthal
Dana M. Andreoli
Stacey C. Quan
Attorneys for Creditor Tanforan Industrial Park, LLC

# CERTIFICATE OF SERVICE

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, State of California, and my business address is Steyer Lowenthal Boodrookas Alvarez & Smith LLP, 235 Pine Street, 15th Floor, San Francisco, California 94104.

On the date set forth below, I served a true and correct copy of the following documents:

**REQUEST TO BE REMOVED FROM ECF NOTICE LIST**

by transmitting the above document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 23, 2021 at San Francisco, California.

*P. Spencer*
Patricia Spencer