**Exhibit A**

| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**[PROPOSED] ORDER FIXING IN AMOUNT AND ALLOWING CLAIM NO. 8671 (ROBERT B. WISTER)**<br><br>**[Re: Dkt. Nos. 9464 and 9672]** |

The Court having reviewed Claim No. 8671 (Robert B. Wister) filed on September 9, 2019 (the "**Claim**"), the *Reorganized Debtors' Forty-Fourth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 9464] (the "**Forty-Fourth Omnibus Objection**"), of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), the Response to the Forty-Fourth Omnibus Objection filed by Mr. Wister [Docket No. 9672], the letter to the Court filed by Mr. Wister on April 16, 2021 [Docket No. 10551], and the *Reorganized Debtors' Report on Status and Resolution of Omnibus Objections with Respect to Certain Claims* [Docket No. •]; and this Court having jurisdiction to consider the Claim pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Claim being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and pursuant to the representations of counsel for the Reorganized Debtors at the hearing on this Claim that the Reorganized Debtors disclaim liability but wish to resolve the Claim; and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. The Claim is ALLOWED in the amount of $1,040.

2. Prime Clerk LLC, the Debtors' claims and noticing agent, is authorized to update the official claims register for the Chapter 11 Cases to reflect the allowance ordered in paragraph 1 hereto.

3. The allowance ordered in paragraph 1 hereto does not constitute a finding as to any wrongdoing or liability on the part of the Reorganized Debtors.

4. The Forty-Fourth Omnibus Objection is deemed WITHDRAWN with respect to the Claim.

5. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

## Court Service List

Robert B. Wister
26256 Hickory Avenue
Hayward, California 94544-3112