WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESPONSES TO REORGAZINED DEBTORS' THIRD SECURITIES CLAIMS OMNIBUS OBJECTION (SECURITIES ACQUIRED OUTSIDE SUBJECT PERIOD) AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | [Re: Dkt. No. 10417]<br><br>**Resolving Objections Set for Hearing April 28, 2021 at 10:00 a.m. (Pacific Time)** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996], that the Court enter an order by default on the *Reorganized Debtors' Third Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)* [Docket No. 10417] (the "**Third Securities Claims Omnibus Objection**").

## RELIEF REQUESTED IN THE THIRD SECURITIES CLAIMS OMNIBUS OBJECTION

The Third Securities Claims Omnibus Objection seeks to disallow and expunge the proofs of claim that were filed by PG&E security holders who do not purport to have purchased or otherwise acquired PG&E securities during the period April 29, 2015 through November 15, 2018 and who did not file a claim prior to the original bar date of October 21, 2019. These claims are listed in Exhibit 1 to the Third Securities Claims Omnibus Objection.

## NOTICE AND SERVICE

The Reorganized Debtors filed a Notice of Hearing with respect to the Third Securities Claims Omnibus Objection [Docket No. 10419] (the "**Notice of Hearing**"). The Third Securities Claims Omnibus Objection was also supported by the *Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors Third Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)* [Docket No. 10418] (the "**Declaration**"). The Third Securities Claims Omnibus Objection, the Notice of Hearing, and the Declaration were served as described in the *Certificate of Service of Joseph Ledwin*, filed on March 22, 2021 [Docket No. 10446] (the "**Certificate of Service**"). As further described in the Certificate of Service, on March 17, 2021, each holder of a claim listed on Exhibit 1 to the Third Securities Claims Omnibus Objection received a notice including the claim number, debtor,

claim amount and priority, and the basis for Reorganized Debtors' objection with respect to the applicable claim to be disallowed and expunged.

The deadline to file responses or oppositions to the Third Securities Claims Omnibus Objection has passed. The Reorganized Debtors have not received any formal or informal responses.

**DECLARATION OF NO OPPOSITION RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner with the law firm of Weil, Gotshal, and Manges LLP ("**Weil**"), counsel for the Reorganized Debtors.

2. The Court's docket in the Chapter 11 Cases has been reviewed and Weil has determined that no responses have been filed with respect to the Third Securities Claims Omnibus Objection.

WHEREFORE, the Reorganized Debtors hereby request entry of an Order disallowing and expunging the proof of claims listed in the column headed "Claims to be Disallowed and Expunged" in **Exhibit A** to this Request, which listed claims are identical to those listed in Exhibit 1 to the Third Securities Claims Omnibus Objection.

Executed on April 23, 2021 in New York, NY.

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: */s/ Richard W. Slack*
      Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*

# Exhibit A

**(Claims for Securities Acquired Outside Subject Period)**

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ADDIE S WONG & JULIE A WONG JT TEN<br>2257 HIGHGATE DR<br>RICHMOND CA 94806-5280 | | 98997 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $25,734.00 | $25,734.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 2 | ADDIE S WONG & JULIE A WONG TR UA APR 29 93 THE WONG FAMILY LIVING TRUST<br>2257 HIGHGATE DR<br>RICHMOND CA 94806-5280 | | 99063 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $21,390.00 | $21,390.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 3 | ALTHAN, KURT<br>47 WINDSOR LN<br>BOYNTON BEACH FL 33436 | | 103154 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $12,429.33 | $12,429.33 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 4 | ANDES, RONALD<br>720 ABDELLA WAY<br>THE VILLAGES FL 32163 | | 97729 | PG&E Corporation | 3/11/2020 | $0.00 | $0.00 | $0.00 | $2,829.50 | $2,829.50 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 5 | ANTICE, DOROTHY<br>1196 DAKOTA RD<br>NORTH BRUNSWICK NJ 08902-1618 | | 98539 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 6 | BOSWELL, HERBERT C.<br>PO BOX 1782<br>MONTGOMERY AL 36102 | | 98279 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $610.00 | $610.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 7 | BRACE, MILLER AND BARBARA<br>7963 NUMBER TWP ROAD WESTMANLIUS NY 13104 | | 104642 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $2,178.68 | $2,178.68 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 8 | BROOKFIELD INFRASTRUCTURE CORPORATION, BROOKFIELD INFRASTRUCTURE HOLDINGS (CANADA) INC. AND BROOKFIELD INFRASTRUCTURE PARTNERS CAPITAL MANAGEMENT SRL<br>BRIAN HOURIHAN<br>BROOKFIELD PUBLIC SECURITIES GROUP LLC<br>BROOKFIELD PLACE<br>250 VESEY STREET, 15TH FLOOR<br>NEW YORK NY 10281 | | 101489 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 9 | CARBONI, DIANE F<br>7 IMPATIENS CT<br>MARLTON NJ 08053-5535 | | 99782 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,658.50 | $2,658.50 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 10 | CIRO LANDI & JUNE LANDI TR LIVING TRUST UA SEP 9 89<br>104 APRIL AVE<br>SOUTH SAN FRANCISCO CA 94080-3011 | | 100054 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,376.00 | $4,376.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 11 | CLAREY, DONALD HARRY<br>1905 UNIT 135 MIDDLE SUMMIT DR<br>DALTON GA 30721 | | 98338 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 12 | CLARK, BARBARA<br>14101 KINGS MEADOW<br>SAN ANTONIO TX 78231 | | 102771 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 13 | COMER, JOHN D<br>19717 HIGHWAY 131<br>BOND CO 80423-9509 | | 98118 | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 14 | COMMISSION DE LA CONSTRUCTION DU QUEBEC 009112129.2<br>FIDUCIE DESJARDINS INC<br>ATTN : REORG MTL1-34E-B<br>1 COMPLEXE DESJARDINS<br>CP 34 SUCCURSALE DESJARDINS<br>MONTRÉAL QC H5B 1E4 | | 102821 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 15 | CUNNINGHAM, STEVEN AND CHERYL<br>1431 YORKSHIRE AVE<br>CASPER WY 82609 | | 97915 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

[1] Claims listed as $0.00 seek an unliquidated amount.

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | D. ROBINSON SEP PROP, DOUGLAS S & KELLEY ROBINSON TTEES ROBINSON FAMILY TRUST UAD 4-25-2002 131 E. HAMILTON AVENUE CAMPBELL CA 95008 | | 103103 | PG&E Corporation | 4/23/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 17 | DAANE, GERALD 2018 W RIVERS EDGE LN SAINT GEORGE UT 84770 | | 99244 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $105,583.00 | $105,583.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 18 | DANIEL J DEL PONTE & FRANCA DEL PONTE TR UA OCT 17 95 DEL PONTE TRUST 16 IVANHOE CT LAFAYETTE CA 94549-1928 | | 99847 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 19 | DAVIS, DORIS P. 200 HOMEWOOD AVE. DEBARY FL 32713 | | 98429 | PG&E Corporation | 4/3/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 20 | DAVIS, FRANCES E. 385 LAKEMOORE DRIVE N.E. ATLANTA GA 30342-3830 | | 99408 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $637.38 | $637.38 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 21 | DAWSON, STEVEN WILLIAM 313 COSTER ST HINCKLEY IL 60520 | | 101244 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 22 | DELAWARE VIP LIMITED-TERM DIVERSIFIED INCOME SERIES C/O PETER M. SAPAROFF, ESQ.-MINTZ LEVIN ONE FINANCIAL CENTER BOSTON MA 02111 | | 99365 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 23 | DELVENTHAL, HELGA E | | 99490 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,056.86 | $4,056.86 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 24 | DESBRO, D JOHANNA 1636 MINNESOTA ST FAIRFIELD CA 94533-4552 | | 97906 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 25 | DEWALD, HEIDI L ZANNER & BRADLEY J DEWALD JT TEN 3538 E MICHIGAN AVE AU GRES MI 48703-9627 | | 98223 | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $981.23 | $981.23 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 26 | DIANE R ODDONE TR UA JUL 15 97 THE LOUIS AND DIANE ODDONE TRUST 477 VISTA CT BENICIA CA 94510-2715 | | 98048 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $40,202.62 | $40,202.62 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 27 | DIAS, EDWARD MANUEL PO BOX 3112 FREMONT CA 94539-0311 | | 98907 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 28 | DISTERHEFT, FAINA 77 PARNASSUS AVE SAN FRANCISCO CA 94117-4342 | | 98122 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 29 | DONALD J BAUMGARTNER & BETTY A BAUMGARTNER TR DONALD & BETTY BAUMGARTNER 1991 REVOCABLE TRUST UA NOV 11 91 5141 DOVER AVE SACRAMENTO CA 95819-3823 | | 99089 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 30 | DONALD W KOEPP & KATHLEEN R KOEPP JT TEN 2368 MAGDA CIR THOUSAND OAKS CA 91360-1829 | | 102901 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $5,194.00 | $5,194.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 31 | DRRT FBO AMPEGA ASSET MANAGEMENT GMBH (HANNOVER) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 103584 | Pacific Gas and Electric Company | 4/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | DRRT FBO ARCA FONDI SGR S.P.A. 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100687 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 33 | DRRT FBO ARCA FONDI SGR S.P.A. 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100948 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 34 | DRRT FBO ARCA FONDI SGR S.P.A. 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100951 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 35 | DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99316 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 36 | DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH (7331) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99300 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 37 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (ARRE GR) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99631 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 38 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (HMMS) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100115 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 39 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (LHTB) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99321 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 40 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (OB1 C) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100179 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 41 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (PBKM UNPAE) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99409 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 42 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (PEKA1 MS) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100209 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (RABW) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99752 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 44 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (VAKM PI) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100128 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 45 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (VKV A) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99276 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 46 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (VW CORP) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100126 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 47 | DRRT FBO KAISER PERMANENTE 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 98766 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 48 | DRRT FBO KAISER PERMANENTE 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 98974 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 49 | DRRT FBO KAISER PERMANENTE 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 98990 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 50 | DRRT FBO LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH (3003) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100503 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 51 | DRRT FBO LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH (3119) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100508 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 52 | DRRT FBO LIECHTENSTEINISCHE LANDESBANK AG 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99254 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $68,270.73 | $68,270.73 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 53 | DRRT FBO MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100538 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 54 | DRRT FBO MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100705 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | DRRT FBO MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100711 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 56 | DRRT FBO MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 101034 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 57 | DRRT FBO MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH DRRT 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100724 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 58 | DRRT FBO MEAG MUNICH ERGO KAPITANLANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100772 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 59 | DRRT FBO MEAG MUNICH ERGO KAPITANLANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100946 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 60 | DRRT FBO METZLER ASSET MANAGEMENT GMBH (271) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100326 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 61 | DRRT FBO METZLER ASSET MANAGEMENT GMBH (304) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100841 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 62 | DRRT FBO MULTICONCEPT FUND MANAGEMENT S.A. (2901) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 101411 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 63 | DRRT FBO SWISS REINSURANCE COMPANY LTD ( HF7018) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100157 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 64 | DRRT FBO SWISS REINSURANCE COMPANY LTD (NYEU93) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99711 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 65 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NF2A70) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99697 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 66 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYEU94) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 99673 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYGE2K)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99742 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 68 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYSA97)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99682 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 69 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYSL2T)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99822 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 70 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF1Z04)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100174 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 71 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF3A1C)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99842 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 72 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF67LO)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99858 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 73 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF67LP)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100212 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 74 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF67M9)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 99748 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 75 | DRRT FBO SWISSCANTO FONDSLEITUNG AG<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 98705 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 76 | DRRT FBO SWISSCANTO FONDSLEITUNG AG<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 98707 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 77 | DRRT FBO SWISSCANTO FONDSLEITUNG AG<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 98876 | Pacific Gas and Electric Company | 4/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 78 | DRRT FBO SWISSCANTO FONDSLEITUNG AG<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 98971 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 79 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0970_B)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | | 100590 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU6362) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100039 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 81 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9131) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100081 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 82 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9131) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100195 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 83 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9322_C) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100185 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 84 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A.(LU9775) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100548 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 85 | DRRT FBO WARBURG INVEST AG 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100382 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 86 | DRRT FBO WARBURG INVEST AG 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | | 100450 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 87 | E JOHN NUTTING & MARCELLA A NUTTING TR NUTTING FAMILY TRUST UA SEP 21 94 14 PENSACOLA COURT NOVATO CA 94949-5859 | | 99274 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 88 | EDWARD W FONG & JOYCE Y FONG TR EDWARD W & JOYCE Y FONG REVOCABLE TRUST UA AUG 12 94 12 SUNLIT CIR SACRAMENTO CA 95831-1657 | | 98693 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $16,000.00 | $16,000.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 89 | ELKIN, ELISSA R TOD MARJORIE ELKIN SUBJECT TO STA TOD RULES 55 W 14TH ST APT 8B NEW YORK NY 10011-7411 | | 98737 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 90 | ELKIN, MARJORIE 55 W 14TH ST APT 11K NEW YORK NY 10011-7411 | | 99863 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 91 | ELLSWORTH L CHAN TR ELLSWORTH L CHAN REVOCABLE TRUST UA APR 26 88 1951 W 233RD ST TORRANCE CA 90501-5530 | | 98075 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $18,556.95 | $18,556.95 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 92 | EUGENE A YOUNG & BETTY YOUNG JT TEN 13136 TOLLWAY DR BATON ROUGE LA 70816-4917 | | 98281 | Pacific Gas and Electric Company | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 93 | FISHER, HARVEY L PO BOX 1343 TRES PINOS CA 95075-1343 | | 98954 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | FONDS DESJARDINS ACTIONS MONDIALE A FAIBLE VOLATILITE 009111116/2.2 ATTN : REORG MTL1-34E-B 1 COMPLEXE DESJARDINS C.P. 34 SUCCURSALE DESJARDINS MONTREAL QC H5B 1E4 | | 103075 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 95 | FONDS DESJARDINS ACTIONS MONDIALE A FAIBLE VOLATILITE 009111116/2.2 FIDUCIE DESJARDINS INC. ATTN : REORG MTL1-34E-B 1 COMPLEXE DESJARDINS C.P. 34 SUCCURSALE DESJARDINS MONTRÉAL QC H5B 1E4 | | 103102 | PG&E Corporation | 4/23/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 96 | FRANCESCO MARRELLO 13833 S AUSTIN RD MANTECA CA 95336-9780 | | 99335 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 97 | FRANK L MARGOLIS & JOYCE W MARGOLIS TR UA JUL 15 99 THE FRANK L MARGOLIS REVOCABLE TRUST 4550 N CHARLES ST BALTIMORE MD 21210-2602 | | 98686 | PG&E Corporation | 4/3/2020 | $0.00 | $0.00 | $0.00 | $3,150.00 | $3,150.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 98 | FREEDMAN, JOHN L 818 BIRCH CT REDLANDS CA 92374-6302 | | 98918 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $3,609.00 | $3,609.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 99 | FRIEDRICH & MONA SCHROEDER JT WROS 1512 SE 24TH AVENUE OCALA FL 34471 | | 102765 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $13,300.19 | $13,300.19 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 100 | GEORGE KRASS III IRA 1229 SANDPIPER LN NAPERVILLE IL 60540 | | 99042 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 101 | GEORGE LEHMAN & HELEN M LEHMAN TR UA JAN 16 10 THE GEORGE ALEXANDER AND HELEN MARIE LEHMAN LIVING TRUST 613 SW SPRUCE RD PORT ORCHARD WA 98367-7717 | | 98717 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 102 | GILBOY, BETSY R 102 PECAN GROVE APT 108 HOUSTON TX 77077-5293 | | 102960 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 103 | GILBOY, BETSY ROSS 102 PECAN GRV APT 108 HOUSTON TX 77077-5293 | | 102892 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 104 | GLENN, IRVIN & MATTHEW JT TEN 5605 ROYAL PALMS PL BAKERSFIELD CA 93312-5345 | | 98162 | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 105 | GRAFFUIS, BRENDEN A 13311 MCALLEN LN JUSTIN TX 76247 | | 99075 | PG&E Corporation | 4/12/2020 | $0.00 | $0.00 | $0.00 | $754.88 | $754.88 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 106 | GRASSO, JOHN A. P.O. BOX 474 GRAEAGLE CA 96103 | | 103310 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 107 | GRAVES, PATTI 2035 VINCENT DRIVE SAN MARTIN CA 95046 | | 102988 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 108 | GREENWALD, ALEXANDER S. 86 ROCKLAND DRIVE JERICHO NY 11753 | | 97885 | PG&E Corporation | 3/18/2020 | $0.00 | $0.00 | $0.00 | $8,496.80 | $8,496.80 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 109 | HALL, ALLEN SMITH 421 VILLAGE HALL PL NASHVILLE TN 37215-3452 | | 98736 | PG&E Corporation | 4/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | HELEN CURRY & ALVIN L BROWN C/O ALVIN L BROWN 4631 SW OLYMPIA PLACE LEES SUMMIT MO 64032-7100 | | 98050 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 111 | HENDRICKS, BARBARA J 3400 BAIRD DR EDMOND OK 73013-6327 | | 98214 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 112 | HILLARD, JOAN C 534 ARROYO DRSOUTH PASADENA CA 91030-1625 | | 98555 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $11,033.71 | $11,033.71 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 113 | HILLERY BOLT TRIPPE TR UA 10 13 17 4 IVY CT YOUNTVILLE CA 94599-1215 | | 99734 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $22,064.00 | $22,064.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 114 | HORTENSIA FICKETT PER REP ESTATE OF CHRISTINE F HUFF 8906 NW 15TH AVE VANCOUVER WA 98665-6720 | | 98077 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 115 | JACK B RIPSTEEN TR UA FEB 4 93 RIPSTEEN FAMILY TRUST PO BOX 5396 BERKELEY CA 94705-0396 | | 98356 | PG&E Corporation | 3/31/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 116 | JEANNE D JOHNSON TOD BARRY L JOHNSON SUBJECT TO STA TOD RULES 357 MARTIN RD FREDERICKTOWN MO 63645-9214 | | 98078 | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 117 | JOAN K WILCOX TR UA SEP 13 05 THE JOAN K WILCOX REVOCABLE TRUST 12883 GRAND ISLAND RD. WALNUT GROVE CA 95690 | | 99308 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 118 | JOE NITA KIRK TRUST 5 VIEW TER MILLBRAE CA 94030-2916 | | 98100 | Pacific Gas and Electric Company | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 119 | JOHN E SWAN & DAISY M SWAN JT TEN 10703 GRAND AVE TEMPLE CITY CA 91780-3408 | | 97940 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $12,000.00 | $12,000.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 120 | JOHN W CRABBE LIVING TRUST UAD 12/19/2005 P.O. BOX 67 HEREFORD AZ 85615-0067 | | 104684 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 121 | JOSEPH V. SORRENTINO/KRISTINE H. SORRENT VALUE C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | | 99294 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 122 | KELLY, FRANCES DONALD CURTIS JT TEN 1067 N CARIBE AVE TUCSON AZ 85710-1257 | | 98565 | Pacific Gas and Electric Company | 4/1/2020 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 123 | KING, ELISABETH K TWIN LAKES SOUTH 6531 SE FEDERAL HIGHWAY K-107 STUART FL 34997 | | 105661 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $192.96 | $192.96 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 124 | KING, GORDON EUGENE 2057 SOUTHGATE BLVD HOUSTON TX 77030-2119 | | 100559 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 125 | KOHLER, JOHN D 11251 DONA PEGITA DR STUDIO CITY CA 91604-4335 | | 98421 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 126 | LENTZ, MARILYN 6091 E 800 N COLUMBUS IN 47203 | | 103307 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $4,142.00 | $4,142.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | LOH, LEWIS I<br>1747 21ST AVENUE<br>SAN FRANCISCO CA 94122 | | 101774 | PG&E Corporation | 4/18/2020 | $0.00 | $0.00 | $0.00 | $258.55 | $258.55 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 128 | MACDONALD, BEVERLY WOOD<br>5 BRISA PL<br>HOT SPRINGS VILLAGE AR 71909-3718 | | 97916 | PG&E Corporation | 3/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 129 | MANULIFE INVESTMENT MANAGEMENT<br>ATTN: MR SINCLAIR JACINTO<br>200 BLOOR STREET EAST<br>TORONTO ON M4W E15 | | 101045 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 130 | MARSHALL JR., ROBERT B.<br>230 HONEYSUCKLE WAY<br>NICEVILLE FL 32578 | | 98852 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $2,205.06 | $2,205.06 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 131 | MARTIN, CAROL J<br>38770 CHESHIRE DR<br>NORTHVILLE MI 48167-9057 | | 100797 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 132 | MARTIN, JAMES V<br>210 ROOSEVELT RD<br>ROCHESTER NY 14618-2937 | | 98492 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $3,780.08 | $3,780.08 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 133 | MARTINSON, DOUGLAS J<br>19650 THIMBLECK DR<br>OREGON CITY OR 97045 | | 97822 | Pacific Gas and Electric Company | 3/16/2020 | $0.00 | $0.00 | $0.00 | $8,750.00 | $8,750.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 134 | MCKOWN, WILLIAM<br>W & R ENTERPRISES<br>2527 MARY ST.<br>MONTROSE CA 91020 | | 97985 | PG&E Corporation | 3/23/2020 | $0.00 | $0.00 | $0.00 | $13,482.58 | $13,482.58 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 135 | MCKOWN, WILLIAM<br>W & R ENTERPRISES<br>2527 MARY ST.<br>MONTROSE CA 91020 | | 98952 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $13,482.58 | $13,482.58 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 136 | MYRNA J. MCCLELLAN TRUSTEE<br>720 SW WINTERGARDEN DR<br>LEE'S SUMMIT MO 64081 | | 102522 | PG&E Corporation | 4/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 137 | OKUBO, MICHAEL<br>4546 N SACRAMENTO AVE<br>CHICAGO IL 60625 | | 100394 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 138 | PETERS, ANDRU M<br>1009 SAFARI WAY<br>LAKE CITY MN 55041-3311 | | 98361 | Pacific Gas and Electric Company | 3/31/2020 | $0.00 | $0.00 | $0.00 | $670.30 | $670.30 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 139 | PRINCIPAL FUNDS, INC - LARGECAP VALUE FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>ATTN: DEB EPP, SALLY D. SORENSEN<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 100974 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 140 | PRINCIPAL FUNDS, INC - LARGECAP VALUE FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>ATTN: DEB EPP, SALLY D. SORENSEN<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 102106 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 141 | PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST - US VALUE EQUITY FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 101377 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 142 | PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST - US VALUE EQUITY FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | | 101671 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 143 | PRINCIPAL GLOBAL INVESTORS TRUST - US LARGE CAP VALUE EQUITY TRUST C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101712 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 144 | PRINCIPAL GLOBAL INVESTORS TRUST - US LARGE CAP VALUE EQUITY TRUST C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 102099 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 145 | PRINCIPAL GLOBAL INVESTORS TRUST - US SELECT EQUITY TRUST C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101929 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 146 | PRINCIPAL LIFE INSURANCE COMPANY, DBA PRINCIPAL LARGECAP VALUE SEPARATE ACCOUNT C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101688 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 147 | PRINCIPAL VARIABLE CONTRACTS FUNDS, INC. - LARGECAP VALUE ACCOUNT C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 102101 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 148 | PRINCIPAL VARIABLE CONTRACTS FUNDS, INC. - LARGECAP VALUE ACCOUNT C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | | 101948 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 149 | PUCCETTI, ROBERT F 2625 E. SOUTHERN AVE TEMPE AZ 85282 | | 98827 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 150 | RIFFLE, CHARLES 5684 SUNLAND ST LOUISVILLE OH 44641 | | 97888 | PG&E Corporation | 3/19/2020 | $0.00 | $0.00 | $0.00 | $479.96 | $479.96 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 151 | RINALDI-KEGEL, CHRISTINE PO BOX 1377 FALLBROOK CA 92088-1377 | | 98249 | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 152 | ROTHSCHILD, DEBORAH EDITH 6157 COSTELLO AVE VAN NUYS CA 91401-2255 | | 100465 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $6,052.00 | $6,052.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 153 | SAWYER, JAN STACY PO BOX 8211 FREEMONT CA 94537 | | 98035 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $4,500.00 | $4,500.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 154 | SCHAEFER, GARRARD KELLY ONE CHEROKEE ROAD ATLANTA GA 30305 | | 102956 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 155 | SCHUBRING, DOUGLAS 17924 INTERURBAN BLVD SNOHOMISH WA 98296 | | 97734 | PG&E Corporation | 3/12/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 156 | SCHULZ, DAVID & DEANNA 10340 RIVA DE DESTINO AVE LAS VEGAS NV 89135 | | 98117 | PG&E Corporation | 3/25/2020 | $0.00 | $0.00 | $0.00 | $6,112.50 | $6,112.50 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 157 | SCOTT FAMILY REV LIVING TRUST 6423 FOX PRINT COURT PLACERVILLE CA 95667 | | 103048 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 158 | SHEAFFER, DALE L & DIANE K. JT TEN 50 EVERGREEN LN CARLISLE PA 17015-8874 | | 98070 | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 159 | SHELLER, JAMIE M<br>1140 TROUT DR<br>MANSFIELD OH 44903-9144 | | 99879 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 160 | SHIMABUKURO, ALTON M & SANDRA S TR UA FEB 24 06<br>98-1720 NAHELE ST.<br>AIEA HI 96701-1725 | | 99849 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $67,597.30 | $67,597.30 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 161 | SHUI LIN LEW TRUST U/A DATED 9/27/1995 CLIFFORD LEW, TRUSTEE<br>2225 CORONET BLVD<br>BELMONT CA 94002 | | 100060 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 162 | SMALLING, ALEXANDRIA WEAVER<br>1035 MADISON AVEWINSTON<br>SALEM NC 27103-4543 | | 98771 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 163 | SPITLER, SARAH A<br>480 N STATE RD #327<br>ANGOLA IN 46703 | | 104034 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 164 | STRINGER, J W<br>5029 ALLEN CAY DR.<br>TEXAS CITY TX 77590-1407 | | 98345 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 165 | SULLIVAN, HENRY J<br>60 MERRIMAC ST UNIT 806<br>AMESBURY MA 01913-4025 | | 98143 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $1,417.44 | $1,417.44 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 166 | TEALDI, FRANK<br>221 LOYOLA DR<br>MILLBRAE CA 94030-2950 | | 98006 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 167 | TEXTRON INC.<br>GALLIARD CAPITAL MANAGEMENT<br>ATTN: CORPORATE ACTIONS<br>800 LASALLE AVENUE<br>SUITE 1400<br>MINNEAPOLIS MN 55402 | | 101056 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 168 | THE ROBERT L. SMITH JR. TRUST C/O NORMA F. MCKILLIP, TRUSTEE<br>404 N LOTUS ISLE DRIVE<br>PORTLAND OR 97217 | | 100778 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 169 | TOM OR JUNE MINAIDIS<br>P.O. BOX 4EL<br>GRANADA CA 94018-0004 | | 103840 | Pacific Gas and Electric Company | 5/4/2020 | $3,655.83 | $0.00 | $0.00 | $3,655.83 | $7,311.66 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 170 | TRAIN, ELLEN<br>P.O. BOX 511<br>MOUNTAIN VIEW HI 96771-0511 | | 98577 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $434.40 | $434.40 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 171 | VERZI, ANN<br>1188 MANCHESTER RD<br>CHICO CA 95926-7347 | | 102675 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 172 | WAIN, GREGORY<br>1440 VETERAN AVE #238<br>LOS ANGELES CA 90024 | | 98296 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $7,972.62 | $7,972.62 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 173 | WALKER, BEVERLY A.<br>6997 CHERRY BLOSSOM LANE<br>HOSCHTON GA 30548 | | 103831 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 174 | WARDLAW, FRANCESCA B<br>4934 PATHWAY CT<br>FAIR OAKS CA 95628-3601 | | 98365 | PG&E Corporation | 3/31/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 175 | WEINMAN, BETTY<br>241 W 97TH ST APT 11 N<br>NEW YORK NY 10025-6265 | | 100814 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $14,902.33 | $14,902.33 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 176 | WELTON, BRUCE E.<br>3575 E. FRENCH RD.<br>ELSIDE MI 48831 | | 99864 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 177 | WERTZ, VIRGINIA H.<br>2902 LEONITA CT.<br>PRESCOTT AZ 86301 | | 97743 | PG&E Corporation | 3/12/2020 | $0.00 | $0.00 | $0.00 | $4,357.91 | $4,357.91 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim Transferred to: | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 178 | WHITSELL, VERA 3078 TRAYLOR TRL. LITCHFIELD IL 62056 | | 100208 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 179 | WILLNOW, KIM WADE & KIMBERLY WILLNOW P. O. BOX 8072 PORT SAINT LUCIE FL 34985-8072 | | 97613 | PG&E Corporation | 3/9/2020 | $0.00 | $0.00 | $0.00 | $209.99 | $209.99 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 180 | YATSKO, RICHARD C. 30 MITCHELL AVE. EAST BRUNSWICK NJ 08816 | | 98049 | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |