```
                                          Entered on Docket
                                          April 23, 2021
                                          EDWARD J. EMMONS, CLERK
                                          U.S. BANKRUPTCY COURT
                                          NORTHERN DISTRICT OF CALIFORNIA
```



|    |                                                     |                                                    |
|----|-----------------------------------------------------|----------------------------------------------------|
| 1  | WEIL, GOTSHAL & MANGES LLP                          | Signed and Filed: April 23, 2021                   |
| 2  | Richard W. Slack (*pro hac vice*)<br>(richard.slack@weil.com) |                                          |
| 3  | Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)      | /s/ Dennis Montali                       |
| 4  | Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)    | _____         |
| 5  | 767 Fifth Avenue<br>New York, NY 10153-0119         | **DENNIS MONTALI**<br>**U.S. Bankruptcy Judge**    |
| 6  | Tel: 212 310 8000<br>Fax: 212 310 8007              |                                                    |

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE APRIL 28, 2021 HEARING ON OMNIBUS CLAIM OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS** |

WEIL:\97936025\1\67615.0015

The Court having reviewed the Ex Parte Application to Continue April 28, 2021 Hearing on the First Securities Omnibus Claim Objections with Respect to Certain Claims (the "Application"),[1] filed on April 22, 2021; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as set forth herein.

2. The April 28 Hearing with respect to the Debt Securities Claims identified on Exhibit 1 hereto is continued to May 26, 2021 at 10:00 a.m. Pacific Time.

** END OF ORDER **

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Application

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# Exhibit 1
## (Debt Securities Claims)

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claims to be Adjourned | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection | Type of Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | APOLLO 62 C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | 99194 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 9 | ARIZONA SHEET METAL PENSION TRUST FUND ATTN: SUZANNE MICHEL 2550 W. UNION HILLS DRIVE, SUITE 290 PHOENIX AZ 85027 | 100574 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $632.00 | $632.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 23 | CITY OF AVON PARK FIREFIGHTERS' RETIREMENT SYSTEM C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | 99048 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 25 | CITY OF DELTONA FIREFIGHTERS' PENSION PLAN C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | 99074 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 27 | CITY OF TITUSVILLE GENERAL EMPLOYEES' PENSION PLAN C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | 99480 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,678.20 | $4,678.20 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 35 | DELAWARE NATIONAL HIGH-YIELD MUNICIPAL BOND FUND C/O PETER M. SAPAROFF, ESQ.- MINTZ LEVIN ONE FINANCIAL CENTER BOSTON MA 02111 | 99534 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 36 | DELAWARE TAX FREE CALIFORNIA FUND MINTZ LEVIN C/O PETER M. SAPAROFF, ESQ. ONE FINANCIAL CENTERBOSTON MA 02111 | 99373 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 37 | DELAWARE TAX FREE USA FUND C/O PETER M. SAPAROFF, ESQ. - MINTZ LEVIN ONE FINANCIAL CENTER BOSTON MA 02111 | 99594 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 47 | DRRT FBO DEKA INVESTMENT GMBH (11202) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101111 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 49 | DRRT FBO DEKA INVESTMENT GMBH (70807) 340 WEST FLAGLER STREET, SUITE 201 MIAMI FL 33130 | 101190 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 56 | DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99282 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |

[1] Claims listed as $0.00 seek an unliquidated amount.

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claims to be Adjourned | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection | Type of Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | DRRT FBO MULTICONCEPT FUND MANAGEMENT S.A (1891) DRRT 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101418 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 70 | DRRT FBO SWISS REINSURANCE COMPANY LTD (NYEU11) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99613 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 71 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NF67L8) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99655 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 72 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYEU12) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99699 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 73 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYGE5F) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99636 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 74 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF2A9F) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99688 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 75 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF2AA1) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99825 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 76 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF3J05) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99834 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 77 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF67B5) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100182 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 78 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF7028) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99846 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 87 | DRRT FBO WARBURG INVEST AG 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100429 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 93 | EMPLOYEES' RETIREMENT PLAN FOR FORMER ALLY BUSINESS UNITS C/O ALLY FINANCIAL INC. JENNIFER OHAGAN 1100 VIRGINIA DRIVE, SUITE 150 PO BOX 8139 FT. WASHINGTON PA 19034 | 99981 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,403.25 | $4,403.25 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |

First Securities Claims Omnibus Objection  
(No Loss Causation – Securities Sold Prior To  
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company  
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claims to be Adjourned | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection | Type of Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | GIC PRIVATE LIMITED KIRBY MCINERNEY LLP ATTN: ELAINE MUI 250 PARK AVENUE SUITE 820 NEW YORK NY 10177 | 100673 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 15 | GOVERNMENT EMPLOYEES' RETIREMENT SYSTEM OF THE VIRGIN ISLANDS BARRACK, RODOS & BACINE ATTN: LESLIE BORNSTEIN MOLDER 3300 TWO COMMERCE SQUARE PHILADELPHIA PA 19103 | 100027 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 22 | HEALTHSPRING OF TENNESSEE, INC. OBO HSPTN ATTN: MARIA TURNER A4ACT 900 COTTAGE GROVE RD. BLOOMFIELD CT 06002 | 103060 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 24 | HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | 99142 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 26 | IFIT CORE FIXED INCOME FUND OF INVESCO FIXED INCOME TRUST ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 101792 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 27 | INVESCO BOND FUND (DELAWARE STATUTORY TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 102050 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 28 | INVESCO CALIFORNIA TAX-FREE INCOME FUND OF AIM COUNSELOR SERIES TRUST (INVESCO COUNSELOR SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 101994 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 29 | INVESCO CORE PLUS BOND FUND OF AIM COUNSELOR SERIES TRUST (INVESCO COUNSELOR SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 102122 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 30 | INVESCO CORPORATE BOND OF AIM TREASURER'S SERIES TRUST (INVESCO TREASURER'S SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 102053 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 31 | INVESCO INTERMEDIATE BOND FACTOR FUND OF AIM INVESTMENT SECURITIES FUNDS (INVESCO INVESTMENT SECURITIES FUNDS) ATTN: LEGAL DEPARTMENT (INVESCO INTERMEDIATE BOND FACTOR FUND) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 101438 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |

**First Securities Claims Omnibus Objection**
**(No Loss Causation – Securities Sold Prior To The First Purported "Corrective Disclosure")**

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claims to be Adjourned | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection | Type of Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | INVESCO INTERMEDIATE BOND FACTOR FUND OF AIM INVESTMENT SECURITIES FUNDS (INVESCO INVESTMENT SECURITIES FUNDS) ATTN: LEGAL DEPARTMENT (INVESCO INTERMEDIATE BOND FACTOR FUND) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON, TX 77046 | 101323 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 33 | INVESCO INTERMEDIATE BOND TRUST OF INSTITUTIONAL RETIREMENT TRUST ATTN: LEGAL DEPARTMENT (INVESCO INTERMEDIATE BOND TRUST) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON, TX 77046 | 101678 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 34 | INVESCO LIQUID ASSETS PORTFOLIO OF SHORT-TERM INVESTMENTS TRUST ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON, TX 77046 | 102135 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 35 | INVESCO MUNICIPAL INCOME FUND OF AIM TAX-EXEMPT FUNDS (INVESCO TAX-EXEMPT FUNDS) ATTN: LEGAL DEPARTMENT (INVESCO MUNICIPAL INCOME FUND) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON, TX 77046 | 102136 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 36 | INVESCO MUNICIPAL INCOME OPPORTUNITIES TRUST (DELAWARE STATUTORY TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON, TX 77046 | 101914 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 37 | INVESCO OPPENHEIMER ROCHESTER LIMITED TERM CALIFORNIA MUNICIPAL FUND OF AIM TAX-EXEMPT FUNDS (INVESCO TAX-EXEMPT FUNDS) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON, TX 77046 | 101805 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 38 | INVESCO PREMIERE PORTFOLIO OF AIM TREASURER'S SERIES TRUST (INVESCO TREASURER'S SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON, TX 77046 | 101776 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 40 | INVESCO V.I. CORE PLUS BOND FUND OF AIM VARIABLE INSURANCE FUNDS (INVESCO VARIABLE INSURANCE FUNDS) V.I. CORE PLUS BOND FUND ATTN: LEGAL DEPARTMENT (INVESCO) 11 GREENWAY PLAZA, SUITE 1000 HOUSTON, TX 77046 | 101924 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 57 | LINDENFELD, ETTA 24 WINDSOR GATE DRIVE NORTH HILLS NY 11040 | 100805 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,297.33 | $5,297.33 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claims to be Adjourned | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection | Type of Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | PINEBRIDGE STRATEGIC BOND FUND EMG C/O KESSLER TOPAZ MELTZER & CHECK, LLP 280 KING OF PRUSSIA ROAD RADNOR PA 19087 | 101256 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 87 | POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT KIRBY MCINERNEY LLP ATTN: PETER LINDEN AND ELAINE MUI 250 PARK AVENUE, SUITE 820 NEW YORK NY 10177 | 100409 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 89 | PRINCIPAL FUNDS, INC. - CREDIT OPPORTUNITIES EXPLORER FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101947 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 90 | PRINCIPAL FUNDS, INC. - CREDIT OPPORTUNITIES EXPLORER FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101617 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 92 | PRINCIPAL GLOBAL CREDIT OPPORTUNITIES FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101372 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 93 | PRINCIPAL GLOBAL CREDIT OPPORTUNITIES FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101880 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 94 | PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST GLOBAL CREDIT OPPORTUNITIES FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101639 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 95 | PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST GLOBAL CREDIT OPPORTUNITIES FUND C/O PRINCIPAL GOBAL INVESTORS, LLC 711 HIGH STREET | 101848 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 201 | PRINCIPAL GLOBAL INVESTORS TRUST - US HIGH QUALITY FI TRUST C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101775 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claims to be Adjourned | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection | Type of Security |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 205 | PRINCIPAL GLOBAL OPPORTUNITIES SERIES PLC - PRINCIPAL CORPORATE PLUS FIXED INCOME FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101875 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 206 | PRINCIPAL GLOBAL OPPORTUNITIES SERIES PLC - PRINCIPAL CORPORATE PLUS FIXED INCOME FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC 711 HIGH STREET DES MOINES IA 50392-0800 | 101978 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 221 | SANLAM GLOBAL BUND FUND, C/O CLAIMS COMPENSATION BUREAU LLC CLAIMS COMPENSATION BUREAU LLC 1100 EAST HECTOR STREET SUITE 250 CONSHOHOCKEN PA 19428 | 101816 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $8,131.12 | $8,131.12 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| 229 | SPECTRUM OPPORTUNITIES MASTER FUND LTD BATTEA CLASS ACTION SERVICES 231 SANSOME STREET, 4TH FLOOR SAN FRANCISCO CA 94104 | 104010 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $182.50 | $182.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure | Debt Securities |
| | | | | | $0.00 | $0.00 | $0.00 | $23,324.40 | $23,324.40 | | |