JOSEPH M. WELCH (SBN: 259308)
BUCHALTER NEMER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, Ca 92612
Telephone No. (949) 760-1121
Fax No. (949) 720-0182
Email: jwelch@buchalter.com

Attorneys for
Bradley Tanks, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088-DM<br><br>Chapter: 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**REQUEST FOR REMOVAL FROM ECF NOTIFICATION AND MAILING LISTS** |

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Buchalter, a Professional Corporation, counsel for Bradley Tanks, Inc. in the above-entitled bankruptcy case, hereby requests the removal of Joseph Welch from the court's electronic notification ("CM/ECF") and mailing list with respect to the above-captioned bankruptcy case.

DATED: April 23, 2021                    BUCHALTER NEMER
                                         A Professional Corporation


                                         By: /s/ Joseph M. Welch
                                             JOSEPH M. WELCH
                                         Attorneys for Creditor, Bradley Tanks, Inc.

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

BN 17528081V1                            2

**REQUEST FOR REMOVAL FROM ECF NOTIFICATION AND MAILING LISTS**

Case: 19-30088    Doc# 10577    Filed: 04/23/21    Entered: 04/23/21 17:08:17    Page 2 of 2