

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: April 23, 2021

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SEVENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**<br><br>[Re: Dkt. Nos. 10431, 10553] |

Upon the *Reorganized Debtors' Report on Responses to Sixty-Eighth Through Seventy-Second Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket No. 10553] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Seventy-First Omnibus Objection to Claims (No Liability Claims)* [Docket No. 10431] (the "**Seventy-First Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proof of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Gerry Cargill | 4903 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to May 11, 2021. |

2. The Claims listed in the column headed "Claim/Schedule to Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. With respect to the Claims identified in **Exhibit 1** as "Protective Claims," Claimants retain all non-bankruptcy remedies that would have existed had these Chapter 11 Cases not been filed. The Debtors and Reorganized Debtors commit that they will not raise any bankruptcy defenses to future assertion of claims based on the alleged post-assumption failure of the Reorganized Debtors to perform or honor their obligations under such agreements.

4. The Seventy-First Omnibus Objection is SUSTAINED with respect to Claim Nos. 78014 and 78049 (California Department of Water Resources); provided however, pursuant to Paragraph 67(j) of the Confirmation Order, to the extent that any non-Debtor party to the FERC Tariff Rate Proceedings (as defined in the Confirmation Order) is entitled to a refund from the Debtors or Reorganized Debtors pursuant to such proceedings, such refund obligation shall be an ongoing regulatory obligation of the Reorganized Debtors not subject to discharge or release by the Plan or the Confirmation Order, notwithstanding anything to the contrary contained therein or herein; provided further, all rights of such non-Debtor parties, the Debtors and/or the Reorganized Debtors to prosecute, defend, or appeal a finding of the FERC Tariff Rate Proceedings are preserved and may be exercised as if the Chapter 11 Cases had not been commenced.

5. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ananas, Ronald Brian 108 Balceta Ct Danville, CA 94526-5432 | | 7909 | Pacific Gas and Electric Company | 8/27/2019 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Engineering Advances and Other Refunds |
| Amaro, Allen D 6138 E Saginaw Ave Fresno, CA 93662-9517 | | 87350 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $3,802.82 | $3,802.82 | Main Line Extension Reimbursement Claims |
| California Department of Water Resources Department of Justice Matthew J. Goldman Deputy Attorney General 1300 I Street, P.O. Box 944255 Sacramento, CA 94244-2550 | | 78049 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $19,875,003.00 | $19,875,003.00 | Protective Claims |
| California Department of Water Resources Department of Justice Matthew J. Goldman Deputy Attorney General 1300 I Street, P.O. Box 944255 Sacramento, CA 94244-2550 | | 78014 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Carnegie Institution of Washington Attn: Legal 1530 P Street NW Washington, DC 20005 | | 87463 | PG&E Corporation | 11/13/2019 | $0.00 | $0.00 | $0.00 | $111,609.40 | $111,609.40 | Engineering Advances and Other Refunds |
| Easy Access Developers LLC c/o Front St ACNT 638 Pacific Ave Santa Cruz, CA 95060-4410 | | 7803 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $4,944.58 | $0.00 | $4,944.58 | Engineering Advances and Other Refunds |
| Efraim, Barry 2270 Carizo, LLC 125 S Bowling Green Way Los Angeles, CA 90049-4101 | | 6177 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Main Line Extension Reimbursement Claims |
| Espino Sr, Julio I 14424 French Camp Rd Manteca, CA 95336-8715 | | 7601 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Engineering Advances and Other Refunds |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Madrid, John 4307 Montgomery Blvd NE Albuquerque, NM 87111-4241 | | 4994 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Engineering Advances and Other Refunds |
| NGUYEN, KIM PO BOX 1175 REDWOOD CITY, CA 94064 | | 106566 | Pacific Gas and Electric Company | 10/3/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Engineering Advances and Other Refunds |
| Nguyen, Kim Oanh Thi PO Box 1175 Redwood City, CA 94064 | | 106567 | Pacific Gas and Electric Company | 10/3/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Engineering Advances and Other Refunds |
| Rodgers Street, LLC Presidio Bay Ventures / Rodgers Street, LLC Cyrus Sanandaji 1160 Battery Street Ste 250 San Francisco, CA 94111 | | 4507 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $121,623.89 | $121,623.89 | Main Line Extension Reimbursement Claims |
| Wild Goose Storage, LLC Rockpoint Gas Storage #400, 607 8th Avenue Calgary, AB T2P0A7 | | 16838 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $42,460.32 | $42,460.32 | Engineering Advances and Other Refunds |
| Zega Builders, Inc. 4 Arlington Way Menlo Park, CA 94025 | | 7763 | Pacific Gas and Electric Company | 8/26/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Engineering Advances and Other Refunds |
| **Claims To Be Expunged Totals** | | **Count:14** | | | **$0.00** | **$0.00** | **$7,794.58** | **$20,170,999.43** | **$20,178,794.01** | |