

Signed and Filed: April 25, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  **WEIL, GOTSHAL & MANGES LLP**
Theodore E. Tsekerides (*pro hac vice*)
2  (theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
3  (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
4  (matthew.goren@weil.com)
767 Fifth Avenue
5  New York, NY 10153-0119
Tel:    (212) 310-8000
6  Fax:   (212) 310-8007

7  **KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
8  (tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
9  (pbenvenutti@kbkllp.com)
Jane Kim (#298192)
10  (jkim@kbkllp.com)
650 California Street, Suite 1900
11  San Francisco, CA 94108
Tel: (415) 496-6723
12  Fax: (650) 636 9251

13  *Attorneys for Debtors and Reorganized Debtors*

14

15  

**UNITED STATES BANKRUPTCY COURT**

16  **NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**
17

18  | In re: | Case No. 19-30088 (DM) |
|---|---|
19  **PG&E CORPORATION,** | Chapter 11 (Lead Case) (Jointly Administered) |

- and -
20
**PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER APPROVING STIPULATION SETTING ASIDE DISALLOWANCE ORDER WITH RESPECT TO CLAIM NO. 55953 (YUROK TRIBE) AND ALLOWING CLAIM AS FILED** |
21
**Debtors.**
22
☐ Affects PG&E Corporation
23  ☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors | Related to Dkt. Nos. 10104, 10238, 10239, 10399 |
24
* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Resolving Motion Set for Hearing on April 28, 2021, at 10:00 a.m. (Pacific Time) |
25

26

27

28

1    The Court having considered the *Stipulation Setting Aside Disallowance Order with Respect to*

2    *Claim No. 55953 (Yurok Tribe) and Allowing Claim as Filed*, filed April 23, 2021 (the

3    "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric

4    Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" and as

5    reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the

6    "**Chapter 11 Cases**"), on the one hand, and the Yurok Tribe (together with the Debtors and

7    Reorganized Debtors, the "**Parties**"), on the other hand, and pursuant to such Stipulation and

8    agreement of the Parties, and good cause appearing:

9              **IT IS HEREBY ORDERED THAT:**

10             1.        The Stipulation is approved.

11             2.        The Disallowance Order is set aside and vacated with respect to the Claim.

12             3.        The Claim is allowed as filed and satisfied in accordance with Article IV, Section 4.23

13    of the Plan.

14             4.        The Motion is deemed withdrawn with prejudice, and the Hearing is vacated.

15             5.        The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies

16    arising from this Stipulation or any Order approving the terms of this Stipulation.

17                                                    ** END OF ORDER **

18

19    APPROVED AS TO FORM AND CONTENT:

      Dated: April 23, 2021

20

21    **HOGAN LOVELLS US LLP**

22    */s/ Erin N. Brady*
      Erin N. Brady

23

      *Attorneys for the Yurok Tribe*

24

25

26

27    _____
      [1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the
      Stipulation.

28