Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
Brandt Silver-Korn (SBN 323530)
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Numerous Victims of the Camp Fire*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **NOTICE OF CHANGE OF ADDRESS** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

1     **PLEASE TAKE NOTICE** that effective immediately, Rafey S. Balabanian, Todd Logan and Brandt Silver-Korn, counsel for Numerous Victims of the Camp Fire ("Claimants") in the above-captioned case, have changed their address to:

EDELSON PC
150 California Street, 18th Floor
San Francisco, 94111

Their telephone number, facsimile number and email addresses remain unchanged.

                                      Respectfully submitted,

Dated: April 26, 2021                 By: /s/ Brandt Silver-Korn

                                      Rafey S. Balabanian (SBN 315962)
                                      rbalabanian@edelson.com
                                      Todd Logan (SBN 305912)
                                       tlogan@edelson.com
                                      Brandt Silver-Korn (SBN 323530)
                                      bsilverkorn@edelson.com
                                      EDELSON PC
                                      150 California Street, 18th Floor
                                      San Francisco, California 94111
                                      Tel: 415.212.9300
                                      Fax: 415.373.9435

                                      *Attorneys for Numerous Victims of the Camp Fire*