Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Todd Logan (SBN 305912)
tlogan@edelson.com
Brandt Silver-Korn (SBN 323530)
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Numerous Victims of the Camp Fire*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **PROOF OF SERVICE** |
| □ Affects PG&E Corporation<br>□ Affects Pacific Gas & Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

I Brandt Silver-Korn, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 150 California Street, 18th Floor, San Francisco, California 94111. On April 26, 2021 I caused to be served a copy of the within documents:

**NOTICE OF CHANGE OF ADDRESS**

by electronic transmission through the court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 26, 2021 at San Francisco, California.

By: /s/ Brandt Silver-Korn
Brandt Silver-Korn