| | |
|---|---|
| 1 | **BROWN RUDNICK LLP**<br>Joel S. Miliband (SBN 077438) |
| 2 | (JMiliband@brownrudnick.com)<br>2211 Michelson Drive |
| 3 | Seventh Floor<br>Irvine, California 92612 |
| 4 | Telephone: (949) 752-7100<br>Facsimile: (949) 252-1514 |
| 5 | |
| 6 | **BROWN RUDNICK LLP**<br>David J. Molton (SBN 262075) |
| 7 | (DMolton@brownrudnick.com)<br>Seven Times Square |
| 8 | New York, New York 10036<br>Telephone: (212) 209-4800 |
| 9 | Facsimile: (212) 209-4801 |
| 10 | *Attorneys for Trustee and Claims Administrator* |

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| ☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors**<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

/ / /

/ / /

/ / /

/ / /

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Philip J. Flink, an active member in good standing of the bar of the State of Massachusetts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Hon. John K. Trotter (Ret.), as Trustee of the Fire Victim Trust ("The Trustee") in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Joel S. Miliband (SBN 077438), Brown Rudnick LLP, 2211 Michelson Drive, Seventh Floor, Irvine, CA 92612, phone: (949) 752-7100.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 22, 2021.

_____
PHILIP J. FLINK

2

64033767 v1-WorkSiteUS-035945/0002

Case: 19-30088    Doc# 10585    Filed: 04/26/21    Entered: 04/26/21 15:59:22    Page 2 of 2