

**Entered on Docket**
**April 26, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 26, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

   - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

   **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case) (Jointly Administered)

**ORDER APPROVING STIPULATION FIXING SCHEDULE WITH RESPECT TO CLAIM NO. 77335 (TODD GREENBERG)**

**Related to Dkt. Nos. 9455 and 9646**

**Regarding Objection Set for Hearing April 28, 2021 at 10:00 a.m. (Pacific Time)**

The Court having considered the *Stipulation Fixing Schedule With Respect to Claim No. 77335 (Todd Greenberg)*, filed April 23, 2021 (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Todd Greenberg (together with the Debtors and Reorganized Debtors, the "**Parties**"), on the other hand, and pursuant to such Stipulation and agreement of the Parties, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.
2. The Hearing shall be taken off calendar with respect to the Claim.
3. The Parties shall meet and confer regarding each Party's discovery requests. Discovery shall be completed by June 16, 2021.
4. On or before June 30, 2021, the Reorganized Debtors shall file a further objection to the Claim (the "**Objection**"), which shall function as a trial brief as set forth in the Bankruptcy Court's Trial Scheduling Order.
5. On or before July 14, 2021, Mr. Greenberg shall file an opposition to the Objection, which also shall function as a trial brief as set forth in the Bankruptcy Court's Trial Scheduling Order.
6. On or before July 21, 2021, the Reorganized Debtors may file a reply brief.
7. The Court shall hold a status and scheduling conference on July 28, 2021 at 10:00 a.m. to select a date for an evidentiary hearing on the Claim.
8. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

** END OF ORDER **

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: April 23, 2021

**TRODELLA & LAPPING LLP**

*/s/ Richard Lapping*
Richard Lapping

*Attorneys for Todd Greenberg*