**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and*
*Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>        **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                        **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR APRIL 28, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:  April 28, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Telephone Conference)<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
APRIL 28, 2021, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:      MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

     1.      **Fire Victim Trustee and Reorganized Debtors' Joint Exchange Transaction Motion:** *Joint Motion of Fire Victim Trustee and Reorganized Debtors Regarding Exchange Transaction in Support of a Grantor Trust Tax Election* [**Dkt. 10497**].

     Response Filed:

     A.      Objection [of Theresa McDonald] to the Joint Motion of Fire Victim Trustee and Reorganized Debtors Regarding Exchange Transaction in Support of a Grantor Trust Tax Election [**Dkt. 10517**].

     Related Document:

     B.      Reply of Fire Victim Trustee in Response to Objection of Theresa McDonald to Motion Regarding Exchange Transaction in Support of a Grantor Trust Tax Election [**Dkt. 10575**].

     Status:  This matter is going forward on a contested basis.  The Fire Victim Trustee and Reorganized Debtors will present a revised proposed order that resolves informal comments received from the California State Agencies.

*RESOLVED AND CONTINUED MATTERS*

     2.      **Yurok Tribe's Motion to Reconsider Order Disallowing and Expunging POC**: *Motion of the Yurok Tribe for Reconsideration of the Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Fifty-Third Omnibus Objection to Claims (No Liability Subcontractor Claims)* [**Dkt. 10238**].

     Response Deadline: March 10, 2021.

     Status:  This matter has been resolved by Stipulation [**Dkt. 10560**] and taken off calendar by Order [**Dkt. 10579**].

**Securities Omnibus Claims Objections:**

     3.      **First (No Loss Causation Claims – Securities Sold Prior to the First Purported "Corrected Disclosure")** [**Dkt. 10411**].  This Omnibus Objection was granted as to Equity Securities Claims by **Dkt. 10581**.  The Hearing has been continued to May 26, 2021 with respect to Debt Securities Claims by **Dkt. 10576**.

     4.      **Second (Amended and Superseded Claims)** [**Dkt. 10414**].  This Omnibus Objection was granted as to all Claims other than those of Chevron Master Pension Trust and Chevron UK Pension Plan by **Dkt. 10582**.  It was resolved as to Claim Nos. 104490 and 104534

brought by Chevron Master Pension Trust and Chevron UK Pension Plan by stipulation [**Dkt. 10580**].

     5.       **Third (Securities Claims Acquired Outside Subject Period)** [**Dkt. 10417**]. This Omnibus Objection was granted by Dkt. **10584**.

**Omnibus Claims Objections:**

     6.       **Fourteenth (Books and Records Claims)** [**Dkt. 9070**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9362**. It has been resolved as to Little Diversified Architectural Consulting, Inc. [**Dkt. 10570**].

     7.       **Twenty-First (Books and Records Claims)** [**Dkt. 9272**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9558**. It has been continued to May 26, 2021 as to Asplundh Construction, LLC [**Dkt. 10555**].

     8.       **Twenty-Eighth (Books and Records Claims)** [**Dkt. 9427**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9870**. It has been continued to May 26, 2021 as to Utility Tree Service, LLC [**Dkt. 10555**]. It has been withdrawn as to Lloyd's Register Quality Assurance, Inc. [**Dkt. 10570**].

     9.       **Fortieth (No Liability / Passthrough Claims)** [**Dkt. 9455**]. This Omnibus Objection was granted as to most Claims by **Dkts. 9872 and 10468**. It has been resolved as to EBEN 818 LLC, Alan Giberson, D.A. Wood Construction Inc., and Frank Klassen [**Dkt. 10570**]. It has been withdrawn as to Andrew Etringer [**Dkt. 10570**]. The Reorganized Debtors have agreed to a schedule for resolution as to Todd Greenberg; accordingly, the Hearing with respect to this Claim was taken off calendar [**Dkt. 10570**]. The Reorganized Debtors have sent settlement agreements as to Martha Gerstner, but no response has been received; if no response is received or consensual resolution is reached by the Hearing, the Reorganized Debtors have requested that the Hearing be continued to May 11, 2021 [**Dkt. 10570**].

     10.      **Forty-First (No Liability / Passthrough Claims)** [**Dkt. 9458**]. This Omnibus Objection was granted as to most Claims by **Dkts. 9872 and 10468**. It has been continued to May 11, 2021 as to Bruce and Kathleen Shaw [**Dkt. 10554**]. It has been continued to May 26, 2021 as to State Farm Mutual Insurance Companies (Michael Lane) [**Dkt. 10555**]. It has been resolved as to Deborah J. & Norman R. Astrin [**Dkt. 10570**].

     11.      **Forty-Third (No Liability / Passthrough Claims)** [**Dkt. 9462**]. This Omnibus Objection was granted as to most Claims by **Dkts. 9872 and 10468**. It has been continued to May 11, 2021 as to Bruce and Kathleen Shaw [**Dkt. 10554**]. It has been resolved as to Roger Drummond, Rhonda A. Weiss, and Steven J. McDonald [**Dkt. 10570**].

     12.      **Forty-Fourth (No Liability / Passthrough Claims)** [**Dkt. 9464**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9873**. It has been continued to May 26, 2021 as to State Farm a/s/o Ava Arroya (T. Henry) [**Dkt. 10555**]. It has been resolved as to Richard S. Tanner and John A. Vos [**Dkt. 10570**]. An order has been uploaded resolving the Omnibus Objection as to Robert Wister.

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

13.     **<u>Forty-Fifth (Reduced and Allowed Claims)</u>** [**Dkt. 9466**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9869**.  It has been continued to May 11, 2021 as to John Weaver [**Dkt. 10554**].  It has been continued to May 26, 2021 as to State Farm a/s/o Leslie Poortman and State Farm Mutual Automobile Insurance Company [**Dkt. 10555**]. The Reorganized Debtors have sent settlement agreements as to Shou Kun Huang and Henry Huang, but no response has been received; if no response is received or consensual resolution is reached by the Hearing, the Reorganized Debtors have requested that the Hearing be continued to May 11, 2021 [**Dkt. 10570**].  The Reorganized Debtors have reached a settlement in principle as to Gordon N. Ball, Inc. and the Claimant is reviewing the proposed settlement agreement; if they do not have a fully executed agreement in advance of the Hearing, the Reorganized Debtors have requested that it be continued to May 11, 2021 [**Dkt. 10570**].

14.     **<u>Forty-Sixth (Books and Records Claims)</u>** [**Dkt. 9702**].  This Omnibus Objection has been granted as to all Claims [**Dkt. 9936**] except Hain Capital Holdings, LLC as Transferee of Hain Capital Investors Master Fund Ltd., which has been continued to May 11, 2021 [**Dkt. 10554**].

15.     **<u>Forty-Ninth (Untimely No Liability / Passthrough Claims)</u>** [**Dkt. 9711**].  This Omnibus Objection has been granted as to most Claims [**Dkt. 9938**].  It has been resolved as to Kevin Rivera [**Dkt. 10570**].

16.     **<u>Fifty-First (Books and Records Claims)</u>** [**Dkt. 9888**].  This Omnibus Objection was granted as to most Claims by **Dkt. 10102**.  It has been continued to May 11, 2021 as to JDB & Sons Construction Inc. and Cosco Fire Protection, Inc. [**Dkt. 10554**].

17.     **<u>Fifty-Second (No Liability / Passthrough EGI Claims)</u>** [**Dkt. 9891**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10103**.  It has been withdrawn as to Cuyama Solar, LLC [**Dkt. 10570**].

18.     **<u>Fifty-Third (No Liability Subcontractor Claims)</u>** [**Dkt. 9895**]. This Omnibus Objection was granted as to most Claims by **Dkts. 10104 and 10510**.  The previously entered Order disallowing and expunging the Claim of Yurok Tribe has been set aside and the Claim will be allowed as filed [**Dkt. 10570**].

19.     **<u>Sixtieth (No Liability / Passthrough Claims)</u>** [**Dkt. 10281**].  This Omnibus Objection was granted as to most Claims by **Dkt. 10505**.  It has been continued to May 11, 2021 as to JDB & Sons Construction Inc. and Cosco Fire Protection, Inc. [**Dkt. 10554**].

20.     **<u>Sixty-Third (Satisfied Claims)</u>** [**Dkt. 10289**].  This Omnibus Objection was granted as to most Claims by **Dkt. 10502**.  It has been withdrawn as to Yetem Nicodimos [**Dkt. 10570**].

21.     **<u>Sixty-Sixth (ADR No Liability Claims)</u>** [**Dkt. 10299**].  This Omnibus Objection was granted as to most Claims by **Dkt. 10496**.  It has been withdrawn as to Amir Shahmirza; the

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Reorganized Debtors will seek to resolve the Claim through the Court-approved ADR procedures [**Dkt. 10570**].

22. <u>**Sixty-Eighth (Customer No Liability Energy Rate Claims)**</u> [**Dkt. 10422**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10561**.

23. <u>**Sixty-Ninth (Books and Records Claims)**</u> [**Dkt. 10425**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10562**. The Reorganized Debtors are attempting a consensual resolution as to Whitebox Multi-Strategy Partners, LP as Transferee of CN Utility Consulting, Inc. and Whitebox Multi-Strategy Partners, LP as Transferee of Wright Tree Service of the West, Inc. If the objections cannot be resolved, they will be continued to May 11, 2021 [**Dkt. 10553**].

24. <u>**Seventieth (Satisfied Claims)**</u> [**Dkt. 10428**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10563**. The Reorganized Debtors are attempting a consensual resolution as to CRG Financial LLC as Assignee of Development Dimensions. If the objection cannot be resolved, it will be continued to May 11, 2021 [**Dkt. 10553**].

25. <u>**Seventy-First (No Liability Claims)**</u> [**Dkt. 10431**]. The Reorganized Debtors are attempting a consensual resolution as to Gerry Cargill. If the objection cannot be resolved, it will be continued to May 11, 2021 [**Dkt. 10553**]. The claims as to California Department of Water Resources are sustained [**Dkt. 10553**].

26. <u>**Seventy-Second (Customer No Liability / Passthrough Claims)**</u> [**Dkt. 10434**]. The Reorganized Debtors are attempting a consensual resolution as to Pizza Factory. If the objection cannot be resolved, it will be continued to May 11, 2021 [**Dkt. 10553**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 27, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:  */s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119