| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Theodore E. Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | BROWN RUDNICK LLP<br>Joel S. Miliband (#077438)<br>(jmiliband@brownrudnick.com)<br>2211 Michelson Drive<br>Seventh Floor<br>Irvine, CA 92612<br>Tel: 949 725 7100<br>Fax: 949 252 1514<br><br>David J. Molton (#262075)<br>(dmolton@brownrudnick.com)<br>Seven Times Square<br>New York, NY 10036<br>Tel: 212 209 4800<br>Fax: 212 209 4801<br><br>*Attorneys for the Hon. John K. Trotter (Ret.) as Trustee of PG&E Fire Victim Trust* |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *ALL PAPERS SHALL BE FILED IN THE LEAD CASE, NO. 19-30088 (DM).* | Case Nos. 19-30088 (DM)<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF SUBMISSION OF REVISED [PROPOSED] ORDER GRANTING JOINT MOTION OF FIRE VICTIM TRUSTEE AND REORGANIZED DEBTORS REGARDING EXCHANGE TRANSACTION IN SUPPORT OF A GRANTOR TRUST TAX ELECTION**<br><br>Date: April 28, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Tele/Videoconference<br>Courtroom 17, 16th Floor |

**PLEASE TAKE NOTICE** that the Honorable John K. Trotter (Ret.), in his capacity as the Trustee of the PG&E Fire Victim Trust appointed pursuant to the Plan (the "Trustee"), and the Reorganized Debtors pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), submits the revised [Proposed] Order Granting Joint Motion Of Fire Victim Trustee And Reorganized Debtors Regarding Exchange Transaction In Support Of A Grantor Trust Tax Election ("Proposed Order"). A copy of the Proposed Order is attached hereto as Exhibit "1."

DATED: April 27, 2021　　　　　　　BROWN RUDNICK LLP

　　　　　　　　　　　　　　　　　　By: /s/Joel S. Miliband
　　　　　　　　　　　　　　　　　　　　Joel S. Miliband (SBN 077438)
　　　　　　　　　　　　　　　　　　　　(JMiliband@brownrudnick.com)
　　　　　　　　　　　　　　　　　　　　David J. Molton (SBN 262075)
　　　　　　　　　　　　　　　　　　　　(DMolton@brownrudnick.com)

　　　　　　　　　　　　　　　　　　　　*Attorneys for the Hon. John K. Trotter (Ret.)*
　　　　　　　　　　　　　　　　　　　　*as Trustee of PG&E Fire Victim Trust*

2

EXHIBIT "1"

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Jessica Liou (pro hac vice)<br>(jessica.liou@weil.com)<br>Matthew Goren (pro hac vice)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | BROWN RUDNICK LLP<br>Joel S. Miliband (#077438)<br>(jmiliband@brownrudnick.com)<br>2211 Michelson Drive<br>Seventh Floor<br>Irvine, CA 92612<br>Tel: 949 725 7100<br>Fax: 949 2521514<br><br>David J. Molton (#262075)<br>(dmolton@brownrudnick.com)<br>Seven Times Square<br>New York, NY 10036<br>Tel: 212 209 4800<br>Fax: 212 209 4801<br><br>*Attorneys for the Hon. John K. Trotter (Ret.) as Trustee of PG&E Fire Victim Trust* |

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) - (Jointly Administered)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION OF FIRE VICTIM TRUSTEE AND REORGANIZED DEBTORS REGARDING EXCHANGE TRANSACTION IN SUPPORT OF A GRANTOR TRUST TAX ELECTION**<br><br>Date: April 28, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Tele/Videoconference |

Upon the Motion dated April 5, 2021 [Docket No. 10497], (the "**Motion**")[1] of the Honorable John K. Trotter (Ret.), in his capacity as the Trustee of the PG&E Fire Victim Trust appointed pursuant to the Plan (the "**Trustee**"), and the Reorganized Debtors pursuant to section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Section 11.1 of the Plan and Paragraph 78 of the Confirmation Order, seeking entry of an order (a) approving the Exchange Transaction Agreement and any Ancillary Agreements appropriate to effect the Exchange Transaction Agreement, and (b) determining that the Exchange Transaction Agreement and the implementation thereof are consistent with the Plan, Confirmation Order, the Trust Documents and the Trustee's power, duties and responsibilities thereunder; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and the Trotter Declaration submitted in support of the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Motion is hereby granted.

2. The Exchange Transaction Agreement is authorized and approved, and, subject to the Parties entering into mutually acceptable documentation, the Parties are authorized to execute, perform and implement the actions and transactions contemplated by the Exchange Transaction Agreement and any and all Ancillary Agreements appropriate to effect the Exchange Transaction Agreement.

///

---

[1] All capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

3. The Trustee's execution of and performance under the Exchange Transaction Agreement and the implementation thereof (including any and all Ancillary Agreements) are consistent with (a) the authorization provided to the Trustee under the Plan, Confirmation Order and the Trust Documents, and (b) the power, duties and responsibilities granted to the Trustee under the Plan, Confirmation Order and Trust Documents.

4. The relief and authorization granted in this Order, and the execution of and performance under the Exchange Transaction Agreement and any and all Ancillary Agreements, shall not in any way affect, modify or alter the Plan, Confirmation Order or the validity or enforceability of the Channeling Injunction (as such term is defined in the Plan and Confirmation Order) contained in the Plan and Confirmation Order.

5. For the avoidance of doubt, the New Shares issued in connection with the Exchange Transaction Agreement shall constitute New Holdco Common Stock (as defined in the Plan) for all purposes of the State Agency Settlement [Docket No. 7399-2] including, but not limited to, the definition of Excess Monetization (as defined in the State Agency Settlement).

**\*\*END OF ORDER\*\***