FILED

APR 27 2021

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

April 21, 2021

Judge Dennis Montali
450 Golden Gate Ave
Mail Box 36099
San Francisco, CA 94102

To Honorable Judge Montali,

I am writing to you because I am one of the Campfire Survivors. Along with most Campfire Survivors, I am really struggling to move on and to heal. I know that things are a bit overwhelmed with the claims but is there a way to get this done sooner than later. I and most Campfire survivors are tired of not being able to move on. I know that you say patience but it is easier said than done. I want to be able to file my claim in the file cabinet and not have to look at it again. I am tired. I call the Attorney's office once a week and they say the same thing over and over again. They have not heard anything. Your guess is good as mine, they say. My husband has COPD and heart conditions that continuously come up and is seventy years old. I hope that his claim will be finished before he gets worse.

I had to leave the area due to not being able to handle looking at paradise everyday and being reminded what happened. Crying as I go to work. The destruction that had happened that could have been prevented. I am angry because I had to quit my job of 18 years and move away, so that I could try to heal without being reminded everyday what happened.

**Please, is there anything you can do to make this go faster?**

Also, is there a way that you can make the Attorney fees the same across the board. I heard you were thinking about doing this. 20% for attorney fees. I would think this would be easier on the trust on how people are being paid and how we are paid. The more days this takes, the more money the attorney's get.

Respectfully,

Alicia Herritt and Sherman Herritt
16 Riverside Dr
Palmyra, VA 22963
530-591-2364

Sherman Herritt
16 Riverside Dr
Palmyra, VA 22963

RICHMOND VA 230
22 APR 2021 PM 6 L

Judge Dennis Montali
450 Golden Gate Ave
Mailbox 36099
San Francisco, CA 94102

RECEIVED
APR 27 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA