

Signed and Filed: April 27, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors
and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                              Debtors.<br><br>☒ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND CHEVRON EXPUNGING PROOFS OF CLAIM NOS. 104490 AND 104534**<br><br>Related to Dkt. No. 10580 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation by and between Reorganized Debtors and Chevron Expunging Proofs of Claim Nos. 104490 and 104534* (the "**Stipulation**")[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtor and debtor in possession (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), on the one hand, Chevron Master Pension Trust and Chevron UK Pension Plan (together, "**Chevron**"), on the other hand, filed on April 26, 2021; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Original Claims are hereby expunged.

2. The Response is hereby overruled.

3. The Reorganized Debtors and Chevron agree that the expungement of the Original Claims may not be argued to have negatively affected Chevron's Amended Claims.

4. Except as set forth above, the Parties' rights and arguments with respect to the Amended Claims are reserved and preserved.

5. Prime Clerk LLC, the Debtors' claims and noticing agent, is authorized to update the official claims register for the Chapter 11 Cases to reflect the terms of the Stipulation.

6. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation.

\*\* END OF ORDER \*\*

APPROVED AS TO FORM AND CONTENT:
Dated: April 26, 2021

PILLSBURTY WINTHROP SHAW
PITTMAN LLP

*/s/ Philip S. Warden*

*Attorneys for Chevron*

---

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the Stipulation.