# Notice Recipients

District/Off: 0971–3          User: admin                    Date Created: 4/30/2021
Case: 19–30088               Form ID: TRANSC                 Total: 4

**Recipients submitted to the Claims Agent (Prime Clerk):**
cr       Theresa Ann McDonald        5044 Russell Drive       Paradise, CA 95969
aty      David J. Molton        Brown Rudnick LLP        7 Times Square        New York, NY 10036
aty      Jessica Liou        Weil, Gotshal & Manges LLP        767 Fifth Avenue        New York, NY 10153
         Theresa McDonald        1832 Knights Ferry Drive        Plumas Lake, CA 95961

                                                                                    TOTAL: 4