

```
Entered on Docket
April 29, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```

Signed and Filed: April 29, 2021

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

WEIL, GOTSHAL & MANGES LLP
Jessica Liou (pro hac vice)
(jessica.liou@weil.com)
Matthew Goren (pro hac vice)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

BROWN RUDNICK LLP
Joel S. Miliband (#077438)
(jmiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, CA 92612
Tel: 949 725 7100
Fax: 949 2521514

David J. Molton (#262075)
(dmolton@brownrudnick.com)
Seven Times Square
New York, NY 10036
Tel: 212 209 4800
Fax: 212 209 4801

*Attorneys for the Hon. John K. Trotter (Ret.) as Trustee of PG&E Fire Victim Trust*

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) - (Jointly Administered)<br><br>**ORDER GRANTING JOINT MOTION OF FIRE VICTIM TRUSTEE AND REORGANIZED DEBTORS REGARDING EXCHANGE TRANSACTION IN SUPPORT OF A GRANTOR TRUST TAX ELECTION**<br><br>Date: April 28, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Tele/Videoconference |

Upon the Motion dated April 5, 2021 [Docket No. 10497], (the "**Motion**")[1] of the Honorable John K. Trotter (Ret.), in his capacity as the Trustee of the PG&E Fire Victim Trust appointed pursuant to the Plan (the "**Trustee**"), and the Reorganized Debtors pursuant to section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Section 11.1 of the Plan and Paragraph 78 of the Confirmation Order, seeking entry of an order (a) approving the Exchange Transaction Agreement and any Ancillary Agreements appropriate to effect the Exchange Transaction Agreement, and (b) determining that the Exchange Transaction Agreement and the implementation thereof are consistent with the Plan, Confirmation Order, the Trust Documents and the Trustee's power, duties and responsibilities thereunder; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion, the Trotter Declaration and the *Reply of Fire Victim Trustee in Response to Objection of Theresa McDonald to Motion Regarding Exchange Transaction in Support of a Grantor Trust Tax Election* (the "**Reply**") submitted in support of the Motion; and this Court having determined that the legal and factual bases set forth in the Motion, the Trotter Declaration and the Reply establish just cause for the relief granted herein; and upon all of the proceedings had before this Court, the Motion, the Trotter Declaration, and the Reply, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Motion is hereby granted.

2. All objections to the relief requested in the Motion, including the objections raised in the *Emergency Pleading: Objection to the Joint Motion of Fire Victim Trustee and Reorganized*

///

---

[1] All capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

*Debtors Regarding Exchange Transaction in Support of a Grantor Trust Tax Election* [Docket No. 10517] filed by Theresa McDonald, are overruled.

3. The Exchange Transaction Agreement is authorized and approved, and, subject to the Parties entering into mutually acceptable documentation, the Parties are authorized to execute, perform and implement the actions and transactions contemplated by the Exchange Transaction Agreement and any and all Ancillary Agreements appropriate to effect the Exchange Transaction Agreement.

4. The Trustee's execution of and performance under the Exchange Transaction Agreement and the implementation thereof (including any and all Ancillary Agreements) are consistent with (a) the authorization provided to the Trustee under the Plan, Confirmation Order and the Trust Documents, and (b) the power, duties and responsibilities granted to the Trustee under the Plan, Confirmation Order and Trust Documents.

5. The relief and authorization granted in this Order, and the execution of and performance under the Exchange Transaction Agreement and any and all Ancillary Agreements, shall not in any way affect, modify or alter the Plan, Confirmation Order or the validity or enforceability of the Channeling Injunction (as such term is defined in the Plan and Confirmation Order) contained in the Plan and Confirmation Order.

6. For the avoidance of doubt, the New Shares issued in connection with the Exchange Transaction Agreement shall constitute New Holdco Common Stock (as defined in the Plan) for all purposes of the State Agency Settlement [Docket No. 7399-2] including, but not limited to, the definition of Excess Monetization (as defined in the State Agency Settlement).

7. A copy of the fully executed Exchange Transaction Agreement shall be filed with the Court and posted to the Fire Victim Trust Website.

**\*\*END OF ORDER\*\***

# SERVICE INFORMATION
## Required Service List

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Attn: C. Tang, Mail Stop 5420<br>55 S. Market Street<br>San Jose, CA 95113 | Internal Revenue Service |
| Office of the California Attorney General<br><br>Margarita Padilla<br>Danette Valdez<br>Office of the California Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | Office of the California Attorney General<br><br>Email: Margarita.Padilla@doj.ca.gov<br>Email: Danette.Valdez@doj.ca.gov |
| Office of the California Attorney General<br>c/o Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>Attn: Paul Pascuzzi<br>500 Capitol Mall, Suite 225<br>Sacramento CA 95814 | Office of the California Attorney General<br><br>Email: ppascuzzi@ffwplaw.com |
| Office of the United States Attorney for the Northern District of California<br>Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Office of the United States Attorney for the Northern District of California |
| Office of the United States Trustee:<br><br>Timothy Laffredi<br>James L. Snyder<br>Marta E. Villacorta<br>450 Golden Gate Avenue, 5th Floor<br>Suite #05-0153<br>San Francisco, CA 94102 | U.S. Trustee:<br><br>Email: timothy.s.laffredi@usdoj.gov<br>Email: James.L.Snyder@usdoj.gov<br>Email : Marta.Villacorta@usdoj.gov |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br><br>Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Counsel to California Public Utilities Commission<br><br>Email: akornberg@paulweiss.com<br>Email: bhermann@paulweiss.com<br>Email: wrieman@paulweiss.com<br>Email: smitchell@paulweiss.com<br>Email: ndonnelly@paulweiss.com |

**ADDITIONAL SERVICE INFORMATION (if needed):**
**Required Service List**

| | |
|---|---|
| Theresa Ann McDonald<br>1832 Knights Ferry Drive<br>Plumas Lake, CA 95961 | Email: tmcdonald120@yahoo.com |
| U.S. Department of Justice<br>Federal Energy Regulatory Commission<br><br>Danielle A. Pham<br>Federal Energy Regulatory Commission<br>100 First Street, Suite 2300<br>San Francisco, CA 94105 | Interested Party United States on behalf of the Federal Energy Regulatory Commission<br><br>Email: danielle.pham@usdoj.gov |
| U.S. Nuclear Regulatory Commission<br><br>Anita Ghosh Naber<br>Attn: General Counsel<br>Washington, DC 20555-0001 | U.S. Nuclear Regulatory Commission<br><br><br><br>Email: anita.ghoshnaber@nrc.gov |
| US Securities and Exchange Commission<br><br>Attn: Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington, DC 20549<br><br>US Securities and Exchange Commission<br>Attn: Jina Choi, Regional Director<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104 | US Securities and Exchange Commission<br><br>Email: secbankruptcy@sec.gov<br><br><br><br>Email: sanfrancisco@sec.gov |