Amanda Jereige (SBN# 324644)
ajereige@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

David Neier (*admitted pro hac vice*)
dneier@winston.com
WINSTON & STRAWN LLP
200 Park Avenue, 40th Floor
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Global Ampersand LLC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br>(Lead Case) *(Jointly Administered)*<br><br>**NOTICE OF WITHDRAWAL OF OBJECTIONS AND OF NOTICE OF WITHDRAWAL OF CLAIMS OF GLOBAL AMPERSAND LLC** |
| ☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

**PLEASE TAKE NOTICE** that Global Ampersand LLC ("Global") hereby withdraws in its entirety the following: (i) Response of Claimant Global Ampersand LLC to Objection of Debtors to Claim Asserted by Claimant Pursuant to 11 U.S.C. § 503(B)(9) dated July 31, 2019 (Docket No. 3288) (the "Response"); (ii) Objection of Claimant Global Ampersand LLC to Debtors' Proposed Cure Amounts dated May 14, 2020 (Docket No. 7191) (together with the Response, the "Objections"); and (iii) Notice of Withdrawal of Claims Numbers 1378, 1842, and 2367 dated April 16, 2021 (Docket No. 10546) (the "Notice"). The reason for the withdrawal of the Objections is that they were resolved and satisfied in connection with an assumption of an executory contract and agreement. The reason for the withdrawal of the Notice is that it contains errors.

Dated: April 30, 2021            WINSTON & STRAWN LLP

By:  /s/ Amanda Jereige
Amanda Jereige (SBN# 324644)
David Neier (*admitted pro hac vice*)

*Attorneys for Global Ampersand LLC*