Edgar Perry, Creditor
2540 Market Avenue
San Pablo, California 94806-4542

FILED
APR 30 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: | Bankruptcy Case No. 19-30088(DM) |
|---|---|
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| AND DOES 1 THROU 10, DEBTORS | Response Deadline: |

May 12, 2021, 4:00 p.m.(PT)

Debtor has on file, on time, on court's record, proof of liability(debitor has proof of notice from creditor's declaration to debitor's C. E. O. at the time, in San Francisco, California, request to underground its wires and previously it has live wires falling on creditor's property and killed creditor's cat; also, creditor denied authorization for debtor and any doe to trim creditor's tree, although creditor did not allow such, according to witness; debtor has on file estimate of repair to vehicle of $3,000(three thousand dollars, among other damages(spoiled food on food on creditor refrigerator due to cut of electricity).

Under Amendment 14 th.(among others)of the United States Constitution this is a legal claim.

Debtor inflicted huge loss of life and property in tragic events in Northern California big fires and explosion in San Bruno, California.

Creditor prays the court the debtor be ordered(as corporation it is, not utility)to use its assets to become an utility and let the State administer a real utility.

Debtor uses the California P. U. C.(Public Utility Commission) to charge consumers for its mismanagement, as creditor voiced in

public hearings in San Francisco, California. Debtor ordered Dave Tree to trim creditor's tree(under his objection)and someone forced his way in creditor's property to see the damage caused at order of the debtor who said damage not Daves Tree's.

Since Bankrupty courts are part of the federal judiciary system credit submits this claim to the United States Attorney General.

Creditor requests this court to order clerk to arrange for telephone conference for the hearing of this motion on May 26, 2021, at 10:00 a. m.(Pacific time) to include him at his phone No. (510) 234-1392.

Respectfully submited,

(s)Edgar Perry

2540 Market Avenue

San Pablo, California 94806-4542

-2-

Mitakuye Oyasin
Edgar Perry
2540 Market Ave
San Pablo, CA 94806-4542

OAKLAND
26 APR 2021
FOREVER / USA

To THE CLERK
U.S. BANKRUPTCY COURT
Courtroom 17
16th floor — 450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

RECEIVED
APR 30 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA