Entered on Docket
May 03, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 2, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Bill Robins III, Esq. (SBN 296101)
   Robert T. Bryson, Esq. (SBN 156953)
2  Rex Grady, Esq. (SBN 232236)
   **ROBINS CLOUD LLP**
3  808 Wilshire Blvd., Suite 450
   Santa Monica, California 90401
4  Telephone: (310) 929-4200
   Facsimile: (310) 566-5900
5
   Attorneys for Creditor, Billy Dunn.
6
   Matthew W. Grimshaw, Esq. (SBN 210424)
7  **GRIMSHAW LAW GROUP, P.C.**
   26 Executive Park, Ste. 250
8  Irvine, California 92614
   Telephone: (949) 734-0187
9  Facsimile: (208) 391-7860

10 Counsel for Robins Cloud LLP

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | ) Case No. 19-30088 (DM) |
| PG&E CORPORATION, | ) Chapter 11 |
| and | ) |
| PACIFIC GAS AND ELECTRIC COMPANY | ) (Lead Case–Jointly Administered) |
| Debtors | ) **ORDER AUTHORIZING** |
| Affects: | ) **WITHDRAWAL OF COUNSEL** |
| ☐ PG&E Corporation | ) |
| ☐ Pacific Gas & Electric Company | ) |
| ☒ Both Debtors | ) |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | ) |

# ORDER PERMITTING THE ROBINS CLOUD FIRM TO WITHDRAW AS COUNSEL TO BILLY DUNN

Upon consideration of the motion (the "Motion") of Robins Cloud LLP ("Firm") to withdraw as counsel to Billy Dunn pursuant to Rule 11-5 (a); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and the Court having jurisdiction to consider the Motion and the relief requested therein; and the Court having determined that the legal and factual grounds set forth in the Motion establish just cause for the relief requested in the Motion; and after due deliberation;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.
2. The Firm is permitted to withdraw as counsel to Billy Dunn ("Creditor").[1]
3. The Firm shall continue to forward documents regarding Claim No. 28335 to Creditor until Creditor appears in this matter (a) through new counsel or (b) in pro per.

*** END OF ORDER ***

---

[1] The Grimshaw Law Group, P.C. is not counsel to Creditor.

**COURT SERVICE LIST**

Billy Dunn
14360 Skyway, Space B12,
Magalia, CA 95954

CERTIFICATE OF SERVICE