# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1.  I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.  On April 28, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Robert B. Wister, 26256 Hickory Avenue, Hayward, CA 94544-3112:

- Order Fixing in Amount and Allowing Claim No. 8671 (Robert B. Wister) [Docket No. 10592]

3.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 3rd day of May 2021, at New York, NY.

*/s/ Sonia Akter*
_____
Sonia Akter

SRF 53240