# EXHIBIT C

**Representative CED Agreements**

**[Redacted in its Entirety]**