**EXHIBIT D**

**Consent and Agreement**

**[Redacted in its Entirety]**