**EXHIBIT E**

**Notices of Default**

**[Redacted in its Entirety]**