| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liliya Kulyk, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Granting Joint Motion of Fire Victim Trustee and Reorganized Debtors Regarding Exchange Transaction in Support of a Grantor Trust Tax Election [Docket No. 10598]

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1 | Executed this 4th day of May 2021, at New York, NY.
2 |
3 |                                           */s/ Liliya Kulyk*
                                          Liliya Kulyk

# **Exhibit A**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Attn: C. Tang, Mail Stop 5420 | Centralized Insolvency Operation | 55 S. Market Street | | San Jose | CA | 95113 | | First Class Mail |
| Office of the California Attorney General | Attn: Margarita Padilla, Danette Valdez | P.O. Box 944255 | | | Sacramento | CA | 94244-2550 | Margarita.Padilla@doj.ca.gov; Danette.Valdez@doj.ca.gov | First Class Mail and Email |
| Pascuzzi & Rios LLP | Attn: Paul Pascuzzi | Office of the California Attorney General | c/o Felderstein Fitzgerald Willoughby | 500 Capitol Mall, Suite 225 | Sacramento | CA | 95814 | ppascuzzi@ffwplaw.com | First Class Mail and Email |
| Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit | Federal Courthouse | 450 Golden Gate Avenue | | San Francisco | CA | 94102 | | First Class Mail |
| Office of the United States Trustee | Attn: Timothy Lafredi, James L. Snyder, Marta E. Villacorta | 450 Golden Gate Avenue, 5th Floor | Suite #05-0153 | | San Francisco | CA | 94102 | timothy.s.laffredi@usdoj.gov; James.L.Snyder@usdoj.gov; Marta.Villacorta@usdoj.gov | First Class Mail and Email |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | 1285 Avenue of the Americas | | | New York | NY | 10019-6064 | akornberg@paulweiss.com; bhermann@paulweiss.com; wrieman@paulweiss.com; smitchell@paulweiss.com; ndonnelly@paulweiss.com | First Class Mail and Email |
| Theresa Ann McDonald | | Address on File | | | | | | Email Address on File | First Class Mail and Email |
| U.S. Department of Justice Federal Energy Regulatory Commission | Attn: Danielle A. Pham | 100 First Street, Suite 2300 | | | San Francisco | CA | 94105 | danielle.pham@usdoj.gov | First Class Mail and Email |
| U.S. Nuclear Regulatory Commission | Attn: General Counsel | Anita Ghosh Naber | | | Washington | DC | 20555-0001 | anita.ghoshnaber@nrc.gov | First Class Mail and Email |
| US Securities and Exchange Commission | Attn: Office of General Counsel | 100 F St. NE MS 6041B | | | Washington | DC | 20549 | secbankruptcy@sec.gov; sanfrancisco@sec.gov | First Class Mail and Email |
| US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | San Francisco Regional Office | 44 Montgomery Street, Suite 2800 | | San Francisco | CA | 94104 | | First Class Mail |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 1 of 1

Case: 19-30088    Doc# 10618    Filed: 05/04/21    Entered: 05/04/21 14:45:46    Page 4 of 4