# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On April 30, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Second Securities Omnibus Service List attached hereto as **Exhibit A**:

- Reorganized Debtors' Second Securities Claims Omnibus Objection (Amended and Superseded Claims) [Docket No. 10414]
- Declaration of Christina Pullo in Support of Reorganized Debtors' Second Securities Claims Omnibus Objection (Amended and Superseded Claims) [Docket No. 10415]
- Notice of Hearing on Reorganized Debtors' Second Securities Claims Omnibus Objection (Amended and Superseded Claims) [Docket No. 10416]

3. On April 30, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party, to be served via first class mail on the 68th Omnibus Notice Service List attached hereto as **Exhibit B**:

- Reorganized Debtors' Sixty-Eighth Omnibus Objection to Claims (Customer No Liability Energy Rate Claims) [Docket No. 10422]

4. On April 30, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party, to be served via first class mail on YSI Inc. (MMLID#8300767), 1700/1725 Brannum Lane, Yellow Springs, OH, 45387-1107:

- Reorganized Debtors' Seventieth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 10428]

5. On April 30, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party, to be served via first class mail on Dion Barrett (MMLID#6151561), 3121 Rochdale Dr., Modesto, CA, 95355-7994:

- Reorganized Debtors' Seventy-Second Omnibus Objection to Claims (Customer No Liability / Passthrough Claims) [Docket No. 10434]

6. On April 30, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Deanna Cranney (MMLID#6174482), 312 N. Sanders St., Ridgecrest, CA, 93555-3640:

- Reorganized Debtors' Report on Responses to Sixtieth through Sixty-Seventh Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections. [Docket No. 10490]

7. On April 30, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party to be served via first class mail on Dorothy Tesconi (MMLID#4919957), PO Box 1537, Windsor, CA, 95492-1537 and on nTherm, LLC (MMLID#7307138), David M Vastine, CFO, 1624 Market St., Ste 202, Denver, CO, 80202-1518:

- Reorganized Debtors' Seventy-Fourth Omnibus Objection to Claims (Satisfied Claims) [Docket No. 10531]

8. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 4th day of May 2021, at New York, NY.

/s/ Nuno Cardoso
Nuno Cardoso

# **Exhibit A**

# Exhibit A
## Second Securities Service List
## Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 7918982 | Atlas Enhanced Master Fund, Ltd. | c/o Balyasny Asset Management, L.P. | 444 W. Lake Street | 50th Floor | Chicago | IL | 60606 | |
| 7919479 | Atlas Master Fund, Ltd. | c/o Balyasny Asset Management, L.P. | 444 W. Lake Street | 50th Floor | Chicago | IL | 60606 | |
| 7919866 | FA MSCI WLD LR WEIGHTED ETF | c/o CI First Asset | 2 Queen Street East | 20th Floor | Toronto | ON | M5C 3G7 | Canada |
| 7919816 | FA MSTAR US VALUE ETF | c/o First Asset Investment Management Inc. | 95 Wellington St., W. | #1400 | Toronto | ON | M5J 2N7 | Canada |
| 7919818 | FA US EQMLTIFCTR ETF | c/o CI First Asset | 2 Queen Street East | 20th Floor | Toronto | ON | M5C 3G7 | Canada |

# **Exhibit B**

Exhibit B
68th Omnibus Notice Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6158915 | Hodges, Heather | 2101 Rosemarie Ln | Apt 147 | Stockton | CA | 95207-7813 |
| 6166224 | James, Laura | 2234 SW Newport Isles Blvd | | Port St Lucie | FL | 34953-4577 |
| 6169035 | Khalil, Sofia | 1122 Harcourt Ave | | Seaside | CA | 93955-5415 |
| 6169237 | Luna, Antoinette | PO Box 532 | | Vallejo | CA | 94590-0053 |
| 6159340 | Marquette, Jill | 11045 Bristol Bay Dr | Apt 812 | Bradenton | FL | 34209-7922 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

Case: 19-30088    Doc# 10621    Filed: 05/04/21    Entered: 05/04/21 16:31:36    Page 7 of 7