US Bankruptcy Court
Attn: Judge Dennis Montali
450 Golden Gate Avenue
San Francisco, CA. 94102



April 29, 2021

Dear Judge Montali:
I am a claimant in case no. 19-30088 (claim 2017), and I apologize in advance if by writing this letter I am somehow circumventing proper legal channels as I am ignorant on such matters and without legal representation.

I was on the video conference call that you presided over on March 25th. I wasn't sure if I was supposed to be in that call because my claim had a comment next to it saying "objection has been removed", and I wasn't exactly sure what that meant for me and my claim. However, you addressed it early in the call by asking legal counsel (Dara Silveira) if those claims that had been settled out of court or had objections removed would be issued checks in a timely manner - and she responded yes. At that point, relieved, I realized I did not need to be in that conference call, so I excused myself after a few more minutes.

A month has now passed, and I have heard nothing from opposing counsel. I've conveyed all this information to you in order to ask this one question - who holds the parties accountable in fulfilling what they've agreed to do? As I mentioned, I am not an attorney, so I apologize if this is a silly question. It could be argued accountability is at the crux of our legal system (that may be a little dramatic), I just don't know how it's enforced. In any case, thank you for any help or advice you can give on this matter.

Thank you,

*Philip Piserchio* (signature)

Philip Piserchio
1620 Claremont Drive
San Bruno, CA. 94066
650-303-0833

Piserchio, Phil
1620 Claremont Dr.
San Bruno, CA 94066

US Bankruptcy Court
Attn: Judge Dennis Montali
450 Golden Gate Ave.
San Francisco, CA 94102

RECEIVED SAN FRANCISCO CA 940
MAY - 4 2021    29 APR 2021 PM 2 L
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA


FOREVER
B4 16503 13 195644
USA


UNITED STATES
POSTAL SERVICE