1  **DAVID S. HOFFMAN**
   **Attorney at Law**
2  **1500 E. Hamilton Ave. #118**
   **Campbell, CA   95008**

   David S. Hoffman        State Bar No: 151656

   **Telephone: 408/412-8427**
   **Telefax:     408/412-8425**

   Attorneys for RHONDA A. WEISS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**REQUEST FOR REMOVAL FROM SERVICE LIST**<br><br>Date:<br>Time:<br>Place:<br>Ctrm:<br>Judge: Dennis Montali |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS' OF RECORD:

PLEASE TAKE NOTICE THAT the undersigned attorney hereby requests to be removed from Debtors' and the Clerk of this Court's Service List, and further requests removal of the undersigned counsel and its address from any mailing matrix in the above-captioned case:

REQUEST FOR REMOVAL FROM SERVICE LIST

1

DAVID S. HOFFMAN<br>
Attorney at Law<br>
1500 E. Hamilton Ave. #118<br>
Campbell, CA 95008<br>
(408) 412-8427-off<br>
(408) 412-8425-fax<br>
dshoffmanesq@aol.com

This request is intended, without limitation, to constitute a request for removal from all service lists, including but not limited to (1) CM/ECF notification in the case; (2) court-designated services as set forth in the Bankruptcy Rules; and (3) the notices and papers referred to in the Bankruptcy Rules and Title 11 of the United States Code.

Dated: May 6, 2021          **DAVID S. HOFFMAN, ATTORNEY AT LAW**

/s/ *David S. Hoffman*
David S. Hoffman, Attorney for RHONDA A. WEISS

REQUEST FOR REMOVAL FROM SERVICE LIST