

Signed and Filed: May 6, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER SUSTAINING REORGANIZED DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS) WITH RESPECT TO CLAIM NOS. 7647, 7655, 7696, 7706, 7707, 7708, 7709, and 7711 (JDB & SONS CONSTRUCTION INC.)**<br><br>[Re: Dkt. No. 9888] |

The Court having reviewed the *Reorganized Debtors' Fifty-First Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 9888] (the "**Fifty-First Omnibus Objection**")[1] and pursuant to the agreement of the Claimants, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Fifty-First Omnibus Objection is sustained with respect to Claim Nos. 7647, 7655, 7696, 7706, 7707, 7708, 7709, and 7711 (JDB & Sons Construction Inc.).

2. Claim Nos. 7647, 7655, 7706, 7707, and 7709 (JDB & Sons Construction Inc.) shall be allowed in the amounts set forth below:

| Claim No. | Allowed Amount |
|---|---|
| 7647 | $1,766.00 |
| 7655 | $7,770.00 |
| 7706 | $10,536.00 |
| 7707 | $15,190.00 |
| 7709 | $16,414.00 |

3. Claim Nos. 7696, 7708, and 7701 shall be disallowed and expunged.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

APPROVED AS TO FORM AND CONTENT:

Dated: May 4, 2021

*/s/ Kenneth Cormican*
Kenneth Cormican
JDB & Sons Construction Inc.

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Fifty-First Omnibus Objection.