

**Entered on Docket**
**May 06, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 6, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br>**ORDER EXPUNGING CLAIM NO. 4047 (PIZZA FACTORY) PURSUANT TO REORGANIZED DEBTORS' SEVENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (CUSTOMER NO LIABILITY / PASSTHROUGH CLAIMS)**<br>[Re: Dkt. No. 10434] |

The Court having reviewed the *Reorganized Debtors' Seventy-Second Omnibus Objection to Claims (Customer No Liability / Passthrough Claims)* [Docket No. 10434] (the "**Seventy-Second Omnibus Objection**")[1] and having received no response with respect to Claim No. 4047 (Pizza Factory), and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Seventy-Second Omnibus Objection is SUSTAINED with respect to Claim No. 4047 (Pizza Factory).

2. Claim No. 4047 (Pizza Factory) shall be expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

---

[1] Capitalized terms used herein not otherwise defined have the meanings given to them in the Seventy-Second Omnibus Objection.

## Court Service List

Pizza Factory
2576 Cottle Ave.
San Jose, CA 95125

Susan Luce, Esq.
Diemer & Wei, LLP
55 S. Market St., Ste. 1420
San Jose, CA 95113
SLuce@diemerwei.com