KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON CERTAIN OF THE REORGANIZED DEBTORS' OMNIBUS OBJECTIONS TO CLAIMS**<br><br>[Re: Dkt. Nos. 9076, 9464, 9702]<br><br>Date: May 26, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>      United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** by Order dated June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated July 19, 2020* [Docket No. 8048] (the "**Plan**"). The Plan became effective on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that on June 30, 2020, the Bankruptcy Court entered the *Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections*, dated June 30, 2020 [Docket No. 8228] (the "**Omnibus Objections Procedures Order**"), pursuant to which the Bankruptcy Court established procedures by which the Debtors and Reorganized Debtors could file objections to multiple Claims (as defined therein).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Omnibus Objection Procedures Order, the Reorganized Debtors filed the following omnibus objections (collectively, the "**Omnibus Objections**") and received the corresponding informal responses identified below (the "**Omnibus Objection Responses**"):

| Omnibus Objection | Objection Filed | Objection Deadline | Responses Received | Original Hearing Date | Initial Hearing Continuance |
|---|---|---|---|---|---|
| *Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims)* [Dkt. No. 9076] | September 17, 2020 | October 14, 2020, at 4:00 p.m. (Pacific Time) | City of Oakland (Claim No. 79639) | October 28, 2020, at 10:00 a.m. (Pacific Time) | November 17, 2020, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Forty-Fourth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Dkt. No. 9464] | November 5, 2020 | December 1, 2020, at 4:00 p.m. (Pacific Time) | University of California (Claim No. 61276) | December 15, 2020, at 10:00 a.m. (Pacific Time) | March 24, 2021, at 10:00 a.m. (Pacific Time) |
| *Reorganized Debtors' Forty-* | December 3, 2020 | December 29, 2020, at | Hain Capital Holdings, LLC | January 12, 2021, at | January 27, 2021, at |

| Omnibus Objection | Objection Filed | Objection Deadline | Responses Received | Original Hearing Date | Initial Hearing Continuance |
|---|---|---|---|---|---|
| *Sixth Omnibus Objection to Claims (Books and Records Claims)* [Dkt. No. 9702] | | 4:00 p.m. (Pacific Time) | as Transferee of Hain Capital Investors Master Fund Ltd. (Claim No. 9634) | 10:00 a.m. (Pacific Time) | 10:00 a.m. (Pacific Time) |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Omnibus Objections *solely with respect to the specific claims that are identified in the Omnibus Objection Responses and in the above paragraphs of this Notice* will be **further continued** to the next omnibus hearing, on May 26, 2021 at 10:00 a.m. (Pacific Time), unless otherwise noted herein. If applicable, the formal response deadlines are further continued to May 12, 2021 unless otherwise agreed to with Claimants.

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 6, 2021

**KELLER BENVENUTTI KIM LLP**

*/s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*