# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jean-Christophe Gache, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on 2 Tread Brewing Company, 1018 Santa Rosa Plaza, Santa Rosa, CA 95401:

- Order Authorizing Withdrawal of Counsel [Docket No. 10609]

3. On May 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Billy Dunn, 14360 Skyway, Space B12, Magalia, CA 95954:

- Order Authorizing Withdrawal of Counsel [Docket No. 10610]

4. On May 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Dylan Whiteside, 742 Highland Lane, Paradise, CA 95969:

- Order Authorizing Withdrawal of Counsel [Docket No. 10611]

5. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 5th day of May 2021, at New York, NY.

*/s/ Jean-Christophe Gache*
Jean-Christophe Gache

SRF 53373