**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MAY 11, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: May 11, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone Conference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

# PROPOSED AGENDA FOR
# MAY 11, 2021, 10:00 A.M. (PACIFIC TIME)
# OMNIBUS HEARING

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

1. **Forty-Fifth Omnibus Claim Objection (Reduced and Allowed Claims):** *Reorganized Debtors' Forty-Fifth Omnibus Objection to Claims (Reduced and Allowed Claims)* [**Dkt. 9466**].

    Responses Filed:

    A. Letter to the Court by John I. Weaver [**Dkt. 10516**].

    B. Letter to the Court by John I. Weaver [**Dkt. 10624**].

    Related Document:

    C. Reorganized Debtors' Report on Status and Resolution of Omnibus Objections with Respect to Certain Claims [**Dkt. 10630**].

    Status: This matter is going forward on a contested basis as to the Response above.

*RESOLVED AND CONTINUED MATTERS*

**Omnibus Claims Objections:**

2. **Sixteenth (Satisfied Claims)** [**Dkt. 9076**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9364**. It has been continued to May 26, 2021 as to the City of Oakland [**Dkt. 10631**].

3. **Fortieth (No Liability / Passthrough Claims)** [**Dkt. 9455**]. This Omnibus Objection was granted as to most Claims by **Dkts. 9872 and 10468**. As to Martha Gerstner, the Reorganized Debtors will seek to resolve the Claim through the Court-approved ADR procedures, and request that the Hearing on the Claim be taken off calendar and continued indefinitely in the interim [**Dkt. 10630**].

4. **Forty-Third (No Liability / Passthrough Claims)** [**Dkt. 9462**]. This Omnibus Objection was granted as to most Claims by **Dkts. 9872 and 10468**. As to Bruce and Kathleen Shaw, the Reorganized Debtors will seek to resolve the Claim through the Court-approved ADR procedures, and request that the Hearing on the Claim be taken off calendar and continued indefinitely in the interim [**Dkt. 10630**].

5. **Forty-Fourth (No Liability / Passthrough Claims)** [**Dkt. 9464**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9873**. It has been continued to May 26, 2021

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

as to University of California [**Dkt. 10631**].

6. **Forty-Fifth (Reduced and Allowed Claims)** [**Dkt. 9466**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9869**. The Hearing is going forward as to John I. Weaver. The Reorganized Debtors have sent settlement agreements as to Shou Kun Huang and Henry Huang, but no response has been received; if no response is received or consensual resolution is reached by the Hearing, the Reorganized Debtors have requested that the Hearing be continued to May 26, 2021 [**Dkt. 10630**]. It has been resolved as to Gordon N. Ball, Inc. (GNB) [**Dkt. 10630**].

7. **Forty-Sixth (Books and Records Claims)** [**Dkt. 9702**]. This Omnibus Objection has been granted as to all Claims [**Dkt. 9936**] except Hain Capital Holdings, LLC as Transferee of Hain Capital Investors Master Fund Ltd., which has been continued to May 26, 2021 [**Dkt. 10631**].

8. **Fifty-First (Books and Records Claims)** [**Dkt. 9888**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10102**. It has been sustained as to JDB & Sons Construction Inc. [**Dkts. 10628 and 10630**]. The Reorganized Debtors have reached a settlement in principle as to Cosco Fire Protection, Inc. and a settlement agreement will be prepared and reviewed; if the Reorganized Debtors do not have a fully executed agreement in advance of the Hearing, the Reorganized Debtors request that it be continued to May 26, 2021 [**Dkt. 10630**].

9. **Sixtieth (No Liability / Passthrough Claims)** [**Dkt. 10281**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10505**. It has been resolved as to Mid-Century Insurance Company [**Dkt. 10630**].

10. **Sixty-Second (Books and Records Claims)** [**Dkt. 10287**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10503**. The Reorganized Debtors have made a settlement offer as to City of Santa Cruz, but no response has been received; if no response is received or consensual resolution is reached by the Hearing, the Reorganized Debtors have requested that the Hearing be continued to May 26, 2021 [**Dkt. 10630**].

11. **Sixty-Ninth (Books and Records Claims)** [**Dkt. 10425**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10562**. It has been resolved as to Multi-Strategy Partners, LP as Transferee of CN Utility Consulting, Inc. and Whitebox Multi-Strategy Partners, LP as Transferee of Wright Tree Service of the West, Inc. [**Dkt. 10630**].

12. **Seventieth (Satisfied Claims)** [**Dkt. 10428**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10563**. It has been withdrawn as to CRG Financial LLC as Assignee of Development Dimensions [**Dkt. 10630**].

13. **Seventy-First (No Liability Claims)** [**Dkt. 10431**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10578**. It has been withdrawn as to Gerry Cargill [**Dkt. 10630**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

14. **Seventy-Second (Customer No Liability / Passthrough Claims) [Dkt. 10434]**. This Omnibus Objection was granted as to most Claims by **Dkt. 10568**. It has been sustained as to Pizza Factory [**Dkts. 10629 and 10630**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 10, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Dara L. Silveira*
      Dara L. Silveira

*Attorneys for Debtors and Reorganized Debtors*