# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
|    - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
|                  **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 6, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Expunging Claim No. 4047 (Pizza Factory) Pursuant to Reorganized Debtors' Seventy-Second Omnibus Objection to Claims (Customer No Liability/Passthrough Claims) [Docket No. 10629]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 11th day of May 2021, at New York, NY.

*/s/ Sonia Akter*

Sonia Akter

SRF 53501

**Exhibit A**

## Exhibit A
### Notice Parties Service List
Served as set forth below

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|
| Diemer & Wei, LLP | 55 S. Market St., Ste. 1420 | San Jose | CA | 95113 | SLuce@diemerwei.com | First Class Mail and Email |
| Pizza Factory | 2576 Cottle Ave. | San Jose | CA | 95125 | | First Class Mail |