G. LARRY ENGEL (SBN 53484)
**ENGEL LAW, PC**
12116 Horseshoe Lane
Nevada City, California 95959
Telephone: (415) 370-5943
larry@engeladvice.com

Attorneys for
Creditor (who is also the Creditor himself
and shares the same address and data for service
and otherwise, is the person with authority to reconcile,
settle, or otherwise resolve the Objection as to Creditor)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 (Lead Case – Jointly Administered) |
| -and- | HEARING INFORMATION: |
| PACIFIC GAS AND ELECTRIC COMPANY, | Date: June 15, 2021<br>Time: 10:00 AM (Pacific Time)<br>Place: (Telephonic Appearances Only) |
| Debtors. | United State Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA. 94102 |
| Affects both Debtors | Reply Deadline: 5/14/21 |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action. I am employed as an independent contractor in the County of Sacramento, State of California, and my business address is 7834 Wooddale Way, Citrus Heights, California 96510.

On the date set forth below, I served a true and correct copy of the following documents:

**"REPLY" TO (1)"REORGANIZED DEBTORS' FURTHER OBJECTION TO CLAIMS 80033 AND 80500" [DKT. 10574] ("OBJECTION #2"), RELATING TO (2) REORGANIZED DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY/PASS THROUGH CLAIMS) [DKT 9460] ("OBJECTION #1"); AND SUPPLEMENTING (3) ENGEL'S "RESPONSE AND REQUEST FOR SECTION 105(D) STATUS CONFERENCE AND REQUEST FOR JUDICIAL NOTICE" [DKT 9653] ("RESPONSE #1"). RELATED COURT ORDER [DKT 10471]**

CERTIFICATE OF SERVICE

-1-

**DECLARATION #2 OF G. LARRY ENGEL IN SUPPORT OF HIS "REPLY" TO (1)"REORGANIZED DEBTORS' FURTHER OBJECTION TO CLAIMS 80033 AND 80500" [DKT. 10574] ("OBJECTION #2"), RELATING TO (2) REORGANIZED DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY/PASS THROUGH CLAIMS) [DKT 9460] ("OBJECTION #1"); AND SUPPLEMENTING (3) ENGEL'S "RESPONSE AND REQUEST FOR SECTION 105(D) STATUS CONFERENCE AND REQUEST FOR JUDICIAL NOTICE" [DKT 9653] ("RESPONSE #1"). RELATED COURT ORDER [DKT 10471]**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF "REPLY" TO (1)"REORGANIZED DEBTORS' FURTHER OBJECTION TO CLAIMS 80033 AND 80500" [DKT. 10574] ("OBJECTION #2"), RELATING TO (2) REORGANIZED DEBTORS' FORTY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY/PASS THROUGH CLAIMS) [DKT 9460] ("OBJECTION #1"); AND SUPPLEMENTING (3) ENGEL'S "RESPONSE AND REQUEST FOR SECTION 105(D) STATUS CONFERENCE AND REQUEST FOR JUDICIAL NOTICE" [DKT 9653] ("RESPONSE #1"). RELATED COURT ORDER [DKT 10471]**

by transmitting the above document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants, and by electronic service on Debtor Counsel Omid H. Nasab *(pro hac vice)* at onasab@cravath.com, and on Claimants (80500) Mark A. and Janet J. Klein at maklein@ix.netcom.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 11, 2021 at Citrus Heights, California.

*/s/ Lori N. Lasley*
Lori N. Lasley

CERTIFICATE OF SERVICE