```
1                    UNITED STATES BANKRUPTCY COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3                               -oOo-

4    In Re:                        ) Case No. 19-30088
                                   ) Chapter 11
5    PG&E CORPORATION AND PACIFIC  )
     GAS AND ELECTRIC COMPANY, ET  ) San Francisco, California
6    AL.                           ) Tuesday, May 11, 2021
                                   ) 10:00 AM
7                       Debtors.   )
     _____ ) REORGANIZED DEBTORS' FORTY-
8                                    FIFTH OMNIBUS OBJECTION TO
                                     CLAIMS (REDUCED AND ALLOWED
9                                    CLAIMS) FILED BY PG&E
                                     CORPORATION [9466] AS TO JOHN
10                                   WEAVER (CLAIM NO. 2932)

11

12                     TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE DENNIS MONTALI
13                  UNITED STATES BANKRUPTCY JUDGE

14   APPEARANCES (All present by video or telephone):
     For Reorganized Debtors:    DARA L. SILVEIRA, ESQ.
15                               Keller Benvenutti Kim LLP
                                 650 California Street
16                               Suite 1900
                                 San Francisco, CA 94108
17                               (415)496-6723

18   For Reorganized Debtors:    RICHARD W. SLACK, ESQ.
                                 Weil, Gotshal & Manges LLP
19                               767 Fifth Avenue
                                 New York, NY 10153
20                               (212)310-8000

21   Also Present:               John Weaver
                                 Individual Claimant
22
                                 Bruce Shaw
23                               Individual Claimant

24                               Kathleen Shaw
                                 Individual Claimant
25
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18  Court Recorder:            LORENA PARADA/ANKEY THOMAS
                               United States Bankruptcy
                               Court
19                             450 Golden Gate Avenue
                               San Francisco, CA 94102
20
21  Transcriber:               LINDA FERRARA
                               eScribers, LLC
22                             7227 N. 16th Street
                               Suite #207
23                             Phoenix, AZ 85020
                               (973)406-2250
24
    Proceedings recorded by electronic sound recording;
25  transcript provided by transcription service.
```

PG&E Corporation, et al.

1   SAN FRANCISCO, CALIFORNIA, TUESDAY, MAY 11, 2021, 10:00 AM:

2                               -oOo-

3       (Call to order of the Court.)

4           THE CLERK:  Court is now in session, the Honorable

5   Dennis Montali presiding.  Calling the matter of PG&E

6   Corporation.

7           THE COURT:  Good morning, everyone.  This is Judge

8   Montali.  Ms. Silveira, are you on the call for the company

9   today?

10          MS. SILVEIRA:  Yes, Your Honor.  Good morning.  Dara

11  Silveira of Keller Benvenutti Kim on behalf of the debtors and

12  reorganized debtors.

13          THE COURT:  And thank you then.

14          Mr. Weaver, you're with us this morning, I see.  You

15  need to unmute mic, so I can hear you.  Unmute your mic, Mr.

16  Weaver.

17          MR. WEAVER:  John Weaver is on the line.

18          THE COURT:  All right.  Mr. Weaver, you're the only

19  matter we have on calendar here.  I'm a little bit confused by

20  your situation here.  You've been dealing with this problem for

21  five and a half years and the company is trying to pay you

22  8,000 dollars and you don't seem to want it.  So what's the

23  story?

24          MR. WEAVER:  I would like very much to get whatever is

25  due and equitable --

PG&E Corporation, et al.

1  THE COURT: Well, why don't you just take --

2  MR. WEAVER: -- not due and equitable -- I mean, just
3  fair. I just want to be fair but I've been unable to collect
4  any funds whenever an agreement is made.

5  THE COURT: Yeah. But the last time you complained
6  about the settlement agreement that you had to sign and the
7  company didn't even hold you to that. So I'm prepared to issue
8  an order that allows you an 8,000 dollar claim if that's --
9  that seems to be proper and consistent with your proof of claim
10 and the case that you made. So you're not going to complain
11 about that, are you?

12 MR. WEAVER: No, I'm -- I'm -- I'm willing to accept
13 whatever the Court comes up with. Yes, sir.

14 THE COURT: Okay. Ms. Silveira, will Mr. Weaver get a
15 check in normal course of business here?

16 MS. SILVEIRA: Yes, Your Honor. If we get the --
17 we'll upload the order shortly. As soon as it's entered, we'll
18 start the allowance process and I believe checks are going out
19 every two to three weeks after allowance.

20 THE COURT: Okay. Well, Mr. Weaver, that should take
21 care of it. So congratulations, you'll get your check.

22 Now I see -- do you have anything, Mr. Weaver,
23 anything else? Do you want to say anything further?
24 Apparently not.

25 I see Mr. and Mrs. Shaw on the call but we don't have

1  you on the calendar today.  Do you wish to be heard this
2  morning, Mr. or Mrs. Shaw?
3             MR. SHAW:  Well, we're -- we're really not
4  understanding the process here I guess.  It was suggested that
5  we had the right to be here.
6             THE COURT:  Well, you do have a right to be here --
7             MR. SHAW:  Yes.
8             THE COURT:   -- but the company took the position that
9  they wanted to give this an opportunity to have your claim
10 mediated through our court-supervised ADR procedure.
11            MR. SHAW:  Okay.
12            THE COURT:  You're not bound to do anything.  You're
13 not going to incur any expense, you'll --
14            MR. SHAW:  Okay.  Well, we just --
15            THE COURT:  Yeah.
16            MR. SHAW:  -- we were informed that we had the right
17 to be here, we just wanted to make sure our rights were
18 protected and if they're going to go through a mediation
19 process, we'll certainly do that.
20            THE COURT:  Okay.  Well, you have the right to and if
21 the mediation is successful and you are satisfied and the
22 company is satisfied, that's the end of it and if the mediation
23 is unsuccessful, we'll cross that bridge when we come to it.
24 Ms. Silveira and other lawyers for the company know how to
25 implement that.  It's not something we're going to do now

1  because I am taking the company's recommendation and you've
2  certainly agreed to me.  So you haven't given up any rights.
3  I'll just wish you good luck and a good resolution on the
4  mediation.
5          MR. SHAW:  Okay.  Thank you for --
6          THE COURT:  Yeah.
7          MR. SHAW:  -- letting us be here --
8          THE COURT:  Okay.
9          MR. SHAW:  -- and we appreciate it.
10         THE COURT:  Sure.  Okay.
11         Now I see other people on the call but we have nothing
12  else on the agenda.  I have one housekeeping matter to take up
13  with Ms. Silveira but does anyone else wish to be heard this
14  morning?  Mr. Slack, I see you on the call.  I didn't expect
15  you here today.
16         MR. SLACK:  I just figured it was going to be a short
17  call, Your Honor and I was going to listen in and see if
18  anything interesting happened.
19         THE COURT:  Well, everything we do is interesting but
20  there's no action item.
21         Does anyone else wish to be heard?
22         Ms. Silveira, the only housekeeping matter I want to
23  take up with you, I don't really like to discuss other
24  claimants when they're not on the call but I'm a little
25  concerned about what's become of Mr. Piserchio's claim because

PG&E Corporation, et al.

1  I believe he does have a right to have his claim allowed if
2  there's no pending objection. So you have the right to file an
3  objection but I think in his case and I'm sure you know the
4  claim number, I'm going to say -- I'll give you say twenty days
5  to file an objection, otherwise I want the claim to be allowed
6  and treated accordingly. Any problem with that?
7         MS. SILVEIRA: No problem with that, Your Honor. Does
8  that deadline include the option of sending the claim to ADR
9  because I think that's probably how we'll proceed?
10        THE COURT: Well, I hadn't thought about it because I
11 am -- yeah, I guess so because that's right, he can go to ADR
12 and can -- my point simply though is you have -- you're
13 administering lots and lots of claims and I appreciate all the
14 work you're doing and it makes it a little easier for me but in
15 his case, there seemed to be a lot of back and forth and I
16 don't like my court staff to be kind of an intermediary and if
17 there's no objection pending, under the law it's deemed allowed
18 but I am certainly not opposed to continuing the ADR process
19 and you can explain to him and I --
20        But the point I'm really making is I don't want my --
21 I want my courtroom judicial assistant, Ms. Thomas, to be out
22 of the loop back and forth between the claimant and anyone
23 else. So you implement the ADR procedure and if it works,
24 fine. If it doesn't then you either allow the claim or object
25 to it, okay?

PG&E Corporation, et al.

1   MS. SILVEIRA: Understood, Your Honor. We'll get that
2   process underway and apologies to Ms. Thomas. I wanted to
3   clear up the record but I did not foresee so much back and
4   forth. So we'll remove her from the ongoing correspondence.
5   MR. WEAVER: Your Honor --
6   THE COURT: You don't need to apologize for her,
7   I'm -- and she wasn't offended. I just wanted to make it
8   simple. All right.
9   Does someone else wish to be heard? All right. Then
10  if no one wishes to be heard, I'm going to conclude the
11  hearing. Thank you all for your time.
12  MR. WEAVER: May I have a clarification? This is John
13  Weaver.
14  THE COURT: Yes, sir.
15  MR. WEAVER: Is it my understanding that now I will
16  receive a check from PG&E?
17  THE COURT: Well, whether you get it from PG&E or
18  Prime Clerk or some intermediary, I am not sure exactly but
19  somewhere in the next two to three weeks, what Ms. Silveira
20  said, there should be a distribution to you on account of your
21  claim and I will be signing an order that authorizes and fixes
22  your claim at the 8,000 dollar figure.
23  MR. WEAVER: Thank you very much.
24  THE COURT: So that's a shorter answer to an even
25  shorter question. All right.

PG&E Corporation, et al.

1  MR. WEAVER: Thank you.

2  THE COURT: All right. Last call. Anyone else wish
3  to be heard? All right. Thank you all for your time and thank
4  you to my staff. We're going to conclude the hearing.

5  MS. SILVEIRA: Thank you, Your Honor.

6  (Whereupon these proceedings were concluded at 10:07 AM)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

I N D E X

| RULINGS: | PAGE | LINE |
|---|---|---|
| Claim as to John Weaver approved | 4 | 8 |

Case: 19-30088   Doc# 10644   Filed: 05/12/21   Entered: 05/12/21 09:49:02   Page 10 of 13

1          C E R T I F I C A T I O N

2

3   I, Linda Ferrara, certify that the foregoing transcript is a

4   true and accurate record of the proceedings.

5

6   *Linda Ferrara*

7

8   _____

9   /s/ LINDA FERRARA, CET-656

10

11  eScribers

12  7227 N. 16th Street, Suite #207

13  Phoenix, AZ 85020

14

15  Date:  May 12, 2021

**A**

**accept (1)**
 4:12
**accordingly (1)**
 7:6
**account (1)**
 8:20
**action (1)**
 6:20
**administering (1)**
 7:13
**ADR (5)**
 5:10;7:8,11,18,23
**agenda (1)**
 6:12
**agreed (1)**
 6:2
**agreement (2)**
 4:4,6
**allow (1)**
 7:24
**allowance (2)**
 4:18,19
**allowed (3)**
 7:1,5,17
**allows (1)**
 4:8
**apologies (1)**
 8:2
**apologize (1)**
 8:6
**Apparently (1)**
 4:24
**appreciate (2)**
 6:9;7:13
**assistant (1)**
 7:21
**authorizes (1)**
 8:21

**B**

**back (3)**
 7:15,22;8:3
**become (1)**
 6:25
**behalf (1)**
 3:11
**Benvenutti (1)**
 3:11
**bit (1)**
 3:19
**bound (1)**
 5:12
**bridge (1)**
 5:23
**business (1)**
 4:15

**C**

**calendar (2)**
 3:19;5:1
**CALIFORNIA (1)**
 3:1
**Call (8)**
 3:3,8;4:25;6:11,14,
 17,24;9:2
**Calling (1)**
 3:5
**can (4)**
 3:15;7:11,12,19
**care (1)**
 4:21
**case (3)**
 4:10;7:3,15
**certainly (3)**
 5:19;6:2;7:18
**check (3)**
 4:15,21;8:16
**checks (1)**
 4:18
**claim (11)**
 4:8,9;5:9;6:25;7:1,4,
 5,8,24;8:21,22
**claimant (1)**
 7:22
**claimants (1)**
 6:24
**claims (1)**
 7:13
**clarification (1)**
 8:12
**clear (1)**
 8:3
**CLERK (2)**
 3:4;8:18
**collect (1)**
 4:3
**company (6)**
 3:8,21;4:7;5:8,22,24
**company's (1)**
 6:1
**complain (1)**
 4:10
**complained (1)**
 4:5
**concerned (1)**
 6:25
**conclude (2)**
 8:10;9:4
**concluded (1)**
 9:6
**confused (1)**
 3:19
**congratulations (1)**
 4:21
**consistent (1)**
 4:9
**continuing (1)**
 7:18
**Corporation (1)**
 3:6
**correspondence (1)**
 8:4
**course (1)**
 4:15
**Court (26)**
 3:3,4,7,13,18;4:1,5,
 13,14,20;5:6,8,12,15,
 20;6:6,8,10,19;7:10,16;
 8:6,14,17,24;9:2
**courtroom (1)**
 7:21
**court-supervised (1)**
 5:10
**cross (1)**
 5:23

**D**

**Dara (1)**
 3:10
**days (1)**
 7:4
**deadline (1)**
 7:8
**dealing (1)**
 3:20
**debtors (2)**
 3:11,12
**deemed (1)**
 7:17
**Dennis (1)**
 3:5
**discuss (1)**
 6:23
**distribution (1)**
 8:20
**dollar (2)**
 4:8;8:22
**dollars (1)**
 3:22
**due (2)**
 3:25;4:2

**E**

**easier (1)**
 7:14
**either (1)**
 7:24
**else (7)**
 4:23;6:12,13,21;
 7:23;8:9;9:2
**end (1)**
 5:22
**entered (1)**
 4:17
**equitable (2)**
 3:25;4:2
**even (2)**
 4:7;8:24
**everyone (1)**
 3:7
**exactly (1)**
 8:18
**expect (1)**
 6:14
**expense (1)**
 5:13
**explain (1)**
 7:19

**F**

**fair (2)**
 4:3,3
**figure (1)**
 8:22
**figured (1)**
 6:16
**file (2)**
 7:2,5
**fine (1)**
 7:24
**five (1)**
 3:21
**fixes (1)**
 8:21
**foresee (1)**
 8:3
**forth (3)**
 7:15,22;8:4
**FRANCISCO (1)**
 3:1
**funds (1)**
 4:4
**further (1)**
 4:23

**G**

**given (1)**
 6:2
**Good (4)**
 3:7,10;6:3,3
**guess (2)**
 5:4;7:11

**H**

**half (1)**
 3:21
**happened (1)**
 6:18
**hear (1)**
 3:15
**heard (6)**
 5:1;6:13,21;8:9,10;
 9:3
**hearing (2)**
 8:11;9:4
**hold (1)**
 4:7
**Honor (7)**
 3:10;4:16;6:17;7:7;
 8:1,5;9:5
**Honorable (1)**
 3:4

**housekeeping (2)**
 6:12,22

**I**

**implement (2)**
 5:25;7:23
**include (1)**
 7:8
**incur (1)**
 5:13
**informed (1)**
 5:16
**interesting (2)**
 6:18,19
**intermediary (2)**
 7:16;8:18
**issue (1)**
 4:7
**item (1)**
 6:20

**J**

**John (2)**
 3:17;8:12
**Judge (1)**
 3:7
**judicial (1)**
 7:21

**K**

**Keller (1)**
 3:11
**Kim (1)**
 3:11
**kind (1)**
 7:16

**L**

**last (2)**
 4:5;9:2
**law (1)**
 7:17
**lawyers (1)**
 5:24
**letting (1)**
 6:7
**line (1)**
 3:17
**listen (1)**
 6:17
**little (3)**
 3:19;6:24;7:14
**loop (1)**
 7:22
**lot (1)**
 7:15
**lots (2)**
 7:13,13
**luck**

6:3

# M

**makes (1)**
7:14
**making (1)**
7:20
**matter (4)**
3:5,19;6:12,22
**MAY (2)**
3:1;8:12
**mean (1)**
4:2
**mediated (1)**
5:10
**mediation (4)**
5:18,21,22;6:4
**mic (2)**
3:15,15
**Montali (2)**
3:5,8
**morning (5)**
3:7,10,14;5:2;6:14
**Mrs (2)**
4:25;5:2
**much (3)**
3:24;8:3,23

# N

**need (2)**
3:15;8:6
**next (1)**
8:19
**normal (1)**
4:15
**number (1)**
7:4

# O

**object (1)**
7:24
**objection (4)**
7:2,3,5,17
**offended (1)**
8:7
**one (2)**
6:12;8:10
**ongoing (1)**
8:4
**only (2)**
3:18;6:22
**oOo- (1)**
3:2
**opportunity (1)**
5:9
**opposed (1)**
7:18
**option (1)**
7:8
**order (4)**
3:3;4:8,17;8:21
**otherwise (1)**
7:5
**out (2)**
4:18;7:21

# P

**pay (1)**
3:21
**pending (2)**
7:2,17
**people (1)**
6:11
**PG&E (3)**
3:5;8:16,17
**Piserchio's (1)**
6:25
**point (2)**
7:12,20
**position (1)**
5:8
**prepared (1)**
4:7
**presiding (1)**
3:5
**Prime (1)**
8:18
**probably (1)**
7:9
**problem (3)**
3:20;7:6,7
**procedure (2)**
5:10;7:23
**proceed (1)**
7:9
**proceedings (1)**
9:6
**process (5)**
4:18;5:4,19;7:18;8:2
**proof (1)**
4:9
**proper (1)**
4:9
**protected (1)**
5:18

# R

**really (3)**
5:3;6:23;7:20
**receive (1)**
8:16
**recommendation (1)**
6:1
**record (1)**
8:3
**remove (1)**
8:4
**reorganized (1)**
3:12
**resolution (1)**
6:3

**right (13)**
3:18;5:5,6,16,20;7:1,
2,11;8:8,9,25;9:2,3
**rights (2)**
5:17;6:2

# S

**SAN (1)**
3:1
**satisfied (2)**
5:21,22
**seem (1)**
3:22
**seemed (1)**
7:15
**seems (1)**
4:9
**sending (1)**
7:8
**session (1)**
3:4
**settlement (1)**
4:6
**Shaw (10)**
4:25;5:2,3,7,11,14,
16;6:5,7,9
**short (1)**
6:16
**shorter (2)**
8:24,25
**shortly (1)**
4:17
**sign (1)**
4:6
**signing (1)**
8:21
**Silveira (12)**
3:8,10,11;4:14,16;
5:24;6:13,22;7:7;8:1,
19;9:5
**simple (1)**
8:8
**simply (1)**
7:12
**situation (1)**
3:20
**Slack (2)**
6:14,16
**someone (1)**
8:9
**somewhere (1)**
8:19
**soon (1)**
4:17
**staff (2)**
7:16;9:4
**start (1)**
4:18
**story (1)**
3:23
**successful (1)**
5:21

**suggested (1)**
5:4
**sure (4)**
5:17;6:10;7:3;8:18

# T

**Thomas (2)**
7:21;8:2
**though (1)**
7:12
**thought (1)**
7:10
**three (2)**
4:19;8:19
**today (3)**
3:9;5:1;6:15
**took (1)**
5:8
**treated (1)**
7:6
**trying (1)**
3:21
**TUESDAY (1)**
3:1
**twenty (1)**
7:4
**two (2)**
4:19;8:19

# U

**unable (1)**
4:3
**under (1)**
7:17
**Understood (1)**
8:1
**underway (1)**
8:2
**Unmute (2)**
3:15,15
**unsuccessful (1)**
5:23
**up (5)**
4:13;6:2,12,23;8:3
**upload (1)**
4:17

# W

**Weaver (17)**
3:14,16,17,17,18,24;
4:2,12,14,20,22;8:5,12,
13,15,23;9:1
**weeks (2)**
4:19;8:19
**what's (2)**
3:22;6:25
**whenever (1)**
4:4
**Whereupon (1)**
9:6

**willing (1)**
4:12
**wish (6)**
5:1;6:3,13,21;8:9;9:2
**wishes (1)**
8:10
**work (1)**
7:14
**works (1)**
7:23

# Y

**years (1)**
3:21

# 1

**10:00 (1)**
3:1
**10:07 (1)**
9:6
**11 (1)**
3:1

# 2

**2021 (1)**
3:1

# 8

**8,000 (3)**
3:22;4:8;8:22