# Notice Recipients

District/Off: 0971–3          User: admin                    Date Created: 5/13/2021
Case: 19–30088                Form ID: TRANSC               Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Dara Levinson Silveira    dsilveira@kbkllp.com

TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty    Richard W. Slack    Weil Gotshal and Manges, LLP    767 Fifth Ave.    New York, NY 10153–0119

TOTAL: 1