UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY,

Debtor(s)

Bankruptcy No.: 19-30088-DM
R.S. No.: KL-3
Hearing Date: 06/15/2021
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019      Chapter: 11
    Prior hearings on this obligation: _____      Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value:        $_____      Source of value: _____
Contract Balance:         $_____      Pre-Petition Default:     $_____
Monthly Payment:          $_____               No. of months: _____
Insurance Advance:        $_____      Post-Petition Default:    $_____
                                                    No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____      Source of value: _____      If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal.       $_____      Pre-Petition Default:     $_____
As of (date): _____                     No. of months: _____
Mo. payment:       $_____      Post-Petition Default:    $_____
Notice of Default (date): _____         No. of months: _____
Notice of Trustee's Sale: _____  Advances Senior Liens:    $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | $ | | |
| _____: | $ | | |
| _____: | | | |
| (Total) | $ 0.00 | $_____ | $_____ |

(D) Other pertinent information: Movant files the instant Motion for Relief from Stay and Relief from Plan Injunction, or alternatively, for abstention so that he can proceed with a state court lawsuit filed in relation to injuries sustained from a car accident that was caused by Debtor's employee. Movant mediated the matter with Debtor before proceeding with this Motion.

Dated: May 13, 2021

_____
Signature

Lior Katz
Print or Type Name

Attorney for Movant