LIOR KATZ | CA BAR No. 284559
KATZ LAW, APC
11620 Wilshire Blvd., Suite 900
Los Angeles, California 90025
Tel: (310) 444-9444
Fax: (310) 382-2110
Email: Lior@KatzLaw.com

Attorneys for Movant
BRIAN ANTHONY FREITAS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>*Affects Pacific Gas and Electric Company*<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bk. No.: 19-30088-DM<br><br>R.S. No: KL-3<br><br>Chapter 11<br><br>PROOF OF SERVICE<br><br>Hearing -<br>Date: June 15, 2021<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>450 Golden Gate Avenue, 16th Floor<br>Courtroom 17<br>San Francisco, CA<br><br>Honorable Dennis Montali |

I, LIOR KATZ, declare and state as follows:

I am not a party to the within action. My business address is 11620 Wilshire Blvd., Suite 900, Los Angeles, CA 90025.

On May 13, 2021, I served copies of the following documents described as:

1) MOTION FOR RELIEF FROM AUTOMATIC STAY AND MODIFICATION OF PLAN INJUNCTION, OR ALTERNATIVELY, FOR ABSTENTION UNDER 28 U.S.C. 1334(C)(1); MEMORANDUM OF POINTS AND AUTHORITIES;
2) NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND MODIFICATION OF PLAN INJUNCTION, OR ALTERNATIVELY, FOR ABSTENTION UNDER 28 U.S.C. 1334(C)(1);

3) DECLARATION OF ROY HUNTSMAN IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND MODIFICATION OF PLAN INJUNCTION, OR ALTERNATIVELY, FOR ABSTENTION UNDER 28 U.S.C. 1334(C)(1);
4) RELIEF FROM STAY COVER SHEET; and
5) This PROOF OF SERVICE

on interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 13, 2021 at Los Angeles, California.

_____
LIOR KATZ

# SERVICE LIST

| Attorneys for Debtors:<br><br>WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Tom Schinckel<br>Stephen.karotkin@weil.com<br>Jessica.liou@weil.com<br>Matthew.goren@weil.com<br>Tom.shinckel@weil.com<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller<br>Jane Kim<br>tkeller@kbkllp.com<br>jkim@kbkllp.com | Attorneys for Shareholder Proponents:<br><br>JONES DAY<br>Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>bbennett@jonesday.com<br>jmester@jonesday.com |
|---|---|
| Counsel for Administrative Agent under Debtors' DIP Financing Facility<br><br>STROOCK & STROOCK & LAVAN LLP<br>Frank A. Merola<br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com | Counsel for collateral agent under Debtors' DIP Financing Facility<br><br>DAVIS POLK & WARDELL LLP<br>Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to the California Public Utilities Commission<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alan W. Kornberg<br>Brian Hermann<br>Walter Rieman<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com | Office of the U.S. Trustee<br><br>James Snyder<br>Timothy Laffredi<br>James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| U.S. Nuclear Regulatory Commission<br><br>Anita Ghosh Naber<br>anita.ghoshnaber@nrc.gov | Counsel for U.S. on behalf of Federal Energy Regulatory Commission<br>U.S. Department of Justice<br>Danielle Pham<br>danielle.pham@usdoj.gov |

| | | |
|---|---|---|
| 1 | Counsel for Unsecured Creditors Committee | Counsel for PG&E Shareholders |
| 2 | MILBANK LLP<br>Dennis F. Dunne<br>Sam Khalil<br>ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com<br>svora@milbank.com | JONES DAY<br>Bruce Bennett<br>Joshua Mester<br>James Johnson<br>bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
| 7 | Counsel for Tort Claimants Committee | Co-Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company |
| 8 | BAKER & HOSTETLER LLP<br>Eric Sagerman<br>Cicily Dumas<br>esagerman@bakerlaw.com<br>cdumas@bakerlaw.com | BRAUNHAGEY & BORDEN LLP<br>J. Noah Hagey<br>Jeffrey Theodore<br>David Kwasniewski<br>Andrew Levine<br>hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| 14 | Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Counsel for Ad Hoc Group of Subrogation Claim Holders |
| 16 | AKIN GUMP STRAUSS HAUER & FELD<br>Ashley Vinson Crawford<br>avcrawford@akingump.com | DIEMER & WEIL LLP<br>Kathryn Diemer<br>Alexander Lewicki<br>kdiemer@diemerwei.com<br>alewicki@diemerwei.com |
| 19 | Counsel for Ad Hoc Group of Subrogation Claim Holders<br><br>WILKIE FARR & GALLAGHER LLP<br>Matthew Feldman<br>Joseph Minias<br>Daniel Forman<br>Benjamin McCallen<br>Antonio Yanez<br>Erica Kerman<br>Jonathan Waisnor<br>Matthew Freimuth<br>mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com | |

| 1 | ayanez@willkie.com |
| --- | --- |
| 2 | ekerman@willkie.com<br>jwaisnor@willkie.com<br>mfreimuth@willkie.com |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |