LIOR KATZ | CA BAR No. 284559
KATZ LAW, APC
11620 Wilshire Blvd., Suite 900
Los Angeles, California 90025
Tel: (310) 444-9444
Fax: (310) 382-2110
Email: Lior@KatzLaw.com

Attorneys for Movant
BRIAN ANTHONY FREITAS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>*Affects Pacific Gas and Electric Company*<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bk. No.: 19-30088-DM<br><br>R.S. No: KL-3<br><br>Chapter 11<br><br>NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND MODIFICATION OF PLAN INJUNCTION, OR ALTERNATIVELY, FOR ABSTENTION UNDER 28 U.S.C. 1334(C)(1)<br><br>Hearing -<br>Date: June 15, 2021<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>       450 Golden Gate Avenue, 16th Floor<br>       Courtroom 17<br>       San Francisco, CA<br><br>Honorable Dennis Montali |

TO DEBTORS; DEBTORS ATTORNEYS' OF RECORD; THE U.S. TRUSTEE; AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on June 15, 2021 at 10:00 a.m. at, the undersigned will bring on instant Preliminary Hearing its MOTION FOR RELIEF FROM AUTOMATIC STAY AND MODIFICATION OF PLAN INJUNCTION, OR ALTERNATIVELY, FOR

ABSTENTION UNDER 28 U.S.C. 1334(C)(1) before the Honorable Hannah L. Blumenstiel.

PLEASE NOTE that the hearing on the MOTION FOR RELIEF FROM AUTOMATIC STAY AND MODIFICATION OF PLAN INJUNCTION, OR ALTERNATIVELY, FOR ABSTENTION UNDER 28 U.S.C. 1334(C)(1) will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

In the event neither the Debtor nor Debtor's counsel appear at the hearing on this Motion, the Court may grant relief from the Automatic Stay permitting moving party to proceed with its lawsuit in the Superior Court of the State of California, County of Merced (Case no. 17CV-03528), on October 18, 2017.

DATED: May 13, 2021                                KATZ LAW, APC

                                                   By: _____
                                                       LIOR KATZ
                                                       Attorney for Movant

# PROOF OF SERVICE OF NOTICE

I, LIOR KATZ, declare and state as follows:

I am not a party to the within action. My business address is 11620 Wilshire Blvd., Suite 900, Los Angeles, CA 90025.

On May 13, 2021, I served copies of the following documents described as:

NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND MODIFICATION OF PLAN INJUNCTION, OR ALTERNATIVELY, FOR ABSTENTION UNDER 28 U.S.C. 1334(C)(1)

on interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 13, 2021 at Los Angeles, California.

_____
LIOR KATZ

# SERVICE LIST

| Attorneys for Debtors: | Attorneys for Shareholder Proponents: |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Tom Schinckel<br>Stephen.karotkin@weil.com<br>Jessica.liou@weil.com<br>Matthew.goren@weil.com<br>Tom.shinckel@weil.com<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller<br>Jane Kim<br>tkeller@kbkllp.com<br>jkim@kbkllp.com | JONES DAY<br>Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>bbennett@jonesday.com<br>jmester@jonesday.com |
| Counsel for Administrative Agent under Debtors' DIP Financing Facility<br><br>STROOCK & STROOCK & LAVAN LLP<br>Frank A. Merola<br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com | Counsel for collateral agent under Debtors' DIP Financing Facility<br><br>DAVIS POLK & WARDELL LLP<br>Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to the California Public Utilities Commission<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alan W. Kornberg<br>Brian Hermann<br>Walter Rieman<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com | Office of the U.S. Trustee<br><br>James Snyder<br>Timothy Laffredi<br>James. L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| U.S. Nuclear Regulatory Commission<br><br>Anita Ghosh Naber<br>anita.ghoshnaber@nrc.gov | Counsel for U.S. on behalf of Federal Energy Regulatory Commission<br>U.S. Department of Justice<br>Danielle Pham<br>danielle.pham@usdoj.gov |

| | | |
|---|---|---|
| 1 | Counsel for Unsecured Creditors Committee | Counsel for PG&E Shareholders |
| 2 | MILBANK LLP<br>Dennis F. Dunne | JONES DAY<br>Bruce Bennett |
| 3 | Sam Khalil<br>ddunne@milbank.com | Joshua Mester<br>James Johnson |
| 4 | skhalil@milbank.com<br>Gbray@milbank.com | bbennett@jonesday.com<br>jmester@jonesday.com |
| 5 | TKreller@milbank.com<br>astone@milbank.com | jjohnston@jonesday.com |
| 6 | svora@milbank.com | |
| 7 | Counsel for Tort Claimants Committee | Co-Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company |
| 8 | BAKER & HOSTETLER LLP<br>Eric Sagerman | |
| 9 | Cicily Dumas<br>esagerman@bakerlaw.com | BRAUNHAGEY & BORDEN LLP<br>J. Noah Hagey |
| 10 | cdumas@bakerlaw.com | Jeffrey Theodore<br>David Kwasniewski |
| 11 | | Andrew Levine<br>hagey@braunhagey.com |
| 12 | | theodore@braunhagey.com<br>kwasniewski@braunhagey.com |
| 13 | | levine@braunhagey.com |
| 14 | Counsel to Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Counsel for Ad Hoc Group of Subrogation Claim Holders |
| 15 | | |
| 16 | AKIN GUMP STRAUSS HAUER & FELD | DIEMER & WEIL LLP<br>Kathryn Diemer |
| 17 | Ashley Vinson Crawford<br>avcrawford@akingump.com | Alexander Lewicki<br>kdiemer@diemerwei.com |
| 18 | | alewicki@diemerwei.com |
| 19 | Counsel for Ad Hoc Group of Subrogation Claim Holders | |
| 20 | | |
| 21 | WILKIE FARR & GALLAGHER LLP<br>Matthew Feldman | |
| 22 | Joseph Minias<br>Daniel Forman | |
| 23 | Benjamin McCallen<br>Antonio Yanez | |
| 24 | Erica Kerman | |
| 25 | Jonathan Waisnor<br>Matthew Freimuth | |
| 26 | mfeldman@willkie.com<br>jminias@willkie.com | |
| 27 | dforman@willkie.com<br>bmccallen@willkie.com | |
| 28 | | |

| | |
|---|---|
| 1<br>2 | ayanez@willkie.com<br>ekerman@willkie.com<br>jwaisnor@willkie.com<br>mfreimuth@willkie.com |