FILED

MAY 1 4 2021

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  LISA A. TRAVIS, County Counsel
   ROBERT P. PARRISH, Deputy County Counsel
2    [State Bar No. 214127]
   COUNTY OF SACRAMENTO
3  700 H Street, Suite 2650
   Sacramento, CA 95814
4  Telephone: (916) 874-1345
   Facsimile: (916) 874-8207
5  E-mail: parrishr@saccouaty.net
   File No.: 120242-000094
6

7  Attorneys for, County of Sacramento

8              UNITED STATES BANKRUPTCY COURT
9               NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION
10
   In re:                                  Bankruptcy Case No. 19-30088 (DM)
11
   PG&E CORPORATION                        COUNTY OF SACRAMENTO'S
12                                          RESPONSE TO REORGANIZED
      and                                   DEBBTOR'S SEVENTY-THIRD
13                                          OMNIBUS OBJECTION TO CLAIMS
   PACIFIC GAS AND ELECTRIC                 (BOOKS AND RECORDS CLAIMS)
14 COMPANY
                                            DATE: May 26, 2021
15         Debtors,                         TIME: 10:00 a.m.
                                            DEPT: Telephonic Appearances Only
16 Affects both Debtors                     United States Bankruptcy Court
                                            Court Room 17, 16th Floor
17                                          San Francisco, CA  94102
18
19         County of Sacramento, a local agency, and political subdivision of the State of California,
20 hereby submits its response to Reorganized Debtor's Seventy-Third Omnibus Objection to
21 Claims (Books and Records Claims) by submitting the following records and invoices, attached.
22         County was assigned claim #2843 in this matter.  County's claim # 2843 is for
23 $27,316.00 from which $9,718.50 are for direct encroachment fees and $17,597.50 are for direct
24 labor for Construction Management Inspections Fees done between February 28, 2019 and
25 March 31, 2019.  County contends that Reorganized Debtor's Seventy-Third Omnibus Objection
26 to Claims (Books and Records Claims) should be not be sustained by this court because County
27 record amply corroborate County's claim.
28
                                        -1-

DATED: _May 12, 2021_

LISA A. TRAVIS, County Counsel
Sacramento County, California

By: _[signature]_

Robert P. Parrish
Deputy County Counsel

-2-



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | |
|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** 90372347 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** |
| | | **Location Desc.** |

| Description | Amount |
|---|---|
| ENUC2019-00095 4207 GALEWOOD WAY | 350.00 |
| ENUC2019-00096 2625 ARDEN WAY | 350.00 |
| ENUC2019-00091 5042 KENNETH AVE | 350.00 |
| ENUC2019-00098 8550 SADUE CT | 350.00 |
| ENUC2019-00088 7141 FRANKLIN BLVD | 350.00 |
| ENUC2019-00110 3601 ELKHORN BLVD | 350.00 |
| ENUC2019-00111 6805 32ND ST | 350.00 |
| ENUC2019-00112 5501 FORESTWOOD DR | 350.00 |
| ENUC2019-00117 11726 FAIR OAKS BLVD | 350.00 |
| ENUC2019-00120 7620 KRETH RD | 350.00 |
| ENUC2019-00121 2201 ARDEN WAY | 350.00 |
| ENUC2019-00122 7314 ELSIE AVE | 350.00 |
| ENUC2019-00126 0 GOLD COUNTRY BLVD | 350.00 |
| ENUC2019-00127 0 GOLD COUNTRY BLVD | 350.00 |
| ENUC2019-00132 3520 AUBURN BLVD | 350.00 |
| ENUC2019-00133 6121 KENNETH AVE | 350.00 |
| ENUC2019-00153 2979 ROSEMONT DR | 350.00 |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/2

---

Return this portion with your payment - Make check payable to County of Sacramento

### COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | |
| **Billing Document** | 90372347 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 6,217.75 |
| **Amount Enclosed** | $ |

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA  93720-1551

| Description | Amount |
|---|---|
| ENUC2019-00110 3601 ELKHORN BLVD | 15.75 |
| ENUC2019-00111 6805 32ND ST | 15.75 |
| ENUC2019-00098 8550 SADUE CT | 15.75 |
| ENUC2019-00112 5501 FORESTWOOD DR | 15.75 |
| ENUC2019-00117 11726 FAIR OAKS BLVD | 15.75 |
| ENUC2019-00096 2625 ARDEN WAY | 15.75 |
| ENUC2019-00120 7620 KRETH RD | 15.75 |
| ENUC2019-00121 2201 ARDEN WAY | 15.75 |
| ENUC2019-00095 4207 GALEWOOD WAY | 15.75 |
| ENUC2019-00122 7314 ELSIE AVE | 15.75 |
| ENUC2019-00126 0 GOLD COUNTRY BLVD | 15.75 |
| ENUC2019-00091 5042 KENNETH AVE | 15.75 |
| ENUC2019-00127 0 GOLD COUNTRY BLVD | 15.75 |
| ENUC2019-00132 3520 AUBURN BLVD | 15.75 |
| ENUC2019-00088 7141 FRANKLIN BLVD | 15.75 |
| ENUC2019-00133 6121 KENNETH AVE | 15.75 |
| ENUC2019-00153 2979 ROSEMONT DR | 15.75 |

**Total Amount Due**                                          **$ 6,217.75**

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 4 of 55



# INVOICE

## COUNTY OF SACRAMENTO
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90007325 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372348 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2017-00531 |
| | | **Location Desc.** | 31288019 - FRUITRIDG |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 297.50 |
| **Total Amount Due** | **$ 297.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90007325 |
| **Billing Document** | 90372348 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 297.50 |
| **Amount Enclosed** | $ _____ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 5 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90007646 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372349 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2017-00712 |
| | | **Location Desc.** | 31328784 - WINDING O |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 87.00 |
| **Total Amount Due** | **$ 87.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90007646 |
| **Billing Document** | 90372349 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 87.00 |
| **Amount Enclosed** | $ |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90007678 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372350 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2017-00732 |
| | | **Location Desc.** | 31028228 - KINGBIRD |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 119.00 |
| **Total Amount Due** | **$ 119.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90007678 |
| **Billing Document** | 90372350 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 119.00 |
| **Amount Enclosed** | $ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 7 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90007679 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372351 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2017-00731 |
| | | **Location Desc.** | DON JULIO BUTHRIE KI |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 833.00 |
| | |
| **Total Amount Due** | **$ 833.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90007679 |
| **Billing Document** | 90372351 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 833.00 |
| **Amount Enclosed** | $ |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90007720 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372352 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2017-00750 |
| | | **Location Desc.** | CERROMAR HARBOURWOOD |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 87.00 |
| **Total Amount Due** | **$ 87.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90007720 |
| **Billing Document** | 90372352 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 87.00 |
| **Amount Enclosed** | $ _____ |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90007727 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372353 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2017-00752 |
| | | **Location Desc.** | LUCILE WAY AND 10TH |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 714.00 |
| **Total Amount Due** | **$ 714.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

### COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90007727 |
| **Billing Document** | 90372353 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 714.00 |
| **Amount Enclosed** | $ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 10 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA  93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA  93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90008357 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372354 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00314 |
| | | **Location Desc.** | BRAVO WAY |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 261.00 |
| **Total Amount Due** | **$ 261.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

### COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA  93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008357 |
| **Billing Document** | 90372354 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 261.00 |
| **Amount Enclosed** | $ _____ |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90008376 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372355 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00321 |
| | | **Location Desc.** | THILOW DR POSADA WAY |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 934.00 |
| | |
| **Total Amount Due** | **$ 934.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008376 |
| **Billing Document** | 90372355 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 934.00 |
| **Amount Enclosed** | $ |

 SACRAMENTO
C O U N T Y

# INVOICE

## COUNTY OF SACRAMENTO
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90008389 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372356 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00326 |
| | | **Location Desc.** | CTS-25335, WESTBOUND |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 178.50 |
| | |
| **Total Amount Due** | **$ 178.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all outstanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008389 |
| **Billing Document** | 90372356 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 178.50 |
| **Amount Enclosed** | $ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 13
of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90008390 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372357 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00327 |
| | | **Location Desc.** | CTS-25336 E/B NEW HO |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 59.50 |
| **Total Amount Due** | **$ 59.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

### COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008390 |
| **Billing Document** | 90372357 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 59.50 |
| **Amount Enclosed** | $ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 14 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90008428 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372358 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00363 |
| | | **Location Desc.** | CONTEMPO DR FABERGE |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 43.50 |
| **Total Amount Due** | **$ 43.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008428 |
| **Billing Document** | 90372358 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 43.50 |
| **Amount Enclosed** | $_____ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 15 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90008927 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372359 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00678 |
| | | **Location Desc.** | SHAVER CT, RESCUE CT |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 87.00 |
| **Total Amount Due** | **$ 87.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008927 |
| **Billing Document** | 90372359 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 87.00 |
| **Amount Enclosed** | $ |



# INVOICE

## COUNTY OF SACRAMENTO
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90008928 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372360 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00679 |
| | | **Location Desc.** | 4041 NEW YORK AVE, F |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 87.00 |
| **Total Amount Due** | **$ 87.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all outstanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008928 |
| **Billing Document** | 90372360 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 87.00 |
| **Amount Enclosed** | $ |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90009062 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372361 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00769 |
| | | **Location Desc.** | WILBUR WAY, CARBIDE |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 737.00 |
| | |
| **Total Amount Due** | **$ 737.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009062 |
| **Billing Document** | 90372361 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 737.00 |
| **Amount Enclosed** | $ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 18 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90009079 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372362 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00779 |
| | | **Location Desc.** | 40139 ARDEN WAY AND |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 178.50 |
| **Total Amount Due** | **$ 178.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

### COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009079 |
| **Billing Document** | 90372362 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 178.50 |
| **Amount Enclosed** | $_____ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 19 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90009080 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372363 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00780 |
| | | **Location Desc.** | 404893 FLORIN |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 206.00 |
| | |
| **Total Amount Due** | **$ 206.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009080 |
| **Billing Document** | 90372363 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 206.00 |
| **Amount Enclosed** | $ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 20 of 55



## INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90009081 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372364 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00781 |
| | | **Location Desc.** | CTS-40489 AND CTS-40 |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 119.00 |
| **Total Amount Due** | **$ 119.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009081 |
| **Billing Document** | 90372364 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 119.00 |
| **Amount Enclosed** | $ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 21 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90009130 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372365 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00813 |
| | | **Location Desc.** | SOUTHSIDE OF OLD PLA |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 238.00 |
| **Total Amount Due** | **$ 238.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all outstanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009130 |
| **Billing Document** | 90372365 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 238.00 |
| **Amount Enclosed** | $ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 22 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90009144 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372366 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00826 |
| | | **Location Desc.** | WATT AVENUE IN FRONT |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 297.50 |
| **Total Amount Due** | **$ 297.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009144 |
| **Billing Document** | 90372366 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 297.50 |
| **Amount Enclosed** | $ |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90009220 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372367 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENAC2019-00001 |
| | | **Location Desc.** | VARIOUS LOCATIONS |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 629.50 |
| **Total Amount Due** | **$ 629.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009220 |
| **Billing Document** | 90372367 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 629.50 |
| **Amount Enclosed** | $_____ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 24 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 02/28/2019 | **Order** | 90009339 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90372368 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2019-00068 |
| | | **Location Desc.** | ELSIE AVE AND WILBUR |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 384.50 |
| **Total Amount Due** | **$ 384.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all outstanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 02/28/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009339 |
| **Billing Document** | 90372368 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 384.50 |
| **Amount Enclosed** | $ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 25 of 55

Customer          1000015076
Company Code      SAC1

Name              PG&E DEPENDENCY MANAGEMENT
City              FRESNO

| St | BusA | Assignment | Reference | DocumentNo | Typ | PK | Pstng Date | Amt in loc.cur. | Clrng doc. | Text |
|----|------|------------|-----------|------------|-----|----|-----------|-----------------|-----------|------|
|    |      | 0090373254 | 0090373254 | 109697834 | RV | 01 | 03/31/2019 | 3,500.75 |  |  |
|    |      |            |           |           |    |    |            | 3,500.75 |  |  |
|    | 005A | 90007095   | 0090373255 | 109697835 | RV | 01 | 03/31/2019 | 714.00 |  |  |
|    |      |            |           |           |    |    |            | 714.00 |  |  |
|    | 005A | 90007679   | 0090373256 | 109697836 | RV | 01 | 03/31/2019 | 1,140.00 |  |  |
|    |      |            |           |           |    |    |            | 1,140.00 |  |  |
|    | 005A | 90007720   | 0090373257 | 109697837 | RV | 01 | 03/31/2019 | 522.00 |  |  |
|    |      |            |           |           |    |    |            | 522.00 |  |  |
|    | 005A | 90007727   | 0090373258 | 109697838 | RV | 01 | 03/31/2019 | 119.00 |  |  |
|    |      |            |           |           |    |    |            | 119.00 |  |  |
|    | 005A | 90008005   | 0090373259 | 109697839 | RV | 01 | 03/31/2019 | 426.00 |  |  |
|    |      |            |           |           |    |    |            | 426.00 |  |  |
|    | 005A | 90008357   | 0090373260 | 109697840 | RV | 01 | 03/31/2019 | 304.50 |  |  |
|    |      |            |           |           |    |    |            | 304.50 |  |  |
|    | 005A | 90008376   | 0090373261 | 109697841 | RV | 01 | 03/31/2019 | 1,325.50 |  |  |
|    |      |            |           |           |    |    |            | 1,325.50 |  |  |
|    | 005A | 90008428   | 0090373262 | 109697842 | RV | 01 | 03/31/2019 | 43.50 |  |  |
|    |      |            |           |           |    |    |            | 43.50 |  |  |
|    | 005A | 90008679   | 0090373263 | 109697843 | RV | 01 | 03/31/2019 | 119.00 |  |  |
|    |      |            |           |           |    |    |            | 119.00 |  |  |
|    | 005A | 90008879   | 0090373264 | 109697844 | RV | 01 | 03/31/2019 | 87.00 |  |  |
|    |      |            |           |           |    |    |            | 87.00 |  |  |
|    | 005A | 90008927   | 0090373265 | 109697845 | RV | 01 | 03/31/2019 | 416.50 |  |  |
|    |      |            |           |           |    |    |            | 416.50 |  |  |
|    | 005A | 90008928   | 0090373266 | 109697846 | RV | 01 | 03/31/2019 | 87.00 |  |  |
|    |      |            |           |           |    |    |            | 87.00 |  |  |
|    | 005A | 90008943   | 0090373267 | 109697847 | RV | 01 | 03/31/2019 | 435.00 |  |  |
|    |      |            |           |           |    |    |            | 435.00 |  |  |
|    | 005A | 90009048   | 0090373268 | 109697848 | RV | 01 | 03/31/2019 | 174.00 |  |  |
|    |      |            |           |           |    |    |            | 174.00 |  |  |
|    | 005A | 90009056   | 0090373269 | 109697849 | RV | 01 | 03/31/2019 | 87.00 |  |  |
|    |      |            |           |           |    |    |            | 87.00 |  |  |
|    | 005A | 90009062   | 0090373270 | 109697850 | RV | 01 | 03/31/2019 | 1,313.50 |  |  |
|    |      |            |           |           |    |    |            | 1,313.50 |  |  |
|    | 005A | 90009074   | 0090373271 | 109697851 | RV | 01 | 03/31/2019 | 774.00 |  |  |
|    |      |            |           |           |    |    |            | 774.00 |  |  |
|    | 005A | 90009079   | 0090373272 | 109697852 | RV | 01 | 03/31/2019 | 119.00 |  |  |
|    |      |            |           |           |    |    |            | 119.00 |  |  |
|    | 005A | 90009081   | 0090373273 | 109697853 | RV | 01 | 03/31/2019 | 119.00 |  |  |
|    |      |            |           |           |    |    |            | 119.00 |  |  |
|    | 005A | 90009144   | 0090373274 | 109697854 | RV | 01 | 03/31/2019 | 357.00 |  |  |
|    |      |            |           |           |    |    |            | 357.00 |  |  |
|    | 005A | 90009220   | 0090373275 | 109697855 | RV | 01 | 03/31/2019 | 1,053.00 |  |  |
|    |      |            |           |           |    |    |            | 1,053.00 |  |  |
|    | 005A | 90009339   | 0090373276 | 109697856 | RV | 01 | 03/31/2019 | 666.00 |  |  |
|    |      |            |           |           |    |    |            | 666.00 |  |  |
|    | 005A | 90009410   | 0090373277 | 109697857 | RV | 01 | 03/31/2019 | 618.00 |  |  |
|    |      |            |           |           |    |    |            | 618.00 |  |  |


**SACRAMENTO**
C O U N T Y

# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373254 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | |
| | | **Location Desc.** | |

| Description | Amount |
|---|---|
| ENUC2019-00165 5204 SHEREEN CT | 350.00 |
| ENUC2019-00174 8413 KROEGER CT | 350.00 |
| ENUC2019-00187 6464 LONGDALE DR. | 350.00 |
| ENUC2019-00189 6601 GUTHRIE ST. | 350.00 |
| ENUC2018-00766 5175 RIDGEVINE WAY | 100.00 |
| ENUC2019-00191 8915 GERBER RD | 350.00 |
| ENUC2019-00202 6801 30TH ST | 350.00 |
| ENUC2019-00204 3429 NAVAHO DR | 350.00 |
| ENUC2019-00223 9201 BLUE OAKD DR | 350.00 |
| ENUC2018-00093 8721 CURRAGH DOWNS | 100.00 |
| ENUC2019-00243 5535 DON JULIO BLVD. | 350.00 |
| ENUC2019-00189 6601 GUTHRIE ST. | 15.75 |
| ENUC2018-00766 5175 RIDGEVINE WAY | 4.50 |
| ENUC2019-00187 6464 LONGDALE DR. | 15.75 |
| ENUC2019-00191 8915 GERBER RD | 15.75 |
| ENUC2019-00202 6801 30TH ST | 15.75 |
| ENUC2019-00174 8413 KROEGER CT | 15.75 |

**Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.**
**Please refer to Account Statement for all transactions affecting your account balance.**

Page 1/2

---

Return this portion with your payment - Make check payable to County of Sacramento

### COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | |
| **Billing Document** | 90373254 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 3,500.75 |
| **Amount Enclosed** | $_____ |

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA  93720-1551

| Description | Amount |
|---|---|
| ENUC2019-00204 3429 NAVAHO DR | 15.75 |
| ENUC2019-00223 9201 BLUE OAKD DR | 15.75 |
| ENUC2019-00165 5204 SHEREEN CT | 15.75 |
| ENUC2018-00093 8721 CURRAGH DOWNS | 4.50 |
| ENUC2019-00243 5535 DON JULIO BLVD. | 15.75 |
| **Total Amount Due** | **$ 3,500.75** |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90007095 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373255 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2017-00466 |
| | | **Location Desc.** | PM31190242 - PARKER |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 714.00 |
| **Total Amount Due** | **$ 714.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90007095 |
| **Billing Document** | 90373255 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 714.00 |
| **Amount Enclosed** | $ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 29 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90007679 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373256 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2017-00731 |
| | | **Location Desc.** | DON JULIO BUTHRIE KI |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 1,140.00 |
| **Total Amount Due** | **$ 1,140.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90007679 |
| **Billing Document** | 90373256 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 1,140.00 |
| **Amount Enclosed** | $ |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90007720 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373257 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2017-00750 |
| | | **Location Desc.** | CERROMAR HARBOURWOOD |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 522.00 |
| **Total Amount Due** | **$ 522.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all outstanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90007720 |
| **Billing Document** | 90373257 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 522.00 |
| **Amount Enclosed** | $ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 31 of 55



# INVOICE

## COUNTY OF SACRAMENTO
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90007727 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373258 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2017-00752 |
| | | **Location Desc.** | LUCILE WAY AND 10TH |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 119.00 |
| **Total Amount Due** | **$ 119.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

## COUNTY OF SACRAMENTO
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90007727 |
| **Billing Document** | 90373258 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 119.00 |
| **Amount Enclosed** | $ |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90008005 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373259 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00093 |
| | | **Location Desc.** | 310283282 - LAKE NIM |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 426.00 |
| | |
| **Total Amount Due** | **$ 426.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

### COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008005 |
| **Billing Document** | 90373259 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 426.00 |
| **Amount Enclosed** | $ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 33 of 55

 **S**ACRAMENTO
**C O U N T Y**

# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90008357 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373260 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00314 |
| | | **Location Desc.** | BRAVO WAY |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 304.50 |
| **Total Amount Due** | **$ 304.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008357 |
| **Billing Document** | 90373260 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 304.50 |
| **Amount Enclosed** | $ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 34 of 55

 **SACRAMENTO** C O U N T Y

# INVOICE

## COUNTY OF SACRAMENTO
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90008376 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373261 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00321 |
| | | **Location Desc.** | THILOW DR POSADA WAY |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 1,325.50 |
| **Total Amount Due** | **$ 1,325.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all outstanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

## COUNTY OF SACRAMENTO
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008376 |
| **Billing Document** | 90373261 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 1,325.50 |
| **Amount Enclosed** | $ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 35 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

| | |
|---|---|
| **Mailing Address** | **Billing Customer** |
| 1000015076 | 1000015076 |
| PG&E DEPENDENCY MANAGEMENT | PG&E DEPENDENCY MANAGEMENT |
| 8 RIVER PARK PLACE | 8 RIVER PARK PLACE |
| FRESNO CA 93720-1551 | FRESNO CA 93720-1551 |

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90008428 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373262 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00363 |
| | | **Location Desc.** | CONTEMPO DR FABERGE |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 43.50 |
| **Total Amount Due** | **$ 43.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all outstanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

### COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008428 |
| **Billing Document** | 90373262 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 43.50 |
| **Amount Enclosed** | $ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 36 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90008679 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373263 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00523 |
| | | **Location Desc.** | 6160 FLORIN ROAD SAC |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 119.00 |
| | |
| **Total Amount Due** | **$ 119.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

### COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008679 |
| **Billing Document** | 90373263 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 119.00 |
| **Amount Enclosed** | $ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 37 of 55


**SACRAMENTO**
C O U N T Y

# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90008879 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373264 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00653 |
| | | **Location Desc.** | 40139-ARDEN WAY, 404 |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 87.00 |
| **Total Amount Due** | **$ 87.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008879 |
| **Billing Document** | 90373264 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 87.00 |
| **Amount Enclosed** | $ |



# INVOICE

## COUNTY OF SACRAMENTO
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90008927 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373265 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00678 |
| | | **Location Desc.** | SHAVER CT, RESCUE CT |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 416.50 |
| **Total Amount Due** | **$ 416.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

### COUNTY OF SACRAMENTO
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008927 |
| **Billing Document** | 90373265 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 416.50 |
| **Amount Enclosed** | $ _____ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 39
of 55

SACRAMENTO
C O U N T Y

# INVOICE

## COUNTY OF SACRAMENTO
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90008928 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373266 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00679 |
| | | **Location Desc.** | 4041 NEW YORK AVE, F |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 87.00 |
| **Total Amount Due** | **$ 87.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008928 |
| **Billing Document** | 90373266 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 87.00 |
| **Amount Enclosed** | $ |

 **SACRAMENTO**
C O U N T Y

# INVOICE

## COUNTY OF SACRAMENTO
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90008943 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373267 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00689 |
| | | **Location Desc.** | MADISON AVE & FAIR O |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 435.00 |
| | |
| **Total Amount Due** | **$ 435.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90008943 |
| **Billing Document** | 90373267 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 435.00 |
| **Amount Enclosed** | $ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 41 of 55



# INVOICE

## COUNTY OF SACRAMENTO
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90009048 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373268 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00759 |
| | | **Location Desc.** | MIRA DEL RIO DR. TUC |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 174.00 |
| | |
| **Total Amount Due** | **$ 174.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

## COUNTY OF SACRAMENTO
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009048 |
| **Billing Document** | 90373268 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 174.00 |
| **Amount Enclosed** | $ |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90009056 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373269 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00766 |
| | | **Location Desc.** | VINTAGE WAY, AMINA F |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 87.00 |
| **Total Amount Due** | **$ 87.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009056 |
| **Billing Document** | 90373269 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 87.00 |
| **Amount Enclosed** | $ _____ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 43 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90009062 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373270 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00769 |
| | | **Location Desc.** | WILBUR WAY, CARBIDE |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 947.50 |
| Material Lab Services | 366.00 |
| **Total Amount Due** | **$ 1,313.50** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009062 |
| **Billing Document** | 90373270 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 1,313.50 |
| **Amount Enclosed** | $_____ |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90009074 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373271 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00774 |
| | | **Location Desc.** | CURRAGH DOWNS DR, TH |

| Description | Amount |
|---|---|
| Construction Management/Inspection | 774.00 |
| **Total Amount Due** | **$ 774.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009074 |
| **Billing Document** | 90373271 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 774.00 |
| **Amount Enclosed** | $ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 45 of 55



# INVOICE

# COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90009079 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373272 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00779 |
| | | **Location Desc.** | 40139 ARDEN WAY AND |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 119.00 |
| **Total Amount Due** | **$ 119.00** |

**Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.**

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009079 |
| **Billing Document** | 90373272 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 119.00 |
| **Amount Enclosed** | $ |



# INVOICE

## COUNTY OF SACRAMENTO
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90009081 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373273 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00781 |
| | | **Location Desc.** | CTS-40489 AND CTS-40 |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 119.00 |
| **Total Amount Due** | **$ 119.00** |

**Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.**

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
**PO BOX 1587 SACRAMENTO, CA 95812**
**(916) 874-6701**

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009081 |
| **Billing Document** | 90373273 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 119.00 |
| **Amount Enclosed** | $ |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90009144 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373274 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2018-00826 |
| | | **Location Desc.** | WATT AVENUE IN FRONT |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 357.00 |
| **Total Amount Due** | **$ 357.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009144 |
| **Billing Document** | 90373274 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 357.00 |
| **Amount Enclosed** | $ |



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90009220 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373275 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENAC2019-00001 |
| | | **Location Desc.** | VARIOUS LOCATIONS |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 1,053.00 |
| **Total Amount Due** | **$ 1,053.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

---

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009220 |
| **Billing Document** | 90373275 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 1,053.00 |
| **Amount Enclosed** | $ |

Case: 19-30088    Doc# 10651    Filed: 05/14/21    Entered: 05/14/21 11:05:09    Page 49 of 55



# INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90009339 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373276 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2019-00068 |
| | | **Location Desc.** | ELSIE AVE AND WILBUR |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 666.00 |
| **Total Amount Due** | **$ 666.00** |

Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009339 |
| **Billing Document** | 90373276 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 666.00 |
| **Amount Enclosed** | $ |

Case: 19-30088   Doc# 10651   Filed: 05/14/21   Entered: 05/14/21 11:05:09   Page 50 of 55



## INVOICE

## COUNTY OF SACRAMENTO
### PO BOX 1587 SACRAMENTO, CA 95812
### (916) 874-6701

04/12/2019

**Mailing Address**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

**Billing Customer**
1000015076
PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | | | |
|---|---|---|---|
| **Billing Date** | 03/31/2019 | **Order** | 90009410 |
| **Charges Posted Through** | 03/30/2019 | **Billing Document** | 90373277 |
| **Terms** | PAYABLE IMMEDIATELY | **Location** | ENUC2019-00112 |
| | | **Location Desc.** | FORESTWOOD DRIVE AND |

| **Description** | **Amount** |
|---|---|
| Construction Management/Inspection | 618.00 |
| **Total Amount Due** | **$ 618.00** |

**Be advised, projects will not be accepted nor will performance bonds be released until all oustanding fees have been paid in full.
Please refer to Account Statement for all transactions affecting your account balance.**

Page 1/1

Return this portion with your payment - Make check payable to County of Sacramento

**COUNTY OF SACRAMENTO**
PO BOX 1587 SACRAMENTO, CA 95812
(916) 874-6701

PG&E DEPENDENCY MANAGEMENT
8 RIVER PARK PLACE
FRESNO CA 93720-1551

| | |
|---|---|
| **Due Date** | 03/31/2019 |
| **Customer** | 1000015076 |
| **Order** | 90009410 |
| **Billing Document** | 90373277 |
| **Business Area** | 005A |
| **Funds Center** | 2900000 |
| **Amount Due** | $ 618.00 |
| **Amount Enclosed** | $ |

# Creditor Name: County of Sacramento

| Claim To Be Reduced or Disallowed | Debtor | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|
| 2863 | PG&E Corporation | Filed Claim Amount | $0.00 | $0.00 | $0.00 | $27,316.00 | $27,316.00 | Books and Records |
| | | Unliquidated ☐ | | | | | | |
| | | Reduced Claim Amount | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I declare: |
| 3 | I am over the age of 18 years, and not a party to the above-entitled action. I am |
| 4 | employed in the County of Sacramento and my business address is 700 H Street, Suite 2650, Sacramento, California, 95814. |
| 5 | On May 12, 2021, I served a copy of the following document(s): <u>SACRAMENTO</u> |
| 6 | <u>COUNTY RESPONSE TO SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS</u> on interested parties in this action by: |
| 7 | X **overnight delivery** by placing a true copy thereof enclosed in a sealed envelope, |
| 8 | with delivery fees paid or provided for, in a designated area for outgoing overnight mail, or hand delivered to the overnight delivery facility addressed as set forth below. |
| 9 | U.S. District Court Northern District |
| 10 | 450 Golden Gate Ave. |
| 11 | Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| 12 | X **E-mail** or electronic transmission to: |
| 13 | PGEclaims@kbkllp.com |
| 14 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 12, 2021, at Sacramento, California. |
| 15 | |
| 16 | |
| 17 | *Nancy Graham*<br>Nancy Graham |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | 2110874 |
| 26 | |
| 27 | |
| 28 | |

-2-

Case: SACRAMENTO COUNTY RESPONSE TO SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS 53 of 55





# FedEx Pak
Express

### ...ed for oversize ...ents

### ...tion on Contents

...must be compatible with the container ...e packed securely to help assure safe ...in with ordinary care in handling. Cash, cash ...f glassware should not be shipped.

## ...l Value/ ...Information

...thin the U.S., the maximum declared value ...dEx Pak is $500. The liability of FedEx for ...delay, misdelivery or nondelivery is limited to ...gher value is declared and an extra charge ...within the U.S. with a value greater than ...be shipped in this envelope. Please refer to ...abill for more details.

...lared value for carriage and customs may ...nal Shipments by surface or air in FedEx ...$100 or $9.07 per pound, whichever is ...tione, shipments with a value in excess of the ...or $9.07 per pound should not be shipped in ...he liability of FedEx for damage, delay or loss ...shipments by surface or air may be limited by ...onal treaties, including the Warsaw Conven- ...st to the FedEx International Air Waybill for

## Address/Delivery

**Use the U.S. Airbill** for shipments within the continental U.S., Alaska and Hawaii.

**Use the International Air Waybill** for shipments going to/from Puerto Rico or to locations outside the U.S.

**Use street addresses** FedEx cannot deliver to P.O. Boxes or P.O. Zip Codes® within the U.S. Please use complete street addresses and telephone numbers wherever possible.

## For More Information

For more information please contact your local FedEx Office.

**U.S. Customer Service** is available toll-free at 1-800-Go-FedEx (800) 463-3339, for more information on shipments within the U.S.

**International Customer Service** is available toll-free at 1-800-247-4747, for information on shipping worldwide.

**Visit FedEx at our Worldwide Web site – www.fedex.com.**



INSPECTED BY

U.S. MARSHALS SERVICE

## The World On Time

...ade of DuPont Tyvek® with 25% post- ...ycled content (from milk and water jugs). ...ly non-toxic inks, varnishes, and adhesives.

For information on recycling FedEx Paks of DuPont Tyvek® in the U.S., please call 1-800-8-DUPONT.