LISA A. TRAVIS, County Counsel
ROBERT P. PARRISH, Deputy County Counsel
 [State Bar No. 214127]
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA 95814
Telephone: (916) 874-1345
Facsimile: (916) 874-8207
E-mail: parrishr@saccounty.net
File No.: 120242-000094

**FILED**

MAY 1 4 2021

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Attorneys for, County of Sacramento

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors,<br><br>Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>DECLARATION OF ROBERT P. PARRISH IN SUPPORT OF COUNTY OF SACRAMENTO'S RESPONSE TO REORGANIZED DEBBTOR'S SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)<br><br>DATE: May 26, 2021<br>TIME: 10:00 a.m.<br>DEPT: Telephonic Appearances Only<br>United States Bankruptcy Court<br>Court Roon 17, 16th Floor<br>San Franciso, CA 94102 |

I, Robert P. Parrish, hereby declare:

1. I am an attorney at law duly licensed to appear before all courts in the State of California and am Deputy Counsel for the County of Sacramento.

2. I have personal knowledge of the following facts, and if called upon I could competently testify thereto, except as to those matters explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe they are true and correct.

-1-

Case: 19-30088    Doc# 10652    Filed: 05/14/21    Entered: 05/14/21 11:15:38    Page 1 of 3

3. County submitted its claim in the above referenced bankruptcy matter in the amount of $27,316.00 for encroachment permit fees and construction management inspection fees (accrued from work performed February 28, 2019 through March 31, 2019) on or about April 22, 2019. (Claim # 2843).

4. In response to Reorganized Debtor's Seventy-Third Omnibus Objection to Claims, County submits that its claims are valid, and offers all the invoices associated with the labor performed as Exhibit A to County's Response.

5. It is my understanding that these invoices document, dollar for dollar, the proper amounts owed the County under this claim.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on this 12th day of May, 2021, at Sacramento, California.

LISA A. TRAVIS, County Counsel
Sacramento County, California

By: /s/ Robert P. Parrish
Robert P. Parrish
Deputy County Counsel

-2-

# PROOF OF SERVICE

I declare:

I am over the age of 18 years, and not a party to the above-entitled action. I am employed in the County of Sacramento and my business address is 700 H Street, Suite 2650, Sacramento, California, 95814.

On May 12, 2021, I served a copy of the following document(s): <u>SACRAMENTO COUNTY RESPONSE TO SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS</u> on interested parties in this action by:

X **overnight delivery** by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, or hand delivered to the overnight delivery facility addressed as set forth below.

U.S. District Court Northern District
450 Golden Gate Ave.
Courtroom 17, 16th Floor
San Francisco, CA 94102

X **E-mail** or electronic transmission to:
PGEclaims@kbkllp.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 12, 2021, at Sacramento, California.

*/s/ Nancy Graham*
Nancy Graham

2112272

-3-