Entered on Docket
May 17, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Reorganized Debtors*

Signed and Filed: May 14, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

**In re:**

**PG&E CORPORATION,**

   - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

                              **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

**ORDER APPROVING STIPULATION FOR AGREED ORDER BETWEEN THE CHUBB COMPANIES AND THE DEBTORS REGARDING CERTAIN CLAIMS OF THE CHUBB COMPANIES**

The Court having considered the *Stipulation for Agreed Order Between the Chubb Companies and the Debtors Regarding Certain Claim of the Chubb Companies*, dated April 1, 2021 [Dkt. No. 10483] (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), and ACE American Insurance Company, Federal Insurance Company, Illinois Union Insurance Company, Indemnity Insurance Company of North America, Westchester Fire Insurance Company, Executive Risk Indemnity Inc., and Vigilant Insurance Company (together with each of their respective U.S.-based affiliates, the "**Chubb Companies**," and, collectively with the Reorganized Debtors, the "**Parties**"); and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

2. The Stipulation shall be effective upon the date this Order becomes a final, non-appealable order that is not subject to an appeal.

3. Upon the Stipulation Effective Date, the Chubb Proofs of Claim shall be deemed withdrawn. The Clerk of the Court and the Solicitation Agent are hereby authorized to reflect the Stipulated Withdrawal on the docket and claims register for the above-referenced case or any affiliated case of a Reorganized Debtor.

4. Nothing herein or in the Stipulation shall alter the Insurance Programs, the Plan, the Confirmation Order, or any other document, agreement, or order.

5. The Stipulation shall not be modified, altered, or amended without the prior written consent of all Parties hereto.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

6. The Stipulation constitutes the entire agreement between the Parties with respect to the matters addressed herein and may not be modified except in a writing signed by the parties.

7. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

APPROVED AS TO FORM AND CONTENT:

Dated: May 14, 2021

DUANE MORRIS LLP

*/s/ Marcus O. Colabianchi*
Marcus O. Colabianchi

*Counsel for the Chubb Companies*

** END OF ORDER **