Michael R. Goodstein (SBN 80476)
BAILEY CAVALIERI LLC
10 West Broad St, Ste. 2100
Columbus, OH 43215

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION,
-and-
PACIFIC GAS AND ELECTRIC COMPANY,
               Debtor(s).

Case No. 19-30088 (DM)
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Michael R. Goodstein, an active member in good standing of the bar of Ohio, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Associated Electric & Gas Insurance Services Limited in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Mark C. Goodman, Esq., BAKER & McKENZIE LLP

    Two Embarcadero Center, 11th Floor, San Francisco, CA 94111

    (415) 576-3000

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2021

*[signature]*