# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liliya Kulyk, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 13, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice of Transcript Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and of Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 18th day of May 2021, at New York, NY.

/s/ Liliya Kulyk
Liliya Kulyk

# **Exhibit A**

# Exhibit A
Notice of Transcript Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York | NY | 10153-0119 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

Case: 19-30088    Doc# 10657    Filed: 05/18/21    Entered: 05/18/21 09:46:53    Page 3 of 5

# **Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on May 11, 2021 at 10:00 AM was filed on May 12, 2021. The following deadlines apply:

The parties have until Wednesday, May 19, 2021 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, June 2, 2021.

If a request for redaction is filed, the redacted transcript is due Monday, June 14, 2021.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, August 10, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 5/17/21        For the Court:

                                   Edward J. Emmons
                                   Clerk of Court
                                   United States Bankruptcy Court