US Bankruptcy Court
Attn: Judge Dennis Montali
450 Golden Gate Avenue
Mailbox 36099
San Francisco, CA. 94102



May 12, 2021

Dear Judge Montali:

I am a claimant in case no. 19-30088 (claim 2017). On March 24th, you presided over a teleconference call in which you asked opposing attorney (Ms Dara Silveira) if those claims that had been settled or objections withdrawn would be paid in a reasonable timeframe - her answer was "yes". (See attached page of transcript with your question circled).

Now, Ms Silveira is stating that although the objection to my claim had been withdrawn, it has not been allowed. She writes that what she said was... "Where there has been a resolution reached or we've withdrawn *and allowed* the claim, those are being paid." (Transcript at 7:15-17). Therefore, she is saying my claim has not been allowed.

I do not believe that is how you framed the question; did you interpret Ms Silveira's answer as a straightforward "yes" to your question? Did you distinguish a difference between an objection

withdrawn and a claim being allowed?

Furthermore, after many unreturned phone calls to opposing attorneys, now they are saying they want to go backwards to ADR to resolve the claim to which I would ask...why file an objection, withdraw the objection, have a court date March 24th...if the plan was to go the ADR route? Also, this would add unnecessary time to a process that has already exceeded two years. I have had multiple unreturned phone calls to PG&E attorneys, and have had no choice but appeal to the court in writing to you again (twice) - and I am sorry for that. It is not my intention to take up valuable court time.

Any clarity you can provide would be greatly appreciated.

Sincerely,

Philip Piserchio
1620 Claremont Drive
San Bruno, CA. 94066



```
24            THE COURT:  Good morning, MS. Silveira.  I saw your
25   name, and I thought you were going to be the attorney
```

escribers

```
                                                                  7

         PG&E Corporation and Pacific Gas and Electric Company
 1   appearing.  But I also saw Mr. Benvenutti's name.  I'll assume
 2   you're going to answer my questions unless we hear from him.
 3            So I want to make sure I'm clear what you expect when
 4   we are dealing with a claimant that have been identified as
 5   being dealt with by a status conference today.  And more
 6   specifically though, I want to ask a couple of fundamental
 7   questions.
 8            In some of the -- obviously, a number of the matters
 9   that were on for today's calendar have been continued to a
10   later date.  And we don't need any discussion about that.
11            But as far as claimants where PG&E has withdrawn the
12   objection or there's been a resolution by agreement, is it fair
13   to assume that those claims will be paid in due course and
14   soon?
15            MS. SILVEIRA:  Yes.  Where there has been a resolution
16   reached or we've withdrawn and allowed the claim, those are
17   being paid.  I believe our timeline is checks go out every two
18   to three weeks.
19            THE COURT:  Okay.  Okay.  Again, there's no immediate
20   feedback from my point of view.  And I don't know what the
21   distribution timing is.  But at least claimants who are in the
22   call today, they may be more inclined to agree to things if
23   they know they're going to get paid quickly.  That's for a
24   specific discussion on any particular claim.
25            Then next, what is your expectation for some of these
```

Pisodlo, Phillip
1620 Claremont Dr.
San Bruno, CA 94066

SAN FRANCISCO CA 940
13 MAY 2021 PM 2 L

RECEIVED
MAY 18 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

US Bankruptcy Court
Attn: Judge Dennis Montali
Mailbox 36099
450 Golden Gate Avenue
San Francisco, CA 94102

94102-341024

RECEIVED
MAY 17 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

FOREVER
B4 16503 13 195644
USA
UNITED STATES POSTAL SERVICE®