Signed and Filed: May 18, 2021

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re
  PG&E CORPORATION
    -and-
  PACIFIC GAS AND ELECTRIC COMPANY

Debtor(s).

Case No. 19-30088(DM)

Chapter 11

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Meredith Werner, whose business address and telephone number is 1775 Pennsylvania Ave., NW, 4th Floor, Washington, D.C. 20006; (202) 747-5151

and who is an active member in good standing of the bar of District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**