KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON RESPONSES TO SEVENTY-THIRD THROUGH SEVENTY-EIGHTH OMNIBUS OBJECTIONS TO CLAIMS AND REQUEST FOR ORDERS BY DEFAULT AS TO UNOPPOSED OBJECTIONS** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **[Re: Dkt. Nos. 10528, 10531, 10534, 10537, 10540, and 10543]** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Regarding Objections Set for Hearing May 26, 2021 at 10:00 a.m. (Pacific Time)** |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter orders by default on the following omnibus claims objections (collectively, the "**Omnibus Objections**"):

| Docket Number | Omnibus Objection |
|---|---|
| 10528 | *Reorganized Debtors' Seventy-Third Omnibus Objection to Claims (Books and Records Claims)* (the "**Seventy-Third Omnibus Objection**") |
| 10531 | *Reorganized Debtors' Seventy-Fourth Omnibus Objection to Claims (Satisfied Claims)* (the "**Seventy-Fourth Omnibus Objection**") |
| 10534 | *Reorganized Debtors' Seventy-Fifth Omnibus Objection to Claims (No Liability Claims)* (the "**Seventy-Fifth Omnibus Objection**") |
| 10537 | *Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Seventy-Sixth Omnibus Objection**") |
| 10540 | *Reorganized Debtors' Seventy-Seventh Omnibus Objection to Claims (Untimely No Liability / Passthrough Claims)* (the "**Seventy-Seventh Omnibus Objection**") |
| 10543 | *Reorganized Debtors' Seventy-Eighth Omnibus Objection to Claims (Customer No Liability / Passthrough Claims)* (the "**Seventy-Eighth Omnibus Objection**") |

## RELIEF REQUESTED IN THE OMNIBUS OBJECTIONS

The Omnibus Objections seek to either (a) disallow and/or expunge or (b) allow in reduced amounts the Proofs of Claim listed in Exhibit 1 to each Omnibus Objection.

## NOTICE AND SERVICE

The Reorganized Debtors filed a Notice of Hearing with respect to each Omnibus Objection [Docket Nos. 10530, 10532, 10536, 10539, 10542, and 10545]. The Omnibus Objections also were supported by the respective declarations of Robb McWilliams [Docket Nos. 10529, 10532, 10535, and 10544] and Renee Records [Docket Nos. 10538 and 10541]. The Omnibus Objections, the Notices of

Hearing, and the Declarations were served as described in the *Certificate of Service of Alain B. Francoeur*, filed on April 21, 2021 [Docket No. 10557], each holder of a claim listed on Exhibit 1 to the Omnibus Objections received a notice customized to include (i) the claim number, debtor, claim amount and priority, and the basis for Reorganized Debtors' objection with respect to the applicable claim to be disallowed and/or expunged or allowed in a reduced amount, and, if applicable (ii) the claim number, claim amount and priority of the surviving claim for each counterparty.

The deadline to file responses or oppositions to the Omnibus Objections has passed. The Reorganized Debtors have received the following formal and informal responses:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Seventy-Third Omnibus Objection** | | | |
| Informal | California ISO | 1033350 1033045 1033221 | The Seventy-Third Omnibus Objection is SUSTAINED with respect to Claim Nos. 1033350, 1033045, and 1033221; *provided however,* that nothing contained herein modifies or shall be construed as modifying in any way the rights, duties and obligations of the Utility and the Reorganized Utility (as those terms are defined in the Confirmation Order) under its agreements with the California Independent System Operator Corporation and any tariffs incorporated therein, as more particularly set forth in paragraph 68 of the Confirmation Order. |
| 10651 10652 | County of Sacramento | 2843 | The Seventy-Third Omnibus Objection is WITHDRAWN with respect to this Claim. |
| **Seventy-Fifth Omnibus Objection** | | | |
| Informal | Righetti Ranch LP, a Delaware limited partnership | 105762 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to June 15, 2021, with the response deadline extended to June 1, 2021. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | City of Anaheim | 82273 | The Seventy-Fifth Omnibus Objection is SUSTAINED with respect to this Claim; provided however, that with respect to those portions of such Claim that asserts a "2001 Utility Exchange Claim" (as that term is defined in Section 1.1 of the Confirmed Plan), the holder of such Claim shall fully retain any and all rights to assert and recover on such alleged 2001 Utility Exchange Claims subject to and in accordance with the provisions of Section 4.29 of the Confirmed Plan. |
| Informal | City of Azusa | 78776 | The Seventy-Fifth Omnibus Objection is SUSTAINED with respect to this Claim; provided however, that with respect to those portions of such Claim that asserts a "2001 Utility Exchange Claim" (as that term is defined in Section 1.1 of the Confirmed Plan), the holder of such Claim shall fully retain any and all rights to assert and recover on such alleged 2001 Utility Exchange Claims subject to and in accordance with the provisions of Section 4.29 of the Confirmed Plan. |
| Informal | City of Banning | 68794 | The Seventy-Fifth Omnibus Objection is SUSTAINED with respect to this Claim; provided however, that with respect to those portions of such Claim that asserts a "2001 Utility Exchange Claim" (as that term is defined in Section 1.1 of the Confirmed Plan), the holder of such Claim shall fully retain any and all rights to |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | assert and recover on such alleged 2001 Utility Exchange Claims subject to and in accordance with the provisions of Section 4.29 of the Confirmed Plan. |
| Informal | City of Colton | 68803 | The Seventy-Fifth Omnibus Objection is SUSTAINED with respect to this Claim; provided however, that with respect to those portions of such Claim that asserts a "2001 Utility Exchange Claim" (as that term is defined in Section 1.1 of the Confirmed Plan), the holder of such Claim shall fully retain any and all rights to assert and recover on such alleged 2001 Utility Exchange Claims subject to and in accordance with the provisions of Section 4.29 of the Confirmed Plan. |
| Informal | City of Pasadena | 67872 | The Seventy-Fifth Omnibus Objection is SUSTAINED with respect to this Claim; provided however, that with respect to those portions of such Claim that asserts a "2001 Utility Exchange Claim" (as that term is defined in Section 1.1 of the Confirmed Plan), the holder of such Claim shall fully retain any and all rights to assert and recover on such alleged 2001 Utility Exchange Claims subject to and in accordance with the provisions of Section 4.29 of the Confirmed Plan. |
| Informal | City of Riverside | 68807 | The Seventy-Fifth Omnibus Objection is SUSTAINED with respect to this Claim; provided however, that with respect to those portions of such Claim that asserts a |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | "2001 Utility Exchange Claim" (as that term is defined in Section 1.1 of the Confirmed Plan), the holder of such Claim shall fully retain any and all rights to assert and recover on such alleged 2001 Utility Exchange Claims subject to and in accordance with the provisions of Section 4.29 of the Confirmed Plan. |
| **Seventy-Sixth Omnibus Objection** | | | |
| Informal | Willie and Ora Green | 80673 | The Reorganized Debtors have made a settlement offer to Claimant that remains outstanding. If the Reorganized Debtors do not receive a response, or if a consensual resolution has not been reached in advance of the Hearing, the Reorganized Debtors request that it be continued to June 15, 2021 at 10:00 a.m. |
| Informal | Juli Ward | 80878 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to June 15, 2021, with the response deadline extended to June 1, 2021. |
| **Seventy-Seventh Omnibus Objection** | | | |
| 10606 | Edgar Perry | 106158 | Claimant's response to the Seventy-Seventh Omnibus Objection does not state a cognizable basis for liability, and the Claim was filed on July 23, 2020, nine months following the claims bar date in these Chapter 11 Cases. The Reorganized Debtors are prepared to address this Claim at the Hearing. |

## DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.     I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2.     I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no responses have been filed with respect to the Omnibus Objections except as described herein.

3.     This declaration was executed in San Francisco, California.

WHEREFORE, the Reorganized Debtors hereby request entry of Orders (1) disallowing and/or expunging the Proofs of Claims listed in **Exhibit 1** to this Request and (2) allowing in the specified "Reduced Claim Amount" the Claims listed in **Exhibit 1** to this Request, which listed Claims are identical to those listed in Exhibit 1 to the Omnibus Objections, except as otherwise discussed above.

Dated: May 20, 2021                              **KELLER BENVENUTTI KIM LLP**

                                                 By:  /s/ *Dara L. Silveira*
                                                      Dara L. Silveira

                                                 *Attorneys for Debtors and Reorganized Debtors*

# Exhibit 1

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA ISO 250 OUTCROPPING WAY FOLSOM, CA 95630 | 1033350 | Pacific Gas and Electric Company | 3/4/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $18,765.10 | $18,765.10 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CALIFORNIA ISO 10 BLUE RAVINE RD FOLSOM, CA 95630 | 1033045 | Pacific Gas and Electric Company | 3/4/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $57,847.10 | $57,847.10 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CALIFORNIA ISO 250 OUTCROPPING WAY FOLSOM, CA 95630 | 1033221 | Pacific Gas and Electric Company | 3/4/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $28,573.14 | $28,573.14 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| County of Kings Finance Department Treasurer/Tax Collector 1400 W Lacey Blvd Hanford, CA 93230 | 105538 | PG&E Corporation | 5/21/2020 | **Filed/Sched. Claim Amount:** Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $182.12 | $182.12 | |
| IEI & INNOY8 LLC 3360 LAKE CALABAY DR ORLANDO, FL 32837 | 67742 | PG&E Corporation | 10/19/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $7,000.00 | $0.00 | $7,000.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Integral Analytics, Inc Attn: Kevin Sanders Wall Street Plaza 88 Pine St. #1002 New York, NY 10005 | 57960 | Pacific Gas and Electric Company | 10/17/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Jiffy Lube (Lubecx B) 7740 60th Ave Edmonton, AB T6E 6A6 | 106604 | PG&E Corporation | 10/21/2020 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $137.22 | $137.22 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| LONE TREE PARTNERS INC. 33 LOCUST ST SAN FRANCISCO, CA 94118-1842 | 897701 | Pacific Gas and Electric Company | 3/4/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $159.56 | $159.56 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

# Exhibit 1

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | Count:8 | | | $0.00 | $0.00 | $7,000.00 | $105,482.12 | $112,482.12 | $112,482.12 |
| Asserted Total | | | | | | | | | |
| Remaining Total | | | | $0.00 | $0.00 | $0.00 | $182.12 | $182.12 | $182.12 |

Page 2

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alice Martinelli Special Trust No CRYSTAL BBA Martinelli Ranch 1259 Grove St Sonoma, CA 95476 | | 3649 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $357.00 | $357.00 | Cure Payments |
| OTHOFF, DONALD E & S ORCHARD DR MERCED, CA 95341 | | 2192 | Pacific Gas and Electric Company | 4/8/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |
| Trucking LLC Industry Dr. Pittsburgh, PA 15275 | | 1282 | PG&E Corporation | 3/1/2019 | $0.00 | $0.00 | $0.00 | $2,637.00 | $2,637.00 | Other Satisfied |
| Rockwell Solar, LLC c/o Cothern Power Company c/o Putnam Sanders LLP Attn: Chris B. Winsberg, Esq. & Matthew G. Roberts, Esq. 600 Peachtree St, NE, Suite 3000 Atlanta, GA 30308 | | 78955 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $30,291.74 | $30,291.74 | Electric Generation Interconnection Claims |
| ym, Larry, Sr. T. 09 East Champlain Dr, A-144 esno, CA 93720 | | 1394 | Pacific Gas and Electric Company | 3/11/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Other Satisfied |
| California Department of Forestry y Fire Protection pdy A. Welehans California Department of Justice 13001 treet, Suite 125 Sacramento, CA 95814 | | 77564 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $28,347.48 | $28,347.48 | Other Satisfied |
| CALVERT, KENNETH F. S PURISIMA ROAD OMPOC, CA 93436 | | 2734 | Pacific Gas and Electric Company | 4/23/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| ty of Dublin Public Works Department tn: David Kloss 100 Civic Plz Dublin, CA 94568 | | 106640 | Pacific Gas and Electric Company | 10/30/2020 | $0.00 | $0.00 | $0.00 | $20,020.00 | $20,020.00 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Civic Center Square, Inc 2540 'N' Street, Suite 200 Fresno, CA 93721 | | 165 | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $0.00 | $623.78 | $623.78 | Other Satisfied |
| Civic Center Square, Inc 2540 'N' Street, Suite 200 Fresno, CA 93721 | | 1310 | Pacific Gas and Electric Company | 3/7/2019 | $0.00 | $0.00 | $0.00 | $685.09 | $685.09 | Other Satisfied |
| Civic Center Square, Inc 2540 'N' Street, Suite 200 Fresno, CA 93721 | | 1344 | Pacific Gas and Electric Company | 3/7/2019 | $0.00 | $0.00 | $0.00 | $2,074.84 | $2,074.84 | Other Satisfied |
| Civic Center Square, Inc 2540 'N' Street, Suite 200 Fresno, CA 93721 | | 1349 | Pacific Gas and Electric Company | 3/7/2019 | $0.00 | $0.00 | $0.00 | $637.20 | $637.20 | Other Satisfied |
| Dent, Augie Loma Corp 7888 Wren Ave #D143 Gilroy, CA 95020 | | 8292 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Engineering Advances and Other Refunds |
| Douglas D. Wirth, Trustee 705 West Street Woodland, CA 95695 | | 4382 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $432.66 | $432.66 | Other Satisfied |
| EVERLAND LLC 2 SUSAN NOACK 307 MEADOWOOD CT PLEASANT HILL, CA 94523 | | 16834 | Pacific Gas and Electric Company | 10/1/2019 | $0.00 | $0.00 | $0.00 | $6,806.26 | $6,806.26 | Other Satisfied |
| Fair Harbor Capital, LLC as transferee of Hartnell Community College District Ansonia Finance Station Attn: Fredric Glass PO Box 237037 New York, NY 10023 | Fair Harbor Capital, LLC Ansonia Finance Station Attn: Fredric Glass PO Box 237037 New York, NY 10023 100% | 6961 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $5,520.00 | $5,520.00 | Other Satisfied |
| Frank Diaz Logging Confidential – Available Upon Request | | 897080 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garcia, Eduardo 3366 Chula Vista Dr. San Jose, CA 95127 | | 89896 | Pacific Gas and Electric Company | 12/16/2019 | $0.00 | $0.00 | $0.00 | $5,700.00 | $5,700.00 | Other-Satisfied |
| GARMAN FAMILY LAND COMPANY LLC SHARON GARMAN, KARA GARMAN 389 N. MAIN ST. WILLITS, CA 95490 | | 2099 | Pacific Gas and Electric Company | 4/5/2019 | $0.00 | $0.00 | $0.00 | $4,050.00 | $4,050.00 | Other-Satisfied |
| Pitcher Ridge Wind, LLC 1088 Sansome Street San Francisco, CA 94111 | | 64714 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $580,794.60 | $580,794.60 | Cure Payments |
| James H. Wirth, Trustee 195 Coolidge Drive Woodland, CA 95776 | | 4275 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $432.67 | $432.67 | Other-Satisfied |
| Johnson, Laverne 1409 2nd St Livingston, CA 95334 | | 87240 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other-Satisfied |
| JI, LLC Garrett Marum Sheppard Mullin Richter & Hampton LLP 379 Lytton Avenue Palo Alto, CA 94301-1479 | | 17250 | Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $343,041.97 | $343,041.97 | Engineering Advances and Other Refunds |
| North Star Solar, LLC c/o Southern Power Company c/o Troutman Sanders LLP Attn: Harris B. Winsberg & Matthew G. Roberts 600 Peachtree St. NE, Ste 3000 Atlanta, GA 30308 | | 73611 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $72,330.17 | $72,330.17 | Cure Payments |
| rtherm, LLC 1901 Larimer St., Ste 302 Denver, CO 80202 | | 76677 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other-Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Stevens-Lafayette Properties, LLC 1201 Olympic Boulevard Walnut Creek, CA 94595 | | 17447 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $101,551.00 | $101,551.00 | Engineering Advances and Other Refunds |
| Robert B. Wirth, Jr., Trustee 129 Roosevelt Drive Woodland, CA 95776 | | 4278 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $432.67 | $432.67 | Other Satisfied |
| ROCHA, JR., MANUEL TOSTE 1769 S. MACARTHUR DR. TRACY, CA 95376 | | 1580 | PG&E Corporation | 3/25/2019 | $0.00 | $0.00 | $0.00 | $29,308.00 | $29,308.00 | Other Satisfied |
| Roland S Ball Revocable Trust and Gerald A Williams Family Trust c/o: Al McVay PO Box 13210 San Luis Obispo, CA 93406 | | 3728 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $17,900.00 | $0.00 | $17,900.00 | Other Satisfied |
| Roseville Parkway 20, LLC, JCP Lincoln and Pappas Lincoln, LLC, as tenants in common c/o Invenness Management John Giangiamopoulos Merrilee Tisdall 2020 L Street, Fifth Floor Sacramento, CA 95811 | | 10678 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $8,755.42 | $8,755.42 | Other Satisfied |
| San Bernardino County Dept. of Public Works 825 E. Third St. Room 201 San Bernardino, CA 92415 | | 2862 | Pacific Gas and Electric Company | 4/29/2019 | $0.00 | $0.00 | $0.00 | $317.00 | $317.00 | Other Satisfied |
| Shasta County Environmental Health Div 1855 Placer Street, Suite 201 Redding, CA 96001 | | 1265 | Pacific Gas and Electric Company | 2/27/2019 | $0.00 | $0.00 | $0.00 | $15,796.45 | $15,796.45 | Other Satisfied |
| Sierra Pacific Industries c/o Downey Brand LLP Attn: R. Dale Ginter 621 Capitol Mall, 18th Floor Sacramento, CA 95814 | | 30928 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $645.00 | $645.00 | Other Satisfied |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sierra Pacific Industries C/O Downey Brand LLP Attn: R. Dale Ginter 621 Capitol Mall, 18th Floor Sacramento, CA 95814 | | 30921 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $1,516.69 | $1,516.69 | Other Satisfied |
| DISCONI, DOROTHY 433 CHALK HILL RD HEALDSBURG, CA 95448-9575 | | 9055 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Other Satisfied |
| Hadway, Jerry P 15 Manor Dr Pensacola, FL 32507 | | 1707 | PG&E Corporation | 3/19/2019 | $0.00 | $0.00 | $0.00 | $17,000.00 | $17,000.00 | Other Satisfied |
| YUBA COUNTY WATER AGENCY 1220 F ST MARYSVILLE, CA 95901 | | 1033355 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $18,381.98 | $18,381.98 | Cure Payments |
| **Claims To Be Expunged Totals** | | **Count:37** | | | **$0.00** | **$0.00** | **$19,900.00** | **$1,336,986.67** | **$1,356,886.67** | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Anaheim, California Attention: Theresa Bass, City Clerk 200 S. Anaheim Blvd., 2nd floor Anaheim, CA 92801 | | 82273 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Angels Finance Director 584 South Main Street Angels Camp, CA 95222 | | 72205 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $81,453.00 | $81,453.00 | Main Line Extension Reimbursement Claims |
| City of Azusa, California Azusa Light & Water Richard Adams, MBA Assistant Director of Utilities - Resource Mngmnt 729 N. Azusa Avenue Azusa, CA 91702 | | 78776 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Banning, California c/o Jim Steffens, Power Resources Manager City of Banning Electric Utility PO Box 998 176 E. Lincoln Street Banning, CA 92220-0998 | | 68794 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Colton, California Jacqueline Shook Deputy City Clerk 650 N. La Cadena Colton, CA 92324 | | 68803 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Menlo Park Nicolas A Flegel, Esq, Jorgenson Flegel et al 1100 Alma Street, Suite 210 Menlo Park, CA 94025 | | 8210 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $3,686.00 | $3,686.00 | Main Line Extension Reimbursement Claims |
| City of Menlo Park Nicolas A Flegel, Esq, Jorgenson Flegel et al 1100 Alma Street, Suite 210 Menlo Park, CA 94025 | | 8205 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Engineering Advances and Other Refunds |

# Exhibit 1

| Claims To Be Disallowed and Expunged | Original Creditor | Claim Transferred To: | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 8207 | City of Menlo Park Nicholas A Flegel, Esq, Jorgenson Siegel et al 1100 Alma Street, Suite 210 Menlo Park, CA 94025 | | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Engineering Advances and Other Refunds |
| 75591 | City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners c/o Best & Krieger LLP Caroline Djang, Esq, 18101 Von Karman Avenue Suite 1000 Irvine, CA 92612 | | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| 67872 | City of Pasadena Attn: Lisa Ji, Hosey, Assistant City Attorney 100 N. Garfield Ave, Room N 210 Pasadena, CA 91109 | | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| 68807 | City of Riverside, California c/o Thompson Coburn LLP Attn: Ethyl A. Kelly, David A. Farrell One U.S. Bank Plaza St Louis, MO 63101 | | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| 70841 | Coddingtown Mall LLC PO Box 5800 Santa Rosa, CA 95406 | | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $33,270.00 | $33,270.00 | Main Line Extension Reimbursement Claims |
| 81234 | David Langon Construction 3189 Danville Blvd, #245 Alamo, CA 94507 | | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $13,944.85 | $13,944.85 | Engineering Advances and Other Refunds |
| 71788 | David Langon Construction 3189 Danville Blvd, #245 Alamo, CA 94507 | | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,865.75 | $10,865.75 | Engineering Advances and Other Refunds |
| 59740 | Gate at Harlan Ranch, LP 17522 N. Colonial Avenue Suite 103 Fresno, CA 93711 | | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $12,609.00 | $12,609.00 | Engineering Advances and Other Refunds |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Liberty Mutual Insurance Company and its affiliate Stewart Sokol & Larkin LLC Jan Sokol 2300 SW First Avenue Suite 200 Portland, OR 97201-5047 | | 27356 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $172,711,200.84 | $0.00 | $0.00 | $172,711,200.84 | Protective Claims |
| MacroNOC AERS LLC c/o MacroNOC Inc. Ting Chang 8383 Charles Smith Avenue Rancho Cucamonga, CA 91730 | | 60451 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| MONDRAGON, MIKE 227 A ST EUREKA, CA 95501 | | 54719 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Main Line Extension Reimbursement Claims |
| Oliver Pie LLC 3173 Bower Court Livermore, CA 94550 | | 1000 | Pacific Gas and Electric Company | 2/15/2019 | $0.00 | $0.00 | $0.00 | $28,140.93 | $28,140.93 | Engineering Advances and Other Refunds |
| Peninsula Clean Energy Authority 2075 Woodside Road Redwood City, CA 94061 | | 17183 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| REINVENT STOCKTON FOUNDATION ATTAH GUINEY IN-HOUSE COUNSEL 110 N SAN JOAQUIN ST. STOCKTON, CA 95202 | | 2134 | PG&E Corporation | 4/8/2019 | $0.00 | $0.00 | $0.00 | $400,000.00 | $400,000.00 | Non-Debtor Claims |
| SummerHill Homes LLC Attn: Jason Biggs, General Counsel 777 South California Avenue Palo Alto, CA 94304 | | 78732 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $36,500.00 | $36,500.00 | Engineering Advances and Other Refunds |
| Valencia, Ismael 180 Mission Avenida Morgan Hill , CA 95037-2920 | | 5022 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $3,839.00 | $3,839.00 | Engineering Advances and Other Refunds |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Walker Ridge Wind LLC c/o K T. Benedict Husch Blackwell LLP 4801 Main Street, Suite 1000 Kansas City, MO 64112 | | 64380 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Walden Energy Solutions Kevin Sanders Wall St. Plaza, 88 Pine St. #1002 New York, NY 10005 | | 58020 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| XL Specialty Insurance Company SMTD Law LLP c/o Robert J. Pfisters, Esq. 355 S. Grand Avenue, Suite 2450 Los Angeles, CA 90071 | | 78457 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $26,810.09 | $26,810.09 | Protective Claims |
| **Claims To Be Expunged Totals** | | **Count:26** | | | **$0.00** | **$172,711,200.84** | **$0.00** | **$654,118.62** | **$173,365,319.46** | |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aguirre, Luis 330 Lakeshore Ave. Apt 17G Oakland, CA 94606 | | 8148 | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $0.00 | $3,028.71 | $3,028.71 | Damage not caused by PG&E |
| ARCO 12090 SAN PABLO AVENUE RICHMOND, CA 94805 | | 3592 | PG&E Corporation | 7/14/2019 | $0.00 | $0.00 | $0.00 | $227.00 | $227.00 | No Liability Claims |
| Athey, Lynnette Lewis 1714 Garry Drive #B Castro Valley, CA 94546 | | 8769 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $14,689.00 | $14,689.00 | Damage not caused by PG&E |
| Di Carlo, Leo 610 Clarksburg Pl Stockton, CA 95207-3223 | | 106815 | Pacific Gas and Electric Company | 12/1/2020 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Damage not caused by PG&E |
| Giampaoli, Lisa 220 Pine Street Suite 1250 San Francisco, CA 94111 | | 80623 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Damage not caused by PG&E |
| Mendonca Orchards, Inc. Mendonca Orchards-Mendonca, Andrew Chico, CA 95928 | | 8097 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $60,520.00 | $60,520.00 | Rule 16 Claims |
| The Deductible Fund c/o Woodruff Sawyer & Company Angelo, Kilday & Kilduff, LLP 601 University Avenue, Suite 150 Sacramento, CA 95825 | | 2812 | Pacific Gas and Electric Company | 4/26/2019 | $0.00 | $0.00 | $0.00 | $19,587.51 | $19,587.51 | Damage not caused by PG&E |
| Vanhoka Farms, LLC 2497 Athlone Road Merced, CA 95341 | | 20053 | PG&E Corporation | 10/10/2019 | $0.00 | $0.00 | $0.00 | $27,732.00 | $27,732.00 | Rule 16 Claims |
| Warecki, Laura 463 Telegraph Ave #110 Oakland, CA 94612 | | 4739 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wolff, Andrew c/o Law Offices of Andrew Wolff, P.C. 1615 Broadway, 4th Floor Oakland, CA 94612 | | 106626 | PG&E Corporation | 10/28/2020 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Post-Petition Claims |
| Wolff, Andrew c/o Law Offices of Andrew Wolff, P.C. 1615 Broadway, 4th Floor Oakland, CA 94612 | | 106625 | Pacific Gas and Electric Company | 10/28/2020 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Post-Petition Claims |
| WRB LLC 246 Broadway, Suite 101B Saratoga Springs, NY 12866 | | 66 | Pacific Gas and Electric Company | 2/6/2019 | $0.00 | $0.00 | $0.00 | $60,000.00 | $60,000.00 | Damage not caused by PG&E |
| Claims To Be Expunged Totals | | Count:12 | | | $0.00 | $0.00 | $350.00 | $224,284.22 | $224,634.22 | |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gaur, Tajinder<br>660 Kirk Glen Drive<br>San Jose, CA 95133 | | 106444 | PG&E Corporation | 9/3/2020 | $0.00 | $0.00 | $0.00 | $3,845.99 | $3,845.99 | Rule 2 Claims |
| Morton, Clyde<br>2977 Hagen Oaks Drive<br>Alamo, CA 94507-2208 | | 107035 | PG&E Corporation | 3/24/2021 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Damage not caused by PG&E |
| Wouser, Bert E.<br>4241 Wawona Dr.<br>Groveland, CA 95321 | | 106132 | Pacific Gas and Electric Company | 7/10/2020 | $0.00 | $0.00 | $0.00 | $510.00 | $510.00 | Rule 16 Claims |
| **Claims To Be Expunged Totals** | | Count:3 | | | $0.00 | $0.00 | $0.00 | $19,355.99 | $19,355.99 | |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Calaveras Materials Inc.<br>2500 Damonte 3000 Executive<br>Parkway, Suite 240<br>San Ramon, CA 94583 | | 81225 | Pacific Gas and Electric Company | 10/21/2019 | $156,515.00 | $0.00 | $0.00 | $0.00 | $156,515.00 | Customer No Liability / Passthrough Claims |
| Dignity Health<br>c/o Rusinelli PC Attn: Lindsi M.<br>Weber, Esq. One East<br>Washington Street, Ste 1200<br>Phoenix, AZ 85004 | | 72251 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $97,584.00 | $97,584.00 | Customer No Liability / Passthrough Claims |
| Dignity Health<br>c/o Rusinelli PC Attn: Lindsi M.<br>Weber, Esq. One East<br>Washington Street, Ste 1200<br>Phoenix, AZ 85004 | | 70757 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $28,291.00 | $28,291.00 | Customer No Liability / Passthrough Claims |
| Hanson Aggregates LLC<br>2500 Damonte 3000 Executive<br>Parkway, Suite 240<br>San Ramon, CA 94583 | | 81335 | Pacific Gas and Electric Company | 10/21/2019 | $336,088.00 | $0.00 | $0.00 | $0.00 | $336,088.00 | Customer No Liability / Passthrough Claims |
| Hanson Aggregates Mid-Pacific,<br>Inc<br>2500 Damonte 3000 Executive<br>Parkway, Suite 240<br>San Ramon, CA 94583 | | 81275 | Pacific Gas and Electric Company | 10/21/2019 | $116,416.00 | $0.00 | $0.00 | $0.00 | $116,416.00 | Customer No Liability / Passthrough Claims |
| Hanson Permanente Cement, Inc.<br>c/o Three Rivers Management,<br>LLC Attn: Charles E. McChesney<br>1000 River Ave., Suite 200<br>Pittsburgh, PA 15212 | | 78518 | Pacific Gas and Electric Company | 10/21/2019 | $855,786.00 | $0.00 | $0.00 | $0.00 | $855,786.00 | Customer No Liability / Passthrough Claims |
| Kaut, Kerri<br>4441 Rice St<br>Lihue, HI 96766-4000 | | 106171 | Pacific Gas and Electric Company | 7/13/2020 | $0.00 | $0.00 | $1,000.00 | $0.00 | $1,000.00 | Customer No Liability / Passthrough Claims |
| Lehigh Southwest Cement<br>Company<br>2500 Damonte 3000 Executive<br>Parkway Suite 240<br>San Ramon, CA 94583 | | 80822 | Pacific Gas and Electric Company | 10/21/2019 | $663,297.00 | $0.00 | $0.00 | $0.00 | $663,297.00 | Customer No Liability / Passthrough Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Claims To Be Expunged Totals | | Count:8 | | | $2,128,102.00 | $0.00 | $1,000.00 | $125,875.00 | $2,254,977.00 | |