| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDINGTON, DAVID P<br>298 SAINT JAMES DRIVE<br>PIEDMONT, CA 94611 | 3093 | PG&E Corporation | 5/23/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $3,548,941.93 | $3,548,941.93 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Cobeen, Celeste<br>PO BOX 704<br>Gridley, CA 95948-0704 | 87378 | Pacific Gas and Electric Company | 10/24/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Columbia Woodlake, LLC<br>1910 Fairview Ave E Ste 200<br>Seattle, WA 98102 | 6564 | Pacific Gas and Electric Company | 8/13/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Dattoli, Maryanne<br>9400 Larkin Rd Apt 6B<br>Live Oak, CA 95953-9556 | 8724 | PG&E Corporation | 9/3/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $1,000,000.00 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ERWIN, ROBERT E<br>MD NAPA VALLEY OCCUPATIONAL HEALTH 1710 SOSCOL AVE STE #2<br>NAPA, CA 94559 | 82464 | PG&E Corporation | 10/21/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Fickett, Kent<br>Rebecca Beemer 11 Valley View Rd<br>Orinda, CA 94563-1408 | 8374 | Pacific Gas and Electric Company | 9/4/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $24,500.00 | $0.00 | $0.00 | $0.00 | $24,500.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Finley, Robert L<br>PO Box 549<br>Templeton, CA 93465-0549 | 87149 | Pacific Gas and Electric Company | 10/24/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $100,000.00 | $0.00 | $100,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| HARTMAN, TRUDY ANN<br>800 MENLO AVE STE 120<br>MENLO PARK, CA 94025 | 4702 | Pacific Gas and Electric Company | 8/5/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hoifjeld, David<br>3760 Lake Almanor Dr<br>Westwood, CA 96137-9769 | 70471 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $200,685.85 | $200,685.85 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Jabbari, Fereshteh<br>Farzaneth Jabbari 1 Kenneth Dr<br>Moraga, CA 94556-1600 | 7154 | PG&E Corporation | 8/14/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $4,185.00 | $4,185.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| LR GTE MOBILNET OF CALIFORNIA, PCS<br>dba Verizon Wireless-Network Real E<br>180 WASHINGTON VALLEY ROAD<br>BEDMINISTER, NJ 07921 | 898172 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $15,588.15 | $15,588.15 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $8,089.69 | $8,089.69 | |
| Mahoney, Ashley<br>633 Stewart St Apt 14<br>Manteca, CA 95336-4800 | 106864 | Pacific Gas and Electric Company | 12/7/2020 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,425.00 | $2,425.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Marsh Landing, LLC<br>Kevin Malcarney 300 Carnegie Center, Suite 300<br>Princeton, NJ 08540 | 74870 | Pacific Gas and Electric Company | 10/18/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Marsh Landing, LLC<br>Kevin Malcarney 300 Carnegie Center, Suite 300<br>Princeton, NJ 08540 | 2026 | Pacific Gas and Electric Company | 3/29/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Marshall, Denise<br>1130 Van Buren ST NW<br>Roanoke, VA 24017 | 106945 | PG&E Corporation | 2/8/2021 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| RTP Felton Station LLC<br>c/o Redtree Partners LP 1362 Pacific Avenue<br>Santa Cruz, CA 95060 | 4483 | Pacific Gas and Electric Company | 8/5/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $341.94 | $341.94 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Sandy Lane Properties LLP<br>Attn Martin T. Gonsalves 511 West 3rd Street<br>Antioch, CA 94509 | 4087 | PG&E Corporation | 7/23/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Sasha Shamszad and Merideth Shamszad, husband and wife, as successors-in-interest to Sasha Shamszad<br>Attn: Ari King 1600 Shattuck Avenue Suite 106<br>Berkeley, CA 94709 | 8071 | PG&E Corporation | 8/28/2019 | Filed/Sched. Claim Amount:<br><br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Sierra Pacific Industries<br>c/o Downey Brand LLP Attn: R. Dale Ginter 621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 | 30927 | Pacific Gas and Electric Company | 10/10/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Stockton City Center 16, LLC<br>2800 W March Ln, Suite 360<br>Stockton, CA 95219 | 7697 | Pacific Gas and Electric Company | 8/22/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| THOMSON REUTERS<br>610 OPPERMAN DRIVE<br>EAGAN, MN 55123 | 2417 | Pacific Gas and Electric Company | 4/15/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $60,628.67 | $60,628.67 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Turtle Cove Marina, LLC DBA Pirate Cove Resort and Marina<br>Pirate Cove Management 1100 London Bridge Rd Suite G102<br>Lake Havasu City, AZ 86404 | 988 | Pacific Gas and Electric Company | 2/21/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $22,400.00 | $22,400.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Vontz, Tom E<br>468 Milo Ave<br>Buttonwillow, CA 93206 | 4129 | Pacific Gas and Electric Company | 7/26/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Western Exterminator Company<br>Joseph Kraynak 1125 Berkshire Blvd Suite 150<br>Wyomissing, PA 19610 | 7187 | Pacific Gas and Electric Company | 8/14/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $4,247.60 | $4,247.60 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Woods, Robert Joseph<br>9418 Laurelwood Court<br>Shafter, CA 93263 | 8856 | Pacific Gas and Electric Company | 9/13/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $25,235.00 | $25,235.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 25** | | | | $1,024,500.00 | $0.00 | $102,000.00 | $4,145,179.14 | $5,271,679.14 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $8,089.69 | $8,089.69 | |