| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aerojet Rocketdyne, Inc.<br>William Hvidsten Assistant General Counsel 2001 Aerojet Road<br>Rancho Cordova , CA  95742 | | 79278 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| BOWIE & SCHAFFER CLIENT TRUST<br>COMPANY ACCOUNT 2255 CONTRA COSTA BLVD STE 305<br>PLEASANT HILL, CA  94523 | | 27358 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $86,809.09 | $86,809.09 | No Liability Subcontractor Claims |
| J.F. Shea Construction, Inc.<br>Attn: Ross Kay 655 Brea Canyon Road<br>Walnut, CA  91789 | | 63939 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Main Line Extension Reimbursement Claims |
| North Star Gas Company, LLC<br>YEP Energy Attn: Legal Dept. 7660 Woodway Dr., Suite 471A<br>Houston, TX  77005 | | 80336 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $212,322.00 | $212,322.00 | Protective Claims |
| P-R FARMS - 17710 ROAD 24 - MADERA<br>2917 EAST SHEPHERD AVE<br>CLOVIS, CA  93619 | | 5406 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $88,880.00 | $88,880.00 | Customer Program Rebates |
| San Diego Gas & Electric Company<br>Attn: R. Craig Gentes 8335 Century Park Court, CP11D<br>San Diego, CA  92123 | | 54692 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Shah, Pradipkumar  K<br>Ajita Shah 11307 Crabbet Park Dr<br>Bakersfield, CA  93311-9227 | | 8637 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $1,820.00 | $1,820.00 | Customer Program Rebates |
| Shea Homes, Inc.<br>Attn: Ross Kay 655 Brea Canyon Road<br>Walnut, CA  91789 | | 64090 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Main Line Extension Reimbursement Claims |

Eighty-First Omnibus Objection   Exhibit 1   PG&E Corporation and Pacific Gas and Electric Company
Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Spectrum Properties Inc.<br>Twi Irons 411 Davis Street, Suite 102<br>Vacaville, CA  95688 | | 61242 | PG&E Corporation | 10/16/2019 | $54,769.94 | $0.00 | $0.00 | $0.00 | $54,769.94 | No Liability Subcontractor Claims |
| Tahvilian, Ahmad<br>7048 Anjou Creek Cir<br>San Jose, CA  95120-4104 | | 10787 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer Program Rebates |
| The Spanos Corporation<br>Attn Mary Olvera 10100 Trinity Parkway, 5th Floor<br>Stockton, CA  95219 | | 30800 | PG&E Corporation | 10/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Xoom Energy California, LLC<br>c/o NRG Energy, Inc. Atn: Office of the General Counsel 804 Carnegie Center<br>Princeton, NJ  08540 | | 75972 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $73,183.31 | $73,183.31 | Protective Claims |
| **Claims To Be Expunged Totals** | | **Count: 12** | | | **$54,769.94** | **$0.00** | **$1,500.00** | **$463,014.40** | **$519,284.34** | |

Case: 19-30088    Doc# 10679-1    Filed: 05/20/21    Entered: 05/20/21 17:43:17    Page 2 of 2

Page 2