| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| III Holdings Inc.<br>3834 Balfour Ave.<br>Oakland, CA 94610 | | 89516 | PG&E Corporation | 12/16/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Merlander, Michael<br>220 Summit Rd<br>Walnut Creek, CA 94598 | | 88059 | PG&E Corporation | 12/2/2019 | $0.00 | $0.00 | $0.00 | $13,249.00 | $13,249.00 | Customer No Liability Claims |
| TOWER ENERGY GROUP<br>1983 W 190TH ST<br>TORRANCE, CA 90504 | | 3862 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $2,888.00 | $2,888.00 | Customer No Liability Claims |
| TOWER ENERGY GROUP<br>1983 W 190TH ST<br>TORRANCE, CA 90504 | | 3860 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $7,572.00 | $7,572.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 4** | | | **$0.00** | **$0.00** | **$2,850.00** | **$23,709.00** | **$26,559.00** | |