| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ali K Amidy/Los Galos Center LLC, TwoFourOne LLC Eden Garden LLC One Shop Real Estate Inc. P.O. Box 880 Los Gatos, CA 95031 | | 8326 | PG&E Corporation | 9/4/2019 | $260,000.00 | $0.00 | $0.00 | $0.00 | $260,000.00 | Customer No Liability / Passthrough Claims |
| Anaya, Elvira Marin 956 4th St Livingston, CA 95334-1217 | | 9940 | Pacific Gas and Electric Company | 9/26/2019 | $11,120.00 | $0.00 | $0.00 | $0.00 | $11,120.00 | Customer No Liability / Passthrough Claims |
| DMP DEVELOPMENT A CALIFORNIA CORPORATION 2001 HOWARD RD. SUITE 211 MADERA, CA 93637 | | 4566 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Donahue/Barlow, Lisa PO Box 2473 Poulsbo, WA 98370-0923 | | 7984 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Gahvejian Family Trust c/o Trustee Carrie Gahvejian 1740 S. Claremont Avenue Fresno, CA 93727 | | 3959 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $916.87 | $916.87 | Customer No Liability / Passthrough Claims |
| Garcia, Michele G 8650 Hautly Lane Valley Springs, CA 95252 | | 6171 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $153.19 | $153.19 | Customer No Liability / Passthrough Claims |
| JIMENEZ, LUIS 427 W PAUL AVE CLOVIS, CA 93612-0117 | | 96533 | PG&E Corporation | 1/15/2020 | $0.00 | $0.00 | $14,376.68 | $0.00 | $14,376.68 | Customer No Liability / Passthrough Claims |
| Kikuchi, Sungmo 20026 Rodrigues Ave Apt B Cupertino, CA 95014-6601 | | 6811 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $279.00 | $279.00 | Customer No Liability / Passthrough Claims |
| Laws, Lanelle P. 1120 W. 105th Street Los Angeles, CA 90044 | | 4055 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ly, Loan<br>301 Standiford Ave Apt 207<br>Modesto, CA  95350-1142 | | 6200 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Rai, Harmandeep<br>8515 Longview Rd<br>Atwater, CA  95301-9644 | | 6579 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $5,000.00 | $2,000.00 | $7,000.00 | Customer No Liability / Passthrough Claims |
| See, Adam<br>6033 W Alluvial Ave<br>Fresno, CA  93722 | | 4839 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Sturms, Geoff<br>4174 AVALON ST<br>TRACY, CA  95377-8434 | | 4811 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability / Passthrough Claims |
| Yahin, Carmecita<br>1527 Virginia Ave<br>West Sacramento, CA  95691-3934 | | 4864 | Pacific Gas and Electric Company | 7/30/2019 | $4,000.00 | $0.00 | $4,000.00 | $0.00 | $8,000.00 | Customer No Liability / Passthrough Claims |
| Yang, Yijenfang<br>7143 Anjou Creek Cir<br>San Jose, CA  95120 | | 80505 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $121.00 | $121.00 | Customer No Liability / Passthrough Claims |
| Yoshizuka, Keith<br>411 Shirlee Dr<br>Danville, CA  94526-1857 | | 6985 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability / Passthrough Claims |
| **Claims To Be Expunged Totals** | | **Count: 16** | | | **$275,120.00** | **$0.00** | **$23,376.68** | **$6,470.06** | **$304,966.74** | |