| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 5991 Faught Road K & C Ranch, LLC<br>Corey, Luzaich, de Ghetaldi & Riddle LLP Amanda L. Riddle<br>700 El Camino Real<br>Millbrae, CA  94030 | | 96311 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Brown, Peter Benjamin<br>Roy E. Miller 70 Stony Point Road, Ste. A<br>Santa Rosa, CA  95401 | | 93206 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Browne, Denyse Parsons<br>Roy E. Miller 70 Stony Point Road, Ste A.<br>Santa Rosa, CA  95401 | | 97020 | PG&E Corporation and Pacific Gas and Electric Company | 2/25/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Browne, Timothy Otis<br>Roy E. Miller 70 Stony Point Road, Ste A.<br>Santa Rosa, CA  95401 | | 97021 | PG&E Corporation and Pacific Gas and Electric Company | 2/25/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| BULL, CASSIELLE AKA JANICE<br>Eric J Ratinoff 401 WATT AVENUE<br>Sacramento, CA  95864 | | 88802 | PG&E Corporation and Pacific Gas and Electric Company | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| BULL, SAMUEL BENEDICT<br>Eric J Ratinoff 401 WATT AVENUE<br>Sacramento, CA  95864 | | 88801 | PG&E Corporation and Pacific Gas and Electric Company | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| CURRY, BRIAN<br>Eric J Ratinoff 401 WATT AVENUE<br>Sacramento, CA  95864 | | 88791 | PG&E Corporation and Pacific Gas and Electric Company | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Eidsen, Paula J<br>10280 Brooks Rd<br>Windsor, CA  95492 | | 88460 | PG&E Corporation and Pacific Gas and Electric Company | 12/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Engineers and Scientists of California, Local 20, IFPTE<br>Weinberg, Roger & Rosenfeld Emily P. Rich 1001 Marina Village Parkway, Ste 200<br>Alameda, CA 94501 | | 64597 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $2,521,907.33 | $2,773,734.41 | $5,295,641.74 | CBA Claims |
| Espinoza, Nerida<br>2450 Parkcreek Dr<br>Santa Rosa, CA 95404 | | 90902 | PG&E Corporation and Pacific Gas and Electric Company | 12/21/2019 | $0.00 | $0.00 | $0.00 | $448.00 | $448.00 | Postpetition Fire Claims |
| Hanna Winery Inc.<br>9280 Highway 128<br>Healdsburg, CA 95448 | | 96323 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| International Brotherhood of Electrical Workers, Local Union No. 1245<br>c/o Locke Lord LLP Attn: Bradley Knapp 601 Poydras Street, Suite 2660<br>New Orleans, LA 70130 | | 57750 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | CBA Claims |
| Jerry DeWitt Trucking, Inc.<br>Corey, Luzaich, de Ghetaldi & Riddle LLP Amanda L. Riddle 700 El Camino Real<br>Millbrae, CA 94030 | | 95033 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Kosowski, Meta Elizabeth<br>Roy E. Miller, Attorney 70 Stony Point Road Ste. A<br>Santa Rosa, CA 95401 | | 96605 | PG&E Corporation and Pacific Gas and Electric Company | 1/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Kral, Patricia<br>524 Piccadilly Place<br>Windsor, CA 95492 | | 92744 | PG&E Corporation and Pacific Gas and Electric Company | 12/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Kramer, Mark<br>Corey, Luzaich, de Ghetaldi & Riddle LLP Amanda L. Riddle 700 El Camino Real<br>Millbrae, CA 94030 | | 96182 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kramer, Nancy Robinson<br>Corey, Luzaich, De Ghetaldi & Riddle LLP Amanda L. Riddle<br>700 El Camino Real<br>Millbrae, CA 94030 | | 96250 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Leahy, Mitchell<br>9490 Jessica Dr<br>Windsor, CA 95492 | | 93572 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Lilienthal, Marjorie Huguet<br>Roy E. Miller 70 Stony Point Road, Ste. A<br>Santa Rosa, CA 95401 | | 96629 | PG&E Corporation and Pacific Gas and Electric Company | 1/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Lytle's Redwood Empire Beauty College<br>186 Wikiup Drives<br>Santa Rosa, CA 95403 | | 88025 | PG&E Corporation and Pacific Gas and Electric Company | 12/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Michael J. Horvitz and Mark R. Kramer, Trustees of the Mark R. Kramer 2016 Family Trust U/A 6/30/16<br>Corey, Luzaich, De Ghetaldi & Riddle LLP Amanda L Riddle<br>700 El Camino Real<br>Millbrae, CA 94030 | | 96267 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Morehead, Royce J.<br>PO Box 1417<br>Forestville, CA 95436 | | 91909 | PG&E Corporation and Pacific Gas and Electric Company | 12/26/2019 | $0.00 | $0.00 | $0.00 | $1,985.42 | $1,985.42 | Postpetition Fire Claims |
| Randall DeWitt, trustee of the Jerry L. DeWitt Trust<br>Amanda L. Riddle Corey, Luzaich, de Ghetaldi & Riddle LLP 700 El Camino Real<br>Millbrae, CA 94030 | | 96118 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Resso, Teresa | | 94438 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sand, Michael<br>c/o Wilmarth 2694 Kincaid<br>Eugene, OR 97405 | | 92328 | PG&E Corporation and Pacific Gas and Electric Company | 12/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Savas, Anthony<br>6156 Gabrielle Dr<br>Windsor, CA 95492 | | 94470 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Scott Winthrop Newman for the Newman Family<br>212 North Street<br>Healdsburg, CA 95448 | | 92619 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Shaw, Sarah<br>Corey, Luzaich, de Ghetaldi & Riddle LLP Amanda L. Riddle<br>700 El Camino Real<br>Millbrae, CA 94030 | | 96087 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Sindisa Sanctuary<br>Corey, Luzaich, De Ghetaldi & Riddle LLP Amanda L. Riddle<br>700 El Camino Real<br>Millbrae, CA 94030 | | 96282 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Solorio, Crispin<br>2361 Heidi Pl<br>Santa Rosa, CA 95403 | | 90910 | PG&E Corporation and Pacific Gas and Electric Company | 12/22/2019 | $0.00 | $0.00 | $0.00 | $3,100.00 | $3,100.00 | Postpetition Fire Claims |
| Swendsen Sr, Mark<br>660 South Fitch Mountain Road<br>Healdsburg, CA 95448 | | 93659 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $90,000.00 | $90,000.00 | Postpetition Fire Claims |
| Villa Ratto LLC<br>Tony Ratto 1009 Pearl Street<br>Alameda, CA 94501 | | 94734 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $2,145.64 | $2,145.64 | Postpetition Fire Claims |
| **Claims To Be Expunged Totals** | | **Count: 32** | | | **$0.00** | **$0.00** | **$2,521,907.33** | **$2,871,413.47** | **$5,393,320.80** | |