**Exhibit 2**



May 20, 2021

Dear [NAME]:

You are receiving this letter because you submitted a proof of claim form in PG&E's chapter 11 cases relating to the Kincade Fire.

PG&E is filing an objection regarding certain claims filed in its bankruptcy proceeding, including claims related to the Kincade Fire.  PG&E is doing this because claims for fires that occurred after the bankruptcy filing on January 29, 2019 were not impacted by the bankruptcy process and instead can be pursued against PG&E as if the bankruptcy had not happened.  The objection is purely an administrative step and will not impact or limit your rights to pursue any claims you may have based on a fire that occurred after January 29, 2019 outside of the bankruptcy process, including in any lawsuits that you may have already filed relating to the Kincade Fire.  More information is available in the enclosed legal notice.

Yours truly,
PG&E Corporation and Pacific Gas and Electric Company