**Exhibit 3**



May 20, 2021

Dear [NAME]:

You are receiving this letter because you submitted a proof of claim form in PG&E's chapter 11 cases arising under the Collective Bargaining Agreements (as defined in PG&E's Plan of Reorganization).

PG&E is filing an objection regarding certain claims filed in its bankruptcy proceeding, including claims to be resolved under the Collective Bargaining Agreements.  PG&E is doing this because these claims were not impacted by the bankruptcy process and instead can be pursued against PG&E as if the bankruptcy had not happened.  The objection is purely an administrative step and will not impact or limit your rights to pursue any claims you may have under the Collective Bargaining Agreements.  More information is available in the enclosed legal notice.

Yours truly,
PG&E Corporation and Pacific Gas and Electric Company