KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                       Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF HEARING ON REORGANIZED DEBTORS' EIGHTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (PLAN PASSTHROUGH PROOFS OF CLAIM)**<br><br>**Response Deadline:**<br>**June 16, 2021, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date:  June 30, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Telephonic Appearances Only)<br>         United States Bankruptcy Court<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102 |

1          **PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **June 30, 2021, at 10:00 a.m. (Pacific Time)** (the "**Omnibus Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Sixth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, effective March 1, 2021 and until otherwise ordered, **all hearings shall be conducted by video or teleconference. The Courtroom will be closed.** All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the *Reorganized Debtors' Eighty-Seventh Omnibus Objection to Claims (Plan Passthrough Proofs of Claim)*, filed on May 20, 2021 [Dkt. No. 10697] (the "**Omnibus Objection**").

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Omnibus Objection must be in writing, filed with the Bankruptcy Court, and served on counsel for the Reorganized Debtors at the above-referenced address or by email at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on June 16, 2021**. Any oppositions or responses must be filed and served as described in the *Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections*, entered on July 1, 2020 [Dkt No. 8228] (the "**Omnibus Objections Procedures Order**"). **Any relief requested in the Omnibus Objection may be granted without a hearing if no opposition is timely filed and served in accordance with the Omnibus Objections Procedures Order.** In deciding the Omnibus Objection, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

**PLEASE TAKE FURTHER NOTICE** that a customized Eighty-Seventh Omnibus Claim Objection Notice in substantially the form attached hereto as **<u>Exhibit A</u>** has been sent to each of the parties to whose Proof(s) of Claim the Reorganized Debtors objected in the Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that copies of the Omnibus Objection and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

| | | |
|---|---|---|
| Dated: May 20, 2021 | | **KELLER BENVENUTTI KIM LLP** |
| | | */s/ Dara L. Silveira* |
| | | Dara L. Silveira |
| | | *Attorneys for Debtors and Reorganized Debtors* |

# Exhibit A

**Eighty-Seventh Omnibus Claim Objection Notice**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE COURT TO EXPUNGE YOUR CLAIM(S) IDENTIFIED AS "OBJECTED-TO" ON THE FOLLOWING PAGE OF THIS NOTICE.**

**CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC, AT (844) 339-4217**

**THE LAST PARAGRAPH OF THIS NOTICE EXPLAINS HOW YOU CAN OBTAIN A COMPLETE COPY OF THE OBJECTION, AT NO COST TO YOU.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                  **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF THE REORGANIZED DEBTORS' EIGHTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (PLAN PASSTHROUGH PROOFS OF CLAIM)**<br><br>**Response Deadline:**<br>**June 16, 2021, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date:  June 30, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>          United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

|     | 1  | [Claimant Name] |
| --- | --- | --- |

| Objected-To Claim(s) | | | | | Basis for Objection |
| --- | --- | --- | --- | --- | --- |
| Date | Claim # | Debtor | Classification | Amount | |
|  |  |  |  |  |  |

On May 20, 2021, PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed their *Eighty-Seventh Omnibus Objection to Claims (Plan Passthrough Proofs of Claim)* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").  A full copy of the Omnibus Objection may be obtained at no cost, as provided below.

**Any Response (as defined below) to the Omnibus Objection must be filed and served upon the Reorganized Debtors' Counsel by June 16, 2021 (the "Response Deadline");**

**Any Response must be accompanied by any declarations or memoranda of law any responding party wishes to present in support of its position;**

**If there is no timely Response, the Bankruptcy Court may enter an order granting the Omnibus Objection to your Proof(s) of Claim by default.**

**If you file a timely Response, the Hearing will be held at the date and time shown below.  If factual disputes are presented by the Objection and the Response, the Hearing will proceed as a status conference; factual disputes will <u>not</u> be decided at the Hearing, but at a future evidentiary hearing that may be set at the Hearing. Issues of a purely legal nature, where facts are not in dispute, may be decided at the Hearing.  See Bankruptcy Local Rule 3007-1.**

**If you file and serve a timely Response, the date, location and time of the Hearing are:**

      **June 30, 2021 at 10:00 a.m. (Pacific Time)**

      **Courtroom 17, 16th Floor, 450 Golden Gate Ave., San Francisco, CA**

The Hearing will be held before the Honorable Dennis Montali, United States Bankruptcy Judge.  Pursuant to the Bankruptcy Court's *Sixth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency*, effective March 1, 2021 and until otherwise ordered, **all hearings shall be conducted by video or teleconference.  The Courtroom will be closed.**  All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic.  The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance.  If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with respect to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS.**

**BASIS FOR OBJECTION TO YOUR PROOF(S) OF CLAIM:** By the Omnibus Objection, the Reorganized Debtors seek to expunge one or more of your Proof(s) of Claim (as defined therein) listed above as "Objected-To Claim(s)" on the grounds that the designated Proof(s) of Claim pass through the Chapter 11 Cases.

If you do **NOT** oppose the expungement of your Objected-To Proof(s) of Claim listed above, then you do NOT need to file a written Response to this Omnibus Objection and you do NOT need to appear at the Hearing. If you do nothing, the Objected-To Claim(s) will be expunged.

**FILING AND SERVICE OF RESPONSE:** If you **DO** oppose the expungement of your Objected-To Proof(s) of Claim listed above, then you MUST file a response (a "**Response**"), in writing, with the Bankruptcy Court, and serve it on the counsel for the Reorganized Debtors at PGEclaims@kbkllp.com so as to be received by no later than **4:00 p.m. (Pacific Time) on June 16, 2021 (the "Response Deadline")**: You must file the Response through the Court's electronic case filing ("ECF") system if you have access to the ECF system; service on the Reorganized Debtors' Counsel will occur automatically upon ECF filing; and no separate service of your Response is required. If you do NOT have access to the ECF system, service must be made by electronic mail to the Reorganized Debtors' counsel at PGEclaims@kbkllp.com, and you must arrange for the Response to be filed with the Court within two business days thereafter. If you do not have the ability to serve a Response electronically, the Response must be served by mail, express or some other means so either (a) it is actually received by the Reorganized Debtors' Counsel by the Response Deadline, or (b) it is dispatched not later that the Response Deadline through a postal or commercial express service that will make actual delivery not more than two business days after the Response Deadline, and in that case the Claimant must inform the Reorganized Debtors' counsel by email, telephone or facsimile before the Response Deadline of the Claimant's name and phone number, the number of the Omnibus Objection, and the fact that a paper Response is being delivered by express.

**CONTENTS OF RESPONSE** The Response must, at a minimum, include the following: (i) a caption setting forth the name of the Bankruptcy Court, the name of the Reorganized Debtor, the case number and title of the Omnibus Objection to which the Response is directed; (ii) your name, the assigned number(s) of your Proof(s) of Claim, and an explanation for the amount of the Proof(s) of Claim; (iii) a concise statement setting forth the reasons why the Bankruptcy Court should not sustain the Omnibus Objection; (iv) a declaration under penalty of perjury of a person with personal knowledge of the relevant facts that support the Response; (v) your name, address, telephone number, and/or the name, address, and telephone number of your attorney and/or designated representative to whom counsel for the Reorganized Debtors should serve a reply to the Response, if any; and (vi) the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on your behalf, if any.

If the Bankruptcy Court does not expunge your Objected-To Proof(s) of Claim listed above, then the Reorganized Debtors have the right to object on other grounds to your Proof(s) of Claim at a later date. You will receive a separate notice of any such objection.

**TO GET COPIES OF THE COMPLETE OBJECTION:** Copies of the complete Omnibus Objection and the other pleadings and documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov [PACER account required], (ii) for free by download from on the Reorganized Debtors' approved notice and claim agent's website at https://restructuring.primeclerk.com/pge/Home-DocketInfo, or (iii) by mail, for free,

| | |
|---|---|
| 1 | by calling Prime Clerk LLC at (844) 339-4217 (Toll Free) or by email at pgeinfo@primeclerk.com to request a complete copy of the Omnibus Objection, including all Exhibits. |
| 2 | Dated: May 20, 2021  **KELLER BENVENUTTI KIM LLP** |
| 3 | |
| 4 | <u>/s/ Dara L. Silveira</u><br>Dara L. Silveira |
| 5 | *Attorneys for Debtors and Reorganized Debtors* |