

Signed and Filed: May 21, 2021

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Michael R. Goodstein (SBN     )
BAILEY CAVALIERI LLC
10 West Broad St, Ste. 2100
Columbus, OH 43215
Telephone: (614) 229-3231
mgoodstein@baileycav.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                    )
PG&E CORPORATION, et al.                 )   Case No. 19-30088 (DM)
                                         )
                    Debtor(s).           )   Chapter 11

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael R. Goodstein, whose business address and telephone number is Bailey Cavalieri LLC, 10 W. Broad Street, Ste. 2100, Columbus OH 43215, (614) 229-3231

and who is an active member in good standing of the bar of Ohio

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**