

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: May 21, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **ORDER DISALLOWING OR ALLOWING IN REDUCED AMOUNTS PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)** <br><br> [Re: Dkt. Nos. 10528, 10672] |

Upon the *Reorganized Debtors' Report on Responses to Seventy-Third Through Seventy-Eighth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket No. 10672] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Seventy-Third Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 10528] (the "**Seventy-Third Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| 10651<br>10652 | County of Sacramento | 2843 | The Seventy-Third Omnibus Objection is WITHDRAWN with respect to this Claim. |

2. The Claims listed in the column headed "Claim/Schedule to Be Reduced or Disallowed" in **Exhibit 1** hereto are either disallowed or allowed in the Reduced Claim Amount as set forth therein.

3. The Seventy-Third Omnibus Objection is SUSTAINED with respect to Claim Nos. 1033350, 1033045, and 1033221 (Cal ISO); *provided however,* that nothing contained herein modifies or shall be construed as modifying in any way the rights, duties and obligations of the Utility and the Reorganized Utility (as those terms are defined in the Confirmation Order) under its agreements with the California Independent System Operator Corporation and any tariffs incorporated therein, as more particularly set forth in paragraph 68 of the Confirmation Order.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA ISO 250 OUTCROPPING WAY FOLSOM, CA 95630 | 1033350 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $18,765.10 | $18,765.10 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CALIFORNIA ISO 199 BLUE RAVINE RD FOLSOM, CA 95630 | 1033045 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $57,847.10 | $57,847.10 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| CALIFORNIA ISO 250 OUTCROPPING WAY FOLSOM, CA 95630 | 1033221 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $28,573.14 | $28,573.14 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| County of Kings Finance Department Treasurer/Tax Collector 1400 W Lacey Blvd Hanford, CA 93230 | 105538 | PG&E Corporation | 5/21/2020 | **Filed/Sched. Claim Amount:** Unliquidated ☑ | $0.00 | $0.00 | $7,000.00 | $0.00 | $7,000.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $182.12 | $182.12 | |
| IDS & INNOV8 LLC 4420 LAKE CALABAY DR ORLANDO, FL 32837 | 67742 | PG&E Corporation | 10/19/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Integral Analytics, Inc Attn: Kevin Sanders Wall Street Plaza 88 Pine St. #1002 New York, NY 10005 | 57960 | Pacific Gas and Electric Company | 10/17/2019 | **Filed/Sched. Claim Amount:** Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Jiffy Lube (Lubexx B) 8820 60th Ave Edmonton, AB T6E 6A6 | 106604 | PG&E Corporation | 10/21/2020 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $137.22 | $137.22 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| LONE TREE PARTNERS INC. 321 LOCUST ST SAN FRANCISCO, CA 94118-1842 | 897701 | Pacific Gas and Electric Company | 3/14/19 | **Filed/Sched. Claim Amount:** Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $159.56 | $159.56 | Books and Records |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| Asserted Total | Count:8 | | | $0.00 | $0.00 | $7,000.00 | $105,482.12 | $112,482.12 | |
| Remaining Total | | | | $0.00 | $0.00 | $0.00 | $182.12 | $182.12 | |