

**Entered on Docket**
**May 21, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: May 21, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>[Re: Dkt. Nos. 10531, 10672] |

Upon the *Reorganized Debtors' Report on Responses to Seventy-Third Through Seventy-Eighth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket No. 10672] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Seventy-Fourth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 10531] (the "**Seventy-Fourth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Claims listed in the column headed "Claim/Schedule to Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alice Martinelli Special Trust No 1-3 TAL BBA Martinelli Ranch 4039 Grove St Sonoma, CA 95476 | | 3649 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $357.00 | $357.00 | Cure Payments |
| ALTHOFF, DONALD E 1098 S ORCHARD DR MERCED, CA 95341 | | 2192 | Pacific Gas and Electric Company | 4/8/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Other Satisfied |
| AT7 Trucking LLC 11 Industry Dr. Pittsburgh, PA 15275 | | 1282 | PG&E Corporation | 3/1/2019 | $0.00 | $0.00 | $0.00 | $2,637.00 | $2,637.00 | Other Satisfied |
| Blackwell Solar, LLC c/o Southern Power Company Troutman Sanders LLP Attn: Chris B. Winsberg, Esq. & Matthew G. Roberts, Esq. 600 Peachtree St. NE, Suite 3000 Atlanta, GA 30308 | | 78955 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $30,291.74 | $30,291.74 | Electric Generation Interconnection Claims |
| Cain, Larry, Sr. T. 1109 East Champlain Dr, A-144 Fresno, CA 93720 | | 1394 | Pacific Gas and Electric Company | 3/11/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Other Satisfied |
| California Department of Forestry and Fire Protection Emily A. Welchans California Department of Justice 1300 I Street, Suite 125 Sacramento, CA 95814 | | 77564 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $28,347.48 | $28,347.48 | Other Satisfied |
| CALVERT, KENNETH F. 702 PURISIMA ROAD LOMPOC, CA 93436 | | 2734 | Pacific Gas and Electric Company | 4/23/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| City of Dublin Public Works Department Attn: David Kloss 100 Civic Plz Dublin, CA 94568 | | 106640 | Pacific Gas and Electric Company | 10/30/2020 | $0.00 | $0.00 | $0.00 | $20,020.00 | $20,020.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Civic Center Square, Inc 900 'N' Street, Suite 200 Fresno, CA 93721 | | 165 | Pacific Gas and Electric Company | 2/11/2019 | $0.00 | $0.00 | $0.00 | $623.78 | $623.78 | Other Satisfied |
| Civic Center Square, Inc 900 'N' Street, Suite 200 Fresno, CA 93721 | | 1310 | Pacific Gas and Electric Company | 3/7/2019 | $0.00 | $0.00 | $0.00 | $685.09 | $685.09 | Other Satisfied |
| Civic Center Square, Inc 900 'N' Street, Suite 200 Fresno, CA 93721 | | 1344 | Pacific Gas and Electric Company | 3/7/2019 | $0.00 | $0.00 | $0.00 | $2,074.84 | $2,074.84 | Other Satisfied |
| Civic Center Square, Inc 900 'N' Street, Suite 200 Fresno, CA 93721 | | 1349 | Pacific Gas and Electric Company | 3/7/2019 | $0.00 | $0.00 | $0.00 | $637.20 | $637.20 | Other Satisfied |
| Fogt, Augie Buena Loma Corp 7888 Wren Ave #D143 Gilroy, CA 95020 | | 8292 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Engineering Advances and Other Refunds |
| Douglas D. Wirth, Trustee 625 West Street Woodland, CA 95695 | | 4382 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $432.66 | $432.66 | Other Satisfied |
| OVERLAND LLC SUSAN NOACK 307 MEADOWOOD CT PLEASANT HILL, CA 94523 | | 16834 | Pacific Gas and Electric Company | 10/1/2019 | $0.00 | $0.00 | $0.00 | $6,806.26 | $6,806.26 | Other Satisfied |
| Fair Harbor Capital, LLC as Transferee of Hartnell Community College District Ansonia Finance Station Attn: Fredric Glass PO Box 237037 New York, NY 10023 | Fair Harbor Capital, LLC Ansonia Finance Station Attn: Fredric Glass PO Box 237037 New York, NY 10023 100% | 6961 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $5,520.00 | $5,520.00 | Other Satisfied |
| Frank Dial Logging Confidential - Available Upon Request | | 897080 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garcia, Eduardo 1366 Chula Vista Dr. San Jose, CA 95127 | | 89896 | Pacific Gas and Electric Company | 12/16/2019 | $0.00 | $0.00 | $0.00 | $5,700.00 | $5,700.00 | Other Satisfied |
| GARMAN FAMILY LAND COMPANY LLC AARON GARMAN, KARA GARMAN 389 N. MAIN ST. WILLITS, CA 95490 | | 2099 | Pacific Gas and Electric Company | 4/5/2019 | $0.00 | $0.00 | $0.00 | $4,050.00 | $4,050.00 | Other Satisfied |
| Hatchet Ridge Wind, LLC 1088 Sansome Street San Francisco, CA 94111 | | 64714 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $580,794.60 | $580,794.60 | Cure Payments |
| James H. Wirth, Trustee 1415 Coolidge Drive Woodland, CA 95776 | | 4275 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $432.67 | $432.67 | Other Satisfied |
| Johnson, Laverne 1409 2nd St Livingston, CA 95334 | | 87240 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | Other Satisfied |
| MRP II, LLC c/o Barrett Marum Sheppard Mullin Richter & Hampton LLP 379 Lytton Avenue Palo Alto, CA 94301-1479 | | 17250 | Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $343,041.97 | $343,041.97 | Engineering Advances and Other Refunds |
| North Star Solar, LLC c/o Southern Power Company c/o Troutman Sanders LLP Attn: Harris B. Winsberg & Matthew R Roberts 600 Peachtree St. NE, Suite 3000 Atlanta, GA 30308 | | 73611 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $72,330.17 | $72,330.17 | Cure Payments |
| onTherm, LLC 1630 Larimer St., Ste 302 Denver, CO 80202 | | 76677 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Owens-Lafayette Properties, LLC 321 Olympic Boulevard Walnut Creek, CA 94595 | | 17447 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $101,551.00 | $101,551.00 | Engineering Advances and Other Refunds |
| Robert B. Wirth, Jr., Trustee 179 Roosevelt Drive Woodland, CA 95776 | | 4278 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $432.67 | $432.67 | Other Satisfied |
| ROCHA, JR., MANUEL TOSTE 20469 S. MACARTHUR DR. TRACY, CA 95376 | | 1580 | PG&E Corporation | 3/25/2019 | $0.00 | $0.00 | $0.00 | $29,308.00 | $29,308.00 | Other Satisfied |
| Roland S Ball Revocable Trust c/o Gerald A Williams Family Trust Attn: Al McVay PO Box 13210 San Luis Obispo, CA 93406 | | 3728 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $17,900.00 | $0.00 | $17,900.00 | Other Satisfied |
| Seville Parkway 20, LLC , JCP Lincoln and Pappas Lincoln, LLC, as tenants in common c/o Inverness Management John Bagiannopoulos Merrilee Tisdahl 2020 L Street, Fifth Floor Sacramento, CA 95811 | | 10678 | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $8,755.42 | $8,755.42 | Other Satisfied |
| San Bernardino County Dept. of Public Works 825 E. Third St. Room 201 San Bernardino, CA 92415 | | 2862 | Pacific Gas and Electric Company | 4/29/2019 | $0.00 | $0.00 | $0.00 | $317.00 | $317.00 | Other Satisfied |
| Shasta County Enviromental Health Div 1855 Placer Street, Suite 201 Redding, CA 96001 | | 1265 | Pacific Gas and Electric Company | 2/27/2019 | $0.00 | $0.00 | $0.00 | $15,796.45 | $15,796.45 | Other Satisfied |
| Sierra Pacific Industries c/o Downey Brand LLP Attn: R. Dale Ginter 621 Capitol Mall, 18th Floor Sacramento, CA 95814 | | 30928 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $645.00 | $645.00 | Other Satisfied |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sierra Pacific Industries c/o Downey Brand LLP Attn: R. Dale Ginter 621 Capitol Mall, 18th Floor Sacramento, CA 95814 | | 30921 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $1,516.69 | $1,516.69 | Other Satisfied |
| SCONI, DOROTHY 9993 CHALK HILL RD HEALDSBURG, CA 95448-9575 | | 9055 | PG&E Corporation | 9/16/2019 | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Other Satisfied |
| Treadway, Jerry P 15 Manor Dr Pensacola, FL 32507 | | 1707 | PG&E Corporation | 3/19/2019 | $0.00 | $0.00 | $0.00 | $17,000.00 | $17,000.00 | Other Satisfied |
| YUBA COUNTY WATER AGENCY 1220 F ST MARYSVILLE, CA 95901 | | 1033355 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $18,381.98 | $18,381.98 | Cure Payments |
| **Claims To Be Expunged Totals** | | **Count:37** | | | **$0.00** | **$0.00** | **$19,900.00** | **$1,336,986.67** | **$1,356,886.67** | |