**Entered on Docket**
**May 21, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 21, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        **Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **[Re: Dkt. Nos. 10534, 10672]** |

Upon the *Reorganized Debtors' Report on Responses to Seventy-Third Through Seventy-Eighth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket No. 10672] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Seventy-Fifth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 10534] (the "**Seventy-Fifth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.  The below Proof of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Righetti Ranch LP, a Delaware limited partnership | 105762 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to June 15, 2021, |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
|  |  |  | with the response deadline extended to June 1, 2021. |

2.      The Claims listed in the column headed "Claims To Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3.      With respect to the Claims identified in **Exhibit 1** as "Protective Claims,"  (a) Claimants shall retain all non-bankruptcy remedies that would have existed had these Chapter 11 Cases not been filed, and (b) the Debtors commit that they will not raise any bankruptcy defenses to future assertion of claims based on the alleged post-petition failure of the Reorganized Debtor to perform or honor their obligations relating to such claims.

4.      The Seventy-Fifth Omnibus Objection is SUSTAINED with respect to Claim No. 82273 (City of Anaheim), Claim No. 78776 (City of Azusa), Claim No. 68794 (City of Banning), Claim No. 68803 (City of Colton), Claim No. 67872 (City of Pasadena) and Claim No. 68807 (City of Riverside) (collectively, the "**Six Cities Claims**"); provided however, that with respect to those portions of such Six Cities Claims that assert a "2001 Utility Exchange Claim" (as that term is defined in Section 1.1 of the Confirmed Plan), the holders of such Six Cities Claims shall fully retain any and all rights to assert and recover on such alleged 2001 Utility Exchange Claims subject to and in accordance with the provisions of Section 4.29 of the Confirmed Plan.

5.      This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Anaheim, California Attention: Theresa Bass, City Clerk 200 S. Anaheim Blvd., 2nd Floor Anaheim, CA 92801 | | 82273 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Angels Finance Director 584 South Main Street Angels Camp, CA 95222 | | 72205 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $81,453.00 | $81,453.00 | Main Line Extension Reimbursement Claims |
| City of Azusa, California Azusa Light & Water Richard Torres, MBA Assistant Director Utilities - Resource Mngmnt 729 N. Azusa Avenue Azusa, CA 91702 | | 78776 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Banning, California Jim Steffens, Power Resources Manager City of Banning Electric Utility PO Box 998 176 E. Lincoln Street Banning, CA 92220-0998 | | 68794 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Colton, California Jacqueline Shook Deputy City Clerk 650 N. La Cadena Colton, CA 92324 | | 68803 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Menlo Park Nicolas A Flegel, Esq, Jorgenson Siegel et al 1100 Alma Street, Suite 210 Menlo Park, CA 94025 | | 8210 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $3,686.00 | $3,686.00 | Main Line Extension Reimbursement Claims |
| City of Menlo Park Nicolas A Flegel, Esq, Jorgenson Siegel et al 1100 Alma Street, Suite 210 Menlo Park, CA 94025 | | 8205 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Engineering Advances and Other Refunds |

## Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| City of Menlo Park Nicholas A Flegel, Esq, Jorgenson Siegel et al 1100 Alma Street, Suite 210 Menlo Park, CA 94025 | | 8207 | PG&E Corporation | 9/3/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Engineering Advances and Other Refunds |
| City of Oakland, a municipal corporation, acting by and through its Board of Port Commissioners c/o Best & Krieger LLP Caroline Djang, Esq, 18101 Von Karman Avenue Suite 1000 Irvine, CA 92612 | | 75591 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Pasadena Attn: Lisa Ji, Hosey, Assistant City Attorney 100 N. Garfield Ave Room N 210 Pasadena, CA 91109 | | 67872 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of Riverside, California c/o Thompson Coburn LLP Attn: Cheryl A. Kelly, David A. Farrell One U.S. Bank Plaza St Louis, MO 63101 | | 68807 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Coddingtown Mall LLC PO Box 5800 Santa Rosa, CA 95406 | | 70841 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $33,270.00 | $33,270.00 | Main Line Extension Reimbursement Claims |
| David Langon Construction 3189 Danville Blvd, #245 Alamo, CA 94507 | | 81234 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $13,944.85 | $13,944.85 | Engineering Advances and Other Refunds |
| David Langon Construction 3189 Danville Blvd, #245 Alamo, CA 94507 | | 71788 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,865.75 | $10,865.75 | Engineering Advances and Other Refunds |
| East Gate at Harlan Ranch, LP 577522 N. Colonial Avenue Suite 103 Fresno, CA 93711 | | 59740 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $12,609.00 | $12,609.00 | Engineering Advances and Other Refunds |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Liberty Mutual Insurance Company and its affiliate c/o Stuart Sokol & Larkin LLC Jan Sokol 2300 SW First Avenue Suite 200 Portland, OR 97201-5047 | | 27356 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $172,711,200.84 | $0.00 | $0.00 | $172,711,200.84 | Protective Claims |
| MOC AERS LLC c/o MicroNOC Inc. Ting Chang 9483 Charles Smith Avenue Rancho Cucamonga, CA 91730 | | 60451 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| MONDRAGON, MIKE 217 A ST EUREKA, CA 95501 | | 54719 | Pacific Gas and Electric Company | 10/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Main Line Extension Reimbursement Claims |
| Over Pie LLC 1 Bower Court Livermore, CA 94550 | | 1000 | Pacific Gas and Electric Company | 2/15/2019 | $0.00 | $0.00 | $0.00 | $28,140.93 | $28,140.93 | Engineering Advances and Other Refunds |
| Peninsula Clean Energy Authority 2075 Woodside Road Redwood City, CA 94061 | | 17183 | Pacific Gas and Electric Company | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| REINVENT STOCKTON FOUNDATION UTAH GUINEY IN-HOUSE COUNSEL 110 N SAN JOAQUIN ST. STOCKTON, CA 95202 | | 2134 | PG&E Corporation | 4/8/2019 | $0.00 | $0.00 | $0.00 | $400,000.00 | $400,000.00 | Non-Debtor Claims |
| SummerHill Homes LLC Attn: Jason Biggs, General Counsel 777 South California Avenue Palo Alto, CA 94304 | | 78732 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $36,500.00 | $36,500.00 | Engineering Advances and Other Refunds |
| Valencia, Ismael 16840 Mission Avenida Morgan Hill , CA 95037-2920 | | 5022 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $3,839.00 | $3,839.00 | Engineering Advances and Other Refunds |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Walker Ridge Wind LLC Mark T. Benedict Husch Blackwell LLP 4801 Main Street, Suite 1000 Kansas City, MO 64112 | | 64380 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Weidan Energy Solutions c/o Levin Sanders Wall St. Plaza, 88 Pine St. #1002 New York, NY 10005 | | 58020 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| XL Specialty Insurance Company SMTD Law LLP c/o Robert J. Pfisters, Esq. 355 S. Grand Avenue, Suite 2450 Los Angeles, CA 90071 | | 78457 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $26,810.09 | $26,810.09 | Protective Claims |
| Claims To Be Expunged Totals | | Count:26 | | | $0.00 | $172,711,200.84 | $0.00 | $654,118.62 | $173,365,319.46 | |