

**Entered on Docket**
**May 21, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: May 21, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY / PASSTHROUGH CLAIMS)** <br><br> [Re: Dkt. Nos. 10537, 10672] |

Upon the *Reorganized Debtors' Report on Responses to Seventy-Third Through Seventy-Eighth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket No. 10672] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 10537] (the "**Seventy-Sixth Omnibus Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The below Proofs of Claim shall be treated as follows:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Willie and Ora Green | 80673 | The Reorganized Debtors have made a settlement offer to Claimant that remains outstanding. If the Reorganized Debtors do not receive a response, or if a consensual resolution has not been reached in |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | advance of the Hearing, the Reorganized Debtors request that it be continued to June 15, 2021 at 10:00 a.m. |
| Informal | Juli Ward | 80878 | The Reorganized Debtors are attempting to resolve this matter consensually. If the objection cannot be resolved, it will be continued to June 15, 2021, with the response deadline extended to June 1, 2021. |

2. The Claims listed in the column headed "Claims to Be Disallowed and Expunged" in **Exhibit 1** hereto are disallowed and expunged.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aguirre, Luis<br>1430 Lakeshore Ave. Apt 17G<br>Oakland, CA 94606 | | 8148 | Pacific Gas and Electric Company | 8/29/2019 | $0.00 | $0.00 | $0.00 | $3,028.71 | $3,028.71 | Damage not caused by PG&E |
| ARCO<br>2390 SAN PABLO AVENUE<br>RICHMOND, CA 94805 | | 3592 | PG&E Corporation | 7/14/2019 | $0.00 | $0.00 | $0.00 | $227.00 | $227.00 | No Liability Claims |
| Bailey, Lynnette Lewis<br>27014 Garry Drive #B<br>Castro Valley, CA 94546 | | 8769 | PG&E Corporation | 8/30/2019 | $0.00 | $0.00 | $0.00 | $14,689.00 | $14,689.00 | Damage not caused by PG&E |
| Del Carlo, Leo<br>630 Clarksburg Pl<br>Stockton, CA 95207-3223 | | 106815 | Pacific Gas and Electric Company | 12/1/2020 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | Damage not caused by PG&E |
| Giampaoli, Lisa<br>100 Pine Street Suite 1250<br>San Francisco, CA 94111 | | 80623 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Damage not caused by PG&E |
| Mendonca Orchards, Inc.<br>Mendonca Orchards-Mendonca, Andrew<br>Chico, CA 95928 | | 8097 | Pacific Gas and Electric Company | 8/21/2019 | $0.00 | $0.00 | $0.00 | $60,520.00 | $60,520.00 | Rule 16 Claims |
| SF Deductible Fund c/o Woodruff Sawyer & Company<br>Angelo, Kilday & Kilduff, LLP<br>c/o University Avenue, Suite 150<br>Sacramento, CA 95825 | | 2812 | Pacific Gas and Electric Company | 4/26/2019 | $0.00 | $0.00 | $0.00 | $19,587.51 | $19,587.51 | Damage not caused by PG&E |
| Tanioka Farms, LLC<br>297 Athlone Road<br>Merced, CA 95341 | | 20053 | PG&E Corporation | 10/10/2019 | $0.00 | $0.00 | $0.00 | $27,732.00 | $27,732.00 | Rule 16 Claims |
| Warecki, Laura<br>633 Telegraph Ave #110<br>Oakland, CA 94612 | | 4739 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $350.00 | $0.00 | $350.00 | No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Wolff, Andrew The Law Offices of Andrew Wolff, P.C. 1615 Broadway, 4th Floor Oakland, CA 94612 | | 106626 | PG&E Corporation | 10/28/2020 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Post-Petition Claims |
| Wolff, Andrew The Law Offices of Andrew Wolff, P.C 1615 Broadway, 4th Floor Oakland, CA 94612 | | 106625 | Pacific Gas and Electric Company | 10/28/2020 | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Post-Petition Claims |
| WRB LLC 271 Broadway, Suite 101B Saratoga Springs, NY 12866 | | 66 | Pacific Gas and Electric Company | 2/6/2019 | $0.00 | $0.00 | $0.00 | $60,000.00 | $60,000.00 | Damage not caused by PG&E |
| Claims To Be Expunged Totals | | Count:12 | | | $0.00 | $0.00 | $350.00 | $224,284.22 | $224,634.22 | |