Signed and Filed: May 24, 2021

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER REGARDING CLAIM OF PHILIP PISERCHIO**

    Mr. Philip Piserchio has filed a proof of claim in the amount of $13,489.00 on March 21, 2019 at Proof of Claim # 2017. ("Claim").

    As part of the Fortieth (40th) Omnibus Claims Objection, the Reorganized Debtors objected to the Claim on the basis that the Reorganized Debtors are not liable for the Claim. Mr. Piserchio filed a response on December 1, 2020 at Dkt. No. 9669. In the

months that followed, the parties attempted to resolve the matter consensually. *See* status reported in Dkt. No. 9866. On March 19, 2021, Reorganized Debtors reported in their *Report on Status and Resolution of Omnibus Objections with Respect to Certain Claims* (Dkt. No. 10438) that the objection is "WITHDRAWN".

Since then, Mr. Piserchio filed two letters (Dkt. Nos. 10625 and 10659) on May 4, 2021 and May 18, 2021. One of the concerns he raised is why is the Claim being routed to the ADR process when objection has been withdrawn and there are no pending objections.

Based upon the record, there is no pending objection to Mr. Piserchio's claim. As an allowed claim, it should be paid unless there is a substantive objection. See 11 U.S.C. § 502(a).

Accordingly, the court gives Reorganized Debtors twenty days from the date of entry of this order to object on any other grounds. If they do not object, the Claim should be paid promptly. Based on the amount of the Claim at stake, it should not be referred to mediation under the General ADR Procedures as referenced in the court's *Order Approving ADR and Related Procedures for Resolving General Claims* of September 25, 2020 (Dkt. No. 9148) unless Mr. Piserchio specifically agrees in writing to do so.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Philip Piserchio
1620 Claremont Drive
San Bruno, CA  94066