**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MAY 26, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: May 26, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone Conference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## PROPOSED AGENDA FOR
## MAY 26, 2021, 10:00 A.M. (PACIFIC TIME)
## OMNIBUS HEARING

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*STATUS CONFERENCE*

    1.    **Reorganized Debtors' Objection to Consolidated Edison Development, Inc.'s Amended Cure Payment Claim Demand** [**Dkt. 10613**].

        Status:  This status conference is going forward to present a proposed briefing schedule that has been agreed to by the parties and address certain procedural matters.

*RESOLVED AND CONTINUED MATTERS*

**Securities Omnibus Claims Objection:**

    2.    **First (No Loss Causation – Securities Sold Prior to the First Purported "Corrective Disclosure")** [**Dkt. 10411**].  This Omnibus Objection was granted as to most Claims by **Dkt. 10581**.  The Securities Lead Plaintiff's Opposition [**Dkt. 10524**] was overruled and taken off calendar by Docket Text Order on May 22, 2021.

**Omnibus Claim Objections:**

    3.    **Seventy-Seventh (Untimely No Liability / Passthrough Claims)** [**Dkt. 10540**].  This Omnibus Objection was granted as to nearly all Claims by **Dkt. 10706**.

        Response Filed:

        A.    Letter to the Court by Edgar Perry [**Dkt. 10606**].

        Related Document:

        B.    Reorganized Debtors' Report on Responses to Seventy-Third Through Seventy-Eighth Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections [**Dkt. 10672**].

        Related Order:

        C.    Order Regarding Claim of Edgar Perry [**Dkt. 10710**].

        Status:  This matter was taken off calendar with respect to the Claim of Edgar Perry by **Dkt. 10170**.  Mr. Perry's Claim will be allowed as filed.

4. **Sixteenth (Satisfied Claims)** [**Dkt. 9076**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9364**.  It has been continued to June 15, 2021 as to the City of Oakland [**Dkt. 10669**].

5. **Twenty-First (Books and Records Claims)** [**Dkt. 9272**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9558**.  It has been continued to June 30, 2021 as to Asplundh Construction, LLC [**Dkt. 10670**].

6. **Twenty-Second (Satisfied Claims)** [**Dkt. 9275**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9559**.  It has been continued to June 30, 2021 as CA BTM Energy Storage, LLC; CA Energy Storage Holdings, LLC; and GSA Solar, LLC [**Dkt. 10556**].

7. **Twenty-Eighth (Books and Records Claims)** [**Dkt. 9427**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9870**.  It has been continued to June 30, 2021 as to Shafter Solar, LLC; Desert Sunlight 300, LLC; and Utility Tree Service, LLC [**Dkts. 10556 and 10670**].

8. **Twenty-Ninth (Satisfied Claims)** [**Dkt. 9430**].  This Omnibus Objection was granted as to most Claims by **Dkts. 9856 and 9954**.  It has been continued to June 30, 2021 as to Westside Solar, LLC and NextEra Energy Montezuma II Wind, LLC [**Dkt. 10556**].

9. **Forty-First (No Liability / Passthrough Claims)** [**Dkt. 9458**].  This Omnibus Objection was granted as to most Claims by **Dkts. 9872 and 10468**.  It has been continued to June 30, 2021 as to State Farm Mutual Insurance Companies (Michael Lane) [**Dkt. 10670**].

10. **Forty-Fourth (No Liability / Passthrough Claims)** [**Dkt. 9464**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9873**.  It has been continued to June 15, 2021 as to University of California [**Dkt. 10669**].  It has been continued to June 30, 2021 as to State Farm a/s/o Ava Arroya (T. Henry) [**Dkt. 10670**].

11. **Forty-Fifth (Reduced and Allowed Claims)** [**Dkt. 9466**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9869**.  It has been continued to June 30, 2021 as to State Farm a/s/o Leslie Poortman and State Farm Mutual Automobile Insurance Company [**Dkt. 10670**].  The Reorganized Debtors have sent settlement agreements as to Shou Kun Huang and Henry Huang, but no response has been received; if no response is received or consensual resolution is reached by the Hearing, the Reorganized Debtors have requested that the Hearing be continued to June 15, 2021 [**Dkt. 10671**].

12. **Forty-Sixth (Books and Records Claims)** [**Dkt. 9702**].  This Omnibus Objection has been granted as to most Claims by **Dkt. 9936**.  It has been withdrawn as to Hain Capital Holdings, LLC as Transferee of Hain Capital Investors Master Fund Ltd. [**Dkt. 10671**].

13. **Fifty-First (Books and Records Claims)** [**Dkt. 9888**].  This Omnibus Objection was granted as to most Claims by **Dkt. 10102**.  It has been resolved as to Cosco Fire Protection, Inc. [**Dkt. 10671**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

14. **Sixty-Second (Books and Records Claims)** [**Dkt. 10287**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10503**. It has been resolved as to City of Santa Cruz [**Dkt. 10671**].

15. **Seventy-Third (Books and Records Claims)** [**Dkt. 10528**]. This Omnibus Objection was withdrawn as to County of Sacramento [**Dkt. 10672**]. It has been granted with respect to all other Claims by **Dkt. 10702**.

16. **Seventy-Fourth (Satisfied Claims)** [**Dkt. 10531**]. This Omnibus Objection was granted by **Dkt. 10703**.

17. **Seventy-Fifth (No Liability Claims)** [**Dkt. 10534**]. The Reorganized Debtors are attempting to reach a consensual resolution as to Righetti Ranch LP, a Delaware limited partnership; if the Omnibus Objection cannot be resolved, it will be continued to June 15, 2021 [**Dkt. 10672**]. It has been granted with respect to all other Claims by **Dkt. 10704**.

18. **Seventy-Sixth (No Liability / Passthrough Claims)** [**Dkt. 10537**]. The Reorganized Debtors have made a settlement offer as to Willie and Ora Green that remains outstanding; if the Reorganized Debtors do not receive a response or come to a consensual resolution in advance of the Hearing, they request that it be continued to June 15, 2021 [**Dkt. 10672**]. The Reorganized Debtors are attempting to reach a consensual resolution as to Juli Ward; if the Objection cannot be resolved, it will be continued to June 15, 2021 [**Dkt. 10672**]. The Omnibus Objection has been granted with respect to all other Claims by **Dkt. 10705**.

19. **Seventy-Eighth (Customer No Liability / Passthrough Claims)** [**Dkt. 10543**]. This Omnibus Objection was granted by **Dkt. 10707**.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: May 25, 2021  **WEIL, GOTSHAL & MANGES LLP**
  **KELLER BENVENUTTI KIM LLP**

  By: */s/ Dara L. Silveira*
    Dara L. Silveira

  *Attorneys for Debtors and Reorganized Debtors*