

Registry of Charitable Trusts
P.O. Box 903447
Sacramento, CA 94203-4470
(916) 210-6400

WEBSITE ADDRESS:
http://ag.ca.gov/charities/

# INITIAL
# REGISTRATION FORM
## STATE OF CALIFORNIA
## OFFICE OF THE ATTORNEY GENERAL
## REGISTRY OF CHARITABLE TRUSTS
### (Government Code Sections 12580-12599.7)

NOTE: A FEE REGISTRATION FEE MUST ACCOMPANY THIS REGISTRATION FORM. MAKE CHECK PAYABLE TO DEPARTMENT OF JUSTICE.

Pursuant to Section 12585, registration is required of every trustee subject to the Supervision of Trustees and Fundraisers for Charitable Purposes Act within thirty days after receipt of assets (cash or other forms of property) for the charitable purposes for which organized.

Every charitable (public benefit) corporation, association and trustee holding assets for charitable purposes or doing business in the State of California must register with the Attorney General, except those exempted by California Government Code section 12583. Corporations that are organized primarily as a hospital, a school, or a religious organization are exempted by Section 12583.

Name of Organization: **Up from the Ashes**

The name of the organization should be the legal name as stated in the organization's organizing instrument (i.e., articles of incorporation, articles of association, or trust instrument).

Official Mailing Address for Organization:

Address: **455 Capitol Mall, Suite 600**

City: **Sacramento**

State: **CA**

Zip Code: **95814**

Organization's telephone number: **(916) 442-7757**

Organization's e-mail address: **atitus@bmhlaw.com**

Organization's fax number: **(916) 442-7759**

Organization's website:

*RECEIVED*
*Attorney General's Office*
*MAY 17 2018*
*Registry of Charitable Trusts*

All organizations must apply for a Federal Employer Identification Number from the Internal Revenue Service, including organizations that have a group exemption or file group returns.

Federal Employer Identification Number (FEIN):

**82-5125631**

Group Exemption FEIN (if applicable):

All California corporations and foreign corporations that have qualified to do business in California will have a corporate number. Unincorporated organizations are assigned an organization number by the Franchise Tax Board upon application for California tax exemption.

Corporate or Organization Number: **C4140559**

571115

CT-1 REGISTRATION FORM (08/2017)

| Names and addresses of ALL trustees or directors and officers (attach a list if necessary): | | |
|---|---|---|
| Name   SEE ATTACHED IRS FORM 1024-A | | Position |
| Address | | |
| City | State | Zip Code |
| Name | Position | |
| Address | | |
| City | State | Zip Code |
| Name | Position | |
| Address | | |
| City | State | Zip Code |
| Name | Position | |
| Address | | |
| City | State | Zip Code |
| Name | Position | |
| Address | | |
| City | State | Zip Code |

Describe the primary activity of the organization.  (A copy of the material submitted with the application for federal or state tax exemption will normally provide this information.)  If the organization is based outside California, comment fully on the extent of activities in California and how the California activities relate to total activities.  In addition, list all funds, property, and other assets held or expected to be held in California.  Indicate whether you are monitored in your home state, and if so, by whom.  Attach additional sheets if necessary.

SEE ATTACHED IRS FORM 1024-A

The organization will be required to file financial reports annually.  All organizations must file the Annual Registration Renewal Fee Report (RRF-1) within four months and fifteen days after the end of the organization's accounting period. Organizations with $25,000 or more in either gross receipts or total assets are also required to file either the IRS Form 990, 990-EZ, or 990-PF.  Forms can be found on the Charitable Trusts' website at http://ag.ca.gov/charities/.

| If assets (funds, property, etc.) have been received, enter the date first received: | Registration with the Attorney General is required within thirty days of receipt of assets. |
|---|---|
| Date assets first received:  04/11/18 | |

What annual accounting period has the organization adopted?

☐ Fiscal Year Ending _____     ☒  Calendar Year

CT-1 REGISTRATION FORM (08/2017)

**Attach your founding documents as follows:**

A) <u>Corporations</u> - Furnish a copy of the articles of incorporation and all amendments and current bylaws. If incorporated outside California, enter the date the corporation qualified through the California Secretary of State's Office to conduct activities in California.

B) <u>Associations</u> - Furnish a copy of the instrument creating the organization (bylaws, constitution, and/or articles of association).

C) <u>Trusts</u> - Furnish a copy of the trust instrument or will and decree of final distribution.

D) <u>Trustees for charitable purposes</u> - Furnish a statement describing your operations and charitable purpose.

| Has the organization applied for or been granted IRS tax-exempt status | ☒ Yes ☐ No |
|---|---|

Date of application for Federal tax exemption:  May 14, 2018

| Date of exemption letter: | Exempt under Internal Revenue Code section 501(c)  4 |
|---|---|

| If known, are contributions to the organization tax-deductible? | ☐ Yes ☒ No |
|---|---|

Attach a copy of the Application for Recognition of Exemption (IRS Form 1023) and the determination letter issued by the IRS.

Does your organization contract with or otherwise engage the services of any commercial fundraiser for charitable purposes, fundraising counsel, or commercial coventurer? If yes, provide the name(s), address(es), and telephone number(s) of the provider(s):

| Commercial Fundraiser ☐ | Fundraising Counsel ☐ | Commercial Coventurer ☐ |
|---|---|---|
| **Name** | | |
| **Address** | | |

| City | State | Zip Code |
|---|---|---|

**Telephone Number**

| Commercial Fundraiser ☐ | Fundraising Counsel ☐ | Commercial Coventurer ☐ |
|---|---|---|
| **Name** | | |
| **Address** | | |

| City | State | Zip Code |
|---|---|---|

**Telephone Number**

| Commercial Fundraiser ☐ | Fundraising Counsel ☐ | Commercial Coventurer ☐ |
|---|---|---|
| **Name** | | |
| **Address** | | |

| City | State | Zip Code |
|---|---|---|

**Telephone Number**

I declare under penalty of perjury that I have examined this registration form, including accompanying documents, and to the best of my knowledge and belief, the form and each document are true, correct, and complete.

| Signature | Title Authorized Representative | Date May 14, 2018 |
|---|---|---|

If additional information is required, please refer to the Supervision of Trustees and Fundraisers for Charitable Purposes Act (Government Code sections 12580-12599.7), the Administrative Rules and Regulations pursuant to the Act (California Code of Regulations, Title 11, Sections 300-312.1).

If you have questions regarding registration, or need assistance, information is available on our website at http://ag.ca.gov/charities/ or you can reach us by telephone at (916) 210-6400 or fax at (916) 444-3651.

**Reset Form**    **Print Form**

CT-1 REGISTRATION FORM (08/2017)

4140559

## CALIFORNIA SECRETARY OF STATE

## ARTICLES OF INCORPORATION OF A NONPROFIT PUBLIC BENEFIT CORPORATION

**FILED**
Secretary of State
State of California

APR 11 2018

ICC

This Space for Office Use Only

### 1. Corporate Name

The name of the corporation is Up from the Ashes.

### 2. Business Addresses

a. Initial Street Address of Corporation: 455 Capitol Mall, Suite 600, Sacramento, CA 95814
b. Initial Mailing Address of Corporation: 455 Capitol Mall, Suite 600, Sacramento, CA 95814

### 3. Service of Process – Individual

a. California Agent's Name: Ashlee Titus
b. Street Address: 455 Capitol Mall, Suite 600, Sacramento, CA 95814

### 4. Purpose Statement

a. This corporation is a nonprofit **Public Benefit** Corporation and is not organized for private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for **public** purposes.
b. The specific purpose of this corporation is to advocate for victims of the 2017 Napa fires.

### 5. Additional Statements

a. This corporation is organized and operated exclusively for the purposes set forth in **Article 4** hereof within the meaning of Internal Revenue Code Section 501(c)(4).
b. The property of this corporation is irrevocably dedicated to social welfare purposes and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof, or to the benefit of any private person.
c. Upon the dissolution or winding up of the corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation, shall be distributed to a nonprofit fund, foundation, association or corporation which is organized and operated exclusively for Charitable or Social Welfare purposes and which has established its tax exempt status under Internal Revenue Code Section 501(c)(3) or 501(c)(4).

### 6. Read and Sign Below

Signature

Ashlee Titus
Type or Print Name

I hereby certify that the foregoing transcript of_____ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

APR 2 5 2018

Date:_____

ALEX PADILLA, Secretary of State

BYLAWS OF

UP FROM THE ASHES

A California Nonprofit Public Benefit Corporation

## ARTICLE I
## NAME, OFFICE AND PURPOSES

The name of this corporation is and shall be Up from the Ashes (hereinafter referred to as "Corporation").

The principal office of the Corporation shall be located in the County of Sacramento. The principal office and additional offices may be located in such other places as may be determined from time to time by the Board of Directors, with the initial address listed in the Articles of Incorporation.

The specific purpose of the Corporation shall be to advocate for victims of the 2017 Napa fires.

## ARTICLE II
## DEDICATION OF ASSETS

The properties and assets of this nonprofit corporation are irrevocably dedicated to the social welfare of the victims of the Napa fires. No part of the net earnings, properties, or assets of this Corporation, on dissolution or otherwise, shall inure to the benefit of any director, officer or member of the Corporation or any individual.

## ARTICLE III
## DISSOLUTION

Upon the dissolution or winding up of the Corporation, its assets remaining after payment of all debts and liabilities shall be distributed pursuant to a nonprofit fund, foundation, association or corporation which is organized and operated exclusively for Charitable or Social Welfare purposes and which has established its tax exempt status under Internal Revenue Code Section 501(c)(3) or 501(c)(4).

## ARTICLE IV
## MEMBERS

The Corporation shall have no members. Any references herein to "members" are to the Board of Directors.

# ARTICLE V
## BOARD OF DIRECTORS

**Section 1.** <u>General Powers</u>.

Subject to the limitations of these Bylaws, the Articles of Incorporation, and the laws of California, the affairs of the corporation shall be managed, and all corporate powers shall be exercised by, or under the direction of, a Board of Directors.

**Section 2.** <u>Number, Tenure and Qualifications</u>.

The corporation shall have three directors. Each director shall hold office for a term of 2 years, each term beginning January 1 of each odd numbered year, or until a successor is elected.

The first directors shall be those individuals who organized the corporation.

**Section 3.** <u>Regular Meeting</u>.

Regular meetings of the Board shall be held without other notice than these Bylaws at any place designated from time to time by resolution of the Board.

**Section 4.** <u>Special Meetings</u>.

Special meetings of the Board of Directors may be called by or at the request of the President, the Secretary or a majority of the actual directors. Unless approved by the President for an alternate location, the place will be the office of the corporation.

**Section 5.** <u>Notice of Special Meetings</u>.

Notice of any special meeting of the Board shall be given at least two (2) days prior thereto either personally, by telephone, facsimile or electronic mail or four (4) days' notice by first-class mail, subject to waiver of notice as provided in these Bylaws. All such notices shall be given or sent to the director's address or telephone number as shown on the records of the corporation. The attendance of a director at any special meeting shall also constitute a waiver of notice of such meeting.

**Section 6.** <u>Quorum</u>.

A majority of the directors holding office at any point in time shall constitute a quorum. The directors may continue to transact business during a meeting at which a quorum is initially present, notwithstanding the withdrawal of directors, if any action is approved by at least a majority of the required quorum for that meeting.

**Section 7.** <u>Manner of Acting</u>.

Action by the Board shall be by a majority of the directors present at a meeting duly held at which a quorum is present unless a greater number is required by law.

**Section 8.** <u>Action Without a Meeting</u>.

Any action required or permitted to be taken by the Board of Directors may be taken without a meeting if all members of the Board shall individually or collectively consent in writing to such action. Such action by written consent shall have the same force and effect as a unanimous vote of the Board. Such written consent or consents shall be filed with the minutes of the proceedings of the Board. Written consent may be transmitted by electronic mail.

**Section 9.** <u>Participation in Meetings by Means of Conference Telephone</u>.

Members of the Board may participate in a meeting of the Board by means of a conference telephone or similar communications equipment by means of which all persons participating in the meeting can hear each other, and participation by such means shall constitute presence in person at such meeting.

**Section 10.** <u>Vacancies</u>.

Any vacancy occurring in the Board of Directors to be filled by reason of an increase in the number of directors shall be filled by a majority of the remaining directors, though less than a quorum, or a sole remaining director. A director elected to fill a vacancy shall hold office during the unexpired term of his or her predecessor in office and until his or her successor is elected.

Section 11. <u>Compensation</u>.

Directors shall not receive compensation for their services as members of the Board. Nothing herein shall be construed to preclude any director from serving the corporation in any other capacity as an officer, agent, employee, attorney, or otherwise, and receiving compensation therefor or from receiving reimbursement for reasonable expenses, as may be fixed or determined by resolution of the Board. In considering financial transactions between the corporation and any director, directors shall comply with the provisions of Section 5233 of the California Corporations Code.

Section 12. <u>No Interest in Assets</u>.

No director shall possess any property right in or to the property of the corporation. In the event the corporation owns or holds any property upon its dissolution and winding up, after paying or adequately providing for its debts and obligations, the directors shall dispose of the remaining property in accordance with Article II of these Bylaws.

ARTICLE VI
OFFICERS

Section 1. <u>Officers</u>.

The officers of the corporation shall be a President (or Executive Director), a Secretary, a Treasurer, an Assistant Treasurer, and such other officers as may be elected to offices created by the Board. Officers shall have powers and duties as specified herein and as may be additionally prescribed by the Board. One person may hold two or more offices, except those of President and Secretary, or President and Treasurer, but no officer shall execute, acknowledge, or verify any instrument in more than one capacity, if such instrument is required to be executed, acknowledged, or verified by two or more officers.

Section 2. <u>Election and Term of Office</u>.

The officers of the corporation shall be elected by the Board of Directors, and shall serve at the pleasure of the Board of Directors. New offices may be created and filled, and vacancies may be filled, at any meeting of the Board of Directors. Each officer shall hold office until a successor shall have been elected, unless otherwise removed.

Section 3. <u>Removal</u>.

Subject to the rights, if any, of an officer under any contract of employment, any officer elected or appointed by the Board may be removed by the Board with or without cause, whenever in its judgment the best interests of the corporation would be served thereby.

Section 4. <u>Resignation</u>.

Any officer may resign at any time by giving written notice to the corporation. Any resignation shall take effect at the date of the receipt of that notice or at any later time specified in that notice; and, unless otherwise specified in that notice, the acceptance of the resignation shall not be necessary to make it effective. Any resignation is without prejudice to the rights, if any, of the corporation under any contract to which the officer is a party.

Section 5. <u>President</u>.

The President (or Executive Director) shall, if present, preside at all meetings of the corporation and shall have general supervision, direction and control of the business of the corporation.

Section 6. <u>Secretary</u>.

The Secretary shall be responsible for the mailing of notices and see to the proper recording of proceedings of meetings of the corporation.

Section 7. Treasurer.

The Treasurer shall be responsible for the corporation's funds and financial records. The Treasurer shall collect and report, or supervise collection and reporting, of all income and expenditures, shall establish proper accounting procedures for the handling of the corporation's funds, and shall be responsible for the keeping of the funds in such banks as approved by the Board. The Treasurer shall report on the financial condition of the corporation at meetings of the Board and at other times when called upon by the President.

## ARTICLE VII
## FISCAL YEAR

The fiscal year of this Corporation shall be January through December.

## ARTICLE VIII
## INDEMNIFICATION OF DIRECTORS, OFFICERS
## AND OTHER CORPORATE AGENTS

Section 1. Indemnification.

The Corporation may, to the extent allowed by applicable state and federal laws, indemnify and hold harmless its officers, directors, agents and employees from and against any and all claims, actions, proceedings, whether threatened, pending or completed, brought by reason of their respective position with or relationships to the Corporation, including, without limitation, all reasonable attorneys' fees, costs and other expenses incurred in establishing a right to indemnification under this Article.

Section 2. Insurance.

The Corporation shall have power to purchase and maintain insurance on behalf of any agent of the corporation against any liability asserted against or incurred by the agent in such capacity or arising out of the agent's status as such whether or not the corporation would have the power to indemnify the agent against such liability under the provisions of this Article.

## ARTICLE IX
## BOOKS AND RECORDS

The Corporation shall keep at its principal office correct and complete books and records of account, written minutes of the proceedings of its meetings, the original or a copy of the Articles and these Bylaws as amended to date, and a record giving the names and addresses of all members.

## ARTICLE X
## WAIVER OF NOTICE

Whenever any notice is required to be given under the provisions of the California Nonprofit Corporation Law or under the provisions of the Articles of Incorporation or by these Bylaws, a written waiver thereof, signed by the person or persons entitled to such notice, whether before or after the time stated therein, which is made a part of the minutes, shall be deemed equivalent to the giving of such notice.

## ARTICLE XII
## RULES OF ORDER

The rules contained in Robert's Rules of Order Newly Revised or as may be amended from time to time, govern the Corporation in all cases in which they are applicable, and in which they are not inconsistent with these Bylaws, the Articles of Incorporation, or then existing law.

## ARTICLE XIII
## AMENDMENTS TO BYLAWS

New bylaws may be adopted, or these bylaws may be amended or repealed, by an affirmative majority vote of the Board of Directors at which a quorum is present. A copy of the proposed amendment or new bylaws shall be included in the notice of meeting given to each director.

## CERTIFICATE

I, Frank Pitre, hereby certify:

That I am the duly elected and acting Treasurer of Up from the Ashes, a California Nonprofit Public Benefit Corporation; and

That the foregoing Bylaws, consisting of __6__ pages, including this one, constitute the Bylaws of said corporation, as duly adopted by the Board of Directors.

IN WITNESS WHEREOF, I have hereunto set my hand this 11th day of May, 2018.

Frank Pitre, Treasurer

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH  45999-0023

Date of this notice:  04-10-2018

Employer Identification Number:
82-5125881

Form:  SS-4

Number of this notice:  CP 575 A

UP FROM THE ASHES
455 CAPITOL MALL STE 600
SACRAMENTO, CA  95814

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 82-5125881.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

        Form 1120                           04/15/2019

If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your
representative.  It is not a legal determination of your tax classification, and is not
binding on the IRS.  If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note:
Certain tax classification elections can be requested by filing Form 8832, *Entity
Classification Election*.  See Form 8832 and its instructions for additional information.

**IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

If you intend to elect to file your return as a small business corporation, an
election to file a Form 1120-S must be made within certain timeframes and the
corporation must meet certain tests.  All of this information is included in the
instructions for Form 2553, *Election by a Small Business Corporation*.

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS). A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative. For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*. If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

The IRS is committed to helping all taxpayers comply with their tax filing obligations. If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you. Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services. The list provides addresses, telephone numbers, and links to their Web sites.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is UPFR. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

Keep this part for your records.        CP 575 A (Rev. 7-2007)

--------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                          CP 575 A
correct any errors in your name or address.

                                                                 9999999999

Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  04-10-2018
(     )        -                            EMPLOYER IDENTIFICATION NUMBER:  82-5125881
_____    _____        FORM:  SS-4              NOBOD


INTERNAL REVENUE SERVICE                    UP FROM THE ASHES
CINCINNATI  OH   45999-0023                 455 CAPITOL MALL STE 600
|ı|ıl|ılı|ılıl|ılıl|ıl|ııl|ıılıl|ıl|ılıl    SACRAMENTO, CA  95814

Form **1024-A**
(January 2018)
Department of the Treasury
Internal Revenue Service

# Application for Recognition of Exemption
## Under Section 501(c)(4) of the Internal Revenue Code
▶ Go to *www.irs.gov/Form1024A* for instructions and the latest information.

OMB No.1545-0057

**Note:** If exempt status is approved, this application will be open for public inspection.

Complete Parts I–IX and submit Form 8718 (with payment of the appropriate user fee). Attach additional sheets if you need more space to answer fully. Use the instructions to complete this application and for definitions of terms used in this form. For additional help, call IRS Exempt Organizations Customer Account Services toll-free at 877-829-5500, or visit our website at *www.irs.gov*. If you don't submit the required information, we may return the application to you. A request for a determination under section 501(c)(4) is optional. See instructions for additional information.

## Don't include social security numbers on this form as it may be made public.

| Part I | Identification of Applicant |
|---|---|

**1** Full name of organization (exactly as it appears in your **organizing document**)

Up from the Ashes

**2** c/o Name (if applicable)

**3** **Mailing address** (Number and street) (see instructions)

455 Capitol Mall, Suite 600

City or town, state or country, and ZIP + 4

Sacramento, CA 95814

**4** Employer Identification Number (EIN)

82-5125881

**5** Month the annual accounting period ends

December

**6** Primary contact (officer, director, trustee, or **authorized representative**)

**a** Name:

Ashlee Titus

**b** Phone:
(916) 442-7757

**c** Fax: (optional)
(916) 442-7759

**7** Organization's website:

| Part II | Organizational Structure |
|---|---|

You must be a corporation (including a limited liability company), an unincorporated association, or a trust to be tax exempt. See instructions. **Don't file this form unless you can check "Yes" on lines 1, 2, 3, or 4.**

**1** Are you a **corporation**? If "Yes," attach a copy of your articles of incorporation showing **certification of filing** with the appropriate state agency. Include copies of any amendments to your articles and be sure they also show state filing certification. ☑ Yes ☐ No

**2** Are you a **limited liability company (LLC)**? If "Yes," attach a copy of your articles of organization showing certification of filing with the appropriate state agency. Include copies of any amendments to your articles and be sure they show state filing certification. Also, if you adopted an operating agreement, attach a copy, along with any amendments. ☐ Yes ☑ No

**3** Are you an **unincorporated association**? If "Yes," attach a copy of your articles of association, constitution, or other similar organizing document that is dated and includes at least two signatures. Include signed and dated copies of any amendments. ☐ Yes ☑ No

**4** Are you a **trust**? If "Yes," attach a signed and dated copy of your trust agreement. Include signed and dated copies of any amendments. If you are a trust, enter the date the trust was funded. (MM/DD/YYYY) / / ☐ Yes ☑ No

**5** Have you adopted **bylaws**? If "Yes," attach a current copy showing date of adoption. If "No," explain in an attachment how your officers, directors, or trustees are selected. ☑ Yes ☐ No

| Part III | Narrative Description of Your Activities |
|---|---|

Use an attachment to describe all of your past, present, and planned activities in a narrative (including the percentage of time and funds spent on these activities). You may attach representative copies of newsletters, brochures, or similar documents for supporting details to this narrative. Refer to the instructions for information that must be included in your description. Check this box to confirm that you submitted a narrative attachment describing your activities. ☑

For Paperwork Reduction Act Notice, see instructions.

Cat. No. 69155Y

Form **1024-A** (1-2018)

Case: 19-30088   Doc# 10715-1   Filed: 05/26/21   Entered: 05/26/21 10:47:22   Page 15 of 23

## Part IV   Officers, Directors, Trustees, Employees, and Independent Contractors

1   List the names, titles, and mailing addresses for all of your officers, directors, and trustees. If additional space is needed, attach a separate sheet.

| Name | Title | Mailing address |
|------|-------|-----------------|
| **See Exhibit 4.** | | |
| | | |
| | | |
| | | |

The following "Yes" or "No" questions relate to all past, present, or planned relationships, transactions, or agreements with your officers, directors, trustees, employees, members, and independent contractors.

2   Do you have a family or business relationship or agreement with any of your officers, directors, trustees, employees, members, or independent contractors, or any entity they own or control, other than through their position as your officer, director, trustee, employee, member, or independent contractor? If "Yes," identify in an attachment the individual and describe the relationship or agreement.   ☐ Yes   ☑ No

3a   Do or will you pay any compensation to your officers, directors, trustees, employees, members, or independent contractors? If "Yes," answer lines 3b and 3c.   ☐ Yes   ☑ No

b   Do or will the individuals that approve compensation arrangements follow a conflict of interest policy? If "No," describe in an attachment how you set compensation that is **reasonable.**   ☐ Yes   ☐ No

c   Do or will you compensate any of your officers, directors, trustees, employees, members, or independent contractors through **nonfixed payments,** such as discretionary bonuses or revenue-based payments? If "Yes," describe in an attachment all nonfixed compensation agreements.   ☐ Yes   ☐ No

## Part V   Your Specific Activities

The following "Yes" or "No" questions relate to all past, present, and planned activities you may conduct. See instructions.

1   Has the organization spent, or does it plan to spend, any money attempting to influence the selection, nomination, election, or appointment of any person to any federal, state, or local public office or to an office in a political organization? If "Yes," explain in detail and list the amounts spent or to be spent in each case in an attachment.   ☐ Yes   ☑ No

2   Have you previously received a ruling or determination letter recognizing you (or any predecessor organization) as exempt under section 501(c)(3) and later revoked that recognition of exemption on the basis that you (or your predecessor) were carrying on propaganda or otherwise attempting to influence legislation or on the basis that it engaged in political activity? If "Yes," explain in an attachment.   ☐ Yes   ☑ No

3   Are you a **successor** to another organization? Answer "Yes" if you have taken or will take over the activities of another organization, you took over 25% or more of the fair market value of the net assets of another organization, or you were established upon the conversion of an organization from for-profit to nonprofit status. If "Yes," explain in an attachment.   ☐ Yes   ☑ No

4   Are you connected in any way with any other organization (for example, financial support on a continuing basis; shared facilities or employees; same officers, directors, or trustees)? If "Yes," explain in an attachment.   ☐ Yes   ☑ No

5   Do you have members? If "Yes," state in an attachment the qualifications necessary for membership, the classes of membership and number of members in each class, and the voting rights or privileges received.   ☐ Yes   ☑ No

6   Have you made, or do you plan on making, any distribution of property or surplus funds to shareholders or members? If "Yes," explain in an attachment.   ☐ Yes   ☑ No

7   Do you receive payments for services performed? If "Yes," explain in an attachment the services performed, income realized and expenses incurred, and the nature of benefits to the general public from these activities.   ☐ Yes   ☑ No

8   Do you lease property? If "Yes," explain in an attachment. Include a description of the property, any relationship between the applicant and the other party, and a copy of the lease agreement.   ☐ Yes   ☑ No

9   Are you a homeowner's association? If "Yes," explain in an attachment whether access to any property or facility you own or maintain is restricted in any way.   ☐ Yes   ☑ No

10   Are you a local association of employees? If "Yes," state in an attachment the name and address of each employer whose employees are eligible for membership in the organization.   ☐ Yes   ☑ No

11   Do you or will you make **foreign** grants or conduct activities in any foreign country or countries? If "Yes," describe those grants or activities in an attachment.   ☐ Yes   ☑ No

| Part VI | Financial Data *(see instructions for information you must provide) (attach statement regarding accounting method, if necessary)* |
|---|---|

### A. Statement of Revenues and Expenses

| | Type of revenue or expense | Year: | Year: | Year: |
|---|---|---|---|---|
| | **1** Gifts, grants, and contributions received . . . . . . . . | See Exhibit 5. | | |
| | **2** Membership fees received . . . . . . . . . . . | | | |
| | **3** Gross investment income . . . . . . . . . . | | | |
| | **4** Net unrelated business income . . . . . . . . | | | |
| | **5** Taxes levied for your benefit . . . . . . . . | | | |
| Revenues | **6** Value of services or facilities furnished by a governmental unit without charge . . . . . . . . . . . . . . | | | |
| | **7** Any revenue not otherwise listed above or in lines 9–11 below (attach statement) . . . . . . . . . . . . | | | |
| | **8** Total of lines 1 through 7 . . . . . . . . . . | | | |
| | **9** **Gross receipts** from any activity that is related to your exempt purposes | | | |
| | **10** Total of lines 8 and 9 . . . . . . . . . . . | | | |
| | **11** Net gain or loss on sale of capital assets (attach statement) . . | | | |
| | **12** Total Revenue Combine lines 10 and 11 . . . . . . . . | | | |
| | **13** Fundraising expenses (attach statement) . . . . . . | | | |
| | **14** Contributions, gifts, grants, and similar amounts paid out (attach statement) . . . . . . . . . . . . . | | | |
| | **15** Disbursements to or for the benefit of members (attach statement) . | | | |
| Expenses | **16** Compensation of officers, directors, and trustees . . . . | | | |
| | **17** Other salaries and wages . . . . . . . . . | | | |
| | **18** Occupancy . . . . . . . . . . . . . | | | |
| | **19** Any expense not otherwise classified, such as program services (attach statement) . . . . . . . . . . . | | | |
| | **20** Total Expenses Add lines 13 through 19 . . . . . . . . . | | | |

### B. Balance Sheet (for your most recently completed tax year)

#### Assets

| | | | Year End |
|---|---|---|---|
| **1** | Cash . . . . . . . . . . . . . . . . | **1** | |
| **2** | Accounts receivable, net . . . . . . . . . . . | **2** | |
| **3** | Inventories . . . . . . . . . . . . . . | **3** | |
| **4** | Bonds and notes receivable (attach statement) . . . . . | **4** | |
| **5** | Corporate stocks (attach statement) . . . . . . . . | **5** | |
| **6** | Loans receivable (attach statement) . . . . . . . . | **6** | |
| **7** | Other investments (attach statement) . . . . . . . | **7** | |
| **8** | Depreciable and depletable assets (attach statement) . . . . | **8** | |
| **9** | Land . . . . . . . . . . . . . . . | **9** | |
| **10** | Other assets (attach statement) . . . . . . . . . | **10** | |
| **11** | Total assets (add lines 1 through 10) . . . . . . . . | **11** | |

#### Liabilities

| | | | |
|---|---|---|---|
| **12** | Accounts payable . . . . . . . . . . . . | **12** | |
| **13** | Contributions, gifts, grants, etc., payable . . . . . . . | **13** | |
| **14** | Mortgages and notes payable (attach statement) . . . . . | **14** | |
| **15** | Other liabilities (attach statement) . . . . . . . . | **15** | |
| **16** | Total liabilities (add lines 12 through 15) . . . . . . . | **16** | |

#### Fund Balances or Net Assets

| | | | |
|---|---|---|---|
| **17** | Total fund balances or net assets . . . . . . . . | **17** | |
| **18** | **Total liabilities and fund balances or net assets** (add lines 16 and 17) . . . . . . . . . | **18** | |

Form **1024-A** (1-2018)

## Part VII   Annual Filing Requirements (*see instructions*)

Certain organizations aren't required to file an information return. If you are granted tax-exemption, are you ☐ Yes   ☑ No
claiming to be excused from filing an information return? If "Yes," explain in an attachment.

*If you fail to file a required information return for three consecutive years, your exempt status will be revoked.*

## Part VIII   Information Regarding Notification Requirement Under Section 506

Most organizations operating under section 501(c)(4) are required to notify the IRS that they are operating under section 501(c)(4) within 60 days of formation by filing Form 8976, Notice of Intent to Operate Under Section 501(c)(4). If an organization doesn't submit a timely notification, a penalty will be assessed. Submission of Form 1024-A doesn't satisfy the requirement to provide notice to the IRS. See instructions for additional information regarding the notification requirement.

## Part IX   User Fee Information and Signature

You must include Form 8718 and the correct user fee payment with this application. If you don't submit the correct user fee, we won't process the application and we will return it to you. Your check or money order must be made payable to the United States Treasury. User fees are subject to change. Check our website at *www.irs.gov* and type "User Fee" in the keyword box, or call Customer Account Services at 877-829-5500 for current information. Also, attach Form 2848, if the application is signed by a person authorized by power of attorney.

**I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.**

| Please Sign Here ▶ | (Signature of Officer, Director, Trustee, or other authorized individual) | *Ashbe Titus* (Type or print name of signer) *Authorized Representative* (Type or print title or authority of signer) | 05 14 18 (Date) |

Form **1024-A** (1-2018)

ATTACHMENT TO IRS FORM 1024-A

**Up from the Ashes**
**EIN 82-5125881**

| Exhibit | Description |
|---------|-------------|
| 1 | Response to Part II, Question 1 – Articles of Incorporation |
| 2 | Response to Part II, Question 5 – Bylaws |
| 3 | Response to Part III – Narrative Description of Activities |
| 4 | Response to Part IV, Questions 1 and 2 – Officers, Directors, Trustees, Employees, and Independent Contractors |
| 5 | Response to Part VI – Financial Data |
| 6 | Form 2848 – Power of Attorney and Declaration of Representative |
| 7 | Employer Identification Number |

Exhibit 1

Response to Part II, Question 1 – Articles of Incorporation

Exhibit 3

Response to Part III – Narrative Description of Activities

The primary purpose of this corporation is to advocate for victims of the 2017 Napa fires. This organization will contribute to the common good and general welfare of California by aiding those who have been affected by natural disaster and making a positive difference in the afflicted community.

It is anticipated that the corporation's primary source of financial support will from direct solicitation of supporters of the corporation's objectives. Fundraising shall primarily be conducted on a personal basis, however, direct mail solicitation may be used. All contributors will be advised that their contributions are not deductible.

The following professionals or organizations have been or may be retained to further the corporation's objectives:

  o Consulting firms to create a strategy to achieve the organization's purpose;
  o Consulting firms to engage in public education programs;
  o Law firm to ensure compliance with all state and federal laws and statutes;
  o Accounting firm to provide professional services;
  o Lobbyist or lobbying firm to further the corporation's purpose;
  o Information technology consultant to develop and manage website and social media communications

**Up from the Ashes**
**EIN 82-5125881**

Exhibit 4

Response to Part IV – Officers, Directors, Trustees, Employees, and Independent Contractors

| NAME AND MAILING ADDRESS | COMPENSATION |
|---|---|
| STEVE CAMPORA, DIRECTOR/PRESIDENT<br>20 BICENTENNIAL CIRCLE<br>SACRAMENTO, CA 94826 | $0 |
| MICHAEL A. KELLY, DIRECTOR/SECRETARY<br>650 CALIFORNIA STREET, 26TH FLOOR<br>SAN FRANCISCO, CA 94108 | $0 |
| FRANK PITRE, DIRECTOR/TREASURER<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 | $0 |

**Up from the Ashes**
**EIN 82-5125881**

Exhibit 5

Response to Part VI – Financial Data

| | 2018 | 2019 | 2020 |
|---|---|---|---|
| **Receipts** | | | |
| Contributions | $1,000,000 | $1,000,000 | $1,000,000 |
| | | | |
| **Expenditures** | | | |
| Legal/Accounting | $50,000 | $50,000 | $50,000 |
| Office | $10,000 | $10,000 | $10,000 |
| Consulting | $100,000 | $100,000 | $100,000 |
| Printing | $25,000 | $25,000 | $25,000 |
| Lobbying | $100,000 | $100,000 | $100,000 |
| Research | $10,000 | $10,000 | $10,000 |
| Grassroots | $200,000 | $200,000 | $200,000 |
| Public Education/Advertising | $505,000 | $505,000 | $505,000 |
| Total | $1,000,000 | $1,000,000 | $1,000,000 |