☐ **REPORT OF LOBBYIST EMPLOYER**

(Government Code Section 86116)

**or**

☒ **REPORT OF LOBBYING COALITION**

(2 Cal. Code of Regs. Section 18616.4)

**FORM 635**
**1993**

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

**REPORT COVERS PERIOD FROM** 04/01/2020 **THROUGH** 06/30/2020

**CUMULATIVE PERIOD BEGINNING** 01/01/2019

| FOR OFFICIAL USE ONLY |
|---|
| A |
| B |

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

NAME OF FILER:

UP FROM THE ASHES

| BUSINESS ADDRESS: (Number and Street) | (City) | (State) | (Zip Code) | TELEPHONE NUMBER: |
|---|---|---|---|---|
| | SAN FRANCIS - CO | CA | 94108 | |

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

None this period.

☐ If more space is needed, check box and attach continuation sheets.

### SUMMARY OF PAYMENTS THIS PERIOD

| | | |
|---|---|---|
| A. Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) ............ | $ | 0.00 |
| B. Total Payments to Lobbying Firms (Part III, Section B, Column 4) ............ | $ | 0.00 |
| C. Total Activity Expenses (Part III, Section C) ............ | $ | 0.00 |
| D. Total Other Payments to Influence (Part III, Section D) ............ | $ | 0.00 |
| GRAND TOTAL (A + B + C + D above) ............ | $ | 0.00 |
| E. Total Payments in Connection with PUC Activities (Part III, Section E) ............ | $ | 0.00 |

F. Campaign Contributions: ☐ Part IV completed and attached    ☒ No campaign contributions made this period

### VERIFICATION

**I have used all reasonable diligence in preparing this Report. I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.**

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

| Executed on (Date) 07/17/2020 | At (City and State) Burlingame,CA | By (Signature of Employer or Responsible Officer) Frank Pitre |
|---|---|---|
| Name of Employer or Responsible Officer (Type or Print) Frank Pitre | | Title Officer/ Board of Directors |

Case: 19-30088   Doc# 10715-3   Filed: 05/26/21   Entered: 05/26/21 10:47:22   Page 1 of 69

CAL2PDF Version3.8

PERIOD COVERED: _____04/01/2020_____06/30/2020_____

NAME OF FILER: __UP FROM THE ASHES_____

**PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT** (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
| | |
| | |
| | |
| | |
| | |

☐ If more space is needed, check box and attach continuation sheets.

**PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES**

| **A. PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS** (See instructions on reverse. Also enter the Amount This Period (Column 1) on Line A of the Summary of Payments section on page 1.) | (1) Amount This Period | (2) Cumulative Total To Date |
|---|---|---|
| | $ 0.00 | $ 0.00 |

**B. PAYMENTS TO LOBBYING FIRMS** (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| McCallum Group,Inc. Sacramento, CA 95814 | 0.00 | 0.00 | 0.00 | 0.00 | 121097.63 |
| | | | | | |
| | | | | | |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets

**TOTAL THIS PERIOD** (Column 4) Also enter the total of Column 4 on Line B of the Summary of Payments section on page 1.     $ 0.00

PERIOD COVERED: 04/01/2020      06/30/2020

NAME OF FILER: UP FROM THE ASHES

---

## C. ACTIVITY EXPENSES (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|
| | | $ | | $ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☐ If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1.    $ 0.00

---

## D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION

☒ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.)    $ 0.00

     $ 0.00

2. OTHER PAYMENTS

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1.    $ 0.00

---

## E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION

Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.)    $ 0.00

PERIOD COVERED: __04/01/2020_____ __06/30/2020_____

NAME OF FILER: <u>UP FROM THE ASHES</u>

---

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE** (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of <u>state</u> candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A.  If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which Has Filed A Campaign Disclosure Statement:

Identification Number if Recipient Committee: _____

B.  Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|------|-------------------|--------------------------|--------|
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |

☐ If more space is needed, check box and attach continuation sheets.

NOTE:    Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___04/01/2020___ Through ___06/30/2020___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Angela Jae Chun<br><br>San Diego  CA  92101 | $          0.00 | $          0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660 | $          0.00 | $          0.00 |
| Corey,Luzaich,de Ghetaldi & Riddle LLP<br><br>Millbrae  CA  94030 | $          0.00 | $          0.00 |
| Dryer Babich Buccola Wood Campora,LLP<br><br>Sacramento  CA  95826 | $          0.00 | $          0.00 |
| Lieff Cabraser Heimann & Bernstein<br><br>San Francisco  CA  94111 | $          0.00 | $          0.00 |
| Panish,Shea and Boyle LLP<br><br>Los Angeles  CA  90025 | $          0.00 | $          0.00 |
| Robins Cloud LLP<br><br>Santa Monica  CA  90401 | $          0.00 | $          0.00 |

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___04/01/2020___ Through ___06/30/2020___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| McNicholas & McNicholas LLP<br><br>Los Angeles  CA  90024 | $ 0.00 | $ 0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660 | $ 0.00 | $ 0.00 |
| Skikos Crawford<br><br>San Francisco  CA  94104 | $ 0.00 | $ 0.00 |
| Cotchett Pitre & McCarthy LLP<br><br>Burlingame  CA  94010 | $ 0.00 | $ 0.00 |
| Walkup,Melodia,Kelly & Schoenberger<br><br>San Francisco  CA  94108 | $ 0.00 | $ 0.00 |
| Watts Guerra<br><br>San Antonio  TX  78257 | $ 0.00 | $ 0.00 |
| Abbey,Weitzenber,Warren & Emery PC<br><br>Santa Rosa  CA  95401 | $ 0.00 | $ 50000.00 |

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___04/01/2020___ Through ___06/30/2020___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| California Fire Lawyers<br><br>Solana Beach  CA  92075 | $ 0.00 | $ 22500.00 |
| Bridgford,Gleason & Artinian<br><br>Newport Beach  CA  92660 | $ 0.00 | $ 12500.00 |
| Wildfire Legal Group<br><br>Santa Rosa  CA  95403 | $ 0.00 | $ 47500.00 |
| Levin Simes Abrams LLP<br><br>San Francisco  CA  94111<br>Reference No: 18 | $ 0.00 | $ 50000.00 |
| Law Offices of Robert W. Jackson<br><br>Fallbrook  CA  92028<br>Reference No: 19 | $ 0.00 | $ 22500.00 |
| Frantz Law Group<br><br>San Francisco  CA  94105<br>Reference No: 20 | $ 0.00 | $ 27500.00 |

CAL2PDF Version3.8

# Attachment Form 640

(Attachment to Form 635 or Form 645)

PERIOD COVERED: ___04/01/2020--06/30/2020___

NAME OF FILER: ___UP FROM THE ASHES___

| **For Use By:** | A state or local government agency that qualifies as a lobbyist employer or a $5,000 filer. Refer to the instructions on the cover page before completing this attachment. |

**Other Payments to Influence Legislative or Administrative Action:**

| | | |
|---|---|---|
| 1. | Total payments for overhead expenses related to lobbying activity. <u>Report as a lump sum.</u> ................... | $ 0.00 |
| 2. | Total payments to Lobbying Coalitions. <u>Report as a lump sum.</u> ................... (Form 630 must be attached) | $ 0.00 |
| 3. | Total payments of less than $250 during the calendar quarter for lobbying activity (excluding overhead). <u>Report as a lump sum.</u> ................... | $ 0.00 |
| 4. | Total payments of more than $250 during the calendar quarter for lobbying activity (excluding overhead). Such payments must be itemized below. ................... | $ 0.00 |
| 5. | Grand total of "Other Payments to Influence Legislative or Administrative Action." Also enter this total on the appropriate line of the Summary of Payments section on Page 1 of Form 635 or Form 645. ................... | $ 0.00 |

Itemize below payments of $250 or more made during the quarter for lobbying activity. Provide the name and address of the payee, the amount paid during the quarter, and the cumulative amount paid to the payee since January 1 of the biennial legislative session covered by the report.

Also itemize dues or similar payments of $250 or more made to an organization that makes expenditures equal to 10% of its total expenditures or $15,000 or more in a calendar quarter to influence legislative or administrative action. Provide the organization's name and address, the amount paid to the organization during the quarter, and the cumulative amount paid to the organization since January 1 of the biennial legislative session covered by the report.

| Name & Address of Payee | Amount This Quarter | Cumulative Amount Since January 1 |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Subtotal of all payments itemized above | $ 0.00 | |

☐ If more space is needed, check box and attach continuation sheets.

Case: 19-30088   Doc# 10715-3   Filed: 05/26/21   Entered: 05/26/21 10:47:22   Page 8 of 69

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE  7

**Schedule**    S635-C                    **Reference No:**    18

## PAGE  7

**Schedule**    S635-C                    **Reference No:**    19

## PAGE  7

**Schedule**    S635-C                    **Reference No:**    20

CAL2PDF Version3.8

[X] **REPORT OF LOBBYIST EMPLOYER**

(Government Code Section 86116)

1/14

**or**

[ ] **REPORT OF LOBBYING COALITION**

(2 Cal. Code of Regs. Section 18616.4)

**FORM 635**
**1993**

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

**REPORT COVERS PERIOD FROM** 01/01/2020 **THROUGH** 03/31/2020

**CUMULATIVE PERIOD BEGINNING** 01/01/2019

| FOR OFFICIAL USE ONLY |
|---|
| A |
| B |

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

NAME OF FILER:

UP FROM THE ASHES

| BUSINESS ADDRESS: (Number and Street) | (City) SAN FRANCIS - CO | (State) CA | (Zip Code) 94108 | TELEPHONE NUMBER: |
|---|---|---|---|---|

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

None this period.

[ ] If more space is needed, check box and attach continuation sheets.

## SUMMARY OF PAYMENTS THIS PERIOD

| | | |
|---|---|---|
| A. Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) ................... | $ | 0.00 |
| B. Total Payments to Lobbying Firms (Part III, Section B, Column 4) ........................ | $ | 30000.00 |
| C. Total Activity Expenses (Part III, Section C) ................................ | $ | 0.00 |
| D. Total Other Payments to Influence (Part III, Section D) ......................... | $ | 0.00 |
| GRAND TOTAL (A + B + C + D above) ................................ | $ | 30000.00 |
| E. Total Payments in Connection with PUC Activities (Part III, Section E) ................ | $ | 0.00 |

F. Campaign Contributions: [ ] Part IV completed and attached  [X] No campaign contributions made this period

## VERIFICATION

**I have used all reasonable diligence in preparing this Report. I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.**

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

| Executed on (Date) 04/15/2020 | At (City and State) Burlingame,CA | By (Signature of Employer or Responsible Officer) Frank Pitre |
|---|---|---|
| Name of Employer or Responsible Officer (Type or Print) Frank Pitre | | Title Officer / Board of Directors |

Case: 19-30088   Doc# 10715-3   Filed: 05/26/21   Entered: 05/26/21 10:47:22   Page 10 of 69

PERIOD COVERED: ___01/01/2020___ ___03/31/2020___

NAME OF FILER: __UP FROM THE ASHES__

## PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
| | |
| | |
| | |
| | |
| | |

☐ If more space is needed, check box and attach continuation sheets.

## PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES

**A. PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS**
(See instructions on reverse. Also enter the Amount This Period
(Column 1) on Line A of the Summary of Payments section on page 1.)

|  | (1) Amount This Period | (2) Cumulative Total To Date |
|---|---|---|
| | $ 0.00 | $ 0.00 |

**B. PAYMENTS TO LOBBYING FIRMS** (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| McCallum Group,Inc.<br><br>Sacramento, CA 95814 | 30000.00 | 0.00 | 0.00 | 30000.00 | 121097.63 |
| | | | | | |
| | | | | | |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets

**TOTAL THIS PERIOD** (Column 4)
Also enter the total of Column 4 on Line B of the
Summary of Payments section on page 1.   $  30000.00

PERIOD COVERED: 01/01/2020     03/31/2020

NAME OF FILER: UP FROM THE ASHES

## C. ACTIVITY EXPENSES (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|------|---------------------------|------------------------------------------------------------|--|------------------------------|--------------------------|
| | | | $ | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1.   $ 0.00

## D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION

☒ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.)   $ 0.00

$ 0.00

2. OTHER PAYMENTS

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1.   $ 0.00

## E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION   Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.)   $ 0.00

PERIOD COVERED:  01/01/2020          03/31/2020

NAME OF FILER:  UP FROM THE ASHES

---

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE**   (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of <u>state</u> candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A.  If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which
Has Filed A Campaign Disclosure Statement:

Identification Number if
Recipient Committee: _____

B.  Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|------|-------------------|--------------------------|--------|
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |

☐  If more space is needed, check box and attach continuation sheets.

NOTE:    Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___01/01/2020___ Through ___03/31/2020___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Angela Jae Chun<br><br>San Diego  CA  92101<br>Reference No: 1 | $ 0.00 | $ 0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660<br>Reference No: 2 | $ 0.00 | $ 0.00 |
| Corey,Luzaich,de Ghetaldi & Riddle LLP<br><br>Millbrae  CA  94030<br>Reference No: 3 | $ 0.00 | $ 0.00 |
| Dryer Babich Buccola Wood Campora,LLP<br><br>Sacramento  CA  95826<br>Reference No: 4 | $ 0.00 | $ 0.00 |
| Lieff Cabraser Heimann & Bernstein<br><br>San Francisco  CA  94111<br>Reference No: 5 | $ 0.00 | $ 0.00 |
| Panish,Shea and Boyle LLP<br><br>Los Angeles  CA  90025<br>Reference No: 6 | $ 0.00 | $ 0.00 |
| Robins Cloud LLP<br><br>Santa Monica  CA  90401<br>Reference No: 7 | $ 0.00 | $ 0.00 |

**FORM 635-C**
**1990**

Period Covered ___01/01/2020___ Through ___03/31/2020___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| McNicholas & McNicholas LLP <br><br> Los Angeles  CA  90024 <br> Reference No: 8 | $ 0.00 | $ 0.00 |
| Robinson Calcagnie,Inc. <br><br> Newport Beach  CA  92660 <br> Reference No: 9 | $ 0.00 | $ 0.00 |
| Skikos Crawford <br><br> San Francisco  CA  94104 <br> Reference No: 10 | $ 0.00 | $ 0.00 |
| Cotchett Pitre & McCarthy LLP <br><br> Burlingame  CA  94010 <br> Reference No: 11 | $ 0.00 | $ 0.00 |
| Walkup,Melodia,Kelly & Schoenberger <br><br> San Francisco  CA  94108 <br> Reference No: 12 | $ 0.00 | $ 0.00 |
| Watts Guerra <br><br> San Antonio  TX  78257 <br> Reference No: 13 | $ 0.00 | $ 0.00 |
| Abbey,Weitzenber,Warren & Emery PC <br><br> Santa Rosa  CA  95401 <br> Reference No: 14 | $ 0.00 | $ 50000.00 |

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___01/01/2020___ Through ___03/31/2020___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| California Fire Lawyers<br><br>Solana Beach  CA  92075<br>Reference No: 15 | $ 0.00 | $ 22500.00 |
| Bridgford,Gleason & Artinian<br><br>Newport Beach  CA  92660<br>Reference No: 16 | $ 0.00 | $ 12500.00 |
| Wildfire Legal Group<br><br>Santa Rosa  CA _95403<br>Reference No: 17 | $ 0.00 | $ 47500.00 |
| Levin Simes Abrams LLP<br><br>San Francisco  CA  94111 | $ 0.00 | $ 50000.00 |
| Law Offices of Robert W. Jackson<br><br>Fallbrook  CA  92028 | $ 0.00 | $ 22500.00 |
| Frantz Law Group<br><br>San Francisco  CA  94105 | $ 0.00 | $ 27500.00 |

CAL2PDF Version3.8

# Attachment Form 640

(Attachment to Form 635 or Form 645)

PERIOD COVERED: 01/01/2020 -- 03/31/2020

NAME OF FILER: UP FROM THE ASHES

**For Use By:** A state or local government agency that qualifies as a lobbyist employer or a $5,000 filer. Refer to the instructions on the cover page before completing this attachment.

**Other Payments to Influence Legislative or Administrative Action:**

1. Total payments for overhead expenses related to lobbying activity. Report as a lump sum. ..................................... $ _____0.00_____

2. Total payments to Lobbying Coalitions. Report as a lump sum. ................................... $ _____0.00_____
(Form 630 must be attached)

3. Total payments of less than $250 during the calendar quarter for lobbying activity (excluding overhead). Report as a lump sum. ...................... $ _____0.00_____

4. Total payments of more than $250 during the calendar quarter for lobbying activity (excluding overhead). Such payments must be itemized below. .................... $ _____0.00_____

5. Grand total of "Other Payments to Influence Legislative or Administrative Action." Also enter this total on the appropriate line of the Summary of Payments section on Page 1 of Form 635 or Form 645. .............................. $ _____0.00_____

Itemize below payments of $250 or more made during the quarter for lobbying activity. Provide the name and address of the payee, the amount paid during the quarter, and the cumulative amount paid to the payee since January 1 of the biennial legislative session covered by the report.

Also itemize dues or similar payments of $250 or more made to an organization that makes expenditures equal to 10% of its total expenditures or $15,000 or more in a calendar quarter to influence legislative or administrative action. Provide the organization's name and address, the amount paid to the organization during the quarter, and the cumulative amount paid to the organization since January 1 of the biennial legislative session covered by the report.

| Name & Address of Payee | Amount This Quarter | Cumulative Amount Since January 1 |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Subtotal of all payments itemized above | $ 0.00 | |

☐ If more space is needed, check box and attach continuation sheets.

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 5

**Schedule**    S635-C                    **Reference No:**    1

**PAGE** 5

**Schedule**    S635-C                    **Reference No:**    2

**PAGE** 5

**Schedule**    S635-C                    **Reference No:**    3

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 5

**Schedule** S635-C **Reference No:** 4

**PAGE** 5

**Schedule** S635-C **Reference No:** 5

**PAGE** 5

**Schedule** S635-C **Reference No:** 6

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 5

**Schedule**    S635-C                    **Reference No:**    7

**PAGE** 6

**Schedule**    S635-C                    **Reference No:**    8

**PAGE** 6

**Schedule**    S635-C                    **Reference No:**    9

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 6

**Schedule** S635-C       **Reference No:** 10

## PAGE 6

**Schedule** S635-C       **Reference No:** 11

## PAGE 6

**Schedule** S635-C       **Reference No:** 12

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 6

**Schedule**   S635-C                    **Reference No:**   13

**PAGE** 6

**Schedule**   S635-C                    **Reference No:**   14

**PAGE** 7

**Schedule**   S635-C                    **Reference No:**   15

CAL2PDF Version3.8

# TEXT ANNOTATION

**Schedule**   S635-C                    **Reference No:**   16

**Schedule**   S635-C                    **Reference No:**   17

CAL2PDF Version3.8

☐ **REPORT OF LOBBYIST EMPLOYER**

(Government Code Section 86116)

**or**

☒ **REPORT OF LOBBYING COALITION**

(2 Cal. Code of Regs. Section 18616.4)

**FORM 635**
**1993**

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

**REPORT COVERS PERIOD FROM** 10/01/2019 **THROUGH** 12/31/2019

**CUMULATIVE PERIOD BEGINNING** 01/01/2019

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

| FOR OFFICIAL USE ONLY | |
|---|---|
| A | |
| B | |

NAME OF FILER:

UP FROM THE ASHES

| BUSINESS ADDRESS: (Number and Street) | (City) | (State) | (Zip Code) | TELEPHONE NUMBER: |
|---|---|---|---|---|
| | SAN FRANCIS - CO | CA | 94108 | |

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

California Legislature and Office of the Governor regarding:  AB 235

☐ If more space is needed, check box and attach continuation sheets.

## SUMMARY OF PAYMENTS THIS PERIOD

| | | |
|---|---|---|
| A. Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) .................... | $ | 0.00 |
| B. Total Payments to Lobbying Firms (Part III, Section B, Column 4) .................... | $ | 11500.00 |
| C. Total Activity Expenses (Part III, Section C) .................... | $ | 0.00 |
| D. Total Other Payments to Influence (Part III, Section D) .................... | $ | 0.00 |
| GRAND TOTAL (A + B + C + D above) .................... | $ | 11500.00 |
| E. Total Payments in Connection with PUC Activities (Part III, Section E) .................... | $ | 0.00 |

F. Campaign Contributions: ☐ Part IV completed and attached ☒ No campaign contributions made this period

## VERIFICATION

**I have used all reasonable diligence in preparing this Report. I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.**

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

| Executed on (Date) 01/22/2020 | At (City and State) Burlingame,CA | By (Signature of Employer or Responsible Officer) Frank Pitre |
|---|---|---|
| Name of Employer or Responsible Officer (Type or Print) Frank Pitre | | Title Officer / Board of Directors |

Case: 19-30088   Doc# 10715-3   Filed: 05/26/21   Entered: 05/26/21 10:47:22   Page 24 of 69

CAL2PDF Version3.8

PERIOD COVERED: __10/01/2019__ __12/31/2019__

NAME OF FILER: __UP FROM THE ASHES__

---

**PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT** (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

☐ If more space is needed, check box and attach continuation sheets.

---

**PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES**

| **A.  PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS**<br>(See instructions on reverse.  Also enter the Amount This Period<br>(Column 1) on Line A of the Summary of Payments section on page 1.) | (1)<br>Amount This<br>Period | (2)<br>Cumulative Total<br>To Date |
|---|---|---|
|  | $         0.00 | $         0.00 |

**B.  PAYMENTS TO LOBBYING FIRMS**  (Including Individual Contract Lobbyists)

| Name and Address of Lobbying<br>Firm/Independent Contractor | (1)<br>Fees &<br>Retainers | (2)<br>Reimbursements<br>of Expenses | (3)<br>Advances or<br>Other Payments<br>(attach explanation) | (4)<br>Total<br>This Period | (5)<br>Cumulative<br>Total to Date |
|---|---|---|---|---|---|
| McCallum Group,Inc.<br><br>Sacramento  CA  95814 | 11500.00 | 0.00 | 0.00 | 11500.00 | 91097.63 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| ☐ If more space is needed, check box and attach<br>continuation sheets | **TOTAL THIS PERIOD**  (Column 4)<br>Also enter the total of Column 4 on Line B of the<br>Summary of Payments section on page 1. | $     11500.00 |
|---|---|---|

PERIOD COVERED: ___10/01/2019___ ___12/31/2019___

NAME OF FILER: ___UP FROM THE ASHES___

---

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|
| | | $ | | $ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☐ If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1. $ 0.00

---

**D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION**

☒ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.)     $ ___0.00___

     $ ___0.00___

2. OTHER PAYMENTS

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1. $ 0.00

---

**E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION** Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.) $ 0.00

PERIOD COVERED:  10/01/2019          12/31/2019

NAME OF FILER:  UP FROM THE ASHES

---

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE**    (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of <u>state</u> candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A.  If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which             Identification Number if
Has Filed A Campaign Disclosure Statement:                   Recipient Committee: _____

_____

B.  Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|------|-------------------|--------------------------|--------|
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |

☐ If more space is needed, check box and attach continuation sheets.

NOTE:    Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.

**FORM 635-C**
**1990**

Period Covered ___10/01/2019___ Through ___12/31/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:

UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Angela Jae Chun<br><br><br>San Diego  CA  92101 | $  0.00 | $  0.00 |
| Robinson Calcagnie,Inc.<br><br><br>Newport Beach  CA  92660 | $  0.00 | $  0.00 |
| Corey,Luzaich,de Ghetaldi & Riddle LLP<br><br><br>Millbrae  CA  94030 | $  0.00 | $  0.00 |
| Dryer Babich Buccola Wood Campora,LLP<br><br><br>Sacramento  CA  95826 | $  0.00 | $  0.00 |
| Lieff Cabraser Heimann & Bernstein<br><br><br>San Francisco  CA  94111 | $  0.00 | $  0.00 |
| Panish,Shea and Boyle LLP<br><br><br>Los Angeles  CA  90025 | $  0.00 | $  0.00 |
| Robins Cloud LLP<br><br><br>Santa Monica  CA  90401 | $  0.00 | $  0.00 |

(8/95)

CAL2PDF Version3.8

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___10/01/2019___ Through ___12/31/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:

UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| McNicholas & McNicholas LLP<br><br>Los Angeles  CA  90024 | $ 0.00 | $ 0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660 | $ 0.00 | $ 0.00 |
| Skikos Crawford<br><br>San Francisco  CA  94104 | $ 0.00 | $ 0.00 |
| Cotchett Pitre & McCarthy LLP<br><br>Burlingame  CA  94010 | $ 0.00 | $ 0.00 |
| Walkup,Melodia,Kelly & Schoenberger<br><br>San Francisco  CA  94108 | $ 0.00 | $ 0.00 |
| Watts Guerra<br><br>San Antonio  TX  78257 | $ 0.00 | $ 0.00 |
| Abbey,Weitzenber,Warren & Emery PC<br><br>Santa Rosa  CA  95401 | $ 0.00 | $ 50000.00 |

### (Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___10/01/2019___ Through ___12/31/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| California Fire Lawyers<br><br>Solana Beach  CA  92075 | $ 0.00 | $ 22500.00 |
| Bridgford,Gleason & Artinian<br><br>Newport Beach  CA  92660 | $ 0.00 | $ 12500.00 |
| Wildfire Legal Group<br><br>Santa Rosa  CA  95403 | $ 0.00 | $ 47500.00 |
| Frantz Law Group<br><br>San Francisco  CA  94105 | $ 2500.00 | $ 27500.00 |
| Law Offices of Robert W. Jackson<br><br>Fallbrook  CA  92028 | $ 22500.00 | $ 22500.00 |
| Levin Simes Abrams LLP<br><br>San Francisco  CA  94111 | $ 25000.00 | $ 50000.00 |

# Attachment Form 640

(Attachment to Form 635 or Form 645)

PERIOD COVERED: 10/01/2019 -- 12/31/2019

NAME OF FILER: UP FROM THE ASHES

| **For Use By:** A state or local government agency that qualifies as a lobbyist employer or a $5,000 filer. Refer to the instructions on the cover page before completing this attachment. |
|---|

**Other Payments to Influence Legislative or Administrative Action:**

| | | |
|---|---|---|
| 1. | Total payments for overhead expenses related to lobbying activity. <u>Report as a lump sum</u>. | $ 0.00 |
| 2. | Total payments to Lobbying Coalitions. <u>Report as a lump sum.</u> (Form 630 must be attached) | $ 0.00 |
| 3. | Total payments of less than $250 during the calendar quarter for lobbying activity (excluding overhead). <u>Report as a lump sum.</u> | $ 0.00 |
| 4. | Total payments of more than $250 during the calendar quarter for lobbying activity (excluding overhead). Such payments must be itemized below. | $ 0.00 |
| 5. | Grand total of "Other Payments to Influence Legislative or Administrative Action." Also enter this total on the appropriate line of the Summary of Payments section on Page 1 of Form 635 or Form 645. | $ 0.00 |

Itemize below payments of $250 or more made during the quarter for lobbying activity. Provide the name and address of the payee, the amount paid during the quarter, and the cumulative amount paid to the payee since January 1 of the biennial legislative session covered by the report.

Also itemize dues or similar payments of $250 or more made to an organization that makes expenditures equal to 10% of its total expenditures or $15,000 or more in a calendar quarter to influence legislative or administrative action. Provide the organization's name and address, the amount paid to the organization during the quarter, and the cumulative amount paid to the organization since January 1 of the biennial legislative session covered by the report.

| Name & Address of Payee | Amount This Quarter | Cumulative Amount Since January 1 |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Subtotal of all payments itemized above | $ 0.00 | |

☐ If more space is needed, check box and attach continuation sheets.

CAL2PDF Version3.8

☐ **REPORT OF LOBBYIST EMPLOYER**

(Government Code Section 86116)

**or**

☒ **REPORT OF LOBBYING COALITION**

(2 Cal. Code of Regs. Section 18616.4)

1/16

**FORM 635**
1993

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

**REPORT COVERS PERIOD FROM** 07/01/2019 **THROUGH** 09/30/2019

**CUMULATIVE PERIOD BEGINNING** 01/01/2019

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

| FOR OFFICIAL USE ONLY |
|---|
| A    AMENDMENT 001 |
| B |

NAME OF FILER:

UP FROM THE ASHES

| BUSINESS ADDRESS:  (Number and Street) | (City) | (State) | (Zip Code) | TELEPHONE NUMBER: |
|---|---|---|---|---|
| | SAN FRANCIS - CO | CA | 94108 | |

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

California Legislature and Office of the Governor regarding:  AB 235

☐ If more space is needed, check box and attach continuation sheets.

## SUMMARY OF PAYMENTS THIS PERIOD

| | | |
|---|---|---|
| A. | Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) .................... $ | 0.00 |
| B. | Total Payments to Lobbying Firms (Part III, Section B, Column 4) ............................ $ | 27097.63 |
| C. | Total Activity Expenses (Part III, Section C) ...................................................... $ | 0.00 |
| D. | Total Other Payments to Influence (Part III, Section D) ...................................... $ | 59404.47 |
| | GRAND TOTAL (A + B + C + D above) ................................................. $ | 86502.10 |
| E. | Total Payments in Connection with PUC Activities (Part III, Section E) ......................... $ | 0.00 |

F.   Campaign Contributions:  ☐ Part IV completed and attached   ☒ No campaign contributions made this period

## VERIFICATION

I have used all reasonable diligence in preparing this Report.    I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Executed on (Date) 10/31/2019 | At (City and State) Burlingame,CA | By (Signature of Employer or Responsible Officer) Frank  Pitre |
|---|---|---|
| Name of Employer or Responsible Officer (Type or Print) Frank  Pitre | | Title Officer / Board of Directors |

Case: 19-30088   Doc# 10715-3   Filed: 05/26/21   Entered: 05/26/21 10:47:22   Page 32 of 69

PERIOD COVERED: _07/01/2019_ _09/30/2019_

NAME OF FILER: _UP FROM THE ASHES_

---

## PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

☐ If more space is needed, check box and attach continuation sheets.

---

## PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES

### A. PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS

(See instructions on reverse. Also enter the Amount This Period (Column 1) on Line A of the Summary of Payments section on page 1.)

| | (1) Amount This Period | (2) Cumulative Total To Date |
|---|---|---|
| | $ 0.00 | $ 0.00 |

### B. PAYMENTS TO LOBBYING FIRMS (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| McCallum Group,Inc.<br><br>Sacramento, CA 95814 | 27097.63 | 0.00 | 0.00 | 27097.63 | 79597.63 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

☐ If more space is needed, check box and attach continuation sheets

**TOTAL THIS PERIOD** (Column 4) Also enter the total of Column 4 on Line B of the Summary of Payments section on page 1.　　$ 27097.93

Case: 19-30088　Doc# 10715-3　Filed: 05/26/21　Entered: 05/26/21 10:47:22　Page 33 of 69

PERIOD COVERED: <u>07/01/2019</u>    <u>09/30/2019</u>

NAME OF FILER: <u>UP FROM THE ASHES</u>

---

**C. ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|------|---------------------------|----------------------------------------------------------------------------|---|------------------------------|--------------------------|
| | | | $ | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1.    $ 0.00

---

**D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION**

☒ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.)    $ 0.00

   $ 59404.47

2. OTHER PAYMENTS    TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1.    $ 59404.47

---

**E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION** Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.)    $ 0.00

PERIOD COVERED: __07/01/2019__ __09/30/2019__

NAME OF FILER: UP FROM THE ASHES

---

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE** (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of <u>state</u> candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A. If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which Has Filed A Campaign Disclosure Statement:

Identification Number if Recipient Committee: _____

B. Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|------|-------------------|--------------------------|--------|
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |

☐ If more space is needed, check box and attach continuation sheets.

**NOTE:** Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered __07/01/2019__ Through __09/30/2019__

Cumulative Period Beginning __01/01/2019__

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Wildfire Legal Group<br><br>Santa Rosa  CA  95403 | $  47500.00 | $  47500.00 |
| Frantz Law Group<br><br>San Francisco  CA  94105<br>Reference No: 21 | $  2500.00 | $  25000.00 |
| Law Offices of Robert W. Jackson<br><br>Fallbrook  CA  92028<br>Reference No: 1 | $  0.00 | $  0.00 |
| Angela Jae Chun<br><br>San Diego  CA  92101<br>Reference No: 2 | $  0.00 | $  0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660<br>Reference No: 3 | $  0.00 | $  0.00 |
| Corey,Luzaich,de Ghetaldi & Riddle LLP<br><br>Millbrae  CA  94030<br>Reference No: 4 | $  0.00 | $  0.00 |
| Dryer Babich Buccola Wood Campora,LLP<br><br>Sacramento  CA  95826<br>Reference No: 5 | $  0.00 | $  0.00 |

**FORM 635-C**
**1990**

Period Covered ___07/01/2019___ Through ___09/30/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:

UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Lieff Cabraser Heimann & Bernstein<br><br>San Francisco  CA  94111<br>Reference No: 6 | $          0.00 | $          0.00 |
| Panish,Shea and Boyle LLP<br><br>Los Angeles  CA  90025<br>Reference No: 7 | $          0.00 | $          0.00 |
| Robins Cloud LLP<br><br>Santa Monica  CA  90401<br>Reference No: 8 | $          0.00 | $          0.00 |
| McNicholas & McNicholas LLP<br><br>Los Angeles  CA  90024<br>Reference No: 9 | $          0.00 | $          0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660<br>Reference No: 10 | $          0.00 | $          0.00 |
| Skikos Crawford<br><br>San Francisco  CA  94104<br>Reference No: 11 | $          0.00 | $          0.00 |
| Cotchett Pitre & McCarthy LLP<br><br>Burlingame  CA  94010<br>Reference No: 12 | $          0.00 | $          0.00 |

**FORM 635-C**
**1990**

Period Covered ___07/01/2019___ Through ___09/30/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Walkup,Melodia,Kelly & Schoenberger<br><br>San Francisco  CA  94108<br>Reference No: 13 | $ 0.00 | $ 0.00 |
| Watts Guerra<br><br>San Antonio  TX  78257<br>Reference No: 14 | $ 0.00 | $ 0.00 |
| Abbey,Weitzenber,Warren & Emery PC<br><br>Santa Rosa  CA  95401<br>Reference No: 15 | $ 0.00 | $ 50000.00 |
| Levin Simes Abrams LLP<br><br>San Francisco  CA  94111<br>Reference No: 16 | $ 0.00 | $ 25000.00 |
| California Fire Lawyers<br><br>Solana Beach  CA  92075<br>Reference No: 17 | $ 0.00 | $ 22500.00 |
| Bridgford,Gleason & Artinian<br><br>Newport Beach  CA  92660<br>Reference No: 18 | $ 0.00 | $ 12500.00 |

# Attachment Form 640

(Attachment to Form 635 or Form 645)

PERIOD COVERED: _07/01/2019--09/30/2019_

NAME OF FILER: _UP FROM THE ASHES_

**For Use By:** A state or local government agency that qualifies as a lobbyist employer or a $5,000 filer. Refer to the instructions on the cover page before completing this attachment.

**Other Payments to Influence Legislative or Administrative Action:**

1. Total payments for overhead expenses related to lobbying activity. Report as a lump sum. .................................................. $ 0.00

2. Total payments to Lobbying Coalitions. Report as a lump sum. .................................................... $ 0.00
(Form 630 must be attached)

3. Total payments of less than $250 during the calendar quarter for lobbying activity (excluding overhead). Report as a lump sum. ........................ $ 0.00

4. Total payments of more than $250 during the calendar quarter for lobbying activity (excluding overhead). Such payments must be itemized below. .................... $ 59404.47

5. Grand total of "Other Payments to Influence Legislative or Administrative Action." Also enter this total on the appropriate line of the Summary of Payments section on Page 1 of Form 635 or Form 645. ............................ $ 59404.47

Itemize below payments of $250 or more made during the quarter for lobbying activity. Provide the name and address of the payee, the amount paid during the quarter, and the cumulative amount paid to the payee since January 1 of the biennial legislative session covered by the report.

Also itemize dues or similar payments of $250 or more made to an organization that makes expenditures equal to 10% of its total expenditures or $15,000 or more in a calendar quarter to influence legislative or administrative action. Provide the organization's name and address, the amount paid to the organization during the quarter, and the cumulative amount paid to the organization since January 1 of the biennial legislative session covered by the report.

| Name & Address of Payee | Amount This Quarter | Cumulative Amount Since January 1 |
|---|---|---|
| [A] - McNally Temple Associates,Inc.<br><br><br>Sacramento  CA  95811<br>Reference No: 20 | $    59404.47 | $    132212.94 |
|  | $ | $ |
|  | $ | $ |
| Subtotal of all payments itemized above | $    59404.47 | |

☐ If more space is needed, check box and attach continuation sheets

CAL2PDF Version3.8

# AMENDMENT TO LOBBYING DISCLOSURE REPORT

9/16

**FOR USE BY FILERS AMENDING REPORTS FILED PURSUANT
TO GOVERNMENT CODE SECTIONS 86100-86117**

**FORM 690**
**1990**

**TYPE OR PRINT IN INK**

| | FOR OFFICIAL USE ONLY |
|---|---|
| | A |
| | B |

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

NAME OF FILER:
UP FROM THE ASHES

NAME OF EMPLOYER OR FIRM: (If this amendment is being filed by a lobbyist)

| BUSINESS ADDRESS OF FILER: (Number and Street) | (City) SAN FRANCIS - CO | (State) CA | (Zip Code) 94108 | TELEPHONE NUMBER: |
|---|---|---|---|---|

**(The information required must correspond to the information provided on the original report filed.)**

1. The following information amends the lobbying disclosure report Form No. F635 executed on 10/30/2019
   (Mo. - Day - Year)

   for the period 07/01/2019 to 09/30/2019.

2. Amended information affects items on Part(s) 635 Section(s) C.

3. Describe changes below.

Amend to correct name of Coalition member on Attachment Form 635-C

# VERIFICATION

**I have used all reasonable diligence in preparing this Amendment. I have reviewed the Amendment and to the best of my knowledge the information contained herein is true and complete.**

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

| Executed on (Date) 10/31/2019 | At (City and State) Burlingame,CA | By (Signature of Filer) Frank Pitre |
|---|---|---|
| Name of Filer (Type or Print) Frank Pitre | | Title Officer / Board of Directors |

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 2

**Schedule**   F635P3B          **Reference No:**   22

## PAGE 5

**Schedule**   S635-C          **Reference No:**   21

## PAGE 5

**Schedule**   S635-C          **Reference No:**   1

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 5

**Schedule**    S635-C          **Reference No:**   2

**PAGE** 5

**Schedule**    S635-C          **Reference No:**   3

**PAGE** 5

**Schedule**    S635-C          **Reference No:**   4

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE  5

**Schedule**    S635-C                    **Reference No:**    5

## PAGE  6

**Schedule**    S635-C                    **Reference No:**    6

## PAGE  6

**Schedule**    S635-C                    **Reference No:**    7

CAL2PDF Version3.8

# TEXT ANNOTATION

**Schedule** S635-C          **Reference No:** 8

**Schedule** S635-C          **Reference No:** 9

**Schedule** S635-C          **Reference No:** 10

# TEXT ANNOTATION

## PAGE  6

**Schedule**   S635-C                    **Reference No:**   11

## PAGE  6

**Schedule**   S635-C                    **Reference No:**   12

## PAGE  7

**Schedule**   S635-C                    **Reference No:**   13

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 7

**Schedule**  S635-C      **Reference No:**  14

**PAGE** 7

**Schedule**  S635-C      **Reference No:**  15

**PAGE** 7

**Schedule**  S635-C      **Reference No:**  16

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 7

**Schedule**  S635-C          **Reference No:**  17

## PAGE 7

**Schedule**  S635-C          **Reference No:**  18

## PAGE 8

**Schedule**  S640          **Reference No:**  20

CAL2PDF Version3.8

☐ **REPORT OF LOBBYIST EMPLOYER**

(Government Code Section 86116)

**or**

☒ **REPORT OF LOBBYING COALITION**

(2 Cal. Code of Regs. Section 18616.4)

1/13

**FORM 635**
1993

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

**REPORT COVERS PERIOD FROM** 04/01/2019 **THROUGH** 06/30/2019

**CUMULATIVE PERIOD BEGINNING** 01/01/2019

| FOR OFFICIAL USE ONLY |
|---|
| A |
| B |

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

NAME OF FILER:

UP FROM THE ASHES

| BUSINESS ADDRESS: (Number and Street) | (City) SAN FRANCIS - CO | (State) CA | (Zip Code) 94108 | TELEPHONE NUMBER: |
|---|---|---|---|---|

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

California Legislature and Office of the Governor regarding: AB 1054

☐ If more space is needed, check box and attach continuation sheets.

### SUMMARY OF PAYMENTS THIS PERIOD

| | | |
|---|---|---|
| A. Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) .................... | $ | 0.00 |
| B. Total Payments to Lobbying Firms (Part III, Section B, Column 4) .................... | $ | 26500.00 |
| C. Total Activity Expenses (Part III, Section C) .................... | $ | 0.00 |
| D. Total Other Payments to Influence (Part III, Section D) .................... | $ | 70441.47 |
| GRAND TOTAL (A + B + C + D above) .................... | $ | 96941.47 |
| E. Total Payments in Connection with PUC Activities (Part III, Section E) .................... | $ | 0.00 |

F. Campaign Contributions: ☐ Part IV completed and attached ☒ No campaign contributions made this period

### VERIFICATION

I have used all reasonable diligence in preparing this Report. I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Executed on (Date) 07/28/2019 | At (City and State) Burlingame | By (Signature of Employer or Responsible Officer) Frank Pitre |
|---|---|---|

| Name of Employer or Responsible Officer (Type or Print) Frank Pitre | Title Officer / Board of Directors |
|---|---|

Case: 19-30088 Doc# 10715-3 Filed: 05/26/21 Entered: 05/26/21 10:47:22 Page 48 of 69

CAL2PDF Version3.8

PERIOD COVERED: ___04/01/2019___ ___06/30/2019___

NAME OF FILER: __UP FROM THE ASHES__

---

**PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT** (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
| | |
| | |
| | |
| | |
| | |

☐ If more space is needed, check box and attach continuation sheets.

---

**PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES**

| **A. PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS** (See instructions on reverse. Also enter the Amount This Period (Column 1) on Line A of the Summary of Payments section on page 1.) | (1) Amount This Period | (2) Cumulative Total To Date |
|---|---|---|
| | $ 0.00 | $ 0.00 |

**B. PAYMENTS TO LOBBYING FIRMS** (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| McCallum Group,Inc.<br><br>Sacramento, CA 95814 | 26500.00 | 0.00 | 0.00 | 26500.00 | 52500.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets

**TOTAL THIS PERIOD** (Column 4) Also enter the total of Column 4 on Line B of the Summary of Payments section on page 1.    $ 26500.00

PERIOD COVERED: 04/01/2019   06/30/2019

NAME OF FILER: UP FROM THE ASHES

| C. ACTIVITY EXPENSES (See instructions on reverse.) | | | | |
|---|---|---|---|---|
| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | Description of Consideration | Total Amount of Activity |
| | | $ | | $ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☐ If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1.   $ 0.00

**D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION**

☒ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.)   $ 0.00

2. OTHER PAYMENTS   $ 70441.47

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1.   $ 70441.47

**E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION** Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.)   $ 0.00

PERIOD COVERED: __04/01/2019__ __06/30/2019__

NAME OF FILER: UP FROM THE ASHES

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE** (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of <u>state</u> candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A. If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which Has Filed A Campaign Disclosure Statement:

Identification Number if Recipient Committee: _____

B. Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|------|-------------------|--------------------------|--------|
|      |                   |                          | $ |
|      |                   |                          | $ |
|      |                   |                          | $ |
|      |                   |                          | $ |
|      |                   |                          | $ |
|      |                   |                          | $ |
|      |                   |                          | $ |
|      |                   |                          | $ |
|      |                   |                          | $ |
|      |                   |                          | $ |

☐ If more space is needed, check box and attach continuation sheets.

NOTE: Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___04/01/2019___ Through ___06/30/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Sieglock Law<br><br>Del Mar  CA  92014 | $ 0.00 | $ 0.00 |
| Law Offices of Robert W. Jackson<br><br>Fallbrook  CA  92028<br>Reference No: 2 | $ 0.00 | $ 0.00 |
| Angela Jae Chun<br><br>San Diego  CA  92101<br>Reference No: 3 | $ 0.00 | $ 0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660<br>Reference No: 4 | $ 0.00 | $ 0.00 |
| Corey,Luzaich,de Ghetaldi & Riddle LLP<br><br>Millbrae  CA  94030<br>Reference No: 5 | $ 0.00 | $ 0.00 |
| Dryer Babich Buccola Wood Campora,LLP<br><br>Sacramento  CA  95826<br>Reference No: 6 | $ 0.00 | $ 0.00 |
| Lieff Cabraser Heimann & Bernstein<br><br>San Francisco  CA  94111<br>Reference No: 7 | $ 0.00 | $ 0.00 |

(8/95)

CAL2PDF Version3.8

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered __04/01/2019__   Through __06/30/2019__

Cumulative Period Beginning __01/01/2019__

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Panish,Shea and Boyle LLP<br><br>Los Angeles  CA  90025<br>Reference No: 8 | $          0.00 | $          0.00 |
| Robins Cloud LLP<br><br>Santa Monica  CA  90401<br>Reference No: 9 | $          0.00 | $          0.00 |
| McNicholas & McNicholas LLP<br><br>Los Angeles  CA  90024<br>Reference No: 10 | $          0.00 | $          0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660<br>Reference No: 11 | $          0.00 | $          0.00 |
| Skikos Crawford<br><br>San Francisco  CA  94104<br>Reference No: 12 | $          0.00 | $          0.00 |
| Cotchett Pitre & McCarthy LLP<br><br>Burlingame  CA  94010<br>Reference No: 13 | $          0.00 | $          0.00 |
| Walkup,Melodia,Kelly & Schoenberger<br><br>San Francisco  CA  94108<br>Reference No: 14 | $          0.00 | $          0.00 |

**FORM 635-C**
**1990**

Period Covered ___04/01/2019___ Through ___06/30/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Watts Guerra<br><br>San Antonio  TX  78257<br>Reference No: 15 | $  0.00 | $  0.00 |
| California Fire Lawyers<br><br>Solana Beach  CA  92075 | $  15000.00 | $  22500.00 |
| Bridgford,Gleason & Artinian<br><br>Newport Beach  CA  92660 | $  12500.00 | $  12500.00 |
| Abbey,Weitzenber,Warren & Emery PC<br><br>Santa Rosa  CA  95401 | $  50000.00 | $  50000.00 |
| Levin Simes Abrams LLP<br><br>San Francisco  CA  94111 | $  25000.00 | $  25000.00 |
| Franz Law Group<br><br>San Francisco  CA  94105 | $  22500.00 | $  22500.00 |

# Attachment Form 640

(Attachment to Form 635 or Form 645)

CALIFORNIA
1993 FORM

**640**

8/13

PERIOD COVERED: 04/01/2019 -- 06/30/2019

NAME OF FILER: UP FROM THE ASHES

---

**For Use By:** A state or local government agency that qualifies as a lobbyist employer or a $5,000 filer. Refer to the instructions on the cover page before completing this attachment.

**Other Payments to Influence Legislative or Administrative Action:**

| | | |
|---|---|---|
| 1. | Total payments for overhead expenses related to lobbying activity. Report as a lump sum. | $ 0.00 |
| 2. | Total payments to Lobbying Coalitions. Report as a lump sum. (Form 630 must be attached) | $ 0.00 |
| 3. | Total payments of less than $250 during the calendar quarter for lobbying activity (excluding overhead). Report as a lump sum. | $ 0.00 |
| 4. | Total payments of more than $250 during the calendar quarter for lobbying activity (excluding overhead). Such payments must be itemized below. | $ 70441.47 |
| 5. | Grand total of "Other Payments to Influence Legislative or Administrative Action." Also enter this total on the appropriate line of the Summary of Payments section on Page 1 of Form 635 or Form 645. | $ 70441.47 |

Itemize below payments of $250 or more made during the quarter for lobbying activity. Provide the name and address of the payee, the amount paid during the quarter, and the cumulative amount paid to the payee since January 1 of the biennial legislative session covered by the report.

Also itemize dues or similar payments of $250 or more made to an organization that makes expenditures equal to 10% of its total expenditures or $15,000 or more in a calendar quarter to influence legislative or administrative action. Provide the organization's name and address, the amount paid to the organization during the quarter, and the cumulative amount paid to the organization since January 1 of the biennial legislative session covered by the report.

| Name & Address of Payee | Amount This Quarter | Cumulative Amount Since January 1 |
|---|---|---|
| [A] - McNally Temple Associates,Inc.<br><br><br>Sacramento CA 95811<br>Reference No: 22 | $ 70441.47 | $ 72808.47 |
| | $ | $ |
| | $ | $ |
| Subtotal of all payments itemized above | $ 70441.47 | |

☐ If more space is needed, check box and attach continuation sheets.

CAL2PDF Version3.8

# TEXT ANNOTATION

**Schedule**    S635-C          **Reference No:**   2

**Schedule**    S635-C          **Reference No:**   3

**Schedule**    S635-C          **Reference No:**   4

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 5

**Schedule**   S635-C                    **Reference No:**   5

**PAGE** 5

**Schedule**   S635-C                    **Reference No:**   6

**PAGE** 5

**Schedule**   S635-C                    **Reference No:**   7

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 6

**Schedule**   S635-C                    **Reference No:**   8

## PAGE 6

**Schedule**   S635-C                    **Reference No:**   9

## PAGE 6

**Schedule**   S635-C                    **Reference No:**   10

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 6

**Schedule**   S635-C                    **Reference No:**   11

**PAGE** 6

**Schedule**   S635-C                    **Reference No:**   12

**PAGE** 6

**Schedule**   S635-C                    **Reference No:**   13

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 6

**Schedule**  S635-C    **Reference No:**  14

## PAGE 7

**Schedule**  S635-C    **Reference No:**  15

## PAGE 8

**Schedule**  S640    **Reference No:**  22

CAL2PDF Version3.8

☐ **REPORT OF LOBBYIST EMPLOYER**

(Government Code Section 86116)

**or**

☒ **REPORT OF LOBBYING COALITION**

(2 Cal. Code of Regs. Section 18616.4)

**FORM 635**
1993

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

**REPORT COVERS PERIOD FROM** 01/01/2019 **THROUGH** 03/31/2019

**CUMULATIVE PERIOD BEGINNING** 01/01/2019

| FOR OFFICIAL USE ONLY |
|---|
| A |
| B |

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

NAME OF FILER:

UP FROM THE ASHES

| BUSINESS ADDRESS: (Number and Street) | (City) SAN FRANCIS-CO | (State) CA | (Zip Code) 94108 | TELEPHONE NUMBER: |
|---|---|---|---|---|

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

California Legislature and Office of the Governor regarding: Wild Fire Safety,Wildfire Safety Funding,CPUC Reform,Issues dealing with - Utilities Safety and reform.

☐ If more space is needed, check box and attach continuation sheets.

## SUMMARY OF PAYMENTS THIS PERIOD

| | | |
|---|---|---|
| A. Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) | $ | 0.00 |
| B. Total Payments to Lobbying Firms (Part III, Section B, Column 4) | $ | 26000.00 |
| C. Total Activity Expenses (Part III, Section C) | $ | 0.00 |
| D. Total Other Payments to Influence (Part III, Section D) | $ | 2367.00 |
| GRAND TOTAL (A + B + C + D above) | $ | 28367.00 |
| E. Total Payments in Connection with PUC Activities (Part III, Section E) | $ | 0.00 |

F. Campaign Contributions: ☐ Part IV completed and attached ☒ No campaign contributions made this period

## VERIFICATION

**I have used all reasonable diligence in preparing this Report. I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.**

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

| Executed on (Date) 04/18/2019 | At (City and State) Burlingame | By (Signature of Employer or Responsible Officer) Frank Pitre |
|---|---|---|
| Name of Employer or Responsible Officer (Type or Print) Frank Pitre | | Title Officer / Board of Directors |

CAL2PDF Version3.8

PERIOD COVERED: _____01/01/2019_____03/31/2019_____

NAME OF FILER: __UP FROM THE ASHES__

---

**PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT** (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
| | |
| | |
| | |
| | |
| | |

☐ If more space is needed, check box and attach continuation sheets.

---

**PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES**

| **A. PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS**<br>(See instructions on reverse. Also enter the Amount This Period<br>(Column 1) on Line A of the Summary of Payments section on page 1.) | (1)<br>Amount This<br>Period | (2)<br>Cumulative Total<br>To Date |
|---|---|---|
| | $ 0.00 | $ 0.00 |

**B. PAYMENTS TO LOBBYING FIRMS** (Including Individual Contract Lobbyists)

| Name and Address of Lobbying<br>Firm/Independent Contractor | (1)<br>Fees &<br>Retainers | (2)<br>Reimbursements<br>of Expenses | (3)<br>Advances or<br>Other Payments<br>(attach explanation) | (4)<br>Total<br>This Period | (5)<br>Cumulative<br>Total to Date |
|---|---|---|---|---|---|
| McCallum Group,Inc.<br><br>Sacramento, CA 95814 | 26000.00 | 0.00 | 0.00 | 26000.00 | 26000.00 |
| | | | | | |
| | | | | | |
| | | | | | |

| ☐ If more space is needed, check box and attach continuation sheets | **TOTAL THIS PERIOD** (Column 4)<br>Also enter the total of Column 4 on Line B of the<br>Summary of Payments section on page 1. | $ 26000.00 |
|---|---|---|

Case: 19-30088   Doc# 10715-3   Filed: 05/26/21   Entered: 05/26/21 10:47:22   Page 62 of 69

PERIOD COVERED: ___01/01/2019_____03/31/2019_____

NAME OF FILER: ___UP FROM THE ASHES_____

## C. ACTIVITY EXPENSES  (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|------|---------------------------|---------------------------------------------------------|--|------------------------------|--------------------------|
| | | | $ | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1.  $ 0.00

## D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION

☒ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.)    $ ___0.00___

$ ___2367.00___

2. OTHER PAYMENTS

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1.    $ 2367.00

## E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION  Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.)    $ 0.00

PERIOD COVERED: 01/01/2019        03/31/2019

NAME OF FILER: UP FROM THE ASHES

---

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE**   (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of <u>state</u> candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

   A.  If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which
Has Filed A Campaign Disclosure Statement:

Identification Number if
Recipient Committee: _____

   B.  Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|------|-------------------|--------------------------|--------|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

☐  If more space is needed, check box and attach continuation sheets.

NOTE:   Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.

# ATTACHMENT FORM 635-C
## PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___01/01/2019___ Through ___03/31/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Bridgford,Gleason & Artinian <br><br> Newport Beach  CA  92660 | $ 0.00 | $ 0.00 |
| Abbey,Weitzenber,Warren & Emery PC <br><br> Santa Rosa  CA  95401 | $ 0.00 | $ 0.00 |
| Levin Simes Abrams LLP <br><br> San Francisco  CA  94111 | $ 0.00 | $ 0.00 |
| Franz Law Group <br><br> San Francisco  CA  94105 <br> Reference No: 4 | $ 0.00 | $ 0.00 |
| Sieglock Law <br><br> Del Mar  CA  92014 <br> Reference No: 5 | $ 0.00 | $ 0.00 |
| Law Offices of Robert W. Jackson <br><br> Fallbrook  CA  92028 | $ 0.00 | $ 0.00 |
| Angela Jae Chun <br><br> San Diego  CA  92101 | $ 0.00 | $ 0.00 |

(8/95)

CAL2PDF Version3.8

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___01/01/2019___ Through ___03/31/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| California Fire Lawyers<br><br>Solana Beach  CA  92075 | $ 7500.00 | $ 7500.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660 | $ 0.00 | $ 0.00 |
| Corey,Luzaich,de Ghetaldi & Riddle LLP<br><br>Millbrae  CA  94030 | $ 0.00 | $ 0.00 |
| Dryer Babich Buccola Wood Campora,LLP<br><br>Sacramento  CA  95826 | $ 0.00 | $ 0.00 |
| Lieff Cabraser Heimann & Bernstein<br><br>San Francisco  CA  94111 | $ 0.00 | $ 0.00 |
| Panish,Shea and Boyle LLP<br><br>Los Angeles  CA  90025 | $ 0.00 | $ 0.00 |
| Robins Cloud LLP<br><br>Santa Monica  CA  90401 | $ 0.00 | $ 0.00 |

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___01/01/2019___   Through ___03/31/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| McNicholas & McNicholas LLP<br><br>Los Angeles  CA  90024 | $ 0.00 | $ 0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660 | $ 0.00 | $ 0.00 |
| Skikos Crawford<br><br>San Francisco  CA  94104 | $ 0.00 | $ 0.00 |
| Cotchett Pitre & McCarthy LLP<br><br>Burlingame  CA  94010 | $ 0.00 | $ 0.00 |
| Walkup,Melodia,Kelly & Schoenberger<br><br>San Francisco  CA  94108 | $ 0.00 | $ 0.00 |
| Watts Guerra<br><br>San Antonio  TX  78257 | $ 0.00 | $ 0.00 |

# Attachment Form 640

(Attachment to Form 635 or Form 645)

PERIOD COVERED: 01/01/2019 -- 03/31/2019

NAME OF FILER: UP FROM THE ASHES

**For Use By:** A state or local government agency that qualifies as a lobbyist employer or a $5,000 filer. Refer to the instructions on the cover page before completing this attachment.

**Other Payments to Influence Legislative or Administrative Action:**

| | | | |
|---|---|---|---|
| 1. | Total payments for overhead expenses related to lobbying activity. Report as a lump sum. | $ | 0.00 |
| 2. | Total payments to Lobbying Coalitions. Report as a lump sum. (Form 630 must be attached) | $ | 0.00 |
| 3. | Total payments of less than $250 during the calendar quarter for lobbying activity (excluding overhead). Report as a lump sum. | $ | 0.00 |
| 4. | Total payments of more than $250 during the calendar quarter for lobbying activity (excluding overhead). Such payments must be itemized below. | $ | 2367.00 |
| 5. | Grand total of "Other Payments to Influence Legislative or Administrative Action." Also enter this total on the appropriate line of the Summary of Payments section on Page 1 of Form 635 or Form 645. | $ | 2367.00 |

Itemize below payments of $250 or more made during the quarter for lobbying activity. Provide the name and address of the payee, the amount paid during the quarter, and the cumulative amount paid to the payee since January 1 of the biennial legislative session covered by the report.

Also itemize dues or similar payments of $250 or more made to an organization that makes expenditures equal to 10% of its total expenditures or $15,000 or more in a calendar quarter to influence legislative or administrative action. Provide the organization's name and address, the amount paid to the organization during the quarter, and the cumulative amount paid to the organization since January 1 of the biennial legislative session covered by the report.

| Name & Address of Payee | Amount This Quarter | Cumulative Amount Since January 1 |
|---|---|---|
| [A] - McNally Temple Associates,Inc.<br><br>Sacramento  CA  95811 | $  2367.00 | $  2367.00 |
| | $ | $ |
| | $ | $ |
| Subtotal of all payments itemized above | $  2367.00 | |

☐ If more space is needed, check box and attach continuation sheets.

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 5

**Schedule**   S635-C                    **Reference No:**   4

**PAGE** 5

**Schedule**   S635-C                    **Reference No:**   5

CAL2PDF Version3.8