Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on May 26, 2021 at 10:00 AM was filed on May 27, 2021. The following deadlines apply:

The parties have until Thursday, June 3, 2021 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, June 17, 2021.

If a request for redaction is filed, the redacted transcript is due Monday, June 28, 2021.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, August 25, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb  
Attn: Jason Gottlieb, Dir. of Tran. Ops.  
7227 N 16th St. #207  
Phoenix, AZ 85020  

or you may view the document at the clerk's office public terminal.

Dated: <u>6/1/21</u>         For the Court:

   Edward J. Emmons  
   Clerk of Court  
   United States Bankruptcy Court