# Notice Recipients

| District/Off: 0971–3 | User: admin | Date Created: 5/27/2021 |
|---|---|---|
| Case: 19–30088 | Form ID: TRANSC | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Hugh M. McDonald

                                                                                                                                                                                        TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty      Theodore Tsekerides      Weil, Gotshal & Manges LLP      767 Fifth Avenue      New York, NY 10153

                                                                                                                                                                                         TOTAL: 1