WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION REGARDING SCHEDULING WITH RESPECT TO THE REORGANIZED DEBTORS' OBJECTION TO CONSOLIDATED EDISON DEVELOPMENT, INC.'S AMENDED CURE PAYMENT CLAIM DEMAND**<br><br>**Related Docket Nos.: 10613** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**WHEREAS**, on January 29, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**" and, together with PG&E Cop., the "**Debtors**" or "**Reorganized Debtors**", as applicable), commenced with the Court voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Docket No. 8048] (the "**Plan**") was confirmed by Order of the Court dated June 20, 2020 [Docket No. 8053] (the "**Confirmation Order**"). The Plan became effective on July 1, 2020.

**WHEREAS**, on or about March 30, 2021, Consolidated Edison Development, Inc., on behalf of itself and certain of its affiliates (collectively, "**Con Ed**" and, together with the Reorganized Debtors, the "**Parties**") submitted to the Reorganized Debtors that certain *Amended Cure Payment Claim Demand* (the "**Demand**") asserting certain amounts owed as Cure Amounts in connection with the assumption of certain power purchase agreements and interconnection agreements between Con Ed and the Debtors.

**WHEREAS**, on May 3, 2021, the Reorganized Debtors filed with the Court an objection to the Demand [Docket No. 10613] (the "**Objection**"). The Objection was set by the Reorganized Debtors for hearing before the Court on June 15, 2021.

**WHEREAS**, the Reorganized Debtors and Con Ed have agreed to brief the discrete legal issue relating to the Reorganized Debtors' objection that the Bankruptcy Code's prohibition on ipso facto clauses bars Con Ed from recovery on the Demand (the "**Ipso Facto Objection**"), as set forth in this Stipulation.

**NOW, THEREFORE,** the Parties hereby stipulate and agree as follows, subject to approval of the Bankruptcy Court.

1. The June 15, 2021 hearing is taken off calendar.

2. The Reorganized Debtors' opening brief on the Ipso Facto Objection is due on June 18, 2021.

3. Con Ed's responsive brief on the Ipso Facto Objection is due on July 16, 2021.

4. The Reorganized Debtors' reply brief on the Ipso Facto Objection is due on July 30, 2021.

5. A hearing on the Ipso Facto Objection will be held on August 10, 2021 at 11:00 a.m.

(Prevailing Pacific Time).

6. Nothing herein shall be construed as a waiver by the Debtors, the Reorganized Debtors, or Con Ed of any claims, defenses, or arguments that are the subject of the Objection or the Demand.

[*Remainder of page intentionally left blank*]

Dated: May 27, 2021

WEIL, GOTSHAL & MANGES LLP

*/s/ Theodore E. Tsekerides*
Theodore E. Tsekerides

*Attorneys for the Debtors and Reorganized Debtors*

Dated: May 27, 2021

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Hugh M. McDonald*
Hugh M. McDonald

*Attorneys for Consolidated Edison Development, Inc.*

****END OF STIPULATION****