PORTER LAW GROUP, INC.
William L. Porter [133968]
Hannah C. Kreuser [322959]
11335 Gold Express Drive, Suite 100
Gold River, California 95670
Telephone: 916-381-7868
Facsimile: 916-381-7880

Attorneys for Creditor
HANGTOWN ELECTRIC, INC. dba
MR. ELECTRIC OF RANCHO CORDOVA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>---<br>○ Affects PG&E Corporation<br>○ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br>19-30089 (DM)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**REQUEST FOR REMOVAL FROM SERVICE LIST** |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney and Porter Law Group, Inc., hereby request to be removed from Debtors' and the Clerk of this Court's Service List, and further

requests removal of the undersigned counsel and its address from any mailing matrix in the above-captioned case:

Porter Law Group, Inc.<br>
Attn: Hannah Kreuser<br>
11335 Gold Express Drive, Suite 100<br>
Gold River, California 95670<br>
Telephone: (916) 381-7868<br>
Facsimile: (916) 381-7880<br>
Email: hkreuser@porterlaw.com<br>
ooberg@porterlaw.com

This request is intended, without limitation, to constitute a request for removal from all service lists, including but not limited to (1) CM/ECF notification in the case; (2) court-designated services as set forth in the Bankruptcy Rules; and (3) the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

Dated: May 20, 2021                      **PORTER LAW GROUP, INC.**

                                             By: /s/ Hannah C. Kreuser
                                                     Hannah C. Kreuser
                                                     Attorneys for
                                                     HANGTOWN ELECTRIC, INC.
                                                     dba MR. ELECTRIC OF RANCHO CORDOVA