PORTER LAW GROUP, INC.
William L. Porter [133968]
Hannah C. Kreuser [322959]
11335 Gold Express Drive, Suite 100
Gold River, California 95670
Telephone: 916-381-7868
Facsimile: 916-381-7880

Attorneys for Creditor
PRECISION CRANE SERVICE, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>---<br><br>o   Affects PG&E Corporation<br><br>o   Affects Pacific Gas and Electric Company<br><br>X   Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088(DM)* | Case Nos.    19-30088 (DM)<br>                    19-30089 (DM)<br><br>Chapter 11<br>(Jointly Administered)<br><br>**REQUEST FOR REMOVAL FROM SERVICE LIST** |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney and Porter Law Group, Inc., hereby request to be removed from Debtors' and the Clerk of this Court's Service List, and further

1

Case: 19-30088    Doc# 10724    Filed: 05/27/21    Entered: 05/27/21 15:42:39    Page 1 of 2

requests removal of the undersigned counsel and its address from any mailing matrix in the above-captioned case:

Porter Law Group, Inc.
Attn: Hannah Kreuser
11335 Gold Express Drive, Suite 100
Gold River, California 95670
Telephone: (916) 381-7868
Facsimile: (916) 381-7880
Email: hkreuser@porterlaw.com
ooberg@porterlaw.com

This request is intended, without limitation, to constitute a request for removal from all service lists, including but not limited to (1) CM/ECF notification in the case; (2) court-designated services as set forth in the Bankruptcy Rules; and (3) the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

Dated: May 20, 2021　　　　　　　　　　　　　**PORTER LAW GROUP, INC.**

　　　　　　　　　　　　　　　　　　　　By: /s/ Hannah C. Kreuser
　　　　　　　　　　　　　　　　　　　　Hannah C. Kreuser
　　　　　　　　　　　　　　　　　　　　Attorneys for
　　　　　　　　　　　　　　　　　　　　PRECISION CRANE SERVICE, INC.