UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br>                    Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew Chan, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On May 27, 2021, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 27 day of May 2021, at New York, NY.

*/s/ Andrew Chan*
Andrew Chan

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 10437 | Tuscan Ridge Associates, LLC<br>Downey Brand LLP<br>Attn: R. Dale Ginter<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 | Fulcrum Credit Partners LLC<br>Attn: Shelby Zawel<br>111 Congress Avenue, Suite 2550<br>Austin, TX 78701-4044 | April 30, 2021 |