1  TROUTMAN PEPPER HAMILTON SANDERS LLP
   Jared D. Bissell (SBN 272687)
2  11682 El Camino Real
   Suite 400
3  San Diego, CA 92130-2092
   Telephone:   858.509.6000
4  Facsimile:   858.509.6040

5  *-and-*

6  TROUTMAN PEPPER HAMILTON SANDERS LLP
   Harris B. Winsberg (admitted *pro hac vice*)
7  Matthew G. Roberts (admitted *pro hac vice*)
   Bank of America Plaza
8  600 Peachtree Street NE
   Suite 3000
9  Atlanta, GA 30308-2216
   Telephone:   404.885.3000
10 Facsimile:   404.885.3900

11

12 *Attorneys for Southern Power Company & Osmose Utilities Services, Inc.*

13              UNITED STATES BANKRUPTCY COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  PG&E Corporation | Case No. 19-30088 |
| 18  -and- | Chapter 11 |
| 19  Pacific Gas & Electric Company, | (Lead Case) |
| 20            Debtors. | (Jointly Administered) |
| 21  ☐ Affects PG&E Corporation | **NOTICE OF CHANGE IN COUNSEL** |
| 22  ☐ Affects Pacific Gas & Electric Company | |
| 23  ☒ Affects both Debtors | |
| 24  *All papers shall be filed in the Lead Case, No. 19-30088 | |

27              TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:

28

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

**PLEASE TAKE NOTICE THAT** Matthew G. Roberts of Troutman Pepper Hamilton Sanders LLP ("**Troutman**") hereby withdraws as attorney of record for Southern Power Company[1] ("**Southern**") and Osmose Utilities Services, Inc. ("**Osmose**") and requests that he be removed from the noticing list for the above-referenced cases.

**PLEASE TAKE FURTHER NOTICE** that Harris B. Winsberg and Jared D. Bissell of Troutman will remain as lead and local counsel of record, respectively, for Southern and Osmose.

Dated: May 28, 2021

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ *Jared D. Bissell*
Jared D. Bissell (SBN 272687)
TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 El Camino Real
Suite 400
San Diego, CA 92130-2092
Telephone: 858.509.6000
Facsimile: 858.509.6040
jared.bissell@troutman.com

-and-

Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900
harris.winsberg@troutman.com
matthew.roberts2@troutman.com

*Attorneys for Southern Power Company & Osmose Utilities Services, Inc.*

---

[1] Along with certain of its affiliates, including: Morelos Solar, LLC; Blackwell Solar, LLC; Lost Hills Solar, LLC, North Star Solar, LLC; Parrey, LLC; Adobe Solar, LLC; and RE Tranquillity LLC.