

Signed and Filed: May 28, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>               **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION REGARDING SCHEDULING WITH RESPECT TO THE REORGANIZED DEBTORS' OBJECTION TO CONSOLIDATED EDISON DEVELOPMENT, INC.'S AMENDED CURE PAYMENT CLAIM DEMAND**<br><br>**Related Docket Nos.: 10613 and 10721** |

The Court having considered the *Stipulation Regarding Scheduling with Respect to the Reorganized Debtors' Objection to Consolidated Edison Development, Inc.'s Amended Cure Payment Claim Demand* (the "**Stipulation**"), dated May 27, 2021, between PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**" and, together with PG&E Corp., the "**Debtors**" or "**Reorganized Debtors**") and Consolidated Edison Development, Inc. ("**Con Ed**"); and a status conference having been held before the Bankruptcy Court on May, 26, 2021 (the "**Status Conference**"); and as set forth on the record at the Status Conference; and in accordance with the Stipulation and the agreement of the Parties; and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulation is hereby approved.

2. The Bankruptcy Court retains jurisdiction to resolve any disputes or controversies arising from the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: May 27, 2021

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Hugh M. McDonald*
Hugh M. McDonald

*Attorneys for Consolidated Edison Development, Inc.*

****END OF ORDER****