Douglas S. Crosno, Esq.
Hogan Lovells US LLP
555 13th Street, NW
Washington, DC 20004

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E CORPORATION,
   -and-
PACIFIC GAS AND ELECTRIC COMPANY,

                             Debtor(s).

Case No. 19-30088 (DM)
Chapter 11

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Douglas S. Crosno__, an active member in good standing of the bar of __District of Columbia Court of Appeals__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Great Lakes Reinsurance (UK) SE__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Christopher J. Cox, Esq. and Tej Singh
Hogan Lovells US LLP
4085 Campbell Avenue, Menlo Park, CA 94025, 650-463-4000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2021