Douglas S. Crosno, Esq
Hogan Lovells US LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-6885

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re PG&E Corporation,
-and-
Pacific Gas and Electric Company,
Debtor(s).

Case No. 19-30088

Chapter 11

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Douglas S. Crosno, whose business address and telephone number is Hogan Lovells US LLP, 555 13th Street, Washington, DC 20004, (202) 637-6885

and who is an active member in good standing of the bar of District of Columbia Court of Appeals having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Great Lakes Reinsurance (UK) SE

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**