# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Joseph Ledwin, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on William B. Abrams, 1519 Branch Owl Place, Santa Rosa, CA 95409 and Kenneth Roy Viney, 2425 Soda Canyon Road, Napa, CA 94558.

- Order Denying Motion by William B. Abrams and Request by Kenneth Roy Viney [Docket No. 10738]

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 3rd day of June 2021, at New York, NY.

*/s/ Joseph Ledwin*
Joseph Ledwin