**Entered on Docket**
**June 04, 2021**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Theodore E. Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (650) 636-9251 | Signed and Filed: June 4, 2021<br><br>_____<br>**DENNIS MONTALI**<br>**U.S. Bankruptcy Judge** |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION MODIFYING PLAN INJUNCTION (JUAN M. PEREZ)**<br><br>[Related to Dkt. No. 10740] |

The Court having considered the *Stipulation Modifying Plan Injunction (Juan M. Perez)*, dated  June 2 , 2021 [Dkt. No.  10740 ] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), and Juan M. Perez ("**Perez**"); and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Plan Injunction shall be modified solely to permit the Court of Appeal to issue its Decision in the Perez Appeal, and to communicate such Decision to the Superior Court, as consistent with its ordinary procedures.

3. Perez shall remain enjoined from continuing the State Court Action in any manner, directly or indirectly.

4. Perez shall remain enjoined from making any motion for rehearing or similar motion before the Court of Appeal, or pursuing any appeal of the Decision to the Supreme Court of California, or from engaging in any further proceedings with respect to the State Court Action, the Perez Appeal, or any related action.

5. The Stipulation is binding on the Parties and each of their successors in interest.

6. The Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter thereof.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

7. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

APPROVED AS TO FORM AND CONTENT:

Dated: June 2 , 2021

THE GILLEON LAW FIRM

 /s/ James C. Mitchell
 James C. Mitchell