**Signed and Filed: June 7, 2021**

Douglas S. Crosno, Esq
Hogan Lovells US LLP
555 13th Street, NW
Washington, DC 20004
(202) 637-6885

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E Corporation, )
  -and- )
Pacific Gas and Electric Company, )
_____ Debtor(s). )

Case No. 19-30088

Chapter 11

## ORDER GRANTING APPLICATION FOR ADMISSION OF
## ATTORNEY *PRO HAC VICE*

Douglas S. Crosno , whose business address and telephone number is

Hogan Lovells US LLP, 555 13th Street, Washington, DC 20004, (202) 637-6885

and who is an active member in good standing of the bar of District of Columbia Court of Appeals

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Great Lakes Reinsurance (UK) SE

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the represented party. All future filings in this action are subject to the

Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States

Bankruptcy Court for the Northern District of California.

**END OF ORDER**