Dear Judge Montali —

Is there nothing you can do en re o the FVT? They've missed all of their own deadlines, & they've spent millions f dollars more on themselves than they've aid out to the <u>VICTIMS</u>.

Sir, I have friends who are in heir 80s & 90s, who aren't in the best f health, it would be unconcionable these people were to pass before eing paid. That would make them ictims two times!

Sir, we implore you to oversee the mishandling of the Trust's fiduciary responsibilities.

Sincerely, and respectfully,

Dora Johnson
6144 Singing Pines Way
Paradise, CA

Case: 19-30088    Doc# 10756    Filed: 06/07/21    Entered: 06/08/21 12:04:30    Page 1 of 3



Dora M Johnson
P O Box 3314
Paso Robles, CA 93447

SANTA BARBARA CA 931
RECEIVED
JUN -7 2021 BG
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Judge Dennis Montali
450 Golden Gate Ave, 16 Flr
San Francisco CA 94102