1  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
2  (tkeller@kbkllp.com)
   Peter J. Benvenutti (#60566)
3  (pbenvenutti@kbkllp.com)
   Jane Kim (#298192)
4  (jkim@kbkllp.com)
   650 California Street, Suite 1900
5  San Francisco, CA 94108
   Tel: 415 496 6723
6  Fax: 650 636 9251

7
   *Attorneys for Debtors and Reorganized Debtors*
8

9                    **UNITED STATES BANKRUPTCY COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
10                        **SAN FRANCISCO DIVISION**

11

12 | **In re:** | Bankruptcy Case No. 19-30088 (DM) |

13 | **PG&E CORPORATION,** | Chapter 11 |

14 |     - and - | (Lead Case) (Jointly Administered) |

15 | **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON STATUS AND RESOLUTION OF**

16 |     **Debtors.** | **OMNIBUS OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS**

17 | ☐ Affects PG&E Corporation | **[Re: Docket Nos. 9466 and 10537]** |
   | ☐ Affects Pacific Gas and Electric Company |
18 | ☒ Affects both Debtors | **Regarding Objections Set for Hearing**

19 | *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **June 15, 2021, at 10:00 a.m. (Pacific Time)**

20

21

22

23

24

25

26

27

28

## REPORT ON RESOLUTION OF CERTAIN CLAIMS

In advance of the June 15, 2021, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status and resolution of certain Claims in the following omnibus claims objections:

| Docket No. | Omnibus Objection |
|---|---|
| 9466 | *Reorganized Debtors' Forty-Fifth Omnibus Objection to Claims (Reduced and Allowed Claims)* (the "**Forty-Fifth Omnibus Objection**") |
| 10537 | *Reorganized Debtors' Seventy-Sixth Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Seventy-Sixth Omnibus Objection**") |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Forty-Fifth Omnibus Objection** | | | |
| 9619 | Shou Kun Huang and Henry Huang | 7920 | The Forty-Fifth Omnibus Objection is WITHDRAWN with respect to this Claim. It will be allowed as filed. |
| **Seventy-Sixth Omnibus Objection** | | | |
| Informal | Willie and Ora Green | 80673 | The Reorganized Debtors will seek to resolve the Claim through the Court-approved ADR procedures, and request that the hearing on the Claim be taken off calendar and continued indefinitely in the interim. |
| Informal | Juli Ward | 80878 | The Reorganized Debtors will seek to resolve the Claim through the Court-approved ADR procedures, and request that the hearing on the Claim be taken off calendar and continued indefinitely in the interim. |

## DECLARATION REGARDING STATUS AND RESOLUTION OF CLAIMS

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors.

2.      The foregoing status and resolution of certain Claims is true and correct to the best of my knowledge, information, and belief.

3.      This declaration was executed in Sunnyvale, California.

Dated: June 8, 2021                                    **KELLER BENVENUTTI KIM LLP**

By:  /s/ *Thomas B. Rupp*
     Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*