# United States Bankruptcy Court for the Northern District of California

**Fill in this information to identify the debtor**

○ PG&E Corporation (Case No. 19-30088)

◉ Pacific Gas and Electric Company (Case No. 19-30089)

# Claim Withdrawal Form

## Part 1: Identify the Claim

**Creditor Name and Address:**
Name: HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company; HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limite
Address: c/o Binder & Malter, LLP, 2775 Park Ave.
City: Santa Clara  State: CA  Zip Code: 95050

**Claim Number (if known):** 63715

**Date Claim Filed:** 10/17/2019 (mm/dd/yyyy)

**Total Amount of Claim Filed:** $ Unliquidated

## Part 2: Sign Below

**The person completing this form must sign and date it.**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Executed on date: 6/8/2021 (mm/dd/yyyy)

Signature: _____
Print Name: Robert G. Harris
Title (if applicable): Attorney for Creditor

## DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

---

**Completed claim withdrawal forms can be sent to the following address:**

**PG&E Corporation Claims Processing Center**
**c/o Prime Clerk LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

**Or by email to:**

**pgeinfo@primeclerk.com**