# United States Bankruptcy Court for the Northern District of California

**Fill in this information to identify the debtor**

○ PG&E Corporation (Case No. 19-30088)

◉ Pacific Gas and Electric Company (Case No. 19-30089)

# Claim Withdrawal Form

## Part 1: Identify the Claim

| | |
|---|---|
| **Creditor Name and Address:** | HUDSON SKYPORT PLAZA, LLC, a Delaware limited liability company; HUDSON SKYPORT PLAZA LAND, LLC, a Delaware limite<br>Name<br>c/o Binder & Malter, LLP, 2775 Park Ave.<br>Address<br>Santa Clara                    CA                    95050<br>City                    State                    Zip Code |
| **Claim Number (if known):** | 66997 / 354-1 |
| **Date Claim Filed:** | 10/18/2019<br>(mm/dd/yyyy) |
| **Total Amount of Claim Filed:** | $ Unliquidated |

## Part 2: Sign Below

| | |
|---|---|
| **The person completing this form must sign and date it.** | I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.<br><br>Executed on date  6/8/2021<br>(mm/dd/yyyy)<br><br>/s/ Robert G. Harris<br>Signature<br>Robert G. Harris<br>Print Name<br>Attorney for Creditor<br>Title (if applicable) |

### DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

---

Completed claim withdrawal forms can be sent to the following address:

**PG&E Corporation Claims Processing Center**
**c/o Prime Clerk LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

Or by email to:

**pgeinfo@primeclerk.com**