**Entered on Docket**
**June 10, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



WEIL, GOTSHAL & MANGES LLP
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

Signed and Filed: June 10, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

    - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

                    Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION MODIFYING PLAN INJUNCTION; GRANTING RELATED RELIEF [Montellano]**

[Related to Docket No. 10762]

The Court having considered the *Stipulation Modifying Plan Injunction; Granting Related Relief [Montellano]*, dated June 8, 2021 [Dkt. No. 10762] (the "**Stipulation**"),[1] entered into between PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Max M. Montellano and Cheryl Montellano ("**Claimants**"), on the other hand, by and through their respective counsel, and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Utility Proof of Claim was timely filed.

3. The Plan Injunction is modified solely to permit Claimants to liquidate the Utility Proof of Claim by prosecuting the State Court Action against the Utility through final judgment and any appeals thereof, but not to permit enforcement of any such judgment, which judgment, if any, shall be recoverable solely as a General Unsecured Claim in accordance with the Plan and through the claims reconciliation process in these Chapter 11 Cases.

4. Claimants shall promptly dismiss the State Court Action as to Utility's employee Roben with prejudice, and shall not sue any other individual employees or former employees of either Reorganized Debtor or any affiliated corporate defendant, in the State Court Action or in any other action or proceeding, on any of the claims alleged in the State Court Action or the Utility Proof of Claim, or on any other claims based on or arising from the same or materially the same common nucleus of facts, events, and circumstances alleged in the State Court Action or the Utility Proof of Claim.

5. The Stipulation shall be deemed an objection by the Reorganized Debtors to the Utility Proof of Claim, and the Utility Proof of Claim shall be considered a Disputed Claim. The

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Utility Proof of Claim shall be deemed an Allowed Claim on the earlier of (a) the date on which the Utility Proof of Claim becomes an Allowed Claim pursuant to written agreement between the Claimants and the Reorganized Debtors, or (b) as provided in a final judgment in the State Court Action, sixty (60) days after either Party files notice in this Court certifying accurately that a judgment liquidating the underlying claim has been entered in the State Court Action and all appeals from such judgment have been concluded or the time to appeal has expired, provided that if, as permitted by paragraph 6(a) hereof, the Reorganized Debtors further object to the Utility Proof of Claim on any specific grounds not precluded by a final judgment in the State Court Action, the Utility Proof of Claim shall remain Disputed and shall not be Allowed without further Order of this Court.

6. Nothing herein shall be construed to be:

    a. a waiver by the Debtors or the Reorganized Debtors, as applicable, or any other party in interest of any right to object to the Utility Proof of Claim on any grounds not precluded by paragraph 2 of this order or by a final judgment in the State Court Action, or

    b. a waiver by any party of any claim or defense in the State Court Action other than as provided in paragraph 4 above or paragraph 7 below.

7. For purposes of conduct of the State Court Action, the Parties through their counsel may enter into other stipulations in or with regard to the State Court Action, including without limitation stipulations relating to discovery matters, motion practice, the form or presentation of evidence, or the conduct of the trial. Such stipulations shall be enforceable by the State Court (not this Court) in accordance with statutes, rules and procedures applicable to the State Court Action.

8. The Stipulation is binding on the Parties and each of their successors in interest.

9. The Stipulation constitutes the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter thereof.

10. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order, except as otherwise provided in paragraph 7 above.

*** END OF ORDER ***

Approved:

| | |
|---|---|
| Dated: June 8, 2021 | Dated: June 8, 2021 |
| KELLER BENVENUTTI KIM LLP | FARMER & READY |
| */s/ Peter J. Benvenutti* | */s/ Paul F. Ready* |
| Peter J. Benvenutti<br>*Attorneys for Debtors and Reorganized Debtors* | Paul F. Ready<br>*Attorneys for Claimants Max M. Montellano and Cheryl Montellano* |
| Dated: June 8, 2021 | Dated: June 8, 2021 |
| GOUGH & HANCOCK | ERNST LAW GROUP |
| */s/ Gayle Gough* | */s/ Nigel Whitehead* |
| Gayle Gough<br>*Attorneys for the Utility and Michael John Roben in State Court Action* | Nigel Whitehead<br>*Attorneys for Claimants Max M. Montellano and Cheryl Montellano in State Court Action* |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119