EVAN C. BORGES, State Bar No. 128706
 *EBorges@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

SARAH KELLY-KILGORE, State Bar No. 284571
 *SKellyKilgore@GGTrialLaw.com*
GREENBERG GROSS LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 334-7000
Facsimile: (213) 334-7001

Attorneys for Interested Party John K. Trotter,
Trustee of the PG&E Fire Victim Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 19-30088 |
| PG&E CORPORATION, | Chapter 11 |
| Debtors. | **REQUEST FOR NOTICE** |
| | Hon. Dennis Montali |

The undersigned hereby requests notice of these proceedings be sent to:

Sarah Kelly-Kilgore
GREENBERG GROSS LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 334-7000
Facsimile: (213) 334-7001
Email: *SKellyKilgore@GGTrialLaw.com*

| | |
|---|---|
| DATED: June 11, 2021 | Respectfully submitted, |
| | GREENBERG GROSS LLP |
| | By: _____<br>Sarah Kelly-Kilgore<br>Attorneys for Interested Party John K. Trotter, Trustee of the PG&E Fire Victim Trust |