CRAVATH, SWAINE & MOORE LLP
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** Debtors. | **EX PARTE MOTION OF REORGANIZED DEBTORS FOR LEAVE TO FILE REPLY IN SUPPORT OF REORGANIZED DEBTORS' FURTHER OBJECTION TO CLAIMS 80033 AND 80500** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | [No Hearing Requested] |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Reorganized Debtors**" or "**PG&E**") in the above-captioned chapter 11 cases, hereby submit this *Ex Parte* Motion (the "**Motion to File Reply**"), to modify the Court's briefing order, entered on March 29, 2021 [Docket No. 10471] (the "**Briefing Order**"), to allow the Reorganized Debtors to file a reply brief, a copy of which is attached hereto as **Exhibit A** (the "**Reply**"), in further support of the *Reorganized Debtors' Further Objection to Claims 80033 and 80500*, filed on April 23, 2021 [Docket No. 10574] (the "**Objection**"), and in response to the responsive briefs filed on May 11, 2021, by G. Larry Engel [Docket No. 10642] and on May 14, 2021, by Mark A. Klein and Janet S. Klein [Docket No. 10650].[1]

Having reviewed Claimants' latest submissions, PG&E seeks to respond with a short, four-page Reply focusing on discrete, dispositive legal issues that PG&E believes will assist the Court in adjudicating these claims. For the reasons set forth in PG&E's submissions, including the Reply, PG&E believes that the Objection can be resolved as a matter of law, including because the claims seek to impose liability on PG&E for PSPS events that were authorized by the CPUC and are therefore preempted. PG&E will request that the Court hear argument on these legal issues at the next omnibus hearing on June 30, 2021.[2]

Before filing this Motion to File Reply, counsel for PG&E sought the consent of Claimants to the relief sought herein. The Claimants objected to PG&E's filing of this Reply. While Claimants correctly note that PG&E did not ask to file a reply brief in the jointly submitted schedule that was adopted by the Court's Briefing Order, after reviewing Claimants' latest filings, PG&E believes this short Reply will assist the Court in adjudicating the claims. The Reply brief, which addresses both claims, is only 4 pages long, and is being filed more than two weeks prior to the requested date for argument on June 30.

No previous request for the relief sought herein has been made by the Reorganized Debtors to this or any other court.

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Objection.

[2] Based on the parties' meet and confers, PG&E understands that Claimants are amenable to arguing the claims at the June 30 omnibus hearing.

Notice of this Motion to File Reply will be provided to (i) the Office of the United States Trustee for Region 17 (Attn: Andrew R. Vara, Esq. and Timothy Laffredi, Esq.); (ii) Mr. Engel and the Kleins; and (iii) those persons who have formally appeared in these Chapter 11 Cases and requested service pursuant to Bankruptcy Rule 2002. PG&E respectfully submits that no further notice is required.

WHEREFORE the Reorganized Debtors respectfully requests entry of an order granting the relief requested herein by modifying the Briefing Order to allow the filing of the Reply, and granting such other and further relief as the Court may deem just and appropriate.

Dated: June 13, 2021

**CRAVATH, SWAINE & MOORE LLP**
**KELLER BENVENUTTI KIM LLP**

/s/    *Omid H. Nasab*
        Omid Nasab

*Attorneys for Debtors and Reorganized Debtors*