**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JUNE 15, 2021, 10:00 AND 10:30 A.M. OMNIBUS HEARINGS**<br><br>Date: June 15, 2021<br>Time: 10:00 and 10:30 a.m. (Pacific Time)<br>Place: (Zoom Videoconference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
JUNE 15, 2021, 10:00 AND 10:30 A.M. (PACIFIC TIME)
OMNIBUS HEARINGS**

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE AT 10:00 A.M.:
No. 19-30088 (DM)**</u>

*STATUS CONFERENCE*

1. <u>**Forty-Second Omnibus Claims Objection (No Liability / Passthrough Claims)**</u> [**Dkt. 9460**].

    <u>Responses Filed</u>:

    A. Mark A. Klein, Janet S. Klein [**Dkts. 9634 and 10650**].

    B. G. Larry Engel [**Dkts. 9653 and 10642**].

    <u>Related Documents</u>:

    C. Reorganized Debtors' Further Objection to Claims 80033 and 80500 [**Dkt. 10574**].

    D. Ex Parte Motion of Reorganized Debtors for Leave to File Reply in Support of Reorganized Debtors' Further Objection to Claims 80033 and 80500 [**Dkt. 10771**]

    <u>Related Order</u>:

    E. Order Fixing Briefing and Status Conference Schedule with Respect to Claim Nos. 80500 (Mark A. Klein and Janet S. Klein) and 80033 (G. Larry Engel) [**Dkt. 10471**].

    <u>Status</u>:  These matters are going forward as a status conference pursuant to the Scheduling Order [**Dkt. 10471**].

*RESOLVED AND CONTINUED MATTERS*

2. **Reorganized Debtors' Objection to Consolidated Edison Development, Inc.'s Amended Cure Payment Demand [Dkt. 10613]**.

> Status: Further briefing on this matter has been scheduled, and a hearing has been set for August 10, 2021, at 11:00 a.m. (Pacific Time), pursuant to Stipulation [**Dkt. 10721**] and Order [**Dkt. 10730**].

3. **Freitas Motion to Modify Plan Injunction** [**Dkt. 10646**]. This matter has been resolved by Stipulation [**Dkt. 10729**] and taken off calendar by Order [**Dkt. 10742**].

**Omnibus Claim Objections:**

4. **Sixteenth (Satisfied Claims) [Dkt. 9076]**. This Omnibus Objection was granted as to most Claims by **Dkt. 9364**. It has been continued to July 13, 2021, as to the City of Oakland [**Dkt. 10760**].

5. **Forty-Fourth (No Liability / Passthrough Claims)** [**Dkt. 9464**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9873**. It has been continued to June 30, 2021, as to the University of California [**Dkt. 10759**].

6. **Forty-Fifth (Reduced and Allowed Claims)** [**Dkt. 9466**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9869**. It has been withdrawn as to Shou Kun Huang and Henry Huang [**Dkt. 10758**].

7. **Seventy-Fifth (No Liability Claims) [Dkt. 10534]**. This Omnibus Objection was granted as to most Claims by **Dkt. 10704**. It has been continued to June 30, 2021, as to Righetti Ranch LP, a Delaware Limited Partnership [**Dkt. 10759**].

8. **Seventy-Sixth (No Liability / Passthrough Claims) [Dkt. 10537]**. This Omnibus Objection was granted as to most Claims by **Dkt. 10705**. The Reorganized Debtors will seek to resolve the Claims as to Willie and Ora Green and Juli Ward through the Court-approved ADR procedures; they request that the Hearings on the Claims be taken off calendar and continued indefinitely in the interim [**Dkt. 10758**].

## II: MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING AT 10:30 A.M.: *Trotter (Ret.), Trustee v. PG&E Corporation et al.* No. 21-03012 (DM)

*CONTESTED MATTERS GOING FORWARD*

1. **Trotter's Motion for Summary Judgment:** *Plaintiff Justice John Trotter, Trustee of the PG&E Fire Victim Trust's Motion for Summary Judgment and Memorandum of Points of Authorities* [**Dkt. 30**].

    Responses Filed:

    A. Defendant Insurers' Memorandum in Opposition to the Plaintiff's Motion for Summary Judgment and in Support of Cross-Motion for Summary Judgment [**Dkt. 38**].

    B. Reorganized Debtors' Memorandum of Points and Authorities (1) in Opposition to Plaintiff Justice John Trotter, Trustee of the PG&E Fire Victim Trust's Motion for Summary Judgment and (2) in Support of the Reorganized Debtors' Cross-Motion for Summary Judgment [**Dkt. 44**].

    Related Document:

    C. Plaintiff's Omnibus Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motions for Summary Judgment [**Dkt. 48**].

    Status: This matter is going forward on a contested basis.

2. **Defendant Insurers' Cross-Motion for Summary Judgment:** *Defendant Insurers' Cross-Motion for Summary Judgment* [**Dkt. 37**] and *Defendant Insurers' Memorandum in Opposition to the Plaintiff's Motion for Summary Judgment and in Support of Cross-Motion for Summary Judgment* [**Dkt. 38**].

    Responses Filed:

    A. Plaintiff's Omnibus Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motions for Summary Judgment [**Dkt. 48**].

    B. Plaintiff's Omnibus Response to Defendants PG&E and Insurers' Statement of Undisputed Facts [**Dkt. 49**].

    Related Documents:

    C. Declaration of Ronald L. Ohren [**Dkt. 40**].

    D. Declaration of Michael R. Goodstein [**Dkt. 41**].

    Status: This matter is going forward on a contested basis.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

3. **Reorganized Debtor's Cross-Motion for Summary Judgment:** *Reorganized Debtors' Cross-Motion for Summary Judgment* [**Dkt. 43**] and *Reorganized Debtors' Memorandum of Points and Authorities (1) in Opposition to Plaintiff Justice John Trotter, Trustee of the PG&E Fire Victim Trust's Motion for Summary Judgment and (2) in Support of the Reorganized Debtors' Cross-Motion for Summary Judgment* [**Dkt. 44**].

Responses Filed:

A. Plaintiff's Omnibus Reply in Support of Motion for Summary Judgment and Opposition to Cross-Motions for Summary Judgment [**Dkt. 48**].

B. Plaintiff's Omnibus Response to Defendants PG&E and Insurers' Statement of Undisputed Facts [**Dkt. 49**].

Related Document:

C. Declaration of Michael J. Reiss in Support of Reorganized Debtors' (1) Opposition to Plaintiff Justice John Trotter, Trustee of the PG&E Fire Victim Trust's Motion for Summary Judgment and (2) Cross-Motion for Summary Judgment [**Dkt. 45**].

Status: This matter is going forward on a contested basis.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 14, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*