Mark Swendsen
Attorney at Law SBN 72877
660 South Fitch Mountain Road
Healdsburg, CA 95448-4606
(707) 292 4859
email mdswendsen@gmail.com
Claimant In Pro Per

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | POINTS AND AUTHORITIES IN OPPOSITION TO DEBTORS' 87th OMNIBUS OBJECTION TO CLAIMS (PLAN PASSTHROUGH PROOFS OF CLAIM) |
| -AND - | |
| PACIFIC GAS AND EECTRIC COMPANY, | |
| Debtors. | RESPONSE DEADLINE: JUNE 16, 2021, 4:00 p.m. (PT) |
| X Affects Both Debtors | |
| *All papers shall be filed in the Lead Case. No. 19-30088 (DM) | Hearing Information if Timely Response Made:<br>Date June 30, 2021<br>Time: 10:00 a.m (Pacific Time)<br>Place (Telephonic Appearances Only) United States Bankruptcy Court, Courtroom 17, 16th Floor, San Francisco, CA. 94102 |

**CREDITOR NAME: SWENDSEN SR., MARK**

**Objected-To Claim:**

1

Claim/Schedule to be Disallowed and Expunged:   93659

Debtor: PG&E Corporation and Pacific Gas and Electric Company

Date Filed/Scheduled: 12/30/2019

Secured $0.00

Admin $0.00

General Unsecured $90,000.00

Total Amount: $90,000.00.   This includes loss of use of my home and physical and emotional damage, primarily lung damage from the fire's smoke.

Basis of Objection: Postpetition Fire Claims

Creditor MARK SWENDSEN, SR. makes this Opposition to Debtors' 87th Omnibus Objection to Claims as follows:

1. The Objection is not timely. The Objection is not timely because through this long delay, the parties have changed position in reliance on this claim being heard. The Objection comes a year and a half after the claims were filed. During that time, I am informed and believe that: PG&E has agreed to pay some claimants for the Kinkade fire damage; but seeks to avoid paying Swendsen, who is in substantially the same position. PG&E has agreed to pay at least $43.4 million to other claimants for starting the Kinkade fire. In the meantime, PG&E has accepted government aid, including but not limited to forcing ratepayers (including Creditor MARK SWENDSEN, SR.) to substantially pay for PG&E's criminal causing of the fires, and should therefore be required to treat all similar claimants equitably.

2. The Objection is contradictory. It says, "These Omnibus Claims Objection Procedures DO NOT APPLY to any proofs of claim with response to (a) FIRE VICTIM CLAIMS or (b) SUBROGATION WILDFIRE CLAIMS." Two paragraphs later it says, "If you do nothing, the Objected-To Claims will be expunged." Well, which is it? I was injured by the Kinkade fire.

3. The Objection falsely claims the Claim was not timely filed. The Claim was filed 12/30/19, before the Court deadline.

4. If PG&E compensated any Kinkade fire victims, it should be ordered to compensate all. Likewise, if the Court orders compensation, that should apply to all, on grounds of equal protection.

Wherefore, the Court should deny the Objection.

Dated: 6/9/21

MARK SWENDSEN SR.

Creditor/Claimant

VERIFICATION

I declare that: I am a Claimant in the above—entitled action. I have read the foregoing Points and Authorities and know the contents thereof; the same is true of my own knowledge, except as to those matters which are therein, stated upon my information or belief, and as to those matters I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this verification was executed on 6/9/21 in Healdsburg, CA.

*[signature]*

MARK SWENDSEN