

FILED
JUN 1 4 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

9 JUNE 2021

HON. DENNIS MONTALI
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
450 GOLDEN GATE AVENUE
MAIL BOX 36099
SAN FRANCISCO, CA. 94102

ATTENTION ANKEY, THOMAS, JUDICIAL
ASSISTANT TO HON. DENNIS MONTALI

PLEASE THANK JUDGE MONTALI
FOR REVIEWING MY LETTER.

THE CLAIM FORM ARRIVED AFTER
THE CLOSING DATE BUT THE
ADMINISTRATOR ADVISED ME TO
RETURN IT AS SOON AS POSSIBLE
WHICH I DID VIA PRIORITY MAIL.
I BELIEVE THEY ACCEPTED MY
PROOF OF CLAIM.

THANK YOU
DAVID MARTIN
3108 ALOHA LN.
CHICO, CA 95973

D. MARTIN
3108 ALOHA LANE
CHICO, CA 95973

RECEIVED

JUN 14 2021

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

SACRAMENTO CA 957

9 JUN 2021   PM 6  L

★ USA ★ FO

HON. DENNIS MONTALI
U.S. BANKRUPTCY COURT.
450 GOLDEN GATE AVE.
MAILBOX 36099
SAN. FRANCISCO. CA. 94/0

94105-2461024