
CRAVATH, SWAINE & MOORE LLP
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**CHANGES MADE BY COURT**

Signed and Filed: June 15, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER GRANTING EX PARTE MOTION OF REORGANIZED DEBTORS FOR LEAVE TO FILE REPLY IN SUPPORT OF REORGANIZED DEBTORS' FURTHER OBJECTION TO CLAIMS 80033 AND 80500** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | [No Hearing Requested] |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Upon the Motion, dated June 13, 2021 (the "**Motion to File Reply**")[1], of PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (together, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for entry of an order to modify the Court's *Order Fixing Briefing and Status Conference Schedule With Respect to Claim Nos. 80500 (Mark A. Klein and Janet S. Klein) and 80033 (G. Larry Engel)*, entered on March 29, 2021 [Docket No. 10471] (the "**Briefing Order**"), to allow the Reorganized Debtors to file a reply brief, a copy of which was attached as Exhibit A to the Motion to File Reply (the "**Reply**"); and consideration of the Motion to File Reply and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion to File Reply as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion to File Reply; and this Court having determined that the legal and factual bases set forth in the Motion to File Reply establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion to File Reply is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to File Reply is granted as provided herein.

2. The Briefing Order is modified such that the Reorganized Debtors are authorized to file the Reply within one day of entry of this Order.

3. Notice of the Motion to File Reply as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

5. Sur-replies, if any, to be filed by Mr. Klein and/or Mr. Engel consistent with the discussion on the record at the hearing on June 15, 2021.

** END OF ORDER **

---

[1] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion to File Reply.