**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:    (415) 762-5277
Email:        brent@meyerllp.com

**GODFREY & KAHN, S.C.**
Nicholas Hahn, Wis. Bar No. 1085675*
100 West Lawrence Street
Appleton, Wisconsin 54912
Telephone:   (920) 830-2800
Facsimile:    (920) 830-3530
Email:        nhahn@gklaw.com

[* Not Licensed to Practice Law in California]

Attorneys for Creditor
JOHNSON CONTROLS INC. and
JOHNSON CONTROLS SECURITY SOLUTIONS LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>　　-　and　-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Debtors.<br><br>☐ Affect PG&E Corporation<br>☐ Affects Pacific Gas and Electric Corporation<br>☒ Affects both Debtors | BK Case No.: 19-30088-DM (Lead Case)<br>　　　　　　　　19-30089-DM<br><br>Chapter 11<br><br>**JOHNSON CONTROLS INC.'S AND JOHNSON CONTROLS SECURITY SOLUTIONS LLC'S WITHDRAWAL OF OBJECTION TO PLAN AND CURE AMOUNT** |

CASE NO. 19-30088-DM
- 1 -
JOHNSON CONTROLS INC.'S AND JOHNSON CONTROLS SECURITY SOLUTIONS LLC'S WITHDRAWAL OF OBJECTION TO PLAN AND CURE AMOUNT

Case: 19-30088    Doc# 10783    Filed: 06/16/21    Entered: 06/16/21 09:29:17    Page 1 of 2

1  Creditors JOHNSON CONTROLS, INC. and JOHNSON CONTROLS SECURITY SOLUTIONS LLC (also known as Tyco Integrated Security, LLC), by and through the undersigned counsel, hereby withdraw the *Objection to Plan and Cure Amount* [Dkt. No. 7234] filed on May 15, 2020 in the above-referenced matter.

Dated: June 16, 2021

**MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
    Brent D. Meyer
    Attorneys for Creditors
    JOHNSON CONTROLS INC. and
    JOHNSON CONTROLS SECURITY
    SOLUTIONS LLC