# FARM DECLARATIONS

**POLICY NUMBER: FPK FMPN 30 4 6417079**
IS EFFECTIVE FROM: **04/01/18** TO **04/01/19**
12:01 AM STANDARD TIME AT THE
ADDRESS OF THE NAMED INSURED(S).

**NATIONWIDE AGRIBUSINESS INSURANCE -NAIC**
1100 LOCUST ST DEPT 3000
DES MOINES, IA 50391-3000

**CONTINUATION**

---

**POLICY NUMBER: FPK FMPN 30 4 6417079**

| | |
|---|---|
| Named Insured(s) and Address | **GEORGE, JOHN & MANDI**<br>**2335 BLACK WALNUT RD**<br>**SAN LUIS OBISPO          CA 93405-8013** |
| Agent Name and Address | **COAST & RANCH INS SRVS INC**<br>**SAN LUIS OBISPO CA          93401** |

Agent Number **51034**
Producer: **1**
PREVIOUS POLICY NUMBER: **FPK FMPN30-3-6417079**

**THIS POLICY MAY RECEIVE A FARM BUREAU DISCOUNT IF YOU PROVIDE A PAID MEMBERSHIP NUMBER WITHIN 60 DAYS OF THE POLICY EFFECTIVE DATE.**

| Form | Important Notice |
|---|---|
| IN7231 | **ATTACHED IS YOUR POLICY RENEWAL WITH NATIONWIDE AGRIBUSINESS! NATIONWIDE AGRIBUSINESS AND MEMBER NATIONWIDE COMPANIES HAVE CONSISTENTLY EARNED "EXCELLENT" OR BETTER RATINGS FROM A.M. BEST COMPANY, AN INDEPENDENT ORGANIZATION WHICH MEASURES FINANCIAL STABILITY OF INSURANCE COMPANIES. WITH THIS RENEWAL YOU RECEIVE OUR PLEDGE TO QUALITY. OUR EMPLOYEES WORK HARD EVERY DAY TO MAKE SURE OUR CUSTOMERS ENJOY VALUE AND SERVICE SECOND TO NONE ANYWHERE.**<br><br>**THE LIMIT OF LIABILITY FOR A DWELLING (COVERAGE A) IS BASED ON AN ESTIMATE OF THE COST TO REBUILD YOUR HOME, INCLUDING AN APPROXIMATE COST FOR LABOR AND MATERIAL IN YOUR AREA, AND SPECIFIC INFORMATION THAT YOU PROVIDED ABOUT YOUR HOME.**<br><br>**THIS POLICY DOES NOT INCLUDE BUILDING CODE UPGRADE COVERAGE.** |

| EARTHQUAKE INFORMATION | PREMIUM INFORMATION | |
|---|---|---|
| COVERAGE     **NONE**<br><br>DEDUCTIBLE % | PROPERTY PREMIUM<br>LIABILITY PREMIUM<br>TOTAL ANNUAL PREMIUM | $1,362.00<br>$704.00<br>$2,066.00 |
| | TOTAL PREMIUM DUE | $2,066.00 |

Case: 19-30088   Doc# 10784-1   Filed: 06/16/21   Entered: 06/16/21 10:24:48   Page 1 of 12

810036 (01-03) 00                                                                                           864598843
**DIRECT BILL          0000020118               AGENT'S COPY**                Page **20502**

**EXHIBIT A**
47

## Additional Interest Schedule

The following named Lienholder(s) retain an interest as specified:
___

RABOBANK NA
ISAOA
PO BOX 864888
PLANO TX 75086-4888

LOAN NUMBER: 1003491
LOCATION 001  ITEM 001   FORM            MORTGAGEE
INTEREST:

LOAN NUMBER: 1003491
LOCATION 001  ITEM 003   FORM            MORTGAGEE
INTEREST:

LOAN NUMBER: 1003491
LOCATION 001  ITEM 004   FORM            MORTGAGEE
INTEREST:

## Additional Interest Schedule

The following named Lienholder(s) retain an interest as specified:

_____

PAGE  LEFT  BLANK  INTENTIONALLY

# FARM LOCATION SCHEDULE

| Loc | Acres | Location Information | | | County | State |
|---|---|---|---|---|---|---|
| | | **Address**<br>**City Number & Name**<br>**Fire District Number & Name** | **Zipcode**<br>**PC / DWL PC　　Terr** | **Section**<br>**Township**<br>**Range** | **Name &**<br>**Number** | |
| 1 | 10 | **2335 BLACK WALNUT RD**<br>**0999　　SAN LUIS OBISPO** | **93405-8013**<br>10 | | **SAN LUIS OBISPO**<br>**040** | **CA** |

The interest of the insured in the premises is that of  **OWNER**

Case: 19-30088    Doc# 10784-1    Filed: 06/16/21    Entered: 06/16/21 10:24:48    Page 4
of 12
Page  20505

## FARM PROPERTY SCHEDULE A

| Loc/Item | Year | Item Description | Limit | Class | Deductible Other | Deductible W & H | Const Type | Premium |
|---|---|---|---|---|---|---|---|---|
| 001/001 | 1994 | O/O MOBILE HOME     1368 SF CALFP7815565K & 74155RAD710766 | 74,862 | 11431 | 1,000 | 1,000 | FRAME | 520 |
| 001 | | COV B - OTHER PRIVATE STRUCT | 7,486 | 99996 | 1,000 | 1,000 | | |
| 001 | | COV D - LOSS OF USE (ALS) | | 99997 | | | | |
| 002 | | HOUSEHOLD PERSONAL PROPERTY | 52,403 | 21401 | 1,000 | 1,000 | FRAME | |
| 003 | 1976 | T/O MOBILE HOME     1350 SF 7344OU&OX & 174865&66 | 40,000 | 11231 | 1,000 | 1,000 | FRAME | 343 |
| 003 | | COV B - OTHER PRIVATE STRUCT | 4,000 | 99996 | 1,000 | 1,000 | | |
| 003 | | COV D - LOSS OF USE (ALS) | | 99997 | | | | |
| 004 | 2005 | T/O MOBILE HOME     1150 SF M# L3463B | 53,473 | 11231 | 1,000 | 1,000 | FRAME | 362 |
| 004 | | COV B - OTHER PRIVATE STRUCT | 5,347 | 99996 | 1,000 | 1,000 | | |
| 004 | | COV D - LOSS OF USE (ALS) | | 99997 | | | | |
| 005 | 2005 | KUBOTA L39 TRACTOR | 25,000 | 66030 | 1,000 | 1,000 | | 97 |
| 006 | | MISC TOOLS & EQUIP | 8,000 | 75130 | 1,000 | 1,000 | | 40 |

Total  270,571

**FARM PROPERTY SCHEDULE B**

| Loc/<br>Item | Item<br>Description | Cause<br>Of Loss | Class/<br>Coverage | | Roof<br>Type | Prot<br>Device | Aux<br>Heat | EQ<br>Cov | Occup<br>Type | Repl<br>Cost | Cost of<br>Const. | Ord &<br>Law |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001/001 | O/O MOBILE HOME CALFP7815565K & | SPECIAL | 11431 | A | O | 01 | N | NO | O | A | Y | N |
| 001 | COV B - OTHER P | | 99996 | B | | | | | | | | |
| 001 | COV D - LOSS OF | | 99997 | D | | | | | | | | |
| 002 | HOUSEHOLD PERSO | SPECIAL | 21401 | C | O | 00 | N | NO | O | R | Y | N |
| 003 | T/O MOBILE HOME 7344OU&OX & 174 | SPECIAL | 11231 | A | O | 01 | N | NO | T | A | N | N |
| 003 | COV B - OTHER P | | 99996 | B | | | | | | | | |
| 003 | COV D - LOSS OF | | 99997 | D | | | | | | | | |
| 004 | T/O MOBILE HOME M# L3463B | SPECIAL | 11231 | A | O | 00 | N | NO | T | R | Y | N |
| 004 | COV B - OTHER P | | 99996 | B | | | | | | | | |
| 004 | COV D - LOSS OF | | 99997 | D | | | | | | | | |
| 005 | KUBOTA L39 TRAC | SPECIAL | 66030 | E | | 00 | N | NO | | A | N | N |
| 006 | MISC TOOLS & EQ | SPECIAL | 75130 | F | | 00 | N | NO | | A | N | N |

8105 09 05 10

**LEGEND**

| Roof Type: | | Earthquake Coverage: | |
|---|---|---|---|
| Wood Shake | W | Earthquake Coverage Only | EQ |
| Hail Resistant | H | Earthquake with Retrofit Coverage | ER |
| Metal Roof with Metal Siding | M | Earthquake with Engineering Coverage | EE |
| Metal Roof with Other Than Metal Siding | P | Earthquake w/ Retrofit and Engineering Cov | EB |
| Other | O | Limited Earthquake Coverage Only | LQ |
| | | Limited Earthquake with Retrofit Coverage | LR |
| | | Limited Earthquake with Engineering Coverage | LE |
| **Protective Device Credit:** | | Limited Earthquake with Retrofit and | |
| None | 00 | Engineering Coverage | LB |
| 1 Smoke Detectors, Dead Bolts, Heat Detector, and Fire Extinguisher | 01 | No Earthquake Coverage | NO |
| 2 Local Burglar Alarm | 02 | | |
| 3 Local Fire Alarm | 03 | **Occupancy Type:** | |
| 4 Central Station Burglary Alarm | 04 | Owner Occupied - Primary | O |
| 5 Central Station Fire Alarm | 05 | Owner Occupied – Additional | A |
| 6 Partial Sprinkler System | 06 | Tenant Occupied | T |
| 7 Total Sprinkler System | 07 | Seasonally Occupied | S |
| 1 and 6 | 08 | Guest House | G |
| 1 and 7 | 09 | Vacant | V |
| 2 and 3 | 10 | Course of Construction | C |
| 2 and 5 | 11 | Condo & Rented | R |
| 2 and 6 | 12 | Hobby | H |
| 2 and 7 | 13 | | |
| 3 and 4 | 14 | **Replacement Cost Coverage:** | |
| 3 and 6 | 15 | Actual Cash Value | A |
| 3 and 7 | 16 | ACV Dwelling / RC Contents | B |
| 4 and 5 | 17 | Functional RC | F |
| 4 and 6 | 18 | Functional RC Dwelling / RC Cont | G |
| 4 and 7 | 19 | Replacement Cost | R |
| 5 and 6 | 20 | RC Dwelling / RC Cont | S |
| 5 and 7 | 21 | Utility Value | U |
| 2,3, and 6 | 22 | Utility Dwelling / RC Cont | V |
| 2,3, and 7 | 23 | Extended Replacement Cost | E |
| 4,5, and 6 | 24 | Extended Replacement Cost – 125% | L |
| 4,5, and 7 | 25 | Extended Replacement Cost – 150% | C |
| 8 Wrought Iron Bars on all Doors & Windows | 26 | Agreed Value | D |
| 2 and 8 | 27 | | |
| 4 and 8 | 28 | **Cost of Construction;** | |
| 9 Permanent Storm Shutters or Impact Resistant Glass | 29 | **Cosmetic Loss Exclusion (Cosm Loss);** **Mine Sub ALE Waived**: | |
| 10 Permanent Storm Shutters and Impact Resistant Glass | 30 | Yes | Y |
| | | No | N |
| **Auxiliary Heating Surcharge:** | | **Wind Excl:** | |
| Wood/Solid Fuel Stove | S | Excluded (Applicable code | E |
| Wood/Solid Fuel Furnace | F | varies by state | W |
| Exterior Unit | E | & class code) | X |
| Other | O | Not Excluded – Mitigation Factor Applies | M |
| None | N | Not Excluded | N |
| **Ordinance or Law:** | | | |
| Yes | Y | | |
| (Where Applicable – Regular) | R | | |
| (Where Applicable – Broad) | B | | |
| No | N | | |

8105 09 05 10

**20508**

| Loc/Item | Item Description | Class | Wind Excl | Cosm Loss |
|---|---|---|---|---|
| 001/001 | O/O MOBILE HOME CALFP7815565K & | 11431 | N | |
| 001 | COV B - OTHER P | 99996 | | |
| 001 | COV D - LOSS OF | 99997 | | |
| 002 | HOUSEHOLD PERSO | 21401 | N | |
| 003 | T/O MOBILE HOME 7344OU&OX & 174 | 11231 | N | |
| 003 | COV B - OTHER P | 99996 | | |
| 003 | COV D - LOSS OF | 99997 | | |
| 004 | T/O MOBILE HOME M# L3463B | 11231 | N | |
| 004 | COV B - OTHER P | 99996 | | |
| 004 | COV D - LOSS OF | 99997 | | |
| 005 | KUBOTA L39 TRAC | 66030 | N | |
| 006 | MISC TOOLS & EQ | 75130 | N | |

FPK  FMPN 30 4 6417079              AGENT'S COPY

## FARM LIABILITY INFORMATION

Coverage is provided only where a premium and a limit of liability are shown for that coverage.

| COV | DESCRIPTION | | | LIMIT | PREMIUM |
|---|---|---|---|---:|---:|
| H | Farm Liability & Exchange Labor<br>Bodily Injury And Property Damage Per Occurrence | | | $1,000,000 | $232.00 |
| | 10 | Total Acres At All Locations in **CA**<br>Additional Dwellings With Personal Liability | | | |
| | 2 | Additional Dwellings Rented To Others On Farm<br>Additional Residence Or Set Of Buildings | | | $174.00 |
| | 09 | Primary Livestock Type | 6 | Livestock Number | $35.00 |
| | 02 | Secondary Livestock Type | 2 | Livestock Number | $227.00 |
| | Y | Hobby Farm | | | |
| | N | Lessor's Risk | | | |
| I | Personal Injury And Advertising Injury<br>Per Person Or Entity | | | $1,000,000 | INCLUDED |
| | Products And Completed Operations Aggregate<br>All Occurrences | | | $2,000,000 | INCLUDED |
| J | Medical Payments Per Person<br>Medical Payments Per Occurrence | | | $3,000<br>$25,000 | $36.00<br>INCLUDED |
| | General Annual Aggregate For Coverages H, I, and J<br>All Occurrences | | | $2,000,000 | INCLUDED |
| | Farmers Medical Payments Per Person | | | | |

**INSURED RESIDENCE EMPLOYEES RATED ON TYPE AND NUMBER OF EMPLOYEES DURING POLICY.  MEDICAL PAYMENTS LIMIT SAME AS COV J ABOVE.  EMPLOYER LIABILITY LIMIT IS $100,000.**

   **OUTSERVANT**
   **INSERVANT 20 HRS OR MORE**
   **INSERVANT 10 TO 20 HRS**

Total Annual Farm Liability Coverage Premium For State  **CA**    $704.00

8106 (07-12)

# FARM ENDORSEMENTS
## SCHEDULE

**This policy is subject to the following forms.  For additional information refer to Form 8110.**

| Form | Date | Premium | Title |
|---|---|---|---|
| FP70217 | 0405 | | COUNTRYCHOICE FARM COVERAGE ENDORSEMENT |
| FL70687 | 0408 | | UNWARRANTED CLAIM OF ANIMAL CRUELTY LIMITED DEFENS |
| FL70688 | 0408 | | EMPLOYMENT RELATED PRACTICES LIMITED DEFENSE EXP. |
| FL70313 | 0214 | | RAW MILK & RAW MILK PRODUCTS EXCLUSION END |
| FL70658 | 0102 | | FUNGI OR BACTERIA EXCLUSION ENDORSEMENT |
| FL70020 | 0712 | | FARM LIABILITY COVERAGE FORM |
| FO70709 | 0202 | | COMMON POLICY CONDITIONS |
| FO70804 | 0116 | | CALIFORNIA AMENDATORY ENDORSEMENT |
| FO70404 | 0215 | | CALIFORNIA - CANCELLATION AND NONRENEWAL CONDITION |
| FP70539 | 0101 | | REPLACEMENT COST - HOUSEHOLD PERS. PROP. COV. END. |
| FP70551 | 0101 | | ALARM OR FIRE PROTECTION SYSTEM ENDORSEMENT |
| FP70555 | 0712 | | MOBILE HOME COVERAGE ENDORSEMENT |
| CIL0021 | 0101 | | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| FP70010 | 0712 | | FARM PROPERTY COVERAGE FORM |
| FL70618 | 0101 | | DOMESTIC EMPLOYEES WORKERS' COMPENSATION COVERAGE |
| FP70269 | 0712 | | ELECTRICAL GENERATING EQUIPMENT COVERAGE ENDORSEME |
| FP70582 | 0712 | | LIMITED FUNGI OR BACTERIA COVERAGE |
| FO70717 | 0108 | | EXCLUSION OF TERRORISM |
| FP70227 | 0712 | | EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT |
| 10940 | 0789 | | CA INSURANCE GUARANTEE ASSN |
| FL70678 | 0307 | | AMENDMENT OF MOBILE EQUIPMENT COVERAGE |
| FP70215 | 0514 | | CALIFORNIA - AMENDED LOSS SETTLEMENT CONDITIONS |
| IN0001 | 0605 | | CONSUMER COMPLAINTS AND INFORMATION |
| 11649 | 0105 | | CALIFORNIA RESIDENTIAL PROPERTY INSURANCE DISCLOSU |
| IN7468 | 0108 | | IMPORTANT NOTICE - ADEQUATE INSURANCE |
| 438BFU | 0542 | | LENDER'S LOSS PAYABLE ENDORSEMENT |
| IN5017 | 0593 | | IMPORTANT NOTICE FOR RENEWAL POLICIES |
| IN0000N | 0409 | | PRIVACY STATEMENT- NATIONWIDE |
| IN7403 | 0107 | | IMPORTANT FLOOD INSURANCE NOTICE |
| FO70860 | 0214 | | POLICY CHANGES |
| FP70284 | 0317 | | FARM PROPERTY AMENDATORY |
| FP70290 | 0615 | | SINGLE DED. WITH MULTIPLE FARMOWNER POLICIES END. |
| FL70331 | 0114 | | AGRICULTURAL UNMANNED AERIAL SYSTEMS LIABILITY EXT |
| FP70283 | 0214 | | NON-OWNED POULTRY AND SWINE LOSS OF INCOME EQUIP. |
| FP70285 | 1114 | | WATER DAMAGE COVERAGE ENDORSEMENT |
| FP70230 | 0107 | | CONSTRUCTION COST ADJUSTMENT ENDORSEMENT |
| FP70287 | 0815 | | EQUIPMENT BREAKDOWN COV END-COVERAGES A, B, C & D |
| FP70294 | 1215 | | MARIJUANA EXCLUSION ENDORSEMENT |
| FL70337 | 0317 | | FARM LIABILITY AMENDATORY |
| IL0241 | 0116 | | CALIFORNIA - DESIGNATED ADDITIONAL PERSON TO RECEI |
| FL70321 | 0115 | | RECREATIONAL VEHICLE EXPANDED MEDICAL PAYMENTS COV |

# FORM 8110
# ADDITIONAL INFORMATION SUPPLEMENTAL DECLARATIONS

| Form | DESCRIPTION |
|---|---|
| FP70582 | LIMITED FUNGI OR BACTERIA COVERAGE ENDORSEMENT - PROPERTY LIMIT: $10,000 |

8110 (01-01) 00



# EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 04/01/2018

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**AGENCY**
COAST & RANCH INS SRVS INC
1108 GARDEN ST STE 206
SAN LUIS OBISPO CA 93401-0514

**PHONE (A/C, No, Ext):** 805/549-0553

**FAX (A/C, No):**
**E-MAIL ADDRESS:**
**CODE:** 51034  **SUB CODE:**
**AGENCY CUSTOMER ID #:**

**COMPANY**
NATIONWIDE AGRIBUSINESS INSURANCE -NAIC

**INSURED**
GEORGE, JOHN & MANDI
2335 BLACK WALNUT RD
SAN LUIS OBISPO, CA 93405-8013

**LOAN NUMBER:** REFER TO REMARKS
**POLICY NUMBER:** FPK FMPN 3046417079
**EFFECTIVE DATE:** 04/01/2018
**EXPIRATION DATE:** 04/01/2019
**CONTINUED UNTIL TERMINATED IF CHECKED:** X
**THIS REPLACES PRIOR EVIDENCE DATED:**

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**
001 2335 BLACK WALNUT RD, SAN LUIS OBISPO, CA 93405-8013

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| | COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|---|
| 001/001/O/O MOBILE HOME | 1368 SF/SPECIAL FORM /ACV/80% | 74,862 | 1,000 |
| 001/003/T/O MOBILE HOME | 1350 SF/SPECIAL FORM /ACV/80% | 40,000 | 1,000 |
| 001/004/T/O MOBILE HOME | 1150 SF/SPECIAL FORM /RC/80% | 53,473 | 1,000 |

## REMARKS (Including Special Conditions)

438BFU
LOCATION 001 ITEM 001 MORTGAGEE LOAN # 1003491
LOCATION 001 ITEM 003 MORTGAGEE LOAN # 1003491
LOCATION 001 ITEM 004 MORTGAGEE LOAN # 1003491

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

**NAME AND ADDRESS**
RABOBANK NA
ISAOA
PO BOX 864888
PLANO TX 75086-4888

X MORTGAGEE    ADDITIONAL INSURED
  LOSS PAYEE

**LOAN #:** REFER TO REMARKS SECTION

**AUTHORIZED REPRESENTATIVE**
NATIONWIDE AGRIBUSINESS INSURANCE -NAIC

ACORD 27 (2009/12)    © 1993-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD
FPK FMPN 3046417079    AGENT COPY    47  0020513

Case: 19-30088   Doc# 10784-1   Filed: 06/16/21   Entered: 06/16/21 10:24:48   Page 12 of 12

EXHIBIT A