## Financials: Summary

### Exposure

|  | Open Recovery Targets | Remaining Reserves | Future Payments | Total Paid | Recoveries | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total |  | - |  | $73,717.50 | - | $73,717.50 |

### Exposure only

|  | Open Recovery Targets | Remaining Reserves | Future Payments | Total Paid | Recoveries | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total |  | - |  | $73,717.50 | - | $73,717.50 |

### Claimant

|  | Open Recovery Targets | Remaining Reserves | Future Payments | Total Paid | Recoveries | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total |  | - |  | $73,717.50 | - | $73,717.50 |

 Pol: FPK FMPN3046417079  Claim: 405468-GI  Ins: JOHN & MANDI GEORGE  DoL: 12/29/2018  St: Open  Adj: Erin Morrow
(Claims Recovery Services Group 3 Unit 4)

## Coverage

|  | Open Recovery Targets | Remaining Reserves | Future Payments | Total Paid | Recoveries | Net Total Incurred |
|---|---|---|---|---|---|---|
| Claim Total |  |  | - | $73,717.50 | - | $73,717.50 |

## Claim Cost only

## Reserving Currency

|  | Open Recovery Targets | Remaining Reserves | Future Payments | Total Paid | Recoveries | Net Total Incurred |
|---|---|---|---|---|---|---|
| USD |  |  | - | $73,717.50 | - | $73,717.50 |

## Recovery Category

Pol: FPK FMPN3046417079 Claim: 405468-GI Ins: JOHN & MANDI GEORGE DoL: 12/29/2018 St: Open Adj: Erin Morrow (Claims Recovery Services Group 3 Unit 4)

Claim: 405468-GI

## Financials: Transactions

| Type | Date | Amount | Exposure | Coverage | Cost Type | Status | User |
|---|---|---|---|---|---|---|---|
| Reserve | 01/02/2019 | $44,000.00 | 1 | Farmowners | Indemnity | Submitting | Tami R Wolf |
| Reserve | 01/02/2019 | $10,500.00 | 2 | Farmowners | Indemnity | Submitting | Tami R Wolf |
| Payment | 01/07/2019 | $5,250.00 | 2 | Farmowners | Indemnity | Submitted | David E Block |
| Payment | 01/09/2019 | $3,782.50 | 1 | Farmowners | Expense | Submitted | David E Block |
| Reserve | 01/09/2019 | $3,782.50 | 1 | Farmowners | Expense | Submitted | David E Block |
| Payment | 01/30/2019 | $2,600.00 | 1 | Farmowners | Expense | Submitted | Tracy Guinther |
| Reserve | 01/30/2019 | $2,600.00 | 1 | Farmowners | Expense | Submitted | Tracy Guinther |
| Reserve | 02/07/2019 | $2,000.00 | 1 | Farmowners | Indemnity | Submitting | Tami R Wolf |
| Payment | 02/07/2019 | $42,000.00 | 1 | Farmowners | Indemnity | Submitted | David E Block |
| Payment | 02/14/2019 | $5,000.00 | 1 | Farmowners | Expense | Submitted | David E Block |
| Reserve | 02/14/2019 | $5,000.00 | 1 | Farmowners | Expense | Submitted | David E Block |
| Payment | 02/21/2019 | $4,515.00 | 1 | Farmowners | Expense | Submitted | Tracy Guinther |
| Reserve | 02/21/2019 | $4,515.00 | 1 | Farmowners | Expense | Submitted | Tracy Guinther |
| Payment | 03/07/2019 | $5,250.00 | 2 | Farmowners | Indemnity | Submitted | David E Block |
| Reserve | 03/07/2019 | ($4,000.00) | 1 | Farmowners | Indemnity | Submitting | David E Block |
| Payment | 06/17/2019 | $4,000.00 | 1 | Farmowners | Indemnity | Submitted | Kevin Paxton - IIQ 403087 |
| Payment | 06/20/2019 | $360.00 | 1 | Farmowners | Expense | Submitted | Tracy Guinther |

Pol: FPK FMPN3046417079 Claim: 405468-GI Ins: JOHN & MANDI GEORGE DoL: 12/29/2018 St: Open Adj: Erin Morrow
(Claims Recovery Services Group 3 Unit 4)

Claim: 405468-GI

| Type | Date | Amount | Exposure | Coverage | Cost Type | Status | User |
|---|---|---|---|---|---|---|---|
| Payment | 01/14/2020 | $480.00 | 1 | Farmowners | Expense | Submitted | Tracy Guinther |
| Payment | 05/07/2020 | $480.00 | 1 | Farmowners | Expense | Submitted | Tracy Guinther |

## Financials (Total Incurred: $73,717.50): Checks

| Check Number | Pay To | Gross Amount | Issue Date | Scheduled Send Date | Status | Bulk Invoice | Payment Method |
|---|---|---|---|---|---|---|---|
| 12838851 | Mandi George | $5,250.00 | 01/07/2019 | 01/07/2019 | Cleared | | Check |
| 12856169 | RELIANT INVESTIGATIO INC | $3,782.50 | 01/09/2019 | 01/09/2019 | Cleared | | Check |
| 12958206 | RELIANT INVESTIGATIO INC | $2,600.00 | 01/30/2019 | 01/30/2019 | Cleared | | Check |
| 13003358 | JOHN & MANDI GEORGE | $42,000.00 | 02/07/2019 | 02/07/2019 | Cleared | | Check |
| 13038169 | MB APPRAISAL INC | $5,000.00 | 02/14/2019 | 02/14/2019 | Cleared | | Check |
| 13069384 | OHM CORPORATION | $4,515.00 | 02/21/2019 | 02/21/2019 | Cleared | | Check |
| 13141246 | JOHN & MANDI GEORGE | $5,250.00 | 03/07/2019 | 03/07/2019 | Cleared | | Check |
| 13633638 | JOHN & MANDI GEORGE | $4,000.00 | 06/17/2019 | 06/17/2019 | Cleared | | Check |

🟡💰 Pol: FPK FMPN3046417079  Claim: 405468-GI  Ins: JOHN & MANDI GEORGE  DoL: 12/29/2018  St: Open  Adj: Erin Morrow (Claims Recovery Services Group 3 Unit 4)

| Check Number | Pay To | Gross Amount | Issue Date | Scheduled Send Date | Status | Bulk Invoice | Payment Method |
|---|---|---|---|---|---|---|---|
| 13653351 | RELIANT INVESTIGATIO INC | $360.00 | 06/20/2019 | 06/20/2019 | Cleared | | Check |
| 14621794 | JOHN & MANDI GEORGE | $480.00 | 01/14/2020 | 01/14/2020 | Cleared | | Check |
| 15123403 | RELIANT INVESTIGATIO INC | $480.00 | 05/07/2020 | 05/07/2020 | Cleared | | Check |