UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                             Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 14, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on City of Titusville General Employees' Pension Plan (MMLID#7906862), Attn: Julie Enright, 555 S Washington Avenue, Titusville, FL, 32796:

- *Ex Parte* Application to Continue April 28, 2021 Hearing on the First Securities Omnibus Claim Objection with Respect to Certain Claims [Docket No. 10558]

3. On June 14, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party to be served via first class mail on Xoom Energy California, LLC (MMLID#6114939), c/o Shearman & Sterling LLP, Attn: C. Luckey McDowell, Ian E. Roberts, Bank of America Tower, Suite 2200, 800 Capitol Street, Houston, TX, 77002:

- Reorganized Debtors' Eighty-First Omnibus Objection to Claims (No Liability Claims) [Docket No. 10679]

4. On June 14, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party to be served via first class mail on Teresa Resso (MMLID#7479656), 1018 Stewart St., Santa Rosa, CA, 95404-3546:

- Reorganized Debtors' Eighty-Seventh Omnibus Objection to Claims (Plan Passthrough Proofs of Claim) [Docket No. 10697]

5. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 16th day of June 2021, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso