# Notice Recipients

District/Off: 0971–3          User: admin                    Date Created: 6/17/2021
Case: 19–30088               Form ID: TRANSC                 Total: 2

**Recipients submitted to the Claims Agent (Prime Clerk):**
cr        Mark A Klein        19405 Park Ridge Dr.        Hidden Valley Lake, CA 95467
aty       Omid H. Nasab       Cravath, Swaine & Moore LLP        825 Eighth Avenue        New York, NY 10019

                                                                          TOTAL: 2