# Exhibit 1

# Claims

**Seventh Securities Claims Omnibus Objection**
**(No Basis for Claim - Failure to Provide Any Trading Information)**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20UGS (UCITS) FUNDS TCW UNCONSTRAINED PLUS BOND STRATEGY<br>TCW<br>ATTN: CLASS ACTIONS<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99593 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $8,050.00 | $8,050.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 2 | ALLRED, LARRY<br>3873 W ALLRED STREET<br>THATCHER AZ 85552 | 103004 | PG&E Corporation | 4/25/2020 | $0.00 | $0.00 | $0.00 | $8,500.00 | $8,500.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 3 | ALVAREZ, SANTA R.<br>32255 CORONATION DR<br>UNION CITY CA 94587 | 103659 | Pacific Gas and Electric Company | 5/1/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 4 | AMERICAN BAR ASSOCIATION MEMBERS / MTC COLLECTIVE TRUST<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99366 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $8,761.77 | $8,761.77 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 5 | AMUNDI FUND/EQUITIES-VO<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99832 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $1,205.74 | $1,205.74 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 6 | ANDRLIK, MARK E AND VIRGINIA E (JOINT)<br>PO BOX 88<br>KEENE KY 40339 | 97844 | PG&E Corporation | 3/19/2020 | $0.00 | $0.00 | $0.00 | $15,588.00 | $15,588.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 7 | ARCELORMITTAL USA LLC PENSION TRUS<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99558 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $10,455.00 | $10,455.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 8 | ARNOLD, STEVEN<br>PO BOX 1441 LCD MAIN<br>REGINA SK S4P 3C2 CANADA | 100312 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $2,019.95 | $2,019.95 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 9 | ARRIGUCCI, JOEL A.<br>448 CRANE AVENUE<br>EL PASO TX 79922 | 103545 | PG&E Corporation | 4/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

[1] Claims listed as $0.00 seek an unliquidated amount.

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | BAE MASTER PENSION INVESTMENT TRUST<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99515 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $584,656.48 | $584,656.48 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 11 | BELL ATLANTIC MASTER TRUST<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100701 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $300,350.60 | $300,350.60 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 12 | BOLOFSKY, ESTELLE<br>6384 SAUNDERS ST., APT 1L<br>REGO PARK NY 11374 | 99472 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 13 | BURNS, MICHAEL F.<br>10575 DARDEN LANE<br>BAINBRIDGE IS WA 98110 | 103299 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 14 | C2-84085<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99615 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $41,583.42 | $41,583.42 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 15 | CAMPBELL, VIRGINIA L<br>3618 HOLLY HARBOR DRIVE<br>SOUTHPORT NC 28461 | 105298 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $6,724.00 | $6,724.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 16 | CATHOLIC RELIEF SERVICES<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99437 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $2,768.46 | $2,768.46 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 17 | CATHROE, ANN<br>206 LAKESHORE DR<br>LAKESIDE MT 59922 | 103433 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 18 | CAUDLE, J RICHARD<br>630 VINE ST<br>DENVER CO 80206-3738 | 98018 | PG&E Corporation | 3/23/2020 | $0.00 | $0.00 | $0.00 | $8,733.00 | $8,733.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | CENTRAL LOUISIANA ELECTRIC COMPANY (CLECO CORPORATION) TCW ATTN THERESA TRAN 865 S. FIGUEROA STREET SUITE 1800 LOS ANGELES CA 90017 | 99348 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $22,571.82 | $22,571.82 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 20 | CLARKE, WILLIAM 841 N EDMONDSON AVE INDIANAPOLIS IN 46219 | 99992 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $5,985.00 | $5,985.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 21 | COX, JOSHUA 475 BROYLES ST SE ATLANTA GA 30312 | 102902 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $1,544.29 | $1,544.29 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 22 | CROWN CORK & SEAL COMPANY, INC. MASTER RETIREMENT TRUST TCW ATTN: THERESA TRAN 865 S. FIGUEROA STREET SUITE 1800 LOS ANGELES CA 90017 | 99735 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $69.90 | $69.90 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 23 | CRUISE, ROBERT PO BOX 210414 AUKE BAY AK 99821 | 104511 | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 24 | DAANE, GERALD C. 2018 RIVER EDGE LN ST GEORGE UT 84770 | 105249 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $105,583.00 | $105,583.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 25 | DAHLIN, CHRISTOPHER 220 COMMODORE DRIVE RICHMOND CA 94804 | 99230 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,494.07 | $2,494.07 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 26 | DAVID P & CAROLE J. COUNCIL 3523 24TH ST, SE RUSKIN FL 33570 | 104074 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 27 | DAVIS, SHARYLON K 1334 EAST BENNETT ST COMPTON CA 90221 | 103841 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | DEJONG, KEVIN<br>104 GIL BLAS RD<br>DANVILLE CA 94526 | 103430 | Pacific Gas and Electric Company | 4/29/2020 | $0.00 | $0.00 | $0.00 | $19,000.00 | $19,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 29 | DENTON, STEPHANIE M<br>2423 LINCOLN AVE<br>BELMONT CA 94002-1423 | 100407 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $20,149.50 | $20,149.50 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 30 | DITCHMAN HOLDING / JOSEPH P. & EILEEN DITCHMAN JR.<br>ATTN: EILEEN DITCHMAN<br>4047 AMBLESIDE DRIVE<br>FORT MILL SC 29707 | 97945 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 31 | DUST, ROBERT J<br>2101 CHEPSTOW TERR<br>MIDLOTHIAN VA 23113 | 105671 | PG&E Corporation | 6/5/2020 | $0.00 | $0.00 | $0.00 | $1,366.82 | $1,366.82 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 32 | ELWOOD, SYLVIA C.<br>4420 SHERBOURNE DR.<br>SAN JOSE CA 95124 | 99646 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 33 | FEIGENBAUM, JEAN<br>36386 DALI DRIVE<br>CATHEDRAL CITY CA 92234 | 103275 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $4,708.50 | $4,708.50 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 34 | FILLORAMO, SUSAN<br>160-51 89 ST<br>HOWARD BEACH NY 11414 | 104305 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 35 | FINK, GEORGE E<br>PO BOX 1512<br>LIBBY MT 59923-1512 | 102293 | PG&E Corporation | 3/31/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 36 | FIORITA, AMANDA<br>4012 WILD GRAPE CT<br>ROCKVILLE MD 20853 | 100381 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $128.08 | $128.08 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | FIRST TRUST TCW UNCONSTRAINED PLUS BOND ETF<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99428 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $9,200.00 | $9,200.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 38 | FORD, EDWIN<br>4622 STONE RIDGE TRAIL<br>SARASOTA FL 34232 | 103856 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 39 | FORT MYERS SCOTTISH RITE BODIES<br>FRED WRIGHT<br>PO BOX 60691<br>FORT MYERS FL 33906 | 98488 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 40 | FORTNER, JONATHAN<br>3404 E COUNTY LINE RD # 25<br>LITTLETON CO 80126 | 106159 | PG&E Corporation | 7/9/2020 | $0.00 | $0.00 | $0.00 | $50,000.00 | $50,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 41 | FOSHEE, JOHN T<br>551 PATTON STREET<br>TALLASSEE AL 36078 | 106371 | PG&E Corporation | 8/10/2020 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 42 | FRANKEL, MARLENE<br>3622 TUXEDO RD NW<br>ATLANTA GA 30305 | 99037 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 43 | FREVERT, DAVID L<br>88 LA GORCE CIRCLE<br>MIAMI BEACH FL 33141 | 106541 | PG&E Corporation | 9/22/2020 | $0.00 | $0.00 | $0.00 | $2,003.00 | $2,003.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 44 | FUTURE DIRECTIONS CREDIT OPPORTUNITIES FUND TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99626 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $7,187.50 | $7,187.50 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 45 | GANDLER, IRIS<br>2641 S. SEAMANS NECK RD<br>SEAFORD NY 11783 | 98599 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | GAZELLE HLDGS VO TCW ATTN: THERESA TRAN 865 S. FIGUEROA STREET SUITE 1800 LOS ANGELES CA 90017 | 99628 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $2,607.14 | $2,607.14 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 47 | GEORGE H SCHOPPET & VERBENA SCHOPPET JT TEN 2118 CANYON VIEW DR NEWMAN CA 95360-1470 | 98330 | Pacific Gas and Electric Company | 3/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 48 | GERINGER, RAYMOND J. 544 MELARK DRIVE CARMEL IN 46032 | 102911 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 49 | GILFENBAIN INVESTMENTS LLC 9777 WILSHIRE BLVD SUITE 900 BEVERLY HILLS CA 90212 | 102494 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $2,389.87 | $2,389.87 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 50 | HACKENSACK MERIDIAN HEALTH MASTER RETIREMENT TRUST TCW ATTN: THERESA TRAN 865 S. FIGUEROA STREET SUITE 1800 LOS ANGELES CA 90017 | 99598 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $3,113.70 | $3,113.70 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 51 | HALKETT, THOMAS 11 SPENCER STREET ORONO ME 04473 | 98199 | PG&E Corporation | 3/28/2020 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 52 | HARRIS, DORIS 1325 EL CENTRO AVENUE OAKLAND CA 94602 | 99703 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 53 | HILTNER, DAVID F 13295 SW HAVENCREST ST BEAVERTON OR 97005 | 97750 | PG&E Corporation | 3/13/2020 | $0.00 | $0.00 | $0.00 | $26,505.95 | $26,505.95 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 54 | INTERMEDIATE CORE FUND GSAM ASSET SERVICING 11TH FLOOR, 222 SOUTH MAIN STREET SALT LAKE CITY UT 84101 | 101509 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | IPAC ALTERNATIVE GROWTH FUND TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100383 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $4,025.00 | $4,025.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 56 | JANUS CAPITAL MANAGMENT LLC<br>151 DETROIT STREET<br>DENVER CO 80206 | 98185 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 57 | JEFFREY & JAMIE HEDGES<br>6383 LEEDS MANOR RD<br>MARSHALL VA 20115 | 103830 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $1,112.07 | $1,112.07 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 58 | JOHN DEERE PENSION TRUST TWC<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET, SUITE 1800<br>LOS ANGELES CA 90017 | 99725 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $55,417.90 | $55,417.90 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 59 | KAMINER, JACK<br>4662 MILO DR. #C<br>HUNTINGTON BEACH CA 92649 | 98832 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $3,634.73 | $3,634.73 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 60 | KATANO, NICOLE<br>29 5TH ST W<br>SONOMA CA 95476 | 103752 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $36,049.14 | $36,049.14 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 61 | KITAN, NADIR<br>P.O. BOX 3092<br>CAMDEN AR 71711 | 98154 | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 62 | KLUMPP, JOAN G<br>1562 BRENTWOOD DR<br>TROY MI 48098-2713 | 102848 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 63 | KUBICEK, ELAINE<br>2606 PARK SPRING LN<br>SPRING TX 77373-5839 | 98002 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | LANDISE, JOSEPH<br>3 FLOYD CTR<br>PALM COAST FL 32137 | 100095 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 65 | LEHIGH VALLEY HEALTH NETWORK RETIREMENT PLAN TRUST<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99988 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $80,598.90 | $80,598.90 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 66 | LEW, WENDY<br>3036 BRIGHTON AVE<br>ROSEMEAD CA 91770 | 103220 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 67 | LEWSLEY, HARRY<br>3660 N MESQUITE KNOLL PL<br>TUCSON AZ 85749 | 103668 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 68 | LI, SARAH<br>45 BARTLETT ST #212<br>SAN FRANCISCO CA 94110 | 104095 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $4,131.67 | $4,131.67 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 69 | LOS ANGELES COUNTY DEFERRED EARNINGS PLAN AND SAVINGS PLAN<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99618 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $9,664.20 | $9,664.20 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 70 | MALALI, CALSEL<br>132 S CONCORD TERR<br>GALLOWAY NJ 08205 | 103064 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 71 | MALONE, EILEEN L.<br>27 DROHAN STREET<br>HUNTINGTON NY 11743 | 106362 | PG&E Corporation | 7/31/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 72 | MAYO CLINIC MASTER RETIREMENT TRUST<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99993 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $24,964.00 | $24,964.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

Case: 19-30088    Doc# 10788-1    Filed: 06/16/21    Entered: 06/16/21 18:05:16    Page 9 of 17

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | MCILROY, GREG<br>644 CAMELLIA TERRACE DRIVE<br>NEPTUNE BEACH FL 32266 | 100136 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 74 | MEDIA GUILD RETIREMENT PLAN<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100103 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $5,509.56 | $5,509.56 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 75 | MELANSON, KAREN<br>33 MONTVALE AVE, UNIT 4<br>WOBURN MA 01801 | 105788 | PG&E Corporation | 6/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 76 | MERCY HEALTH RETIREMENT TRUST<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100001 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $53,797.92 | $53,797.92 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 77 | METROPOLITAN WEST STRATEGIC INCOME FUND<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99617 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $3,281.25 | $3,281.25 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 78 | METROPOLITAN WEST TOTAL RETURN BOND FUND<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100278 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $224,032.00 | $224,032.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 79 | METROPOLITAN WEST UNCONSTRAINED BOND FUND<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100201 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $131,250.00 | $131,250.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 80 | MOODY, BARBARA C.<br>67 NAMASTE LA.<br>LOPEZ ISLAND WA 98261 | 105786 | PG&E Corporation | 6/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 81 | MORRIS, WILLIAM T<br>1160 SUNSET DR.<br>BROOMFIELD CO 80020 | 98776 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | MULTI-MANAGER ALTERNATIVE STRATEGIES FUND<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100240 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $10,062.50 | $10,062.50 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 83 | N. JOHN SNIDER OR MARY D. SNIDER TRUSTEES-LCDV<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100305 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $55.23 | $55.23 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 84 | NAVY FEDERAL CREDIT UNION EMPLOYEES` RETIREMENT PLAN<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100180 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $33,402.06 | $33,402.06 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 85 | NICK, CARMEN<br>1631 WILKINS LANE<br>CONCORD CA 94521 | 106382 | PG&E Corporation | 8/25/2020 | $0.00 | $0.00 | $0.00 | $72,000.00 | $72,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 86 | NORTH CAROLINA SUPPLEMENTAL RETIREMENT PLANS GROUP<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99738 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $11,849.10 | $11,849.10 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 87 | NOVAK, COREY JOSEPH<br>2400 N LAKEVIEW AVE APT. 1107<br>CHICAGO IL 60614 | 98451 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $2,391.45 | $2,391.45 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 88 | NOVARTIS PENSION PLANS MASTER TRUST<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100307 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $21,595.56 | $21,595.56 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 89 | OKLAHOMA-URSJJ<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100282 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $2,368.50 | $2,368.50 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 90 | OPTEYNDT, ANDRE<br>16124 LEADWELL ST<br>VAN NUYS CA 91406 | 99058 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $808.00 | $808.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

**Seventh Securities Claims Omnibus Objection**
**(No Basis for Claim - Failure to Provide Any Trading Information)**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | PAGE, HILDA<br>924 POLEMAN RD.<br>SHREVEPORT LA 71107 | 98305 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 92 | PALMER, BONNIE M.<br>11531 WHISPER MOSS ST.<br>SAN ANTONIO TX 78230 | 103291 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $4,121.87 | $4,121.87 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 93 | PARK, THOMAS A<br>8725 CRESTBROOK CIRCLE<br>CHATTANOOGA TN 37421 | 100247 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 94 | PENSION PLAN FOR EMPLOYEES OF AMERICAN WATER WORKS COMPANY, INC. AND ITS DESIGNATED SUBSIDIARIES<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100296 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $53,921.52 | $53,921.52 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 95 | PFANDER, JAMES M<br>2952 GREENSPIRE LN<br>FAIRLAWN OH 44333-9103 | 98490 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $4,865.64 | $4,865.64 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 96 | PFIZER, INC. MASTER TRUST<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100354 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $249,568.18 | $249,568.18 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 97 | PFLUGER, FRED W<br>283 KERRY STREET<br>HOLBROOK NY 11741 | 101077 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 98 | PULITZER, INC. MASTER PENSION TRUST<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100353 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $3,227.25 | $3,227.25 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 99 | QUAESTIO SOLUTIONS FUND<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100318 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $9,843.75 | $9,843.75 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | RAY KIERTEKLES & RESTORATION LIFE MINISTRIES<br>4989 PEACHTREE PARKWAY<br>NORCROSS GA 30092 | 98000 | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 101 | RAYTHEON MASTER PENSION TRUST<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99982 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $85,816.62 | $85,816.62 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 102 | ROBERT DEGRACA & MARGARET DEGRACA<br>1317 STANLEY DOLLAR DRIVE<br>APT 3<br>WALNUT CREEK CA 94595 | 103267 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $411.89 | $411.89 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 103 | ROHRBAUGH, RALPH M.<br>1502 8TH STREET CT<br>ORION IL 61273 | 98324 | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $1,162.30 | $1,162.30 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 104 | SANDRA L. NOEL AND RODNEY L. NOEL<br>385 SO. 22ND STREET<br>REEDSPORT OR 97467 | 101605 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 105 | SARRIS, EMANUEL<br>11216 BRANDYWINE LAKE WAY<br>BOYNTON BEACH FL 33473 | 98067 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 106 | SCHUTMAAT, KELLY<br>7060 E HANBURY ST<br>LONG BEACH CA 90808 | 103742 | Pacific Gas and Electric Company | 5/4/2020 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 107 | SCREEN ACTORS GUILD - PRODUCERS PENSION PLAN<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100545 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $15,519.00 | $15,519.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 108 | SEAMAN TOD, COLLEEN D<br>JOHN O SULLIVAN<br>SUBJ TO STA TOD RULES<br>2103 W 42ND ST<br>CASPER WY 82604-5001 | 98591 | Pacific Gas and Electric Company | 4/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | SELL, MAEVE<br>108 BATTERY LANE<br>FREDERICKSBURG VA 22408-2506 | 98392 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $1,311.94 | $1,311.94 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 110 | SILVERSTEIN, JOEL M.<br>26415 W. TINA LN<br>BUCKEYE AZ 85396 | 104727 | Pacific Gas and Electric Company | 5/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 111 | SISTERS OF CHARITY OF LEAVENWORTH HEALTH SYSTEM MASTER TRU<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100410 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $10,819.32 | $10,819.32 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 112 | SISTERS OF ST. JOSEPH<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100408 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $60,200.00 | $60,200.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 113 | SMITH, DEBRA L<br>HARRISONBURG FAMILY PRACTICE<br>1831 RESERVOIR STREET<br>HARRISBURG VA 22801 | 100245 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 114 | SPANKY - TCW UNCONSTRAINED<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100641 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $2,300.00 | $2,300.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 115 | STATE BOARD OF ADMINISTRATION OF FLORIDA ACTING ON BEHALF OF THE FLORIDA RETIREMENT SYSTEM TRUST FUND<br>OFFICE OF GENERAL COUNSEL<br>1801 HERMITAGE BOULEVARD, #100<br>TALLAHASSEE FL 32308 | 100818 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $2,373,658.38 | $2,373,658.38 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 116 | STEELWORKERS PENSION TRUST<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET, SUITE 1800<br>LOS ANGELES CA 90017 | 100537 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $20,125.00 | $20,125.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 117 | TACOMA EMPLOYEES` RETIREMENT SYSTEM<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100504 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $26,105.58 | $26,105.58 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 118 | TCW FUNDS - TCW INCOME FUND (UCITS)<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100731 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $3,450.00 | $3,450.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 119 | TCW FUNDS-METWEST UNCONSTRAINED BOND FUND (UCITS)<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100848 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $34,787.50 | $34,787.50 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 120 | TELSTRA SUPER PTY LTD<br>TELSTRA SUPER - INVESTMENT OPERATIONS<br>LVL 8, 215 SPRING STREET<br>MELBOURNE VICTORIA 3000 AUSTRALIA | 100854 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 121 | THE QUEEN'S HEALTH SYSTEMS PENSION PLA<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100643 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $17,432.67 | $17,432.67 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 122 | TIBBS, SALLY<br>950 SNOW BOWL RD<br>MISSOULA MT 59808 | 105882 | PG&E Corporation | 6/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 123 | TOM CARIVEAU TRUSTEE FOR SHARON LANDOLT TRUST<br>P.O. BOX 1260<br>LAKEPORT CA 95453-1260 | 101295 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 124 | TRIBBETT, SHERMAN<br>355 WEBSTER HEIGHTS RD.<br>ROANOKE VA 24012 | 100999 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $45,000.00 | $45,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 125 | TRUSO, ANNETTE M.<br>217 GLENMAR AVENUE<br>MAHTOMEDI MN 55115-2064 | 99323 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,464.38 | $4,464.38 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 126 | UNION BANK RETIREMENT PLAN<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100424 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $87,207.40 | $87,207.40 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | UPS MULTI-EMPLOYER RETIREMENT PLAN<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100688 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $10,062.50 | $10,062.50 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 128 | VALLAS, ANASTASIA<br>1430 PHYLLIS DRIVE<br>MERRITT ISLAND FL 32952 | 105654 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $547.66 | $547.66 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 129 | VERSHER, ANJIE E<br>340 GRENADINE WAY<br>HERCULES CA 94547 | 99118 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $1,194.45 | $1,194.45 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 130 | WALKER, THOMAS W.<br>0101 VILLAGE WAY<br>MECHANICSBURG PA 17055 | 98656 | Pacific Gas and Electric Company | 4/6/2020 | $0.00 | $0.00 | $0.00 | $25,962.75 | $25,962.75 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 131 | WESTMORELAND COUNTY EMPLOYEES` RETIREMENT SYSTEM<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100684 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,250.30 | $5,250.30 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 132 | WILLIAMS, CAROLE CORCORAN<br>P.O. BOX 404<br>LA HONDA CA 94020 | 103598 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $9,997.77 | $9,997.77 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 133 | YOUNG, DEY<br>1742 N. GARDENER ST.<br>LOS ANGELES CA 90046 | 104377 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 134 | YUAN FAMILY TRUST<br>1802 CARLISLE DR<br>SAN MARINO CA 91108 | 105167 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 135 | ZAPPULLA, MIREILLE<br>1270 OAKES BLVD<br>NAPLES FL 34119 | 99080 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $342.05 | $342.05 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 136 | ZHU, PENGWEI<br>1885 EL PASEO ST. APT 35312<br>HOUSTON TX 77054 | 98217 | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |