| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Blowney, Kimberly<br>25633 Anderson Avenue<br>Barstow, CA  92311 | | 529 | PG&E Corporation | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Blowney, Kimberly<br>25633 Anderson Avenue<br>Barstow, CA  92311 | | 8285 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Blowney, Kimberly<br>25633 Anderson Avenue<br>Barstow, CA  92311 | | 33 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Bolin, Carolyn<br>PO Box 363<br>Hinkley, CA  92347 | | 7199 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Bolin, Carolyn<br>36310 Lenwood Rd.<br>Hinkley, CA  92347 | | 453 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Bolin, Carolyn<br>36310 Lenwood Rd.<br>Hinkley, CA  92347 | | 44 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Brown, Lynette<br>21430 Tobacco Rd<br>Hinkley, CA  92347 | | 7185 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Brown, Ronald<br>Sandra L. Brown 42750 Orchid Rd<br>Hinkley, CA  92347 | | 7374 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Brown, Sandra L<br>PO Box 192<br>Hinkley, CA  92347 | | 488 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Brown, Sandra L<br>PO Box 192<br>Hinkley, CA  92347 | | 7200 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown, Sandra L.<br>42750 Orchard Road<br>Hinkley, CA  92347 | | 39 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Carrera, Agustin<br>866 Gina Ct .<br>Upland, CA  91784 | | 7244 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Carrera, Agustin<br>866 Gina Ct<br>Upland, CA  91784 | | 24 | Pacific Gas and Electric Company | 1/30/2019 | $0.00 | $0.00 | $700,000.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Carrera, Agustin<br>866 Gina Ct<br>Upland, CA  91784 | | 491 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Christison, Joel<br>Joel A. Christison PO Box 9048<br>Alta Loma, CA  91701 | | 7657 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Christison, Joel A.<br>PO Box 9048<br>Alta Loma, CA  91701 | | 38 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Christison, Joel A.<br>PO Box 9048<br>Alta Loma, CA  91701 | | 534 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell<br>Hennie Courtney<br>Barstow, CA  92311 | | 479 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell<br>Hennie Courtney 25595 Ash Rd<br>Barstow, CA  92311 | | 7585 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell<br>Hennie Courtney 25595 Ash Rd<br>Barstow, CA  92311 | | 7652 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Courtney, Clell<br>Hennie Courtney 25595 Ash Rd<br>Barstow, CA 92311 | | 7653 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell<br>Hennie Courtney 25595 Ash Rd<br>Barstow, CA 92311 | | 7654 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell<br>Hennie Courtney<br>Barstow, CA 92311 | | 7 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Downing, Cindy Sue<br>PO Box 376<br>Hinkley, CA 92347 | | 483 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Downing, Cindy Sue<br>36670 Lakeview Road PO Box 376<br>Hinkley, CA 92347 | | 30 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Downing, Cindy Sue<br>PO Box 376<br>Hinkley, CA 92347 | | 7591 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Findley, Tom<br>Kimberly Blowney<br>Barstow, CA 92311 | | 8281 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Findley, Tom<br>Kimberly Blowney 36816 Hillview Road<br>Hinkley, CA 92347 | | 8286 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Findley, Tom<br>Kimberly Blowney 36816 Hillview Road<br>Hinkley, CA 92347 | | 8278 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garza, Martin<br>21430 Tobacco Rd<br>Hinkley, CA 92347 | | 46 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Garza, Martin<br>21430 Tobacco Rd<br>Hinkley, CA 92347 | | 487 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Garza, Martin<br>21430 Tobacco Rd<br>Hinkley, CA 92347 | | 7183 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Halstead, Norman<br>20455 Halstead Road<br>Hinkley , CA 92347 | | 477 | PG&E Corporation | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Halstead, Norman<br>20455 Halstead Road<br>Hinkley, CA 92347 | | 3 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Halstead, Norman<br>20455 Halstead Road<br>Hinkley , CA 92347 | | 8274 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Halstead, Norman<br>Aquilla Frederick 20455 Halstead Road<br>Hinkley, CA 92347 | | 8277 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Hawes, Keith<br>PO Box 376<br>Hinkley, CA 92347 | | 7176 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Hawes, Keith<br>42100 Friends Road PO Box 376<br>Hinkley, CA 92347 | | 25 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Hawes, Keith<br>42100 Friends Road<br>Hinkley, CA 92347 | | 526 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Holcroft, Shirley<br>Sam V. Cabrera PO Box HD<br>Barstow, CA 92312 | | 7171 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Holcroft, Shirley<br>PO Box HD<br>Barstow, CA 92312 | | 490 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Holcroft, Shirley<br>21480 Brown Ranch Road<br>Hinkley, CA 92347 | | 48 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Jenkins, Darlene<br>PO Box 376<br>Hinkley, CA 92347 | | 7276 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Jenkins, Darlene Herring<br>42100 Friends Street PO Box 376<br>Hinkley, CA 92347 | | 26 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Jenkins, Darlene Herring<br>42100 Friends Street<br>Hinkley, CA 92347 | | 528 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Jenkins, Darlene Herring<br>42100 Friends Street PO Box 376<br>Hinkley, CA 92347 | | 7264 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Khan, Aurang<br>Khan, Aurang Zaib; Zahib, Halima 1969 East Cooley Avenue<br>San Bernardino, CA 92408 | | 7083 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Khan, Aurang Zaib<br>1969 East Cooley Ave<br>San Bernardino, CA 92408 | | 47 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Kirkpatrick, Yvonne<br>28484 Rodeo Rd<br>Helendale, CA 92342 | | 519 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kirkpatrick, Yvonne 28484 Rodeo Rd Helendale, CA 92342 | | 4 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Kirkpatrick, Yvonne 28484 Rodeo Road Helendale, CA 92342 | | 72162 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Martinez, Juliana 36633 Hidden River Rd. Hinkley, CA 92347 | | 7228 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Martinez, Juliana 36633 Hidden River Rd. Hinkley, CA 92347 | | 502 | PG&E Corporation | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Martinez, Juliana 36633 Hidden River Rd. Hinkley, CA 92347 | | 23 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Martinez, Manuel 36633 Hidden River Road Hinkley, CA 92347 | | 7375 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, Charles Matsue Matthiesen 36771 Hidden River Road Hinkley, CA 92347 | | 8273 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, Charles Matsue Matthiesen Hinkley, CA 92347 | | 482 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, Charles Matsue Matthiesen Hinkley, CA 92347 | | 6 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, Charles Matsue Matthiesen Hinkley, CA 92347 | | 8272 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Matthiesen, David<br>36709 Hidden River Road<br>Hinkley, CA 92347 | | 7229 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, David<br>36709 Hidden River Road<br>Hinkley, CA 92347 | | 5 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, David<br>36709 Hidden River Road<br>Hinkley, CA 92347 | | 480 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Miller, Robert<br>37241 Sycamore Street<br>Hinkley, CA 92347 | | 500 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Miller, Robert<br>Donna Learmont 37241 Sycamore Street<br>Hinkley, CA 92347 | | 7168 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Miller, Robert<br>37241 Sycamore Street<br>Hinkley, CA 92347 | | 2 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Nethery, Herbert<br>28484 Rodeo Rd<br>Helendale, CA 92342 | | 72139 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Nitao, Ken<br>244 South Curtis Avenue<br>Alhambra, CA 91801 | | 7167 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Nitao, Ken<br>244 South Curtis Avenue<br>Alhambra, CA 91801 | | 16 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Nitao, Ken<br>244 South Curtis Avenue<br>Alhambra, CA 91801 | | 525 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ornelas, Jose<br>18284 Pacific St<br>Hesperia, CA 92345 | | 7226 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ornelas, Jose<br>18284 Pacific St<br>Hesperia, CA 92345 | | 493 | PG&E Corporation | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ornelas, Jose<br>Hernandez, Rosalba 18284 Pacific Street<br>Hesperia, CA 92345 | | 7237 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ornelas, Jose<br>18284 Pacific St<br>Hesperia, CA 92345 | | 41 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Panchev, Nick<br>25633 Anderson Avenue<br>Barstow, CA 92311 | | 7704 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Panchev, Nick<br>25633 Anderson Avenue<br>Barstow, CA 92311 | | 530 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Panchev, Nick<br>25633 Anderson Avenue<br>Barstow, CA 92311 | | 45 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ramirez, John<br>38006 Pueblo Road<br>Hinkley, CA 92347 | | 497 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ramirez, John<br>38006 Pueblo Road<br>Hinkley, CA 92347 | | 7072 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ramirez, John<br>38006 Pueblo Road<br>Hinkley, CA 92347 | | 8 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Riebeling, Adolfo<br>Riebeling, Adolfo; Riebeling, Marina 4600 Jerry Avenue<br>Baldwin Park, CA  91706 | | 7301 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Riebeling, Adolfo<br>4600 Jerry Ave.<br>Baldwin Park, CA  91706 | | 518 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Riebeling, Adolfo<br>4600 Jerry Ave.<br>Baldwin Park, CA  91706 | | 27 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Suarez, Victor<br>Saray Ordaz<br>Wilmington, CA  90744 | | 8284 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Suarez, Victor<br>Saray Ordaz 1042 E. Sandison Street, Apt. 1<br>Wilmington, CA  90744 | | 8280 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Suarez, Victor<br>Saray Ordaz<br>Wilmington, CA  90744 | | 499 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Suarez, Victor<br>Saray Ordaz<br>Wilmington, CA  90744 | | 42 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Suarez, Victor<br>Saray Ordaz<br>Wilmington, CA  90744 | | 8283 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Urbina, Oscar<br>3617 Slauson Avenue<br>Maywood, CA  90270 | | 43 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Urbina, Oscar<br>3617 Slauson Avenue<br>Maywood, CA 90270 | | 527 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Urbina, Oscar<br>3617 Slauson Avenue<br>Maywood, CA 90270 | | 7180 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Vinson, Barbara<br>Lloyd K. Vinson PO Box 2552<br>Barstow, CA 92312 | | 7201 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Vinson, Barbara A.<br>36327 Hinkley Rd.<br>Hinkley, CA 92347 | | 40 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Vinson, Barbara A.<br>P.O. Box 2552<br>Barstow, CA 92312 | | 593 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Williams, Daniel<br>Williams, Andrea 36796 Hillview Road<br>Hinkley, CA 92347 | | 7175 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Williams, Daniel S.<br>36796 Hillview Road<br>Hinkley, CA 92347 | | 524 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Williams, Daniel S.<br>36796 Hillview Road<br>Hinkley, CA 92347 | | 22 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 96** | | | **$36,400,000.00** | **$0.00** | **$700,000.00** | **$30,100,000.00** | **$67,200,000.00** | |