| Original Creditor | Claim To Be Reduced or Disallowed | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aclara Technologies LLC<br>Robert O. Enyard, Jr. VP, Legal Counsel<br>77 Westport Plaza, Suite 500<br>St. Louis, MO 63146 | 8465 | Pacific Gas and Electric Company | 9/3/2019 | Filed Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $139,020.79 | $139,020.79 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $19,740.79 | $19,740.79 | |
| Chartis Property Casualty Company--Mark Susson<br>Commerce & Industry Insurance Company Mark Susson 2 Corporate Plaza Drive Suite 275<br>Newport Beach, CA 92660 | 80646 | Pacific Gas and Electric Company | 10/21/2019 | Filed Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $138,444.69 | $138,444.69 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Chartis Property Casualty Company--Mark Susson<br>Commerce & Industry Insurance Company Mark Susson<br>Newport Beach, CA 92660 | 27378 | Pacific Gas and Electric Company | 10/9/2019 | Filed Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $138,444.69 | $138,444.69 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Redacted** | **Redacted** | PG&E Corporation | 10/21/2019 | Filed Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $7,208.20 | $7,208.20 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 4** | | | | $0.00 | $0.00 | $0.00 | $423,118.37 | $423,118.37 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $19,740.79 | $19,740.79 | |