| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 2050 Partners, Inc. Whitney Pope 81 Coral Drive Orinda, CA 94653 | | 27375 | Pacific Gas and Electric Company | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of American Canyon c/o William D. Ross, City Attorney 400 Lambert Avenue Palo Alto, CA 94306 | | 79483 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 20A Claims |
| City of American Canyon c/o William D. Ross, City Attorney 400 Lambert Avenue Palo Alto, CA 94306 | | 79374 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 20A Claims |
| City of Clayton, California 6000 Heritage Trail Clayton, CA 94517 | | 1977 | Pacific Gas and Electric Company | 4/1/2019 | $0.00 | $0.00 | $128,658.00 | $0.00 | $128,658.00 | Rule 20A Claims |
| City of Rio Dell Cheryl Dillingham Rio Dell, CA 95562 | | 80740 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $532,833.00 | $532,833.00 | Rule 20A Claims |
| Doose, Ginn M a/k/a Virginia M Doose PO Box 2310 Clearlake, CA 95422-2310 | | 59703 | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability Claims |
| Flores, Rebecca C/O 1121 East Santa Fe Ave., Apt # 4 Merced, CA 95340 | | 7677 | PG&E Corporation | 8/19/2019 | $1,524.00 | $0.00 | $3,374.00 | $0.00 | $4,898.00 | Miscellaneous No Liability Claims |
| Flores, Rebecca c/o 1121 East Santa Fe Ave., Apt # 4 Merced, CA 95340 | | 7664 | PG&E Corporation | 8/19/2019 | $524.00 | $0.00 | $2,850.00 | $0.00 | $3,374.00 | Miscellaneous No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Golden Bay Fence Plus Iron Works, Inc. Nicholas Chavez 4104 South B Street 983 University Ave., Ste. 104C Stockton, CA 95206 | | 7701 | PG&E Corporation | 8/22/2019 | $563,548.82 | $77,616.90 | $0.00 | $0.00 | $641,165.72 | No Liability Subcontractor Claims |
| Gonzalez, Sergio 9097 Durness Way Sacramento, CA 95829-1546 | | 8160 | PG&E Corporation | 9/1/2019 | $0.00 | $0.00 | $0.00 | $539.62 | $539.62 | Miscellaneous No Liability Claims |
| Jerry Thompson & Sons Painting, Inc. 3 Simms St San Rafael, CA 94901-5414 | | 8720 | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $20,948.66 | $20,948.66 | No Liability Subcontractor Claims |
| Mangrum Sr, Daryl D 1751 103 Ave Oakland, CA 94603 | | 80888 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | $200,000.00 | Miscellaneous No Liability Claims |
| McGuire and Hester Kim Carone, Esq. 2810 Harbor Bay Parkway 777 Cuesta Drive, Ste. 200 Alameda,, CA 94502 | | 71009 | Pacific Gas and Electric Company | 10/21/2019 | $2,307,850.55 | $0.00 | $0.00 | $0.00 | $2,307,850.55 | No Liability Subcontractor Claims |
| Oceanwide Center LLC Jacky Tang Oceanwide Center LLC 88 1st Street, 6th Floor 32nd Floor San Francisco, CA 94105 | | 64107 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $1,805,397.00 | $1,805,397.00 | Protective Claims |
| RROBERT CAREY SLIGER X ACCOUNT PO BOX 431 ELBE, WA 98330 | | 4178 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | Settlement No Liability |
| Solano County 675 Texas Street Fairfield, CA 94533 | | 87909 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,427,466.00 | $4,427,466.00 | Rule 20A Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Town of Portola Valley<br>Town Manager 765 Portola Road<br>Portola Valley, CA  94028 | | 87884 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $23,868.78 | $23,868.78 | Protective Claims |
| **Claims To Be Expunged Totals** | | **Count: 17** | | | **$2,873,447.37** | **$77,616.90** | **$234,882.00** | **$7,111,053.06** | **$10,296,999.33** | |