**Exhibit 2**



June 17, 2021

Dear [NAME]:

You are receiving this letter because you submitted a proof of claim form in PG&E's chapter 11 cases.

PG&E is filing an objection regarding certain claims filed in its bankruptcy proceeding, including your claim.  PG&E is doing this because the payments owing under PG&E's settlement agreement with you were not impacted by the bankruptcy process and instead will continue to be paid by PG&E as if the bankruptcy had not happened.  The objection is purely an administrative step and will not impact or limit your rights under the settlement agreement or the payments that PG&E will make under that settlement.  More information is available in the enclosed legal notice.

Yours truly,

PG&E Corporation and Pacific Gas and Electric Company