| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Batlaglia, Kelli M.<br>1406 E. Poplar St. #4<br>Stockton, CA 95205 | | 16835 | Pacific Gas and Electric Company | 10/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Roberts, Kimberly D<br>PO Box 191774<br>San Francisco, CA 94119-1774 | | 8333 | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Energy Rate Claims |
| Weddles, Pearline<br>2827 Otto Dr<br>Stockton, CA 95209-1151 | | 5097 | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $437.00 | $0.00 | $437.00 | Customer No Liability Energy Rate Claims |
| YBJD INC<br>384 Tesconi Ct Ste 101<br>Santa Rosa, CA 95401-4653 | | 7908 | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $3,773.11 | $3,773.11 | Customer No Liability Energy Rate Claims |
| **Claims To Be Expunged Totals** | | **Count: 4** | | | $0.00 | $0.00 | $437.00 | $6,773.11 | $7,210.11 | |