| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CSAA<br>Claim 1003-03-6775 PO Box 24523<br>Oakland, CA 94623-1523 | | 2453 | Pacific Gas and Electric Company | 4/18/2019 | $0.00 | $0.00 | $0.00 | $6,582.07 | $6,582.07 | Satisfied Claims |
| GARCIA, SANDRA<br>PO BOX 641<br>HAMILTON CITY, CA 95951 | | 4269 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $5,304.00 | $5,304.00 | Satisfied Claims |
| Johnson DBA, Renee D<br>Kevin S. Veenstra, Esq. Sonoma Law Group Inc. 445 Orchard Street Suite 204<br>Santa Rosa, CA 95404 | | 8972 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $11,418.39 | $11,418.39 | Satisfied Claims |
| Merced Pipeline LLC<br>3711 Meadow View Dr, Ste 100<br>Redding, CA 96003 | | 4687 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $47,189.29 | $47,189.29 | Satisfied Claims |
| Parkinson, Sylvia<br>3747 Hennessy Place<br>Santa Rosa, CA 95403 | | 106746 | PG&E Corporation | 11/24/2020 | $0.00 | $0.00 | $0.00 | $6,884.44 | $6,884.44 | Satisfied Claims |
| Parkinson, Sylvia<br>3747 Hennessy Place<br>Santa Rosa, CA 95403 | | 19673 | PG&E Corporation and Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $22,000.00 | $22,000.00 | Satisfied Claims |
| Righetti Ranch LP, a Delaware limited partnership<br>Ambient Communities Attn: Robert Anselmo 179 Calle Magdalena #201<br>Encinitas, CA 92024 | | 105762 | PG&E Corporation | 6/15/2020 | $0.00 | $0.00 | $132,437.00 | $0.00 | $132,437.00 | Satisfied Claims |
| **Claims To Be Expunged Totals** | | **Count: 7** | | | **$0.00** | **$0.00** | **$132,437.00** | **$99,378.19** | **$231,815.19** | |