| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chapman, Warren<br>Clapp Moroney, et al 5860 Owens Drive Suite 410<br>Pleasanton, CA 94588 | | 78834 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Court Order |
| City of San Carlos<br>Gregory J. Rubens City Attorney, City of San Carlos 1001 Laurel Street Suite A<br>San Carlos, CA 94070 | | 68838 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $1,045,280.00 | $1,045,280.00 | Barred by Previous Settlement Agreement |
| Coltan, Michael<br>7930 Flynn Creek Road PO Box 379<br>Comptche, CA 95427 | | 81232 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,947.78 | $4,947.78 | Barred by Court Order |
| Duivenvoorden, Marcus<br>Duivenvoorden Farms 19490 Draper Rd.<br>Cottonwood, CA 96022 | | 75903 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Barred by Previous Settlement Agreement |
| Eggleston, Coaster<br>855 C" Street Apt. # 304<br>San Rafael, CA 94901 | | 4457 | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $12,450.00 | $2,487,550.00 | $2,500,000.00 | No Liability Based on Investigation |
| Ellis, Donald Ray<br>125 Corte Maria<br>Pittsburg, CA 94565-4121 | | 6888 | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Barred by Court Order |
| Hanson Aggregates Mid-Pacific, Inc.<br>Joseph Audal 3000 Executive Parkway Suite 240<br>San Ramon, CA 94583 | | 70657 | Pacific Gas and Electric Company | 10/16/2019 | $173,304.00 | $0.00 | $0.00 | $0.00 | $173,304.00 | No Liability Based on Investigation |
| Horton, Ricky D.<br>751 Rosemary Court<br>Fairfield, CA 94533 | | 87111 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $50,000,000.00 | $50,000,000.00 | Barred by Statute of Limitations - Personal Injury |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Motahari-Fard, Saeedeh<br>Law Offices of Steven D. Hoffman Attn: Saeedeh Motahari-Fard<br>Sunnyvale, CA  94086 | | 3882 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $31,576.00 | $31,576.00 | Barred by Court Order |
| Perez, Juan M.<br>Gilleon Law Firm, APC c/o James C. Mitchell (SBN 87151) 1320 Columbia Street, Suite 200<br>San Diego, CA  92101 | | 7666 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $4,000,000.00 | $4,000,000.00 | Barred by Court Order |
| R Tad Heydenfeldt, Agent, Rasar, Inc on behalf of United Trust Fund<br>R Tad Heydenfeldt 5255 Clayton Road #210<br>Concord, CA  94521 | | 4606 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $250,000,000.00 | $250,000,000.00 | Barred by Statute of Limitations - Breach of Written Contract |
| Richards, Darwin<br>22078 Arbor Ave Apt 234<br>Hayward, CA  94541-4894 | | 96962 | PG&E Corporation | 2/14/2020 | $0.00 | $0.00 | $0.00 | $969,000.00 | $969,000.00 | Barred by Statute of Limitations - Breach of Written Contract |
| Richards, Darwin<br>22078 Arbor Ave., Apt. 234<br>Hayward , CA  94541-4894 | | 86933 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $369,000.00 | $369,000.00 | Barred by Statute of Limitations - Breach of Written Contract |
| Roman, Geoffrey<br>Law Offices of Paul Aghabala & Associates, Inc. Ani Shagvaladyan, Esq. 15250 Ventura Blvd Ste 500<br>Sherman Oaks, CA  91403-3217 | | 23522 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Based on Investigation |
| Roman, Geofrfrey<br>Prestige Law Firm, P.C. Ani Shasivaladyan, Esq.  P.Paul Asihabala, Esq. 15250 Ventura Blvd., Suite 500<br>Sherman Oaks, CA  91403 | | 105758 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Based on Investigation |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Titus, Leona A<br>25820 Coombe Hill Drive<br>Sun City, CA 92586 | | 86900 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $14,000,000.00 | $14,000,000.00 | Barred by Statute of Limitations - Personal Injury |
| Vodonick, John<br>11464 Willow Valley Road<br>Nevada City, CA 95959 | | 19917 | PG&E Corporation | 10/9/2019 | $25,000.00 | $0.00 | $0.00 | $225,000.00 | $250,000.00 | Barred by Statute of Limitations - Damage to Real or Personal Property and No Liability Based on Investigation |
| **Claims To Be Expunged Totals** | | **Count: 17** | | | **$198,304.00** | **$0.00** | **$12,450.00** | **$324,132,353.78** | **$324,343,107.78** | |