| Original Creditor | Claim To Be Reduced | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| State of California, Department of Housing and Community Development Attention: Accounting 2020 West El Camino Ave. Sacramento, CA 95833 | 56868 | Pacific Gas and Electric Company | 10/10/2019 | **Filed/Sched. Claim Amount:** <br> Unliquidated ☐ | $330,432.00 | $0.00 | $0.00 | $0.00 | $330,432.00 | Barred by Statute of Limitations - Statutory Liability and Statutory Penalty or Forfeiture |
| | | | | **Reduced Claim Amount:** | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | |
| **Asserted Total** | **Count: 1** | | | | $330,432.00 | $0.00 | $0.00 | $0.00 | $330,432.00 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | |