# Exhibit 2A
# Claims Barred by Statute of Limitations

| Original Creditor | Claims | Applicable Statute of Limitations | Limitation Period | Incident Date |
|---|---|---|---|---|
| Horton, Ricky D. | 87111 | Personal Injury (Cal. Civ. Proc. Code § 335.1) | 2 years | 9/5/2016 |
| R Tad Heydenfeldt, Agent, Rasar, Inc on behalf of United Trust Fund | 4606 | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 1993 |
| Richards, Darwin | 86933 | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 1998-2000 |
| Richards, Darwin | 96962 | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 1998-2000 |
| State of California, Department of Housing and Community Development | 56868 | Statutory Liability (Cal. Code Civ. Proc. § 338(a)) and Statutory Penalty or Forfeiture (Cal. Civ. Proc. Code § 340(b)) | 3 years and 1 year | 1998 -2018 |
| Titus, Leona A | 86900 | Personal Injury (Cal. Civ. Proc. Code § 335.1) | 2 years | 10/10/1989 |
| Vodonick, John | 19917 | Damage to Real or Personal Property (Cal. Civ. Proc. Code § 338(b) or (c)) | 3 years | 1988 |