# Redacted Version of Exhibit 2B
# Claims Barred by Statute of Limitations

| Original Creditor | Claims | Applicable Statute of Limitations | Limitation Period | Incident Date |
|---|---|---|---|---|
| Redacted | **Redacted** | Personal Injury (Cal. Civ. Proc. Code § 335.1) | 2 years | 1997 - 1999 |
| Redacted | **Redacted** | "Catch-all" Statute (Cal. Civ. Proc. Code § 343) | 4 years | 1992 |
| Redacted | **Redacted** | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 2010 |
| Redacted | **Redacted** | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 1999-2000 |
| Redacted | **Redacted** | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 1999-2000 |
| Redacted | **Redacted** | Employment Discrimination California (Cal. Gov't Code § 12960 et seq.) and Federal (42 U.S.C. § 2000e-5) | 1 year and 300 days | 5/13/2016 |
| Redacted | **Redacted** | Breach of Written Contract (Cal. Civ. Proc. Code § 337) | 4 years | 1996 |