| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Celaya, Jennifer<br>692 Alexandra Ct<br>San Jose, CA  95125-6252 | | 7490 | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Customer No Liability / Passthrough Claims |
| Church of Christ<br>8301 Florin Rd<br>Sacramento, CA  95828-2413 | | 87451 | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $334.40 | $0.00 | $334.40 | Customer No Liability / Passthrough Claims |
| Costello, Teresa<br>2083 Bluebird LN<br>Sacramento, CA  95821-4553 | | 6983 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| English, Georgia S<br>Susan Hamsher 4608 Elmhurst Dr.<br>San Jose, CA  95129-2023 | | 87203 | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $32.69 | $32.69 | Customer No Liability / Passthrough Claims |
| Hernandez, Norma<br>1209 Cabernet Drive<br>Gonzales, CA  93926 | | 3876 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Johnson, Carla<br>447 West Anderson St.<br>Stockton, CA  95206 | | 88600 | PG&E Corporation | 12/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Khann, Arjamand<br>5133 Lyle Ave<br>Stockton, CA  95210-6709 | | 63817 | PG&E Corporation | 10/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Miller, Madrid<br>1234 Mallard Court<br>Fairfield, CA  94533-2547 | | 4421 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $5,942.88 | $5,942.88 | Customer No Liability / Passthrough Claims |
| Miller, Madrid<br>1234 Mallard Court<br>Fairfield, CA  94533-2547 | | 4023 | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $5,942.58 | $5,942.58 | Customer No Liability / Passthrough Claims |
| Sanchez, Angela<br>2739 Fine Ave<br>Clovis, CA  93612 | | 9606 | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $1,197.58 | $0.00 | $1,197.58 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Carolyn<br>3038 Bridgeford Dr<br>Sacramento, CA  95833-1100 | | **4271** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| **Claims To Be Expunged Totals** | | **Count: 11** | | | $0.00 | $0.00 | $1,531.98 | $15,918.15 | $17,450.13 | |