| | |
|---|---|
| 1 | Andrew I. Silfen (*pro hac vice*)<br>Beth M. Brownstein (*pro hac vice*) |
| 2 | **ARENT FOX LLP**<br>1301 Avenue of the Americas, 42nd Floor |
| 3 | New York, New York 10019<br>Telephone: (212) 484-3900 |
| 4 | Facsimile: (212) 484-3990<br>andrew.silfen@arentfox.com |
| 5 | beth.brownstein@arentfox.com |
| 6 | Aram Ordubegian (SBN 185142)<br>**ARENT FOX LLP** |
| 7 | 55 Second Street, 21st Floor<br>San Francisco, CA 94105 |
| 8 | Telephone: (415) 757-5500<br>Facsimile: (415) 757-5501 |
| 9 | aram.ordubegian@arentfox.com |
| 10 | *Counsel for BOKF, NA, solely in its capacity as Indenture Trustee* |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**PLEASE TAKE NOTICE** that the appearance of Jordana Renert, Esq. on behalf of BOKF, NA, in its capacity as successor indenture trustee in the above-entitled action is hereby withdrawn. Service of pleadings and notices upon Ms. Renert in these cases should be discontinued.

Dated: June 18, 2021

**ARENT FOX LLP**

By: */s/ Aram Ordubegian*
Aram Ordubegian (SBN 185142)
Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)

*Counsel for BOKF, NA, solely in its capacity as Indenture Trustee*