

Signed and Filed: June 21, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

   - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

                             **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM PURSUANT TO REORGANIZED DEBTORS' FIRST SECURITIES CLAIMS OMNIBUS OBJECTION (NO LOSS CAUSATION – SECURITIES SOLD PRIOR TO THE FIRST PURPORTED "CORRECTED DISCLOSURE")**

[Re: Docket Nos. 10411, 10668, 10769]

Upon the *Reorganized Debtors' First Securities Claims Omnibus Objection (No Loss Causation – Securities Sold Prior to the First Purported "Corrected Disclosure")* [Docket No. 10411] (the "**First Securities Claims Omnibus Objection**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"); and this Court having considered *PERA's Opposition to Debtors' First Securities Claims Omnibus Objection* [Docket No. 10524] ("**PERA's Opposition**"); and having considered the *Reorganized Debtors' Reply in Further Support of First Securities Claims Omnibus Objection (No Loss Causation –Securities Sold Prior to the First Purported "Corrective Disclosure")* [Docket No. 10668] (the "**Reply**"); and this Court having jurisdiction to consider the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the Reorganized Debtors have demonstrated a negative causation defense to the Debt Claims (as defined in the Reply) for the reasons set forth in its *Order Overruling PERA's Opposition to Debtors' First Securities Claims Omnibus Objection*, dated June 11, 2021 [Docket No. 10769] (the "**June 11 Order**") and that the legal and factual bases set forth in the First Securities Claims Omnibus Objection and the Reply establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Debt Securities Claims listed in **Exhibit A** hereto are disallowed and expunged.

2. PERA's Opposition is overruled for the reasons set forth in the June 11 Order;

3. The Debtors, the Reorganized Debtors, and the official claims and noticing agent appointed in the Chapter 11 Cases are authorized to take all actions necessary or appropriate to give

effect to this Order.

    4.    This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***