**Exhibit A**

**No Loss Causation (Debt Securities) Claims**

**First Securities Claims Omnibus Objection**  
**(No Loss Causation – Securities Sold Prior To**  
**The First Purported "Corrective Disclosure")**

**PG&E Corporation and Pacific Gas and Electric Company**  
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | APOLLO 62<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | 99194 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 9 | ARIZONA SHEET METAL PENSION TRUST FUND<br>ATTN: SUZANNE MICHEL<br>2550 W. UNION HILLS DRIVE, SUITE 290<br>PHOENIX AZ 85027 | 100574 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $632.00 | $632.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 23 | CITY OF AVON PARK FIREFIGHTERS' RETIREMENT SYSTEM<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | 99048 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 25 | CITY OF DELTONA FIREFIGHTERS' PENSION PLAN<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | 99074 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 27 | CITY OF TITUSVILLE GENERAL EMPLOYEES' PENSION PLAN<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | 99480 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,678.20 | $4,678.20 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 35 | DELAWARE NATIONAL HIGH-YIELD MUNICIPAL BOND FUND<br>C/O PETER M. SAPAROFF, ESQ.- MINTZ LEVIN<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 99534 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 36 | DELAWARE TAX FREE CALIFORNIA FUND<br>MINTZ LEVIN<br>C/O PETER M. SAPAROFF, ESQ.<br>ONE FINANCIAL CENTERBOSTON MA 02111 | 99373 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 37 | DELAWARE TAX FREE USA FUND<br>C/O PETER M. SAPAROFF, ESQ. - MINTZ LEVIN<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 99594 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 47 | DRRT FBO DEKA INVESTMENT GMBH (11202)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 101111 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

[1] Claims listed as $0.00 seek an unliquidated amount.

**First Securities Claims Omnibus Objection**
**(No Loss Causation – Securities Sold Prior To**
**The First Purported "Corrective Disclosure")**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | DRRT FBO DEKA INVESTMENT GMBH (70807)<br>340 WEST FLAGLER STREET, SUITE 201<br>MIAMI FL 33130 | 101190 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 56 | DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99282 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 66 | DRRT FBO MULTICONCEPT FUND MANAGEMENT S.A (1891) DRRT<br>340 WEST FLAGLER STREET<br>SUITE 201MIAMI FL 33130 | 101418 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 70 | DRRT FBO SWISS REINSURANCE COMPANY LTD (NYEU11)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99613 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 71 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NF67L8)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99655 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 72 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYEU12)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99699 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 73 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYGE5F)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99636 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 74 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF2A9F)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99688 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 75 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF2AA1)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99825 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

**First Securities Claims Omnibus Objection**  
**(No Loss Causation – Securities Sold Prior To**  
**The First Purported "Corrective Disclosure")**

**PG&E Corporation and Pacific Gas and Electric Company**  
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 76 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF3J05)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99834 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 77 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF67B5)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 100182 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 78 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF7028)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99846 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 87 | DRRT FBO WARBURG INVEST AG<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 100429 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 93 | EMPLOYEES' RETIREMENT PLAN FOR FORMER ALLY BUSINESS UNITS<br>C/O ALLY FINANCIAL INC.<br>JENNIFER O'HAGAN<br>1100 VIRGINIA DRIVE, SUITE 150<br>PO BOX 8139<br>FT. WASHINGTON PA 19034 | 99981 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,403.25 | $4,403.25 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 112 | GIC PRIVATE LIMITED<br>KIRBY MCINERNEY LLP<br>ATTN: ELAINE MUI<br>250 PARK AVENUE<br>SUITE 820<br>NEW YORK NY 10177 | 100673 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 115 | GOVERNMENT EMPLOYEES' RETIREMENT SYSTEM OF THE VIRGIN ISLANDS<br>BARRACK, RODOS & BACINE<br>ATTN: LESLIE BORNSTEIN MOLDER<br>3300 TWO COMMERCE SQUARE<br>PHILADELPHIA PA 19103 | 100027 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 122 | HEALTHSPRING OF TENNESSEE, INC. OBO HSPTN<br>ATTN: MARIA TURNER A4ACT<br>900 COTTAGE GROVE RD.<br>BLOOMFIELD CT 06002 | 103060 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 124 | HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | 99142 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 126 | IFIT CORE FIXED INCOME FUND OF INVESCO FIXED INCOME TRUST<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 101792 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 127 | INVESCO BOND FUND (DELAWARE STATUTORY TRUST)<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 102050 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 128 | INVESCO CALIFORNIA TAX-FREE INCOME FUND OF AIM COUNSELOR SERIES TRUST (INVESCO COUNSELOR SERIES TRUST)<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 101994 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 129 | INVESCO CORE PLUS BOND FUND OF AIM COUNSELOR SERIES TRUST (INVESCO COUNSELOR SERIES TRUST)<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 102122 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 130 | INVESCO CORPORATE BOND OF AIM TREASURER'S SERIES TRUST (INVESCO TREASURER'S SERIES TRUST)<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 102053 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 131 | INVESCO INTERMEDIATE BOND FACTOR FUND OF AIM INVESTMENT SECURITIES FUNDS (INVESCO INVESTMENT SECURITIES FUNDS)<br>ATTN: LEGAL DEPARTMENT (INVESCO INTERMEDIATE BOND FACTOR FUND)<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 101438 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 132 | INVESCO INTERMEDIATE BOND FACTOR FUND OF AIM INVESTMENT SECURITIES FUNDS (INVESCO INVESTMENT SECURITIES FUNDS)<br>ATTN: LEGAL DEPARTMENT (INVESCO INTERMEDIATE BOND FACTOR FUND)<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 101323 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 133 | INVESCO INTERMEDIATE BOND TRUST OF INSTITUTIONAL RETIREMENT TRUST<br>ATTN: LEGAL DEPARTMENT (INVESCO INTERMEDIATE BOND TRUST)<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 101678 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 134 | INVESCO LIQUID ASSETS PORTFOLIO OF SHORT-TERM INVESTMENTS TRUST<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 102135 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

**First Securities Claims Omnibus Objection**  
**(No Loss Causation – Securities Sold Prior To**  
**The First Purported "Corrective Disclosure")**

**PG&E Corporation and Pacific Gas and Electric Company**  
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 135 | INVESCO MUNICIPAL INCOME FUND OF AIM TAX-EXEMPT FUNDS (INVESCO TAX-EXEMPT FUNDS)<br>ATTN: LEGAL DEPARTMENT (INVESCO MUNICIPAL INCOME FUND)<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 102136 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 136 | INVESCO MUNICIPAL INCOME OPPORTUNITIES TRUST (DELAWARE STATUTORY TRUST)<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 101914 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 137 | INVESCO OPPENHEIMER ROCHESTER LIMITED TERM CALIFORNIA MUNICIPAL FUND OF AIM TAX-EXEMPT FUNDS (INVESCO TAX-EXEMPT FUNDS)<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 101805 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 138 | INVESCO PREMIERE PORTFOLIO OF AIM TREASURER'S SERIES TRUST (INVESCO TREASURER'S SERIES TRUST)<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON TX 77046 | 101776 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 140 | INVESCO V.I. CORE PLUS BOND FUND OF AIM VARIABLE INSURANCE FUNDS (INVESCO VARIABLE INSURANCE FUNDS)<br>V.I. CORE PLUS BOND FUND<br>ATTN: LEGAL DEPARTMENT (INVESCO)<br>11 GREENWAY PLAZA, SUITE 1000HOUSTON TX 77046 | 101924 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 157 | LINDENFELD, ETTA<br>24 WINDSOR GATE DRIVE<br>NORTH HILLS NY 11040 | 100805 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,297.33 | $5,297.33 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 186 | PINEBRIDGE STRATEGIC BOND FUND EMG<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR PA 19087 | 101256 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 187 | POLICE & FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT<br>KIRBY MCINERNEY LLP<br>ATTN: PETER LINDEN AND ELAINE MUI<br>250 PARK AVENUE, SUITE 820NEW YORK NY 10177 | 100409 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 189 | PRINCIPAL FUNDS, INC. - CREDIT OPPORTUNITIES EXPLORER FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | 101947 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

**First Securities Claims Omnibus Objection**  
**(No Loss Causation – Securities Sold Prior To**  
**The First Purported "Corrective Disclosure")**

**PG&E Corporation and Pacific Gas and Electric Company**  
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 190 | PRINCIPAL FUNDS, INC. - CREDIT OPPORTUNITIES EXPLORER FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | 101617 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 192 | PRINCIPAL GLOBAL CREDIT OPPORTUNITIES FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | 101372 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 193 | PRINCIPAL GLOBAL CREDIT OPPORTUNITIES FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | 101880 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 194 | PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST GLOBAL CREDIT OPPORTUNITIES FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | 101639 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 195 | PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST GLOBAL CREDIT OPPORTUNITIES FUND<br>C/O PRINCIPAL GOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | 101848 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 201 | PRINCIPAL GLOBAL INVESTORS TRUST - US HIGH QUALITY FI TRUST<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | 101775 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 205 | PRINCIPAL GLOBAL OPPORTUNITIES SERIES PLC - PRINCIPAL CORPORATE PLUS FIXED INCOME FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | 101875 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 206 | PRINCIPAL GLOBAL OPPORTUNITIES SERIES PLC - PRINCIPAL CORPORATE PLUS FIXED INCOME FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES IA 50392-0800 | 101978 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 221 | SANLAM GLOBAL BUND FUND, C/O CLAIMS COMPENSATION BUREAU LLC<br>CLAIMS COMPENSATION BUREAU LLC<br>1100 EAST HECTOR STREET<br>SUITE 250<br>CONSHOHOCKEN PA 19428 | 101816 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $8,131.12 | $8,131.12 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

First Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior To
The First Purported "Corrective Disclosure")

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 229 | SPECTRUM OPPORTUNITIES MASTER FUND LTD<br>BATTEA CLASS ACTION SERVICES<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO CA 94104 | 104010 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $182.50 | $182.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |