# Exhibit A
## (No Loss Causation Claims)

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FIEGEL, REGINA L.<br>7439 HURSTBOURNE GREEN DR<br>CHARLOTTE, NC 28277 | 98264 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 2 | GELFOND, DORIS<br>482 BAY TREE CIRCLE<br>VERNON HILLS, IL 60061 | 98401 | PG&E Corporation | 4/1/2020 | $0.00 | $0.00 | $0.00 | $7,129.57 | $7,129.57 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 3 | GREENE, SANDRA S.<br>101 ELMWOOD TERRACE<br>GREENSBORO, NC 27408 | 98781 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 4 | ARKANSAS TEACHER RETIREMENT SYSTEM<br>ATTN: ROD GRAVES<br>1400 WEST THIRD ST<br>LITTLE ROCK, AR 72201 | 98814 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 5 | THOMAS J. HEINS + LISA C. HEINS (JOINT ACCT)<br>7814 TWIN STREAM DR.<br>ELLICOTT CITY, MD 21043 | 98824 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $552.61 | $552.61 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 6 | ARKANSAS TEACHER RETIREMENT SYSTEM<br>ATTN: ROD GRAVES<br>1400 WEST THIRD STREET<br>LITTLE ROCK, AR 72201 | 98867 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 7 | DAVID W SWIM TTEE<br>DAVID W SWIM REVOCABLE TRUST<br>DTD 07/22/2005<br>110 WASHINGTON AVE APT 2422<br>MIAMI BEACH, FL 33139-7239 | 98873 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $1,928.20 | $1,928.20 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 8 | DRRT FBO GÉRIFONDS SA<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99247 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 9 | DRRT FBO GERIFONDS SA<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99252 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 10 | CITY OF PALMETTO POLICE OFFICERS' RETIREMENT PLAN<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR, PA 19087 | 99354 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

[1] Claims listed as $0.00 seek an unliquidated amount.

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH (7145)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99394 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 12 | JAMES HAMMILL & PATRICIA HAMMILL<br>8 SUNDANCE RIDGE<br>CLANCY, MT 59684-950 | 99458 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 13 | KAPITALFORENINGEN DANSKE INVEST INSTITUTIONAL AFDELING GLOBAL EQUITY PORTFOLIO - DANSKE CAPITAL<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR, PA 19087 | 99495 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 14 | JUDITH KIGER - MERRILL LYNCH IRA<br>909 CAMBRIDGE AVE<br>MARION, OH 43302 | 99616 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 15 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (ASF RU)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99633 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 16 | SPP PENSION & FORSAKRING AB<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR, PA 19087 | 99671 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 17 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYSA2X)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99678 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 18 | WAYMAN, NAOMI D<br>42 W NORTH ST.<br>SMYRNA, DE 19977 | 99691 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 19 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYSA11)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99713 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 20 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF1Z09)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99737 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF3A1G)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99837 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 22 | GOWDY, ROBERT<br>3009 PLANTERS WALK CT.<br>CHARLOTTE, NC 28210 | 99883 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 23 | CANTERBURY, BETTY JANE<br>104 SOUTH BROOKS AVE<br>DELAND, FL 32720 | 99917 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 24 | METZ, MICHAEL S<br>6210 SE 31ST AVE<br>PORTLAND, OR 97202 | 99977 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $420.67 | $420.67 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 25 | JANET I HEY IRA (WFCS CUSTODIAN TRADITIONAL IRA)<br>13425 13TH ST NW<br>SPICER, MN 56288 | 100229 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 26 | TERRY GENE PENDLETON FAMILY TRUST BY PAMELA JEAN PENDLETON TRUSTEE<br>3 KELVINGATE COURT<br>DALLAS, TX 75225-1825 | 100249 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 27 | DRRT FBO GIAM GENERALI INSURANCE ASSET MANAGEMENT (4356)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100507 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 28 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0805)<br>340 WEST FLAGER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100615 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 29 | WELLS FARGO BANK NA IN ITS CAPACITY AS TRUSTEE AND AGENT ON FIDUCIARY CLIENT ACCOUNTS<br>MOUSTAFA SHOUMAN<br>550 SOUTH 4TH ST, 14TH FL<br>MINNEAPOLIS, MN 55415 | 100622 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $150,000.00 | $150,000.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 30 | DELOS C. RANSORN IRREVOCABLE TRUST<br>KAREN R. BERTRAM & ANNA M. CASHMAN<br>CO - TTEES<br>U/A DTD 08/06/1992<br>705 2ND AVE. STE. 800<br>SEATTLE, WA 98104 | 100783 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | DRRT FBO ARCA FONDI SGR S.P.A.<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100815 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 32 | ABERDEEN STANDARD INVESTORS, FILING ON BEHALF OF CLIENT<br>BNP PARIBAS<br>555 CROTON RD<br>KING OF PRUSSIA, PA 19406 | 100816 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 33 | NORDEA GENERATIONSFOND 80-TAL<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR, PA 19087 | 100837 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 34 | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA - HARTFORD LIFE & ANNUITY COMFORT TRUST-HARTANN<br>PGIM INC.<br>ATTN: DENISE TAYLOR<br>P.O. BOX 32339<br>NEWARK, NJ 07102 | 100912 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 35 | PRUDENTIAL FINANCIAL INC. - HIRIKATA LLC - HIRAKATA<br>PGIM INC.<br>ATTN: DENISE TAYLOR<br>P.O. BOX 32339<br>NEWARK, NJ 07102 | 100987 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 36 | DRRT FBO METZLER ASSET MANAGEMENT GMBH (XEY)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 101001 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 37 | PINEBRIDGE GLOBAL DYNAMIC ASSET ALLOCATION FUND-DAA<br>C/O KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 KING OF PRUSSIA ROAD<br>RADNOR, PA 19087 | 101136 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 38 | DRRT FBO DEKA INVESTMENT GMBH (476)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 101237 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 39 | INSTITUTIONAL LONG DURATION GOV/CREDIT CONSERVATIVE BOND FD OF THE PRUDENTIAL TRUST CO. MASTER COMMINGLED INV. FD. FOR TAX EXEMPT TRUSTS - PTLGCCNQ<br>PGIM INC.<br>ATTN: DENISE TAYLOR<br>P.O. BOX 32339 | 101273 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 40 | DRRT FBO CREDIT SUISSE FUND MANAGEMENT S.A. (1918)<br>340 WEST FLAGER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 101340 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | INVESCO CORE PLUS FIXED INCOME TRUST OF INSTITUTIONAL RETIREMENT TRUST<br>ATTN: LEGAL DEPARTMENT (INVESCO CORE PLUS FIXED INCOME TRUST)<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON, TX 77046 | 101425 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 42 | INVESCO GRP TST JENNISON INT FD<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON, TX 77046 | 101439 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 43 | PRINCIPAL GLOBAL OPPORTUNITIES EQUITY FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES, IA 50392-0800 | 101690 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 44 | PRINCIPAL GLOBAL INVESTORS TRUST - US HIGH QUALITY FI TRUST<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES, IA 50392-0800 | 101696 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 45 | PRINCIPAL GLOBAL INVESTORS FUNDS - GLOBAL EQUITY FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES, IA 50392-0800 | 101705 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 46 | PRINCIPAL FUNDS, INC. - GLOBAL OPPORTUNITIES EQUITY HEDGED FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES, IA 50392-0800 | 101707 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 47 | PRINCIPAL VARIABLE CONTRACTS FUNDS, INC. - BALANCED ACCOUNT<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES, IA 50392-0800 | 101714 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 48 | PRINCIPAL VARIABLE CONTRACTS FUNDS, INC. - BALANCED ACCOUNT<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES, IA 50392-0800 | 101728 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 49 | PRINCIPAL FUNDS, INC. - GLOBAL OPPORTUNITIES FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES, IA 50392-0800 | 101759 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 50 | PRINCIPAL GLOBAL INVESTORS FUNDS - GLOBAL EQUITY (EX-JAPAN) FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES, IA 50392-0800 | 101761 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | PRINCIPAL GLOBAL INVESTORS FUNDS - LONG/SHORT GLOBAL OPPORTUNITIES EQUITY FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES, IA 50392-0800 | 101764 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 52 | XT USA FUND OF INVESCO ASSET MANAGEMENT LTD<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON, TX 77046 | 101812 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 53 | INVESCO COMSTOCK FUND OF AIM SECTOR FUNDS (INVESCO SECTOR FUNDS)<br>ATTN: LEGAL DEPARTMENT<br>11 GREENWAY PLAZA, SUITE 1000<br>HOUSTON, TX 77046 | 102125 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 54 | AIR CANADA PENSION MASTER TRUST FUND<br>INSTITUTIONAL PROTECTION SERVICES<br>THIRD FLOOR, 1-3 STAPLE INN<br>LONDON, WC1V7QH<br>UK | 102402 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 55 | THE STATE GENERAL RESERVE FUND<br>INSTITUTIONAL PROTECTION SERVICES<br>THIRD FLOOR, 1-3 STAPLE INN<br>LONDON, WC1V 7QH<br>UNITED KINGDOM | 102515 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 56 | HUCKABAY, SUSAN S.<br>2531 LAKE RIDGE SHORES CIR.<br>RENO, NV 89519-5728 | 102662 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 57 | ROSE ROCKEY TTEE ROCKEY REV. TRUST<br>348 E. AVENUE K8 SUITE B<br>LANCASTER, CA 93535 | 102693 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 58 | GILDEA, KATHLEEN<br>236 S. HIGHLAND RD.<br>SPRINGFIELD, PA 19064 | 102714 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 59 | GILDEA, KATHLEEN<br>236 S. HIGHLAND RD.<br>SPRINGFIELD, PA 19064 | 102715 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 60 | SHOUP, BARBARA J<br>4322 KETTLE RD<br>ALTOONA, PA 16601 | 102718 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 61 | LEVINE, JEFFREY A<br>42 CHANTICLEER ROAD<br>SUDBURY, MA 01776 | 102727 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $206.90 | $206.90 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 62 | PACIFICO, AGATHA<br>578 KOECK DRIVE<br>ALTOONA, PA 16601 | 102735 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 63 | GAZZE, ELAINE M.<br>109 JOHNSON RD.<br>GREENSBURG, PA 15601 | 102763 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 64 | KENALEY, KEVIN L.<br>529 STENNING DRIVE<br>HOCKESSIN, DE 19707 | 102783 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $407.90 | $407.90 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 65 | COPELAND, BRET D.<br>P.O. BOX 7<br>SAEGERTOWN, PA 16433 | 102819 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 66 | HEMINGWAY, ANNE M<br>1409 S SHORE DR<br>HOLLAND, MI 49423 | 102842 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 67 | MYERS, REBECCA<br>788 GASTEIGER RD<br>MEADVILLE, PA 16335 | 102844 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 68 | DUVAL, DAVID<br>3846 JAGUAR CT.<br>THE VILLAGES, FL 32163 | 102916 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 69 | HENRY R. SHAPIRO IRA, WFCS AS CUSTODIAN<br>HENRY R. SHAPIRO<br>4 BUTTERNUT COURT<br>DIX HILLS, NY 11746 | 103031 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 70 | KENNETH & SHARON JONES REV LVG TRUST<br>3945 OAKVIEW DR<br>BEAVERCREEK, OH 45430 | 103336 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $3,277.50 | $3,277.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | GALBREATH, ASHFORD ALLEN<br>6462 RED OAK DRIVE<br>TROY, MI 48098 | 103372 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $51.86 | $51.86 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 72 | DRRT FBO AMPEGA INVESTMENT GMBH (37708)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 103579 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 73 | DRRT FBO AMPEGA INVESTMENT GMBH (37809)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 103588 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 74 | LEDERER, BUNNY<br>1530 PALISADE AVENUE (APT 4F)<br>FORT LEE, NJ 07024 | 103637 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $12,089.45 | $12,089.45 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 75 | MARTIN, MARY J<br>5174 BOSTWICK RD<br>PERRYSBURG, OH 43551 | 103776 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 76 | ALBRITTON, MARTHA M.<br>110 GOLDEN BEAR COVE<br>AUSTIN, TX 78738 | 103796 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $1,389.45 | $1,389.45 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 77 | MSSB C/F CARL SLOTNICK - IRA STANDARD<br>CARL SLOTNICK<br>7 PARKWAY DRIVE<br>ROSLYN HEIGHTS, NY 11577 | 103861 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 78 | JOHN EAMES FAMILY TRUST DBA MITOYU LLC<br>PO BOX 3339<br>LOS ALTOS, CA 94024 | 103922 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 79 | MAGNETAR ANDROMEDA SELECT MASTER FUND LTD<br>BATTEA CLASS ACTION SERVICES<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104011 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $182.50 | $182.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 80 | HIPPARCHUS MASTER FUND LTD<br>BATTEA CLASS ACTION SERVICES<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104012 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $182.50 | $182.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 81 | MAGNETAR CONSTELLATION FUND II, LTD<br>BATTEA CLASS ACTION SERVICES<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104013 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $182.50 | $182.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 82 | MORGANFIELD FAMILY TRUST<br>MARK MORGANFIELD<br>416 S. ROYAL ST.<br>ALEXANDRIA, VA 22314 | 104072 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 83 | EDGEIN, ELAINE<br>933 S CHURCH STREET<br>LOUISVILLE, OH 44641-1841 | 104117 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $3,954.63 | $3,954.63 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 84 | C&C TRADING, LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104128 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $18.65 | $18.65 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 85 | COLLINS ALTERNATIVE SOLUTIONS FUND<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104129 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $440.02 | $440.02 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 86 | SOKOL, BARBARA<br>2787 38TH AVENUE<br>SAN FRANCISCO, CA 94116-2859 | 104140 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $3,954.63 | $3,954.63 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 87 | ARROWSTREET CAPITAL<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104142 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $8,690.19 | $8,690.19 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 88 | MAGNETAR SC FUND LTD<br>BATTEA FBO<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104165 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $182.50 | $182.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 89 | MAGNETAR CAPITAL MASTER FUND, LTD<br>BATTEA FBO<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104177 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $2,842.52 | $2,842.52 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 90 | PARTNERRE CO OF THE US - CORE EQUITY<br>BATTEA FBO<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104194 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $46.11 | $46.11 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 91 | EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF ST. LOUIS<br>BATTEA FBO<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104203 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $922.95 | $922.95 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 92 | MAGNETAR CONSTELLATION MASTER FUND, LTD<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104238 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $365.00 | $365.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 93 | MAGNETAR XING HE MASTER FUND LTD<br>BATTEA FBO<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104240 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $182.50 | $182.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 94 | C&C TRADING, LLC<br>BATTEA FBO<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104241 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $4,224.47 | $4,224.47 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 95 | MAGNETAR STRUCTURED CREDIT FUND, LP<br>BATTEA FBO<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104243 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $182.50 | $182.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 96 | MAGNETAR CAPITAL MASTER FUND, LTD<br>BATTEA FBO<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104247 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $182.50 | $182.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 97 | CAAT TOTAL BOND CONSOLIDATION<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104250 | Pacific Gas and Electric Company | 5/8/2020 | $0.00 | $0.00 | $0.00 | $27,117.50 | $27,117.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 98 | FORTNEY, WALTER<br>9263 CLARK CIRCLE<br>TWINSBURG, OH 44087 | 104282 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 99 | SCARNECCHIA, SUSAN J<br>70 CARRIAGE HOUSE LN<br>WRENTHAM, MA 02093 | 104454 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 100 | LAKE AVENUE FUNDING EC V LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104646 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $32,986.22 | $32,986.22 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | GERALD L. WILSON INC<br>8524 GRAND PALMS CIRCLE<br>LAS VEGAS, NV 89131 | 104647 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 102 | LAKE AVENUE FUNDING EC V LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104649 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $14,820.96 | $14,820.96 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 103 | LAKE AVENUE FUNDING EC V LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104652 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $1,067.44 | $1,067.44 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 104 | LAKE AVENUE FUNDING EC V LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104654 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $24.92 | $24.92 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 105 | LAKE AVENUE FUNDING EC V LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104656 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $413.64 | $413.64 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 106 | LAKE AVENUE FUNDING EC V LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104657 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $3,291.86 | $3,291.86 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 107 | LAKE AVENUE FUNDING EC IV LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104658 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $183.18 | $183.18 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 108 | LAKE AVENUE FUNDING EC IV LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104664 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 109 | LAKE AVENUE FUNDING EC VII LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104666 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $158.10 | $158.10 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 110 | LAKE AVENUE FUNDING EC VII LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104671 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $576.96 | $576.96 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 111 | LAKE AVENUE FUNDING EC XI LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104674 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $3,159.68 | $3,159.68 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 112 | LAKE AVENUE FUNDING EC IV LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104675 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $12,702.78 | $12,702.78 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 113 | LAKE AVENUE FUNDING EC V LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104678 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $30,731.89 | $30,731.89 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 114 | LAKE AVENUE FUNDING EC X LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104681 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $3,705.23 | $3,705.23 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 115 | LAKE AVENUE FUNDING EC IV LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104682 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $28,375.83 | $28,375.83 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 116 | LAKE AVENUE FUNDING EC VII LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104688 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $578.07 | $578.07 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 117 | LAKE AVENUE FUNDING EC XI LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104691 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $12,523.50 | $12,523.50 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 118 | RESTO, MARIA V<br>1916 E JONATHAN ST<br>ALLENTOWN, PA 18109 | 104734 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $5,385.09 | $5,385.09 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 119 | KENNETH A. MAYER IRA ROLLOVER<br>40 CARRIAGE HOUSE ROAD<br>BERNARDSVILLE, NJ 07924-1203 | 104826 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 120 | NORTH DAKOTA STATE INVESTMENT BOARD<br>FINANCIAL RECOVERY TECHNOLOGIES<br>400 RIVER'S EDGE DRIVE<br>FOURTH FLOOR<br>MEDFORD, MA 02155 | 104837 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 121 | ROBERT WILLIAM SPENCER HUDSON & SHARON ISAAC<br>2511 GREAT OAKS PKWY.<br>AUSTIN, TX 78756 | **105182** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 122 | TAYLOR, RONALD S.<br>21732 43RD DR SE<br>BOTHELL, WA 98021 | **105221** | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 123 | FAMILY TRUST U/A 4TH OF GERALD M. LIEBERMAN GRAT<br>10 OLD WOODS DRIVE<br>HARRISON, NY 10528-2420 | **105270** | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 124 | NORTON FRIEDMAN NON-QTIP<br>401 E. LINTON BLVD., APT. 562<br>DELRAY BEACH, FL 33483-5087 | **105278** | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 125 | FISHBACH, RAPHAEL<br>522 5TH AVE, 11TH FLOOR<br>NEW YORK, NY 10036 | **105309** | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 126 | MARKS, BRADLEY<br>522 5TH AVE, 11TH FLOOR<br>NEW YORK, NY 10036 | **105311** | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 127 | HALMOS, PETER<br>10000 CARRINGTON COURT<br>CUMBERLAND, MD 21502 | **105510** | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 128 | STEVEN E FIELD TRUST<br>5611 MEDINA CT SE<br>GRAND RAPIDS, MI 49546 | **105553** | PG&E Corporation | 5/31/2020 | $0.00 | $0.00 | $0.00 | $1,500.00 | $1,500.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 129 | PLUTT, DEBORAH O<br>8452 REEDY RIDGE LANE<br>RALEIGH, NC 27613 | **105707** | PG&E Corporation | 6/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 130 | MCCARVILLE, MARK<br>2219 CENTRAL PARK AVE<br>EVANSTON, IL 60201 | **105718** | PG&E Corporation | 6/9/2020 | $0.00 | $0.00 | $0.00 | $4,740.93 | $4,740.93 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

Fifth Securities Claims Omnibus Objection
(No Loss Causation – Securities Sold Prior to
the First Purported Corrective Disclosure)

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 131 | HERRMANN, DENNIS MICHAEL<br>963 INDIAN LAKES BLVD<br>CLARKSVILLE, OH 45113 | 105738 | PG&E Corporation | 6/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 132 | LAWS, JANET<br>21 KEALALOA AVE #D<br>MAKAWAO, HI 96768 | 105746 | PG&E Corporation | 6/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 133 | PARISI, MARY LOUISE<br>1305 CLEVELAND AVE<br>WYOMISSING, PA 19610 | 105840 | PG&E Corporation | 6/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 134 | DILIP R KELERAR TTEE<br>7141 SVL BOX<br>VICTORVILLE, CA 92395 | 106168 | PG&E Corporation | 7/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 135 | JEFFEREIS, RENAN<br>6409 204TH DR. NE<br>REDMOND, WA 98053 | 106184 | PG&E Corporation | 6/9/2020 | $0.00 | $0.00 | $0.00 | $16,124.78 | $16,124.78 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 136 | SUZANNE A. WEAVER TTEE<br>150 NEW OAK RIDGE TRL<br>FAYETTEVILLE, GA 30214 | 106231 | PG&E Corporation | 8/5/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 137 | FND OF THE METHODIST HOME<br>304 PIERCE AVENUE<br>MACON, GA 31204 | 106356 | PG&E Corporation | 8/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 138 | JULIA M MORRISON TRUST<br>32 WALLINWOOD AVE NE<br>GRAND RAPIDS, MI 49503 | 106433 | PG&E Corporation | 9/2/2020 | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |