KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **REORGANIZED DEBTORS' REPORT ON STATUS AND RESOLUTION OF OMNIBUS OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | **[Re: Docket Nos. 9272, 9458, 9464, 9466, and 10534]** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Regarding Objections Set for Hearing June 30, 2021, at 10:00 a.m. (Pacific Time)** |

## REPORT ON RESOLUTION OF CERTAIN CLAIMS

In advance of the June 30, 2021, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status and resolution of certain Claims in the following omnibus claims objections:

| Docket No. | Omnibus Objection |
|---|---|
| 9272 | *Reorganized Debtors' Twenty-First Omnibus Objection to Claims (Books and Records Claims)* (the "**Twenty-First Omnibus Objection**") |
| 9458 | *Reorganized Debtors' Forty-First Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Forty-First Omnibus Objection**") |
| 9464 | *Reorganized Debtors' Forty-Fourth Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Forty-Fourth Omnibus Objection**") |
| 9466 | *Reorganized Debtors' Forty-Fifth Omnibus Objection to Claims (Reduced and Allowed Claims)* (the "**Forty-Fifth Omnibus Objection**") |
| 10534 | *Reorganized Debtors' Seventy-Fifth Omnibus Objection to Claims (No Liability Claims)* (the "**Seventy-Fifth Omnibus Objection**") |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Twenty-First Omnibus Objection** | | | |
| 9813 | Asplundh Construction, LLC | 17001 | This Objection has been WITHDRAWN with respect to this Claim, and this Claim has been objected to in the *Ninety-Fourth Omnibus Objection to Claims (Amended and Superseded Claims)* pursuant to discussion with counsel for Claimant. |
| **Forty-First Omnibus Objection** | | | |
| Informal | State Farm Mutual Insurance Companies | 8656 | A settlement has been reached with the Claimant. The Reorganized Debtors request that this matter be taken off calendar pending final resolution. |
| **Forty-Fourth Omnibus Objection** | | | |
| Informal | State Farm a/s/o Ava Arroyo | 3404 | A settlement has been reached with the Claimant. The Reorganized Debtors request that this matter be taken off calendar pending final resolution. |

| | Forty-Fifth Omnibus Objection | | |
|---|---|---|---|
| Informal | State Farm Mutual Automobile Insurance Company | 58061 | A settlement has been reached with the Claimant. The Reorganized Debtors request that this matter be taken off calendar pending final resolution. |
| Informal | State Farm a/s/o Leslie Poortman | 3044 | A settlement has been reached with the Claimant. The Reorganized Debtors request that this matter be taken off calendar pending final resolution. |
| | **Seventy-Fifth Omnibus Objection** | | |
| Informal | Righetti Ranch | 105762 | This Objection has been WITHDRAWN with respect to this Claim, and this Claim has been objected to in the *Ninety-Second Omnibus Objection to Claims (Satisfied Claims)* pursuant to discussion with counsel for Claimant. |

## DECLARATION REGARDING STATUS AND RESOLUTION OF CLAIMS

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors.

2. The foregoing status and resolution of certain Claims is true and correct to the best of my knowledge, information, and belief.

3. This declaration was executed in Sunnyvale, California.

Dated: June 23, 2021

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Thomas B. Rupp*
      Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*