| | |
|---|---|
| KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251<br><br>*Attorneys for Debtors and Reorganized Debtors* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                  Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' REPORT ON RESPONSES TO SEVENTY-NINTH THROUGH EIGHTY-SEVENTH OMNIBUS OBJECTIONS TO CLAIMS AND REQUEST FOR ORDERS BY DEFAULT AS TO UNOPPOSED OBJECTIONS**<br><br>[Re: Dkt. Nos. 10673, 10676, 10679, 10682, 10685, 10688, 10691, 10694, and 10697]<br><br>**Regarding Objections Set for Hearing June 30, 2021, at 10:00 a.m. (Pacific Time)** |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter orders by default on the following omnibus claims objections (collectively, the "**Omnibus Objections**"):

| Docket Number | Omnibus Objection |
|---|---|
| 10673 | *Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims (Books and Records Claims)* (the "**Seventy-Ninth Omnibus Objection**") |
| 10676 | *Reorganized Debtors' Eightieth Omnibus Objection to Claims (Satisfied Claims)* (the "**Eightieth Omnibus Objection**") |
| 10679 | *Reorganized Debtors' Eighty-First Omnibus Objection to Claims (No Liability Claims)* (the "**Eighty-First Omnibus Objection**") |
| 10682 | *Reorganized Debtors' Eighty-Second Omnibus Objection to Claims (Customer No Liability Claims)* (the "**Eighty-Second Omnibus Objection**") |
| 10685 | *Reorganized Debtors' Eighty-Third Omnibus Objection to Claims (Customer No Liability / Passthrough Claims)* (the "**Eighty-Third Omnibus Objection**") |
| 10688 | *Reorganized Debtors' Eighty-Fourth Omnibus Objection to Claims (Third-Party No Liability Claims)* (the "**Eighty-Fourth Omnibus Objection**") |
| 10691 | *Reorganized Debtors' Eighty-Fifth Omnibus Objection to Claims (ADR No Liability Claims)* (the "**Eighty-Fifth Omnibus Objection**") |
| 10694 | *Reorganized Debtors' Eighty-Sixth Omnibus Objection to Claims (Untimely Claims)* (the "**Eighty-Sixth Omnibus Objection**") |
| 10697 | *Reorganized Debtors' Eighty-Seventh Omnibus Objection to Claims (Plan Passthrough Proofs of Claim)* (the "**Eighty-Seventh Omnibus Objection**") |

## RELIEF REQUESTED IN THE OMNIBUS OBJECTIONS

The Omnibus Objections seek to either (a) disallow and/or expunge or (b) allow in reduced amounts the Proofs of Claim listed in Exhibit 1 to each Omnibus Objection.

**NOTICE AND SERVICE**

The Reorganized Debtors filed a Notice of Hearing with respect to each Omnibus Objection [Docket Nos. 10675, 10678, 10681, 10684, 10687, 10690, 10693, 10696, and 10699]. The Omnibus Objections also were supported by the respective declarations of Robb McWilliams [Docket Nos. 10674, 10677, 10680, 10683, 10686, 10692, 10695, and 10698] and Renee Records [Docket No. 10689]. The Omnibus Objections, the Notices of Hearing, and the Declarations were served as described in the *Certificate of Service of Alain B. Francoeur*, filed on May 26, 2021 [Docket No. 10717], each holder of a claim listed on Exhibit 1 to the Omnibus Objections received a notice customized to include (i) the claim number, debtor, claim amount and priority, and the basis for Reorganized Debtors' objection with respect to the applicable claim to be disallowed and/or expunged or allowed in a reduced amount, and, if applicable (ii) the claim number, claim amount and priority of the surviving claim for each counterparty.

The deadline to file responses or oppositions to the Omnibus Objections has passed. The Reorganized Debtors have received the following formal and informal responses:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Seventy-Ninth Omnibus Objection** | | | |
| Informal | Addington, David | 3093 | This matter is going forward as a status conference at the June 30, 2021, Omnibus Hearing. The Reorganized Debtors will file a status conference statement prior to the hearing. |
| Informal | Finley, Robert | 87149 | The Reorganized Debtors are attempting to resolve this matter consensually. This matter has been continued indefinitely and will be re-set for hearing if necessary. |
| Informal | Jabbari, Fereshteh | 7154 | This matter is going forward contested at the June 30, 2021, Omnibus Hearing. The Reorganized Debtors will file a reply requesting the Court disallow and expunge the claim at the hearing. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Marsh Landing, LLC | 2026 74870 | This matter has been continued to the July 28, 2021, Omnibus Hearing. |
| Informal | Marshall, Denise | 106945 | The Seventy-Ninth Omnibus Objection is SUSTAINED with respect to this claim. |
| **Eightieth Omnibus Objection** | | | |
| Informal | Sierra Pacific (SPI) | 897079 | The Eightieth Omnibus Objection is SUSTAINED with respect to this claim. |
| **Eighty-First Omnibus Objection** | | | |
| Informal | Xoom, Inc. | 75972 | A settlement has been reached with the Claimant. The Reorganized Debtors request that this matter be taken off calendar pending final resolution. |
| **Eighty-Third Omnibus Objection** | | | |
| Informal | Rai, Harmandeep | 6579 | The Eighty-Third Omnibus Objection is SUSTAINED with respect to this claim. |
| **Eighty-Fourth Omnibus Objection** | | | |
| 10784 | Nationwide Agribusiness | 79284 | This Objection has been WITHDRAWN and the Reorganized Debtors will attempt to resolve this Claim together with certain companion claims. |
| **Eighty-Fifth Omnibus Objection** | | | |
| Informal | Baker, Brenda | 2261 | A settlement has been reached with the Claimant. The Reorganized Debtors request that this matter be taken off calendar pending final resolution. |
| Informal | Pedroia, Sandra | 87136 | This matter is going forward contested at the June 30, 2021, Omnibus Hearing. The Reorganized Debtors will file a reply requesting the Court disallow and expunge the claim at the hearing. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Union Carbide | 78621 | This Objection has been WITHDRAWN and this Claim has been objected to in the *Ninety-Fifth Omnibus Objection to Claims (Plan Passthrough Claims)* pursuant to discussion with counsel for Claimant. |
| **Eighty-Sixth Omnibus Objection** | | | |
| Informal | City of San Jose | 106186 | This matter has been continued to the July 28, 2021, Omnibus Hearing. |
| Informal | Martin, James | 106728 | This Objection has been WITHDRAWN. The Debtors reserve the right object to this Claim in a future Omnibus Objection on separate grounds. |
| **Eighty-Seventh Omnibus Objection** | | | |
| Informal | International Brotherhood of Electrical Workers, Local Union No. 1245 (IBEW) | 57750 | The Eighty-Seventh Omnibus Objection is SUSTAINED with respect to this claim. |
| 10773 | Swendsen, Mark | 93659 | This matter is going forward contested at the June 30, 2021, Omnibus Hearing. The Reorganized Debtors will file a reply requesting the Court expunge the claim at the hearing. |

## DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no responses have been filed with respect to the Omnibus Objections except as described herein.

3. This declaration was executed in Sunnyvale, California.

WHEREFORE, the Reorganized Debtors hereby request entry of Orders (1) disallowing and/or expunging the Proofs of Claims listed in **Exhibit 1** to this Request and (2) allowing in the specified

1 | "Reduced Claim Amount" the Claims listed in **Exhibit 1** to this Request, which listed Claims are
2 | identical to those listed in Exhibit 1 to the Omnibus Objections, except as otherwise discussed above.

Dated: June 23, 2021

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Thomas B. Rupp*
    Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*