| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Cobeen, Celeste<br>PO BOX 704<br>Gridley, CA 95948-0704 | 87378 | Pacific Gas and Electric Company | 10/24/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Columbia Woodlake, LLC<br>1910 Fairview Ave E Ste 200<br>Seattle, WA 98102 | 6564 | Pacific Gas and Electric Company | 8/13/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,500.00 | $2,500.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Dattoli, Maryanne<br>9400 Larkin Rd Apt 6B<br>Live Oak, CA 95953-9556 | 8724 | PG&E Corporation | 9/3/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $1,000,000.00 | $0.00 | $0.00 | $0.00 | $1,000,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| ERWIN, ROBERT E<br>MD NAPA VALLEY OCCUPATIONAL HEALTH 1710 SOSCOL AVE STE #2<br>NAPA, CA 94559 | 82464 | PG&E Corporation | 10/21/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Fickett, Kent<br>Rebecca Beemer 11 Valley View Rd<br>Orinda, CA 94563-1408 | 8374 | Pacific Gas and Electric Company | 9/4/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $24,500.00 | $0.00 | $0.00 | $0.00 | $24,500.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| HARTMAN, TRUDY ANN<br>800 MENLO AVE STE 120<br>MENLO PARK, CA 94025 | 4702 | Pacific Gas and Electric Company | 8/5/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Hoifjeld, David<br>3760 Lake Almanor Dr<br>Westwood, CA 96137-9769 | 70471 | Pacific Gas and Electric Company | 10/16/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $200,685.85 | $200,685.85 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| LR GTE MOBILNET OF CALIFORNIA, PCS dba Verizon Wireless-Network Real E 180 WASHINGTON VALLEY ROAD BEDMINISTER, NJ 07921 | 898172 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $15,588.15 | $15,588.15 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $8,089.69 | $8,089.69 | |
| Mahoney, Ashley 633 Stewart St Apt 14 Manteca, CA 95336-4800 | 106864 | Pacific Gas and Electric Company | 12/7/2020 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,425.00 | $2,425.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Marshall, Denise 1130 Van Buren ST NW Roanoke, VA 24017 | 106945 | PG&E Corporation | 2/8/2021 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| RTP Felton Station LLC c/o Redtree Partners LP 1362 Pacific Avenue Santa Cruz, CA 95060 | 4483 | Pacific Gas and Electric Company | 8/5/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $341.94 | $341.94 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Sandy Lane Properties LLP Attn Martin T. Gonsalves 511 West 3rd Street Antioch, CA 94509 | 4087 | PG&E Corporation | 7/23/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Sasha Shamszad and Merideth Shamszad, husband and wife, as successors-in-interest to Sasha Shamszad Shamszad Construction & Development 2750 Adeline Street Suite E Suite 106 Berkeley, CA 94703 | 8071 | PG&E Corporation | 8/28/2019 | Filed/Sched. Claim Amount: Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Sierra Pacific Industries Mike Dalglish PO Box 496028 621 Capitol Mall, 18th Floor Redding, CA 96049 | 30927 | Pacific Gas and Electric Company | 10/10/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $6,000.00 | $6,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Stockton City Center 16, LLC<br>David A. Rishwain<br>Stockton, CA  95219 | 7697 | Pacific Gas and Electric Company | 8/22/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☑ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| THOMSON REUTERS<br>610 OPPERMAN DRIVE<br>EAGAN, MN  55123 | 2417 | Pacific Gas and Electric Company | 4/15/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $60,628.67 | $60,628.67 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Turtle Cove Marina, LLC DBA Pirate Cove Resort and Marina<br>Pirate Cove Management 1100 London Bridge Rd Suite G102<br>Lake Havasu City, AZ  86404 | 988 | Pacific Gas and Electric Company | 2/21/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $22,400.00 | $22,400.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Vontz, Tom E<br>468 Milo Ave<br>Buttonwillow, CA  93206 | 4129 | Pacific Gas and Electric Company | 7/26/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Western Exterminator Company<br>Joseph Kraynak 1125 Berkshire Blvd Suite 150<br>Wyomissing, PA  19610 | 7187 | Pacific Gas and Electric Company | 8/14/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $4,247.60 | $4,247.60 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Woods, Robert Joseph<br>9418 Laurelwood Court<br>Shafter, CA  93263 | 8856 | Pacific Gas and Electric Company | 9/13/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $25,235.00 | $25,235.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | Count: 20 | | | | $1,024,500.00 | $0.00 | $2,000.00 | $592,052.21 | $1,618,552.21 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $8,089.69 | $8,089.69 | |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 Lilibeth Drive<br>27 Waterview Drive<br>Shelton, CT 06484 | | 953 | PG&E Corporation | 2/22/2019 | $0.00 | $0.00 | $0.00 | $22,317.56 | $22,317.56 | Other Satisfied |
| Bohannon Development Company<br>Pahl & McCay<br>San Jose, CA 95113 | | 8958 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $10,087.00 | $10,087.00 | Customer Program Rebates |
| California Power Exchange Corporation<br>Attn: Susan D. Rossi 201 S. Lake Ave., Ste. 409<br>Pasadena, CA 91101 | | 31013 | Pacific Gas and Electric Company | 10/14/2019 | $57,179.00 | $0.00 | $0.00 | $0.00 | $57,179.00 | Other Satisfied |
| City of Davis<br>Tilden Kim Richards, Watson & Gershon 355 S. Grand Avenue, 40th Floor<br>Los Angeles, CA 90071 | | 60548 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $19,905.00 | $19,905.00 | Cure Payments |
| Dana Butcher Receiver<br>c/o Dana Butcher Associates<br>6475 N. Palm Ave #101<br>Fresno, CA 93704 | | 4366 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $1,440.00 | $1,440.00 | Other Satisfied |
| Dutra Enterprises Inc<br>43360 Mission Blvd STE 230<br>Fremont, CA 94539-5959 | | 7958 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $38,757.00 | $38,757.00 | Other Satisfied |
| Glover-Hudson, Rica M<br>1709 Beale Cir<br>Suisun City, CA 94585-1771 | | 4957 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $3,480.00 | $3,480.00 | Customer Program Rebates |
| Griswold, Timothy A<br>755 E Capitol Ave, Apt L202<br>Milpitas, CA 95035-8816 | | 3697 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer Program Rebates |
| Kotler, Simon<br>1518 2nd Ave.<br>San Mateo, CA 94401-2108 | | 4074 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer Program Rebates |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mohave County<br>Ryan Henry Esplin Deputy County Attorney<br>Kingman, AZ 86401 | | 1439 | Pacific Gas and Electric Company | 3/7/2019 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Other Satisfied |
| Montoya, Michelle<br>1482 Montalban Dr.<br>San Jose, CA 95120 | | 8386 | Pacific Gas and Electric Company | 9/5/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Customer Program Rebates |
| Myers Restaurant Supply<br>1599 Cleveland Avenue<br>Santa Rosa, CA 95401 | | 102 | Pacific Gas and Electric Company | 2/6/2019 | $0.00 | $0.00 | $0.00 | $789.00 | $789.00 | Customer Program Rebates |
| Nevada Irrigation District<br>1036 West Main Street<br>Grass Valley, CA 95945 | | 79814 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $121,442.10 | $121,442.10 | Other Satisfied |
| SBA 2012 TC Assets, LLC<br>Attn: Legal Department Sharon S. Schwartz 8051 Congress Avenue<br>Boca Raton, FL 33487 | | 76819 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $17,304.00 | $17,304.00 | Other Satisfied |
| SBA Steel II, LLC<br>Attn: Legal Department / Sharon S. Schwartz 8051 Congress Avenue<br>Boca Raton, FL 33487 | | 80759 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $30,760.65 | $30,760.65 | Other Satisfied |
| Shivakumar, Arcot<br>3258 Capriana Cir<br>San Jose, CA 95135 | | 4237 | Pacific Gas and Electric Company | 8/4/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer Program Rebates |
| SPI<br>Confidential - Available Upon Request | | 897079 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $33,005.80 | $33,005.80 | Other Satisfied |
| Tripette, Leroy J<br>4162 Golden Pond Way<br>Rancho Cordova, CA 95742 | | 4274 | Pacific Gas and Electric Company | 8/3/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Customer Program Rebates |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| WELL ANALYSIS CORPORATION<br>5500 Woodmere Dr Attn: Adam Copack  311 S. Wacker Dr Suite 1500<br>BAKERSFIELD, CA  93314 | | 57965 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $38,984.63 | $38,984.63 | Other Satisfied |
| Yates, Kevin<br>60 Corte De Sabla<br>Greenbrae, CA  94904 | | 6194 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Customer Program Rebates |
| Zhang, Junrui<br>500 Oracle Pkwy<br>Redwood City, CA  94065 | | 3747 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer Program Rebates |
| Zhang, Nan<br>6890 Serenity Ct<br>San Jose, CA  95120-3147 | | 87258 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $812.00 | $812.00 | Customer Program Rebates |
| **Claims To Be Expunged Totals** | | **Count: 22** | | | **$57,179.00** | **$0.00** | **$0.00** | **$350,434.74** | **$407,613.74** | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aerojet Rocketdyne, Inc.<br>William Hvidsten Assistant General Counsel 2001 Aerojet Road<br>Rancho Cordova, CA 95742 | | 79278 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| BOWIE & SCHAFFER CLIENT TRUST<br>COMPANY ACCOUNT 2255 CONTRA COSTA BLVD STE 305<br>PLEASANT HILL, CA 94523 | | 27358 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $86,809.09 | $86,809.09 | No Liability Subcontractor Claims |
| J.F. Shea Construction, Inc.<br>Attn: Ross Kay 655 Brea Canyon Road<br>Walnut, CA 91789 | | 63939 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Main Line Extension Reimbursement Claims |
| North Star Gas Company, LLC<br>YEP Energy Attn: Legal Dept. 7660 Woodway Dr., Suite 471A<br>Houston, TX 77005 | | 80336 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $212,322.00 | $212,322.00 | Protective Claims |
| P-R FARMS - 17710 ROAD 24 - MADERA<br>WILD, CARTER & TIPTON<br>FRESNO, CA 93704 | | 5406 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $88,880.00 | $88,880.00 | Customer Program Rebates |
| San Diego Gas & Electric Company<br>c/o White & Case LLP Attn: Aaron Colodny<br>Los Angeles, CA 90071 92123 | | 54692 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Shah, Pradipkumar K<br>6501 Truxtun Ave 11307 Crabbet Park Dr<br>Bakersfield, CA 93309 | | 8637 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $1,820.00 | $1,820.00 | Customer Program Rebates |
| Shea Homes, Inc.<br>Attn: Ross Kay 655 Brea Canyon Road<br>Walnut, CA 91789 | | 64090 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Main Line Extension Reimbursement Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Spectrum Properties Inc. Twi Irons 411 Davis Street, Suite 102 Vacaville, CA 95688 | | **61242** | PG&E Corporation | 10/16/2019 | $54,769.94 | $0.00 | $0.00 | $0.00 | $54,769.94 | No Liability Subcontractor Claims |
| Tahvilian, Ahmad 7048 Anjou Creek Cir San Jose, CA 95120-4104 | | **10787** | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer Program Rebates |
| The Spanos Corporation Attn Mary Olvera 10100 Trinity Parkway, 5th Floor Stockton, CA 95219 | | **30800** | PG&E Corporation | 10/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| **Claims To Be Expunged Totals** | | **Count: 11** | | | $54,769.94 | $0.00 | $1,500.00 | $389,831.09 | $446,101.03 | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| III Holdings Inc. 3834 Balfour Ave. Oakland, CA 94610 | | 89516 | PG&E Corporation | 12/16/2019 | $0.00 | $0.00 | $2,850.00 | $0.00 | $2,850.00 | Customer No Liability Claims |
| Merlander, Michael 220 Summit Rd Walnut Creek, CA 94598 | | 88059 | PG&E Corporation | 12/2/2019 | $0.00 | $0.00 | $0.00 | $13,249.00 | $13,249.00 | Customer No Liability Claims |
| TOWER ENERGY GROUP 1983 W 190TH ST TORRANCE, CA 90504 | | 3862 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $2,888.00 | $2,888.00 | Customer No Liability Claims |
| TOWER ENERGY GROUP 1983 W 190TH ST TORRANCE, CA 90504 | | 3860 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $7,572.00 | $7,572.00 | Customer No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count: 4** | | | **$0.00** | **$0.00** | **$2,850.00** | **$23,709.00** | **$26,559.00** | |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ali K Amidy/Los Galos Center LLC, TwoFourOne LLC Eden Garden LLC One Shop Real Estate Inc. P.O. Box 880 Los Gatos, CA 95031 | | 8326 | PG&E Corporation | 9/4/2019 | $260,000.00 | $0.00 | $0.00 | $0.00 | $260,000.00 | Customer No Liability / Passthrough Claims |
| Anaya, Elvira Marin 956 4th St Livingston, CA 95334-1217 | | 9940 | Pacific Gas and Electric Company | 9/26/2019 | $11,120.00 | $0.00 | $0.00 | $0.00 | $11,120.00 | Customer No Liability / Passthrough Claims |
| DMP DEVELOPMENT A CALIFORNIA CORPORATION 2001 HOWARD RD. SUITE 211 MADERA, CA 93637 | | 4566 | Pacific Gas and Electric Company | 7/23/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Donahue/Barlow, Lisa PO Box 2473 Poulsbo, WA 98370-0923 | | 7984 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability / Passthrough Claims |
| Gahvejian Family Trust c/o Trustee Carrie Gahvejian 1740 S. Claremont Avenue Fresno, CA 93727 | | 3959 | PG&E Corporation | 7/22/2019 | $0.00 | $0.00 | $0.00 | $916.87 | $916.87 | Customer No Liability / Passthrough Claims |
| Garcia, Michele G 8650 Hautly Lane Valley Springs, CA 95252 | | 6171 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $153.19 | $153.19 | Customer No Liability / Passthrough Claims |
| JIMENEZ, LUIS 427 W PAUL AVE CLOVIS, CA 93612-0117 | | 96533 | PG&E Corporation | 1/15/2020 | $0.00 | $0.00 | $14,376.68 | $0.00 | $14,376.68 | Customer No Liability / Passthrough Claims |
| Kikuchi, Sungmo 20026 Rodrigues Ave Apt B Cupertino, CA 95014-6601 | | 6811 | Pacific Gas and Electric Company | 8/12/2019 | $0.00 | $0.00 | $0.00 | $279.00 | $279.00 | Customer No Liability / Passthrough Claims |
| Laws, Lanelle P. 1120 W. 105th Street Los Angeles, CA 90044 | | 4055 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | Customer No Liability / Passthrough Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ly, Loan<br>301 Standiford Ave Apt 207<br>Modesto, CA 95350-1142 | | 6200 | PG&E Corporation | 8/9/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Rai, Harmandeep<br>8515 Longview Rd<br>Atwater, CA 95301-9644 | | 6579 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $5,000.00 | $2,000.00 | $7,000.00 | Customer No Liability / Passthrough Claims |
| See, Adam<br>6033 W Alluvial Ave<br>Fresno, CA 93722 | | 4839 | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $250.00 | $250.00 | Customer No Liability / Passthrough Claims |
| Sturms, Geoff<br>4174 AVALON ST<br>TRACY, CA 95377-8434 | | 4811 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | Customer No Liability / Passthrough Claims |
| Yahin, Carmecita<br>1527 Virginia Ave<br>West Sacramento, CA 95691-3934 | | 4864 | Pacific Gas and Electric Company | 7/30/2019 | $4,000.00 | $0.00 | $4,000.00 | $0.00 | $8,000.00 | Customer No Liability / Passthrough Claims |
| Yang, Yijenfang<br>7143 Anjou Creek Cir<br>San Jose, CA 95120 | | 80505 | Pacific Gas and Electric Company | 10/20/2019 | $0.00 | $0.00 | $0.00 | $121.00 | $121.00 | Customer No Liability / Passthrough Claims |
| Yoshizuka, Keith<br>411 Shirlee Dr<br>Danville, CA 94526-1857 | | 6985 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | Customer No Liability / Passthrough Claims |
| **Claims To Be Expunged Totals** | | **Count: 16** | | | **$275,120.00** | **$0.00** | **$23,376.68** | **$6,470.06** | **$304,966.74** | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Truckers Safety Association<br><br>Matthew Soleimanpour, Esq. Soleiman APC 5771 La Jolla Blvd., Ste. 4<br><br>La Jolla, CA  92037 | | 61263 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $33,493.20 | $33,493.20 | Damage not caused by PG&E |
| HEITZINGER ASSOCIATES, A CALIFORNIA LIMITED PARTNERSHIP<br><br>HEITZINGER ASSOCIATES, LP C/O BRUCE BERCOVICH, ESG. ARENT FOX, LLP 55 2ND STREET, 21ST FLOOR<br><br>SAN FRANCISCO, CA  94105 | | 81240 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $70,000.00 | $70,000.00 | Rule 15 Claims |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | **$0.00** | **$0.00** | **$0.00** | **$103,493.20** | **$103,493.20** | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brower, Norman<br>The Gori Law Firm Christina Hutchins 156 N. Main St.<br>Edwardsville, IL 62025 | | 80399 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Continental Insurance Company<br>CNA Attn: Claim Imaging 151 N. Franklin St Ste 700<br>Chicago, IL 60606 | | 57134 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $67,351.75 | $67,351.75 | No Response to Information Request |
| Maier, Charles<br>Brereton Law Office, APC Aaron J. Mohamed, Esq. 1362 Pacific Ave., Suite 221<br>Santa Cruz, CA 95060 | | 1896 | Pacific Gas and Electric Company | 3/29/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | No Response to Offer Exchange |
| Norman and Carol Brower<br>The Gori Law Firm Christina Hutchins 156 N. Main Street<br>Edwardsville, IL 62025 | | 70816 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Philip E Sandberg, Deceased<br>4725 Panama Ln. Unit D3<br>Bakersfield, CA 93313-3408 | | 6761 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Uphouse, Christina E.<br>618 S. Santa Fe Street Apt 5<br>Hemet, CA 92543 | | 73219 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | $150,000.00 | No Response to Information Request |
| **Claims To Be Expunged Totals** | | **Count: 6** | | | $0.00 | $0.00 | $75,000.00 | $242,351.75 | $317,351.75 | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Deas, Deborah J<br>8440 Mohawk Lane<br>Reno, NV 89506 | | 107031 | Pacific Gas and Electric Company | 3/18/2021 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | Untimely Claims |
| Eddie H. Morris III on behalf of his dauther MM, a minor<br>Law Office of Vernon C. Goins Vernon C. Goins II 1970 Broadway, Suite 450<br>Oakland, CA 94612 | | 97965 | Pacific Gas and Electric Company | 3/20/2020 | $0.00 | $0.00 | $0.00 | $90,000.00 | $90,000.00 | Untimely Claims |
| Hernandez, Richard<br>678 N King Rd Apt 115<br>San Jose, CA 95133-3801 | | 106929 | Pacific Gas and Electric Company | 1/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Untimely Claims |
| Kaiser Foundation Health Plan, Inc<br>Law Offices of Todd F. Haines 30495 Canwood Street Ste 100<br>Agoura Hills, CA 91301 | | 106957 | PG&E Corporation | 2/12/2021 | $0.00 | $0.00 | $0.00 | $4,223.03 | $4,223.03 | Untimely Claims |
| Liberty Mutual<br>Kris Cherevas, Esq. Cozen O'Connor 501 West Broadway #1610<br>San Diego, CA 92101 | | 107049 | PG&E Corporation | 4/22/2021 | $0.00 | $0.00 | $0.00 | $464,500.58 | $464,500.58 | Untimely Claims |
| Morris III, Eddie H.<br>Law Offices of Vernon C. Goins Vernon C. Goins II 1970 Broadway, Suite 450<br>Oakland, CA 94612 | | 97964 | Pacific Gas and Electric Company | 3/20/2020 | $0.00 | $0.00 | $0.00 | $90,000.00 | $90,000.00 | Untimely Claims |
| Morris, LaWanda<br>Law Offices of Vernon C. Goins Vernon C. Goins II 1970 Broadway, Suite 450<br>Oakland , CA 94612 | | 97967 | Pacific Gas and Electric Company | 3/20/2020 | $0.00 | $0.00 | $0.00 | $90,000.00 | $90,000.00 | Untimely Claims |
| Muhammad, Evelyn<br>Charles Muhammad<br>Fresno, CA 93706 | | 96328 | Pacific Gas and Electric Company | 12/24/2019 | $0.00 | $0.00 | $47,850.00 | $0.00 | $47,850.00 | Untimely Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Polda, Wade<br>3179 Greenwood Heights Dr.<br>Kneeland, CA  95549 | | 106999 | PG&E Corporation | 2/26/2021 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | Untimely Claims |
| Pritchard, Linda S.<br>3950 Mack Road SP #120<br>Sacramento, CA  95823 | | 106160 | PG&E Corporation | 7/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Untimely Claims |
| Pritchard, Linda S.<br>3950 Mack Road SP #120<br>Sacramento, CA  95823 | | 105549 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Untimely Claims |
| Santos, Lucia<br>300 E 40th St #9 TRLR 9<br>Garden City, ID  83714 | | 106928 | PG&E Corporation | 1/29/2021 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | Untimely Claims |
| Simmons, Roberta E<br>205 Vista Prieta Ct.<br>Santa Cruz, CA  95062 | | 103373 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $8,300.00 | $8,300.00 | Untimely Claims |
| Simpson, Barbara<br>365 Scenic Rd.<br>Fairfax, CA  94930 | | 107044 | Pacific Gas and Electric Company | 4/7/2021 | $0.00 | $0.00 | $0.00 | $98,074.00 | $98,074.00 | Untimely Claims |
| Spillman, Shaquanta<br>Law Offices of Vernon C. Goins<br>Vernon C Goins II 1970<br>Broadway, Suite 450<br>Oakland, CA  94612 | | 97966 | Pacific Gas and Electric Company | 3/20/2020 | $0.00 | $0.00 | $0.00 | $90,000.00 | $90,000.00 | Untimely Claims |
| **Claims To Be Expunged Totals** | | **Count: 15** | | | **$0.00** | **$0.00** | **$52,850.00** | **$1,136,347.61** | **$1,189,197.61** | |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 5991 Faught Road K & C Ranch, LLC<br>Corey, Luzaich, de Ghetaldi & Riddle LLP Amanda L. Riddle<br>700 El Camino Real<br>Millbrae, CA 94030 | | 96311 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Brown, Peter Benjamin<br>Paige N. Boldt 70 Stony Point Road, Ste. A<br>Santa Rosa, CA 95401 | | 93206 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Browne, Denyse Parsons<br>Paige N. Boldt 70 Stony Point Road, Ste A.<br>Santa Rosa, CA 95401 | | 97020 | PG&E Corporation and Pacific Gas and Electric Company | 2/25/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Browne, Timothy Otis<br>Paige N. Boldt 70 Stony Point Road, Ste A<br>Santa Rosa, CA 95401 | | 97021 | PG&E Corporation and Pacific Gas and Electric Company | 2/25/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| BULL, CASSIELLE AKA JANICE<br>Eric J Ratinoff 401 WATT AVENUE<br>Sacramento, CA 95864 | | 88802 | PG&E Corporation and Pacific Gas and Electric Company | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| BULL, SAMUEL BENEDICT<br>Eric J Ratinoff 401 WATT AVENUE<br>Sacramento, CA 95864 | | 88801 | PG&E Corporation and Pacific Gas and Electric Company | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| CURRY, BRIAN<br>Eric J Ratinoff 401 WATT AVENUE<br>Sacramento, CA 95864 | | 88791 | PG&E Corporation and Pacific Gas and Electric Company | 12/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Eidsen, Paula J<br>10280 Brooks Rd<br>Windsor, CA 95492 | | 88460 | PG&E Corporation and Pacific Gas and Electric Company | 12/11/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Engineers and Scientists of California, Local 20, IFPTE<br>Weinberg, Roger & Rosenfeld Emily P. Rich 1001 Marina Village Parkway, Ste 200<br>Alameda, CA  94501 | | 64597 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $2,521,907.33 | $2,773,734.41 | $5,295,641.74 | CBA Claims |
| Espinoza, Nerida<br>2450 Parkcreek Dr<br>Santa Rosa, CA  95404 | | 90902 | PG&E Corporation and Pacific Gas and Electric Company | 12/21/2019 | $0.00 | $0.00 | $0.00 | $448.00 | $448.00 | Postpetition Fire Claims |
| Hanna Winery Inc.<br>9280 Highway 128<br>Healdsburg, CA  95448 | | 96323 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| International Brotherhood of Electrical Workers, Local Union No. 1245<br>Attn: Alex Pacheco, General Counsel 30 Orange Tree Circle 601 Poydras Street, Suite 2660<br>Vacaville, CA  95687 | | 57750 | Pacific Gas and Electric Company | 10/16/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | CBA Claims |
| Jerry DeWitt Trucking, Inc.<br>Corey, Luzaich, de Ghetaldi & Riddle LLP Amanda L. Riddle 700 El Camino Real<br>Millbrae, CA  94030 | | 95033 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Kosowski, Meta Elizabeth<br>Paige N. Boldt, Attorney 70 Stony Point Road Ste. A<br>Santa Rosa, CA  95401 | | 96605 | PG&E Corporation and Pacific Gas and Electric Company | 1/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Kral, Patricia<br>524 Piccadilly Place<br>Windsor, CA  95492 | | 92744 | PG&E Corporation and Pacific Gas and Electric Company | 12/28/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Kramer, Mark<br>Corey, Luzaich, de Ghetaldi & Riddle LLP Amanda L. Riddle 700 El Camino Real<br>Millbrae, CA  94030 | | 96182 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kramer, Nancy Robinson<br>Corey, Luzaich, De Ghetaldi & Riddle LLP Amanda L. Riddle<br>700 El Camino Real<br>Millbrae, CA  94030 | | 96250 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Leahy, Mitchell<br>9490 Jessica Dr<br>Windsor, CA  95492 | | 93572 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Lilienthal, Marjorie Huguet<br>Paige N. Boldt 70 Stony Point Road, Ste. A<br>Santa Rosa, CA  95401 | | 96629 | PG&E Corporation and Pacific Gas and Electric Company | 1/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Lytle's Redwood Empire Beauty College<br>Deb Prolo<br>Santa Rosa, CA  95403 | | 88025 | PG&E Corporation and Pacific Gas and Electric Company | 12/2/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Michael J. Horvitz and Mark R. Kramer, Trustees of the Mark R. Kramer 2016 Family Trust U/A 6/30/16<br>Corey, Luzaich, De Ghetaldi & Riddle LLP Amanda L Riddle<br>700 El Camino Real<br>Millbrae, CA  94030 | | 96267 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Morehead, Royce J.<br>10275 Old River Road<br>Forestville, CA  95436 | | 91909 | PG&E Corporation and Pacific Gas and Electric Company | 12/26/2019 | $0.00 | $0.00 | $0.00 | $1,985.42 | $1,985.42 | Postpetition Fire Claims |
| Randall DeWitt, trustee of the Jerry L. DeWitt Trust<br>Amanda L. Riddle Corey, Luzaich, de Ghetaldi & Riddle LLP 700 El Camino Real<br>Millbrae, CA  94030 | | 96118 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Resso, Teresa | | 94438 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Sand, Michael<br>c/o Wilmarth 2694 Kincaid<br>Eugene, OR 97405 | | 92328 | PG&E Corporation and Pacific Gas and Electric Company | 12/26/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Savas, Anthony<br>6156 Gabrielle Dr<br>Windsor, CA 95492 | | 94470 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Scott Winthrop Newman for the Newman Family<br>212 North Street<br>Healdsburg, CA 95448 | | 92619 | PG&E Corporation and Pacific Gas and Electric Company | 12/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Shaw, Sarah<br>Corey, Luzaich, de Ghetaldi & Riddle LLP Amanda L. Riddle<br>700 El Camino Real<br>Millbrae, CA 94030 | | 96087 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Sindisa Sanctuary<br>Corey, Luzaich, De Ghetaldi & Riddle LLP Amanda L. Riddle<br>700 El Camino Real<br>Millbrae, CA 94030 | | 96282 | PG&E Corporation and Pacific Gas and Electric Company | 12/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Postpetition Fire Claims |
| Solorio, Crispin<br>2361 Heidi Pl<br>Santa Rosa, CA 95403 | | 90910 | PG&E Corporation and Pacific Gas and Electric Company | 12/22/2019 | $0.00 | $0.00 | $0.00 | $3,100.00 | $3,100.00 | Postpetition Fire Claims |
| Villa Ratto LLC<br>Tony Ratto 1009 Pearl Street<br>Alameda, CA 94501 | | 94734 | PG&E Corporation and Pacific Gas and Electric Company | 12/31/2019 | $0.00 | $0.00 | $0.00 | $2,145.64 | $2,145.64 | Postpetition Fire Claims |
| **Claims To Be Expunged Totals** | | **Count:31** | | | **$0.00** | **$0.00** | **$2,521,907.33** | **$2,781,413.47** | **$5,303,320.80** | |