**EXHIBIT A**

# Hadley Roberts-Donnelly

| | |
|---|---|
| **From:** | fereshteh jabbari <dr.f.jabbari@gmail.com> |
| **Sent:** | Monday, June 14, 2021 8:50 PM |
| **To:** | PG&E Claims |
| **Subject:** | PG&E Bankruptcy Case No. 19-30088 (DM) |

Hello,

This is Fereshteh Jabbari, with Claim Number 7154, for Debtor PG&E Corporation.

I, hereby, oppose the reduction of my Objected-To Proof of Claim for Case No. 19-30088 (DM), of $4185.00. This is a Response to the Bankruptcy Papers mailed to me. If needed, let me know how to arrange for the Response to be filed with the Court.

Thank you,
Fereshteh Jabbari