RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Email:  gerald@slffirm.com
        glocurto@slffirm.com

Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>            Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case,<br>   No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>SLF FIRE VICTIM CLAIMANTS' WITHDRAWAL OF NOTICE OF HEARING ON MOTION AND MOTION TO ALLOW/DEEM TIMELY LATE FILING OF PROOF OF CLAIM BY DYKE T. SHAFFER |

Creditor SLF FIRE VICTIM CLAIMAINTS, by and through undersigned counsel, hereby withdraw the *Motion to Allow/Deem Timely Late Filing of Proof of Claim by Dyke T. Shaffer* [Dkt.

No. 10837] and *Notice of Hearing on Motion to Allow/Deem Timely Late Filing of Proof of Claim by Dyke T. Shaffer* [Dkt. No. 10838] filed on June 22, 2021 in the above-referenced matter.

Dated: June 24, 2021         MARSHACK HAYS LLP

         */s/ Laila Masud*
BY: RICHARD A. MARSHACK
    LAILA MASUD
    ATTORNEYS FOR SLF CLAIMANTS