# Exhibit A

**(Claims for Securities Acquired Outside Subject Period)**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AETNA HEALTH AND LIFE INSURANCE COMPANY (CONNECTICUT) AETNA LIFE INSURANCE COMPANY ATTN: MICHAEL GREENE RTAA 151 FARMINGTON AVENUE HARTFORD, CT 06156 | 99328 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 2 | AETNA LIFE INSURANCE COMPANY (SEPARATE ACCOUNT 138) AETNA LIFE INSURANCE COMPANY ATTN: MICHAEL GREENE RTAA 151 FARMINGTON AVENUE HARTFORD, CT 06156 | 99155 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 3 | ANNIE SONNEBERG & MANFRIED SONNEBERG JT TEN 2621 PALISADE AVE BRONX, NY 10463-6106 | 97901 | PG&E Corporation | 3/19/2020 | $0.00 | $0.00 | $0.00 | $2,547.93 | $2,547.93 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 4 | CARLSON, DAVID 131 CARLA LN WEST SENECA, NY 14224 | 99545 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $5,192.00 | $5,192.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 5 | CHARLES SCHWAB TR FBO BRUCE FRASER IRA 9/9/2016 325 MAVERICK CT. LAFAYETTE, CA 94549-1811 | 99082 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $1,588.08 | $1,588.08 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 6 | CLAYTON, WARREN T ZUNYI YANG CLAYTON 1212 KELLEY CT PINOLE, CA 94564-2508 | 87358 | PG&E Corporation | 10/28/2019 | $0.00 | $0.00 | $0.00 | $2,642.00 | $2,642.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 7 | COFANO, BRENDA SUSAN J. COFANO, ESQ. [SBN 149921] LAW OFFICES OF SUSAN J. COFANO 574 COBBLE DRIVE MONTROSE, CO 81403 | 101500 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $450.00 | $450.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 8 | DALIN, RALPH & HEDY 4955 RIDING RIDGE RD SAN DIEGO, CA 92130 | 104113 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 9 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (JOVI) 340 WEST FLAGLER STREET SUITE 201 MIAMI, FL 33130 | 99400 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

1 Claims listed as $0.00 seek an unliquidated amount.

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (LIND I A+R)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99404 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 11 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (LINVEST I)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99405 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 12 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (PAR)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99406 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 13 | DRRT FBO KAISER PERMANENTE<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 98768 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 14 | DRRT FBO MEAG MUNICH ERGO KAPITALANLAGEGESELLSCHAFT MBH<br>340 WEST FLAGER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100663 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 15 | DRRT FBO METZLER ASSET MANAGEMENT GMBH (F27)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100799 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 16 | DRRT FBO METZLER ASSET MANAGEMENT GMBH (K13)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100634 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 17 | ELLIOTT FAMILY TRUST<br>GARY ELLIOTT<br>33462 PALO ALTO ST.<br>DANA POINT, CA 92629 | 101733 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $528.38 | $528.38 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 18 | IRA - LOUISE S. ROHRKEMPER<br>6577 CLEAR LAKE RD.<br>GRASS LAKE, MI 49240 | 98574 | Pacific Gas and Electric Company | 4/6/2020 | $0.00 | $0.00 | $0.00 | $6,539.27 | $6,539.27 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | JEAN STACY BENITES<br>2689 ANDERSON LANE<br>SAND SPRINGS, OK 74063 | 101537 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 20 | JOAN M. PADIA TRUST 3/1/2003<br>120 COLUSA COURT<br>SAN BRUNO, CA 94066-2535 | 99093 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $17,538.62 | $17,538.62 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 21 | JOANN O MCCFADDEN TTEE<br>JOANN O MCCFADDEN TRUST DTD 6/16/96<br>24310 MOULTON PKWY STE 0-533<br>LAGUNA HILLS, CA 92637-3306 | 105352 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 22 | KRITZMAN, ELLEN B.<br>10710 SW COWAN RD<br>VASHON, WA 98070 | 102887 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 23 | LABORERS' INTERNATIONAL UNION OF NORTH AMERICA<br>MICHAEL BARRETT, ASSOC GENERAL COUNSEL<br>905 16TH STREET, NW<br>WASHINGTON, DC 20006 | 100891 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $115,879.95 | $115,879.95 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 24 | LAKE AVENUE FUNDING EC XI LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104665 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $31,350.72 | $31,350.72 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 25 | LAKE AVENUE FUNDING EC XI LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO, CA 94104 | 104679 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $74,525.76 | $74,525.76 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 26 | LANDMARK LIFE INSURANCE CO.<br>ATTN: CRAIG COLLIER, TREASURER<br>PO BOX 40<br>BROWNWOOD, TX 76804 | 102979 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 27 | LYNCH, LYNNE M.<br>941 SPRING OAK WAY<br>STOCKTON, CA 93209 | 103077 | Pacific Gas and Electric Company | 4/22/2020 | $0.00 | $0.00 | $0.00 | $496.31 | $496.31 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | MALZONE, JEAN<br>378 TERHUNE STREET<br>TEANECK, NJ 07666-2415 | **101601** | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $7,437.00 | $7,437.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 29 | MASS MUTUAL PREMIER BALANCED FUND<br>KIZZY L. JARASHOW, ESQ.<br>GOODWIN PROCTER LLP<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 | **99767** | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 30 | MASSMUTUAL PREMIER BALANCED FUND<br>GOODWIN PROCTER LLP<br>KIZZY L. JARASHOW, ESQ.<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 | **99771** | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 31 | MASSMUTUAL PREMIER DIVERSIFIED BOND FUND<br>GOODWIN PROCTER LLP<br>KIZZY L. JARASHOW, ESQ.<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 | **100364** | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 32 | MASSMUTUAL PREMIER DIVERSIFIED BOND FUND<br>GOODWIN PROCTER LLP<br>KIZZY L. JARASHOW, ESQ.<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 | **99772** | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 33 | MEISER, DONALD E<br>46070 CR 207<br>COSHOCTON, OH 43812 | **99887** | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 34 | MELLO, BETTY<br>5607 STONEHAVEN DR<br>MARYSVILLE , CA 95901-8324 | **96330** | PG&E Corporation | 12/26/2019 | $0.00 | $0.00 | $0.00 | $1,314.25 | $1,314.25 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 35 | MELLO, BETTY ANN<br>5607 STONEHAVEN DRIVE<br>MARYSVILLE, CA 95901 | **98339** | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 36 | MOITA, JEFFERY LEE<br>2201 SHORELINE DRIVE, UNIT 2936<br>ALAMEDA, CA 94501 | **89897** | PG&E Corporation | 12/18/2019 | $0.00 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | MONTGOMERY, KENNETH<br>RAYMOND JAMES CUST KENNETH MONTGOMERY<br>1209 W HUNT<br>MCKINNEY, TX 75069 | 102909 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 38 | OLSON, LAWRENCE J.<br>141 11TH STREET<br>SEAL BEACH, CA 90740 | 98385 | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $46,685.21 | $46,685.21 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 39 | POST, BRIAN<br>540 CALKINS RD<br>PERU, NY 12972 | 99249 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 40 | PRINCIPAL LIFE INSURANCE COMPANY, DBA PRINCIPAL LARGECAP VALUE SEPARATE ACCOUNT<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES, IA 50392-0800 | 100882 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 41 | RAYMOND JAMES CSDN FBO ROBERT C. LEE IRA<br>2065 THOMASVILLE RD, STE 201<br>TALLAHASSEE, FL 32308 | 100820 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 42 | ROBERTS, DANA E.<br>16732 LITTLE LEAF LANE<br>EDMOND, OK 73012 | 98563 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 43 | SARPY. JR., AARON L.<br>1042 HELIOS AVE<br>METAIRIE, LA 70005 | 97856 | Pacific Gas and Electric Company | 3/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 44 | SCHUELLER, ELEANOR B<br>8956 SPRING CREST DR.<br>CLEVELAND, OH 44144-1241 | 99783 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 45 | SPOTT, THOMAS<br>3601 ARAPAHOE AVE<br>UNIT D406<br>BOULDER, CO 80303 | 102856 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $38,902.00 | $38,902.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

**Fourth Securities Claims Omnibus Objection**  
**(Securities Acquired Outside Subject Period)**

**PG&E Corporation and Pacific Gas and Electric Company**  
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | SULLIVAN, PAUL D<br>501 CLARK<br>FLORISSANT, MO 63031 | 103174 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 47 | WEBER, SHERRY<br>3601 ARAPAHOE AVE<br>UNIT D406<br>BOULDER, CO 80303 | 102793 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $6,157.00 | $6,157.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 48 | WILLNOW, KIM<br>WADE & KIMBERLY WILLNOIW<br>P. O. BOX 8072<br>PORT SAINT LUCIE, FL 34985-8072 | 97614 | PG&E Corporation | 3/9/2020 | $0.00 | $0.00 | $0.00 | $209.99 | $209.99 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 49 | ZAJDOWICZ, MICHAEL J<br>6607 DREXEL AVENUE<br>LOS ANGELES, CA 90048 | 98084 | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $4,491.18 | $4,491.18 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |