| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 Lilibeth Drive<br>27 Waterview Drive<br>Shelton, CT 06484 | | 953 | PG&E Corporation | 2/22/2019 | $0.00 | $0.00 | $0.00 | $22,317.56 | $22,317.56 | Other Satisfied |
| Bohannon Development Company<br>Pahl & McCay<br>San Jose, CA 95113 | | 8958 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $0.00 | $10,087.00 | $10,087.00 | Customer Program Rebates |
| California Power Exchange Corporation<br>Attn: Susan D. Rossi 201 S. Lake Ave., Ste. 409<br>Pasadena, CA 91101 | | 31013 | Pacific Gas and Electric Company | 10/14/2019 | $57,179.00 | $0.00 | $0.00 | $0.00 | $57,179.00 | Other Satisfied |
| City of Davis<br>Tilden Kim Richards, Watson & Gershon 355 S. Grand Avenue, 40th Floor<br>Los Angeles, CA 90071 | | 60548 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $19,905.00 | $19,905.00 | Cure Payments |
| Dana Butcher Receiver<br>c/o Dana Butcher Associates<br>6475 N. Palm Ave #101<br>Fresno, CA 93704 | | 4366 | Pacific Gas and Electric Company | 8/5/2019 | $0.00 | $0.00 | $0.00 | $1,440.00 | $1,440.00 | Other Satisfied |
| Dutra Enterprises Inc<br>43360 Mission Blvd STE 230<br>Fremont, CA 94539-5959 | | 7958 | Pacific Gas and Electric Company | 8/23/2019 | $0.00 | $0.00 | $0.00 | $38,757.00 | $38,757.00 | Other Satisfied |
| Glover-Hudson, Rica M<br>1709 Beale Cir<br>Suisun City, CA 94585-1771 | | 4957 | Pacific Gas and Electric Company | 8/1/2019 | $0.00 | $0.00 | $0.00 | $3,480.00 | $3,480.00 | Customer Program Rebates |
| Griswold, Timothy A<br>755 E Capitol Ave, Apt L202<br>Milpitas, CA 95035-8816 | | 3697 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer Program Rebates |
| Kotler, Simon<br>1518 2nd Ave.<br>San Mateo, CA 94401-2108 | | 4074 | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer Program Rebates |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Mohave County<br>Ryan Henry Esplin Deputy County Attorney<br>Kingman, AZ 86401 | | 1439 | Pacific Gas and Electric Company | 3/7/2019 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Other Satisfied |
| Montoya, Michelle<br>1482 Montalban Dr.<br>San Jose, CA 95120 | | 8386 | Pacific Gas and Electric Company | 9/5/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Customer Program Rebates |
| Myers Restaurant Supply<br>1599 Cleveland Avenue<br>Santa Rosa, CA 95401 | | 102 | Pacific Gas and Electric Company | 2/6/2019 | $0.00 | $0.00 | $0.00 | $789.00 | $789.00 | Customer Program Rebates |
| Nevada Irrigation District<br>1036 West Main Street<br>Grass Valley, CA 95945 | | 79814 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $121,442.10 | $121,442.10 | Other Satisfied |
| SBA 2012 TC Assets, LLC<br>Attn: Legal Department Sharon S. Schwartz 8051 Congress Avenue<br>Boca Raton, FL 33487 | | 76819 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $17,304.00 | $17,304.00 | Other Satisfied |
| SBA Steel II, LLC<br>Attn: Legal Department / Sharon S. Schwartz 8051 Congress Avenue<br>Boca Raton, FL 33487 | | 80759 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $30,760.65 | $30,760.65 | Other Satisfied |
| Shivakumar, Arcot<br>3258 Capriana Cir<br>San Jose, CA 95135 | | 4237 | Pacific Gas and Electric Company | 8/4/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer Program Rebates |
| SPI<br>Confidential - Available Upon Request | | 897079 | Pacific Gas and Electric Company | 3/14/19 | $0.00 | $0.00 | $0.00 | $33,005.80 | $33,005.80 | Other Satisfied |
| Tripette, Leroy J<br>4162 Golden Pond Way<br>Rancho Cordova, CA 95742 | | 4274 | Pacific Gas and Electric Company | 8/3/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Customer Program Rebates |

| Original Creditor | Claim Transferred To: | Claim/Schedule To Be Disallowed and Expunged | Debtor | Date Filed/ Scheduled: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| WELL ANALYSIS CORPORATION 5500 Woodmere Dr Attn: Adam Copack 311 S. Wacker Dr Suite 1500 BAKERSFIELD, CA 93314 | | 57965 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $38,984.63 | $38,984.63 | Other Satisfied |
| Yates, Kevin 60 Corte De Sabla Greenbrae, CA 94904 | | 6194 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $50.00 | $50.00 | Customer Program Rebates |
| Zhang, Junrui 500 Oracle Pkwy Redwood City, CA 94065 | | 3747 | Pacific Gas and Electric Company | 7/22/2019 | $0.00 | $0.00 | $0.00 | $800.00 | $800.00 | Customer Program Rebates |
| Zhang, Nan 6890 Serenity Ct San Jose, CA 95120-3147 | | 87258 | PG&E Corporation | 10/24/2019 | $0.00 | $0.00 | $0.00 | $812.00 | $812.00 | Customer Program Rebates |
| **Claims To Be Expunged Totals** | | **Count: 22** | | | **$57,179.00** | **$0.00** | **$0.00** | **$350,434.74** | **$407,613.74** | |