| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aerojet Rocketdyne, Inc.<br>William Hvidsten Assistant General Counsel 2001 Aerojet Road<br>Rancho Cordova, CA 95742 | | 79278 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| BOWIE & SCHAFFER CLIENT TRUST<br>COMPANY ACCOUNT 2255 CONTRA COSTA BLVD STE 305<br>PLEASANT HILL, CA 94523 | | 27358 | PG&E Corporation | 10/11/2019 | $0.00 | $0.00 | $0.00 | $86,809.09 | $86,809.09 | No Liability Subcontractor Claims |
| J.F. Shea Construction, Inc.<br>Attn: Ross Kay 655 Brea Canyon Road<br>Walnut, CA 91789 | | 63939 | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Main Line Extension Reimbursement Claims |
| North Star Gas Company, LLC<br>YEP Energy Attn: Legal Dept. 7660 Woodway Dr., Suite 471A<br>Houston, TX 77005 | | 80336 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $212,322.00 | $212,322.00 | Protective Claims |
| P-R FARMS - 17710 ROAD 24 - MADERA<br>WILD, CARTER & TIPTON<br>FRESNO, CA 93704 | | 5406 | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $88,880.00 | $88,880.00 | Customer Program Rebates |
| San Diego Gas & Electric Company<br>c/o White & Case LLP Attn: Aaron Colodny<br>Los Angeles, CA 90071 92123 | | 54692 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| Shah, Pradipkumar K<br>6501 Truxtun Ave 11307 Crabbet Park Dr<br>Bakersfield, CA 93309 | | 8637 | Pacific Gas and Electric Company | 9/9/2019 | $0.00 | $0.00 | $0.00 | $1,820.00 | $1,820.00 | Customer Program Rebates |
| Shea Homes, Inc.<br>Attn: Ross Kay 655 Brea Canyon Road<br>Walnut, CA 91789 | | 64090 | Pacific Gas and Electric Company | 10/17/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Main Line Extension Reimbursement Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Spectrum Properties Inc.<br>Twi Irons 411 Davis Street, Suite 102<br>Vacaville, CA 95688 | | 61242 | PG&E Corporation | 10/16/2019 | $54,769.94 | $0.00 | $0.00 | $0.00 | $54,769.94 | No Liability Subcontractor Claims |
| Tahvilian, Ahmad<br>7048 Anjou Creek Cir<br>San Jose, CA 95120-4104 | | 10787 | PG&E Corporation | 10/2/2019 | $0.00 | $0.00 | $1,500.00 | $0.00 | $1,500.00 | Customer Program Rebates |
| The Spanos Corporation<br>Attn Mary Olvera 10100 Trinity Parkway, 5th Floor<br>Stockton, CA 95219 | | 30800 | PG&E Corporation | 10/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| **Claims To Be Expunged Totals** | | **Count: 11** | | | **$54,769.94** | **$0.00** | **$1,500.00** | **$389,831.09** | **$446,101.03** | |