| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Truckers Safety Association<br><br>Matthew Soleimanpour, Esq. Soleiman APC 5771 La Jolla Blvd., Ste. 4<br><br>La Jolla, CA  92037 | | 61263 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $33,493.20 | $33,493.20 | Damage not caused by PG&E |
| HEITZINGER ASSOCIATES, A CALIFORNIA LIMITED PARTNERSHIP<br><br>HEITZINGER ASSOCIATES, LP C/O BRUCE BERCOVICH, ESG. ARENT FOX, LLP 55 2ND STREET, 21ST FLOOR<br><br>SAN FRANCISCO, CA  94105 | | 81240 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $70,000.00 | $70,000.00 | Rule 15 Claims |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | $0.00 | $0.00 | $0.00 | $103,493.20 | $103,493.20 | |