| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brower, Norman<br>The Gori Law Firm Christina Hutchins 156 N. Main St.<br>Edwardsville, IL 62025 | | 80399 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Continental Insurance Company<br>CNA Attn: Claim Imaging 151 N. Franklin St Ste 700<br>Chicago, IL 60606 | | 57134 | Pacific Gas and Electric Company | 10/10/2019 | $0.00 | $0.00 | $0.00 | $67,351.75 | $67,351.75 | No Response to Information Request |
| Maier, Charles<br>Brereton Law Office, APC Aaron J. Mohamed, Esq. 1362 Pacific Ave., Suite 221<br>Santa Cruz, CA 95060 | | 1896 | Pacific Gas and Electric Company | 3/29/2019 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | No Response to Offer Exchange |
| Norman and Carol Brower<br>The Gori Law Firm Christina Hutchins 156 N. Main Street<br>Edwardsville, IL 62025 | | 70816 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Philip E Sandberg, Deceased<br>4725 Panama Ln. Unit D3<br>Bakersfield, CA 93313-3408 | | 6761 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Information Request |
| Uphouse, Christina E.<br>618 S. Santa Fe Street Apt 5<br>Hemet, CA 92543 | | 73219 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $75,000.00 | $75,000.00 | $150,000.00 | No Response to Information Request |
| **Claims To Be Expunged Totals** | | **Count: 6** | | | $0.00 | $0.00 | $75,000.00 | $242,351.75 | $317,351.75 | |