| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Deas, Deborah J<br>8440 Mohawk Lane<br>Reno, NV 89506 | | 107031 | Pacific Gas and Electric Company | 3/18/2021 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | Untimely Claims |
| Eddie H. Morris III on behalf of his dauther MM, a minor<br>Law Office of Vernon C. Goins Vernon C. Goins II 1970 Broadway, Suite 450<br>Oakland, CA 94612 | | 97965 | Pacific Gas and Electric Company | 3/20/2020 | $0.00 | $0.00 | $0.00 | $90,000.00 | $90,000.00 | Untimely Claims |
| Hernandez, Richard<br>678 N King Rd Apt 115<br>San Jose, CA 95133-3801 | | 106929 | Pacific Gas and Electric Company | 1/29/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Untimely Claims |
| Kaiser Foundation Health Plan, Inc<br>Law Offices of Todd F. Haines 30495 Canwood Street Ste 100<br>Agoura Hills, CA 91301 | | 106957 | PG&E Corporation | 2/12/2021 | $0.00 | $0.00 | $0.00 | $4,223.03 | $4,223.03 | Untimely Claims |
| Liberty Mutual<br>Kris Cherevas, Esq. Cozen O'Connor 501 West Broadway #1610<br>San Diego, CA 92101 | | 107049 | PG&E Corporation | 4/22/2021 | $0.00 | $0.00 | $0.00 | $464,500.58 | $464,500.58 | Untimely Claims |
| Morris III, Eddie H.<br>Law Offices of Vernon C. Goins Vernon C. Goins II 1970 Broadway, Suite 450<br>Oakland, CA 94612 | | 97964 | Pacific Gas and Electric Company | 3/20/2020 | $0.00 | $0.00 | $0.00 | $90,000.00 | $90,000.00 | Untimely Claims |
| Morris, LaWanda<br>Law Offices of Vernon C. Goins Vernon C. Goins II 1970 Broadway, Suite 450<br>Oakland , CA 94612 | | 97967 | Pacific Gas and Electric Company | 3/20/2020 | $0.00 | $0.00 | $0.00 | $90,000.00 | $90,000.00 | Untimely Claims |
| Muhammad, Evelyn<br>Charles Muhammad<br>Fresno, CA 93706 | | 96328 | Pacific Gas and Electric Company | 12/24/2019 | $0.00 | $0.00 | $47,850.00 | $0.00 | $47,850.00 | Untimely Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Polda, Wade<br>3179 Greenwood Heights Dr.<br>Kneeland, CA  95549 | | 106999 | PG&E Corporation | 2/26/2021 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | Untimely Claims |
| Pritchard, Linda S.<br>3950 Mack Road SP #120<br>Sacramento, CA  95823 | | 106160 | PG&E Corporation | 7/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Untimely Claims |
| Pritchard, Linda S.<br>3950 Mack Road SP #120<br>Sacramento, CA  95823 | | 105549 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Untimely Claims |
| Santos, Lucia<br>300 E 40th St #9 TRLR 9<br>Garden City, ID  83714 | | 106928 | PG&E Corporation | 1/29/2021 | $0.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 | Untimely Claims |
| Simmons, Roberta E<br>205 Vista Prieta Ct.<br>Santa Cruz, CA  95062 | | 103373 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $8,300.00 | $8,300.00 | Untimely Claims |
| Simpson, Barbara<br>365 Scenic Rd.<br>Fairfax, CA  94930 | | 107044 | Pacific Gas and Electric Company | 4/7/2021 | $0.00 | $0.00 | $0.00 | $98,074.00 | $98,074.00 | Untimely Claims |
| Spillman, Shaquanta<br>Law Offices of Vernon C. Goins<br>Vernon C Goins II 1970 Broadway, Suite 450<br>Oakland, CA  94612 | | 97966 | Pacific Gas and Electric Company | 3/20/2020 | $0.00 | $0.00 | $0.00 | $90,000.00 | $90,000.00 | Untimely Claims |
| **Claims To Be Expunged Totals** | | **Count: 15** | | | **$0.00** | **$0.00** | **$52,850.00** | **$1,136,347.61** | **$1,189,197.61** | |