Mark Swendsen
Attorney at Law SBN 72877
660 South Fitch Mountain Road
Healdsburg, CA 95448-4606
(707) 292 4859
email mdswendsen@gmail.com
Claimant In Pro Per

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

-AND-

PACIFIC GAS AND EECTRIC COMPANY,

Debtors.

X Affects Both Debtors

*All papers shall be filed in the Lead Case. No. 19-30088 (DM)

Bankruptcy Case No. 19-30088 (DM)

SECOND POINTS AND AUTHORITIES IN OPPOSITION TO DEBTORS' 87th OMNIBUS OBJECTION TO CLAIMS (PLAN PASSTHROUGH PROOFS OF CLAIM)

Hearing Date June 30, 2021
Time: 10:00 a.m (Pacific Time)
Place (Telephonic Appearances Only) United States Bankruptcy Court, Courtroom 17, 16th Floor, San Francisco, CA. 94102

**CREDITOR NAME: SWENDSEN SR., MARK**

**Objected-To Claim:**

SECOND P&A AGAINST PG&E

1

Claim/Schedule to be Disallowed and Expunged: 93659

Debtor: PG&E Corporation and Pacific Gas and Electric Company

Date Filed/Scheduled: 12/30/2019

Secured $0.00

Admin $0.00

General Unsecured $90,000.00

Total Amount: $90,000.00. This includes loss of use of my home and physical and emotional damage, primarily lung damage from the fire's smoke.

Basis of Objection: Postpetition Fire Claims

Creditor MARK SWENDSEN, SR. makes this SECOND Opposition to Debtors' 87th Omnibus Objection to Claims as follows:

1. Claimant Mark Swendsen has made two other claims in regard to the Northern California Fires. If this Objection is granted, Claimant asks that the Court's Order specify that only the Kinkade fire claim is affected, not the other two.

2. California, as do most states, follow the English Exchequer Court case of *Hadley v Baxendale* [1854] EWHC J70: **Brandon & Tibbs v. George Kevorkian Accountancy, 226 Cal. App. 3d 442, 455-6 (1990): general damages from contract "are ordinarily confined to those which would naturally arise from the breach, or which might have been reasonably contemplated or foreseen by both parties, at the time they made the contract, as the probable result of the breach." Here, both by contract and regulation, PG&E was supposed to supply Northern California residents with safe power, and was**

SECOND P&A AGAINST PG&E

2

Case: 19-30088    Doc# 10868    Filed: 06/28/21    Entered: 06/29/21 08:15:52    Page 2 of 4

supposed to maintain its system safely. Instead, it gave money earmarked for safety to its investors, and caused fires. These were foreseeable—and because this conduct foreseeably caused fires, including personal injury and death, which naturally arose from the breach, PG&E was charged with, and pled guilty to, scores of counts of murder. The breach of this contract preceded the date of the Kinkade fire, and PG&E should not be heard to imagine this Court should excuse their conduct. Foreseeable damages from a breach of contract are compensable, especially where the breach is intentional. The California Supreme Court in 7 Cal.4th 503, 515 (1994) "Contract damages are generally limited to those within the contemplation of the parties when the contract was entered into or at least reasonably foreseeable by them at that time; consequential damages beyond the expectations of the parties are not recoverable." Here, PG&E was obligated both by contract and regulation to maintain the safety of its system, and intentionally and repeatedly—and now we see, criminally—did not. The personal injury consequences of their breach of contract should not be dismissed.

3. Wherefore, the Court should deny the Objection.

Dated: 6/28/21

_____

MARK SWENDSEN SR.

Creditor/Claimant

SECOND P&A AGAINST PG&E

3

VERIFICATION

I declare that: I am a Claimant in the above—entitled action. I have read the foregoing Points and Authorities and know the contents thereof; the same is true of my own knowledge, except as to those matters which are therein stated upon my information or belief, and as to those matters I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this verification was executed on 6/28/21 in Healdsburg, CA.

*[signature]*

MARK SWENDSEN

SECOND P&A AGAINST PG&E