**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>       - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JUNE 30, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:  June 30, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Zoom Videoconference)<br>          United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
JUNE 30, 2021, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

1. **Discovery Conference Between PG&E Fire Victim Trust and PricewaterhouseCoopers LLP:** *Order Granting the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP* [**Dkt. 6473**].

   Status: This Discovery Conference is going forward between the PG&E Fire Victim Trust and PricewaterhouseCoopers LLP.

2. **Seventy-Ninth Omnibus Claims Objection (Books and Records Claims)** [**Dkt. 10673**].

   Responses Filed:

   A.  Addington, David [**Informal**].

   B.  Jabbari, Fereshteh [**Informal**].

   Related Documents:

   C.  Reply in Support of Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 10848**].

   D.  Status Conference Statement Regarding Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims – Claim of David Addington (Claim No. 3093) [**Dkt. 10851**].

   Related Order:

   E.  Order Disallowing or Allowing in Reduced Amounts Proofs of Claim Pursuant to Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims (Books and Records Claims) [**Dkt. 10858**].

   Status: The Objection re Fereshteh Jabbari is going forward on a contested basis [**Dkt. 10858**]. The Objection re David Addington is going forward as a status conference [**Dkt. 10858**].

   This Omnibus Objection was granted as to most Claims by **Dkt. 10858**. It has been continued to July 28, 2021, as to Marsh Landing, LLC [**Dkt. 10759**]. It has been continued indefinitely as to Robert Finley in an attempt to reach a

consensual resolution [**Dkt. 10847**]. It has been sustained as to Denise Marshall [**Dkt. 10847**].

3. **Eighty-Fifth Omnibus Claims Objection (ADR No Liability Claims)** [**Dkt. 10691**].

Response Filed:

A. Pedroia, Sandra [**Informal**].

Related Document:

B. Reply in Support of Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 10848**].

Related Order:

C. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eighty-Fifth Omnibus Objection to Claims (ADR No Liability Claims) [**Dkt. 10864**].

Status: This matter is going forward on a contested basis.

This Omnibus Objection was granted as to most Claims by **Dkt. 10864**. It has been taken off calendar pending final resolution as to Brenda Baker [**Dkt. 10847**]. It has been withdrawn as to Union Carbide [**Dkt. 10847**].

4. **Eighty-Seventh Omnibus Claims Objection (Plan Passthrough Proofs of Claim)** [**Dkt. 10697**].

Responses Filed:

A. Swendsen, Mark [**Dkts. 10773 and 10868**].

Related Document:

B. Reply in Support of Reorganized Debtors' Omnibus Objections to Claims [**Dkt. 10848**].

Related Order:

C. Order Expunging Proofs of Claim Pursuant to Reorganized Debtors' Eighty-Seventh Omnibus Objection to Claims (Plan Passthrough Proofs of Claim) [**Dkt. 10866**].

Status: This matter is going forward on a contested basis.

This Omnibus Objection was granted as to most Claims by **Dkt. 10866**. It has been sustained as to International Brotherhood of Electrical Workers, Local Union No. 1245 (IBEW) [**Dkt. 10847**].

*RESOLVED AND CONTINUED MATTERS*

**Securities Omnibus Claims Objection:**

  5. **Fourth (Securities Acquired Outside Subject Period)** [**Dkt. 10662**]. This Omnibus Objection was granted as to all Claims by **Dkt. 10856**.

  6. **Fifth (No Loss Causation – Securities Sold Prior to the First Purported "Corrective Disclosure")** [**Dkt. 10665**]. This Omnibus Objection was granted as to all Claims by **Dkt. 10857**.

**Omnibus Claim Objections:**

  7. **Eighth (No Liability Claims)** [**Dkt. 8983**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9295**. This matter has been continued to August 25, 2021, as to Mendocino County Inland Water Agency and Power Commission [**Dkt. 10845**].

  8. **Twenty-First (Books and Records Claims)** [**Dkt. 9272**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9558**. It has been withdrawn as to Asplundh Construction, LLC [**Dkt. 10846**].

  9. **Twenty-Second (Satisfied Claims)** [**Dkt. 9275**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9559**. It has been continued to August 25, 2021, as to CA BTM Energy Storage, LLC; CA Energy Storage Holdings, LLC; and GSA Solar, LLC [**Dkt. 10845**].

  10. **Twenty-Eighth (Books and Records Claims)** [**Dkt. 9427**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9870**. It has been continued to July 28, 2021, as to Utility Tree Service, LLC [**Dkt. 10844**]. It has been continued to August 25, 2021, as to Shafter Solar, LLC and Desert Sunlight 300, LLC [**Dkt. 10845**].

  11. **Twenty-Ninth (Satisfied Claims)** [**Dkt. 9430**]. This Omnibus Objection was granted as to most Claims by **Dkts. 9856 and 9954**. It has been continued to August 25, 2021, as to Westside Solar, LLC and NextEra Energy Montezuma II Wind, LLC [**Dkt. 10845**].

  12. **Forty-First (No Liability / Passthrough Claims)** [**Dkt. 9458**]. This Omnibus Objection was granted as to most Claims by **Dkts. 9872 and 10468**. It has been taken off calendar pending final resolution as to State Farm Mutual Insurance Companies [**Dkt. 10846**].

  13. **Forty-Fourth (No Liability / Passthrough Claims)** [**Dkt. 9464**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9873**. It has been continued to July 28, 2021, as to the University of California [**Dkt. 10844**]. It has been taken off calendar pending final resolution as to State Farm a/s/o Ava Arroyo [**Dkt. 10846**].

14. **Forty-Fifth (Reduced and Allowed Claims)** [**Dkt. 9466**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9869**. It has been continued to July 28, 2021, as to The Travelers Indemnity Company [**Dkt. 10844**]. It has been taken off calendar as to State Farm Mutual Automobile Insurance Company and State Farm a/s/o Leslie Poortman [**Dkt. 10846**].

15. **Seventy-Fifth (No Liability Claims)** [**Dkt. 10534**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10704**. It has been withdrawn as to Righetti Ranch LP, a Delaware Limited Partnership [**Dkt. 10846**].

16. **Eightieth (Satisfied Claims)** [**Dkt. 10676**]. This Omnibus Objection was granted as to all Claims by **Dkt. 10859**. It has been sustained as to Sierra Pacific (SPI) [**Dkt. 10847**].

17. **Eighty-First (No Liability Claims)** [**Dkt. 10679**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10860**. It has been taken off calendar pending consensual resolution as to Xoom, Inc. [**Dkt. 10847**].

18. **Eighty-Second (Customer No Liability Claims)** [**Dkt. 10682**]. This Omnibus Objection was granted as to all Claims by **Dkt. 10861**.

19. **Eighty-Third (Customer No Liability / Passthrough Claims)** [**Dkt. 10685**]. This Omnibus Objection was granted as to all Claims by **Dkt. 10862**. It has been sustained as to Harmandeep Rai [**Dkt. 10847**].

20. **Eighty-Fourth (Third Party No Liability Claims)** [**Dkt. 10688**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10863**. It has been withdrawn as to Nationwide Agribusiness [**Dkt. 10847**].

21. **Eighty-Sixth (Untimely Claims)** [**Dkt. 10694**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10865**. It has been continued to July 28, 2021, as to City of San Jose [**Dkt. 10844**]. It has been withdrawn as to James Martin [**Dkt. 10847**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

II. **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING:** *Trotter (Ret.), Trustee v. PG&E Corporation et al.* No. 21-03012 (DM)

*RESOLVED AND CONTINUED MATTERS*

1. **Scheduling Conference:** The Scheduling Conference is off calendar pursuant to the June 23, 2021, Docket Text Order.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: June 29, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
　　　Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*