CRAVATH, SWAINE & MOORE LLP
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors.** | **REORGANIZED DEBTORS' REPORT ON STATUS OF OBJECTIONS TO CLAIMS 80033 AND 80500** |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors | [Re: Docket Nos. 9460 and 10574] |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status of certain Claims in the *Reorganized Debtors' Forty-Second Omnibus Objection to Claims (No Liability / Passthrough Claims)* (the "**Omnibus Objection**") [Docket No. 9460] and the *Reorganized Debtors' Further Objection to Claims 80033 and 80500* [Docket No. 10574] (the "**Further Objection**," and together with the Omnibus Objection, the "**Objections**").[1]

Pursuant to the Court's request at the June 15, 2021 omnibus hearing, and the docket entry of the minutes of the hearing dated the same day, the Reorganized Debtors inform the Court that they agree to attempt to mediate the Claims of G. Larry Engel [Claim No. 80033] and Mark A. Klein and Janet S. Klein [Claim No. 80500].

If either or both efforts to mediate are unsuccessful, the Reorganized Debtors will file a statement requesting a status conference on the Objections.

Dated: June 30, 2021

                                **CRAVATH, SWAINE & MOORE LLP**
                                **KELLER BENVENUTTI KIM LLP**

                                /s/        *Omid H. Nasab*
                                           Omid Nasab

                                *Attorneys for Debtors and Reorganized Debtors*

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Objections.