| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Liliya Kulyk, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 24, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on Jabbari Farzaneth, Sandra Pedroia and Mark Swendsen Sr, at addresses withheld in the interest of privacy:

- Reply in Support of Reorganized Debtors' Omnibus Objections to Claims [Docket No. 10848]

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 29th day of June 2021, at New York, NY.

/s/ Liliya Kulyk
Liliya Kulyk