Brian D. Huben (Cal. Bar No. 134354)
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350
E-mail: hubenb@ballardspahr.com

Theodore J. Hartl (Colorado Bar No. 32409)
**BALLARD SPAHR LLP**
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: 303.292.2400
Facsimile: 303.296.3956
E-mail: hartlt@ballardspahr.com

Attorneys for Campos EPC, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **PG&E CORPORATION**, | Case No. 19-30088 (DM) |
| and | (Lead Case) |
| **PACIFIC GAS & ELECTRIC COMPANY**, | (Jointly Administered) |
| Debtors. | **CAMPOS EPC LLC'S NOTICE OF WITHDRAWAL OF OBJECTION TO NOTICE OF (I) PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO THE DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION AND (II) PROPOSED CURE AMOUNTS** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM) | |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

NOTICE IS HEREBY GIVEN that Campos EPC, LLC ("Campos") withdraws, with prejudice and in its entirety, Campos's Objection to Notice of (I) Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to the Debtors' and Shareholder Proponents' Join Chapter 11 Plan or Reorganization and (II) Proposed Cure Amounts ("Objection"), filed on May 15, 2020 at ECF No. 7279. Campos is withdrawing the Objection pursuant to a settlement agreement.

DATED: July 1, 2021                                  Respectfully Submitted,

                                                     BALLARD SPAHR LLP

                                                     BY:   */s/ Brian D. Huben*
                                                           Brian D. Huben
                                                           Theodore J. Hartl

                                                     Attorneys for Campos EPC, LLC

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400