# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 7/2/2021 |
| Case: 19–30088 | Form ID: TRANSC | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Thomas B. Rupp    trupp@kbkllp.com

        TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
cr    Mark Swendsen    Attorney at Law    660 South Fitch Mountain Rd.    Healdsburg, CA 95448–4606
intp    David P. Addington    298 Saint James D    Piedmont, CA 94611
    DAVID TAYLOR    Keller Benvenutti Kim LLP    650 California Street, Suite 1900    San Francisco, CA 94108

        TOTAL: 3