# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On June 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on (1) East Bay Community Energy Authority (MMLID#4909648), Attn: Leah S. Goldberg, General Counsel, 1999 Harrison Street, Suite 800, Oakland, CA, 94612; on (2) Macquarie Energy LLC (MMLID#4909852), c/o Winston & Strawn LLP, Attn: Michael A. Yuffee, 1901 L Street NW, Washington, DC, 20036 and on (3) the Ruckman-Leal Creditors (MMLID#6115807), c/o Rodriguez & Associates, Attn: Joseph Whittington & Daniel Turek, 1128 Truxtun Ave, Bakersfield, CA, 93301-4618:

- Reorganized Debtors' Fourth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period) [Docket No. 10662]
- Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Fourth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period) [Docket No. 10663]
- Notice of Hearing on Reorganized Debtors' Fourth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period) [Docket No. 10664]

- Reorganized Debtors' Fifth Securities Claims Omnibus Objection (No Loss Causation – Securities Sold Prior to the First Purported "Corrective Disclosure") [Docket No. 10665]
- Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Fifth Securities Claims Omnibus Objection (No Loss Causation – Securities Sold Prior to the First Purported "Corrective Disclosure") [Docket No. 10666]
- Notice of Hearing on Reorganized Debtors' Fifth Securities Claims Omnibus Objection (No Loss Causation – Securities Sold Prior to the First Purported "Corrective Disclosure") [Docket No. 10667]
- Reorganized Debtors' Reply in Further Support of First Securities Claims Omnibus Objection (No Loss Causation – Securities Sold Prior to the First Purported "Corrective Disclosure") [Docket No. 10668]

3. On June 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on City of Riverside, California (MMLID#7263689), Office of the City Attorney, Attn: Susan D. Wilson, Assistant City Attorney, 3750 University, Suite 250, Riverside, CA, 92501:

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Seventy-Fifth Omnibus Objection to Claims (No Liability Claims) [Docket No. 10704]

4. On June 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Government Employees' Retirement System of the Virgin Islands (MMLID#7911041), Barrack, Rodos & Bacine, Attn: Leslie Bornstein Molder, Two Commerce Square, 2001 Market Street, Suite 3300, Philadelphia, PA, 19103:

- *Ex Parte* Application to Continue April 28, 2021 Hearing on the First Securities Omnibus Claim Objection with Respect to Certain Claims [Docket No. 10558]

5. On June 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party to be served via first class mail on the 87th Omnibus Notice Service List attached hereto as **Exhibit A**:

- Reorganized Debtors' Eighty-Seventh Omnibus Objection to Claims (Plan Passthrough Proofs of Claim) [Docket No. 10697]

6. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

2

7. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 2nd day of July 2021, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso

**Exhibit A**

# Exhibit A
## 87th Omnibus Notice Service List
### Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDSRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 7472910 | Brown, Peter Benjamin | Hansen & Miller Law Firm | Roy E. Miller | 415 Russell Avenue | Santa Rosa | CA | 95403 |
| 7472910 | Brown, Peter Benjamin | Watts Guerra | Paige N. Boldt | 1001 West College Avenue B1 | Santa Rosa | CA | 95401 |
| 7761874 | Browne, Denyse Parsons | Hansen & Miller Law Firm | Roy E. Miller | 415 Russell Avenue | Santa Rosa | CA | 95403 |
| 7761874 | Browne, Denyse Parsons | Watts Guerra | Paige N. Boldt | 1001 West College Avenue B1 | Santa Rosa | CA | 95401 |
| 7761878 | Browne, Timothy Otis | Watts Guerra | Paige N. Boldt | 1001 West College Avenue B1 | Santa Rosa | CA | 95401 |
| 7761878 | Browne, Timothy Otis | Hansen & Miller Law Firm | Roy E. Miller | 415 Russell Avenue | Santa Rosa | CA | 95403 |
| 7487318 | Kosowski, Meta Elizabeth | Hansen & Miller Law Firm | Roy E. Miller, Attorney | 415 Russell Avenue | Santa Rosa | CA | 95403 |
| 7487318 | Kosowski, Meta Elizabeth | Watts Guerra | Paige N. Boldt, Attorney | 1001 West College Avenue B1 | Santa Rosa | CA | 95401 |
| 7583884 | Lilienthal, Marjorie Huguet | Hansen & Miller Law Firm | Roy E. Miller | 415 Russell Avenue | Santa Rosa | CA | 95403 |
| 7583884 | Lilienthal, Marjorie Huguet | Watts Guerra | Paige N. Boldt | 1001 West College Avenue B1 | Santa Rosa | CA | 95401 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

Case: 19-30088    Doc# 10886    Filed: 07/02/21    Entered: 07/02/21 15:53:36    Page 5 of 5