

**Entered on Docket**
**July 06, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: July 2, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING CLAIM NO. 7154 (FERESHTEH JABBARI) PURSUANT TO REORGANIZED DEBTORS' SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS CLAIMS)**<br><br>[Re: Docket Nos. 10673, 10848]<br><br>Date: June 30, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (By Zoom Videoconference)<br>   United States Bankruptcy Court<br>   Courtroom 17, 16th Floor<br>   San Francisco, CA 94102 |

The Court, having considered the *Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims (Books and Records Claims)* [Docket No. 10673] (the "**Seventy-Ninth Omnibus Objection**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan[1], the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and this Court having jurisdiction to consider the Seventy-Ninth Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Seventy-Ninth Omnibus Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Seventy-Ninth Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and upon consideration of the Seventy-Ninth Omnibus Objection, the Declaration of Robb McWilliams filed concurrently therewith, the *Reply in Support of Reorganized Debtors' Omnibus Objections to Claims* filed on June 23, 2021, [Docket No. 10848] (the "**Reply**") and the informal response of Claimant Fereshteh Jabbari submitted to counsel for the Reorganized Debtors and attached as Exhibit A to the Reply (the "**Informal Response**"), and the arguments made at the hearing on the Seventy-Ninth Omnibus Objection held at the above-captioned date and time, with Thomas Rupp of Keller Benvenutti Kim LLP appearing on behalf of the Reorganized Debtors and no appearance by Claimant Fereshteh Jabbari; and this Court having determined that the legal and factual bases set forth in the Seventy-Ninth Omnibus Objection establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Seventy-Ninth Omnibus Objection is sustained with respect to the Claim of Fereshteh Jabbari (Claim No. 7154).

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Seventy-Ninth Omnibus Objection.

2. The Informal Response is overruled.

3. The Claim of Fereshteh Jabbari (Claim No. 7154) shall be disallowed and expunged.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

# COURT SERVICE LIST

Fereshteh Jabbari
Farzaneth Jabbari
1 Kenneth Dr.
Moraga, CA 94556-1600