UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
|---|---|

## CERTIFICATE OF SERVICE

I, Liliya Kulyk, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 2, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Raylene Jennings, at an address withheld in the interest of privacy:

- Proof of Claim (Fire Claim Related), attached hereto as **Exhibit B**

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

5. Executed this 8th day of July 2021, at New York, NY.

*/s/ Liliya Kulyk*
Liliya Kulyk