Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for ASPLUNDH CONSTRUCTION, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and –<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                  Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**ASPLUNDH CONSTRUCTION, LLC'S STATEMENT OF NON-OPPOSITION RE REORGANIZED DEBTORS' NINETY-FOURTH OMNIBUS OBJECTION TO CLAIMS**<br>Date:  July 28, 2021<br>Time:  10:00 a.m.<br>Place:  (Telephonic Appearance Only)<br>         450 Golden Gate Avenue<br>         Courtroom 17, 16th Floor<br>         San Francisco, CA 94102<br>Related Doc#: 10812 |

Asplundh Construction, LLC ("Asplundh") submits this statement of non-opposition in response to the Reorganized Debtors' Ninety-Fourth Omnibus Objection to Claims (Amended and Superseded Claims) [Doc# 10812] ("94th Omnibus Objection") as follows:

Asplundh does not object to disallowance of Asplundh's Claim #17001 in the amount of $4,170,913.06, as set forth in the 94th Omnibus Objection, based upon the Debtors' representation that Asplundh's Claim #107056 in the amount of $3,430,436.16, referred to by the Debtors as the "Surviving Claim," is in no way affected by the 94th Omnibus Objection.[1]

Dated: July 8, 2021

**DUANE MORRIS** LLP

By: /s/ Geoffrey A. Heaton (206990)
GEOFFREY A. HEATON
Attorneys for ASPLUNDH
CONSTRUCTION, LLC

---

[1] Claim No. 107056 has been paid.