KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** <br> Debtors. | **REORGANIZED DEBTORS' REPORT ON STATUS OF OBJECTION TO CLAIM 3093 (DAVID P. ADDINGTON)** |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors | **[Re: Docket No. 10673]** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status of a certain Claim in the *Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims (Books and Records Claims)* (the "**Omnibus Objection**") [Docket No. 10673].[1]

Pursuant to the Court's request at the June 30, 2021 omnibus hearing, and the docket entry of the minutes of the hearing dated the same day, the Reorganized Debtors inform the Court that they will attempt to mediate the Claim of David P. Addington [Claim No. 3093] under the procedures set forth in the *Order Approving ADR and Related Procedures for Resolving General Claims*, entered on September 25, 2020 [Docket No. 9148].

If the effort to mediate is unsuccessful, the Reorganized Debtors will file a statement requesting a status conference on the Omnibus Objection.

Dated: July 8, 2021

**KELLER BENVENUTTI KIM LLP**

/s/      *Thomas B. Rupp*
         Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Omnibus Objection.