BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:     (212) 209-4800
Facsimile:     (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:     (949) 752-7100
Facsimile:     (949) 252-1514

*Attorneys for Fire Victim Trustee*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:**  <br><br>**PG&E CORPORATION,**  <br><br>-and-  <br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**  <br><br>**Debtors.**  <br><br>☐ **Affects PG&E Corporation**  <br>☐ **Affects Pacific Gas and Electric Company**  <br>☒ **Affects both Debtors**  <br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 3:19-bk-030088 DM  <br><br>Chapter 11  <br><br>(Lead Case)  <br><br>(Jointly Administered)  <br><br>**DECLARATION OF FIRE VICTIM TRUSTEE IN SUPPORT OF MOTION OF THE FIRE VICTIM TRUSTEE TO FILE REDACTED VERSION OF SHARE EXCHANGE AND TAX MATTERS AGREEMENT**  <br><br>[No Hearing Requested] |

I, John K. Trotter, hereby declare under penalty of perjury that the following is true to the best of my knowledge, information, and belief:

/ / /

1. I was retained as Trustee of the PG&E Fire Victim Trust ("**Trustee**") by Order of this Court dated April 14, 2020 [Docket No. 6760]. I am duly authorized to make this Declaration (the "**Declaration**") on behalf of the PG&E Fire Victim Trust (the "**Trust**," and its beneficiaries, the "**Fire Victims**"). Unless otherwise stated in this Declaration, I have knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.

2. I am a former justice of the California Court of Appeals. Since retiring from the bench in 1987, I have served as a Special Master in several Multi District Litigation Pharmaceutical matters and other complex cases in both federal and state court, including supervising the resolution of the wildfire victim claims resulting from the Witch Creek Fire and the Rice Canyon Fire caused by San Diego Gas & Electric power lines in 2007.

3. I submit this Declaration in support of the *Motion of Fire Victim Trustee to File Redacted Version of Share Exchange and Tax Matters Agreement*, filed concurrently herewith, which seeks authority to redact certain confidential and sensitive commercial information appearing in the schedules to the PG&E Fire Victim Trust Share Exchange and Tax Matters Agreement dated as of July 8, 2021 (including all annexes, exhibits, and schedules, the "**Share Exchange Agreement**") filed with the Court and posted to the Fire Victim Trust Website in accordance with the *Order Granting Joint Motion of Fire Victim Trustee and Reorganized Debtors Regarding Exchange Transaction in Support of a Grantor Trust Tax Election* [Docket No. 10598].

4. I am generally knowledgeable and familiar with the day-to-day operations of the Trust, including the Trust's entry into the Share Exchange Agreement. I am authorized to submit this Declaration on behalf of the Trust.

5. The facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided to me by the Trust's legal and financial advisors. If called upon to testify, I would testify to the facts set forth in this Declaration.

6. Much of the information set forth in the annex and certain of the schedules attached to the Share Exchange Agreement is subject to a Confidentiality Agreement between PG&E and the Trust or is otherwise highly confidential and sensitive information that could be used to facilitate actions that could be damaging to one or more of the Share Exchange Participants if

publicly disclosed (the "**Sensitive Information**"). For these reasons, I believe it is in the best interests of the Share Exchange Participants and the Trust's beneficiaries, the Fire Victims, that the Sensitive Information be redacted from the publicly filed and posted version of the Share Exchange Agreement.

7. I respectfully submit that the Sensitive Information is not necessary for outside parties to gain a full understanding of the Share Exchange Agreement, and therefore I believe it is in the best interests of the Trust and the other Share Exchange Participants that the redacted portions of the Schedules be kept confidential.

I declare under penalty of perjury, as set forth in 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 9th day of July 2021, in Santa Ana, California.

By: _____
Hon. John K. Trotter (Ret.), in his capacity as Trustee of the PG&E Fire Victim Trust