Duivenvoorden, Marcus
19490 Draper Rd
Cottonwood, CA 96022

United States Bankruptcy Court
Northern District of California
San Francisco Division

In response to:

Bankruptcy Case No. 19-30088 (DM)
Chapter 11
(Lead Case) (Jointly Administered)
REORGANIZED DEBTORS' NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LEGAL LIABILITY CLAIMS)

TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE;

I, Marcus Duivenvoorden, am submitting this response in opposition to the Objected-To Proof(s) of Claim # 75903 by the Reorganized Debtors of Bankruptcy Case No. 19-30088 (DM). I am asking the Bankruptcy Court to NOT sustain the Omnibus Objection for the following reasons:

1) The basis of the Omnibus Objection is that my claim is Barred by Previous Settlement Agreement. The previous settlement agreement was based on
"due to a Delay by PG&E **Solar Credits** were lost."
Those solar credits were settled by the previous agreement.

2) Claim # 75903 is based on the **Demand Charges** from the PG&E Ag rates on equipment located on my property. **Demand Charges** are **NOT** the same as **Solar Credits** and therefore this claim does not fall under the release terms of the previous claim and settlement agreement.

3) I, Marcus Duivenvoorden, have now been fighting for nearly 5 years to resolve this injustice. The extraordinary fact in this case is that I will be paying all $500,000 of the moneys from this claim back to PG&E over the 20-year term of the NEM2 agreement we are under as there is no other alternative utility company that I may use as a vendor. I won't win anything but the fair deal I was hoping for.

Thank you for reading my response and giving me the opportunity to defend family's livelihood.

Marcus Duivenvoorden
19490 Draper Rd
Cottonwood, CA 96022
(530) 410-2104
Sethd314@yahoo.com