# Exhibit A
## (Claims for Securities Acquired Outside Subject Period)

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AETNA LIFE INSURANCE COMPANY (SEGMENT 4) ATTN: MICHAEL GREENE RTAA 151 FARMINGTON AVENUE HARTFORD, CT 06156 | 99130 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 2 | ALLEN, GEORGIA 2438 GOLDEN BEAR WAY WENTZVILLE, MO 63385 | 104278 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 3 | ANDERSON W FLOYD, DECEASED, YASUYO FLOYD, THE DECEDENT'S SPOUSE 1915 MAGELLAN DR OAKLAND, CA 94611-2635 | 102954 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 4 | ARTIKASLAN, GAIL 375 VICTORIA BAY ALAMEDA, CA 94502 | 103125 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 5 | BODINE, BERTICE ORENE 1716 NE TAURUS CT BEND, OR 97701-6472 | 105202 | PG&E Corporation | 5/15/2020 | $0.00 | $0.00 | $0.00 | $11,000.00 | $11,000.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 6 | BRANDNEW RAY O'BRIEN AND MARLITA O'BRIEN TTEES P.O. BOX 662 TAHOE CITY, CA 96145 | 99378 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 7 | BRICKEY, TOMMY W 2105 E. 1ST STREET DUMAS, TX 79029 | 104357 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 8 | BRICKEY, TOMMY W 2105 E 1ST STREET DUMAS, TX 79029 | 104298 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 9 | BUONANNO, ANTONETTE C M 2059 ASCOT DR UNIT 113 MORAGA, CA 94556-2234 | 100216 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

[1] Claims listed as $0.00 seek an unliquidated amount.

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | CANTON, DEE ALICE<br>89 LEWIS BAY RD UNIT 403<br>HYANNIS, MA 02601-5243 | 100073 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 11 | CHANDLER, STEPHEN RAY<br>43374 SAINT ANDREWS DRIVE<br>INDIO, CA 92201 | 98498 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $694.97 | $694.97 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 12 | CITY OF KALAMAZOO<br>ATTN: STEVE VICENZI<br>241 W SOUTH STREET<br>KALAMAZOO, MI 49007 | 100949 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $25,639.82 | $25,639.82 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 13 | COLAIZZI, RAYMON S. & MILDRED S.<br>27 OLD CREEK RD.<br>PETALUMA, CA 94952 | 102854 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $3,223.00 | $3,223.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 14 | DAVIS, HAROLD & JANELL<br>701 CAPRI CT<br>BIG SPRING, TX 79720 | 100259 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 15 | DECKER, DORREL L.<br>3895 SO REDWING ST<br>WEST VALLEY CITY, UT 84119 | 105521 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $3,830.54 | $3,830.54 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 16 | DENNIS E POWELL EX<br>EST BETTE C POWELL<br>213 W MOUNT VERNON AVE<br>HADDONFIELD, NJ 08033-2521 | 98167 | PG&E Corporation | 3/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 17 | DONNA J FLETCHER DECEASED, LINDA S. BURGE<br>315 PALIN AVENUE<br>GALT, CA 95632 | 103316 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 18 | DRRT FBO CREDIT SUISSE FUNDS AG(4438)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 101213 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $345,579.87 | $345,579.87 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

Sixth Securities Claims Omnibus Objection  
(Securities Acquired Outside Subject Period)

PG&E Corporation and Pacific Gas and Electric Company  
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | DRRT FBO DEKA INVESTMENT GMBH (70671)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 101316 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $117,158.38 | $117,158.38 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 20 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (BBP PI)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99629 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 21 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (PMPT USA)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100150 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 22 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (TID LMPI)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100040 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $1,769,680.00 | $1,769,680.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 23 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (VAL KI)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 99552 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 24 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0151)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100086 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 25 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0152)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100045 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 26 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0153)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100534 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 27 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0154)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100597 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

Case: 19-30088    Doc# 10909-1    Filed: 07/09/21    Entered: 07/12/21 12:00:19    Page 4 of 11

**Sixth Securities Claims Omnibus Objection**  
**(Securities Acquired Outside Subject Period)**

**PG&E Corporation and Pacific Gas and Electric Company**  
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0159) 340 WEST FLAGLER STREET SUITE 201 MIAMI, FL 33130 | 100041 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 29 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0347_B) 340 WEST FLAGLER STREET SUITE 201 MIAMI, FL 33130 | 100075 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 30 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AGCH0160 340 WEST FLAGLER STREET SUITE 201 MIAMI, FL 33130 | 100127 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 31 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9463) 340 WEST FLAGLER STREET SUITE 201 MIAMI, FL 33130 | 100228 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 32 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9710) 340 WEST FLAGLER STREET SUITE 201 MIAMI, FL 33130 | 100258 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 33 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9720) 340 WEST FLAGLER STREET SUITE 201 MIAMI, FL 33130 | 100674 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 34 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9730) 340 WEST FLAGLER STREET SUITE 201 MIAMI, FL 33130 | 100290 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 35 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9732) 340 WEST FLAGLER STREET SUITE 201 MIAMI, FL 33130 | 100286 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 36 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9774) 340 WEST FLAGLER STREET SUITE 201 MIAMI, FL 33130 | 100280 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A.(LU9773)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100551 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 38 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A.(LU9776)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100709 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 39 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A.(LU9777)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100561 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 40 | DRRT FBO WARBURG INVEST AG<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI, FL 33130 | 100451 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 41 | EARL COPELAND TR<br>FIRST UNITED PRESBYTERIAN CHURCH<br>324 W HOLMES STREET PO BOX 191<br>ONEIDA, IL 61467 | 102635 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $200.00 | $200.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 42 | FLOYD, YASUYO<br>1915 MAGELLAN DR.<br>OAKLAND, CA 94611 | 102987 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 43 | FLOYD, YASUYO<br>1915 MAGELLAN DR.<br>OAKLAND, CA 94611 | 103044 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 44 | FRIENDSHIP BAPTIST CHURCH<br>3900 BEAUBIEN ST<br>DETROIT, MI 48201 | 98086 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $87,127.98 | $87,127.98 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 45 | GARY, DONNA<br>703 N JACKSON ST<br>LITCHFIELD, IL 62056 | 100443 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | GILBOY, BETSY R<br>102 PECAN GROVE APT 108<br>HOUSTON, TX 77077-5293 | 102977 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 47 | GILCHRIST, ELWOOD<br>PO BOX 505<br>MARKHAM, TX 77456-0505 | 102166 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $12,048.95 | $12,048.95 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 48 | GORNY, BEVERLY KAY<br>5417 SYRACUSE RD<br>CHEYENNE, WY 82009-4247 | 98735 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 49 | HANS ROLF HORTIG TR<br>HANS ROLF HORTIG TRUST<br>UA JAN 28 91<br>PO BOX 683<br>SPARKS, NV 89432-0683 | 102647 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 50 | HENRY, DENNIS P<br>7516 VERMONT HILL RD<br>HOLLAND, NY 14080-9742 | 101179 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 51 | HENRY, DENNIS P.<br>7516 VERMONT HILL RD.<br>HOLLAND, NY 14080 | 87138 | PG&E Corporation | 11/4/2019 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 52 | HIGGINS, ALEXANDRA<br>1062 4TH ST<br>ELKO, NV 89801-3116 | 97758 | Pacific Gas and Electric Company | 3/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 53 | ILWU-PMA PENSION PLAN<br>ATTN: ALAN BILLER & ASSOCIATES,<br>INVESTMENT CONSULTANT<br>535 MIDDLEFIELD ROAD, STE 230<br>MENLO PARK, CA 94025 | 100204 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 54 | JACKSON, JAMES ALAN<br>170 MCKEE LANE<br>VERO BEACH, FL 32960 | 103763 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | JEFFERSON, VIVIAN SHIRLEY<br>205 HOWARDS MANOR DR<br>RUSTBURG, VA 24588 | 102996 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $4,626.45 | $4,626.45 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 56 | JOHN L KASPAR ESTATE<br>JOHN L KASPAR<br>5766 LAKE RD<br>OSHKOSH, WI 54902-7526 | 101752 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,331.90 | $1,331.90 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 57 | JOHNSON, FREDERICK G<br>C/O MARY LOWE EXECUTOR<br>5276 WILKINSON RD<br>LANGLEY, WA 98260-8705 | 98796 | PG&E Corporation | 4/7/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 58 | JOSEPH R. DIXON REVOCABLE TRUST<br>17130 FRANCES PLAZA APT. 9J<br>OMAHA, NE 68130 | 103370 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 59 | JURKOVICH, EILEEN M<br>1302 WOODLAND DR.<br>SAN MATEO, CA 94402 | 105528 | PG&E Corporation | 5/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 60 | LESLEY, BONITA S<br>750 GROSS RD<br>MCKINLEYVILLE, CA 95519-9717 | 99431 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 61 | LINDA H. TANQUAY TRUST<br>94 CORNELLA AVE<br>MILL VALLEY, CA 94941 | 103842 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 62 | LINUS M. TUCKER ESTATE AGENCY<br>AMARILLO NATIONAL BANK<br>ATTN: ELENA SEIDLITZ, 15TH FLOOR<br>PO BOX 1<br>AMARILLO, TX 79105 | 98253 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 63 | LOH, LENA<br>989 WEBSTER ST. #543<br>OAKLAND, CA 94607 | 103276 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 64 | MARCHAND, DANIEL W<br>PO BOX 3839<br>SAN RAMON, CA 94583-8839 | 98422 | Pacific Gas and Electric Company | 3/31/2020 | $0.00 | $0.00 | $0.00 | $68,760.53 | $68,760.53 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 65 | MCCRAW, NANCY<br>231 OAKMONT TRAIL<br>DANVILLE, VA 24541 | 103354 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $8,901.06 | $8,901.06 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 66 | MILLER, IRWIN<br>1916 ORIOLE WAY<br>PETALUMA, CA 94954 | 105673 | PG&E Corporation | 6/5/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 67 | MOORE, SUSAN<br>6970 PRIOR PLACE<br>REYNOLDSBURG, OH 43068 | 100770 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 68 | PHIL PADOL LIVING TRUST DATED JUNE 28, 1999<br>PHIL PADOL TRUSTEE<br>PO BOX 130<br>INDIAN ROCKS BEACH, FL 33785 | 100169 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $21,935.05 | $21,935.05 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 69 | PRINCE, BENJAMIN J<br>64 ORCHARD RD<br>WEST HARTFORD, CT 06117-2912 | 98014 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $2,620.87 | $2,620.87 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 70 | PRINCIPAL FUNDS, INC - LARGECAP VALUE FUND<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>ATTN: DEB EPP, SALLY D. SORENSEN<br>711 HIGH STREET<br>DES MOINES, IA 50392-0800 | 101729 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 71 | PRINCIPAL GLOBAL INVESTORS TRUST - US SELECT EQUITY TRUST<br>C/O PRINCIPAL GLOBAL INVESTORS, LLC<br>711 HIGH STREET<br>DES MOINES, IA 50392-0800 | 101771 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 72 | RAMIREZ, ALFRED G<br>43182 BORRETTI LN<br>INDIO, CA 92203-8304 | 105622 | PG&E Corporation | 6/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 73 | RICHARD TANGUAY EXEMPTION TRUST<br>94 CORNELIA AVE.<br>MILL VALLEY, CA 94941 | 103816 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 74 | RIDDLE, JOHN M<br>750 WEAVER DAIRY RD APT 145<br>CHAPEL HILL, NC 27514 | 103018 | PG&E Corporation | 4/20/2020 | $2,602.64 | $0.00 | $0.00 | $2,170.25 | $4,772.89 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 75 | ROWLES INGRAM, CAROL<br>3700 ROCKFORD SCHOOL RD.<br>GRETNA, VA 24557 | 99854 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 76 | SAVAGE, KIM<br>ALEX FEIBLEMAN<br>263 PARK AVE<br>LONG BEACH, CA 90803 | 105499 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 77 | SAVAGE, KIM<br>CAROLYN FEIBLEMAN<br>263 PARK AVE<br>LONG BEACH, CA 90803 | 105498 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 78 | SAVAGE, KIM<br>CELINE FEIBLEMAN<br>263 PARK AVE.<br>LONG BEACH, CA 90803 | 105432 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 79 | SCHAFER, LARRY J.<br>32 LONGITUDE DRIVE<br>MOUNT VERNON, OH 43050 | 103215 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 80 | SCHUELLER, ELEANOR B<br>8956 SPRING CREST DR.<br>CLEVELAND, OH 44144-1241 | 99836 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $141.27 | $141.27 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 81 | STARK, FREDERICK WILLIAM<br>106 BOONE CIRCLE<br>WESTBROOK, CT 06498 | 98657 | Pacific Gas and Electric Company | 4/6/2020 | $0.00 | $0.00 | $0.00 | $6,705.00 | $6,705.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 82 | TALMANT JR, ALEX W<br>12740 FIELDCREEK LN<br>RENO, NV 89511-6658 | 98349 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $21,274.08 | $21,274.08 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 83 | THEODORE T. JACOBSON REV TRUST<br>8177 S. HARVARD RD., #538<br>TULSA, OK 74137 | 104474 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $61,747.00 | $61,747.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 84 | THOMAS WEICHBRODT REV LIV TRUST<br>2709 DOWNING CT<br>EDMOND, OK 73034 | 105507 | PG&E Corporation | 5/29/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 85 | THOMAS, HEIDI E<br>12494 BEECH GROVE CT<br>MOORPARK, CA 93021-3108 | 99347 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 86 | WHITSELL, ALVIN<br>VERA WHITSELL<br>3078 TRAYLOR TRL<br>LITCHFIELD, IL 62056 | 100255 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 87 | YOUNG, JESSE C.<br>554 N. GOWER ST.<br>LOS ANGELES, CA 90004 | 103906 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
|   |   |   |   |   | $2,602.64 | $0.00 | $0.00 | $2,602,396.97 | $2,604,999.61 |   |