**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and
Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF JULY 13, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:  July 13, 2021<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  (Telephone Conference)<br> United States Bankruptcy Court<br> Courtroom 17, 16th Floor<br> San Francisco, CA 94102 |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on July 13, 2021, at 10:00 a.m. (Pacific Time) (the **"Omnibus Hearing"**) have been resolved or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:**      <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*RESOLVED AND CONTINUED MATTERS*

**Securities Omnibus Claims Objection:**

     1.      <u>**Sixth (Securities Acquired Outside Subject Period)**</u> [**Dkt. 10733**]. The Reorganized Debtors filed a Request for Entry of Default that grants all Claims [**Dkt. 10892**]. This matter has been continued to July 28, 2021, as to William and Marjorie Glander Trust [**Dkt. 10893**].

**Omnibus Claims Objections:**

     2.      <u>**Sixteenth (Satisfied Claims)**</u> [**Dkt. 9076**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9364**. It has been continued to July 28, 2021, as to the City of Oakland [**Dkt. 10890**].

     3.      <u>**Seventy-Ninth (Books and Records Claims)**</u> [**Dkt. 10673**]. This Omnibus Objection was granted as to most claims by **Dkt. 10858**. It has been continued to July 28, 2021, as to Marsh Landing, LLC [**Dkt. 10844**]. As to David P. Addington, the Reorganized Debtors will attempt to mediate through the ADR procedures [**Dkt. 10896**].

**Late Claim Motions:**

     4.      <u>**Elizabeth Rienecker Stubblefield, Matthew Sinclair Stubblefield, AJS (Minor), MRS (Minor), and WRS (Minor)**</u> [**Dkt. 10778**]. This matter has been resolved by Stipulation [**Dkt. 10839**] and taken off calendar by Order [**Dkt. 10850**].

     5.      <u>**Dyke T. Shaffer**</u> [**Dkt. 10837**]. This matter has been withdrawn and taken off calendar by **Dkt. 10852**. A new motion was filed and set for hearing on July 28, 2021, [**Dkts. 10853 and 10854**] but has been resolved by Stipulation [**Dkt. 10876**] and taken off calendar by Order [**Dkt. 10887**].

1      **PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and
2 referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at
http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450
3 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims
agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-
4 4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-
mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents
5 on the Bankruptcy Court's website.

6 Dated: July 12, 2021               **WEIL, GOTSHAL & MANGES LLP**
                                    **KELLER BENVENUTTI KIM LLP**

7

8                          By:        */s/ Thomas B. Rupp*
                                     Thomas B. Rupp

9                          *Attorneys for Debtors and Reorganized Debtors*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119