# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On July 6, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Fereshteh Jabbari, 1 Kenneth Dr., Moraga, CA 94556-1600:

- Order Disallowing and Expunging Claim No. 7154 (Fereshteh Jabbari) to Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims (Books and Records Claims) [Docket No. 10888]

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1     Executed this 12th day of July 2021, at New York, NY.

                                  */s/ Sonia Akter*
                                  Sonia Akter