**EXHIBIT A**

PROPOSED ORDER

| | |
|---|---|
| 1 | EVAN C. BORGES, State Bar No. 128706 |
| | *EBorges@GGTrialLaw.com* |
| 2 | SARAH KELLY-KILGORE, State Bar No. 284571 |
| | *SKellyKilgore@GGTrialLaw.com* |
| 3 | GREENBERG GROSS LLP |
| | 601 S. Figueroa Street, 30th Floor |
| 4 | Los Angeles, California 90017 |
| | Telephone: (213) 334-7000 |
| 5 | Facsimile: (213) 334-7001 |
| 6 | *Attorneys for The Honorable John K. Trotter (Ret.), Trustee of the PG&E Fire Victim Trust* |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| -and- | Chapter 11 (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | **ORDER GRANTING *EX PARTE* APPLICATION OF THE FIRE VICTIM TRUSTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR AN ORDER AUTHORIZING SERVICE OF A SUBPOENA ON PRICEWATERHOUSECOOPERS LLP EMPLOYEE HUGH LE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| | [No Hearing Required Per L.B.R. 2004-1(a)] |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

Upon the Application, dated July 13, 2021 (the "**Application**"),[1] of the Honorable John K. Trotter (Ret.), in his capacity as the Fire Victim Trustee (the "**Trustee**"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Bankruptcy Rule 2004-1(a), for entry of an order authorizing the service of a subpoena on PricewaterhouseCoopers LLP ("**PwC**") employee Hugh Le, and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, Paragraph 18 and Paragraph 78 of the Confirmation Order, Section 6.7 and Section 11.1 of the Plan, and Section 1.6 and Section 8.20 of the Fire Victim Trust Agreement; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Application; the Court having reviewed the proposed form of Subpoena attached to the Application as Exhibit B; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted therein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERD THAT**:

1. The Application is granted as provided herein.

2. The Trustee is authorized to serve a subpoena in the form attached to the Application as **Exhibit B** (the "**Subpoena**") on Hugh Le;

3. Except as otherwise agreed by the Trustee, within fifteen (15) days of service of the Subpoena, Hugh Le shall be directed to either (a) confirm he intends to appear for an examination by the Trustee and produce documents pursuant to the Subpoena, or (b) file all objections to the Subpoena with this Court.

4. Testimony and documents given or used during the examination pursuant to the Subpoena will be processed, treated and held in a manner consistent with the Protective Order [Dkt. No. 8662-1].

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order and the Subpoena issued in accordance with this Order.

6. This Order is without prejudice to the Trustee's right to file further applications seeking additional examinations or documents pursuant to Bankruptcy Rule 2004 or any other applicable law.

\*\* END OF ORDER \*\*