**Entered on Docket**
**July 13, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: July 13, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

BROWN RUDNICK LLP
David J. Molton (SBN 262075)
(DMolton@brownrudnick.com)
Eric R. Goodman (admitted pro hac vice)
(EGoodman@brownrudnick.com)
Seven Times Square
New York, New York 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801

BROWN RUDNICK LLP
Joel S. Miliband (SBN 077438)
(JMiliband@brownrudnick.com)
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone:   (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Fire Victim Trustee*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 3:19-bk-030088 DM |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **ORDER GRANTING MOTION OF THE FIRE VICTIM TRUSTEE TO FILE REDACTED VERSION OF SHARE EXCHANGE AND TAX MATTERS AGREEMENT** |
| ☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors** | [No Hearing Requested] |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Upon the Motion, dated July 9, 2021 (the "**Redaction Motion**"), of the Honorable John K. Trotter (Ret.), in his capacity as the Trustee (the "**Trustee**") of the PG&E Fire Victim Trust (the "**Trust**") in the above-captioned chapter 11 cases, pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") and the *Procedures for Filing Redacted or Sealed Confidential or Highly Sensitive Documents* adopted by the United States Bankruptcy Court for the Northern District of California, for entry of an order (i) authorizing the Trustee to file the PG&E Fire Victim Trust Share Exchange and Tax Matters Agreement dated as of July 8, 2021 (including all annexes, exhibits, and schedules, the "**Share Exchange Agreement**") with redactions to the annex and certain of the schedules attached to the Share Exchange Agreement and to post the Share Exchange Agreement to the Fire Victim Trust Website with the same redactions, (ii) authorizing the Trustee to file under seal an unredacted copy of the Share Exchange Agreement, and (iii) directing that the unredacted copies of the Share Exchange Agreement provided to the Court shall remain under seal and confidential and not be made available to anyone without the consent of the Share Exchange Participants[1] or further order from the Court; and consideration of the Redaction Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Redaction Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Redaction Motion and the Trotter Declaration submitted in support of the Redaction Motion; and this Court having determined that the legal and factual bases set forth in the Redaction Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Redaction Motion is in the best interests of the Trust and its beneficiaries, the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Redaction Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Redaction Motion is granted as provided herein.

2. The Trustee is authorized to file a redacted copy of the Share Exchange Agreement pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 and to post the redacted copy of the Share Exchange Agreement to the Fire Victim Trust Website.

3. The unredacted copy of the Share Exchange Agreement provided to the Court is confidential, shall remain under seal, and shall not be made available to anyone without the express written consent of the Share Exchange Participants.

4. Notice of the Redaction Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

5. The Trustee is authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Redaction Motion.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**\*\* END OF ORDER \*\***