# EXHIBIT 1

# Petre, Timothy P.

| | |
|---|---|
| **From:** | McCabe, Bridget |
| **Sent:** | Monday, June 29, 2020 9:13 PM |
| **To:** | Walsh, Brian; Alvarez, Doug |
| **Cc:** | Donaho, Thomas; Petre, Timothy P.; Dow, Dustin M.; Commins, Jr., Gregory J. |
| **Subject:** | In re PG&E Corp. - courtesy copy of letter to Judge Montali |
| **Attachments:** | 19-30088-DE 8206 - Letter to the Honorable Dennis Montali.pdf |

Brian and Doug,

Please find attached a courtesy copy of a letter that the TCC filed on the docket this evening. The letter relates in part to the TCC's discovery dispute with a different PG&E contractor—***not PwC***—however, we wanted to send you a copy because the letter also discusses the TCC's progress in obtaining full compliance with its Rule 2004 subpoenas. Given PG&E's efforts to quickly reach the Effective Date of the Plan, the letter gives Judge Montali a brief status report on the TCC's work on subpoena compliance. In this regard, the letter lists PwC as a party from which we may need additional documents. (*See* Appendix to the attached PDF.) As stated in the letter, we intend to continue working with PwC and hope we can resolve the subpoena without involving the Judge.

As discussed in our recent emails, we received PwC's most recent production on June 23 and we are waiting to hear from PwC on Cravath's review of additional documents. If you could please provide an update on that work, we would appreciate it. We have yet to receive a copy of PwC's MSA for its cross-cutting work (No. 4400007079) and it also appears that PwC has yet to produce an MSA or CWA under which PwC worked on the CWSP. Could you please confirm that these documents will be included in the next production?

Again, we remain willing to work with PwC to obtain full compliance with the TCC's subpoena and hope to reach accord without going to the Court. Please let us know if you have any questions or would like to discuss. We look forward to hearing from you regarding PwC's next round of production.

Best,
Bridget

**Bridget McCabe**
Partner

**BakerHostetler**
11601 Wilshire Boulevard | Suite 1400
Los Angeles, CA 90025-0509
T +1.310.442.8844

bmccabe@bakerlaw.com
bakerlaw.com

