# EXHIBIT 9

Michael D. Kibler
Direct: 310.409.0473
mkibler@kfc.law

**Kibler Fowler & Cave LLP**

11100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025

Office: 310.409.0400
Fax: 310.409.0401

www.kfc.law

May 28, 2021

**BY E-MAIL**

Wayne R. Gross, Esq.
Greenberg Gross LLP
650 Town Center Dr., Suite 1700
Costa Mesa, California 92626
E-Mail: WGross@GGTrialLaw.com

Re:   FRBP 2004 Subpoena Issued to PricewaterhouseCoopers LLP

Dear Wayne:

I write further to my letter of May 21, 2021 to provide a categorical list of PwC engagements for the relevant time period, which we offered to provide in response to the demands in your May 20, 2021 letter and our subsequent meet-and-confer call. I also write in response to the letter we received from your partner, Sarah Kelly-Kilgore, today.

As we continue to collect information regarding PwC's engagements for PG&E and identify any other categories of work, we'll provide you with additional information on a rolling basis. In the meantime, please let us know if you would like to discuss this initial list of project categories:

- Asset Management
- Change Management
- Cyber Security Assessment
- eDiscovery
- Process Assessment
- Project Management
- Rates/Regulatory
- Real Estate
- Regulatory Support

Having gone through a similar process through the Trust's prior counsel, which you and your colleagues seemed mostly unfamiliar with on our last call, we're confident that you soon also will see that none of the PwC engagements related in any way to wildfire safety, and therefore in no way could evidence "causation" of the wildfires, which you defined on our call as the relevant information you were seeking.

We'll continue to work with the Trust in good faith—as PwC has done for more than a year through the Trust's predecessor counsel—in an effort to eliminate, or at least narrow, any disputes the parties may have over the Subpoena. As we continue to work together, we encourage you to stop making unreasonable demands, including, for example, by sending us a letter (your partner's May 28 letter) the Friday before a holiday weekend that demands a response the first business day after the holiday. We'll respond to Ms. Kelly-Kilgore's May 28 letter in a reasonable amount of time and after we're able to confer with our client.

Very truly yours,

Michael D. Kibler

cc: Evan C. Borges, Esq.
Sarah Kelly-Kilgore, Esq.
Colin V. Quinlan, Esq.
Brian C. Walsh, Esq.