# EXHIBIT 12



Michael D. Kibler
Direct: 310.409.0473
mkibler@kfc.law

**Kibler Fowler & Cave** LLP

11100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025

Office: 310.409.0400
Fax: 310.409.0401

www.kfc.law

June 21, 2021

<u>**BY E-MAIL**</u>

Sarah Kelly-Kilgore, Esq.
Greenberg Gross LLP
650 Town Center Dr., Suite 1700
Costa Mesa, California 92626
E-Mail: WGross@GGTrialLaw.com

   Re:  FRBP 2004 Subpoena Issued to PricewaterhouseCoopers LLP

Dear Sarah:

   I write briefly in response to your June 18, 2021 letter, which like prior letters and correspondence from your firm you sent to us on a Friday shortly before close of business and in which you requested a call on Monday morning.

   We disagree with your false characterizations regarding the parties' prior meet-and-confer correspondence. The record on the parties' correspondence speaks for itself.

   Notwithstanding your continued demands for all "PwC Contracts" and all "PwC Deliverables," obviously overbroad requests (among other objections we've previously noted), we agree with your proposal to jointly request a one-week extension of the June 21, 2021 deadline to inform the Court whether a discovery conference should proceed so that we may further discuss the Trust's demands and attempt to narrow the parties' disputes, as we have requested from the Trust for some time now.

   We are available for a call tomorrow or Wednesday; we will coordinate the details with you by e-mail. Before that call, please send us the e-mails referenced in your June 18 letter and any other documents you believe support your client's positions.

Case: 19-30088  Doc# 10915-12  Filed: 07/13/21  Entered: 07/13/21 17:00:14  Page 2 of 3

We look forward to speaking with you soon.

Very truly yours,

Michael D. Kibler

cc:    Wayne R. Gross, Esq.
       Evan C. Borges, Esq.
       Colin V. Quinlan, Esq.
       Brian C. Walsh, Esq.