| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (650) 636 9251 |
| 7 | *Attorneys for Debtors and Reorganized Debtors* |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION REGARDING MEDIATION AND AMENDING BRIEFING SCHEDULE WITH RESPECT TO CLAIM NO. 77335 (TODD GREENBERG)**<br><br>[Related to Dkt. Nos. 9455, 9646]<br><br>Continuing Status and Scheduling Conference from July 28, 2021, at 10:00 a.m. (PT) to September 14, 2021, at 10:00 a.m. (PT) |

This stipulation (the "**Stipulation**") is hereby entered into between PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Todd Greenberg, on the other hand, by and through their respective counsel. The Reorganized Debtors and Mr. Greenberg are referred to in this Stipulation collectively as the "Parties," and each as a "Party." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On January 29, 2019 (the "**Petition Date**"), the Debtors commenced these Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Rule 1015(g) of the Federal Rules of Bankruptcy Procedure.

B. On October 21, 2019, Mr. Greenberg filed Claim No. 77335, asserted in the amount of $37,635.04 (the "**Claim**").

C. On November 5, 2020, the Reorganized Debtors filed the *Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 9455] (the "**Omnibus Objection**"), which sought to disallow and expunge the Claim.

D. On December 1, 2020, Mr. Greenberg filed the *Response by Todd Greenberg to the Reorganized Debtors' Fortieth Omnibus Objection to Claims (No Liability / Passthrough Claims)* [Docket No. 9646] (the "**Response**").

E. The Omnibus Objection and the Response came before the Bankruptcy Court for a status conference on March 24, 2021, at 10:00 a.m. (Pacific Time). The Bankruptcy Court ordered the Parties to meet and confer regarding motion practice, discovery, and scheduling an evidentiary hearing, and to appear at the omnibus hearing scheduled for April 28, 2021 at 10:00 a.m. (Pacific Time) (the "**Hearing**").

F. The Parties met and conferred and agreed upon a schedule regarding discovery, briefing, and a status conference to be held on July 28, 2021, (the "**Scheduling and Status**

Conference") to select a date for an evidentiary hearing on the Claim. The schedule and status conference dates were set forth in a Stipulation dated and filed with the Court on April 23, 2021 (the "**First Stipulation**") [Docket No. 10566] and approved by an order entered on April 26, 2021 [Docket No. 10587]. Pursuant to the First Stipulation, discovery was to be completed by June 16, 2021, and the briefing dates were scheduled in advance of the July 28, 2021 status conference.

G. On May 6, 2021, the Parties agreed to mediate the Claim, and mediation was scheduled for June 3, 2021. To permit adequate time to complete discovery, the Parties subsequently agreed to continue the mediation until July 22, 2021.

H. On May 14, 2021, Mr. Greenberg propounded written discovery requests to the Reorganized Debtors, to which the Reorganized Debtors responded on June 16, 2021.

I. The Parties met and conferred regarding discovery issues on June 30, 2021, and, in light of the July 22, 2021 mediation date, agreed to amend the briefing schedule and continue the Scheduling and Status Conference.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The briefing schedule set forth in the First Stipulation is vacated.

2. After the July 22, 2021 mediation, the Parties will advise the Court if the Claim is resolved. If the Claim is not resolved at mediation, the following briefing schedule shall apply with regard to the Claim.

3. On or before July 29, 2021, the Reorganized Debtors shall file a further objection to the Claim (the "**Objection**"), which shall function as a trial brief as set forth in the Bankruptcy Court's Trial Scheduling Order.

4. On or before August 12, 2021, Mr. Greenberg shall file an opposition to the Objection, which shall function as a trial brief as set forth in the Bankruptcy Court's Trial Scheduling Order.

5. On or before August 19, 2021, the Reorganized Debtors may file a reply brief.

6. The Scheduling and Status Conference shall be continued to September 14, 2021, at 10:00 a.m. (Pacific Time) to select a date for an evidentiary hearing on the Claim.

7. Except as provided in this Stipulation or subsequently agreed between the Parties, each Party reserves all rights, substantive or procedural, concerning the Claim and the briefing thereon.

8. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

Dated: July 13, 2021

KELLER BENVENUTTI KIM LLP

/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors
and Reorganized Debtors*

Dated: July 13, 2021

TRODELLA & LAPPING LLP

/s/ *Richard Lapping*
Richard Lapping

*Attorneys for Todd Greenberg*