| | |
|---|---|
| 1 | Your name: L. C. Chappell |
| 2 | Address: PO Box 1411 |
| 3 | Morgan Hill, CA 95037 |
| 4 | Phone Number: 4082036149 |
| 5 | E-mail Address: chappellconsulting@hotmail.com |
| 6 | Pro se |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☑ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

L. C. Chappell

    Plaintiff,

vs.

PG&E Corporation, and

Pacific Gas and Electric Company

    Defendant.

Case Number: 19-30088

**OPPOSITION TO MOTION TO DISMISS**

DATE: 7/14/2021

TIME: 9:00 AM

JUDGE: Hon. Dennis Montali

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 19-30088 ; PAGE 1 OF 4  *[JDC TEMPLATE – rev. 2017]*

Case: 19-30088    Doc# 10919    Filed: 07/14/21    Entered: 07/14/21 10:44:23    Page 1 of 5

# FACTUAL BACKGROUND

*[Write a short version of the facts in the Complaint. After each fact, write in the paragraph number of the Complaint where that information can be found.]*

PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility"), objections to the Proofs of Claims to be disallowed and expunged form claimant L. C. Chappell should be disallowed. Exhibit 1B page 1, line 3 ($268,300).

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 19-30088 ; PAGE 2 OF 4 *[JDC TEMPLATE – rev. 2017]*

Case: 19-30088    Doc# 10919    Filed: 07/14/21    Entered: 07/14/21 10:44:23    Page 2 of 5

# ARGUMENT

*[Explain your response to each of Defendant's arguments. Go in the same order as the arguments were made in Defendant's Motion, if possible.]*

Defendant's argument is "Barred by previous settlement agreement". Exhibit 1B page 1, line 3

The settlement agreement between Defendant and Plaintiff is dated October 27, 2017.

The claim by Plaintiff is related to discrimination by Defendant's managers for contractor positions from July 2019. Settlement agreement does not apply to this claim.

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 19-30088 ; PAGE 3 OF 4 *[JDC TEMPLATE – rev. 2017]*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | *[If this document is longer than ten pages, you must include a table of contents and a table of authorities.]* |
| 25 | *[You must sign and date.]* |
| 26 | |
| 27 | Date: 7/13/2021   Sign Name: [signature] |
| 28 | Print Name: L. C. Chappell |

OPPOSITION TO MOTION TO DISMISS
CASE NO.: 19-30088 ; PAGE 4 OF 4   *[JDC TEMPLATE – rev. 2017]*

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \**

1. **Case Name:** L. C. Chappell v. PG&E Corporation, and

2. **Case Number:** 19-30088

3. **What documents were served?**

   Opposition to Motion to Dismiss

4. **How was the document served?** *[check one]*

   [✓] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   KELLER BENVENUTTI KIM LLP

   650 California Street, Suite 1900

   San Francisco, CA

6. **When were the documents sent?** 7/13/2021

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signed]*

   Name: L. C. Chappell

   Address: PO Box 1411

   Morgan Hill, CA 95037

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*