**Exhibit 1**

**Claims**

**Eighth Securities Claims Omnibus Objection**
**(No Basis for Claim - Failure to Provide Any Trading Information)**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ANDERSEN, KAREN<br>5818 LAGUNA VALLEY WAY<br>ELK GROVE CA 95758 | 80763 | PG&E Corporation | 10/21/2019 | $8,030.00 | $0.00 | $0.00 | $0.00 | $8,030.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 2 | ARAB AUTHORITY FOR AGRICULTURAL INVESTMENT AND DEVELOPMENT (AAAID)<br>MIKE PRIESTLEY<br>OFFICER STATE STREET GLOBAL SERVICES<br>DUBAI INTERNATIONAL FINANCIAL CENTRE<br>CENTRAL PARK TOWER, UNIT 15-38, LEVEL 15<br>DUBAI UNITED ARAB EMIRATES | 100200 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 3 | ARLENE B KALAR TR ARLENE B KALAR FAMILY TRUST UA AUG 3 95<br>1636 E MADISON ST<br>PETALUMA CA 94954-2321 | 99019 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $4,104.82 | $4,104.82 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 4 | BITTER, ANDRIETTE<br>PO BOX 280<br>BIOLA CA 93606-0280 | 10255 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 5 | BOEGE, PATRICIA K.<br>472 FENWAY DRIVE<br>WALNUT CREEK CA 94598-4144 | 96603 | PG&E Corporation | 1/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 6 | BURRILL, CHERYL L<br>410 BREARCLIFFE DR<br>RED BLUFF CA 96080-4334 | 98689 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 7 | CAIRNS, CRISTIN ELIZABETH<br>1767 BROME DR<br>STEAMBOAT SPRINGS CO 80487-2326 | 100223 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 8 | CARLOS LEGLU JR. AND KERRY A MCKEON TTEES<br>P.O. BOX 745<br>BEN LOMOND CA 95005 | 101249 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $301.46 | $301.46 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 9 | CAROLINE, EVELYN<br>6482 JEFFERSONTON RD<br>JEFFERSONTON VA 22724 | 99763 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $22,243.97 | $22,243.97 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 10 | CHASE JR, HARRY T<br>PO BOX 1218<br>CLEARLAKE OAKS CA 95423-1218 | 98037 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 11 | CLAMPITT, BRIAN<br>1418 CALLECITA STREET<br>SAN JOSE CA 95125 | 99758 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $19,605.88 | $19,605.88 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

[1] Claims listed as $0.00 seek an unliquidated amount.

Case: 19-30088    Doc# 10922-1    Filed: 07/14/21    Entered: 07/14/21 16:02:39    Page 2 of 10

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | CLAMPITT, BRIAN<br>1418 CALLECITA STREET<br>SAN JOSE CA 95125 | 100362 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $19,605.88 | $19,605.88 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 13 | CLEARWATER AUDUBON<br>PO BOX 97<br>CLEARWATER FL 33757 | 102940 | Pacific Gas and Electric Company | 4/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 14 | CLEARWATER AUDUBON SOCIETY<br>P.O. BOX 97<br>CLEARWATER FL 33770 | 103233 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 15 | COGBURN, JILL YORK<br>3001 W 10TH ST UNIT 302<br>PANAMA CITY FL 32401-7400 | 103098 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $129.76 | $129.76 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 16 | DEBRA HELEN WIEGERT TRUSTEE WILLIAMS FAMILY TRUST<br>1333 WEAVER DR<br>SAN JOSE CA 95125 | 102982 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $6,769.00 | $6,769.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 17 | DOBARD, STANLEY<br>2043 LAKE FOUNTAIN DR<br>KATY TX 77494 | 104268 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $2,368.00 | $2,368.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 18 | DONALD DENCH & SUSAN E. DENCH<br>PO BOX 141<br>TWENTYNINE PALMS CA 92277-0141 | 104694 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 19 | EDWARD EARL DRAPER & PEGGY J DRAPER JT TEN<br>1820 WOODCREST AVE<br>LA HABRA CA 90631-3263 | 99201 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,979.49 | $4,979.49 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 20 | ELLIS, PHILLIP A.<br>23 YOSEMITE VALLEY ROAD<br>WESTERLY RI 02891 | 101432 | PG&E Corporation | 4/18/2020 | $0.00 | $0.00 | $0.00 | $22,519.81 | $22,519.81 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 21 | ELVA R FULKERSON & LOREN D FULKERSON JT TEN<br>4086 MARGIE WAY<br>JURUPA VALLEY CA 92509-0766 | 98191 | Pacific Gas and Electric Company | 3/26/2020 | $0.00 | $0.00 | $0.00 | $147.42 | $147.42 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 22 | FELL, CAROLE<br>225 E. 63RD ST.<br>APT 6J<br>NEW YORK NY 10065 | 103714 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $5,275.67 | $5,275.67 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | FONG, EDISON<br>1163 QUINCE AVE<br>SUNNYVALE CA 94087 | 98637 | Pacific Gas and Electric Company | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 24 | FORD MOTOR COMPANY DEFINED BENEFIT MASTER TRUST<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99623 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $195,249.22 | $195,249.22 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 25 | FRANKS, CAROLE BARISH<br>2545 HIDDEN VALLEY PLACE<br>LA JOLLA CA 92037 | 103364 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 26 | GRACE BALUBAR CUST<br>SAMANTHA S BOEGER<br>CA UNIF TRANSFERS MIN ACT<br>4512 STONE RANCH DR<br>FOLSOM CA 95630-6370 | 103034 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 27 | GRADNEY, ILENE T<br>PO BOX 8096<br>MORENO VALLEY CA 92552-8096 | 99835 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 28 | GRIFFIN, GAIL ANN<br>JOHN V GRIFFIN JT TEN<br>10 ORAN CIR<br>PEABODY MA 01960-3759 | 100237 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 29 | HARRY T CHASE JR & SANDRA R CHASE DIED 10/23/2007<br>PO BOX 1218<br>CLEARLAKE OAKS CA 95423-1218 | 98011 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 30 | HEINZMANN, THOMAS<br>10152 LONE STAR PL<br>DAVIE FL 33328 | 99318 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 31 | IOWA HEALTH SYSTEM-BOARD DESIGNATED<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99590 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $9,059.70 | $9,059.70 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 32 | IOWA HEALTH SYSTEM-INSURANCE<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99677 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $882.00 | $882.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 33 | IOWA HEALTH SYSTEMS PENSION FUND - CENTRAL IOWA HEALTH SYSTE<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99685 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $4,322.70 | $4,322.70 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

**Eighth Securities Claims Omnibus Objection**
**(No Basis for Claim - Failure to Provide Any Trading Information)**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | JACKSON, BERTHA PAMELA<br>594 SOUTHGATE RD<br>SACRAMENTO CA 95815-3849 | 99695 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $168.80 | $168.80 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 35 | JAMES JOSEPH TRANT JR TOD<br>JOHN L TRANT<br>SUBJECT TO STA TOD RULES<br>819 DAVID DR<br>CHULA VISTA CA 91910-6447 | 103361 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 36 | JELD WEN INC. RESTATED PENSION PLAN<br>KEVIN BURKET<br>2645 SILVER CRESCENT DRIVE<br>CHARLOTTE NC 28273 | 100868 | Pacific Gas and Electric Company | 4/16/2020 | $130,000.00 | $0.00 | $0.00 | $0.00 | $130,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 37 | JOHN J MC ARDLE & PAULINE A MC ARDLE<br>TR UDT JUL 27 90<br>49 UNIVERSITY ST<br>SAN FRANCISCO CA 94134-1147 | 103863 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 38 | JOHNSON, JODI KAY<br>19290 MUD LAKE ROAD<br>DUBUQUE IA 52001 | 106367 | PG&E Corporation | 8/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 39 | JOHNSON, JODI KAY<br>19290 MUD LAKE ROAD<br>DUBUQUE IA 52001 | 106368 | Pacific Gas and Electric Company | 8/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 40 | JULIA K. BABINSKY<br>BONNIE M. PALMER<br>11531 WHISPER MOSS ST.<br>SAN ANTONIO TX 78230 | 103335 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $3,305.00 | $3,305.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 41 | KANNO, ANNETTE M<br>544 SHOAL CIR<br>REDWOOD CITY CA 94065-2238 | 98052 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 42 | KATZ, LANE H.<br>45 WEST 60TH ST.<br>APT 27J<br>NEW YORK NY 10023 | 104069 | PG&E Corporation | 5/10/2020 | $0.00 | $0.00 | $0.00 | $2,391.00 | $2,391.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 43 | KELLY, JEANINE BINGHAM<br>1601 E 27TH ST<br>FARMINGTON NM 87401 | 104432 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $216.05 | $216.05 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 44 | KILKI, TURAN N<br>32501 PEARL DR<br>FORT BRAGG CA 95437-8379 | 6450 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $12,850.00 | $0.00 | $12,850.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | LAFFERTY, IRENE<br>15415 SW ALDERBROOK CIR<br>PORTLAND OR 97224 | 104161 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $1,858.51 | $1,858.51 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 46 | LECOMPTE, JANICE & GERALD JT TEN<br>25614 MARIE CURIE LANE<br>WARRENVILLE IL 60555 | 98051 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 47 | LEVY, MATTHEW<br>625 OLD COUNTY RD<br>APT 19<br>BELMONT CA 94002 | 70822 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,311.93 | $1,311.93 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 48 | LINK, NANCY F.<br>3932 WHITE OAK HWY<br>RAYNE LA 70578 | 103743 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 49 | LIQ-SHEET METAL WORKERS' LOCAL UNION NO. 80 PENSION<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99971 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $19,625.25 | $19,625.25 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 50 | LOCKHEED MARTIN CORPORATION MASTER RETIREMENT TRUST<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100085 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $267,177.90 | $267,177.90 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 51 | LOUISIANA-PACIFIC CORPORATION MASTER TRUST<br>BENEFITS DEPT<br>2000-414 UNION STREET - PHILLIPS PLAZA<br>NASHVILLE TN 37219 | 101329 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $7,229.81 | $7,229.81 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 52 | MAAG, KEVIN<br>2312 ZINFANDEL DR.<br>RANCHO CORDOVA CA 95670 | 105372 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 53 | MACIOCE, ROBERT C.<br>601 GOLDEN OAKS LANE<br>PITTSBURGH PA 15237 | 97690 | Pacific Gas and Electric Company | 3/6/2020 | $0.00 | $0.00 | $0.00 | $2,008.03 | $2,008.03 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 54 | MADDEN, MICHAEL DEWAN DENNIS<br>14290 WINTU WAY<br>REDDING CA 96003 | 103767 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 55 | MARTINA NEKOKSA CORNELL TTEE THE NEKOKSA LIVING TR<br>1120 GRANDVIEW DRIVE<br>NAPA CA 94558 | 101027 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $89,000.00 | $89,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

**Eighth Securities Claims Omnibus Objection**
**(No Basis for Claim - Failure to Provide Any Trading Information)**

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | METROPOLITAN LIFE INSURANCE COMPANY<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 99777 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $49,335.16 | $49,335.16 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 57 | METWEST CONSERVATIVE UNCONSTRAINED BOND FUND (CAYMAN)<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100014 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $74,375.00 | $74,375.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 58 | MILDRED LEATHAM, TRUSTEE OF THE GEORGE LEATHAM TRUST<br>C/O PYKA LENHARDT SCHNAIDER DAWKINS<br>14701 MYFORD ROAD, SUITE B2<br>TUSTIN CA 92780 | 75230 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 59 | MUELLER, DENISE A.<br>P.O. BOX 22<br>OAKDALE NY 11769 | 98708 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $11,046.00 | $11,046.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 60 | OSBORNE, DEAN<br>995 LONGRIDGE RD.<br>OAKLAND CA 94610 | 5372 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 61 | PARKER, III, RONALD<br>155 MAYFLOWER TERRACE<br>SOUTH YARMOUTH MA 02664 | 102747 | PG&E Corporation | 4/23/2020 | $0.00 | $0.00 | $0.00 | $2,648.03 | $2,648.03 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 62 | PAYNE, H STEPHEN<br>H STEPHEN PAYNE & VICKIE M PAYNE JT TEN<br>946 DELPHINIUM DRIVE<br>BILLINGS MT 59102-3412 | 101393 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 63 | PAYNE, JUNE FALLON<br>7731 MARTINO CIR<br>NAPLES FL 34112 | 103869 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $431.46 | $431.46 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 64 | PERMENTER, DON<br>1009 COTTONWOOD ST<br>WOODLAND CA 95695-4316 | 8028 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 65 | PORTER, DON<br>249 BASQUE RD.<br>ST AUGUSTINE FL 32080 | 103457 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $2,078.21 | $2,078.21 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 66 | QUAN, JOHN J & KEIKO<br>2184 BLUEJAY CIR<br>PINOLE CA 94564-1842 | 97943 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

**Eighth Securities Claims Omnibus Objection**
**(No Basis for Claim - Failure to Provide Any Trading Information)**

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | QUINCY MUTUAL FIRE INSURANCE COMPANY<br>57 WASHINGTON STREET<br>QUINCY MA 02169 | 101615 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 68 | RHINE, GARY<br>895 MOUNTAIN DR<br>DEERFIELD IL 60015-1801 | 98233 | PG&E Corporation | 3/30/2020 | $20,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 69 | RIDGE, THOMAS<br>2710 BAYSIDE DR<br>CORONA DEL MAR CA 92625 | 102302 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $27,500.00 | $27,500.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 70 | SAN DIEGO CITY EMPLOYEES' RETIREMENT SYSTEM<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100573 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $38,751.90 | $38,751.90 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 71 | SAVAGE, IRENE A<br>13 PINE RD<br>PLAINS PA 18705-2220 | 104016 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 72 | SCHWARTS IRREVOCABLE TRUST<br>143 LAKE ALUMA DRIVE<br>OKLAHOMA CITY OK 73121 | 100232 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $15,786.88 | $15,786.88 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 73 | SDG&E QUALIFIED NUCLEAR DECOMMISSIONING TRUST PARTNERSHIP<br>ATTN: THERESA TRAN<br>TCW<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100511 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $1,716.00 | $1,716.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 74 | SEI CIT - TCW LONG DURATION CREDIT FUND<br>TCW<br>ATTN THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100506 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $41,903.10 | $41,903.10 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 75 | SEI CIT - TCW LONG DURATION GOV'T/CREDIT FUND<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100333 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $135,301.34 | $135,301.34 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 76 | SIIT LONG DURATION CREDIT FUND<br>TCW<br>ATTN: THERESA TRAN<br>865 S. FIGUEROA STREET<br>SUITE 1800<br>LOS ANGELES CA 90017 | 100484 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $287,773.87 | $287,773.87 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 77 | TALIANI, JAMES<br>PO BOX 379<br>OAKLEY CA 94561-0379 | 102975 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | TCW US CREDIT GOLD BM FUND ATTN THERESA TRAN 865 S. FIGUEROA STREET SUITE 1800 LOS ANGELES CA 90017 | 100700 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $91,158.60 | $91,158.60 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 79 | TCW US CREDIT GOLD BM FUND ATTN THERESA TRAN 865 S. FIGUEROA STREET SUITE 1800 LOS ANGELES CA 90017 | 100859 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $264,234.00 | $264,234.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 80 | TENNESSEE CONSOLIDATED RETIREMENT SYSTEM ATTN: TENNESSEE DEPT. OF TREASURY 502 DEADERICK ST., 13TH FLOOR NASHVILLE TN 37243 | 99568 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 81 | THOMS, BRUCE D. 2026 W CALLE PACIFICA TUCSON AZ 85745-2117 | 100400 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 82 | TRUSTEES OF DARTMOUTH COLLEGE DARTMOUTH COLLEGE INVESTMENT OFFICE 12 SOUTH STREET, SUITE 1 HANOVER NH 03755 | 100794 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 83 | UNIFORM RETIREMENT SYSTEM FOR JUSTICES AND JUDGES TCW ATTN THERESA TRAN 865 S. FIGUEROA STREET SUITE 1800 LOS ANGELES CA 90017 | 100447 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $2,368.50 | $2,368.50 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 84 | UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH C/O MOTLEY RICE LLP ATTN:CHRIS MORIARTY 28 BRIDGESIDE BLVD. MT PLEASANT SC 29464 | 99193 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $1,425,518.00 | $1,425,518.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 85 | USD-UNHEDGED METWEST CONSERVATIVE UNCONSTRAINED BOND FUND TCW ATTN THERESA TRAN 865 S. FIGUEROA STREET SUITE 1800 LOS ANGELES CA 90017 | 100625 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $5,750.00 | $5,750.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 86 | VARNEL, LORILYN 11 WILLARD STREET SIMSBURY CT 06070 | 97667 | PG&E Corporation | 3/10/2020 | $0.00 | $0.00 | $0.00 | $372.56 | $372.56 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 87 | VON BUCHAU, ERIK & ROSE 396 BRYCE CANYON RD SAN RAFAEL CA 94903-2226 | 105784 | PG&E Corporation | 6/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 88 | WELLS FARGO BANK NA IN ITS CAPACITY AS TRUSTEE AND AGENT ON FIDUCIARY CLIENT ACCOUNTS MOUSTAFA SHOUMAN 550 SOUTH 4TH ST MINNEAPOLIS MN 55415 | 100598 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $3,000,000.00 | $3,000,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | WHITEHEAD, CLAIRE L<br>3575 MARQUETTE ST. APT.206<br>DAVENPORT IA 52806-5545 | 98390 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $697.49 | $697.49 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 90 | WILLIFORD, DAVID<br>121 HILLSIDE WAY<br>REDLANDS CA 92373 | 106443 | Pacific Gas and Electric Company | 9/21/2020 | $0.00 | $0.00 | $0.00 | $1,042.75 | $1,042.75 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 91 | YAMA-GUCHI, KEIJIROH<br>PO BOX 519<br>MEDIA PA 19063 | 106146 | PG&E Corporation | 7/4/2020 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 92 | ZHOU, XIAOFENG<br>7216 CORONADO DR APT 1<br>SAN JOSE CA 95129-4515 | 4541 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $38,000.00 | $38,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |