# Exhibit 1

# Claims

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ANGUIANO, ELIZABETH C<br>422 W 8TH ST<br>ANTIOCH CA 94509-1622 | 102883 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 2 | ANNE K WYNNE TR<br>THE WYNNE FAMILY TRUST<br>11911 REAGAN ST<br>LOS ALAMITOS CA 90720-4131 | 98747 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 3 | ARVONIO, PATRICK J<br>158 WALNUT ST<br>DUNMORE PA 18512 | 97952 | Pacific Gas and Electric Company | 3/23/2020 | $0.00 | $0.00 | $0.00 | $13,000.00 | $13,000.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 4 | BECK, JANIS M<br>3553 F ST.<br>EUREKA CA 95503 | 100533 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 5 | BRENNER, DEBBIE R<br>1285 FRESWICK DR<br>FOLSOM CA 95630-5301 | 101669 | PG&E Corporation | 4/17/2020 | $1,207.00 | $0.00 | $0.00 | $0.00 | $1,207.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 6 | BURTON, CHRISTINE J<br>PO BOX 1688<br>MEREDITH NH 03253-1688 | 98213 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 7 | CARDENAS, F MIKE & JULIA<br>1177 THEO WAY<br>SACRAMENTO CA 95822-1651 | 98839 | PG&E Corporation | 4/6/2020 | $9,077.00 | $0.00 | $0.00 | $0.00 | $9,077.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 8 | CHRISTMAS, JOHANNE E<br>PO BOX 583<br>CARMICHAEL CA 95609-0583 | 103049 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 9 | DAHLBERG, MARGARET ANN<br>PO BOX 4924<br>WHITEFISH MT 59937 | 105411 | Pacific Gas and Electric Company | 5/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

[1] Claims listed as $0.00 seek an unliquidated amount.

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | DANIELS, JOE<br>2618 N GRANNEN RD<br>TUCSON AZ 85745 | 100263 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $1,261.00 | $1,261.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 11 | DECINA, ROBERT<br>2 MARGATE WAY<br>WARETOWN NJ 08758 | 102869 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $2,850.80 | $2,850.80 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 12 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (EPS WM)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99397 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 13 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (EPS WR)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99398 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 14 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (INKAB P)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99651 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 15 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9136)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 100624 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 16 | DRUCKER, A NORMAN<br>801 NE 167TH ST<br>STE 308<br>NORTH MIAMI BEACH FL 33162 | 103084 | Pacific Gas and Electric Company | 4/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 17 | EARL L FRANKLIN TR<br>UA 03 15 90<br>FBO FRANKLIN TRUST<br>26472 PARKWOOD DR<br>PIONEER CA 95666-9586 | 103253 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 18 | EVELYN DANITA MOORE & NEHWAUNDA MOORE JT TEN<br>2650 MUIRFIELD CIR<br>SAN BRUNO CA 94066-1227 | 99533 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

**Tenth Securities Claims Omnibus Objection**
**(Securities Acquired Outside Subject Period)**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | FEROGLIA, GENE<br>10 CIELITO DR<br>LOS ALTOS CA 94022 | 103285 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 20 | HANNA, DEIRDRE<br>24 NORTHILL RD<br>ICKWELL BIGGLESWADE<br>BEDFORDSHIRE SG18 9ED UNITED KINGDOM | 98087 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 21 | HIROTO, DONALD S & BETTY Y<br>DONALD S HIROTO & BETTY Y HIROTO JT TEN<br>237 16TH ST<br>SANTA MONICA CA 90402-2215 | 98976 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 22 | HORACE MANN LIFE INSURANCE COMPANY<br>RACHAEL LUBER<br>HORACE MANN<br>1 HORACE MANN PLAZA, MC: C122<br>SPRINGFIELD IL 62715 | 100288 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $1,808,055.11 | $1,808,055.11 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 23 | JUGUAN, JOYBELLE<br>2333 W LUNT AVE, APT 303<br>CHICAGO IL 60645 | 101533 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $20,672.00 | $20,672.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 24 | MARSHALL, ELIZABETH R<br>230 HONEYSUCKLE WAY<br>NICEVILLE FL 32578 | 99800 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 25 | MIDAMERICAN ENERGY CO. MASTER VEBA TRUST FOR BARGAINING EMPLOYEES (MIDAMERICAN ENERGY COMPANY)<br>TODD WILLIAMS<br>666 GRAND AVE, SUITE 500<br>DES MOINES IA 50309 | 102113 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 26 | MUNSELLE, SHIRLEY A.<br>805 LISA ST<br>BURLESON TX 76028-6489 | 97919 | PG&E Corporation | 3/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 27 | NIXON, EDDIE<br>1508 CIRCLE OAK DR.<br>SCHERTZ TX 78154-3622 | 98244 | PG&E Corporation | 3/26/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | OSBORNE, DIANE C<br>995 LONGRIDGE RD<br>OAKLAND CA 94610-2444 | 98106 | Pacific Gas and Electric Company | 3/25/2020 | $0.00 | $0.00 | $0.00 | $1,835.00 | $1,835.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 29 | OSTROM TR, CLINTON<br>17207 N. BOSWELL BLVD #320<br>SUN CITY AZ 85373-3007 | 105717 | PG&E Corporation | 6/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 30 | PASTERNAK, RONALD AND LINDA<br>3993 TRENTON AVENUE<br>COOPER CITY FL 33026 | 103284 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $8,954.00 | $8,954.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 31 | RAFTER, JOSEPH R<br>170 RIVIERA CIRCLE<br>LARKSPUR CA 94939 | 103783 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $589.85 | $589.85 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 32 | SANTORO, JOSEPH P.<br>82 FORESTDALE RD.<br>ROCKVILLE CENTRE NY 11570-2106 | 103821 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $3,661.00 | $3,661.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 33 | STROMAN-MCGUIRE, MICHELE<br>1826 HUNTINGTON DR<br>DUARTE CA 91010 | 102701 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $4,996.89 | $4,996.89 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 34 | VANDEROVER, SUSAN G.<br>7740 LISA LN<br>N SYRACUSE NY 13212 | 102857 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 35 | WILLNER, SELMA<br>300 EAST OVERLOOK APT 222<br>PORT WASHINGTON NY 11050 | 103318 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |
| 36 | WOJTAS, JEROME R & PAMELA J TR JEROME R WOJTAS & PAMELA J WOJTAS REVOCABLE TRUST UA NOV 6 98<br>19065 N MIRA BELLO RD<br>SURPRISE AZ 85374-9554 | 98740 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $61,040.68 | $61,040.68 | Securities Acquired Outside of the Subject Period and Claim Untimely Filed |