

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: July 15, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION REGARDING MEDIATION AND AMENDING BRIEFING SCHEDULE WITH RESPECT TO CLAIM NO. 77335 (TODD GREENBERG)**

The Court having considered the *Stipulation Regarding Mediation and Amending Briefing Schedule with Respect to Claim No. 77335 (Todd Greenberg)*, dated July 13, 2021 [Dkt. No. 10916] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Todd Greenberg, on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The briefing schedule set forth in the First Stipulation is vacated.

3. After the July 22, 2021 mediation, the Parties will advise the Court if the Claim is resolved. If the Claim is not resolved at mediation, the following briefing schedule shall apply with regard to the Claim.

4. On or before July 29, 2021, the Reorganized Debtors shall file a further objection to the Claim (the "**Objection**"), which shall function as a trial brief as set forth in the Bankruptcy Court's Trial Scheduling Order.

5. On or before August 12, 2021, Mr. Greenberg shall file an opposition to the Objection, which shall function as a trial brief as set forth in the Bankruptcy Court's Trial Scheduling Order.

6. On or before August 19, 2021, the Reorganized Debtors may file a reply brief.

7. The Scheduling and Status Conference shall be continued to September 14, 2021, at 10:00 a.m. (Pacific Time) to select a date for an evidentiary hearing on the Claim.

8. Except as provided in the Stipulation or subsequently agreed between the Parties, each Party reserves all rights, substantive or procedural, concerning the Claim and the briefing thereon.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

9. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order or the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: July 13, 2021

TRODELLA & LAPPING LLP

/s/ Richard Lapping
Richard Lapping

*Attorneys for Todd Greenberg*

*** END OF ORDER ***