| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Shaw Pipeline Inc. 150 Executive Park Blvd Suite 3790 San Francisco, CA 94134-3309 | 1369 | Pacific Gas and Electric Company | 3/7/2019 | Filed Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $68,457.02 | $68,457.02 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $60,602.00 | $60,602.00 | |
| West-Lite Supply Co, Inc. 12951 166th Street Cerritos, CA 90703 | 6964 | PG&E Corporation | 8/14/2019 | Filed Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,559.00 | $2,559.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 2** | | | | $0.00 | $0.00 | $0.00 | $71,016.02 | $71,016.02 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $60,602.00 | $60,602.00 | |