| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alameda County Water District<br>43885 S. Grimmer Blvd.<br>Fremont, CA 94538 | | 4257 | Pacific Gas and Electric Company | 8/3/2019 | $0.00 | $0.00 | $0.00 | $4,225.00 | $4,225.00 | Cure Payments |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | $0.00 | $0.00 | $0.00 | $4,225.00 | $4,225.00 | |