HOGAN LOVELLS US LLP
Bennett L. Spiegel (CA Bar No. 129558)
bennett.spiegel@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

*Counsel for the McKinsey & Company, Inc. U.S.*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **-and-** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Reorganized Debtors.** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

\\LA - 999996/000201 - 2090479 v2

PLEASE TAKE NOTICE that Hogan Lovells US LLP, hereby requests withdrawal of its appearance in the above-captioned cases on behalf of McKinsey & Company, Inc. U.S., and requests to be removed from all service lists in these cases, including all electronic service lists and the ECF notification system.

Dated: July 15, 2021

Hogan Lovells US LLP

By: /s/ *Bennett L. Spiegel*
Bennett L. Spiegel

*Counsel for the McKinsey & Company, Inc. U.S.*

\\LA - 999996/000201 - 2090479 v2

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2021, a true and correct copy of the foregoing document was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

*/s/ Bennett L. Spiegel*

Bennett L. Spiegel

\\LA - 999996/000201 - 2090479 v2