| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Jonan Energy Ltd<br>#2500, 246 Stewart Green SW<br>Calgary, AB  T3H 3C8 | | 9025 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $74,633.00 | $0.00 | $74,633.00 | Customer No Liability / Passthrough Claims |
| Lennar Homes of California, Inc.<br>Darryl S. Denius 8080 N. Palm Avenue, Suite 110 2040 Main Street, Suite 300<br>Fresno, CA  93771 | | 70989 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $455,565.75 | $455,565.75 | Customer No Liability / Passthrough Claims |
| SaVaCa and FLRish - Phase#1 LED Lighting for Cannabis Greenhouse<br>26889 ENCINAL RD<br>SALINAS, CA  93908 | | 4163 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $296,408.40 | $296,408.40 | Customer No Liability / Passthrough Claims |
| **Claims To Be Expunged Totals** | | **Count: 3** | | | **$0.00** | **$0.00** | **$74,633.00** | **$751,974.15** | **$826,607.15** | |