| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Morton, Clyde<br>2357 Hagen Oaks Drive<br>Alamo, CA 94507-2208 | | 107052 | PG&E Corporation | 5/12/2021 | $0.00 | $0.00 | $0.00 | $15,919.73 | $15,919.73 | Post-Petition Claims |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | **$0.00** | **$0.00** | **$0.00** | **$15,919.73** | **$15,919.73** | |