KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Matthew J. Cave (SBN 280704)
mcave@kfc.law
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025
Telephone:    (310) 409-0400
Facsimile:    (310) 409-0401

*Attorneys for PricewaterhouseCoopers LLP*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors. | CASE NO. 19-30088 (DM)<br>Chapter 11<br><br>**DECLARATION OF MATTHEW J. CAVE**<br><br>[Filed Concurrently with PwC's Opposition to *Ex Parte* Application] |

I, Matthew J. Cave, hereby declare:

1. I am a partner with Kibler Fowler & Cave LLP and am duly licensed to practice law in the State of California. My law firm is counsel for PricewaterhouseCoopers LLP ("PwC") in connection with this matter. I submit this declaration in support of PwC's Opposition to *Ex Parte* Application of the Fire Victim Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2004 for an Order Authorizing Service of a Subpoena on Pricewaterhousecoopers LLP Employee Hugh Le (the "Application"). The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. The Trustee failed to provide any notice of the Application to the undersigned counsel. The Trustee's counsel briefly mentioned the possibility of seeking authorization to serve a new Rule 2004 subpoena for the examination of PwC employee Hugh Le in a June 18, 2021 letter and then during a meet-and-confer call on June 23, 2021. In response, I expressed PwC's position that any such deposition would be premature given that PwC and the Trustee were (and are) still meeting and conferring regarding the previously served Rule 2004 subpoena for documents from PwC. That was the full extent of our discussion, which did not amount to a meaningful meet-and-confer discussion regarding the Trustee's specific request to depose Mr. Le.

3. To date, PwC has made seven productions in response to the Rule 2004 subpoena served on PwC for the production of documents, totaling 1,579 pages. PwC's productions followed extensive and cooperative meet-and-confer discussions with Baker Hostetler, representing the Official Committee of Tort Claimants, and then Brown Rudnick, representing the Trustee, which occurred throughout 2020.

4. After PwC's seventh document production in December 2020, PwC's counsel heard nothing further from the Trustee for nearly five months. PwC reasonably assumed that it had satisfied the Trustee's inquiries with respect to the subpoena for documents.

5. During the past several weeks, since the Trustee's counsel sent a letter to PwC's counsel dated April 30, 2021, we have been actively engaged in ongoing meet-and-confer efforts with the Trustee's counsel.

6. Attached hereto as Exhibit A is a true and correct copy of an email that I sent to the

2
DECLARATION OF MATTHEW J. CAVE IN SUPPORT OF OPPOSITION TO *EX PARTE* APPLICATION

Trustee's counsel on June 14, 2021, which responds to the outstanding issues in the ongoing meet-and-confer discussions. We had hoped to receive an "internal PG&E document" from the Trustee, which his counsel claims supports his position, before sending our response on the outstanding issues. However, despite requesting that document on June 30, 2021 and signing a protective order at the request of the Trustee's counsel, the Trustee's counsel still has not provided it, claiming for the first time on July 13, 2021 (the same day it filed the Application) that PG&E will not consent to such production.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of July, 2021, at Los Angeles, California.

/s/ Matthew J. Cave
Matthew J. Cave

DECLARATION OF MATTHEW J. CAVE IN SUPPORT OF OPPOSITION TO *EX PARTE* APPLICATION