# Notice Recipients

District/Off: 0971−3 User: admin Date Created: 7/19/2021
Case: 19−30088 Form ID: TRANSC Total: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty    Kevin J. Orsini    Cravath, Swaine & Moore LLP    825 Eighth Avenue    New York, NY 10019
     EVAN C. BORGES, ESQ.    SARAH KELLY−KILGORE, ESQ.    Greenberg Gross LLP    601 South Figueroa Street 30th Floor    Los Angeles, CA 90017
     MATTHEW J. CAVE, ESQ.    Kibler Fowler & Cave LLP    11100 Santa Monica Boulevard Suite 360    Los Angeles, CA 90025

TOTAL: 3