# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Liliya Kulyk, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On July 19, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**.

3.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 20th day of July 2021, at New York, NY.

/s/ Liliya Kulyk
Liliya Kulyk

SRF 55268

# <u>Exhibit A</u>

# Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|------|-------------|-----------|-----------|------|-------|-------------|
| Cravath, Swaine & Moore LLP | Attn: Kevin J. Orsini | 825 Eighth Avenue | | New York | NY | 10019-7475 |
| Greenberg Gross LLP | Attn: Evan C. Borges, Sarah Kelly-Kilgore | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017-5735 |
| Kibler Fowler & Cave LLP | Attn: Matthew J. Cave | 11100 Santa Monica Boulevard | Suite 360 | Los Angeles | CA | 90025-3394 |

Case: 19-30088   Doc# 10954   Filed: 07/21/21   Entered: 07/21/21 10:27:29   Page 3 of 5

# Exhibit B

Case: 19-30088    Doc# 10954    Filed: 07/21/21    Entered: 07/21/21 10:27:29    Page 4 of 5

Form TRANSC

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| In re Debtor(s): | Case No.: 19–30088 DM 11 |
|---|---|
| | Chapter: 11 |
| PG&E Corporation | |

**NOTICE OF FILING OF TRANSCRIPT**
**AND DEADLINES RELATED TO RESTRICTION AND REDACTION**

A transcript of the proceeding held on July 16, 2021 at 11:00 AM was filed on July 19, 2021. The following deadlines apply:

The parties have until Monday, July 26, 2021 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, August 9, 2021.

If a request for redaction is filed, the redacted transcript is due Thursday, August 19, 2021.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Monday, October 18, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 7/21/21

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court