LIOR KATZ | CA BAR No. 284559
KATZ LAW, APC
11620 Wilshire Blvd., Suite 900
Los Angeles, California 90025
Tel: (310) 444-9444
Fax: (310) 382-2110
Email: Lior@KatzLaw.com

Attorneys for Creditor
BRIAN ANTHONY FREITAS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>*Affects Pacific Gas and Electric Company*<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bk. No.: 19-30088-DM<br><br>Chapter 11<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE |

TO THE HONORABLE COURT; DEBTORS; DEBTORS' ATTORNEYS' OF RECORD; THE U.S. TRUSTEE; AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that the appearance of Lior Katz, Esq. and Katz Law, APC on behalf of Creditor BRIAN ANTHONY FREITAS in the above-entitled action is hereby withdrawn. Service of pleadings and notices upon Lior Katz, Esq. and Katz Law, APC in these cases should be discontinued.

DATED: July 21, 2021

KATZ LAW, APC

By: _____
LIOR KATZ
Attorney for Movant