| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Blowney, Kimberly<br>25633 Anderson Avenue<br>Barstow, CA 92311 | | 529 | PG&E Corporation | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Blowney, Kimberly<br>25633 Anderson Avenue<br>Barstow, CA 92311 | | 8285 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Blowney, Kimberly<br>25633 Anderson Avenue<br>Barstow, CA 92311 | | 33 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Bolin, Carolyn<br>PO Box 363<br>Hinkley, CA 92347 | | 7199 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Bolin, Carolyn<br>36310 Lenwood Rd.<br>Hinkley, CA 92347 | | 453 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Bolin, Carolyn<br>36310 Lenwood Rd.<br>Hinkley, CA 92347 | | 44 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Brown, Lynette<br>21430 Tobacco Rd<br>Hinkley, CA 92347 | | 7185 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Brown, Ronald<br>Sandra L. Brown 42750 Orchid Rd<br>Hinkley, CA 92347 | | 7374 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Brown, Sandra L<br>PO Box 192<br>Hinkley, CA 92347 | | 488 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Brown, Sandra L<br>PO Box 192<br>Hinkley, CA 92347 | | 7200 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown, Sandra L.<br>42750 Orchard Road<br>Hinkley, CA 92347 | | 39 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Carrera, Agustin<br>866 Gina Ct .<br>Upland, CA 91784 | | 7244 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Carrera, Agustin<br>866 Gina Ct<br>Upland, CA 91784 | | 24 | Pacific Gas and Electric Company | 1/30/2019 | $0.00 | $0.00 | $700,000.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Carrera, Agustin<br>866 Gina Ct<br>Upland, CA 91784 | | 491 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Christison, Joel<br>Joel A. Christison PO Box 9048<br>Alta Loma, CA 91701 | | 7657 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Christison, Joel A.<br>PO Box 9048<br>Alta Loma, CA 91701 | | 38 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Christison, Joel A.<br>PO Box 9048<br>Alta Loma, CA 91701 | | 534 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell<br>Hennie Courtney<br>Barstow, CA 92311 | | 479 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell<br>Hennie Courtney 25595 Ash Rd<br>Barstow, CA 92311 | | 7585 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell<br>Hennie Courtney 25595 Ash Rd<br>Barstow, CA 92311 | | 7652 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Courtney, Clell<br>Hennie Courtney 25595 Ash Rd<br>Barstow, CA  92311 | | **7653** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell<br>Hennie Courtney 25595 Ash Rd<br>Barstow, CA  92311 | | **7654** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Courtney, Clell<br>Hennie Courtney<br>Barstow, CA  92311 | | **7** | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Downing, Cindy Sue<br>PO Box 376<br>Hinkley, CA  92347 | | **483** | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Downing, Cindy Sue<br>36670 Lakeview Road PO Box 376<br>Hinkley, CA  92347 | | **30** | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Downing, Cindy Sue<br>PO Box 376<br>Hinkley, CA  92347 | | **7591** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Findley, Tom<br>Kimberly Blowney<br>Barstow, CA  92311 | | **8281** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Findley, Tom<br>Kimberly Blowney 36816 Hillview Road<br>Hinkley, CA  92347 | | **8286** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Findley, Tom<br>Kimberly Blowney 36816 Hillview Road<br>Hinkley, CA  92347 | | **8278** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Garza, Martin 21430 Tobacco Rd Hinkley, CA 92347 | | 46 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Garza, Martin 21430 Tobacco Rd Hinkley, CA 92347 | | 487 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Garza, Martin 21430 Tobacco Rd Hinkley, CA 92347 | | 7183 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Halstead, Norman 20455 Halstead Road Hinkley , CA 92347 | | 477 | PG&E Corporation | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Halstead, Norman 20455 Halstead Road Hinkley, CA 92347 | | 3 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Halstead, Norman 20455 Halstead Road Hinkley , CA 92347 | | 8274 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Halstead, Norman Aquilla Frederick 20455 Halstead Road Hinkley, CA 92347 | | 8277 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Hawes, Keith PO Box 376 Hinkley, CA 92347 | | 7176 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Hawes, Keith 42100 Friends Road PO Box 376 Hinkley, CA 92347 | | 25 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Hawes, Keith 42100 Friends Road Hinkley, CA 92347 | | 526 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Holcroft, Shirley<br>Sam V. Cabrera PO Box HD<br>Barstow, CA 92312 | | **7171** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Holcroft, Shirley<br>PO Box HD<br>Barstow, CA 92312 | | **490** | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Holcroft, Shirley<br>21480 Brown Ranch Road<br>Hinkley, CA 92347 | | **48** | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Jenkins, Darlene<br>PO Box 376<br>Hinkley, CA 92347 | | **7276** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Jenkins, Darlene Herring<br>42100 Friends Street PO Box 376<br>Hinkley, CA 92347 | | **26** | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Jenkins, Darlene Herring<br>42100 Friends Street<br>Hinkley, CA 92347 | | **528** | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Jenkins, Darlene Herring<br>42100 Friends Street PO Box 376<br>Hinkley, CA 92347 | | **7264** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Khan, Aurang<br>Khan, Aurang Zaib; Zahib, Halima 1969 East Cooley Avenue<br>San Bernardino, CA 92408 | | **7083** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Khan, Aurang Zaib<br>1969 East Cooley Ave<br>San Bernardino, CA 92408 | | **47** | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Kirkpatrick, Yvonne<br>28484 Rodeo Rd<br>Helendale, CA 92342 | | **519** | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Kirkpatrick, Yvonne 28484 Rodeo Rd Helendale, CA 92342 | | 4 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Kirkpatrick, Yvonne 28484 Rodeo Road Helendale, CA 92342 | | 72162 | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Martinez, Juliana 36633 Hidden River Rd. Hinkley, CA 92347 | | 7228 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Martinez, Juliana 36633 Hidden River Rd. Hinkley, CA 92347 | | 502 | PG&E Corporation | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Martinez, Juliana 36633 Hidden River Rd. Hinkley, CA 92347 | | 23 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Martinez, Manuel 36633 Hidden River Road Hinkley, CA 92347 | | 7375 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, Charles Matsue Matthiesen 36771 Hidden River Road Hinkley, CA 92347 | | 8273 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, Charles Matsue Matthiesen Hinkley, CA 92347 | | 482 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, Charles Matsue Matthiesen Hinkley, CA 92347 | | 6 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, Charles Matsue Matthiesen Hinkley, CA 92347 | | 8272 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Matthiesen, David<br>36709 Hidden River Road<br>Hinkley, CA 92347 | | **7229** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, David<br>36709 Hidden River Road<br>Hinkley, CA 92347 | | **5** | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Matthiesen, David<br>36709 Hidden River Road<br>Hinkley, CA 92347 | | **480** | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Miller, Robert<br>37241 Sycamore Street<br>Hinkley, CA 92347 | | **500** | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Miller, Robert<br>Donna Learmont 37241 Sycamore Street<br>Hinkley, CA 92347 | | **7168** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Miller, Robert<br>37241 Sycamore Street<br>Hinkley, CA 92347 | | **2** | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Nethery, Herbert<br>28484 Rodeo Rd<br>Helendale, CA 92342 | | **72139** | PG&E Corporation | 10/16/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Nitao, Ken<br>244 South Curtis Avenue<br>Alhambra, CA 91801 | | **7167** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Nitao, Ken<br>244 South Curtis Avenue<br>Alhambra, CA 91801 | | **16** | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Nitao, Ken<br>244 South Curtis Avenue<br>Alhambra, CA 91801 | | **525** | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Ornelas, Jose 18284 Pacific St Hesperia, CA 92345 | | 7226 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ornelas, Jose 18284 Pacific St Hesperia, CA 92345 | | 493 | PG&E Corporation | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ornelas, Jose Hernandez, Rosalba 18284 Pacific Street Hesperia, CA 92345 | | 7237 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ornelas, Jose 18284 Pacific St Hesperia, CA 92345 | | 41 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Panchev, Nick 25633 Anderson Avenue Barstow, CA 92311 | | 7704 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Panchev, Nick 25633 Anderson Avenue Barstow, CA 92311 | | 530 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Panchev, Nick 25633 Anderson Avenue Barstow, CA 92311 | | 45 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ramirez, John 38006 Pueblo Road Hinkley, CA 92347 | | 497 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Ramirez, John 38006 Pueblo Road Hinkley, CA 92347 | | 7072 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Ramirez, John 38006 Pueblo Road Hinkley, CA 92347 | | 8 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Riebeling, Adolfo<br>Riebeling, Adolfo; Riebeling, Marina 4600 Jerry Avenue<br>Baldwin Park, CA 91706 | | **7301** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Riebeling, Adolfo<br>4600 Jerry Ave.<br>Baldwin Park, CA 91706 | | **518** | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Riebeling, Adolfo<br>4600 Jerry Ave.<br>Baldwin Park, CA 91706 | | **27** | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Suarez, Victor<br>Saray Ordaz<br>Wilmington, CA 90744 | | **8284** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Suarez, Victor<br>Saray Ordaz 1042 E. Sandison Street, Apt. 1<br>Wilmington, CA 90744 | | **8280** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Suarez, Victor<br>Saray Ordaz<br>Wilmington, CA 90744 | | **499** | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Suarez, Victor<br>Saray Ordaz<br>Wilmington, CA 90744 | | **42** | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Suarez, Victor<br>Saray Ordaz<br>Wilmington, CA 90744 | | **8283** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Urbina, Oscar<br>3617 Slauson Avenue<br>Maywood, CA 90270 | | **43** | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Urbina, Oscar<br>3617 Slauson Avenue<br>Maywood, CA 90270 | | 527 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Urbina, Oscar<br>3617 Slauson Avenue<br>Maywood, CA 90270 | | 7180 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Vinson, Barbara<br>Lloyd K. Vinson PO Box 2552<br>Barstow, CA 92312 | | 7201 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Vinson, Barbara A.<br>36327 Hinkley Rd.<br>Hinkley, CA 92347 | | 40 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Vinson, Barbara A.<br>P.O. Box 2552<br>Barstow, CA 92312 | | 593 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Williams, Daniel<br>Williams, Andrea 36796 Hillview Road<br>Hinkley, CA 92347 | | 7175 | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Hinkley No Liability Claims |
| Williams, Daniel S.<br>36796 Hillview Road<br>Hinkley, CA 92347 | | 524 | Pacific Gas and Electric Company | 2/12/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| Williams, Daniel S.<br>36796 Hillview Road<br>Hinkley, CA 92347 | | 22 | Pacific Gas and Electric Company | 1/30/2019 | $700,000.00 | $0.00 | $0.00 | $0.00 | $700,000.00 | Hinkley No Liability Claims |
| **Claims To Be Expunged Totals** | | **Count:96** | | | **$36,400,000.00** | **$0.00** | **$700,000.00** | **$30,100,000.00** | **$67,200,000.00** | |

| Original Creditor | Claim To Be Reduced or Disallowed | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Aclara Technologies LLC | 8465 | Pacific Gas and Electric Company | 9/3/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $139,020.79 | $139,020.79 | Books and Records |
| Robert O. Enyard, Jr. VP, Legal Counsel 77 Westport Plaza, Suite 500 | | | | Unliquidated ☐ | | | | | | |
| St. Louis, MO 63146 | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $19,740.79 | $19,740.79 | |
| Chartis Property Casualty Company-- Mark Susson | 80646 | Pacific Gas and Electric Company | 10/21/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $138,444.69 | $138,444.69 | Books and Records |
| Commerce & Industry Insurance Company Mark Susson 2 Corporate Plaza Drive Suite 275 | | | | Unliquidated ☑ | | | | | | |
| Newport Beach, CA 92660 | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Chartis Property Casualty Company-- Mark Susson | 27378 | Pacific Gas and Electric Company | 10/9/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $138,444.69 | $138,444.69 | Books and Records |
| Commerce & Industry Insurance Company Mark Susson | | | | Unliquidated ☑ | | | | | | |
| Newport Beach, CA 92660 | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Redacted | Redacted | PG&E Corporation | 10/21/2019 | Filed Claim Amount: | $0.00 | $0.00 | $0.00 | $7,208.20 | $7,208.20 | Books and Records |
| | | | | Unliquidated ☐ | | | | | | |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | Count:4 | | | | **$0.00** | **$0.00** | **$0.00** | **$423,118.37** | **$423,118.37** | |
| **Remaining Total** | | | | | **$0.00** | **$0.00** | **$0.00** | **$19,740.79** | **$19,740.79** | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 2050 Partners, Inc. Whitney Pope 81 Coral Drive Orinda, CA 94653 | | **27375** | Pacific Gas and Electric Company | 10/9/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| City of American Canyon c/o William D. Ross, City Attorney 400 Lambert Avenue Palo Alto, CA 94306 | | **79483** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 20A Claims |
| City of American Canyon c/o William D. Ross, City Attorney 400 Lambert Avenue Palo Alto, CA 94306 | | **79374** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Rule 20A Claims |
| City of Clayton, California 6000 Heritage Trail Clayton, CA 94517 | | **1977** | Pacific Gas and Electric Company | 4/1/2019 | $0.00 | $0.00 | $128,658.00 | $0.00 | $128,658.00 | Rule 20A Claims |
| City of Rio Dell Cheryl Dillingham Rio Dell, CA 95562 | | **80740** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $532,833.00 | $532,833.00 | Rule 20A Claims |
| Doose, Ginn M a/k/a Virginia M Doose PO Box 2310 Clearlake, CA 95422-2310 | | **59703** | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Miscellaneous No Liability Claims |
| Flores, Rebecca C/O 1121 East Santa Fe Ave., Apt # 4 Merced, CA 95340 | | **7677** | PG&E Corporation | 8/19/2019 | $1,524.00 | $0.00 | $3,374.00 | $0.00 | $4,898.00 | Miscellaneous No Liability Claims |
| Flores, Rebecca c/o 1121 East Santa Fe Ave., Apt # 4 Merced, CA 95340 | | **7664** | PG&E Corporation | 8/19/2019 | $524.00 | $0.00 | $2,850.00 | $0.00 | $3,374.00 | Miscellaneous No Liability Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Golden Bay Fence Plus Iron Works, Inc. Nicholas Chavez 4104 South B Street 983 University Ave., Ste. 104C Stockton, CA 95206 | | 7701 | PG&E Corporation | 8/22/2019 | $563,548.82 | $77,616.90 | $0.00 | $0.00 | $641,165.72 | No Liability Subcontractor Claims |
| Gonzalez, Sergio 9097 Durness Way Sacramento, CA 95829-1546 | | 8160 | PG&E Corporation | 9/1/2019 | $0.00 | $0.00 | $0.00 | $539.62 | $539.62 | Miscellaneous No Liability Claims |
| Jerry Thompson & Sons Painting, Inc. 3 Simms St San Rafael, CA 94901-5414 | | 8720 | Pacific Gas and Electric Company | 9/11/2019 | $0.00 | $0.00 | $0.00 | $20,948.66 | $20,948.66 | No Liability Subcontractor Claims |
| Mangrum Sr, Daryl D 1751 103 Ave Oakland, CA 94603 | | 80888 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | $200,000.00 | Miscellaneous No Liability Claims |
| McGuire and Hester Kim Carone, Esq. 2810 Harbor Bay Parkway 777 Cuesta Drive, Ste. 200 Alameda,, CA 94502 | | 71009 | Pacific Gas and Electric Company | 10/21/2019 | $2,307,850.55 | $0.00 | $0.00 | $0.00 | $2,307,850.55 | No Liability Subcontractor Claims |
| Oceanwide Center LLC Jacky Tang Oceanwide Center LLC 88 1st Street, 6th Floor 32nd Floor San Francisco, CA 94105 | | 64107 | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $1,805,397.00 | $1,805,397.00 | Protective Claims |
| RROBERT CAREY SLIGER X ACCOUNT PO BOX 431 ELBE, WA 98330 | | 4178 | Pacific Gas and Electric Company | 7/31/2019 | $0.00 | $0.00 | $0.00 | $200,000.00 | $200,000.00 | Settlement No Liability |
| Solano County 675 Texas Street Fairfield, CA 94533 | | 87909 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,427,466.00 | $4,427,466.00 | Rule 20A Claims |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Town of Portola Valley<br>Town Manager 765 Portola Road<br>Portola Valley, CA 94028 | | **87884** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $23,868.78 | $23,868.78 | Protective Claims |

| **Claims To Be Expunged Totals** | | **Count: 17** | | | **$2,873,447.37** | **$77,616.90** | **$234,882.00** | **$7,111,053.06** | **$10,296,999.33** | |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Battaglia, Kelli M.<br>1406 E. Poplar St. #4<br>Stockton, CA 95205 | | **16835** | Pacific Gas and Electric Company | 10/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability Energy Rate Claims |
| Roberts, Kimberly D<br>PO Box 191774<br>San Francisco, CA 94119-1774 | | **8333** | Pacific Gas and Electric Company | 9/4/2019 | $0.00 | $0.00 | $0.00 | $3,000.00 | $3,000.00 | Customer No Liability Energy Rate Claims |
| Weddles, Pearline<br>2827 Otto Dr<br>Stockton, CA 95209-1151 | | **5097** | Pacific Gas and Electric Company | 8/2/2019 | $0.00 | $0.00 | $437.00 | $0.00 | $437.00 | Customer No Liability Energy Rate Claims |
| YBJD INC<br>384 Tesconi Ct Ste 101<br>Santa Rosa, CA 95401-4653 | | **7908** | PG&E Corporation | 8/27/2019 | $0.00 | $0.00 | $0.00 | $3,773.11 | $3,773.11 | Customer No Liability Energy Rate Claims |
| **Claims To Be Expunged Totals** | | **Count: 4** | | | $0.00 | $0.00 | $437.00 | $6,773.11 | $7,210.11 | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| CSAA<br>Claim 1003-03-6775 PO Box 24523<br>Oakland, CA 94623-1523 | | 2453 | Pacific Gas and Electric Company | 4/18/2019 | $0.00 | $0.00 | $0.00 | $6,582.07 | $6,582.07 | Satisfied Claims |
| GARCIA, SANDRA<br>PO BOX 641<br>HAMILTON CITY, CA 95951 | | 4269 | PG&E Corporation | 7/25/2019 | $0.00 | $0.00 | $0.00 | $5,304.00 | $5,304.00 | Satisfied Claims |
| Johnson DBA, Renee D<br>Kevin S. Veenstra, Esq. Sonoma Law Group Inc. 445 Orchard Street Suite 204<br>Santa Rosa, CA 95404 | | 8972 | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $0.00 | $11,418.39 | $11,418.39 | Satisfied Claims |
| Merced Pipeline LLC<br>3711 Meadow View Dr, Ste 100<br>Redding, CA 96003 | | 4687 | Pacific Gas and Electric Company | 7/25/2019 | $0.00 | $0.00 | $0.00 | $47,189.29 | $47,189.29 | Satisfied Claims |
| Parkinson, Sylvia<br>3747 Hennessy Place<br>Santa Rosa, CA 95403 | | 106746 | PG&E Corporation | 11/24/2020 | $0.00 | $0.00 | $0.00 | $6,884.44 | $6,884.44 | Satisfied Claims |
| Parkinson, Sylvia<br>3747 Hennessy Place<br>Santa Rosa, CA 95403 | | 19673 | PG&E Corporation and Pacific Gas and Electric Company | 10/8/2019 | $0.00 | $0.00 | $0.00 | $22,000.00 | $22,000.00 | Satisfied Claims |
| Righetti Ranch LP, a Delaware limited partnership<br>Ambient Communities Attn: Robert Anselmo 179 Calle Magdalena #201<br>Encinitas, CA 92024 | | 105762 | PG&E Corporation | 6/15/2020 | $0.00 | $0.00 | $132,437.00 | $0.00 | $132,437.00 | Satisfied Claims |
| **Claims To Be Expunged Totals** | | **Count: 7** | | | **$0.00** | **$0.00** | **$132,437.00** | **$99,378.19** | **$231,815.19** | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Chapman, Warren<br>Clapp Moroney, et al 5860 Owens Drive Suite 410<br>Pleasanton, CA 94588 | | **78834** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Court Order |
| Coltan, Michael<br>7930 Flynn Creek Road PO Box 379<br>Comptche, CA 95427 | | **81232** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $4,947.78 | $4,947.78 | Barred by Court Order |
| Eggleston, Coaster<br>855 C" Street Apt. # 304<br>San Rafael, CA 94901 | | **4457** | PG&E Corporation | 7/30/2019 | $0.00 | $0.00 | $12,450.00 | $2,487,550.00 | $2,500,000.00 | No Liability Based on Investigation |
| Ellis, Donald Ray<br>125 Corte Maria<br>Pittsburg, CA 94565-4121 | | **6888** | PG&E Corporation | 8/13/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Barred by Court Order |
| Hanson Aggregates Mid-Pacific, Inc.<br>Joseph Audal 3000 Executive Parkway Suite 240<br>San Ramon, CA 94583 | | **70657** | Pacific Gas and Electric Company | 10/16/2019 | $173,304.00 | $0.00 | $0.00 | $0.00 | $173,304.00 | No Liability Based on Investigation |
| Horton, Ricky D.<br>751 Rosemary Court<br>Fairfield, CA 94533 | | **87111** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $50,000,000.00 | $50,000,000.00 | Barred by Statute of Limitations - Personal Injury |
| Motahari-Fard, Saeedeh<br>Law Offices of Steven D. Hoffman Attn: Saeedeh Motahari-Fard<br>Sunnyvale, CA 94086 | | **3882** | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $31,576.00 | $31,576.00 | Barred by Court Order |
| Perez, Juan M.<br>Gilleon Law Firm, APC c/o James C. Mitchell (SBN 87151) 1320 Columbia Street, Suite 200<br>San Diego, CA 92101 | | **7666** | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $4,000,000.00 | $4,000,000.00 | Barred by Court Order |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| R Tad Heydenfeldt, Agent, Rasar, Inc on behalf of United Trust Fund<br>R Tad Heydenfeldt 5255 Clayton Road #210<br>Concord, CA 94521 | | 4606 | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $250,000,000.00 | $250,000,000.00 | Barred by Statute of Limitations - Breach of Written Contract |
| Roman, Geoffrey<br>Law Offices of Paul Aghabala & Associates, Inc. Ani Shagvaladyan, Esq. 15250 Ventura Blvd Ste 500<br>Sherman Oaks, CA 91403-3217 | | 23522 | PG&E Corporation | 9/30/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Based on Investigation |
| Roman, Geofrfrey<br>Prestige Law Firm, P.C. Ani Shasivaladyan, Esq. P.Paul Asihabala, Esq. 15250 Ventura Blvd., Suite 500<br>Sherman Oaks, CA 91403 | | 105758 | PG&E Corporation | 6/2/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Liability Based on Investigation |
| Titus, Leona A<br>25820 Coombe Hill Drive<br>Sun City, CA 92586 | | 86900 | Pacific Gas and Electric Company | 10/23/2019 | $0.00 | $0.00 | $0.00 | $14,000,000.00 | $14,000,000.00 | Barred by Statute of Limitations - Personal Injury |
| Vodonick, John<br>11464 Willow Valley Road<br>Nevada City, CA 95959 | | 19917 | PG&E Corporation | 10/9/2019 | $25,000.00 | $0.00 | $0.00 | $225,000.00 | $250,000.00 | Barred by Statute of Limitations - Damage to Real or Personal Property and No Liability Based on Investigation |
| **Claims To Be Expunged Totals** | | **Count: 13** | | | **$198,304.00** | **$0.00** | **$12,450.00** | **$321,249,073.78** | **$321,459,827.78** | |

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,600,000.00 | $1,600,000.00 | Barred by Statute of Limitations - Personal Injury and Barred by Previous Settlement Agreement |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/12/2019 | $0.00 | $0.00 | $66,074.00 | $0.00 | $66,074.00 | Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Previous Settlement Agreement and Preempted by |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Previous Settlement Agreement and Preempted by |
| Redacted | | Redacted | Pacific Gas and Electric Company | 4/20/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - "Catch-all" Statute |
| Redacted | | Redacted | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | Barred by Statute of Limitations - Breach of Written Contract and Preempted by NLRA |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,679,000.00 | $0.00 | $12,679,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/25/2019 | $0.00 | $0.00 | $12,679,000.00 | $0.00 | $12,679,000.00 | Payroll Withholding Claims |

**Redacted Version of Exhibit 1B**

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $14,104.32 | $0.00 | $14,104.32 | Barred by Previous Settlement Agreement |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,570,000.00 | $0.00 | $12,570,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,570,000.00 | $0.00 | $12,570,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $11,728,000.00 | $11,728,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,450.00 | $1,450.00 | Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $15,000.00 | $0.00 | $15,000.00 | Preempted by NLRA |
| Redacted | | Redacted | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $64,560.00 | $0.00 | $64,560.00 | Barred by Statute of Limitations - Breach of Written Contract and Barred by Previous Settlement Agreement |
| Redacted | | Redacted | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $86,034.64 | $0.00 | $86,034.64 | Barred by Statute of Limitations - Breach of Written Contract and Barred by Previous Settlement Agreement |

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Employment Discrimination |
| Redacted | | Redacted | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Breach of Written Contract and Preempted by NLRB |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $10,000.00 | $1,690,000.00 | $1,700,000.00 | Barred by Court Order |
| Redacted | | Redacted | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $10,000.00 | $1,690,000.00 | $1,700,000.00 | Barred by Court Order |
| Redacted | | Redacted | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $13,300,000.00 | $0.00 | $13,300,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $13,300,000.00 | $0.00 | $13,300,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $12,961,000.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 11/4/2019 | $0.00 | $12,961,000.00 | $0.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |

# Redacted Version of Exhibit 1B

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $12,961,000.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |
| **Claims To Be Expunged Totals** | | **Count: 25** | | | **$0.00** | **$12,961,000.00** | **$103,305,772.96** | **$16,709,450.00** | **$132,976,222.96** | |

# Exhibit 1

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>DAVID SHIMKIN COZEN O'CONNOR 601 S. FIGUEROA STREET, SUITE 3700 LOS ANGELES, CA 90017 | 20022 | Pacific Gas and Electric Company | $0.00 (S)<br>$7,268.44 (A)<br><br>$0.00 (P)<br><br>$2,521.54 (U)<br>$9,789.98 (T) | Amended and Superseded | ARAMARK Uniform & Career Apparel LLC<br><br>c/o Sheila R. Schwager Hawley Troxell Ennis & Hawley LLP P.O. Box 1617 Boise, ID 83701 | 107050 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br><br>$0.00 (P)<br><br>$2,521.54 (U)<br>$2,521.54 (T) |
| Asplundh Construction, LLC<br>David G. McGinley Vice President 708 Blair Mill Rd Spear Street Tower, Suite 2200 Willow Grove, PA 19090 | 17001 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br><br>$4,170,913.06 (U)<br>$4,170,913.06 (T) | Amended and Superseded | Asplundh Construction, LLC<br>David G. McGinley Vice President 708 Blair Mill Rd. Spear Street Tower, Suite 2200 Willow Grove, PA 19090 | 107056 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br><br>$3,430,436.16 (U)<br>$3,430,436.16 (T) |
| Franchise Tax Board<br>Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | 63369 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$501,616,189.6 (P)<br>$86,760,132.37 (U)<br>$588,376,321.9 (T) | Amended and Superseded | Franchise Tax Board<br>Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | 106177 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$500,625,512.1 (P)<br>$87,750,809.79 (U)<br>$588,376,321.9 (T) |
| Franchise Tax Board<br>Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | 63619 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$502,117,359.1 (P)<br>$86,846,819.21 (U)<br>$588,964,178.3 (T) | Amended and Superseded | Franchise Tax Board<br>Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | 106175 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$501,123,223.9 (P)<br>$87,840,954.34 (U)<br>$588,964,178.3 (T) |
| M Squared Construction, Inc.<br>Mr. Stewart Mitchell & Mr. Aidan Foley 1278 20th Ave., Ste. C 777 Cuesta Drive, Ste. 200 San Francisco, CA 94122 | 60391 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br><br>$504,183.17 (U)<br>$504,183.17 (T) | Amended and Superseded | M Squared Construction, Inc.<br>Mr. Stewart Mitchell Mr. Aidan Foley 1278 20 th Ave., Ste. C San Francisco, CA 94122 | 107019 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br><br>$445,725.60 (U)<br>$445,725.60 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 1

Case: 19-30088   Doc# 10960-1   Filed: 07/21/21   Entered: 07/21/21 16:40:10   Page 23 of 27

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Treasurer of Virginia<br>VIRGINIA DEPT OF THE TREASURY UNCLAIMED PROPERTY DIV PO BOX 2478<br>RICHMOND, va  23218-2478 | 17227 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br><br>$0.00  (U)<br>$0.00  (T) | Amended and Superseded | Treasurer of Virginia<br>Virginia Dept. of the Treasury Unclaimed Property Division P.O. Box 2478<br><br>Richmond, VA | 103460 | Pacific Gas and Electric Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br><br>$1,214.96 (U)<br>$1,214.96 (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Page 2

Case: 19-30088   Doc# 10960-1   Filed: 07/21/21   Entered: 07/21/21 16:40:10   Page 24 of 27

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **Redacted** | | **Redacted** | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Plan Passthrough Workers' Compensation Claims |
| Rohm & Haas Chemicals LLC Attn: Weslynn Patricia Reed 2211 H.H. Dow Way Midland, MI 48674 | | **86586** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| Union Carbide Corporation Attention: Weslynn Patricia Reed Union Carbide Corporation 2211 H.H. Dow Way Midland, MI 48674 | | **78621** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| **Claims To Be Expunged Totals** | | **Count:3** | | | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Celaya, Jennifer<br>692 Alexandra Ct<br>San Jose, CA 95125-6252 | | **7490** | PG&E Corporation | 8/19/2019 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Customer No Liability / Passthrough Claims |
| Church of Christ<br>8301 Florin Rd<br>Sacramento, CA 95828-2413 | | **87451** | Pacific Gas and Electric Company | 10/28/2019 | $0.00 | $0.00 | $334.40 | $0.00 | $334.40 | Customer No Liability / Passthrough Claims |
| Costello, Teresa<br>2083 Bluebird LN<br>Sacramento, CA 95821-4553 | | **6983** | Pacific Gas and Electric Company | 8/14/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| English, Georgia S<br>Susan Hamsher 4608 Elmhurst Dr.<br>San Jose, CA 95129-2023 | | **87203** | Pacific Gas and Electric Company | 10/24/2019 | $0.00 | $0.00 | $0.00 | $32.69 | $32.69 | Customer No Liability / Passthrough Claims |
| Hernandez, Norma<br>1209 Cabernet Drive<br>Gonzales, CA 93926 | | **3876** | Pacific Gas and Electric Company | 7/24/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Johnson, Carla<br>447 West Anderson St.<br>Stockton, CA 95206 | | **88600** | PG&E Corporation | 12/13/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Khann, Arjamand<br>5133 Lyle Ave<br>Stockton, CA 95210-6709 | | **63817** | PG&E Corporation | 10/8/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| Miller, Madrid<br>1234 Mallard Court<br>Fairfield, CA 94533-2547 | | **4421** | Pacific Gas and Electric Company | 7/30/2019 | $0.00 | $0.00 | $0.00 | $5,942.88 | $5,942.88 | Customer No Liability / Passthrough Claims |
| Miller, Madrid<br>1234 Mallard Court<br>Fairfield, CA 94533-2547 | | **4023** | Pacific Gas and Electric Company | 7/27/2019 | $0.00 | $0.00 | $0.00 | $5,942.58 | $5,942.58 | Customer No Liability / Passthrough Claims |
| Sanchez, Angela<br>2739 Fine Ave<br>Clovis, CA 93612 | | **9606** | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $1,197.58 | $0.00 | $1,197.58 | Customer No Liability / Passthrough Claims |

# Exhibit 1

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Carolyn<br>3038 Bridgeford Dr<br>Sacramento, CA 95833-1100 | | **4271** | PG&E Corporation | 7/29/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Customer No Liability / Passthrough Claims |
| **Claims To Be Expunged Totals** | | **Count: 11** | | | **$0.00** | **$0.00** | **$1,531.98** | **$15,918.15** | **$17,450.13** | |