KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **DECLARATION OF JANE KIM IN SUPPORT OF REORGANIZED DEBTORS' NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LEGAL LIABILITY CLAIMS)** |
| Debtors. | Date: July 28, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tel./Video Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Jane Kim, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a partner of Keller Benvenutti Kim LLP, counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Reorganized Debtors**" in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"). I submit this Declaration in support of the *Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims)* [Docket No. 10808] (the "**Omnibus Objection**"),[1] with respect to the claims of Darwin Richards (Claim Nos. 86933 and 96962) (collectively, the "**Richards Claims**").

2. On July 13, 2021, I printed out a copy of the full docket for the appeal titled *Symmetry Device Research, Inc., et al. v. City of Richmond, et al.*, Case No. A127960 (the "**Richards Appeal**"), in the Court of Appeal of the State of California, First Appellate District (the "**Court of Appeal**") from the Court of Appeal's website at https://appellatecases.courtinfo.ca.gov/. The Richards Appeal was of the Superior Court Order, brought by Mr. Richards and SDRI on March 22, 2010, as described in the Reply. As noted on the docket sheet, the Court of Appeal marked the Richards Appeal as complete following the denial by the Supreme Court of California of Mr. Richards's and SDRI's petition for review on February 16, 2011. Attached as **Exhibit A** is a true and correct copy of the printout of the full docket of the Richards Appeal as of July 13, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this twenty-first day of July, 2021, in Millbrae, California.

                                           */s/ Jane Kim*
                                           Jane Kim

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the *Reply in Support of Reorganized Debtors' Ninety-Third Omnibus Objection to Claims*, filed contemporaneously herewith (the "**Reply**").