**Exhibit A**

**Docket of Richards Appeal**

# Appellate Courts Case Information

1st Appellate District

Change court

## Docket (Register of Actions)

**Symmetry Device Research, Inc. et al. v. City of Richmond et al.**
**Division 1**
**Case Number A127960**

| Date | Description | Notes |
|---|---|---|
| 03/22/2010 | Notice of appeal lodged/received. | by attorney Charles G. Kinney for Symmetry Device Research, Inc. (plaintiff); notice of appeal filed in the superior court on 3/15/2010; appeal of order sustaining demurrer and judgment in favor of City of Richmond and Richmond Housing authority entered 1/21/2010 |
| 03/22/2010 | Note: | joinder in appeal by Darwin Richards (in propria persona); see notice of appeal by attorney Charles G. Kinney |
| 03/22/2010 | Notified parties of local rules and procedures. | |
| 03/22/2010 | Filing fee. | from attorney Charles G. Kinney; check number 700 dated 3/15/2010 |
| 03/22/2010 | Received document entitled: | notice by attorney Charles G. Kinney designating papers and records for clerk's transcript and notice to prepare reporter's transcript; notice filed in the superior court on 3/19/2010 |
| 04/05/2010 | Default letter sent; no case information statement filed. | |
| 03/29/2010 | Civil case information statement filed. | by attorney Charles Kinney for appelant (Symmetry Device Research, Inc.,) w/a copy of the order attached. |
| 04/14/2010 | Certificate of interested entities or persons filed by: | aplnt |
| 04/28/2010 | Notice of record completion received. | |
| 04/28/2010 | Record on appeal filed. | c-1-r-1 |
| 06/03/2010 | Appellant's opening brief. | Plaintiff and Appellant: Symmetry Device Research, Inc. Attorney: Charles G. Kinney |

| | | |
|---|---|---|
| 07/07/2010 | Respondent notified re failure to file respondent's brief. | Defendant and Respondent: City of Richmond<br>Attorney: Kevin Scott Dickey |
| 07/22/2010 | Respondent's brief. | Defendant and Respondent: City of Richmond<br>Attorney: Kevin Scott Dickey |
| 07/22/2010 | Brief available in electronic format. | Defendant and Respondent: City of Richmond<br>Attorney: Kevin Scott Dickey<br>Defendant and Respondent: Richmond Housing Authority |
| 08/05/2010 | Appellant's reply brief. | Plaintiff and Appellant: Symmetry Device Research, Inc.<br>Attorney: Charles G. Kinney |
| 08/05/2010 | Case fully briefed. | |
| 08/12/2010 | Record to court for review. | |
| 08/13/2010 | Case on conference list. | 10-17 |
| 08/13/2010 | Oral argument waiver notice sent. | |
| 08/18/2010 | Request for oral argument filed by: | Charles Kinney for appellant. Personal appearance. |
| 10/20/2010 | Calendar notice sent. Calendar date: | 11/9/10 @ 9 a.m. |
| 11/09/2010 | Cause argued and submitted. | |
| 11/30/2010 | Opinion filed. | (Signed Unpublished)Affirmed |
| 01/07/2011 | Service copy of petition for review received. | |
| 01/18/2011 | Record transmitted to Supreme Court. | |
| 02/16/2011 | Petition for review denied in Supreme Court. | |
| 02/17/2011 | Remittitur issued. | |
| 02/17/2011 | Case complete. | |
| 02/28/2011 | Record returned from Supreme Court. | |
| 06/12/2013 | Shipped to state retention center, box # / list #: | L337 |

**Click here** to request automatic e-mail notifications about this case.