

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: July 21, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION REGARDING BRIEFING SCHEDULE AND CONTINUED HEARING WITH RESPECT TO CLAIM NO. 56868 (CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT)**

The Court having considered the *Stipulation Regarding Briefing Schedule and Continued Hearing with Respect to Claim No. 56868 (California Department of Housing and Community Development)*, dated July 20, 2021 [Dkt. No. 10953] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and the California Department of Housing and Community Development (the "**Department**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. On or before August 31, 2021, the Reorganized Debtors shall file a reply in support of the Statute of Limitations Objection to the Claim, not to exceed 25 pages.

3. On or before September 7, 2021, the Department shall file a sur-reply in support of its Response, not to exceed 15 pages.

4. The Hearing shall be continued to September 14, 2021, at 10:00 a.m. (Pacific Time), where the Parties will be prepared for oral argument on the Statute of Limitations Objection.

5. No evidentiary hearing on the Statute of Limitations Objection will be set without further order of the Court.

6. The Parties reserve all rights, arguments, and defenses with respect to the Claim, including with respect to any other grounds on which the Reorganized Debtors may object to the Claim apart from the Statute of Limitations Objection.

7. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order or the Stipulation.

///

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: July 20, 2021

ROB BONTA
Attorney General of California

JAMEE PATTERSON
Supervising Deputy Attorney General

/s/ Erica Lee
_____
Erica Lee
Deputy Attorney General

*Attorneys for the California Department of Housing and Community Development*

*** END OF ORDER ***