

Signed and Filed: July 22, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1   KELLER BENVENUTTI KIM LLP
    Tobias S. Keller (#151445)
2   (tkeller@kbkllp.com)
    Peter J. Benvenutti (#60566)
3   (pbenvenutti@kbkllp.com)
    Jane Kim (#298192)
4   (jkim@kbkllp.com)
    650 California Street, Suite 1900
5   San Francisco, CA 94108
    Tel: 415 496 6723
6   Fax: 650 636 9251

7
    *Attorneys for Debtors and Reorganized Debtors*
8

9                    **UNITED STATES BANKRUPTCY COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
10                        **SAN FRANCISCO DIVISION**

11

12                                              | Bankruptcy Case No. 19-30088 (DM)

13   **In re:**                                 | Chapter 11

14   **PG&E CORPORATION,**                       | (Lead Case) (Jointly Administered)

15          **- and -**                          | **ORDER DISALLOWING AND EXPUNGING**
                                                 | **PROOFS OF CLAIM PURSUANT TO**
16   **PACIFIC GAS AND ELECTRIC**                | **REORGANIZED DEBTORS' NINETY-FIRST**
     **COMPANY,**                                | **OMNIBUS OBJECTION TO CLAIMS**
17                                               | **(CUSTOMER NO LIABILITY ENERGY RATE**
                              **Debtors.**       | **CLAIMS)**
18   ☐ Affects PG&E Corporation
     ☐ Affects Pacific Gas and Electric Company | **[Re:  Dkt. No. 10802, 10960]**
19   ☒ Affects both Debtors

20   *\* All papers shall be filed in the Lead Case,*
     *No. 19-30088 (DM).*
21

22

23

24

25

26

27

28

1    Upon the *Reorganized Debtors' Report on Responses to Eighty-Eighth Through Ninety-Sixth*

2    *Omnibus Objections to Claims and Request for Orders by Default as to Unopposed Objections* [Docket

3    No. 10960] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric

4    Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**"

5    or as reorganized pursuant to the Plan (as defined below), the "**Reorganized Debtors**") in the above-

6    captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy

7    Local Rules for the United States District Court for the Northern District of California, as made

8    applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and*

9    *Case Management Procedures*, entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"),

10   that the Court enter an order by default on the *Reorganized Debtors' Ninety-First Omnibus Objection to*

11   *Claims (Customer No Liability Energy Rate Claims)* [Docket No. 10802] (the "**Ninety-First Omnibus**

12   **Objection**"), all as more fully set forth in the Request, and this Court having jurisdiction to consider the

13   Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring

14   Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy

15   Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding

16   pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408

17   and 1409; and the Court having found and determined that notice of the Request as provided to the

18   parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other

19   or further notice need be provided; and this Court having determined that the legal and factual bases set

20   forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before

21   this Court and after due deliberation and sufficient cause appearing therefor,

22          **IT IS HEREBY ORDERED THAT:**

23          1.      The Claims listed in the column headed "Claims to be Disallowed and Expunged" in

24   **Exhibit 1** hereto are disallowed and expunged.

25          2.      This Court shall retain jurisdiction to resolve any disputes or controversies arising from

26   this Order.

27

                                    *** END OF ORDER ***

28