# Exhibit 1

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>DAVID SHIMKIN COZEN O'CONNOR 601 S. FIGUEROA STREET, SUITE 3700<br>LOS ANGELES, CA 90017 | 20022 | Pacific Gas and Electric Company | $0.00 (S)<br>$7,268.44 (A)<br>$0.00 (P)<br>$2,521.54 (U)<br>$9,789.98 (T) | Amended and Superseded | ARAMARK Uniform & Career Apparel LLC<br>c/o Sheila R. Schwager Hawley Troxell Ennis & Hawley LLP P.O. Box 1617<br>Boise, ID 83701 | 107050 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,521.54 (U)<br>$2,521.54 (T) |
| Asplundh Construction, LLC<br>David G. McGinley Vice President 708 Blair Mill Rd Spear Street Tower, Suite 2200<br>Willow Grove, PA 19090 | 17001 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,170,913.06 (U)<br>$4,170,913.06 (T) | Amended and Superseded | Asplundh Construction, LLC<br>David G. McGinley Vice President 708 Blair Mill Rd. Spear Street Tower, Suite 2200<br>Willow Grove, PA 19090 | 107056 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,430,436.16 (U)<br>$3,430,436.16 (T) |
| Franchise Tax Board<br>Bankruptcy Section MS A340 PO Box 2952<br>Sacramento, CA 95812-2952 | 63369 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$501,616,189.6 (P)<br>$86,760,132.37 (U)<br>$588,376,321.9 (T) | Amended and Superseded | Franchise Tax Board<br>Bankruptcy Section MS A340 PO Box 2952<br>Sacramento, CA 95812-2952 | 106177 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$500,625,512.1 (P)<br>$87,750,809.79 (U)<br>$588,376,321.9 (T) |
| Franchise Tax Board<br>Bankruptcy Section MS A340 PO Box 2952<br>Sacramento, CA 95812-2952 | 63619 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$502,117,359.1 (P)<br>$86,846,819.21 (U)<br>$588,964,178.3 (T) | Amended and Superseded | Franchise Tax Board<br>Bankruptcy Section MS A340 PO Box 2952<br>Sacramento, CA 95812-2952 | 106175 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$501,123,223.9 (P)<br>$87,840,954.34 (U)<br>$588,964,178.3 (T) |
| M Squared Construction, Inc.<br>Mr. Stewart Mitchell & Mr. Aidan Foley 1278 20th Ave., Ste. C 777 Cuesta Drive, Ste. 200<br>San Francisco, CA 94122 | 60391 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$504,183.17 (U)<br>$504,183.17 (T) | Amended and Superseded | M Squared Construction, Inc.<br>Mr. Stewart Mitchell Mr. Aidan Foley 1278 20 th Ave., Ste. C<br>San Francisco, CA 94122 | 107019 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$445,725.60 (U)<br>$445,725.60 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified or otherwise cannot be determined, the amount listed is "0.00".

Case: 19-30088   Doc# 10977-1   Filed: 07/22/21   Entered: 07/22/21 14:57:08   Page 1 of 2

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Basis For Objection** | **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** |
| Treasurer of Virginia VIRGINIA DEPT OF THE TREASURY UNCLAIMED PROPERTY DIV PO BOX 2478 RICHMOND, va 23218-2478 | 17227 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Amended and Superseded | Treasurer of Virginia Virginia Dept. of the Treasury Unclaimed Property Division P.O. Box 2478 Richmond, VA | 103460 | Pacific Gas and Electric Company | $0.00 (S) $0.00 (A) $0.00 (P) $1,214.96 (U) $1,214.96 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Case: 19-30088    Doc# 10977-1    Filed: 07/22/21    Entered: 07/22/21 14:57:08    Page 2 of 2