| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **Redacted** | | **Redacted** | Pacific Gas and Electric Company | 10/2/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Plan Passthrough Workers' Compensation Claims |
| Rohm & Haas Chemicals LLC Attn: Weslynn Patricia Reed 2211 H.H. Dow Way Midland, MI 48674 | | **86586** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| Union Carbide Corporation Attention: Weslynn Patricia Reed Union Carbide Corporation 2211 H.H. Dow Way Midland, MI 48674 | | **78621** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Plan Passthrough Environmental Claims |
| **Claims To Be Expunged Totals** | | **Count: 3** | | | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | |