| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $1,600,000.00 | $1,600,000.00 | Barred by Statute of Limitations - Personal Injury and Barred by Previous Settlement Agreement |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/12/2019 | $0.00 | $0.00 | $66,074.00 | $0.00 | $66,074.00 | Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Previous Settlement Agreement and Preempted by |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Previous Settlement Agreement and Preempted by |
| Redacted | | Redacted | Pacific Gas and Electric Company | 4/20/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - "Catch-all" Statute |
| Redacted | | Redacted | Pacific Gas and Electric Company | 7/29/2019 | $0.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 | Barred by Statute of Limitations - Breach of Written Contract and Preempted by NLRA |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,679,000.00 | $0.00 | $12,679,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/25/2019 | $0.00 | $0.00 | $12,679,000.00 | $0.00 | $12,679,000.00 | Payroll Withholding Claims |

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/16/2019 | $0.00 | $0.00 | $14,104.32 | $0.00 | $14,104.32 | Barred by Previous Settlement Agreement |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,570,000.00 | $0.00 | $12,570,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $12,570,000.00 | $0.00 | $12,570,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 9/23/2019 | $0.00 | $0.00 | $0.00 | $11,728,000.00 | $11,728,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,450.00 | $1,450.00 | Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 9/23/2019 | $0.00 | $0.00 | $15,000.00 | $0.00 | $15,000.00 | Preempted by NLRA |
| Redacted | | Redacted | PG&E Corporation | 10/23/2019 | $0.00 | $0.00 | $64,560.00 | $0.00 | $64,560.00 | Barred by Statute of Limitations - Breach of Written Contract and Barred by Previous Settlement Agreement |
| Redacted | | Redacted | PG&E Corporation | 10/22/2019 | $0.00 | $0.00 | $86,034.64 | $0.00 | $86,034.64 | Barred by Statute of Limitations - Breach of Written Contract and Barred by Previous Settlement Agreement |

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 8/1/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Employment Discrimination |
| Redacted | | Redacted | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Barred by Statute of Limitations - Breach of Written Contract and Preempted by NLRA |
| Redacted | | Redacted | Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $10,000.00 | $1,690,000.00 | $1,700,000.00 | Barred by Court Order |
| Redacted | | Redacted | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $10,000.00 | $1,690,000.00 | $1,700,000.00 | Barred by Court Order |
| Redacted | | Redacted | PG&E Corporation | 10/7/2019 | $0.00 | $0.00 | $13,300,000.00 | $0.00 | $13,300,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 10/4/2019 | $0.00 | $0.00 | $13,300,000.00 | $0.00 | $13,300,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 10/17/2019 | $0.00 | $0.00 | $12,961,000.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |
| Redacted | | Redacted | PG&E Corporation | 11/4/2019 | $0.00 | $12,961,000.00 | $0.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |

| Original Creditor | Claim Transferred To: | Claim To Be Disallowed and Expunged | Debtor | Date Filed: | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | Redacted | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $12,961,000.00 | $0.00 | $12,961,000.00 | Payroll Withholding Claims |
| **Claims To Be Expunged Totals** | | **Count: 25** | | | $0.00 | $12,961,000.00 | $103,305,772.96 | $16,709,450.00 | $132,976,222.96 | |