Keith J. Cunningham, Esq. (Pro Hac Vice)
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
T 207.791.1100
F 207.791.1350
Email: kcunningham@pierceatwood.com

Counsel for California Independent System Operator Corporation

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>      Debtor-in-Possession.<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Debtor-in-Possession. | Bankr. Case No. 19-30088-DM<br><br>Chapter 11<br><br>Bankr. Case No. 19-30089-DM<br><br>Chapter 11<br><br>**Notice of Withdrawal of Appearance and Request To Be Removed From Courtesy Notice Of Electronic Filing And All Notifications** |

      **PLEASE TAKE NOTICE** that the appearance of Keith J. Cunningham, Esq. on behalf of California Independent System Operator Corporation in the above-entitled action is hereby withdrawn.

      **PLEASE TAKE FURTHER NOTICE** that the undersigned attorney hereby requests to be removed from this Court's Courtesy Notification of Electronic Filing distribution and further wishes to cease receiving all notifications and/or documents filed in the two above-captioned cases:

1

134871

Keith J. Cunningham, Esq.
Pierce Atwood LLP
254 Commercial Street
Merrill's Wharf
Portland, ME 04101
T 207.791.1100
F 207.791.1350
Email: kcunningham@pierceatwood.com

This request is intended, without limitation, to constitute a request for removal from all service lists, including but not limited to (1) CM/ECF notification in the case; (2) court-designated services as set forth in the Bankruptcy Rules; and (3) the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

Dated: July 23, 2021              PIERCE ATWOOD LLP

                                  By: /s/ Keith J. Cunningham
                                  Keith J. Cunningham, Esq.
                                  Pierce Atwood LLP
                                  Co-Counsel for California
                                  Independent System
                                  Operator Corporation

Presented by
Levene, Neale, Bender, Yoo & Brill L.L.P.

/s/ David L. Neale
David L. Neale, Esq.