Keith J. Cunningham, Esq. (Pro Hac Vice)
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
T 207.791.1100
F 207.791.1350
Email: kcunningham@pierceatwood.com

Counsel for California Department of Water Resources, acting under the authority and powers created by California Water Code Sections 80000 through 80270

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>        Debtor-in-Possession.<br><br>In re:<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtor-in-Possession. | Bankr. Case No. 19-30088-DM<br><br>Chapter 11<br><br>Bankr. Case No. 19-30089-DM<br><br>Chapter 11<br><br>**Notice of Withdrawal of Appearance Request To Be Removed From Courtesy Notice Of Electronic Filing And All Notifications** |

**PLEASE TAKE NOTICE** that the appearance of Keith J. Cunningham, Esq. on behalf of California Department of Water Resources, acting under the authority and powers created by California Water Code Sections 80000 through 80270, in the above-entitled action is hereby withdrawn.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorney hereby requests to be removed from this Court's Courtesy Notification of Electronic Filing

1

distribution and further wishes to cease receiving all notifications and/or documents filed in the two above-captioned cases:

> Keith J. Cunningham, Esq.
> Pierce Atwood LLP
> 254 Commercial Street
> Merrill's Wharf
> Portland, ME 04101
> T 207.791.1100
> F 207.791.1350
> Email: kcunningham@pierceatwood.com

This request is intended, without limitation, to constitute a request for removal from all service lists, including but not limited to (1) CM/ECF notification in the case; (2) court-designated services as set forth in the Bankruptcy Rules; and (3) the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code.

Dated: July 27, 2021

PIERCE ATWOOD LLP

By: /s/ Keith J. Cunningham
Keith J. Cunningham, Esq.
Pierce Atwood LLP
California Department of Water Resources, acting under the authority and powers created by California Water Code Sections 80000 through 80270

Presented by:

XAVIER BECERRA
Attorney General of California
DANETTE VALDEZ, SBN 141780
ANNADEL ALMENDRAS, SBN 192064
Supervising Deputy Attorneys General
ERICA LEE, SBN 288151
Deputy Attorney General

By: /s/ Danette Valdez
Danette Valdez, Deputy Attorney General

STEVEN H. FELDERSTEIN
PAUL J. PASCUZZI
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ Paul J. Pascuzzi
Paul J. Pascuzzi

Attorneys for California Department of Water Resources

2

# PROOF OF SERVICE

I, Susan R. Darms, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA 95814. On July 27, 2021, I served the within document(s):

**NOTICE OF WITHDRAWAL OF APPEARANCE REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS**

By Electronic Service via CM/ECF to all registered participants in this case as of July 27, 2021.

                         /s/   Susan R. Darms
                         SUSAN R. DARMS