**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JULY 28, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: July 28, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (AT&T Teleconference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

## PROPOSED AGENDA FOR
## JULY 28, 2021, 10:00 A.M. (PACIFIC TIME)
## OMNIBUS HEARING

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

1. **Ninety-Third Omnibus Claims Objection (No Legal Liability Claims)** [**Dkt. 10808**].

    Responses Filed:

    A. Chappell, Lamont [**Dkt. 10919**].

    B. Richards, Darwin [**Dkt. 10946**].

    Related Documents:

    C. Reply in Support of Reorganized Debtors' Ninety-Third Omnibus Objection to Claims [**Dkt. 10966**].

    D. Declaration of Jane Kim in Support of Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims) [**Dkt. 10967**].

    Related Order:

    E. Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims) [**Dkt. 10980**].

    Status: The Objections re Lamont Chappell and Darwin Richards are going forward on a contested basis [**Dkts. 10919 and 10946**].

    This Omnibus Objection was granted as to most Claims by **Dkt. 10980**. It has been continued to August 10, 2021, as to City of San Carlos [**Dkt. 10970**]. It has been continued to September 14, 2021, as to California Department of Housing and Community Development [**Dkts. 10953 and 10968**]. It has been taken off calendar and continued indefinitely as to Marcus Duivenvoorden as the Reorganized Debtors seek to resolve the Claim through the Court-approved ADR procedures [**Dkt. 10960**].

*RESOLVED AND CONTINUED MATTERS*

**Securities Omnibus Claims Objection:**

    2.    **Seventh (No Basis for Claim – Failure to Provide Any Trading Information)** [**Dkt. 10788**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10971**. It has been continued to August 10, 2021, as to Janus Capital Management LLC [**Dkt. 10957**].

**Omnibus Claim Objections:**

    3.    **Sixteenth (Satisfied Claims)** [**Dkt. 9076**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9364**. It has been continued to August 10, 2021, as to the City of Oakland [**Dkt. 10970**].

    4.    **Twenty-Second (Satisfied Claims)** [**Dkt. 9275**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9559**. It has been continued to September 29, 2021, as to CA BTM Energy Storage, LLC; CA Energy Storage Holdings, LLC; and GSA Solar, LLC [**Dkt. 10965**].

    5.    **Twenty-Eighth (Books and Records Claims)** [**Dkt. 9427**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9870**. It has been taken off calendar pending settlement as to Utility Tree Service, LLC [**Dkt. 10958**]. It has been continued to September 29, 2021, as to Shafter Solar, LLC and Desert Sunlight 300, LLC [**Dkt. 10965**].

    6.    **Twenty-Ninth (Satisfied Claims)** [**Dkt. 9430**]. This Omnibus Objection was granted as to most Claims by **Dkts. 9856 and 9954**. It has been continued to September 29, 2021, as to Westside Solar, LLC and NextEra Energy Montezuma II Wind, LLC [**Dkt. 10965**].

    7.    **Forty-Fourth (No Liability / Passthrough Claims)** [**Dkt. 9464**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9873**. It has been continued to September 14, 2021, as to the University of California [**Dkt. 10964**].

    8.    **Forty-Fifth (Reduced and Allowed Claims)** [**Dkt. 9466**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9869**. It has been continued to August 25, 2021, as to The Travelers Indemnity Company [**Dkt. 10963**].

    9.    **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**]. This Omnibus Objection was granted as to most claims by **Dkt. 10858**. It has been continued to August 10, 2021, as to Marsh Landing, LLC [**Dkt. 10970**].

    10.    **Eighty-Sixth (Untimely Claims)** [**Dkt. 10694**]. This Omnibus Objection was granted as to most Claims by **Dkt. 10865**. It has been continued to August 25, 2021, as to City of San Jose [**Dkt. 10963**].

    11.    **Eighty-Eighth (Hinkley No Liability Claims)** [**Dkt. 10792**]. This Omnibus Objection was granted as to all Claims by **Dkt. 10972**.

12. **Eighty-Ninth (Books and Records Claims)** [Dkt. 10795]. This Omnibus Objection was granted as to all Claims by **Dkt. 10973**.

13. **Ninetieth (No Liability Claims)** [Dkt. 10799]. This Omnibus Objection was granted as to all Claims by **Dkt. 10974**.

14. **Ninety-First (Customer No Liability Energy Rate Claims)** [Dkt. 10802]. This Omnibus Objection was granted as to all Claims by **Dkt. 10975**.

15. **Ninety-Second (Satisfied Claims)** [Dkt. 10805]. This Omnibus Objection was granted as to all Claims by **Dkt. 10976**.

16. **Ninety-Fourth (Amended and Superseded Claims)** [Dkt. 10812]. This Omnibus Objection was granted as to all Claims by **Dkt. 10977**.

17. **Ninety-Fifth (Plan Passthrough Claims)** [Dkt. 10815]. This Omnibus Objection was granted as to all Claims by **Dkt. 10978**.

18. **Ninety-Sixth (Customer No Liability / Passthrough Claims)** [Dkt. 10819]. This Omnibus Objection was granted as to all Claims by **Dkt. 10979**.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: July 27, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*