1            UNITED STATES BANKRUPTCY COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3                 -oOo-

| 4 | In Re: | ) Case No. 19-30088 |
| | | ) Chapter 11 |
| 5 | PG&E CORPORATION AND PACIFIC | ) |
| | GAS AND ELECTRIC COMPANY, | ) San Francisco, California |
| 6 | | ) Wednesday, July 28, 2021 |
| | Debtors. | ) 10:00 AM |
| 7 | _____ | ) |
| | | REORGANIZED DEBTORS' NINETY- |
| 8 | | THIRD OMNIBUS OBJECTION TO |
| | | CLAIMS (NO LEGAL LIABILITY |
| 9 | | CLAIMS) FILED BY PG&E |
| | | CORPORATION [10808] |

10

11              TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE DENNIS MONTALI
12            UNITED STATES BANKRUPTCY JUDGE

13 APPEARANCES (All present by video or telephone):

| 14 | For the Debtors: | THOMAS B. RUPP, ESQ. |
| | | Keller Benvenutti Kim LLP |
| 15 | | 650 California Street |
| | | Suite 1900 |
| 16 | | San Francisco, CA 94108 |
| | | (415) 636-9015 |
| 17 | Also Present: | Darwin E. Richards, |
| 18 | | Individual Claimant |
| 19 | | Lamont Chappell, |
| | | Individual Claimant |
| 20 | | Ricky Horton, |
| | | Individual Claimant |

21

22

23

24

25

eScribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17 Court Recorder: LORENA PARADA/ANKEY THOMAS
                              United States Bankruptcy
18                           Court
                              450 Golden Gate Avenue
19                           San Francisco, CA 94102

20

      Transcriber:                LINDA FERRARA
21                           eScribers, LLC
                              7227 N. 16th Street
22                           Suite #207
                              Phoenix, AZ 85020
23                           (973)406-2250

24 Proceedings recorded by electronic sound recording;
    transcript provided by transcription service.

25

(973)406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

2                              -oOo-

3        (Call to order of the Court.)

4            THE CLERK:  Court is now in session.  The Honorable

5    Dennis Montali presiding.  Calling the matter of PG&E

6    Corporation.

7            MR. RICHARDS:  Yeah, this is Darwin Richards

8    representing SDRI.

9            THE COURT:  Okay.  Good morning, Mr. Richards.  This

10   is Judge Montali.  Wait one second until we come to you.

11           MR. RICHARDS:  Okay.

12           THE COURT:  Mr. Rupp or Ms. Kim, are you appearing for

13   the company today?

14           MR. RUPP:  Good morning, Your Honor.  Thomas Rupp of

15   Keller Benvenutti Kim on behalf of the reorganized debtors.

16           THE COURT:  All right.  We have some unidentified

17   guests on the call.

18           Is Mr. Chappell on the call?  Mr. Lamont Chappell?

19   Mr. Rupp, have you heard from Mr. Chappell?

20           MR. RUPP:  Your Honor, I sent the dial-in information

21   to Mr. Chappell yesterday morning and he did respond saying,

22   "Okay".  He had received it.  That was my exchange.

23           THE COURT:  Okay.  One more call.  We have at least

24   four persons on the call who haven't identified themselves.  Is

25   Mr. Lamont Chappell regarding claim number 9946 on the call?

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   All right.

2          Mr. Rupp, it appears -- well, he's not here and your

3   explanation of the company's position about Mr. Chappell's

4   claim is well taken and he seems to have -- he can assert

5   whatever rights he has but not under this bankruptcy claim

6   objection procedure, so I am prepared to sustain the objection

7   and just leave it at that.  So do you want more than that or do

8   you want to take care of anything further -- anything more?

9          MR. RUPP:  I believe that's it, Your Honor.  We'll

10  upload an order.

11         THE COURT:  Okay.  All right.  The only other matter

12  we have then is Mr. Richards.  Mr. Richards, would you again

13  state your appearance?

14         MR. RICHARDS:  Yes.  Darwin E. Richards representing

15  Symmetry Device Research, SDRI.

16         THE COURT:  Well, actually you're representing

17  yourself, aren't you?  The research is the company, you're not

18  an attorney, are you?

19         MR. RICHARDS:  Well, you -- well, no, not now.  They

20  got rid of my attorney, you know, the Charles --

21         THE COURT:  Yes, but --

22         MR. RICHARDS:  -- King.

23         THE COURT:  -- what you have to understand is as an

24  individual, you've asserted a claim and you're entitled to be

25  heard.  If you're asserting a claim on behalf of a non-

eScribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    individual, more typically a corporation or a partnership, you

2    cannot argue unless you're an attorney but I am --

3            MR. RICHARDS:  Oh, I understand, sir.

4            THE COURT:  I'm accepting that you're on your own but

5    the company has --

6            MR. RICHARDS:  Okay.

7            THE COURT:  -- laid out a pretty persuasive reason why

8    your claim should be disallowed.  Do you want to add anything

9    to that or explain why you disagree with the company?

10           MR. RICHARDS:  Well, as representing myself, I've been

11   in the energy business since 1979 as an electrical contractor

12   and I have been trying to get help from the government, the

13   State Attorney General.

14           THE COURT:  No, hold on, hold on, hold on.  I know

15   that.  My point is the company -- PG&E's response is your claim

16   is barred, it's untimely and also has been disposed of in a

17   related matter in another court.  I just want to know if you

18   have any -- how you're going to get around that?

19           MR. RICHARDS:  Well, Your Honor, I am not an attorney,

20   you know, but I -- but the documentation that I submitted, you

21   know, shows where I have been treated unfairly even by the

22   courts and I --

23           THE COURT:  Well, I can't help you with unfair

24   treatment by other courts.  I have to do my best to give you a

25   fair treatment in this court but --

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1        MR. RICHARDS:  Um-hmm.

2        THE COURT:  -- do you understand what the statute of

3   limitations means?

4        MR. RICHARDS:  Yes.  Yes, I do but I don't -- I don't

5   see how that could apply to me in representing myself for the

6   things that I --

7        THE COURT:  Tell me why --

8        MR. RICHARDS:  -- have tried --

9        THE COURT:  -- you think that's so.  In other words,

10  the event that you complained about happened some years ago.

11  So if they happened some years ago, that started a clock

12  ticking for when you had to assert those claims and from the

13  way the company has laid out its position, that time has run

14  under any characterization of the applicable law.  So I want

15  you to tell me -- I understand you're not an attorney but

16  that's not the point.  The rules work against attorneys and

17  nonattorneys.

18        MR. RICHARDS:  Um-hum.

19        THE COURT:  So why do you think the company's argument

20  should be rejected?

21        MR. RICHARDS:  I -- I -- I think that the statutes of

22  limitations should be rejected, you know, based upon, you

23  know -- you know, my, you know, consistency in trying to work,

24  you know, with the -- the legal system and -- and other, you

25  know, entities and -- and private entities to -- to bring

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    about, you know, fair resolution.  I tried to -- I met with

2    PG&E a number of times, not suing them because they --

3    indirectly, they -- they -- they were responsible but the City

4    of Richmond was mostly responsible, see and so when, you know,

5    the issue was they knew that I had a legitimate contract and

6    that they violated the -- the contractual agreements and -- and

7    I've been consistent in trying to -- you know, within the

8    community to bring about the kind of service to the community

9    that would be beneficial.

10          I don't think that the statutes of limitations should

11   be against me, there's the letter of the law, the spirit of the

12   law and I think that under -- under those -- that situation,

13   I -- I should be given a -- you know, a fair treatment, you

14   know, and what was done to me, they -- they stole from me,

15   committed fraud and that's --

16          THE COURT:  Okay.

17          MR. RICHARDS:  -- that's the, you know --

18          THE COURT:  Okay.  I understand.  I am going to call

19   on Mr. Rupp to respond but I do note that Mr. Chappell has now

20   joined the call.  So Mr. Chappell, be patient, we'll come back

21   to you in a moment.

22          Mr. Rupp, do you want to respond to Mr. Richards'

23   argument?

24          MR. RUPP:  Yes, Your Honor.  I feel that we've made

25   our presentation in the reply brief we filed on the 21st.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1  Essentially these -- Mr. Richards' claims assert that these are

2  from events from around the 1997 to 1998 time frame, much

3  longer than any statute of limitations that could apply here

4  for a petition date of January 29th, 2019 and also to the

5  extent that he did file an action against the City of Richmond,

6  this was around 2010 and it was already adjudicated by the

7  California Superior Court and then the Court of Appeals and

8  then his petition for rehearing was rejected by the Supreme

9  Court or his petition for review was rejected by the Supreme

10 Court, in part, on his claims being barred by the applicable

11 statute of limitations.

12       So we think that's fairly clear and it's been made

13 fairly clear by Mr. Richards' own filings and his proofs of

14 claims and his response.

15       THE COURT:  Okay.

16       MR. RICHARDS:  Your Honor?

17       THE COURT:  Mr. Richards, I --

18       MR. RICHARDS:  Your Honor, I --

19       THE COURT:  -- go ahead --

20       MR. RICHARDS:  -- the -- your --

21       THE COURT:  -- and give a brief answer to

22 (indiscernible) Mr. Richards.

23       MR. RICHARDS:  I'm registered with the Federal Energy

24 Regulatory Commission and I was -- since I didn't -- I was

25 representing myself, I didn't -- as you said before, I can't

PG&E Corporation and Pacific Gas and Electric Company

1　use the corporation because I -- they -- they got rid of my

2　attorney because, you know, I'm a small disadvantaged business

3　and I've been trying to get support legally from many entities

4　as I could do that but the system has said I had a legitimate

5　contract.  I said I have a copy of that contract which was --

6　which was violated but the system has basically said, you

7　because of who you are, cannot be in this business, see.  And

8　if --

9　　　　　　THE COURT:  Mr. Richards, I --

10　　　　　　MR. RICHARDS:  -- you look at (indiscernible).

11　　　　　　THE COURT:  -- am going to cut you off because I'm

12　sympathetic what you're complaining about.  There's nothing I

13　can do about it.  The statute of limitations are pretty certain

14　and pretty unforgiving and in some very, very specific areas of

15　the law, particularly in the criminal law, there are some

16　crimes like murder that -- for which there's no statute of

17　limitations.  This is not a criminal matter, this is a civil

18　dispute and most --

19　　　　　　MR. RICHARDS:  And I understand that, Your Honor but

20　there are some things --

21　　　　　　THE COURT:  -- there's a (indiscernible).

22　　　　　　MR. RICHARDS:  -- but --

23　　　　　　THE COURT:  No, you have to let me finish, sir.

24　　　　　　MR. RICHARDS:  Okay.

25　　　　　　THE COURT:  Mr. Richards, I've read the papers.  I've

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1  read all of the matters you've submitted.  The system may have

2  failed you but I can't change the system.  I am a low level --

3  a lower level court in a federal judicial system that is bound

4  to consider the merits and including defenses on applicable law

5  and the applicable law for your complaint and what you're

6  unhappy about is --

7          MR. RICHARDS:  Let me ask you a question, Your Honor.

8          THE COURT:  -- you have to let me finish.

9          MR. RICHARDS:  Okay.

10         THE COURT:  It's California law and there are various

11  statutes of limitations depending upon the nature of your

12  theory and you don't come even close to any of those -- on the

13  favorable side of any of those deadlines.  So I have really no

14  choice, I may -- at a personal level, I may feel sorry and

15  sympathize with you but I don't have a choice.

16         The company is in bankruptcy.  In bankruptcy, the

17  bankruptcy court is bound by Supreme Court precedent to apply

18  nonbankruptcy law by way of defenses.  PG&E has said my defense

19  for Mr. Richards' claim is, among other things, it's barred by

20  the statute of limitations and they've made the argument.

21         So I don't want to cut you off but I don't want to

22  give you a false sense of hope here.  I have no choice and I'm

23  going to sustain their objections, the company's objections.

24         MR. RICHARDS:  Well, why did they contact me, Your

25  Honor after, you know, I'm going around, you know, trying to

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1  reestablish my business after they destroyed it and then I -- I

2  get data, you know, from the California Energy Commission and

3  the California Public Utilities Commission, they're always

4  increase -- you know, right now my bill has went from under

5  forty bucks to over seventy-seven dollars now but it's -- you

6  know, for PG&E that gets all the benefits, they can circumvent

7  everything, you know, even under the statutes of limitations

8  but they -- they made an issue, they offered me ridiculously

9  money, the -- the -- under arbitration, you know and that was

10  an insult to me.

11  THE COURT:  Well, sir, I can't answer your question

12  because the reason we have statute of limitations is to have

13  some finality and there are generous periods of time for

14  persons to bring suit and that ends the statute of limitations

15  issue.  You didn't do so.

16  So again, it's not a question of right or wrong, it's

17  a question of rules that must be complied with and --

18  MR. RICHARDS:  So -- so what you're saying to me, Your

19  Honor, is that when they sent me the information about -- about

20  knowing who I was and my case, why would they do that if

21  there --

22  THE COURT:  I --

23  MR. RICHARDS:  -- if there was a time frame for which

24  me to file the information that I sent to the Court?

25  THE COURT:  Mr. Richards, I can't answer that

PG&E Corporation and Pacific Gas and Electric Company

1 question. I can't do it. I don't -- my job is only to look at

2 these defenses at this point. If there was no statute of

3 limitations defense, I might very well have to go to the next

4 step to determine what are the merits of your case versus the

5 defenses.

6 The company has said and raised sort of as a

7 preliminary matter, that said this claim is barred by the

8 statute of limitations. They've laid out a --

9 MR. RICHARDS: Is that the only reason is that I --

10 THE COURT: -- (indiscernible) -- they've laid out the

11 legal theory. I've given you an opportunity to respond and you

12 haven't persuaded me that the statute of limitations do not

13 constitute an adequate defense. So I have no choice. Again,

14 it's just an application of hard and fast rules and I don't

15 want to get into a further debate about it because that's not

16 the issue here today.

17 So I can't explain and can't answer your question

18 about why people didn't do things or did do things. All we

19 know is what didn't happen and what didn't happen is a timely

20 lawsuit commenced by you or your company against PG&E or some

21 other provision that would allow the statute not to apply.

22 There's certainly under the law, there are times when parties

23 who can avoid a lawsuit by agreeing to extend the deadline.

24 That didn't happen here.

25 So I don't want to -- again, I don't want to turn this

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    into an endless debate.  I have to sustain the company's

2    objections.

3         The Court will issue an order that Mr. Rupp will serve

4    on you and it will recite that for the reasons stated in this

5    hearing on this record, I am sustaining the objections based

6    upon the statute of limitations and --

7         MR. RICHARDS:  Well, you don't -- you don't believe

8    anything that I put in my documentation to you, Your Honor?

9         THE COURT:  No, sir, it has nothing to do with belief.

10   What you didn't say is how you avoided the impact of the

11   statute of limitations.  So I --

12        MR. RICHARDS:  Your Honor --

13        THE COURT:  -- in fact, the reverse, Mr. Richards.

14   I'm presuming that everything you said is true but what is also

15   true --

16        MR. RICHARDS:  (Indiscernible).

17        THE COURT:  -- is no lawsuit was filed.  Mr. Richards,

18   I'm sorry, I am not going to -- I'm going to cut you off

19   because this is not going to get us anywhere.  I've given you

20   the reason for my decision and if you don't accept that, you

21   have remedies under the law and it's not for me to tell you

22   what to do.  Again, I don't want to personalize this.  I have

23   to apply a rule that is applicable here.

24        MR. RICHARDS:  Your Honor, I mean, you know, you have

25   the authority to -- to circumvent and not sustain the -- the --

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    these -- these other attorneys.  They don't know nothing about

2    what I have been through and --

3              THE COURT:  Mr. Richards, I am going to --

4              MR. RICHARDS:  -- you know, what you think --

5              THE COURT:  -- (indiscernible) --

6              MR. RICHARDS:  -- Your Honor, what you --

7              THE COURT:  Sir, I am going to conclude the

8    conversation and I don't want to be rude but I will mute your

9    line if you continue this argument.  I can't accommodate you

10   here, so I would like to just tell you what I have said and

11   leave it at that and not get into an argument about your view

12   of what these attorneys have done or what I have done.  I can't

13   help you because of the reasons that I have explained.

14             So I see -- all right.  I am going to go back to

15   Mr. -- so that concludes Mr. Richards' matter and Mr. Richards,

16   you'll be served with a copy of an order.  As I say, you'll

17   have your remedies under the law if you believe there's

18   something else should happen.

19             Mr. Chappell, are you back on the call?

20             MR. CHAPPELL:  I'm on the call.  Can you hear me?

21             THE COURT:  Okay.  Yes, sir.  Mr. Chappell, we've

22   disposed of your case but you joined us late, so let me tell

23   you, did you have a response to the argument that PG&E set

24   forth about your claim being a post-petition claim?

25             MR. CHAPPELL:  No, I -- the claim was submitted and --

PG&E Corporation and Pacific Gas and Electric Company

1      THE COURT:  No, do you know what the term post-
2 petition claim means?

3      MR. CHAPPELL:  No.

4      THE COURT:  Okay.  What the papers that PG&E filed
5 indicate that you claim that you had rights that came into
6 existence in July of 2019 and if you do, you can assert them.
7 You just can't assert them in this bankruptcy case.  The
8 date -- the claims that we're dealing with in this bankruptcy
9 case and that I am as the bankruptcy judge have to deal with
10 are claims that pre-date January 29th, 2019, it's what we call
11 a pre-petition claim, all the major fire claims and a lot of
12 the contract claims and so on.

13      You have asserted a claim that you believe occurred in
14 July of 2019.  So your remedy, if you have one, is in another
15 court not in the bankruptcy court as a claim that PG&E is
16 objecting to.  So it's objecting on the grounds that you filed
17 the claim based upon events that occurred subsequently and your
18 remedy is elsewhere, in the state court system probably and you
19 have a right, if you believe you're entitled to some recovery,
20 you can assert your claim against the company but not in this
21 bankruptcy case.  So I am not saying you don't have a claim.

22      MR. CHAPPELL:  Okay.  I understand that.

23      THE COURT:  I'm saying your claim is, as a timing
24 matter, you filed it in the wrong place, that's all.

25      MR. CHAPPELL:  Okay.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    THE COURT:  Follow me?

2    MR. CHAPPELL:  I understand.  Yes, thank you.

3    THE COURT:  Okay.  My suggestion, sir, to you is to

4  consult with an attorney if you're inclined or able to and have

5  an attorney advise you whether he or she believes you have a

6  meritorious claim to assert directly against PG&E as though

7  there were no bankruptcy, just assume that the company didn't

8  file bankruptcy and what you complained about that occurred in

9  July of 2019, you need to act and protect your rights but not

10  in this court.

11    MR. CHAPPELL:  Got it.

12    THE COURT:  And --

13    MR. CHAPPELL:  So thank you.

14    THE COURT:  Okay.  So before you came on the call, Mr.

15  Rupp was -- I advised Mr. Rupp to add his characterization and

16  you will be served with a form of an order that simply

17  disallows the claim in the bankruptcy.  Again, it's not --

18  there's not a determination that you don't have a claim or that

19  you do have a claim.  There's just no determination.  It's just

20  not in this court.

21    MR. CHAPPELL:  Okay.  Thank you.

22    THE COURT:  All right.  Thank you for your time.

23    All right.  Is there anyone else on the call that

24  expects to be heard today because my calculation we've taken

25  care of the only matters on the docket for today?

(973)   | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    MR. HORTON:  Yes, Judge.  Judge Montali, my name is

2    Ricky Horton, claim number 87111, if I may speak?

3    THE COURT:  Mr. Horton?  Okay.  And why do you think

4    we're on for today for you?

5    MR. HORTON:  I -- I received the omnibus objection by

6    the debtors' attorneys via email on June 18th and I did reply,

7    although it was after the -- the deadline but I replied to the

8    debtors' attorneys, as well as I just filed and uploaded the

9    document that gives my reasons to disallow their omnibus

10   objection to disallow or expunge my claim and --

11   THE COURT:  Okay, Mr. --

12   MR. HORTON:  -- I did --

13   THE COURT:  Hold on one second please, Mr. Horton.

14   MR. HORTON:  Okay.

15   THE COURT:  Mr. Rupp, I don't see Mr. Horton on the

16   list of matters for today.  Do you know where the state of Mr.

17   Horton's claim and where it belongs?

18   MR. RUPP:  Your Honor?  Your Honor, Mr. Horton emailed

19   my KBK colleagues last night at 11:51 and that was forwarded to

20   me this morning.  I've had just a moment to look at this email

21   and just a moment to check his prior proof of claim.  I see

22   that he just filed a proof of claim through ECF, not through

23   Prime Clerk, claim number 453 which may be his response.

24   I'll note also that since he did not respond by the

25   deadline, we sought his claim to be disallowed through our

PG&E Corporation and Pacific Gas and Electric Company

1   requests for default and the order was entered on Thursday, the

2   22nd, docket 10980, so the first I've heard from Mr. Horton was

3   this morning.

4           THE COURT:  Well, okay, Mr. Horton, based upon what

5   Mr. Rupp said, my comment about there's nothing on the docket

6   for today, that's true and so it would appear from what he said

7   and I haven't checked it out either, I'm just hearing about

8   this for the first time, your claim was disallowed because

9   there was no timely response.

10          So my suggestion is you need to look into that and see

11  if there's a basis for you to file a motion to revisit that

12  disallowance but it's not something I can act on today because

13  again, if you filed something by email yesterday or just filed

14  something by way of a proof of claim, that's nothing we can act

15  on.  So I am not going to act one way or the other today, just

16  it's a nonaction item and if you don't do something, then

17  nothing will happen because the claim has been disallowed.  If

18  you believe the claim should be reconsidered or the

19  disallowance vacated, you're free to ask me to do that, I

20  just -- you can't ask me today.

21          I mean again, I'm not trying to be rude, I just can't

22  act on it.  So nothing is going to change today.  Do you follow

23  me?

24          MR. HORTON:  Yes, sir, I -- I understand that.  So the

25  procedures to object to the ruling and the disallowance of this

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1   claim has to be filed again with the objection and requesting

2   that basically --

3           THE COURT:  Well, you're kind of mixing --

4           MR. HORTON:  -- (indiscernible).

5           THE COURT:  -- you're mixing things a little bit.

6   Let's see if I can straighten it out --

7           MR. HORTON:  Okay.  I'd like --

8           THE COURT:  -- based upon what Mr. Rupp said.  So

9   you --

10          MR. HORTON:  Yep.

11          THE COURT:  -- filed a claim at some point in the past

12  and the company filed an omnibus objection that it identified

13  your claim and the company in its omnibus objection and I'm not

14  even sure which one it was but you know which one it was --

15          MR. HORTON:  Yes, sir.

16          THE COURT:  -- it said there is no liability for

17  whatever reason.  There was no response, timely response from

18  you and so just a few days ago, I entered an order on the

19  company's request that disallowed your claim.  So there we are

20  at that point.

21          Now that comes to the surface and you hear what they

22  say and you have rights to seek by a timely motion for me to

23  reconsider or you can ask the company if it will reconsider but

24  you must file a timely motion for the Court, me, for the Court

25  to reconsider the disallowance of your claim.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1      MR. HORTON:  Okay.

2      THE COURT:  As a practical matter, if you lay out a

3  convincing argument to the company's lawyers, Mr. Rupp, maybe

4  he will be persuaded to agree to set aside the disallowance and

5  you don't have to do anything except go back to the claim but I

6  am not going to say that that will happen.  I'm just saying it

7  might happen and the burden is on you to file a timely motion

8  to reconsider the claim and explain -- and this is important,

9  to explain why you didn't respond timely.

10      MR. HORTON:  Okay.

11      THE COURT:  In other words --

12      MR. HORTON:  Yes, I did explain that in the email but

13  I will go ahead and --

14      THE COURT:  Okay.  We can't -- I can't act just on an

15  email you send to Mr. Rupp.  So Mr. Rupp, I -- presumably you

16  will be in touch with Mr. Horton to explain more thoroughly

17  your position, so that he can -- may I assume that?

18      MR. RUPP:  Yes, Your Honor.  I expect to reach out to

19  Mr. Horton in the next few days.

20      THE COURT:  Okay.  So Mr. Horton, again I am not in a

21  position to be able to give you legal advice but let me tell

22  you things like asking courts to reconsider have fairly tight

23  time limits on it, so I would ask you to just -- and Mr. Rupp

24  has assured me, as he just assured you, that he will be

25  reaching out to you soon but I don't want to get bogged down on

PG&E Corporation and Pacific Gas and Electric Company

1    what the definition of soon is.

2         You need to act quickly if you are so inclined.  And

3    again, I am not going to take -- I'm not going to speculate on

4    the merits of your explanation because I don't -- I haven't had

5    a chance to see what you filed.  Okay?  Got it?

6         MR. HORTON:  Yes, sir.

7         THE COURT:  Okay.

8         MR. HORTON:  I appreciate that, Your Honor and I'll be

9    reaching out to Mr. -- how do you pronounce his name?

10        THE COURT:  Rupp, R-U-P-P, Mr. Rupp.

11        MR. HORTON:  Mr. Rupp.  Okay and --

12        THE COURT:  His name is on the papers that you saw in

13   the omnibus objection.

14        MR. HORTON:  Okay.  And he does have my email and

15   phone number, so I'll be reaching out to him and if we can't

16   reach an amicable solution and reinstate this claim, then I

17   will submit a motion to reconsider and have you review the

18   facts.

19        THE COURT:  Okay.  All right.  Thank you, Mr. Horton.

20        MR. HORTON:  Yes, I appreciate it.  Thanks.

21        THE COURT:  Well, I appreciate your participation.

22        All right.  Anyone else believe they should be heard

23   today on -- all right.  I'm going to conclude the matter then

24   and thank everyone for participating and my staff for that and

25   we will be resuming on another matter at 11 o'clock but for

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corporation and Pacific Gas and Electric Company

1    now, we're going to conclude the hearing.

2         MR. RUPP:   Thank you, Your Honor.

3         (Whereupon these proceedings were concluded at 10:21 AM)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

(973) 406-2250 | operations@escribers.net | www.escribers.net

1                          I N D E X

2    RULINGS:                                    PAGE  LINE

3    Objection to claim 9466 is sustained as to       4      6

4    Lamont Chappell

5    PG&E's objections to Darwin Richards' claim      13      1

6    is sustained.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

of 29    (973) 406-2250 | operations@escribers.net | www.escribers.net

1                    C E R T I F I C A T I O N

2

3    I, Linda Ferrara, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5

6    *Linda Ferrara*

7

8    _____

9    /s/ LINDA FERRARA, CET-656

10

11   eScribers

12   7227 N. 16th Street, Suite #207

13   Phoenix, AZ 85020

14

15   Date:  July 29, 2021

16

17

18

19

20

21

22

23

24

25

(973)406-2250 | operations@escribers.net | www.escribers.net

# A

**able (2)**
16:4;20:21
**accept (1)**
13:20
**accepting (1)**
5:4
**accommodate (1)**
14:9
**act (7)**
16:9;18:12,14,15,22;
20:14;21:2
**action (1)**
8:5
**actually (1)**
4:16
**add (2)**
5:8;16:15
**adequate (1)**
12:13
**adjudicated (1)**
8:6
**advice (1)**
20:21
**advise (1)**
16:5
**advised (1)**
16:15
**again (11)**
4:12;11:16;12:13,25;
13:22;16:17;18:13,21;
19:1;20:20;21:3
**against (6)**
6:16;7:11;8:5;12:20;
15:20;16:6
**ago (3)**
6:10,11;19:18
**agree (1)**
20:4
**agreeing (1)**
12:23
**agreements (1)**
7:6
**ahead (2)**
8:19;20:13
**allow (1)**
12:21
**although (1)**
17:7
**always (1)**
11:3
**amicable (1)**
21:16
**among (1)**
10:19
**Appeals (1)**
8:7
**appear (1)**
18:6
**appearance (1)**
4:13

**appearing (1)**
3:12
**appears (1)**
4:2
**applicable (5)**
6:14;8:10;10:4,5;
13:23
**application (1)**
12:14
**apply (5)**
6:5;8:3;10:17;12:21;
13:23
**appreciate (3)**
21:8,20,21
**arbitration (1)**
11:9
**areas (1)**
9:14
**argue (1)**
5:2
**argument (7)**
6:19;7:23;10:20;
14:9,11,23;20:3
**around (4)**
5:18;8:2,6;10:25
**aside (1)**
20:4
**assert (7)**
4:4;6:12;8:1;15:6,7,
20;16:6
**asserted (2)**
4:24;15:13
**asserting (1)**
4:25
**assume (2)**
16:7;20:17
**assured (2)**
20:24,24
**attorney (9)**
4:18,20;5:2,13,19;
6:15;9:2;16:4,5
**attorneys (5)**
6:16;14:1,12;17:6,8
**authority (1)**
13:25
**avoid (1)**
12:23
**avoided (1)**
13:10

# B

**back (4)**
7:20;14:14,19;20:5
**bankruptcy (12)**
4:5;10:16,16,17;
15:7,8,9,15,21;16:7,8,
17
**barred (4)**
5:16;8:10;10:19;
12:7
**based (5)**
6:22;13:5;15:17;

18:4;19:8
**basically (2)**
9:6;19:2
**basis (1)**
18:11
**behalf (1)**
3:15;4:25
**belief (1)**
13:9
**believes (1)**
16:5
**belongs (1)**
17:17
**beneficial (1)**
7:9
**benefits (1)**
11:6
**Benvenutti (1)**
3:15
**best (1)**
5:24
**bill (1)**
11:4
**bit (1)**
19:5
**bogged (1)**
20:25
**bound (2)**
10:3,17
**brief (2)**
7:25;8:21
**bring (3)**
6:25;7:8;11:14
**bucks (1)**
11:5
**burden (1)**
20:7
**business (4)**
5:11;9:2,7;11:1

# C

**calculation (1)**
16:24
**CALIFORNIA (5)**
3:1;8:7;10:10;11:2,3
**Call (13)**
3:3,17,18,23,24,25;
7:18,20;14:19,20;
15:10;16:14,23
**Calling (1)**
3:5
**came (2)**
15:5;16:14
**can (12)**
4:4;9:13;11:6;12:23;
14:20;15:6,20;18:12,
14;19:6,23;20:17
**care (2)**
4:8;16:25
**case (6)**
11:20;12:4;14:22;
15:7,9,21

**certain (1)**
9:13
**certainly (1)**
12:22
**chance (1)**
21:5
**change (2)**
10:2;18:22
**Chappell (18)**
3:18,18,19,21,25;
7:19,20;14:19,20,21,
25;15:3,22,25;16:2,11,
13,21
**Chappell's (1)**
4:3
**characterization (2)**
6:14;16:15
**Charles (1)**
4:20
**check (1)**
17:21
**checked (1)**
18:7
**choice (4)**
10:14,15,22;12:13
**circumvent (2)**
11:6;13:25
**City (2)**
7:3;8:5
**civil (1)**
9:17
**claim (44)**
3:25;4:4,5,24,25;5:8,
15;10:19;12:7;14:24,
24,25;15:2,5,11,13,15,
17,20,21,23;16:6,17,
18,19;17:2,10,17,21,
22,23,25;18:8,14,17,
18;19:1,11,13,19,25;
20:5,8;21:16
**claims (8)**
6:12;8:1,10,14;15:8,
10,11,12
**clear (2)**
8:12,13
**CLERK (2)**
3:4;17:23
**clock (1)**
6:11
**close (1)**
10:12
**colleagues (1)**
17:19
**commenced (1)**
12:20
**comment (1)**
18:5
**Commission (3)**
8:24;11:2,3
**committed (1)**
7:15
**community (2)**
7:8,8

**company (14)**
3:13;4:17;5:5,9,15;
6:13;10:16;12:6,20;
15:20;16:7;19:12,13,
23
**company's (6)**
4:3;6:19;10:23;13:1;
19:19;20:3
**complained (2)**
6:10;16:8
**complaining (1)**
9:12
**complaint (1)**
10:5
**complied (1)**
11:17
**conclude (3)**
14:7;21:23;22:1
**concluded (1)**
22:3
**concludes (1)**
14:15
**consider (1)**
10:4
**consistency (1)**
6:23
**consistent (1)**
7:7
**constitute (1)**
12:13
**consult (1)**
16:4
**contact (1)**
10:24
**continue (1)**
14:9
**contract (4)**
7:5;9:5,5;15:12
**contractor (1)**
5:11
**contractual (1)**
7:6
**conversation (1)**
14:8
**convincing (1)**
20:3
**copy (2)**
9:5;14:16
**Corporation (3)**
3:6;5:1;9:1
**Court (87)**
3:3,4,9,12,16,23;
4:11,16,21,23;5:4,7,14,
17,23,25;6:2,7,9,19;
7:16,18,18;7:7,9,10,15,
17,19,21;9:9,14,21,23,
25;10:3,8,10,17,17;
11:11,22,24,25;12:10;
13:3,9,13,17;14:3,5,7,
21;15:1,4,15,15,18,23;
16:1,3,10,12,14,20,22;
17:3,11,13,15;18:4;
19:3,5,8,11,16,24,24;

Case: 19-30088    Doc# 10993    Filed: 07/29/21    Entered: 07/29/21 09:36:29    Page 25
of 29

20:2,11,14,20;21:7,10,
12,19,21
**courts (3)**
5:22,24;20:22
**crimes (1)**
9:16
**criminal (2)**
9:15,17
**cut (3)**
9:11;10:21;13:18

**D**

**Darwin (2)**
3:7;4:14
**data (1)**
11:2
**date (2)**
8:4;15:8
**days (2)**
19:18;20:19
**deadline (3)**
12:23;17:7,25
**deadlines (1)**
10:13
**deal (1)**
15:9
**dealing (1)**
15:8
**debate (2)**
12:15;13:1
**debtors (1)**
3:15
**debtors' (2)**
17:6,8
**decision (1)**
13:20
**default (1)**
18:1
**defense (3)**
10:18;12:3,13
**defenses (4)**
10:4,18;12:2,5
**definition (1)**
21:1
**Dennis (1)**
3:5
**depending (1)**
10:11
**destroyed (1)**
11:1
**determination (2)**
16:18,19
**determine (1)**
12:4
**Device (1)**
4:15
**dial-in (1)**
3:20
**directly (1)**
16:6
**disadvantaged (1)**
9:2

**disagree (1)**
5:9
**disallow (2)**
17:9,10
**disallowance (5)**
18:12,19,25;19:25;
20:4
**disallowed (5)**
5:8;17:25;18:8,17;
19:19
**disallows (1)**
16:17
**disposed (2)**
5:16;14:22
**dispute (1)**
9:18
**docket (3)**
16:25;18:2,5
**document (1)**
17:9
**documentation (2)**
5:20;13:8
**dollars (1)**
11:5
**done (3)**
7:14;14:12,12
**down (1)**
20:25

**E**

**ECF (1)**
17:22
**either (1)**
18:7
**electrical (1)**
5:11
**else (3)**
14:18;16:23;21:22
**elsewhere (1)**
15:18
**email (6)**
17:6,20;18:13;20:12,
15;21:14
**emailed (1)**
17:18
**endless (1)**
13:1
**ends (1)**
11:14
**energy (3)**
5:11;8:23;11:2
**entered (2)**
18:1;19:18
**entities (3)**
6:25,25;9:3
**entitled (2)**
4:24;15:19
**Essentially (1)**
8:1
**even (4)**
5:21;10:12;11:7;
19:14

**event (1)**
6:10
**events (2)**
8:2;15:17
**everyone (1)**
21:24
**except (1)**
20:5
**exchange (1)**
3:22
**existence (1)**
15:6
**expect (1)**
20:18
**expects (1)**
16:24
**explain (6)**
5:9;12:17;20:8,9,12,
16
**explained (1)**
14:13
**explanation (2)**
4:3;21:4
**expunge (1)**
17:10
**extend (1)**
12:23
**extent (1)**
8:5

**F**

**fact (1)**
13:13
**facts (1)**
21:18
**failed (1)**
10:2
**fair (3)**
5:25;7:1,13
**fairly (3)**
8:12,13;20:22
**false (1)**
10:22
**fast (1)**
12:14
**favorable (1)**
10:13
**Federal (2)**
8:23;10:3
**feel (2)**
7:24;10:14
**few (2)**
19:18;20:19
**file (6)**
8:5;11:24;16:8;
18:11;19:24;20:7
**filed (13)**
7:25;13:17;15:4,16,
24;17:8,22;18:13,13;
19:1,11,12;21:5
**filings (1)**
8:13

**finality (1)**
11:13
**finish (2)**
9:23;10:8
**fire (1)**
15:11
**first (2)**
18:2,8
**Follow (2)**
16:1;18:22
**form (1)**
16:16
**forth (1)**
14:24
**forty (1)**
11:5
**forwarded (1)**
17:19
**four (1)**
3:24
**frame (2)**
8:2;11:23
**FRANCISCO (1)**
3:1
**fraud (1)**
7:15
**free (1)**
18:19
**further (2)**
4:8;12:15

**G**

**General (1)**
5:13
**generous (1)**
11:13
**gets (1)**
11:6
**given (3)**
7:13;12:11;13:19
**gives (1)**
17:9
**Good (2)**
3:9,14
**government (1)**
5:12
**grounds (1)**
15:16
**guests (1)**
3:17

**H**

**happen (7)**
12:19,19,24;14:18;
18:17;20:6,7
**happened (2)**
6:10,11
**hard (1)**
12:14
**hear (2)**
14:20;19:21

**heard (5)**
3:19;4:25;16:24;
18:2;21:22
**hearing (3)**
13:5;18:7;22:1
**help (3)**
5:12,23;14:13
**hold (4)**
5:14,14,14;17:13
**Honor (20)**
3:14,20;4:9;5:19;
7:24;8:16,18;9:19;
10:7,25;11:19;13:8,12,
24;14:6;17:18,18;
20:18;21:8;22:2
**Honorable (1)**
3:4
**hope (1)**
10:22
**HORTON (28)**
17:1,2,3,5,12,13,14,
15,18;18:2,4,24;19:4,7,
10,15;20:1,10,12,16,
19,20;21:6,8,11,14,19,
20
**Horton's (1)**
17:17

**I**

**identified (2)**
3:24;19:12
**impact (1)**
13:10
**important (1)**
20:8
**inclined (2)**
16:4;21:2
**including (1)**
10:4
**increase (1)**
11:4
**indicate (1)**
15:5
**indirectly (1)**
7:3
**indiscernible (7)**
8:22;9:10,21;12:10;
13:16;14:5;19:4
**individual (2)**
4:24;5:1
**information (3)**
3:20;11:19,24
**insult (1)**
11:10
**into (2)**
12:15;13:1;14:11;
15:5;18:10
**issue (5)**
7:5;11:8,15;12:16;
13:3
**item (1)**
18:16

Case: 19-30088    Doc# 10993    Filed: 07/29/21    Entered: 07/29/21 09:36:29    Page 26
of 29

## J

**January (2)**
8:4;15:10
**job (1)**
12:1
**joined (2)**
7:20;14:22
**Judge (4)**
3:10;15:9;17:1,1
**judicial (1)**
10:3
**JULY (4)**
3:1;15:6,14;16:9
**June (1)**
17:6

## K

**KBK (1)**
17:19
**Keller (1)**
3:15
**Kim (2)**
3:12,15
**kind (2)**
7:8;19:3
**King (1)**
4:22
**knew (1)**
7:5
**knowing (1)**
11:20

## L

**laid (4)**
5:7;6:13;12:8,10
**Lamont (2)**
3:18,25
**last (1)**
17:19
**late (1)**
14:22
**law (12)**
6:14;7:11,12;9:15,
15;10:4,5,10,18;12:22;
13:21;14:17
**lawsuit (3)**
12:20,23;13:17
**lawyers (1)**
20:3
**lay (1)**
20:2
**least (1)**
3:23
**leave (2)**
4:7;14:11
**legal (3)**
6:24;12:11;20:21
**legally (1)**
9:3

**legitimate (2)**
7:5;9:4
**letter (1)**
7:11
**level (3)**
10:2,3,14
**liability (1)**
19:16
**limitations (17)**
6:3,22;7:10;8:3,11;
9:13,17;10:11,20;11:7,
12,14;12:3,8,12;13:6,
11
**limits (1)**
20:23
**line (1)**
14:9
**list (1)**
17:16
**little (1)**
19:5
**longer (1)**
8:3
**look (4)**
9:10;12:1;17:20;
18:10
**lot (1)**
15:11
**low (1)**
10:2
**lower (1)**
10:3

## M

**major (1)**
15:11
**many (1)**
9:3
**matter (10)**
3:5;4:11;5:17;9:17;
12:7;14:15;15:24;20:2;
21:23,25
**matters (3)**
10:1;16:25;17:16
**may (6)**
10:1,14,14;17:2,23;
20:17
**maybe (1)**
20:3
**mean (2)**
13:24;18:21
**means (2)**
6:3;15:22
**meritorious (1)**
16:6
**merits (3)**
10:4;12:4;21:4
**met (1)**
7:1
**might (2)**
12:3;20:7
**mixing (2)**

19:3,5
**moment (3)**
7:21;17:20,21
**money (1)**
11:9
**Montali (3)**
3:5,10;17:1
**more (5)**
3:23;4:7,8;5:1;20:16
**morning (5)**
3:9,14,21;17:20;18:3
**most (1)**
9:18
**mostly (1)**
7:4
**motion (5)**
18:11;19:22,24;20:7;
21:17
**much (1)**
8:2
**murder (1)**
9:16
**must (2)**
11:17;19:24
**mute (1)**
14:8
**myself (3)**
5:10;6:5;8:25

## N

**name (3)**
17:1;21:9,12
**nature (1)**
10:11
**need (3)**
16:9;18:10;21:2
**next (2)**
12:3;20:19
**night (1)**
17:19
**non- (1)**
4:25
**nonaction (1)**
18:16
**nonattorneys (1)**
6:17
**nonbankruptcy (1)**
10:18
**note (2)**
7:19;17:24
**number (5)**
3:25;7:2;17:2,23;
21:15

## O

**object (1)**
18:25
**objecting (2)**
15:16,16
**objection (8)**
4:6,6;17:5,10;19:1,

12,13;21:13
**objections (4)**
10:23,23;13:2,5
**occurred (2)**
15:13,17;16:8
**o'clock (1)**
21:25
**off (2)**
9:11;10:21;13:18
**offered (1)**
11:8
**omnibus (5)**
17:5,9;19:12,13;
21:13
**one (7)**
3:10,23;15:14;17:13;
18:15;19:14,14
**only (4)**
4:11;12:1,9;16:25
**oOo- (1)**
3:2
**opportunity (1)**
12:11
**order (7)**
3:3;4:10;13:3;14:16;
16:16;18:1;19:18
**out (11)**
5:7;6:13;12:8,10;
18:7;19:6;20:2,18,25;
21:9,15
**over (1)**
11:5
**own (2)**
5:4;8:13

## P

**papers (3)**
9:25;15:4;21:12
**part (1)**
8:10
**participating (1)**
21:24
**participation (1)**
21:21
**particularly (1)**
9:15
**parties (1)**
12:22
**partnership (1)**
5:1
**past (1)**
19:11
**patient (1)**
7:20
**people (1)**
12:18
**periods (1)**
11:13
**personal (1)**
10:14
**personalize (1)**
13:22

**persons (1)**
3:24;11:14
**persuaded (2)**
12:12;20:4
**persuasive (1)**
5:7
**petition (4)**
8:4,8,9;15:2
**PG&E (9)**
3:5;7:2;10:18;11:6;
12:20;14:23;15:4,15;
16:6
**PG&E's (1)**
5:15
**phone (1)**
21:15
**place (1)**
15:24
**please (1)**
17:13
**point (5)**
5:15;6:16;12:2;
19:11,20
**position (4)**
4:3;6:13;20:17,21
**post- (1)**
15:1
**post-petition (1)**
14:24
**practical (1)**
20:2
**precedent (1)**
10:17
**pre-date (1)**
15:10
**preliminary (1)**
12:7
**prepared (1)**
4:6
**pre-petition (1)**
15:11
**presentation (1)**
7:25
**presiding (1)**
3:5
**presumably (1)**
20:15
**presuming (1)**
13:14
**pretty (3)**
5:7;9:13,14
**Prime (1)**
17:23
**prior (1)**
17:21
**private (1)**
6:25
**probably (1)**
15:18
**procedure (1)**
4:6
**procedures (1)**
18:25

Min-U-Script®

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

(3) January - procedures

Case: 19-30088    Doc# 10993    Filed: 07/29/21    Entered: 07/29/21 09:36:29    Page 27
of 29

proceedings (1)
  22:3
pronounce (1)
  21:9
proof (3)
  17:21,22;18:14
proofs (1)
  8:13
protect (1)
  16:9
provision (1)
  12:21
Public (1)
  11:3
put (1)
  13:8

**Q**

quickly (1)
  21:2

**R**

raised (1)
  12:6
reach (2)
  20:18;21:16
reaching (3)
  20:25;21:9,15
read (2)
  9:25;10:1
really (1)
  10:13
reason (5)
  5:7;11:12;12:9;
  13:20;19:17
reasons (3)
  13:4;14:13;17:9
received (2)
  3:22;17:5
recite (1)
  13:4
reconsider (6)
  19:23,23,25;20:8,22;
  21:17
reconsidered (1)
  18:18
record (1)
  13:5
recovery (1)
  15:19
reestablish (1)
  11:1
regarding (1)
  3:25
registered (1)
  8:23
Regulatory (1)
  8:24
rehearing (1)
  8:8
reinstate (1)

21:16
rejected (4)
  6:20,22;8:8,9
related (1)
  5:17
remedies (2)
  13:21;14:17
remedy (2)
  15:14,18
reorganized (1)
  3:15
replied (1)
  17:7
reply (2)
  7:25;17:6
representing (6)
  3:8;4:14,16;5:10;
  6:5;8:25
request (1)
  19:19
requesting (1)
  19:1
requests (1)
  18:1
Research (2)
  4:15,17
resolution (1)
  7:1
respond (6)
  3:21;7:19,22;12:11;
  17:24;20:9
response (7)
  5:15;8:14;14:23;
  17:23;18:9;19:17,17
responsible (2)
  7:3,4
resuming (1)
  21:25
reverse (1)
  13:13
review (2)
  8:9;21:17
revisit (1)
  18:11
Richards (49)
  3:7,7,9,11;4:12,12,
  14,14,19,22;5:3,6,10,
  19;6:1,4,8,18,21;7:17;
  8:16,17,18,20,22,23;
  9:9,10,19,22,24,25;
  10:7,9,24;11:18,23,25;
  12:9;13:7,12,13,16,17,
  24;14:3,4,6,15
Richards' (5)
  7:22;8:1,13;10:19;
  14:15
Richmond (2)
  7:4;8:5
Ricky (1)
  17:2
rid (2)
  4:20;9:1
ridiculously (1)

11:8
right (12)
  3:16;4:1,11;11:4,16;
  14:14;15:19;16:22,23;
  21:19,22,23
rights (4)
  4:5;15:5;16:9;19:22
rude (2)
  14:8;18:21
rule (1)
  13:23
rules (3)
  6:16;11:17;12:14
ruling (1)
  18:25
run (1)
  6:13
Rupp (26)
  3:12,14,14,19,20;4:2,
  9;7:19,22,24;13:3;
  16:15,15;17:15,18;
  18:5;19:8;20:3,15,15,
  18,23;21:10,10,11;22:2
R-U-P-P (1)
  21:10

**S**

SAN (1)
  3:1
saw (4)
  21:12
saying (5)
  3:21;11:18;15:21,23;
  20:6
SDRI (2)
  3:8;4:15
second (2)
  3:10;17:13
seek (1)
  19:22
seems (1)
  4:4
send (1)
  20:15
sense (1)
  10:22
sent (3)
  3:20;11:19,24
serve (1)
  13:3
served (2)
  14:16;16:16
service (1)
  7:8
session (1)
  3:4
set (2)
  14:23;20:4
seventy-seven (1)
  11:5
shows (1)
  5:21

side (1)
  10:13
simply (1)
  16:16
situation (1)
  7:12
small (1)
  9:2
solution (1)
  21:16
soon (2)
  20:25;21:1
sorry (2)
  10:14;13:18
sort (1)
  12:6
sought (1)
  17:25
speak (1)
  17:2
specific (1)
  9:14
speculate (1)
  21:3
spirit (1)
  7:11
staff (1)
  21:24
started (1)
  6:11
state (4)
  4:13;5:13;15:18;
  17:16
stated (1)
  13:4
statute (14)
  6:2;8:3,11;9:13,16;
  10:20;11:12,14;12:2,8,
  12,21;13:6,11
statutes (4)
  6:21;7:10;10:11;
  11:7
step (1)
  12:4
stole (1)
  7:14
straighten (1)
  19:6
submit (1)
  21:17
submitted (3)
  5:20;10:1;14:25
subsequently (1)
  15:17
suggestion (2)
  16:3;18:10
suing (1)
  7:2
suit (1)
  11:14
Superior (1)
  8:7
support (1)

9:3
Supreme (3)
  8:8,9;10:17
sure (1)
  19:14
surface (1)
  19:21
sustain (4)
  4:6;10:23;13:1,25
sustaining (1)
  13:5
Symmetry (1)
  4:15
sympathetic (1)
  9:12
sympathize (1)
  10:15
system (7)
  6:24;9:4,6;10:1,2,3;
  15:18

**T**

term (1)
  15:1
Thanks (1)
  21:20
theory (2)
  10:12;12:11
Thomas (1)
  3:14
thoroughly (1)
  20:16
though (1)
  16:6
Thursday (1)
  18:1
ticking (1)
  6:12
tight (1)
  20:22
timely (7)
  12:19;18:9;19:17,22,
  24;20:7,9
times (2)
  7:2;12:22
timing (1)
  15:23
today (12)
  3:13;12:16;16:24,25;
  17:4,16;18:6,12,15,20,
  22;21:23
touch (1)
  20:16
treated (1)
  5:21
treatment (3)
  5:24,25;7:13
tried (2)
  6:8;7:1
true (3)
  13:14,15;18:6
trying (6)

Min-U-Script®

Case: 19-30088    Doc# 10993    Filed: 07/29/21    Entered: 07/29/21 09:36:29    Page 28
of 29

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

(4) proceedings - trying

5:12;6:23;7:7;9:3;
10:25;18:21
**turn (1)**
12:25
**typically (1)**
5:1

## U

**Um-hmm (1)**
6:1
**Um-hum (1)**
6:18
**under (10)**
4:5;6:14;7:12,12;
11:4,7,9;12:22;13:21;
14:17
**unfair (1)**
5:23
**unfairly (1)**
5:21
**unforgiving (1)**
9:14
**unhappy (1)**
10:6
**unidentified (1)**
3:16
**unless (1)**
5:2
**untimely (1)**
5:16
**upload (1)**
4:10
**uploaded (1)**
17:8
**upon (6)**
6:22;10:11;13:6;
15:17;18:4;19:8
**use (1)**
9:1
**Utilities (1)**
11:3

## V

**vacated (1)**
18:19
**various (1)**
10:10
**versus (1)**
12:4
**via (1)**
17:6
**view (1)**
14:11
**violated (2)**
7:6;9:6

## W

**Wait (1)**
3:10
**way (4)**

6:13;10:18;18:14,15
**WEDNESDAY (1)**
3:1
**Whereupon (1)**
22:3
**within (1)**
7:7
**words (2)**
6:9;20:11
**work (2)**
6:16,23
**wrong (2)**
11:16;15:24

## Y

**years (2)**
6:10,11
**Yep (1)**
19:10
**yesterday (2)**
3:21;18:13

## 1

**10:21 (1)**
22:3
**10980 (1)**
18:2
**11 (1)**
21:25
**11:51 (1)**
17:19
**18th (1)**
17:6
**1979 (1)**
5:11
**1997 (1)**
8:2
**1998 (1)**
8:2

## 2

**2010 (1)**
8:6
**2019 (5)**
8:4;15:6,10,14;16:9
**2021 (1)**
3:1
**21st (1)**
7:25
**22nd (1)**
18:2
**28 (1)**
3:1
**29th (2)**
8:4;15:10

## 4

**453 (1)**
17:23

## 8

## 87111 (1)
17:2

## 9

**9946 (1)**
3:25

Case: 19-30088    Doc# 10993    Filed: 07/29/21    Entered: 07/29/21 09:36:29    Page 29
of 29