# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 7/29/2021 |
| Case: 19–30088 | Form ID: TRANSC | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Thomas B. Rupp      trupp@kbkllp.com

                               TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
intp      Darwin E. Richards      C/o Symmetry Device Research, Inc.      22078 Arbor Ave., #234      Hayward, CA 94541

                               TOTAL: 1