KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636-9251

Jennifer L. Dodge (#195321)
LAW OFFICES OF JENNIFER L. DODGE INC.
(jdodgelaw@jenniferdodgelaw.com)
2512 Artesia Blvd., Suite 300D
Redondo Beach, California 90278
Tel: (310) 372.3344
Fax: (310) 861.8044

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF JENNIFER L. DODGE IN SUPPORT OF REORGANIZED DEBTORS' FURTHER OBJECTION TO CLAIM NO. 77335 (TODD GREENBERG)**<br><br>[Related to Dkt. Nos. 9455, 9646]<br><br>Hearing: September 14, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Response Deadline: August 12, 2021** |

I, Jennifer L. Dodge, pursuant to Section 1746 of Title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the owner and president of Law Offices of Jennifer L. Dodge Inc. and serve as legal counsel for Pacific Gas and Electric Company (the "**Utility**"), a wholly-owned subsidiary of PG&E Corporation ("**PG&E Corp.**") and together with the Utility, the "**Debtors**," or as reorganized pursuant to the Plan,[1] the "**Reorganized Debtors**" in the above-captioned chapter 11 cases. I have been a member of the California State Bar Association since 1998 and am admitted to practice in the Northern District of California. I submit this Declaration in support of the *Reorganized Debtors' Further Objection to Proof of Claim Number 77335, Filed by Todd Greenberg* (the "**Further Objection**"), filed contemporaneously herewith.

2. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge and my review of relevant documents and information. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this declaration on behalf of the Reorganized Debtors.

3. In researching the serial number of the refrigerator on the receipt of the Appliance Repair Doctor included in the documentation submitted with Proof of Claim No. 77335, I located a website with a "Serial Number Lookup" that provides the month and date of manufacture for LG appliances based upon their serial numbers. The website is www.cannonsappliance.com/appliance-age-finder. The "Serial Number Lookup" document I located, along with the Appliance Repair Doctor receipt included with Claim No. 77335, are attached collectively hereto as Exhibit A.

4. True and correct copies of PG&E's Responses to Interrogatories and Requests for

---

[1] On January 29, 2019, the Debtors commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code. By Order dated June 20, 2020 [Docket No. 8053], the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020* (as may be further modified, amended or supplemented from time to time, and together with any exhibits or schedules thereto, the "**Plan**"). The Effective Date of the Plan occurred on July 1, 2020. *See* Dkt. No. 8252.

Production of Documents served by Todd Greenberg, along with the non-privileged documents produced in response thereto, are attached collectively hereto as Exhibit B.

5. A true and correct copy of Tariff Rule No. 14, Shortage of Supply and Interruption of Delivery, is attached hereto for the Court's reference as Exhibit C. This document is publicly accessible at https://www.pge.com/tariffs/assets/pdf/tariffbook/ELEC_RULES_14.pdf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 29th day of July, 2021.

_____
Jennifer L. Dodge