# EXHIBIT A



# The Appliance Repair Doctor

2363 Mariner Square Drive, Suite 141
Alameda, CA 94501
(888) 462-5488
cs@theappliancerepairdoctor.com
the appliance repair doctor

Invoice No. **102621**
Bus # **A46541**
Time Frame **4-7**
Service Date **02/25/2016**
Technician(s): **Dr Garandza**
Appointment Type: **Service_Call**

**Customer:**
**Fidelity Home Warranty**
47 Bolinas Rd Unit #A
Fairfax, CA 94930

**Contact Details:**
**Todd Greenberg**
(C) (415) 271-2727
(W) (800) 208-3151

tgreenberg@mycom.marin.edu

**Service Location:**
47 Bolinas Rd Unit #A
Fairfax, CA 94930

Description:
Compressor not run. Need to replace start assambly. Also many shelfs crispers and rails broken.

KS886288

| Qty | Approved Items Details | Unit Price | Price |
|---|---|---|---|
| 1.00 | repair | $240.00 | $240.00 |
| 1.00 | compressor start aasambly | $44.50 | $44.50 |
| 1.00 | Service_Call | $0.00 | $0.00 |

**Equipment Name**: refrigerator LG free standing. side by side. kitchen
**Model Number**: LRSC26922TT
**Serial Number**: 404KRDJ00762

Subtotal: $284.50
Tax: $4.01
Total: $288.51

**Total Due:** **$288.51**

Recommendation
shelfs. rails. crispers. if covered. see picture attached. $619.89

Customer Invoice signature:

Customer Estimate signature:

By signing I authorize service repair to be performed at the price quoted and understand that the service call and deposit (if applicable) are non-refundable. The Appliance Repair Doctor will always do their best to leave their work place as clean as it was before. I also understand that some jobs require moving appliances around. By signing below I acknowledge that The Appliance Repair Doctor and their technicians will not be held liable for damage done to floors, walls, etc. The Appliance Repair Doctor will guarantee only the parts which were replaced or repaired and only for the number of days stated below. No other parts of the appliance will be included in the warranty. If a repair was completed without replacing a part, the amount that was paid is non-refundable. It can only be credited towards any replacement parts (if applicable) and labor. Consequential damages, incidental expenses, including water damage and food spoilage are not covered. There is no warranty for parts provided by any source other than The Appliance Repair Doctor. If a part is provided by an outside source, The Appliance Repair Doctor cannot guarantee work and refunds cannot be provided on labor. The warranty is not transferable. Payment terms: all payments are due upon receipt of invoice. if job was canceled less than 24 hours after diagnose, %25 restocking fee will apply. Warranty will be automatically void if production of the replaced part is discontinued by the manufacturer. The warranty is as follows: 90 day labor warranty and 1 year part warranty.

"An estimate as required (Section 9844 of the California Business and Professions Code) for repairs shall be given to the customer by the service dealer in writing, and the service dealer may not charge for work done or parts supplied in excess of the estimate without prior consent of the customer. Where provided in writing, the service dealer may charge a reasonable fee for services provided in determining the nature of the malfunction in preparation of a written estimate for repair. For information contact the Bureau of Electronics and Appliance Repair, Department of Consumer Affairs, Sacramento 95814."

# LG appliances

LG appliance serial number age finder:

To determine a LG appliance age you need the serial number.
For example: 5 03 tagh22222

The first digit is the year, the second and third is the month.

In the above example the Manufacture date would be March of 2005.