# EXHIBIT B

Jennifer L. Dodge, Esq., (SBN 195321)
LAW OFFICES OF JENNIFER L. DODGE INC.
2512 Artesia Blvd., Suite 300D
Redondo Beach, CA 90278
T: (310) 372-3344
F: (310) 861-8044
jdodgelaw@jenniferdodgelaw.com

Attorney for PACIFIC GAS AND
ELECTRIC COMPANY

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>  - and -<br><br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br><br>        Debtors.<br><br>  Affects PG&E Corporation<br>X  Affects Pacific Gas and Electric Company<br>  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088(DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**PACIFIC GAS AND ELECTRIC COMPANY'S RESPONSES TO CREDITOR TODD GREENBERG'S INTERROGATORIES, SET ONE, WITH RESPECT TO CLAIM NO. 77335 (TODD GREENBERG)** |

## RESPONSES TO INTERROGATORIES, SET ONE

PROPOUNDING PARTY:    CREDITOR TODD GREENBERG

RESPONDING PARTY:    DEBTOR PACIFIC GAS AND ELECTRIC COMPANY

SET NO.:    ONE

    Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Debtor Pacific Gas and Electric Company ("PG&E") hereby responds to the first set of Interrogatories served by Creditor Todd Greenberg ("Greenberg") as follows:

## PRELIMINARY STATEMENT

    This response is based upon PG&E's understanding and perception of the nature and type of information requested, and upon the information presently known and available to PG&E and its counsel of record.  PG&E has not completed its investigation or analysis of the facts and issues relating to this case, has not completed discovery, and has not completed preparation for trial.  There may be other information or documents of which PG&E will become aware, or which will come into its possession at a later time, which may relate to these responses.  Good faith efforts have been made to identify and obtain the information responsive to these form interrogatories.

    PG&E makes this response without in any way waiving or intending to waive, but to the contrary, intending to reserve and reserving:  (1) the right to produce, or object to production of, evidence of subsequently discovered information, documents, or interpretations thereof, and/or to supplement, edit, revise, modify, change or amend this response and any inadvertent errors or omission which may be contained herein, in light of any new information, which PG&E or its attorney may subsequently acquire or discover; (2) all questions as to competency, relevancy, materiality, privilege, and admissibility as evidence for any purpose, at any trial or hearing in this case or in any related or subsequent action or proceeding, if any, of any of the information or documents produced hereunder or the subject matter thereof; (3) the right to object on any ground to the use of information or documents produced hereunder or the subject matter thereof, at any trial or hearing in this case or in any related or

subsequent action or proceeding; and (4) the right to object on any ground at any time to a demand for further responses.

The Preliminary Statement is specifically incorporated by reference as though fully set forth in each response to the interrogatories below.

**INTERROGATORY NO. 1:**

DESCRIBE any and all facts RELATING TO PG&E Claim #A16108833 47 Bolinas Rd, Fairfax, California.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 1:**

PG&E objects to this interrogatory on the basis that it seeks information protected by the attorney-client privilege and/or attorney work product doctrine.

**INTERROGATORY NO. 2:**

IDENTIFY any and all DOCUMENTS RELATING TO PG&E Claim #A16108833 47 Bolinas Rd, Fairfax, California.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 2:**

PG&E objects to this interrogatory on the basis that it seeks information and DOCUMENTS protected by the attorney-client privilege and/or attorney work product doctrine.

**INTERROGATORY NO. 3:**

DESCRIBE any and all facts RELATING TO any and all PG&E operational activity, including repairs, construction or troubleshooting, whether by a PG&E crew or any contractor or subcontractor of or under the CONTROL of PG&E, or involving PG&E-owned equipment, at any location in Fairfax, California at any time during the period commencing on February 12, 2016 and ending on February 22, 2016.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 3:**

PG&E objects to this interrogatory on the basis that its scope is overly broad, pursuant to Judge Dennis Montali's 4/26/2021 Order allowing Greenberg limited discovery on his Claim No. 77335 only. PG&E further objects to this interrogatory on the basis that the information sought in this interrogatory is overly broad, vague and ambiguous and not reasonably limited to Greenberg's Claim

Case: 19-30088   Doc# 10996-2   Filed: 07/29/21   Entered: 07/29/21 15:22:12   Page 4 of 30

No. 77335 pursuant to Judge Montali's 4/26/2021 Order. PG&E will limit its response to this interrogatory to Claim No. 77335 only. PG&E further objects to this interrogatory to the extent that it calls for information protected by the attorney-client privilege and/or attorney work product doctrine. PG&E further objects to this interrogatory on the basis that the term "operational activity" and phrase "CONTROL of PG&E" are not defined or limited and are overly broad, vague and ambiguous. Subject to and without waiving these objections, and based on its understanding of this interrogatory, PG&E responds as follows: The Exhibit List attached to Greenberg's Proof of Claim No. 77335 seeks damages allegedly caused by "PG&E power outages and surges which occurred when PG&E crews were installing 3 phase 480 volt power at 31 Bolinas Rd, the commercial complex/restaurant next door to our 47 Bolinas Rd, Fairfax location." 31 Bolinas Road, Fairfax, California is located on PG&E Circuit San Rafael 1108. PG&E does not have any records of a planned or unplanned outage at this circuit or the transformer it served during the dates of February 12 to February 22, 2016. At this location, there was an ongoing project to install a new 600 amp 120/240V 3 phase service which included the install of a new transformer. PG&E's records indicate one clearance for a planned outage to energize the new facilities on the evening of March 16 to the morning of March 17, 2016.

**INTERROGATORY NO. 4:**

IDENTIFY any and All DOCUMENTS RELATING TO any and all PG&E operational activity, including repairs, construction or troubleshooting, whether by a PG&E crew or any contractor or subcontractor of or under the CONTROL of PG&E, or involving PG&E-owned equipment, at any location in Fairfax, California at any time during the period commencing on February 12, 2016 and ending on February 22, 2016.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 4:**

PG&E objects to this interrogatory on the basis that its scope is overly broad, pursuant to Judge Dennis Montali's 4/26/2021 Order allowing Greenberg limited discovery on his Claim No. 77335 only. PG&E further objects to this interrogatory on the basis that the DOCUMENTS requested for identification are overly broad, vague and ambiguous and not reasonably limited to DOCUMENTS related to Greenberg's Claim No. 77335 pursuant to Judge Montali's 4/26/2021 Order. PG&E will

Case: 19-30088   Doc# 10996-2   Filed: 07/29/21   Entered: 07/29/21 15:22:12   Page 5 of 30

limit its response to this interrogatory to Claim No. 77335 only. PG&E further objects to this interrogatory to the extent that it calls for information protected by the attorney-client privilege and/or attorney work product doctrine. PG&E further objects to this interrogatory on the basis that the term "operational activity" and phrase "CONTROL of PG&E" are not defined or limited and are overly broad, vague and ambiguous. Subject to and without waiving these objections, and based on its understanding of this interrogatory, PG&E responds as follows: PG&E identifies the following DOCUMENTS, all of which are confidential in nature: February 2016 North Bay Outage Calendar; February 9, 2016 Switching Log; February 9, 2016 Planned Outage Detail; February 23, 2016 Transformer Outage Request; and February 29, 2016 Switching Log.

**INTERROGATORY NO. 5:**

DESCRIBE any and all facts that YOU contend support or provide a basis for YOUR objection to Claim No. 77335 in this case.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 5:**

PG&E objects to this interrogatory to the extent it calls for information protected by the attorney-client privilege and/or attorney work product doctrine. PG&E further objects to this interrogatory to the extent that it is duplicative of Interrogatory No. 3. Subject to and without waiving these objections, and based on its understanding of this interrogatory, PG&E responds as follows: 31 Bolinas Road, Fairfax, California is located on PG&E Circuit San Rafael 1108. PG&E does not have any records of a planned or unplanned outage at this circuit or the transformer it served during the dates of February 12 to February 22, 2016.

**INTERROGATORY NO. 6:**

IDENTIFY any and All DOCUMENTS that YOU contend support or provide a basis for YOUR objection to Claim No. 77335 in this case.

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 6:**

PG&E objects to this interrogatory to the extent it calls for information protected by the attorney-client privilege and/or attorney work product doctrine. PG&E further objects to this interrogatory to the extent that it is duplicative of Interrogatory No. 4. Subject to and without waiving

these objections, and based on its understanding of this interrogatory, PG&E responds as follows:

PG&E identifies the following DOCUMENTS, all of which are confidential in nature: February 2016 North Bay Outage Calendar; February 9, 2016 Switching Log; February 9, 2016 Planned Outage Detail; February 23, 2016 Transformer Outage Request; and February 29, 2016 Switching Log.

Dated: June 15, 2021                    LAW OFFICES OF JENNIFER L. DODGE INC.


_____
Jennifer L. Dodge

Attorney for PACIFIC GAS AND ELECTRIC COMPANY

3  Re:  *In re Pacific Gas and Electric Company*

4      Superior Court of California, County of San Francisco, Case No. 19-30088(DM)

5

6                                    **VERIFICATION**

7

8      I, Renee Records, declare as follows:

9      I am the Manager of Law-Claims for Pacific Gas and Electric Company in the above-

10 captioned proceeding. I have read the foregoing document **PACIFIC GAS AND ELECTRIC**

11 **COMPANY'S    RESPONSES    TO    DEBTOR    TODD    GREENBERG'S**

12 **INTERROGATORIES, SET ONE** and know its contents. The matters stated in the foregoing

13 document are true of my own knowledge, except as to those matters which are stated on

14 information and belief, and as to those matters I believe them to be true.

15      I declare under penalty of perjury under the laws of the State of California that the

16 foregoing is true and correct.

17      Executed on June 14, 2021 at San Ramon, California.

18
19
20      Renee Records
        On behalf of Pacific Gas and Electric Company
21
22
23
24
25

## PROOF OF SERVICE

I, Jennifer L. Dodge, am a resident of the State of California, over the age of 18 years, and not a party to the within action. I am a member of the bar of this Court. My business address is 2512 Artesia Blvd., Ste. 300D, Redondo Beach, California 90278.

On June 16, 2021, I served the following document(s): **PACIFIC GAS AND ELECTRIC COMPANY'S RESPONSES TO INTERROGATORIES, SET ONE, WITH RESPECT TO CLAIM NO. 77335 (TODD GREENBERG)** on the party named below:

RICHARD A. LAPPING
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
rich@trodellalapping.com
Attorney for Creditor Todd Greenberg

**(X)  BY ELECTRONIC MAIL**  Pursuant to the Federal Rules of Civil Procedure, the above document(s) was/were served via electronic mail to the email address of counsel for the represented party listed above. Transmission was reported as complete and without error.

**(X)**  I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 16, 2021 at Redondo Beach, California.

_____
Jennifer L. Dodge

PROOF OF SERVICE

Jennifer L. Dodge, Esq., (SBN 195321)
LAW OFFICES OF JENNIFER L. DODGE INC.
2512 Artesia Blvd., Suite 300D
Redondo Beach, CA 90278
T: (310) 372-3344
F: (310) 861-8044
jdodgelaw@jenniferdodgelaw.com

Attorney for PACIFIC GAS AND
ELECTRIC COMPANY

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>　-　and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　Debtors.<br><br>　Affects PG&E Corporation<br>X　Affects Pacific Gas and Electric Company<br>　Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088(DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**PACIFIC GAS AND ELECTRIC COMPANY'S RESPONSES TO CREDITOR TODD GREENBERG'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION, SET ONE, WITH RESPECT TO CLAIM NO. 77335 (TODD GREENBERG)** |

PROPOUNDING PARTY:     CREDITOR TODD GREENBERG

RESPONDING PARTY:      DEBTOR PACIFIC GAS AND ELECTRIC COMPANY

SET NO.:               ONE

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Debtor Pacific Gas and Electric Company ("PG&E") hereby responds to the first set of Requests for Production of Documents served by Creditor Todd Greenberg ("Greenberg") as follows:

**PRELIMINARY STATEMENT**

This response is based upon PG&E's understanding and perception of the nature and type of information requested, and upon the information presently known and available to PG&E and its counsel of record. PG&E has not completed its investigation or analysis of the facts and issues relating to this case, has not completed discovery, and has not completed preparation for trial. There may be other information or documents of which PG&E will become aware, or which will come into its possession at a later time, which may relate to these responses. Good faith efforts have been made to identify and obtain the information responsive to these requests for production of documents.

PG&E makes this response without in any way waiving or intending to waive, but to the contrary, intending to reserve and reserving: (1) the right to produce, or object to production of, evidence of subsequently discovered information, documents, or interpretations thereof, and/or to supplement, edit, revise, modify, change or amend this response and any inadvertent errors or omission which may be contained herein, in light of any new information, which PG&E or its attorney may subsequently acquire or discover; (2) all questions as to competency, relevancy, materiality, privilege, and admissibility as evidence for any purpose, at any trial or hearing in this case or in any related or subsequent action or proceeding, if any, of any of the information or documents produced hereunder or the subject matter thereof; (3) the right to object on any ground to the use of information or documents produced hereunder or the subject matter thereof, at any trial or hearing in this case or in any related or

subsequent action or proceeding; and (4) the right to object on any ground at any time to a demand for further responses.

The Preliminary Statement is specifically incorporated by reference as though fully set forth in each response to the requests for production of documents below.

## GENERAL OBJECTIONS

PG&E objects to each of the requests for production on the following grounds:

1. PG&E objects to the requests for production to the extent they call for information and/or documents that are protected by the attorney-client privilege and/or the attorney work product doctrine. PG&E will not produce any such information or documents. Inadvertent production of any such privileged or protected information or documents shall not constitute waiver of any privilege, protection, or grounds for objecting to producing such information, and shall not waive PG&E's right to object to the use of such documents or information.

2. PG&E objects to the requests for production on the grounds that they are overly broad, unduly burdensome, and seek information that is neither relevant to the parties' claims or defenses in this action nor reasonably calculated to lead to the discovery of admissible evidence. Where possible, PG&E will make reasonable assumptions as to Greenberg's intended meaning and will respond accordingly, while preserving its objections as to vagueness, ambiguity, and insufficient particularity.

3. PG&E objects to the requests for production to the extent they impinge on constitutional, statutory, or common law rights of privacy.

4. PG&E objects to the requests for production to the extent that they seek information or documents that are within the knowledge of Greenberg, is a matter of public record, or is otherwise as easily obtained by Greenberg as by PG&E.

5. PG&E objects to the requests for production to the extent they seek disclosure of information and/or documents containing proprietary, confidential, and/or commercially sensitive business information, or otherwise violate PG&E's contractual obligations to maintain the confidentiality of information.

6. PG&E objects to the location and timing of production and will coordinate with counsel regarding same prior to production.

These General Objections are specifically incorporated by reference as though fully set forth in each response to the requests below. Subject to and without waiving these General Objections, PG&E responds to each request as follows:

**REQUEST FOR PRODUCTION NO. 1:**

Any and All DOCUMENTS showing, scheduling, or evidencing any and all PG&E operational activity, including repairs, construction or troubleshooting, whether by a PG&E crew or any contractor or subcontractor of a PERSON under the CONTROL of PG&E, or involving PG&E-owned equipment, at any location in Fairfax, California at any time during the period commencing on February 12, 2016 and ending on February 22, 2016. An accurate summary attested to under penalty of perjury providing the same information, with each location specified, and a brief description of the work involved ins acceptable in lieu of copies of original documents.

**OBJECTIONS AND RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

PG&E objects to this Request on the basis that the scope of this Request is overly broad, pursuant to Judge Dennis Montali's 4/26/2021 Order allowing Greenberg limited discovery on his Claim No. 77335 only. PG&E further objects to this Request on the basis that the DOCUMENTS sought in this Request are overly broad, vague and ambiguous and not reasonably limited to DOCUMENTS related to Greenberg's Claim No. 77335 pursuant to Judge Montali's 4/26/2021 Order. PG&E will limit the scope of any DOCUMENTS sought in this Request to DOCUMENTS related to Claim No. 77335 only. PG&E further objects to this interrogatory to the extent that it calls for information protected by the attorney-client privilege and/or attorney work product doctrine. PG&E further objects to this interrogatory on the basis that the term "operational activity" and phrase "CONTROL of PG&E" are not defined or limited and are overly broad, vague and ambiguous. PG&E further objects to this Request to the extent that it seeks DOCUMENTS of third parties that are not in the possession, custody or control of PG&E. Subject to and without waiving these objections, and

based on its understanding of this Request, PG&E responds as follows: PG&E will produce DOCUMENTS responsive to this Request in its possession, custody or control.

**REQUEST FOR PRODUCTION NO. 2:**

Any and all DOCUMENTS that are part of or comprise the complete files of PG&E related to this Claim No. 77335 and its predecessor claim, PG&E Claim #A16108833 47 Bolinas Rd., Fairfax, California.

**OBJECTIONS AND RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

PG&E objects to this Request on the basis that it calls for information and DOCUMENTS protected by the attorney-client privilege and/or attorney work product doctrine. Subject to and without waiving this objection, and based upon its understanding of this Request, PG&E responds as follows: A diligent search and reasonable inquiry has been made in an effort to comply with this Request and no DOCUMENTS responsive to this Request ever existed in the possession, custody or control of PG&E that are not otherwise privileged.

**REQUEST FOR PRODUCTION NO. 3:**

Any and all DOCUMENTS CONCERNING COMMUNICATIONS by GREENBERG to YOU at any time during the period 2016 through 2019.

**OBJECTIONS AND RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

PG&E objects to this Request on the basis that the scope of this Request is overly broad, pursuant to Judge Dennis Montali's 4/26/2021 Order allowing Greenberg limited discovery on his Claim No. 77335 only. PG&E further objects to this Request on the basis that the DOCUMENTS sought in this Request are overly broad, vague and ambiguous and not reasonably limited to DOCUMENTS related to Greenberg's Claim No. 77335 pursuant to Judge Montali's 4/26/2021 Order. PG&E will limit the scope of any DOCUMENTS sought in this Request to DOCUMENTS related to Claim No. 77335 only. PG&E further objects to this Request to the extent that it calls for information and DOCUMENTS protected by the attorney-client privilege and/or attorney work product doctrine. PG&E further objects to this Request on the basis that Greenberg already has in his possession DOCUMENTS sought by this Request. PG&E will not produce any DOCUMENTS responsive to this

Request that Greenberg already has in its possession. Subject to and without waiving these objections, and based on its understanding of this Request, PG&E responds as follows: A diligent search and reasonable inquiry has been made in an effort to comply with this Request and no DOCUMENTS responsive to this Request ever existed in the possession, custody or control of PG&E that are not otherwise privileged.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all DOCUMENTS CONCERNING COMMUNICATIONS by YOU to GREENBERG at any time during the period 2016 through 2019.

**OBJECTIONS AND RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

PG&E objects to this Request on the basis that the scope of this Request is overly broad, pursuant to Judge Dennis Montali's 4/26/2021 Order allowing Greenberg limited discovery on his Claim No. 77335 only. PG&E further objects to this Request on the basis that the DOCUMENTS sought in this Request are overly broad, vague and ambiguous and not reasonably limited to DOCUMENTS related to Greenberg's Claim No. 77335 pursuant to Judge Montali's 4/26/2021 Order. PG&E will limit the scope of any DOCUMENTS sought in this Request to DOCUMENTS related to Claim No. 77335 only. PG&E further objects to this Request to the extent that it calls for information and DOCUMENTS protected by the attorney-client privilege and/or attorney work product doctrine. PG&E further objects to this Request on the basis that Greenberg already has in his possession DOCUMENTS sought by this Request. PG&E will not produce any DOCUMENTS responsive to this Request that Greenberg already has in its possession. Subject to and without waiving these objections, and based on its understanding of this Request, PG&E responds as follows: A diligent search and reasonable inquiry has been made in an effort to comply with this Request and no DOCUMENTS responsive to this Request ever existed in the possession, custody or control of PG&E that are not otherwise privileged.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all DOCUMENTS CONCERNING COMMUNICATIONS by any PERSON to YOU CONCERNING 47 Bolinas Rd, Fairfax, California at any time during the period 2016 through 2019.

**OBJECTIONS AND RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

PG&E objects to this Request on the basis that this Request is overly broad in time and scope, pursuant to Judge Dennis Montali's 4/26/2021 Order allowing Greenberg limited discovery on his Claim No. 77335 only. PG&E further objects to this Request on the basis that the DOCUMENTS sought in this Request are overly broad, vague and ambiguous and not reasonably limited to DOCUMENTS related to Greenberg's Claim No. 77335 pursuant to Judge Montali's 4/26/2021 Order. PG&E will limit the scope of any DOCUMENTS sought in this Request to DOCUMENTS related to Claim No. 77335 only. PG&E further objects to this Request to the extent that it is duplicative of Request No. 3. PG&E further objects to this Request to the extent it calls for information and DOCUMENTS protected by the attorney-client privilege and/or attorney work product doctrine. PG&E further objects to this Request on the basis that Greenberg already has in his possession DOCUMENTS sought by this Request. PG&E will not produce any DOCUMENTS responsive to this Request that Greenberg already has in its possession. Subject to and without waiving these objections, and based on its understanding of this Request, PG&E responds as follows: A diligent search and reasonable inquiry has been made in an effort to comply with this Request and no DOCUMENTS responsive to this Request ever existed in the possession, custody or control of PG&E that are not otherwise privileged.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all DOCUMENTS CONCERNING COMMUNICATIONS by YOU to any PERSON CONCERNING 47 Bolinas Rd, Fairfax, California at any time during the period 2016 through 2019.

**OBJECTIONS AND RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

PG&E objects to this Request on the basis that this Request is overly broad in time and scope, pursuant to Judge Dennis Montali's 4/26/2021 Order allowing Greenberg limited discovery on his Claim No. 77335 only. PG&E further objects to this Request on the basis that the DOCUMENTS sought in this Request are overly broad, vague and ambiguous and not reasonably limited to DOCUMENTS related to Greenberg's Claim No. 77335 pursuant to Judge Montali's 4/26/2021 Order. PG&E will limit the scope of any DOCUMENTS sought in this Request to DOCUMENTS related to

Claim No. 77335 only. PG&E further objects to this Request to the extent that it is duplicative of Request No. 4. PG&E further objects to this Request to the extent it calls for information and DOCUMENTS protected by the attorney-client privilege and/or attorney work product doctrine. PG&E further objects to this Request on the basis that Greenberg already has in his possession DOCUMENTS sought by this Request. PG&E will not produce any DOCUMENTS responsive to this Request that Greenberg already has in its possession. Subject to and without waiving these objections, and based on its understanding of this Request, PG&E responds as follows: A diligent search and reasonable inquiry has been made in an effort to comply with this Request and no DOCUMENTS responsive to this Request ever existed in the possession, custody or control of PG&E that are not otherwise privileged.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all DOCUMENTS CONCERNING COMMUNICATIONS by any PERSON to YOU CONCERNING PG&E Claim #A16108833 47 Bolinas Rd, Fairfax, California at any time during the period 2016 through 2019.

**OBJECTIONS AND RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

PG&E objects to this Request on the basis that it calls for information and DOCUMENTS protected by the attorney-client privilege and/or attorney work product doctrine. PG&E further objects to this Request on the basis that Greenberg already has in his possession DOCUMENTS sought by this Request. PG&E will not produce any DOCUMENTS responsive to this Request that Greenberg already has in its possession. Subject to and without waiving these objections, and based upon its understanding of this Request, PG&E responds as follows: A diligent search and reasonable inquiry has been made in an effort to comply with this Request and no DOCUMENTS responsive to this Request ever existed in the possession, custody or control of PG&E that are not otherwise privileged.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all DOCUMENTS CONCERNING COMMUNICATIONS by YOU to any PERSON CONCERNING PG&E Claim #A16108833 47 Bolinas Rd, Fairfax, California at any time during the period 2016 through 2019.

**OBJECTIONS AND RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

PG&E objects to this Request on the basis that it calls for information and DOCUMENTS protected by the attorney-client privilege and/or attorney work product doctrine. PG&E further objects to this Request on the basis that Greenberg already has in his possession DOCUMENTS sought by this Request. PG&E will not produce any DOCUMENTS responsive to this Request that Greenberg already has in its possession. Subject to and without waiving these objections, and based upon its understanding of this Request, PG&E responds as follows: A diligent search and reasonable inquiry has been made in an effort to comply with this Request and no DOCUMENTS responsive to this Request ever existed in the possession, custody or control of PG&E that are not otherwise privileged.

**REQUEST FOR PRODUCTION NO. 9:**

Any and all DOCUMENTS RELATING TO YOUR answers to CREDITOR TODD GREENBERG'S INTERROGATORIES, SET ONE, WITH RESPECT TO CLAIM NO. 77335 (TODD GREENBERG) served concurrently herewith.

**OBJECTIONS AND RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

PG&E objects to this Request on the basis that the scope of the DOCUMENTS sought in this Request is overly broad for the reasons outlined in its objections to both the Interrogatories and Requests for Production of Documents propounded by Greenberg. PG&E further objects to this Request to the extent that it calls for information and DOCUMENTS protected by the attorney-client privilege and/or attorney work product doctrine. Subject to and without waiving these objections, and based on its understanding of this Request, PG&E responds as follows: PG&E will produce documents responsive to this Request in its possession, custody or control that are not otherwise privileged.

**REQUEST FOR PRODUCTION NO. 10:**

Any and all DOCUMENTS that YOU contend support or provide a basis for YOUR objection to Claim No. 77335 in this case.

**OBJECTIONS AND RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

PG&E objects to this interrogatory to the extent it calls for information and DOCUMENTS protected by the attorney-client privilege and/or attorney work product doctrine. PG&E further objects to this Request on the basis that Greenberg already has in his possession DOCUMENTS sought by this Request. PG&E will not produce any DOCUMENTS responsive to this Request that Greenberg already has in its possession. Subject to and without waiving these objections, and based on its understanding of this Request, PG&E responds as follows: PG&E will produce documents responsive to this Request in its possession, custody or control that are not otherwise privileged.

Dated: June 15, 2021          LAW OFFICES OF JENNIFER L. DODGE INC.


Jennifer L. Dodge

Attorney for PACIFIC GAS AND ELECTRIC COMPANY

Re:     *In re PG&E Corporation and Pacific Gas and Electric Company*

United States Bankruptcy Court, Northern District of California, San Francisco Division, Case

No. 19-30088 (DM)

### <u>VERIFICATION</u>

I, Renee Records, declare as follows:

I am the Manager of Law-Claims for Pacific Gas and Electric Company, debtor in the above-captioned proceeding. I have read the foregoing document **DEBTOR PACIFIC GAS AND ELECTRIC COMPANY'S RESPONSES TO CREDITOR TODD GREENBERG'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE** and know its contents. The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 14, 2021 at San Ramon , California.

Renee Records
On behalf of Pacific Gas and Electric Company

# PROOF OF SERVICE

I, Jennifer L. Dodge, am a resident of the State of California, over the age of 18 years, and not a party to the within action. I am a member of the bar of this Court. My business address is 2512 Artesia Blvd., Ste. 300D, Redondo Beach, California 90278.

On June 16, 2021, I served the following document(s): **PACIFIC GAS AND ELECTRIC COMPANY'S RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION, SET ONE, WITH RESPECT TO CLAIM NO. 77335 (TODD GREENBERG)** on the party named below:

RICHARD A. LAPPING
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
rich@trodellalapping.com
Attorney for Creditor Todd Greenberg

**(X)** **BY ELECTRONIC MAIL** Pursuant to the Federal Rules of Civil Procedure, the above document(s) was/were served via electronic mail to the email address of counsel for the represented party listed above. Transmission was reported as complete and without error.

**(X)** I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 16, 2021 at Redondo Beach, California.

_____
Jennifer L. Dodge

PROOF OF SERVICE

Print | Legend
**Submitted Work for February 2016**
**NORTH BAY**
Previous | Next
HOME

To Create New Applications - click on the Start Date

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | **Closed** 1 detail | **Closed** 2 detail | **3** detail | **Closed** 4 detail | **Closed** 5 detail | **Closed** 6 detail |
| | ALTO 1120<br>WOODACRE 1101<br>BAHIA 1104<br><SAN RAFAEL-BK2><br><LAS GALLINAS A-BK2><br>*PT*SAN RAFAEL 1107<br>*PT*SAN RAFAEL 1107 | WOODACRE 1101<br>LAS GALLINAS A-TRANSFORMER<br>BANK 1<br>SAN RAFAEL 1107<br>OLEMA 1101<br><LAS GALLINAS A-BK2]<br>*PT*GREENBRAE 1104 | WOODACRE 1101<br>ALTO 1124<br>BAHIA 1101<br>SAN RAFAEL 1107<br>OLEMA 1101<br><SAN RAFAEL-BK2><br>*PT*SAUSALITO 1102<br>*PT*OLEMA 1101<br>*PT*NOVATO 1102 | <SAN RAFAEL-BK2><br>[GREENBRAE 1101]<br>*PT*SAN RAFAEL 1106 | LAS GALLINAS SUB Apparatus NEW<br>115KV BUS PT, CS186 ANDTB#2 RELAYS<br>SAN RAFAEL 1106<br><SAN RAFAEL-BK2><br><GREENBRAE 1101]<br>*PT*SAN RAFAEL 1107 | <SAN RAFAEL-BK2> |
| **Closed** 7 detail | **Attn** 8 detail | **Closed** 9 detail | **Closed** 10 detail | **Closed** 11 detail | **Closed** 12 detail | **Closed** 13 detail |
| <SAN RAFAEL-BK2> | SAUSALITO SUB Breaker 1102<br>*PT*WOODACRE 1101<br>*PT*ALTO 1125 | SAN RAFAEL 1105<br>SAUSALITO 1102<br>SAN RAFAEL 1108<br>SAN RAFAEL-BK2<br>[LAS GALLINAS SUB Bus 12kV Bus F,<br>Bank 2, Sta BK 2, BK 2 PT.><br>*PT*GREENBRAE 1103 | <SAN RAFAEL-BK2><br>LAS GALLINAS SUB Bus 12kV Bus F,<br>Bank 2, Sta BK 2, BK 2 PT.]<br>*PT*IGNACIO 1104<br>*PT*SAN RAFAEL 1102 | IGNACIO 1104<br>[LAS GALLINAS SUB Bus 12kV Bus F,<br>Bank 2, Sta BK 2, BK 2 PT.]<br>[LAS GALLINAS SUB Apparatus Temporary<br>shoo-fly cables.><br>[LAS GALLINAS SUB Bus 12kV Bus F &<br>G, 1107/2.><br>*PT*OLEMA 1101 | LAS GALLINAS SUB Apparatus 12KV<br>Shoo-fly<br>LAS GALLINAS SUB<br>LAS GALLINAS SUB Bus 12kV Main bus E<br>& F<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Apparatus<br>Temporary shoo-fly cables.]<br><LAS GALLINAS SUB Bus 12kV Bus F &<br>G, 1107/2.]<br>[LAS GALLINAS SUB Bus 12kV Main bus<br>F, 12kV Aux bus F, Bank 2. > | <SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus<br>F, 12kV Aux bus F, Bank 2. > |
| **Closed** 14 detail | **Closed** 15 detail | **Closed** 16 detail | **Attn** 17 detail | **Closed** 18 detail | **Closed** 19 detail | 20 |
| <SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus<br>F, 12kV Aux bus F, Bank 2. > | <SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus<br>F, 12kV Aux bus F, Bank 2. > | LAS GALLINAS SUB Breaker 1104<br>IGNACIO SUB Apparatus CB 1102/2 AND<br>A SECTION OF THE 1102 CIRCUIT<br>SAN RAFAEL 1109<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus<br>F, 12kV Aux bus F, Bank 2. ><br>*PT*SAN RAFAEL 1109<br>*PT*SAN RAFAEL 1109 | WOODACRE 1101<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus<br>F, 12kV Aux bus F, Bank 2. ><br>*PT*NOVATO 1104<br>*PT*NOVATO 1104<br>*PT*OLEMA 1101 | ALTO 1120<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus<br>F, 12kV Aux bus F, Bank 2. ><br>*PT*SAN RAFAEL 1107 | <SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus<br>F, 12kV Aux bus F, Bank 2. ><br>*PT*ALTO 1120 | IGNACIO 1103<br><SAN RAFAEL-BK2><br><LAS GALLINAS SUB Bus 12kV Main bus<br>F, 12kV Aux bus F, Bank 2. > |

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **Closed** 21 detail | **Closed** 22 detail | **Closed** 23 detail | **Closed** 24 detail | **Closed** 25 detail | **Closed** 26 detail | **Closed** 27 detail |
| <SAN RAFAEL-BK2> <LAS GALLINAS SUB 12kV Main bus F, 12kV Aux bus F, Bank 2. > | IGNACIO 1103 <SAN RAFAEL-BK2> <LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > *PT*IGNACIO 1104 *PT*SAN RAFAEL 1107 *PT*SAN RAFAEL 1106 | HIGHWAY 1102 Field Equipment LR 650 IGNACIO 1103 GREENBRAE 1102 WOODACRE 1101 SAN RAFAEL SUB Bus 12kV Aux bus and 1110 circuit to first field switch. <SAN RAFAEL-BK2> <LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > [WOODACRE 1102] [STAFFORD 1101 *PT*SAN RAFAEL 1108 | IGNACIO 1103 BOLINAS 1101 IGNACIO 1103 <SAN RAFAEL-BK2> <LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > <WOODACRE 1102] *PT*OLEMA 1101 *PT*ALTO 1122 | GREENBRAE 1104 IGNACIO 1103 IGNACIO 1103 <SAN RAFAEL-BK2> <LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > *PT*OLEMA 1101 | IGNACIO 1103 <SAN RAFAEL-BK2> <LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > [SAN RAFAEL SUB Bus 12kV Aux bus and 1105 circuit to first field switch. > [IGNACIO 1103] [IGNACIO 1103] [IGNACIO 1103> | GREENBRAE 1102 <SAN RAFAEL-BK2> <LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > <SAN RAFAEL SUB Bus 12kV Aux bus and 1105 circuit to first field switch. ] <IGNACIO 1103 <IGNACIO 1103 <IGNACIO 1103] |
| **Closed** 28 detail | **Closed** 29 detail | | | | | |
| IGNACIO 1103 IGNACIO 1103 ALTO 1125 <SAN RAFAEL-BK2> <LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > <IGNACIO 1103> | IGNACIO 1103 IGNACIO 1103 STAFFORD 1102 ALTO 1120 <SAN RAFAEL-BK2> <LAS GALLINAS SUB Bus 12kV Main bus F, 12kV Aux bus F, Bank 2. > <iGNACIO 1103> *PT*ALTO 1120 *PT*OLEMA 1101 | | | | | |

CONFIDENTIAL
Case: 19-30088    Doc# 10996-2    Filed: 07/29/21    Entered: 07/29/21 15:22:12    Page
23 of 30

Print         Email this Application



**62-3470**(Intranet)
ELECTRIC OPERATIONS

**APPLICATION FOR:**      **SWITCHING LOG#**   | 16-0007277 |

| | | | |
|---|---|---|---|
| ☐ CLEARANCE | ☐ LOAD TRANSFER | ☑ EOL NOTIFICATION | ☐ TEST PROGRAM |
| ☐ NON-TEST | ☐ HOT WASH | ☐ CUSTOMER WORK | ☐ OTHER/NOTIFICATION |
| ☐ RELAY WORK | ☐ DEAD WASH | ☐ NEW EQUIPMENT | |

CONTROL CENTER: Central DCC     **Received By:** ▓▓▓▓ **Date:** 1/22/2016     **Time:** 1302

Requested By: ▓▓▓▓▓ Phone: ▓▓▓▓ Pager: N/A   Cell: ▓▓▓▓ FAX: N/A

Requested For: ▓▓▓▓▓ Phone: N/A Pager: N/A Cell: ▓▓▓▓ Radio: N/A

Start Date: 2/9/2016, Tuesday   Time: 0830   **Switching Time** From: 0830   To: 0830

End Date: 2/9/2016, Tuesday   Time: 1600   **Switching Time** From: 1600   To: 1600   (Check if Yes)

Line or Apparatus:
SAN RAFAEL 1108

Clearance Limits:
Open            3577   SAN RAFAEL-1108      Fuse   611 CASCADE DR. - FAIRFAX to E.O.L

Purpose:
Replace Pole

Work Location:
673 Cascade Dr, Fairfax

Crew Special Setups Required For Work:
EOL Notification

Phasing/Rotation Required: Yes: ☐ No: ☑ Location: N/A     Emergency Restoration: 4HRS

Weather: CLEAR WEATHER ONLY     PM # 31149223     PM Operation # 0110

Customer Shut Down(Date(s)/Time(s)):      NTFD By: MAIL

    From Date: 2/9/2016   Time: 0830    To Date: 2/9/2016   Time: 1600

    From Date: N/A   Time: N/A    To Date: N/A   Time: N/A

Additional Clearance/Equipment Required:    N/A        LOG#: N/A

| | | | | | |
|---|---|---|---|---|---|
| **Distribution Engineer** | Sent for Review | Date: | Review Complete | Date: | By: |
| **Protection Engineer** | Sent for Review | Date: | Review Complete | Date: | By: |
| **Control Center OK** | Yes ☑ No ☐ | Date: 1/22/2016 | | | By: ▓▓▓▓ |

**Remarks and additional information**

▓▓▓▓▓ | ▓▓▓▓▓

**Operations Special Setups Required For Switching or Work:**

Case: 19-30088   Doc# 10996-2   Filed: 07/29/21   Entered: 07/29/21 15:22:12   Page 24 of 30   CONFIDENTIAL

**Attached Files:**                    **Size in bytes**

CONFIDENTIAL

6/11/2021



# PLANNED OUTAGE DETAIL SHEET

**FEEDER ID:**  San Rafael 1108      **PM#:**  31149223 Loc 1

**Construction Type:** ☒ O/H ☐ U/G ☐ Both
**Outage Level:** ☒ PRI ☐ TX ☐ SVC

**SSD:**
**T-Number:**
**Tx CGC #:**

> **Fuse 3577**
>
> **313917354482, 313912954494, 313915254466, 313917454457, 313919354444, 313923154445**
>
> **(All customers from 3577 to E.O.L)**

## DATE & TIME

**Scheduled Begin Date:**  2/9/16      **Start _Time_:**  0830

**Scheduled End Date:**  2/9/16      **End _Time_:**  1600

**<mark>Switching Times</mark>** _____ **to** _____ **and** _____ **to** _____

## NOTIFICATION

**Notification Method:**  ☒ Mail ☐ Door-to-Door ☐ Phone

**Date Notified:** _____ **# of Customers Affected:**  34

## CONTACTS

**Outage Coordinator (OC):**  ███████

**OC Internal Phone:**  ~ _____ **OC External Phone:**  ███████

**Supervisor Name &**
**Foreman Name:**  ███████      **Foreman Alternate Cell**
**Phone: (pager ok if no cell)**  ███████

**Supervisor's Org:**  ☐ Division ☒ G.C. ☐ Contractor ☐ Other/T-MAN

## REMARKS

_Must_ include type of work being performed, street, city, transformer coordinate or
T number, meter number (if applicable), clearance points, and circuit map.

> **Type of Work: Replace Pole**
>
> **Work Location, City: 673 Cascade Dr, Fairfax**
>
> **Additional Comments: N/A**

CONFIDENTIAL

PODS.doc 12-08



## PLANNED OUTAGE DETAIL SHEET - Continued

**FOR USE ONLY WITH DOOR TO DOOR NOTIFICATIONS**

**Notified by:** _____

**Time Started notifying customers:** _____

**Date Notified Customers door to door:** _____

**Time Finished notifying customers:** _____

### Provide meter numbers or addresses notified.

|  |  |  |
|---|---|---|
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |
|  | ☐ Door Hanger left | ☐ Customer was home |

PODS.doc 12-08

Print                                    Email this Application

 **Pacific Gas and Electric Company®** # Transformer Outage Request

CONTROL CENTER: Central DCC          **SWITCHING LOG#** | 16-0011342 |

DIVISION North Bay          District North Bay          FEEDER ID# | 042011108 |

**Received By:** _____   **Date:** _____   **Time:** _____
Internal Phone: _____   Ext Phone: _____   Alt Ext. Phone: _____

Requested By: ████████   Phone: ████   Pager: N/A   Cell: ████████ FAX: N/A

Requested For: ████████   Phone: ████   Pager: N/A   Cell: ████████ Radio: N/A

**Supervisor's Org:** ☑ **Division**   ☐ **G.C.**   ☐ **Contractor**   ☐ **Other**

## Shutdown

Start Date: 2/23/2016, Tuesday   Time: 0830          **Customer Type:** ☑ O/H   ☐ U/G

End Date: 2/23/2016, Tuesday   Time: 1400

| **CGC #** | Circuit | **SSD** | EQUIP Address |
| --- | --- | --- | --- |
| 314089954354 | SAN RAFAEL-1108 | 3557 | 61 TERRACE AVE., SAN ANSELMO |

**# Customers Affected**          **NOTIFICATION**

| 9 |

**Notification Method:** ☑ **Mail**   ☐ **Door to Door**   ☐ **Phone**   ☐ **E-MAIL**

Date Notified: _____

Purpose:
REPLACE TRANSFORMER

Work Location:

Weather: CLEAR WEATHER ONLY          PM # 31167321          PM Operation # 110

| **Shutdown Processed :** | Yes: ○ No: ○ | Date:_____ | By:_____ |
| --- | --- | --- | --- |
| | | | |

| **Concerned Parties Notified:** | | | |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |

**Remarks and additional information**
████████████████████████

Print                    Email this Application



**Pacific Gas and Electric Company**

**62-3470**(Intranet)
ELECTRIC OPERATIONS

**APPLICATION FOR:**              **SWITCHING LOG#** [16-0016150]

| | | | |
|---|---|---|---|
| ☑ CLEARANCE | ☐ LOAD TRANSFER | ☐ EOL NOTIFICATION | ☐ TEST PROGRAM |
| ☐ NON-TEST | ☐ HOT WASH | ☐ CUSTOMER WORK | ☐ OTHER/NOTIFICATION |
| ☐ RELAY WORK | ☐ DEAD WASH | ☐ NEW EQUIPMENT | |

CONTROL CENTER: Central DCC          Received By: ▓▓▓▓  Date: 2/29/2016          Time: 0814

Requested By: ▇▇▇▇          Phone: ▇▇▇▇          Pager: N/A          Cell: ▇▇▇▇  FAX: N/A

Requested For: ▇▇▇▇          Phone: ▇▇▇▇          Pager: N/A          Cell: ▇▇▇▇  Radio: N/A

Start Date: 3/16/2016, Wednesday          Time: 2200          **Switching Time** From: 1000     To: 2215

End Date: 3/17/2016, Thursday          Time: 0500          **Switching Time** From: 0500     To: 1100     Check if Yes)

Line or Apparatus:
SAN RAFAEL 1108

Clearance Limits:

| | | | | |
|---|---|---|---|---|
| 1851 | SAN RAFAEL-1108 | Switch | MONO LN.,1ST POLE W/O BOLINAS RD.,FAIRFAX |
| 4365 | SAN RAFAEL-1108 | Fuse | MONO AVE.,1ST POLE E/O BOLINAS, FAIRFAX |

Purpose:
CREW WILL BE REMOVING 3 - 2AL CABLES FROM C/O 4365 TO T-721 AND INSTALLING 3 - 1/0 AL CABLES FROM C/O 4365 TO SW-55974 ON NEW 100/25 KVA 120/240 3PHASE TX T-62376 . CREW WILL ALSO INSTALL 3-1/0 CABLES FROM T-62376 TO EXISTING T-721

Work Location:
31 BOLINAS AVE FAIRFAX

Crew Special Setups Required For Work:
ANY SWITCHING NEEDED TO SET UP CIRCUIT FOR SHUTDOWN NEEDS TO BE COMPLETED BEFORE CUSTOMER SHUTDOWN TIME OF 22:00 .

Phasing/Rotation Required: Yes: ☑ No: ☐ Location: 4365          Emergency Restoration: 7HRS

Weather: LIGHT PRECIPITATION          PM # 31164908          PM Operation # N/A

Customer Shut Down(Date(s)/Time(s):          NTFD By: MAIL

     From Date: 3/16/2016          Time: 2200          To Date: 3/17/2016          Time: 0500
     From Date: N/A          Time: N/A          To Date: N/A          Time: N/A

Additional Clearance/Equipment Required:          N/A          LOG#: N/A

| | | | | |
|---|---|---|---|---|
| **Distribution Engineer** | Sent for Review | Date:_____ | Review Complete | Date:_____ | By:_____ |
| **Protection Engineer** | Sent for Review | Date:_____ | Review Complete | Date:_____ | By:_____ |
| **Control Center OK** | Yes ☑  No ☐ | Date:3/4/2016 | | | By:CTC4 |

**Remarks and additional information**

Case: 19-30088    Doc# 10996-2    Filed: 07/29/21    Entered: 07/29/21 15:22:12    Page 29 of 30

6/8/2021

██████████

**Operations Special Setups Required For Switching or Work:**
N/A

**Attached Files:**                    **Size in bytes**
████████████████

6/8/2021