THOMAS G. MOUZES (SBN 99446)
MARK GORTON (SBN 99312)
ROBERT D. SWANSON (SBN 162816)
**BOUTIN JONES INC.**
555 Capitol Mall, Fifteenth Floor
Sacramento, CA 95814
Telephone: (916) 321-4444
Email: tmouzes@boutinjones.com
mgorton@boutinjones.com
rswanson@boutinjones.com

LISA S. GAST (*pro hac vice*)
**DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.**
1667 K Street NW, Suite 700
Washington, DC 20006
Telephone: (202) 791-3601
Email: lsg@dwgp.com

BRIAN DOYLE (SBN 112923)
City Attorney
**CITY OF SANTA CLARA**
1500 Warburton Avenue
Santa Clara, CA 95050
(508) 615-2234
BDoyle@SantaClaraCA.gov

*Attorney for Creditor and Party-in-Interest*
*CITY OF SANTA CLARA dba SILICON VALLEY POWER*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br>-and-<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                 Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors.<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM | Case Nos. 19-30088 DM (Lead Case)<br>              19-30089 DM<br><br>Chapter 11<br>Jointly Administered<br><br>**NOTICE OF HEARING ON CITY OF SANTA CLARA DBA SILICON VALLEY POWER'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT CONCERNING THE GRIZZLY DEVELOPMENT AND MOKELUMNE SETTLEMENT AGREEMENT**<br><br>Date:        September 14, 2021 |

|  |  |
|---|---|
| Time: | 10:00 a.m. (Pacific Time) |
| Courtroom: | 17 |
| **Response Deadline:** | **August 31, 2021, 4:00 p.m. (Pacific Time)** |
| Place: | **Telephone/Video Appearances Only** <br> United States Bankruptcy Court <br> 450 Golden Gate Ave., 16th Floor <br> San Francisco, CA 94102 |
| Judge: | Hon. Dennis Montali |

TO DEBTORS, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that a hearing on the *Motion to Compel Assumption or Rejection of Executory Contract concerning the Grizzly Development and Mokelumne Settlement Agreement* (the "Motion") and related pleadings and papers filed by the City of Santa Clara dba Silicon Valley Power ("Santa Clara") will be heard by the Honorable Dennis Montali on **September 14, 2021 at 10:00 a.m**. in the above-entitled court.

**PLEASE TAKE NOTICE** the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling (888) 821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE NOTICE** in the Motion, Santa Clara seeks an order compelling Pacific Gas and Electric Company to assume or reject the executory contract or unexpired lease referred to as the Grizzly Development and Mokelumne Settlement Agreement.

**PLEASE TAKE NOTICE** the Motion is brought pursuant to Section 365 of the Bankruptcy Code, Rule 6006 of the Federal Rules of the Bankruptcy Procedure, Rule 6006-1 of the Bankruptcy Local Rules of the United States District Court for the Northern District of California and the Court's

authority over unresolved Contract Assumption or Rejection Disputes reserved in Article VIII of the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganized dated June 19, 2020 (Dkt. 8048) and retained in paragraphs 32 through 35 and 78 of the *Order Confirmation Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* (Dkt. 8053). The Motion is based on this Notice, the Motion, the Declaration of Steve Hance, the Declaration of Mark Gorton, the Request for Judicial Notice ("RJN") and the Exhibits, all submitted herewith, and the pleadings and papers filed herewith and on file in the cases and such oral and documentary evidence as may be presented at the hearing on the Motion.

PLEASE TAKE FURTHER NOTICE that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Santa Clara at the above-referenced address so as to be received by **no later than 4:00 p.m. (Pacific Time) on August 31, 2021**. Any opposition or response must be filed and served on all "Standard Parties" as defined in the Second Amended Order Implementing Certain Notice and Case Management Procedures entered by the Court on May 14, 2019 (Dkt. 1996). **Any relief requested in the Motion may be granted without a hearing if no opposition is filed and served in accordance with the Case Management Order.** In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's websites at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtor's notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 for the U.S. based parties; or (929) 333-8977 for international parties or by email at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: July 30, 2021.  RESPECTFULLY SUBMITTED,

BOUTIN JONES INC.

By:  */s/ Thomas G. Mouzes*
Thomas G. Mouzes
Mark Gorton

Robert D. Swanson

-and-

Lisa S. Gast
DUNCAN, WEINBERG, GENZER & PEMBROKE, P.C.

-and-

Brian Doyle
City Attorney
CITY OF SANTA CLARA

Attorneys *for Creditor and Party-in-Interest,
CITY OF SANTA CLARA dba SILICON VALLEY POWER*