# EXHIBIT 10

Case: 19-30088   Doc# 11000-10   Filed: 07/30/21   Entered: 07/30/21 16:24:14   Page 1 of 4

FEDERAL ENERGY REGULATORY COMMISSION
WASHINGTON, DC 20426

OFFICE OF ENERGY MARKET REGULATION

Pacific Gas and Electric Company
Docket No. ER20-757-000

Issued: March 3, 2020

Joanne M. Myers
Pacific Gas and Electric Company
Law Department
77 Beale Street, Room 2393, B23A
San Francisco, CA 94105

Reference:   Revised Rate Schedule No. 248

On January 8, 2020, Pacific Gas and Electric Company (PG&E) filed revisions to the Grizzly Development and Mokelumne Settlement Agreement (Grizzly Agreement), between the City of Santa Clara, California (Santa Clara) and PG&E, designated as Rate Schedule No. 248. PG&E states that the proposed revisions clarify the parties' roles and responsibilities with respect to the Bucks Creek Relicensing and reflect two new defined terms. The revisions are accepted for filing, effective March 9, 2020, as requested.[1]

This filing was noticed on January 8, 2020, with comments, protests, or motions to intervene due on or before January 29, 2020. No protests or adverse comments were filed. Notices of intervention and unopposed timely filed motions to intervene are granted pursuant to the operation of Rule 214 of the Commission's Rules of Practice and Procedure (18 C.F.R. § 385.214). Any opposed or untimely filed motion to intervene is governed by the provisions of Rule 214.

This action does not constitute approval of any service, rate, charge, classification, or any rule, regulation, contract, or practice affecting such rate or service provided for in the filed documents; nor shall such action be deemed as recognition of any claimed contractual right or obligation affecting or relating to such service or rate; and such action is without prejudice to any findings or orders which have been or may hereafter be made

---

[1] Pacific Gas and Electric Company, FERC FPA Electric Tariff, Other Tariffs and Rate Schedules (Tariff ID 3100), 1. GENERAL AGREEMENT, 2.0.0, 12. OCCURRENCE OF REVERTER, 1.0.0.

Docket No. ER20-757-000                                                      - 2 -

by the Commission in any proceeding now pending or hereafter instituted by or against PG&E.

    This action is taken pursuant to authority delegated to the Director, Division of Electric Power Regulation - West, under 18 C.F.R. § 375.307. This order constitutes final agency action. Requests for rehearing by the Commission may be filed within 30 days of the date of issuance of this order, pursuant to 18 C.F.R. § 385.713.

Issued by: Steven T. Wellner, Director, Division of Electric Power Regulation – West

Document Content(s)
ER20-757-000  .DOCX..............................................................1

Case: 19-30088   Doc# 11000-10   Filed: 07/30/21   Entered: 07/30/21 16:24:14   Exhibit 10
4 of 4
Page 3 of 3