Registry of Charitable Trusts
P.O. Box 903447
Sacramento, CA 94203-4470
(916) 210-6400

WEBSITE ADDRESS:
http://ag.ca.gov/charities/

# INITIAL
# REGISTRATION FORM
## STATE OF CALIFORNIA
## OFFICE OF THE ATTORNEY GENERAL
## REGISTRY OF CHARITABLE TRUSTS
### (Government Code Sections 12580-12599.7)



NOTE: A $25 REGISTRATION FEE MUST ACCOMPANY THIS REGISTRATION FORM. MAKE CHECK PAYABLE TO DEPARTMENT OF JUSTICE.

Pursuant to Section 12585, registration is required of every trustee subject to the Supervision of Trustees and Fundraisers for Charitable Purposes Act within thirty days after receipt of assets (cash or other forms of property) for the charitable purposes for which organized.

Every charitable (public benefit) corporation, association and trustee holding assets for charitable purposes or doing business in the State of California must register with the Attorney General, except those exempted by California Government Code section 12583. Corporations that are organized primarily as a hospital, a school, or a religious organization are exempted by Section 12583.

Name of Organization:  Up from the Ashes

The name of the organization should be the legal name as stated in the organization's organizing instrument (i.e. articles of incorporation, articles of association, or trust instrument).

Official Mailing Address for Organization:

Address:  455 Capitol Mall, Suite 600

City:  Sacramento

State:  CA

Zip Code:  95814

Organization's telephone number:  (916) 442-7757

Organization's e-mail address: atitus@bmhlaw.com

Organization's fax number:  (916) 442-7759

Organization's website:

*RECEIVED*
*Attorney General's Office*
*MAY 17 2018*
*Registry of Charitable Trusts*

All organizations must apply for a Federal Employer Identification Number from the Internal Revenue Service, including organizations that have a group exemption or file group returns.

Federal Employer Identification Number (FEIN):

82-5125631

Group Exemption FEIN (if applicable):

All California corporations and foreign corporations that have qualified to do business in California will have a corporate number. Unincorporated organizations are assigned an organization number by the Franchise Tax Board upon application for California tax exemption.

Corporate or Organization Number:  C4140559

571115

CT-1 REGISTRATION FORM (08/2017)

| Names and addresses of ALL trustees or directors and officers (attach a list if necessary): | | |
|---|---|---|
| Name   SEE ATTACHED IRS FORM 1024-A | | Position |
| Address | | |
| City | State | Zip Code |
| Name | | Position |
| Address | | |
| City | State | Zip Code |
| Name | | Position |
| Address | | |
| City | State | Zip Code |
| Name | | Position |
| Address | | |
| City | State | Zip Code |
| Name | | Position |
| Address | | |
| City | State | Zip Code |

Describe the primary activity of the organization.  (A copy of the material submitted with the application for federal or state tax exemption will normally provide this information.)  If the organization is based outside California, comment fully on the extent of activities in California and how the California activities relate to total activities.  In addition, list all funds, property, and other assets held or expected to be held in California.  Indicate whether you are monitored in your home state, and if so, by whom.  Attach additional sheets if necessary.

SEE ATTACHED IRS FORM 1024-A

The organization will be required to file financial reports annually.  All organizations must file the Annual Registration/Renewal Fee Report (RRF-1) within four months and fifteen days after the end of the organization's accounting period.  Organizations with $25,000 or more in either gross receipts or total assets are also required to file either the IRS Form 990, 990-EZ, or 990-PF.  Forms can be found on the Charitable Trusts' website at http://ag.ca.gov/charities.

If assets (funds, property, etc.) have been received, enter the date first received:

Date assets first received:  04/11/18

Registration with the Attorney General is required within thirty days of receipt of assets.

What annual accounting period has the organization adopted?

☐ Fiscal Year Ending _____     ☒ Calendar Year

CT-1 REGISTRATION FORM (08/2017)

Attach your founding documents as follows:

| A) | Corporations - Furnish a copy of the articles of incorporation and all amendments and current bylaws. If incorporated outside California, enter the date the corporation qualified through the California Secretary of State's Office to conduct activities in California. |
|---|---|
| B) | Associations - Furnish a copy of the instrument creating the organization (bylaws, constitution, and/or articles of association). |
| C) | Trusts - Furnish a copy of the trust instrument or will and decree of final distribution. |
| D) | Trustees for charitable purposes - Furnish a statement describing your operations and charitable purpose. |

Has the organization applied for or been granted IRS tax-exempt status  ☒ Yes  ☐ No

Date of application for Federal tax exemption: **May 14, 2018**

Date of exemption letter: _____ | Exempt under Internal Revenue Code section 501(c) **4**

If known, are contributions to the organization tax-deductible?  ☐ Yes  ☒ No

Attach a copy of the Application for Recognition of Exemption (IRS Form 1023) and the determination letter issued by the IRS.

Does your organization contract with or otherwise engage the services of any commercial fundraiser for charitable purposes, fundraising counsel, or commercial coventurer? If yes, provide the name(s), address(es), and telephone number(s) of the provider(s):

| Commercial Fundraiser ☐ | Fundraising Counsel ☐ | Commercial Coventurer ☐ |
|---|---|---|
| Name | | |
| Address | | |
| City | State | Zip Code |
| Telephone Number | | |

| Commercial Fundraiser ☐ | Fundraising Counsel ☐ | Commercial Coventurer ☐ |
|---|---|---|
| Name | | |
| Address | | |
| City | State | Zip Code |
| Telephone Number | | |

| Commercial Fundraiser ☐ | Fundraising Counsel ☐ | Commercial Coventurer ☐ |
|---|---|---|
| Name | | |
| Address | | |
| City | State | Zip Code |
| Telephone Number | | |

I declare under penalty of perjury that I have examined this registration form, including accompanying documents, and to the best of my knowledge and belief, the form and each document are true, correct, and complete.

Signature _____  Title **Authorized Representative**  Date **May 14, 2018**

If additional information is required, please refer to the Supervision of Trustees and Fundraisers for Charitable Purposes Act (Government Code sections 12580-12599.7), the Administrative Rules and Regulations pursuant to the Act (California Code of Regulations, Title 11, Sections 300-312.1).

If you have questions regarding registration, or need assistance, information is available on our website at http://ag.ca.gov/charities/ or you can reach us by telephone at (916) 210-6400 or fax at (916) 444-3651.

[ Reset Form ]     [ Print Form ]

CT-1 REGISTRATION FORM (08/2017)

4140559

**CALIFORNIA SECRETARY OF STATE**

**ARTICLES OF INCORPORATION OF A NONPROFIT PUBLIC BENEFIT CORPORATION**

**FILED**
Secretary of State
State of California

APR 11 2018

This Space for Office Use Only

---

**1. Corporate Name**

The name of the corporation is Up from the Ashes.

**2. Business Addresses**

a. Initial Street Address of Corporation: 455 Capitol Mall, Suite 600, Sacramento, CA 95814
b. Initial Mailing Address of Corporation: 455 Capitol Mall, Suite 600, Sacramento, CA 95814

**3. Service of Process – Individual**

a. California Agent's Name: Ashlee Titus
b. Street Address: 455 Capitol Mall, Suite 600, Sacramento, CA 95814

**4. Purpose Statement**

a. This corporation is a nonprofit **Public Benefit** Corporation and is not organized for private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for **public** purposes.
b. The specific purpose of this corporation is to advocate for victims of the 2017 Napa fires.

**5. Additional Statements**

a. This corporation is organized and operated exclusively for the purposes set forth in **Article 4** hereof within the meaning of Internal Revenue Code Section 501(c)(4).
b. The property of this corporation is irrevocably dedicated to social welfare purposes and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof, or to the benefit of any private person.
c. Upon the dissolution or winding up of the corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation, shall be distributed to a nonprofit fund, foundation, association or corporation which is organized and operated exclusively for Charitable or Social Welfare purposes and which has established its tax exempt status under Internal Revenue Code Section 501(c)(3) or 501(c)(4).

**6. Read and Sign Below**

Signature

Ashlee Titus
Type or Print Name

I hereby certify that the foregoing
transcript of_____ page(s)
is a full, true and correct copy of the
original record in the custody of the
California Secretary of State's office.

**APR 2 5 2018** 

Date:_____

ALEX PADILLA, Secretary of State

BYLAWS OF

UP FROM THE ASHES

A California Nonprofit Public Benefit Corporation

## ARTICLE I
## NAME, OFFICE AND PURPOSES

The name of this corporation is and shall be Up from the Ashes (hereinafter referred to as "Corporation").

The principal office of the Corporation shall be located in the County of Sacramento. The principal office and additional offices may be located in such other places as may be determined from time to time by the Board of Directors, with the initial address listed in the Articles of Incorporation.

The specific purpose of the Corporation shall be to advocate for victims of the 2017 Napa fires.

## ARTICLE II
## DEDICATION OF ASSETS

The properties and assets of this nonprofit corporation are irrevocably dedicated to the social welfare of the victims of the Napa fires. No part of the net earnings, properties, or assets of this Corporation, on dissolution or otherwise, shall inure to the benefit of any director, officer or member of the Corporation or any individual.

## ARTICLE III
## DISSOLUTION

Upon the dissolution or winding up of the Corporation, its assets remaining after payment of all debts and liabilities shall be distributed pursuant to a nonprofit fund, foundation, association or corporation which is organized and operated exclusively for Charitable or Social Welfare purposes and which has established its tax exempt status under Internal Revenue Code Section 501(c)(3) or 501(c)(4).

## ARTICLE IV
## MEMBERS

The Corporation shall have no members. Any references herein to "members" are to the Board of Directors.

## ARTICLE V
### BOARD OF DIRECTORS

Section 1. General Powers.

Subject to the limitations of these Bylaws, the Articles of Incorporation, and the laws of California, the affairs of the corporation shall be managed, and all corporate powers shall be exercised by, or under the direction of, a Board of Directors.

Section 2. Number, Tenure and Qualifications.

The corporation shall have three directors. Each director shall hold office for a term of 2 years, each term beginning January 1 of each odd numbered year, or until a successor is elected.

The first directors shall be those individuals who organized the corporation.

Section 3. Regular Meeting.

Regular meetings of the Board shall be held without other notice than these Bylaws at any place designated from time to time by resolution of the Board.

Section 4. Special Meetings.

Special meetings of the Board of Directors may be called by or at the request of the President, the Secretary or a majority of the actual directors. Unless approved by the President for an alternate location, the place will be the office of the corporation.

Section 5. Notice of Special Meetings.

Notice of any special meeting of the Board shall be given at least two (2) days prior thereto either personally, by telephone, facsimile or electronic mail or four (4) days' notice by first-class mail, subject to waiver of notice as provided in these Bylaws. All such notices shall be given or sent to the director's address or telephone number as shown on the records of the corporation. The attendance of a director at any special meeting shall also constitute a waiver of notice of such meeting.

Section 6. Quorum.

A majority of the directors holding office at any point in time shall constitute a quorum. The directors may continue to transact business during a meeting at which a quorum is initially present, notwithstanding the withdrawal of directors, if any action is approved by at least a majority of the required quorum for that meeting.

Section 7. Manner of Acting.

Action by the Board shall be by a majority of the directors present at a meeting duly held at which a quorum is present unless a greater number is required by law.

Section 8. Action Without a Meeting.

Any action required or permitted to be taken by the Board of Directors may be taken without a meeting if all members of the Board shall individually or collectively consent in writing to such action. Such action by written consent shall have the same force and effect as a unanimous vote of the Board. Such written consent or consents shall be filed with the minutes of the proceedings of the Board. Written consent may be transmitted by electronic mail.

Section 9. Participation in Meetings by Means of Conference Telephone.

Members of the Board may participate in a meeting of the Board by means of a conference telephone or similar communications equipment by means of which all persons participating in the meeting can hear each other, and participation by such means shall constitute presence in person at such meeting.

Section 10. Vacancies.

Any vacancy occurring in the Board of Directors to be filled by reason of an increase in the number of directors shall be filled by a majority of the remaining directors, though less than a quorum, or a sole remaining director. A director elected to fill a vacancy shall hold office during the unexpired term of his or her predecessor in office and until his or her successor is elected.

Section 11. Compensation.

Directors shall not receive compensation for their services as members of the Board. Nothing herein shall be construed to preclude any director from serving the corporation in any other capacity as an officer, agent, employee, attorney, or otherwise, and receiving compensation therefor or from receiving reimbursement for reasonable expenses, as may be fixed or determined by resolution of the Board. In considering financial transactions between the corporation and any director, directors shall comply with the provisions of Section 5233 of the California Corporations Code.

Section 12. No Interest in Assets.

No director shall possess any property right in or to the property of the corporation. In the event the corporation owns or holds any property upon its dissolution and winding up, after paying or adequately providing for its debts and obligations, the directors shall dispose of the remaining property in accordance with Article II of these Bylaws.

ARTICLE VI
OFFICERS

Section 1. Officers.

The officers of the corporation shall be a President (or Executive Director), a Secretary, a Treasurer, an Assistant Treasurer, and such other officers as may be elected to offices created by the Board. Officers shall have powers and duties as specified herein and as may be additionally prescribed by the Board. One person may hold two or more offices, except those of President and Secretary, or President and Treasurer, but no officer shall execute, acknowledge, or verify any instrument in more than one capacity, if such instrument is required to be executed, acknowledged, or verified by two or more officers.

Section 2. Election and Term of Office.

The officers of the corporation shall be elected by the Board of Directors, and shall serve at the pleasure of the Board of Directors. New offices may be created and filled, and vacancies may be filled, at any meeting of the Board of Directors. Each officer shall hold office until a successor shall have been elected, unless otherwise removed.

Section 3. Removal.

Subject to the rights, if any, of an officer under any contract of employment, any officer elected or appointed by the Board may be removed by the Board with or without cause, whenever in its judgment the best interests of the corporation would be served thereby.

Section 4. Resignation.

Any officer may resign at any time by giving written notice to the corporation. Any resignation shall take effect at the date of the receipt of that notice or at any later time specified in that notice; and, unless otherwise specified in that notice, the acceptance of the resignation shall not be necessary to make it effective. Any resignation is without prejudice to the rights, if any, of the corporation under any contract to which the officer is a party.

Section 5. President.

The President (or Executive Director) shall, if present, preside at all meetings of the corporation and shall have general supervision, direction and control of the business of the corporation.

Section 6. Secretary.

The Secretary shall be responsible for the mailing of notices and see to the proper recording of proceedings of meetings of the corporation.

Section 7. Treasurer.

The Treasurer shall be responsible for the corporation's funds and financial records. The Treasurer shall collect and report, or supervise collection and reporting, of all income and expenditures, shall establish proper accounting procedures for the handling of the corporation's funds, and shall be responsible for the keeping of the funds in such banks as approved by the Board. The Treasurer shall report on the financial condition of the corporation at meetings of the Board and at other times when called upon by the President.

## ARTICLE VII
## FISCAL YEAR

The fiscal year of this Corporation shall be January through December.

## ARTICLE VIII
## INDEMNIFICATION OF DIRECTORS, OFFICERS
## AND OTHER CORPORATE AGENTS

Section 1. Indemnification.

The Corporation may, to the extent allowed by applicable state and federal laws, indemnify and hold harmless its officers, directors, agents and employees from and against any and all claims, actions, proceedings, whether threatened, pending or completed, brought by reason of their respective position with or relationships to the Corporation, including, without limitation, all reasonable attorneys' fees, costs and other expenses incurred in establishing a right to indemnification under this Article.

Section 2. Insurance.

The Corporation shall have power to purchase and maintain insurance on behalf of any agent of the corporation against any liability asserted against or incurred by the agent in such capacity or arising out of the agent's status as such whether or not the corporation would have the power to indemnify the agent against such liability under the provisions of this Article.

## ARTICLE IX
## BOOKS AND RECORDS

The Corporation shall keep at its principal office correct and complete books and records of account, written minutes of the proceedings of its meetings, the original or a copy of the Articles and these Bylaws as amended to date, and a record giving the names and addresses of all members.

## ARTICLE X
## WAIVER OF NOTICE

Whenever any notice is required to be given under the provisions of the California Nonprofit Corporation Law or under the provisions of the Articles of Incorporation or by these Bylaws, a written waiver thereof, signed by the person or persons entitled to such notice, whether before or after the time stated therein, which is made a part of the minutes, shall be deemed equivalent to the giving of such notice.

## ARTICLE XII
## RULES OF ORDER

The rules contained in Robert's Rules of Order Newly Revised or as may be amended from time to time, govern the Corporation in all cases in which they are applicable, and in which they are not inconsistent with these Bylaws, the Articles of Incorporation, or then existing law.

## ARTICLE XIII
## AMENDMENTS TO BYLAWS

New bylaws may be adopted, or these bylaws may be amended or repealed, by an affirmative majority vote of the Board of Directors at which a quorum is present. A copy of the proposed amendment or new bylaws shall be included in the notice of meeting given to each director.

## CERTIFICATE

I, Frank Pitre, hereby certify:

That I am the duly elected and acting Treasurer of Up from the Ashes, a California Nonprofit Public Benefit Corporation; and

That the foregoing Bylaws, consisting of __6__ pages, including this one, constitute the Bylaws of said corporation, as duly adopted by the Board of Directors.

IN WITNESS WHEREOF, I have hereunto set my hand this 11th day of May, 2018.

Frank Pitre, Treasurer

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 04-10-2018

Employer Identification Number:
82-5125881

Form: SS-4

Number of this notice: CP 575 A

UP FROM THE ASHES
455 CAPITOL MALL STE 600
SACRAMENTO, CA 95814

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you
EIN 82-5125881. This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees. Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above. Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN. If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

Form 1120                          04/15/2019

If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice. If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your
representative. It is not a legal determination of your tax classification, and is not
binding on the IRS. If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note:
Certain tax classification elections can be requested by filing Form 8832, *Entity
Classification Election*. See Form 8832 and its instructions for additional information.

**IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

If you intend to elect to file your return as a small business corporation, an
election to file a Form 1120-S must be made within certain timeframes and the
corporation must meet certain tests. All of this information is included in the
instructions for Form 2553, *Election by a Small Business Corporation*.

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS). A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative. For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*. If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

The IRS is committed to helping all taxpayers comply with their tax filing obligations. If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you. Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services. The list provides addresses, telephone numbers, and links to their Web sites.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS**:

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is UPFR. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

Keep this part for your records.          CP 575 A (Rev. 7-2007)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Return this part with any correspondence
so we may identify your account.  Please
correct any errors in your name or address.                    CP 575 A

                                                               9999999999

Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  04-10-2018
(    )       -                             EMPLOYER IDENTIFICATION NUMBER:  82-5125881
_____      _____     FORM:  SS-4              NOBOD


INTERNAL REVENUE SERVICE                   UP FROM THE ASHES
CINCINNATI  OH   45999-0023                455 CAPITOL MALL STE 600
|..|.|.|.|..|.|..|.|.|..|.||..||..||.|..|..|.|.|..|.|   SACRAMENTO, CA  95814

Case: 19-30088   Doc# 11005-1   Filed: 08/02/21   Entered: 08/02/21 14:14:32   Page
14 of 148

Form **1024-A**
(January 2018)
Department of the Treasury
Internal Revenue Service

# Application for Recognition of Exemption
## Under Section 501(c)(4) of the Internal Revenue Code
▶ Go to *www.irs.gov/Form1024A* for instructions and the latest information.

OMB No.1545-0057

**Note:** If exempt status is approved, this application will be open for public inspection.

Complete Parts I–IX and submit Form 8718 (with payment of the appropriate user fee). Attach additional sheets if you need more space to answer fully. Use the instructions to complete this application and for definitions of terms used in this form. For additional help, call IRS Exempt Organizations Customer Account Services toll-free at 877-829-5500, or visit our website at *www.irs.gov*. If you don't submit the required information, we may return the application to you. A request for a determination under section 501(c)(4) is optional. See instructions for additional information.

## Don't include social security numbers on this form as it may be made public.

| Part I | Identification of Applicant |
|---|---|

**1** Full name of organization (exactly as it appears in your **organizing document**)

Up from the Ashes

**2** c/o Name (if applicable)

**3** **Mailing address** (Number and street) (see instructions)

455 Capitol Mall, Suite 600

City or town, state or country, and ZIP + 4

Sacramento, CA 95814

**4** Employer Identification Number (EIN)

82-5125881

**5** Month the annual accounting period ends

December

**6 a** Primary contact (officer, director, trustee, or **authorized representative**)
Name:

Ashlee Titus

**b** Phone:

(916) 442-7757

**c** Fax: (optional)

(916) 442-7759

**7** Organization's website:

| Part II | Organizational Structure |
|---|---|

You must be a corporation (including a limited liability company), an unincorporated association, or a trust to be tax exempt. See instructions. **Don't file this form unless you can check "Yes" on lines 1, 2, 3, or 4.**

**1** Are you a **corporation**? If "Yes," attach a copy of your articles of incorporation showing **certification of filing** with the appropriate state agency. Include copies of any amendments to your articles and be sure they also show state filing certification. ☑ Yes ☐ No

**2** Are you a **limited liability company (LLC)**? If "Yes," attach a copy of your articles of organization showing certification of filing with the appropriate state agency. Include copies of any amendments to your articles and be sure they show state filing certification. Also, if you adopted an operating agreement, attach a copy, along with any amendments. ☐ Yes ☑ No

**3** Are you an **unincorporated association**? If "Yes," attach a copy of your articles of association, constitution, or other similar organizing document that is dated and includes at least two signatures. Include signed and dated copies of any amendments. ☐ Yes ☑ No

**4** Are you a **trust**? If "Yes," attach a signed and dated copy of your trust agreement. Include signed and dated copies of any amendments. If you are a trust, enter the date the trust was funded. (MM/DD/YYYY) / / ☐ Yes ☑ No

**5** Have you adopted **bylaws**? If "Yes," attach a current copy showing date of adoption. If "No," explain in an attachment how your officers, directors, or trustees are selected. ☑ Yes ☐ No

| Part III | Narrative Description of Your Activities |
|---|---|

Use an attachment to describe all of your past, present, and planned activities in a narrative (including the percentage of time and funds spent on these activities). You may attach representative copies of newsletters, brochures, or similar documents for supporting details to this narrative. Refer to the instructions for information that must be included in your description. Check this box to confirm that you submitted a narrative attachment describing your activities. ☑

**For Paperwork Reduction Act Notice, see instructions.**

Cat. No. 69155Y

Form **1024-A** (1-2018)

Case: 19-30088   Doc# 11005-1   Filed: 08/02/21   Entered: 08/02/21 14:14:32   Page 15 of 148

## Part IV  Officers, Directors, Trustees, Employees, and Independent Contractors

**1** List the names, titles, and mailing addresses for all of your officers, directors, and trustees. If additional space is needed, attach a separate sheet.

| Name | Title | Mailing address |
|------|-------|-----------------|
| See Exhibit 4. | | |
| | | |
| | | |

The following "Yes" or "No" questions relate to all past, present, or planned relationships, transactions, or agreements with your officers, directors, trustees, employees, members, and independent contractors.

**2** Do you have a family or business relationship or agreement with any of your officers, directors, trustees, employees, members, or independent contractors, or any entity they own or control, other than through their position as your officer, director, trustee, employee, or independent contractor? If "Yes," identify in an attachment the individual and describe the relationship or agreement. ☐ Yes ☑ No

**3a** Do or will you pay any compensation to your officers, directors, trustees, employees, members, or independent contractors? If "Yes," answer lines 3b and 3c. ☐ Yes ☑ No

**b** Do or will the individuals that approve compensation arrangements follow a conflict of interest policy? If "No," describe in an attachment how you set compensation that is **reasonable.** ☐ Yes ☐ No

**c** Do or will you compensate any of your officers, directors, trustees, employees, members, or independent contractors through **nonfixed payments,** such as discretionary bonuses or revenue-based payments? If "Yes," describe in an attachment all nonfixed compensation agreements. ☐ Yes ☐ No

## Part V  Your Specific Activities

The following "Yes" or "No" questions relate to all past, present, and planned activities you may conduct. See instructions.

**1** Has the organization spent, or does it plan to spend, any money attempting to influence the selection, nomination, election, or appointment of any person to any federal, state, or local public office or to an office in a political organization? If "Yes," explain in detail and list the amounts spent or to be spent in each case in an attachment. ☐ Yes ☑ No

**2** Have you previously received a ruling or determination letter recognizing you (or any predecessor organization) as exempt under section 501(c)(3) and later revoked that recognition of exemption on the basis that you (or your predecessor) were carrying on propaganda or otherwise attempting to influence legislation or on the basis that it engaged in political activity? If "Yes," explain in an attachment. ☐ Yes ☑ No

**3** Are you a **successor** to another organization? Answer "Yes" if you have taken or will take over the activities of another organization, you took over 25% or more of the fair market value of the net assets of another organization, or you were established upon the conversion of an organization from for-profit to nonprofit status. If "Yes," explain in an attachment. ☐ Yes ☑ No

**4** Are you connected in any way with any other organization (for example, financial support on a continuing basis; shared facilities or employees; same officers, directors, or trustees)? If "Yes," explain in an attachment. ☐ Yes ☑ No

**5** Do you have members? If "Yes," state in an attachment the qualifications necessary for membership, the classes of membership and number of members in each class, and the voting rights or privileges received. ☐ Yes ☑ No

**6** Have you made, or do you plan on making, any distribution of property or surplus funds to shareholders or members? If "Yes," explain in an attachment. ☐ Yes ☑ No

**7** Do you receive payments for services performed? If "Yes," explain in an attachment the services performed, income realized and expenses incurred, and the nature of benefits to the general public from these activities. ☐ Yes ☑ No

**8** Do you lease property? If "Yes," explain in an attachment. Include a description of the property, any relationship between the applicant and the other party, and a copy of the lease agreement. ☐ Yes ☑ No

**9** Are you a homeowner's association? If "Yes," explain in an attachment whether access to any property or facility you own or maintain is restricted in any way. ☐ Yes ☑ No

**10** Are you a local association of employees? If "Yes," state in an attachment the name and address of each employer whose employees are eligible for membership in the organization. ☐ Yes ☑ No

**11** Do you or will you make **foreign** grants or conduct activities in any foreign country or countries? If "Yes," describe those grants or activities in an attachment. ☐ Yes ☑ No

Form **1024-A** (1-2018)

| **Part VI** | **Financial Data** *(see instructions for information you must provide) (attach statement regarding accounting method, if necessary)* |
|---|---|

### A. Statement of Revenues and Expenses

| | Type of revenue or expense | Year: | Year: | Year: |
|---|---|---|---|---|
| **Revenues** | **1** Gifts, grants, and contributions received . . . . . . . . | See Exhibit 5. | | |
| | **2** Membership fees received . . . . . . . . . . . . | | | |
| | **3** Gross investment income . . . . . . . . . . . . | | | |
| | **4** Net unrelated business income . . . . . . . . . . | | | |
| | **5** Taxes levied for your benefit . . . . . . . . . . | | | |
| | **6** Value of services or facilities furnished by a governmental unit without charge . . . . . . . . . . . . . . . | | | |
| | **7** Any revenue not otherwise listed above or in lines 9–11 below (attach statement) . . . . . . . . . . . . . | | | |
| | **8** Total of lines 1 through 7 . . . . . . . . . . . | | | |
| | **9** **Gross receipts** from any activity that is related to your exempt purposes . . . . . . . . . . . . . | | | |
| | **10** Total of lines 8 and 9 . . . . . . . . . . . . | | | |
| | **11** Net gain or loss on sale of capital assets (attach statement) . . | | | |
| | **12** Total Revenue Combine lines 10 and 11 . . . . . . . . . . | | | |
| **Expenses** | **13** Fundraising expenses (attach statement) . . . . . . . | | | |
| | **14** Contributions, gifts, grants, and similar amounts paid out (attach statement) . . . . . . . . . . . . . . | | | |
| | **15** Disbursements to or for the benefit of members (attach statement) . | | | |
| | **16** Compensation of officers, directors, and trustees . . . . . | | | |
| | **17** Other salaries and wages . . . . . . . . . . . | | | |
| | **18** Occupancy . . . . . . . . . . . . . . . | | | |
| | **19** Any expense not otherwise classified, such as program services (attach statement) . . . . . . . . . . . . . | | | |
| | **20** Total Expenses Add lines 13 through 19 . . . . . . . . . . | | | |

### B. Balance Sheet (for your most recently completed tax year)

| | Assets | | Year End |
|---|---|---|---|
| **1** | Cash . . . . . . . . . . . . . . . . . . . | **1** | |
| **2** | Accounts receivable, net . . . . . . . . . . . . . . | **2** | |
| **3** | Inventories . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Bonds and notes receivable (attach statement) . . . . . . . | **4** | |
| **5** | Corporate stocks (attach statement) . . . . . . . . . . | **5** | |
| **6** | Loans receivable (attach statement) . . . . . . . . . . | **6** | |
| **7** | Other investments (attach statement) . . . . . . . . . . | **7** | |
| **8** | Depreciable and depletable assets (attach statement) . . . . . | **8** | |
| **9** | Land . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Other assets (attach statement) . . . . . . . . . . . . | **10** | |
| **11** | Total assets (add lines 1 through 10) . . . . . . . . . . | **11** | |
| | **Liabilities** | | |
| **12** | Accounts payable . . . . . . . . . . . . . . . | **12** | |
| **13** | Contributions, gifts, grants, etc., payable . . . . . . . . | **13** | |
| **14** | Mortgages and notes payable (attach statement) . . . . . . . | **14** | |
| **15** | Other liabilities (attach statement) . . . . . . . . . . | **15** | |
| **16** | Total liabilities (add lines 12 through 15) . . . . . . . . . | **16** | |
| | **Fund Balances or Net Assets** | | |
| **17** | Total fund balances or net assets . . . . . . . . . . . | **17** | |
| **18** | **Total liabilities and fund balances or net assets** (add lines 16 and 17) . . . . . . . . . . . . | **18** | |

Form **1024-A** (1-2018)

## Part VII    Annual Filing Requirements (see instructions)

Certain organizations aren't required to file an information return. If you are granted tax-exemption, are you    ☐ Yes    ☑ No
claiming to be excused from filing an information return? If "Yes," explain in an attachment.

*If you fail to file a required information return for three consecutive years, your exempt status will be revoked.*

## Part VIII    Information Regarding Notification Requirement Under Section 506

Most organizations operating under section 501(c)(4) are required to notify the IRS that they are operating under section 501(c)(4) within 60 days of formation by filing Form 8976, Notice of Intent to Operate Under Section 501(c)(4). If an organization doesn't submit a timely notification, a penalty will be assessed. Submission of Form 1024-A doesn't satisfy the requirement to provide notice to the IRS. See instructions for additional information regarding the notification requirement.

## Part IX    User Fee Information and Signature

You must include Form 8718 and the correct user fee payment with this application. If you don't submit the correct user fee, we won't process the application and we will return it to you. Your check or money order must be made payable to the United States Treasury. User fees are subject to change. Check our website at *www.irs.gov* and type "User Fee" in the keyword box, or call Customer Account Services at 877-829-5500 for current information. Also, attach Form 2848, if the application is signed by a person authorized by power of attorney.

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

Please
Sign
Here

(Signature of Officer, Director, Trustee, or other authorized individual)

*Ashlee Titus*
(Type or print name of signer)

*Authorized Representative*
(Type or print title or authority of signer)

*05/14/18*
(Date)

Form **1024-A** (1-2018)

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page 18 of 148

| Exhibit | Description |
|---------|-------------|
| 1 | Response to Part II, Question 1 – Articles of Incorporation |
| 2 | Response to Part II, Question 5 – Bylaws |
| 3 | Response to Part III – Narrative Description of Activities |
| 4 | Response to Part IV, Questions 1 and 2 – Officers, Directors, Trustees, Employees, and Independent Contractors |
| 5 | Response to Part VI – Financial Data |
| 6 | Form 2848 – Power of Attorney and Declaration of Representative |
| 7 | Employer Identification Number |

Exhibit 1

Response to Part II, Question 1 – Articles of Incorporation

Exhibit 3

Response to Part III – Narrative Description of Activities

The primary purpose of this corporation is to advocate for victims of the 2017 Napa fires. This organization will contribute to the common good and general welfare of California by aiding those who have been affected by natural disaster and making a positive difference in the afflicted community.

It is anticipated that the corporation's primary source of financial support will from direct solicitation of supporters of the corporation's objectives. Fundraising shall primarily be conducted on a personal basis, however, direct mail solicitation may be used. All contributors will be advised that their contributions are not deductible.

The following professionals or organizations have been or may be retained to further the corporation's objectives:

- Consulting firms to create a strategy to achieve the organization's purpose;
- Consulting firms to engage in public education programs;
- Law firm to ensure compliance with all state and federal laws and statutes;
- Accounting firm to provide professional services;
- Lobbyist or lobbying firm to further the corporation's purpose;
- Information technology consultant to develop and manage website and social media communications

Exhibit 4

Response to Part IV – Officers, Directors, Trustees, Employees, and Independent Contractors

| NAME AND MAILING ADDRESS | COMPENSATION |
|---|---|
| STEVE CAMPORA, DIRECTOR/PRESIDENT<br>20 BICENTENNIAL CIRCLE<br>SACRAMENTO, CA 94826 | $0 |
| MICHAEL A. KELLY, DIRECTOR/SECRETARY<br>650 CALIFORNIA STREET, 26TH FLOOR<br>SAN FRANCISCO, CA 94108 | $0 |
| FRANK PITRE, DIRECTOR/TREASURER<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 | $0 |

ATTACHMENT TO IRS FORM 1024-A

**Up from the Ashes**
**EIN 82-5125881**

Exhibit 5

Response to Part VI – Financial Data

| | 2018 | 2019 | 2020 |
|---|---|---|---|
| **Receipts** | | | |
| Contributions | $1,000,000 | $1,000,000 | $1,000,000 |
| | | | |
| **Expenditures** | | | |
| Legal/Accounting | $50,000 | $50,000 | $50,000 |
| Office | $10,000 | $10,000 | $10,000 |
| Consulting | $100,000 | $100,000 | $100,000 |
| Printing | $25,000 | $25,000 | $25,000 |
| Lobbying | $100,000 | $100,000 | $100,000 |
| Research | $10,000 | $10,000 | $10,000 |
| Grassroots | $200,000 | $200,000 | $200,000 |
| Public Education/Advertising | $505,000 | $505,000 | $505,000 |
| Total | $1,000,000 | $1,000,000 | $1,000,000 |

| efile Public Visual Render | ObjectId: 202031269349300143 - Submission: 2020-05-05 | TIN: 82-5125881 |
|---|---|---|

# Form 990

**Return of Organization Exempt From Income Tax**

OMB No. 1545-0047

## 2019

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to www.irs.gov/Form990 for instructions and the latest information.

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2019 calendar year, or tax year beginning 01-01-2019 , and ending 12-31-2019

**B** Check if applicable:
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return/terminated
- ☐ Amended return
- ☐ Application pending

**C** Name of organization
Up from the Ashes

Doing business as

Number and street (or P.O. box if mail is not delivered to street address) | Room/suite
455 Capitol Mall Ste 600

City or town, state or province, country, and ZIP or foreign postal code
Sacramento, CA 95814

**D** Employer identification number

82-5125881

**E** Telephone number

(916) 442-7757

**G** Gross receipts $ 225,000

**F** Name and address of principal officer:
Steve Campora
455 Capitol Mall Ste 600
Sacramento, CA 95814

**H(a)** Is this a group return for subordinates? ☐ Yes ☑ No

**H(b)** Are all subordinates included? ☐ Yes ☐ No
If "No," attach a list. (see instructions)

**I** Tax-exempt status: ☐ 501(c)(3) ☑ 501(c) ( 4 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527

**H(c)** Group exemption number ▶

**J** Website: ▶ www.holdpgeaccountable.com

**K** Form of organization: ☐ Corporation ☐ Trust ☑ Association ☐ Other ▶

**L** Year of formation: 2018 | **M** State of legal domicile: CA

## Part I   Summary

**Activities & Governance**

**1** Briefly describe the organization's mission or most significant activities:
To protect the legal rights of victims of man-made disasters.

**2** Check this box ▶ ☐

| | | | |
|---|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) . . . . . . . . | **3** | 3 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . . . | **4** | 3 |
| **5** Total number of individuals employed in calendar year 2019 (Part V, line 2a) . . . . . . | **5** | 0 |
| **6** Total number of volunteers (estimate if necessary) . . . . . . . . . . . | **6** | 3 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . . . . | **7a** | 0 |
| **b** Net unrelated business taxable income from Form 990-T, line 39 . . . . . . . . | **7b** | |

**Revenue**

| | Prior Year | Current Year |
|---|---|---|
| **8** Contributions and grants (Part VIII, line 1h) . . . . . . . | 685,000 | 225,000 |
| **9** Program service revenue (Part VIII, line 2g) . . . . . . . | | 0 |
| **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . | | 0 |
| **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | 0 |
| **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 685,000 | 225,000 |

**Expenses**

| | | |
|---|---|---|
| **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | | 0 |
| **14** Benefits paid to or for members (Part IX, column (A), line 4 ) . . . . | | 0 |
| **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | | 0 |
| **16a** Professional fundraising fees (Part IX, column (A), line 11e) . . . . . | | 0 |
| **b** Total fundraising expenses (Part IX, column (D), line 25) ▶0 | | |
| **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | 662,647 | 203,578 |
| **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 662,647 | 203,578 |
| **19** Revenue less expenses. Subtract line 18 from line 12 . . . . . . | 22,353 | 21,422 |

**Net Assets or Fund Balances**

| | Beginning of Current Year | End of Year |
|---|---|---|
| **20** Total assets (Part X, line 16) . . . . . . . . . . . | 22,353 | 43,775 |
| **21** Total liabilities (Part X, line 26) . . . . . . . . . . | | 0 |
| **22** Net assets or fund balances. Subtract line 21 from line 20 . . . . | 22,353 | 43,775 |

**Part II**   **Signature Block**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| | | | | |
|---|---|---|---|---|
| **Sign Here** | Signature of officer | | 2020-05-05 | |
| | | | Date | |
| | Steve Campora President | | | |
| | Type or print name and title | | | |

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P00052634 |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | | | | | |
| | Firm's name ▶ John Waddell & Co CPAs | | | Firm's EIN ▶ 94-2329070 | |
| | Firm's address ▶ 3416 American River Drive A | | | Phone no. (916) 488-2460 | |
| | Sacramento, CA 95864 | | | | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . . . ☑ Yes ☐ No

**For Paperwork Reduction Act Notice, see the separate instructions.**      Cat. No. 11282Y      Form **990** (2019)

Form 990 (2019) Page **2**

| Part III | **Statement of Program Service Accomplishments** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . . ☐

**1** Briefly describe the organization's mission:

To protect the legal rights of victims of man-made disasters.

_____

_____

**2** Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No

If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program

services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No

If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $ 195,944 including grants of $ _____ ) (Revenue $ _____ )

Advocated for legal rights of victims of man-made disasters.

**4b** (Code: _____ ) (Expenses $ 1,367 including grants of $ _____ ) (Revenue $ _____ )

Maintained website with victims' stories, information about how to help fire evacuees, utility negligence and other information for the general public.

**4c** (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**4d** Other program services (Describe in Schedule O.)

(Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

**4e** Total program service expenses ▶ 197,311

Form **990** (2019)

Form 990 (2019)                                                                                    Page **3**

| Part IV | **Checklist of Required Schedules** | | | |
|---|---|---|---|---|
| | | | Yes | No |
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* . . . . . . . . . . . . . . . | **1** | | No |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? . . . | **2** | Yes | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* . . . . . . . . . . . . | **3** | | No |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . . . . . . . | **4** | | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* . . | **5** | | No |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* . . . . . . . . . . . . . . . . . . . | **6** | | No |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* . . . | **7** | | No |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* . . . . . . . . . . . . . . . | **8** | | No |
| 9 | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* . . . . . . . . . . . . | **9** | | No |
| 10 | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If "Yes," complete Schedule D, Part V* . . . . . | **10** | | No |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* . . . . . . . . . . . . . . . . . | **11a** | | No |
| b | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* . . . . . . . | **11b** | | No |
| c | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* . . . . . . . | **11c** | | No |
| d | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* . . . . . . . . . . | **11d** | | No |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | No |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | | No |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* . . . . . . . . . . . . . . . . | **12a** | | No |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | No |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . | **14a** | | No |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* . . . . . . . . . | **14b** | | No |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* . . . . . | **15** | | No |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* . . . | **16** | | No |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* (see instructions) . . . . . | **17** | | No |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . . . . . . | **18** | | No |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . . . . . . . . . . . . . . | **19** | | No |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . . . | **20a** | | No |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . . . | **21** | | No |

Form **990** (2019)

Form 990 (2019)                          Page **4**

**Part IV**    **Checklist of Required Schedules** *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | **23** | | No |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | **25a** | | |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | **28a** | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | **28b** | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | **34** | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | **36** | | |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. | **38** | Yes | |

**Part V**    **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . ☐

| | | | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable | **1a** | 1 | |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable | **1b** | 0 | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | **1c** | Yes | |

Form 990 (2019)                                                               Page **5**

**Part V**   **Statements Regarding Other IRS Filings and Tax Compliance** *(continued)*

| | | | | |
|---|---|---|---|---|
| **2a** Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return   .  .  .  .  .  .  .  .  . **2a** | | 0 | | |
| **b** If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | | | **2b** | |
| **3a** Did the organization have unrelated business gross income of $1,000 or more during the year?  .  .  . | | | **3a** | No |
| **b** If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O*  .  .  . | | | **3b** | |
| **4a** At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)?  .  . | | | **4a** | No |
| **b** If "Yes," enter the name of the foreign country: ▶ _____ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** Was the organization a party to a prohibited tax shelter transaction at any time during the tax year?  .  . | | | **5a** | No |
| **b** Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | **5b** | No |
| **c** If "Yes," to line 5a or 5b, did the organization file Form 8886-T?  .  .  .  .  .  .  . | | | **5c** | |
| **6a** Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions?  .  .  . | | | **6a** | Yes |
| **b** If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible?  .  .  .  .  .  .  .  .  .  .  .  .  . | | | **6b** | Yes |
| **7** Organizations that may receive deductible contributions under section 170(c). | | | | |
| **a** Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor?  .  .  .  .  .  .  .  .  .  . | | | **7a** | |
| **b** If "Yes," did the organization notify the donor of the value of the goods or services provided?  .  .  . | | | **7b** | |
| **c** Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282?  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | | **7c** | |
| **d** If "Yes," indicate the number of Forms 8282 filed during the year  .  .  . **7d** | | | | |
| **e** Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | **7e** | |
| **f** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract?  .  . | | | **7f** | |
| **g** If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | | **7g** | |
| **h** If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C?  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | | **7h** | |
| **8** **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year?  .  .  .  .  . | | | **8** | |
| **9** **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** Did the sponsoring organization make any taxable distributions under section 4966?  .  .  .  . | | | **9a** | |
| **b** Did the sponsoring organization make a distribution to a donor, donor advisor, or related person?  .  .  . | | | **9b** | |
| **10** **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** Initiation fees and capital contributions included on Part VIII, line 12  .  .  . **10a** | | | | |
| **b** Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities **10b** | | | | |
| **11** **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** Gross income from members or shareholders  .  .  .  .  .  . **11a** | | | | |
| **b** Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.)  .  .  .  .  .  . **11b** | | | | |
| **12a** **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | **12a** | |
| **b** If "Yes," enter the amount of tax-exempt interest received or accrued during the year. **12b** | | | | |
| **13** **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** Is the organization licensed to issue qualified health plans in more than one state?  .  .  .  .  .  .  . **Note.** See the instructions for additional information the organization must report on Schedule O. | | | **13a** | |
| **b** Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans  .  .  . **13b** | | | | |
| **c** Enter the amount of reserves on hand  .  .  .  .  .  .  . **13c** | | | | |
| **14a** Did the organization receive any payments for indoor tanning services during the tax year?  .  .  .  . | | | **14a** | No |
| **b** If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O*  .  . | | | **14b** | |

| | | | |
|---|---|---|---|
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . . . . . . If "Yes," see instructions and file Form 4720, Schedule N. | **15** | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . . If "Yes," complete Form 4720, Schedule O. | **16** | No |

Form **990** (2019)

https://pp-990-rendered.s3.us-east-1.amazonaws.com/20203128934930014J_IRS990-p.html?X-Amz-Algorithm=AWS4-HMAC-SHA256&X-Amz-Credential=AK... 7/18

Form 990 (2019)                                                                                           Page **6**

| Part VI | **Governance, Management, and Disclosure** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part VI  .   .   .   .   .   .   .   .   .   .   .   .   .   .  ☑

### Section A. Governing Body and Management

| | | | Yes | No |
|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 3 | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 3 | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee?  .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **2** | | No |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | **3** | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | **4** | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets?  . | **5** | | No |
| **6** | Did the organization have members or stockholders?  .   .   .   .   .   .   .   .   .   .   .   .   .   . | **6** | | No |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body?  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **7a** | | No |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body?  .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **7b** | | No |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | |
| **a** | The governing body?  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **8a** | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body?  .   .   .   .   .   .   .   .   . | **8b** | | No |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O*  .   .   .   .   .   . | **9** | | No |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates?  .   .   .   .   .   .   .   .   .   .   . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form?  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **11a** | Yes | |
| **b** | Describe in Schedule O the process, if any, used by the organization to review this Form 990.  .   .   .   .   . | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13*  .   .   .   .   .   . | **12a** | | No |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts?  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **12b** | | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done*  .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **12c** | | |
| **13** | Did the organization have a written whistleblower policy?  .   .   .   .   .   .   .   .   .   .   .   . | **13** | | No |
| **14** | Did the organization have a written document retention and destruction policy?  .   .   .   .   .   .   . | **14** | | No |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official  .   .   .   .   .   .   .   .   . | **15a** | | No |
| **b** | Other officers or key employees of the organization  .   .   .   .   .   .   .   .   .   .   .   .   .   . | **15b** | | No |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year?  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **16a** | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements?  .   .   .   .   .   .   .   .   .   .   .   .   . | **16b** | | |

### Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶

CA

**18** Section 6104 requires an organization to make its Form 1023 (or 1024-A if applicable), 990, and 990-T (501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website   ☐ Another's website   ☐ Upon request   ☐ Other (explain in Schedule O)

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
▶Bell McAndrews Hiltachk 455 Capitol Mall Ste 600    Sacramento, CA 95814 (916) 442-7757

Form **990** (2019)

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page
32 of 148

Form 990 (2019)        Page **7**

| Part VII | **Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors** |
| --- | --- |

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . ☐

| **Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees** |
| --- |

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☑ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Steve Campora<br>........................<br>President | 1.00<br>........<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| (2) Michael Kelly<br>........................<br>Secretary | 1.00<br>........<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| (3) Frank Pitre<br>........................<br>Treasurer | 1.00<br>........<br>0.00 | X | | X | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Form **990** (2019)

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page 33 of 148

Form 990 (2019)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **8**

Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . ▶ | | | | | | | | | | |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 0

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . | **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . | **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . . . | **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| McNally Temple Associates<br><br>1817 Capitol Ave<br>Sacramento, CA  95811 | Advertising | 105,713 |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 1

Form **990** (2019)

Form 990 (2019)                                             Page **9**

**Part VIII**    **Statement of Revenue**

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . . . ☐

| | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | ...erated campaigns . . | **1a** | | | | |
| | ...nbership dues . . | **1b** | | | | |
| | ...draising events . . | **1c** | | | | |
| | ...ited organizations | **1d** | | | | |
| | ...ernment grants (contributions) | **1e** | | | | |
| | ...ther contributions, gifts, grants, and similar amounts not included above | **1f** | 225,000 | | | |
| | **g** Noncash contributions included in lines 1a - 1f:$ | **1g** | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . . ▶ | | 225,000 | | | |

| | | Business Code | | | | |
|---|---|---|---|---|---|---|
| **Program Service Revenue** | **2a** | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | **f** All other program service revenue. | | | | | |
| | **g Total.** Add lines 2a–2f. . . . . ▶ | | 0 | | | |

| | | | | |
|---|---|---|---|---|
| **Other Revenue** | Investment income (including dividends, interest, and other similar amounts) . . . . . . . . ▶ | 0 | | |
| | Income from investment of tax-exempt bond proceeds ▶ | 0 | | |
| | Royalties . . . . . . . . . . . . . ▶ | 0 | | |

| | | (i) Real | (ii) Personal | | | |
|---|---|---|---|---|---|---|
| | **a** Gross rents | **6a** | | | | |
| | **b** Less: rental expenses | **6b** | | | | |
| | **c** Rental income or (loss) | **6c** | | | | |
| | **d** Net rental income or (loss) . . . . . . . ▶ | | 0 | | | |

| | | (i) Securities | (ii) Other | | | |
|---|---|---|---|---|---|---|
| | **7a** Gross amount from sales of assets other than inventory | **7a** | | | | |
| | **b** Less: cost or other basis and sales expenses | **7b** | | | | |
| | **c** Gain or (loss) | **7c** | | | | |

| | | | |
|---|---|---|---|
| **d** Net gain or (loss) . . . . . . . . . . ▶ | 0 | | |
| **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . . **8a** | | | |
| **b** Less: direct expenses . . . **8b** | | | |
| **c** Net income or (loss) from fundraising events . . ▶ | 0 | | |
| **9a** Gross income from gaming activities. See Part IV, line 19 . . . **9a** | | | |
| **b** Less: direct expenses . . . **9b** | | | |
| **c** Net income or (loss) from gaming activities . . ▶ | 0 | | |
| **10a** Gross sales of inventory, less returns and allowances . . **10a** | | | |
| **b** Less: cost of goods sold . . **10b** | | | |
| **c** Net income or (loss) from sales of inventory . . ▶ | 0 | | |
| Miscellaneous Revenue    Business Code | | | |
| **11a** | | | |
| **b** | | | |
| **c** | | | |
| **d** All other revenue . . . . . | | | |
| **e Total.** Add lines 11a–11d . . . . . . . ▶ | 0 | | |
| **12 Total revenue.** See instructions . . . . . . ▶ | 225,000 | | |

Form **990** (2019)

Form 990 (2019)                                                                                                      Page **10**

| Part IX | **Statement of Functional Expenses** | | | |
|---|---|---|---|---|

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . ☐

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . | 0 | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . | 0 | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . . | 0 | | | |
| **4** Benefits paid to or for members . . . . . . . | 0 | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . . . . | 0 | | | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . . . . . . . | 0 | | | |
| **7** Other salaries and wages . . . . . . . . . | 0 | | | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . | 0 | | | |
| **9** Other employee benefits . . . . . . . . . | 0 | | | |
| **10** Payroll taxes . . . . . . . . . . . . | 0 | | | |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . . | 0 | | | |
| **b** Legal . . . . . . . . . . . | 5,182 | | 5,182 | |
| **c** Accounting . . . . . . . . . . | 1,000 | | 1,000 | |
| **d** Lobbying . . . . . . . . . . | 195,944 | 195,944 | | |
| **e** Professional fundraising services. See Part IV, line 17 | 0 | | | |
| **f** Investment management fees . . . . . . | 0 | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 0 | | | |
| **12** Advertising and promotion . . . . . | 0 | | | |
| **13** Office expenses . . . . . . . . | 0 | | | |
| **14** Information technology . . . . . . | 1,367 | 1,367 | | |
| **15** Royalties . . . | 0 | | | |
| **16** Occupancy . . . . . . . . . | 0 | | | |
| **17** Travel . . . . . . . . . . . | 0 | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | 0 | | | |
| **19** Conferences, conventions, and meetings . . . . | 0 | | | |
| **20** Interest . . . . . . . . . . . | 0 | | | |
| **21** Payments to affiliates . . . . . . . . | 0 | | | |
| **22** Depreciation, depletion, and amortization . . | 0 | | | |
| **23** Insurance . . . . | 0 | | | |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** Filing Fees | 85 | | 85 | |
| **b** | | | | |
| **c** | | | | |
| **d** | | | | |
| **e** All other expenses | 0 | | | |
| **25** **Total functional expenses.** Add lines 1 through 24e | 203,578 | 197,311 | 6,267 | 0 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined | | | | |

educational campaign and fundraising solicitation.

Check here ▶ ☐ if following SOP 98-2 (ASC 958-720).

Case: 19-30088　　Doc# 11005-1　　Filed: 08/02/21　　Entered: 08/02/21 14:14:32　　Page 38 of 148

Form 990 (2019)                                          Page **11**

## Part X   Balance Sheet

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . ☐

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| **Assets** | 1 | Cash–non-interest-bearing . . . . . . . | 22,353 | 1 | 43,775 |
| | 2 | Savings and temporary cash investments . . . . . . | | 2 | 0 |
| | 3 | Pledges and grants receivable, net . . . . . . | | 3 | 0 |
| | 4 | Accounts receivable, net . . . . . . | | 4 | 0 |
| | 5 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 5 | 0 |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | 6 | 0 |
| | 7 | Notes and loans receivable, net . . . . . . | | 7 | 0 |
| | 8 | Inventories for sale or use . . . . . . | | 8 | 0 |
| | 9 | Prepaid expenses and deferred charges . . . . . | | 9 | 0 |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D   **10a** | | | |
| | b | Less: accumulated depreciation   **10b** | | 10c | 0 |
| | 11 | Investments—publicly traded securities . | | 11 | 0 |
| | 12 | Investments—other securities. See Part IV, line 11 . . . | | 12 | 0 |
| | 13 | Investments—program-related. See Part IV, line 11 . . | | 13 | 0 |
| | 14 | Intangible assets . . . . . . | | 14 | 0 |
| | 15 | Other assets. See Part IV, line 11 . . . . . . | | 15 | 0 |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | 22,353 | 16 | 43,775 |
| **Liabilities** | 17 | Accounts payable and accrued expenses . . . . . | | 17 | |
| | 18 | Grants payable . . . | | 18 | |
| | 19 | Deferred revenue . . . . . . | | 19 | |
| | 20 | Tax-exempt bond liabilities . . . . . . | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | 21 | |
| | 22 | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . | | 22 | |
| | 23 | Secured mortgages and notes payable to unrelated third parties . . | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties . . | | 24 | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 – 24). Complete Part X of Schedule D | | 25 | |
| | 26 | **Total liabilities.** Add lines 17 through 25 . . | 0 | 26 | 0 |
| **Net Assets or Fund Balances** | | **Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33.** | | | |
| | 27 | Net assets without donor restrictions . . . . . . | 22,353 | 27 | 43,775 |
| | 28 | Net assets with donor restrictions . . . . . . | | 28 | |
| | | **Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33.** | | | |
| | 29 | Capital stock or trust principal, or current funds . . . . . | | 29 | |
| | 30 | Paid-in or capital surplus, or land, building or equipment fund . . . | | 30 | |
| | 31 | Retained earnings, endowment, accumulated income, or other funds | | 31 | |
| | 32 | Total net assets or fund balances . . . . . . | 22,353 | 32 | 43,775 |
| | 33 | Total liabilities and net assets/fund balances . . . . . . | 22,353 | 33 | 43,775 |

Form **990** (2019)

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page 89 of 148

Form 990 (2019)                                                                              Page **12**

| Part XI | **Reconcilliation of Net Assets** | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . | **1** | 225,000 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . | **2** | 203,578 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . | **3** | 21,422 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | **4** | 22,353 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . | **5** | |
| 6 | Donated services and use of facilities . . . . . . . . . . . . | **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . | **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . | **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . | **9** | |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 43,775 |

| Part XII | **Financial Statements and Reporting** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . ☐

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990:  ☑ Cash  ☐ Accrual  ☐ Other _____ | | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | | | |
| | ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | | |
| b | Were the organization's financial statements audited by an independent accountant? | **2b** | | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | | | |
| | ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | | |
| c | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | | | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | **3a** | | | No |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | | |

Form **990** (2019)

Form 990 (2019)

## Additional Data

**Return to Form**

**Software ID:** 19009920
**Software Version:** 2019v5.0

**Form 990, Special Condition Description:**

Special Condition Description

☐ **REPORT OF LOBBYIST EMPLOYER**

(Government Code Section 86116)

or

☒ **REPORT OF LOBBYING COALITION**

(2 Cal. Code of Regs. Section 18616.4)

**FORM 635**
**1993**

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

**REPORT COVERS PERIOD FROM** 04/01/2020 **THROUGH** 06/30/2020

**CUMULATIVE PERIOD BEGINNING** 01/01/2019

| | FOR OFFICIAL USE ONLY |
|---|---|
| A | |
| B | |

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

NAME OF FILER:

UP FROM THE ASHES

| BUSINESS ADDRESS: (Number and Street) | (City) | (State) | (Zip Code) | TELEPHONE NUMBER: |
|---|---|---|---|---|
| | SAN FRANCIS - CO | CA | 94108 | |

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

None this period.

☐ If more space is needed, check box and attach continuation sheets.

## SUMMARY OF PAYMENTS THIS PERIOD

| | | |
|---|---|---|
| A. Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) ............. | $ | 0.00 |
| B. Total Payments to Lobbying Firms (Part III, Section B, Column 4) ............................... | $ | 0.00 |
| C. Total Activity Expenses (Part III, Section C) .......................................................... | $ | 0.00 |
| D. Total Other Payments to Influence (Part III, Section D) ........................................... | $ | 0.00 |
| GRAND TOTAL (A + B + C + D above) ................................................. | $ | 0.00 |
| E. Total Payments in Connection with PUC Activities (Part III, Section E) ...................... | $ | 0.00 |

F. Campaign Contributions: ☐ Part IV completed and attached   ☒ No campaign contributions made this period

## VERIFICATION

I have used all reasonable diligence in preparing this Report. I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Executed on (Date) 07/17/2020 | At (City and State) Burlingame, CA | By (Signature of Employer or Responsible Officer) Frank Pitre |
|---|---|---|
| Name of Employer or Responsible Officer (Type or Print) Frank Pitre | | Title Officer/ Board of Directors |

Case: 19-30088   Doc# 11005-1   Filed: 08/02/21   Entered: 08/02/21 14:14:32   Page 42 of 148

PERIOD COVERED: _____04/01/2020_____06/30/2020_____

NAME OF FILER: ___UP FROM THE ASHES_____

**PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT** (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
| | |
| | |
| | |
| | |
| | |

☐ If more space is needed, check box and attach continuation sheets.

**PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES**

| **A.  PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS** (See instructions on reverse. Also enter the Amount This Period (Column 1) on Line A of the Summary of Payments section on page 1.) | (1) Amount This Period | (2) Cumulative Total To Date |
|---|---|---|
| | $            0.00 | $            0.00 |

**B.  PAYMENTS TO LOBBYING FIRMS**  (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| McCallum Group,Inc.<br><br>Sacramento, CA  95814 | 0.00 | 0.00 | 0.00 | 0.00 | 121097.63 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| ☐ If more space is needed, check box and attach continuation sheets | **TOTAL THIS PERIOD**  (Column 4) Also enter the total of Column 4 on Line B of the Summary of Payments section on page 1. | $            0.00 |
|---|---|---|

Case: 19-30088   Doc# 11005-1   Filed: 08/02/21   Entered: 08/02/21 14:14:32   Page 43 of 148

PERIOD COVERED: 04/01/2020    06/30/2020

NAME OF FILER: UP FROM THE ASHES

### C. ACTIVITY EXPENSES (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | Description of Consideration | Total Amount of Activity |
|------|---------------------------|---------------------------|------------------------------|--------------------------|
|      |                           | $                         |                              | $                        |
|      |                           |                           |                              |                          |
|      |                           |                           |                              |                          |
|      |                           |                           |                              |                          |
|      |                           |                           |                              |                          |

If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1. $ 0.00

### D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION

[X] NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.)    $ 0.00

2. OTHER PAYMENTS    $ 0.00

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1. $ 0.00

### E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION
Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.)    $ 0.00

PERIOD COVERED: <u>04/01/2020</u>          <u>06/30/2020</u>

NAME OF FILER: <u>UP FROM THE ASHES</u>

---

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE**   (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of <u>state</u> candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A.  If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which Has Filed A Campaign Disclosure Statement:

Identification Number if Recipient Committee: _____

B.  Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|------|-------------------|--------------------------|--------|
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |

☐ If more space is needed, check box and attach continuation sheets.

NOTE:   Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.

# ATTACHMENT FORM 635-C
## PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___04/01/2020___ Through ___06/30/2020___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Angela Jae Chun<br><br>San Diego CA 92101 | $ 0.00 | $ 0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach CA 92660 | $ 0.00 | $ 0.00 |
| Corey,Luzaich,de Ghetaldi & Riddle LLP<br><br>Millbrae CA 94030 | $ 0.00 | $ 0.00 |
| Dryer Babich Buccola Wood Campora,LLP<br><br>Sacramento CA 95826 | $ 0.00 | $ 0.00 |
| Lieff Cabraser Heimann & Bernstein<br><br>San Francisco CA 94111 | $ 0.00 | $ 0.00 |
| Panish,Shea and Boyle LLP<br><br>Los Angeles CA 90025 | $ 0.00 | $ 0.00 |
| Robins Cloud LLP<br><br>Santa Monica CA 90401 | $ 0.00 | $ 0.00 |

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___04/01/2020___ Through ___06/30/2020___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| McNicholas & McNicholas LLP<br><br>Los Angeles  CA  90024 | $        0.00 | $        0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660 | $        0.00 | $        0.00 |
| Skikos Crawford<br><br>San Francisco  CA  94104 | $        0.00 | $        0.00 |
| Cotchett Pitre & McCarthy LLP<br><br>Burlingame  CA  94010 | $        0.00 | $        0.00 |
| Walkup,Melodia,Kelly & Schoenberger<br><br>San Francisco  CA  94108 | $        0.00 | $        0.00 |
| Watts Guerra<br><br>San Antonio  TX  78257 | $        0.00 | $        0.00 |
| Abbey,Weitzenber,Warren & Emery PC<br><br>Santa Rosa  CA  95401 | $        0.00 | $   50000.00 |

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___04/01/2020___ Through ___06/30/2020___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| California Fire Lawyers<br><br>Solana Beach  CA  92075 | $ 0.00 | $ 22500.00 |
| Bridgford,Gleason & Artinian<br><br>Newport Beach  CA  92660 | $ 0.00 | $ 12500.00 |
| Wildfire Legal Group<br><br>Santa Rosa  CA  95403 | $ 0.00 | $ 47500.00 |
| Levin Simes Abrams LLP<br><br>San Francisco  CA  94111<br>Reference No: 18 | $ 0.00 | $ 50000.00 |
| Law Offices of Robert W. Jackson<br><br>Fallbrook  CA  92028<br>Reference No: 19 | $ 0.00 | $ 22500.00 |
| Frantz Law Group<br><br>San Francisco  CA  94105<br>Reference No: 20 | $ 0.00 | $ 27500.00 |

CAL2PDF Version3.8

# Attachment Form 640

(Attachment to Form 635 or Form 645)

PERIOD COVERED: __04/01/2020--06/30/2020__

NAME OF FILER: __UP FROM THE ASHES__

---

**For Use By:** A state or local government agency that qualifies as a lobbyist employer or a $5,000 filer. Refer to the instructions on the cover page before completing this attachment.

**Other Payments to Influence Legislative or Administrative Action:**

| | | |
|---|---|---|
| 1. | Total payments for overhead expenses related to lobbying activity. Report as a lump sum. | $ 0.00 |
| 2. | Total payments to Lobbying Coalitions. Report as a lump sum. (Form 630 must be attached) | $ 0.00 |
| 3. | Total payments of less than $250 during the calendar quarter for lobbying activity (excluding overhead). Report as a lump sum. | $ 0.00 |
| 4. | Total payments of more than $250 during the calendar quarter for lobbying activity (excluding overhead). Such payments must be itemized below. | $ 0.00 |
| 5. | Grand total of "Other Payments to Influence Legislative or Administrative Action." Also enter this total on the appropriate line of the Summary of Payments section on Page 1 of Form 635 or Form 645. | $ 0.00 |

Itemize below payments of $250 or more made during the quarter for lobbying activity. Provide the name and address of the payee, the amount paid during the quarter, and the cumulative amount paid to the payee since January 1 of the biennial legislative session covered by the report.

Also itemize dues or similar payments of $250 or more made to an organization that makes expenditures equal to 10% of its total expenditures or $15,000 or more in a calendar quarter to influence legislative or administrative action. Provide the organization's name and address, the amount paid to the organization during the quarter, and the cumulative amount paid to the organization since January 1 of the biennial legislative session covered by the report.

| Name & Address of Payee | Amount This Quarter | Cumulative Amount Since January 1 |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Subtotal of all payments itemized above | $ 0.00 | |

☐ If more space is needed, check box and attach continuation sheets.

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page
49 of 148

# TEXT ANNOTATION

**PAGE** 7

**Schedule** S635-C        **Reference No:** 18

**PAGE** 7

**Schedule** S635-C        **Reference No:** 19

**PAGE** 7

**Schedule** S635-C        **Reference No:** 20

CAL2PDF Version3.8

## ☒ REPORT OF LOBBYIST EMPLOYER

(Government Code Section 86116)

**or**

## ☐ REPORT OF LOBBYING COALITION

(2 Cal. Code of Regs. Section 18616.4)

**FORM 635**
**1993**

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

REPORT COVERS PERIOD FROM 01/01/2020 THROUGH 03/31/2020

CUMULATIVE PERIOD BEGINNING 01/01/2019

| | FOR OFFICIAL USE ONLY |
|---|---|
| A | |
| B | |

### TYPE OR PRINT IN INK

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

NAME OF FILER:

UP FROM THE ASHES

| BUSINESS ADDRESS: (Number and Street) | (City) | (State) | (Zip Code) | TELEPHONE NUMBER: |
|---|---|---|---|---|
| | SAN FRANCIS - CO | CA | 94108 | |

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

None this period.

☐ If more space is needed, check box and attach continuation sheets.

### SUMMARY OF PAYMENTS THIS PERIOD

| | | |
|---|---|---|
| A. Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) ............... | $ | 0.00 |
| B. Total Payments to Lobbying Firms (Part III, Section B, Column 4) ............... | $ | 30000.00 |
| C. Total Activity Expenses (Part III, Section C) ............... | $ | 0.00 |
| D. Total Other Payments to Influence (Part III, Section D) ............... | $ | 0.00 |
| GRAND TOTAL (A + B + C + D above) ............... | $ | 30000.00 |
| E. Total Payments in Connection with PUC Activities (Part III, Section E) ............... | $ | 0.00 |

F. Campaign Contributions: ☐ Part IV completed and attached ☒ No campaign contributions made this period

### VERIFICATION

I have used all reasonable diligence in preparing this Report. I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Executed on (Date) 04/15/2020 | At (City and State) Burlingame,CA | By (Signature of Employer or Responsible Officer) Frank Pitre |
|---|---|---|
| Name of Employer or Responsible Officer (Type or Print) Frank Pitre | | Title Officer / Board of Directors |

PERIOD COVERED: _01/01/2020_ _03/31/2020_

NAME OF FILER: _UP FROM THE ASHES_

---

**PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT** (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
| | |
| | |
| | |
| | |
| | |

☐ If more space is needed, check box and attach continuation sheets.

**PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES**

| **A. PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS** (See instructions on reverse. Also enter the Amount This Period (Column 1) on Line A of the Summary of Payments section on page 1.) | (1) Amount This Period | (2) Cumulative Total To Date |
|---|---|---|
| | $ 0.00 | $ 0.00 |

**B. PAYMENTS TO LOBBYING FIRMS** (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| McCallum Group,Inc. Sacramento, CA 95814 | 30000.00 | 0.00 | 0.00 | 30000.00 | 121097.63 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets

**TOTAL THIS PERIOD** (Column 4) Also enter the total of Column 4 on Line B of the Summary of Payments section on page 1. $ 30000.00

Case: 19-30088 Doc# 11005-1 Filed: 08/02/21 Entered: 08/02/21 14:14:32 Page 52 of 148

PERIOD COVERED: 01/01/2020    03/31/2020

NAME OF FILER: UP FROM THE ASHES

## C. ACTIVITY EXPENSES (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|------|---------------------------|---|---|---|---|
| | | | $ | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1.      $ 0.00

## D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION

☒ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.)      $ 0.00

2. OTHER PAYMENTS      $ 0.00

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1.      $ 0.00

## E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION    Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.)      $ 0.00

PERIOD COVERED: __01/01/2020__ ____03/31/2020____

NAME OF FILER: UP FROM THE ASHES

---

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE**   (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of <u>state</u> candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A.   If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which Has Filed A Campaign Disclosure Statement:

Identification Number if Recipient Committee: _____

B.   Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|------|-------------------|-------------------------|--------|
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |

☐ If more space is needed, check box and attach continuation sheets.

**NOTE:**   Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___01/01/2020___ Through ___03/31/2020___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:

UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Angela Jae Chun<br><br>San Diego  CA  92101<br>Reference No: 1 | $        0.00 | $        0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660<br>Reference No: 2 | $        0.00 | $        0.00 |
| Corey,Luzaich,de Ghetaldi & Riddle LLP<br><br>Millbrae  CA  94030<br>Reference No: 3 | $        0.00 | $        0.00 |
| Dryer Babich Buccola Wood Campora,LLP<br><br>Sacramento  CA  95826<br>Reference No: 4 | $        0.00 | $        0.00 |
| Lieff Cabraser Heimann & Bernstein<br><br>San Francisco  CA  94111<br>Reference No: 5 | $        0.00 | $        0.00 |
| Panish,Shea and Boyle LLP<br><br>Los Angeles  CA  90025<br>Reference No: 6 | $        0.00 | $        0.00 |
| Robins Cloud LLP<br><br>Santa Monica  CA  90401<br>Reference No: 7 | $        0.00 | $        0.00 |

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___01/01/2020___ Through ___03/31/2020___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:

UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| McNicholas & McNicholas LLP<br><br>Los Angeles  CA  90024<br>Reference No: 8 | $ 0.00 | $ 0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660<br>Reference No: 9 | $ 0.00 | $ 0.00 |
| Skikos Crawford<br><br>San Francisco  CA  94104<br>Reference No: 10 | $ 0.00 | $ 0.00 |
| Cotchett Pitre & McCarthy LLP<br><br>Burlingame  CA  94010<br>Reference No: 11 | $ 0.00 | $ 0.00 |
| Walkup,Melodia,Kelly & Schoenberger<br><br>San Francisco  CA  94108<br>Reference No: 12 | $ 0.00 | $ 0.00 |
| Watts Guerra<br><br>San Antonio  TX  78257<br>Reference No: 13 | $ 0.00 | $ 0.00 |
| Abbey,Weitzenber,Warren & Emery PC<br><br>Santa Rosa  CA  95401<br>Reference No: 14 | $ 0.00 | $ 50000.00 |

**FORM 635-C**
**1990**

Period Covered ___01/01/2020___ Through ___03/31/2020___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| California Fire Lawyers<br><br>Solana Beach CA 92075<br>Reference No: 15 | $ 0.00 | $ 22500.00 |
| Bridgford,Gleason & Artinian<br><br>Newport Beach CA 92660<br>Reference No: 16 | $ 0.00 | $ 12500.00 |
| Wildfire Legal Group<br><br>Santa Rosa CA 95403<br>Reference No: 17 | $ 0.00 | $ 47500.00 |
| Levin Simes Abrams LLP<br><br>San Francisco CA 94111 | $ 0.00 | $ 50000.00 |
| Law Offices of Robert W. Jackson<br><br>Fallbrook CA 92028 | $ 0.00 | $ 22500.00 |
| Frantz Law Group<br><br>San Francisco CA 94105 | $ 0.00 | $ 27500.00 |

# Attachment Form 640

(Attachment to Form 635 or Form 645)

PERIOD COVERED:   01/01/2020--03/31/2020

NAME OF FILER:   UP FROM THE ASHES

---

**For Use By:** A state or local government agency that qualifies as a lobbyist employer or a $5,000 filer. Refer to the instructions on the cover page before completing this attachment.

**Other Payments to Influence Legislative or Administrative Action:**

1. Total payments for overhead expenses related to lobbying activity. Report as a lump sum. ..................................................... $ _____ 0.00

2. Total payments to Lobbying Coalitions. Report as a lump sum. .................................................... $ _____ 0.00
(Form 630 must be attached)

3. Total payments of less than $250 during the calendar quarter for lobbying activity (excluding overhead).  Report as a lump sum. ....................................... $ _____ 0.00

4. Total payments of more than $250 during the calendar quarter for lobbying activity (excluding overhead).  Such payments must be itemized below. ..................................... $ _____ 0.00

5. Grand total of "Other Payments to Influence Legislative or Administrative Action."  Also enter this total on the appropriate line of the Summary of Payments section on Page 1 of Form 635 or Form 645. ............................................. $ _____ 0.00

---

Itemize below payments of $250 or more made during the quarter for lobbying activity. Provide the name and address of the payee, the amount paid during the quarter, and the cumulative amount paid to the payee since January 1 of the biennial legislative session covered by the report.

Also itemize dues or similar payments of $250 or more made to an organization that makes expenditures equal to 10% of its total expenditures or $15,000 or more in a calendar quarter to influence legislative or administrative action.  Provide the organization's name and address, the amount paid to the organization during the quarter, and the cumulative amount paid to the organization since January 1 of the biennial legislative session covered by the report.

| Name & Address of Payee | Amount This Quarter | Cumulative Amount Since January 1 |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Subtotal of all payments itemized above | $  0.00 | |

☐ If more space is needed, check box and attach continuation sheets

Case: 19-30088   Doc# 11005-1   Filed: 08/02/21   Entered: 08/02/21 14:14:32   Page 58 of 148

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 5

**Schedule** S635-C        **Reference No:** 1

## PAGE 5

**Schedule** S635-C        **Reference No:** 2

## PAGE 5

**Schedule** S635-C        **Reference No:** 3

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 5

**Schedule**   S635-C                **Reference No:**   4

## PAGE 5

**Schedule**   S635-C                **Reference No:**   5

## PAGE 5

**Schedule**   S635-C                **Reference No:**   6

# TEXT ANNOTATION

## PAGE 5

**Schedule**    S635-C                    **Reference No:**    7

## PAGE 6

**Schedule**    S635-C                    **Reference No:**    8

## PAGE 6

**Schedule**    S635-C                    **Reference No:**    9

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 6

**Schedule** S635-C        **Reference No:** 10

**PAGE** 6

**Schedule** S635-C        **Reference No:** 11

**PAGE** 6

**Schedule** S635-C        **Reference No:** 12

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 6

**Schedule**   S635-C          **Reference No:**   13

**PAGE** 6

**Schedule**   S635-C          **Reference No:**   14

**PAGE** 7

**Schedule**   S635-C          **Reference No:**   15

# TEXT ANNOTATION

pageheading

**PAGE** 7

**Schedule**   S635-C                    **Reference No:**   16

**PAGE** 7

**Schedule**   S635-C                    **Reference No:**   17

CAL2PDF Version3.8

☐ **REPORT OF LOBBYIST EMPLOYER**
(Government Code Section 86116)

**or**

☒ **REPORT OF LOBBYING COALITION**
(2 Cal. Code of Regs. Section 18616.4)

**FORM 635**
**1993**

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

**REPORT COVERS PERIOD FROM** 10/01/2019 **THROUGH** 12/31/2019

**CUMULATIVE PERIOD BEGINNING** 01/01/2019

| FOR OFFICIAL USE ONLY |
|---|
| A |
| B |

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

NAME OF FILER:

UP FROM THE ASHES

| BUSINESS ADDRESS: (Number and Street) | (City) SAN FRANCIS-CO | (State) CA | (Zip Code) 94108 | TELEPHONE NUMBER: |
|---|---|---|---|---|

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

California Legislature and Office of the Governor regarding: AB 235

☐ If more space is needed, check box and attach continuation sheets.

**SUMMARY OF PAYMENTS THIS PERIOD**

A. Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) ........ $ 0.00

B. Total Payments to Lobbying Firms (Part III, Section B, Column 4) ........ $ 11500.00

C. Total Activity Expenses (Part III, Section C) ........ $ 0.00

D. Total Other Payments to Influence (Part III, Section D) ........ $ 0.00

GRAND TOTAL (A + B + C + D above) ........ $ 11500.00

E. Total Payments in Connection with PUC Activities (Part III, Section E) ........ $ 0.00

F. Campaign Contributions: ☐ Part IV completed and attached   ☒ No campaign contributions made this period

**VERIFICATION**

I have used all reasonable diligence in preparing this Report. I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on (Date) 01/22/2020

At (City and State) Burlingame,CA

By (Signature of Employer or Responsible Officer) Frank Pitre

Name of Employer or Responsible Officer (Type or Print) Frank Pitre

Title Officer / Board of Directors

PERIOD COVERED: _____10/01/2019_____ _____12/31/2019_____

NAME OF FILER: _UP FROM THE ASHES_____

## PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

☐ If more space is needed, check box and attach continuation sheets.

## PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES

| **A. PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS** (See instructions on reverse. Also enter the Amount This Period (Column 1) on Line A of the Summary of Payments section on page 1.) | (1) Amount This Period | (2) Cumulative Total To Date |
|---|---|---|
|  | $ 0.00 | $ 0.00 |

**B. PAYMENTS TO LOBBYING FIRMS** (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| McCallum Group,Inc.<br><br>Sacramento, CA 95814 | 11500.00 | 0.00 | 0.00 | 11500.00 | 91097.63 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

☐ If more space is needed, check box and attach continuation sheets

**TOTAL THIS PERIOD** (Column 4) Also enter the total of Column 4 on Line B of the Summary of Payments section on page 1.     $ 11500.00

PERIOD COVERED: 10/01/2019     12/31/2019

NAME OF FILER: UP FROM THE ASHES

## C. ACTIVITY EXPENSES (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|---|---|---|---|---|---|
| | | | $ | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1.

$ 0.00

## D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION

☒ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.)

    $ 0.00

2. OTHER PAYMENTS

    $ 0.00

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1.

$ 0.00

## E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION
Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.)

$ 0.00

PERIOD COVERED: __10/01/2019_____ __12/31/2019_____

NAME OF FILER: UP FROM THE ASHES

---

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE**   (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of <u>state</u> candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A.   If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which
Has Filed A Campaign Disclosure Statement:

Identification Number if
Recipient Committee: _____

B.   Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|------|-------------------|--------------------------|--------|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

☐  If more space is needed, check box and attach continuation sheets.

NOTE:   Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___10/01/2019___ Through ___12/31/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:

UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Angela Jae Chun<br><br>San Diego  CA  92101 | $           0.00 | $           0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660 | $           0.00 | $           0.00 |
| Corey,Luzaich,de Ghetaldi & Riddle LLP<br><br>Millbrae  CA  94030 | $           0.00 | $           0.00 |
| Dryer Babich Buccola Wood Campora,LLP<br><br>Sacramento  CA  95826 | $           0.00 | $           0.00 |
| Lieff Cabraser Heimann & Bernstein<br><br>San Francisco  CA  94111 | $           0.00 | $           0.00 |
| Panish,Shea and Boyle LLP<br><br>Los Angeles  CA  90025 | $           0.00 | $           0.00 |
| Robins Cloud LLP<br><br>Santa Monica  CA  90401 | $           0.00 | $           0.00 |

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___10/01/2019___ Through ___12/31/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| McNicholas & McNicholas LLP<br><br>Los Angeles CA 90024 | $ 0.00 | $ 0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach CA 92660 | $ 0.00 | $ 0.00 |
| Skikos Crawford<br><br>San Francisco CA 94104 | $ 0.00 | $ 0.00 |
| Cotchett Pitre & McCarthy LLP<br><br>Burlingame CA 94010 | $ 0.00 | $ 0.00 |
| Walkup,Melodia,Kelly & Schoenberger<br><br>San Francisco CA 94108 | $ 0.00 | $ 0.00 |
| Watts Guerra<br><br>San Antonio TX 78257 | $ 0.00 | $ 0.00 |
| Abbey,Weitzenber,Warren & Emery PC<br><br>Santa Rosa CA 95401 | $ 0.00 | $ 50000.00 |

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___10/01/2019___ Through ___12/31/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| California Fire Lawyers<br><br>Solana Beach  CA  92075 | $ 0.00 | $ 22500.00 |
| Bridgford,Gleason & Artinian<br><br>Newport Beach  CA  92660 | $ 0.00 | $ 12500.00 |
| Wildfire Legal Group<br><br>Santa Rosa  CA  95403 | $ 0.00 | $ 47500.00 |
| Frantz Law Group<br><br>San Francisco  CA  94105 | $ 2500.00 | $ 27500.00 |
| Law Offices of Robert W. Jackson<br><br>Fallbrook  CA  92028 | $ 22500.00 | $ 22500.00 |
| Levin Simes Abrams LLP<br><br>San Francisco  CA  94111 | $ 25000.00 | $ 50000.00 |

# Attachment Form 640

(Attachment to Form 635 or Form 645)

CALIFORNIA
1993 FORM **640**

8/8

PERIOD COVERED: <u>10/01/2019 -- 12/31/2019</u>

NAME OF FILER: <u>UP FROM THE ASHES</u>

**For Use By:** A state or local government agency that qualifies as a lobbyist employer or a $5,000 filer. Refer to the instructions on the cover page before completing this attachment.

**Other Payments to Influence Legislative or Administrative Action:**

| | | |
|---|---|---|
| 1. | Total payments for overhead expenses related to lobbying activity. <u>Report as a lump sum</u>. ..................................................... | $ 0.00 |
| 2. | Total payments to Lobbying Coalitions. <u>Report as a lump sum.</u> ..................................................... (Form 630 must be attached) | $ 0.00 |
| 3. | Total payments of less than $250 during the calendar quarter for lobbying activity (excluding overhead). <u>Report as a lump sum.</u> ..................................................... | $ 0.00 |
| 4. | Total payments of more than $250 during the calendar quarter for lobbying activity (excluding overhead). Such payments must be itemized below. ..................................................... | $ 0.00 |
| 5. | Grand total of "Other Payments to Influence Legislative or Administrative Action." Also enter this total on the appropriate line of the Summary of Payments section on Page 1 of Form 635 or Form 645. ............................................ | $ 0.00 |

Itemize below payments of $250 or more made during the quarter for lobbying activity. Provide the name and address of the payee, the amount paid during the quarter, and the cumulative amount paid to the payee since January 1 of the biennial legislative session covered by the report.

Also itemize dues or similar payments of $250 or more made to an organization that makes expenditures equal to 10% of its total expenditures or $15,000 or more in a calendar quarter to influence legislative or administrative action. Provide the organization's name and address, the amount paid to the organization during the quarter, and the cumulative amount paid to the organization since January 1 of the biennial legislative session covered by the report.

| Name & Address of Payee | Amount This Quarter | Cumulative Amount Since January 1 |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| Subtotal of all payments itemized above | $ 0.00 | |

☐ If more space is needed, check box and attach continuation sheets.

Case: 19-30088   Doc# 11005-1   Filed: 08/02/21   Entered: 08/02/21 14:14:32   Page
72 of 148

CAL2PDF Version3.8

☐ **REPORT OF LOBBYIST EMPLOYER**

(Government Code Section 86116)

1/16

**or**

☒ **REPORT OF LOBBYING COALITION**

(2 Cal. Code of Regs. Section 18616.4)

**FORM 635**
**1993**

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

**REPORT COVERS PERIOD FROM** 07/01/2019 **THROUGH** 09/30/2019

**CUMULATIVE PERIOD BEGINNING** 01/01/2019

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

| FOR OFFICIAL USE ONLY | |
|---|---|
| A | AMENDMENT 001 |
| B | |

NAME OF FILER:

UP FROM THE ASHES

| BUSINESS ADDRESS: (Number and Street) | (City) | (State) | (Zip Code) | TELEPHONE NUMBER: |
|---|---|---|---|---|
| | SAN FRANCIS - CO | CA | 94108 | |

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

California Legislature and Office of the Governor regarding: AB 235

☐ If more space is needed, check box and attach continuation sheets.

**SUMMARY OF PAYMENTS THIS PERIOD**

| | | |
|---|---|---|
| A. Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) ............... | $ | 0.00 |
| B. Total Payments to Lobbying Firms (Part III, Section B, Column 4) ............... | $ | 27097.63 |
| C. Total Activity Expenses (Part III, Section C) ............... | $ | 0.00 |
| D. Total Other Payments to Influence (Part III, Section D) ............... | $ | 59404.47 |
| GRAND TOTAL (A + B + C + D above) ............... | $ | 86502.10 |
| E. Total Payments in Connection with PUC Activities (Part III, Section E) ............... | $ | 0.00 |

F. Campaign Contributions: ☐ Part IV completed and attached ☒ No campaign contributions made this period

**VERIFICATION**

I have used all reasonable diligence in preparing this Report. I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Executed on (Date) 10/31/2019 | At (City and State) Burlingame,CA | By (Signature of Employer or Responsible Officer) Frank Pitre |
|---|---|---|
| Name of Employer or Responsible Officer (Type or Print) Frank Pitre | | Title Officer / Board of Directors |

Case: 19-30088   Doc# 11005-1   Filed: 08/02/21   Entered: 08/02/21 14:14:32   Page 73 of 148

PERIOD COVERED: __07/01/2019__        __09/30/2019__

NAME OF FILER: __UP FROM THE ASHES__

---

**PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT** (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
| | |
| | |
| | |
| | |
| | |

☐ If more space is needed, check box and attach continuation sheets.

**PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES**

| **A. PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS** (See instructions on reverse. Also enter the Amount This Period (Column 1) on Line A of the Summary of Payments section on page 1.) | (1) Amount This Period | (2) Cumulative Total To Date |
|---|---|---|
| | $ 0.00 | $ 0.00 |

**B. PAYMENTS TO LOBBYING FIRMS** (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| McCallum Group,Inc. Sacramento, CA 95814 | 27097.63 | 0.00 | 0.00 | 27097.63 | 79597.63 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets

**TOTAL THIS PERIOD** (Column 4) Also enter the total of Column 4 on Line B of the Summary of Payments section on page 1.      $ 27097.93

PERIOD COVERED: 07/01/2019    09/30/2019

NAME OF FILER: UP FROM THE ASHES

---

**C.  ACTIVITY EXPENSES** (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|------|---------------------------|-----------------------------------------------------------------------------|--|------------------------------|--------------------------|
| | | | $ | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1. — $ 0.00

---

**D.  OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION**

☒ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1.  PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.)  $ 0.00

2.  OTHER PAYMENTS  $ 59404.47

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1.   $ 59404.47

---

**E.  PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION**  Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.)   $ 0.00

PERIOD COVERED: 07/01/2019          09/30/2019

NAME OF FILER: UP FROM THE ASHES

---

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE**    (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of <u>state</u> candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A.   If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which
Has Filed A Campaign Disclosure Statement:

Identification Number if
Recipient Committee: _____

B.   Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|------|-------------------|-------------------------|--------|
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |
|      |                   |                         | $      |

☐  If more space is needed, check box and attach continuation sheets.

NOTE:    Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___07/01/2019___ Through ___09/30/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:

UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Wildfire Legal Group<br><br>Santa Rosa  CA  95403 | $  47500.00 | $  47500.00 |
| Frantz Law Group<br><br>San Francisco  CA  94105<br>Reference No: 21 | $  2500.00 | $  25000.00 |
| Law Offices of Robert W. Jackson<br><br>Fallbrook  CA  92028<br>Reference No: 1 | $  0.00 | $  0.00 |
| Angela Jae Chun<br><br>San Diego  CA  92101<br>Reference No: 2 | $  0.00 | $  0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660<br>Reference No: 3 | $  0.00 | $  0.00 |
| Corey,Luzaich,de Ghetaldi & Riddle LLP<br><br>Millbrae  CA  94030<br>Reference No: 4 | $  0.00 | $  0.00 |
| Dryer Babich Buccola Wood Campora,LLP<br><br>Sacramento  CA  95826<br>Reference No: 5 | $  0.00 | $  0.00 |

# ATTACHMENT FORM 635-C
## PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered  07/01/2019  Through  09/30/2019

Cumulative Period Beginning  01/01/2019

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Lieff Cabraser Heimann & Bernstein<br><br>San Francisco  CA  94111<br>Reference No: 6 | $  0.00 | $  0.00 |
| Panish,Shea and Boyle LLP<br><br>Los Angeles  CA  90025<br>Reference No: 7 | $  0.00 | $  0.00 |
| Robins Cloud LLP<br><br>Santa Monica  CA  90401<br>Reference No: 8 | $  0.00 | $  0.00 |
| McNicholas & McNicholas LLP<br><br>Los Angeles  CA  90024<br>Reference No: 9 | $  0.00 | $  0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660<br>Reference No: 10 | $  0.00 | $  0.00 |
| Skikos Crawford<br><br>San Francisco  CA  94104<br>Reference No: 11 | $  0.00 | $  0.00 |
| Cotchett Pitre & McCarthy LLP<br><br>Burlingame  CA  94010<br>Reference No: 12 | $  0.00 | $  0.00 |

# ATTACHMENT FORM 635-C
## PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___07/01/2019___ Through ___09/30/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Walkup,Melodia,Kelly & Schoenberger<br><br>San Francisco  CA  94108<br>Reference No: 13 | $ 0.00 | $ 0.00 |
| Watts Guerra<br><br>San Antonio  TX  78257<br>Reference No: 14 | $ 0.00 | $ 0.00 |
| Abbey,Weitzenber,Warren & Emery PC<br><br>Santa Rosa  CA  95401<br>Reference No: 15 | $ 0.00 | $ 50000.00 |
| Levin Simes Abrams LLP<br><br>San Francisco  CA  94111<br>Reference No: 16 | $ 0.00 | $ 25000.00 |
| California Fire Lawyers<br><br>Solana Beach  CA  92075<br>Reference No: 17 | $ 0.00 | $ 22500.00 |
| Bridgford,Gleason & Artinian<br><br>Newport Beach  CA  92660<br>Reference No: 18 | $ 0.00 | $ 12500.00 |

# Attachment Form 640

(Attachment to Form 635 or Form 645)

**CALIFORNIA 1993 FORM** **640**

8/16

PERIOD COVERED:  07/01/2019 -- 09/30/2019

NAME OF FILER:  UP FROM THE ASHES

---

**For Use By:** A state or local government agency that qualifies as a lobbyist employer or a $5,000 filer. Refer to the instructions on the cover page before completing this attachment.

**Other Payments to Influence Legislative or Administrative Action:**

1. Total payments for overhead expenses related to lobbying activity. <u>Report as a lump sum.</u> ................ $ 0.00

2. Total payments to Lobbying Coalitions. <u>Report as a lump sum.</u> ............... $ 0.00
(Form 630 must be attached)

3. Total payments of less than $250 during the calendar quarter for lobbying activity (excluding overhead). <u>Report as a lump sum.</u> ................ $ 0.00

4. Total payments of more than $250 during the calendar quarter for lobbying activity (excluding overhead). Such payments must be itemized below. ................ $ 59404.47

5. Grand total of "Other Payments to Influence Legislative or Administrative Action." Also enter this total on the appropriate line of the Summary of Payments section on Page 1 of Form 635 or Form 645. ............... $ 59404.47

---

Itemize below payments of $250 or more made during the quarter for lobbying activity. Provide the name and address of the payee, the amount paid during the quarter, and the cumulative amount paid to the payee since January 1 of the biennial legislative session covered by the report.

Also itemize dues or similar payments of $250 or more made to an organization that makes expenditures equal to 10% of its total expenditures or $15,000 or more in a calendar quarter to influence legislative or administrative action. Provide the organization's name and address, the amount paid to the organization during the quarter, and the cumulative amount paid to the organization since January 1 of the biennial legislative session covered by the report.

| Name & Address of Payee | Amount This Quarter | Cumulative Amount Since January 1 |
|---|---|---|
| [A] - McNally Temple Associates,Inc.<br><br>Sacramento CA 95811<br>Reference No: 20 | $ 59404.47 | $ 132212.94 |
| | $ | $ |
| | $ | $ |
| Subtotal of all payments itemized above | $ 59404.47 | |

☐ If more space is needed, check box and attach continuation sheets.

CAL2PDF Version3.8

# AMENDMENT TO LOBBYING DISCLOSURE REPORT

**FOR USE BY FILERS AMENDING REPORTS FILED PURSUANT
TO GOVERNMENT CODE SECTIONS 86100-86117**

**FORM 690**
**1990**

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

| | FOR OFFICIAL USE ONLY |
|---|---|
| A | |
| B | |

NAME OF FILER:
UP FROM THE ASHES

NAME OF EMPLOYER OR FIRM: (If this amendment is being filed by a lobbyist)

| BUSINESS ADDRESS OF FILER: (Number and Street) | (City) SAN FRANCIS - CO | (State) CA | (Zip Code) 94108 | TELEPHONE NUMBER: |
|---|---|---|---|---|

**(The information required must correspond to the information provided on the original report filed.)**

1. The following information amends the lobbying disclosure report Form No. F635 executed on 10/30/2019
(Mo. - Day - Year)

for the period 07/01/2019 to 09/30/2019 .

2. Amended information affects items on Part(s) 635 Section(s) C .

3. Describe changes below.

Amend to correct name of Coalition member on Attachment Form 635-C

## VERIFICATION

**I have used all reasonable diligence in preparing this Amendment. I have reviewed the Amendment and to the best of my knowledge the information contained herein is true and complete.**

**I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

| Executed on (Date) 10/31/2019 | At (City and State) Burlingame,CA | By (Signature of Filer) Frank Pitre |
|---|---|---|
| Name of Filer (Type or Print) Frank Pitre | | Title Officer / Board of Directors |

# TEXT ANNOTATION

## PAGE 2

**Schedule**   F635P3B          **Reference No:**   22

## PAGE 5

**Schedule**   S635-C          **Reference No:**   21

## PAGE 5

**Schedule**   S635-C          **Reference No:**   1

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 5

**Schedule**   S635-C                    **Reference No:**   2

## PAGE 5

**Schedule**   S635-C                    **Reference No:**   3

## PAGE 5

**Schedule**   S635-C                    **Reference No:**   4

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 5

**Schedule**   S635-C                    **Reference No:**   5

## PAGE 6

**Schedule**   S635-C                    **Reference No:**   6

## PAGE 6

**Schedule**   S635-C                    **Reference No:**   7

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 6

**Schedule**   S635-C                    **Reference No:**   8

## PAGE 6

**Schedule**   S635-C                    **Reference No:**   9

## PAGE 6

**Schedule**   S635-C                    **Reference No:**   10

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 6

**Schedule**   S635-C                    **Reference No:**   11

## PAGE 6

**Schedule**   S635-C                    **Reference No:**   12

## PAGE 7

**Schedule**   S635-C                    **Reference No:**   13

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 7

**Schedule**   S635-C                    **Reference No:**   14

## PAGE 7

**Schedule**   S635-C                    **Reference No:**   15

## PAGE 7

**Schedule**   S635-C                    **Reference No:**   16

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 7

**Schedule** S635-C                **Reference No:** 17

**PAGE** 7

**Schedule** S635-C                **Reference No:** 18

**PAGE** 8

**Schedule** S640                **Reference No:** 20

CAL2PDF Version3.8

☐ **REPORT OF LOBBYIST EMPLOYER**

(Government Code Section 86116)

**or**

☒ **REPORT OF LOBBYING COALITION**

(2 Cal. Code of Regs. Section 18616.4)

1/13

**FORM 635**
**1993**

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

REPORT COVERS PERIOD FROM  04/01/2019    THROUGH  06/30/2019

CUMULATIVE PERIOD BEGINNING          01/01/2019

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

| FOR OFFICIAL USE ONLY |
|---|
| A |
| B |

NAME OF FILER:

UP FROM THE ASHES

| BUSINESS ADDRESS:  (Number and Street) | (City) | (State) | (Zip Code) | TELEPHONE NUMBER: |
|---|---|---|---|---|
| | SAN FRANCIS - CO | CA | 94108 | |

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

California Legislature and Office of the Governor regarding:  AB 1054

☐ If more space is needed, check box and attach continuation sheets.

**SUMMARY OF PAYMENTS THIS PERIOD**

| | | |
|---|---|---|
| A. Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) ............... | $ | 0.00 |
| B. Total Payments to Lobbying Firms (Part III, Section B, Column 4) ............... | $ | 26500.00 |
| C. Total Activity Expenses (Part III, Section C) ............... | $ | 0.00 |
| D. Total Other Payments to Influence (Part III, Section D) ............... | $ | 70441.47 |
| GRAND TOTAL (A + B + C + D above) ............... | $ | 96941.47 |
| E. Total Payments in Connection with PUC Activities (Part III, Section E) ............... | $ | 0.00 |

F. Campaign Contributions:    ☐ Part IV completed and attached        ☒ No campaign contributions made this period

**VERIFICATION**

I have used all reasonable diligence in preparing this Report.    I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Executed on (Date) 07/28/2019 | At (City and State) Burlingame | By (Signature of Employer or Responsible Officer) Frank  Pitre |
|---|---|---|
| Name of Employer or Responsible Officer (Type or Print) Frank  Pitre | | Title Officer / Board of Directors |

CAL2PDF Version3.8

PERIOD COVERED: _04/01/2019_____ _06/30/2019_____

NAME OF FILER: _UP FROM THE ASHES_

---

**PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT** (See instructions on reverse.)

| Name and Title | Name and Title |
|----------------|----------------|
|                |                |
|                |                |
|                |                |
|                |                |
|                |                |

☐ If more space is needed, check box and attach continuation sheets.

---

**PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES**

| **A. PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS** (See instructions on reverse. Also enter the Amount This Period (Column 1) on Line A of the Summary of Payments section on page 1.) | (1) Amount This Period | (2) Cumulative Total To Date |
|---|---|---|
| | $ 0.00 | $ 0.00 |

**B. PAYMENTS TO LOBBYING FIRMS** (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| McCallum Group,Inc.  Sacramento, CA  95814 | 26500.00 | 0.00 | 0.00 | 26500.00 | 52500.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| ☐ If more space is needed, check box and attach continuation sheets | **TOTAL THIS PERIOD** (Column 4) Also enter the total of Column 4 on Line B of the Summary of Payments section on page 1.  $  26500.00 |

PERIOD COVERED: 04/01/2019   06/30/2019

NAME OF FILER: UP FROM THE ASHES

| | **C. ACTIVITY EXPENSES** (See instructions on reverse.) | | | |
|---|---|---|---|---|
| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | Description of Consideration | Total Amount of Activity |
| | | $ | | $ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more space is needed, check box and attach continuation sheets. ☐

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1. **$ 0.00**

**D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION**
☒ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.)   $ 0.00

2. OTHER PAYMENTS   $ 70441.47

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1.   **$ 70441.47**

**E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION** Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.)   $ 0.00

PERIOD COVERED:   04/01/2019        06/30/2019

NAME OF FILER:  UP FROM THE ASHES

---

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE**   (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of <u>state</u> candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A.   If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which Has Filed A Campaign Disclosure Statement:

Identification Number if Recipient Committee: _____

B.   Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|------|-------------------|--------------------------|--------|
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |

☐ If more space is needed, check box and attach continuation sheets.

NOTE:    Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___04/01/2019___ Through ___06/30/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:

UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Sieglock Law<br><br>Del Mar  CA  92014 | $ 0.00 | $ 0.00 |
| Law Offices of Robert W. Jackson<br><br>Fallbrook  CA  92028<br>Reference No: 2 | $ 0.00 | $ 0.00 |
| Angela Jae Chun<br><br>San Diego  CA  92101<br>Reference No: 3 | $ 0.00 | $ 0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660<br>Reference No: 4 | $ 0.00 | $ 0.00 |
| Corey,Luzaich,de Ghetaldi & Riddle LLP<br><br>Millbrae  CA  94030<br>Reference No: 5 | $ 0.00 | $ 0.00 |
| Dryer Babich Buccola Wood Campora,LLP<br><br>Sacramento  CA  95826<br>Reference No: 6 | $ 0.00 | $ 0.00 |
| Lieff Cabraser Heimann & Bernstein<br><br>San Francisco  CA  94111<br>Reference No: 7 | $ 0.00 | $ 0.00 |

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___04/01/2019___ Through ___06/30/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:

UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Panish,Shea and Boyle LLP<br><br>Los Angeles  CA  90025<br>Reference No: 8 | $ 0.00 | $ 0.00 |
| Robins Cloud LLP<br><br>Santa Monica  CA  90401<br>Reference No: 9 | $ 0.00 | $ 0.00 |
| McNicholas & McNicholas LLP<br><br>Los Angeles  CA  90024<br>Reference No: 10 | $ 0.00 | $ 0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660<br>Reference No: 11 | $ 0.00 | $ 0.00 |
| Skikos Crawford<br><br>San Francisco  CA  94104<br>Reference No: 12 | $ 0.00 | $ 0.00 |
| Cotchett Pitre & McCarthy LLP<br><br>Burlingame  CA  94010<br>Reference No: 13 | $ 0.00 | $ 0.00 |
| Walkup,Melodia,Kelly & Schoenberger<br><br>San Francisco  CA  94108<br>Reference No: 14 | $ 0.00 | $ 0.00 |

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___04/01/2019___ Through ___06/30/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:

UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Watts Guerra<br><br>San Antonio TX 78257<br>Reference No: 15 | $ 0.00 | $ 0.00 |
| California Fire Lawyers<br><br>Solana Beach CA 92075 | $ 15000.00 | $ 22500.00 |
| Bridgford,Gleason & Artinian<br><br>Newport Beach CA 92660 | $ 12500.00 | $ 12500.00 |
| Abbey,Weitzenber,Warren & Emery PC<br><br>Santa Rosa CA 95401 | $ 50000.00 | $ 50000.00 |
| Levin Simes Abrams LLP<br><br>San Francisco CA 94111 | $ 25000.00 | $ 25000.00 |
| Franz Law Group<br><br>San Francisco CA 94105 | $ 22500.00 | $ 22500.00 |

(8/95)

CAL2PDF Version3.8

# Attachment Form 640

(Attachment to Form 635 or Form 645)

PERIOD COVERED:    04/01/2019--06/30/2019

NAME OF FILER:    UP FROM THE ASHES

---

**For Use By:**    A state or local government agency that qualifies as a lobbyist employer or a $5,000 filer. Refer to the instructions on the cover page before completing this attachment.

**Other Payments to Influence Legislative or Administrative Action:**

| | | |
|---|---|---|
| 1. | Total payments for overhead expenses related to lobbying activity. <u>Report as a lump sum.</u> ................ | $ 0.00 |
| 2. | Total payments to Lobbying Coalitions. <u>Report as a lump sum.</u> ...................... (Form 630 must be attached) | $ 0.00 |
| 3. | Total payments of less than $250 during the calendar quarter for lobbying activity (excluding overhead).  <u>Report as a lump sum.</u> ...................... | $ 0.00 |
| 4. | Total payments of more than $250 during the calendar quarter for lobbying activity (excluding overhead).  Such payments must be itemized below. ..................... | $ 70441.47 |
| 5. | Grand total of "Other Payments to Influence Legislative or Administrative Action."  Also enter this total on the appropriate line of the Summary of Payments section on Page 1 of Form 635 or Form 645. ............. | $ 70441.47 |

---

Itemize below payments of $250 or more made during the quarter for lobbying activity. Provide the name and address of the payee, the amount paid during the quarter, and the cumulative amount paid to the payee since January 1 of the biennial legislative session covered by the report.

Also itemize dues or similar payments of $250 or more made to an organization that makes expenditures equal to 10% of its total expenditures or $15,000 or more in a calendar quarter to influence legislative or administrative action.  Provide the organization's name and address, the amount paid to the organization during the quarter, and the cumulative amount paid to the organization since January 1 of the biennial legislative session covered by the report.

| Name & Address of Payee | Amount This Quarter | Cumulative Amount Since January 1 |
|---|---|---|
| [A] - McNally Temple Associates,Inc.<br><br>Sacramento  CA  95811<br>Reference No: 22 | $ 70441.47 | $ 72808.47 |
| | $ | $ |
| | $ | $ |
| Subtotal of all payments itemized above | $ 70441.47 | |

☐ If more space is needed, check box and attach continuation sheets.

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE  5

**Schedule**   S635-C            **Reference No:**   2

## PAGE  5

**Schedule**   S635-C            **Reference No:**   3

## PAGE  5

**Schedule**   S635-C            **Reference No:**   4

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE  5

**Schedule**   S635-C                    **Reference No:**   5

## PAGE  5

**Schedule**   S635-C                    **Reference No:**   6

## PAGE  5

**Schedule**   S635-C                    **Reference No:**   7

CAL2PDF Version3.8

# TEXT ANNOTATION

## PAGE 6

**Schedule** S635-C       **Reference No:** 8

## PAGE 6

**Schedule** S635-C       **Reference No:** 9

## PAGE 6

**Schedule** S635-C       **Reference No:** 10

CAL2PDF Version3.8

# TEXT ANNOTATION

**Schedule** S635-C        **Reference No:** 11

**Schedule** S635-C        **Reference No:** 12

**Schedule** S635-C        **Reference No:** 13

# TEXT ANNOTATION

## PAGE 6

**Schedule**    S635-C                **Reference No:**    14

## PAGE 7

**Schedule**    S635-C                **Reference No:**    15

## PAGE 8

**Schedule**    S640                   **Reference No:**    22

CAL2PDF Version3.8

☐ **REPORT OF LOBBYIST EMPLOYER**

(Government Code Section 86116)

**or**

☒ **REPORT OF LOBBYING COALITION**

(2 Cal. Code of Regs. Section 18616.4)

**FORM 635**
**1993**

**IMPORTANT:** Lobbying Coalitions must attach a completed Form 635-C to this Report.

REPORT COVERS PERIOD FROM 01/01/2019 THROUGH 03/31/2019

CUMULATIVE PERIOD BEGINNING 01/01/2019

| FOR OFFICIAL USE ONLY |
|---|
| A |
| B |

**TYPE OR PRINT IN INK**

For information required to be provided to you pursuant to the Information Practices Act of 1977, see Information Manual on Lobbying Disclosure Provisions of the Political Reform Act.

NAME OF FILER:

UP FROM THE ASHES

| BUSINESS ADDRESS: (Number and Street) | (City) | (State) | (Zip Code) | TELEPHONE NUMBER: |
|---|---|---|---|---|
| | SAN FRANCIS - CO | CA | 94108 | |

**PART I - LEGISLATIVE OR STATE AGENCY ADMINISTRATIVE ACTIONS ACTIVELY LOBBIED DURING THE PERIOD**
(See instructions on reverse.)

California Legislature and Office of the Governor regarding: Wild Fire Safety,Wildfire Safety Funding,CPUC Reform,Issues dealing with - Utilities Safety and reform.

☐ If more space is needed, check box and attach continuation sheets.

**SUMMARY OF PAYMENTS THIS PERIOD**

| | | |
|---|---|---|
| A. Total Payments to In-House Employee Lobbyists (Part III, Section A, Column 1) ............... | $ | 0.00 |
| B. Total Payments to Lobbying Firms (Part III, Section B, Column 4) ............... | $ | 26000.00 |
| C. Total Activity Expenses (Part III, Section C) ............... | $ | 0.00 |
| D. Total Other Payments to Influence (Part III, Section D) ............... | $ | 2367.00 |
| GRAND TOTAL (A + B + C + D above) ............... | $ | 28367.00 |
| E. Total Payments in Connection with PUC Activities (Part III, Section E) ............... | $ | 0.00 |

F. Campaign Contributions: ☐ Part IV completed and attached    ☒ No campaign contributions made this period

**VERIFICATION**

I have used all reasonable diligence in preparing this Report.    I have reviewed the Report and to the best of my knowledge the information contained herein and in the attached schedules is true and complete.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Executed on (Date) 04/18/2019 | At (City and State) Burlingame | By (Signature of Employer or Responsible Officer) Frank Pitre |
|---|---|---|
| Name of Employer or Responsible Officer (Type or Print) Frank Pitre | | Title Officer / Board of Directors |

CAL2PDF Version3.8

PERIOD COVERED: 01/01/2019      03/31/2019

NAME OF FILER: UP FROM THE ASHES

---

## PART II - PARTNERS, OWNERS, AND EMPLOYEES WHOSE "LOBBYIST REPORTS" (FORM 615) ARE ATTACHED TO THIS REPORT (See instructions on reverse.)

| Name and Title | Name and Title |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

☐ If more space is needed, check box and attach continuation sheets.

## PART III - PAYMENTS MADE IN CONNECTION WITH LOBBYING ACTIVITIES

| **A. PAYMENTS TO IN-HOUSE EMPLOYEE LOBBYISTS** (See instructions on reverse. Also enter the Amount This Period (Column 1) on Line A of the Summary of Payments section on page 1.) | (1) Amount This Period | (2) Cumulative Total To Date |
|---|---|---|
|  | $ 0.00 | $ 0.00 |

**B. PAYMENTS TO LOBBYING FIRMS** (Including Individual Contract Lobbyists)

| Name and Address of Lobbying Firm/Independent Contractor | (1) Fees & Retainers | (2) Reimbursements of Expenses | (3) Advances or Other Payments (attach explanation) | (4) Total This Period | (5) Cumulative Total to Date |
|---|---|---|---|---|---|
| McCallum Group,Inc.<br><br>Sacramento, CA 95814 | 26000.00 | 0.00 | 0.00 | 26000.00 | 26000.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

☐ If more space is needed, check box and attach continuation sheets

**TOTAL THIS PERIOD** (Column 4) Also enter the total of Column 4 on Line B of the Summary of Payments section on page 1.          $ 26000.00

PERIOD COVERED: 01/01/2019    03/31/2019

NAME OF FILER: UP FROM THE ASHES

## C. ACTIVITY EXPENSES (See instructions on reverse.)

| Date | Name and Address of Payee | Name and Official Position of Reportable Persons and Amount Benefiting Each | | Description of Consideration | Total Amount of Activity |
|------|---------------------------|---------------------------------------------------------------------------|---|------------------------------|--------------------------|
| | | | $ | | $ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ If more space is needed, check box and attach continuation sheets.

TOTAL SECTION C (Activity Expenses) Also enter the total of Section C on Line C of the Summary of Payments section on page 1.  $ 0.00

## D. OTHER PAYMENTS TO INFLUENCE LEGISLATIVE OR ADMINISTRATIVE ACTION

☒ NOTE: State and local government agencies do not complete this section. Check box and complete Attachment Form 640 instead.

1. PAYMENTS TO LOBBYING COALITIONS (NOTE: You must attach a completed Form 630 to this Report.)    $ 0.00

$ 2367.00

2. OTHER PAYMENTS

TOTAL SECTION D (1 + 2) Also enter the total of Section D on Line D of the Summary of Payments section on page 1.    $ 2367.00

## E. PAYMENTS IN CONNECTION WITH ADMINISTRATIVE TESTIMONY IN RATEMAKING PROCEEDINGS BEFORE THE CALIFORNIA PUBLIC UTILITIES COMMISSION
Also, enter the total of Section E on Line E of the Summary of Payments section on page 1. (See instructions on reverse.)    $ 0.00

4/9

PERIOD COVERED:  01/01/2019        03/31/2019

NAME OF FILER:  UP FROM THE ASHES

---

**PART IV -- CAMPAIGN CONTRIBUTIONS MADE**    (Monetary and non-monetary campaign contributions of $100 or more made to or on behalf of <u>state</u> candidates, elected state officers and any of their controlled committees, or committees supporting such candidates or officers must be reported in A or B below.)

A.  If the contributions made by you during the period covered by this report, or by a committee you sponsor, are contained in a campaign disclosure statement which is on file with the Secretary of State, report the name of the committee and its identification number, if any, below.

Name of Major Donor or Recipient Committee Which
Has Filed A Campaign Disclosure Statement:

Identification Number if
Recipient Committee: _____

B.  Contributions of $100 or more which have not been reported on a campaign disclosure statement, including contributions made by an organization's sponsored committee, must be itemized below.

| Date | Name of Recipient | I.D. Number if Committee | Amount |
|------|-------------------|--------------------------|--------|
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |
|      |                   |                          | $      |

☐ If more space is needed, check box and attach continuation sheets.

NOTE:    Disclosure in this report does not relieve a filer of any obligation to file the campaign disclosure statements required by Gov. Code Section 84200, et seq.

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page 105 of 148

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___01/01/2019___ Through ___03/31/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| Bridgford,Gleason & Artinian<br><br>Newport Beach  CA  92660 | $    0.00 | $    0.00 |
| Abbey,Weitzenber,Warren & Emery PC<br><br>Santa Rosa  CA  95401 | $    0.00 | $    0.00 |
| Levin Simes Abrams LLP<br><br>San Francisco  CA  94111 | $    0.00 | $    0.00 |
| Franz Law Group<br><br>San Francisco  CA  94105<br>Reference No: 4 | $    0.00 | $    0.00 |
| Sieglock Law<br><br>Del Mar  CA  92014<br>Reference No: 5 | $    0.00 | $    0.00 |
| Law Offices of Robert W. Jackson<br><br>Fallbrook  CA  92028 | $    0.00 | $    0.00 |
| Angela Jae Chun<br><br>San Diego  CA  92101 | $    0.00 | $    0.00 |

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

6/9

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___01/01/2019___ Through ___03/31/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:
UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| California Fire Lawyers<br><br>Solana Beach  CA  92075 | $ 7500.00 | $ 7500.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660 | $ 0.00 | $ 0.00 |
| Corey,Luzaich,de Ghetaldi & Riddle LLP<br><br>Millbrae  CA  94030 | $ 0.00 | $ 0.00 |
| Dryer Babich Buccola Wood Campora,LLP<br><br>Sacramento  CA  95826 | $ 0.00 | $ 0.00 |
| Lieff Cabraser Heimann & Bernstein<br><br>San Francisco  CA  94111 | $ 0.00 | $ 0.00 |
| Panish,Shea and Boyle LLP<br><br>Los Angeles  CA  90025 | $ 0.00 | $ 0.00 |
| Robins Cloud LLP<br><br>Santa Monica  CA  90401 | $ 0.00 | $ 0.00 |

**(8/95)**

Case: 19-30088   Doc# 11005-1   Filed: 08/02/21   Entered: 08/02/21 14:14:32   Page 107 of 148

CAL2PDF Version3.8

# ATTACHMENT FORM 635-C
# PAYMENTS RECEIVED BY TO LOBBYING COALITIONS

(Attachment to Form 635)

**FORM 635-C**
**1990**

Period Covered ___01/01/2019___ Through ___03/31/2019___

Cumulative Period Beginning ___01/01/2019___

Name of Lobbying Coalition:

UP FROM THE ASHES

| Name and Business Address of Coalition Members | Amount Received This Period | Cumulative Amount Received Since January 1 of Biennial Legislative Session |
|---|---|---|
| McNicholas & McNicholas LLP<br><br>Los Angeles  CA  90024 | $          0.00 | $          0.00 |
| Robinson Calcagnie,Inc.<br><br>Newport Beach  CA  92660 | $          0.00 | $          0.00 |
| Skikos Crawford<br><br>San Francisco  CA  94104 | $          0.00 | $          0.00 |
| Cotchett Pitre & McCarthy LLP<br><br>Burlingame  CA  94010 | $          0.00 | $          0.00 |
| Walkup,Melodia,Kelly & Schoenberger<br><br>San Francisco  CA  94108 | $          0.00 | $          0.00 |
| Watts Guerra<br><br>San Antonio  TX  78257 | $          0.00 | $          0.00 |

Case: 19-30088   Doc# 11005-1   Filed: 08/02/21   Entered: 08/02/21 14:14:32   Page 108 of 148

**(8/95)**

CAL2PDF Version3.8

# Attachment Form 640

(Attachment to Form 635 or Form 645)

CALIFORNIA
1993 FORM

**640**

8/9

PERIOD COVERED:  01/01/2019 -- 03/31/2019

NAME OF FILER:  UP FROM THE ASHES

---

**For Use By:** A state or local government agency that qualifies as a lobbyist employer or a $5,000 filer. Refer to the instructions on the cover page before completing this attachment.

**Other Payments to Influence Legislative or Administrative Action:**

1. Total payments for overhead expenses related to lobbying activity. Report as a lump sum. .................. $ 0.00

2. Total payments to Lobbying Coalitions. Report as a lump sum. .................. $ 0.00
   (Form 630 must be attached)

3. Total payments of less than $250 during the calendar quarter for lobbying activity (excluding overhead). Report as a lump sum. .................. $ 0.00

4. Total payments of more than $250 during the calendar quarter for lobbying activity (excluding overhead). Such payments must be itemized below. .................. $ 2367.00

5. Grand total of "Other Payments to Influence Legislative or Administrative Action." Also enter this total on the appropriate line of the Summary of Payments section on Page 1 of Form 635 or Form 645. .................. $ 2367.00

---

Itemize below payments of $250 or more made during the quarter for lobbying activity. Provide the name and address of the payee, the amount paid during the quarter, and the cumulative amount paid to the payee since January 1 of the biennial legislative session covered by the report.

Also itemize dues or similar payments of $250 or more made to an organization that makes expenditures equal to 10% of its total expenditures or $15,000 or more in a calendar quarter to influence legislative or administrative action. Provide the organization's name and address, the amount paid to the organization during the quarter, and the cumulative amount paid to the organization since January 1 of the biennial legislative session covered by the report.

| Name & Address of Payee | Amount This Quarter | Cumulative Amount Since January 1 |
|---|---|---|
| [A] - McNally Temple Associates,Inc.<br><br>Sacramento  CA  95811 | $ 2367.00 | $ 2367.00 |
| | $ | $ |
| | $ | $ |
| Subtotal of all payments itemized above | $ 2367.00 | |

☐ If more space is needed, check box and attach continuation sheets.

Case: 19-30088   Doc# 11005-1   Filed: 08/02/21   Entered: 08/02/21 14:14:32   Page 109 of 148

CAL2PDF Version3.8

# TEXT ANNOTATION

**PAGE** 5

**Schedule**   S635-C          **Reference No:**   4

**PAGE** 5

**Schedule**   S635-C          **Reference No:**   5

CAL2PDF Version3.8

# BELL, McANDREWS & HILTACHK, LLP
Attorneys and Counselors at Law

455 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814

———

(916) 442-7757
FAX (916) 442-7759

August 14, 2020

Via email dissolution@doj.ca.gov

California Attorney General's Office
Registry of Charitable Trusts
ATTN: Dissolution Program
1300 I Street
Sacramento, CA 95814

      RE:    Up from the Ashes (Corp. No. 4140559)
               Request for Waiver of Objections to Dissolution

Dear Sir or Madame:

All Members of the Board of Directors of the above-referenced corporation have elected to dissolve the corporation. The corporation requests the Attorney General issue a Waiver of Objections to the dissolution.

The corporation has $6,569.45 remaining after satisfying its known debts and liabilities, and requests a Waiver of Objections as to its proposal to distribute the full amount of the funds to the following organization, which is consistent with the corporation's Articles and Bylaws:

United Policyholders                         Corporate Number C1521679
381 Bush Street, 8th Floor            RCT Number 084806
San Francisco, CA 94104              EIN 94-3162024
Phone (415) 393-3990                Email info@uphelp.org

To enable you to issue the Waiver of Objections, enclosed please find the following:

- copy of the Certificate of Dissolution
- IRS Form 990 for the last three accounting periods
- financial statement and balance sheet for the current accounting period

A filed copy of the Certificate of Dissolution will be submitted after it is processed by the Secretary of State.

Please don't hesitate to contact me if any additional information is needed to complete the dissolution process.

                          Very truly yours,

                          Ashlee N. Titus, Attorney/Agent



**Secretary of State**

**Nonprofit Certificate of Dissolution**

(California Nonprofit Corporation ONLY)

| DISS NP |
|---|

**IMPORTANT — Read Instructions before completing this form.**

There is **No Fee** for filing a Nonprofit Certificate of Dissolution

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**Attorney General Letter:** All nonprofit **public benefit** and **religious** nonprofit corporations are required to get a letter from the California Attorney General's office waiving objections to the nonprofit corporation's distribution of assets, or confirming the nonprofit corporation has no assets. If your corporation is a public benefit or religious corporation, you **must** attach that letter to this Nonprofit Certificate of Dissolution (see instructions).

**This Space For Office Use Only**

**1. Corporate Name** (Enter the exact name of the nonprofit corporation as it is recorded with the California Secretary of State.)

Up from the Ashes

**2. 7-Digit Secretary of State File Number**

4140559

**3. Election**

☑ The dissolution was made by a vote of **ALL** of the members, or if there are no members, by a vote of **ALL** of the directors of the California nonprofit corporation.

**Note:** If the above box is **not** checked, a **Nonprofit Certificate of Election to Wind Up and Dissolve** (Form ELEC NP) must be filed prior to or together with this Nonprofit Certificate of Dissolution. (California Corporations Code sections 6611, 8611, 9680 and 12631.)

**4. Debts and Liabilities** (Check the applicable statement. Only **one** box may be checked. If second box is checked, you must include the required information in an attachment.)

☑ The known debts and liabilities have been actually paid or paid as far as its assets permitted.

☐ The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

☐ The nonprofit corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS NP.)

a. The nonprofit corporation has been completely wound up and is dissolved.

b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

c. For Mutual Benefit or General Cooperative Corporations ONLY: The known assets have been distributed to the persons entitled thereto or the nonprofit corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements. Do not use a computer generated signature.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

See Attachment

| Date | Signature | Type or Print Name |
|---|---|---|
| | | |
| Date | Signature | Type or Print Name |
| | | |
| Date | Signature | Type or Print Name |

DISS NP (REV 07/2019)

ATTACHMENT TO

NONPROFIT CERTIFICATE OF DISSOLUTION

Up from the Ashes

VERIFICATION & EXECUTION

I declare under penalty of perjury under the laws of the State of California that the matters set forth in the certificate are true and correct of my own knowledge.

August 6, 2020
_____
Date

_____
Signature

Michael Kelly
_____
Type or Print Name

ATTACHMENT TO

NONPROFIT CERTIFICATE OF DISSOLUTION

Up from the Ashes

VERIFICATION & EXECUTION

I declare under penalty of perjury under the laws of the State of California that the matters set forth in the certificate are true and correct of my own knowledge.

AUG 6 2020
_____    _____    Frank Pitre
Date                        Signature                  Type or Print Name

ATTACHMENT TO

NONPROFIT CERTIFICATE OF DISSOLUTION

Up from the Ashes

VERIFICATION & EXECUTION

I declare under penalty of perjury under the laws of the State of California that the matters set forth in the certificate are true and correct of my own knowledge.

8/6/2020
Date

Signature

Steve Campora
Type or Print Name

**Up from the Ashes**
**FINANCIAL SUMMARY**
**Ending August 2020**

|  |  | August | YTD |
|---|---|---|---|
| **Beginning Cash on Hand** |  | $8,116.17 | $43,775.44 |
| **INCOME:** |  |  |  |
|  | Contributions and Grants Received | $0.00 | $0.00 |
|  | Membership and Dues | $0.00 | $0.00 |
|  | In-Kind Contributions Received | $0.00 | $0.00 |
|  | Program Service Revenue | $0.00 | $0.00 |
|  | Investment Income | $0.00 | $0.00 |
|  | Other Revenue | $0.00 | $0.00 |
|  | **Total Income:** | $0.00 | $0.00 |
| **EXPENDITURES:** |  |  |  |
| 1 | Grants and Similar Amounts Paid | $0.00 | $0.00 |
| 2 | Benefits Paid To or For Members | $0.00 | $0.00 |
| 3 | Salaries, Other Compensation, Employee Benefits | $0.00 | $0.00 |
| 4 | Fees for Services | $0.00 | $0.00 |
| 4.1 | Management | $0.00 | $0.00 |
| 4.2 | Legal | $1,546.72 | $6,124.99 |
| 4.3 | Accounting | $0.00 | $1,000.00 |
| 4.4 | Lobbying | $0.00 | $30,000.00 |
| 4.5 | Professional Fundraising Services | $0.00 | $0.00 |
| 4.6 | Other | $0.00 | $0.00 |
| 5 | Advertising and Promotion | $0.00 | $0.00 |
| 6 | Office Expenses | $0.00 | $81.00 |
| 7 | Information Technology | $0.00 | $0.00 |
| 8 | Travel | $0.00 | $0.00 |
| 9 | Payments of Travel/Entertainment Expenses for Any Public Officials | $0.00 | $0.00 |
| 10 | Conferences, Conventions, and Meetings | $0.00 | $0.00 |
| 11 | Insurance | $0.00 | $0.00 |
| 12 | Other Expenses | $0.00 | $0.00 |
| 12.1 | Campaign Paraphernalia | $0.00 | $0.00 |
| 12.2 | Postage and Shipping | $0.00 | $0.00 |
| 12.3 | Literature | $0.00 | $0.00 |
| 12.4 | Phone Banks | $0.00 | $0.00 |
| 12.5 | Polling and Survey Research | $0.00 | $0.00 |
|  | **Total Expenses:** | $1,546.72 | $37,205.99 |
| **ADJUSTMENTS:** |  |  |  |
|  | Accounts Payable | $0.00 | $0.00 |
|  | Bank Service Charges | $0.00 | $0.00 |
|  | Transfer | $0.00 | $0.00 |
|  | Voided Checks - Prior Period | $0.00 | $0.00 |
| **Ending Cash on Hand as of 08/31/20** |  | $6,569.45 | $6,569.45 |
| **ASSETS** |  |  |  |
|  | Checking Account | $6,569.45 |  |
|  | Money Market Account | $0.00 |  |
|  | **Total Assets:** | $6,569.45 |  |
| **LIABILITIES** |  |  |  |
|  | Accounts Payable | $0.00 |  |
|  | Loans Outstanding | $0.00 |  |
|  | **Total Liabilities:** | $0.00 |  |

# Up from the Ashes
## Transaction Detail by Account
### January 1 through August 14, 2020

| Date | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|
| **Income** | | | | | |
| **Expense** | | | | | |
| **4-Fees for Services** | | | | | |
| 01/13/2020 | 10084 | Bell, McAndrews & ... | 2793.01 - Oct... | 4-Fees for Services | 1,046.52 |
| 03/12/2020 | 10086 | Bell, McAndrews & ... | 2793.01 - Ja... | 4-Fees for Services | 1,348.95 |
| 04/10/2020 | 10088 | Bell, McAndrews & ... | 2793.01 - Ma... | 4-Fees for Services | 400.86 |
| 05/11/2020 | 10091 | Bell, McAndrews & ... | 2793.01 - Apr... | 4-Fees for Services | 684.93 |
| 06/10/2020 | 10092 | Bell, McAndrews & ... | 2793.01 - Ma... | 4-Fees for Services | 398.31 |
| 07/10/2020 | 10094 | Bell, McAndrews & ... | 2793.01 - Ju... | 4-Fees for Services | 698.70 |
| 08/14/2020 | 10096 | Bell, McAndrews & ... | 2793.01 - Jul... | 4-Fees for Services | 546.72 |
| 08/14/2020 | 10097 | Bell, McAndrews & ... | 2793.01 - Cli... | 4-Fees for Services | 1,000.00 |
| **Total 4-Fees for Services** | | | | | 6,124.99 |
| **4.3-Accounting** | | | | | |
| 06/15/2020 | 10093 | John Waddell & Co.... | Client No. 84... | 4.3-Accounting | 1,000.00 |
| **Total 4.3-Accounting** | | | | | 1,000.00 |
| **4.4-Lobbying** | | | | | |
| 01/07/2020 | 10083 | McCallum Group, Inc. | Invoices 102... | 4.4-Lobbying | 23,000.00 |
| 03/04/2020 | 10085 | McCallum Group, Inc. | Invoices 103... | 4.4-Lobbying | 7,000.00 |
| 07/28/2020 | 10083 | McCallum Group, Inc. | VOID - CHE... | 4.4-Lobbying | -23,000.00 |
| 07/28/2020 | 10095 | McCallum Group, Inc. | Check Re-Iss... | 4.4-Lobbying | 23,000.00 |
| **Total 4.4-Lobbying** | | | | | 30,000.00 |
| **6-Office Expenses** | | | | | |
| 03/23/2020 | 10087 | Secretary of State | C4140559 - ... | 6-Office Expenses | 21.00 |
| 05/04/2020 | 10089 | Franchise Tax Board | Filing Fee - E... | 6-Office Expenses | 10.00 |
| 05/04/2020 | 10090 | Attorney General's ... | Filing Fee - E... | 6-Office Expenses | 50.00 |
| **Total 6-Office Expenses** | | | | | 81.00 |
| **Total Expense** | | | | | 37,205.99 |
| **Net Income** | | | | | -37,205.99 |

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page
117 of 148

## COMPLAINT AND REQUEST FOR INVESTIGATION OF VIOLATIONS OF THE POLITICAL REFORM ACT

The International Brotherhood of Electrical Workers Local # 1245 hereby files this Complaint against Up from the Ashes and unknown persons for violations of the Political Reform Act.

Up from the Ashes (UFTA) is a front organization created to conceal the identities of law firms who do not want the public to know they are paying a lobbyist to persuade the government to preserve billions of dollars in legal fees. This deprives the public of their right under California law to know who is paying to influence their government so they can evaluate those efforts and the behavior of their government. We urge the FPPC to enforce the law and vindicate the public's rights by investigating UFTA and its backers, and compelling those behind it to disclose their identities.

### BACKGROUND

UFTA was registered on April 11, 2018 with the California Secretary of State as a California nonprofit organization. (See Exhibit 1.) A lobbyist then disclosed that—on that very same day—he began lobbying on behalf UFTA and that its address is 650 California Street, 6th Floor, in San Francisco. (See Exhibit 2.) UFTA's San Francisco address is also the address of the person it disclosed as its 'responsible officer,' Frank Pitre.

Mr. Pitre is a trial lawyer with the firm of Cotchett, Pitre & McCarthy, LLP. He is a past President of the Consumer Attorneys of California (CAOC), an association of plaintiff's attorneys, and his firm is currently identified as a "Benefactor" of the CAOC's "President's Club." Mr. Pitre's biography on his firm website also states that he was "appointed as Co-Lead Counsel on behalf of the victims of the North Bay Wild Fires." (https://www.cpmlegal.com/attorneys-Frank-Pitre.html.) On April 30, 2018, on a segment of the 10:00 p.m. news on KTVU2, Mr. Pitre attacked PG&E for lobbying the California government with regard to its potential liability for damage caused by fires in the future.

Patrick McCallum of the McCallum Group, a lobbyist who is also a victim of the North Bay fires, has begun a campaign to influence California's government to advance the trial lawyers' interests. Although Mr. McCallum's personal experience during the fires deserves sympathy, it does not give him license to help Mr. Pitre and UFTA's other backers deceive the people of California and violate the law. And yet, from its inception, Mr. McCallum's lobbying campaign

on behalf of UFTA has included explicit efforts to misinform the public about the nature of UFTA.

On April 12, the day after UFTA registered itself as a nonprofit corporation with the Secretary of State, McCallum falsely claimed in an opinion piece published by the Sacramento Bee that UFTA is "a coalition of wine country fire victims." Patrick McCallum, *If PG&E started the wine country fires, they should pay. Don't blame climate change*, SACRAMENTO BEE (April 12, 2018) http://www.sacbee.com/opinion/california-forum/article208662829.html. On April 26, McCallum was quoted in an article about insurance claims arising from the North Bay fires published by Fox KTVU. http://www.ktvu.com/news/wine-country-insurance-wars-the-clock-is-ticking. In the article, he deceptively omits the fact he is a lobbyist for UFTA and instead identifies himself as merely a higher education lobbyist. He mentions UFTA, but only to falsely describe it as a group "created by [fire] victims."

McCallum subsequently testified on behalf of UFTA before the Senate Standing Committee on Energy, Utilities and Communications on April 18th, before the Senate Standing Committee on Governmental Organization on April 23rd, and before the Senate Standing Committee on Insurance on April 25th. As with his other public statements, during his testimony on behalf of UFTA, Mr. McCollum claimed that he represented "a coalition of the thousands of fire victims of the recent fires."

As UFTA's paid lobbyist, Mr. McCallum's claims about the nature of the UFTA and the interests it serves are betrayed by the fact that, the day before the Sacramento Bee published his commentary on April 12, he wrote in an email that he was "hired by a group funded by the consumer attorneys . . . The name of the group is Up From the Ashes." Email from Patrick McCollum (April 11, 2018) (Exhibit 3). Indeed, an Amendment to Registration Statement filed by Mr. McCallum on April 12, 2018, included a lobbying a Lobbying Firm Activity Authorization signed by Frank Pitre himself that states that UFTA is in fact a group "with a common economic interest which is principally represented or from which membership or financial support is principally derived" and that interest group is a "[g]roup of individual Law Firms." (Exhibit 4.)

The public has a right to determine if UFTA is nothing more than a means for a group of trial lawyers to profit off of the tragic fires, one part of a public misinformation campaign conducted while hiding their identities behind UFTA. Or if its lobbyist is publicly and repeatedly misrepresenting the nature of the

group he serves.  Only the FPPC has the authority to determine whether UFTA's advocacy or its filings are accurate, because both cannot be.

## LEGAL ANALYSIS

Trial lawyers are paying a seasoned lobbyist to wage an influence campaign on their behalf and using UFTA as a front company to conceal their involvement while their lobbyist publicly misrepresents the nature of that front company as an association of fire victims.  At the close of the next quarter, those law firms must either identify themselves and disclose their conduit payments through UFTA to Mr. McCallum, or the FPPC should compel Mr. McCallum to disclose his true clients and their interests pursuant to Cal. Gov't Code § 86104(d).

Contract lobbyists like Mr. McCallum must register as lobbyists if they are paid or promised $2,000 to lobby in a calendar month.  (2 Cal. Code Regs. § 8239(b).)  Mr. McCallum registered as a lobbyist for UFTA.  When hired by a person, a lobbyist's registration must include the full name, business address, and telephone number of the person employing the lobbyist and "[i]nformation sufficient to identify the nature and interests of the person[.]"  (Cal. Gov't Code § 86104(d).)

Here, Mr. McCallum's registration statement disclosed he represented UFTA but the written authorization for his work was signed by Frank Pitre—as noted above the past President of the Consumer Attorneys of California and Co-Lead Counsel for victims of the North Bay Wild Fires.  In fact, instead of stating that UFTA was a coalition OF wild fire victims, as Mr. McCallum does during his lobbying efforts, Mr. Pitre's authorization for Mr. McCollum's advocacy states that UFTA is a coalition FOR victims of wild fires and, further, that the interest "principally represented or from which membership or financial support [of UFTA] is principally derived" is actually a "[g]roup of individual law firms."

Consequently, either UFTA is publicly misrepresenting itself as a group *of fire victims* when in fact it is *a group of trial lawyers*—or the documents filed by UFTA regarding its nature and interests are inaccurate.  Moreover, if UFTA is a group of trial lawyers "principally represented or from which membership or financial support is principally derived," then the statement of its nature and purpose ("Coalition for victims of California wild fires") on its Lobbying Firm Activity Authorization is also of doubtful accuracy.

UFTA's lobbying authorization form begs the question as to whether the actual clients, or "lobbyist employers" under California Government Code § 82039.5, are the mysterious group of law firms purportedly shielded from view by the creation of a sham organization.  If the law firms number ten or more, they could have qualified and registered as a lobbying coalition.  (2 Cal. Code Regs. § 18616.4)  Members of a lobbying coalition, are required to also disclose the names and addresses of each member and the amount they paid to the coalition. California Government Code § 18616.4(b).  If the law firms are not a lobbying coalition, or number fewer than ten, then <u>each</u> must authorize the lobbying firm as a lobbyist employer.  UFTA's authorization of McCallum to lobby on its behalf indicates that it is NOT a lobbying coalition.  Accordingly, all of the law firms should have filed Lobbying Firm Activity Authorizations (Form 602).

The circumstances will certainly be clarified after the close of the current quarter because California Government Code § 86115 states that "[a]ny person who <u>directly or indirectly</u> makes payments to influence legislative or administrative action of five thousand dollars ($5,000) or more in value in any calendar quarter" must file reports required by California Government Code § 86116 (underscoring added).  Payments triggering this reporting obligation include:

(a)     Direct or indirect payment to a lobbyist . . . by a person employing or contracting for the services of the lobbyist separately or jointly with other persons;

(b)     Payment in support or assistance of a lobbyist or his activities, including but not limited to the direct payment of expenses incurred at the request or suggestion of the lobbyist;

California Government Code § 82045.  Persons who trigger this reporting obligation must disclose:

(a)     Their name, business address, and telephone number of the lobbyist employer or other person filing the report.

(b)     The total amount of payments to each lobbying firm.

(c)     The total amount of all payments to lobbyists employed by the filer.

(d)     A description of the specific lobbying interests of the filer.

(e)     A periodic report completed and verified by each lobbyist employed by a lobbyist employer pursuant to Section 86113 .

(f)     Each activity expense of the filer.   A total of all activity expenses of the filer shall be included.

(g)     The date, amount, and the name of the recipient of any contribution of one hundred dollars ($100) or more made by the filer to an elected state officer, a state candidate, or a committee controlled by an elected state officer or state candidate, or a committee primarily formed to support the officer or candidate.   If this contribution is reported by the filer or by a committee sponsored by the filer in a campaign statement filed pursuant to Chapter 4 which is required to be filed with the Secretary of State, the filer may report only the name of the committee, and the identification number of the committee.

(h) . . . the total of all other payments to influence legislative or administrative action including overhead expenses[.]

California Government Code § 86116.

These lobbying disclosure requirements prevent lobbyists from "[a]ttempt[ing] to create a fictitious appearance of public favor or disfavor of any proposed legislative or administrative action . . ." California Government Code § 86205(d).

## CONCLUSION

Unknown law firms seeking to influence the people and government of California have concocted UFTA as a front organization to conceal themselves from the public scrutiny the law was designed to enable.  In recent years the FPPC has laudably acted to reveal "shadow lobbying" by unregistered consultants and undisclosed entertainment.  In the context of campaigns, the FPPC has long made disclosure of the true source of funding of political spending its top priority.  By requiring Up from the Ashes to fully disclose the identity of the trial lawyers purporting to be a group of fire victims and the true source of its funding, or forcing UFTA to disavow the misrepresentations made in the course of its lobbying, the FPPC will help the public understand and evaluate the driving force behind the organization's messages.



# Up from the Ashes

@ashescoalition · Community Organization

**Learn More**

☐ ashescoalition.com

| Home | About | Events | Photos | More ▼ |

👍 **Like**   💬 **Message**   🔍

## About

See All

ⓘ We are a coalition of fire victims who have come together to fight PG&E, the company suspected of causing the fires that destroyed our homes and devastated our lives. **See Less**

👍 671 people like this

🔔 691 people follow this

🌐 http://ashescoalition.com/

💬 Typically replies within a day
Send Message

🏷 Community Organization

---

**Create Post**

🖼 Photo/Video   📍 Check in   👥 Tag Friends

**Up from the Ashes**
July 11, 2019 · 🌐

https://www.latimes.com/.../la-ol-le-fire-safety-bill...
AND THEY DID! STATE ASSEMBLY PASSED AB 1054 TODAY. Improved fire safety. Increased IOU accountability. Hope for wildfire victims.

**Wildfire Legislative Talking Points A**

We are here today to ask the Legislature to take action and support AB 1054 to help prevent future tragedies, and provide protections for future wildfire victims.

As we know all too well, when a devastating wildfire strikes a community, it is all consuming, requiring a full scale response that lasts years.

(Share personal impact of wildfire and recovery on family, community)

AB 1054 is an important step in creating a safer California and helping to prevent future fires.

AB 1054 imposes strict new safety and accountability standards to avoid future wildfires.

This bill will help to speed resolution for current wildfire victims — so they can finally begin rebuilding their lives.

California can't afford to wait, we as wildfire victims urge the Legislature to pass AB 1054 before the Summer Recess.

**Wildfire Victims Talking Points B**

As a wildfire survivor in the process of rebuilding, I can speak from experience that California wildfire victims deserve a clear path forward when tragedy strikes.

I believe that AB 1054 is an important step on that path.

(Personal statement about experiences and troubles navigating forward, how unstable utilities would compound issue)

This bill enforces safety standards on utilities and creates a clearer process for costs associated with utility caused wildfires – a process that is fair to victims and rate payers and provides certainty for utilities.

This measure also allows for the delivery of safe, affordable and reliable energy, and provides necessary stability to our energy market while protecting rate payers.

California needs a Wildfire Fund. It needs stable utility companies and our communities and wildfire victims need a path forward.

Passing AB 1054 is right for wildfire victims and right for our communities as we rise from the ashes and anticipate future needs of Californians and California communities.





# Meeting with State Legislators
## *Tips and Talking Points*

Meeting with State Legislators isn't something everyone does on a regular basis, but it's also not something to be intimidated by — they are just people, too.

One thing to note as you walk into your first legislator meeting: Don't be insulted if you end up talking with a staff member. The staff member will make sure your concerns are conveyed to the legislator. In many cases, the staff member assigned to a particular bill or policy issue will be the person determining his or her boss' policy position.

## MEETING "HOW TO'S"

**Introduce yourself.** Give your name, your city, the fire you experienced, as well as the organization you are with today — Up from the Ashes.

**Addressing legislators.** When addressing state legislators, call them "Assembly-member [last name]" or "Senator [last name]," depending on the office they hold. When addressing staff, Mr. or Ms. is appropriate.

**Remain focused.** Although the office was given a reason for your visit when scheduling the appointment, make sure it is clear that you are specifically interested in protecting the legal rights of fire victims, and urging appropriate fire protection for the future. If visiting with another person(s), allow enough time for each of you to talk, and try not to repeat each other.

**Allow time for questions and be prepared to respond.** We only expect for you to tell your own story, and respond to questions about yourself, not to answer legislative or policy questions. If you do not know the answer to a question, it is fine to say so — and encourage the member to contact the number on the bottom of the "leave-behind" for answers to policy-related questions.

**Ask the legislator for his or her position on fire victims' legal rights.** Although you may be hesitant to do this, it is important to determine each legislator's position. Please

– more –

note their answer, as you will turn in a form and we will follow up with you after the event.

- Tell those in favor of protecting victims' rights and aggressive prevention measures how much you appreciate their stance.

- Let those who tend to favor protecting utilities know that, although you disagree with them, you hope that they will remain openminded through the process.

- For those who won't give their position, provide them with the "leave-behind" and explain that more information will be forthcoming to help them make up their mind.

## TALKING POINTS

- As a fire victim, my family and I have suffered terrible loss (briefly describe the fire's impact on your life).

- We're asking you to protect our constitutional right to recover for our loss — and to protect the rights of future victims as well. This is a long and painful process. The governor's plan would make it even worse for future victims.

- Reports show many of these fires could have been prevented if the utilities had done what they were supposed to do. I'm not a lawyer, but I understand fairness and common-sense. If someone burns down my property, they need to assume financial responsibility.

- In addition to protecting victim rights, any solution must focus on preventing future fires — and on holding the utilities accountable for following the new fire prevention guidelines.

- Please remember victims when you vote. What you do will have a tremendous impact on our lives.

lobby_activity (3)

| filing_date | filing_id | filer_id | filed_by | employer | compensation | reimbursement | lobbyer | start_date | end_date | interests | amendment_id | form_type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-07-19 | 2480998 | F04848 | lobbyer | Up from the Ashes | 0 | 0 | M33 ADVOCACY INC. | 2020-04-01 | 2020-06-30 | No lobbying activity | 0 | F625 |
| 2021-01-30 | 2502546 | F04848 | lobbyer | Up from the Ashes | 0 | 0 | M33 ADVOCACY INC. | 2020-10-01 | 2020-12-31 | No lobbying activity | 0 | F625 |
| 2020-10-27 | 2524215 | F04848 | lobbyer | Up from the Ashes | 0 | 0 | M33 ADVOCACY INC. | 2020-07-01 | 2020-09-30 | No lobbying activity | 0 | F625 |
| 2020-07-09 | 2463884 | 1400008 | employer | UP FROM THE ASHES | 30000 | 0 | McCallum Group, Inc. | 2020-01-01 | 2020-03-31 | None this period. | 0 | F635 |
| 2020-04-09 | 2473821 | 1400008 | employer | UP FROM THE ASHES | 30000 | 0 | McCallum Group, Inc. | 2020-01-01 | 2020-03-31 | None this period. | 0 | F635 |
| 2020-04-29 | 2465585 | F04848 | lobbyer | Up from the Ashes | 7000 | 0 | MC CALLUM GROUP INC. | 2016-10-01 | 2016-12-31 | No lobbying activity | 0 | F625 |
| 2020-01-31 | 2442430 | 1400008 | employer | UP FROM THE ASHES | 11500 | 0 | McCallum Group, Inc. | 2016-10-01 | 2016-12-31 | California Legislature and Office of the Governor regarding: AB 235 | 0 | F635 |
| 2019-10-31 | 2418232 | 1400008 | employer | UP FROM THE ASHES | 59404.47 | 0 | Other Payments to Influence | 2019-07-01 | 2019-09-30 | California Legislature and Office of the Governor regarding: AB 235 | 1 | F635 |
| 2019-10-31 | 2413504 | F04848 | lobbyer | Up from the Ashes | 27087.83 | 0 | McCallum Group, Inc. | 2019-07-01 | 2019-09-30 | California Legislature and Office of the Governor regarding: AB 235 | 0 | F625 |
| 2019-10-16 | 2413569 | F04848 | lobbyer | Up from the Ashes | 27087.83 | 0 | Up from the Ashes | 2019-07-01 | 2019-09-30 | AB 235 (Legislature, Administration) | 0 | F625 |
| 2019-07-31 | 2366979 | 1400008 | employer | UP FROM THE ASHES | 70441.47 | 0 | Other Payments to Influence | 2019-04-01 | 2019-06-30 | California Legislature and Office of the Governor regarding: AB 1054 | 1 | F635 |
| 2019-07-31 | 2366979 | 1400008 | employer | UP FROM THE ASHES | 35000 | 0 | McCallum Group, Inc. | 2019-04-01 | 2019-06-30 | California Legislature and Office of the Governor regarding: AB 1054 | 0 | F635 |
| 2019-07-12 | 2366879 | F04848 | lobbyer | Up from the Ashes | 35000 | 0 | MC CALLUM GROUP INC. | 2019-04-01 | 2019-06-30 | AB 1054 (Legislature, Administration) | 0 | F625 |
| 2019-04-30 | 2361199 | 1400008 | employer | UP FROM THE ASHES | 2367 | 0 | Other Payments to Influence | 2019-01-01 | 2019-03-31 | California Legislature and Office of the Governor regarding: Wild Fire Safety, Wildfire Safety Funding, CPUC Reform, Issues dealing with Utilities Safety and reform. | 0 | F635 |
| 2019-04-30 | 2361199 | 1400008 | employer | UP FROM THE ASHES | 35000 | 0 | McCallum Group, Inc. | 2019-01-01 | 2019-03-31 | California Legislature and Office of the Governor regarding: Wild Fire Safety, Wildfire Safety Funding, CPUC Reform, Issues dealing with Utilities Safety and reform. | 0 | F635 |
| 2019-04-17 | 2314492 | F04848 | lobbyer | Up from the Ashes | 35000 | 0 | MC CALLUM GROUP INC. | 2019-01-01 | 2019-03-31 | Wildfire Safety, Wildfire Safety Funding, CPUC Reform, Issues dealing with Utilities Safety and Reform (Governor, Administration, Legislature) | 0 | F625 |
| 2019-01-31 | 2302204 | 1401102 | lobbyer | MC CALLUM GROUP INC. dba UP FROM ASHES | 0 | 0 | THE QUINTANA CRUZ COMPANY | 2016-10-01 | 2016-12-31 | NONE | 0 | F635 |
| 2019-01-31 | 2348672 | 1400008 | employer | UP FROM THE ASHES | 2066.01 | 0 | Other Payments to Influence | 2018-10-01 | 2016-12-31 | California Legislature and Office of the Governor regarding: SB 901 (Dodd) Conference Report | 1 | F635 |
| 2019-01-31 | 2349672 | 1400008 | employer | UP FROM THE ASHES | 21633.33 | 0 | McCallum Group, Inc. | 2018-10-01 | 2016-12-31 | California Legislature and Office of the Governor regarding: SB 901 (Dodd) Conference Report | 0 | F635 |
| 2019-01-23 | 2336044 | F04848 | lobbyer | Up from the Ashes | 21633.33 | 0 | MC CALLUM GROUP INC. | 2018-10-01 | 2016-12-31 | SB 998 | 0 | F625 |
| 2018-10-31 | 2323043 | 1401102 | lobbyer | MC CALLUM GROUP INC. dba UP FROM ASHES | 33000 | 0 | THE QUINTANA CRUZ COMPANY | 2018-07-01 | 2018-09-30 | SB 998 | 0 | F635 |
| 2018-10-31 | 2323275 | 1400008 | employer | UP FROM THE ASHES | 105406.64 | 0 | Other Payments to Influence | 2018-07-01 | 2018-09-30 | California Legislature and Office of the Governor regarding: SB 901 (Dodd) Conference Report | 1 | F635 |
| 2018-10-31 | 2323275 | 1400008 | employer | UP FROM THE ASHES | 54888.99 | 406.5 | McCallum Group, Inc. | 2018-07-01 | 2018-09-30 | California Legislature and Office of the Governor regarding: SB 901 (Dodd) Conference Report | 0 | F635 |
| 2018-10-08 | 2323277 | F04848 | lobbyer | Up from the Ashes | 54888.99 | 406.5 | MC CALLUM GROUP INC. | 2018-07-01 | 2018-09-30 | SB 901 (Dodd) Conference Report | 0 | F625 |
| 2018-08-07 | 2316607 | 1400008 | employer | UP FROM THE ASHES | 609055.97 | 0 | Other Payments to Influence | 2018-04-01 | 2018-06-30 | California Legislature and Office of the Governor regarding: SB 1088 and Liability for fire damage | 1 | F635 |
| 2018-08-07 | 2316607 | 1400008 | employer | UP FROM THE ASHES | 54888.99 | 0 | McCallum Group, Inc. | 2018-04-01 | 2018-06-30 | California Legislature and Office of the Governor regarding: SB 1088 and Liability for fire damage | 0 | F635 |
| 2018-07-31 | 2273780 | 1401102 | lobbyer | MC CALLUM GROUP INC. dba UP FROM ASHES | 15000 | 0 | THE QUINTANA CRUZ COMPANY | 2018-04-01 | 2018-06-30 | LEGISLATURE RE: UTILITIES ISSUES | 0 | F635 |
| 2018-07-12 | 2264223 | F04848 | lobbyer | Up from the Ashes | 54888.99 | 0 | MC CALLUM GROUP INC. | 2018-04-01 | 2018-06-30 | SB 1088, Liability rules for fire damages (Legislature, Administration) | 0 | F625 |

| Blog_url |
| --- |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2485866&amendid=1 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2532546&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2524218&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2458984&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2475667&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2488060&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2442458&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2419235&amendid=1 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2415568&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2588878&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2588876&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2361188&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2574483&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2355004&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2446672&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2348044&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2555459&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2555074&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2555215&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2578807&amendid=1 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2272369&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.aspx?filingid=2264228&amendid=0 |

lobby_activity (2)

| filing_date | filing_id | filer_id | filed_by | employer | compensation | reimbursement | lobbyer | start_date | end_date |
|---|---|---|---|---|---|---|---|---|---|
| 2021-06-10 | 2468175 | F00890 | lobbyer | JONES DAY OBO CENTERBRIDGE PARTNERS, L.P | 5925.40 | 0 | LANG HANSEN O'MALLEY AND MILLER GOVERNMENTAL RELATIONS | 2020-01-01 | 2020-03-31 |
| 2021-05-04 | 2521192 | 1273600 | lobbyer | Jones Day on behalf of Centerbridge Partners, L.P. | 3232.23 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2020-07-01 | 2020-09-30 |
| 2021-05-04 | 2456792 | 1273600 | lobbyer | Jones Day on behalf of Centerbridge Partners, L.P. | 323.68 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2020-04-01 | 2020-06-30 |
| 2021-05-19 | 2471446 | 1273600 | lobbyer | Jones Day on behalf of Centerbridge Partners, L.P. | 662.53 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2020-01-01 | 2020-03-31 |
| 2021-05-19 | 2442191 | 1273600 | lobbyer | Jones Day on behalf of Centerbridge Partners, L.P. | 3230.42 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2019-10-01 | 2019-12-31 |
| 2021-05-19 | 2418887 | 1273600 | lobbyer | Jones Day on behalf of Centerbridge Partners, L.P. | 2272.72 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2019-07-01 | 2019-09-30 |
| 2021-05-19 | 2399106 | 1273600 | lobbyer | Jones Day on behalf of Centerbridge Partners, L.P. | 0 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2019-04-01 | 2019-06-30 |
| 2021-01-29 | 2333717 | F00890 | lobbyer | JONES DAY OBO CENTERBRIDGE PARTNERS LP | 0 | 0 | LANG HANSEN GIROUX & KIDANE | 2020-10-01 | 2020-12-31 |
| 2021-01-29 | 2549305 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-10-01 | 2020-12-31 |
| 2021-01-27 | 2329988 | F00890 | lobbyer | JONES DAY OBO CENTERBRIDGE PARTNERS LP | 3786.06 | 0 | LANG HANSEN O'MALLEY AND MILLER GOVERNMENTAL RELATIONS | 2020-07-01 | 2020-09-30 |
| 2021-01-27 | 2483181 | F00890 | lobbyer | JONES DAY OBO CENTERBRIDGE PARTNERS LP | 133.57 | 0 | LANG HANSEN O'MALLEY AND MILLER GOVERNMENTAL RELATIONS | 2020-04-01 | 2020-06-30 |
| 2021-01-27 | 2443110 | F00890 | lobbyer | JONES DAY OBO CENTERBRIDGE PARTNERS LP | 3706.46 | 0 | LANG HANSEN O'MALLEY AND MILLER GOVERNMENTAL RELATIONS | 2019-10-01 | 2019-12-31 |
| 2021-01-25 | 2549887 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-10-01 | 2020-12-31 |
| 2021-01-25 | 2549887 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | JONES DAY | 2020-10-01 | 2020-12-31 |
| 2021-01-25 | 2549887 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 731.16 | 0 | In-House Lobbying | 2020-10-01 | 2020-12-31 |
| 2020-11-09 | 2527581 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-07-01 | 2020-09-30 |
| 2020-11-06 | 2463824 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-04-01 | 2020-06-30 |
| 2020-11-06 | 2468712 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 1000 | 0 | PJT PARTNERS LP | 2020-01-01 | 2020-03-31 |
| 2020-11-06 | 2436888 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 3000 | 0 | PJT PARTNERS LP | 2019-10-01 | 2019-12-31 |
| 2020-11-06 | 2414562 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2019-07-01 | 2019-09-30 |
| 2020-10-30 | 2527539 | 1418604 | lobbyer | Centerbridge Partners, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-07-01 | 2020-09-30 |
| 2020-10-30 | 2527519 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 6511.88 | 0 | JONES DAY | 2020-07-01 | 2020-09-30 |
| 2020-10-30 | 2527519 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 6511.88 | 0 | PJT PARTNERS LP | 2020-07-01 | 2020-09-30 |
| 2020-10-30 | 2527519 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 2884.56 | 0 | In-House Lobbying | 2020-07-01 | 2020-09-30 |
| 2020-07-31 | 2490348 | 1418604 | lobbyer | Centerbridge Partners, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-04-01 | 2020-06-30 |
| 2020-07-29 | 2462946 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-04-01 | 2020-06-30 |
| 2020-07-29 | 2462946 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | JONES DAY | 2020-04-01 | 2020-06-30 |
| 2020-07-29 | 2462946 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 2403.8 | 0 | In-House Lobbying | 2020-04-01 | 2020-06-30 |
| 2020-04-30 | 2470490 | 1418604 | lobbyer | Centerbridge Partners, L.P. | 4911.55 | 0 | PJT PARTNERS LP | 2020-01-01 | 2020-03-31 |
| 2020-04-29 | 2468723 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 1000 | 0 | PJT PARTNERS LP | 2020-01-01 | 2020-03-31 |
| 2020-04-29 | 2468723 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 4911.55 | 0 | JONES DAY | 2020-01-01 | 2020-03-31 |
| 2020-04-29 | 2468723 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 390.42 | 0 | In-House Lobbying | 2020-01-01 | 2020-03-31 |
| 2020-01-31 | 2442430 | 1418604 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 59989.33 | 0 | JONES DAY | 2019-10-01 | 2019-12-31 |
| 2020-01-30 | 2440086 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 3000 | 0 | PJT PARTNERS LP | 2019-10-01 | 2019-12-31 |
| 2020-01-30 | 2440086 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 59989.33 | 0 | JONES DAY | 2019-10-01 | 2019-12-31 |
| 2020-01-30 | 2440086 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 2468.97 | 0 | Other Payments to Influence | 2019-10-01 | 2019-12-31 |
| 2020-01-30 | 2440086 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 511.44 | 0 | In-House Lobbying | 2019-10-01 | 2019-12-31 |
| 2019-10-29 | 2418336 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 0 | 2272.72 | PJT PARTNERS LP | 2019-07-01 | 2019-09-30 |
| 2019-10-30 | 2418336 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 3400 | 2272.73 | JONES DAY | 2019-07-01 | 2019-09-30 |
| 2019-10-30 | 2418336 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 841.49 | 0 | In-House Lobbying | 2019-07-01 | 2019-09-30 |
| 2019-10-30 | 2411495 | 1418604 | lobbyer | Centerbridge Partners, L.P. | 5672.72 | 0 | JONES DAY | 2019-07-01 | 2019-09-30 |
| 2019-07-31 | 2369219 | 1418604 | lobbyer | Centerbridge Partners, L.P. | 0 | 0 | JONES DAY | 2019-04-01 | 2019-06-30 |
| 2019-07-30 | 2399115 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | JONES DAY | 2019-04-01 | 2019-06-30 |
| 2019-07-30 | 2399115 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 3890.46 | 0 | Other Payments to Influence | 2019-04-01 | 2019-06-30 |
| 2019-07-30 | 2399115 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 891.47 | 0 | In-House Lobbying | 2019-04-01 | 2019-06-30 |
| 2019-07-26 | 2363301 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2019-04-01 | 2019-06-30 |
| 2019-04-29 | 2378136 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 871.06 | 0 | In-House Lobbying | 2019-01-01 | 2019-03-31 |
| 2019-04-29 | 2345792 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 11995.96 | 0 | Other Payments to Influence | 2019-01-01 | 2019-03-31 |
| 2019-01-31 | 2345792 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 1442.26 | 0 | In-House Lobbying | 2018-10-01 | 2018-12-31 |
| 2019-04-30 | 2318988 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 600.95 | 0 | In-House Lobbying | 2018-07-01 | 2018-09-30 |
| 2018-07-25 | 2307882 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 1442.26 | 0 | Other Payments to Influence | 2018-07-01 | 2018-09-30 |
| 2018-04-30 | 2341873 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 3580.62 | 0 | Other Payments to Influence | 2018-01-01 | 2018-03-31 |
| 2018-04-30 | 2341873 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 1261.23 | 0 | In-House Lobbying | 2018-01-01 | 2018-03-31 |
| 2018-04-30 | 2330506 | 1336684 | employer | CENTERBRIDGE PARTNERS, L.P. | 1610.54 | 0 | In-House Lobbying | 2017-10-01 | 2017-12-31 |

| interests | amendment_id | form_type | filing_url |
|---|---|---|---|
| NONE | 6 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2466173&amendid=6 |
| No Longer a Client payment made for prior quarters. | 3 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2631183&amendid=3 |
| No Longer a Client payment made for prior quarters. | 3 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2496702&amendid=3 |
| No Longer a Client payment made for prior quarters. | 3 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2714496&amendid=3 |
| Legislature, Administration, CA Public Utilities Commission, Resources Agency, CalFire re: AB 235, AB 1054, Issues related to PG&E | 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3141916&amendid=1 |
| Legislature, Administration, CA Public Utilities Commission, Resources Agency, CalFire re: AB 235, AB 740, AB 1054, SB 190, 280 | 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3138607&amendid=1 |
| Legislature, Governor's Office, CA Public Utilities Commission, Natural Resources Agency, CalFire re: AB 235, AB 740, AB 1054, SB 280 | 3 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3090138&amendid=3 |
| NONE | 3 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3068713&amendid=3 |
| NONE | 3 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3048658&amendid=3 |
| NONE | 2 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3039896&amendid=2 |
| NONE | 2 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2481919&amendid=2 |
| AB235 | 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3145718&amendid=1 |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2546807&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2548670&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2548873&amendid=0 |
| NONE | 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2527361&amendid=1 |
| NONE | 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2493854&amendid=1 |
| STATE SENATE & ASSEMBLY, OFFICE OF THE GOVERNOR, CA PUBLIC UTILITIES COMMISSION, CA NATURAL RESOURCES AGENCY, CAL FIRE: AB 235, AB 740, AB 1024, SB 190, SB 280. | 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3150809&amendid=1 |
| STATE SENATE & ASSEMBLY, OFFICE OF THE GOVERNOR, CA PUBLIC UTILITIES COMMISSION, CA NATURAL RESOURCES AGENCY, CAL FIRE: AB 235, AB 1054, SB 190, SB 280, SB 280. | 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3143604&amendid=1 |
| None | 0 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2527508&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2527508&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2527519&amendid=0 |
| None | 0 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2486046&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2482646&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2482848&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 2 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2548723&amendid=2 |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2490723&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2490724&amendid=0 |
| None | 0 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3142426&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND, CALIFORNIA LEGISLATURE, OFFICE OF THE GOVERNOR, CA PUBLIC LTE | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3140580&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND, CALIFORNIA LEGISLATURE, OFFICE OF THE GOVERNOR, CA PUBLIC LTE | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3140584&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND, CALIFORNIA LEGISLATURE, OFFICE OF THE GOVERNOR, CA PUBLIC LTE | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3140586&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND, LEGISLATURE, OFFICE OF THE GOVERNOR, CA PUBLIC UTILITIES COMM | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3130356&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND, LEGISLATURE, OFFICE OF THE GOVERNOR, CA PUBLIC UTILITIES COMM | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3130364&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND, LEGISLATURE, OFFICE OF THE GOVERNOR, CA PUBLIC UTILITIES COMM | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3130354&amendid=0 |
| State Senate & Assembly, Office of the Governor, CA Public Utilities Commission, CA Natural Resources Agency, CAL FIRE: AB 235, AB 740, AB 1054, SB 190, SB 290. | 0 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3151458&amendid=0 |
| State Senate and Assembly, Office of the Governor: AB 235, AB 740, AB 1054. | 0 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3148466&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND; LEGISLATURE REGARDING: AB 1054, LEGISLATURE, ADMINISTRATION, CPUC, RESOUR | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3140841&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND; LEGISLATURE REGARDING: AB 1054, LEGISLATURE, ADMINISTRATION, CPUC, RESOUR | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3133864&amendid=0 |
| LEGISLATURE, ADMINISTRATION, CPUC, RESOURCES AGENCY, CALFIRE RE: AB 235, AB 740, AB 1054, SB 290. | 0 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3090941&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, CALSTRS, AND UC REGENTS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2576159&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, CALSTRS, AND UC REGENTS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2546763&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, CALSTRS, AND UC REGENTS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2518886&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, CALSTRS, AND UC REGENTS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=2518981&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, CALSTRS, AND UC REGENTS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3047866&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, CALSTRS, AND UC REGENTS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3014736&amendid=0 |
| PROVISION OF INFORMATION TO CALPERS, CALSTRS, AND UC REGENTS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.org?filingid=3008808&amendid=0 |

lobby_activity (4)

| filing_date | filing_id | filer_id | filed_by | employer | compensation | reimbursement | lobbyer | start_date | end_date | interests | amendment_id | form_type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-02-01 | 2352739 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 480 | 0 | In-House Lobbying | 2020-12-01 | 2020-12-31 | UC Regents: Pension Fund Investments | 0 | F635 |
| 2020-10-30 | 2527388 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 480 | 0 | In-House Lobbying | 2020-07-01 | 2020-09-30 | UC Regents: Pension Fund Investments; State Legislature, Governor's Office: Energy policy issues | 0 | F635 |
| 2020-07-29 | 2452817 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 1920 | 0 | In-House Lobbying | 2020-04-01 | 2020-06-30 | UC Regents: Pension Fund Investments; State Legislature, Governor's Office: Energy policy issues | 0 | F635 |
| 2020-04-30 | 2405828 | F00438 | lobbyer | ELLIOTT MANAGEMENT (DC) CORPORATION | 30000 | 0 | KP PUBLIC AFFAIRS | 2020-01-01 | 2020-03-31 | AB 235, 1054, Legislature and Governor's Office re: wildfire issues | 0 | F635 |
| 2020-04-29 | 2406664 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 30000 | 0 | In-House Lobbying | 2020-01-01 | 2020-03-31 | UC Regents: Pension Fund Investments; State Legislature; AB 235, 1054, wildfire utility issues; Governor's Office: Energy policy issues, wildfire utility issues | 0 | F635 |
| 2020-04-29 | 2406664 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 1440 | 0 | In-House Lobbying | 2020-01-01 | 2020-03-31 | UC Regents: Pension Fund Investments; State Legislature; AB 235, 1054, wildfire utility issues; Governor's Office: Energy policy issues, wildfire utility issues | 0 | F635 |
| 2020-01-31 | 2343124 | F00438 | lobbyer | ELLIOTT MANAGEMENT (DC) CORPORATION | 30000 | 260.11 | KP PUBLIC AFFAIRS | 2019-10-01 | 2019-12-31 | UC Regents: Pension Fund Investments; State Legislature; AB 235, 1054, wildfire utility issues | 0 | F635 |
| 2020-01-30 | 2435177 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 30000 | 260.11 | KP Public Affairs | 2019-10-01 | 2019-12-31 | UC Regents: Pension Fund Investments; State Legislature; AB 235, 1054, wildfire utility issues; Governor's Office: Energy policy issues, wildfire utility issues | 0 | F635 |
| 2019-10-31 | 2415003 | F00438 | lobbyer | ELLIOTT MANAGEMENT (DC) CORPORATION | 10000 | 0 | KP Public Affairs | 2019-07-01 | 2019-09-30 | AB 235, 1054, Legislature and Governor's Office re: wildfire issues | 1 | F635 |
| 2019-10-29 | 2416615 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 10000 | 26.11 | KP Public Affairs | 2019-07-01 | 2019-09-30 | UC Regents: Pension Fund Investments; State Legislature; AB 235, 1054, wildfire utility issues; Governor's Office: Energy policy issues, wildfire utility issues | 0 | F635 |
| 2019-10-29 | 2416615 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 720 | 0 | In-House Lobbying | 2019-07-01 | 2019-09-30 | UC Regents: Pension Fund Investments; State Legislature; AB 235, 1054, wildfire utility issues; Governor's Office: Energy policy issues, wildfire utility issues | 0 | F635 |
| 2019-07-31 | 2367933 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 30000 | 0 | KP Public Affairs | 2019-04-01 | 2019-06-30 | UC Regents; CalSTRS: Pension Fund Investments; State Legislature, Governor's office: Energy policy issues, wildfire issues | 0 | F635 |
| 2019-07-31 | 2367933 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 3380 | 0 | In-House Lobbying | 2019-04-01 | 2019-06-30 | UC Regents; CalSTRS: Pension Fund Investments; State Legislature, Governor's office: Energy policy issues, wildfire issues | 0 | F635 |
| 2019-07-31 | 2367356 | F00438 | lobbyer | ELLIOTT MANAGEMENT (DC) CORPORATION | 30000 | 0 | KP PUBLIC AFFAIRS | 2019-04-01 | 2019-06-30 | Legislature and Governor's Office re: wildfire issues | 1 | F635 |
| 2019-04-30 | 2351691 | F00438 | lobbyer | ELLIOTT MANAGEMENT (DC) CORPORATION | 0 | 0 | KP Public Affairs | 2019-01-01 | 2019-03-31 | Legislature and Governor's Office re: wildfire issues | 3 | F625 |
| 2019-04-30 | 2360614 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 0 | 0 | In-House Lobbying | 2019-01-01 | 2019-03-31 | UC Regents: Pension Fund Investments; State Legislature, Governor's office: Energy policy issues, wildfire issues | 0 | F635 |
| 2019-01-29 | 2311869 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 13090 | 0 | In-House Lobbying | 2018-10-01 | 2018-12-31 | UC Regents; CalSTRS: Pension Fund Investments; State Legislature: Energy policy issues | 0 | F635 |
| 2018-10-30 | 2241889 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 5610 | 0 | In-House Lobbying | 2018-07-01 | 2018-09-30 | UC Regents: Pension Fund Investments: State Legislature: Energy policy issues | 0 | F635 |
| 2018-04-30 | 2242264 | 1338658 | employee | ELLIOTT MANAGEMENT CORPORATION | 2120 | 0 | In-House Lobbying | 2018-01-01 | 2018-03-31 | UC Regents: Pension Fund Investments: State Legislature: Energy policy issues | 0 | F635 |

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page 132 of 148

| filing_url |
| --- |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2532708&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2527388&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2492817&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2498859&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2488848&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2488866&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2443104&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2438177&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2400600&amendid=1 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2416810&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2387500&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2387500&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2387086&amendid=1 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2381661&amendid=2 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2380614&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2311668&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2317160&amendid=0 |
| https://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2243049&amendid=0 |

lobby_activity (3)

| filing_date | filing_id | filer_id | filed_by | employer | compensation | reimbursement | lobbyist | start_date | end_date | interests |
|---|---|---|---|---|---|---|---|---|---|---|
| 2021-03-04 | 2521192 | 1273600 | lobbyer | Jones Day on behalf of Abrams Capital Management LP | 351.77 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2020-07-01 | 2020-09-30 | No longer a client, payment made for prior quarter |
| 2021-03-18 | 2442161 | 1273600 | lobbyer | Jones Day on behalf of Abrams Capital Management LP | 3333.39 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2019-10-01 | 2019-12-31 | Legislature, Administration, CA Public Utilities Commission, Resources Agency, CalFire re: AB 235, AB 1054, Issues related to PG&E |
| 2021-03-18 | 2419867 | 1273600 | lobbyer | Jones Day on behalf of Abrams Capital Management LP | 0 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2019-07-01 | 2019-09-30 | Legislature, Administration, CA Public Utilities Commission, Resources Agency, CalFire re: AB 740, AB 1054, SB 190, 280 |
| 2021-03-18 | 2368106 | 1273600 | lobbyer | Jones Day on behalf of Abrams Capital Management LP | 1136.38 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2019-04-01 | 2019-06-30 | Legislature, Governors Office, CA Public Utilities Commission, Natural Resources Agency, CalFire re: AB 235, AB 740, AB 1054, SB 290 |
| 2021-01-20 | 2549025 | 1417583 | lobbyer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-10-01 | 2020-12-31 | NONE. |
| 2020-11-09 | 2527061 | 1417583 | lobbyer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-07-01 | 2020-09-30 | NONE. |
| 2020-11-09 | 2463824 | 1417583 | lobbyer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-04-01 | 2020-06-30 | NONE. |
| 2020-11-06 | 2460712 | 1417583 | lobbyer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-01-01 | 2020-03-31 | NONE. |
| 2020-11-06 | 2439986 | 1417583 | lobbyer | ABRAMS CAPITAL MANAGEMENT, L.P. | 1500 | 0 | PJT PARTNERS LP | 2019-10-01 | 2019-12-31 | NONE. |
| 2020-11-06 | 2414563 | 1417583 | lobbyer | ABRAMS CAPITAL MANAGEMENT, L.P. | 1500 | 0 | PJT PARTNERS LP | 2019-07-01 | 2019-09-30 | NONE. |
| 2020-01-01 | 2442435 | 1419804 | lobbyer | Abrams Capital Management, L.P. | 15204.89 | 0 | JONES DAY | 2019-07-01 | 2019-12-31 | None. |
| 2019-10-30 | 2417485 | 1419804 | lobbyer | Abrams Capital Management, L.P. | 0 | 0 | JONES DAY | 2019-07-01 | 2019-09-30 | STATE SENATE & ASSEMBLY, OFFICE OF THE GOVERNOR, CA PUBLIC UTILITIES COMMISSION, CA NATURAL RESOURCES AGENCY, CAL FIRE: AB 235, AB 1054, SB 190, SB 290 |
| 2019-10-30 | 2415025 | 1419804 | employer | ABRAMS CAPITAL MANAGEMENT, L.P. | 1500 | 0 | PJT Partners LP | 2019-07-01 | 2019-09-30 | State Senate & Assembly, Office of the Governor, CA Public Utilities Commission, CA Natural Resources Agency, CAL FIRE: AB 235, AB 740, AB 1054, AB 1054, SB 190, SB 290 |
| 2019-10-30 | 2415025 | 1419804 | employer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | Jones Day | 2019-07-01 | 2019-09-30 | State Senate & Assembly, Office of the Governor, CA Public Utilities Commission, CA Natural Resources Agency, CAL FIRE: AB 235, AB 740, AB 1054, AB 1054, SB 190, SB 290 |
| 2019-08-15 | 2369253 | 1419804 | employer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | PJT Partners LP | 2019-04-01 | 2019-06-30 | State Senate & Assembly, Office of the Governor, CA Public Utilities Commission, CA Natural Resources Agency, CAL FIRE: AB 235, AB 740, AB 1054, SB 290. |
| 2019-07-21 | 2369216 | 1419804 | employer | ABRAMS CAPITAL MANAGEMENT, L.P. | 1136.38 | 0 | JONES DAY | 2019-04-01 | 2019-06-30 | State Senate and Assembly, Office of the Governor AB 235, AB 740, AB 1054. |
| 2019-07-26 | 2365991 | 1417583 | lobbyer | Abrams Capital Management, L.P. | 0 | 0 | PJT PARTNERS LP | 2019-04-01 | 2019-06-30 | LEGISLATURE, ADMINISTRATION, CPUC, RESOURCES AGENCY, CALFIRE RE: AB 235, AB 740, AB 1054, SB 290. |

| amendment_id | form_type | filing_url |
|---|---|---|
| 5 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2531192&amendid=5 |
| 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2442161&amendid=1 |
| 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2418887&amendid=1 |
| 3 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2588198&amendid=3 |
| 0 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2546834&amendid=0 |
| 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2527061&amendid=1 |
| 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2449365&amendid=1 |
| 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2468713&amendid=1 |
| 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2439968&amendid=1 |
| 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2410953&amendid=1 |
| 5 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2410358&amendid=5 |
| 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2419058&amendid=1 |
| 0 | F630 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2416525&amendid=0 |
| 1 | F630 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2398622&amendid=1 |
| 0 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2398138&amendid=0 |
| 0 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2393597&amendid=0 |

lobby_activity (8)

| filing_date | filing_id | filer_id | filed_by | employer | compensation | reimbursement | lobbyer | start_date | end_date | interests | amendment_id | form_type | filing_url |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-01-31 | 2554926 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 100000 | 300 | AXIOM ADVISORS | 2020-10-01 | 2020-12-31 | FEES RECEIVED FOR PRIOR REPORTING PERIOD | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2554926&amendid=0 |
| 2021-01-31 | 2554908 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 100000 | 300 | AXIOM ADVISORS | 2020-10-01 | 2020-12-31 | FEES RECEIVED FOR PRIOR REPORTING PERIOD | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2554908&amendid=0 |
| 2020-07-31 | 2487810 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 60000 | 145.81 | AXIOM ADVISORS | 2020-04-01 | 2020-06-30 | ADMINISTRATION RE: PG&E BANKRUPTCY | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2487810&amendid=0 |
| 2020-07-31 | 2484786 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 37549.2 | 0 | Other Payments to Influence | 2020-04-01 | 2020-06-30 | ADMINISTRATION RE: PG&E BANKRUPTCY | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2484786&amendid=0 |
| 2020-07-31 | 2484786 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 60000 | 145.81 | AXIOM ADVISORS | 2020-04-01 | 2020-06-30 | ADMINISTRATION RE: PG&E BANKRUPTCY | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2484786&amendid=0 |
| 2020-04-30 | 2471772 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 151347.02 | 0 | Other Payments to Influence | 2020-01-01 | 2020-03-31 | ADMINISTRATION RE: PG&E BANKRUPTCY | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2471772&amendid=0 |
| 2020-04-30 | 2471742 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 60000 | 0 | AXIOM ADVISORS | 2020-01-01 | 2020-03-31 | ADMINISTRATION RE: PG&E BANKRUPTCY | 1 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2471742&amendid=0 |
| 2020-01-31 | 2444106 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 60000 | 0 | AXIOM ADVISORS | 2019-10-01 | 2019-12-31 | ADMINISTRATION RE: PG&E BANKRUPTCY | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2444106&amendid=0 |
| 2020-01-31 | 2444064 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 100000 | 242 | AXIOM ADVISORS | 2019-10-01 | 2019-12-31 | ADMINISTRATION RE: PG&E BANKRUPTCY | 1 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2444064&amendid=1 |
| 2019-10-31 | 2419661 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 141963.62 | 0 | Other Payments to Influence | 2019-07-01 | 2019-09-30 | NONE | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2419661&amendid=0 |
| 2019-10-31 | 2419661 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 0 | 0 | AXIOM ADVISORS | 2019-07-01 | 2019-09-30 | NONE | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2419661&amendid=0 |
| 2019-10-31 | 2419662 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 0 | 0 | AXIOM ADVISORS | 2019-07-01 | 2019-09-30 | NONE | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2419662&amendid=0 |
| 2019-07-31 | 2389477 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 0 | 0 | AXIOM ADVISORS | 2019-04-01 | 2019-06-30 | AB 1054 | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2389477&amendid=0 |
| 2019-07-31 | 2399080 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 0 | 0 | AXIOM ADVISORS | 2019-04-01 | 2019-06-30 | AB 1054 | 1 | F625 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2399080&amendid=1 |

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page 136 of 148

lobby_activity (7)

| filing_date | filing_id | filer_id | filed_by | employer | compensation | reimbursement | lobbyer | start_date | end_date | interests | amendment_id | form_type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020-04-28 | 2468215 | 1418429 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 25000 | 0 | Weideman Group, Inc. | 2020-01-01 | 2020-03-31 | Legislature. PG&E Bankruptcy Administration. PG&E Bankruptcy | 0 | F635 |
| 2020-04-28 | 2468215 | 1418429 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 100150.40 | 0 | Other Payments to Influence | 2020-01-01 | 2020-03-31 | Legislature. PG&E Bankruptcy Administration. PG&E Bankruptcy | 0 | F635 |
| 2020-04-24 | 2466628 | 1336657 | lobbyer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 25000 | 0 | WEIDEMAN GROUP INC. | 2020-01-01 | 2020-03-31 | LEGISLATURE, ADMINISTRATION RE: PG&E BANKRUPTCY | 1 | F635 |
| 2020-01-31 | 2441641 | 1418429 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 130000 | 0 | Weideman Group, Inc. | 2019-10-01 | 2019-12-31 | Administration and Legislature. Wildfire Issues | 0 | F635 |
| 2020-01-29 | 2442316 | 1336657 | lobbyer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 379891.16 | 0 | Other Payments to Influence | 2019-10-01 | 2019-12-31 | LEGISLATURE, ADMINISTRATION RE: WILDFIRE ISSUES | 0 | F635 |
| 2019-10-31 | 2410582 | 1418429 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 80000 | 0 | Weideman Group, Inc. | 2019-07-01 | 2019-09-30 | Administration and Legislature. AB 235, AB 745 and AB 1054 | 0 | F635 |
| 2019-10-31 | 2410582 | 1418429 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 190306.66 | 0 | Other Payments to Influence | 2019-07-01 | 2019-09-30 | Administration and Legislature. AB 235, AB 745 and AB 1054 | 0 | F635 |
| 2019-10-21 | 2416681 | 1336657 | lobbyer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 80000 | 0 | WEIDEMAN GROUP INC. | 2019-07-01 | 2019-09-30 | AB 235, 745, 1054. LEGISLATURE, GOVERNOR'S OFFICE RE: WILDFIRE ISSUES | 0 | F635 |
| 2019-07-31 | 2360802 | 1336657 | lobbyer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 0 | 0 | WEIDEMAN GROUP INC. | 2019-04-24 | 2019-06-30 | AB 235, 745, 1054, 1111, SB 111. LEGISLATURE, GOVERNOR'S OFFICE RE: WILDFIRE ISSUES | 0 | F635 |
| 2019-07-23 | 2360085 | 1418429 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 0 | 0 | Weideman Group, Inc. | 2019-04-01 | 2019-06-30 | Governor's Office, Legislature. Wildfire issues. AB 111, AB 235, AB 745, AB 1054, SB 111 | 0 | F635 |

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page 137 of 148

| filing_url |
| --- |
| http://cab-access.eos.ca.gov/PDFGen/softgen.org/?filmpid=24982158&smartdoc=0 |
| http://cab-access.eos.ca.gov/PDFGen/softgen.org/?filmpid=24980158&smartdoc=0 |
| http://cab-access.eos.ca.gov/PDFGen/softgen.org/?filmpid=24982288&smartdoc=1 |
| http://cab-access.eos.ca.gov/PDFGen/softgen.org/?filmpid=25415615&smartdoc=0 |
| http://cab-access.eos.ca.gov/PDFGen/softgen.org/?filmpid=25415615&smartdoc=0 |
| http://cab-access.eos.ca.gov/PDFGen/softgen.org/?filmpid=24452188&smartdoc=0 |
| http://cab-access.eos.ca.gov/PDFGen/softgen.org/?filmpid=24150828&smartdoc=0 |
| http://cab-access.eos.ca.gov/PDFGen/softgen.org/?filmpid=24150828&smartdoc=0 |
| http://cab-access.eos.ca.gov/PDFGen/softgen.org/?filmpid=21660045&smartdoc=0 |
| http://cab-access.eos.ca.gov/PDFGen/softgen.org/?filmpid=25858065&smartdoc=0 |
| http://cab-access.eos.ca.gov/PDFGen/softgen.org/?filmpid=25855065&smartdoc=0 |

| filing_date | filing_id | filer_id | filed_by | employer | compensation | reimbursement | lobbyist | start_date | end_date |
|---|---|---|---|---|---|---|---|---|---|
| 2021-06-10 | 2464175 | 700686 | lobbyer | JONES DAY OBO CENTERBRIDGE PARTNERS LP | 5925.49 | 0 | LANG-HANSEN O'MALLEY AND MILLER GOVERNMENTAL RELATIONS | 2020-01-01 | 2020-03-31 |
| 2021-05-04 | 2521192 | 1273600 | lobbyer | Jones Day on behalf of Centerbridge Partners, L.P. | 3232.22 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2020-07-01 | 2020-09-30 |
| 2021-05-04 | 2456702 | 1273600 | lobbyer | Jones Day on behalf of Centerbridge Partners, L.P. | 323.68 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2020-04-01 | 2020-06-30 |
| 2021-05-19 | 2471446 | 1273600 | lobbyer | Jones Day on behalf of Centerbridge Partners, L.P. | 862.63 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2020-01-01 | 2020-03-31 |
| 2021-05-16 | 2442181 | 1273600 | lobbyer | Jones Day on behalf of Centerbridge Partners, L.P. | 3230.42 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2019-10-01 | 2019-12-31 |
| 2021-05-16 | 2418867 | 1273600 | lobbyer | Jones Day on behalf of Centerbridge Partners, L.P. | 2272.72 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2019-07-01 | 2019-09-30 |
| 2021-05-16 | 2389106 | 1273600 | lobbyer | Jones Day on behalf of Centerbridge Partners, L.P. | 0 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2019-04-01 | 2019-06-30 |
| 2021-01-29 | 2332717 | 700686 | lobbyer | JONES DAY OBO CENTERBRIDGE GROUP LP | 0 | 0 | LANG-HANSEN GIROUX & KIDANE | 2020-10-01 | 2020-12-31 |
| 2021-01-28 | 2549203 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-10-01 | 2020-12-31 |
| 2021-01-27 | 2526999 | 700686 | lobbyer | JONES DAY OBO CENTERBRIDGE PARTNERS LP | 3788.26 | 0 | LANG-HANSEN O'MALLEY AND MILLER GOVERNMENTAL RELATIONS | 2020-07-01 | 2020-09-30 |
| 2021-01-27 | 2493191 | 700686 | lobbyer | JONES DAY OBO CENTERBRIDGE PARTNERS LP | 100.57 | 0 | LANG-HANSEN O'MALLEY AND MILLER GOVERNMENTAL RELATIONS | 2020-04-01 | 2020-06-30 |
| 2021-01-27 | 2443115 | 700686 | lobbyer | JONES DAY OBO CENTERBRIDGE PARTNERS LP | 3726.46 | 0 | LANG-HANSEN O'MALLEY AND MILLER GOVERNMENTAL RELATIONS | 2019-10-01 | 2019-12-31 |
| 2021-01-25 | 2549887 | 1330884 | employer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-10-01 | 2020-12-31 |
| 2021-01-25 | 2549887 | 1330884 | employer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | JONES DAY | 2020-10-01 | 2020-12-31 |
| 2021-01-25 | 2549887 | 1330884 | employer | CENTERBRIDGE PARTNERS, L.P. | 731.16 | 0 | In-House Lobbying | 2020-10-01 | 2020-12-31 |
| 2020-11-09 | 2527581 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-07-01 | 2020-09-30 |
| 2020-11-06 | 2483824 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-04-01 | 2020-06-30 |
| 2020-11-06 | 2468712 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 1000 | 0 | PJT PARTNERS LP | 2020-01-01 | 2020-03-31 |
| 2020-11-06 | 2433889 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 3000 | 0 | PJT PARTNERS LP | 2019-10-01 | 2019-12-31 |
| 2020-11-06 | 2414563 | 1417593 | lobbyer | Centerbridge Partners, L.P. | 0 | 0 | PJT PARTNERS LP | 2019-07-01 | 2019-09-30 |
| 2020-10-30 | 2527039 | 1419804 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 6511.86 | 0 | JONES DAY | 2020-07-01 | 2020-09-30 |
| 2020-10-30 | 2527019 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 6511.86 | 0 | JONES DAY | 2020-07-01 | 2020-09-30 |
| 2020-10-30 | 2527019 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 3884.56 | 0 | In-House Lobbying | 2020-07-01 | 2020-09-30 |
| 2020-07-31 | 2490949 | 1419804 | lobbyer | Centerbridge Partners, L.P. | 0 | 0 | JONES DAY | 2020-04-01 | 2020-06-30 |
| 2020-07-29 | 2482946 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-04-01 | 2020-06-30 |
| 2020-07-29 | 2482946 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | JONES DAY | 2020-04-01 | 2020-06-30 |
| 2020-07-29 | 2482946 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 2483.8 | 0 | In-House Lobbying | 2020-04-01 | 2020-06-30 |
| 2020-04-30 | 2470490 | 1419804 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 4911.55 | 0 | JONES DAY | 2020-01-01 | 2020-03-31 |
| 2020-04-29 | 2468723 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 1000 | 0 | PJT PARTNERS LP | 2020-01-01 | 2020-03-31 |
| 2020-04-29 | 2468723 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 4911.55 | 0 | JONES DAY | 2020-01-01 | 2020-03-31 |
| 2020-04-29 | 2468723 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 390.62 | 0 | In-House Lobbying | 2020-01-01 | 2020-03-31 |
| 2020-01-31 | 2442430 | 1419804 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 00989.33 | 0 | JONES DAY | 2019-10-01 | 2019-12-31 |
| 2020-01-30 | 2443096 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 3000 | 0 | PJT PARTNERS LP | 2019-10-01 | 2019-12-31 |
| 2020-01-30 | 2443096 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 00989.22 | 0 | JONES DAY | 2019-10-01 | 2019-12-31 |
| 2020-01-30 | 2443096 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 2468.97 | 0 | Other Payments to Influence | 2019-10-01 | 2019-12-31 |
| 2020-01-30 | 2443096 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 911.44 | 0 | In-House Lobbying | 2019-10-01 | 2019-12-31 |
| 2019-10-30 | 2418306 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2019-07-01 | 2019-09-30 |
| 2019-10-30 | 2418306 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 3400 | 2272.72 | JONES DAY | 2019-07-01 | 2019-09-30 |
| 2019-10-30 | 2418306 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 941.49 | 0 | In-House Lobbying | 2019-07-01 | 2019-09-30 |
| 2019-10-30 | 2411405 | 1419804 | lobbyer | Centerbridge Partners, L.P. | 5672.72 | 0 | JONES DAY | 2019-07-01 | 2019-09-30 |
| 2019-07-31 | 2390219 | 1419804 | lobbyer | Centerbridge Partners, L.P. | 0 | 0 | JONES DAY | 2019-04-01 | 2019-06-30 |
| 2019-07-30 | 2389115 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | JONES DAY | 2019-04-01 | 2019-06-30 |
| 2019-07-30 | 2389115 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 3890.46 | 0 | Other Payments to Influence | 2019-04-01 | 2019-06-30 |
| 2019-07-30 | 2389115 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 901.47 | 0 | In-House Lobbying | 2019-04-01 | 2019-06-30 |
| 2019-07-26 | 2383591 | 1417593 | lobbyer | CENTERBRIDGE PARTNERS, L.P. | 0 | 0 | PJT PARTNERS LP | 2019-04-01 | 2019-06-30 |
| 2019-04-29 | 2370139 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 871.36 | 0 | In-House Lobbying | 2019-01-01 | 2019-03-31 |
| 2019-04-29 | 2340782 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 11896.96 | 0 | Other Payments to Influence | 2018-10-01 | 2018-12-31 |
| 2019-01-31 | 2340782 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 1442.26 | 0 | In-House Lobbying | 2018-10-01 | 2018-12-31 |
| 2018-10-31 | 2319906 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 800.85 | 0 | In-House Lobbying | 2018-07-01 | 2018-09-30 |
| 2019-01-23 | 2307882 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 1442.26 | 0 | In-House Lobbying | 2018-07-01 | 2018-09-30 |
| 2018-04-30 | 2241873 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 3580.62 | 0 | Other Payments to Influence | 2018-01-01 | 2018-03-31 |
| 2018-04-30 | 2241873 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 1261.23 | 0 | In-House Lobbying | 2018-01-01 | 2018-03-31 |
| 2018-04-30 | 2206006 | 1336884 | employer | CENTERBRIDGE PARTNERS, L.P. | 1610.54 | 0 | In-House Lobbying | 2017-10-01 | 2017-12-31 |

| interests | amendment_id | font_type | filing_url |
|---|---|---|---|
| NONE | 6 | f605 | |
| No Longer a Client payment made for prior quarters. | 3 | f605 | |
| No Longer a Client payment made for prior quarters. | 2 | f605 | |
| No Longer a Client payment made for prior quarters. | 3 | f605 | |
| Legislature, Administration, CA Public Utilities Commission, Resources Agency, CalFire re: AB 235, AB 1054, Issues related to PG&E | 1 | f605 | |
| Legislature, Administration, CA Public Utilities Commission, Resources Agency, CalFire re: AB 235, AB 740, AB 1054, SB 190, 280 | 1 | f605 | |
| Legislature, Governor's Office, CA Public Utilities Commission, Natural Resources Agency, CalFire re: AB 235, AB 740, AB 1054, SB 280 | 3 | f605 | |
| NONE | 3 | f605 | |
| NONE | 3 | f605 | |
| NONE | 2 | f605 | |
| NONE | 2 | f605 | |
| AB230 | 1 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 5 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 9 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 8 | f605 | |
| NONE | 1 | f605 | |
| NONE | 6 | f605 | |
| STATE SENATE & ASSEMBLY, OFFICE OF THE GOVERNOR, CA PUBLIC UTILITIES COMMISSION, CA NATURAL RESOURCES AGENCY, CAL FIRE: AB 235, AB 740, AB 1024, SB 190, SB 280. | 1 | f605 | |
| STATE SENATE & ASSEMBLY, OFFICE OF THE GOVERNOR, CA PUBLIC UTILITIES COMMISSION, CA NATURAL RESOURCES AGENCY, CAL FIRE: AB 235, AB 1054, SB 190, SB 280. | 1 | f605 | |
| None | 5 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 5 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 6 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 8 | f605 | |
| None | 9 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 3 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 5 | f605 | |
| None | 4 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 2 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 5 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND | 5 | f605 | |
| None | 6 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. CALIFORNIA LEGISLATURE, OFFICE OF THE GOVERNOR, CA PUBLIC UTI | 5 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. CALIFORNIA LEGISLATURE, OFFICE OF THE GOVERNOR, CA PUBLIC UTI | 5 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. CALIFORNIA LEGISLATURE, OFFICE OF THE GOVERNOR, CA PUBLIC UTI | 5 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. LEGISLATURE, OFFICE OF THE GOVERNOR, CA PUBLIC UTILITIES COMM | 5 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. LEGISLATURE, OFFICE OF THE GOVERNOR, CA PUBLIC UTILITIES COMM | 5 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, UC REGENTS, AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. LEGISLATURE, OFFICE OF THE GOVERNOR, CA PUBLIC UTILITIES COMM | 5 | f605 | |
| State Senate & Assembly, Office of the Governor, CA Public Utilities Commission, CA Natural Resources Agency, CAL FIRE: AB 235, AB 740, AB 1054, AB 1054, SB 190, SB 280. | 5 | f605 | |
| State Senate and Assembly, Office of the Governor: AB 235, AB 740, AB 1054. | 3 | f605 | |
| PROVISION OF INFORMATION TO CALPERS AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. LEGISLATURE REGARDING: AB 1054.; LEGISLATURE, ADMINISTRATION, CPUC, RESOUR | 6 | f605 | |
| PROVISION OF INFORMATION TO CALPERS AND CALSTRS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. LEGISLATURE REGARDING: AB 1054.; LEGISLATURE, ADMINISTRATION, CPUC, RESOUR | 6 | f605 | |
| LEGISLATURE, ADMINISTRATION, CPUC, RESOURCES AGENCY, CALFIRE RE: AB 235, AB 740, AB 1054, SB 280. | 5 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, CALSTRS, AND UC REGENTS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. | 5 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, CALSTRS, AND UC REGENTS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. | 6 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, CALSTRS, AND UC REGENTS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. | 6 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, CALSTRS, AND UC REGENTS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. | 6 | f605 | |
| PROVISION OF INFORMATION TO CALPERS, CALSTRS, AND UC REGENTS IN CONNECTION WITH AN INVESTMENT IN A PRIVATE EQUITY FUND. | 8 | f605 | |

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page 140 of 148

lobby_activity (4)

| filing_date | filing_id | filer_id | filed_by | employer | compensation | reimbursement | lobbyer | start_date | end_date | interests | amendment_id | form_type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-02-01 | 2352739 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 480 | 0 | In-House Lobbying | 2020-12-31 | 2020-12-31 | UC Regents: Pension Fund Investments | 0 | F635 |
| 2020-10-30 | 2521389 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 480 | 0 | In-House Lobbying | 2020-07-01 | 2020-09-30 | UC Regents: Pension Fund Investments, State Legislature, Governor's Office: Energy policy issues | 0 | F635 |
| 2020-07-29 | 2492817 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 1920 | 0 | In-House Lobbying | 2020-04-01 | 2020-06-30 | UC Regents: Pension Fund Investments, State Legislature, Governor's Office: Energy policy issues | 0 | F635 |
| 2020-04-30 | 2483829 | F35409 | lobbyer | ELLIOTT MANAGEMENT (DO) CORPORATION | 30000 | 0 | KP PUBLIC AFFAIRS | 2020-01-01 | 2020-03-31 | AB 235, 1054, Legislature and Governor's Office re: wildfire utility issues | 0 | F635 |
| 2020-04-29 | 2468864 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 30000 | 0 | KP PUBLIC AFFAIRS | 2020-01-01 | 2020-03-31 | UC Regents: Pension Fund Investments, State Legislature: AB 235, 1054, wildfire utility issues, Governor's Office: Energy policy issues, wildfire utility issues | 0 | F635 |
| 2020-04-29 | 2468864 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 1440 | 0 | In-House Lobbying | 2020-01-01 | 2020-03-31 | UC Regents: Pension Fund Investments, State Legislature: AB 235, 1054, wildfire utility issues, Governor's Office: Energy policy issues, wildfire utility issues | 0 | F635 |
| 2020-01-31 | 2443124 | F35409 | lobbyer | ELLIOTT MANAGEMENT (DO) CORPORATION | 50000 | 260.11 | KP PUBLIC AFFAIRS | 2019-10-01 | 2019-12-31 | AB 235, 1054, Legislature and Governor's Office re: wildfire utility issues | 0 | F635 |
| 2020-01-30 | 2439177 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 50000 | 260.11 | KP Public Affairs | 2019-10-01 | 2019-12-31 | UC Regents: Pension Fund Investments, State Legislature: AB 235, 1054, wildfire utility issues, Governor's Office: Energy policy issues, wildfire utility issues | 0 | F635 |
| 2020-01-30 | 2439177 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 60 | 0 | In-House Lobbying | 2019-10-01 | 2019-12-31 | UC Regents: Pension Fund Investments, State Legislature: AB 235, 1054, wildfire utility issues, Governor's Office: Energy policy issues, wildfire utility issues | 1 | F635 |
| 2019-10-31 | 2415003 | F35409 | lobbyer | ELLIOTT MANAGEMENT (DO) CORPORATION | 10000 | 26.11 | KP PUBLIC AFFAIRS | 2019-07-01 | 2019-09-30 | AB 235, 1054, Legislature and Governor's Office re: wildfire utility issues | 1 | F635 |
| 2019-10-29 | 2414615 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 10000 | 26.11 | KP Public Affairs | 2019-07-01 | 2019-09-30 | UC Regents: Pension Fund Investments, State Legislature: AB 235, 1054, wildfire utility issues, Governor's Office: Energy policy issues, wildfire utility issues | 0 | F635 |
| 2019-10-29 | 2414615 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 720 | 0 | In-House Lobbying | 2019-07-01 | 2019-09-30 | UC Regents: Pension Fund Investments, State Legislature: AB 235, 1054, wildfire utility issues, Governor's Office: Energy policy issues, wildfire utility issues | 0 | F635 |
| 2019-07-31 | 2367003 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 30000 | 0 | KP Public Affairs | 2019-04-01 | 2019-06-30 | UC Regents, CalSTRS: Pension Fund Investments, State Legislature, Governor's office, Energy policy issues, wildfire issues | 0 | F635 |
| 2019-07-31 | 2367003 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 3360 | 0 | In-House Lobbying | 2019-04-01 | 2019-06-30 | UC Regents, CalSTRS: Pension Fund Investments, State Legislature, Governor's office, Energy policy issues, wildfire issues | 0 | F635 |
| 2019-07-31 | 2367005 | F35409 | lobbyer | ELLIOTT MANAGEMENT (DO) CORPORATION | 30000 | 0 | KP PUBLIC AFFAIRS | 2019-04-01 | 2019-06-30 | Legislature and Governor's Office re: wildfire issues | 1 | F635 |
| 2019-04-30 | 2351881 | F35409 | lobbyer | ELLIOTT MANAGEMENT (DO) CORPORATION | 0 | 0 | KP Public Affairs | 2019-01-01 | 2019-03-31 | Legislature and Governor's Office re: wildfire issues | 2 | F625 |
| 2019-04-30 | 2363814 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 0 | 0 | KP Public Affairs | 2019-01-01 | 2019-03-31 | UC Regents: Pension Fund Investments, State Legislature, Governor's office: Energy policy issues, wildfire issues | 0 | F635 |
| 2019-01-28 | 2311899 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 13090 | 0 | In-House Lobbying | 2018-10-01 | 2018-12-31 | UC Regents, CalSTRS: Pension Fund Investments, State Legislature, Energy policy issues | 0 | F635 |
| 2018-10-30 | 2241666 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 3615 | 0 | In-House Lobbying | 2018-07-01 | 2018-09-30 | UC Regents: Pension Fund Investments, State Legislature: Energy policy issues | 0 | F635 |
| 2018-10-30 | 2242394 | 1339859 | employer | ELLIOTT MANAGEMENT CORPORATION | 2120 | 0 | In-House Lobbying | 2018-01-01 | 2018-03-31 | UC Regents: Pension Fund Investments, State Legislature: Energy policy issues | 0 | F635 |

| filing_url |
| --- |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2532708&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2527368&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2490917&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2498895&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2498894&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2488845&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2443134&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2438173&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2436017&amendid=1 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2416665&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2416610&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2387669&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2387555&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2387556&amendid=1 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2381981&amendid=2 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2380614&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2341988&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2317160&amendid=0 |
| http://cal-access.sos.ca.gov/PDFGen/pdfgen.prg?filingid=2242064&amendid=0 |

lobby_activity (3)

| filing_date | filing_id | filer_id | filed_by | employer | compensation | reimbursement | lobbyer | start_date | end_date | interests |
|---|---|---|---|---|---|---|---|---|---|---|
| 2021-05-04 | 2521192 | 1273600 | lobbyer | Jones Day on behalf of Abrams Capital Management LP | 351.77 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2020-07-01 | 2020-09-30 | No longer a client, payment made for prior quarter |
| 2021-05-18 | 2442161 | 1273600 | lobbyer | Jones Day on behalf of Abrams Capital Management LP | 3320.39 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2019-10-01 | 2019-12-31 | Legislature, Administration, CA Public Utilities Commission, Resources Agency, CalFire re: AB 235, AB 1054, Issues related to PG&E |
| 2021-05-18 | 2418867 | 1273600 | lobbyer | Jones Day on behalf of Abrams Capital Management LP | 0 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2019-07-01 | 2019-09-30 | Legislature, Administration, CA Public Utilities Commission, Resources Agency, CalFire re: AB 740, AB 1054, SB 190, 290 |
| 2021-05-18 | 2368106 | 1273600 | lobbyer | Jones Day on behalf of Abrams Capital Management LP | 1136.36 | 0 | CALIFORNIA STRATEGIES & ADVOCACY LLC | 2019-04-01 | 2019-06-30 | Legislature, Governors Office, CA Public Utilities Commission, Natural Resources Agency, CalFire re: AB 235, AB 740, AB 1054, SB 290 |
| 2021-01-28 | 2549605 | 1417585 | lobbyer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-10-01 | 2020-12-31 | NONE. |
| 2020-11-09 | 2507061 | 1417585 | lobbyer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-07-01 | 2020-09-30 | NONE. |
| 2020-11-09 | 2463824 | 1417585 | lobbyer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-04-01 | 2020-06-30 | NONE. |
| 2020-11-09 | 2466712 | 1417585 | lobbyer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | PJT PARTNERS LP | 2020-01-01 | 2020-03-31 | NONE. |
| 2020-11-09 | 2430868 | 1417585 | lobbyer | ABRAMS CAPITAL MANAGEMENT, L.P. | 1500 | 0 | PJT PARTNERS LP | 2019-10-01 | 2019-12-31 | NONE. |
| 2020-11-09 | 2414043 | 1417585 | lobbyer | ABRAMS CAPITAL MANAGEMENT, L.P. | 1500 | 0 | PJT PARTNERS LP | 2019-07-01 | 2019-09-30 | NONE. |
| 2020-01-01 | 2442426 | 1418804 | lobbyer | Abrams Capital Management, L.P. | 10204.69 | 0 | JONES DAY | 2019-07-01 | 2019-12-31 | STATE SENATE & ASSEMBLY, OFFICE OF THE GOVERNOR, CA PUBLIC UTILITIES COMMISSION, CA NATURAL RESOURCES AGENCY, CAL FIRE: AB 235, AB 1054, SB 190, 290 |
| 2019-10-30 | 2417465 | 1418804 | lobbyer | Abrams Capital Management, L.P. | 0 | 0 | JONES DAY | 2019-07-01 | 2019-12-31 | None. |
| 2019-10-30 | 2419223 | 1418408 | employer | ABRAMS CAPITAL MANAGEMENT, L.P. | 1500 | 0 | PJT Partners LP | 2019-07-01 | 2019-09-30 | State Senate & Assembly, Office of the Governor, CA Public Utilities Commission, CA Natural Resources Agency, CAL FIRE: AB 235, AB 740, AB 1054, AB 1054, SB 190, 290 |
| 2019-09-19 | 2419223 | 1418408 | employer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | Jones Day | 2019-07-01 | 2019-09-30 | State Senate & Assembly, Office of the Governor, CA Public Utilities Commission, CA Natural Resources Agency, CAL FIRE: AB 235, AB 740, AB 1054, AB 1054, SB 190, 290 |
| 2019-08-19 | 2368533 | 1418408 | employer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | PJT PARTNERS LP | 2019-04-01 | 2019-06-30 | State Senate & Assembly, Office of the Governor, CA Public Utilities Commission, CA Natural Resources Agency, CAL FIRE: AB 235, AB 740, AB 1054, SB 290. |
| 2019-08-19 | 2368533 | 1418408 | employer | ABRAMS CAPITAL MANAGEMENT, L.P. | 0 | 0 | PJT PARTNERS LP | 2019-04-01 | 2019-06-30 | State Senate and Assembly, Office of the Governor: AB 235, AB 740, AB 1054. |
| 2019-07-21 | 2368218 | 1418804 | lobbyer | JONES DAY | 1136.36 | 0 | JONES DAY | 2019-04-01 | 2019-06-30 | State Senate and Assembly, Office of the Governor: AB 235, AB 740, AB 1054. |
| 2019-07-26 | 2393091 | 1417585 | lobbyer | Abrams Capital Management, L.P. | 1136.36 | 0 | PJT PARTNERS LP | 2019-04-01 | 2019-06-30 | LEGISLATURE, ADMINISTRATION, CPUC, RESOURCES AGENCY, CALFIRE RE: AB 235, AB 740, AB 1054, SB 290. |

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page 143 of 148

| amendment_id | form_type | filing_url |
|---|---|---|
| 0 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2531192&amendid=0 |
| 1 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2442161&amendid=1 |
| 1 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2419667&amendid=1 |
| 3 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2590106&amendid=3 |
| 0 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2548521&amendid=0 |
| 1 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2527567&amendid=1 |
| 1 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2448385&amendid=1 |
| 1 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2448712&amendid=1 |
| 1 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2439669&amendid=1 |
| 1 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2410582&amendid=1 |
| 0 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2542455&amendid=0 |
| 1 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2411585&amendid=1 |
| 0 | F830 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2416535&amendid=0 |
| 1 | F830 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2398920&amendid=1 |
| 1 | F830 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2398918&amendid=1 |
| 0 | F825 | http://cat-access.esis.ca.gov/PDFGen/pdfgen.asp?fileid=2395597&amendid=0 |

lobby_activity (8)

| filing_date | filing_id | filer_id | filed_by | employer | compensation | reimbursement | lobbyer | start_date | end_date | interests | amendment_id | form_type | filing_url |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021-01-31 | 2554926 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 100000 | 300 | AXIOM ADVISORS | 2020-10-01 | 2020-12-31 | FEES RECEIVED FOR PRIOR REPORTING PERIOD | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2554926&amendid=0 |
| 2021-01-31 | 2554926 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 100000 | 300 | AXIOM ADVISORS | 2020-10-01 | 2020-12-31 | FEES RECEIVED FOR PRIOR REPORTING PERIOD | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2554926&amendid=0 |
| 2020-07-31 | 2487810 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 60000 | 145.81 | AXIOM ADVISORS | 2020-04-01 | 2020-06-30 | ADMINISTRATION RE: PG&E BANKRUPTCY | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2487810&amendid=0 |
| 2020-07-31 | 2484786 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 37549.2 | 0 | Other Payments to Influence | 2020-04-01 | 2020-06-30 | ADMINISTRATION RE: PG&E BANKRUPTCY | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2484786&amendid=0 |
| 2020-07-31 | 2484786 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 60000 | 145.81 | AXIOM ADVISORS | 2020-04-01 | 2020-06-30 | ADMINISTRATION RE: PG&E BANKRUPTCY | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2484786&amendid=0 |
| 2020-04-30 | 2471772 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 151347.03 | 0 | Other Payments to Influence | 2020-01-01 | 2020-03-31 | ADMINISTRATION RE: PG&E BANKRUPTCY | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2471772&amendid=0 |
| 2020-04-30 | 2471742 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 60000 | 0 | AXIOM ADVISORS | 2020-01-01 | 2020-03-31 | ADMINISTRATION RE: PG&E BANKRUPTCY | 1 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2471742&amendid=0 |
| 2020-01-31 | 2444108 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 251356.6 | 0 | Other Payments to Influence | 2019-10-01 | 2019-12-31 | ADMINISTRATION RE: PG&E BANKRUPTCY | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2444108&amendid=0 |
| 2020-01-31 | 2444084 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 100000 | 242 | AXIOM ADVISORS | 2019-10-01 | 2019-12-31 | ADMINISTRATION RE: PG&E BANKRUPTCY | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2444084&amendid=1 |
| 2019-10-31 | 2418661 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 141963.62 | 0 | Other Payments to Influence | 2019-07-01 | 2019-09-30 | NONE | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2418661&amendid=0 |
| 2019-10-31 | 2418661 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 0 | 0 | AXIOM ADVISORS | 2019-07-01 | 2019-09-30 | NONE | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2418661&amendid=0 |
| 2019-10-31 | 2418662 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 0 | 0 | NONE | 2019-07-01 | 2019-09-30 | NONE | 0 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2418662&amendid=0 |
| 2019-07-31 | 2399477 | 1258322 | employer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 0 | 0 | AXIOM ADVISORS | 2019-04-01 | 2019-06-30 | AB 1054 | 1 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2399477&amendid=1 |
| 2019-07-31 | 2399086 | 1414020 | lobbyer | OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PG&E | 0 | 0 | AXIOM ADVISORS | 2019-04-01 | 2019-06-30 | AB 1054 | 1 | F635 | http://cal-access.sos.ca.gov/PDFGen/pdfgen.asp?filingid=2399086&amendid=1 |

Case: 19-30088    Doc# 11005-1    Filed: 08/02/21    Entered: 08/02/21 14:14:32    Page 145 of 148

lobby_activity (?)

| filing_date | filing_id | filer_id | filed_by | employer | compensation | reimbursement | lobbyer | start_date | end_date | interests | amendment_id | form_type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020-04-28 | 2460215 | 1418428 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 25000 | 0 | Weideman Group, Inc. | 2020-01-01 | 2020-03-31 | Legislature: PG&E Bankruptcy Administration: PG&E Bankruptcy | 0 | F635 |
| 2020-04-28 | 2460215 | 1418428 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 100150.45 | 0 | Other Payments to Influence | 2020-01-01 | 2020-03-31 | Legislature: PG&E Bankruptcy Administration: PG&E Bankruptcy | 1 | F635 |
| 2020-04-24 | 2456028 | 1326637 | lobbyer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 25000 | 0 | WIDEMAN GROUP INC. | 2020-01-01 | 2020-03-31 | LEGISLATURE, ADMINISTRATION RE: PG&E BANKRUPTCY | 1 | F635 |
| 2020-01-31 | 2441641 | 1418428 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 130000 | 0 | Weideman Group, Inc. | 2019-10-01 | 2019-12-31 | Administration and Legislature: Wildfire Issues | 0 | F635 |
| 2020-01-31 | 2441641 | 1418428 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 378691.16 | 0 | Other Payments to Influence | 2019-10-01 | 2019-12-31 | Administration and Legislature: Wildfire Issues | 0 | F635 |
| 2020-01-29 | 2442316 | 1326637 | lobbyer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 130000 | 0 | WIDEMAN GROUP INC. | 2019-10-01 | 2019-12-31 | LEGISLATURE, ADMINISTRATION RE: WILDFIRE ISSUES | 0 | F635 |
| 2019-10-31 | 2415582 | 1418428 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 90000 | 0 | Weideman Group, Inc. | 2019-07-01 | 2019-09-30 | Administration and Legislature: AB 235, AB 745 and AB 1054 | 0 | F635 |
| 2019-10-31 | 2415582 | 1418428 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 180308.88 | 0 | Other Payments to Influence | 2019-07-01 | 2019-09-30 | Administration and Legislature: AB 235, AB 745 and AB 1054 | 0 | F635 |
| 2019-10-24 | 2416691 | 1326637 | lobbyer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 90000 | 0 | WIDEMAN GROUP INC. | 2019-07-01 | 2019-09-30 | AB 235, 745, 1054, LEGISLATURE, GOVERNOR'S OFFICE RE: WILDFIRE ISSUES | 0 | F635 |
| 2019-07-31 | 2393602 | 1326637 | lobbyer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 0 | 0 | WIDEMAN GROUP INC. | 2019-04-01 | 2019-06-30 | AB 235, 745, 1054, 1111, SB 111, LEGISLATURE, GOVERNOR'S OFFICE RE: WILDFIRE ISSUES | 0 | F635 |
| 2019-07-23 | 2393365 | 1418428 | employer | PG&E CORP AD HOC COMMITTEE OF NOTEHOLDERS C/O AKIN GUMP STRAUSS HAUER & FELD LLP | 0 | 0 | Weideman Group, Inc. | 2019-04-01 | 2019-06-30 | Governor's Office, Legislature: Wildfire Issues, AB 111, AB 235, AB 745, AB 1054, SB 111 | 0 | F635 |

| filing_url |
| --- |
| http://cdr-access.sos.ca.gov/PDFGen/pdfgen.org?filingId=249601&amendId=0 |
| http://cdr-access.sos.ca.gov/PDFGen/pdfgen.org?filingId=249601&amendId=0 |
| http://cdr-access.sos.ca.gov/PDFGen/pdfgen.org?filingId=248828&amendId=1 |
| http://cdr-access.sos.ca.gov/PDFGen/pdfgen.org?filingId=241341&amendId=0 |
| http://cdr-access.sos.ca.gov/PDFGen/pdfgen.org?filingId=241341&amendId=0 |
| http://cdr-access.sos.ca.gov/PDFGen/pdfgen.org?filingId=244531&amendId=0 |
| http://cdr-access.sos.ca.gov/PDFGen/pdfgen.org?filingId=241599&amendId=0 |
| http://cdr-access.sos.ca.gov/PDFGen/pdfgen.org?filingId=241599&amendId=0 |
| http://cdr-access.sos.ca.gov/PDFGen/pdfgen.org?filingId=238680&amendId=0 |
| http://cdr-access.sos.ca.gov/PDFGen/pdfgen.org?filingId=238590&amendId=0 |

**Attachment H**

KR

**Kelli Reid**

July 7, 2019 at 11:36 PM
**Details**

AB954 Lobbying Activities

To: Kelli reid, Cc: Patrick McCallum

📎 I found new contact info in this email: Kelli Reid knmrscolumbo6@gmail.com

add to Contacts...  ⊗

Welfare Victims,

We look forward to seeing you all tomorrow at the State Capitol for the activities supporting AB 1054. As mentioned on today's call, there will be a news conference starting at 10 a.m. on the "L" Street side (steps) of the State Capitol. Two victims and some other county officials will be speaking, but we would love to have anyone else who can attend there to simply stand up and show their support. If you are willing to give media interviews afterward, we will help coordinate. If not, then you can simply step out of the spotlight.

After the press conference, there will be meetings with legislators (and hearings) shown in the attached document.

We will help pair victims with the lobbyists that will be attending these individual meetings. As discussed on the calls, the lobbyists will introduce the topic (AB 1054), and then you can take turns telling your story in about 2 minutes. A handout on AB 1054 will be provided.

In addition, the California State Association of County (CSAC), which is co-sponsoring this Lobby Day, will be hosting a lunch at their offices across the street from the Capitol — at 1100 K Street, Ste. 101 — from 11 a.m. to 2 p.m., for those who would like to take advantage of this kind and generous offer.

Also for those not participating in carpools and not familiar with the Sacramento area, here is some parking information:

- Garages and Lots convenient to the State Capitol: Capitol Garage (10th & L); 1601 L Street Lot (16th & L), Central Parking System Garage (1303 J Street)

- To reserve spots ahead of time: https://www.cityofsacramento.org/Public-Works/Parking-Services/Event-Parking/Parking-Reservations

We'd like to emphasize that tomorrow's activities are in support of AB 1054. If after today's briefing you are not in support, while we respect and encourage your right to oppose this bill on your own time, we respectfully ask that you not use this platform and these resources for that purpose.

That being said, we'd like to thank you for your participation and support. Please feel free to contact me at this email OR my cell phone at 916-276-1867 with any questions.

Kelli Reid
Up from the Ashes

📄 AB 1054
Meetin...9.docx