

Signed and Filed: August 2, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                           **Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br>**ORDER DISALLOWING AND EXPUNGING CLAIM NOS. 86933 AND 96962 (DARWIN RICHARDS) PURSUANT TO REORGANIZED DEBTORS' NINETY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LEGAL LIABILITY CLAIMS)**<br>[Re: Docket Nos. 10808, 10946]<br>Date: July 28, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (By AT&T Conference Call)<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

The Court, having considered the *Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims)* [Docket No. 10808] (the "**Ninety-Third Omnibus Objection**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan[1], the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and this Court having jurisdiction to consider the Ninety-Third Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Ninety-Third Omnibus Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Ninety-Third Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and upon consideration of the Proofs of Claim filed by Darwin Richards (Claim Nos. 86933 and 96962), the Ninety-Third Omnibus Objection, the Declarations of A. Anna Capelle and Stacy Campos filed concurrently therewith, the response of Claimant Darwin Richards filed on July 16, 2021 [Docket No. 10946] (the "**Response**"), the *Reply in Support of Reorganized Debtors' Ninety-Third Omnibus Objection to Claims* filed on July 21, 2021, [Docket No. 10966] and the Declaration of Jane Kim filed concurrently therewith, and the arguments made at the hearing on the Ninety-Third Omnibus Objection held at the above-captioned date and time, with Thomas Rupp of Keller Benvenutti Kim LLP appearing on behalf of the Reorganized Debtors and Claimant Darwin Richards appearing *pro se*; and this Court having determined that the legal and factual bases set forth in the Ninety-Third Omnibus Objection establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Ninety-Third Omnibus Objection is sustained with respect to the Claims of Darwin

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Ninety-Third Omnibus Objection.

Richards (Claim Nos. 86933 and 96962), for the reasons stated on the record.

2. The Response is overruled.

3. The Claims of Darwin Richards (Claim Nos. 86933 and 96962) shall be disallowed and expunged.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

**COURT SERVICE LIST**

Darwin Richards
22078 Arbor Ave., Apt. 234
Hayward, CA 94541-4894