WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' REPORT ON STATUS AND RESOLUTION WITH RESPECT TO A CLAIM SUBJECT TO THE SEVENTH SECURITIES CLAIMS OMNIBUS OBJECTION**<br><br>[Re: Docket No. 10788, 10957]<br><br>**Regarding Objections Set for Hearing August 10, 2021, at 10:00 a.m. (Pacific Time)** |

In advance of the August 10, 2021, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status and resolution of a Claim in the seventh securities omnibus objection:

| Docket No. | Omnibus Objection |
|---|---|
| 10788 | *Reorganized Debtors' Seventh Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information* (the "**Seventh Securities Claims Omnibus Objection**") |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Seventh Securities Claims Omnibus Objection** | | | |
| Informal | Janus Capital Management LLC | 98185 | This Objection has been WITHDRAWN without prejudice with respect to this Claim. |

## DECLARATION REGARDING STATUS AND RESOLUTION OF CLAIMS

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a member of the law firm of Weil, Gotshal & Manges LLP, counsel for the Reorganized Debtors.

2. The foregoing status and resolution report is true and correct to the best of my knowledge, information, and belief.

3. This declaration was executed in New York, New York.

Dated: August 3, 2021

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ *Richard W. Slack*
Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*