**Exhibit B**

**List of PG&E Debt Securities Issued**
**More Than Three (3) Years Prior to the Petition Date**

| | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number | Issue Date |
|---|---|---|---|---|---|
| 1 | NEVADA IRR YUBA PAC | Municipal Bond 3.75% due 7/1/2013 | 641321BT0 | US641321BT09 | 07/01/63 |
| 2 | SOLANO IRR DIST DIV 1 | Municipal Bond 9.15% due 1/1/2020 | 834125AN6 | US834125AN62 | 06/13/86 |
| 3 | SOLANO IRR DIST DIV 2 | Municipal Bond 9.25% due 1/1/2020 | 834125AM8 | US834125AM89 | 06/13/86 |
| 4 | SOLANO IRR-UNREF-#2 | Municipal Bond 9.15% due 1/1/2020 | 834125BF2 | US834125BF20 | 06/13/86 |
| 5 | SOLANO IRR-UNREF-#2 | Municipal Bond 9.25% due 1/1/2020 | 834125BG0 | US834125BG03 | 06/13/86 |
| 6 | CA PCR VAR CAPCO MADR | Municipal Bond ADJ% due 9/1/2019 | 130535BA4 | US130535BA48 | 09/21/89 |
| 7 | Pacific Gas & Electric Co | 8.8% due 5/1/2024 | 694308DV6 | US694308DV66 | 04/25/91 |
| 8 | Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308EF0 | US694308EF08 | 03/31/92 |
| 9 | Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308EJ2 | US694308EJ20 | 03/31/92 |
| 10 | Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308FX0 | US694308FX05 | 03/31/92 |
| 11 | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EP8 | US694308EP89 | 09/29/92 |
| 12 | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EL7 | US694308EL75 | 09/29/92 |
| 13 | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308FM4 | US694308FM40 | 09/29/92 |
| 14 | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308FG7 | US694308FG71 | 09/29/92 |
| 15 | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EK9 | US694308EK92 | 09/29/92 |
| 16 | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EQ6 | US694308EQ62 | 10/27/92 |
| 17 | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EG8 | US694308EG80 | 10/27/92 |
| 18 | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EN3 | US694308EN32 | 10/27/92 |
| 19 | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308FJ1 | US694308FJ11 | 10/27/92 |
| 20 | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308FW2 | US694308FW22 | 10/27/92 |
| 21 | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308EM5 | US694308EM58 | 03/24/93 |
| 22 | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308ET0 | US694308ET02 | 03/24/93 |
| 23 | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308FQ5 | US694308FQ53 | 03/24/93 |
| 24 | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308FY8 | US694308FY87 | 03/24/93 |
| 25 | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308EV5 | US694308EV57 | 08/02/93 |
| 26 | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FF9 | US694308FF98 | 08/02/93 |
| 27 | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308EX1 | US694308EX14 | 08/02/93 |
| 28 | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FR3 | US694308FR37 | 08/02/93 |
| 29 | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FZ5 | US694308FZ52 | 08/02/93 |
| 30 | Pacific Gas & Electric Co | 6.75% due 10/1/2023 | 694308EY9 | US694308EY96 | 09/27/93 |
| 31 | Pacific Gas & Electric Co | 6.75% due 10/1/2023 | 694308EZ6 | US694308EZ61 | 09/27/93 |
| 32 | Pacific Gas & Electric Co | 7.05% due 3/1/2024 | 694308FB8 | US694308FB84 | 11/18/93 |
| 33 | Pacific Gas & Electric Co | 7.05% due 3/1/2024 | 694308FP7 | US694308FP70 | 11/18/93 |
| 34 | CA PCR DLY PAPER-PACI | Municipal Bond 4% due 11/1/2026 | 130534XA3 | US130534XA35 | 05/23/96 |
| 35 | CA PCR DLY-PAC-E-CONV | Municipal Bond 3.5% due 11/1/2026 | 130534XX3 | US130534XX38 | 05/23/96 |
| 36 | CA PCR DLY-REF-F-PACI | Municipal Bond 3.25% due 11/1/2026 | 130534XD7 | US130534XD73 | 05/23/96 |
| 37 | CA PCR DLY-REF-G-PACI | Municipal Bond ADJ% due 2/1/2016 | 130534XE5 | US130534XE56 | 05/23/96 |
| 38 | CA PCR-REF-A-PAC | Municipal Bond 5.35% due 12/1/2016 | 130534WY2 | US130534WY20 | 05/23/96 |
| 39 | CA PCR VAR-REF-B-PACI | Municipal Bond 3.5% due 11/1/2026 | 130534XL9 | US130534XL99 | 09/16/97 |
| 40 | Pacific Gas & Electric Co | 6.05% due 3/1/2034 | 694308GE1 | US694308GE15 | 03/23/04 |
| 41 | Pacific Gas & Electric Co | 6.05% due 3/1/2034 | 694308GH4 | US694308GH46 | 03/23/04 |
| 42 | CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534A83 | US130534A834 | 06/29/04 |
| 43 | CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B66 | US130534B667 | 06/29/04 |
| 44 | CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534A91 | US130534A917 | 06/29/04 |
| 45 | CA POLLUTN-REF-A-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZP8 | US130534ZP85 | 06/29/04 |
| 46 | CA POLLUTN-REF-B-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZQ6 | US130534ZQ68 | 06/29/04 |
| 47 | CA POLLUTN-REF-C-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZR4 | US130534ZR42 | 06/29/04 |
| 48 | CA POLLUTN-REF-D-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZS2 | US130534ZS25 | 06/29/04 |
| 49 | CA POOLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B25 | US130534B253 | 06/29/04 |
| 50 | CA POOLT-PCS GAS REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B33 | US130534B337 | 06/29/04 |
| 51 | CA ECON-VAR-RF-D-3/11 | Municipal Bond due 12/1/2016 | 13033WF73 | US13033WF736 | 03/24/05 |
| 52 | CA DEV VAR-A-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WG31 | US13033WG312 | 05/24/05 |
| 53 | CA DEV VAR-B-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WG49 | US13033WG494 | 05/24/05 |

## List of PG&E Debt Securities Issued
## More Than Three (3) Years Prior to the Petition Date

| | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number | Issue Date |
|---|---|---|---|---|---|
| 54 | CA DEV VAR-C-PACIFIC | Municipal Bond due 12/1/2016 | 13033WG56 | US13033WG569 | 05/24/05 |
| 55 | CA ECON-VAR-RF-3/14 | Municipal Bond due 12/1/2018 | 13033WG23 | US13033WG239 | 05/24/05 |
| 56 | CA ECON-VAR-RF-E-3/11 | Municipal Bond ADJ% due 11/1/2026 | 13033WF81 | US13033WF819 | 05/24/05 |
| 57 | CA ECON-VAR-RF-F-3/12 | Municipal Bond ADJ% due 11/1/2026 | 13033WF99 | US13033WF991 | 05/24/05 |
| 58 | CA INFRA REF-GAS-F | Municipal Bond 3.75% due 11/1/2026 | 13033WU84 | US13033WU842 | 05/24/05 |
| 59 | CA INFRA VAR-A-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WRZ8 | US13033WRZ85 | 05/24/05 |
| 60 | CA INFRA VAR-B-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WSA2 | US13033WSA26 | 05/24/05 |
| 61 | CA INFRA VAR-C-PACIFI | Municipal Bond due 12/1/2016 | 13033WSB0 | US13033WSB09 | 05/24/05 |
| 62 | CA INFRA VAR-D-PACIFI | Municipal Bond due 12/1/2016 | 13033WSC8 | US13033WSC81 | 05/24/05 |
| 63 | CA INFRA VAR-E-PACIFI | Municipal Bond due 12/1/2016 | 13033WSD6 | US13033WSD64 | 05/24/05 |
| 64 | CA INFRA VAR-F-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WSE4 | US13033WSE48 | 05/24/05 |
| 65 | CA INFRA VAR-GAS-PACIFI | Municipal Bond due 12/1/2018 | 13033WU92 | US13033WU925 | 05/24/05 |
| 66 | CA INFRA VAR-G-PACIFI | Municipal Bond due 12/1/2018 | 13033WSF1 | US13033WSF13 | 05/24/05 |
| 67 | SOLANO IRR REF-MONTIC | Municipal Bond 5.47% due 1/1/2020 | 834125BC9 | US834125BC98 | 02/28/06 |
| 68 | SOLANO IRR-REF-MONTIC | Municipal Bond 5.29% due 1/1/2016 | 834125AY2 | US834125AY28 | 02/28/06 |
| 69 | Pacific Gas & Electric Co | 5.8% due 3/1/2037 | 694308GJ0 | US694308GJ02 | 03/13/07 |
| 70 | Pacific Gas & Electric Co | 5.8% due 3/1/2037 | 694308GK7 | US694308GK74 | 03/13/07 |
| 71 | Pacific Gas & Electric Co | 5.625% due 11/30/2017 | 694308GL5 | US694308GL57 | 12/04/07 |
| 72 | Pacific Gas & Electric Co | 6.35% due 2/15/2038 | 694308GM3 | US694308GM31 | 03/03/08 |
| 73 | CA INFRA ECON DEV-F | Municipal Bond 1.75% due 11/1/2026 | 13034ASX9 | US13034ASX99 | 09/22/08 |
| 74 | Pacific Gas & Electric Co | 8.25% due 10/15/2018 | 694308GN1 | US694308GN14 | 10/21/08 |
| 75 | CA INFRA VAR-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WW33 | US13033WW335 | 10/29/08 |
| 76 | CA INFRA VAR-PACIFIC | Municipal Bond due 12/1/2016 | 13033WW41 | US13033WW418 | 10/29/08 |
| 77 | CA INFRA VAR-PACIFIC | Municipal Bond due 12/1/2016 | 13033WW58 | US13033WW582 | 10/29/08 |
| 78 | CA INFRA VAR-REF-PACI | Municipal Bond ADJ% due 11/1/2026 | 13033WW25 | US13033WW251 | 10/29/08 |
| 79 | Pacific Gas & Electric Co | 6.25% due 3/1/2039 | 694308GQ4 | US694308GQ45 | 03/06/09 |
| 80 | CA INFRA-RF-C-PACIFIC | Municipal Bond due 12/1/2016 | 13033W3G6 | US13033W3G67 | 09/01/09 |
| 81 | CA INFRA-RF-D-PACIFIC | Municipal Bond due 12/1/2016 | 13033W3K7 | US13033W3K79 | 09/01/09 |
| 82 | CA INFRA-RF-VAR-A-PAC | Municipal Bond 3.75% due 11/1/2026 | 13033W3H4 | US13033W3H41 | 09/01/09 |
| 83 | CA INFR-VR-RF-B-PACIF | Municipal Bond 3.75% due 11/1/2026 | 13033W3J0 | US13033W3J07 | 09/01/09 |
| 84 | Pacific Gas & Electric Co | 5.4% due 1/15/2040 | 694308GS0 | US694308GS01 | 11/18/09 |
| 85 | CA INFRA-RF-E-PACIFIC | Municipal Bond 2.25% due 11/1/2026 | 13033W3Z4 | US13033W3Z49 | 04/08/10 |
| 86 | CALIFORNIA ST INFRAST | Municipal Bond 1.75% due 11/1/2026 | 13034ASZ4 | US13034ASZ48 | 04/08/10 |
| 87 | Pacific Gas & Electric Co | 3.5% due 10/1/2020 | 694308GT8 | US694308GT83 | 09/15/10 |
| 88 | Pacific Gas & Electric Co | 4.25% due 5/15/2021 | 694308GV3 | US694308GV30 | 05/13/11 |
| 89 | Pacific Gas & Electric Co | 3.25% due 9/15/2021 | 694308GW1 | US694308GW13 | 09/12/11 |
| 90 | Pacific Gas & Electric Co | 4.5% due 12/15/2041 | 694308GY7 | US694308GY78 | 12/01/11 |
| 91 | Pacific Gas & Electric Co | 4.45% due 4/15/2042 | 694308GZ4 | US694308GZ44 | 04/16/12 |
| 92 | Pacific Gas & Electric Co | 2.45% due 8/15/2022 | 694308HB6 | US694308HB66 | 08/16/12 |
| 93 | Pacific Gas & Electric Co | 3.75% due 8/15/2042 | 694308HA8 | US694308HA83 | 08/16/12 |
| 94 | Pacific Gas & Electric Co | 3.25% due 6/15/2023 | 694308HC4 | US694308HC40 | 06/14/13 |
| 95 | Pacific Gas & Electric Co | 4.6% due 6/15/2043 | 694308HD2 | US694308HD23 | 06/14/13 |
| 96 | Pacific Gas & Electric Co | 3.85% due 11/15/2023 | 694308HE0 | US694308HE06 | 11/12/13 |
| 97 | Pacific Gas & Electric Co | 5.125% due 11/15/2043 | 694308HF7 | US694308HF70 | 11/12/13 |
| 98 | Pacific Gas & Electric Co | 3.75% due 2/15/2024 | 694308HG5 | US694308HG53 | 02/21/14 |
| 99 | Pacific Gas & Electric Co | 4.75% due 2/15/2044 | 694308HH3 | US694308HH37 | 02/21/14 |
| 100 | Pacific Gas & Electric Co | 0.45835% due 5/11/2015 | 694308HJ9 | US694308HJ92 | 05/12/14 |
| 101 | Pacific Gas & Electric Co | 3.4% due 8/15/2024 | 694308HK6 | US694308HK65 | 08/18/14 |
| 102 | Pacific Gas & Electric Co | 4.3% due 3/15/2045 | 694308HL4 | US694308HL49 | 11/06/14 |
| 103 | Pacific Gas & Electric Co | 3.5% due 6/15/2025 | 694308HM2 | US694308HM22 | 06/12/15 |
| 104 | Pacific Gas & Electric Co | 4.25% due 3/15/2046 | 694308HN0 | US694308HN05 | 11/05/15 |