WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**THE OBJECTION DESCRIBED IN THIS NOTICE ASKS THE BANKRUPTCY COURT TO DISALLOW AND/OR EXPUNGE THE CLAIMS LISTED IN EXHIBIT 1 OF THE OBJECTION**

**CLAIMANTS RECEIVING THIS NOTICE SHOULD READ THIS NOTICE AND THE OBJECTION CAREFULLY BECAUSE THE OBJECTION MAY AFFECT YOUR RIGHTS, INCLUDING ANY RIGHT TO RECEIVE A DISTRIBUTION ON YOUR CLAIM IN THIS CASE.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT PRIME CLERK, LLC AT (844) 339-4217**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

    - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

    **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case) (Jointly Administered)

**NOTICE OF HEARING ON REORGANIZED DEBTORS' ELEVENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE)**

**Response Deadline: August 31, 2021, 4:00 p.m. (PT)**

**Hearing Information If Timely Response Made:**
Date:  September 14, 2021
Time:  10:00 a.m. (Pacific Time)
Place: (Tele/Videoconference Appearances Only)
       United States Bankruptcy Court
       Courtroom 17, 16th Floor
       San Francisco, CA 94102

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors,**" or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on **September 14, 2021, at 10:00 a.m. (Pacific Time)** (the "**Omnibus Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's *Seventh Amended General Order No. 38 – COVID-19 Public Health Emergency*, the Omnibus Hearing will not be conducted in person but will instead be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a Court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the *Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)*, filed on August 3, 2021 [Docket No. 11014] (the "**Omnibus Objection**").

**PLEASE TAKE FURTHER NOTICE** that by the Omnibus Objection, the Reorganized Debtors seek to disallow and/or expunge the proofs of claim listed in **Exhibit 1** of the Omnibus Objection. The basis of the objection to these proofs of claim is that they were not subject to the Extended Securities Bar Date (as defined in the Omnibus Objection) and were untimely filed after the applicable Bar Date.

**If you are receiving this notice and have filed a proof of claim in the Chapter 11 Cases, you should read the Omnibus Objection carefully, including reviewing Exhibit 1 thereto to confirm that your claim is subject to the Omnibus Objection, as it may affect any right you have to receive a distribution in these Chapter 11 Cases on your claim.**

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Omnibus Objection must be in writing and filed with the Bankruptcy Court so as to be received by no later than the Response Deadline, **4:00 p.m. (Pacific Time) on August 31, 2021**. Any oppositions or responses must comply with the requirements set forth in and be filed and served as described in Exhibit A-3 to the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* dated January 25, 2021 [Docket No. 10015-1] (the "**Securities Omnibus Objection Procedures**"). Any service by email should be made on counsel for the Reorganized Debtors by emailing your response or opposition to PGEsecuritiesclaims@weil.com. A copy of the Securities Omnibus Objection Procedures is attached to this Notice. **Any relief requested in the Omnibus Objection may be granted without a hearing if no opposition or response is timely filed and served in accordance with the Securities Omnibus Objection Procedures. If you fail to file an opposition or response, the Bankruptcy Court may sustain the objection to your Claim and drop the matter from the scheduled hearing without further notice to you.** In deciding the Omnibus Objection, the Bankruptcy Court may consider any other document filed in these Chapter 11 Cases and related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Omnibus Objection and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 3, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

*Richard W. Slack*
Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*