1   EVAN C. BORGES, State Bar No. 128706
    *EBorges@GGTrialLaw.com*
2   SARAH KELLY-KILGORE, State Bar No. 284571
    *SKellyKilgore@GGTrialLaw.com*
3   GREENBERG GROSS LLP
    601 S. Figueroa Street, 30th Floor
4   Los Angeles, California 90017
    Telephone: (213) 334-7000
5   Facsimile: (213) 334-7001

6   *Attorneys for The Honorable John K. Trotter*
    *(Ret.), Trustee of the PG&E Fire Victim Trust*

7

8           **UNITED STATES BANKRUPTCY COURT**

    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
9

10

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
|     **-and-** | Chapter 11 (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF SUBPOENA ISSUED TO PRICEWATERHOUSECOOPERS LLP EMPLOYEE HUGH LE** |
|     **Debtors.** | |
| □   Affects PG&E Corporation | |
| □   Affects Pacific Gas and Electric Company | |
| ■   Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that on or about August 3, 2021, counsel for the Honorable John K. Trotter (Ret.), trustee (the "**Trustee**") of the PG&E Fire Victim Trust (the "**Trust**"), issued and intends to serve a subpoena for the examination of PricewaterhouseCoopers LLP ("**PwC**") employee Hugh Le through testimony and the production of documents (the "**Hugh Le Subpoena**"). The examination will begin on August 26, 2021 at 10:00 a.m. CDT, and will be taken at Draper Startup House, located at 612 East 6th Street, Suite A, Austin, TX 78701. The testimony will be recorded by audio and video technology in addition to the stenographic method.

A true and correct copy of the Hugh Le Subpoena is attached hereto as Exhibit 1. The items that the Trustee has requested be produced are described in the Attachment to the Hugh Le Subpoena.

DATED: August 4, 2021                     GREENBERG GROSS LLP


By:      /s/ *Sarah Kelly-Kilgore*
         _____
         Evan C. Borges
         Sarah Kelly-Kilgore

         *Attorneys for The Honorable John K. Trotter*
         *(Ret.), Trustee of the PG&E Fire Victim Trust*


## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2021, the foregoing was served upon all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(1).

         /s/ *Sarah Kelly-Kilgore*
         _____
         Sarah Kelly-Kilgore