PILLSBURY WINTHROP SHAW PITTMAN LLP
JONATHAN DOOLITTLE (SBN 290638)
jonathan.doolittle@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
HUGH M. MCDONALD (*admitted pro hac vice*)
hugh.mcdonald@pillsburylaw.com
31 West 52nd Street
New York, NY 10019-6131
Telephone: 212.858.1000
Facsimile: 212.858.1500

*Attorneys for Consolidated Edison Development, Inc.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**  **PG&E CORPORATION**  - and -  **PACIFIC GAS AND ELECTRIC COMPANY,**  Debtors.  ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☑ Affects both Debtors  \* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)  CHAPTER 11 (LEAD CASE) (JOINTLY ADMINISTERED)  **CERTIFICATE OF SERVICE OF RESPONSE TO MEMORANDUM OF LAW IN SUPPORT OF REORGANIZED DEBTORS' OBJECTION TO CONSOLIDATED EDISON DEVELOPMENT, INC'S AMENDED CURE PAYMENT CLAIM DEMAND**  Date: August 10, 2021 Time: 11:00 a.m. Place: U.S. Bankruptcy Court, Rm 17, 16th Floor, San Francisco, CA 94102  Related Docket No.: 10948 |

# CERTIFICATE OF SERVICE

I, Hugh M. McDonald, do declare and state as follows:

1. On July 16 and 19, 2021, copies of the *Response to Reorganized Debtors' Objection to Consolidated Edison Development, Inc.'s Amended Cure Payment Claim Demand* [Docket No. 10948] were served by email and first-class mail on the parties identified on the Service List attached as **Exhibit A**.

2. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, NY
August 5, 2021

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Hugh M. McDonald*
Hugh M. McDonald (*admitted pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
hugh.mcdonald@pillsburylaw.com
- - -
Jonathan Doolittle (SBN 290638)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200
jonathan.doolittle@pillsburylaw.com

*Attorneys for Consolidated Edison Development, Inc.*