**Exhibit A**

Service List

| | |
|---|---|
| 1 | **WEIL, GOTSHAL & MANGES LLP** |
| 2 | 767 Fifth Avenue<br>New York, NY 10153-0119 |
| 3 | Attn.: Theodore E. Tsekerides<br>      Jessica Liou |
| 4 |       Matthew Goren<br>      Aaron Shaddy |
| 5 |       Thomas Schinckel |
| 6 | **KELLER BENVENUTTI KIM LLP** |
| 7 | 650 California Street, Suite 1900<br>San Franscisco, CA 94108 |
| 8 | Attn.: Tobias S. Keller<br>      Peter J. Benvenutti |
| 9 |       Jane Kim |