**POLSINELLI LLP**
Tanya Behnam (SBN 322593)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802
Email: tbehnam@polsinelli.com

*Attorneys for Creditor Marble Ridge Master Fund LP*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects **both Debtors**<br><br>*All papers shall be filed in the Lead Case No. 19-30088 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered) (Lead Case)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING** |

**PLEASE TAKE NOTICE** that Tanya Behnam hereby requests withdrawal of her appearance in the above-captioned case on behalf of Creditor Marble Ridge Master Fund LP, and requests to be removed from all service lists in this case, including all electronic service lists and the ECF notification system.

Dated: August 5, 2021

**POLSINELLI LLP**

By: */s/ Tanya Behnam*
TANYA BEHNAM

Counsel for Creditor Marble Ridge Master Fund LP

79270466.1

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, a true and correct copy of the foregoing document was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

_____
Cindy Cripe