# Notice Recipients

District/Off: 0971−3     User: admin     Date Created: 8/6/2021
Case: 19−30088     Form ID: TRANSC     Total: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Kevin J. Orsini | Cravath, Swaine & Moore LLP | 825 Eighth Avenue | New York, NY 10019 |
| aty | Sarah Kelly−Kilgore | Greenberg Gross LLP | 601 S. Figueroa St., 30th Fl. | Los Angeles, CA 90017 |
| | Matthew J. Cave | Kibler Fowler & Cave LLP | 11100 Santa Monica Boulevard Suite 360 | Los Angeles, CA 90025 |

TOTAL: 3