Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for UTILITY TREE SERVICE, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 8068 BY UTILITY TREE SERVICE, LLC** |

**TO THE REORGANIZED DEBTORS:**

**PLEASE TAKE NOTICE** that Utility Tree Service, LLC ("UTS") hereby withdraws Proof of Claim No. 8068, filed August 28, 2019 in the amount of $1,290,800.79. Withdrawal of claim no.

8068 is without prejudice to allowance and payment of UTS's Claim No. 107666, filed July 7, 2021 in the amount of $942,070.31.  Claim No. 107666 amends and supersedes Claim No. 8068.

Dated:  August 9, 2021          **DUANE MORRIS LLP**

By: /s/ Geoffrey A. Heaton (206990)
GEOFFREY A. HEATON
Attorneys for UTILITY TREE SERVICE, LLC