Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for UTILITY TREE SERVICE, LLC

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**<u>CERTIFICATE OF SERVICE</u>** |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am a special counsel with Duane Morris LLP and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On August 9, 2021, I served the following document:

- **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 8068 BY UTILITY TREE SERVICE, LLC**

DM3\7959793.1

| | |
|---|---|
| 1 | __X__  ELECTRONICALLY: I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 9, 2021, in San Francisco, California. |
| 7 | |
| 8 | |
| 9 |        /s/ Geoffrey A. Heaton (206990)<br>GEOFFREY A. HEATON |