**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:     (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:     (415) 636-9251

*Attorneys for Debtors and*
*Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>      **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                  **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br>* *All papers shall be filed in the lead case,*<br>*No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR AUGUST 10, 2021, 10:00 AND 11:00 A.M. OMNIBUS HEARINGS**<br><br>Date:  August 10, 2021<br>Time:  10:00 and 11:00 a.m. (Pacific Time)<br>Place:  AT&T Teleconference (10:00 a.m.)<br>        Zoom Videoconference (11:00 a.m.)<br>        United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR**
**AUGUST 10, 2021, 10:00 AND 11:00 A.M. (PACIFIC TIME)**
**OMNIBUS HEARINGS**

**I:      MATTERS SCHEDULED TO BE HEARD IN MAIN CASE AT 10:00 A.M.
(PACIFIC TIME): No. 19-30088 (DM)**

The following matters, which were scheduled to be heard at 10:00 a.m. (Pacific Time) have been resolved or continued.  Accordingly, the 10:00 a.m. session is cancelled.

*RESOLVED AND CONTINUED MATTERS*

1.      **Reorganized Debtors' Objection to Sandra Pedroia Proof of Claim**: *Reorganized Debtors' Objection to Proof of Claim Number 87136, Filed by Sandra Pedroia* [**Dkt. 10903**].

Status:  The Objection re Sandra Pedroia has been continued to the August 25, 2021, Omnibus Hearing.

**Securities Omnibus Claims Objection:**

2.      **Seventh (No Basis for Claim – Failure to Provide Any Trading Information)** [**Dkt. 10788**].  This Omnibus Objection was granted as to most Claims by **Dkt. 10971**.  It has been withdrawn without prejudice and taken off calendar as to Janus Capital Management LLC [**Dkt. 11010**].

**Omnibus Claim Objections:**

3.      **Sixteenth (Satisfied Claims)** [**Dkt. 9076**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9364**.  It has been continued to August 25, 2021, as to the City of Oakland [**Dkt. 11012**].

4.      **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**].  This Omnibus Objection was granted as to most claims by **Dkt. 10858**.  It has been continued to August 25, 2021, as to Marsh Landing, LLC [**Dkt. 11012**].

5.      **Ninety-Third (No Legal Liability Claims)** [**Dkt. 10808**].  This Omnibus Objection was granted as to most Claims by **Dkt. 10980**.  It has been continued to September 14, 2021, as to City of San Carlos [**Dkt. 11013**].

**II:**     <u>**MATTER SCHEDULED TO BE HEARD IN MAIN CASE AT 11:00 A.M. (PACIFIC TIME): No. 19-30088 (DM)**</u>

***CONTESTED MATTER GOING FORWARD***

    6.     <u>**Reorganized Debtors' Objection to Consolidated Edison Development, Inc.'s Amended Cure Payment Demand:**</u> *Reorganized Debtors' Objection to Consolidated Edison Development, Inc.'s Amended Cure Payment Claim Demand* [**Dkt. 10613** with unredacted version filed under seal at **Dkt. 10617**].

    <u>Related Order</u>:

    A.     Order Granting Stipulation Regarding Scheduling with Respect to the Reorganized Debtors' Objection to Consolidated Edison Development, Inc.'s Amended Cure Payment Claim Demand [**Dkt. 10730** approving Stipulation at **Dkt. 10721**]

    <u>Related Documents</u>:

    B.     Memorandum of Law in Support of Reorganized Debtors' Objection to Consolidated Edison Development, Inc.'s Amended Cure Payment Claim Demand [**Dkt. 10827** with unredacted version filed under seal at **Dkt. 10830**].

    C.     Reorganized Debtors' Reply in Support of *Ipso Facto* Objection to Consolidated Edison Development Inc.'s Amended Cure Payment Claim Demand [**Dkt. 11001** with unredacted version filed under seal at **Dkt. 11004**].

    <u>Response</u>:

    D.     Consolidated Edison Development, Inc.'s Response to Reorganized Debtors' Objection to Consolidated Edison Development, Inc.'s Amended Cure Payment Claim Demand [**Dkt. 10948**] (Includes Declarations of Frank R. Lindh and James J. Dixon).

    <u>Status</u>:  This matter is going forward on a contested basis.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

6
7

Dated: August 9, 2021

8
9

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:    */s/ Thomas B. Rupp*
          Thomas B. Rupp

10

*Attorneys for Debtors and Reorganized Debtors*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28