To: United States Bankruptcy Court
Northern District of California
450 Golden Gate Ave
Mail Box 36099
San Francisco CA 94102

FILED
AUG 09 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

From: Michael D. D. Madden          5 August 2021
14290 Wintu Way
Redding, CA 96003

Case No. 19-30088 (Lead Case)
Claimant No. ???

Sirs!

I left my California home on 9 July 2021 and am temporarily residing in Schenectady New York until approximately 15 October 2021. All of my files regarding this PG&E claim case are locked in my safety deposit box at Tri Counties Bank in Shasta Lake, CA.

As I understand it I am being told that you need proof of my claim information. In accordance with prior instructions that I received, I submitted this information electronically. After receiving another document saying that I needed to submit this information, I went on line and it said that "I had already

2

submitted this information. In order to make double sure I filled out the physical paperwork along with copies of supporting documents and mailed it to the New York address, with tracking requested from USPS. The document package arrived at the NYC postal distribution center but was not delivered to the final destination — nor was it ever returned to me. I wonder how many people/claimants have had the same problem? After this I left on my trip back east.

To say that I am a frustrated claimant would be an understatement!!

I am now helpless to remedy the situation and I ask the Court for some form of relief in the form of an allowed delay to submit again the necessary verification data to the end of October 2021 when I will be home and have access to my information.

Sincerely,

M. [signature]  530-276-5053
MICHAEL D.D. MADDEN   m.kangey@gmail.com

**CERTIFIED MAIL**

7020 3160 0000 2077 3286

Michael Warren
4290 Winds Way
Redding CA 96003

RECEIVED
AUG -9 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

U.S. POSTAGE
$3.60
FCML 0000
Orig: 12831
Dest: 94102
08/06/21
2000051951    02    6W
R2305K137017



United States Bankruptcy Court
Northern District of California
450 Golden Gate Ave
Mail Box 36099
San Francisco CA 94102