EVAN C. BORGES, State Bar No. 128706
  EBorges@GGTrialLaw.com
SARAH KELLY-KILGORE, State Bar No. 284571
  SKellyKilgore@GGTrialLaw.com
GREENBERG GROSS LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 334-7000
Facsimile: (213) 334-7001

*Attorneys for The Honorable John K. Trotter (Ret.), Trustee of the PG&E Fire Victim Trust*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF THE FIRE VICTIM TRUSTEE'S [PROPOSED] ORDER COMPELLING PRICEWATERHOUSECOOPERS LLP'S COMPLIANCE WITH RULE 2004 SUBPOENA** |

Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Local Bankruptcy Rule 2004-1(a), this Court entered an order on March 24, 2020 authorizing service of a subpoena on PricewaterhouseCoopers LLP ("**PwC**") for the production of certain categories of documents and information, including: (1) "All Documents that constitute and/or memorialize any and all contracts and/or work agreements between [PwC] and PG&E, for the time period 2013 to the present" and (2) "All Documents that constitute and/or memorialize any and all reports, analyses, summaries, or descriptions of [PwC's] work for PG&E, for the time period 2013 to the present." Dkt. No. 6351-2 at 8 (requests for production Nos. 1 and 3).[1] A subpoena subsequently issued and was served on PwC.

On June 11, 2021, the Honorable John K. Trotter (Ret.), in his capacity as the Fire Victim Trustee (the "**Trustee**"), requested a discovery conference to address PwC's failure to produce certain documents pursuant to that subpoena. An initial discovery conference was held on July 16, 2021, at which the Court instructed the parties to continue meeting and conferring, to submit a joint status report no later than August 2, 2021, and to attend a second discovery conference, if necessary, on August 5, 2021. On August 2, 2021, the Trustee submitted a status report stating that the parties had been unable to reach agreement as to the Trustee's requests for:

1. Documents sufficient to identify all of PwC's contracts with PG&E during the time period 2013 through March 17, 2020;

2. PwC's deliverables relating to the **Community Wildfire Safety Program ("CWSP")**, meaning PwC's work product generated in connection with

---

[1] As defined by the subpoena, "Documents" means:

> [E]ach written, typed, printed, recorded, transcribed, taped, electronically stored, digitized, disked, filmed, or graphic matter of every kind, however produced or reproduced, including originals or copies of originals not in existence or available, all drafts or partial copies, wherever located, and including all Electronic Data, correspondence, letters, emails, memoranda, requests for information, reports, studies, tests, inspections, working papers, handwritten notes, diaries, charts, spreadsheets, photographs, sketches, drawings, blueprints, videos, graphs, indices, submittals, data sheets, databases, conversations, statements, minutes, notations (including notes or memorandum of conversations), telephone conversations in whatever form, suggestions, comments, instructions, warnings, notices, manuals, periodicals, pamphlets, brochures, catalogues, bulletins, schedules, invoices, and other documentation."

Dkt. No. 6351-2 at 5.

that engagement, including advice, recommendations, analysis, and/or reports to PG&E, during the time period 2013 through March 17, 2020;

3. PwC's deliverables relating to the **Public Safety Power Shutoff program ("PSPS")**, meaning PwC's work product generated in connection with that engagement, including advice, recommendations, analysis, and/or reports to PG&E, during the time period 2013 through March 17, 2020; and

4. PwC's deliverables relating to the **EPC Cross-Cutting program ("EPC CC")**, meaning PwC's work product generated in connection with that engagement, including advice, recommendations, analysis, and/or reports to PG&E, during the time period 2013 through March 17, 2020; and

5. PwC's deliverables relating to the **General Rate Case ("GRC")**, meaning PwC's work product generated in connection with that engagement, including advice, recommendations, analysis, and/or reports to PG&E, during the time period 2013 through March 17, 2020.

Email from S. Kilgore to L. Parada (Aug. 2, 2021 at 11:18 a.m. PDT) at 1 (bold in original).

On August 5, 2021, the parties attended a second discovery conference, at which all parties agreed to submit letter briefs, no more than five pages in length, regarding the Trustee's request for deliverables relating to the GRC (item No. 5 in the Trustee's status report). The parties further agreed to meet and confer regarding a proposed order addressing the Trustee's requests for: (1) documents sufficient to identify PwC's contracts with PG&E, such as a list of all such contracts during the relevant time period (item No. 1 in the Trustee's status report); and (2) PwC's deliverables relating to the CWSP, PSPS, and EPC CC (item Nos. 2 through 4 in the Trustee's status report). The parties have since met and conferred but have been unable to reach agreement regarding the content of any proposed order.

The Trustee therefore respectfully submits the proposed order attached hereto as **Exhibit A**, and respectfully requests that the Court enter an Order in the form proposed by the Trustee.

DATED: August 9, 2021                    GREENBERG GROSS LLP

By:     */s/ Sarah Kelly-Kilgore*
Evan C. Borges
Sarah Kelly-Kilgore

*Attorneys for The Honorable John K. Trotter (Ret.), Trustee of the PG&E Fire Victim Trust*