KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Matthew J. Cave (SBN 280704)
mcave@kfc.law
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025
Telephone:     (310) 409-0400
Facsimile:     (310) 409-0401

*Attorneys for PricewaterhouseCoopers LLP*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF [PROPOSED] ORDER RE: RULE 2004 SUBPOENA FOR PRODUCTION OF DOCUMENTS TO PRICEWATERHOUSECOOPERS LLP** |

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025
KF&C

The Trustee for the Fire Victim Trust (the "Trustee") and PricewaterhouseCoopers LLP ("PwC") participated in discovery conferences with this Court on July 16, 2021 and August 5, 2021, to discuss certain disputed issues regarding the March 17, 2020 subpoena for the production of documents served on PwC (the "Subpoena").

Consistent with this Court's guidance, the parties met and conferred after the August 5th discovery conference in an effort to prepare a mutually agreed proposed order concerning the issues identified in the August 2, 2021 email from the Trustee's counsel to the Court (the "August 2 Email").[1] Unfortunately, the parties were unable to reach agreement regarding the content of the proposed order, notwithstanding PwC's extensive efforts to compromise.

With respect to issues 2 through 4 in the August 2 Email, PwC offered to produce non-privileged, final deliverables for the Community Wildfire Safety Program ("CWSP"), the Public Safety Power Shutoff Program ("PSPS"), and the EPC Cross-Cutting Program ("EPC CC") (to the extent not already produced).  PwC also agreed, despite its objections, to produce such deliverables for the entire proposed eight-year time period.  Furthermore, PwC agreed that any production would be made without prejudice to the Trustee requesting additional documents if the Trustee were to determine in good faith after reviewing the produced documents that other PwC documents related to the CWSP, PSPS, and EPC CC may be relevant to causation of the subject wildfires.  However, the Trustee rejected PwC's compromise offer, instead demanding for the first time in the proposed order all "work product" for the CWSP, PSPS, and EPC CC.  This new demand for "work product"—as opposed to *deliverables*—was never discussed by the parties during their many meet and confers (until today), nor was it discussed during the August 5th discovery conference with the Court.

With respect to issue 1 in the August 2 Email, the Trustee's request for "documents sufficient to identify *all of PwC's contracts with PG&E*," the Trustee's counsel admitted during a meet and confer today that the Trustee has dropped this facially overbroad request to other

---

[1] As previously noted, the Trustee submitted this so-called "status report" unilaterally and in violation of this Court's order at the July 16th discovery conference.

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025

KF&C

Kibler Fowler & Cave LLP

1100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025

KF&C

consultants that performed work for PG&E.  The Trustee's counsel failed to offer any good reason why this burdensome request is necessary with respect to PwC, especially given PwC's offer to produce the documents discussed above.  Regardless, a (very long) list of contract names and dates covering an eight-year time period, the vast majority of which have absolutely nothing to do with wildfire safety, will not advance the parties' ongoing meet and confers in a meaningful way.

Finally, the Trustee also requested for the first time in the proposed order that *non-party* PwC produce a privilege log containing information beyond what is typically provided by *parties* and beyond what is required by applicable law.  The Trustee did not raise this unreasonable request at the August 5th discovery conference or in prior meet and confers with PwC.  PwC already agreed to prepare a privilege log and will do so consistent with its obligations under applicable law; it should not be ordered to do anything more.

Accordingly, PwC respectfully submits the proposed order attached hereto as Exhibit A, and respectfully requests that the Court enter an order in the form proposed by PwC.


Dated:  August 9, 2021            KIBLER FOWLER & CAVE LLP


By:    /s/ Matthew J. Cave
       MICHAEL D. KIBLER
       MATTHEW J. CAVE
       Attorneys for PricewaterhouseCoopers LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

PROPOSED ORDER

Kibler Fowler & Cave LLP

1:1100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025

1    KIBLER FOWLER & CAVE LLP
     Michael D. Kibler (SBN 243982)
2    mkibler@kfc.law
     Matthew J. Cave (SBN 280704)
3    mcave@kfc.law
     11100 Santa Monica Blvd., Suite 360
4    Los Angeles, California 90025
     Telephone:    (310) 409-0400
5    Facsimile:    (310) 409-0401

6    *Attorneys for PricewaterhouseCoopers LLP*

7

8              **UNITED STATES BANKRUPTCY COURT**

9    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11   In re:                          Bankruptcy Case
                                     No. 19-30088 (DM)
12   PG&E CORPORATION
                                     Chapter 11
13         -and-                     (Lead Case)
                                     (Jointly Administered)
14   PACIFIC GAS AND ELECTRIC
     COMPANY,                        **[PROPOSED] ORDER RE: RULE 2004**
15                                   **SUBPOENA FOR PRODUCTION OF**
           Debtors.                  **DOCUMENTS TO**
16                                   **PRICEWATERHOUSECOOPERS LLP**

17

18

19

20

21

22

23

24

25

26

27

28

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025

The Trustee for the Fire Victim Trust (the "Trustee") and PricewaterhouseCoopers LLP ("PwC") participated in discovery conferences with this Court on July 16, 2021 and August 5, 2021, to discuss certain disputed issues regarding the March 17, 2020 subpoena for the production of documents served on PwC (the "Subpoena"). After due deliberation and sufficient cause appearing therefor, the Court issues the following orders regarding the Subpoena.

IT IS HEREBY ORDERED THAT:

1. Within twenty-one (21) days of the date of this Order, PwC shall produce to the Trustee the following:

    a. PwC's non-privileged, final deliverables to PG&E relating to the Community Wildfire Safety Program ("CWSP") during the time period 2013 through March 17, 2020;

    b. PwC's non-privileged, final deliverables to PG&E relating to the Public Safety Power Shutoff program ("PSPS") during the time period 2013 through March 17, 2020; and

    c. To the extent not already produced, PwC's non-privileged, final deliverables to PG&E relating to the EPC Cross-Cutting program ("EPC CC") during the time period 2013 through March 17, 2020.

2. In the event that PwC has withheld or withholds any of the above-described documents based on a claim of attorney-client privilege, work-product protection, or any other privilege, whether such privilege is asserted by PG&E or PwC, PwC shall provide a privilege log to the Trustee within twenty-eight (28) days of the date of this Order.

3. In addition, by no later than 5 p.m. PST on August 19, 2021, the Trustee and PwC shall each submit a letter brief to the Court, not to exceed five pages in length, setting forth their position as to the Trustee's request for documents related to the General Rate Case ("GRC").

4. This Order is without prejudice to the Trustee's right to seek additional examinations or documents pursuant to Bankruptcy Rule 2004 or any other applicable law.

** END OF ORDER **

Kibler Fowler & Cave LLP
1100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025