Entered on Docket
August 10, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 10, 2021

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>      - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br><br>Date:  September 14, 2021<br>Time:  10:00 AM<br>Via AT&T Teleconference<br>www.canb.uscourts.gov/calendars |

**ORDER REGARDING HEARING ON REORGANIZED DEBTORS' OBJECTION TO PROOF OF CLAIM # 87136 FILED BY SANDRA PEDROIA**

On July 9, 2021, PG&E Corporation and Pacific Gas and Electric Company, the Reorganized Debtors ("Debtors"), filed an objection to the proof of claim filed by Ms. Sandra Pedroia (Claim # 87136). The response deadline to the objection was July 27, 2021. Ms. Pedroia has not filed with the court, or

uploaded on the Court Document Upload feature available on the court's website, any response to that objection.[1]

Because of Ms. Pedroia's request for more time, Debtors voluntarily continued the August 10 hearing to August 25. Because the court is now directing Ms. Pedroia to file a statement in response to the objection to her claim, the court has now rescheduled the hearing to September 14, 2021, at 10:00 AM via AT&T Teleconference.

Ms. Pedroia has been in an ongoing dispute with the Debtors since 2011 based upon alleged damage to her home in San Francisco from a leaking water line caused by a PG&E gas line replacement project around that time.

The sole reason for the current objection to Ms. Pedroia's claim is that any claim she may have had is now barred by the California three-year statute of limitations, Cal. Code of Civ. Proc. § 338(b). PG&E alleges that Ms. Pedroia took no legal action until she filed her proof of claim in this chapter 11 case on or about October 23, 2019. PG&E filed this chapter 11 case on January 29, 2019, quite longer than three years after the alleged damage occurred.

The court is inclined to sustain Debtors' objection to Ms. Pedroia's claim unless she is able to explain how she can avoid the statute of limitations as argued by Debtors in their Objection (Dkt. No. 10903 at pages 3-4).

---

[1] Ms. Pedroia has submitted numerous unsolicited emails to the court, the court staff, the Debtors' counsel, and many others. The court has not considered them and directs that the practice stop. Future emails of that nature will be disregarded.

Accordingly, the court directs Ms. Pedroia to file her explanation why the statute of limitations does not bar her proof of claim. The court does not expect a lengthy legal brief from this self-represented party. It does expect an explanation why the facts and applicable law show why the claim is not time barred. Ms. Pedroia should refrain from including her oft-repeated criticisms of the court, the Debtors, their counsel and staff and her general views about Debtors' role in the previous and present California wildfires. The sole issue to be presented is whether her claim for damages should survive notwithstanding the running of several years without her commencing litigation following the alleged water damage to her home.

She should file that statement no later than September 7, 2021. If she does not, the court is likely to drop the September 14, 2021, hearing from calendar and to issue an order sustaining the objection and disallowing Ms. Pedroia's claim. If she does file a response, the court will consider that response and any arguments the Debtors or Ms. Pedroia wish to present at the September 14, 2021 hearing.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Sandra Pedroia
801 Athens St.
San Francisco, CA 94112-3811