# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 3, 2021, at my direction and under my supervision, employees of Prime Clerk caused the Seventy-Ninth Omnibus Objection, customized to include the name and address of the party to be served via first class mail on Ashley Mahoney (MMLID#11410939), PO Box 1514, Manteca, CA, 95336-1149:

- Reorganized Debtors' Seventy-Ninth Omnibus Objection to Claims (Books and Records Claims) [Docket No. 10673]

3. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 6th day of August 2021, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso