# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 8/11/2021 |
| Case: 19–30088 | Form ID: TRANSC | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Hugh M. McDonald

                                                TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty     Theodore Tsekerides     Weil, Gotshal & Manges LLP     767 Fifth Avenue     New York, NY 10153

                                                TOTAL: 1