

**Entered on Docket
August 12, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: August 12, 2021**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: August 17, 2021<br>Time: 10:00 AM<br>Via Zoom Videoconference<br>www.canb.uscourts.gov/calendars |

**ORDER SETTING HEARING ON MOTIONS BY WILLIAM B. ABRAMS**

The court has reviewed the *William B. Abrams Motion to Enforce Disclosure Requirements or Reconstitute The Fire Victim Trust Oversight Committee Given New Evidence of Self Dealing and Conflicts of Interest Pursuant to U.S.C. §§ 327(a) and Bankruptcy Rule 2014* (the "Abrams Motion") (Doc # 11005) and the *Ex Parte Motion of William B. Abrams Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on William B.*

*Abrams Motion to Enforce Disclosure Requirements or Reconstitute The Fire Victim Trust Oversight Committee Given New Evidence of Self Dealing and Conflicts of Interest Pursuant to U.S.C. §§ 327(a) and Bankruptcy Rule 2014* (the "Ex Parte Motion") (Doc # 11051), and the supporting declarations accompanying both of them.

When the Abrams Motion was submitted, the court's original intention was to issue a written decision disposing of it. Before that could happen, Mr. Abrams filed the Ex Parte Motion, apparently believing that the statements he attributed to the former president of Up From the Ashes coalition have implications regarding the recent Dixie fire and the PG&E stock price. (See Ex Parte Motion at Page 4 of 5).

While it is not clear that an expedited motion is necessary, what is clear is that the broad-reaching criticisms by Mr. Abrams need to be addressed sooner rather than later.

For that reason, the court will hold a hearing on August 17, 2021 at 10:00 AM via Zoom at which time it will explain to Mr. Abrams why it will deny both the Abrams Motion and the Ex Parte Motion, while at the same time it will clarify the conditions under which some of his grievances can be considered by this court in any renewed motion Mr. Abrams chooses to file.

The court expects Mr. Abrams to attend; no other appearances are required.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409