Richard A. Lapping (SBN: 107496)
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
*Rich@TrodellaLapping.com*

Attorneys for Todd Greenberg

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**CREDITOR TODD GREENBERG'S RESPONSE TO FURTHER OBJECTION TO CLAIM NO. 77335**<br><br>[Related to Dkt. Nos. 9455, 9646]<br><br>Date: September 14, 2021<br>Time: 10:00 a.m.<br>Courtroom 17 - Video<br>Judge: Hon. Dennis Montali |

     Creditor Todd Greenberg ("Greenberg") hereby requests that his deadline to respond to the further objection of PG&E be continued 8 weeks, to October 7, 2021, and that the hearing date likewise be continued 8 weeks, to November 9, 2021, or such other date that the Court has available. Greenberg's counsel has made this proposal to counsel for PG&E, but has not heard back as of the time this response is filed.

     Greenberg requests this continuance as he has experienced some delay in obtaining key evidence in support of his claim.

Respectfully submitted.

Dated: August 12, 2021  TRODELLA & LAPPING LLP

By:  /s/ Richard A. Lapping
 Richard A. Lapping
 Attorneys for Todd Greenberg