| | |
|---|---|
| From: | B Funk |
| To: | ▮▮▮▮▮▮▮▮ |
| Subject: | Fire victims trust |
| Date: | Monday, August 16, 2021 12:37:30 AM |

**CAUTION - EXTERNAL:**

Your Honor

I'm contacting you regarding the Fire victims trust (FVT) and its transparency and its direct effect on my family's life & struggles.

I was inquiring about PG&E payout status on-line trying to keep up on the status of when I might be able to put my life back together. But all I can find is very unnerving things about FVT. The thing put in place to help save us all and make sure we get what we deserve is in turn burning us all over again. Now I have no real proof that our money is being needlessly blown on ridiculous wages because of the lack of transparency. But I also wasn't born yesterday, and can see that it shouldn't take $51million to pay 7million.

I'm not trying to be greedy or get rich. I just don't want to struggle and I'm in a better position than a majority of my peers.

I ask you please look into the FVT and make sure they are doing what is in my town's best interest. This struggle after the fire has been much worse than the initial loss of everything, and all we want is to just get back to a relative normal and start putting it all behind us. Anything you might be able to do would be greatly appreciated. Maybe light a fire under FVT's butt (no pun intended) to get some payments out.

Thank you for your time Your Honor.

Brian Funk

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.