

Signed and Filed: August 17, 2021

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER DENYING MOTIONS BY WILLIAM B. ABRAMS**

IT IS HEREBY ORDERED that the *William B. Abrams Motion to Enforce Disclosure Requirements or Reconstitute The Fire Victim Trust Oversight Committee Given New Evidence of Self Dealing and Conflicts of Interest Pursuant to U.S.C. §§ 327(a) and Bankruptcy Rule 2014* (Doc # 11005) and the *Ex Parte Motion of William B. Abrams Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on William B. Abrams Motion to*

*Enforce Disclosure Requirements or Reconstitute The Fire Victim Trust Oversight Committee Given New Evidence of Self Dealing and Conflicts of Interest Pursuant to U.S.C. §§ 327(a) and Bankruptcy Rule 2014* (Doc # 11051), are DENIED for the reasons stated on the record at a hearing held on August 17, 2021.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409