UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Pacific Gas and Electric Company,

Debtor(s)

Bankruptcy No.: 19-30088
R.S. No.:
Hearing Date:
Time:

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019       Chapter: 11
    Prior hearings on this obligation: None    Last Day to File §523/§727 Complaints: ____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:      $_____         Source of value: _____
   Contract Balance:       $_____         Pre-Petition Default:    $_____
   Monthly Payment:        $_____         No. of months: _____
   Insurance Advance:      $_____         Post-Petition Default:   $_____
                                             No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.       $_____         Pre-Petition Default:    $_____
   As of (date): _____               No. of months: _____
   Mo. payment:       $_____         Post-Petition Default:   $_____
   Notice of Default (date): _____   No. of months: _____
   Notice of Trustee's Sale: _____   Advances Senior Liens:   $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____ : | | | |
   | _____ : | | | |
   | _____ : | | | |
   | (Total) | $_____ | $_____ | $_____ |

   Relief from Stay is sought to compel arbitration to resolve and liquidate pre-petition contractual disputes.

(D) Other pertinent information:

Dated: 08/17/2021

/s/ Diane C. Stanfield
Signature
Diane C. Stanfield
Print or Type Name

Attorney for Fulcrum Credit Partners, LLC