ALSTON & BIRD, LLP
DIANE C. STANFIELD (CA Bar No. 106366)
DOUGLAS J. HARRIS (CA Bar No. 329946)
diane.stanfield@alston.com
douglas.harris@alston.com
333 S. Hope Street 16th Floor
Los Angeles, California 90071
Telephone: 213.576.1000
Facsimile: 213.576.1100

Attorneys for
Fulcrum Credit Partners LLC

DOWNEY BRAND LLP
JAMIE P. DREHER (CA Bar No. 209380)
Email: jdreher@downeybrand.com
TYLER J. HORN (CA Bar No. 323982)
Email: thorn@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

Attorneys for
Tuscan Ridge Associates, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[] Affects PG&E Corporation<br>[x] Affects Pacific Gas and Electric Company<br>[] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM OR MODIFICATION OF PLAN INJUNCTION, TO COMPEL ARBITRATION AND/OR FOR ABSTENTION**<br><br>Date: September 14, 2021<br>Time: 10:00 a.m.<br>Crtrm.: Courtroom 17<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br><br>Objection deadline: August 31, 2021 |

TO DEBTORS, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that a hearing on the MOTION FOR RELIEF FROM OR MODIFICATION OF PLAN INJUNCTION, TO COMPEL ARBITRATION AND/OR FOR ABSTENTION ("Motion") filed by Fulcrum Credit Partners, LLC ("Fulcrum") will be heard by the Honorable Dennis Montali on **September 14, 2021 at 10:00 a.m.**

The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

In the Motion, Fulcrum requests that the Bankruptcy Court grant relief from or modification to Sections 10.5 and 10.6 of the Debtors' and Shareholder Proponents Joint Plan of Chapter 11 Reorganization Dated March 16, 2020 [Docket No. 6320] (as thereafter amended on May 22, 2020 [Docket No. 7521], June 19, 2020 [Docket No. 8048],(the "**Plan**") and Paragraphs 51 and 52 of this Court's Order dated June 20, 2020 [Dkt. No. 8053] (the "**Plan Injunction**") and compel arbitration in accordance with the express written agreement of the parties or, and in the alternative, that the Court abstain from the proceedings relating to the claims at issues. Fulcrum's claims arise out of a pre-petition contractual dispute with Pacific Gas & Electric Company, which the Parties contractually agreed to arbitrate.

The Motion is brought pursuant to 28 USC § 1334(c)(1) and 11 USC § 362(d)(1) for cause. The Motion is based on this Notice, the Motion, the Declaration of Scott Bates filed in support of the Motion and upon all other pleadings and papers on file herein and such oral and documentary evidence as may be presented at the hearing on the Motion.

PLEASE TAKE FURTHER NOTICE that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Fulcrum at the

above-referenced address so as to be received by **no later August 31, 2021**. Any relief requested in the Motion may be granted without a hearing if no opposition is filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtor's notice and claims agent, Prime Clerk LLC, at https://restrucuring.primeclerk.com/pge or by calling (844) 339¬-4217 for U.S. based parties; or (929) 333-8977 for International parties or by email at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: August 17, 2021                ALSTON & BIRD, LLP

                                      By: /s/ Diane C. Stanfield
                                          DIANE STANFIELD
                                          Attorneys for Fulcrum Credit Partners, LLC

Case: 19-30088    Doc# 11067    Filed: 08/17/21    Entered: 08/17/21 13:41:13    Page 3 of 3
LEGAL02/41003934v1