ALSTON & BIRD, LLP
DIANE C. STANFIELD (CA Bar No. 106366)
DOUGLAS J. HARRIS (CA Bar No. 329946)
diane.stanfield@alston.com
douglas.harris@alston.com
333 S. Hope Street 16th Floor
Los Angeles, California 90071
Telephone:    213.576.1000
Facsimile:    213.576.1100

Attorneys for
Fulcrum Credit Partners LLC

DOWNEY BRAND LLP
JAMIE P. DREHER (CA Bar No. 209380)
Email: jdreher@downeybrand.com
TYLER J. HORN (CA Bar No. 323982)
Email: thorn@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for
Tuscan Ridge Associates, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors.<br><br>[ ] Affects PG&E Corporation<br>[x] Affects Pacific Gas and Electric Company<br>[] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**CERTIFICATE OF SERVICE** |

I, Melanie Mizrahie, declare and state as follows:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to this bankruptcy case; my business address is 333 S. Hope Street, 16th Floor, Los Angeles, CA 90071.

On August 17, 2021, I caused to be served a true and correct copy of the following DOCUMENT(S):

- **MOTION FOR RELIEF FROM PLAN INJUNCTION, TO COMPEL ARBITRATION AND/OR FOR ABSTENTION**

- **NOTICE OF HEARING ON MOTION FOR RELIEF FROM OR MODIFICATION OF PLAN INJUNCTION, TO COMPEL ARBITRATION AND/OR FOR ABSTENTION;**

- **DECLARATION OF SCOTT BATES IN SUPPORT OF MOTION FOR RELIEF FROM PLAN INJUNCTION, TO COMPEL ARBITRATION AND/OR FOR ABSTENTION;**

- **RELIEF FROM STAY COVER SHEET**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

BY CM/ECF NOTICE of Electronic filing: I electronically filed the documents with the Clerk of the Court by using CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 17, 2021

/s/ Melanie Mizrahie
Melanie Mizrahie

Case: 19-30088    Doc# 11068    Filed: 08/17/21    Entered: 08/17/21 13:42:43    Page 2 of 4
LEGAL02/41003803v1

## SERVICE LIST

| **Attorneys for Debtors**<br>WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin<br>Jessica Liou<br>Matthew Goren<br>Tom Schinckel<br>Stephen.karotkin@weil.com<br>Jessica.liou@weil.com<br>Matthew.goren@weil.com<br>Tom.shinckel@weil.com<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller<br>Jane Kim<br>tkeller@kbkllp.com<br>jkim@kbkllp.com | **Attorneys for Shareholder Proponents**<br>JONES DAY<br>Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>bbennett@jonesday.com<br>jmester@jonesday.com |
|---|---|
| **Counsel for Administrative Agent under Debtors' DIP Financing Facility**<br>STROOCK & STROOCK & LAVAN LLP Frank A. Merola<br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com | **Counsel for collateral agent under Debtors' DIP Financing Facility**<br>DAVIS POLK & WARDELL LLP<br>Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich<br>eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| **Counsel to the California Public Utilities Commission**<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alan W. Kornberg<br>Brian Hermann<br>Walter Rieman<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com | **Office of the U.S. Trustee**<br>James Snyder<br>Timothy Laffredi<br>James. L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |

| U.S. Nuclear Regulatory Commission<br>Anita Ghosh Naber<br>anita.ghoshnaber@nrc.gov | Counsel for U.S. on behalf of Federal Energy Regulatory Commission<br>U.S. Department of Justice<br>Danielle Pham<br>danielle.pham@usdoj.gov |
|---|---|