| | |
|---|---|
| 1 | JOSEPH M. SWEENEY, ESQ. (78363) |
| 2 | WILLIAM M. KAUFMAN, ESQ. (242196) |
|   | **SWEENEY MASON LLP** |
| 3 | A Professional Law Corporation |
|   | 983 University Avenue, Suite 104C |
| 4 | Los Gatos, CA  95032-7637 |
|   | Telephone: (408) 356-3000 |
| 5 | Facsimile: (408) 354-8839 |
|   | Email:  wkaufman@smwb.com |
| 6 | |
| 7 | Attorneys for Creditor, |
|   | GOLDEN BAY FENCE PLUS IRON WORKS, INC. |

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>     -and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>     Debtors.<br><br>☒   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☐   Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case Nos. 19-30088 (DM) (Lead Case)<br>                       19-30089 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Notice of Withdrawal of Appearance Request to be Removed from Courtesy Notice of Electronic Filing and All Notifications** |

      PLEASE TAKE NOTICE that the appearance of William M. Kaufman, Esq. on behalf of Golden Bay Fence Plus Iron Works, Inc., in the above-entitled action is hereby withdrawn.

      PLEASE TAKE FURTHER NOTICE that the undersigned attorney hereby requests to be removed from this Court's Courtesy Notification of Electronic Filing distribution and further wishes to cease receiving all notifications and/or documents filed in the two above-captioned cases.

---

**NOTICE OF WITHDRAWAL OF APPEARANCE REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS**                           1

William M. Kaufman, Esq.
Sweeney Mason LLP
983 University Avenue, Suite 104C
Los Gatos, CA 95032
T. (408) 356-3000
F. (408) 354-8839
Email: wkaufman@smwb.com

This request is intended, without limitation, to constitute a request for removal from all service lists, including but not limited to (1) CM/ECF notification in the case; (2) court-designated services as set forth in the Bankruptcy Rules; and (3) the notices and papers referred to in the Bankruptcy Rules and Title 11 of the United States Code.

Dated: August 17, 2021        **SWEENEY MASON LLP**

By: /s/ *William M. Kaufman*
JOSEPH M. SWEENEY, ESQ.
WILLIAM M. KAUFMAN, ESQ.
Attorneys for GOLDEN BAY FENCE IRON WORKS, INC.

**NOTICE OF WITHDRAWAL OF APPEARANCE REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS**                                2

Case: 19-30088    Doc# 11069    Filed: 08/17/21    Entered: 08/17/21 15:37:57    Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2021, a copy of the foregoing Notice of Withdrawal of Appearance Request to be Removed From Courtesy Notice of Electronic Filing and All Notifications was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel and/or parties by operation of the court's electronic filing system.

/s/ *Elena K. Schneider*

NOTICE OF WITHDRAWAL OF APPEARANCE REQUEST TO BE REMOVED FROM COURTESY NOTICE OF ELECTRONIC FILING AND ALL NOTIFICATIONS

3

Case: 19-30088    Doc# 11069    Filed: 08/17/21    Entered: 08/17/21 15:37:57    Page 3 of 3