# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 8/18/2021 |
| Case: 19–30088 | Form ID: TRANSC | Total: 1 |

**Recipients submitted to the Claims Agent (Prime Clerk):**
intp William B. Abrams 1519 Branch Owl Pl. Santa Rosa, CA 95409

TOTAL: 1