Ricky-Dean Horton

751 Rosemary Court

Fairfield, CA 94533

707-386-9713 cell

RickyDHorton@gmail.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Ricky-Dean Horton, a living man, Claimant<br>**vs.**<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY;<br>Debtors.<br>**Affects Both Debtors**<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM* | Bankruptcy Case No.: 19-30088 (DM)<br>Chapter 11, Lead Case, Jointly Administered;<br><br>**MOTION TO SEAL** |

**THIS MOTION TO SEAL the following documents are to protect sensitive Claims, personal information, and to protect all parties involved regarding the charges and allegations within.**