EXHIBIT 1

# NOT FOR PUBLIC VIEW

On and for all Public and Private
records, for all courts, recorders,
registrars, and for all cases, causes,
matters and hearings regarding
RICKY DEAN HORTON aka all other
derivative names, [idem sonans]
and spellings thereof.

Date: 25 day of June 2021 Anno Domini

## Execution of Will, Declaration and Claim of Title

In the matter of RICKY DEAN HORTON

RE: Attachment A, a County Certified, State Apostilled and Federal Authenticated certificate of live birth and/or certificate of title.
RE: Claim & Livery of entire gross Estate.

**To all whom these presents shall come, Greetings:**

**COMES NOW,** Ricky-Dean: House of Horton, one of the people of California, a man having been found to be living, being of sound mind and memory, having come to/of full age, competent to give testimony, familiar with the facts recited herein, being first duly sworn on oath; donor, grantor, settlor, testator, lawful and absolute general instituted rightful Executor, and the living Hæres/Heir/Herus of the **RICKY DEAN HORTON** Estate and Trust(s), and all derivative names [idem sonans] and spellings of said Estate and Trust(s), (hereinafter "Claimant"), upon this EXECUTION OF WILL, DECLARATION AND CLAIM OF TITLE (hereinafter "Declaration") regarding the attached birth certificate, which is a document on the public record within the STATE OF CALIFORNIA of the live birth of Claimant born on July 27, 1961 with State File Number 61-188849 and/or a certificate of title registered and placed on file in the office of the County of Riverside on August 7, 1961, Assessor-County Clerk-Recorder, registration District and Certificate Number 3318 3894 to the Estate and/or Trust named or known as RICKY DEAN HORTON; aka all other derivative names, [idem sonans] and spellings of Claimant and/or Claimant's estate (hereinafter "Attachment A"), and Claimant does state, declare, admit, and claim, on and for all public and private records in the presence of a lawful Quorum of witnesses the following to wit:

    1. Attachment A is a County Certified, State Apostilled, and Federal Authenticated copy of an original document recorded and/or registered upon the public record on the date(s) thereon. Therefore Attachment A is, at law, equal to the original thereof.

    2. Attachment A is a STATE OF CALIFORNIA, Riverside County Certification of Vital Record with a State File Number 61-188849 that Claimant was born on July 27, 1961 to Louise-Viola (Kelly) Horton, Claimant's natural mother, and to Andrew-Lloyd Horton, Claimant's natural father; and the three are each a party and one of the registered owners named in Attachment A.

3. Claimant, was born upon the land and soil of the California Republic, is one of the people of California, and is domiciled upon California land.

4. Attachment A was registered as a Certificate of Title to the RICKY DEAN HORTON estate and/or trust with a Local Registration District and Certificate Number 3318 3894 and the name was added by supplemental name report into the records of the STATE OF CALIFORNIA on August 7, 1961 .

5. Claimant is a party and one of the registered owners named in Attachment A.

6. Claimant is the sole lawful Hæres/Heir/Herus, executor, donor, settlor, and testator of the RICKY DEAN HORTON Estate and/or Trust as named in Attachment A, including, all things [res], all legal names and/or derivatives of said name, akin to Ricky D. Horton, Rick D. Horton, Ricky Horton, and Rick Horton.

7. Claimant claims the entire gross Estate and demands full livery of seisin of said Estate from any and all that hold or warehouse any part or portion thereof.

8. Claimant NOW rescinds, revokes, disavows, removes, renounces and nullifies any revealed and unrevealed pledge, oath, bond, certificate, deposit, presumption, charge, lien, trust, deed, escheat, compact or contract; that would show, or has ever been shown to convey, pledge, give, grant, register or contract away at any time or to anyone; any faith, credit, property, title or land of Claimant's or the Estate named in Attachment A to: the United States, the UNITED STATES, the District of Columbia, State of California, County of Solano, or any other government, entity or third party wheretofore.

## LAW OF THIS MATTER

The law of this matter is hereby decreed, ordained, and established by Claimant as follows:

1. *"Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof"*.
Constitution for the United States of America, Article IV, Section 1.

2. *"Full faith and credit shall be given in each of these States to the records, acts, and judicial proceedings of the courts and magistrates of every other State"*.
Article IV of the 1777 Articles of Confederation.

3. *"The Registrar of Titles is authorized to receive for registration of memorials upon any outstanding certificate of title an official birth certificate pertaining to a registered owner named in said certificate of title showing the date of birth of said registered owner, providing there is attached to said birth certificate an affidavit of an affiant who states that he/she is familiar with the facts recited, stating that the party named in said birth certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate".*
Minnesota Rule 220. Birth Certificates.

4. *"The people retain their sovereignty, freedom, and independence, and every power, jurisdiction, and right which is not expressly delegated by the people."* Inspired by Article II of the 1777 Articles of Confederation.

5. *"Properly authenticated copies or transcripts of any books, records, papers or documents shall be admitted in evidence equally with the originals thereof".*
Inspired by 28 U.S. Code § 1733: Government records and papers; copies (b).

6. *"The acceptance of every public office and oath thereupon, implies an agreement on the part of the officer that he or she will execute its duties with diligence and fidelity always in favor of the natural law, whether written or declared".*
Inspired by Nelson v. West Va. Pub. Employees Ins. Bd., 171 W. Va. 445, 300 SE2d 86, 34 ALR4th 438

7. *"There is no such thing as a power of inherent sovereignty in a government. Sovereignty resides in the people, and Congress can exercise no power which they have not been entrusted with by the people; All else is withheld".*
Inspired by Julliard v. Greenman, 110 U.S. 421.

8. *"Sovereignty devolves on the people; and they are truly the sovereigns of the country".*
Inspired by CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp 471-472.

9. *"The people of this State/state are the successors of sovereignty; they are living heirs to life and creation, which no legislation can trespass against."*
Inspired by Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829). 21 Am. Dec. 89.

10. *"The very meaning of 'sovereignty' is that the sovereign is under the laws of the natural world, nothing more and nothing less".*
Inspired by American Banana Co. v. United Fruit Co., 29 S.Ct. 511,

513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.

11. *"All courts must condemn influences persuading a sovereign to enter into a contract"*.
Inspired by Moscow Fire Ins. Co. of Moscow, Russia v. Bank of New York & Trust Co., 294 N.Y.S. 648, 662, 161 Misc. 903.

12. CONSTITUTION of the STATE of CALIFORNIA (1849);
Article 1 Section 1: *"All men are by nature free and independent, and have certain inalienable rights, among which are those of enjoying and defending life and liberty, acquiring, possessing, and protecting property: and pursuing and obtaining safety and happiness"*.
Article 1 Section 2: *"All political power is inherent in the people, Government is instituted for the protection, security, and benefit of the people."*.
Article 1 Section 3: *"The right of trial by jury shall be secured to all, and remain inviolate forever"*.

13. *"The people of this state do not yield their sovereignty to the agencies which serve them"*.
Inspired by California Government Code 11120 and California Government code 54950.

14. *"A sovereign's commercial partner should not be confused with the sovereign's role. It is one thing to find that a sovereign has agreed to the terms of a contract, and quite another to imply that the sovereign has abandoned its sovereign powers simply because it has not expressly reserved them through a contract. To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head"*.
Inspired by Merrion, Et Al, dba Merrion & Bayless, Et Al v. Jicarilla Apache Tribe, Et Al. (1982) 455 U.S. 130, pp.144-148 RESERVATION OF SOVEREIGNTY.

15. *"But if the heir of any inheritance [estate] shall be under age and in wardship, when he comes of age he shall have his inheritance [estate] without relief and without fine."*
Inspired by 1215 Magna Carta, Article 3.

16. *"The administrator, moreover, so long as he/she may have the custody or influence of an estate, shall keep in order all activity regarding any actions pertaining therein, including the houses, parks, warrens, lakes, mills, and all other things; and the administrator shall restore to the heir when he/she comes to full age, his/her estate and wainages, according as the time of the wainage requires and the issues of the estate will reasonably permit"*.
Inspired by 1215 Magna Carta, Article 5.

17. *"Henceforth nothing shall be given or taken for a writ of inquest in a matter concerning life or limb; but it shall be conceded gratis, and shall not be denied."*
Inspired by 1215 Magna Carta, Article 36.

18. *"No freeman shall be taken, or imprisoned, or disseized, or outlawed, or exiled, or in any way harmed--nor will anyone go upon or send upon him--save by the lawful judgment of his peers".*
Inspired by Magna Carta, Article 39.

19. *"No-one can sell, deny or delay any rights or justice."*
Inspired by Magna Carta, Article 40.

20. *"If anyone shall have been disseized, or removed, without a lawful sentence of his peers, from his property, lands, castles, liberties or any natural right, they shall straightway be restored to him. And if a dispute shall arise concerning this matter it shall be settled according to the common law".*
Inspired by Magna Carta, Article 52.

21. *"Our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgment in all their points, that is to wit, the Great Charter as the common law".*
Inspired by Confirmatio Cartarum, November 5, 1297, in Sources of Our Liberties, Edited by Richard L. Perry, American Bar Foundation.

22. *"The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please… The sovereignty in every state resides in the people of the state and among their unlimited and natural rights, they may alter or change their form of government at their own pleasure".*
Inspired by Luther v. Borden, 48 U.S.1, 12 L. Ed.581.

23. "Man" (homo) is a term of nature; "person" (persona), a term of civil law." Homo vocabulum est naturae; persona juris civilis. Maxim of Law. See Black's, Law. Dict. 7th Ed., page 1,640.

24. "It is in the interest of the state that people should be protected." Interest reipublicae quod homines conserventur. Maxim of Law. See Black's, Law. Dict. 9th Ed., page 1,839.

25. "Natural right is that which has the same force among (all) mankind." Jus naturale est quod apud homines eandem habet potentiam. Maxim of Law. See Black's, Law. Dict. 9th Ed., page 1,842.

26. "The law of God and the law of the land are all one; and both promote and favor the common and public good of the land." Le ley de Dieu et ley de terre sont tout un, et l'un et l'autre preferre

et favour Ie common et publique bien del terre. Maxim of Law. See Black's, Law. Dict. 9th Ed., page 1,843.

27. "Where truth is, fiction of law does not exist." Fictio juris non est ube veritas. Maxim of Law. See Black's, Law. Dict. 10th page 1,914.

28. "An heir is favored." Haeredi favetur. Maxim of Law. See Black's, Law. Dict. 10th page 1,916.

29. "Inheritance is the succession to every right possessed by the late possessor." Haereditas est successio in universum jus quod defunctus habuerat. Maxim of Law. See Black's, Law. Dict. 10th page 1,916.

30. "By the title of heirs, come the heirs of heirs to infinity." Haeredum appellation veniunt haeredes haeredum in infinitum. Maxim of Law. See Black's, Law. Dict. 10th page 1,916

31. "An heir is a part of the ancestor." Haeres est pars antecessoris. Maxim of Law. See Black's, Law. Dict. 10th page 1,917.

32. "The heir succeeds to the restitution, not the penalty." In restitutionem, non in poenam, haeres succedit. Maxim of Law. See Black's, Law. Dict. 10th page 1,921.

33. "The rights of blood (or kinship) cannot be destroyed by any civil law." Jura sanguinis nullo jure civili dirimi possunt. Maxim of Law. See Black, Law. Dict. 10th page 1,924.

34. "The law favors a man's life." La ley favour la vie d'un home. Maxim of Law. See Black's, Law. Dict. 10th page 1,925.

35. "The law favors a man's inheritance." La ley favour l'inheritance d'un home. Maxim of Law. See Black's, Law. Dict. 10th page 1,925.

36. "One who commands lawfully must be obeyed." Legitime imperanti parere necesse est. Maxim of Law. See Black's, Law. Dict. 10th page 1,926.

37. "The safety of the people is the highest law." Le salut du peuple est la suprême loi. Maxim of Law. See Black's, Law. Dict. 10th page 1,926.

38. "The law does not tolerate fractions and divisions of estates." 1 Coke 87a. Lex non patitu fractiones et divisions statuum. Maxim of Law. See Black's, Law. Dict. 10th page 1,927.

39. "The law will always give a remedy." Lex semper dabit remedium. Maxim of Law. See Black's, Law. Dict. 10th page 1,928.

40. "Nothing that is lawful is improper." Nihil quod est licitum est inconveniens. Maxim of Law. See Black's, Law. Dict. 10th page 1,936.

41. "Things taken or captured by pirates and robbers do not change their ownership." A piratis et latronibus oapta dominium non mutant. Maxim of Law. See Black's, Law. Dict. 10th page 1,953.

42. "Where common and written law clash, we must stand by the common law." Ubi concurrent commune jus et jus scriptum, communi standum. Maxim of Law. See Black's, Law. Dict. 10th page 1,964.

43. "Where there is a right, there is a remedy." Ubi jus, ibi remedium. Maxim of Law. See Black's, Law. Dict. 10th page 1,965.

44. "Where there is a remedy, there is a right." Ubi remedium, ibi ius. Maxim of Law. See Black's, Law. Dict. 10th page 1,965.

## Claim and Continuation of Will

NOW KNOW YE, That the Claimant has placed upon the attached duly authenticated certificate of title, a value exceeding twenty dollars in lawful consideration, and in conformity with the aforementioned law, by this Declaration which is a claim under Seal, does now claim, redeem and exercise the right to have and to hold the attached certificate of title, in alodium, regarding the Estate(s) named therein, for full and complete redemption of the said Estate(s); together with all the rights, privileges, immunities thereunto belonging to said Claimant and to his heirs and assigns forever.

NOW KNOW YE, All stated herein is the continued wish, will and testament of Claimant, and supersedes, replaces, nullifies, and/or corrects any other will, document, certificate, registration, pledge, oath, bond, trust, letter, deed, compact, contract, and among others, regarding the attached duly authenticated certificate of title and all matters pertaining thereto nunc pro tunc, et usque ad finem temporis.

NOW KNOW YE, That Claimant enters as evidence with this Declaration and Attachment A, an Affidavit by Loiuse-Viola (Kelly): Horton and an Affidavit by Andrew-Lloyd: Horton, swearing to the facts pertaining within this Declaration and among other facts.

NOW KNOW YE, That any use of the name RICKY DEAN HORTON ~ Ricky D. Horton ~ Ricky Horton ~ Rick Horton and/or any similar names [idem sonans] that are in any way identified with Attachment A or an authenticated copy of Attachment A without the express written consent of Claimant will be considered a personal trespass upon said Certificate of Title and/or Claimant and/or a trespass on Claimant's estate. Any trespass that is accompanied with the brandishing or use of a deadly weapon will be considered a direct threat of life and limb to Claimant.

## Witness Quorum and Acknowledgment

We, living soul(s) manifest, now bear witness with our own eyes and attest through our own hand(s), the Claimant's sovereign authority, and the perfect free will writing of Claimant in the form of this Declaration, by Claimant.

We, the undersigned people of California, having personal knowledge of the Claimant's identity, knowing that Claimant is one of the people of California, that Claimant is competent and has come to/of full age, finding said Claimant to be living, and being familiar with Claimant, are hereby witness to the execution of this Declaration.

As witnesses, we hereby verify, acknowledge, validate and certify the free will act and deed, the authenticity of the signatures herein and the identities of the people so signed and that Claimant executed the same in the capacity herein stated, for the purposes herein contained.

We do hereby covenant and agree, under the pains and penalties of perjury, under the Laws of the Land and in accordance with the laws of the United States of America, that this Declaration is a Will, Execution of Will, the continued wish of Claimant, a lawful juristic act and a Claim of Title — at law, and hereby assure all who these presents may reach, that this document is executed without concealment, vexation, or intent to defraud the RICKY DEAN HORTON Estate and/or Trust and/or any other.

Signed and Sealed this **55** day of **June** 2021 AD, by the sovereign authority of Claimant and the undersigned witnesses below.

_Andrew-Lloyd Horton_
Andrew-Lloyd Horton
Paterfamilias House of Horton
Father of Claimant

_Terry L. Henderson_
Terry-Louise [Horton] Henderson
Sister of Claimant

_Dane A. Horton_
Dane-Andrew Horton
Brother of Claimant

_Kevin Horton_
Kevin-Mark Horton
Brother of Claimant

Great Seal
For land and sea
House of Horton

## Verification

Claimant verifies, acknowledges, validates and certifies under penalty of perjury, under the Supreme laws of the Land and in accordance with the laws of The United States of America the foregoing is true and correct. Claimant has personal knowledge of the above-stated facts and is competent to testify as to the truth of these facts if called as a witness regarding this matter.

Signed and Sealed this 25 day of June 2021 AD, by Claimant's sovereign authority as one of the people of California.

_Ricky-Dean: Horton_
Exor. Ricky-Dean: House of Horton
Heir - Estate Dignitary - Paterfamilias
One of the people of California
Claimant



SEAL

ATTACHMENTS:

Attachment A - Authenticated Certificate, 4 pages total
    3 pages + back page of Certificate

Affidavit - Louise Viola [Kelly] Horton, 1 page

Affidavit - Andrew Lloyd Horton, 1 page

19005690-1

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of California, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever

In testimony whereof, I, Michael R. Pompeo, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-sixth day of November, 2018.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By _____
Assistant Authentication Officer.
Department of State



# State of California
## Secretary of State

is not valid for use anywhere within the United States of America, its territories or possessions.

**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

| | | | |
|---|---|---|---|
| 1. Country:<br>Pays / País: | United States of America | | |
| This public document<br>Le présent acte public / El presente documento público | | | |
| 2. has been signed by<br>a été signé par<br>ha sido firmado por | Peter Aldana | | |
| 3. acting in the capacity of<br>agissant en qualité de<br>quien actúa en calidad de | County Assessor-Clerk-Recorder | | |
| 4. bears the seal / stamp of<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | County of Riverside, State of California | | |
| **Certified**<br>Attesté / Certificado | | | |
| 5. at<br>à / en | Sacramento, California | 6. the<br>le / el día | 30th day of January 2018 |
| 7. by<br>par / por | Secretary of State, State of California | | |
| 8. N°<br>sous n°<br>bajo el número | 74503 | | |
| 9. Seal / stamp:<br>Sceau / timbre:<br>Sello / timbre: | [Great Seal of California] | 10. Signature:<br>Signature:<br>Firma: | [signature] |

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
To verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search/.
This certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party to the Convention. In such cases, the certificate should be presented to the consular section of the mission representing that country.

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search/.
Ce certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961, lorsque présenté dans un pays qui n'est pas partie à cette Convention. Dans ce cas, le certificat doit être présenté à la section consulaire de la mission qui représente ce pays.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search/.
Este certificado no constituye una Apostilla en virtud del Convenio de La Haya de 5 de octubre de 1961 cuando se presenta en un país que no es parte del Convenio. En estos casos, el certificado debe ser presentado a la sección consular de la misión que representa a ese país.

Sec/State Form NP-40 SAC (rev. 07/2017)

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF RIVERSIDE
### RIVERSIDE, CALIFORNIA

"Attachment A"

**STATE FILE NUMBER:** 61-188849
**CERTIFICATE OF LIVE BIRTH** — STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH
**LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER:** 3318 3894

**THIS CHILD**
- 1A. NAME OF CHILD—FIRST NAME: RICKY
- 1B. MIDDLE NAME: DEAN
- 1C. LAST NAME: HORTON
- 2. SEX: Male
- 3A. THIS BIRTH, SINGLE, TWIN, OR TRIPLET: Single
- 4A. DATE OF BIRTH: July 27, 1961
- 4B. HOUR: 6:47 p.m.

**PLACE OF BIRTH**
- 5A. PLACE OF BIRTH—NAME OF HOSPITAL: Parkview Memorial Hospital
- 5B. STREET ADDRESS: 3865 Jackson Street
- 5C. CITY OR TOWN: Riverside
- 5D. COUNTY: Riverside

**MOTHER OF CHILD**
- 6A. MAIDEN NAME OF MOTHER—FIRST NAME: Louise
- 6B. MIDDLE NAME: Viola
- 6C. LAST NAME: Kelly
- 7. COLOR OR RACE OF MOTHER: White
- 8. AGE OF MOTHER: 23 YEARS
- 9. BIRTHPLACE: California

**USUAL RESIDENCE OF MOTHER**
- 11A. STREET ADDRESS: 8592 Trey Avenue
- 11B. IF INSIDE CORPORATE LIMITS: CHECK HERE ☒
- 11C. CITY OR TOWN: Arlington
- 11D. COUNTY: Riverside
- 11E. STATE: California

**FATHER OF CHILD**
- 12A. NAME OF FATHER—FIRST NAME: Andrew
- 12B. MIDDLE NAME: Lloyd
- 12C. LAST NAME: Horton
- 13. COLOR OR RACE OF FATHER: White
- 14. AGE OF FATHER: 29 YEARS
- 15. BIRTHPLACE: Texas
- 16A. PRESENT OR LAST OCCUPATION: Assemblyman
- 16B. KIND OF INDUSTRY OR BUSINESS: Refrigeration

**INFORMANT'S CERTIFICATION:** Signed: Louise V. Horton — 17B. DATE SIGNED: July 27, 1961

**ATTENDANT'S CERTIFICATION:** 18A. PHYSICIAN: Robert M. Zweig M.D. — 18B. ADDRESS: Riverside, California

**REGISTRAR'S CERTIFICATION:** 21. DATE RECEIVED BY LOCAL REGISTRAR: AUG 7 1961

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

This is a true and exact reproduction of the document officially registered and placed on file in the office of the County of Riverside, Assessor-County Clerk-Recorder.

**DATE ISSUED:** NOV 2 8 2017

034716513

Peter Aldana
ASSESSOR-COUNTY CLERK-RECORDER

Accepted for full value, without recourse, registered with and under the House of Horton, not transferable to any party without the express written signed and sealed consent of the Heir and Executor Ricky-Dean: House of Horton.

All assets, goods, property, accounts, titles, funds and all else regarding the RICKY DEAN HORTON estate are now to be reallocated to the Executor Ricky-Dean: House of Horton.



# Affidavit of Andrew-Lloyd Horton

In the matter of Ricky-Dean: House of Horton and/or STATE OF CALIFORNIA Birth Certificate State file number 61-188849 of RICKY DEAN HORTON.

I am Andrew-Lloyd: House of Horton, domiciled on California land since 1942, born on Texas land in Tom Green County on June 25, 1932, married on May 18, 1956 to Louise-Viola Kelly.

I am the natural father and my wife Louise-Viola is the natural mother of our son Ricky-Dean who was born on July 27, 1961 and is 58 years old in the photograph below:



Ricky-Dean Horton
Age in photo: 58 years

Photo Credit:
United States Post Office, Passport Service
Fairfield, California 94533
Date photograph was taken: 01-08-2019

I am familiar with the facts recited by Claimant Ricky-Dean in his declaration titled **Execution of Will, Declaration and Claim of Title.** I know for a fact that Ricky-Dean is the same party as one of the owners named on the birth certificate as Attachment A in the declaration. I was present when my wife Louise signed the birth certificate on July 27, 1961 which was Ricky-Dean's day of nativity.

I declare under penalty of perjury, under the Supreme Laws of the Land and in accordance with the laws of the United States of America that the foregoing is true and correct. I have firsthand knowledge of the above-stated facts and I am competent to testify as to the truth of these facts if called as a witness regarding this matter.

Signed and Sealed this 25TH day of JUNE 2021 AD

_Andrew Lloyd Horton_
Andrew-Lloyd Horton
Paterfamilias; House of Horton
Affiant

SEAL

*Great Seal For land and sea — House of Horton*

# Affidavit of Louise-Viola [Kelly] Horton

In the matter of Ricky-Dean: House of Horton and/or the STATE OF CALIFORNIA Birth Certificate State file number 61-188849 of RICKY DEAN HORTON.

I am Louise-Viola Kelly: House of Horton, one of the people of California, born on California land in San Luis Obispo County on October 14, 1937, married on May 18, 1956 to Andrew-Lloyd Horton.

I am the natural mother and my husband Andrew-Lloyd is the natural father of our son Ricky-Dean who was born on July 27, 1961 and is 58 years old in the photograph below:



Ricky-Dean Horton
Age in photo: 58 years

Photo Credit:
United States Post Office, Passport Service
Fairfield, California 94533
Date photograph was taken: 01-08-2019

I am familiar with the facts recited by Claimant Ricky-Dean in his declaration titled **Execution of Will, Declaration and Claim of Title.** I know for a fact that Claimant Ricky-Dean is the same party as one of the owners named on the birth certificate as Attachment A in the declaration. It is my signature on line 17A on the same aforementioned birth certificate.

I declare under penalty of perjury, under the Supreme Laws of the Land and in accordance with the laws of the United States of America that the foregoing is true and correct. I have firsthand knowledge of the above-stated facts and I am competent to testify as to the truth of these facts if called as a witness regarding this matter.

Signed and Sealed this 15 day of June 2021 AD

_Louise V Horton_
Louise-Viola [Kelly] Horton
Materfamilias, House of Horton
Affiant

Seal

On and for all Public and Private
records, for all courts, recorders,
registrars, and for all cases, causes,
matters and hearings regarding
RICKY DEAN HORTON, and RICKY D. HORTON;
aka all other derivative names,
[idem sonans] and spellings thereof.

Date: _25_ day of _June_ 2021 Anno Domini

# Declaration, Establishment and Publication of House Seal

**To all whom these presents may come Greetings:**

**COMES NOW**, Ricky-Dean: House of Horton, one of the people of California, having been found to be living, being of sound mind and memory, having come to and of full age, competent to give testimony, familiar with the facts recited herein, being first duly sworn on oath; donor, grantor, settlor, testator, sole lawfully appointed absolute general instituted rightful Executor, and sole lawful living Hæres/Heir/Herus of the **Ricky Dean Horton; RICKY DEAN HORTON** Estate and Trust(s), and all derivative names [idem sonans] and spellings of said Estate and Trust(s), birthed or delivered by the hand or water of my lawfully wed mother on July 27, 1961, (hereinafter "Declarant"); upon this Declaration, Establishment and Publication of House Seal, (hereinafter "Declaration"), which is a lawful notice and Declaration regarding known and unknown fraud, establishment of Declarant's House Seal, and an Execution of Declarant's Will;

Declarant now declares and executes the following of Declarant's own free will act and deed in the presence of a lawful quorum of witnesses the following to wit:

It is hereby declared, executed and published for the purpose of <u>**lawful and/or legal public notice to all**</u> that Declarant is the victim of constructive fraud, and that such fraud has, and is, causing damage, harm, loss, and/or injury to Declarant. In an effort to thwart the continuance of fraud, it is therefore hereby declared and executed of Declarant's own free will, act, and deed, in the presence of a lawful quorum of witnesses the following:

Figure 1

1) The Seal under the label "Figure 1" is hereby created and established as Declarant's House Seal and to be used as a <u>mandatory</u> addition to Declarant's lawfully and/or legally binding signature. Declarant's House Seal must be near Declarant's signature stamped in purple ink, and/or embossed as a raised Seal, and/or embossed on a gold adhesive sticker, or drawn by hand in colored ink (not black ink), next to said signature for

this and any other document to be legally binding in any circumstance, as executed below. No one else may use or copy this House Seal without Declarant's express written signed and sealed consent.

2)   The Seal under the label "Figure 2" has been discontinued for further use. Any document that bears the seal as shown under the label "Figure 2" is to be recognized under the same terms, conditions and status as the replacement seal as shown under the label "Figure 1".

**Figure 2**



3)   Declarant and kins of declarant are the only authorized users of Declarant's seal.

4)   Due to the known and unknown fraud, Declarant cannot authenticate nor be bound by any document whatsoever that lacks both Declarant's signature in colored ink (not black ink) and this House Seal next to Declarant's signature prior to, or after, the date of this lawful notice, as executed below.

5)   Any document that lacks both Declarant's signature in colored ink (not black ink) and House Seal upon it as described in paragraph 1 above, is to be construed as having been done under coercion, deception, protest and/or duress, and/or without Declarant's full knowledge and/or consent, whether the improperly executed document notes it or not. Any such document(s) shall therefore be void, not legally enforceable, not binding, and shall have no standing except as proof of fraud being perpetuated against Declarant.

6)   Any man, woman, person(s), individual, party or parties that may have an interest in this matter and wish to dispute its validity or any portion thereof, has thirty (30) calendar days from the date of being placed on notice by the filing and/or posting, of this Declaration. Any interest, claim, or objection to this Declaration must be provided with an explanatory statement signed under pains and penalties of perjury under the common law, by directly sending the information to Declarant at the below address **via registered mail:**
  **Ricky-Dean: House of Horton**
  **C/o 2401 Waterman Blvd, Ste 4A-242**
  **Fairfield, California [94534]**

If after the notice of dispute, an agreement cannot be reached, a summons to a court of record shall be in order. A court of record, among other purposes, proceeds according to the course of the common law and whose decision shall be the binding authority regarding any matter stated.

Any interest, claims, or objections not made within the time and opportunity to dispute, shall be construed to be a permanent, irrevocable tacit waiver to all claims or rights otherwise with respect to **any and all** past or future document(s) lacking the specific execution described within this Declaration. (Laches)

Declaration, Establishment and Publication of House Seal      Page 2 of 4

Case: 19-30088    Doc# 11074-1    Filed: 08/18/21    Entered: 08/18/21 13:49:40    Page 18 of 20

# Execution and Verification

Declarant verifies under penalty of perjury, under the Supreme Laws of the Land and in accordance with the laws of the United States of America that the foregoing is true and correct. I have firsthand knowledge of the above-stated facts and I am competent to testify as to the truth of these facts if called as a witness regarding this matter.

Signed and Sealed this _25_ day of _June_ 2021 AD, that the foregoing DECLARATION, ESTABLISHMENT AND PUBLICATION OF HOUSE SEAL is true and correct to the best of Declarant's knowledge or belief. Declarant has personal knowledge of the above stated facts and is competent to testify as to the truth of these facts if called as a witness regarding this matter.

Declarant verifies, ordains, establishes, executes, signs and Seals all contained herein on this _25_ day of _June_ in the year 2021 AD, by the sovereign authority of Declarant and as one of the people of California. The noble goal of Declarant by coming upon and executing this Declaration is to have full redemption of Declarant's entire gross Estate and to end all administration and/or fraud of any kind, by any party, regarding same. The Declarant herein may alter and/or amend this Declaration at any time Declarant deems it necessary to do so, without the consent of any trustee or third party whatsoever, and refile/amend same onto the public record, at which time the newly amended "Declaration" shall stand as the new contract and bind all administrators, trustees and/or third parties to the same from that point in time onward.

**Gold Foil Embossed Seal**

**Purple Ink Stamped Seal** 

**Embossed Seal**

_Ricky-Dean: Horton_
Exor. Ricky-Dean: House of Horton
Heir - Estate Dignitary - Paterfamilias
One of the People of California
Declarant

# Witness Quorum and Acknowledgement

We, living soul(s) manifest, now bear witness with our own eyes and attest through our own hand(s), the Declarant's sovereign authority, perfect free will writing, and the execution of this Declaration by Declarant.

We, having personal knowledge of the Declarant's identity, knowing that Declarant is one of the people of California, finding said Declarant to be living, knowing that Declarant has come to/of full age, and being familiar with Declarant, are hereby witness to the execution of this Declaration.

As witnesses, we hereby verify, acknowledge, validate and certify the free will act and deed, the authenticity of the signatures herein, and the identities of the people so signed, and that Declarant executed the same in the capacity herein stated, for the purposes herein contained.

We hereby covenant and agree, under the pains and penalties of perjury, under the Supreme Laws of the Land and in accordance with the laws of the United States of America, that this Declaration is of Declarant's own free will act and deed, is a lawful juristic act, and we hereby assure all who these presents may reach, that this Declaration is executed without concealment, vexation, or intent to defraud any other.

Therefore, it is hereby resolved that we, the undersigned people of California, being personally familiar with Declarant, do hereby establish and ordain this matter as truth and law.

Signed and sealed this 25 day of June 2021 AD, by the sovereign authority of Declarant and the undersigned witnesses below.

_Andrew Lloyd Horton_
Andrew-Lloyd Horton
Paterfamilias House of Horton
Father of Declarant

_Terry L. Henderson_
Terry-Louise [Horton] Henderson
Sister of Declarant

_Dane A. Horton_
Dane-Andrew Horton
Brother of Declarant

_K. Horton_
Kevin-Mark Horton
Brother of Declarant

*Great Seal — For land and sea — House of Horton*

Case: 19-30088    Doc# 11074-1    Filed: 08/18/21    Entered: 08/18/21 13:49:40    Page 20 of 20