EXHIBIT 2

# NOT FOR PUBLIC VIEW

COPY

10/21/2019 -

Filing submitted by two processes.

1. Sent via USPS Certified mail - receipt is on this page.

2. Dropped off at Claims Service Center:
   1850 Soscol Ave, ste 105
   Napa, CA 94559

I declare under penalty of perjury under the laws of the United States of America that the Proof of claim documents have 37 pages - including this page and were submitted as stated above.

Ricky A States   Californian

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10163  OFFICIAL USE

| Certified Mail Fee | $3.50 | 0225 8 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | OCT 16 2019 |
| ☐ Adult Signature Restricted Delivery | | 10/16/2019 |
| Postage | $2.35 | |
| Total Postage and Fees | $5.85 | |

Sent To: PG&E Claims Processing / PrimeClerk
Street and Apt. No., or PO Box No.: PO Box 4850
City, State, ZIP+4: New York NY 10163-4850

7019 0700 0000 2117 7694 9031

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Certified                                    $3.50
  (USPS Certified Mail #)
  (70190700000211769031)

Total:                                       $5.85

Debit Card Remit'd                           $5.85
  (Card Name:Debit Card)
  (Account #:XXXXXXXXXXXX1517)
  (Approval #)
  (Transaction #:441)
  (Receipt #:024752)
  (Debit Card Purchase:$5.85)
  (Cash Back:$0.00)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5945-0028-004-00036-31828-02

or scan this code with
your mobile device:





Ricky D. Horton <rickydhorton@gmail.com>

# PGE Bankruptcy Claim no. 87111, Follow-up of Information Request Form, see attached

2 messages

**Ricky D. Horton** <rickydhorton@gmail.com>                                  Fri, Nov 20, 2020 at 11:46 AM
To: pgeinfo@primeclerk.com

Pursuant to a letter dated 10/23/2020, I was asked to send an Information Request Form within 28 days of the date of the letter. I have responded via United States Postal Service Priority Mail Express overnight service on Wednesday November 18, 2020, as proven by tracking number EL862716486US https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=EL862716486US%2C%2C

The Information Request Form that I sent by USPS priority overnight mail on Wednesday 11/18/2020 should have been received by your office on Thursday November 19th by 12:00pm. However, by reviewing the tracking information, the overnight Priority Mail does not look like the letter arrived or was delivered to your address at 850 3rd Ave., Ste 412, Brooklyn, NY 11232 by the guaranteed delivery date and time of noon on Thursday November 19, 2020.

Since, by the tracking number, it appeared that the United States Postal Service failed to perform their duty as promised, and that my response through the mail may not have been officially received at your office by Thursday November 19, 2020, I called the number on the letter dated 10/23/2020 which is 1-844-339-4217. I called on Friday November 20, 2020 at approx 9:57am Pacific Time. I spoke with a representative that used the name of Lisa. I informed her that I responded to the information request letter in a timely manner and that I would follow up with an email such as I'm doing with this email. I called the 1-844-339-4217 number a second time at approximately 10:24am and spoke with the same phone representative named Lisa and provided her more information, including the tracking number of the response letter that included the attached Information Request Form. I recorded our conversation during both calls and she acknowledged that the call was most likely being recorded on her end as well. There was no objection to me recording the phone conversation and I can provide my archived recordings of both conversations if requested.

This email is to ensure that the Information Request Form that you requested in your letter was not ignored by me and the request was responded to and received by your office as requested in a timely manner.

To also ensure that my response is on the record and received in a timely manner, please download the attached copy of the Information Request Form that was sent via United States Postal Service Priority Mail Express overnight service tracking number EL862716486US. The copy of the attached file includes only the cover letter and the completed information request form that was sent in the mail. Please refer to the original response that was sent via USPS Priority Mail Express overnight service tracking number EL862716486US and the 35 page claim documents that the Information Request Form is referring to as the attachment. A printed hard copy of the 35 page claim form is included in the overnight package. It was impractical to submit this complete package electronically due to the number of pages and that is why I submitted the Information Request Form with the attached 35 page copy of claim by USPS Priority Overnight mail tracking number EL862716486US

If you need additional information, please email me at this email address rickydhorton@gmail.com, or I may be reached on my cell phone number 707-386-9713.

Thank you,
Ricky D. Horton,
All rights reserved

Case: 19-30088    Doc# 11074-2    Filed: 08/18/21    Entered: 08/18/21 13:49:40    Page 3 of 9

 **PGE case no 87111 Information Request Form .pdf**
4832K

---

**PGE Claim Support** <pgeclaimsupport@primeclerk.com>   Fri, Nov 20, 2020 at 5:22 PM
To: "rickydhorton@gmail.com" <rickydhorton@gmail.com>

Ricky,

Thank you for your inquiry.

We are processing the Information Request Form you attached. You can email us the supporting documents and we will process those.

**Prime Clerk is the court appointed claims and noticing agent in the chapter 11 cases commenced by PG&E and its primary operating subsidiary (collectively, the "Debtors"). As such, we are not permitted to provide legal or financial advice. We are not authorized to accept claims by email or fax, and any documents or information provided via either of these methods will not constitute a claim in these cases.**

Please let us know if we can be of further assistance.

Regards,



Prime Clerk Inquiries
Prime Clerk
850 Third Avenue, Suite 412
Brooklyn, NY 11232
primeclerk.com
*The highest level of professionalism, innovation and transparency in bankruptcy administration.*
For more information click here: *http://primeclerk.com/raising-the-bar/*
[Quoted text hidden]
This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at http://www.duffandphelps.com/disclosure. Our Privacy Policy is available at https://www.duffandphelps.com/privacy

ref:_00D1N1uIqY._5003l15q7wG:ref



INFORMATION REQUEST FORM

1. Contact Information

   The section below has fields relating to your contact information (name, address, email, etc.). If any part of that information is incorrect, please provide correct details below. The Reorganized Debtors will use this contact information for any further communications and correspondence regarding your proof of claim(s).

   Please reflect any updates below:

   Address: Horton, Ricky D.
   751 Rosemary Court
   Fairfield CA 94533

   Phone: 707-386-9713
   Email: RickyDHorton@gmail.com

2. Claim-Related Information

   The section below relates to information relevant to your filed proof of claim(s). You must provide the following information:

   (a) incident date (if applicable);

   > 09/05/2020 as indicated by PG&E SCADA report; Dead body discovered 09/07/2020

   (b) a description of the general nature of the claim (e.g., contract, personal injury, cessation of service, etc.);

   > Death of Rory Nelson Horton by electrocution. See supporting documents herein attached from claim.

   (c) a statement of, and supporting documents indicating, the underlying basis for the claim;

   > PG&E and others are responsible for the deadly condition that resulted in Rory Nelson Horton's death by electrocution. The most basic, fundamental, common sense law is that all energized conductors (wire or cable) shall be covered with an insulation suitable for the voltage involved. The high voltage energized conductor that had no suitable insulation is the primary cause of Rory's death by electrocution. If there had been suitable insulation, as common sense dictates, and as required by all electric codes that recognize safety as a primary objective, and as required by the State of California through the California Public Utility Commission, General Order 95, Section III, Rule 34-F; if there had been suitable insulation, Rory's death would not have occurred. See supporting documents herein attached from claim.



**UNITED STATES POSTAL SERVICE**

FAIRFIELD
600 KENTUCKY ST
FAIRFIELD, CA 94533-9998
(800)275-8777

11/18/2020                                      11:07 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express 1-Day | 1 | | $26.35 |
| Flat Rate Env | | | |
| Brooklyn, NY 11232 | | | |
| Flat Rate | | | |
| Signature Requested | | | |
| Scheduled Delivery Date | | | |
| Thu 11/19/2020 12:00 PM | | | |
| Money Back Guarantee | | | |
| Tracking #: | | | |
| EL862716486US | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $26.35 |
| | | | |
| Grand Total: | | | $26.35 |
| | | | |
| Debit Card Remitted | | | $26.35 |
| Card Name: VISA | | | |
| Account #: XXXXXXXXXXXX5726 | | | |
| Approval #: | | | |
| Transaction #: 049 | | | |
| Receipt #: 037642 | | | |
| Debit Card Purchase: $26.35 | | | |
| AID: A0000000980840    Chip | | | |
| AL: US DEBIT | | | |
| PIN: Verified | | | |

*********************************************
Due to limited transportation
availability as a result of
nationwide COVID-19 impacts
package delivery times may be
extended. Priority Mail Express®
service will not change.
*********************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code...

---

**PRIORITY MAIL EXPRESS**

EL 862716486 US

Postage: $26.35
Total Postage & Fees: $26.35

PO ZIP Code: 94533
Date Accepted: 11/18/2020
Time Accepted: 11:05 AM
Scheduled Delivery Date: 11/19/2020

FROM:
Ricky D. Horton
751 Rosemary Ct.
Fairfield, CA 94533
PHONE: 707-386-9713

TO:
PG&E Claims Processing Center
c/o Prime Clerk LLC
850 3rd Ave, Ste 412
Brooklyn, NY 11232
PHONE: 844-339-4217

ZIP+4: 11232

# USPS Tracking®

FAQs >

Track Another Package +

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:** EL862716486US

Feedback

## Scheduled Delivery by

**FRIDAY**

**20** NOVEMBER 2020 ⓘ

by **3:00pm** ⓘ

## ✓ Delivered

November 25, 2020 at 12:03 pm
BROOKLYN, NY 11232

Get Updates ⌄

Text & Email Updates ⌄

Proof of Delivery ⌄

Case: 19-30088    Doc# 11074-2    Filed: 08/18/21    Entered: 08/18/21 13:49:40    Page 7 of 9

## Tracking History

**November 25, 2020, 12:03 pm**
Delivered
BROOKLYN, NY 11232
Your item was delivered at 12:03 pm on November 25, 2020 in BROOKLYN, NY 11232 to PRIMECLERK. The item was signed for by E SANTOS.

**November 24, 2020, 11:27 am**
Available for Pickup
BROOKLYN, NY 11232

**November 24, 2020, 10:59 am**
Arrived at Post Office
BROOKLYN, NY 11232

**November 24, 2020, 7:48 am**
Available for Pickup
BROOKLYN, NY 11232

**November 18, 2020, 4:59 pm**
Arrived at USPS Regional Origin Facility
OAKLAND CA DISTRIBUTION CENTER

**November 18, 2020, 2:14 pm**
Arrived at USPS Origin Facility
FAIRFIELD, CA 94533

**November 18, 2020, 11:05 am**
USPS in possession of item
FAIRFIELD, CA 94533

## Product Information

Feedback

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback