EXHIBIT 3

# NOT FOR PUBLIC VIEW

## TAKE NOTICE

We, Louise Viola Horton and Andrew Lloyd Horton, do declare and certify that we are the Mother and Father of Rory Nelson Horton, our son. Rory was born on April 13, 1960, in Rory's native state of California, in Riverside County.

Due to Rory's untimely death by electrocution on or around September 5, 2016, we do hereby decree and grant to our son and Rory's Brother, Ricky Dean Horton, to be the representative of Rory with complete and unlimited jurisdiction of and over all matters pertaining to Rory. Ricky shall also act as our representative, whether legal representative or otherwise, to and for each of us, with complete and unlimited jurisdiction of and over all matters pertaining to Rory and/or his death.

Louise Viola Horton, Mother            Andrew Lloyd Horton, Father
   (partial wording extracted from notarized form within the enclosed claim)

))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))

TO : Representatives of PG&E, preferably the legal division. Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105

I, Ricky D. Horton, am asking that you review the enclosed claim. The pre-prepared claim form with an identification form number 62-1444 Rev 2/2011, is roughly filled in and is the form that was provided to us through your website. It was modified to meet most of our needs but have referred most of everything to the attachments therein.

I am asking that you please read the entire claim (contained so far) and let me know if any information sounds awkward, or if any information isn't fully understood. I reserve the right and opportunity to correct any mistakes, whether as to form, grammar, or any other type of technical or substance error.

I am asking you to respond back to me by the date and times below. All times are in Pacific time in whatever time zone is applicable on that date, re: PDST or PST. Failure to respond shall be considered the same as rejecting the claim. Either way, the enclosed claim speaks for itself.

Please use the below cell phone number written here to contact me before 5:00pm 10/1/2018. When you call, please be informed that the call will most likely be recorded and I ask that you too, please, record the call for your future recollections:    (phone number handwritten in) 707 386-9713
If I fail to answer the phone, for whatever reason, then please leave a message that I might return your call to discuss this matter further. If you leave a message, then please remember to leave me a call back number where I might reach you during 9am-5pm Monday through Friday. If we discuss this matter by phone and if we both record the conversation, then we may both have an accurate recollection of what we discussed. If you would like to meet with us, please be advised that all claimants listed on the claim will most likely attend the meeting as well. This will help to keep us all fully informed.
Please call the phone number above at any time between your receipt of this claim and before 5:00pm on 10/1/2018, so we can set up a time and place to meet. Please note too that all of our meetings will be recorded for future recollection.

If for some reason you do not reach me by phone or if you I don't return your phone call by 5:00pm 10/3/2018,

or if you would just prefer to respond in writing, then please write to us using the address listed on the pre-prepared claim form at any time between your receipt of this claim and postmarked on or before 10/5/2018. I will respond to your written correspondence within a timely manner, or I will call the phone number that you provide within your written correspondence. To confirm the address for service, I've also listed it below. However, please send all of your correspondences to two addresses:

    Ricky D. Horton
    751 Rosemary Court
    Fairfield, California 94533

and also to

    Andrew and Louise Horton
    4920 Sweetwood Drive
    El Sobrante, California, 94803

I look forward to meeting with you all to consider an amicable solution.

_____
Ricky D. Horton, Californian,
Rory's Brother and representative

))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))))

## CERTIFICATE OF SERVICE

I hereby certify that I have, on August 25, 2018, served an original Claim for injury, electrocution of Rory N. Horton, to the two addresses listed below.

    Pacific Gas and Electric Company ("PG&E")
    Attn: Legal Department
    77 Beale Street
    San Francisco, California 94105

US Postal Certified mail number:
7017 1450 0000 4419 1327

and to:

    PG&E Law - Claims Dept.
    1850 Gateway Blvd., 6th Floor
    Concord, CA 94520

US Postal Service number:
7017 1450 0000 4419 1334

Dated August 25, 2018, from Fairfield, CA 94533

_____
Ricky D. Horton

PG&E Loss Claim Form, Death of Rory Horton  CERTIFICATE OF SERVICE
Louise V. Horton, Andrew L. Horton, Ricky D. Horton,
    Claimants, right to relief jointly   via Email

CERTIFICATE OF SERVICE

I hereby certify that I have, on August 31, 2018, served a digital PDF version of the original Claim for injury, electrocution of Rory N. Horton, to the parties via email as shown below.

    De Luca, Maria(Law-Claims)
    MXDp@pge.com

and to:

    LawClaims@pge.com


Dated August 31, 2018, from RickyDHorton@gmail

    /s/    Ricky D. Horton
_____
    Ricky D. Horton



Ricky D. Horton <rickydhorton@gmail.com>

## Copy of Claim, Death of Rory Horton, digital copy
2 messages

---

**Ricky D. Horton** <rickydhorton@gmail.com>   Fri, Aug 31, 2018 at 1:19 PM
To: LawClaims@pge.com
Cc: mxdp@pge.com

As indicated on the PG&E Claim form to submit a claim via email as an alternative method, please notice that this is a digital copy of Claim, of which the hard copy printed claim has already mailed and received by Concord and San Francisco offices, Death of Rory Horton by electrocution. (confirmation of delivery via USPS Certified mail, received 8/27/2018 and 8/28/2018 respectively)

Please use the attached DROPBOX link here to access and download the claim of approximately 85-90mb:
https://www.dropbox.com/s/y4yxd8vabi0qimj/HORTON%20Death%20by%20Electrocution%20PGE%20Email%20copy%20of%20CLAIM.pdf?dl=0
The above link will expire and be no longer available after 10/5/2018

This email is to further insure that PG&E Claims department is fully aware of our intention to file court action, and this claim satisfies our attempt to seek restitution prior to filing a court action.
The dollar amount claimed as restitution is reasonable at this time. Please see claim in it's entirety for more information.

Ricky D. Horton,
Rory's Brother and representative
751 Rosemary Court
Fairfield, California 94533
Solano County
Cell: 707-386-9713

NOTICE and CC TO:
LawClaims@pge.com
Maria De Luca, mxdp@pge.com

 **Cert of Service via email.pdf**
17K

---

**De Luca, Maria(Law-Claims)** <MXDp@pge.com>   Fri, Aug 31, 2018 at 1:22 PM
To: "Ricky D. Horton" <rickydhorton@gmail.com>

I have received your claim.  Maria

---

**From:** Ricky D. Horton [mailto:rickydhorton@gmail.com]
**Sent:** Friday, August 31, 2018 1:20 PM
**To:** PG&E Claims

**Cc:** De Luca, Maria(Law-Claims)
**Subject:** Copy of Claim, Death of Rory Horton, digital copy

*****CAUTION: This email was sent from an EXTERNAL source. Think before clicking links or opening attachments.*****

[Quoted text hidden]