# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No.: 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11, Lead Case, Jointly Administered; |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **CERTIFICATE OF SERVICE;** |
| **COMPANY;** | Re: Motion to Reconsider and Reversal of Order |
| **Debtors.** | Dkts: 10808, 10809, 10810, 10960, 10980 |
| Affects Both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM* | |

## CERTIFICATE OF SERVICE

I, Ricky-Dean Horton, do declare and state as follows:

1. I am a creditor in the above-referenced chapter 11 cases.
2. On August 18, 2021, at approx. 11:43am, I caused the following PDF Documents to be served upon Debtors' Council at the following email addresses:

   *PGETeam@primeclerk.com,*

   *tkeller@kbkllp.com,*

   *pbenvenutti@kbkllp.com,*

   *jkim@kbkllp.com,*

   *trupp@kbkllp.com*

The following documents were served as attachments to Debtor's Council via email addresses listed above, and the same documents were uploaded and filed into the CASE File on Wednesday August 18, 2021 at approximately 10:40 am.

Documents served upon Debtor's Council and uploaded to Court's website PG&E Case No. 19-30088(DM):

1. PGE Case No 19-30088(DM) Motion to Seal.pdf
2. PGE Case No 19-30088(DM) Motion to Reconsider and reverse order Claim No 87111.pdf
3. EXHIBIT 1 PGE Case No 19-30088 (DM) Claim 87111 Ricky-Dean Horton BC Claim and House Seal-low resolution.pdf
4. EXHIBIT 2 PGE Case No 19-30088 (DM) Claim 87111 proof of deadlines.pdf
5. EXHIBIT 3 PGE Case No. 1930088(DM) Claim no 87111 PROOF OF SERVICE of Claim, Death of Rory Horton filed 08-25-2018 and 8-31-2018.pdf

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Signed, Sealed and Executed this 18th day of August 2021, at Fairfield, California.

_____
Ricky-Dean Horton, Claimant

SEAL