| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Joseph Ledwin, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Party Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, attached hereto as **Exhibit B**.

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 16th day of August 2021, at New York, NY.

*/s/ Joseph Ledwin*
Joseph Ledwin

**Exhibit A**

# Exhibit A
Notice Party Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | Attn: Theodore Tsekerides | 767 Fifth Avenue | New York | NY | 10153-0119 |

**Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):** <br><br> PG&E Corporation | Case No.: 19–30088 DM 11 <br> Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on August 10, 2021 at 11:00 AM was filed on August 11, 2021. The following deadlines apply:

The parties have until Wednesday, August 18, 2021 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, September 1, 2021.

If a request for redaction is filed, the redacted transcript is due Monday, September 13, 2021.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, November 9, 2021, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 8/13/21　　　　　　　　　　　　For the Court:

　　　　　　　　　　　　　　　　　　　Edward J. Emmons
　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court