UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

- and -

PACIFIC GAS AND ELECTRIC COMPANY;

Debtors.

Affects Both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088*

Bankruptcy Case No.: 19-30088 (DM)

Chapter 11, Lead Case, Jointly Administered;

**Ricky-Dean Horton, Claim No. 87111**

**EXTENDED CERTIFICATE OF SERVICE;**

Re: NOTICE OF HEARING;

Motion to Reconsider and Reversal of Order

Dkts: 10808, 10809, 10810, 10960, 10980

## CERTIFICATE OF SERVICE

I, Ricky-Dean Horton, do declare and state as follows:

1. I am a creditor in the above-referenced chapter 11 cases.

2. On August 18, 2021, by CM/ECF filing on the Bankruptcy Court's Website, I electronically filed the following documents with the Clerk of the Court by using CM/ECF system (for Non-Registered ECF Filers):

    a. PGE Case No 19-30088(DM) Motion to Seal.pdf

    b. PGE Case No 19-30088(DM) Motion to Reconsider and reverse order Claim No 87111.pdf

    c. EXHIBIT 1 PGE Case No 19-30088 (DM) Claim 87111 Ricky-Dean Horton BC Claim and House Seal-low resolution.pdf

    d. EXHIBIT 2 PGE Case No 19-30088 (DM) Claim 87111 proof of deadlines.pdf

    e. EXHIBIT 3 PGE Case No. 1930088(DM) Claim no 87111 PROOF OF SERVICE of Claim, Death of Rory Horton filed 08-25-2018 and 8-31-2018.pdf

3. I caused the same CM/ECF filing on the Bankruptcy Court's Website to be served upon the interested parties as shown below:

**SERVICE LIST**

1. **Attorneys for Debtors, WEIL, GOTSHAL & MANGES LLP**

   **Via USPS Prority mail:** Tracking No. 9510811637481230577893
   **To:**
   WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue,
   New York, NY 10153-0119

   **and Via Electonic Email:**

   Stephen Karotkin, Stephen.karotkin@weil.com;
   Jessica Liou, Jessica.liou@weil.com;
   Matthew Goren, Matthew.goren@weil.com;
   Tom Schinckel, Tom.shinckel@weil.com;

2. **Attorneys for Debtors, KELLER BENVENUTTI KIM LLP**

   **Via USPS Priority mail:** Tracking No. 9510811637481230577886
   **To:**
   KELLER BENVENUTTI KIM LLP
   650 California Street, Suite 1900
   San Franscisco, CA 94108

   **And Via Electronic Email:**

   PGETeam@primeclerk.com;
   Tobias S. Keller, tkeller@kbkllp.com;
   Jane Kim, jkim@kbkllp.com;
   Thomas Rupp, trupp@kbkllp.com
   Peter J. Benvenutti, pbenvenutti@kbkllp.com,

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Signed, Sealed and Executed this 18th day of August 2021, at Fairfield, California.

_Ricky-Dean Horton_
Ricky-Dean Horton, Claimant                                   SEAL

[Seal: Great Seal / For land and sea / House of Horton]