**Exhibit 1**

**Claims**

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GOAL GROUP | ACCIDENT COMPENSATION CORPORATION<br>5 HANOVER SQUARE, SUITE 2300<br>NEW YORK NY 10004 | 100165 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,107,900.00 | $1,107,900.00 | Unauthorized Bulk Claims |
| 2 | GALLIARD CAPITAL | AMERICAN BAR ASSOCIATION - MERCER TRUST COMPANY<br>GALLIARD CAPITAL MANAGEMENT<br>ATTN: CORPORATE ACTIONS<br>800 LASALLE AVENUE<br>SUITE 1400<br>MINNEAPOLIS MN 55402 | 101419 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 3 | DIANA HARRISON - CPA | ARUN BAJPAI IRA SCHWAB CUST<br>11930 S RIVERSIDE DR<br>PORTLAND OR 97219 | 105517 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $404.84 | $404.84 | Unauthorized Bulk Claims |
| 4 | LOGAN FINANCIAL | BAKER, DAVID J. & HILARY I<br>3369 GRANT ST.<br>COLUMBUS IN 47203 | 104461 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $751.39 | $751.39 | Unauthorized Bulk Claims |
| 5 | INTELLIGENT INVESTMENT MANAGEMENT | BARBARA S HANCOCK ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99506 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,057.48 | $1,057.48 | Unauthorized Bulk Claims |
| 6 | OPPENHEIMER | BASU, DIPAK & RADHA<br>21777 VINTAGE LANE<br>SARATOGA CA 95070 | 97736 | PG&E Corporation | 3/12/2020 | $0.00 | $0.00 | $0.00 | $416.22 | $416.22 | Unauthorized Bulk Claims |
| 7 | GALLIARD CAPITAL | BEMIS COMPANY, INC. (DEFINED BENEFIT PLAN)<br>ATTN: CORPORATE ACTIONS<br>GALLIARD CAPITAL MANAGEMENT<br>800 LASALLE AVENUE<br>SUITE 1400<br>MINNEAPOLIS MN 55402 | 100325 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $53,433.19 | $53,433.19 | Unauthorized Bulk Claims |
| 8 | GOAL GROUP | BINCKBANK N.V.<br>CHRIS OLDHAM<br>GLOBAL RESEARCH MANAGER<br>GOAL GLOBAL RECOVERIES LIMITED<br>5 HANOVER SQUARE, SUITE 2300<br>NEW YORK NY 10004 | 101798 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $51,940.00 | $51,940.00 | Unauthorized Bulk Claims |
| 9 | REGENT ATLANTIC | BLANKOFF, SUSAN B.<br>405 EAST 54TH STREET APT 14N<br>NEW YORK NY 10022-5127 | 105000 | PG&E Corporation | 5/20/2020 | $0.00 | $0.00 | $0.00 | $4,648.21 | $4,648.21 | Unauthorized Bulk Claims |
| 10 | REGENT ATLANTIC | BROWN, MINTER<br>10 SPECTACLE LANE<br>WILTON CT 06897 | 103626 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $17,444.96 | $17,444.96 | Unauthorized Bulk Claims |

[1] Claims listed as $0.00 seek an unliquidated amount.

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | RAYMOND JAMES | CADILLAC AREA COMMUNITY FOUNDATION<br>201 N MITCHELL ST<br>SUITE 101<br>CADILLAC MI 49601 | 103865 | Pacific Gas and Electric Company | 5/5/2020 | $0.00 | $0.00 | $0.00 | $8,639.37 | $8,639.37 | Unauthorized Bulk Claims |
| 12 | INTELLIGENT INVESTMENT MANAGEMENT | CAROL E WILEY REVOCABLE TRUST<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99261 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,072.23 | $2,072.23 | Unauthorized Bulk Claims |
| 13 | INTELLIGENT INVESTMENT MANAGEMENT | CAROL L JENNINGS IRA ROLLOVER<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99508 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,124.00 | $1,124.00 | Unauthorized Bulk Claims |
| 14 | INTELLIGENT INVESTMENT MANAGEMENT | CHARLES R MCCALLON ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99963 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $931.29 | $931.29 | Unauthorized Bulk Claims |
| 15 | INTELLIGENT INVESTMENT MANAGEMENT | CHARLES W MCAFEE & MARY E MCAFEE JT TEN<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99962 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,042.98 | $1,042.98 | Unauthorized Bulk Claims |
| 16 | INTELLIGENT INVESTMENT MANAGEMENT | CHRISTENSEN FINANCIAL RESOURCE ATTN STEVEN R CHRISTENSEN & KATHERINE L CHRISTENSEN<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99949 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,169.65 | $1,169.65 | Unauthorized Bulk Claims |
| 17 | INTELLIGENT INVESTMENT MANAGEMENT | CHRISTENSEN, BRENNA E<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99507 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $618.01 | $618.01 | Unauthorized Bulk Claims |
| 18 | REGENT ATLANTIC | CINELLI, DENNIS<br>3 ROWLANDS ROAD<br>FLEMINGTON NJ 08822 | 103784 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $11,251.10 | $11,251.10 | Unauthorized Bulk Claims |
| 19 | REGENT ATLANTIC | CINELLI, DENNIS<br>3 ROWLANDS ROAD<br>FLEMINGTON NJ 08822 | 103908 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $3,706.79 | $3,706.79 | Unauthorized Bulk Claims |
| 20 | DIANA HARRISON - CPA | CLEMENS, BARBARA<br>12024 BEATYBUSH DR<br>BEE CAVE TX 78738 | 105429 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $2,363.91 | $2,363.91 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | LOGAN FINANCIAL | COLE, JOYCE Q<br>425 HOMEWOOD DR SW<br>HUNTSVILLE AL 35801 | 104459 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $1,810.54 | $1,810.54 | Unauthorized Bulk Claims |
| 22 | AMERIPRISE FINANCIAL | CUNNINGHAM, GINA<br>4 W. 101ST ST. APT. 2S<br>NEW YORK NY 10025 | 99878 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $20,128.00 | $20,128.00 | Unauthorized Bulk Claims |
| 23 | INTELLIGENT INVESTMENT MANAGEMENT | DARON E CLAY ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99950 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $692.89 | $692.89 | Unauthorized Bulk Claims |
| 24 | INTELLIGENT INVESTMENT MANAGEMENT | DIANE H CURTIS IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99951 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,300.65 | $1,300.65 | Unauthorized Bulk Claims |
| 25 | GOAL GROUP | DNB ASSET MANAGEMENT<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 100406 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $2,582,540.00 | $2,582,540.00 | Unauthorized Bulk Claims |
| 26 | DIANA HARRISON - CPA | DUKE M SPENCER INH IRA<br>503 OLLER RD<br>CASTLE ROCK WA 98611 | 104644 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $2,013.51 | $2,013.51 | Unauthorized Bulk Claims |
| 27 | AEGIS CAPITAL | DUYMOVIC, ANDREW A.<br>A. LOBELLO<br>2 OAK TREE LANE<br>SANDS POINT NY 11650 | 103703 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $858.40 | $858.40 | Unauthorized Bulk Claims |
| 28 | AEGIS CAPITAL | DUYMOVIC, ANDREW E.<br>A. LOBELLO<br>2 OAK TREE LANE<br>SANDS POINT NY 11050 | 103701 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $3,449.10 | $3,449.10 | Unauthorized Bulk Claims |
| 29 | REGENT ATLANTIC | EASTCOM ASSOCIATES INC. PROFIT SHARING PLAN U/A DTD 11/01/1978<br>C/O DENNIS CINELLI<br>3 ROWLANDS ROAD<br>FLEMINGTON NJ 08822 | 103898 | PG&E Corporation | 5/5/2020 | $0.00 | $0.00 | $0.00 | $4,711.05 | $4,711.05 | Unauthorized Bulk Claims |
| 30 | INTELLIGENT INVESTMENT MANAGEMENT | ELLEN M TOMSIC SIMPLE IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99953 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $567.17 | $567.17 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | INTELLIGENT INVESTMENT MANAGEMENT | ERNEST O'TOOLE IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99954 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,076.44 | $1,076.44 | Unauthorized Bulk Claims |
| 32 | INTELLIGENT INVESTMENT MANAGEMENT | ERNEST O'TOOLE TOD<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 100019 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $673.05 | $673.05 | Unauthorized Bulk Claims |
| 33 | DIANA HARRISON - CPA | FAUNT, RODERICK<br>5560 NW TAMARRON PL<br>PORTLAND OR 97229 | 105060 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $619.08 | $619.08 | Unauthorized Bulk Claims |
| 34 | GOAL GROUP | FIRST STATE SUPERANNUATION<br>5 HANOVER SQUARE, SUITE 2300<br>NEW YORK NY 10004 | 100751 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $791,313.00 | $791,313.00 | Unauthorized Bulk Claims |
| 35 | INTELLIGENT INVESTMENT MANAGEMENT | G STEPHEN WHEELDON ROTH IRA CONVERSION<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 100051 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,348.59 | $2,348.59 | Unauthorized Bulk Claims |
| 36 | INTELLIGENT INVESTMENT MANAGEMENT | G STEPHEN WHEELDON SIMPLE IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 100052 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,505.79 | $2,505.79 | Unauthorized Bulk Claims |
| 37 | DIANA HARRISON - CPA | GAIL SUSSAN LEHRMAN IRA<br>2130 NE KNOTT ST<br>PORTLAND OR 97212 | 105293 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $7,921.50 | $7,921.50 | Unauthorized Bulk Claims |
| 38 | GOAL GROUP | GOVERNMENT SUPERANNUATION FUND OF NEW ZEALAND<br>5 HANOVER SQUARE, SUITE 2300<br>NEW YORK NY 10004 | 100175 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $298,000.00 | $298,000.00 | Unauthorized Bulk Claims |
| 39 | LOGAN FINANCIAL | HAND, ANITA Q<br>419 HOMEWOOD DR SW<br>HUNTSVILLE AL 35801 | 104455 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $2,303.58 | $2,303.58 | Unauthorized Bulk Claims |
| 40 | DIANA HARRISON - CPA | HEIDII ROBERTS INH IRA<br>HEIDII ROBERTS<br>75077 W OREGON LN<br>IRRIGON OR 97844 | 105292 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $502.25 | $502.25 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | AMERIPRISE FINANCIAL | HENDERSON, JULIE<br>120 E. 90TH ST. APT. 16D<br>NEW YORK NY 10128 | 99719 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $7,773.00 | $7,773.00 | Unauthorized Bulk Claims |
| 42 | OPPENHEIMER | HERSCHEL FAMILY INVESTMENTS LLC<br>99 MILLER LN<br>SAUSALITO CA 94965 | 97738 | PG&E Corporation | 3/12/2020 | $0.00 | $0.00 | $0.00 | $238.13 | $238.13 | Unauthorized Bulk Claims |
| 43 | INTELLIGENT INVESTMENT MANAGEMENT | HSA BANK AS CUSTODIAN SBO JEAN B WHEELDON<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99319 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,355.62 | $2,355.62 | Unauthorized Bulk Claims |
| 44 | RAYMOND JAMES | HUNTSMAN, JAMES R.<br>5002 ABBIE LN<br>ALIQUIPPA PA 15001 | 97771 | PG&E Corporation | 3/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 45 | GALLIARD CAPITAL | INDIANA PUBLIC EMPLOYEES' RETIREMENT FUND<br>GALLIARD CAPITAL MANAGEMENT<br>ATTN: CORPORATE ACTIONS<br>800 LASALLE AVENUE, SUITE 1400<br>MINNEAPOLIS MN 55402 | 101302 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 46 | INTELLIGENT INVESTMENT MANAGEMENT | INGRID L IVERSEN SURV TRUST 4/30/92<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99955 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,076.65 | $2,076.65 | Unauthorized Bulk Claims |
| 47 | INTELLIGENT INVESTMENT MANAGEMENT | INGRID L IVERSEN SURV TRUST 4/30/92 INGRID L IVERSEN TR<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99909 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,260.95 | $1,260.95 | Unauthorized Bulk Claims |
| 48 | DIANA HARRISON - CPA | IRENE E LAFFERTY TRUST<br>15415 SW ALDERBROOK CIR<br>PORTLAND OR 97224 | 104653 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $1,858.51 | $1,858.51 | Unauthorized Bulk Claims |
| 49 | INTELLIGENT INVESTMENT MANAGEMENT | JAMES R. FREEMAN ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99933 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,031.20 | $1,031.20 | Unauthorized Bulk Claims |
| 50 | DIANA HARRISON - CPA | JANE HALITON ROLLOVER IRA<br>1509 BONNIEBRAE DRIVE<br>LAKE OSWEGO OR 97034 | 105226 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $740.01 | $740.01 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | DIANA HARRISON - CPA | JAY NELSON IRA<br>630 RIDGEWAY ROAD<br>LAKE OSEWGO OR 97034 | 105230 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $4,734.47 | $4,734.47 | Unauthorized Bulk Claims |
| 52 | INTELLIGENT INVESTMENT MANAGEMENT | JEAN B WHEELDON ROTH IRA CONVERSION<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99936 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,134.61 | $1,134.61 | Unauthorized Bulk Claims |
| 53 | INTELLIGENT INVESTMENT MANAGEMENT | JEAN B WHEELDON SIMPLE IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99935 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,484.99 | $2,484.99 | Unauthorized Bulk Claims |
| 54 | DIANA HARRISON - CPA | JEANETTE B POTTS IRA<br>JEANETTE POTTS<br>627 CAMELBACK DR UNIT 1<br>BILLINGS MT 59105 | 105290 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $564.36 | $564.36 | Unauthorized Bulk Claims |
| 55 | INTELLIGENT INVESTMENT MANAGEMENT | JENNINGS, CAROL L<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99961 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,001.18 | $1,001.18 | Unauthorized Bulk Claims |
| 56 | DIANA HARRISON - CPA | JOAN M LEE ROLLOVER IRA<br>JOAN LEE<br>7042 OFFENBACH CT NE<br>KEIZER OR 97303 | 105228 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $5,377.70 | $5,377.70 | Unauthorized Bulk Claims |
| 57 | DIANA HARRISON - CPA | JOANNE F SHANNON TRUST<br>943 ATWATER RD<br>LAKE OSWEGO OR 97034 | 105294 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $1,029.85 | $1,029.85 | Unauthorized Bulk Claims |
| 58 | OPPENHEIMER | JONES/HARDEN FAMILY REV TRUST<br>KEVIN & ROSA LEE HARDEN JONES<br>15 RIPARIAN WAY<br>SWANNANOA NC 28778 | 97735 | PG&E Corporation | 3/12/2020 | $0.00 | $0.00 | $0.00 | $508.51 | $508.51 | Unauthorized Bulk Claims |
| 59 | DIANA HARRISON - CPA | JOSE PARGA IRA<br>21618 SW COLUMBIA DR<br>TUALATIN OR 97062 | 105291 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $306.11 | $306.11 | Unauthorized Bulk Claims |
| 60 | INTELLIGENT INVESTMENT MANAGEMENT | JOYCE B MATHIS IRA ROLLOVER<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99939 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,147.32 | $1,147.32 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | INTELLIGENT INVESTMENT MANAGEMENT | KAREN M THOMPSON SIMPLE IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99326 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $2,043.44 | $2,043.44 | Unauthorized Bulk Claims |
| 62 | DIANA HARRISON - CPA | KATHLEEN BLISS CHARLES SCHWAB CUST ROLLOVER IRA<br>KATHLEEN BLISS<br>306 NE 29TH ST<br>REDMOND OR 97756 | 105481 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $987.62 | $987.62 | Unauthorized Bulk Claims |
| 63 | INTELLIGENT INVESTMENT MANAGEMENT | KATHLEEN E MCGUIRE REV TRUST<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99941 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $799.95 | $799.95 | Unauthorized Bulk Claims |
| 64 | DIANA HARRISON - CPA | KATHY HASKEW ROLLOVER IRA<br>4519 108TH ST NE<br>MARYSVILLE WA 98272 | 105227 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $1,758.07 | $1,758.07 | Unauthorized Bulk Claims |
| 65 | DIANA HARRISON - CPA | KENDRA WILLIAMS & DAVID BROWN TENANTS WROS<br>3736 SW WEBSTER ST<br>SEATTLE WA 98126-3260 | 105476 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $7,244.15 | $7,244.15 | Unauthorized Bulk Claims |
| 66 | DIANA HARRISON - CPA | KITE, KRISTY ANN<br>PO BOX 154<br>KENO OR 97627 | 105229 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $153.28 | $153.28 | Unauthorized Bulk Claims |
| 67 | DIANA HARRISON - CPA | LINDA HALLETT SEP IRA<br>LINDA HALLETT<br>22370 SW GRAHAMS FERRY RD<br>TUALATIN OR 97062 | 105224 | PG&E Corporation | 5/19/2020 | $0.00 | $0.00 | $0.00 | $1,553.55 | $1,553.55 | Unauthorized Bulk Claims |
| 68 | INTEGRE ASSET MANAGEMENT | LISA L. ZAHREN AS TRUSTEE<br>624 WEST UPSAL STREET<br>PHILADELPHIA PA 19119 | 103083 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $232.00 | $232.00 | Unauthorized Bulk Claims |
| 69 | AEGIS CAPITAL | LOBELLO JR, ANTHONY J.<br>3605 HAMBY OAKS DRIVE<br>ALPHARETTA GA 30004 | 102799 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $1,362.53 | $1,362.53 | Unauthorized Bulk Claims |
| 70 | LOGAN FINANCIAL | LUDMER, MIRIAM RACHEL<br>1704 ANDROS ISLE APT A4<br>COCONUT CREEK FL 33066 | 104456 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $9,342.93 | $9,342.93 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | RAYMOND JAMES | M. DAVID MACFARLANE & M. KAY MACFARLANE TTEE<br>STEVE HANNEY<br>BRANCH MGR/ REG. PRINCIPAL<br>RAYMOND JAMES FINANCIAL SERVICES BRANCH<br>5000 PLAZA ON THE LAKE #175<br>AUSTIN TX 78746 | 102207 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 72 | RAYMOND JAMES | M. DAVID MACFARLANE IRA RAYMOND JAMES & ASSOC. INC. CSDN<br>RAYMOND JAMES FINANCIAL SERVICES BRANCH 815<br>5000 PLAZA ON THE LAKE #175<br>AUSTIN TX 78746 | 102095 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 73 | INTELLIGENT INVESTMENT MANAGEMENT | MALCOLM S CURTIS IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99924 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $324.06 | $324.06 | Unauthorized Bulk Claims |
| 74 | INTELLIGENT INVESTMENT MANAGEMENT | MARY E MCAFEE ROTH IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99926 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $3,808.90 | $3,808.90 | Unauthorized Bulk Claims |
| 75 | INTELLIGENT INVESTMENT MANAGEMENT | MCAFEE CHARITABLE REM UNITRUST FBO CHARLES W MCAFEE W/MCAFEE UA 7/19/1999 CHARLES MCAFEE OR MARY MCAFEE TR<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99925 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,063.06 | $1,063.06 | Unauthorized Bulk Claims |
| 76 | GOAL GROUP | MEDIOLANUM INTERNATIONAL FUNDS LIMITED<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 101682 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $2,000,000.00 | $2,000,000.00 | Unauthorized Bulk Claims |
| 77 | INTELLIGENT INVESTMENT MANAGEMENT | MERRILL E BROWN FAM TST FBO BENEFICIARY IRA OF JUDITH BROWN IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99960 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $945.64 | $945.64 | Unauthorized Bulk Claims |
| 78 | INTELLIGENT INVESTMENT MANAGEMENT | MICHAEL J MATHESON ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99929 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,122.00 | $1,122.00 | Unauthorized Bulk Claims |
| 79 | INTELLIGENT INVESTMENT MANAGEMENT | MICHAEL R GORMALLY & BARBARA J GORMALLY JT TEN<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99927 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $597.47 | $597.47 | Unauthorized Bulk Claims |
| 80 | DIANA HARRISON - CPA | MICHAEL RAFFAELL IRA<br>PO BOX 1673<br>OREGON CITY OR 97045 | 105297 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $2,661.11 | $2,661.11 | Unauthorized Bulk Claims |

Twelfth Securities Claims Omnibus
Objection (Unauthorized Bulk Claims)

Exhibit 1

PG&E Corporation and Pacific Gas and Electric Company
Case No. 19-30088 (DM), Jointly Administered

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | DIANA HARRISON - CPA | MICHELLE D BAMBACH SCHWAB CUST IRA ROLLOVER<br>MICHELLE D BAMBACH<br>17890 SW ROYCE WAY<br>LAKE OSWEGO OR 97034 | 105491 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $1,834.77 | $1,834.77 | Unauthorized Bulk Claims |
| 82 | DIANA HARRISON - CPA | MILES TESELLE IRA<br>MILES TESELLE<br>3118 NE 70TH AVE<br>PORTLAND OR 97213 | 105296 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $755.68 | $755.68 | Unauthorized Bulk Claims |
| 83 | AMERIPRISE FINANCIAL | MISHKIN, BRUCE<br>236 7TH ST.<br>JERSEY CITY NJ 07302 | 99642 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Unauthorized Bulk Claims |
| 84 | INTELLIGENT INVESTMENT MANAGEMENT | MITCHELL C BROWN ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99928 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $529.50 | $529.50 | Unauthorized Bulk Claims |
| 85 | DIANA HARRISON - CPA | NAOMI DAGEN BLOOM CHARLES SCHWAB CUST IRA<br>NAOMI BLOOM<br>2545 SW TERWILLIGER BLVD<br>PORTLAND OR 97201 | 105492 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $1,055.44 | $1,055.44 | Unauthorized Bulk Claims |
| 86 | GOAL GROUP | NEW SOUTH WALES TREASURY CORP<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 100132 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $4,000,000.00 | $4,000,000.00 | Unauthorized Bulk Claims |
| 87 | GOAL GROUP | NEW ZEALAND SUPERANNUATION<br>5 HANOVER SQUARE, SUITE 2300<br>NEW YORK NY 10004 | 100270 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $16,311,000.00 | $16,311,000.00 | Unauthorized Bulk Claims |
| 88 | DIANA HARRISON - CPA | NIEH, ARI<br>16623 BENSON RD S<br>RENTON WA 98055 | 105289 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $1,430.65 | $1,430.65 | Unauthorized Bulk Claims |
| 89 | BATTEA | OLD MISSION CAPITAL LLC<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO CA 94104 | 104193 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $13,992.03 | $13,992.03 | Unauthorized Bulk Claims |
| 90 | GOAL GROUP | OLD MUTUAL GLOBAL INV SERIES PLC<br>GOAL GLOBAL RECOVERIES LIMITED<br>CHRIS OLDHAM<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 101580 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,800,000.00 | $1,800,000.00 | Unauthorized Bulk Claims |

Page 9 of 15

Case: 19-30088    Doc# 11082-1    Filed: 08/18/21    Entered: 08/18/21 18:16:19    Page 10 of 16

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | DIANA HARRISON - CPA | OLGA CLOUSER CHARLES SCHWAB CUST IRA ROLLOVER<br>8065 SW 165TH AVE<br>BEAVERTON OR 97007 | 105474 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $2,363.91 | $2,363.91 | Unauthorized Bulk Claims |
| 92 | RAYMOND JAMES | ORLIE J UNDERWOOD & GLYNDA UNDERWOOD TTEE<br>C/O RAYMOND JAMES FINANCIAL SERVICES<br>STEVE HANNEY<br>5000 PLAZA ON THE LAKE #175<br>AUSTIN TX 78746 | 102155 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 93 | INTELLIGENT INVESTMENT MANAGEMENT | ORRIS H & ANN C FLATTEN REV ESTATE TST UA DEC 11, 1987 ANN C FLATTEN TR<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99958 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,848.77 | $1,848.77 | Unauthorized Bulk Claims |
| 94 | INTELLIGENT INVESTMENT MANAGEMENT | ORRIS H & ANN FLATTEN REV ESTATE TST UA DEC 11, 1987 ANN C FLATTEN TR<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99959 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $983.42 | $983.42 | Unauthorized Bulk Claims |
| 95 | DIANA HARRISON - CPA | PATTY COOPER TDA CUST IRA ROLLOVER<br>1825 5TH AVE<br>WEST LINN OR 97068 | 105484 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $488.14 | $488.14 | Unauthorized Bulk Claims |
| 96 | GOAL GROUP | PERPETUAL INVESTMENT MANAGEMENT<br>5 HANOVER SQUARE, SUITE 2300<br>NEW YORK NY 10004 | 99947 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $345,800.00 | $345,800.00 | Unauthorized Bulk Claims |
| 97 | INTELLIGENT INVESTMENT MANAGEMENT | PHILLIPS TOD, ROSALIE K<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99915 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $894.02 | $894.02 | Unauthorized Bulk Claims |
| 98 | REGENT ATLANTIC | PRESBYTERIAN CHURCH OF CHATHAM TOWNSHIP PASTORAL HOUSING FUND<br>240 SOUTHERN BOULEVARD<br>CHATHAM NJ 07928 | 103510 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $4,506.16 | $4,506.16 | Unauthorized Bulk Claims |
| 99 | CAPITAL RESEARCH AND MANAGEMENT | PRUDENTIA -LEBENSVERSICHERUNGS-AG<br>C/O CAPITAL RESEARCH AND MANAGEMENT COMPANY<br>ATTN: KRISTINE NISHIYAMA<br>333 SOUTH HOPE STREET, 55TH FLOOR<br>LOS ANGELES CA 90071 | 101928 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $428,405.00 | $428,405.00 | Unauthorized Bulk Claims |
| 100 | GOAL GROUP | QSUPER<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 100067 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | MERRILL LYNCH | RAE, MICHAELE<br>421 WILEY ST.<br>ASHLAND OR 97520-1557 | 100781 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $2,622.00 | $2,622.00 | Unauthorized Bulk Claims |
| 102 | GOAL GROUP | RARE INFRASTRUCTURE<br>5 HANOVER SQUARE<br>SUITE 2300<br>NEW YORK NY 10004 | 100604 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $97,275,000.00 | $97,275,000.00 | Unauthorized Bulk Claims |
| 103 | MERRILL LYNCH | RAUSCHER, DR. CLIFFORD<br>1693 STABLE ROCK ROAD<br>PRESCOTT AZ 86303 | 100903 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $262.00 | $262.00 | Unauthorized Bulk Claims |
| 104 | INTELLIGENT INVESTMENT MANAGEMENT | RHONDA R BROWN ROTH IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99934 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $529.50 | $529.50 | Unauthorized Bulk Claims |
| 105 | RAYMOND JAMES | RILEY, MYRIAM J<br>FREDERICK J BROWN<br>RAYMOND JAMES<br>400 N HIGH STREET<br>MUNCIE IN 47305 | 98335 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $440.00 | $440.00 | Unauthorized Bulk Claims |
| 106 | REGENT ATLANTIC | ROBERT A MASUCCI TTEE ROBERT A MASUCCI TRUST AGREEMENT U/A DTD 01/23/2014<br>439 DEUCE DRIVE<br>WALL NJ 07719 | 103599 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $3,042.83 | $3,042.83 | Unauthorized Bulk Claims |
| 107 | DIANA HARRISON - CPA | ROBERT BRANNING TDA CUST IRA ROLLOVER<br>811 THORNWOOD CIRCLE<br>LONGMONT CO 80503 | 105461 | PG&E Corporation | 5/26/2020 | $0.00 | $0.00 | $0.00 | $536.11 | $536.11 | Unauthorized Bulk Claims |
| 108 | INTELLIGENT INVESTMENT MANAGEMENT | ROBERT FARRINGTON BROWN ROLLOVER IRA<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99910 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $903.91 | $903.91 | Unauthorized Bulk Claims |
| 109 | INTELLIGENT INVESTMENT MANAGEMENT | ROBERT H LANDER & LINDA M BONNELL JT TEN<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99932 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $3,555.98 | $3,555.98 | Unauthorized Bulk Claims |
| 110 | INTELLIGENT INVESTMENT MANAGEMENT | ROBERTS, NEALE R<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE 333<br>DURANGO CO 81301 | 99314 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $905.38 | $905.38 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | DIANA HARRISON - CPA | RUSSELL BURT CHARLES SCHWAB CUST IRA ROLLOVER<br>17370 SW CHATELAIN DR<br>BEAVERTON OR 97003 | 105511 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $2,272.74 | $2,272.74 | Unauthorized Bulk Claims |
| 112 | GOAL GROUP | SAS TRUSTEE CORP POOLED FUND - DEFINED CONTRIBUTIONS<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 101094 | PG&E Corporation | 4/17/2020 | $0.00 | $0.00 | $0.00 | $1,200,000.00 | $1,200,000.00 | Unauthorized Bulk Claims |
| 113 | DIANA HARRISON - CPA | SCOTT MCPHERSON IRA<br>PO BOX 650567<br>DALLES TX 75265-0567 | 98742 | Pacific Gas and Electric Company | 4/6/2020 | $0.00 | $0.00 | $0.00 | $716.89 | $716.89 | Unauthorized Bulk Claims |
| 114 | DIANA HARRISON - CPA | SCOTT NOBLE IRA<br>15545 SW PETREL LN<br>BEAVERTON OR 97007 | 105288 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $4,810.80 | $4,810.80 | Unauthorized Bulk Claims |
| 115 | BATTEA | SET TRADING PARTNERS<br>231 SANSOME STREET, 4TH FLOOR<br>SAN FRANCISCO CA 94104 | 104077 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $321,600.00 | $321,600.00 | Unauthorized Bulk Claims |
| 116 | REGENT ATLANTIC | SHYNE, STEPHEN C.<br>5 RED OAK LN<br>KENNELON NJ 07405 | 105287 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $16,745.66 | $16,745.66 | Unauthorized Bulk Claims |
| 117 | AEGIS CAPITAL | SMILEY, THOMAS E.<br>9 MACAFEE ROAD<br>SOMERSET NJ 08873 | 102802 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $1,083.78 | $1,083.78 | Unauthorized Bulk Claims |
| 118 | INTELLIGENT INVESTMENT MANAGEMENT | STACY B DROST REVOCABLE TRUST<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99922 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,270.28 | $1,270.28 | Unauthorized Bulk Claims |
| 119 | DIANA HARRISON - CPA | STANSGAR, GARY<br>13791 JOHN JEFFREY CT<br>OREGON CITY OR 97045 | 105295 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $3,558.84 | $3,558.84 | Unauthorized Bulk Claims |
| 120 | DIANA HARRISON - CPA | STEWART SIMMONS & ROBIN SIMMONS JT TEN<br>417 RIO ALTAR<br>GREEN VALLEY AZ 85614 | 104715 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $3,085.13 | $3,085.13 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | MN SERVICES VERMOGENSBEHEER | STICHTING PENSIOENFONDS METAAL EN TECHNIEK<br>MN SERVICES VERMOGENSBEHEER B.V -<br>LEGAL DEPARTMENT<br>PRINSES BEATRIXLAAN 15<br>DEN HAAG 2595AK THE NETHERLANDS | 102351 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 122 | MN SERVICES VERMOGENSBEHEER | STICHTING PENSIOENFONDS METAAL EN TECHNIEK<br>MN SERVICES VERMOGENSBEHEER B.V.<br>LEGAL DEPARTMENT<br>PRINSES BEATRIXLAAN 15<br>DEN HAAG 2595 AK THE NETHERLANDS | 102404 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 123 | MN SERVICES VERMOGENSBEHEER | STICHTING PENSIOENFONDS VAN DE METALEKTRO (PME)<br>MN SERVICES VERMOGENSBEHEER BV - LEGAL DEPARTMENT<br>PRINSES BEATRIXLAAN 15<br>DEN HAAG 2595AK NETHERLANDS | 102260 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Unauthorized Bulk Claims |
| 124 | DIANA HARRISON - CPA | STOREDAHL, RODNEY & HEATHER<br>3108 N MAIN ST<br>NEWBERG OR 97132 | 105300 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $2,201.49 | $2,201.49 | Unauthorized Bulk Claims |
| 125 | DIANA HARRISON - CPA | SUZANNE G SANDERSON IRA<br>20677 SW NANTUCKET LN<br>BEAVERTON OR 97006 | 105299 | PG&E Corporation | 5/21/2020 | $0.00 | $0.00 | $0.00 | $8,039.75 | $8,039.75 | Unauthorized Bulk Claims |
| 126 | INTELLIGENT INVESTMENT MANAGEMENT | THOMPSON, KAREN M.<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99776 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,181.25 | $1,181.25 | Unauthorized Bulk Claims |
| 127 | INTELLIGENT INVESTMENT MANAGEMENT | THOMPSON, ROBERT P<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99911 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,214.19 | $1,214.19 | Unauthorized Bulk Claims |
| 128 | INTELLIGENT INVESTMENT MANAGEMENT | THOMPSON, ROBERT P<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99914 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,157.90 | $1,157.90 | Unauthorized Bulk Claims |
| 129 | INTELLIGENT INVESTMENT MANAGEMENT | TST FBO JOYCE B MATHIS U/ART 6(B) U/WARTHUR R BOTHERS 9/23/03 PATRICK BARRETT & JOYCE MATHIS & SHERI MACVEIGH TRS<br>INTELLIGENT INVESTMENT MANAGMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99940 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $1,031.90 | $1,031.90 | Unauthorized Bulk Claims |
| 130 | OPPENHEIMER | VANGORDEN, NOEL<br>2523 HOPEFIELD CT<br>CAPE CORAL FL 33991 | 103625 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | OPPENHEIMER | VANGORDEN, NOEL<br>2523 HOPEFIELD CT<br>CAPE CORAL FL 33991 | 103658 | PG&E Corporation | 5/1/2020 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Unauthorized Bulk Claims |
| 132 | REGENT ATLANTIC | WAYNE A. ENDERLE AND CATHERINE B ENDERLE REVOCABLE TRUST<br>121 QUAPAW CIRCLE<br>LOUDON TN 37774-3150 | 105334 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $1,874.10 | $1,874.10 | Unauthorized Bulk Claims |
| 133 | GOAL GROUP | WEALTH, KIWI<br>5 HANOVER SQUARE SUITE 2300<br>NEW YORK NY 10004 | 99942 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $700,000.00 | $700,000.00 | Unauthorized Bulk Claims |
| 134 | WELLS FARGO | WELLS FARGO BANK NA IN ITS CAPACITY AS TRUSTEE AND AGENT ON FIDUCIARY CLIENT ACCOUNTS<br>MOUSTAFA SHOUMAN<br>550 SOUTH 4TH ST<br>MINNEAPOLIS MN 55415 | 100961 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $3,000,000.00 | $3,000,000.00 | Unauthorized Bulk Claims |
| 135 | WELLS FARGO | WELLS FARGO BANK NA IN ITS CAPACITY AS TRUSTEE AND AGENT ON FIDUCIARY CLIENT ACCOUNTS<br>MOUSTAFA SHOUMAN<br>550 SOUTH 4TH ST, 14TH FL<br>MINNEAPOLIS MN 55415 | 100572 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,700.00 | $1,700.00 | Unauthorized Bulk Claims |
| 136 | WELLS FARGO | WELLS FARGO BANK NA IN ITS CAPACITY AS TRUSTEE AND AGENT ON FIDUCIARY CLIENT ACCOUNTS<br>MOUSTAFA SHOUMAN<br>550 SOUTH 4TH ST, 14TH FL<br>MINNEAPOLIS MN 55415 | 100627 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $35,000.00 | $35,000.00 | Unauthorized Bulk Claims |
| 137 | WELLS FARGO | WELLS FARGO BANK NA IN ITS CAPACITY AS TRUSTEE AND AGENT ON FIDUCIARY CLIENT ACCOUNTS<br>MOUSTAFA SHOUMAN<br>550 SOUTH 4TH ST, 14TH FL<br>MINNEAPOLIS MN 55415 | 100689 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $3,000,000.00 | $3,000,000.00 | Unauthorized Bulk Claims |
| 138 | GALLIARD CAPITAL | WELLS FARGO MANAGED FIXED INCOME FUND PORTFOLIO<br>GALLIARD CAPITAL MANAGEMENT<br>ATTN: CORPORATE ACTIONS<br>800 LASALLE AVENUE<br>SUITE 1400<br>MINNEAPOLIS MN 55402 | 99968 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $53,433.19 | $53,433.19 | Unauthorized Bulk Claims |
| 139 | GALLIARD CAPITAL | WELLS FARGO MASTER PENSION TRUST (CORE PORTFOLIO)<br>GALLIARD CAPITAL MANAGEMENT<br>ATTN: CORPORATE ACTIONS<br>800 LASALLE AVENUE<br>SUITE 1400<br>MINNEAPOLIS MN 55402 | 100017 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $128,239.66 | $128,239.66 | Unauthorized Bulk Claims |
| 140 | INTELLIGENT INVESTMENT MANAGEMENT | WILEY TOD, NANCY L<br>INTELLIGENT INVESTMENT MANAGEMENT, LLP<br>150 EAST 9TH STREET, STE. 333<br>DURANGO CO 81301 | 99931 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $430.14 | $430.14 | Unauthorized Bulk Claims |

| No. | Third Party | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | DIANA HARRISON - CPA | WILLIAM MCGOVERN IRA CHARLES SCHWAB CUST 4953 KIT CARSON DR BROOMFIELD CO 80023 | 104029 | PG&E Corporation | 5/7/2020 | $0.00 | $0.00 | $0.00 | $1,021.05 | $1,021.05 | Unauthorized Bulk Claims |
| 142 | DIANA HARRISON - CPA | WILLIAM MCGOVERN IRA CHARLES SCHWAB CUST 4953 KIT CARSON DR BROOMFIELD CO 80023 | 104651 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $1,021.05 | $1,021.05 | Unauthorized Bulk Claims |
| 143 | REGENT ATLANTIC | ZIA, WILLIAM 339 RADEL TERRACE SOUTH ORANGE NJ 07079 | 103565 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $1,874.63 | $1,874.63 | Unauthorized Bulk Claims |