**Exhibit B**

WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 415 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br>**REQUEST FOR PROOF OF WRITTEN AUTHORIZATION TO FILE SUBORDINATED SECURITIES CLAIM ON BEHALF OF BENEFICIAL OWNER** |

# This Request Seeks Information That You Are Required To Provide By Bankruptcy Court Order

Mailing Date: May 21, 2021

Return Deadline: July 6, 2021

You are receiving this notice because our records indicate that you filed, *on someone else's behalf*, one or more Subordinated Securities Claims against PG&E Corporation and/or Pacific Gas and Electric Company (together, "**PG&E**") in their chapter 11 cases in the United States Bankruptcy Court for the Northern District of California. The claim(s) in question are identified in **Schedule 1** hereto.

**Within forty-five (45) days** from the date of this letter, you must provide written evidence that at the time of filing you were authorized to file the claim(s) identified in Schedule 1. You must provide this evidence of authorization either by (A) uploading such authorization to the online portal, (B) emailing such authorization to info@pgesecuritiesclaimfiling.com, or (C) mailing hard copies of such authorization to the mailing address listed below.

Please be advised that PG&E has been authorized by an Order of the Bankruptcy Court to object to claims filed on someone else's behalf without proof of authorization. *See Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Bankr. Dkt. No. 10015], dated January 25, 2021. **Failure to provide written evidence of authorization may result in an objection to and disallowance of the claim filed on someone else's behalf**.

### Accessing the Online Portal

To submit proof of authorization, please visit the online portal located here: www.PGEsecuritiesclaimfiling.com. To access the Portal for each individual filer, login with the associated username and passwords located on the attached Schedule 1.

### Mailing Address

| If by first class mail: | If by overnight courier or hand-delivery: |
|---|---|
| PG&E Corporation Claims Processing Center<br>c/o Prime Clerk LLC<br>Grand Central Station, PO Box 4850<br>New York, New York 10163-4850 | PG&E Corporation Claims Processing Center<br>c/o Prime Clerk LLC<br>850 3rd Avenue, Suite 412<br>Brooklyn, New York 11232 |

Questions should be directed to info@pgesecuritiesclaimfiling.com or by calling the PG&E Claims Information Center hotline:

- (833) 644-1597 (Toll Free)

- +1 (929) 333-8977 (International)