**Exhibit A**

**MICHAEL A. KEABLE**                                                                          **August 2021**

| | |
|---|---|
| Business Address: | Compass Lexecon<br>332 S. Michigan Avenue<br>Suite 1300<br>Chicago, IL 60604 (312) 322-0207<br>mkeable@compasslexecon.com |
| Home Address: | 1217 W. Henderson Street<br>Chicago, IL 60657 |

## EDUCATION

M.B.A., UNIVERSITY OF CHICAGO, Chicago,llinois: Concentrations in Finance and Business Policy, 1996
B.A., UNIVERSITY OF CHICAGO, Chicago, Illinois: History,1988

## PROFESSIONAL EXPERIENCE

Compass Lexecon (formerly Lexecon), Chicago, Illinois:

- Executive Vice President: 2013 - Present
- Senior Vice President: 2007 - 2013
- Vice President: 2000 - 2006
- Economist: 1991 - 1999
- Research Associate: 1989 - 1991

## FIELDS OF SPECIALIZATION

Damages
Securities Markets
Corporate Finance
Financial Statement Analysis

## PROFESSIONAL AFFILIATIONS

Member: American Finance Association, American Economic Association

## ARTICLES

The Use of Trading Models to Estimate Aggregate Damages in Securities Fraud Litigation: An Update (with Daniel R. Fischel and David J. Ross) in Briefly… Perspectives on Legislation, Regulation, and Litigation, National Legal Center for the Public Interest, Vol. 10, No. 3 (March 2006).

## TESTIMONY

Declaration of Michael A. Keable in Re: PG&E Corporation; File No. 19-30088 (DM) (Lead Case) (Jointly Administered); United States Bankruptcy Court, Northern District of California, San Francisco Division (August 3, 2021).

Declaration of Michael A. Keable in Re: PG&E Corporation; File No. 19-30088 (DM) (Lead Case) (Jointly Administered); United States Bankruptcy Court, Northern District of California, San Francisco Division (October 29, 2020).

Declaration of Michael A. Keable in Re: PG&E Corporation; File No. 19-30088 (DM) (Lead Case) (Jointly Administered); United States Bankruptcy Court, Northern District of California, San Francisco Division (September 1, 2020).

Declaration of Michael A. Keable in Re: Pfizer Inc. Securities Litigation; File No. 04-cv-9866 (LTS)(HBP); United States District Court, Southern District of New York, (October 27, 2016).

Declaration of Michael A. Keable in Re: Pfizer Inc. Securities Litigation; File No. 04-cv-9866 (LTS)(HBP); United States District Court, Southern District of New York, (September 13, 2016).

Affidavit of Michael A. Keable in Re: Peter Kaynes and BP, PLC, Ontario Superior Court of Justice, Court File No. CV-12-00467836-00CP, (March 8, 2013).

Deposition of Michael A. Keable In Re: Northfield Laboratories, Inc. Securities Litigation; No. 06-C-1493; United States District Court, Northern District of Illinois, Eastern Division, (April 22, 2011).

Declaration of Michael A. Keable in Re: Northfield Laboratories, Inc. Securities Litigation; File No. 06-C-1493; United States District Court, Northern District of Illinois, Eastern Division, (February 4, 2011).

Deposition of Michael A. Keable In Re: BankAtlantic Bancorp, Inc. Securities Litigation; Case No. 07-61542-CIV-UNGARO/SIMONTON; United States District Court, Southern District of Florida, (May 24, 2010).

Report of Michael A. Keable In Re: BankAtlantic Bancorp, Inc. Securities Litigation; Case No. 07-61542-CIV-UNGARO/SIMONTON; United States District Court, Southern District of Florida, (April 28, 2010).

Declaration of Michael A. Keable in Re: UTStarcom, Inc. Securities Litigation; Master File No. C-04-4908-JW (PVT); United States District Court, Northern District of California, San Jose Division, (April 2, 2010).

Deposition of Michael A. Keable In Re: Appaloosa Investments L.P. et al. v. J.P. Morgan Securities, Inc., et al; Case No. 05-44481; Superior Court of New Jersey, Law Division, Morris County, (February 19, 2010).

Report of Michael A. Keable In Re: Appaloosa Investments L.P. et al. v. J.P. Morgan Securities, Inc., et al; Case No. 05-44481; Superior Court of New Jersey, Law Division, Morris County, (November 11, 2009).

Declaration of Michael A. Keable in Support of Defendants' Motion for Summary Judgment Re: Thomas P. Jasin v. Tyco International Ltd, Tyco International (US) Inc., et al.; Case No. 04-CV-2188; United States District Court for the Middle District of Pennsylvania, (October 30, 2009).

Reply Affidavit of Michael A. Keable in Support of Defendants' Motion for Summary Judgment Re: Eugenia J. Fiala, et al. v. Metropolitan Life Insurance Company, et al.; Index No. 601181/00, Supreme Court of the State of New York, County of New York: I.A.S. Part 49, (September 24, 2008).

Deposition of Michael A. Keable in Re: Brian Asher v. Baxter International Inc. et al., Case No. 02 CV 5608, United States District Court for the Northern District of Illinois, Eastern Division, (May 14, 2008).

Report of Michael A. Keable in Re: Brian Asher v. Baxter International Inc. et al., Case No. 02 CV 5608, United States District Court for the Northern District of Illinois, Eastern Division, (April 25, 2008).

Report of Michael A. Keable in Re: Thomas P. Jasin v. Tyco International Ltd, et al., Civil Action Law No. 2004-CV-3241, Court of Common Pleas, Dauphin County, Pennsylvania, (February 25, 2008).

Deposition of Michael A. Keable in Re: MetLife Demutualization Litigation, No. CV 00 2258 (TCP), United States District Court, Eastern District of New York, (February 19, 2008).

Rebuttal Report of Michael A. Keable in Re: MetLife Demutualization Litigation, No. CV 00 2258 (TCP), United States District Court, Eastern District of New York, (October 31, 2007).

Initial Report of Michael A. Keable in Re: MetLife Demutualization Litigation, No. CV 00 2258 (TCP), United States District Court, Eastern District of New York, (August 22, 2007).

Deposition of Michael A. Keable in Re: Cendant Corporation Securities Litigation, Docket No. 98-CV-1664 (WHW), District Court for the District of New Jersey, (October 8, 2007).

Report of Michael A. Keable in Re: Cendant Corporation Securities Litigation, Cross-Claim of Cendant Corporation against Ernst & Young LLP, United States District Court for the District of New Jersey, Master File No. CV-98-1164 (WHW), (July 16, 2007).

Deposition of Michael A. Keable in Re: Eugenia J. Fiala, et al. v. Metropolitan Life Insurance Company, et al., No. 00/601181 and No. 00/108887, Supreme Court of the State of New York, County of New York, (July 21, 2006).

Supplemental Report of Michael A. Keable and Cathy M. Niden in Re: Joseph Vecchio, Joseph Vecchio Unitrust, Michael Vecchio and William Kaiser v. Waste Management, Inc., f/k/a USA Waste Services, Inc., Rodney R. Proto, and Earl E. DeFrates, District Court of Harris County, Texas, 270th Judicial District, No. 2003-22897, (January 24, 2005).

Report of Michael A. Keable and Cathy M. Niden in Re: Joseph Vecchio, Joseph Vecchio Unitrust, Michael Vecchio and William Kaiser v. Waste Management, Inc., f/k/a USA Waste Services, Inc., Rodney R. Proto, and Earl E. DeFrates, District Court of Harris County, Texas, 270th Judicial District, No. 2003-22897, (January 14, 2005).

Report of Michael A. Keable in Re: HCM High Yield Opportunity Fund et al. v. Skandinaviska Enskilda Banken AB, et al., United States District Court, Southern District of Florida, Miami Division, No. 99-1350-Civ-Jordan, (December 29, 2002).

Report of Michael A. Keable in Re: Nahid Nazarian Behfarin, et al. v. Imaging Technologies Corp., et al., United States District Court, Southern District of California, No. 99-CV-2163K (LSP), (April 11, 2002).

Affidavit of Michael A. Keable in Re: Waste Management, Inc. Shareholders Derivative Litigation, Court of Chancery of the State of Delaware, New Castle County, C.A. No. 17313NC, (September 13, 2001).

Declaration of Michael A. Keable in Re: Stuart Green v. Phillips-Van Heusen Corporation, Court of Chancery of the State of Delaware, New Castle County, Civil Action No. 14436, (February 19, 2001).

Report of Michael A. Keable in Re: Gary K. Bielfeldt and Carlotta J. Bielfeldt, et al. v. Commissioner of Internal Revenue, United States Tax Court, Docket No. 5936-96, (May 7, 1999).

## **SPEECHES**

"The First *Daubert* Decision on the Use of Trading Models in Securities Class Actions" presented at the Practising Law Institute's "Securities Litigation 2000" conference, San Francisco, October 31, 2000.