WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:  212 310 8000
Fax:  212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  415 496 6723
Fax:  650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                            **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' REPORT ON STATUS AND RESOLUTION WITH RESPECT TO A CLAIM SUBJECT TO THE SIXTH SECURITIES CLAIMS OMNIBUS OBJECTION (SECURITIES ACQUIRED OUTSIDE SUBJECT PERIOD)**<br><br>[Re:  Docket Nos. 10733, 10943]<br><br>**Regarding Objections Set for Hearing August 25, 2021, at 10:00 a.m. (Pacific Time)** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

In advance of the August 25, 2021, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status and resolution of a claim in the *Reorganized Debtors' Sixth Securities Claims Omnibus Objection (Securities Acquired Outside Subject Period)*, dated June 1, 2021 [Docket No. 10733] (the "**Sixth Securities Claims Omnibus Objection**"):

| Docket No. | Omnibus Objection |
|---|---|
| 10733 | The Sixth Securities Claims Omnibus Objection |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Sixth Securities Claims Omnibus Objection** | | | |
| Informal | William and Marjorie Glander Trust | 106372 | The Sixth Securities Claims Omnibus Objection has been WITHDRAWN without prejudice with respect to this claim. |

Dated: August 18, 2021

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ *Richard W. Slack*
      Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*