WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' REPORT ON RESPONSES TO EIGHTH SECURITIES CLAIMS OMNIBUS OBJECTION (NO BASIS FOR CLAIM – FAILURE TO PROVIDE ANY TRADING INFORMATION) AND REQUEST FOR ORDER BY DEFAULT AS TO UNOPPOSED OBJECTIONS**<br><br>[Re: Dkt. No. 10922]<br><br>**Resolving Objections Set for Hearing August 25, 2021 at 10:00 a.m. (Pacific Time)** |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996], that the Court enter an order by default on the *Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information)* [Docket No. 10922] (the "**Eighth Securities Claims Omnibus Objection**").

## RELIEF REQUESTED IN THE EIGHTH SECURITIES CLAIMS OMNIBUS OBJECTION

The Eighth Securities Claims Omnibus Objection seeks to disallow and expunge the proofs of claim that were filed by PG&E security holders who have failed to provide any trade-level securities data and thus these proofs of claim lack any basis to assert liability against the Reorganized Debtors. These claims are listed in Exhibit 1 to the Eighth Securities Claims Omnibus Objection.

## NOTICE AND SERVICE

The Reorganized Debtors filed the *Notice of Hearing on Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information)* [Docket No. 10924] (the "**Notice of Hearing**"). The Eighth Securities Claims Omnibus Objection was also supported by the *Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information)* [Docket No. 10923] (the "**Declaration**"). The Eighth Securities Claims Omnibus Objection, the Notice of Hearing, and the Declaration were served as described in the *Certificate of Service* of Liliya Kulyk, filed on July 19, 2021 [Docket No. 10952] (the "**Certificate of Service**"). As further described in the Certificate of Service, on July 14, 2021, each holder of a claim listed on Exhibit 1 to the Eighth Securities Claims Omnibus Objection received a notice including the claim number, debtor, claim amount and priority, and the basis for Reorganized Debtors' objection with respect to the applicable claim to be disallowed and expunged.

The deadline to file responses or oppositions to the Eighth Securities Claims Omnibus Objection has passed. The Reorganized Debtors have received the following responses:

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | Carole Fell | 103714 | The Reorganized Debtors have removed this claim from Exhibit A to this Request and will withdraw the objection to this claim without prejudice. |
| 11038 | Michael Dewan Dennis Madden | 103767 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the October 19, 2021, Omnibus Hearing. |
| Informal | Erik & Rose Von Buchau | 105784 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the October 19, 2021, Omnibus Hearing. |
| Informal | Iowa Health System-Board Designated | 99590 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | Ford Motor Company Defined Benefit Master Trust | 99623 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | Iowa Health System-Insurance | 99677 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | Iowa Health Systems Pension Fund – Central Iowa Health System | 99685 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | Metropolitan Life Insurance Company | 99777 | The Reorganized Debtors are working to consensually resolve this objection and |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| | | | have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | LIQ-Sheet Metal Workers' Local Union No. 80 Pension | 99971 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | Metwest Conservative Unconstrained Bond Fund (Cayman) | 100014 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | Lockheed Martin Corporation Master Retirement Trust | 100085 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | SEI CIT – TCW Long Duration Gov't/Credit Fund | 100333 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | Uniform Retirement System for Judges and Justices | 100447 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | SIIT Long Duration Credit Fund | 100484 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | SEI CIT – TCW Long Duration Credit Fund | 100506 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | SDG&E Qualified Nuclear Decommissioning Trust Partnership | 100511 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | San Diego City Employees' Retirement System | 100573 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | USD-Unhedged Metwest Conservative Unconstrained Bond Fund | 100625 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | TCW US Credit Gold BM Fund | 100700 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |
| Informal | TCW US Credit Gold Fund | 100859 | The Reorganized Debtors are working to consensually resolve this objection and have removed this claim from Exhibit A to this Request. This matter has been continued to the September 29, 2021, Omnibus Hearing. |

### DECLARATION OF NO OPPOSITION RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner with the law firm of Weil, Gotshal & Manges LLP ("**Weil**"), counsel for the Reorganized Debtors.

2. The Court's docket in the Chapter 11 Cases has been reviewed and Weil has determined that no responses have been filed with respect to the Eighth Securities Claims Omnibus Objection except as described herein.

WHEREFORE, the Reorganized Debtors hereby request entry of an order disallowing and expunging the proofs of claim listed in the column headed "Claims to be Disallowed/Expunged" in

**Exhibit A** to this Request, which listed claims identical to those in Exhibit 1 to the Eighth Securities Claims Omnibus Objection, except as otherwise discussed above.

Dated August 18, 2021

                          **WEIL, GOTSHAL & MANGES LLP**

                          **KELLER BENVENUTTI KIM LLP**

                          By:  */s/ Richard W. Slack*

                          Richard W. Slack

                          *Attorneys for Debtors and Reorganized Debtors*