**Exhibit A**

**Claims to be Disallowed/Expunged**

**Eighth Securities Claims Omnibus Objection**
**(No Basis for Claim - Failure to Provide Any Trading Information)**

**PG&E Corporation and Pacific Gas and Electric Company**
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ANDERSEN, KAREN<br>5818 LAGUNA VALLEY WAY<br>ELK GROVE CA 95758 | 80763 | PG&E Corporation | 10/21/2019 | $8,030.00 | $0.00 | $0.00 | $0.00 | $8,030.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 2 | ARAB AUTHORITY FOR AGRICULTURAL INVESTMENT AND DEVELOPMENT (AAAID)<br>MIKE PRIESTLEY<br>OFFICER STATE STREET GLOBAL SERVICES<br>DUBAI INTERNATIONAL FINANCIAL CENTRE<br>CENTRAL PARK TOWER, UNIT 15-38, LEVEL 15<br>DUBAI UNITED ARAB EMIRATES | 100200 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 3 | ARLENE B KALAR TR ARLENE B KALAR FAMILY TRUST UA AUG 3 95<br>1636 E MADISON ST<br>PETALUMA CA 94954-2321 | 99019 | PG&E Corporation | 4/10/2020 | $0.00 | $0.00 | $0.00 | $4,104.82 | $4,104.82 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 4 | BITTER, ANDRIETTE<br>PO BOX 280<br>BIOLA CA 93606-0280 | 10255 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 5 | BOEGE, PATRICIA K.<br>472 FENWAY DRIVE<br>WALNUT CREEK CA 94598-4144 | 96603 | PG&E Corporation | 1/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 6 | BURRILL, CHERYL L<br>410 BREARCLIFFE DR<br>RED BLUFF CA 96080-4334 | 98689 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 7 | CAIRNS, CRISTIN ELIZABETH<br>1767 BROME DR<br>STEAMBOAT SPRINGS CO 80487-2326 | 100223 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 8 | CARLOS LEGLU JR. AND KERRY A MCKEON TTEES<br>P.O. BOX 745<br>BEN LOMOND CA 95005 | 101249 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $301.46 | $301.46 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 9 | CAROLINE, EVELYN<br>6482 JEFFERSONTON RD<br>JEFFERSONTON VA 22724 | 99763 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $22,243.97 | $22,243.97 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 10 | CHASE JR, HARRY T<br>PO BOX 1218<br>CLEARLAKE OAKS CA 95423-1218 | 98037 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 11 | CLAMPITT, BRIAN<br>1418 CALLECITA STREET<br>SAN JOSE CA 95125 | 99758 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $19,605.88 | $19,605.88 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 12 | CLAMPITT, BRIAN<br>1418 CALLECITA STREET<br>SAN JOSE CA 95125 | 100362 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $19,605.88 | $19,605.88 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

[1] Claims listed as $0.00 seek an unliquidated amount.

Eighth Securities Claims Omnibus Objection  
(No Basis for Claim - Failure to Provide Any Trading Information)

PG&E Corporation and Pacific Gas and Electric Company  
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CLEARWATER AUDUBON<br>PO BOX 97<br>CLEARWATER FL 33757 | 102940 | Pacific Gas and Electric Company | 4/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 14 | CLEARWATER AUDUBON SOCIETY<br>P.O. BOX 97<br>CLEARWATER FL 33770 | 103233 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 15 | COGBURN, JILL YORK<br>3001 W 10TH ST UNIT 302<br>PANAMA CITY FL 32401-7400 | 103098 | PG&E Corporation | 4/22/2020 | $0.00 | $0.00 | $0.00 | $129.76 | $129.76 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 16 | DEBRA HELEN WIEGERT TRUSTEE WILLIAMS FAMILY TRUST<br>1333 WEAVER DR<br>SAN JOSE CA 95125 | 102982 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $6,769.00 | $6,769.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 17 | DOBARD, STANLEY<br>2043 LAKE FOUNTAIN DR<br>KATY TX 77494 | 104268 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $2,368.00 | $2,368.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 18 | DONALD DENCH & SUSAN E. DENCH<br>PO BOX 141<br>TWENTYNINE PALMS CA 92277-0141 | 104694 | PG&E Corporation | 5/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 19 | EDWARD EARL DRAPER & PEGGY J DRAPER JT TEN<br>1820 WOODCREST AVE<br>LA HABRA CA 90631-3263 | 99201 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $4,979.49 | $4,979.49 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 20 | ELLIS, PHILLIP A.<br>23 YOSEMITE VALLEY ROAD<br>WESTERLY RI 02891 | 101432 | PG&E Corporation | 4/18/2020 | $0.00 | $0.00 | $0.00 | $22,519.81 | $22,519.81 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 21 | ELVA R FULKERSON &<br>LOREN D FULKERSON JT TEN<br>4086 MARGIE WAY<br>JURUPA VALLEY CA 92509-0766 | 98191 | Pacific Gas and Electric Company | 3/26/2020 | $0.00 | $0.00 | $0.00 | $147.42 | $147.42 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 22 | FONG, EDISON<br>1163 QUINCE AVE<br>SUNNYVALE CA 94087 | 98637 | Pacific Gas and Electric Company | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 23 | FRANKS, CAROLE BARISH<br>2545 HIDDEN VALLEY PLACE<br>LA JOLLA CA 92037 | 103364 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 24 | GRACE BALUBAR CUST<br>SAMANTHA S BOEGER<br>CA UNIF TRANSFERS MIN ACT<br>4512 STONE RANCH DR<br>FOLSOM CA 95630-6370 | 103034 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

Page 2 of 6

Case: 19-30088    Doc# 11090-1    Filed: 08/18/21    Entered: 08/18/21 18:50:13    Page 3 of 7

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | GRADNEY, ILENE T<br>PO BOX 8096<br>MORENO VALLEY CA 92552-8096 | 99835 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 26 | GRIFFIN, GAIL ANN<br>JOHN V GRIFFIN JT TEN<br>10 ORAN CIR<br>PEABODY MA 01960-3759 | 100237 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 27 | HARRY T CHASE JR & SANDRA R CHASE DIED 10/23/2007<br>PO BOX 1218<br>CLEARLAKE OAKS CA 95423-1218 | 98011 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 28 | HEINZMANN, THOMAS<br>10152 LONE STAR PL<br>DAVIE FL 33328 | 99318 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 29 | JACKSON, BERTHA PAMELA<br>594 SOUTHGATE RD<br>SACRAMENTO CA 95815-3849 | 99695 | PG&E Corporation | 4/13/2020 | $0.00 | $0.00 | $0.00 | $168.80 | $168.80 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 30 | JAMES JOSEPH TRANT JR TOD<br>JOHN L TRANT<br>SUBJECT TO STA TOD RULES<br>819 DAVID DR<br>CHULA VISTA CA 91910-6447 | 103361 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 31 | JELD WEN INC. RESTATED PENSION PLAN<br>KEVIN BURKET<br>2645 SILVER CRESCENT DRIVE<br>CHARLOTTE NC 28273 | 100868 | Pacific Gas and Electric Company | 4/16/2020 | $130,000.00 | $0.00 | $0.00 | $0.00 | $130,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 32 | JOHN J MC ARDLE & PAULINE A MC ARDLE<br>TR UDT JUL 27 90<br>49 UNIVERSITY ST<br>SAN FRANCISCO CA 94134-1147 | 103863 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 33 | JOHNSON, JODI KAY<br>19290 MUD LAKE ROAD<br>DUBUQUE IA 52001 | 106367 | PG&E Corporation | 8/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 34 | JOHNSON, JODI KAY<br>19290 MUD LAKE ROAD<br>DUBUQUE IA 52001 | 106368 | Pacific Gas and Electric Company | 8/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 35 | JULIA K. BABINSKY<br>BONNIE M. PALMER<br>11531 WHISPER MOSS ST.<br>SAN ANTONIO TX 78230 | 103335 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $3,305.00 | $3,305.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 36 | KANNO, ANNETTE M<br>544 SHOAL CIR<br>REDWOOD CITY CA 94065-2238 | 98052 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

**Eighth Securities Claims Omnibus Objection**
**(No Basis for Claim - Failure to Provide Any Trading Information)**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | KATZ, LANE H.<br>45 WEST 60TH ST.<br>APT 27J<br>NEW YORK NY 10023 | 104069 | PG&E Corporation | 5/10/2020 | $0.00 | $0.00 | $0.00 | $2,391.00 | $2,391.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 38 | KELLY, JEANINE BINGHAM<br>1601 E 27TH ST<br>FARMINGTON NM 87401 | 104432 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $216.05 | $216.05 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 39 | KILKI, TURAN N<br>32501 PEARL DR<br>FORT BRAGG CA 95437-8379 | 6450 | PG&E Corporation | 8/12/2019 | $0.00 | $0.00 | $12,850.00 | $0.00 | $12,850.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 40 | LAFFERTY, IRENE<br>15415 SW ALDERBROOK CIR<br>PORTLAND OR 97224 | 104161 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $1,858.51 | $1,858.51 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 41 | LECOMPTE, JANICE & GERALD JT TEN<br>25614 MARIE CURIE LANE<br>WARRENVILLE IL 60555 | 98051 | PG&E Corporation | 3/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 42 | LEVY, MATTHEW<br>625 OLD COUNTY RD<br>APT 19<br>BELMONT CA 94002 | 70822 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,311.93 | $1,311.93 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 43 | LINK, NANCY F.<br>3932 WHITE OAK HWY<br>RAYNE LA 70578 | 103743 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 44 | LOUISIANA-PACIFIC CORPORATION MASTER TRUST BENEFITS DEPT<br>2000-414 UNION STREET - PHILLIPS PLAZA<br>NASHVILLE TN 37219 | 101329 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $7,229.81 | $7,229.81 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 45 | MAAG, KEVIN<br>2312 ZINFANDEL DR.<br>RANCHO CORDOVA CA 95670 | 105372 | PG&E Corporation | 5/27/2020 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 46 | MACIOCE, ROBERT C.<br>601 GOLDEN OAKS LANE<br>PITTSBURGH PA 15237 | 97690 | Pacific Gas and Electric Company | 3/6/2020 | $0.00 | $0.00 | $0.00 | $2,008.03 | $2,008.03 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 47 | MARTINA NEKOKSA CORNELL TTEE THE NEKOKSA LIVING TR<br>1120 GRANDVIEW DRIVE<br>NAPA CA 94558 | 101027 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $89,000.00 | $89,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 48 | MILDRED LEATHAM, TRUSTEE OF THE GEORGE LEATHAM TRUST<br>C/O PYKA LENHARDT SCHNAIDER DAWKINS<br>14701 MYFORD ROAD, SUITE B2<br>TUSTIN CA 92780 | 75230 | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

**Eighth Securities Claims Omnibus Objection**
**(No Basis for Claim - Failure to Provide Any Trading Information)**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | MUELLER, DENISE A. P.O. BOX 22 OAKDALE NY 11769 | 98708 | PG&E Corporation | 4/9/2020 | $0.00 | $0.00 | $0.00 | $11,046.00 | $11,046.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 50 | OSBORNE, DEAN 995 LONGRIDGE RD. OAKLAND CA 94610 | 5372 | Pacific Gas and Electric Company | 8/6/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 51 | PARKER, III, RONALD 155 MAYFLOWER TERRACE SOUTH YARMOUTH MA 02664 | 102747 | PG&E Corporation | 4/23/2020 | $0.00 | $0.00 | $0.00 | $2,648.03 | $2,648.03 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 52 | PAYNE, H STEPHEN H STEPHEN PAYNE & VICKIE M PAYNE JT TEN 946 DELPHINIUM DRIVE BILLINGS MT 59102-3412 | 101393 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 53 | PAYNE, JUNE FALLON 7731 MARTINO CIR NAPLES FL 34112 | 103869 | PG&E Corporation | 5/6/2020 | $0.00 | $0.00 | $0.00 | $431.46 | $431.46 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 54 | PERMENTER, DON 1009 COTTONWOOD ST WOODLAND CA 95695-4316 | 8028 | PG&E Corporation | 8/28/2019 | $0.00 | $0.00 | $0.00 | $400.00 | $400.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 55 | PORTER, DON 249 BASQUE RD. ST AUGUSTINE FL 32080 | 103457 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $2,078.21 | $2,078.21 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 56 | QUAN, JOHN J & KEIKO 2184 BLUEJAY CIR PINOLE CA 94564-1842 | 97943 | PG&E Corporation | 3/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 57 | QUINCY MUTUAL FIRE INSURANCE COMPANY 57 WASHINGTON STREET QUINCY MA 02169 | 101615 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 58 | RHINE, GARY 895 MOUNTAIN DR DEERFIELD IL 60015-1801 | 98233 | PG&E Corporation | 3/30/2020 | $20,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 59 | RIDGE, THOMAS 2710 BAYSIDE DR CORONA DEL MAR CA 92625 | 102302 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $27,500.00 | $27,500.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 60 | SAVAGE, IRENE A 13 PINE RD PLAINS PA 18705-2220 | 104016 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |

**Eighth Securities Claims Omnibus Objection**
(No Basis for Claim - Failure to Provide Any Trading Information)

**PG&E Corporation and Pacific Gas and Electric Company**
Case No. 19-30088 (DM), Jointly Administered

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | TIRF Mailing Date | Reminder Notice Mailing Date | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | SCHWARTS IRREVOCABLE TRUST<br>143 LAKE ALUMA DRIVE<br>OKLAHOMA CITY OK 73121 | 100232 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $15,786.88 | $15,786.88 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 62 | TALIANI, JAMES<br>PO BOX 379<br>OAKLEY CA 94561-0379 | 102975 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 63 | TENNESSEE CONSOLIDATED RETIREMENT SYSTEM<br>ATTN: TENNESSEE DEPT. OF TREASURY<br>502 DEADERICK ST., 13TH FLOOR<br>NASHVILLE TN 37243 | 99568 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 64 | THOMS, BRUCE D.<br>2026 W CALLE PACIFICA<br>TUCSON AZ 85745-2117 | 100400 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 65 | TRUSTEES OF DARTMOUTH COLLEGE<br>DARTMOUTH COLLEGE INVESTMENT OFFICE<br>12 SOUTH STREET, SUITE 1<br>HANOVER NH 03755 | 100794 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 66 | UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH<br>C/O MOTLEY RICE LLP<br>ATTN:CHRIS MORIARTY<br>28 BRIDGESIDE BLVD.<br>MT PLEASANT SC 29464 | 99193 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $1,425,518.00 | $1,425,518.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 67 | VARNEL, LORILYN<br>11 WILLARD STREET<br>SIMSBURY CT 06070 | 97667 | PG&E Corporation | 3/10/2020 | $0.00 | $0.00 | $0.00 | $372.56 | $372.56 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 68 | WELLS FARGO BANK NA IN ITS CAPACITY AS TRUSTEE AND AGENT ON FIDUCIARY CLIENT ACCOUNTS<br>MOUSTAFA SHOUMAN<br>550 SOUTH 4TH ST<br>MINNEAPOLIS MN 55415 | 100598 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $3,000,000.00 | $3,000,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 69 | WHITEHEAD, CLAIRE L<br>3575 MARQUETTE ST. APT.206<br>DAVENPORT IA 52806-5545 | 98390 | PG&E Corporation | 3/30/2020 | $0.00 | $0.00 | $0.00 | $697.49 | $697.49 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 70 | WILLIFORD, DAVID<br>121 HILLSIDE WAY<br>REDLANDS CA 92373 | 106443 | Pacific Gas and Electric Company | 9/21/2020 | $0.00 | $0.00 | $0.00 | $1,042.75 | $1,042.75 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 71 | YAMA-GUCHI, KEIJIROH<br>PO BOX 519<br>MEDIA PA 19063 | 106146 | PG&E Corporation | 7/4/2020 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |
| 72 | ZHOU, XIAOFENG<br>7216 CORONADO DR APT 1<br>SAN JOSE CA 95129-4515 | 4541 | PG&E Corporation | 7/23/2019 | $0.00 | $0.00 | $0.00 | $38,000.00 | $38,000.00 | 3/12/2021 | 5/12/2021 | No Basis for Claim - Failure to Provide Any Trading Information |