WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF CONTINUED HEARING WITH RESPECT TO SEVENTEEN CLAIMS IN THE REORGANIZED DEBTORS' EIGHTH SECURITIES CLAIMS OMNIBUS OBJECTION (NO BASIS FOR CLAIM – FAILURE TO PROVIDE ANY TRADING INFORMATION)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | **[Re:  Dkt. No. 10922]** |
| ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date:  September 29, 2021 |
| | Time: 10:00 a.m. (Pacific Time) |
| | Place: (Telephonic Appearances Only) |
| | United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY 10153-0119**

1  **PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation

2  and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or the

3  "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed

4  a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy**

5  **Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco

6  Division) (the "**Bankruptcy Court**").

7  **PLEASE TAKE FURTHER NOTICE** by order dated June 20, 2020, the Bankruptcy Court

8  confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated*

9  *June 19, 2020* [Docket No. 8048] (the "**Plan**"). The Plan became effective on July 1, 2020.

10  **PLEASE TAKE FURTHER NOTICE** that on January 25, 2021, the Bankruptcy Court entered

11  the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities*

12  *Claims* [Docket No. 10015] (the "**Securities Claims Procedures Order**"), pursuant to which the

13  Bankruptcy Court established procedures by which the Debtors and Reorganized Debtors could file

14  objections to multiple Subordinated Securities Claims (as defined therein).

15  **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Securities Claims

16  Procedures Order, the Reorganized Debtors filed the *Reorganized Debtors' Eighth Securities Claims*

17  *Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information)* [Docket No.

18  10922] (the "**Eighth Securities Claims Omnibus Objection**") and received seventeen responses

19  identified below (the "**Eighth Securities Claims Omnibus Objection Responses**"):

| Omnibus Objection | Objection Filed | Objection Deadline | Response Received | Claim Number | Original Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Iowa Health System-Board Designated (informal) | 99590 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |

| Omnibus Objection | Objection Filed | Objection Deadline | Response Received | Claim Number | Original Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Ford Motor Company Defined Benefit Master Trust (informal) | 99623 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Iowa Health System-Insurance (informal) | 99677 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Iowa Health Systems Pension Fund – Central Iowa Health System (informal) | 99685 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Metropolitan Life Insurance Company (informal) | 99777 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | LIQ-Sheet Metal Workers' Local Union No. 80 Pension (informal) | 99971 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Metwest Conservative Unconstrained Bond Fund (Cayman) (informal) | 100014 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Lockheed Martin Corporation Master Retirement Trust (informal) | 100085 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | SEI CIT – TCW Long Duration Gov't/Credit Fund (informal) | 100333 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

| Omnibus Objection | Objection Filed | Objection Deadline | Response Received | Claim Number | Original Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | Uniform Retirement System for Judges and Justices (informal) | 100447 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | SIIT Long Duration Credit Fund (informal) | 100484 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | SEI CIT – TCW Long Duration Credit Fund (informal) | 100506 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | SDG&E Qualified Nuclear Decommissioning Trust Partnership (informal) | 100511 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | San Diego City Employees' Retirement System (informal) | 100573 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | USD-Unhedged Metwest Conservative Unconstrained Bond Fund (informal) | 100625 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | TCW US Credit Gold BM Fund (informal) | 100700 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |
| Eighth Securities Claims Omnibus Objection | July 14, 2021 | August 11, 2021, at 4:00 p.m. (Pacific Time) | TCW US Credit Gold Fund (informal) | 100859 | August 25, 2021, at 10:00 a.m. (Pacific Time) | September 29, at 10:00 a.m. (Pacific Time) |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Eighth Securities Claims Omnibus Objection *solely with respect to the specific claims identified* will be **further continued** to the omnibus hearing on September 29, 2021, at 10:00 a.m. (Pacific Time). The response deadline is further continued to September 15, 2021.

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 18, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119