**Exhibit 1**

**(Claims)**

| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Shaw Pipeline Inc. 150 Executive Park Blvd Suite 3790 San Francisco, CA 94134-3309 | 1369 | Pacific Gas and Electric Company | 3/7/2019 | Filed Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $68,457.02 | $68,457.02 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $60,602.00 | $60,602.00 | |
| West-Lite Supply Co, Inc. 12951 166th Street Cerritos, CA 90703 | 6964 | PG&E Corporation | 8/14/2019 | Filed Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $2,559.00 | $2,559.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 2** | | | | $0.00 | $0.00 | $0.00 | $71,016.02 | $71,016.02 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $60,602.00 | $60,602.00 | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alameda County Water District<br>43885 S. Grimmer Blvd.<br>Fremont, CA  94538 | | **4257** | Pacific Gas and Electric Company | 8/3/2019 | $0.00 | $0.00 | $0.00 | $4,225.00 | $4,225.00 | Cure Payments |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | **$0.00** | **$0.00** | **$0.00** | **$4,225.00** | **$4,225.00** | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Dewayne Zinkin Family Partnership, LP<br>5 E. River Park Place West Ste 203<br>FRESNO, CA 93720 | | 64096 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $56,409.40 | $56,409.40 | Protective Claims |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | **$0.00** | **$0.00** | **$0.00** | **$56,409.40** | **$56,409.40** | |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Jonan Energy Ltd<br>#2500, 246 Stewart Green SW<br>Calgary, AB  T3H 3C8 | | 9025 | Pacific Gas and Electric Company | 9/17/2019 | $0.00 | $0.00 | $74,633.00 | $0.00 | $74,633.00 | Customer No Liability / Passthrough Claims |
| Lennar Homes of California, Inc.<br>Darryl S. Denius 8080 N. Palm Avenue, Suite 110 2040 Main Street, Suite 300<br>Fresno, CA  93771 | | 70989 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $455,565.75 | $455,565.75 | Customer No Liability / Passthrough Claims |
| SaVaCa and FLRish - Phase#1 LED Lighting for Cannabis Greenhouse<br>26889 ENCINAL RD<br>SALINAS, CA  93908 | | 4163 | Pacific Gas and Electric Company | 7/26/2019 | $0.00 | $0.00 | $0.00 | $296,408.40 | $296,408.40 | Customer No Liability / Passthrough Claims |
| **Claims To Be Expunged Totals** | | **Count: 3** | | | **$0.00** | **$0.00** | **$74,633.00** | **$751,974.15** | **$826,607.15** | |

| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Morton, Clyde<br>2357 Hagen Oaks Drive<br>Alamo, CA  94507-2208 | | 107052 | PG&E Corporation | 5/12/2021 | $0.00 | $0.00 | $0.00 | $15,919.73 | $15,919.73 | Post-Petition Claims |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | **$0.00** | **$0.00** | **$0.00** | **$15,919.73** | **$15,919.73** | |