

**Signed and Filed: August 19, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1    WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
2    (richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
3    (jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
4    (matthew.goren@weil.com)
767 Fifth Avenue
5    New York, NY 10153-0119
Tel: 212 310 8000
6    Fax: 212 310 8007
7
KELLER BENVENUTTI KIM LLP
8    Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
9    Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
10   Jane Kim (#298192)
(jkim@kbkllp.com)
11   650 California Street, Suite 1900
San Francisco, CA 94108
12   Tel: 415 496 6723
Fax: 650 636 9251
13
14   *Attorneys for Debtors and Reorganized Debtors*
15

**UNITED STATES BANKRUPTCY COURT**
16   **NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
17

18
19   **In re:**                                      Bankruptcy Case No. 19-30088 (DM)

20   **PG&E CORPORATION,**                           Chapter 11

21           **- and -**                             (Lead Case) (Jointly Administered)

22   **PACIFIC GAS AND ELECTRIC**                    **ORDER DISALLOWING AND EXPUNGING**
     **COMPANY,**                                    **PROOFS OF CLAIM PURSUANT TO**
23                                                   **REORGANIZED DEBTORS' EIGHTH**
                     **Debtors.**                    **SECURITIES CLAIMS OMNIBUS**
24                                                   **OBJECTION (NO BASIS FOR CLAIM –**
     ☐ Affects PG&E Corporation                      **FAILURE TO PROVIDE ANY TRADING**
25   ☐ Affects Pacific Gas and Electric Company      **INFORMATION)**
     ☒ Affects both Debtors
26                                                   **[Re:  Dkt. Nos. 10922, 11090]**
     *\* All papers shall be filed in the Lead Case,*
27   *No. 19-30088 (DM).*

28

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY  10153-0119*

Upon the *Reorganized Debtors' Report on Responses to Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim – Failure to Provide Any Trading Information) and Request for Order by Default as to Unopposed Objections* [Docket No. 11090] (the "**Request**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures*, entered on May 14, 2019 [Docket No. 1996] and the Securities Omnibus Objection Procedures as defined and set forth in the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 10015]; and this Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Request and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the Request as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The claims listed in the column headed "Claims to be Disallowed/Expunged" in **Exhibit A** hereto are disallowed and expunged.

2.     This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119