**Exhibit A**

**(No Loss Causation Claims)**

**Ninth Securities Claims Omnibus Objection**
**(No Loss Causation – Securities Sold Prior To**
**The First Purported "Corrective Disclosure")**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total[1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | APPELBAUM, JULIE<br>6355 W. CERES AVE.<br>VISALIA CA 93291 | 99401 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $2,680.25 | $2,680.25 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 2 | CENTRAL PENNSYLVANIA TEAMSTERS HEALTH AND WELFARE FUND<br>CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND<br>ATTN: JOSEPH SAMOLEWICZ<br>1055 SPRING ST.<br>WYOMISSING PA 19610 | 102266 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 3 | CITY AND COUNTY OF SWANSEA PENSION FUND<br>BARRACK, RODOS & BACINE<br>C/O LESLIE BORNSTEIN MOLDER<br>3300 TWO COMMERCE SQUARE<br>2001 MARKET STREET<br>PHILADELPHIA PA 19103 | 99461 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $8,266.00 | $8,266.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 4 | DANIEL L. KARL INTER VIVES TRUST<br>ROBERT H. KARL, M.D.<br>6500 SW 114TH ST.<br>MIAMI FL 33156 | 104471 | PG&E Corporation | 5/12/2020 | $0.00 | $0.00 | $0.00 | $2,755.57 | $2,755.57 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 5 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYGE2U)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 99672 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 6 | EDLIN FAMILY TRUST U/A/D 8/22/2005<br>NEIL AND SHARON EDLIN<br>1025 HOLT DR.<br>PLACENTIA CA 92870 | 103191 | PG&E Corporation | 4/28/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 7 | EDLIN, SHARON<br>1025 HOLT DR.<br>PLACENTIA CA 92870 | 104265 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 8 | FAGAN, JANET<br>4663 E. SUNSET DR<br>PHOENIX AZ 85028 | 104262 | PG&E Corporation | 5/11/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 9 | GOVERNMENT EMPLOYEES' RETIREMENT SYSTEM OF THE VIRGIN ISLANDS<br>BARRACK, RODOS & BACINE<br>ATTN: LESLIE BORNSTEIN MOLDER<br>3300 TWO COMMERCE SQUARE<br>2001 MARKET STREET<br>PHILADELPHIA PA 19103 | 99625 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 10 | HOLY TRINITY UKRAINIAN CATHOLIC CHURCH<br>FR. JASON CHARRON<br>730 WASHINGTON AVE<br>CARNEGIE PA 15106 | 100521 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

[1] Claims listed as $0.00 seek an unliquidated amount.

Case: 19-30088    Doc# 11104-1    Filed: 08/19/21    Entered: 08/19/21 12:55:14    Page 2 of 4

**Ninth Securities Claims Omnibus Objection**
**(No Loss Causation – Securities Sold Prior To**
**The First Purported "Corrective Disclosure")**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | INVESCO PREMIER TAX-EXEMPT PORTFOLIO OF AIM TREASURER'S SERIES TRUST (INVESCO TREASURER'S SERIES TRUST) ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 102123 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 12 | KAZAN, STANLEY A. HELEN KAZAN 501 E. THOMPSON PEAK PKWY UNIT 110 SCOTTSDALE AZ 85255 | 107047 | PG&E Corporation | 4/20/2021 | $0.00 | $0.00 | $0.00 | $1,685.61 | $1,685.61 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 13 | KORNBLAT, ROBERT 2570 BLUE HERON CIRCLE LAFAYETTE CO 80026 | 98649 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 14 | LAUER, JAMES H. P.O. BOX 185 JERSEY SHORE PA 17740 | 98556 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $136.40 | $136.40 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 15 | MAJOR LEAGUE BASEBALL PLAYERS PENSION PLAN MORGAN, LEWIS & BOCKIUS LLP NATALIE WENGROFF 1111 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004-2541 | 98558 | PG&E Corporation | 4/2/2020 | $0.00 | $0.00 | $0.00 | $17,318.00 | $17,318.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 16 | MARK & LEAH MARINCOVICH 2073 KRISTI CT FALLBROOK CA 92028-7849 | 103845 | PG&E Corporation | 5/4/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 17 | MARTIN, BARBARA J. 611 W. CRESCENT AVE ALLENDALE NJ 07401 | 103138 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 18 | MAURER, THEODORE A 2 RESCH LANE LANCASTER PA 17602 | 103596 | PG&E Corporation | 4/30/2020 | $0.00 | $0.00 | $0.00 | $233.30 | $233.30 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 19 | RI HIGHER EDU SVGS TST 529 VOYA INT ATTN: LEGAL DEPARTMENT 11 GREENWAY PLAZA, SUITE 1000 HOUSTON TX 77046 | 102226 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 20 | ROBIDEAU, RUTH C. 9274 OAK RUN EAST DR. INDIANAPOLIS IN 46260 | 98831 | PG&E Corporation | 4/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 21 | ROGERS, DONNA F. 122 LAKESHORE DR. APT. 733 NORTH PALM BEAH FL 33408 | 102935 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $35.22 | $35.22 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |

**Ninth Securities Claims Omnibus Objection**
**(No Loss Causation – Securities Sold Prior To**
**The First Purported "Corrective Disclosure")**

**PG&E Corporation and Pacific Gas and Electric Company**
**Case No. 19-30088 (DM), Jointly Administered**

| No. | Original Creditor | Claim to be Disallowed/Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | ROSENBERGER, DONALD C.<br>645 N MADDEN RD<br>THREE SPRINGS PA 17264 | 105704 | PG&E Corporation | 6/8/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |
| 23 | TIAA-CREF LIFE FUNDS - TIAA-CREF LIFE GROWTH & INCOME FUND<br>C/O TEACHERS ADVISORS LLC<br>ATTN: KEITH ATKINSON<br>8500 ANDREW CARNEGIE BLVD.<br>CHARLOTTE NC 28262 | 102022 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Loss Causation – Securities Sold Prior to the First Purported Corrective Disclosure |