

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: August 19, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                 **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER DISALLOWING AND EXPUNGING SCHEDULED CLAIM NO. 92185159 (CITY OF OAKLAND) PURSUANT TO REORGANIZED DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED CLAIMS)**<br><br>[Re: Docket No. 9076] |

The Court, having considered the *Reorganized Debtors' Sixteenth Omnibus Objection to Claims (Satisfied Claims)* [Docket No. 9076] (the "**Sixteenth Omnibus Objection**") of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, "**PG&E**" or the "**Debtors**" or as reorganized pursuant to the Plan[1], the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and this Court having jurisdiction to consider the Sixteenth Omnibus Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Sixteenth Omnibus Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Sixteenth Omnibus Objection as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and upon consideration of the Scheduled Claim of the City of Oakland (Scheduled Claim No. 92185159), the Sixteenth Omnibus Objection, the Declaration of Robb McWilliams filed concurrently therewith; and this Court having determined that the legal and factual bases set forth in the Sixteenth Omnibus Objection establish just cause for the relief sought; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Sixteenth Omnibus Objection is sustained with respect to the Scheduled Claim of the City of Oakland (Scheduled Claim No. 92185159).

2. The Scheduled Claim of the City of Oakland (Scheduled Claim No. 92185159) shall be disallowed and expunged.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sixteenth Omnibus Objection.

3. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

*** END OF ORDER ***

**COURT SERVICE LIST**

City of Oakland
250 Frank H. Ogawa Plaza
#3341
Oakland, CA 94612