| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ninety-Seventh Omnibus Objection | | | **Exhibit 2** | | | | | PG&E Corporation and Pacific Gas and Electric Company | |
| | | | | | | | | Case No 19-30088 Jointly Administered | |

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Alameda County Water District<br>43885 S. Grimmer Blvd.<br>Fremont, CA  94538 | | **4257** | Pacific Gas and Electric Company | 8/3/2019 | $0.00 | $0.00 | $0.00 | $4,225.00 | $4,225.00 | Cure Payments |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | $0.00 | $0.00 | $0.00 | $4,225.00 | $4,225.00 | |