| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Dewayne Zinkin Family Partnership, LP<br>5 E. River Park Place West Ste 203<br>FRESNO , CA  93720 | | **64096** | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $56,409.40 | $56,409.40 | Protective Claims |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | $0.00 | $0.00 | $0.00 | $56,409.40 | $56,409.40 | |