| Original Creditor | Claims To Be Reduced or Disallowed | Debtor | Date Filed: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Hanson Bridgett LLP<br>425 Market St 26th FL<br>San Francisco, CA 94105 | 107225 | PG&E Corporation | 6/9/2021 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $28,733.82 | $28,733.82 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Progress Lumber<br>PO Box 3468<br>Santa Rosa, CA 95402-3468 | 5038 | Pacific Gas and Electric Company | 8/1/2019 | Filed/Sched. Claim Amount:<br>Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $45,000.00 | $45,000.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 2** | | | | $0.00 | $0.00 | $0.00 | $73,733.82 | $73,733.82 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |