| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lost Hills Solar, LLC c/o Southern Power Company  Attn: Elliott Spencer 30 Ivan Allen Jr. Blvd. BIN SC1104 600 Peachtree St. NE, Suite 3000  Atlanta, GA 30308 | | 70804 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $1,708,714.60 | $1,708,714.60 | Cure Payments and Other Satisfied |
| SMUD  Attn: A255 PO Box 15830  Sacramento, CA 95852 | | 3134 | PG&E Corporation | 5/28/2019 | $0.00 | $0.00 | $0.00 | $19,758.80 | $19,758.80 | Other Satisfied |
| Stanford Real Estate  Elizabeth Agustin Academy Hall, 415 Broadway, 3rd Floor, MC 8873 12255 El Camino Real, Suite 300  Redwood City, CA 94063 | | 77717 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $565,031.25 | $565,031.25 | Other Satisfied |
| **Claims To Be Expunged Totals** | | **Count: 3** | | | **$0.00** | **$0.00** | **$0.00** | **$2,293,504.65** | **$2,293,504.65** | |