| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Lowenthal, Harold<br>2106 Harborview Ct<br>Santa Cruz, CA 95062 | | **67800** | PG&E Corporation | 10/20/2019 | $0.00 | $0.00 | $0.00 | $4,670.00 | $4,670.00 | Protective Claims |
| Valley Clean Energy Alliance<br>Mitch Sears 604 2nd Street 555 Capitol Mall Fifteenth Floor<br>Davis, CA 95616 | | **65788** | PG&E Corporation and Pacific Gas and Electric Company | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Protective Claims |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | $0.00 | $0.00 | $0.00 | $4,670.00 | $4,670.00 | |