| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Fifer, Robert A<br>1977 Ponderosa Dr. Apt. 10<br>Oakdale, CA 95361 | | **1616** | PG&E Corporation | 3/8/2019 | $0.00 | $0.00 | $0.00 | $2,038.73 | $2,038.73 | Customer No Liability / Passthrough Claim |
| Santa Lucia Community Services District<br>SLCSD c/o Forrest Arthur 63 Rancho San Carlos Road<br>Carmel, CA 93923 | | **78818** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $54,881.42 | $54,881.42 | Post-Petition Claim |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | $0.00 | $0.00 | $0.00 | $56,920.15 | $56,920.15 | |