| Original Creditor | Claim/Schedule To Be Reduced or Disallowed | Debtor | Date Filed/ Scheduled: | | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Gonsalves, Philip T 1796 Oriole Ave San Leandro, CA 94578-2042 | 7289 | PG&E Corporation | 8/16/2019 | Filed/Sched. Claim Amount: Unliquidated ✓ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Reduced and Allowed |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | |
| LAWRENCES RESTAURANT 611 CANAL STREET KING CITY, CA 93930 | 1034704 | Pacific Gas and Electric Company | 3/14/19 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $357.99 | $357.99 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| NGANGA, MYRA P.O Box 997320 Sacramento, CA 95899-7320 | 4691 | PG&E Corporation | 7/23/2019 | Filed/Sched. Claim Amount: Unliquidated ☐ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Books and Records |
| | | | | Reduced Claim Amount: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Asserted Total** | **Count: 3** | | | | $0.00 | $0.00 | $0.00 | $357.99 | $357.99 | |
| **Remaining Total** | | | | | $0.00 | $0.00 | $0.00 | $100.00 | $100.00 | |