| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| RICE, MARY JO<br>192 LAUREL DRIVE<br>FAIRFAX, CA  94930 | | 73277 | Pacific Gas and Electric Company | 10/19/2019 | $0.00 | $0.00 | $0.00 | $4,330.00 | $4,330.00 | Damage not caused by PG&E |
| Rutenburg, Maria<br>930 Far Creek Way<br>Redwood City, CA  94062 | | 3650 | Pacific Gas and Electric Company | 7/19/2019 | $0.00 | $0.00 | $2,850.00 | $2,150.00 | $5,000.00 | Damage not caused by PG&E |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | $0.00 | $0.00 | $2,850.00 | $6,480.00 | $9,330.00 | |