| Original Creditor | Claim Transferred To: | Claims To Be Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Matis, Howard<br>6824 Sherwick Drive<br>Berkeley, CA 94705 | | 7265 | PG&E Corporation | 8/14/2019 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Post-Petition Claim |
| **Claims To Be Expunged Totals** | | **Count: 1** | | | **$0.00** | **$0.00** | **$0.00** | **$15,000.00** | **$15,000.00** | |