| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Basis For Objection | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| City of San Pablo<br>City of San Pablo Attn: Lynn Nerland, City Attorney City Hall, Building 2<br>San Pablo, CA 94806 | 80709 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$98,553.00 (U)<br>$98,553.00 (T) | Incorrect Debtor (Identical) | City of San Pablo<br>City of San Pablo Attn: Lynn Nerland, City Attorney City Hall, Building 2<br>San Pablo, CA 94806 | 81373 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$98,553.00 (U)<br>$98,553.00 (T) |
| County of Sonoma<br>Tambra Curtis 575 Administration Drive Rm 105A<br>Santa Rosa, CA 95403 | 59613 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$566,703.33 (U)<br>$566,703.33 (T) | Incorrect Debtor (Partially Identical) | County Of Sonoma<br>Tambra Curtis 575 Administration Dr. Rm 105A<br>Santa Rosa, CA 95403 | 79864 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$566,703.33 (U)<br>$566,703.33 (T) |
| County of Sonoma<br>Lamb & Kawakami Barry S. Glaser Thomas G. Kelch 333 South Grand Avenue, Suite 4200<br>Los Angeles, CA 90071 | 65670 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$566,703.33 (P)<br>$0.00 (U)<br>$566,703.33 (T) | Incorrect Debtor (Identical) | County Of Sonoma<br>Tambra Curtis 575 Administration Dr. Rm 105A<br>Santa Rosa, CA 95403 | 79864 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$566,703.33 (U)<br>$566,703.33 (T) |
| County of Sonoma<br>Lamb & Kawakami Barry S. Glaser Thomas S. Glaser<br>Los Angeles, CA 90071 | 67858 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$566,703.33 (U)<br>$566,703.33 (T) | Duplicative Claims (Partially Identical) | County Of Sonoma<br>Tambra Curtis 575 Administration Dr. Rm 105A<br>Santa Rosa, CA 95403 | 79864 | Pacific Gas and Electric Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$566,703.33 (U)<br>$566,703.33 (T) |
| Gonsalves, Lorraine<br>5747 21st Avenue<br>Sacramento, CA 95820-5506 | 87242 | PG&E Corporation | $0.00 (S)<br>$0.00 (A)<br>$5,148,879.00 (P)<br>$0.00 (U)<br>$5,148,879.00 (T) | Duplicative Claims (Partially Identical) | Gonsalves, Lorraine<br>5747 21st Avenue<br>Sacramento, CA 95820-5506 | 81398 | PG&E Corporation | $4,600.00 (S)<br>$0.00 (A)<br>$5,148,879.00 (P)<br>$0.00 (U)<br>$5,153,479.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

Case: 19-30088    Doc# 11117-1    Filed: 08/19/21    Entered: 08/19/21 18:39:19    Page 1 of 1