| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **Redacted** | | **Redacted** | PG&E Corporation | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 | No Response to Offer Exchange |
| **Redacted** | | **Redacted** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $10,000,000.00 | $10,000,000.00 | No Response to Offer Exchange |
| Franks, Carmen 1800 Luxton Street Seaside, CA 93955 | | 67161 | Pacific Gas and Electric Company | 10/22/2019 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | No Response to Information Request |
| Gonsalves, Lorraine 5747 21st Avenue Sacramento, CA 95820-5506 | | 81398 | PG&E Corporation | 10/21/2019 | $4,600.00 | $0.00 | $5,148,879.00 | $0.00 | $5,153,479.00 | No Response to Offer Exchange |
| **Redacted** | | **Redacted** | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $5,832.00 | $0.00 | $5,832.00 | No Response to Information Request |
| **Claims To Be Expunged Totals** | | **Count: 5** | | | $4,600.00 | $0.00 | $5,154,711.00 | $20,010,000.00 | $25,169,311.00 | |