

Signed and Filed: August 19, 2021

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

    - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

           Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION BY AND BETWEEN REORGANIZED DEBTORS AND DON A. BESKRONE, AS CHAPTER 7 TRUSTEE FOR OUTER HARBOR TERMINAL, LLC**

The Court having considered the *Stipulation By and Between Reorganized Debtors and Don A. Beskrone, as Chapter 7 Trustee for Outer Harbor Terminal LLC*, dated August 19, 2021 [Dkt. No. 11102] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" and as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") and Don A. Beskrone, as Chapter 7 Trustee for Outer Harbor Terminal, LLC ("**Trustee**"); and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Upon the date of the entry of this Order, the Plan Injunction shall be modified, to the extent necessary, solely to permit the Trustee to take any action necessary to obtain approval of the Settlement Agreement from the Delaware Bankruptcy Court in the Outer Harbor Bankruptcy Case, including filing and prosecuting the Rule 9019 Motion, and, promptly after the Delaware Bankruptcy Court has approved the Settlement Agreement, to file the Notice of Dismissal in the Preference Action.

3. The Stipulation shall be binding on the Parties and each of their successors in interest.

4. The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter thereof and supersedes all prior agreements and understandings relating to the subject matter hereof.

5. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order or the Stipulation.

/ / /

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: August 19, 2021

ASHBY & GEDDES, P.A.

/s/ *Benjamin W. Keenan*
Benjamin W. Keenan

*Attorneys for Don A. Beskrone, as Chapter 7 Trustee for Outer Harbor Terminal, LLC*

*** END OF ORDER ***