**Entered on Docket
August 20, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: August 20, 2021

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>     Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER REGARDING MOTION FOR RECONSIDERATION BY RICKY D. HORTON**

On October 21, 2019, Ricky D. Horton ("Claimant") filed Claim No. 87111 against debtor PG&E Corporation for $50,000,000.00; his claim arose from the death of his brother, Rory Horton on or around September 5, 2016. On June 17, 2021, Debtors objected to the claim, contending it was barred by the two-year statute of limitations for wrongful death under Cal. Code Civ. Pro. § 335.1 (setting a two-year limitations period on

-1-

actions for "assault, battery, or injury to, or for the death of, an individual caused by the wrongful act or neglect of another"). *See* Omnibus Objection to Claims (Ninety-Third) (No Legal Liability Claims)(dkt. 10808). Because Claimant did not file a timely response to the objection, Debtors moved for entry of an order disallowing the claim by default (dkt. 10960). The court entered an order disallowing the claim by default on July 22, 2021 (dkt. 10980).

On July 31, 2021, Claimant filed a Motion to Review and Correct a Possible Mistake to Case Identity, Motion to be Heard, and Motion to Reconsider ("Motion to Reconsider") (dkt. 11031).

On August 18, 2021, Claimant filed additional documents under seal (dkt. 11074) which the court will treat as part of the Motion to Reconsider. In the filing, Claimant referred to an October 8, 2021 hearing which the court assumes is a request for hearing.

In light of the foregoing, it is hereby ORDERED that,

1) Claimant's request to seal the documents filed at dkt. 11074 is GRANTED. Claimant should provide copies of those sealed documents to counsel for Debtors if they request them. Copies provided by Claimant must be kept confidential by Debtors.

2) No later than September 10, 2021, Debtors shall file any response to Claimant's Motion to Reconsider.

3) No hearing will be held on October 8, 2021. The court will review Debtors' response and issue an appropriate order.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Ricky-Dean Horton
751 Rosemary Court
Fairfield, CA 94533