UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 16, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Matthew Levy (MMLID#7205729), 3034 Fernwood St., San Mateo, CA, 94403-3210:

- Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim - Failure to Provide Any Trading Information) [Docket No. 10922]

- Declaration of Edward J. Radetich, Jr. in Support of Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim - Failure to Provide Any Trading Information) [Docket No. 10923]

- Notice of Hearing on Reorganized Debtors' Eighth Securities Claims Omnibus Objection (No Basis for Claim - Failure to Provide Any Trading Information) [Docket No. 10924]

3. On August 16, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document, customized to include the name and address of the party to be served via first class mail on Lennar Homes of California, Inc. (MMLID#7263682), Jane Kearl, Watt, Tieder, Hoffar & Fitzgerald, LLP, 4 Park Plaza, Ste. 1000, Irvine, CA, 92614:

- Notice of Hearing on Reorganized Debtors' Ninety-Eighth Omnibus Objection to Claims (Passthrough Claims)[Docket No. 10940]

4. I have reviewed the Notices of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 20th day of August 2021, at New York, NY.

*/s/ Nuno Cardoso*
Nuno Cardoso