

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Signed and Filed: August 21, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **ORDER GRANTING MOTION TO REDACT DOCUMENTS FILED IN SUPPORT OF REORGANIZED DEBTORS' OMNIBUS OBJECTION TO CLAIMS** <br><br> **[Related to Docket No. 11126]** |

Upon the Motion, dated August 19, 2021 (the "**Redaction Motion**"), of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**," or as reorganized pursuant to the Plan, the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**") and the *Procedures for Filing Redacted or Sealed Confidential or Highly Sensitive Documents* adopted by the United States Bankruptcy Court for the Northern District of California (the "**Local Procedures**"), for entry of an order (a) authorizing the Reorganized Debtors to redact the names, addresses, and Claim numbers of individuals (the "**Personal Information**") contained in **Exhibit 1** to the *Reorganized Debtors' One Hundred Third Omnibus Objection to Claims (ADR No Liability Claims)* (the "**Omnibus Objection**")[1] and any other document filed publicly in connection with the Omnibus Objection, except as specified below, (collectively, the "**Omnibus Objection Documents**") and (b) directing that the unredacted copies of the Omnibus Objection Documents provided to the Court shall remain under seal and confidential and not be made available without the consent of the Reorganized Debtors or further order from the Court; and consideration of the Redaction Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Redaction Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Redaction Motion and the Capelle Declaration submitted in support of the Redaction Motion; and this Court having determined that the legal and factual bases set forth in the Redaction Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not defined in this Motion shall have the meaning used in the Omnibus Objection.

**IT IS HEREBY ORDERED THAT:**

1. The Redaction Motion is granted as provided herein.

2. The Reorganized Debtors are authorized to file redacted copies of the Omnibus Objection Documents pursuant to section 107(c) of the Bankruptcy Code.

3. The unredacted copies of the Omnibus Objection Documents provided to the Court are confidential, shall remain under seal, and shall not be made available to anyone without the consent of the Reorganized Debtors, except that unredacted copies the Omnibus Objection Documents shall be provided to (i) the Court and (ii) upon request, the U.S. Trustee on a strictly confidential basis.

4. The Reorganized Debtors are not required to redact from subsequent filings the name and Claim number of any Redacted Claimant who files an opposition or response to an Omnibus Objection that includes their name or Claim number. The Reorganized Debtors are authorized to continue to redact the address and contact information of such Redacted Claimant.

5. Notice of the Redaction Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

6. The Reorganized Debtors are authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Redaction Motion.

7. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **