**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF AUGUST 25, 2021, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: August 25, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone Conference)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

PLEASE TAKE NOTICE that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on August 25, 2021, at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") have been resolved or continued.

PLEASE TAKE FURTHER NOTICE that, accordingly, the Omnibus Hearing is cancelled.

**I:       MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*RESOLVED AND CONTINUED MATTERS*

**Securities Omnibus Claims Objections:**

1.  **Sixth (Securities Acquired Outside Subject Period)** [**Dkt. 10733**]. This Securities Omnibus Objection was granted as to all Claims except one by **Dkt. 10909**. This matter has been WITHDRAWN without prejudice as to the Claim of William and Marjorie Glander Trust [**Dkt. 11089**].

2.  **Eighth (No Basis for Claim – Failure to Provide Any Trading Information)** [**Dkt. 10922**]. This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11103**. This matter has been continued to September 29, 2021, as to the seventeen Claims listed in **Dkt. 11091**. This matter has been continued to October 19, 2021, as to the two Claims listed in **Dkt. 11092**.

3.  **Ninth (No Loss Causation – Securities Sold Prior to the First Purported "Corrective Disclosure")** [**Dkt. 10925**]. This Securities Omnibus Objection was granted as to all Claims by **Dkt. 11104**.

4.  **Tenth (Securities Acquired Outside Subject Period)** [**Dkt. 10928**]. This Securities Omnibus Objection was granted as to all Claims except one by **Dkt. 11105**. This matter has been continued to September 29, 2021, as to the Claim of F. Mike Cardenas and Julia I. Cardenas [**Dkt. 11095**].

**Omnibus Claims Objections:**

5.  **Eighth (No Liability Claims)** [**Dkt. 8983**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9295**. This matter has been continued to September 29, 2021, as to Mendocino County Inland Water Agency and Power Commission [**Dkt. 11099**].

6.  **Sixteenth (Satisfied Claims)** [**Dkt. 9076**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9364**. It has been SUSTAINED as to the City of Oakland [**Dkt. 11106**].

7.  **Forty-Fifth (Reduced and Allowed Claims)** [**Dkt. 9466**]. This Omnibus Objection was granted as to most Claims by **Dkt. 9869**. It has been continued to September 29, 2021, as to The Travelers Indemnity Company [**Dkt. 11099**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

8.  **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**].  This Omnibus Objection was granted as to most claims by **Dkt. 10858**.  It has been continued to September 14, 2021, as to Marsh Landing, LLC [**Dkt. 11098**].

9.  **Eighty-Sixth (Untimely Claims) [Dkt. 10694]**.  This Omnibus Objection was granted as to most Claims by **Dkt. 10865.**  The Reorganized Debtors will seek to resolve the City of San Jose Claim through the Court-approved ADR procedures, and have requested that the hearing on the Claim be taken off calendar and continued indefinitely in the interim [**Dkt. 11097**].

10. **Ninety-Seventh (Books and Records / Satisfied / No Liability Claims)** [**Dkt. 10933**].  This Omnibus Objection was granted as to all Claims by **Dkt. 11107.**

11. **Ninety-Eighth (Passthrough Claims)** [**Dkt. 10937**].  This Omnibus Objection was granted as to all Claims by **Dkt. 11108.**

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: August 24, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Thomas B. Rupp*
 Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*