Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

ROLNICK KRAMER SADIGHI LLP
Richard A. Bodnar (*pro hac vice pending*)
rbodnar@rksllp.com
1251 Avenue of the Americas
New York, New York 10020
Tel: 212.597.2800
Fax: 212.597.2801

Counsel for Various Rescission or Damage Claimants

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Santa Rosa Division

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>    Debtor | Case No. 19-30088<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND<br>REQUEST FOR SPECIAL NOTICE**

TO: Parties in Interest

PLEASE TAKE NOTICE THAT Various Rescission or Damage Claimants, creditors of the Debtor, request that notice of all matters identified by Fed. R. Bankr. P. 2002, be provided to its counsel as follows:

>ROLNICK KRAMER SADIGHI LLP
>Richard A. Bodnar (*pro hac vice pending*)
>rbodnar@rksllp.com
>1251 Avenue of the Americas
>New York, New York 10020
>Tel: 212.597.2800
>Fax: 212.597.2801
>
>Michael St. James, Esq.
>St. James Law, P.C.
>22 Battery Street, Suite 810
>San Francisco, California 94111
>(415) 391-7566 Telephone
>(415) 391-7568 Facsimile
>Ecf@stjames-law.com

DATED: August 24, 2021

Respectfully submitted,

ST. JAMES LAW, P.C.

By: /s/ *Michael St. James*
     Michael St. James
     Counsel for Various Rescission and Damage Claimants