MATTHEW W. GRIMSHAW, SBN 210424
GRIMSHAW LAW GROUP, P.C.
130 Newport Center Drive, Ste. 140
Newport Beach, California 92660
Tel: (949) 734-0187
Email: matt@grimshawlawgroup.com

BILL ROBINS III, SBN 296101
ROBERT T. BRYSON, SBN 156953
KEVIN POLLACK, SBN 272786
ROBINS CLOUD LLP
808 Wilshire Blvd., Ste. 450
Santa Monica, CA 90401
Tel: (310) 929-4200
Email: rbryson@robinscloud.com

Attorneys for Shona Milland

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                Debtors<br><br>Affects:<br><br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

1. I, Matthew W. Grimshaw, do declare and state as follows:

2. 1. I am the founder of Grimshaw Law Group, P.C., which maintains an office in Irvine, California. I am over the age of 18 and not a party to this action.

3. 2. I certify that on August 24, 2021, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as Exhibit A:

   (a) NOTICE OF ERRATA RE CERTIFICATE OF SERVICE.

4. 3. I certify that on August 24, 2021, I caused a true and correct copy of each of the above-listed documents to be served via First Class Mail on the Standard Party First Class Mail Service List attached hereto as Exhibit B.

5. 4. I further certify that on August 24, 2021, I caused a true and correct copy of each of the above-listed documents to be served via First Class Mail on Shona Milland at the following address:

> 234 ½ Carrillo Street,
> Santa Rosa, CA 95403

6. 5. I have reviewed the Notice of Electronic Filing for the above-listed documents and understand that the parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

7. 6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon to witness, I could and would testify competently thereto.

Executed on August 24, 2021, at Meridian, Idaho.

*/s/ Matthew W. Grimshaw*
MATTHEW W. GRIMSHAW