KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Matthew J. Cave (SBN 280704)
mcave@kfc.law
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025
Telephone: (310) 409-0400
Facsimile: (310) 409-0401

*Attorneys for PricewaterhouseCoopers, LLP*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors. | CASE NO. 19-30088 (DM)<br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that pursuant to section 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules, the attorneys listed below hereby appear as counsel to PricewaterhouseCoopers LLP ("PwC") in the above-captioned Chapter 11 case and request that copies of any and all pleadings, motions, notices, and other papers, filed or served, in this case or any proceeding herein, be served upon the below-listed counsel at the following mailing or email addresses or facsimile number:

    KIBLER FOWLER & CAVE LLP
    Michael D. Kibler (SBN 243982)
    mkibler@kfc.law
    Matthew J. Cave (SBN 280704)
    mcave@kfc.law
    11100 Santa Monica Blvd., Suite 360
    Los Angeles, California 90025
    Telephone: (310) 409-0400
    Facsimile: (310) 409-0401

**PLEASE TAKE FURTHER NOTICE THAT** the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in the Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Service of Papers, nor any former or later appearance, pleading, claim or suit shall be deemed or construed to be a consent to jurisdiction of the Bankruptcy Court over PwC. Further, this Notice is not, and may not be deemed or construed to be, a waiver of PwC's: (i) right to have final orders in any non-core or core matter in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge; (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (iii) right to have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; (iv) right to object to the jurisdiction of the Bankruptcy Court for any purpose or on any grounds; or (v) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs or recoupment to which PwC may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: August 25, 2021

KIBLER FOWLER & CAVE LLP

By: _____/s/ Matthew J. Cave_____
MICHAEL D. KIBLER
MATTHEW J. CAVE
Attorneys for PricewaterhouseCoopers, LLP

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California by using CM/ECF system on August 25, 2021. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 25, 2021.

*/s/ Samantha Ahlheim*
Samantha Ahlheim