| From: | Ricky D. Horton |
|---|---|
| To: | Lorena Parada |
| Subject: | PG&E case No. 19-30088(DM) Ricky-Dean Horton, Claim No. 87111, Possible FRAUD upon the case, see info herein |
| Date: | Tuesday, August 24, 2021 1:32:03 PM |

**CAUTION - EXTERNAL:**

Hi Lorena,
I was rather confused as to why the Hon. Dennis Montali would make an order upon **his own personal volition** as he appeared to do in **Docket No. 11135 filed on 08/20/2021**, but upon further review of the order, I am suspecting this is a fraudulent docket filing and was not an official order authored by Judge Montali.

Rather than filing a complaint of possible Fraud upon the court and my claim, and to avoid suspicion by other Claimants regarding other orders stamped without a wet-ink signature of Judge Montali, I want to bring this matter to your attention since I suspect the order found within Docket no. 11135 was not prepared by the personal hand of Judge Montali and to inform you and Judge Montali of my intent to file a motion to stay the order found in Dkt 11135 due to the pending hearing already set to hear the issues scheduled for October 8, 2021.

THERE SEEMS TO BE NO AUTHOR OR ORIGINATOR OF THE ORDER, other than Judge Montali as seen by the Stamp in the upper right corner of page 1 of Docket No. 11135 and **that fact is troubling and is my basis for suspicion of Fraud**.

**1.** A fact alleged on the docket 11135 is not a fact in evidence. The author of the order changed the Personal Injury claim by Debtors to Wrongful Death as seen on P1, line 27. *I doubt Judge Montali would risk his reputation by making such an obvious change.*
**2.** The date of the filing of Dkt 11031 is incorrect as stated as July 31, 2021 on P2 line 9. *I doubt Judge Montali would make such a mistake.*
**3.** P2 line 12 states that the Motion filed at Dkt. 11074 will be treated as "Part of" the Motion to Reconsider, assuming that "part of" is of Dkt 11031. The Motion to reconsider Dkt No. 11074 filed by me on Aug 18, 2021 is not a part of the previous filing Dkt 11031, but has Replaced the previous filing 11031 in it's entirety. *I doubt judge Montali would make such an assumption.*
**4.** Lines 14-16 on p2 is raising a question that the hearing date scheduled for October 8, 2021 is assumed as a request, but persuant to the procedural process of scheduling Adversary hearings, the date of the hearing is not a request, but rather a hearing date that is solidified onto Judge Montali's Calendar, unless of course the date is changed by proper procedures. *I doubt that Judge Montali would assume the hearing date is a request but he knows the Bankruptcy Court procedures for setting dates for adversary hearings. My understanding is that the date set on the Filing for the Hearing of the Motions are on Calendar and automatically set, unless changed or rescheduled or taken off calendar by proper procedures.*
**5.** The order as made and seen on P2 of Dkt 11135 completely disregards due process by entering an order without any motions for the order (FRCP Section 7), takes my hearing date off calendar with no valid arguments to support such an act, and it appears that the author of the order is adding a clause to allow an order to be entered based on the response of Debtors to my Motions in Dkt 11074 without me having the opportunity to review, question, object to, or to have Judge Montali entertain motions, arguments, and hear witnesses at the scheduled hearing on October 8, 2021. *I doubt Judge Montali would do such an act that not only*

*blatently disregards and violates due process, but to deprive me of my day in court without cause or reason.*

Lorena Parada, in light of the above information and in an effort to keep Judge Montali in honor, I am sending this informal email to you as Judge Montali's Courtoom Deputy. I will leave it up to you who sees these concerning issues regarding the order on Dkt 11135 that I suspect is fraud upon the court and my claim and my other filings. I suspect the order was NOT made by the hand of Judge Montali, *although there is no other author to be recognized on the Docket and questionable order as any other than Judge Montali.*

Please know that I hold the utmost respect for Judge Montali and his position as a Federal Judge in this Bankruptcy Court. I don't regard him as a man without honor. I have seen no prior evidence that he is unreasonable upon me, my claim and my other filings.

My intent is to follow up this email by filing a motion within the next few days for emergency stay of the order found on Dkt 11135 and as a result of the Stay, the original Court date of October 8, 2021 to be upheld.

I will not request my motion for the stay of order to be sealed or to request that it not be for public view since it addresses an order previously placed in public view by Dkt 11135.

I'll not make any allegations regarding Fraud upon the case or other details within Docket 11135 as if Judge Montali authored the order. To me it seems clear that Judge Montali would not risk his reputation and honor as the author of the order by his own hand so I will protect and preseve his honor as best I can.

In Truth and Law,
Ricky-Dean Horton, a living man
PG&E case No. 19-30088
Claim No. 87111

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.