

Signed and Filed: August 25, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>*  All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

### ORDER CLARIFYING ORDER REGARDING MOTION FOR RECONSIDERATION BY RICKY D. HORTON

    Claimant Rickey D. Horton, whose claim is the subject of this court's *Order Regarding Motion for Reconsideration by Ricky D. Horton* (the "Reconsideration Order") (Dkt # 11135), sent an email to the courtroom deputy on August 24, 2021, expressing concern and raising questions about the Reconsideration Order. Mr. Horton's email has been docketed as a "letter to the court"

(Dkt # 11150). Mr. Horton should not be communicating with the court on an informal, ex parte basis, but the court will accept his comments as well-intended. He should not communicate with the court or staff in the future except regarding scheduling matters.

The format and appearance of the Reconsideration Order is entirely consistent with the practice of this court since electronic filing has been in place. There is no "wet" signature of the presiding judge; the signature is applied electronically only after the judge approves and authorizes the filing. There was no fraud on the court or other impropriety with the order.

The nature of the claim Mr. Horton filed was referred to in the *Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims)* (Dkt # 10808), as "personal injury"; the term "wrongful death" used in the Reconsideration Order was descriptive of the California law cited and was not evidence. The difference is immaterial here.

Mr. Horton is correct that he filed his *Motion to Review and Correct a Possible Mistake to Case Identity, Motion to be Heard, and Motion to Reconsider* (Dkt # 11031) on August 4, 2021, not July 31, 2021. When he filed his *Proposed Documents Filed Under Seal* on August 18, 2021 (Dkt # 11074), the court presumed that he wanted what he submitted to be considered together with his August 4, 2021, submission. Apparently, he intended to substitute the later filing in lieu of the earlier one. To give him the benefit of doubt, the court will consider both

submissions in their entirety and directs the Reorganized Debtors to do the same.

    Mr. Horton chose to set a hearing for October 8, 2021. He did not clear that date with the courtroom deputy and it is not an available date in any event. The court cancelled that hearing intentionally to keep open various options once Reorganized Debtors respond. It intentionally ordered Reorganized Debtors to file their response by September 10, 2021, and intentionally ordered that following the court's consideration of that response, it will issue an appropriate order. There is no absolute right to an actual hearing on a motion such as this.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Ricky-Dean Horton |
| 4 | 751 Rosemary Court |
| | Fairfield, CA 94533 |

-4-