**WEIL, GOTSHAL & MANGES LLP**
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF ENTRY OF ORDER IN 2001 CHAPTER 11 CASE EXPUNGING CERTAIN 2001 UTILITY EXCHANGE CLAIMS** |

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**," as applicable) in the above-captioned chapter 11 cases (the "**2019 Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that by Order dated June 20, 2020 [Dkt. No. 8053] (the "**Confirmation Order**"), the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Dkt. No. 8048] (the "**2020 Plan**").[1] The Effective Date of the 2020 Plan occurred on July 1, 2020. *See* Dkt. No. 8252.

**PLEASE TAKE FURTHER NOTICE** that the 2020 Plan classified various Claims against and Interests in the Debtors, including "2001 Utility Exchange Claims" which included any Claim against the Utility arising solely from (a) amounts due to the CAISO, PX, and/or various market participants based on purchases or sales of electricity, capacity, or ancillary services by the Utility and other market participants in markets operated by the CAISO and the PX that are subject to determination by FERC in refund proceedings bearing FERC Docket Nos. EL00-95-000 and EL00-98-000 and related subdockets, and (b) amounts due under any settlement agreements, allocation agreements, escrow agreements, letter agreements, other written agreements, or court orders (including orders entered in the chapter 11 case styled In re California Power Exchange Corporation, Case No. LA 01-16577 ES) that expressly relate thereto.

**PLEASE TAKE FURTHER NOTICE** that section 4.29 of the 2020 Plan provides that "each holder of a 2001 Utility Exchange Claim shall be entitled to pursue its Claim against the Reorganized Utility as if the [2020] Chapter 11 Cases had not been commenced."

**PLEASE TAKE FURTHER NOTICE** that on June 30, 2021, the Utility, as the reorganized debtor in its prior chapter 11 case, *In re Pacific Gas and Electric Company*, Case No. 01-30923 DM, also pending in the Bankruptcy Court (the "**2001 Chapter 11 Case**"), submitted an objection [2001 Chapter 11 Case Dkt. No. 16733] (the "**Objection**") in the 2001 Chapter 11 Case to certain claims which are classified in Class 6 under the confirmed chapter 11 plan in the 2001 Chapter 11 Case and are classified as 2001 Utility Exchange Claims under the 2020 Plan, requesting that the Bankruptcy Court disallow such claims to conform to the final order issued by the Federal Energy Regulatory Commission (the "**FERC Order**") concerning the amounts of such claims. The Objection did not seek to alter the amounts payable to such claimants in accordance with the final FERC Order, but was merely intended to avoid duplicative payment of such claims, and thus effectuate an orderly distribution of funds as required by the final FERC Order.

**PLEASE TAKE FURTHER NOTICE** that on July 30, 2021, the Honorable Dennis Montali, United States Bankruptcy Judge, issued an order in the 2001 Chapter 11 Case sustaining the Objection [2001 Chapter 11 Case Dkt. No. 16736], provided that the Objection was deemed withdrawn with respect to the claim of the City of Roseville bearing Claim No. 12386 in the 2001 Chapter 11 Case (the "**Disallowance Order**").

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the 2020 Plan.

**PLEASE TAKE FURTHER NOTICE** that the Disallowance Order is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors will adjust the claims register in the 2019 Chapter 11 Cases as necessary to reflect the disposition of certain 2001 Utility Exchange Claims consistent with the Disallowance Order in the 2001 Chapter 11 Case.

Dated: August 25, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ *David A. Taylor*
David A. Taylor

*Attorneys for Debtors and Reorganized Debtors*