# EXHIBIT 1

**(Disallowance Order)**



| | |
|---|---|
| 1 | Gary M. Kaplan (State Bar No. 155530) |
| 2 | Farella Braun + Martel LLP |
| | 235 Montgomery Street, 17th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| 4 | Facsimile: (415) 954-4480 |
| | Email: gkaplan@fbm.com |

Signed and Filed: July 30, 2021

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Attorneys for Reorganized Debtor
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,

Debtor.

Federal I.D. No. 94-074260

Case No. 01-30923 DM

Chapter 11 Case

**[HEARING TAKEN OFF CALENDAR BY COURT]**

### ORDER ON PACIFIC GAS AND ELECTRIC COMPANY'S OBJECTION TO CERTAIN CLASS 6 CLAIMS TO CONFORM TO FINAL ORDER IN FERC REFUND PROCEEDINGS

The Court, having considered the Objection to Certain Class 6 Claims to Conform to Final Order in FERC Refund Proceedings (the "Objection"[1]) submitted by Pacific Gas and Electric Company, the reorganized debtor herein ("PG&E"), and the record in this case, and having determined that adequate notice of the Objection was given to parties in interest as appropriate under the circumstances and that good cause exists for sustaining the Objection,

**IT IS HEREBY ORDERED** that:

1. The Objection is SUSTAINED, provided that PG&E's objection is deemed withdrawn with respect to Claim No. 12386 of the City of Roseville (in view of the prior disallowance of such claim by the Court's Order on Debtor's Omnibus Objection to Certain Unliquidated and Contingent Claims entered herein on May 10, 2004, Docket No. 15260).

---

[1] Capitalized terms not defined herein have the meaning ascribed to them in the Objection.

2. Each of the following Unresolved ISO, PX and Generator Claims are disallowed to the extent that they are inconsistent with the amounts owed to the respective claimants pursuant to the May 20, 2021 FERC Order,

| No. | Entity Name | Claim No. |
|---|---|---|
| 1 | SAN DIEGO GAS & ELECTRIC COMPANY | 8824 |
| 2 | SOUTHERN CALIFORNIA EDISON COMPANY | 9699 |
| 3 | SOUTHERN CALIFORNIA EDISON COMPANY | 9700 |
| 4 | HAFSLUND ENERGY TRADING | 10827 |
| 5 | SALT RIVER PROJECT | 11525 |
| 6 | **[INTENTIONALLY OMITTED]** | N/A |
| 7 | East Bay Municipal Utility District | 12619 |
| 8 | The Regents of UC Davis | 12662 |
| 9 | CALIFORNIA POWER EXCHANGE CORPORATION | 13282 |
| 10 | Automated Power Exchange Inc. | 13313 |
| 11 | Nuevo Energy (aka Torch Operating Co.) | 13521 |

**END OF ORDER**

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

| | |
|---|---|
| **Court Service List** | |
| *For Salt River Project:* | *For Nuevo Energy (aka Torch Operating Co.):* |
| Gary G. Keltner<br>Jennings, Strouss and Salmon<br>The Collier Center 11th Fl.<br>201 E Washington St.<br>Phoenix, AZ 85004-2385 | Adan A. Lewis, Esq.<br>Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105-2482 |
| *For The Regents of UC Davis:* | *For City of Roseville:* |
| Eric K. Behrens<br>University of California<br>Office of General Counsel<br>1111 Franklin Street, 8th Street<br>Oakland, CA 94607-5200 | City Of Roseville<br>P.O. Box 998<br>Roseville, CA 95678 |
| *For San Diego Gas & Electric Company:* | *For San Diego Gas & Electric Company:* |
| San Diego Gas & Electric Company<br>c/o James F. Walsh<br>Sempra Energy<br>101 Ash Street, 11th Floor<br>San Diego, CA 92101-3017 | Bennett J. Murphy<br>Hennigan, Bennett & Dorman<br>601 South Figueroa Street, Suite 3300<br>Los Angeles, CA 90017 |
| *For Southern California Edison Company:* | *For Southern California Edison Company:* |
| Eric Isken<br>Assistant General Counsel<br>Southern California Edison Company<br>2244 Walnut Grove Avenue<br>Rosemead, CA 91770 | Munger, Tolles & Olson LLP<br>Attn: Thomas B. Walper<br>355 S. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560 |
| *For Automated Power Exchange Inc.:* | *For Automated Power Exchange Inc.:* |
| John & Hengerer<br>Attention: Douglas F. John<br>1200 17th Street, NW, Suite 600<br>Washington, DC 20036-3013 | APX, Inc.<br>Attention: Roger Yang<br>5201 Great America Parkway, Suite 522<br>Santa Clara, CA 95054 |
| *For East Bay Municipal Utility District:* | *For California Power Exchange Corporation:* |
| East Bay Municipal Utility District<br>Attn: Peter W. Sly<br>Office of the General Counsel<br>P.O. Box 24055<br>Oakland, CA 94623-1055 | Marc S. Cohen<br>Alicia M. Clough<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA 90067 |
| *For Hafslund Energy Trading:* | |
| Keith E. Johnson<br>Goodin, MacBride, Squeri & Day, LLP<br>505 Sansome Street Suite 900<br>San Francisco, CA 94111 | |

[Other parties served as ECF Registered Participants pursuant to Bankruptcy Local Rule 9022-1(a)]

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ORDRE ON PG&E OBJ. TO CLASS 6 CLAIMS CONFORM - 3 -

Case: 01-30923   Doc# 11675761   Filed: 07/25/21   Entered: 08/02/21 10:08:36   Page 34 of 3

25160\14250814.1