KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors
and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SCHEDULING STIPULATION WITH RESPECT TO FULCRUM CREDIT PARTNERS LLC'S MOTION FOR RELIEF FROM PLAN INJUNCTION, TO COMPEL ARBITRATION AND/OR FOR ABSTENTION**<br><br>**Related Docket No.: 11066** |

**WHEREAS**, on January 29, 2019, PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**" and, together with PG&E Cop., the "**Debtors**" or "**Reorganized Debtors**", as applicable), commenced with the Court voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Docket No. 8048] (the "**Plan**") was confirmed by Order of the Court dated June 20, 2020 [Docket No. 8053]. The Plan became effective on July 1, 2020.

**WHEREAS**, on August 17, 2021, Fulcrum Credit Partners LLC ("**Fulcrum**," and together with the Debtors and Reorganized Debtors, the "**Parties**") filed the *Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention* [Docket No. 11066] (the "**Motion**"), which noticed a response deadline of August 31, 2021, and a hearing date of September 14, 2021 (the "**Hearing Date**").

**WHEREAS,** the Parties have conferred and agreed to a revised schedule for the Motion.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, THROUGH THE UNDERSIGNED, THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The Hearing Date shall be continued to September 29, 2021, at 10:00 am (Prevailing Pacific Time). The September 14, 2021 hearing on the Motion is taken off the Court's calendar.

2. The Reorganized Debtors' response to the Motion must be filed with the Court by September 15, 2021.

3. Any reply by Fulcrum must be filed with the Court by September 22, 2021.

4. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof.

5. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

6. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

| | | |
|---|---|---|
| 1 | Dated: August 27, 2021 | Dated: August 27, 2021 |
| 2 | KELLER BENVENUTTI KIM LLP | ALSTON & BIRD, LLP |
| 3 | */s/ Jane Kim*<br>Jane Kim | */s/ Diane Stanfield*<br>Diane Stanfield |
| 4 | | |
| 5 | *Attorneys for the Debtors and Reorganized Debtors* | *Attorneys for Fulcrum Credit Partners, LLC* |