**Entered on Docket
August 30, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

Signed and Filed: August 30, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☒ Affects Pacific Gas and Electric Company <br> ☐ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **ORDER APPROVING SCHEDULING STIPULATION WITH RESPECT TO FULCRUM CREDIT PARTNERS LLC'S MOTION FOR RELIEF FROM PLAN INJUNCTION, TO COMPEL ARBITRATION AND/OR FOR ABSTENTION** <br><br> **Related Docket Nos.: 11066, 11159** |

The Court having considered the *Scheduling Stipulation with Respect to Fulcrum Credit Partners LLC's Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention*, dated August 27, 2021 [Docket No. 11159] (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**"), on the one hand, and **Fulcrum Credit Partners LLC ("Fulcrum**," and together with the Debtors and the Reorganized Debtors, the "**Parties**"), on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The Hearing Date shall be continued to September 29, 2021, at 10:00 am (Prevailing Pacific Time). The September 14, 2021 hearing on the Motion is taken off the Court's calendar.

3. The Reorganized Debtors' response to the Motion must be filed with the Court by September 15, 2021.

4. Any reply by Fulcrum must be filed with the Court by September 22, 2021.

5. The Parties may further agree to an adjustment of this schedule, subject to Court approval.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: August 27, 2021

ALSTON & BIRD, LLP

*/s/ Diane Stanfield*

Diane Stanfield

*Attorneys for Fulcrum Credit Partners, LLC*

**END OF ORDER**