# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Exmelihn Reyes, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On August 25, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Kelli M. Batlaglia, (MMLID 7148237), at an address that is being redacted in the interest of privacy:

- Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Ninety-First Omnibus Objection to Claims (Customer No Liability Energy Rate Claims) [Re: Dkt. No. 10802, 10960] [Docket No. 10975]

3. On August 25, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Jennifer Celaya, (MMLID 6172782), at an address that is being redacted in the interest of privacy:

- Order Expunging Proofs of Claim Pursuant to Reorganized Debtors' Ninety-Sixth Omnibus Objection to Claims (Customer No Liability / Passthrough Claims) [Re: Dkt. No. 10819, 10960] [Docket No. 10979]

| | |
|---|---|
| 1 | |
| 2 | Executed this 30th day of August 2021, at New York, NY. |
| 3 | |
| 4 |                                                   */s/ Exmelihn Reyes*<br>                                                     Exmelihn Reyes |
| 5 | */s/ JAMES A. MAPPLETHORPE* |
| 6 | Notary Public, State of New York<br>No. 01MA6370846 |
| 7 | Qualified in New York County<br>Commission Expires February 12, 2022 |
| 8 | |