ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick *(pro hac vice forthcoming)*
lrolnick@rksllp.com
Marc B. Kramer *(pro hac vice forthcoming)*
mkramer@rksllp.com
Michael J. Hampson *(pro hac vice forthcoming)*
mhampson@rksllp.com
Richard A. Bodnar *(pro hac vice)*
rbodnar@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for the PGIM FI Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF RICHARD A. BODNAR IN OPPOSITION TO REORGANIZED DEBTORS' ELEVENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE)**<br><br>**Hearing Information:**<br>Date:    September 14, 2021<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  (Telephone Appearances Only)<br>          United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

I, Richard A. Bodnar, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am Senior Counsel at Rolnick Kramer Sadighi LLP, located at 1251 Avenue of the Americas, New York, New York 10020, counsel for Individual Claimants Gibraltar Universal Life Reinsurance Co Plaz Trust 1-GULREAZTR1; Horizon Healthcare of New Jersey, Inc. -HBC2; Horizon Healthcare Services, Inc. – HBC; Dryden Arizona Reinsurance Term Company - Tax Liabilities Account-DARTTAX; Lucent Technologies Inc. Master Pension Trust - PORTL; PRU Credit Income Fund 2017, a Series Trust of Multi Manager Global Investment Trust - CORPMATPB7; PRUCO Life Insurance Company of New Jersey – PLNJ; Prudential Arizona Reinsurance Captive Company - PLAZ TRUST 1-PLAZTR1; The Prudential Insurance Company of America - Individual Life Long Term Core Public Bonds – ILLONG; The Prudential Insurance Company of America - PICA/POJ IRELP Trust – IRELPTR; The Prudential Insurance Company of America - Congo PICA Single Client Buy-Out SA-GAR PRD-CONGA; The Prudential Insurance Company Of America - Long Duration Corporate Bond Account - TOLILDC; and Verizon Transition Account – VZTRANS (the "**PGIM FI Claimants**").

2. I submit this declaration in opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose).

3. Attached hereto as **Exhibit A** is a true and correct copy of the Order Granting Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel dated September 10, 2018, and entered in the matter *In re PG&E Corp. Securities Litigation*, No. 5:18-cv-03509-EJD (N.D. Cal.) (the "**Securities Class Action**").

4. Attached hereto as **Exhibit B** is a true and correct copy of the Notice of Motion and Motion of the Public Employees Retirement Association of New Mexico for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; Memorandum of Points and Authorities in Support thereof dated August 13, 2018, filed in the Securities Class Action.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Public Employees Retirement Association of New Mexico's Loss Analysis filed in the Securities Class Action.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Public Employees Retirement Association of New Mexico Lead Plaintiff Certification dated August 10, 2018, filed in the Securities Class Action.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Consolidated Class Action Complaint for Violation of the Federal Securities Laws dated November 9, 2018, filed in the Securities Class Action.

8. Attached hereto as **Exhibit F** is a true and correct copy of an excerpt from a file named "NYSE_Bond_Master_List" published by the New York Stock Exchange and available at: https://www.nyse.com/products/bonds. According to the NYSE's website, this list contains the bonds that are traded on the New York Stock Exchange. The excerpted portion of the file contains the bond symbol, issuer name, interest rate, and maturity date for each bond listed in the file as of August 31, 2021, where PG&E Corporation or Pacific Gas and Electric Company is the issuer.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Order and Stipulation to Amend and Lead Plaintiff's Notice of Withdrawal of Motion dated November 26, 2018, filed in the Securities Class Action.

10. Attached hereto as **Exhibit H** is a true and correct copy the Second Amended Consolidated Class Action Complaint for Violation of The Federal Securities Laws dated December 14, 2018, filed in the Securities Class Action.

11. Attached hereto as **Exhibit I** is a true and correct copy of the Amended Stipulation and Order to Consolidate and File Third Amended Consolidated Class Action Complaint dated May 7, 2019, filed in the Securities Class Action.

12. Attached hereto as **Exhibit J** is a true and correct copy of the Third Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws dated May 28, 2019, filed in the Securities Class Action.

13. Attached hereto as **Exhibit K** is a true and correct copy of the Public Employees Retirement Association of New Mexico Lead Plaintiff Certification dated May 28, 2019, filed in the Securities Class Action.

14. Attached hereto as **Exhibit L** is a true and correct copy of the Rescission or Damage

1 Claim Proof of Claim Form issued in the above-caption bankruptcy proceeding.

2 I declare under penalty of perjury under the laws of the United States of America that the

3 foregoing is true and correct. Executed on August 31, 2021.

Richard A. Bodnar