# EXHIBIT C

**LOSS ANALYSIS**
**Class Period: 4/29/2015 to 6/8/2018**

**Public Employees Retirement Association of New Mexico**

**PG&E Corporation Common Stock**

| Ticker | CUSIP | ISIN | SEDOL | Lookback Price |
|---|---|---|---|---|
| PCG | 69331C108 | US69331C1080 | 2689560 | $42.5020 [1] |

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 04/29/15 | 47,000.00 | | |
| | | | | |
| None | | 0.00 | | $0.00 |
| *Class Period sales (matched to pre-Class Period purchases):* | | *0.00* | | *$0.00* |
| | | | | |
| Purchase | 06/03/15 | 1,000.00 | $51.9700 | ($51,970.00) |
| Purchase | 06/03/15 | 2,000.00 | $51.9700 | ($103,940.00) |
| Purchase | 07/13/15 | 2,500.00 | $51.1491 | ($127,872.75) |
| Purchase | 03/10/16 | 1,100.00 | $56.9509 | ($62,645.99) |
| Purchase | 06/24/16 | 3,200.00 | $62.6600 | ($200,512.00) |
| Purchase | 08/09/16 | 94,400.00 | $63.6029 | ($6,004,113.76) |
| Purchase | 08/25/16 | 11,768.00 | $63.6594 | ($749,143.82) |
| Purchase | 08/31/16 | 74,700.00 | $61.9418 | ($4,627,052.46) |
| Purchase | 09/27/16 | 6,153.00 | $63.7964 | ($392,539.25) |
| Purchase | 10/20/16 | 8,307.00 | $60.9590 | ($506,386.41) |
| Purchase | 11/08/16 | 700.00 | $62.0200 | ($43,414.00) |
| Purchase | 11/22/16 | 6,224.00 | $59.2806 | ($368,962.45) |
| Purchase | 12/13/16 | 7,217.00 | $60.4042 | ($435,937.11) |
| Purchase | 01/20/17 | 10,349.00 | $61.4100 | ($635,532.09) |
| Purchase | 02/13/17 | 400.00 | $63.6900 | ($25,476.00) |
| Purchase | 02/24/17 | 7,378.00 | $65.9513 | ($486,588.69) |
| Purchase | 03/22/17 | 1,010.00 | $67.5659 | ($68,241.56) |
| Purchase | 04/10/17 | 50,200.00 | $66.9270 | ($3,359,735.40) |
| Purchase | 05/25/17 | 5,600.00 | $66.8009 | ($374,085.04) |
| Purchase | 06/06/17 | 2,323.00 | $68.7391 | ($159,680.93) |
| Purchase | 06/30/17 | 11,240.00 | $66.6098 | ($748,694.15) |
| Purchase | 07/24/17 | 1,168.00 | $67.9000 | ($79,307.20) |
| Purchase | 08/31/17 | 1,700.00 | $70.3003 | ($119,510.51) |
| Purchase | 10/30/17 | 4,180.00 | $57.2303 | ($239,222.65) |
| Purchase | 04/16/18 | 5,859.00 | $45.0800 | ($264,123.72) |
| Purchase | 04/16/18 | 94.00 | $45.2976 | ($4,257.97) |
| Purchase | 04/16/18 | 40,480.00 | $45.5046 | ($1,842,026.21) |
| Purchase | 04/17/18 | 3,307.00 | $45.9144 | ($151,838.92) |
| *Class Period purchases:* | | *364,557.00* | | *($22,232,811.06)* |
| | | | | |
| Sale | 08/25/16 | -54.00 | $63.5631 | $3,432.41 |
| Sale | 08/25/16 | -1,691.00 | $63.5792 | $107,512.43 |
| Sale | 08/26/16 | -1,315.00 | $62.9856 | $82,826.06 |
| Sale | 08/26/16 | -1,503.00 | $63.0765 | $94,803.98 |
| Sale | 08/29/16 | -376.00 | $62.5000 | $23,500.00 |
| Sale | 08/29/16 | -1,865.00 | $62.5453 | $116,646.98 |

[1] *Value of shares held is the mean trading price from 6/11/2018 to 8/13/2018.*

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 08/30/16 | -1,878.00 | $62.0388 | $116,508.87 |
| Sale | 08/31/16 | -126.00 | $61.8015 | $7,786.99 |
| Sale | 11/17/16 | -8,258.00 | $58.7219 | $484,925.45 |
| Sale | 11/17/16 | -227.00 | $58.9576 | $13,383.38 |
| Sale | 11/17/16 | -7,285.00 | $59.0334 | $430,058.32 |
| Sale | 11/18/16 | -4,630.00 | $58.4038 | $270,409.59 |
| Sale | 11/29/16 | -4,519.00 | $60.6905 | $274,260.37 |
| Sale | 11/30/16 | -2,288.00 | $59.2087 | $135,469.51 |
| Sale | 12/01/16 | -1,197.00 | $57.9019 | $69,308.57 |
| Sale | 12/02/16 | -796.00 | $58.3223 | $46,424.55 |
| Sale | 01/06/17 | -3,108.00 | $60.8400 | $189,090.72 |
| Sale | 01/06/17 | -8,392.00 | $60.9728 | $511,683.74 |
| Sale | 03/08/17 | -4,763.00 | $65.2402 | $310,739.07 |
| Sale | 03/09/17 | -1,809.00 | $65.2878 | $118,105.63 |
| Sale | 03/10/17 | -928.00 | $65.3538 | $60,648.33 |
| Sale | 04/07/17 | -8,900.00 | $67.1117 | $597,294.13 |
| Sale | 05/31/17 | -427.00 | $68.3800 | $29,198.26 |
| Sale | 05/31/17 | -1,710.00 | $68.3800 | $116,929.80 |
| Sale | 10/10/17 | -8,637.00 | $69.1553 | $597,294.33 |
| Sale | 10/11/17 | -977.00 | $69.0833 | $67,494.38 |
| Sale | 10/11/17 | -4,936.00 | $69.3000 | $342,064.80 |
| Sale | 11/20/17 | -2,900.00 | $52.6500 | $152,685.00 |
| Sale | 11/30/17 | -13,862.00 | $54.2400 | $751,874.88 |
| Sale | 11/30/17 | -41,586.00 | $54.2400 | $2,255,624.64 |
| Sale | 11/30/17 | -7,887.00 | $54.2500 | $427,869.75 |
| Sale | 12/01/17 | -6,542.00 | $54.2784 | $355,089.29 |
| Sale | 12/01/17 | -9,185.00 | $54.2784 | $498,547.10 |
| Sale | 12/04/17 | -9,743.00 | $54.1316 | $527,404.18 |
| Sale | 12/05/17 | -12,339.00 | $53.5368 | $660,590.58 |
| Sale | 12/06/17 | -2,135.00 | $53.5279 | $114,282.07 |
| Sale | 12/07/17 | -4.00 | $53.0075 | $212.03 |
| Sale | 12/08/17 | -665.00 | $53.1875 | $35,369.69 |
| Sale | 12/15/17 | -5,000.00 | $53.0500 | $265,250.00 |
| Sale | 01/31/18 | -2,040.00 | $41.7943 | $85,260.37 |
| Sale | 02/21/18 | -500.00 | $39.7900 | $19,895.00 |
| Sale | 05/31/18 | -24,012.00 | $43.3300 | $1,040,439.96 |
| *Class Period sales (matched to Class Period purchases):* | | *-220,995.00* | | *$12,408,195.18* |
| | Shares Held: | 143,562.00 | $42.5020 | $6,101,672.15 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($3,722,943.73)** |
| **Total Shares Bought:** | **364,557.00** |
| **Total Net Shares:** | **143,562.00** |
| **Total Net Expenditures:** | **($9,824,615.88)** |

### PACIFIC GAS & ELECTRIC CO 6.050% due 03/01/2034

| Ticker | CUSIP | ISIN | SEDOL | Lookback Price |
|---|---|---|---|---|
| N/A | 694308GE1 | US694308GE15 | B8FPMT8 | $109.8066 [1] |

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Par Value** | **Price** | **Cost/Proceeds** |
| Open | 04/29/15 | 0.00 | | |
| Purchase | 05/11/16 | 850,000.00 | $132.53 | ($1,126,471.00) |
| *Class Period purchases:* | | *850,000.00* | | *($1,126,471.00)* |
| None | | 0.00 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0.00* | | *$0.00* |
| | Par Value Held: | 850,000.00 | $109.8066 | $933,355.72 |
| | | **LIFO Gain/(Loss):** | | **($193,115.28)** |

### PACIFIC GAS & ELECTRIC CO 4.600% due 06/15/2043

| Ticker | CUSIP | ISIN | SEDOL | Lookback Price |
|---|---|---|---|---|
| N/A | 694308HD2 | US694308HD23 | BBK3XJ5 | $93.9878 [1] |

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Par Value** | **Price** | **Cost/Proceeds** |
| Open | 04/29/15 | 750,000.00 | | |
| Sale | 08/14/15 | -750,000.00 | $103.58 | $776,850.00 |
| *Class Period sales (matched to pre-Class Period purchases):* | | *-750,000.00* | | *$776,850.00* |
| Purchase | 06/03/15 | 125,000.00 | $101.50 | ($126,875.00) |
| *Class Period purchases:* | | *125,000.00* | | *($126,875.00)* |
| Sale | 08/14/15 | -125,000.00 | $103.58 | $129,471.25 |
| *Class Period sales (matched to Class Period purchases):* | | *-125,000.00* | | *$129,471.25* |
| | Par Value Held: | 0.00 | $93.9878 | $0.00 |
| | | **LIFO Gain/(Loss):** | | **$2,596.25** |

### PACIFIC GAS & ELECTRIC CO.  3.300% due 03/15/2027

| Ticker | CUSIP | ISIN | SEDOL | Lookback Price |
|---|---|---|---|---|
| N/A | 694308HS9 | US694308HS91 | BYXYH72 | $91.2732 [1] |

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Par Value** | **Price** | **Cost/Proceeds** |
| Open | 04/29/15 | 0.00 | | |
| Purchase | 03/07/17 | 95,000.00 | $99.65 | ($94,662.75) |
| *Class Period purchases:* | | *95,000.00* | | *($94,662.75)* |

[1]  *Value of shares held is the mean trading price from 6/11/2018 to 8/13/2018.*

| Transaction Type | Trade Date | Par Value | Price | Cost/Proceeds |
|---|---|---|---|---|
| None | | 0.00 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0.00* | | *$0.00* |
| | Par Value Held: | 95,000.00 | $91.2732 | $86,709.56 |
| | | | **LIFO Gain/(Loss):** | **($7,953.19)** |
| | | | **TOTAL LIFO Gain/(Loss):** | **($3,921,415.95)** |