# EXHIBIT D

## CERTIFICATION

I, Susan G. Pittard, as Chief of Staff and General Counsel of the Public Employees Retirement Association of New Mexico ("PERA"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of PERA. I have reviewed a complaint filed against PG&E Corporation ("PG&E") alleging violations of the federal securities laws, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint;

2. PERA did not purchase securities of PG&E at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. PERA is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. PERA's transactions in PG&E securities during the Class Period are reflected in Exhibit A, attached hereto;

5. PERA sought to serve as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*Government Employees' Retirement System of the Virgin Islands v. WageWorks, Inc.*,
No. 4:18-cv-1523 (N.D. Cal.)

6. Beyond its pro rata share of any recovery, PERA will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 10th day of August, 2018.

*[signature: Susan G. Pittard]*

Susan G. Pittard
Chief of Staff / General Counsel
*Public Employees Retirement Association of New Mexico*

**EXHIBIT A**

| PG&E CORP. COMMON STOCK | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Shares/ Par Value | Price Per Share/ Par Value | Cost / Proceeds |
| Purchase | 06/03/15 | 1,000 | $51.97 | ($51,970.00) |
| Purchase | 06/03/15 | 2,000 | $51.97 | ($103,940.00) |
| Purchase | 07/13/15 | 2,500 | $51.15 | ($127,872.75) |
| Purchase | 03/10/16 | 1,100 | $56.95 | ($62,645.99) |
| Purchase | 06/24/16 | 3,200 | $62.66 | ($200,512.00) |
| Purchase | 08/09/16 | 94,400 | $63.60 | ($6,004,113.76) |
| Sale | 08/25/16 | -54 | $63.56 | $3,432.41 |
| Sale | 08/25/16 | -1,691 | $63.58 | $107,512.43 |
| Purchase | 08/25/16 | 11,768 | $63.66 | ($749,143.82) |
| Sale | 08/26/16 | -1,315 | $62.99 | $82,826.06 |
| Sale | 08/26/16 | -1,503 | $63.08 | $94,803.98 |
| Sale | 08/29/16 | -376 | $62.50 | $23,500.00 |
| Sale | 08/29/16 | -1,865 | $62.55 | $116,646.98 |
| Sale | 08/30/16 | -1,878 | $62.04 | $116,508.87 |
| Sale | 08/31/16 | -126 | $61.80 | $7,786.99 |
| Purchase | 08/31/16 | 74,700 | $61.94 | ($4,627,052.46) |
| Purchase | 09/27/16 | 6,153 | $63.80 | ($392,539.25) |
| Purchase | 10/20/16 | 8,307 | $60.96 | ($506,386.41) |
| Purchase | 11/08/16 | 700 | $62.02 | ($43,414.00) |
| Sale | 11/17/16 | -8,258 | $58.72 | $484,925.45 |
| Sale | 11/17/16 | -227 | $58.96 | $13,383.38 |
| Sale | 11/17/16 | -7,285 | $59.03 | $430,058.32 |
| Sale | 11/18/16 | -4,630 | $58.40 | $270,409.59 |
| Purchase | 11/22/16 | 6,224 | $59.28 | ($368,962.45) |
| Sale | 11/29/16 | -4,519 | $60.69 | $274,260.37 |
| Sale | 11/30/16 | -2,288 | $59.21 | $135,469.51 |
| Sale | 12/01/16 | -1,197 | $57.90 | $69,308.57 |
| Sale | 12/02/16 | -796 | $58.32 | $46,424.55 |
| Purchase | 12/13/16 | 7,217 | $60.40 | ($435,937.11) |
| Sale | 01/06/17 | -3,108 | $60.84 | $189,090.72 |
| Sale | 01/06/17 | -8,392 | $60.97 | $511,683.74 |
| Purchase | 01/20/17 | 10,349 | $61.41 | ($635,532.09) |
| Purchase | 02/13/17 | 400 | $63.69 | ($25,476.00) |
| Purchase | 02/24/17 | 7,378 | $65.95 | ($486,588.69) |
| Sale | 03/08/17 | -4,763 | $65.24 | $310,739.07 |
| Sale | 03/09/17 | -1,809 | $65.29 | $118,105.63 |
| Sale | 03/10/17 | -928 | $65.35 | $60,648.33 |
| Purchase | 03/22/17 | 1,010 | $67.57 | ($68,241.56) |
| Sale | 04/07/17 | -8,900 | $67.11 | $597,294.13 |
| Purchase | 04/10/17 | 50,200 | $66.93 | ($3,359,735.40) |
| Purchase | 05/25/17 | 5,600 | $66.80 | ($374,085.04) |
| Sale | 05/31/17 | -427 | $68.38 | $29,198.26 |
| Sale | 05/31/17 | -1,710 | $68.38 | $116,929.80 |
| Purchase | 06/06/17 | 2,323 | $68.74 | ($159,680.93) |
| Purchase | 06/30/17 | 11,240 | $66.61 | ($748,694.15) |
| Purchase | 07/24/17 | 1,168 | $67.90 | ($79,307.20) |
| Purchase | 08/31/17 | 1,700 | $70.30 | ($119,510.51) |
| Sale | 10/10/17 | -8,637 | $69.16 | $597,294.33 |
| Sale | 10/11/17 | -977 | $69.08 | $67,494.38 |
| Sale | 10/11/17 | -4,936 | $69.30 | $342,064.80 |

| Transaction Type | Trade Date | Shares/ Par Value | Price Per Share/ Par Value | Cost / Proceeds |
|---|---|---:|---:|---:|
| Purchase | 10/30/17 | 4,180 | $57.23 | ($239,222.65) |
| Sale | 11/20/17 | -2,900 | $52.65 | $152,685.00 |
| Sale | 11/30/17 | -13,862 | $54.24 | $751,874.88 |
| Sale | 11/30/17 | -41,586 | $54.24 | $2,255,624.64 |
| Sale | 11/30/17 | -7,887 | $54.25 | $427,869.75 |
| Sale | 12/01/17 | -15,727 | $54.28 | $853,636.40 |
| Sale | 12/04/17 | -9,743 | $54.13 | $527,404.18 |
| Sale | 12/05/17 | -12,339 | $53.54 | $660,590.58 |
| Sale | 12/06/17 | -2,135 | $53.53 | $114,282.07 |
| Sale | 12/07/17 | -4 | $53.01 | $212.03 |
| Sale | 12/08/17 | -665 | $53.19 | $35,369.69 |
| Sale | 12/15/17 | -5,000 | $53.05 | $265,250.00 |
| Sale | 01/31/18 | -2,040 | $41.79 | $85,260.37 |
| Sale | 02/21/18 | -500 | $39.79 | $19,895.00 |
| Purchase | 04/16/18 | 5,859 | $45.08 | ($264,123.72) |
| Purchase | 04/16/18 | 94 | $45.30 | ($4,257.97) |
| Purchase | 04/16/18 | 40,480 | $45.50 | ($1,842,026.21) |
| Purchase | 04/17/18 | 3,307 | $45.91 | ($151,838.92) |
| Sale | 05/31/18 | -24,012 | $43.33 | $1,040,439.96 |

**PACIFIC GAS & ELECTRIC CO. 6.050% due 03/01/2034**

| Transaction Type | Trade Date | Shares/ Par Value | Price Per Share/ Par Value | Cost / Proceeds |
|---|---|---:|---:|---:|
| Purchase | 05/11/16 | 850,000 | $132.53 | ($1,126,471.00) |

**PACIFIC GAS & ELECTRIC CO 4.600% due 06/15/2043**

| Transaction Type | Trade Date | Shares/ Par Value | Price Per Share/ Par Value | Cost / Proceeds |
|---|---|---:|---:|---:|
| Purchase | 06/03/15 | 125,000 | $101.50 | ($126,875.00) |
| Sale | 08/14/15 | -875,000 | $103.58 | $906,298.75 |

**PACIFIC GAS & ELECTRIC CO 3.300% due 03/15/2027**

| Transaction Type | Trade Date | Shares/ Par Value | Price Per Share/ Par Value | Cost / Proceeds |
|---|---|---:|---:|---:|
| Purchase | 03/07/17 | 95,000 | $99.65 | ($94,662.75) |