# EXHIBIT F

| | | | |
|---|---|---|---|
| PCG/21A | PACIFIC GAS & ELECTRIC 3.25% 09/15/21 | 3.25 | 9/15/2021 |
| PCG/22 | Pacific Gas and Electric Company 1.75% 1ST MTG BDS 06/16/2022 | 1.75 | 6/16/2022 |
| PCG/25 | Pacific Gas & Electric Co 3.5 06/15/2025 | 3.5 | 6/15/2025 |
| PCG/27 | Pacific Gas and Electric Company 3.3 03/15/2027 | 3.3 | 3/15/2027 |
| PCG/27A | Pacific Gas and Electric Company 2.10% 1ST MTG BDS 08/01/2027 | 2.1 | 8/1/2027 |
| PCG/31 | Pacific Gas and Electric Company 2.50% 1ST MTG BDS 02/01/2031 | 2.5 | 2/1/2031 |
| PCG/34 | Pacific Gas & Electric 6.05% 3/1/34 | 6.05 | 3/1/2034 |
| PCG/34A | Pacific Gas & Electric Co 6.05 03/01/2034 | 6.05 | 3/1/2034 |
| PCG/37 | Pacific Gas & Electric 5.8% 3/1/37 | 5.8 | 3/1/2037 |
| PCG/37A | PACIFIC GAS & ELEC CO AMBAC 5.8% 03/01/37 | 5.8 | 3/1/2037 |
| PCG/38 | Pacific Gas & Electric 6.35% SR NTS 2/15/38 | 6.35 | 2/15/2038 |
| PCG/39 | PACIFIC GAS & ELEC 6.25% SR NTS 03/01/39 | 6.25 | 3/1/2039 |
| PCG/40 | PACIFIC GAS & ELEC CO SR NT 5.4% 01/15/40 | 5.4 | 1/15/2040 |
| PCG/40A | Pacific Gas and Electric Company 3.30% 1ST MTG BDS 08/01/2040 | 3.3 | 8/1/2040 |
| PCG/45 | PACIFIC GAS & ELECTRIC 4.3 3/15/2045 | 4.3 | 3/15/2045 |
| PCG/50 | Pacific Gas and Electric Company 3.50% 1ST MTG BDS 08/01/2050 | 3.5 | 8/1/2050 |
| PCG22 | PACIFIC GAS & ELECTRIC 2.45% 08/15/22 | 2.45 | 8/15/2022 |
| PCG23 | PACIFIC GAS & ELECTRIC 3.25% 06/15/23 | 3.25 | 6/15/2023 |
| PCG23A | PACIFIC GAS&ELEC PCG 3.85% 11/15/23 | 3.85 | 11/15/2023 |
| PCG23B | Pacific Gas and Electric Company 1.367% 1ST MTG BDS 03/10/2023 | 1.367 | 3/10/2023 |
| PCG24 | PACIFIC GAS & ELECTRIC 3.75% 02/15/24 | 3.75 | 2/15/2024 |
| PCG24A | PACIFIC GAS & ELECTRIC 3.4 08/15/2024 | 3.4 | 8/15/2024 |
| PCG26 | Pacific Gas & Electric Co 2.95 03/01/2026 | 2.95 | 3/1/2026 |
| PCG27 | Pacific Gas and Electric Company 3.30% 12/01/2027 | 3.3 | 12/1/2027 |
| PCG28 | PG&E Corporation 5.00% SNR SEC NTS 07/01/2028 | 5 | 7/1/2028 |
| PCG28A | Pacific Gas and Electric Company 3.00% 1ST MTG BDS 06/15/2028 | 3 | 6/15/2028 |
| PCG30 | PG&E Corporation 5.25% SNR SEC NTS 07/01/2030 | 5.25 | 7/1/2030 |
| PCG31 | Pacific Gas and Electric Company 3.25% 1ST MTG BDS 06/01/2031 | 3.25 | 6/1/2031 |
| PCG41 | PACIFIC GAS & ELECTRIC 4.50% SR NTS 12/15/41 | 4.5 | 12/15/2041 |
| PCG41A | Pacific Gas and Electric Company 4.20% 1ST MTG BDS 06/01/2041 | 4.2 | 6/1/2041 |
| PCG42 | PACIFIC GAS & ELECTRIC 4.45% SR NTS 04/15/42 | 4.45 | 4/15/2042 |
| PCG42A | PACIFIC GAS & ELECTRIC 3.75% 08/15/42 | 3.75 | 8/15/2042 |
| PCG43 | PACIFIC GAS & ELECTRIC 4.6% 06/15/43 | 4.6 | 6/15/2043 |
| PCG43A | PACIFIC GAS&ELEC PCG 5.125% 11/15/43 | 5.125 | 11/15/2043 |
| PCG44 | PACIFIC GAS & ELECTRIC 4.75% 02/15/44 | 4.75 | 2/15/2044 |
| PCG46 | Pacific Gas & Electric Co 4.25 03/15/2046 | 4.25 | 3/15/2046 |
| PCG46A | Pacific Gas and Electric Company 4 12/01/2046 | 4 | 12/1/2046 |
| PCG47 | Pacific Gas and Electric Company 3.95% 12/01/2047 | 3.95 | 12/1/2047 |