ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick *(pro hac vice forthcoming)*
lrolnick@rksllp.com
Marc B. Kramer *(pro hac vice forthcoming)*
mkramer@rksllp.com
Michael J. Hampson *(pro hac vice forthcoming)*
mhampson@rksllp.com
Richard A. Bodnar *(pro hac vice)*
rbodnar@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for the JIBEI Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**THE JIBEI CLAIMANTS' JOINDER AND STATEMENT IN SUPPORT OF THE PGIM FI CLAIMANTS' RESPONSE AND OPPOSITION TO REORGANIZED DEBTORS' ELEVENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE)**<br><br>**Hearing Information:**<br>Date: September 14, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Individual Claimants Annuity Plan of the Electrical Industry, Electrical Employers Self Insurance Safety Plan, Employees Security Fund of the Electrical Products Industries Health & Welfare, and Legal Services Plan of the Electrical Industry ("**JIBEI Claimants**") hereby file this joinder and statement (the "**Joinder**") in support of the PGIM FI Claimants' Response and Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (the "**Response and Opposition**").

## JOINDER

The JIBEI Claimants hereby join the Response and Opposition. The JIBEI Claimants support, adopt and incorporate by reference the arguments made therein.[1]

## RESERVATION OF RIGHTS

The JIBEI Claimants reserve all of their respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Joinder in accordance with applicable rules.

Dated: August 31, 2021

ROLNICK KRAMER SADIGHI LLP

By: _____

RICHARD A. BODNAR

*Attorneys for the JIBEI Claimants*

---

[1] In conformance with the ADR Procedures adopted by this Court, the JIBEI Claimants provide Appendix A, listing information relevant to their claims, including claim numbers.

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**APPENDIX A**

| CREDITOR | CLAIM NO. | DATE | AMOUNT OF CLAIM | NOTICE ADDRESS |
|---|---|---|---|---|
| Annuity Plan of the Electrical Industry | 101683 | 4/16/2020 | Unliquidated | Richard A. Bodnar<br>Rolnick Kramer Sadighi LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>212.597.2800<br>rbodnar@rksllp.com |
| Electrical Employers Self Insurance Safety Plan | 100193 | 4/15/2020 | Unliquidated | Richard A. Bodnar<br>Rolnick Kramer Sadighi LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>212.597.2800<br>rbodnar@rksllp.com |
| Employees Security Fund of the Electrical Products Industries Health & Welfare | 99659 | 4/15/2020 | Unliquidated | Richard A. Bodnar<br>Rolnick Kramer Sadighi LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>212.597.2800<br>rbodnar@rksllp.com |
| Legal Services Plan of the Electrical Industry | 100084 | 4/15/2020 | Unliquidated | Richard A. Bodnar<br>Rolnick Kramer Sadighi LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>212.597.2800<br>rbodnar@rksllp.com |