Ricky-Dean Horton
751 Rosemary Court
Fairfield, CA 94533
707-386-9713 cell
RickyDHorton@gmail.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Ricky-Dean Horton, a living man,** **Claimant** vs. **PG&E CORPORATION,** - and - **PACIFIC GAS AND ELECTRIC COMPANY;** Debtors. Affects Both Debtors *All papers shall be filed in the Lead Case, No. 19-30088 (DM* | PG&E Bankruptcy Case No.: 19-30088 (DM) Chapter 11, Lead Case, Jointly Administered; Re: Claim No. 87111, Electrocution to the Death of Claimant's Brother, Rory-Nelson Horton; **MOTION TO STRIKE Order within Dkt. 11135** and **MOTION TO STRIKE Clarifying Order of Order 11135 within Dkt. 11154** **MOTION FOR Change of Timeline re: Docket 11074** to the following: **Deadline for Response: 4:00pm October 5, 2021** **HEARING DATE: 10:00am October 19, 2021** |

    **Claimant's MOTION TO STRIKE the Order** dated August 20, 2021 found on **Docket 11135**, AND **MOTION TO STRIKE Clarifying Order** found on **Docket No. 11154** dated August 25, 2021 due to orders being **FRIVOLOUS and UNLAWFUL,** and a **PREVIOUS and PENDING court hearing has already been set and Calendared for all matters related to the orders Re: Claimant's Docket No. 11074, <u>and among other reasoning as stated herein;</u>**
    AND
**MOTION FOR Change of Hearing Date to Comply with the** United States Bankruptcy Court,

Northern District of California, San Francisco Division, **PG&E's** OPEN CALENDAR PROCEDURE for the hearing formerly Scheduled within Docket 11074 to the new **Deadline for Response of 4:00pm October 5, 2021,** AND a **Hearing Date of 10:00am October 19, 2021.**

**THIS DOCUMENT FILING IS IN ADDITION TO Claimant's Filing of Docket 11074;**
    **AND**
**IS A RESPONSE AND OBJECTIONS TO ORDERS FOUND WITHIN DOCKETS 11135 AND 11154.**

## JURISDICTION

This **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION** has jurisdiction over this matter and shall retain jurisdiction to resolve any disputes or controversies arising from any of the court's orders. *28 U.S.C. §§ 157*

**Fundamental self-evident truths, facts and assertion of Rights:**

**1.** People are born upon this world of life and creation and are living, breathing people because of creation. Therefore, it is known as a self-evident truth and fact that the living people are gifted by creation with fundamental natural and inherent rights.

**2.** As a fact found within **EXHIBIT 1 on sealed docket 11074**, Ricky-Dean Horton is a man found to be living and is one of the people of California. (Hereinafter Claimant, or I, or me, or any other identifier to me, the living man, Ricky-Dean Horton).

**3.** Claimant did file his Claim into this **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION** on or before October 21, 2019 with the understanding that this is a **federal court,** is **a court of record**, is bound to and proceeds according to the **Laws of the Land and the laws of nature (aka common law)**, and is mostly governed by the **Federal Rules of Civil Procedure (FRCivP). No rights are waived or in any way conceded that would diminish the inherent, unalienable, substantive, natural or any rights whatsoever of Ricky-Dean Horton, a living man**.

**4.** The Judges and/or Magistrates in this **UNITED STATES BANKRUPTCY COURT,** as bound by their oaths of office, are qualified to preside over these bankruptcy proceedings. The Judges and/or Magistrates in this **Federal Bankruptcy Court** have, at a minimum, taken the Oath of Office

to protect and defend the federal Constitution. Both federal and state Constitutions are ordained and established by the people to protect the inherent, unalienable and natural rights of the living people upon the natural world of Creation. Governments, government agencies and employees thereof are entrusted with limited duties, responsibilities and authority. **People who take the oath of office should recognize and maintain**, to the best of their ability, **the separation of the realm of the natural world** and the people found to be living upon it, **and the realm of the commercial world** of codes, statutes, and other man-made laws that regulate such commerce.

5. **Claimant is not an attorney** nor is Claimant represented by an attorney. Claimant understands that he is allowed leeway as a **living man** in a court that is conducted mostly of codes, statutes and other man-made rules that are foreign to natural law.

**PLEASE TAKE NOTICE**

that the **UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION,** will hold a hearing on **October 19, 2021, at 10:00 a.m. (Pacific Time)** to hear any opposition, support, or other witness testimony to Claimant's Motion to Reconsider Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. Nos. 10808, 10809, 10810, 10960, 10980, et al.] and INTENT TO REVERSE The Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. No. 10980] **Filed with Docket 11074 dated August 18, 2021,**

**AND IN ADDITION**

To hear any opposition, support or other witness testimony to Motions within the FILING OF THIS NEW **MOTION TO STRIKE** the orders that were filed in this PG&E Case No. 19-30088 (DM) under **Docket No. 11135 on August 20, 2021 and Docket no. 11154 dated August 25, 2021,** before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's Sixth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency, effective March 1, 2021 and until otherwise ordered, all hearings shall be conducted by video or teleconference. The Courtroom will be closed. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. **The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance or as a witness.** If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE**

that any opposition to Claimant's **Motion to Reconsider Order Expunging and Disallowing Claim Number** 87111 [Re: Dkt. Nos. 10808, 10809, 10810, 10960, 10980, et al.] and **INTENT TO REVERSE The Order** Expunging and Disallowing Claim Number 87111 **[Re: Dkt. No. 10980] as Originally filed In Docket No. 11074 on August 18, 2021,**

**AND IN ADDITION**

that any opposition to Claimant's **MOTION TO STRIKE** the orders that were filed in this PG&E Case No. 19-30088 (DM) under **Docket No. 11135 on August 20, 2021 and Docket no. 11154 dated August 25, 2021,** must be in writing, filed with this Bankruptcy Court, and served on Claimant at the above-referenced address in the upper left corner of Page 1 of this document or by email to RickyDHorton@gmail.com so as to be received by Claimant no later than **4:00 p.m. (Pacific Time) on October 5, 2021 in order to be Heard or Considered at the Hearing at 10:00am on October 19, 2021.**

Any relief requested by Claimant may be granted by default at the hearing if there is no timely filed Objection(s) served to Claimant in accordance with this Timeline or no opposition appears at the hearing.

In deciding Claimant's **Motion(s) and Intent,** the **UNITED STATES BANKRUPTCY COURT** may consider **any other documents or require witnesses**, with or without sworn Declarations filed in these Chapter 11 Cases and related Proceedings, to testify at the hearing.

**ADDITIONAL INFORMATION**

**Claimant filed Motions in this UNITED STATES BANKRUPTCY COURT**, under PG&E Case No. 19-30088(DM) on August 18, 2021, **Dkt No. 11074,** to reverse an order found within Docket No. 10980. The Motions and attachments of Dkt 11074 were sealed and not for public view based on sensitive information, unusual claims, and other serious Charges that should be seen only by those in their official capacity within the Jurisdiction of this Federal Bankruptcy Court, Appellate Courts, other COURTS/courts, Claimant, Debtors, Jury(ies) and/or councils thereof or any other party that may seek to use the information within Sealed Dockets for educational or other approved purposes.

**ANY INFORMATION IN THE SEALED DOCKET 11074** may be freely cited and quoted by Claimant, Debtor's Council, and approved others **EXCEPT** as stated in **Docket 11073**, which includes any protected Personal Information, possible Formal Charges to be brought against Debtors, and other sensitive information of the Motion and EXHIBITS therein.

**CAUSE OF ACTION**

 **1. Frivolous**: Bouvier Law Dictionary, v. 1897: *FRIVOLOUS: An answer or plea is frivolous which controverts no material allegation in the complaint, and which is manifestly insufficient. Under the English common-law amendment act and by the codes of some of the states,* **the court is authorized to strike out such a plea (order) so that the plaintiff (or any party affected) can obtain judgment without awaiting the regular call of the cause;** *1 Abb. Pr. 41; 8 id. 149; 3 Sandf. 732. Bee 1 Misc. Rep. 483; 74 Hun 639; 53 Minn. 98; 51 Wis. 430.*

 The orders that were filed in this PG&E Case No. 19-30088 (DM) under **Docket No. 11135 on August 20, 2021 and Docket no. 11154 dated August 25, 2021 appear to be *frivolous and unlawful*. There was no Motion upon this Bankruptcy Court** to entertain such order(s)**, nor does the order controvert any material allegation, and the order is manifestly insufficient.**

 **THERE ARE NO KNOWN Provisions** within the Bankruptcy Court's or Judge Montali's OPEN CALENDAR PROCEDURES that would allow **for a Hearing Date to be taken off Calendar** by an opposing party without following due process and/or in accordance with the Rules of the Bankruptcy Court's Open Calendar Procedures**, and among other things.**

 **2. The order(s) blatantly disregards Due Process** found within Federal Rules of Civil Procedures **(FRCivP) Rule 7(b)** in order to first qualify for any authority for making such orders. **The Orders further threatens the Integrity of UNITED STATES BANKRUPTCY COURT,** by the Filing of an UNLAWFUL ORDER that clearly violates the inherent rights and Due Process of a living man, Claimant. **The Orders have NO AUTHORITY to TAKE OFF CALENDAR Claimant's Hearing <u>ALREADY</u> pending** on the matters in re: Dockets 10808, 10809, 10810, 10960, 10980, 11074, et al., **AND** although the original dates for the Hearing as found in Docket No. 11074 were found to be in error, this issue **was set for Hearing** by authority found within the Bankruptcy Court's and **Judge Montali's OPEN CALENDAR PROCEDURES and the <u>dates have NOW been corrected</u>** by the filing with this Docket.

**3.** The orders filed onto the SAN FRANCISCO BANKRUPTCY COURT'S website as Dkts No. 11135 and 11154 seem to have **NO origin,** there was **NO Motions** to consider the orders as required by FRCivP Rule 7, **NO Timelines** for a response or a hearing, and so it appears that the Orders have **NO AUTHORITY or CREDIBILITY WHATSOEVER**.

**BOTH ORDERS** found within Dkts. 11135 and 11154 were filed by an **UNKOWN AUTHOR** and Placed onto the public record of this PG&E Case No. 19-30088 **that could have been uploaded as a malicious act, or by someone that could be abusing/misusing the Stamp of Judge Montali** which **COULD JEOPARDIZE** and undermine **the integrity of this UNITED STATES BANKRUPTCY COURT**.

**4. As found in the Order 11154, p2 line 11,** *"There was no fraud on the court or other impropriety with the order."* This appears to be an incorrect statement since Claimant is exposing the possible FRAUD of the order with the facts herein. The Orders found in both Dkts. 11135 and 11154 appears to display an act of impropriety. The statement above could also be construed as that of the author having no Credibility, Competence, or Candor in his/her statements throughout the Orders.

**5. As found in the Order 11154, p2 line 22,** *"When he filed his Proposed Documents Filed Under Seal on August 18, 2021 (Dkt # 11074), the court presumed that he wanted what he submitted to be considered together with his August 4, 2021, submission. Apparently, he intended to substitute the later filing in lieu of the earlier one. To give him the benefit of doubt, the court will consider both submissions in their entirety and directs the Reorganized Debtors to do the same"*.

Without violating the terms of the Sealed Dkt. 11074, and to **Quote Claimant's filing of Dkt 11074** at the bottom of the opening Motions page, it clearly states, *"**THIS MOTION To RECONSIDER AND Intent to REVERSE The Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. Nos. 10808, 10809, 10810, 10960, 10980, et al.], REPLACES PREVIOUS MOTION BY CLAIMANT IN Dkt No. 11031 IN ITS ENTIRETY."*

There is **no Ambiguity or Misunderstanding** that Claimant's Motion filed as Dkt 11074 **COMPLETELY replaces Claimant's previous filing of Dkt No. 11031** and THEREFORE **Dkt No. 11031 should NOT be looked at or considered in any capacity**. The orders found in Dkts 11135 and 11154 are attempting to IGNORE Claimant's intent to disregard and REPLACE Dkt 11031 IN ITS

ENTIRETY by Claimant's REPLACEMENT Motions and Filing of Docket 11074.

As the order found in Dkt No. 11154 is stated again, "*To give him the benefit of doubt, the court will consider both*". The intent that Docket No. 11074 **_REPLACES PREVIOUS MOTION BY CLAIMANT IN Dkt No. 11031 IN ITS ENTIRETY_** is clear and without further discussion. **The Assumption that author of the order is making**, that both Dockets should be considered, **is absolutely WRONG**. The Author of the order is attempting to hold validity to Docket No. 11031 and is again showing his/her lack of Competence by failing to understand the Fact that Docket No. 11074 **Replaced Docket No. 11031 IN ITS ENTIRETY.**

**ADDITIONAL FINDINGS AND FACTS**

Claimant discovered that within the File Downloaded from the Bankruptcy Court's Website called: *"Practices and Procedures 3-30-21.pdf"* of which file is Titled **PRACTICES AND PROCEDURES IN JUDGE MONTALI'S COURT dated March 21, 2021**, and on **Page 11, Par 2** which states in part ". . . *Individual cases may not be discussed with Judge Montali's law clerk or judicial assistant **except to inform the court that** an ex parte request or **a form of order is opposed, that an emergency pleading** or request for order shortening time **is being submitted**, that a chapter 11 plan proponent intends to go forward with a disclosure statement or confirmation hearing, . . .*".

**Claimant exercised the exception to the rule** to inform the court that a *"form of order is opposed"* via email to Ms. Lorena Parada, Courtroom Deputy/Calendar Clerk to Judge Montali on Tuesday August 24, 2021 and that an *emergency pleading* regarding the opposed order ***will be submitted**** within a few days, and among other information within the email to the Court. The email that Claimant sent pursuant to Claimant's understanding of the PRACTICES AND PROCEDURES IN JUDGE MONTALI'S COURT and the exception to the rule as stated above, **was subsequently filed** into this PG&E case titled **"Letter to The Court" as Docket No. 11150.**

**The above Exception to the Rule** in regards to Claimant Informing Ms. Lorena Parada, Courtroom Deputy/Calendar Clerk to Judge Montali that a *"form of order is opposed"* **was clearly overlooked or ignored by the Author of the Order found on Dkt 11154** wherein it is stated on Page 2 Line 1, *"Mr. Horton should not be communicating with the court on an informal, ex parte basis, but the court will accept his comments as well-intended. He should not communicate with the court or staff in the future except regarding scheduling matters."*

**Claimant** Notified Ms. Lorena Parada, Courtroom Deputy/Calendar Clerk to Judge Montali, using the correct Procedures as stated above, **prior to filing this response to the *Form of Order(s) being Opposed*.**

**ADDITIONAL INFORMATION**

The **Open Calendar Procedures** found on the SAN FRANSISCO BANKRUPTCY COURT's website under the website page, *"https://www.canb.uscourts.gov/procedure/salinas-san-francisco/blumenstiel-montali/open-calendar-procedure-san-francisco"* and the **Open Calendar Dates** found within the PDF Document File named, ***"DMOpenCalendarProceduresCovid_0.pdf"*** were used by Claimant for the Scheduling of the HEARING as found on Claimant's Docket No. 11074. The Procedures for setting Open Calendar Dates for hearings on the website page named above, and at the top of the webpage under the heading it is written:

1. *"The San Francisco Division will now permit counsel to utilize an Open Calendar Procedure for the scheduling of certain matters. This procedure will allow counsel to self-select an available date and time on the appropriate San Francisco division judge's calendar and serve notice of that date and time without first having to obtain the date and time from the calendar clerk. The Open Calendar Procedure will operate as follows: 1. _Types of proceedings that may be set in accordance with the Open Calendar Procedure _: Law and Motion matters in adversary proceedings. . . "*

**AND**

2. *3. _Procedure _. a. In order to utilize the Open Calendar Procedure, counsel should select an available date and time as shown on the appropriate attached list for the judge assigned the main case. The lists of available dates will be updated regularly and will be placed on bulletin boards in the clerk's office and outside of each judge's courtroom. The lists will also be posted on the court's Internet website at \*http://www.canb.uscourts.gov \*.*

**AND**

3. *\*Note: \*Occasionally there may be a need to reschedule matters that have been placed on the calendar in accordance with this Open Calendar Procedure. Typically this will be because of calendar congestion or unforeseen schedule changes. In those instances the judge's calendar clerk will contact the moving party as soon as possible so that a notice of a rescheduled hearing may be disseminated.*

It appears that I did use the correct procedures by downloading from the Court's Website a PDF of Judge Montali's Open Calendar Dates with a file name: *"Judge Montali OpenCalendar Dates and*

*Procedures.pdf*" dated as of June 24, 2021, and finding in Paragraph 1 of Page 2 of that PDF document, the date of October 8, 2021, and thus **WAS** the day for the hearing as scheduled automatically in accordance with the Open Calendar Procedures and **with the filing of my Motions found within Docket No. 11074 dated August 18, 2021**.

    **HOWEVER,** upon Claimant recently discovering a second Document Found on the Court's Website with a file name, ***"DMPGEOpenCalendarCovid_0.pdf"*** dated August 5, 2021, of which Document reserves **OPEN CALENDAR DATES specifically for this PG&E Case No. 19-30088** Claimant has, AND IS **correcting the Hearing date** and other Timelines as shown at the Beginning of This Document, and by the **Filing of this Motions Docket**.

## FURTHERMORE

    **As found in the Order of Dkt No. 11154, on p3 line 12,** it is stated, *"There is no absolute right to an actual hearing on a motion such as this."*

    **Claimant OBJECTS to this statement** as it is incorrect. The author of the order is attempting to disregard the **ABSOLUTE, Inherent and natural RIGHTS of Claimant to his Day In Court AND as prescribed by the Open Calendar Procedures** for Scheduling Hearings of the **SAN FRANSISCO BANKRUPTCY COURT and Judge Montali's Open Calendar Dates for PG&E Adversary Hearings. Claimant does have an absolute Right to a Hearing** in front of an Impartial Judge regarding the motions and orders in this case No. 19-30088 and Claimant's Claim no. 87111.

## Additional LAWFUL AND/OR LEGAL ARGUMENTS To Strike the Orders within Dockets No 11135 and 11154.

    **The following factors are to be considered in determining whether an ORDER TO BE STRICKEN is warranted in a matter when a court hearing is already pending.**

**1.** The likelihood that the party seeking the Strike of Order will prevail on the merits of his motion(s);

**2.** The likelihood that the moving party will be irreparably harmed absent of the STRIKE;

**3.** Preservation of Due Process;

**4.** The prospect that **Others will Not be Harmed** if the court grants the Strike of the Order.

    **1. CLAIMANT IS LIKELY TO PREVAIL ON THE MERITS OF HIS MOTIONS;**

**Facts and allegations entered into the** record against Claimant's Claim number 87111 found within Debtor's Docket filing nos. 10808, 10809 and 10810, et al. (Debtor's Ninety-Third Omnibus Objection to Claims, No legal Liability Claims), and among other information, **have been clearly objected to within Claimant's Docket no. 11074. Claimant appears to have the basis of law to consider the facts and other arguments that would likely reverse the order found within Docket No. 10980** that is **attempting** to Disallow and Expunge Claimant's Claim number 87111.

### 2-3. CLAIMANT WILL BE IRREPARABLY HARMED ABSENT OF A STRIKE;

**According to *FRCivP Rule* 7**. *Pleadings Allowed; form of Motions and Other papers (b) Motions and other papers. (1) In General. A request for a court order must be made by motion. The motion must: (A) be in writing unless made during a hearing or trial; (B) state with particularity the grounds for seeking the order; and (C) state the relief sought.*

**a. Claimant has followed proper procedures of this UNITED STATES BANKRUPTCY COURT** to reverse the Order found within Docket No. 10980 that is attempting to Disallow and Expunge Claimant's Claim number 87111.

**b. Claimant will be denied due process** of his Motion(s) and for the Matter to be heard by an impartial Judge at the scheduled Hearing; among other violations of Due Process within the Orders found within Dkts No. 11135 and 11154. **The order being Objected to as written and found on Dkt 11135 on page 2 beginning on line 23 states**: "*2) No later than September 10, 2021, Debtors shall file any response to Claimant's Motion to Reconsider. 3) No hearing will be held on October 8, 2021. The court will review Debtors' response and issue an appropriate order.*" The order appears to be taking Claimant's Hearing Date off calendar in violation of the Bankruptcy Court Calendar Scheduling/Rescheduling procedures. The order is further attempting to allow Debtors to respond to Claimant's original Motion number 11074 without a subsequent timeline for Claimant to respond to Debtor's response, or a hearing date set for Judge Montali to hear Claimant's and Debtors' oral arguments, and to confront witnesses at the hearing as required by Claimant's Motions filed under Dkt. 11074.

**4. The prospect that <u>Others will Not be harmed</u> upon the Strike of Order.**

There will be no apparent harm or injury to anyone if the court **STRIKES THE ORDERS** found within Docket Nos. 11135 and 11154 dated August 20, 2021, and August 25, 2021 respectively. The

matter was already scheduled to be heard with the filing of Claimant's Docket No. 11074 dated August 18, 2021. The Dates have been Corrected by this CURRENT MOTIONS FILING and the Hearing Timeline is consistent with Judge Montali's Open Calendar Dates and Procedures for Adversary hearing of PG&E Case No. 19-30088. **Debtor's will not be deprived of due process** regarding their opportunity to file objections and to be heard in regards to Claimant's Motions found herein and within Dkt No. 11074. **Claimant's Right to his hearing shall be preserved.** Debtors and Claimant will be afforded the opportunity to have the matters heard by an impartial judge on the scheduled hearing date of 10:00am on OCTOBER 19, 2021.

**FURTHERMORE**

As found on the Order within Docket 11154, on Page 2, line 9, *"the signature is applied electronically only after the judge approves and authorizes the filing."*

*Title 18 U.S. Code § 241 - Conspiracy against rights*; **The Author of the Order is Implicating** *"the judge"* **(whoever** *"the judge"* **may be) as a Co-Conspirator to** injure, oppress, threaten, or intimidate **Claimant** in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States.

The Order and Information within the Orders found within Dockets No. 11135 and 11154 appears to fit the definition of *injure, oppress, threaten, or intimidate* **Claimant by depriving Claimant of his right to a Court Hearing, Intimidation by Filing an Order in total disregard to Due Process, among other things.**

**NOT ALL THE OBJECTIONS HAVE BEEN STATED**

In Regards to the ORDERS and Other Information Found within Dkts No. 10808, 10809, 10810, 10960, 10980, 11135, 11154, et al. **Claimant reserves his right to object to and add additional facts** and/or responses by either by uploading Docket filings on the Bankruptcy Court's Website, or **declaring additional objections at the Hearing.**

**THEREFORE, BY THE FACTS AND OTHER EVIDENCE STATED AND SHOWN HEREIN,**

the Orders found within Dkts 11135 and 11154 should be Stricken from the records of this PG&E case No. 19-30088;

**AND**

Upon the **STRIKING OF THE ORDERS** found within **Docket No. 11135 and 11154,** the Debtors' response timeline shall be **Changed From the Date and Time originally scheduled within Docket No. 11074** to **a NEW Response Deadline** as found in **THIS MOTION,** to that of **4:00pm October 5, 2021. The Hearing shall subsequently be changed and re-Calendared to be heard at 10:00am on October 19, 2021** as found to be consistent with the Bankruptcy Court's Adversary Open Calendar Dates and Procedures, and also consistent with Judge Montali's Open Calendar Dates and Procedures for Adversary Hearings of this PG&E Case No. 19-30088;

**AND**

**ANY CHANGE** to the above Hearing Date **MUST FOLLOW** the proper procedures for the date change. **THERE ARE NO PROVISIONS FOR DEBTOR'S COUNCIL TO REMOVE CLAIMANT'S HEARING DATE FROM THE CALENDAR UPON THEIR OWN VOLITION, OR BY ANY UNLAWFUL OR FRIVOLOUS ORDERS**;

**AND**

<u>**FURTHER FRIVOLOUS AND UNLAWFUL Orders**</u> such as the ones found in **Dkts 11135 and 11154** <u>**SHALL NOT BE TOLERATED**</u> **IN THIS FEDERAL BANKRUPTCY COURT.**

Claimant reserves the right to Defend the Sanctity AND Integrity of this **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION** by whatever means are available, **Including, But Not Limited to** defensive actions such as proposing **Sanctions Against the Filer(s) and/or Author(s)** of any such orders that are **FOUND TO BE UNLAWFUL**, and/or **made Without Due Process,** and/or meets the definition of **Frivolous** and/or entered into the records of this case by anyone proven to have **Lack of Competence, Understanding or Candor to make such order(s)**, or have been filed upon this BANKRUPTCY COURT'S WEBSITE under PG&ECase 19-30088 by an **Anonymous Party or an apparent Malicious Act.**

*Cambridge Dictionary:* **SANCTITY:** *1. the quality of being very important and deserving respect.*

## Reservation of Rights

It is known that Codes, Statutes, Rules and other man-made laws are **directed at Government agencies, courts, commercial activity, corporations, and others not proved to be living,** and such rules and man-made laws are foreign to Claimant, the laws of the land, and the laws of nature.

**As found in Claimant's Sealed Dkt No. 11074, Claimant is a man proven to be living,** has made claim to his estate and his certificate of live birth (title), and is under the Supreme Law of the land and the laws of nature. **Claimant DOES NOT CONSENT** to any Commercial Law, Code, Statute, Rule or other legislation or man-made law that would diminish, nullify, or attempt to take away any rights of Claimant.

As stated within Claimant's Claim No. 87111 and other related filings, **Claimant is seeking a remedy under the law** in this **UNITED STATES BANKRUPTCY COURT** for the alleged unsafe conditions and/or the alleged violations of the law, and among other reasons, that resulted in the electrocution to the death of Claimant's brother Rory-Nelson Horton.

## DECLARATION

I, Ricky-Dean Horton, Claimant, and Rory's living natural brother, declare under penalty of perjury under the Supreme Law of the land, and in accordance with the natural laws of The United States of America and in accordance with the natural laws of California, that, to the best of my knowledge and understanding, the foregoing information is true and correct.

Signed and Sealed this  31ST  day of  August , 2021 AD

*Ricky-Dean Horton*
Ricky-Dean Horton, a Living man, Californian, Claimant

SEAL