UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY;**<br>　　　　　　　　　　Debtors.<br>Affects Both Debtors<br>• *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No.: 19-30088 (DM)<br>Chapter 11, Lead Case, Jointly Administered;<br><br>**Ricky-Dean Horton, Claim No. 87111**<br><br>**CERTIFICATE OF SERVICE;**<br><br>Motion to STRIKE orders 11135 and 11154;<br><br>Motion For Hearing Date Change To 10:00am October 19, 2021 |

## CERTIFICATE OF SERVICE

I, Ricky-Dean Horton, do declare and state as follows:

1. I am a creditor in the above-referenced chapter 11 cases.

2. On August 31, 2021, by CM/ECF filing on the Bankruptcy Court's Website, I electronically filed the following documents with the Clerk of the Court by using CM/ECF system (for Non-Registered ECF Filers):

    a. *PG&E Case 19-30088 Ricky-Dean Horton Motion to STRIKE orders 11135 11154 and Motion for Change of HEARING date of Dkt 11074.pdf*

3. I caused the same CM/ECF filing on the Bankruptcy Court's Website to be served upon the interested parties as shown below:

## SERVICE LIST

1.  **Attorneys for Debtors, WEIL, GOTSHAL & MANGES LLP**

    **Via USPS Certified mail:** Tracking No. 7019 0700 0002 1178 8155
    To:
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue,
    New York, NY 10153-0119

    **and Via Electonic Email:**

    Stephen Karotkin, Stephen.karotkin@weil.com;
    Jessica Liou, Jessica.liou@weil.com;
    Matthew Goren, Matthew.goren@weil.com;

2.  **Attorneys for Debtors, KELLER BENVENUTTI KIM LLP**

    **Via USPS Certified mail:** Tracking No. 7019 0700 0002 1178 8179
    To:
    KELLER BENVENUTTI KIM LLP
    650 California Street, Suite 1900
    San Franscisco, CA 94108

    **And Via Electronic Email:**

    PGETeam@primeclerk.com;
    Tobias S. Keller, tkeller@kbkllp.com;
    Jane Kim, jkim@kbkllp.com;
    Thomas Rupp, trupp@kbkllp.com
    Peter J. Benvenutti, pbenvenutti@kbkllp.com,

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Signed, Sealed and Executed this 31st day of August 2021, at Fairfield, California.

*Ricky-Dean Horton* (signature)

Ricky-Dean Horton, Claimant                    SEAL

[Seal: Great Seal For land and sea, House of Horton]