SIDLEY AUSTIN LLP
Samuel A. Newman (SBN 217042)
(sam.newman@sidley.com)
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

*Attorneys for KKR Bespoke Global Credit Opportunities (Ireland) Fund Designated Activity Company, KKR Credit Advisors (US) LLC, KKR Global Credit Opportunities Master Fund LP, KKR Income Opportunities Fund, and POC for KKR DAF Global Opportunistic Credit Fund DAC*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**KKR ELEVENTH OMNIBUS CHALLENGED CLAIMANTS' JOINDER AND STATEMENT IN SUPPORT OF THE PGIM FI CLAIMANTS' RESPONSE AND OPPOSITION TO REORGANIZED DEBTORS' ELEVENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE)**<br><br>**Hearing Information:**<br>Date: September 14, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Related to Dkt. Nos. 11014, 11168** |

KKR Bespoke Global Credit Opportunities (Ireland) Fund Designated Activity Company, KKR Credit Advisors (US) LLC, KKR Global Credit Opportunities Master Fund LP, KKR Income Opportunities Fund, and POC for KKR DAF Global Opportunistic Credit Fund DAC (the "<u>KKR Eleventh Omnibus Challenged Claimants</u>")[1] hereby file this joinder and statement (the "<u>Joinder</u>") in support of the PGIM FI Claimants' Response and Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection.

## JOINDER

The KKR Eleventh Omnibus Challenged Claimants hereby join the PGIM FI Claimants' Response and Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose). The KKR Eleventh Omnibus Challenged Claimants support, adopt and incorporate by reference the arguments made therein.

## RESERVATION OF RIGHTS

The KKR Elee Pventh Omnibus Challenged Claimants reserve all of their respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this Joinder in accordance with applicable rules.

Dated: September 1, 2021

SIDLEY AUSTIN LLP

/s/ Samuel A. Newman
Samuel A. Newman

*Attorneys for KKR Bespoke Global Credit Opportunities (Ireland) Fund Designated Activity Company, KKR Credit Advisors (US) LLC, KKR Global Credit Opportunities Master Fund LP, KKR Income Opportunities Fund, and POC for KKR DAF Global Opportunistic Credit Fund DAC*

---

[1] A list of the applicable claim numbers and other pertinent information for each of the KKR Eleventh Omnibus Challenged Claimants is attached hereto as **Appendix A**.

2

**APPENDIX A**

# APPENDIX A

| Creditor | Claim No. | Date | Amount of Claim | Notice Address |
|---|---|---|---|---|
| KKR Bespoke Global Credit Opportunities (Ireland) Fund Designated Activity Company | 101782 | 4/16/2020 | $2,306,000.00 | c/o KKR Credit Advisors (US) LLC<br>555 California St.<br>50th Floor<br>San Francisco, CA 94104<br>Attn: Jeff Smith<br><br>*With a copy to*:<br>Sidley Austin LLP<br>Attn: Samuel A. Newman<br>Sara N. Shouse<br>Alex R. Rovira<br>555 W. Fifth Street, 40th Flr.<br>Los Angeles, CA 90013 |
| KKR Credit Advisors (US) LLC | 101906 | 4/16/2020 | $4,413,000.00 | 555 California St.<br>50th Floor<br>San Francisco, CA 94104<br>Attn: Jeff Smith<br><br>*With a copy to*:<br>Sidley Austin LLP<br>Attn: Samuel A. Newman<br>Sara N. Shouse<br>Alex R. Rovira<br>555 W. Fifth Street, 40th Flr.<br>Los Angeles, CA 90013 |
| KKR Global Credit Opportunities Master Fund LP | 101564 | 4/16/2020 | $4,777,000.00 | c/o KKR Credit Advisors (US) LLC<br>555 California St.<br>50th Floor<br>San Francisco, CA 94104<br>Attn: Jeff Smith<br><br>*With a copy to*:<br>Sidley Austin LLP<br>Attn: Samuel A. Newman<br>Sara N. Shouse<br>Alex R. Rovira<br>555 W. Fifth Street, 40th Flr.<br>Los Angeles, CA 90013 |

| CREDITOR | CLAIM NO. | DATE | AMOUNT OF CLAIM | NOTICE ADDRESS |
|---|---|---|---|---|
| KKR Income Opportunities Fund | 101903 | 4/16/2020 | $648,000.00 | c/o KKR Credit Advisors (US) LLC<br>555 California St.<br>50th Floor<br>San Francisco, CA 94104<br>Attn: Jeff Smith<br><br>*With a copy to*:<br>Sidley Austin LLP<br>Attn: Samuel A. Newman<br>Sara N. Shouse<br>Alex R. Rovira<br>555 W. Fifth Street, 40th Flr.<br>Los Angeles, CA 90013 |
| POC for KKR DAF Global Opportunistic Credit Fund DAC | 101642 | 4/16/2020 | $454,000.00 | c/o KKR Credit Advisors (US) LLC<br>555 California St.<br>50th Floor<br>San Francisco, CA 94104<br>Attn: Jeff Smith<br><br>*With a copy to*:<br>Sidley Austin LLP<br>Attn: Samuel A. Newman<br>Sara N. Shouse<br>Alex R. Rovira<br>555 W. Fifth Street, 40th Flr.<br>Los Angeles, CA 90013 |