ROLNICK KRAMER SADIGHI LLP
Lawrence M. Rolnick *(pro hac vice forthcoming)*
lrolnick@rksllp.com
Marc B. Kramer *(pro hac vice forthcoming)*
mkramer@rksllp.com
Michael J. Hampson *(pro hac vice forthcoming)*
mhampson@rksllp.com
Richard A. Bodnar *(pro hac vice)*
rbodnar@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

ST. JAMES LAW, P.C.
Michael St. James, CSB No. 95653
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

*Attorneys for the PGIM FI Claimants,
JIBEI Claimants and Invesco Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>     - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) (Lead Case)<br>(Jointly Administered)<br><br>Chapter 11 |

# CERTIFICATE OF SERVICE

I, Richard A. Bodnar, do declare and state as follows:

I am Senior Counsel of Rolnick Kramer Sadighi LLP, located at 1251 Avenue of the Americas, New York, New York 10020. I am over the age of 18 and not a party to this action.

On August 31, 2021, I served the following documents on the interested parties in this action through the Notice of Electronic Filing for all parties and counsel who are registered ECF Users.

- The PGIM FI Claimants' Response and Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose);
- The JIBEI Claimants' Joinder and Statement in Support of the PGIM FI Claimants' Response and Opposition to the Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose); and
- The Invesco Claimants' Joinder and Statement in Support of the PGIM FI Claimants' Response and Opposition to Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon to witness, I could and would testify competently thereto.

Executed on September 1, 2021 at New York, New York.

_____
Richard A. Bodnar