Rolnick Kramer Sadighi LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800

Michael St. James, CSB No. 95653
St. James Law, P.C.
22 Battery Street, Suite 810
San Francisco, California 94111
(415) 391-7566

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re
PG&E CORPORATION,
-and-
PACIFIC GAS AND ELECTRIC COMPANY,

Debtor(s).

Case No. 19-30088
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Marc B. Kramer__, an active member in good standing of the bar of __New York__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Various Rescission or Damage Claimants__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Michael St. James, St. James Law, P.C.

   22 Battery Street, Suite 810, San Francisco, CA 94111

   (415) 391-7566.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/1/2021