| | |
|---|---|
| 1 | Ricky-Dean Horton |
| 2 | 751 Rosemary Court |
| 3 | Fairfield, CA 94533 |
| 4 | 707-386-9713 |
| 5 | RickyDHorton@Gmail.com |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Ricky-Dean Horton,<br>    Claimant, Claim No. 87111<br>vs.<br>PG&E CORPORATION,<br>And<br>PACIFIC GAS AND ELECTRIC COMPANY;<br>    Debtors.<br><br>Affects Both Debtors<br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM | **Bankruptcy Case No.: 19-30088 (DM)**<br>**Chapter 11, Lead Case, Jointly Administered;**<br><br>**Re: Docket 11174, Motions to Strike Orders 11135 and 11154, and Motion to Change Timeline of hearing Date Pursuant to B.L.R. 9006-1(c)**<br><br>**EXHIBIT 1: PROPOSED ORDER** |

Persuant to B.L.R. 9006-1(c) in regards to **Claimant's Docket No. 11174 dated August 31, 2021,** the Motion to shorten or enlarge a timeline as set forth in therein, and Motions to STRIKE orders found within Docket 11135 and Docket 11154, **EXHIBIT 1 is attached hereto as an EMERGENCY PROPOSED ORDER in Response to Docket 11174**.

**SERVICE LIST:**

1. EC/CMF E-Mail/Mail Recipients as Registered

2. Via Electonic Email:

**Attorneys for Debtors, WEIL, GOTSHAL & MANGES LLP**

Stephen Karotkin, Stephen.karotkin@weil.com;
Jessica Liou, Jessica.liou@weil.com;
Matthew Goren, Matthew.goren@weil.com;

**Attorneys for Debtors, KELLER BENVENUTTI KIM LLP**

PGETeam@primeclerk.com;
Tobias S. Keller, tkeller@kbkllp.com;
Jane Kim, jkim@kbkllp.com;
Thomas Rupp, trupp@kbkllp.com
Peter J. Benvenutti, pbenvenutti@kbkllp.com

3. Ricky-Dean Horton
751 Rosemary Court
Fairfield, California 94533
rickydhorton@gmail.com