**EXHIBIT 1**

# Proposed Order

Ricky-Dean Horton

751 Rosemary Court

Fairfield, CA 94533

707-386-9713

RickyDHorton@Gmail.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Ricky-Dean Horton,<br>　　　Claimant, Claim No. 87111<br>vs.<br>PG&E CORPORATION,<br>And<br>PACIFIC GAS AND ELECTRIC COMPANY;<br>　　　Debtors.<br><br>Affects Both Debtors<br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM | **Bankruptcy Case No.: 19-30088 (DM)**<br>**Chapter 11, Lead Case, Jointly Administered;**<br><br>**FINDINGS FOLLOWING MOTION FROM CLAIMANT IN DOCKET 11174 TO STRIKE ORDERS FOUND IN DKTS NO. 11135 AND 11154 and MOTION FOR HEARING DATE CHANGE;**<br>and<br>**TENTATIVE ORDER TO BECOME A FINAL ORDER IF NO RESPONSE IS RECEIVED PRIOR TO 4:00pm SEPTEMBER 10, 2021** |

## JURISDICTION

This **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION** has jurisdiction over this matter and shall retain jurisdiction to resolve any disputes or controversies arising from any of the court's orders. *28 U.S.C. §§ 157*

This Cause came before this Federal Bankruptcy Court by Motions from Claimant Ricky-Dean Horton within Docket No. 11174 on August 31, 2021 to Strike the Orders on Dockets 11131: *ORDER REGARDING MOTION FOR RECONSIDERATION BY RICKY D. HORTON*; and 11154: O*RDER CLARIFYING ORDER REGARDING MOTION FOR RECONSIDERATION BY RICKY D. HORTON*, and to Extend and Reschedule the Hearing Date to Conform to this Court's Open Calendar Procedures for Adversary Hearings in PG&E Bankruptcy Case of 19-30088 and Pursuant to B.L.R. 9006-1(c).

**THE COURT**, After Considering the evidence set forth in Claimant's Motions found in Docket 11174, hereby provides this Statement and Reasoning of The Court's Decision based upon the main issues within Claimant's Motions:

1. On the Issues whether the Orders found within Dockets No. 11135 and 11154 followed proper procedures for the Order to be Valid, this Federal Bankruptcy Court finds and Declares that the Orders within Dockets 11135 and 11154 did not follow the proper procedures and are NOT VALID. According to the Federal Rules of Civil Procedures (FRCivP) Rule 7(b), the Court has not seen any Motions filed as to the merits of the Orders found in Docket No. 11135 or Docket No. 11154. The Orders are further disqualified pursuant to B.L.R. 9021-1(a) Prior to a Hearing, which states, "no proposed forms of orders granting or denying motions shall be submitted with the moving or opposition papers prior to hearing." The Courts finds that a hearing for the matters has been proposed in Claimant's Docket Filing 11074 dated August 18, 2021 and therefore the Order cannot be upheld by denying Claimant's motions prior to a hearing.
2. On the Issue in regards of a Hearing as a right, The Court Finds that a right to a hearing by either party in a matter before this Federal Bankruptcy Court shall not be Denied. Rights and laws protecting such rights to have matters heard in Regards to Any Controversy within the Jurisdiction of this Federal Bankruptcy Court is guaranteed and preserved to both Claimants and Debtors.

3. The timeline set forth in Claimant's Motion found in Docket 11174 dated August 31, 2021 to Change the Hearing date to 10:00am on October 19, 2021 is found to conform with the Open Calendar Procedures set forth by this Bankruptcy Court and The Calendar Dates for Adversary Hearings of Judge Montali's Open Calendar for PG&E Case No. 19-30088.

**TENTATIVE ORDER**

1. The Orders within Docket Numbers 11135 and 11154 shall be Stricken from the Record and shall not be considered in any capacity;
2. A new Hearing Date of 10:00am October 19, 2021 to hear the matters pertaining to the issues found in Claimant's Motions within in Docket 11074 dated August 18, 2021 and related filings is Granted;
3. Prior to the Hearing as scheduled for 10:00am on October 19, 2021, Responses to Claimant's Motions and other issues raised Related to Docket 11074 dated August 18, 2021 Shall be submitted no later than 4:00pm on October 5, 2021.

This Tentative Order is the Court's proposed statement of decision, and will become the final Order unless a response is filed and received by 4:00pm September 10, 2021, which specifies those principal issues or objections.

**END OF ORDER**

**SERVICE LIST:**

1. EC/CMF E-Mail/Mail Recipients as Registered
2. Via Electonic Email:

**Attorneys for Debtors, WEIL, GOTSHAL & MANGES LLP**

Stephen Karotkin, Stephen.karotkin@weil.com;
Jessica Liou, Jessica.liou@weil.com;
Matthew Goren, Matthew.goren@weil.com;

**Attorneys for Debtors, KELLER BENVENUTTI KIM LLP**

PGETeam@primeclerk.com;
Tobias S. Keller, tkeller@kbkllp.com;
Jane Kim, jkim@kbkllp.com;
Thomas Rupp, trupp@kbkllp.com
Peter J. Benvenutti, pbenvenutti@kbkllp.com

**3.** Ricky-Dean Horton
751 Rosemary Court
Fairfield, California 94533
rickydhorton@gmail.com