Good afternoon,                          9/02/2021

Just a short note to recap response to Omnibus Objection.

PG&E would not supply any information regarding how much it would

Cost to install overhead powerlines for irrigation or a future well. Which in the original letter dated in 1991 they would install in exchange for a right of way.  I have attached a file with invoices and cost to install power to a new well.


Thank You

Robert Finley