BLA SCHWARTZ, PC
Irwin B. Schwartz (SBN 141140)
515 S. Flower Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 785-3854
Facsimile: (213) 785-3684
ischwartz@blaschwartz.com

*Counsel for Hartford Life and Annuity Insurance Company (now known as Talcott Resolution Life Insurance Company), Hartford Total Return Bond ETF, Hartford Total Return Bond Fund, Hartford Total Return Bond HLS Fund, The Hartford Strategic Income Fund, HIMCO Duration Matched Division Ser. II, HIMCO US Aggregate Bond Index Division*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

**PG&E CORPORATION**

-and-

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors

Affects both Debtors

Bankruptcy Case No. 19-30088 (DM)

**NOTICE OF APPEARANCE**

**Related to Dkt. Nos. 11014, 11168**

Please take notice of the appearance of the undersigned as counsel of record on behalf of Hartford Life and Annuity Insurance Company (now known as Talcott Resolution Life Insurance Company); Hartford Total Return Bond ETF; Hartford Total Return Bond Fund; Hartford Total Return Bond HLS Fund; The Hartford Strategic Income Fund; HIMCO Duration Matched Division Ser. II; and HIMCO US Aggregate Bond Index Division.

Dated: September 3, 2021				Respectfully Submitted,

				 /s/ Irwin B. Schwartz
				Irwin B. Schwartz (SBN 144410)