BLA SCHWARTZ, PC
Irwin B. Schwartz (SBN 141140)
515 S. Flower Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 785-3854
Facsimile: (213) 785-3684
ischwartz@blaschwartz.com

*Counsel for Hartford Life and Annuity Insurance Company (now known as Talcott Resolution Life and Annuity Company), Hartford Total Return Bond ETF, Hartford Total Return Bond Fund, Hartford Total Return Bond HLS Fund, The Hartford Strategic Income Fund, HIMCO Duration Matched Division Ser. II, and HIMCO US Aggregate Bond Index Division*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors<br><br>Affects both Debtors | **Bankruptcy Case No. 19-30088 (DM)**<br><br>MOTION FOR LEAVE TO FILE LATE AND OPPOSITION TO REORGANIZED DEBTORS' ELEVENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE)<br><br>**Hearing Information:**<br>Date: September 14, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephone Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>**Related to Dkt. Nos. 11014, 11168** |

Hartford Life and Annuity Insurance Company (now known as Talcott Resolution Life and Annuity Company), Hartford Total Return Bond ETF, Hartford Total Return Bond Fund, Hartford Total Return Bond HLS Fund, The Hartford Strategic Income Fund, HIMCO

Duration Matched Division Ser. II, HIMCO US Aggregate Bond Index Division, and (together, the "<u>Hartford Eleventh Omnibus Challenged Claimants</u>")[1] hereby respectfully submit this Motion to File Opposition Late and to Oppose Reorganized Debtors' Eleventh Securities Claims Omnibus Objection [Dkt. No. 11014].[1]

**MOTION FOR LEAVE TO FILE OPPOSITION LATE**

As ground for this motion, the Hartford Eleventh Omnibus Challenged Claimants state that they did not receive effective notice of the Eleventh Securities Claims Omnibus Objection and were unable to lodge their objection until today. In addition, since other claimants lodged objections before and after the purported August 31, 2021 deadline to do so, there will be no prejudice to the parties or disruption of the Court's schedule by allowing the Hartford Eleventh Omnibus Challenged Claimants to appear and assert their opposition to the Debtors' Eleventh Securities Claims Omnibus Objection.

**OPPOSITION**

The Hartford Eleventh Omnibus Challenged Claimants respectfully join in the substantive Oppositions already on file to the Debtors' Eleventh Securities Claims Omnibus Objection. [Dkt. Nos. 11168 and 11170]. In addition, and without limitation, the Hartford Eleventh Omnibus Challenged Claimants state, based on investigation of counsel, that there were numerous data import errors associated with claims filings received by Prime Clerk and therefore the information upon which the Radetich and Keable Declarations are based is not reliable. The

---

[1] A list of the applicable claim numbers and other pertinent information for each of the Hartford Eleventh Omnibus Challenged Claimants is attached hereto as **Appendix A**.

Hartford Eleventh Omnibus Challenged Claims Claimants are working with the claims administrator to reconcile their transactional data and the information in the claims administrator's database, which process is not complete. Nor did the Hartford Eleventh Omnibus Challenged Claimants submit their claims herein exclusively under Section 11 of the Securities Act and therefore the Statute of Repose does not bar the compensation to which the Hartford Eleventh Omnibus Challenged Claimants are entitled arising from any other basis.

## RESERVATION OF RIGHTS

The Hartford Eleventh Omnibus Challenged Claimants reserve all their respective rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify or supplement this Opposition in accordance with applicable rules.

Dated: September 3, 2021                    BLA SCHWARTZ, P.C.


By: _/s/ *Irwin B. Schwartz*_____
       Irwin B. Schwartz

Counsel for Hartford Life and Annuity Insurance Company (now known as Talcott Resolution Life and Annuity Company), Hartford Total Return Bond ETF, Hartford Total Return Bond Fund, Hartford Total Return Bond HLS Fund, The Hartford Strategic Income Fund, HIMCO Duration Matched Division Ser. II, HIMCO US Aggregate Bond Index Division

# Verification

I, Brenda J. Page, on oath depose and say that I am Managing Associate General Counsel, Head of Investment Law, for The Hartford, which is affiliated with the Hartford Eleventh Omnibus Challenged Claimants. To the best of my knowledge, the facts set forth in this Motion for Leave to File Late and Opposition are true and accurate based on my investigation thereof.

Signed under the penalties of perjury on this 3rd day of September 2021.

*/s/ Brenda Page*
Brenda J. Page

| CREDITOR | CLAIM NO. | DATE | AMOUNT OF CLAIM | NOTICE ADDRESS |
|---|---|---|---|---|
| Talcott Resolution and Annuity Insurance Company | 100313 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B<br>Hartford, CT 06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |
| HIMCO US Aggregate Bond Index Division | 100877 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B<br>Hartford, CT 06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |
| Hartford Life and Annuity Insurance Company (now known as Talcott Resolution Life and Annuity Insurance Company) | 101156 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B<br>Hartford, CT 06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |
| The Hartford Strategic Income Fund | 101189 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford |

|  |  |  |  | One Hartford Plaza, NP5-B<br>Hartford, CT  06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |
|---|---|---|---|---|
| Hartford Total Return Bond ETF | 101204 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B<br>Hartford, CT  06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |
| Hartford Total Return Bond HLS Fund | 101225 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B<br>Hartford, CT  06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |
| The Hartford Strategic Income Fund | 101383 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B<br>Hartford, CT  06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C. |

| | | | | One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |
|---|---|---|---|---|
| The Hartford Total Return Bond Fund | 101956 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B<br>Hartford, CT  06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |
| Hartford Total Return Bond ETF | 101958 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B<br>Hartford, CT  06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |
| HIMCO Duration Matched Division Ser II | 101981 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B<br>Hartford, CT  06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |
| HIMCO US Aggregate Bond Index Division | 102003 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B |

| | | | | Hartford, CT 06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |
|---|---|---|---|---|
| The Hartford Strategic Income Fund | 102027 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B<br>Hartford, CT 06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |
| HIMCO Duration Matched Division Ser II | 102069 | 4/16/2020 | Unliquidated | Brenda J. Page<br>Managing Associate General Counsel, Head of Investment Law, The Hartford<br>One Hartford Plaza, NP5-B<br>Hartford, CT 06155<br>(860) 297-6444<br>Brenda.Page@thehartford.com<br><br>With a copy to:<br><br>Irwin B. Schwartz<br>BLA Schwartz P.C.<br>One University Ave., Suite 302B<br>Westwood, MA 02090<br>781-636-5032<br>ischwartz@blaschwartz.com |