| | |
|---|---|
| **From:** | M. V-Pedroia |
| **To:** | Dennis Montali |
| **Cc:** | Lorena Parada; Ankey Thomas |
| **Subject:** | CASE #19-30088 DOCUMENT #11043 SANDRA PEDROIA PROOF OF CLAIM #87136 |
| **Date:** | Monday, September 6, 2021 11:03:36 PM |

**CAUTION - EXTERNAL:**

Dear Judge Montali,

My mother, Sandra Pedroia, asked me to help her submit an answer to your court order dated 8-10-2021.

I apologize for submitting this on the last day as the order did not specify where I should send a reply.
I am hoping this reaches you in time.

PG&E broke our water main back in 2011.
They originally tried to deny our claim but seeing as how the damage was self evident (we have photos), they replaced the pipe that they broke.
They admitted fault, then stalled on the rest of the repairs.
I believe this is why her claim should not be time barred.
 Damage was done to our house, some perhaps irreversible, and PG&E promised to make us whole again.
PG&E executives continually strung my mother along for TEN YEARS.
They told her to "TRUST" them when really they were stalling her hoping her statutes would expire.
An underhanded tactic to use on a disabled senior citizen.

Please do not dismiss this case.
I have no legal experience but I will try my best to help defend my mother against PG&E in any way I can.
It has been a harrowing 10 years.

Sincerely,

Marie Pedroia & Sandra Pedroia


***I have attached my mother's email that includes names, dates and other pertinent information if you need a more detailed outline. Please bear in mind..It is hard to keep emotions in check when your home is compromised by a huge corporation like PG&E.
There have been many lies and broken promises. Thank you.


my reasons > that I believed in the PG&E executives who assured me and made promises, that all would be resolved to my satisfaction.

My name is Sandra Pedroia, born and raised in San Francisco.
I'm 72, disabled and housebound.

Our home in SF's Excelsior District
was built in 1937, although my son recently discovered that the year could have been in the 1922.
___

In 2011 Pacific Gas & Electric laid down their Plastic Pipe Project in SF, tearing up streets & removing gas lines. This took place right in front of our two story house on Athens Street.

For weeks PG&E's construction crews used monster machinery to pound the streets from around 9am to around 5pm. The noise was unbearable, with nowhere to hide our beloved cat Sadie died in my arms.

PG&E didn't warn our neighborhood about the noise.

I could tell you more about this life-changing event...but then my email would turn into a best seller.
___

PG&E crews decided to use the front of our house as storage for their heavy equipment >

Trucks, vehicles, huge slats of heavy metal, cranes and more...

I asked the crew to please stop piling their heavy equipment in the street in front of our house, and now on top of the sidewalk in front of our house.

I even asked the foreman, to no avail.

My daughter and I were worried, so during the construction we'd sit on our front stairs. While the workers continued to stockpile their heavy equipment on the sidewalk in front of our house.

A few of the construction workers made sexually suggestive comments.
___

Over the many years from a young mother and now to an elderly lady, I've always brought important information directly to PG&E's Executive Management team.
Whether they wanted to know or not. I'm like a consumer/customer protection agent. There's nothing
I can do about that, I've tried to ignore injustice, but it doesn't work.

Throughout the years there were PG&E executives/employees who made it obvious that they hated me. Friends & neighbors warned me to be cautious of PG&E.
___

During the construction, and without warning...a fountain
shot up next to our staircase, it was around 7 feet high. We were
dumbstruck!!!

The water flowed and gushed against the front wall of our house, which protects our basement, and our staircase wall which leads to our basement storage.

PG&E's heavy equipment broke our water line!!! There was water everywhere. Homeowners from every direction ran over to see this event.

——

I immediately called PG&E Headquarters to report this disaster.

The water was still gushing.

PG&E adjuster Kim Damico came out to our house, she took one look and said, "nope, PG&E isn't responsible". I don't remember if the water had been shut off. I had asked her to look into our basement and under our front stairs, to take photos. But she didn't. She was there less than 10 mins. and left.

When the city came out to shut off the water, that's when PG&E's
engineers, architects, draftsmen, planners came out. They tried to calm us down. They all gave us assurances that PG&E would immediately take care of this disaster that they created for us.

We were beyond grief-stricked.
What could we do? Homeowners insurance doesn't cover water damage.

——

Anything that PG&E offered us was through my persistence.
Sandy Sanford was authorized to give us money in case we wanted to stay in a motel. He brought up his story of when he was young and how his family had water damage in their home, saying how bad it was.

Because our water was now shut off. We had to use a bucket as our toilet. Burying our feces in our backyard. During this time we were extremely distraught, there were times when my daughter and I cried non-stop for hours.
We didn't sleep. Our life was turned upside down.

PG&E paid to have a new water pipe installed.
——

Months passed and I worried about mold, mildew and wood rot,
the after effects of water damage.

PG&E had worked on a project with a small company > MJ Avila.

https://visionhispanausa.com/negocios-locales/minority-owned-businesses-grow-through-diversity-programs

https://www.eeintl.com/about-us/key-projects/

I called them and asked them to come out to our home to check for further damage.

I figured if Pacific Gas and Electric worked with them, that they would be trustworthy.

Ms. Avila sent her foreman Troy and his co-worker to our home.

They were here 2-3 days and stayed at a motel.

Later his co-worker left after I saw them drinking beer.

Troy cut out a sizeable area at the bottom of our staircase, where the water had gushed into.

There we found wooden slats that had rotted and crumbled. Part of the many materials that's support our staircase.

Troy grabbed a few of the rotted wooden slats, ran to his pickup truck, tossed the slats inside the front seat area...and took off like a "bat out of hell" !!!

Why? we'll never know.

My guess was that MJ Avila was working with PG&E, conspiring to
help PG&E off the hook for the after affects of the water damage they did to our home.
___

PG&E and MJ Avila have no recollection of how they lost our case files. We asked for copies and PG&E's employee who's in charge of records claimed it couldn't be found. MJ Avila was so upset that I think she had a nervous breakdown and almost started crying. Her excuse was fire damage.
___

As a result of the gushing water under the front of our house where our basement is and our storage area is...the (3)after affects are there. A well known trusted insurance company had their homeowner's adjuster come out to survey our basement. We were appalled when he told us that the water damaged ruined our foundation!!!

Our storage area was destroyed by wood rot, mold and mildew,
and that affected our staircase.

PG&E architects must have known the outcome of water damage.

This tragic outcome has destroyed our life of whatever happiness we could have had.
___

Many Chief Executive Officers,
PG&E Executives, PG&E attorneys
have given us assurances and even promises that they would take care of the damage caused by PG&E.

I won't throw these PG&E executives under the bus, they know who they are. There were at least (7). One crushed my trust.


___

A lot has transpired.

Being that we love our older home and would never think of selling it,

If that ever happened it would be at a loss because of the after effects of water damage.

So PG&E has put us in a precarious predicament. We can't move backwards, we can't move forward.

___

There were two PG&E employees that tried to help me. They made arrangements for a mediation twice!!! Both times the mediation company dropped the ball and failed to come forward. No one knows why, no excuse was given.
This left the two PG&E employees speechless.

___

Steve Schirle · Chief Counsel, Litigation, at Pacific Gas and Electric Company

Under his reign at that time were >

Lavern Mitchell
Kim Damico

He was their boss and the two women worked the "good cop"
"bad cop" routine on me.

Lavern giving me her word and many assurances that all would be resolved to my satisfaction.

Kim was spiteful. I doubt that she even opened up our water damage case.

Steve Schirle gave them enough
bull_ _ _ needed to keep us at bay and continue to believe in Lavern.

They strung me along.

I found Mr. Schirle to be a major troublemaker, who add to the misery and grief we've endured over the years.

He recently brought an inexperienced mediator into the mix. A nice man from another state, who never encountered a corporation like PG&E.

His background showed that his mediation experience was focused on small problems.
He left, he was too innocent for Schirle's scheme.

Mr. Schirle then planned his hoax to con me into accepting "his" offer of $4,000.

I refused his offer.

I doubt that he's ever encountered someone who questioned his
so-called authority. He thinks of me as a challenge.

He's joined Judge Montali in trying to force me to rehash why I've maintained my stance since 2011, their court hearing is
on September 14, 2021 @10am.
They filed a court order forcing me to state my reason for why they shouldn't throw my case out of court. I have until 9/7/21 to give my response.

My entire story to you covers all of our reasons as to why our case should absolutely not be thrown out of court.

I can back up everything I've stated with years of documentation, going back to 2011.

Steve Schirle doesn't know this.
He and his wife are lawyers. As a litigator Mr. Schirle must have built his millions on other people's misery.

___

At my age and in poor health, what could I do for my daughter?

I researched how foundations were laid.

*screenshots attached

I started searching for what the homes are going for in the Excelsior neighborhood.

Their going for $1 million or more.

*screenshots attached

As I've stated many times...PG&E
has left us without options.

I can't go forward or backwards. Through no fault of my own. We are the PG&E victims.

We're asking for $1 million dollars from PG&E to settle the disaster they created to our beloved home.
Ten years of depression, worry and sadness.

This is the only way I can protect my daughter, providing her with a safety net.

https://enviromedclinic.com/how-do-you-know-if-mold-is-making-you-sick/

https://allamericanpaintingplus.com/health-safety-risks-rotting-wood

https://theconversation.com/health-check-how-does-household-mould-affect-your-health-48341

https://www.mayoclinic.org/diseases-conditions/mold-allergy/symptoms-causes/syc-20351519

https://www.epa.gov › mold › what-...
What is the difference between Mold and Mildew? | US EPA

___

Bankrupcy Judge Dennis Montali.
Unfortunately I can't trust him, as many others have voiced >

https://www.cbsnews.com/news/pg-es-plan-to-award-235-million-in-bonuses-approved-by-judge/

https://abc30.com/pge-pacific-gas-and-electric-bonuses-price-hike/5267616/

[PG&E had said in a court filing that the money was intended to provide incentives to workers and would not be distributed if the company doesn't meet its safety and financial goals.]

I recently received information from the CPUC Executive Director
Rachel Peterson not to worry
about PG&E's Plastic Pipe Project and the health dangers it poses.

https://apnews.com/article/business-environment-paradise-pollution-clean-up-environmental-concerns-7b87d50f750e146c0d5a867da6da9c1a

https://isssource.com/pge-to-replace-faulty-gas-pipe/

https://theconversation.com/plastic-pipes-are-polluting-drinking-water-systems-after-wildfires-its-a-risk-in-urban-fires-too-150923

___

CPUC Executive Director
Rachel Peterson is not an expert on toxic chemicals.

___

PG&E's Plastic Pipe Project >

I can send you the PDF file if you're interested in knowing how experts have determined the plastic pipe project is leaching toxic chemicals into our waterways.

___

There's much more...our tragic experience stands as our reason, that Judge Montali and Steve Schirle demand to know.

I don't appreciate threats, I'm sure you wouldn't either.

I ask that Judge Montali dismiss Steve Schirle's hearing against me
as he has no reason whatsoever to harass me. Everything I've stated in this email is true.

Sandra Pedroia
415-629-0698



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.