

Signed and Filed: September 7, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
Thomas B. Rupp (#278041)
(trupp@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

  - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING THIRD STIPULATION REGARDING BRIEFING SCHEDULE WITH RESPECT TO CLAIM NO. 77335 (TODD GREENBERG)**

The Court having considered the *Third Stipulation Regarding Briefing Schedule with Respect to Claim No. 77335 (Todd Greenberg)*, dated September 2, 2021 [Dkt. No. 11184] (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and Todd Greenberg, on the other hand; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The August 13 Response is deemed withdrawn without prejudice.

3. The briefing schedule set forth in the Second Stipulation is vacated.

4. On or before October 7, 2021, Mr. Greenberg shall file an opposition to the Further Objection, which shall function as a trial brief as set forth in the Bankruptcy Court's Trial Scheduling Order.

5. On or before October 26, 2021, the Reorganized Debtors may file a reply brief.

6. The Scheduling and Status Conference shall be continued to November 9, 2021, at 10:00 a.m. (Pacific Time) to select a date for an evidentiary hearing on the Claim.

7. Except as provided in the Stipulation or subsequently agreed between the Parties, each Party reserves all rights, substantive or procedural, concerning the Claim and the briefing thereon.

8. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order or the Stipulation.

/ / /

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: September 2, 2021

TRODELLA & LAPPING LLP

<u>/s/ *Richard Lapping*</u>
Richard Lapping

*Attorneys for Todd Greenberg*

*** END OF ORDER ***