# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors. | CASE NO. 19-30088 (DM)<br>Chapter 11<br><br>**[PROPOSED] ORDER GRANTING PRICEWATERHOUSECOOPERS LLP'S MOTION FOR STAY PENDING APPEAL** |

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025

Upon the motion ("Motion") of PricewaterhouseCoopers LLP ("PwC") pursuant to Federal Rule of Bankruptcy Procedure 8007 for entry of an order staying the Bankruptcy Court's Order entered August 24, 2021, compelling PwC's compliance with a Rule 2004 Subpoena in relation to the General Rate Case documents in the above-captioned proceeding (the "Order") pending PwC's appeal of the Order; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and it appearing that the relief requested in the Motion is warranted and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Order is hereby stayed pending final resolution of PwC's appeal from the Order.

3. Notwithstanding any rule to the contrary, this Order shall take effect immediately upon entry.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____

_____
Hon. Dennis Montali
U.S. Bankruptcy Judge

[PROPOSED] ORDER GRANTING HOUSE COOPER 90/20 MOTION FOR STAY PENDING APPEAL