KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Matthew J. Cave (SBN 280704)
mcave@kfc.law
Kevin C. Kroll (SBN 301532)
kkroll@kfc.law
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025
Telephone: (310) 409-0400
Facsimile: (310) 409-0401

*Attorneys for PricewaterhouseCoopers LLP*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors. | CASE NO. 19-30088 (DM)<br>Chapter 11<br><br>**PRICEWATERHOUSECOOPERS LLP'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL** |

Pursuant to Federal Rules of Bankruptcy Procedure ("FRBP") Rule 8009, PricewaterhouseCoopers LLP ("PwC") hereby submits the following statement of the issues to be presented and designation of the items to be included in the record on appeal of the Bankruptcy Court's order dated August 24, 2021 (the "Order") compelling PwC's compliance with a Rule 2004 Subpoena in relation to the General Rate Case documents in the above-captioned proceeding.

## I. STATEMENT OF ISSUES ON APPEAL

Was the Bankruptcy Court's finding that the Trustee of the Fire Victim Trust may obtain information that does not relate in any way to causation of the wildfires an abuse of discretion, given that the claims assigned by PG&E Corporation ("PG&E Corp.") and its primary operating subsidiary, Pacific Gas and Electric Company (the "Utility"; together with PG&E Corp., "PG&E"), to the Trustee were limited to those relating to causation of the wildfires?

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

PwC hereby designates the following items of record on appeal to be certified to the District Court pursuant to Bankruptcy Rule 8009(a)(1)(A) and (a)(4):

| **Docket Number** | **Date** | **Description** |
|---|---|---|
| 6351 | 3/17/2020 | *Ex Parte* Motion of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of |

1

| | | An Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP |
|---|---|---|
| 6351-2 | 3/17/2020 | Rule 2004 Subpoena – Exhibit B to *Ex Parte* Motion of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of An Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP |
| 6866 | 4/21/2020 | Order Regarding Rule 2004 Applications Filed by the Official Committee of Tort Claimants |
| 7711 | 6/2/2020 | Stipulation Addressing Certain Plan Confirmation Objections of the Official Tort Claimants Committee |
| 7711-1 | 6/2/2020 | Schedule of Assigned Rights and Causes of Action – Exhibit A to Stipulation Addressing Certain Plan Confirmation Objections of the Official Tort Claimants Committee |
| 7718 | 6/2/2020 | Order Approving Stipulation Addressing Certain Plan Confirmation Objections of the Official Tort Claimants Committee |
| 8048 | 6/19/2020 | Amended Chapter 11 Plan Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 Filed by Debtor PG&E Corporation |
| 8053 | 6/20/2020 | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 and Notice of Order Confirming Plan |
| 8480 | 7/22/2020 | Order Regarding Transfer of Pending Rule 2004 Examinations to the Wildfire Victim Trust |

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025

| 11055 | 8/11/2021 | Order Compelling PricewaterhouseCoopers LLP's Compliance with Rule 2004 Subpoena |
| --- | --- | --- |
| 11109 | 8/19/2021 | Trustee's Letter Brief/Memorandum in support of Fire Victim Trustee's Request for PricewaterhouseCoopers LLP's Documents Relating to PG&E's General Rate Case |
| 11133 | 8/19/2021 | PricewaterhouseCoopers LLP's Letter Brief/Memorandum in opposition of Fire Victim Trustee's Request for PricewaterhouseCoopers LLP's Documents Relating to PG&E's General Rate Case |
| 11145 | 8/24/2021 | Order Compelling PricewaterhouseCoopers LLP's Compliance with Rule 2004 Subpoena in Relation to the General Rate Case Documents |

Dated: September 7, 2021    KIBLER FOWLER & CAVE LLP

By:    */s/ Matthew J. Cave*
MICHAEL D. KIBLER
MATTHEW J. CAVE
KEVIN C. KROLL
Attorneys for PricewaterhouseCoopers LLP

3

DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL