

**Signed and Filed: September 8, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* _All papers shall be filed in the Lead Case, No. 19-30088 (DM)._ | Bankruptcy Case No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

<u>ORDER SUSTAINING DEBTORS' OBJECTION TO
CONSOLIDATED EDISON DEVELOPMENT, INC.'S
AMENDED CURE PAYMENT DEMAND</u>

For the reasons stated in the _Memorandum Decision Regarding Debtors' Objection to Consolidated Edison Development, Inc.'s Amended Cure Payment Demand_ issued this date, IT IS HEREBY ORDERED that the Debtors' Objection to Consolidated Edison Development, Inc.'s Amended Cure Payment Claim Demand in the amount of $11,844,598.00 is SUSTAINED.

**END OF ORDER**

COURT SERVICE LIST

ECF Recipients