Gerald P. Kennedy (Bar No. 105887)
E-mail:gerald.kennedy@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Marissa Parker (*Pro Hac Vice Forthcoming*)
Email:mparker@stradley.com
Julie M. Murphy (*Pro Hac Vice forthcoming*)
Email:Jmmurphy@stradley.com
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: 215.564.8091
Facsimile: 215.564.8120

Attorneys for Creditors Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE OF APPEARANCE OF GERALD P. KENNEDY AND REQUEST FOR SPECIAL NOTICE** |
| Debtors | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *  All papers shall be filed in the Lead Case No. 19-30088 (DM).* | |

**PLEASE TAKE NOTICE** that Vanguard Institutional Short-Term Bond Fund and Vanguard Ultra-Short-Term Bond Fund by their attorneys, **PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109 (b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Gerald P. Kennedy
Procopio, Cory, Hargreaves & Savitch LLP
525 "B" Street, Suite 2200
San Diego, California 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398
e-mail: gerald.kennedy@procopio.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

DATED: September 8, 2021    PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By:  /s/ Gerald P. Kennedy
     Gerald P. Kennedy
     Attorneys for Creditors Vanguard
     Institutional Short-Term Bond Fund and
     Vanguard Ultra-Short-Term Bond Fund

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of California by using CM/ECF system on September 8, 2021. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2021.

/s/ Gerald P. Kennedy
Gerald P. Kennedy