WEIL, GOTSHAL & MANGES LLP
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**AMENDED NOTICE OF CONTINUED HEARING WITH RESPECT TO CERTAIN CLAIMS IN THE REORGANIZED DEBTORS' ELEVENTH SECURITIES CLAIMS OMNIBUS OBJECTION (CLAIMS BARRED BY THE STATUTE OF REPOSE)**<br><br>Re: Dkt. Nos. 11014, 11197, 11198, and 11210<br><br>Date: October 19, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and reorganized debtors (the "**Debtors**," or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** by order dated June 20, 2020, the Bankruptcy Court confirmed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020* [Docket No. 8048] (the "**Plan**"). The Plan became effective on July 1, 2020.

**PLEASE TAKE FURTHER NOTICE** that on January 25, 2021, the Bankruptcy Court entered the *Order Approving Securities ADR and Related Procedures for Resolving Subordinated Securities Claims* [Docket No. 10015] (the "**Securities Claims Procedures Order**"), pursuant to which the Bankruptcy Court established procedures by which the Debtors and Reorganized Debtors could file objections to multiple Subordinated Securities Claims (as defined therein).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Securities Claims Procedures Order, the Reorganized Debtors filed the *Reorganized Debtors' Eleventh Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)* [Docket No. 11014] (the "**Eleventh Securities Claims Omnibus Objection**") and received the formal and informal responses identified below (the "**Eleventh Securities Claims Omnibus Objection Responses**"):

| Omnibus Objection | Objection Filed | Objection Deadline | Response Received | Claim Number | Original Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| Eleventh Securities Claims Omnibus Objection | August 31, 2021 | August 31, 2021, at 4:00 p.m. (Pacific Time) | PGIM FI Claimants [Docket No. 11168] | 100936, 100967, 100969, 101026, 101123, 100945, 101239, 101149, 101008, 101067, 100941, | September 14, 2021, at 10:00 a.m. (Pacific Time) | October 19, at 10:00 a.m. (Pacific Time) |

| Omnibus Objection | Objection Filed | Objection Deadline | Response Received | Claim Number | Original Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| | | | | 101322, 101427 | | |
| Eleventh Securities Claims Omnibus Objection | August 31, 2021 | August 31, 2021, at 4:00 p.m. (Pacific Time) | State of Oregon [Docket No. 11170] | 100806, 100931 | September 14, 2021, at 10:00 a.m. (Pacific Time) | October 19, at 10:00 a.m. (Pacific Time) |
| Eleventh Securities Claims Omnibus Objection | August 31, 2021 | August 31, 2021, at 4:00 p.m. (Pacific Time) | JIBEI Claimants [Docket No. 11171] | 101683, 100193, 99659, 100084 | September 14, 2021, at 10:00 a.m. (Pacific Time) | October 19, at 10:00 a.m. (Pacific Time) |
| Eleventh Securities Claims Omnibus Objection | August 31, 2021 | August 31, 2021, at 4:00 p.m. (Pacific Time) | Invesco Claimants [Docket No. 11172] | 102249, 102188, 102179, 102021, 101437, 101894, 102228, 102172 | September 14, 2021, at 10:00 a.m. (Pacific Time) | October 19, at 10:00 a.m. (Pacific Time) |
| Eleventh Securities Claims Omnibus Objection | September 1, 2021 | August 31, 2021, at 4:00 p.m. (Pacific Time) | KKR Claimants [Docket No. 11177] | 101782, 101906, 101564, 101903, 101642, 101996 | September 14, 2021, at 10:00 a.m. (Pacific Time) | October 19, at 10:00 a.m. (Pacific Time) |
| Eleventh Securities Claims Omnibus Objection | September 3, 2021 | August 31, 2021, at 4:00 p.m. (Pacific Time) | Hartford Claimants [Docket No. 11187] | 100313, 100877, 101156, 101189, 101204, 101225, 101383, 101956, 101958, 101981, 102003, 102027, 102069 | September 14, 2021, at 10:00 a.m. (Pacific Time) | October 19, at 10:00 a.m. (Pacific Time) |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Omnibus Objection | Objection Filed | Objection Deadline | Response Received | Claim Number | Original Hearing Date | Continued Hearing Date |
|---|---|---|---|---|---|---|
| Eleventh Securities Claims Omnibus Objection | September 8, 2021 | September 8, 2021 | PepsiCo, Inc. Master Trust [11207] | 98712 | September 14, 2021, at 10:00 a.m. (Pacific Time) | October 19, at 10:00 a.m. (Pacific Time) |
| Eleventh Securities Claims Omnibus Objection | September 8, 2021 | August 31, 2021, at 4:00 p.m. (Pacific Time) | Vanguard Claimants [11209] | 102343, 102344, 102457, 102566, 101946, 102309, 102518, 102572 | September 14, 2021, at 10:00 a.m. (Pacific Time) | October 19, at 10:00 a.m. (Pacific Time) |
| Eleventh Securities Claims Omnibus Objection | September 8, 2021 | August 31, 2021, at 4:00 p.m. (Pacific Time) | AmeriTrust Claimants [11203] | 103127, 103017, 104332 | September 14, 2021, at 10:00 a.m. (Pacific Time) | October 19, at 10:00 a.m. (Pacific Time) |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Eleventh Securities Claims Omnibus Objection *solely with respect to the specific claims identified* will be **further continued** to the omnibus hearing on October 19, 2021, at 10:00 a.m. (Pacific Time). The reply deadline is further continued to October 12, 2021.

**PLEASE TAKE FURTHER NOTICE** that copies of each document identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Reorganized Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 8, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Richard W. Slack*

Richard W. Slack

*Attorneys for Debtors and Reorganized Debtors*