**GENOVA, MALIN & TRIER, LLP.**
Hampton Business Center
1136 Route 9
Wappingers Falls, New York 12590
Tele: 845-298-1600
Facsimile: 845-298-1265

September 9, 2021

United States Bankruptcy Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, California 94102

    Re:    Pacific Gas and Electric Co.
            Case No. 19-30088 (CGM)

Dear Sir or Madam:

  Please be advised that Victor Weber, hereby withdraws Claim No. 100024, CUSIP # 694308HM2, filed on April 9, 2020, in the amount of $50,000.00.

  Thank you for your attention to this matter.

                              Very truly yours,
                              GENOVA, MALIN & TRIER, LLP

                              /s/ Andrea B. Malin, Esq.
                              ANDREA B. MALIN ESQ.