# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation                                Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company                    Chapter 11

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by PricewaterhouseCoopers LLP- Dkt. #11199**

**Order Compelling PricewatershouseCoopers LLP's Compliance with Rule 2004 Subpoena in Relation to the General Rate Case Documents- Dkt. #11145**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

**KIBLER FOWLER & CAVE LLP**                for PricewaterhouseCoopers, LLP
Michael D. Kibler
Matthew J. Cave
Kevin C. Kroll
1100 Santa Monica Blvd., #360
Los Angeles, CA 90025

**GREENBERG GROSS LLP**  
Evan C. Borges  
Sarah Kelly-Kilgore  
601 S. Figueroa St., 30th Fl.  
Los Angeles, CA 90017

for The Honorable John K. Trotter (Ret.) Trustee of the PG&E Fire Victim Trust

Date: September 9, 2021

Da'Wana L. Chambers  
Deputy Clerk