

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**September 9, 2021**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Notice of Appeal to District Court:

**PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

Docket Report

Notice of Appeal and Statement of Election- Dkt. #11199
Court Certificate of Mailing
Court Docket Report
Order Compelling PricewaterhouseCoopers LLP's Compliance with Rule 2004 Subpoena in Relation to the General Rate Case Documents- Dkt. #11145
Motion for Leave Appeal- Dkt. #11200

**Filing Fee**: ☒ Paid $ 298.00    ☐ Not Paid    ☐ Fee Waived    ☐ Fee Waiver Pending

If you have any questions, please contact me at **(415) 268-2373**   .

Edward Emmons, Clerk
United States Bankruptcy Court

By: *DaWana Chambers*

DaWana Chambers  Deputy Clerk

Case: 19-30088    Doc# 11215    Filed: 09/09/21    Entered: 09/09/21 15:36:02    Page 1 of 1