**Exhibit A**

**Claims to be Disallowed/Expunged**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ANDERSON, MERRILY J<br>P.O BOX 773<br>MAULDIN SC 29662 | 98750 | 694308GT8 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $35,439.21 | $35,439.21 | Claims Barred by the Statute of Repose |
| 2 | ANGRICK, H. JAMES<br>14230 W DOMINGO LANE<br>SUN CITY WEST AZ 85375 | 100071 | 694308GL5 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 3 | ANNE ARUNDEL COUNTY, MARYLAND<br>ANNE ARUNDEL COUNTY OFFICE OF LAW<br>HAMILTON F. TYLER, ESQUIRE<br>2660 RIVA ROAD - 4TH FLOOR<br>ANNAPOLIS MD 21401 | 99352 | 694308GN1, 694308GE1 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $18,695.68 | $18,695.68 | Claims Barred by the Statute of Repose |
| 4 | ARNOLD, FREDERICK A.<br>2507 CLAYTON ROAD<br>BEAVER FALLS PA 15010 | 103356 | 694308HE0 | Pacific Gas and Electric Company | 4/28/2020 | $0.00 | $0.00 | $0.00 | $22,117.10 | $22,117.10 | Claims Barred by the Statute of Repose |
| 5 | ARNOLD, FREDERICK A.<br>2507 CLAYTON ROAD<br>BEAVER FALLS PA 15010 | 106126 | 694308HE0 | Pacific Gas and Electric Company | 3/30/2020 | $0.00 | $0.00 | $0.00 | $22,117.10 | $22,117.10 | Claims Barred by the Statute of Repose |
| 6 | BAHNICK, ROBERT S.<br>1611 LINDEN AVE.<br>OWENSBORO KY 42301 | 99709 | 694308GW1 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $6,867.00 | $6,867.00 | Claims Barred by the Statute of Repose |
| 7 | BILLINGS, TIMOTHY E.<br>7708 E. OAK STREET<br>SCOTTSDALE AZ 85257 | 98794 | 694308GY7 | Pacific Gas and Electric Company | 4/6/2020 | $0.00 | $0.00 | $0.00 | $23,764.00 | $23,764.00 | Claims Barred by the Statute of Repose |

[1] Claims listed as $0.00 seek an unliquidated amount.

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | BIRNHOLZ, KAREN 21 SOUTHERN SLOPE DR MILLBURN NJ 07041 | 104858 | 694308GW1 | Pacific Gas and Electric Company | 5/15/2020 | $0.00 | $0.00 | $0.00 | $5,257.89 | $5,257.89 | Claims Barred by the Statute of Repose |
| 9 | BLADES, LINDA 1122 S. WESTMORELANE DE SOTO TX 75115-8508 | 102855 | 694308GL5 | PG&E Corporation | 4/21/2020 | $0.00 | $0.00 | $0.00 | $4,135.12 | $4,135.12 | Claims Barred by the Statute of Repose |
| 10 | BLUME, WAYNE C. 842 MARCH ST. LAKE ZURICH IL 60047 | 103976 | 694308GT8 | Pacific Gas and Electric Company | 5/6/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 11 | BONILLA, JUDY LOUISE 3204 CANYON VIEW DR. OCEANSIDE CA 92058 | 102853 | 694308HE0 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $12,487.50 | $12,487.50 | Claims Barred by the Statute of Repose |
| 12 | BORDELON, JAMES 413 BELLE CHASE DR LA PLACE LA 70068-3401 | 103151 | 694308GT8 | PG&E Corporation | 4/27/2020 | $0.00 | $0.00 | $0.00 | $4,000.00 | $4,000.00 | Claims Barred by the Statute of Repose |
| 13 | BORG, RICHARD P. & TERRI P. 22686 FOREST VIEW DR ESTERO FL 33928 | 102366 | 694308GE1 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $496.37 | $496.37 | Claims Barred by the Statute of Repose |
| 14 | BRAY III, EDWARD W WFCS FBO EDWARD BRAY IRA 516 N TRYON ST CHARLOTTE NC 28202 | 99098 | 694308GM3 | PG&E Corporation | 4/11/2020 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | BRUCE ALPERT FAMILY TRUST, C/O JEREMY G. ALPER, TRUSTEE 6000 POPLAR AVENUE, STE 400 MEMPHIS TN 38119 | 102759 | 694308GW1 | Pacific Gas and Electric Company | 4/21/2020 | $0.00 | $0.00 | $0.00 | $1,413.10 | $1,413.10 | Claims Barred by the Statute of Repose |
| 16 | BRUNTER, STEVEN 23018 RUNNYMEDE ST. WEST HILLS CA 91307 | 99791 | 694308GE1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $3,257.13 | $3,257.13 | Claims Barred by the Statute of Repose |
| 17 | BRYAN, JACOB H 18670 MORRISON CREEK CIRCLE BUENA VISTA CO 81211 | 103896 | 694308GT8 | Pacific Gas and Electric Company | 5/5/2020 | $0.00 | $0.00 | $0.00 | $15,000.00 | $15,000.00 | Claims Barred by the Statute of Repose |
| 18 | BRYAN, JR., SAMUEL HUGH 2489 COULEE CROSSING RD. WOODWORTH LA 71485 | 106144 | 694308GT8 | Pacific Gas and Electric Company | 7/14/2020 | $0.00 | $0.00 | $0.00 | $25,000.00 | $25,000.00 | Claims Barred by the Statute of Repose |
| 19 | BURGENER, RONALD V. 458 N 1100 E APT 4 LEHI UT 84043 | 100694 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $9,816.75 | $9,816.75 | Claims Barred by the Statute of Repose |
| 20 | BUSHONG, DIANA L. 2109 THE POINT RD W TOMAHAWK WI 54487 | 102877 | 694308HB6 | PG&E Corporation | 4/20/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 21 | CAMICO MUTUAL INSURANCE COMPANY JAY H. STEWART, CFO 1800 GATEWAY DRIVE, SUITE 300 SAN MATEO CA 94404 | 99469 | 694308HC4 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $14,612.41 | $14,612.41 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | CAPLAN, ROBERT 4721 ROCK LEDGE DR HARRISBURG PA 17110 | 103844 | 694308HE0 | Pacific Gas and Electric Company | 5/4/2020 | $0.00 | $0.00 | $0.00 | $10,553.61 | $10,553.61 | Claims Barred by the Statute of Repose |
| 23 | CARECONNECT INSURANCE COMPANY, INC.: 46-2270382 (WELLINGTON BOND) ATTN: CHRISTINE L. WHITE AND JOSHUA ROSE GENERAL COUNSEL / CARECONNECT OFFICE OF LEGAL AFFAIRS 2000 MARCUS AVENUE NEW HYDE PARK NY 11042 | 100846 | 694308GW1, 694308HB6, 694308GL5 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 24 | CARLETON ENGINEERS & CONSULTANTS INC. PROFIT SHARING PLAN FINIS E. CARLETON, TRUSTEE 313 ELLERBROCHT DRIVE FREDERICKSBURG TX 78624 | 103162 | 694308HE0 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $10,213.00 | $10,213.00 | Claims Barred by the Statute of Repose |
| 25 | CASTO, GRETTA E. 7570 W PARKSIDE DR. YOUNGSTOWN OH 44512 | 100262 | 694308HE0 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $17,066.71 | $17,066.71 | Claims Barred by the Statute of Repose |
| 26 | CHANG, YU WEN 400 PROSPECT ST, UNIT #113 LA JOLLA CA 92037 | 98571 | 694308HC4 | Pacific Gas and Electric Company | 4/2/2020 | $0.00 | $0.00 | $0.00 | $3,974.85 | $3,974.85 | Claims Barred by the Statute of Repose |
| 27 | CHARLES SCHWAB & CO IRA C/F CAROLE SKAU CAROLE SKAU 3398 7 LAKES WEST WEST END NC 27376 | 104104 | 694308HB6 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $20,000.00 | $20,000.00 | Claims Barred by the Statute of Repose |
| 28 | CHARLES SCHWAB CONTRIBUTORY IRA FBO CHERYL ABRAMOWITZ CHERYL ABRAMOWITZ 20 FLEETWOOD RD COMMACK NY 11725 | 103110 | 694308GT8 | PG&E Corporation | 4/23/2020 | $0.00 | $0.00 | $0.00 | $651.25 | $651.25 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | CHEUNG, MICHAEL 18796 RIDGEFIELD RD NW SHORELINE WA 98177 | 103311 | 694308GW1 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $14,000.00 | $14,000.00 | Claims Barred by the Statute of Repose |
| 30 | CHRISTENSEN, CONRAD 89 STEPHANIE LANE ALAMO CA 94507 | 101570 | 694308GT8 | Pacific Gas and Electric Company | 4/18/2020 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Claims Barred by the Statute of Repose |
| 31 | CICCONE, CAROL M 104 MAIN AVENUE ALIQUIPPA PA 15001 | 102876 | 694308HE0 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $11,086.15 | $11,086.15 | Claims Barred by the Statute of Repose |
| 32 | CICCONE, CAROL M. 104 MAIN AVENUE ALIQUIPPA PA 15001 | 98032 | 694308HE0 | Pacific Gas and Electric Company | 3/24/2020 | $0.00 | $0.00 | $0.00 | $11,086.15 | $11,086.15 | Claims Barred by the Statute of Repose |
| 33 | CLARK, CATHERINE M 2421 36TH AVE LONGVIEW WA 98632 | 100742 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $6,544.50 | $6,544.50 | Claims Barred by the Statute of Repose |
| 34 | CLASSEN, RONALD C. & MARGARET M. 2283 N 500 EAST RD DANFORTH IL 60930 | 102831 | 694308HC4 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $41,208.00 | $41,208.00 | Claims Barred by the Statute of Repose |
| 35 | COLEMAN, GREG W AND STEPHANIE W 3685 WEMBLEY LANE LEXINGTON KY 40515 | 100218 | 694308HB6 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $9,621.11 | $9,621.11 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | COLLIER, BLAKELY E 32241 COOK LANE SAN JUAN CAPISTRANO CA 92675 | 104989 | 694308GV3 | PG&E Corporation | 5/18/2020 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Claims Barred by the Statute of Repose |
| 37 | COLLIER, KELLY J 32241 COOK LANE SAN JUAN CAPISTRANO CA 92675 | 104618 | 694308GM3 | Pacific Gas and Electric Company | 5/14/2020 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | Claims Barred by the Statute of Repose |
| 38 | COLLIER, KRISTIN 32241 COOK LANE SAN JUAN CAPISTRANO CA 92675 | 104581 | 694308GV3 | Pacific Gas and Electric Company | 5/14/2020 | $0.00 | $0.00 | $0.00 | $7,000.00 | $7,000.00 | Claims Barred by the Statute of Repose |
| 39 | COLLIER, LAUREN ANNE 32241 COOK LANE SAN JUAN CAPISTRANO CA 92675 | 104586 | 694308GV3 | Pacific Gas and Electric Company | 5/14/2020 | $0.00 | $0.00 | $0.00 | $8,000.00 | $8,000.00 | Claims Barred by the Statute of Repose |
| 40 | COLLINS, TIMOTHY RICHARD 4031 BARTON PARK PLACE RALEIGH NC 27613 | 98630 | 694308HF7 | Pacific Gas and Electric Company | 4/6/2020 | $0.00 | $0.00 | $0.00 | $5,749.59 | $5,749.59 | Claims Barred by the Statute of Repose |
| 41 | CONSOLIDATED RETIREE HEALTH BENEFITS TRUST 101 MONROE STREET 15TH FLOOR ROCKVILLE MD 20850 | 103202 | 694308GE1, 694308GJ0, 694308GY7 | Pacific Gas and Electric Company | 4/24/2020 | $0.00 | $0.00 | $0.00 | $71,856.00 | $71,856.00 | Claims Barred by the Statute of Repose |
| 42 | CORCORAN, TIMOTHY P 7664 WOVEN MEMORIES ST LAS VEGAS NV 89149 | 100134 | 694308GS0 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $3,183.47 | $3,183.47 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | CORSIGLIA, GEORGE 4688 W. TANGERINE RD. APT. 13101 MARANA AZ 85658 | 99789 | 694308GJ0 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Claims Barred by the Statute of Repose |
| 44 | COSE, JR., CLAYTON C. 718 W. 11TH ST. S. NEWTON IA 50208 | 99599 | 694308GT8 | Pacific Gas and Electric Company | 4/13/2020 | $15,000.00 | $0.00 | $0.00 | $89.36 | $15,089.36 | Claims Barred by the Statute of Repose |
| 45 | COULSON, MICHAEL J 1712 MIRAMAR DR VENTURA CA 93001 | 98493 | 694308HC4 | Pacific Gas and Electric Company | 4/2/2020 | $0.00 | $0.00 | $0.00 | $1,901.45 | $1,901.45 | Claims Barred by the Statute of Repose |
| 46 | CRANE, GERI LYNN 2711 SEQUOIA WAY BELMONT CA 94002 | 102775 | 694308GT8 | PG&E Corporation | 4/24/2020 | $0.00 | $0.00 | $0.00 | $4,749.06 | $4,749.06 | Claims Barred by the Statute of Repose |
| 47 | CUTNEY, CHARLES A. PO BOX 173 WALLKILL NY 12589-0173 | 102670 | 694308GW1 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $122,000.00 | $122,000.00 | Claims Barred by the Statute of Repose |
| 48 | DAPKIS, JOHN G 571 PLUM RIDGE DR ROCHESTER HILLS MI 48309-1018 | 98496 | 694308GE1 | Pacific Gas and Electric Company | 4/3/2020 | $0.00 | $0.00 | $0.00 | $823.66 | $823.66 | Claims Barred by the Statute of Repose |
| 49 | DAVID T. WALKER IRA RAYMOND JAMES & ASSOC CUST. FBO DAVID T. WALKER IRA 530 N. MAIN ST., APT. 406 BUTLER PA 16001 | 102661 | 694308GT8 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $2,987.85 | $2,987.85 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | DAVIES, ROBERT T. 1597 JACKSON ST. ALIQUIPPA PA 15001 | 98325 | 694308HE0 | Pacific Gas and Electric Company | 3/25/2020 | $0.00 | $0.00 | $0.00 | $16,122.75 | $16,122.75 | Claims Barred by the Statute of Repose |
| 51 | DAVIS, JANICA A. 2603 REFLECTIONS PLACE W. MELBOURNE FL 32904-6665 | 102079 | 694308GN1 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 52 | DAVIS, JANICE H 2603 REFLECTIONS PLACE W MELBOURNE FL 32904-6665 | 103313 | 694308GN1 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 53 | DAVIS, JOYCE S. & ROBERT A. 103 GARVINHURST DR BEAVER PA 15009 | 103230 | 694308HE0 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $50,196.19 | $50,196.19 | Claims Barred by the Statute of Repose |
| 54 | DAVIS, JOYCE S. 103 GARVINHURST DR BEAVER PA 15009 | 103355 | 694308HE0 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $13,051.01 | $13,051.01 | Claims Barred by the Statute of Repose |
| 55 | DAVIS, ROBERT  A. 103 GARVINHURST DR. BEAVER PA 15009 | 103338 | 694308HE0 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $16,062.78 | $16,062.78 | Claims Barred by the Statute of Repose |
| 56 | DAVIS, ROBERT A. 103 GARVINHURST DR BEAVER PA 15009 | 103237 | 694308HE0 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $47,184.42 | $47,184.42 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | DAYTON, MIKI 115 N. TAYLOR PIERRE SD 57501 | 102925 | 694308HC4 | Pacific Gas and Electric Company | 4/20/2020 | $0.00 | $0.00 | $0.00 | $2,718.60 | $2,718.60 | Claims Barred by the Statute of Repose |
| 58 | DEROSA, DOLORES 266 LITTLE TOWN QUARTER WILLIAMSBURG VA 23185 | 100478 | 694308GT8 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $307.50 | $307.50 | Claims Barred by the Statute of Repose |
| 59 | DESALVO, JOSEPH A 603 EAST PARK ELMHURST IL 60126 | 104103 | 694308GT8 | PG&E Corporation | 5/8/2020 | $0.00 | $0.00 | $0.00 | $670.05 | $670.05 | Claims Barred by the Statute of Repose |
| 60 | DEVVONO , THOMAS  J 8413 LACEVINE PLACE LOUISVILLE KY 40220 | 98601 | 694308GT8, 694308HE0 | Pacific Gas and Electric Company | 4/3/2020 | $0.00 | $0.00 | $0.00 | $7,908.87 | $7,908.87 | Claims Barred by the Statute of Repose |
| 61 | DEWEY, BRENDA 761 FORT EBEY ROAD COUPEVILLE WA 98239 | 97760 | 694308GT8 | Pacific Gas and Electric Company | 3/13/2020 | $0.00 | $0.00 | $0.00 | $398.94 | $398.94 | Claims Barred by the Statute of Repose |
| 62 | DEWEY, MICHAEL 761 FORT EBEY ROAD COUPEVILLE WA 98239 | 97769 | 694308GT8 | Pacific Gas and Electric Company | 3/13/2020 | $0.00 | $0.00 | $0.00 | $396.84 | $396.84 | Claims Barred by the Statute of Repose |
| 63 | DIETZ, WINNIE R. 725 NORMAN DR. CRANBERRY TWSHP PA 16066 | 98107 | 694308HE0 | Pacific Gas and Electric Company | 3/26/2020 | $0.00 | $0.00 | $0.00 | $15,058.86 | $15,058.86 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | DILORETO, PHYLLIS A.<br>275 WINDSOR DR.<br>EAST LIVERPOOL OH 43920 | 98316 | 694308HE0 | Pacific Gas and Electric Company | 3/30/2020 | $0.00 | $0.00 | $0.00 | $12,047.09 | $12,047.09 | Claims Barred by the Statute of Repose |
| 65 | DIMEN, JOSH<br>3065 ARROYO SECO<br>PALM SPRINGS CA 92264 | 103327 | 694308GW1 | Pacific Gas and Electric Company | 4/28/2020 | $0.00 | $0.00 | $0.00 | $3,790.00 | $3,790.00 | Claims Barred by the Statute of Repose |
| 66 | DIRECTORS GUILD OF AMERICA-PRODUCER PENSION PLAN BASIC BENEFIT PLAN<br>5055 WILSHIRE BLVD, SUITE 600<br>LOS ANGELES, CA 90036 | 100802 | 694308GE1, 694308GL5, 694308GJ0 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $7,362.90 | $7,362.90 | Claims Barred by the Statute of Repose |
| 67 | DIRECTORS GUILD OF AMERICA-PRODUCER PENSION PLAN SUPPLEMENTAL BENEFIT PLAN<br>5055 WILSHIRE BLVD, SUITE 600<br>LOS ANGELES CA 90036 | 100677 | 694308GE1, 694308GL5, 694308GJ0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $8,643.40 | $8,643.40 | Claims Barred by the Statute of Repose |
| 68 | DRRT FBO BAYERNINVEST KAPITALVERWALTUNGSGESELLSCHAFT MBH<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 98950 | 694308HF7 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 69 | DRRT FBO CREDIT SUISSE FUNDS AG DRRT<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 101205 | 694308GN1, 694308GL5 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 70 | DRRT FBO CREDIT SUISSE FUNDS AG (3973)<br>340 WEST FLAGLER STREET<br>SUITE 201<br>MIAMI FL 33130 | 101102 | 694308GM3 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | DRRT FBO DEKA INVESTMENT GMBH (12076) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 101465 | 694308GQ4 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 72 | DRRT FBO GIAM GENERALI INSURANCE ASSET MANAGEMENT (4147) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100042 | 694308HC4 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 73 | DRRT FBO HELABA INVEST KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99550 | 694308GE1 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 74 | DRRT FBO INETRNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (ATRI GR) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99604 | 694308HF7, 694308GE1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 75 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99714 | 694308GW1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $415,950.00 | $415,950.00 | Claims Barred by the Statute of Repose |
| 76 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (AGER CIG) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100137 | 694308GT8, 694308GV3 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 77 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (PMPT CB) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99607 | 694308GE1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | DRRT FBO KAISER PERMANENTE 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 98964 | 694308GE1 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 79 | DRRT FBO KAISER PERMANENTE 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 98968 | 694308GJ0 | Pacific Gas and Electric Company | 4/9/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 80 | DRRT FBO KAISER PERMANENTE 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 98995 | 694308GJ0 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $641,250.00 | $641,250.00 | Claims Barred by the Statute of Repose |
| 81 | DRRT FBO KAISER PERMANENTE 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99002 | 694308GW1 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $322,437.50 | $322,437.50 | Claims Barred by the Statute of Repose |
| 82 | DRRT FBO KAISER PERMANENTE 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99006 | 694308GW1 | Pacific Gas and Electric Company | 4/10/2020 | $0.00 | $0.00 | $0.00 | $235,337.50 | $235,337.50 | Claims Barred by the Statute of Repose |
| 83 | DRRT FBO METZLER ASSET MANAGEMENT GMBH (HBJ) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100338 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 84 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYSL22) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99707 | 694308GJ0 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | DRRT FBO SWISS REINSURANCE COMPANY LTD(NYSLR2) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99816 | 694308GJ0 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 86 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF67A9) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99829 | 694308GJ0, 694308HD2 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 87 | DRRT FBO SWISS REINSURANCE COMPANY LTD(ZF71DD) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 99841 | 694308GN1, 694308GT8 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 88 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG (CH0018) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100514 | 694308GL5 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 89 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0086) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100541 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 90 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0966_B) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100585 | 694308GE1, 694308GJ0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $593,525.00 | $593,525.00 | Claims Barred by the Statute of Repose |
| 91 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH0970_C) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100543 | 694308GM3 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | DRRT FBO UBS FUND MANAGEMENT (SWITZERLAND) AG(CH1020_B) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100560 | 694308GL5, 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $308,875.00 | $308,875.00 | Claims Barred by the Statute of Repose |
| 93 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU6370) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100606 | 694308GW1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 94 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9348) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100118 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 95 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9430) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100107 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 96 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A. (LU9566) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100670 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 97 | DRRT FBO UBS FUND MANAGEMENT LUXEMBOURG S.A.(LU9804) 340 WEST FLAGLER STREET SUITE 201 MIAMI FL 33130 | 100334 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 98 | DUNLAP, MARVIN RICHARD 4224 CORTON COURT ALLISON PARK PA 15101 | 97997 | 694308GW1 | Pacific Gas and Electric Company | 3/23/2020 | $0.00 | $0.00 | $0.00 | $352.37 | $352.37 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99 | DUPONT CAPITAL MANAGEMENT CORPORATION DCMC GEM TRUST - GEM OPPORTUNISTIC 3 DUPONT CAPITAL MANAGEMENT ATTN: JOSEPH MAURER 1 RIGHTER PARKWAY SUITE 3200 WILMINGTON DE 19803 | 99732 | 694308GE1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $643,359.30 | $643,359.30 | Claims Barred by the Statute of Repose |
| 100 | EDWARD & SHARON KENDALL REVOCABLE TRUST 401 HARLOW LN THE VILLAGES FL 32163 | 105346 | 694308GT8 | Pacific Gas and Electric Company | 5/21/2020 | $0.00 | $0.00 | $0.00 | $8,514.13 | $8,514.13 | Claims Barred by the Statute of Repose |
| 101 | EDWARD C. BENSON & LINDA A. BENSON 11332 TUSCARORA LANE MINNEOLA FL 34715 | 104914 | 694308GE1 | Pacific Gas and Electric Company | 5/15/2020 | $0.00 | $0.00 | $0.00 | $2,082.36 | $2,082.36 | Claims Barred by the Statute of Repose |
| 102 | EDWARD JONES TRUST CO CUST FBO RANDALL H. LIPSON LIPSON, RANDALL H 798 E WHITECLOUD LN HERNANDO FL 34442-2803 | 104449 | 694308GE1 | Pacific Gas and Electric Company | 5/11/2020 | $0.00 | $0.00 | $0.00 | $24,000.00 | $24,000.00 | Claims Barred by the Statute of Repose |
| 103 | ELINSKAS, LAWRENCE J 8152 SADDLE CREST DRIVE MECHANICSVILLE VA 23111 | 99141 | 694308GE1 | Pacific Gas and Electric Company | 4/11/2020 | $0.00 | $0.00 | $0.00 | $1,241.10 | $1,241.10 | Claims Barred by the Statute of Repose |
| 104 | EWALD O. NEITZEL & VIVIAN NEITZEL FAMILY REV TRUST 416 MARY ST MAYVILLE WI 53050 | 102818 | 694308GS0 | Pacific Gas and Electric Company | 4/24/2020 | $0.00 | $0.00 | $0.00 | $5,207.15 | $5,207.15 | Claims Barred by the Statute of Repose |
| 105 | FARRIS, LINDA K 3816 WOODSTOCK ST WONDER LAKE IL 60097 | 98439 | 694308HC4 | Pacific Gas and Electric Company | 4/3/2020 | $0.00 | $0.00 | $0.00 | $2,740.99 | $2,740.99 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | FIDUCIARY TRUST COMANY OF NEW HAMPSHIRE ON BEHALF OF WADDELL & REED FINANCIAL RETIREMENT INCOME PLAN - LONG DURATION JENNIFER LEPENTIS ASSOCIATE GENERAL COUNSEL WADDELL & REED 6300 LAMAR AVENUE SHAWNEE MISSION KS 66202 | 99943 | 694308HF7 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $113,025.00 | $113,025.00 | Claims Barred by the Statute of Repose |
| 107 | FIDUCIARY TRUST COMPANY OF NEW HAMPSHIRE ON BEHALF OF WADDELL & REED FINANCIAL RETIREMENT INCOME PLAN - GROUP ACCT WADDELL & REED JENNIFER LEPENTIS, ASSOCIATE GENERAL COUNSEL 6300 LAMAR AVENUE SHAWNEE MISSION KS 66202 | 100458 | 694308HF7 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $113,025.00 | $113,025.00 | Claims Barred by the Statute of Repose |
| 108 | FIFTH THIRD BANK, AS SUCCESSOR TRUSTEE TO WELLS FARGO BANK, N.A. OF THE CINTAS CORPORATION (G&K SERVICES) PENSION PLANS MASTER TRUST F/K/A THE G&K SERVICES PENSION PLANS MASTER TRUST FIFTH THIRD BANK, TRUSTEE 5001 KINGSLEY DRIVE CINCINNATI OH 45277 | 100669 | 694308GE1, 694308GQ4, 694308HD2 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 109 | FLEISHER, BARRY C. PO BOX 237 EDNEYVILLE NC 28727 | 104531 | 694308GV3 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 110 | FLYNN, JON S. 1662 HUNTCLIFF DR. ROCK HILL SC 29732 | 99463 | 694308GE1 | Pacific Gas and Electric Company | 4/13/2020 | $0.00 | $0.00 | $0.00 | $12,753.62 | $12,753.62 | Claims Barred by the Statute of Repose |
| 111 | FOGEL, SHERRY B. 388 REEF RD. FAIRFIELD CT 06824 | 99716 | 694308HE0 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $1,250.00 | $1,250.00 | Claims Barred by the Statute of Repose |
| 112 | FONDS DESJARDINS OBLIGATIONS MONDIALES TACTIQUE 00910730/1.2 FIDUCIE DESJARDINS INC ATTN : REORG  MTL1-34E-B 1 COMPLEXE DESJARDINS CP 34 SUCCURSALE DESJARDINS MONTRÉAL QC H5B 1E4 CANADA | 101414 | 694308HC4, 694308HA8, 694308GE1, 694308GT8, 694308HB6 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | FONDS DESJARDINS REVENU TAUX VARIABLE 00910906/7.2 FIDUCIE DESJARDINS INC. ATTN : REORG MTL1-34E-B 1 COMPLEXE DESJARDINS C.P. 34 SUCCURSALE DESJARDINS MONTRÉAL QC H5B 1E4 CANADA | 103079 | 694308HA8 | Pacific Gas and Electric Company | 4/22/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 114 | FOSTER, DOROTHY 3820 PACIFIC WAY LONGVIEW WA 98632 | 99882 | 694308GE1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $1,090.75 | $1,090.75 | Claims Barred by the Statute of Repose |
| 115 | GALATY, CAROL POPPER 1910 S STREET NW WASHINGTON DC 20009 | 105672 | 694308GW1 | Pacific Gas and Electric Company | 6/5/2020 | $0.00 | $0.00 | $0.00 | $24,877.66 | $24,877.66 | Claims Barred by the Statute of Repose |
| 116 | GENERAL MOTORS HOLDINGS LLC GM LEGAL STAFF ATTENTION: B. MOUZOURAKIS 300 RENAISSANCE CENTER MAIL CODE 482-C23-A68 DETROIT MI 48265 | 100699 | 694308GT8, 694308GN1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,634,618.40 | $1,634,618.40 | Claims Barred by the Statute of Repose |
| 117 | GINA LOMBARDI & MARK R MATHIAS TRUST 10136 E PALO BREA DR SCOTTSDALE AZ 85262 | 103283 | 694308GT8 | Pacific Gas and Electric Company | 4/27/2020 | $0.00 | $0.00 | $0.00 | $5,956.30 | $5,956.30 | Claims Barred by the Statute of Repose |
| 118 | GOLDMAN SACHS ACCESS INVESTMENT GRADE CORPORATE BOND ETF GSAM ASSET SERVICING 11TH FLOOR, 222 SOUTH MAIN STREET SALT LAKE CITY UT 84101 | 101287 | 694308GE1, 694308GJ0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 119 | HIGHT, WESLEY AND DEBRA 202 FISH POND RD KELSO WA 98626 | 100446 | 694308GE1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $10,907.50 | $10,907.50 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 120 | IMPERIAL INTERNATIONAL BOND POOL CIBC ASSET MANAGEMENT INC. 18 YORK STREET, SUITE 1300 TORONTO M5J 2T8 CANADA | 102409 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 121 | IVY PROSHARES S&P 500 BOND INDEX FUND WADDELL & REED JENNIFER G. LEPENTIS ASSOCIATE GENERAL COUNSEL 6300 LAMAR AVENUE SHAWNEE MISSION KS 66202 | 100361 | 694308GE1, 694308GS0, 694308GJ0 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $96,950.00 | $96,950.00 | Claims Barred by the Statute of Repose |
| 122 | MAJOR LEAGUE BASEBALL PLAYERS PENSION PLAN MORGAN, LEWIS & BOCKIUS LLP NATALIE WENGROFF 1111 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004-2541 | 98521 | 694308GN1 | Pacific Gas and Electric Company | 4/2/2020 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | Claims Barred by the Statute of Repose |
| 123 | MANULIFE INVESTMENT MANAGEMENT ATTN: MR SINCLAIR JACINTO 200 BLOOR STREET EAST TORONTO ON M4W 1 E5 | 100657 | 694308GM3 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 124 | MANULIFE INVESTMENT MANAGEMENT ATTN: MR SINCLAIR JACINTO 200 BLOOR STREET EAST TORONTO ON M4W 1 E5 CANADA | 101004 | 694308GZ4 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 125 | MANULIFE INVESTMENT MANAGEMENT ATTN: MR SINCLAIR JACINTO 200 BLOOR STREET EAST TORONTO ON M4W 1 E5 CANADA | 101066 | 694308HF7 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 126 | MANULIFE INVESTMENT MANAGEMENT ATTN: MR SINCLAIR JACINTO 200 BLOOR STREET EAST TORONTO ON M4W 1 E5 CANADA | 100765 | 694308GQ4 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | MANULIFE INVESTMENT MANAGEMENT ATTN: MR SINCLAIR JACINTO 200 BLOOR STREET EAST TORONTO ON M4W 1 E5 CANADA | 101071 | 694308HD2 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 128 | MITCHELLS & BUTLERS CIF LIMITED INSTITUTIONAL PROTECTION SERVICES THIRD FLOOR, 1-3 STAPLE INN LONDON WC1V 7QH UNITED KINGDOM | 102470 | 694308HB6 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 129 | NATIONAL TEACHERS ASSOCIATES LIFE INSURANCE COMPANY RACHAEL LUBER HORACE MANN 1 HORACE MANN PLAZA, MC: C122 SPRINGFIELD IL 62715 | 100274 | 694308GE1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $418,540.00 | $418,540.00 | Claims Barred by the Statute of Repose |
| 130 | NGS SUPER PTY LTD 5 HANOVER SQUARE SUITE 2300 NEW YORK NY 10004 | 99978 | 694308GZ4, 694308HF7 | PG&E Corporation | 4/15/2020 | $0.00 | $0.00 | $0.00 | $727,100.00 | $727,100.00 | Claims Barred by the Statute of Repose |
| 131 | NGS SUPER PTY LTD 5 HANOVER SQUARE, STE 2300 NEW YORK NY 10004 | 100418 | 694308GZ4, 694308HF7 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | Claims Barred by the Statute of Repose |
| 132 | NS PARTNERS LTD NEIL SPIZIZEN 7525 N 70TH STREET PARADISE VALLEY AZ 85253 | 99930 | 694308GE1 | PG&E Corporation | 4/14/2020 | $0.00 | $0.00 | $0.00 | $35,000.00 | $35,000.00 | Claims Barred by the Statute of Repose |
| 133 | OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM DESSA BAKER, GENERAL COUNSEL 5400 N. GRAND BOULEVARD, SUITE 400 OKLAHOMA CITY OK 73112 | 100215 | 694308GE1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 134 | PETE AMATO FOUNDATION INC 51315 FIELDSTONE DR. EAST LIVERPOOL OH 43920 | 98320 | 694308HE0 | Pacific Gas and Electric Company | 3/27/2020 | $0.00 | $0.00 | $0.00 | $14,054.93 | $14,054.93 | Claims Barred by the Statute of Repose |
| 135 | RENAISSANCE GLOBAL BOND PRIVATE POOL CIBC ASSET MANAGEMENT INC. FOR: RENAISSANCE GLOBAL BOND PRIVATE POOL 18 YORK STREET, SUITE 1300 TORONTO M5J2T8 CANADA | 102512 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 136 | RENAISSANCE MULTI-SECTOR FIXED INCOME PRIVATE POOL CIBC ASSET MANAGEMENT INC. FOR: RENAISSANCE MULTI-SECTOR FIXED INCOME PRIVATE POOL 18 YORK STREET, SUITE 1300 TORONTO M5J2T8 CANADA | 102514 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $81,313.00 | $81,313.00 | Claims Barred by the Statute of Repose |
| 137 | RETIREMENT ANNUITY PLAN FOR EMPLOYEES OF THE ARMY AND AIR FORCE EXCHANGE SERVICE FA - TREASURY & PENSIONS 3911 S. WALTON WALKER BLVD. DALLAS TX 75236 | 100227 | 694308GE1, 694308GJ0 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 138 | STATE OF NORTH CAROLINA GALLIARD CAPITAL MANAGEMENT ATTN: CORPORATE ACTIONS 800 LASALLE AVENUE, SUITE 1400 MINNEAPOLIS MN 55402 | 101075 | 694308HE0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 139 | STATE STREET TRUST AND BANKING COMPANY A/C AES5 TORANOMON HILLS MORI TOWER 1-23-1 TORANOMON MINATO-KU TOKYO 105-6325 JAPAN | 100714 | 694308GZ4 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 140 | STICHTING BLUE SKY ACTIVE HIGH YIELD FIXED INCOME USA FUND 1 PROF. E.M. MEIJERSLAAN AMSTELVEEN, ZUID-HOLLAND 1183 AV NETHERLANDS | 101631 | 694308GT8, 694308GW1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | TERM FUND 2020 GSAM ASSET SERVICING 11TH FLOOR, 222 SOUTH MAIN STREET SALT LAKE CITY UT 84101 | 101336 | 694308GT8 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 142 | THE HONG KONG POLYTECHNIC UNIVERSITY SUPERANNUATION FUND 11/F, LI KA SHING TOWER THE HONG KONG POLYTECHNIC UNIVERSITY HUNG HOM KOWLOON HONG KONG | 100110 | 694308GE1 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 143 | THE HONG KONG POLYTECHNIC UNIVERSITY SUPERANNUATION FUND THE HONG KONG POLYTECHNIC UNIVERSITY 11/F, LI KA SHING TOWER HUNG HOM KOWLOON HONG KONG | 99990 | 694308GE1 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 144 | THE RAPIDES FOUNDATION KAYREN SEGALL 1101 FOURTH STREET, SUITE 300 ALEXANDRIA LA 71301 | 98519 | 694308GL5 | Pacific Gas and Electric Company | 4/2/2020 | $0.00 | $0.00 | $0.00 | $30,000.00 | $30,000.00 | Claims Barred by the Statute of Repose |
| 145 | TIAA-CREF FUNDS - TIAA-CREF SHORT-TERM BOND INDEX FUND C/O TEACHERS ADVISORS LLC ATTN: KEITH ATKINSON 8500 ANDREW CARNEGIE BLVD. CHARLOTTE NC 28262 | 101748 | 694308GT8 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 146 | TIAA-CREF FUNDS - TIAA-CREF SHORT-TERM BOND INDEX FUND C/O TEACHERS ADVISORS LLC ATTN: KEITH ATKINSON 8500 ANDREW CARNEGIE BLVD. CHARLOTTE NC 28262 | 102066 | 694308GT8 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 147 | TRANSAMERICA LIFE INSURANCE COMPANY- ASCENSION HEALTH ATTN: CORPORATE ACTIONS GALLIARD CAPITAL MANAGEMENT 800 LASALLE AVENUE SUITE 1400 MINNEAPOLIS MN 55402 | 101089 | 694308HC4 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | TRUST FOR RETIREE MEDICAL DENTAL AND LIFE INSURANCE PLAN OF THE ARMY AND AIR FORCE EXCHANGE SERVICE ARMY & AIR FORCE EXCHANGE SERVICE FA - TREASURY & PENSIONS 3911 S WALTON WALKER BLVD DALLAS TX 75236 | 100145 | 694308GE1, 694308GJ0 | Pacific Gas and Electric Company | 4/14/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 149 | TSMC GLOBAL LTD SHUPING LIN 8, LI- HSIN RD.6, HSINCHU SCIENCE PARK HSINCHU ROC 300-78 TAIWAN | 101779 | 694308GV3, 694308GW1, 694308GN1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $3,735,951.13 | $3,735,951.13 | Claims Barred by the Statute of Repose |
| 150 | TSMC GLOBAL LTD SHUPING LIN 8, LI- HSIN RD.6, HSINCHU SCIENCE PARK HSINCHU ROC 300-78 TAIWAN | 102519 | 694308GN1, 694308GW1, 694308GV3 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $3,735,951.13 | $3,735,951.13 | Claims Barred by the Statute of Repose |
| 151 | TYCO ELECTRONICS EMPLOYEE SAVINGS PLAN BRIAN EGRAS 1050 WESTLAKES DRIVE BERWYN PA 19312 | 100838 | 694308GJ0, 694308GE1, 694308GL5 | PG&E Corporation | 4/16/2020 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | Claims Barred by the Statute of Repose |
| 152 | UNIFORM RETIREMENT SYSTEM FOR JUSTICES AND JUDGES DESSA BAKER, GENERAL COUNSEL 5400 N. GRAND BOULEVARD, SUITE 400 OKLAHOMA CITY OK 73112 | 99998 | 694308GE1 | Pacific Gas and Electric Company | 4/15/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 153 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM C/O AF&T UNIVERSITY OF PUERTO RICO R.S. C/O ABRAHAM, FRUCHTER & TWERSKY 450 SEVENTH AVENUE 38TH FLOOR NEW YORK NY 10123 | 101984 | 694308GE1 | Pacific Gas and Electric Company | 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Claims Barred by the Statute of Repose |
| 154 | WEST BEND MUTUAL INSURANCE COMPANY JACOB SCHMIDT 1900 SOUTH 18TH AVENUE WEST BEND WI 53095 | 101040 | 694308GJ0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $249,528.89 | $249,528.89 | Claims Barred by the Statute of Repose |

| No. | Original Creditor | Claim to be Disallowed/Expunged | CUSIP Number(s) Indicated in Claimant's Trading Data | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total [1] | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 155 | WESTERN ASSET TOTAL RETURN UNCONSTRAINED (TRU) BOND MASTER FUND, LTD. C/O ALYSA ANGUIANO 385 E. COLORADO BLVD PASADENA CA 91101 | 101119 | 694308GE1, 694308GJ0 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $2,640,000.00 | $2,640,000.00 | Claims Barred by the Statute of Repose |
| 156 | WESTERN ASSET US CORE BOND, L.L.C. C/O ALYSA ANGUIANO 385 E. COLORADO BLVD PASADENA CA 91101 | 101247 | 694308GE1, 694308GN1, 694308GL5 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $1,400,000.00 | $1,400,000.00 | Claims Barred by the Statute of Repose |
| 157 | WESTERN ASSET US INTERMEDIATE PLUS, L.L.C. C/O ALYSA ANGUIANO 385 E. COLORADO BLVD PASADENA CA 91101 | 101397 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | Claims Barred by the Statute of Repose |
| 158 | WESTERN RESERVE ASSURANCE CO., LTD. SPC MARSH MANAGEMENT SERVICES CAYMAN LTD. PO BOX 1051 23 LIME TREE BAY AVENUE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS | 98816 | 694308GV3 | Pacific Gas and Electric Company | 4/7/2020 | $0.00 | $0.00 | $0.00 | $136,714.50 | $136,714.50 | Claims Barred by the Statute of Repose |
| 159 | YP HOLDINGS PENSION PLAN THRYV EMPLOYEE BENEFITS COMMITTEE ATTN: TOM MOORE 2200 W. AIRFIELD DR., #29 DFW AIRPORT TX 75261 | 100932 | 694308GE1 | Pacific Gas and Electric Company | 4/16/2020 | $0.00 | $0.00 | $0.00 | $245,183.25 | $245,183.25 | Claims Barred by the Statute of Repose |