One Hundred Fourth Omnibus Objection  Redacted Version of Exhibit 1  PG&E Corporation and Pacific Gas and Electric Company

Case No 19-30088 Jointly Administered

| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| **Redacted** | | **Redacted** | PG&E Corporation | 10/19/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | No Response to Information Request |
| **Redacted** | | **Redacted** | PG&E Corporation | 10/19/2019 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | No Response to Information Request |
| Russo, Wayne<br>702 Marshall Street, Suite 300<br>Redwood City, CA  94063 | | 66988 | PG&E Corporation | 10/18/2019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | No Response to Offer Exchange |
| **Claims To Be Expunged Totals** | | **Count:3** | | | **$0.00** | **$0.00** | **$0.00** | **$1,000,000.00** | **$1,000,000.00** | |