# Exhibit 2
# Bestwall (Georgia Pacific) Underlying Claims

| Claimant/Case | PG&E Resolution Status | Bestwall (Georgia Pacific) Resolution Status | Defenses: <br> (1) Section 502(e)(1) Disallowance <br> (2) Barred By Statute of Limitations <br> (3) Determination of No PG&E Liability <br> (4) No Personal Jurisdiction <br> (5) Workers' Compensation Exclusivity <br> (6) No Damages |
|---|---|---|---|
| Adams, Robert. | Dismissed 10/10/2014 | Action dismissed 5/6/2015 | (1), (2), (3) |
| Autry, Frank | Dismissed 12/18/2009 | Dismissed 9/17/2010 | (1), (2), (3), (4) |
| Ayer, John | Dismissed 1/13/2014 | Dismissed 5/15/2010 | (1), (2), (5) |
| Bannon, Harold | Action Dismissed 10/15/2012 | Dismissed 4/6/2009 | (1), (2), (4) |
| Bennett, Alma | Dismissed 12/31/2012 | Dismissed 9/19/1012 | (1), (2) |
| Buck, Gerald | Action Dismissed 4/8/2013 | Action Dismissed 4/8/2013 | (1), (2), (3) |
| Burnett, James | Action Dismissed 11/28/2005 | Action Dismissed 11/28/2005 | (1), (2), (4) |
| Cantley, Robert | Dismissed 9/13/2007 | Dismissed 1/9/2008 | (1), (2) |
| Christensen, Larry | Dismissed 8/7/2015 | Dismissed 11/18/2015 | (1) |

# Exhibit 2
# Bestwall (Georgia Pacific) Underlying Claims

| Claimant/Case | PG&E Resolution Status | Bestwall (Georgia Pacific) Resolution Status | Defenses:<br>(1) Section 502(e)(1) Disallowance<br>(2) Barred By Statute of Limitations<br>(3) Determination of No PG&E Liability<br>(4) No Personal Jurisdiction<br>(5) Workers' Compensation Exclusivity<br>(6) No Damages |
|---|---|---|---|
| Coleman, Robert | Dismissed 1/18/2016 | Action Dismissed 3/20/2018 | (1), (3) |
| Collins, Roger | Dismissed 12/2/2016 | Dismissed 6/28/2016 | (1) |
| Cook, Herbert | Dismissed 12/18/2007 | Dismissed 7/8/2008 | (1), (2), (3) |
| Coppock, Paul | Dismissed 8/5/2013 | Dismissed 6/15/16 | (1) |
| Crescenzo, Biaggio | No Jurisdiction | Action Dismissed 2018 | (1) |
| Curtis, Richard | Dismissed 9/12/2007 | Dismissed 2/26/2007 | (1), (2), (5), (6) |
| David, Jorge | Action Dismissed 3/12/2015 | Action Dismissed 3/12/2015 | (1), (2), (3) |
| Davis, Jake | Dismissed 12/11/2019 | Action Dismissed 6/27/2019 | (1), (3) |
| Dobrocke, John | Dismissed 3/18/2011 | Dismissed 5/25/2011 | (1), (2) |

# Exhibit 2
# Bestwall (Georgia Pacific) Underlying Claims

| Claimant/Case | PG&E Resolution Status | Bestwall (Georgia Pacific) Resolution Status | Defenses:<br>(1) Section 502(e)(1) Disallowance<br>(2) Barred By Statute of Limitations<br>(3) Determination of No PG&E Liability<br>(4) No Personal Jurisdiction<br>(5) Workers' Compensation Exclusivity<br>(6) No Damages |
|---|---|---|---|
| Driggs, Wayne | Dismissed 9/25/2007 | Dismissed 9/17/2007 | (1), (2), (3) |
| Eastham, William | Dismissed 12/11/2018 | Action Dismissal Pending | (1), (5) |
| Edward, Lewis | Action Dismissed 11/28/2005 | Action Dismissed 11/28/2005 | (1), (2), (4) |
| Evans, Marian, SII to Charles Evans | Dismissed 7/15/2018 | Dismissed 9/26/2016 | (1), (5) |
| Fallo, William | Dismissed 2/1/2013 | Dismissed 12/10/2014 | (1), (2), (3) |
| Fitzgerald, James | Action Dismissed 11/28/2005 | Action Dismissed 11/28/2005 | (1), (2), (4) |
| Gallegos, Robert | Dismissed 3/11/2013 | Dismissed 3/8/16 | (1), (3) |
| George, Theodore | Dismissed 6/18/2007 | Dismissed 1/9/2009 | (1), (2), (3) |
| Goff, Edward | Action Dismissed 11/28/2005 | Action Dismissed 11/28/2005 | (1), (2), (4) |

# Exhibit 2
# Bestwall (Georgia Pacific) Underlying Claims

| Claimant/Case | PG&E Resolution Status | Bestwall (Georgia Pacific) Resolution Status | Defenses:<br>(1) Section 502(e)(1) Disallowance<br>(2) Barred By Statute of Limitations<br>(3) Determination of No PG&E Liability<br>(4) No Personal Jurisdiction<br>(5) Workers' Compensation Exclusivity<br>(6) No Damages |
|---|---|---|---|
| Goldman, Elizabeth | Dismissed 7/23/2012 | Action Dismissed 2/8/2014 | (1), (2), (3) |
| Granados, Martin | Dismissed 8/16/2016 | Dismissed 10/12/2016 | (1) |
| Griscom, John | Dismissed 5/12/2019 | Pending | (1), (4) |
| Harmuth, Jim | Dismissed 7/31/2009 | Dismissed 7/10/2013 | (1), (2), (3) |
| Hart, William | Dismissed 2014 | Dismissed 9/9/2014 | (1), (2) |
| Hartley, James | Action Dismissed 11/28/2005 | Action Dismissed 11/28/2005 | (1), (2), (4) |
| Haynes, Carol | Dismissed 5/6/2013 | Action Dismissed 12/7/2015 | (1), (3) |
| Hixson, Thomas | Dismissed 8/3/2011 | Dismissed 5/24/2011 | (1), (2) |
| Janssens, Joseph | Dismissed 8/18/11 | Action Dismissed 4/20/2012 | (1), (2) |

# Exhibit 2
# Bestwall (Georgia Pacific) Underlying Claims

| Claimant/Case | PG&E Resolution Status | Bestwall (Georgia Pacific) Resolution Status | Defenses:<br>(1) Section 502(e)(1) Disallowance<br>(2) Barred By Statute of Limitations<br>(3) Determination of No PG&E Liability<br>(4) No Personal Jurisdiction<br>(5) Workers' Compensation Exclusivity<br>(6) No Damages |
|---|---|---|---|
| Jeffress, George | Dismissed 11/29/2007 | Dismissed 1/9/2009 | (1), (2) |
| Johnson, Victor | Dismissal Pending | Pending | (1), (5) |
| Jones, John | Dismissed 4/18/2018 | Action Dismissed 3/11/2019 | (1) |
| Kinkade, David | Dismissed 4/27/2019 | Pending | (1), (4) |
| Langston, Oda | Action Dismissed 11/28/2005 | Action Dismissed 11/28/2005 | (1), (2), (4) |
| Lee, Edward | Dismissed 9/27/20013 | Dismissed 6/24/2014 | (1), (2) |
| Leeper, Damon | Dismissed 11/20/2014 | Dismissed 12/2/2014 | (1), (2) |
| Lewis, Rory | Dismissed 9/13/2007 | Dismissed 1/9/2008 | (1), (2) |
| Liptrot, John | Dismissal pending | Pending | (1) |

# Exhibit 2
# Bestwall (Georgia Pacific) Underlying Claims

| Claimant/Case | PG&E Resolution Status | Bestwall (Georgia Pacific) Resolution Status | Defenses:<br>(1) Section 502(e)(1) Disallowance<br>(2) Barred By Statute of Limitations<br>(3) Determination of No PG&E Liability<br>(4) No Personal Jurisdiction<br>(5) Workers' Compensation Exclusivity<br>(6) No Damages |
|---|---|---|---|
| Lorimor, Theron | No Jurisdiction | Dismissed 1/15/2014 | (1), (2), (4) |
| McClain, Tommy | Dismissed 9/10/2012 | Dismissed 8/14/2014 | (1), (2) |
| Metcalf, Thomas | Dismissed 1/7/2014 | Dismissed 12/11/15 | (1) |
| Miller, Richard | Action Dismissed 11/28/2005 | Action Dismissed 11/28/2005 | (1), (2), (4) |
| Mooney, Gerard | Dismissed 9/21/2009 | Dismissed 12/14/2009 | (1), (2) |
| Moore, Charles | Dismissed 3/5/2012 | Dismissed 6/8/2015 | (1), (2), (3) |
| Morgan, James | Action Dismissed 11/28/2005 | Action Dismissed 11/28/2005 | (1), (2), (4) |
| Morgan, Kim | Dismissed 8/23/2010 | Dismissed 5/24/2011 | (1), (2), (3) |
| Morse, Gary | Dismissed 3/16/2015 | Dismissed 12/14/2016 | (1) |

# Exhibit 2
# Bestwall (Georgia Pacific) Underlying Claims

| Claimant/Case | PG&E Resolution Status | Bestwall (Georgia Pacific) Resolution Status | Defenses:<br>(1) Section 502(e)(1) Disallowance<br>(2) Barred By Statute of Limitations<br>(3) Determination of No PG&E Liability<br>(4) No Personal Jurisdiction<br>(5) Workers' Compensation Exclusivity<br>(6) No Damages |
|---|---|---|---|
| Muhilly, Phillip | Dismissed 7/2/2008 | Dismissed 8/6/2008 | (1), (2) |
| Murphy, Cornelius | Dismissed 11/19/2012 | Dismissed 7/9/2013 | (1), (2) |
| Newman, Edmond | Dismissed 12/18/2018 | Action Dismissed 8/3/2019 | (1) |
| O'Balle, Donna | Dismissed 9/10/2012 | Dismissed 7/22/2014 | (1), (2), (6) |
| Owen, James | Dismissed 7/15/2018 | Action Dismissed 11/13/2016 | (1) |
| Percy, Elaine | Dismissed 3/13/2014 | Dismissed 7/21/15 | (1), (2), (3) |
| Perniz, John | Dismissed 8/14/2013 | Dismissed 8/23/2014 | (1), (2) |
| Pruett, Thomas | Dismissed 7/15/2018 | Dismissed 12/15/2017 | (1) |
| Rhodes, Michael | Dismissed 5/29/2015 | Dismissed 6/15/2016 | (1) |

# Exhibit 2
# Bestwall (Georgia Pacific) Underlying Claims

| Claimant/Case | PG&E Resolution Status | Bestwall (Georgia Pacific) Resolution Status | Defenses:<br>(1) Section 502(e)(1) Disallowance<br>(2) Barred By Statute of Limitations<br>(3) Determination of No PG&E Liability<br>(4) No Personal Jurisdiction<br>(5) Workers' Compensation Exclusivity<br>(6) No Damages |
|---|---|---|---|
| Roberts, David | Dismissed 7/23/2014 | Dismissed 4/21/2015 | (1), (2) |
| Rodriguez, Manuel | Action Dismissed 11/28/2005 | Action Dismissed 11/28/2005 | (1), (2), (4) |
| Shortall, Edward | Dismissed 11/8/2011 | Dismissed 8/14/2014 | (1), (2) |
| Sheffield, Kenneth | Dismissed 8/2/2006 | Dismissed 1/5/2007 | (1), (2), (3) |
| Siefken, Milton | Dismissed 8/31/2006 | Dismissed 4/21/2006 | (1), (2), (3) |
| Siefken, Larry | Dismissed 7/2/2008 | Dismissed 2/6/2008 | (1), (2) |
| Simpson, Frank | Dismissed 2/6/2009 | Dismissed 4/22/2009 | (1), (2) |
| Sizemore, James | No Jurisdiction | Pending | (1), (4) |
| Sparks, Tommy | Dismissed 7/14/2006 | Dismissed 1/26/2007 | (1), (2), (3) |

# Exhibit 2
# Bestwall (Georgia Pacific) Underlying Claims

| Claimant/Case | PG&E Resolution Status | Bestwall (Georgia Pacific) Resolution Status | Defenses:<br>(1) Section 502(e)(1) Disallowance<br>(2) Barred By Statute of Limitations<br>(3) Determination of No PG&E Liability<br>(4) No Personal Jurisdiction<br>(5) Workers' Compensation Exclusivity<br>(6) No Damages |
|---|---|---|---|
| Sury, Lawrence | Action Dismissed 11/28/2005 | Action Dismissed 11/28/2005 | (1), (2), (4) |
| Tiner, Glen | Dismissed 3/11/2013 | Dismissed 4/4/2017 | (1), (3) |
| Utterback, Betty | Dismissed 6/28/2011 | Dismissed 4/28/2009 | (1), (2) |
| Utterback, Russell | Dismissed 8/24/2010 | Dismissed 11/10/2010 | (1), (2) |
| Walker, Larry | Dismissed 5/15/2017 | Dismissed 6/17/2017 | (1) |
| Weddington, Tommy | Dismissed 1/6/2012 | Dismissed 5/10/2012 | (1), (2) |
| White, John | Dismissed 3/20/2009 | Dismissed 12/10/2009 | (1), (2), (3) |
| Wright, Andre | Dismissed 12/13/2013 | Dismissed 6/18/2015 | (1), (2) |
| Zampa, Dennis | Dismissed 5/1/2017 | Dismissed 4/15/2017 | (1) |