| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| California Capital Insurance Company<br>Schroeder Loscotoff LLP 7410 Greenbaven Drive, Suite 200<br>Sacramento, CA  95831 | | 19986 | PG&E Corporation | 9/27/2019 | $0.00 | $0.00 | $0.00 | $53,979.75 | $53,979.75 | Barred by Court Order |
| Victor Packing, Inc<br>Richard Sahatjian 11687 Road 27 1/2 Sarah E. Kozal Three Embarcadero Center, Suite 1120<br>Madera, CA  93637 | | 71227 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $350,000.00 | $350,000.00 | Barred by Previous Settlement Agreement |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | **$0.00** | **$0.00** | **$0.00** | **$403,979.75** | **$403,979.75** | |