| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| MCCOLM, PATRICIA A<br>P.O. BOX 113<br>LEWISTON, CA 96052 | | 104538 | PG&E Corporation | 5/13/2020 | $0.00 | $0.00 | $0.00 | $125,000.00 | $125,000.00 | McColm Claims |
| McColm, Patricia A.<br>PO Box 113<br>Lewiston, CA 96052 | | 7659 | PG&E Corporation | 8/20/2019 | $0.00 | $0.00 | $0.00 | $175,000.00 | $175,000.00 | McColm Claims |
| **Claims To Be Expunged Totals** | | **Count: 2** | | | **$0.00** | **$0.00** | **$0.00** | **$300,000.00** | **$300,000.00** | |