# Exhibit A

Doc # 201601885
Page 1 of 12
Date: 5/4/2016 02:48P
Filed by: GENERAL PUBLIC MAIL
Filed & Recorded in Official Records
of TRINITY COUNTY, CA
SHANNA S WHITE
COUNTY CLERK-RECORDER
Fee: $47.00

**RECORDING REQUESTED BY:**

**PACIFIC GAS AND ELECTRIC COMPANY**
P. O. Box 7442
San Francisco, CA 94120

**WHEN RECORDED RETURN TO:**

Mark A. Habib
**PETERS, HABIB, McKENNA
& JUHL-RHODES, LLP**
Attorneys At Law
P. O. Box 3509
Chico, CA 95927-3509

CONFORMED COPY

---

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**JUDGMENT AFTER TRIAL IN FAVOR OF
PACIFIC GAS AND ELECTRIC COMPANY FOR PRESCRIPTIVE
EASEMENT, PERMANENT INJUNCTION AND DAMAGES**

Trinity County Assessor's Parcel Nos. 025-410-33 and 025-410-34



FILED
OCT 02 2015
CLERK OF THE SUPERIOR COURT
COUNTY OF TRINITY
BY: LAURIE HANEY, DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF TRINITY

PACIFIC GAS AND ELECTRIC COMPANY,

    Plaintiff/Cross-Defendant,

vs.

PATRICIA McCOLM,

    Defendant/Cross-Complainant

) CASE NO. 10 CV 065
)
) JUDGMENT AFTER TRIAL IN FAVOR
) OF PACIFIC GAS AND ELECTRIC
) COMPANY FOR PRESCRIPTIVE
) EASEMENT, PERMANENT INJUNCTION
) AND DAMAGES
)
) Effects Trinity County Assessor's Parcel
) Nos. 025-410-33 and 025-410-34
)

Trial Date: May 26, 2015
Judge: Honorable Dennis Murray

    This cause came on regularly for trial on May 26, 27, 28, June 1, 5, 9, 12, July 6 and 10, 2015 in the above-entitled Court, the Honorable Dennis Murray, Judge, presiding, sitting without a jury. Plaintiff and cross-defendant Pacific Gas and Electric Company ("PG&E") appeared by and through attorney Mark A. Habib of Peters, Habib, McKenna & Juhl-Rhodes, LLP. Defendant and cross-complainant Patricia A. McColm appeared in pro pria persona.

    Upon conclusion of the presentation of oral and documentary evidence, the Court ordered the parties to submit opening briefs by August 3, 2015, and closing rebuttal briefs no later than August 17, 2015. Briefs were filed by PG&E and McColm, respectively, on or before these dates.

    The Court took the matter under submission on August 17, 2015 and reviewed the oral

JUDGMENT AFTER TRIAL IN FAVOR OF PG&E FOR PRESCRIPTIVE EASEMENT, PERMANENT INJUNCTION AND DAMAGES

and documentary evidence presented and admitted, the arguments and memoranda of counsel and the parties, the law, and the Court's assessments of the credibility of each of the witnesses who testified during the trial. On August 28, 2015, the Court issued and filed its Ruling.

**GOOD CAUSE APPEARING, THE COURT FINDS, ORDERS, ADJUDGES, AND DECREES IN FAVOR OF PG&E ON ITS FIRST AMENDED COMPLAINT AS SET FORTH BELOW:**

1. PG&E is the legal successor in interest to that certain grant of right of way in favor of Northern California Power Company dated November 11, 1916, recorded with the Trinity County Recorder on December 26, 1916 at Vol. 29 of Deeds page 98.

2. PG&E owns through prescription an easement to erect, access and maintain electric light and power pole transmission, distribution lines and facilities through, over, and across the lands described in PG&E's Exhibit C filed on April 23, 2012, as Exhibit 1 to Notice of Errata on file with the Court, effective January 1, 1957, as described in Exhibit C [also see PG&E Trial Exhibit 11], including all electric transmissions and distribution rights, a true and correct copy of which is attached hereto as **Exhibit 1** and incorporated herein by this reference.

3. That PG&E's operational and access rights in the Exhibit C easement described in Paragraph 2 above included the following rights:

    a) The right of PG&E and its successors and assigns to install, replace and maintain a pole line consisting of poles in the location and configuration of the poles and facilities shown on Exhibit C referenced above, of such size, form and material, and at such distances apart, as it, or they, may determine, and may maintain on said poles by means of cross-arms or otherwise, along the wires or otherwise, along with wires or other conductors of electricity all necessary insulator, connections, and fastenings for the transmission of electric current for any and all purposes in which such current is now or may hereafter be applied so long as such use is not inconsistent with Plaintiff's use of the easement indicated by Exhibit C at the time of this trial.

    b) The right of PG&E and its successors and assigns to at any time enter

upon said "Exhibit C lands" for the purpose of erecting, maintaining, inspecting, and repairing said pole line, or its appurtenances; and PG&E may remove trees and clear away any brush within the area described by Exhibit C which may interfere with the operation and use thereof by PG&E for said purposes.

4. A Permanent injunction is granted enjoining and requiring that Defendant, Patricia A. McColm, and all persons acting under, in concert with, and for her, allow PG&E access to its easement described in Exhibit C for all lawful purposes described in said easement including but not limited to the right to maintain and replace said facilities and manage vegetation on the property that is under or adjacent to PG&E's electrical transmission lines within the easement described in Exhibit C.

5. Defendant, Patricia A. McColm, and all persons acting under, in concert with, or for her, shall maintain a reasonable distance from PG&E employees and its representatives at all times while PG&E, and or its employees and or its representatives are on Defendant's property to maintain or replace electrical facilities and or manage vegetation in accordance with PG&E's easement rights. A reasonable distance is that distance necessary for PG&E to conduct permissible activities on the property. In no case shall that distance be less than 5 feet.

6. PG&E is authorized to remove locks on exterior gates at McColm's property described in Exhibit C and relocate any vehicles blocking the entry to said property, if any vehicle is in place, but only to the limited extent necessary to maintain and repair PG&E's electrical facilities located within the "Exhibit C easement" and manage vegetation in accordance with the lawful exercise of PG&E's easement rights. Except that prior to removal of any vehicles Plaintiff must give at least 24 hours written notice that PG&E or its agents will be on the property during a five day window of time.

7. That Doe 2 was named in this proceeding by way of Amendment to First Amended Complaint filed with the Court on February 11, 2013, with proof of service on Doe 2 filed in the Court records on September 19, 2013, and with a default judgment taken and entered and filed by

the Court on October 18, 2013, against Doe Number 2 identified as MARGARET HARDMAN-MUYE, TRUSTEE, EVDM TRUST, as Beneficiary under that certain Deed of Trust and Assignment of Rents recorded on August 5, 2009, as Document No. 200902608, and as Document No. 200902609, in the Official Records of Trinity County, and that the order and subsequent judgment issued by the Court in this case nunc pro tunc to January 1, 1957, is senior in time to the rights of Defendant MARGARET HARDMAN-MUYE, TRUSTEE, EVDM TRUST in said Deeds of Trust.

8. The bond previously issued by the Court in connection with the issuance of the Preliminary Injunction requested by PG&E is terminated and no longer required.

9. PG&E is awarded general and compensatory damages of $10,000.00, less $500.00 as an offset awarded to McCOLM under her fourth cause of action for damages relating to ruts on her property caused during vegetation management by a PG&E contractor, for total general and compensatory damages awarded to PG&E in the amount of $9,500.00.

10. Judgment is entered in favor of cross defendant PG&E on McCOLM'S First, Second and Third causes of action. McCOLM is the owner in fee simple of the property.

11. PG&E is awarded its costs of suit ~~in the amount of~~ pursuant to cost bill $1317.26

Dated: 10/2/15

HON. DENNIS MURRAY
Judge of the Superior Court (Assigned)

*[handwritten margin note: COSTS ENTERED AFTER JUDGMENT PURSUANT TO CRC 3.1700(b)(4) By: Jamie Haven, Deputy Clerk, Date 4/22/16]*

JUDGMENT AFTER TRIAL IN FAVOR OF PG&E FOR PRESCRIPTIVE EASEMENT, PERMANENT INJUNCTION AND DAMAGES

4

PETERS, RUSH, HABIB
& McKENNA
ATTORNEYS AT LAW
414 SALEM STREET - P.O. BOX 3509
CHICO, CALIFORNIA 95927-3509
TELEPHONE: (530) 342-3593
FACSIMILE: (530) 342-4272

MARK A. HABIB (State Bar No. 150087)

**PACIFIC GAS AND ELECTRIC COMPANY**
POST OFFICE BOX 7442
SAN FRANCISCO, CALIFORNIA 94105
TELEPHONE: (415) 973-0360
FACSIMILE: (415) 973-5520

JUAN M. JAYO (State Bar No. 71337)
CESAR V. ALEGRIA, JR. (State Bar No. 145625)

Attorneys for Plaintiff
PACIFIC GAS AND ELECTRIC COMPANY

FILED
APR 2 3 2012
SUPERIOR COURT OF CALIFORNIA
COUNTY OF TRINITY
LAURIE COOKE DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF TRINITY

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA A. McCOLM, a single woman; PATRICIA A. McCOLM, Executor of the Estate of GEORGE L. McCOLM; DOES 1 to 25, Inclusive<br><br>Defendants. | CASE NO. 10 CV 065<br><br>NOTICE OF ERRATA REGARDING EXHIBIT "C" TO THE VERIFIED FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF (PRELIMINARY AND PERMANENT INJUNCTIONS); DECLARATORY RELIEF - PRESCRIPTIVE EASEMENT; DECLARATORY RELIEF - REFORMATION OF RIGHT OF WAY DOCUMENT - MUTUAL MISTAKE; QUIET TITLE; DAMAGES<br><br>Judge: Honorable Dennis Murray |

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Exhibit "C" to the Verified First Amended Complaint for Injunctive Relief (Preliminary and Permanent Injunctions); Declaratory Relief - Prescriptive Easement; Declaratory Relief - Reformation of Right of Way Document - Mutual Mistake; Quiet Title; Damages

NOTICE OF ERRATA REGARDING EXHIBIT "C" TO THE VERIFIED FIRST AMENDED COMPLAINT

(hereinafter "First Amended Complaint") of Pacific Gas and Electric Company (hereinafter "PG&E") is hereby corrected to correct a typographical error and calculations in the legal description of the Exhibit "C" easement described throughout the First Amended Complaint.

Attached hereto as **Exhibit 1** is a true and correct copy of the amended and corrected Exhibit "C" to the First Amended Complaint of PG&E on file in this proceeding.

Dated: 4/20/12

PETERS, RUSH, HABIB & McKENNA

_____
MARK A. HABIB
Attorneys for Plaintiff
PACIFIC GAS AND ELECTRIC COMPANY

**EXHIBIT 1**

LD 2433-08-0128
2010326 (06-10-082) 10 10 1
Electric Facilities Easement on McColm Property
APN – 025-410-33 & 34

## EXHIBIT "C"

Situate in the County of Trinity, State of California.

PG&E's existing Electric Facilities Easement (Easement) consisting of three poles, wires, insulators, cross arms, transformers, guy wires, and anchors, and used for the transmission and distribution of electricity, located on the real property of Patricia A. McColm, known as Parcel "C" and Parcel "D" as shown upon the Parcel Map filed for record September 7, 2004 in Book 21 of Maps and Surveys at Page 105, Trinity County Records. **Said Easement areas are described as follows and depicted on Exhibit "C-1" attached hereto:**

1. Beginning at a point, herein for convenience called Point "A", within the boundary of said Parcel "D" from which the found rebar and cap marking the northeasterly corner of said Parcel "D" as shown upon the Parcel Map filed for record September 7, 2004 in Book 21 of Maps and Surveys at page 105, Trinity County Records, bears south 87°19'09" east a distance of 313.80 feet; thence
    (1) south 68°48'07" west 162.06 feet, more or less, to a point in the westerly boundary line of the said Parcel "C"; thence along said westerly boundary line
    (2) north 02°52'37" east 39.74 feet; thence leaving said westerly boundary line
    (3) north 67°58'59" east 134.35 feet; thence
    (4) north 27°14'24" east 76.99 feet, more or less, to a point in the northerly boundary line of said Parcel "D"; thence along said northerly boundary line
    (5) south 69°16'11" east 33.48 feet; thence leaving said northerly boundary line
    (6) south 25°30'33" west 97.57 feet, to the point of beginning.
        Area = 0.20 Acres, more or less.

2. A strip of land of the uniform width of 10 feet extending southwesterly from the southerly boundary line of said strip of land designated 1 and lying 5 feet on each side of the line along the existing guy and anchor described as follows:

    Commencing at said Point "A" and running
        (a) south 68° 48' 07" west 11.69 feet
    to a point in said southerly boundary line of said strip of land designated 1, being the TRUE POINT OF BEGINNING of said line; thence continuing
        (1) south 23° 38' 43" west 13.25 feet to a point within the boundary lines of said Parcel "C".
            Area = 0.003 Acres, more or less.

3. A strip of land of the uniform width of 10 feet extending northeasterly from the easterly boundary line of said strip of land designated 1 and lying 5 feet on each side of the line along the existing guy and anchor described as follows:

Commencing at said Point "A" and running
    (a) north 25° 30' 33" east 11.95 feet
to a point in said easterly boundary line of said strip of land designated 1, being the TRUE POINT OF BEGINNING of said line; thence continuing
    (1) north 69° 27' 31" east 12.90 feet to a point within the boundary lines of said Parcel "D".
        Area = 0.003 Acres, more or less.

The foregoing description is based on a survey made by PG&E in October 2010. Bearings are based on a calculated course between said found rebar and cap tagged PLS 4378, as marking the northeasterly corner of said Parcel "D", as shown upon said Parcel Map and the found rebar and cap tagged PLS 4378 as marking the southerly terminus of a course along the southerly property line of Parcel "E" as shown upon said Parcel Map, which course has a bearing of N 14° 29' 00" E and a length of 16.50 feet. Said calculated course has a bearing of N 22° 02' 46" E (N 19° 59' 09" E for this description) and a length of 550.24 feet.

[Seal: LICENSED LAND SURVEYOR, SCOT D. WILSON, No. 6424, Exp. 12-31-12, STATE OF CALIFORNIA]

[Signature: S.D. Wilson]

APPROVED AS TO DESCRIPTION
3-8-12

DOC # 20140885 Page 10 of 12



# PROOF OF SERVICE

I am a citizen of the United States and am a resident of the County of Butte. I am over the age of 18 years and not a party to the within action; my business address is 414 Salem Street, Chico, California 95928.

On this date, I served the foregoing document(s) described as:

NOTICE OF ERRATA REGARDING EXHIBIT "C" TO THE VERIFIED FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF (PRELIMINARY AND PERMANENT INJUNCTIONS); DECLARATORY RELIEF - PRESCRIPTIVE EASEMENT; DECLARATORY RELIEF - REFORMATION OF RIGHT OF WAY DOCUMENT - MUTUAL MISTAKE; QUIET TITLE; DAMAGES

on the parties below by placing a true copy thereof in a sealed envelope and served same on the parties/counsel, addressed as follows:

Patricia A. McColm
P.O. Box 113
Lewiston, CA 96052

*Plaintiff In Pro Per*

Elizabeth W. Johnson
Wilkins and Johnson
P.O. Box 307
Weaverville, CA 96093

*Attorney for Trinity Public Utilities District*

The following is the procedure in which service of this document was effected:

__X__ U.S. Postal Service (placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in the U.S. mailbox in the City of Chico, California, after the close of the day's business).

_____ USPS Express Mail Delivery Service

_____ Personal Service

_____ Facsimile

_____ Email (by electronically mailing to the person(s) named herein at the email address indicated. No return transmission was received this date indicating that the email transmission did not transmit properly to the recipient).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this document is executed at Chico, California, on April 20, 2012.

THE FOREGOING IS A CORRECT COPY OF THE ORIGINAL INSTRUMENT ON FILE IN THIS OFFICE
ATTEST:
SUPERIOR COURT OF CALIFORNIA
COUNTY OF TRINITY
BY _____ DEPUTY

_____
TONI CAMPBELL

PROOF OF SERVICE WHICH CONSIST OF ___ PAGES