# Exhibit C

IN THE
# Court of Appeal of the State of California
IN AND FOR THE
**THIRD APPELLATE DISTRICT**

PACIFIC GAS AND ELECTRIC COMPANY,
    Plaintiff and Respondent,
v.
PATRICIA A. MCCOLM,
    Defendant and Appellant.

                      C080984
                      Trinity County
                      No. 10CV065

BY THE COURT:

    The request for stay is denied. This court notes that respondent PG&E in its opposition appears to advocate for dismissal of the appeal. This court declines the invitation to dismiss the appeal in the absence of a proper motion seeking that relief. (See Cal. Rules of Court, rule 8.54(a).)

BLEASE, Acting P.J.

---

cc: See Mailing List

IN THE
# Court of Appeal of the State of California
IN AND FOR THE
**THIRD APPELLATE DISTRICT**

MAILING LIST

Re: Pacific Gas and Electric Company v. McColm
C080984
Trinity County Super. Ct. No. 10CV065

Copies of this document have been sent by mail to the parties checked below unless they were noticed electronically. If a party does not appear on the TrueFiling Servicing Notification and is not checked below, service was not required.

Mark A. Habib
Peters, Habib, McKenna & Juhl-Rhodes
414 Salem Street
P.O. Box 3509
Chico, CA 95927-3509

✓ Patricia A. McColm
P.O. Box 113
Lewiston, CA 96052

✓ Trinity County Superior Court
P. O. Box 1258
11 Court Street
Weaverville, CA 96093

Case: 19-30088    Doc# 11228-3    Filed: 09/09/21    Entered: 09/09/21 18:15:09    Page 3 of 3