| Original Creditor | Claim Transferred To: | Claims To Be Disallowed and Expunged | Debtor | Date Filed | Secured | Administrative | Priority | Unsecured | Total | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|---|
| Allco Renewable Energy Limited<br>Attn: Thomas Melone, Counsel and Authorized Agent<br>New York, NY 10019 | | 76149 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $260,327,394.00 | $260,327,394.00 | No Legally Enforceable Obligation |
| Bear Creek Solar LLC<br>Thomas Melone Counsel and Authorized Agent<br>New York, NY 10019 | | 78620 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $65,996,395.00 | $65,996,395.00 | No Legally Enforceable Obligation |
| Foothill Solar LLC<br>Allco Renewable Energy Limited<br>Thomas Melone, Counsel and Authorized Agent<br>New York, NY 10019 | | 78580 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $18,875,304.00 | $18,875,304.00 | No Legally Enforceable Obligation |
| Hollister Solar LLC<br>Thomas Melone Counsel and Authorized Agent<br>New York, NY 10019 | | 78304 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $87,546,268.00 | $87,546,268.00 | No Legally Enforceable Obligation |
| Kettleman Solar LLC<br>Allco Renewable Energy Limited<br>Thomas Melone, Counsel and Authorized Agent<br>New York, NY 10019 | | 78560 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $87,546,268.00 | $87,546,268.00 | No Legally Enforceable Obligation |
| Vintner Solar LLC<br>Allco Renewable Energy Limited<br>Thomas Melone, Counsel and Authorized Agent<br>New York, NY 10019 | | 70884 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $87,546,268.00 | $87,546,268.00 | No Legally Enforceable Obligation |
| Winding Creek Solar LLC<br>Allco Renewable Energy Limited<br>Thomas Melone, Counsel and Authorized Agent<br>New York, NY 10019 | | 78665 | Pacific Gas and Electric Company | 10/21/2019 | $0.00 | $0.00 | $0.00 | $5,765,779.00 | $5,765,779.00 | No Legally Enforceable Obligation |
| **Claims To Be Expunged Totals** | | **Count: 7** | | | **$0.00** | **$0.00** | **$0.00** | **$613,603,676.00** | **$613,603,676.00** | |