WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for the Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            **Reorganized Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REORGANIZED DEBTORS' ONE HUNDRED EIGHTH OMNIBUS TO CLAIMS (PURPA CLAIMS)**<br><br>**Response Deadline:**<br>**October 5, 2021, 4:00 p.m. (PT)**<br><br>**Hearing Information If Timely Response Made:**<br>Date: October 19, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Tele/Videoconference Appearances Only)<br>     United States Bankruptcy Court<br>     Courtroom 17, 16th Floor<br>     San Francisco, CA 94102 |

Pacific Gas and Electric Company (the "**Utility**"),[1] as a reorganized debtor in the above-referenced jointly administered chapter 11 cases, by and through its attorneys, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201, as made applicable herein by Federal Rule of Bankruptcy Procedure 9017, of the following facts:

1. Attached as **Exhibit A** hereto is a true and correct copy of the California Public Utilities Commission *Order Instituting Rulemaking Regarding Continued Implementation of the Public Utility Regulatory Policies Act and Related Matters*, dated August 1, 2018, which is publicly available at: http://docs.cpuc.ca.gov/publisheddocs/published/g000/m220/k420/220420719.pdf.

2. Attached as **Exhibit B** hereto is a true and correct copy of the Federal Energy Regulatory Commission *Order Denying Request for Reconsideration*, issued on October 15, 2015, which is publicly available at: https://statepowerproject.files.wordpress.com/2018/06/ca-winding-creek-ferc-rehearing.pdf.

3. Attached as **Exhibit C** hereto is a true and correct copy of the California Public Utilities Commission *Decision Revising Feed-In Tariff Program, Implementing Amendments to Public Utilities Code Section 399.20 Enacted by Senate Bill 380, Senate Bill 32, and Senate Bill 2 1x and Denying Petitions for Modification of Decision 07-07-027 by Sustainable Conservation of Solutions for Utilities, Inc. (D.12.05-035)*, issued on May 31, 2012, which is publicly available at: http://docs.cpuc.ca.gov/publisheddocs/word_pdf/final_decision/167679.pdf.

4. Attached as **Exhibit D** hereto is a true and correct copy of the California Public Utilities Commission *Order Instituting Rulemaking to Continue Implementation and Administration of California Renewables Portfolio Standard Program Decision Adopting Joint Standard Contract for Section 399.20 Feed-In Tariff Program and Granting, in Part, Petitions for Modification of Decision 12-05-035 (D.13-05-034)*, issued on May 30, 2013, which is publicly available at: http://docs.cpuc.ca.gov/publisheddocs/published/g000/m066/k060/66060837.pdf.

---

[1] The Utility, together with PG&E Corporation, are collectively, the "Debtors," or as reorganized pursuant to the *Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated June 19, 2020*, Case No. 19-30088 [Dkt. No. 8053], the "**Reorganized Debtors**" in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: September 9, 2021

**WEIL, GOTSHAL & MANGES LLP**

**KELLER BENVENUTTI KIM LLP**

By:    /s/ *Theodore E. Tsekerides*
           Theodore E. Tsekerides

*Attorneys for the Debtors and Reorganized Debtors*