KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
David A. Taylor (#247433)
(dtaylor@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' REPLY IN SUPPORT OF OBJECTION TO PROOF OF CLAIM NUMBER 87136, FILED BY SANDRA PEDROIA**<br><br>**[Re: Dkt. Nos. 10903 and 11193]**<br><br>**Hearing:**<br>Date: September 14, 2021<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (Telephonic Appearances Only)<br>　　　United States Bankruptcy Court<br>　　　Courtroom 17, 16th Floor<br>　　　San Francisco, CA 94102 |

PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Reorganized Debtors**") hereby submit this reply in support of the *Reorganized Debtors' Objection to Proof of Claim No. 87136, Filed by Sandra Pedroia* [Dkt. # 10903] (the "**Objection**").

The Objection seeks disallowance of Claim No. 87136 (the "**Claim**"), filed by Sandra Pedroia, on the basis that the Claim stems from property damage that occurred in 2011 and is thus barred by California's three-year limitations period, which expired as to the Claim years before the Petition Date. *See Angeles Chem. Co. v. Spencer & Jones*, 44 Cal. App. 4th 112, 119 (1996) (citing Cal. Code Civ. Proc. §338(b) and stating that "[a] negligence claim involving damage to real property is governed by a three-year limitations period . . ., which commences to run when the plaintiff knows, or should have known, of the wrongful conduct at issue"). Ms. Pedroia offers no different timeline in her September 7, 2021, *Letter to the Court* [Dkt. # 11193] (the "**Letter**"). Instead, the Letter makes clear that, while there may be disagreement over the <u>cause</u> of the property damage at issue, it is undisputed that the damage <u>occurred</u> in 2011: "PG&E broke our water main back in 2011." (Ltr. at 1.) That undisputed fact bars the Claim. *See In re Johnson*, Case No. 1:11-bk-18629-GM, 2015 Bankr. LEXIS 52, at *17 (Bankr. C.D. Cal. Jan. 7, 2015) ("When the statute of limitations on a claim has expired prior to the filing of the bankruptcy, that claim is barred from recovery in the bankruptcy case.").

Because Claim No. 87136 is time-barred, it should be disallowed and expunged.

Dated: September 10, 2021　　　　　　　　　　**KELLER BENVENUTTI KIM LLP**

　　　　　　　　　　　　　　　　　　　　　　By: */s/ David A. Taylor*
　　　　　　　　　　　　　　　　　　　　　　　　　David A. Taylor

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Debtors and Reorganized Debtors*

2