| | |
|---|---|
| 1 | KELLER BENVENUTTI KIM LLP |
| 2 | Jane Kim (#298192) |
|   | (jkim@kbkllp.com) |
| 3 | David A. Taylor (#247433) |
|   | (dtaylor@kbkllp.com) |
| 4 | Thomas B. Rupp (#278041) |
|   | (trupp@kbkllp.com) |
| 5 | 650 California Street, Suite 1900 |
|   | San Francisco, CA 94108 |
| 6 | Tel: 415 496 6723 |
|   | Fax: 650 636 9251 |

*Attorneys for Debtors and Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REORGANIZED DEBTORS' REPORT ON STATUS AND RESOLUTION OF OMNIBUS OBJECTIONS WITH RESPECT TO CERTAIN CLAIMS**<br><br>**[Re:   Dkt. Nos. 9275, 9427, and 9430]**<br><br>**Regarding Objections Set for Hearing November 9, 2021, at 10:00 a.m. (Pacific Time)** |

# REPORT ON RESOLUTION OF CERTAIN CLAIMS

In advance of the November 9, 2021, 10:00 a.m. omnibus hearing (the "**Hearing**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and reorganized debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") hereby report on the status and resolution of certain Claims in the following omnibus claims objections:

| Docket No. | Omnibus Objection |
|---|---|
| 9275 | *Reorganized Debtors' Twenty-Second Omnibus Objection to Claims (Satisfied Claims)* (the "**Twenty-Second Omnibus Objection**") |
| 9427 | *Reorganized Debtors' Twenty-Eighth Omnibus Objection to Claims (Books and Records Claims)* (the "**Twenty-Eighth Omnibus Objection**") |
| 9430 | *Reorganized Debtors' Twenty-Ninth Omnibus Objection to Claims (Satisfied Claims)* (the "**Twenty-Ninth Omnibus Objection**") |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| **Twenty-Second Omnibus Objection** | | | |
| Informal | CA BTM Energy Storage, LLC | 30941 | The Twenty-Second Omnibus Objection is WITHDRAWN with respect to this Claim pursuant to a settlement. |
| Informal | CA Energy Storage Holdings, LLC | 30944 | The Twenty-Second Omnibus Objection is WITHDRAWN with respect to this Claim pursuant to a settlement. |
| Informal | GSA Solar, LLC | 31024 | The Twenty-Second Omnibus Objection is WITHDRAWN with respect to this Claim pursuant to a settlement. |
| **Twenty-Eighth Omnibus Objection** | | | |
| Informal | Shafter Solar, LLC | 1515 | The Twenty-Eighth Omnibus Objection is WITHDRAWN with respect to this Claim pursuant to a settlement. |
| Informal | Desert Sunlight 300, LLC | 1548 | The Twenty-Eighth Omnibus Objection is WITHDRAWN with respect to this Claim pursuant to a settlement. |
| **Twenty-Ninth Omnibus Objection** | | | |
| Informal | Westside Solar, LLC | 30977 | The Twenty-Ninth Omnibus Objection is WITHDRAWN with respect to this Claim pursuant to a settlement. |

| Docket No. | Claimant | Claim No. | Resolution |
|---|---|---|---|
| Informal | NextEra Energy Montezuma II Wind, LLC | 31019 | The Twenty-Ninth Omnibus Objection is WITHDRAWN with respect to this Claim pursuant to a settlement. |

### DECLARATION REGARDING STATUS AND RESOLUTION OF CLAIMS

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am an attorney with the law firm of Keller Benvenutti Kim LLP, co-counsel for the Reorganized Debtors.

2. The foregoing status and resolution of certain Claims is true and correct to the best of my knowledge, information, and belief.

3. This declaration was executed in Sunnyvale, California.

Dated: September 10, 2021

**KELLER BENVENUTTI KIM LLP**

By: /s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*