**WEIL, GOTSHAL & MANGES LLP**
Richard W. Slack (*pro hac vice*)
(richard.slack@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and*
*Reorganized Debtors*

**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY 10153-0119**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION**, | (Lead Case) |
| | (Jointly Administered) |
| - and - | |
| | **NOTICE OF AGENDA FOR** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **SEPTEMBER 14, 2021, 10:00 AND 11:00 A.M. OMNIBUS HEARINGS** |
| **Debtors**. | |
| ☐ Affects PG&E Corporation | Date:  September 14, 2021 |
| ☐ Affects Pacific Gas and Electric Company | Time:  10:00 and 11:00 a.m. (Pacific Time) |
| ☑ Affects both Debtors | Place: AT&T Teleconference (10:00 a.m.) |
| * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Zoom Videoconference (11:00 a.m.) |
| | United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
SEPTEMBER 14, 2021, 10:00 AND 11:00 A.M. (PACIFIC TIME)
OMNIBUS HEARINGS**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE AT 10:00 A.M. (PACIFIC TIME): No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

1. **Reorganized Debtors' Objection to Sandra Pedroia Proof of Claim:**
*Reorganized Debtors' Objection to Proof of Claim Number 87136, Filed by Sandra Pedroia* [**Dkt. 10903**].

Response Filed:

A. Letter to the Court, Filed by Sandra and Maria Pedroia [**Dkt. 11193**].

Related Documents:

B. Declaration of Stephen Schirle in Support of Reorganized Debtors' Objection to Proof of Claim Number 87136, Filed by Sandra Pedroia [**Dkt. 10904**].

C. Reorganized Debtors' Reply in Support of Objection to Proof of Claim Number 87136, Filed by Sandra Pedroia [**Dkt. 11237**].

Related Order:

D. Order Regarding Hearing on Reorganized Debtors' Objection to Proof of Claim #87136 Filed by Sandra Pedroia [**Dkt. 11043**].

Status: This matter is going forward on a contested basis.

*RESOLVED AND CONTINUED MATTERS*

   2.    **Fulcrum Credit Partners LLC's Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention:** *Motion for Relief from Plan Injunction, to Compel Arbitration and/or for Abstention* [**Dkt. 11066**].

      Status:  This matter has been continued to September 29, 2021, per **Dkt. 11160**.

   3.    **City of Santa Clara's Motion to Compel:** *City of Santa Clara dba Silicon Valley Power's Motion to Compel Assumption or Rejection of Executory Contract Concerning the Grizzly Development and Mokelumne Settlement Agreement* [**Dkt. 10998**].

      Status:  This matter has been continued to October 19, 2021, per Stipulation [**Dkt. 11144**] and Order [**Dkt. 11153**].

**Securities Omnibus Claims Objection:**

   4.    **Eleventh (Claims Barred by the Statute of Repose)** [**Dkt. 11014**].  This Securities Omnibus Objection was granted as to all Claims (except those discussed below) by **Dkt. 11216**.  This matter has been continued to October 19, 2021, as to the Claims listed in **Dkt. 11210**.

**Omnibus Claim Objections:**

   5.    **Forty-Fourth (No Liability / Passthrough Claims)** [**Dkt. 9464**].  This Omnibus Objection was granted as to most Claims by **Dkt. 9873**.  It has been continued to September 29, 2021, as to the University of California [**Dkt. 11196**].

   6.    **Seventy-Ninth (Books and Records Claims)** [**Dkt. 10673**].  This Omnibus Objection was granted as to most claims by **Dkt. 10858**.  It has been continued to September 29, 2021, as to Marsh Landing, LLC and Robert Finley [**Dkt. 11196**].

   7.    **Ninety-Third (No Legal Liability Claims) [Dkt. 10808]**.  This Omnibus Objection was granted as to most Claims by **Dkt. 10980**.  It has been continued to September 29, 2021, as to City of San Carlos [**Dkt. 11196**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**II:** **MATTER SCHEDULED TO BE HEARD IN MAIN CASE AT 11:00 A.M. (PACIFIC TIME): No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

     8. **Ninety-Third Omnibus Claims Objection (No Legal Liability Claims)** [**Dkt. 10808**].

     Responses Filed:

     A.    California Department of Housing and Community Development's Response to PG&E's Objection to Proof of Claim No. 56868 [**Dkt. 10918**].

     B.    California Department of Housing and Community Development's Sur-Reply Regarding Reorganized Debtors' Ninety-Third Omnibus Objection to Claims with Respect to Claim No. 56868 (California Department of Housing and Community Development) [**Dkt. 11195**].

     Related Documents:

     C.    Stipulation Regarding Briefing Schedule and Continued Hearing with Respect to Claim No. 56868 (California Department of Housing and Community Development) [**Dkt. 10953**].

     D.    Reply in Support of Reorganized Debtors' Ninety-Third Omnibus Objection to Claim No. 56868 (California Department of Housing and Community Development) [**Dkt. 11173**].

     Related Orders:

     E.    Order Approving Stipulation Regarding Briefing Schedule and Continued Hearing with Respect to Claim No. 56868 (California Department of Housing and Community Development) [**Dkt. 10968**].

     F.    Order Disallowing and Expunging Proofs of Claim Pursuant to Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims) [**Dkt. 10980**].

     G.    Order Regarding September 14, 2021, 11:00 AM Hearing on the Objection to the Claim of the State of California Department of Housing and Community Development [**Dkt. 11236**].

     Status:  The Objection re the California Department of Housing and Community Development is going forward on a contested basis.

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (II) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (III) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: September 13, 2021

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By: _/s/ Thomas B. Rupp_
Thomas B. Rupp

*Attorneys for Debtors and Reorganized Debtors*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119