

Signed and Filed: September 13, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Reorganized Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered |

**ORDER FOR FURTHER BRIEFING BY RICKY-DEAN HORTON**

On September 10, 2021, the Reorganized Debtors filed their *Opposition to Motion for Reconsideration of Ricky-Dean Horton and Cross-Motion for Disallowance and Expungement of Proof of Claim No. 107857* ("Opposition to Reconsideration") (Dkt. 11240) as directed by the court's *Order Regarding Motion for Reconsideration by Ricky D. Horton* (Dkt. 11135).

-1-

The court's subsequent *Order Clarifying Order Regarding Motion for Reconsideration by Ricky D. Horton* (Dkt. 11154), stated, in part:

> "The court cancelled [the October 8] hearing intentionally to keep open various options once Reorganized Debtors respond. It intentionally ordered Reorganized Debtors to file their response by September 10, 2021, and intentionally ordered that following the court's consideration of that response, it will issue an appropriate order. There is no absolute right to an actual hearing on a motion such as this."

Consistent with that directive, the court deems it appropriate to permit Mr. Horton to respond to the Opposition to Reconsideration. Accordingly, Mr. Horton is to file his response no later than September 30, 2021. In that response he is directed not to deal with his views whether the above mentioned orders were authorized (they were), his opinions regarding the scheduling of hearings (that is the court's responsibility) or whether he had an excusable reason for not timely responding to the *Reorganized Debtors' Ninety-Third Omnibus Objection to Claims (No Legal Liability Claims)* (Dkt. 10808).

His response should specifically address the Reorganized Debtors' argument that he lacks a meritorious defense to Reorganized Debtors' contention that the California statute of limitations bars any claim he has for his late brother's unfortunate death. *See* Opposition to Reconsideration, Dkt. 11240 at pages 8 & 9.

After the earlier of Mr. Horton's response or September 30, 2021, the matter will stand submitted unless the court sets a

hearing for oral argument.  Mr. Horton's proposals for a hearing on October 19, 2021, and other matters in his *Motions to Strike, etc.* and his *Motion for Change of Hearing, etc.* (Dkt. No. 11174) and *Exhibit 1: Proposed Order* (Dkt. No. 11183) are rejected.  No hearing will be held on that date unless specifically ordered by the court.

    Mr. Horton is urged to consider engaging counsel to assist him in complying with the September 30, 2021, deadline.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

Ricky-Dean Horton
751 Rosemary Court
Fairfield, CA 94533