Ricky-Dean Horton
751 Rosemary Court
Fairfield, CA 94533
707-386-9713 cell
RickyDHorton@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Ricky-Dean Horton, a living man,** **Claimant** vs. **PG&E CORPORATION,** - and - **PACIFIC GAS AND ELECTRIC COMPANY;** **Debtors.** Affects Both Debtors *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM* | PG&E Bankruptcy Case No.: 19-30088 (DM) Chapter 11, Lead Case, Jointly Administered; Re: Claim No. 87111, Electrocution to the Death of Claimant's Brother, Rory-Nelson Horton; **Claimant's Response to Debtor's Dkt 11240 Brief/Memorandum in Opposition to Motion for Reconsideration of Ricky-Dean Horton** Deadline for Response: 4:00pm October 5, 2021 HEARING DATE: 10:00am October 19, 2021 |

**THIS DOCUMENT FILING IS IN ADDITION TO Claimant's Filing of Docket 11074;**
    **AND**
**IS A RESPONSE AND OBJECTIONS TO Debtor's Dkt 11240 filed September 10, 2021**
Brief/Memorandum in Opposition to Motion for Reconsideration of Ricky-Dean Horton.

## JURISDICTION

This **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION** has jurisdiction over this matter and shall retain jurisdiction to resolve any disputes or controversies arising from any of the court's orders. *28 U.S.C. §§ 157*

**Fundamental self-evident truths, facts and assertion of Rights:**

1. People are born upon this world of life and creation and are living, breathing people because of creation. Therefore, it is known as a self-evident truth and fact that the living people are gifted by creation with fundamental natural and inherent rights.

2. As a fact found within **EXHIBIT 1 on sealed docket 11074 dated August 18, 2021**, Ricky-Dean Horton is a man found to be living and is one of the people of California. (Hereinafter Claimant, or I, or me, or any other identifier to me, the living man, Ricky-Dean Horton).

3. Claimant did file his Claim into this **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION** on or before October 21, 2019 with the understanding that this is a **federal court,** is **a court of record**, is bound to and proceeds according to the **Laws of the Land and the laws of nature (aka common law)**, and is mostly governed by the **Federal Rules of Civil Procedure (FRCivP). No rights are waived or in any way conceded that would diminish the inherent, unalienable, substantive, natural or any rights whatsoever of Ricky-Dean Horton, a living man**.

4. **The Judges and/or Magistrates in this UNITED STATES BANKRUPTCY COURT,** as bound by their oaths of office, are qualified to preside over these bankruptcy proceedings. The Judges and/or Magistrates in this **Federal Bankruptcy Court** have, at a minimum, taken the Oath of Office to protect and defend the federal Constitution. Both federal and state Constitutions are ordained and established by the people to protect the inherent, unalienable and natural rights of the living people upon the natural world of Creation. Governments, government agencies and employees thereof are entrusted with limited duties, responsibilities and authority. **People who take the oath of office should recognize and maintain**, to the best of their ability, **the separation of the realm of the natural world** and the people found to be living upon it, **and the realm of the commercial world** of codes, statutes, and other man-made laws that regulate such commerce.

5. **Claimant is not an attorney** nor is Claimant represented by an attorney. Claimant understands

that he is allowed leeway as a **living man** in a court that is conducted mostly of codes, statutes and other man-made rules that are foreign to natural law.

**PLEASE TAKE NOTICE**

that the **UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION,** will hold a hearing on **October 19, 2021, at 10:00 a.m. (Pacific Time)** to hear any opposition, support, or other witness testimony to Claimant's Motion to Reconsider Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. Nos. 10808, 10809, 10810, 10960, 10980, et al.] and INTENT TO REVERSE The Order Expunging and Disallowing Claim Number 87111 [Re: Dkt. No. 10980] **Filed with Docket 11074 dated August 18, 2021,**

**AND IN ADDITION**

To hear any opposition, support or other witness testimony to THIS NEW OBJECTION regarding Debtor's **Debtor's Dkt 11240 dated September 10, 2021 Brief/Memorandum in Opposition to Motion for Reconsideration of Ricky-Dean Horton,** before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's Sixth Amended General Order No. 38 In re: Coronavirus Disease Public Health Emergency, effective March 1, 2021 and until otherwise ordered, all hearings shall be conducted by video or teleconference. The Courtroom will be closed. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. **The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance or as a witness.** If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**PLEASE TAKE FURTHER NOTICE**

that any ADDITIONAL oppositions to Claimant's **Motion to Reconsider Order Expunging and Disallowing Claim Number** 87111 [Re: Dkt. Nos. 10808, 10809, 10810, 10960, 10980, et al.] and **INTENT TO REVERSE The Order** Expunging and Disallowing Claim Number 87111 **[Re: Dkt. No. 10980] as Originally filed In Docket No. 11074 on August 18, 2021,**

**AND IN ADDITION**

that any opposition to Claimant's OBJECTIONS to **Debtor's NEW filing of Dkt 11240 dated**

**September 10, 2021 Brief/Memorandum in Opposition to Motion for Reconsideration of Ricky-Dean Horton,** must be in writing, filed with this Bankruptcy Court, and served on Claimant at the above-referenced address in the upper left corner of Page 1 of this document or by email to RickyDHorton@gmail.com so as to be received by Claimant no later than **4:00 p.m. (Pacific Time) on October 5, 2021 in order to be Heard or Considered at the Hearing at 10:00am on October 19, 2021**.

Any relief requested by Claimant may be granted by default at the hearing if there is no timely filed Objection(s) served to Claimant in accordance with this Timeline or no opposition appears at the hearing.

In deciding Claimant's **Motion(s) and Intent,** the **UNITED STATES BANKRUPTCY COURT** may consider **any other documents or require witnesses**, with or without sworn Declarations filed in these Chapter 11 Cases and related Proceedings, to testify at the hearing.

**ADDITIONAL INFORMATION**

**Claimant filed Motions in this UNITED STATES BANKRUPTCY COURT**, under PG&E Case No. 19-30088(DM) on August 18, 2021, **Dkt No. 11074**, to reverse an order found within Docket No. 10980. The Motions and attachments of Dkt 11074 were sealed and not for public view based on sensitive information, unusual claims, and other serious Charges that should be seen only by those in their official capacity within the Jurisdiction of this Federal Bankruptcy Court, Appellate Courts, other COURTS/courts, Claimant, Debtors, Jury(ies) and/or councils thereof or any other party that may seek to use the information within Sealed Dockets for educational or other approved purposes.

**ANY INFORMATION IN THE SEALED DOCKET 11074** may be freely cited and quoted by Claimant, Debtor's Council, and approved others <u>**EXCEPT**</u> as stated in **Docket 11073**, which includes any protected Personal Information, possible Formal Charges to be brought against Debtors, and other sensitive information of the Motion and EXHIBITS therein.

**CAUSE OF ACTION**

THIS RESPONSE is only a <u>**PARTIAL list of OBJECTIONS**</u> in regards to Debtor's Dkt 11240 dated September 10, 2021 Brief/Memorandum in Opposition to Motion for Reconsideration of Ricky-Dean Horton. <u>**ADDITIONAL OBJECTIONS shall be made and are reserved to be Filed and/or heard at the Hearing**</u> as scheduled at 10:00am on October 19, 2021 in order to address

ADDITIONAL inconsistencies, incorrect statements and/or assumptions, and other information found within Dkt 11240 and other related filings by Debtors. Below are just a few of the many objectionable positions of Debtors and mis-statements found within Debtor's Dkt 11240 dated September 10, 2021:

1. As stated on Debtor's Dkt 11240 dated September 10, 2021 on Page 2 footnote 1: "*1 The Second Motion states that it replaces the Original Motion in its entirety, but the Court directed the Reorganized Debtors to consider both submissions in their entirety in its order at Docket Number 11154, and this Opposition does so.*

**Orders found on Dkt 11135 and 11154 have been stricken from the records pursuant to Orders found on Dkt 11183** in response to Claimant's motions on Dkt 11174. Pursuant to the Order found on Dkt 11183, The Tentative Order <u>became the final Order</u> SINCE THERE WAS NO response filed and received by 4:00pm September 10, 2021, which specifies those principal issues or objections to the order, nor were there any objections to the Bankruptcy Court's Statement and Reasoning of The Court's Decision to support the order found on Dkt 11183 to **STRIKE the Orders found on Dkt 11135 and 11154** and to **uphold Claimant's Scheduled hearing at 10:00am on October 19, 2021.**

Debtors are attempting to direct attention to an ORDER that has been previously **ORDERED to be stricken from the records** and are **NOT TO BE CONSIDERED in any capacity**. THE order found on Dkts. 11135 and 11154 are both **FOUND TO BE illegal and unlawful** as found in the reasonings of Claimant's motions within Dkt 11174 and the Bankruptcy Court's Order on Dkt 11183.

**The debtor's CANNOT upload an order using CM/ECF "upload orders procedures" on the Bankruptcy Court's Website that in any way diminishes the right of Claimant to his hearing as scheduled for 10:00 am on October 19, 2021.**

**THE HEARING DATE at 10:00am on October 19, 2021 <u>IS SET</u> pursuant to the Order found on Dkt 11183** which upholds Claimant's right to a hearing, and the hearing date is consistent with Judge Montali's and the Bankruptcy Court's Open Calendar Procedures.

**2. As stated on Debtor's Dkt 11240 dated September 10, 2021 on P3 line 4:** "*Mr. Horton does not argue that he filed a civil action within the two-year statute; instead, Mr. Horton relies on correspondence with the Debtors, including a "claim form" that he submitted to PG&E's Law

*department in August 2018. That claim form and correspondence does not constitute a civil action – as Mr. Horton himself acknowledges in the very correspondence upon which he relies."*

This statement appears to be incorrect. Claimant did in fact provide proof and arguments to support his position that a Civil Action to this claim was filed on August 25, 2018, which was prior to two years of the Electrocution to the Death of Claimant's Brother Rory-Nelson Horton of September 5, 2016.

**HOWEVER, IT IS FURTHER ON RECORD as found in CLAIMANT'S FILINGS that the <u>Statute of limitations DO NOT APPLY to Claimant</u> if any "Commercial Law, Code, Statute, Rule or other legislation or man-made law would diminish, nullify, or attempt to take away any rights of Claimant"** as found and as declared in Claimant's **Reservation of Rights found within Dkt 11074 dated August 18, 2021, 11174 Dated August 31, 2018, and other related filings which is Declared by Claimant:**

*"It is known that Codes, Statutes, Rules and other man-made laws are **directed at Government agencies, courts, commercial activity, corporations, and others not proved to be living,** and such rules and man-made laws are foreign to the laws of the land and the laws of nature.*

*<u>Claimant is a man proven to be living,</u> HAS MADE CLAIM TO HIS ESTATE AND HIS CERTIFICATE OF LIVE BIRTH (TITLE), <u>and is under the Supreme Law of the land and the laws of nature.</u>*

*<u>Claimant DOES NOT CONSENT</u> to the administration of his estate and/or any Commercial Law, Code, Statute, Rule or other legislation or man-made law that would diminish, nullify, or attempt to take away any rights of Claimant.*

**THEREFORE, there are NO man-made rules that shall be considered** or otherwise construed to *diminish, nullify, or attempt to take away any rights of Claimant.* **Claimant is a man found to be living and is OUTSIDE and EXEMPT from all laws of commerce that could be repugnant to the Constitution, the laws of the land, and Claimant's inherent and natural rights. <u>NO statute, INCLUDING, but not limited any statute of limitations shall apply to Claimant</u>** and his Claim No. **87111** in order for Claimant to seek a remedy under the law for the Electrocution to the death of Claimant's Brother Rory-Nelson Horton

**3. As stated on Debtor's Dkt 11240 dated September 10, 2021 on P3 line 8,** *"The Reorganized Debtors do not give credence to any of Mr. Horton's allegations that orders entered by*

*the Court were authored by anyone other than this Court or are otherwise illegitimate."*

As found in Claimant's Dkt no. 11174 on p6 CAUSE OF ACTION, the information lays out the arguments and provided proof that the Orders entered on Dkts 11135 and 11154 are illegal, unlawful, and Illegitimate. Refer to Claimant's Dkt no. 11174 on p6 CAUSE OF ACTION for arguments to support the striking of the frivolous, illegal, and unlawful orders found on Dkts 11135 and 11154.

**NOT ALL HAVE BEEN OBJECTED TO OR ADDRESSED IN THIS FILING.**

The foregoing is only a partial mention of inconsistencies within Debtor's Dkt no. 11240 dated September 10, 2021 and other filings by Debtors.

**Claimant furthers reserve the right to object to Debtor's other replies, briefs, memorandums and any other filings, responses, or future filings in relationship to Claimant's motions found on Dkt 11074 Dated August 18, 2021 whether before or at the hearing scheduled for 10:00am on October 19, 2021.**

## Reservation of Rights

It is known that Codes, Statutes, Rules and other man-made laws are **directed at Government agencies, courts, commercial activity, corporations, and others not proved to be living,** and such rules and man-made laws are foreign to Claimant, the laws of the land, and the laws of nature.

**As found in Claimant's Sealed Dkt No. 11074, <u>Claimant is a man proven to be living</u>,** has made claim to his estate and his certificate of live birth (title), and is under the Supreme Law of the land and the laws of nature. **Claimant <u>DOES NOT CONSENT</u>** to any Commercial Law, Code, Statute, Rule or other legislation or man-made law that would diminish, nullify, or attempt to take away any rights of Claimant.

As stated within Claimant's Claim No. 87111 and other related filings, **Claimant is seeking a remedy under the law** in this **UNITED STATES BANKRUPTCY COURT** for the alleged unsafe conditions and/or the alleged violations of the law, and among other reasons, that resulted in the electrocution to the death of Claimant's brother Rory-Nelson Horton.

## DECLARATION

I, Ricky-Dean Horton, Claimant, and Rory's living natural brother, declare under penalty of perjury under the Supreme Law of the land, and in accordance with the natural laws of The United

States of America and in accordance with the natural laws of California, that, to the best of my knowledge and understanding, the foregoing information is true and correct.

Signed and Sealed this 13th day of September, 2021 AD

*Ricky-Dean Horton*

Ricky-Dean Horton, a Living man, Californian, Claimant

SEAL

[Great Seal — For land and sea — House of Horton]