September 8, 2021



FILED
SEP 1 3 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Thomas A. Mullady, for
**"Thomas A Mullady IRA,
Raymond James & Assoc Inc Csdn"**
820 Briarhill Drive
Newark, OH 43055

**US Bankruptcy Court
Northern District of California
Court Room 17, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102**

In re:
**Pacific Gas & Electric Company - Debtors** or as **Reorganized Debtors**
Bankruptcy Case No. 19-30088 (DM)
Chapter 11

& In re:
**Reorganized Debtors' Thirteenth Securities Claims Omnibus Objection (Claims Barred by the Statute of Repose)** filed on August 18, 2021 [Docket No. 11085] **(the "Omnibus Objection").**

<u>**Honorable Dennis Montali, US Bankruptcy Judge:**</u>

I am filing this claim in opposition to the above referenced case(s) for the **"Thomas A Mullady IRA, Raymond James & Assoc Inc Csdn"**, 820 Briarhill Drive, Newark, Ohio 43055.

The basis for this claim is the attached referenced securities purchase confirmation (Exhibit "A") of the said IRA for: <u>15 Bonds</u> of **Pacific Gas & Electric Company 4.3% 03/15/2045 (CUSIP: 694308HL4)**. These bonds were purchased with a settlement date of January 26, 2018. Therefore, the **"Thomas A Mullady IRA, Raymond James & Assoc Inc Csdn"** <u>owned these securities for only 1 (one) year and 3 (three) days prior to the above referenced PG&E Bankruptcy filing of January 29, 2019.</u> As such, the referenced IRA only received two bi-annual interest payments prior to **Pacific Gas & Electric Company** filing of Bankruptcy, namely:
- 03/15/2018 - Interest payment of $322.50
- 09/15/2018 - Interest payment of $322.50

**for total Interest Payments of <u>$645.00.</u>**

As can be seen from Exhibit "A", **the total cost of these bonds was <u>$15,965.46.</u>**

To totally eliminate more than 95% of the value of these bonds ($15320.46) using the "Statute of Repose of Section 11 of Securities Act of 1933, for a period of ownership of <u>only 1 (one) year and 3 (three) days</u> is unjust.

Page 2: Claim of "Thomas A Mullady IRA, Raymond James & Assoc Inc Csdn"

**I ask that the Court consider this objection to the elimination of this claim due to the "Statute of Repose" and rule favorably for this claimant.**

For additional information, I have attached Exhibit "B", a copy of the original "Recission or Damage Proof of Claim", dutifully filed on March 18, 2020 in the above referenced Bankruptcy case.

Respectfully submitted,

*[signature]*

Thomas A. Mullady
for "Thomas A Mullady IRA, Raymond James & Assoc Inc Csdn"

— Exhibit A —

# RAYMOND JAMES®

January 24, 2018
Trade Confirmation - Account # 38297992

Jim Atkinson, AIF, CFP, MPAS
Raymond James Financial Services
6530 West Campus Oval
Suite 110
New Albany, OH 43054
(614) 656-1230
http://www.cbuscapital.com
JIM.ATKINSON@RAYMONDJAMES.COM

188391000803 02 AB     0.40  4 636 2

Thomas A Mullady IRA
Raymond James & Assoc Inc Csdn
820 Briarhill Dr
Newark, OH 43055-2258204

Raymond James Client Services
800.647.SERV(7378)
Monday - Friday 8 a.m. to 9 p.m. ET

Online Account Access
raymondjames.com/investoraccess

## Tom's IRA Trade Confirmation - Account # 38297992

These transactions were made in a non-fee based account. A commission and/or other fees are generally assessed on each transaction. Commissions are charged on individual transactions.

**Fixed Income - Corporate Bonds**  FI - CB

### PACIFIC GAS AND ELECTRIC COMPANY 4.3% 03/15/2045 (CUSIP: 694308HL4)

**Buy**

| Number of Bonds: | Price per Bond: | Total Cost: |
|---|---|---|
| 15 | 103.02900 | $15,965.46 |

**Trade Calculation**
| | |
|---|---|
| Trade Amount: | $15,454.35 |
| Commission: | $270.45 |
| Accrued Interest: | $234.71 |
| Handling Fee: | $5.95 |
| Total Cost: | $15,965.46 |
| Yield to Maturity: | 4.006% |
| Maturity Date: | 03/15/2045 |
| Next Call Date: | 09/15/2044 |
| Next Call Price: | 100 |
| Yield to Call: | 4.003% |

**INCOME PAYMENTS:** The income rate for this security is fixed and is scheduled to be paid at predetermined intervals.

**CALL FEATURE:** A make-whole call feature exists on this security which is typically with 30 days notice.

**CALL NOTICE:** This security is continuously callable on and after the call date with 10 Days notice.

**CALL FEATURE:** Additional call features may exist which could affect yield; complete information will be provided upon request.

**CAPACITY:** This transaction was executed on an agency basis.

**SOLICITED:** Your financial advisor initiated this transaction.

Please refer to the *Understanding Your Confirmation* page for additional information.

Account Carried by Raymond James & Associates, Inc. Member New York Stock Exchange/SIPC
| 880 Carillon Parkway | St. Petersburg, Florida 33716 | 727.567.1000 | raymondjames.com

38297992-2-1  8LO00/8L15



— *Exhibit B* —

United States Bankruptcy Court, Northern District of California

Fill in this information to identify the case (Select only one Debtor per claim form):

☐ PG&E Corporation (19-30088)

☑ Pacific Gas and Electric Company (19-30089)

# Rescission or Damage Claim Proof of Claim

This form is for purchasers of the Debtors' publicly traded debt and/or equity securities listed on Annex A during the period from April 29, 2015 through November 15, 2018, inclusive, who are asserting claims against the Debtors for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code. Read the instructions before filing this Rescission or Damage Claim Proof of Claim Form.

**THIS FORM IS TO BE USED ONLY FOR CLAIMANTS THAT PURCHASED OR ACQUIRED THE DEBTORS' PUBLICLY TRADED DEBT AND/OR EQUITY SECURITIES LISTED ON ANNEX A FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 TO ASSERT CLAIMS FOR RESCISSION OR DAMAGES UNDER THE SECURITIES LAWS AND SECTION 510(b) OF THE BANKRUPTCY CODE AND NOT ANY OTHER CLAIMS.**

**DO NOT USE THIS FORM TO ASSERT A CLAIM IF YOU DID NOT PURCHASE OR ACQUIRE PUBLICLY TRADED DEBT OR EQUITY SECURITIES OF THE DEBTORS FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 AND YOUR CLAIM IS BASED SOLELY ON YOUR CURRENT AND CONTINUOUS OWNERSHIP OF SUCH SECURITIES.**

Filers must leave out or partially redact SSNs/TINs/birthdates/names of minors/full account numbers. Attach redacted copies of any documents that support the claim. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of January 29, 2019, the date these Chapter 11 Cases were filed. For purposes of this form, "creditor" means the beneficial owner of the securities that form the basis of the claim.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | Thomas A Mullady IRA Acct. #: 36297992, Raymond James Fin. Services, Cust. <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the Debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? _____ |
| 3. | Are you asserting a Claim for rescission or damages under the securities laws and Section 510(b) of the Bankruptcy Code? | Check the box below to indicate whether you are asserting a claim for rescission or damages under the securities laws and section 510(b) of the Bankruptcy Code, arising from the purchase and/or acquisition of the Debtors' publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018. You are directed to check only one box below: <br><br> ☑ Debt Securities; <br> ☐ Equity Securities; or <br> ☐ Debt Securities and Equity Securities <br><br> Please also check all applicable CUSIP(s) on Annex A, Part I (attached hereto) for the equity or debt securities to which this Proof of Claim applies (hereinafter "the Securities"). If you purchased/acquired multiple CUSIPs, you must make additional copies of Annex A, Part II, so that you submit a separate corresponding Annex A, Part II for each CUSIP, with the requested documentation. <br><br> In addition to completing this Rescission or Damage Claim Proof of Claim Form, including checking the appropriate boxes on Annex A, Part I and providing the detail in Annex A, Part II, you are also required to attach to this Rescission or Damage Claim Proof of Claim Form any applicable detail regarding your purchases/acquisition of the securities from April 29, 2015 through November 15, 2018. <br><br> Once you have completed Annex A, Part I and Part II, please affix them to this Rescission or Damage Claim Proof of Claim Form. If you are submitting your Proof of Claim electronically, you will be asked to scan all Annex A, Part I and Part II and supporting documentation. If you have numerous transactions to report in Annex A, Part II, Claimants with more than 100 transactions in the Debtors' securities may contact Prime Clerk for instructions on how to file their claims electronically. |

| 4. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | | Thomas A Mullady (Name)<br>820 Briarhill Drive (Number Street)<br>Newark, OH 43055 (City State ZIP Code) |
| | Contact phone: 740-366-1865<br>Contact email: moose33@roadrunner.com | Contact phone: _____<br>Contact email: _____ |

**5. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known)_____    Filed on ___/___/___ (MM/DD/YYYY)

**6. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of January 29, 2019

**7. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 7992 ___ ___ ___

**8. How much is the claim?** $15,965.46. Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

    **Nature of property:**
    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
    ☐ Motor vehicle
    ☐ Other. Describe: _____

    **Basis for perfection:** _____
    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:** $_____
    **Amount of the claim that is secured:** $_____
    **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:** $_____

    **Annual Interest Rate** (when case was filed) _____%
    ☐ Fixed
    ☐ Variable

**10. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

- ☑ I am the creditor.
- ☐ I am the creditor's attorney or authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 09/09/2020 (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

| | | | |
|---|---|---|---|
| Name | Thomas | Aquinas | Mullady |
| | First name | Middle name | Last name |

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 820 Briarhill Drive
Number   Street
Newark   OH   43055
City   State   ZIP Code

Contact phone: 740-366-1865   Email: moose33@roadrunner.com

# Annex A
## Part I

**Check all relevant boxes below. If you purchased multiple CUSIPs, you must make additional copies of Part II.**

| Check One Box Below | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number |
|---|---|---|---|---|
| ☐ | PG&E Corp | Common Stock (including any contract options related thereto) | 69331C108 | US69331C1080 |
| ☐ | Pacific Gas & Electric Co | Preferred 4.36 PERP/CALL | 694308883 | US6943088830 |
| ☐ | Pacific Gas & Electric Co | Preferred 4.5 PERP/CALL | 694308800 | US6943088004 |
| ☐ | Pacific Gas & Electric Co | Preferred 4.8 PERP/CALL | 694308701 | US6943087014 |
| ☐ | Pacific Gas & Electric Co | Preferred 5 PERP/CALL | 694308503 | US6943085034 |
| ☐ | Pacific Gas & Electric Co | Preferred 5 PERP/CALL | 694308602 | US6943086024 |
| ☐ | Pacific Gas & Electric Co | Preferred 5 PERPETUAL | 694308404 | US6943084045 |
| ☐ | Pacific Gas & Electric Co | Preferred 5.5 PERPETUAL | 694308305 | US6943083054 |
| ☐ | Pacific Gas & Electric Co | Preferred 6% Dividend PERPETUAL | 694308206 | US6943082064 |
| ☐ | Pacific Gas & Electric Co | 0.45835% due 5/11/2015 | 694308HJ9 | US694308HJ92 |
| ☐ | Pacific Gas & Electric Co | 1.51778% due 11/30/2017 | 694308HQ3 | US694308HQ36 |
| ☐ | Pacific Gas & Electric Co | 2.45% due 8/15/2022 | 694308HB6 | US694308HB66 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | 694308HU4 | US694308HU48 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | 694308HT7 | US694308HT74 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | U69430AD5 | USU69430AD52 |
| ☐ | Pacific Gas & Electric Co | 2.95% due 3/1/2026 | 694308HP5 | US694308HP52 |
| ☐ | Pacific Gas & Electric Co | 3.25% due 6/15/2023 | 694308HC4 | US694308HC40 |
| ☐ | Pacific Gas & Electric Co | 3.25% due 9/15/2021 | 694308GW1 | US694308GW13 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | 694308HW0 | US694308HW04 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | U69430AE3 | USU69430AE36 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | 694308HV2 | US694308HV21 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 3/15/2027 | 694308HS9 | US694308HS91 |
| ☐ | Pacific Gas & Electric Co | 3.4% due 8/15/2024 | 694308HK6 | US694308HK65 |
| ☐ | Pacific Gas & Electric Co | 3.5% due 10/1/2020 | 694308GT8 | US694308GT83 |
| ☐ | Pacific Gas & Electric Co | 3.5% due 6/15/2025 | 694308HM2 | US694308HM22 |
| ☐ | Pacific Gas & Electric Co | 3.75% due 2/15/2024 | 694308HG5 | US694308HG53 |
| ☐ | Pacific Gas & Electric Co | 3.75% due 8/15/2042 | 694308HA8 | US694308HA83 |
| ☐ | Pacific Gas & Electric Co | 3.85% due 11/15/2023 | 694308HE0 | US694308HE06 |
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | 694308HY6 | US694308HY69 |
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | 694308HX8 | US694308HX86 |
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | U69430AF0 | USU69430AF01 |
| ☐ | Pacific Gas & Electric Co | 4% due 12/1/2046 | 694308HR1 | US694308HR19 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 3/15/2046 | 694308HN0 | US694308HN05 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 5/15/2021 | 694308GV3 | US694308GV30 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 8/1/2023 | 694308HZ3 | US694308HZ35 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 8/1/2023 | U69430AG8 | USU69430AG83 |
| ☑ | Pacific Gas & Electric Co | 4.3% due 3/15/2045 | 694308HL4 | US694308HL49 |
| ☐ | Pacific Gas & Electric Co | 4.45% due 4/15/2042 | 694308GZ4 | US694308GZ44 |
| ☐ | Pacific Gas & Electric Co | 4.5% due 12/15/2041 | 694308GY7 | US694308GY78 |
| ☐ | Pacific Gas & Electric Co | 4.6% due 6/15/2043 | 694308HD2 | US694308HD23 |
| ☐ | Pacific Gas & Electric Co | 4.65% due 8/1/2028 | 694308JA6 | US694308JA65 |
| ☐ | Pacific Gas & Electric Co | 4.65% due 8/1/2028 | U69430AH6 | USU69430AH66 |

# Annex A

## Part II

Please note that you must submit a **_SEPARATE_** Part II for **_EACH_** CUSIP you check in Part I. If you purchased/acquired more than one CUSIP, you must make additional copies of Part II and affix them to your Part I.

**CUSIP (or Option Series):** 694308HL4

**Beginning Holdings:**

On the line below, state the total number of publicly traded equity securities (in shares) or debt securities (in dollars) held as of the opening of trading on April 29, 2015. If none, write "0 shares" or "$0". Please provide documentation.

$0.00 (shares / dollars)

**Purchase / Acquisitions**

Separately list each and every purchase or acquisition of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Purchase/Acquisition Date (List Chronologically) (Month/Day/Year) | Number of Shares or Amount of Notes (*in dollars*) Purchased | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| 01/26/2018 | $15,000.00 | 103.0290 | $15,965.46 |
| | | | |
| | | | |

**Sales**

Separately list each and every sale of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Sale Date (List Chronologically) (Month/Day/Year) | Number of Shares or Amount of Notes (*in dollars*) Sold | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |

**Ending Holdings:**

On the line below, state the total number of the Debtors' publicly traded equity securities (in shares) or debt securities (in dollars) held as of the close of trading on November 15, 2018. If none, write "0 shares" or "$0". Please provide documentation.

$15,000.00 (shares / dollars)

U.S. POSTAGE PAID
FCM LG ENV
HEATH, OH
43056
SEP 08, 21
AMOUNT
**$8.16**
R2305K134965-03

94102

1000

RETURN RECEIPT REQUESTED

7020 0640 0001 5207 1182



Mr. Thomas A. Mullady
820 Briarhill Dr
Newark, OH 43055

RECEIVED
SEP 13 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

US Bankruptcy Court
Northern District of California
Court Room 17, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re PG&E Bankruptcy